UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JAMES D. SULLIVAN and LESLIE ADDISON, SHARYN JONES, and BISHOP ROBIN HOOD GREENE, individually, and on behalf of a Class of persons similarly situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,<br><br>                     Defendant. | Case No. 5:16-cv-00125-GWC<br><br>Hon. Geoffrey W. Crawford |

## DEFENDANT'S MOTION TO DISMISS OR STAY PROCEEDINGS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Saint-Gobain Performance Plastics Corporation ("Saint-Gobain"), by and through its undersigned attorneys, respectfully moves this Court to enter an order dismissing or, in the alternative, staying this action on the grounds that (1) Saint-Gobain has commenced multiple proceedings in Vermont state courts to challenge the promulgation of an interim groundwater enforcement standard and emergency rulemakings ("PFOA Groundwater Rules") by Vermont's Department of Environmental Conservation and Agency of Natural Resources; (2) Plaintiffs' claims are premised on these PFOA Groundwater Rules; and, therefore, (3) the Court should abstain from exercising jurisdiction, pending the resolution of Saint-Gobain's state-court challenges. In support of its motion, Saint-Gobain submits the accompanying memorandum of law.

Dated: July 19, 2016

                                                      Respectfully submitted,

                                                      /s/ *Tristram J. Coffin*
                                                      Tristram J. Coffin
                                                      R. Bradford Fawley
                                                      **DOWNS RACHLIN MARTIN PLLC**

28 Vernon Street, Suite 501
Brattleboro, VT 05301-3668
Telephone: (802) 258-3070
Facsimile: (802) 258-4875
tcoffin@drm.com
bfawley@drm.com

Sheila L. Birnbaum (*pro hac vice* to be filed)
Mark S. Cheffo (*pro hac vice* to be filed)
Douglas E. Fleming (*pro hac vice* to be filed)
Patrick D. Curran (*pro hac vice* to be filed)
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sheilabirnbaum@quinnemanuel.com
markcheffo@quinnemanuel.com
douglasfleming@quinnemanuel.com
patrickcurran@quinnemanuel.com

*Attorneys for Saint-Gobain Performance Plastics Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 19th day of July 2016, I have electronically filed a copy of Saint-Gobain's Motion to Dismiss or Stay Proceedings and supporting materials with the Clerk of Court using the CM/ECF system, which will send notification of such filings to attorneys of record.

/s/ *Tristram J. Coffin*
Tristram J. Coffin