# EXHIBIT C



## NCDENR

North Carolina Department of Environment and Natural Resources
Division of Air Quality

| Beverly Eaves Purdue | Sheila C. Holman | Dee Freeman |
|---|---|---|
| Governor | Director | Secretary |

August 10, 2012

**MEMORANDUM**

TO: Charles Wakild, Director
Division of Water Quality

THROUGH: Sheila Holman, Director,
Division of Air Quality

FROM: Robin Barrows, Acting Liaison,
Secretary's Science Advisory Board on Toxic Air Pollutants (NCSAB)

SUBJECT: NCSAB Recommendation for the Revision of the IMAC for Perfluorooctanoic Acid
(PFOA)

---

Attached is the completed risk assessment of PFOA by the NCSAB requested by DWQ. The NCSAB recommends, by a unanimous vote of the membership, an Interim Maximum Allowable Concentration (IMAC) for PFOA in the range of 1.1 – 1.6 µg/L (ppbv). A critical endpoint (liver-to-brain weight ratio) was chosen based on animal toxicology studies. These recommendations are summarized as follows:

| Key Study | POD, µg/mL | Exposure Level[a], µg/person-day | UF | IMAC estimate[b], µg/L |
|---|---|---|---|---|
| Butenhoff, 2004 (rat) | 58 | 487.2 | 30 | 1.6 |
| Butenhoff, 2002 (monkey) | 40 | 336.0 | 30 | 1.1 |

a. Exposure Level = Point of Departure (µg/mL) x 0.12 µg ingested/kg/µg/mL x 70 kg/person. The 0.12 µg ingested/kg/µg/mL factor is from Clewell et al., 2006
b. IMAC Estimate = (Exposure Level/UF) x 0.2/2 L/person-day. A Relative Source Contribution factor of 20% (0.2) and a daily consumption factor of 2L were used

cc: Connie Brower, State Water Quality Standards Coordinator, Division of Water Quality
Sandra Moore, State Water Quality Standards Co-coordinator, Division of Water Quality
Lori Cherry, Supervisor, Toxics Protection Branch
Lee Daniel, Chief, Technical Services Section

**Technical Services Section**
1641 Mail Service Center, Raleigh, North Carolina 27699-1641
217 West Jones Street, Raleigh, NC 27603
Phone: 919-707-8407 / FAX 919-715-0718 / Internet: www.ncair.org

An Equal Opportunity/Affirmative Action Employer – 50% Recycled/10% Post Consumer Paper


One
NorthCarolina
*Naturally*

Final 7/31/2012

## Recommendation to the Division of Water Quality for an Interim Maximum Allowable Concentration for Perfluorooctanoic Acid (PFOA) in Groundwater

### Executive Summary

The North Carolina Division of Water Quality (DWQ) requested the assistance of the North Carolina Secretary's Science Advisory Board on Toxic Air Pollutants (NCSAB) in reviewing the toxicological literature on perfluorooctanoic acid (PFOA) and recommending to DWQ updating the Interim Maximum Allowable Concentration (IMAC) for PFOA in groundwater.

Because of releases of perfluoroalkyl acids (PFAAs) to the environment reported in other states, there is growing public concern over the manufacture and use of PFOA at a production facility in Fayetteville, NC. Understanding this concern, in 2006 the North Carolina Division of Water Quality (DWQ), in consultation with the North Carolina Division of Waste Management (DWM) and the North Carolina Department of Health and Human Services (DHHS), established an IMAC of 0.002 mg/L (2 µg/L (ppbv)) for PFOA. This temporary health-based level was developed using applicable state regulations and published, peer-reviewed toxicological data and was intended for the protection of groundwater as a source of drinking water.

This report summarizes the NCSAB review of PFOA and details the process by which the NCSAB makes its recommendation. Based on the current toxicological literature and discussions that the NCSAB had with research scientists conducting research on the health effects associated with exposure to PFOA, the NCSAB recommends that the IMAC be reduced to 1 µg/L (ppbv).

### Background Information

Perfluorooctanoic acid (PFOA) (CAS No. 335-67-1) is a perfluoroalkyl acid (PFAA) having the structure shown in Figure 1.



**FIGURE 1 – Structure of PFOA**

PFAAs are anthropogenic, and their use is relatively new, occurring only over the past half-century. The Carbon-Fluoride bonds in PFAAs make them stable at high temperatures. Chemical and physical properties make PFAAs prime candidates for use not only in surfactant manufacture, but also in protective coatings for a wide range of products, including clothing and paper.

Final 7/31/2012

In 2002, The DuPont De Nemours-Fayetteville facility (DuPont-Fayetteville) began manufacturing ammonium perfluorooctanoate (APFO), the ammonium salt of perfluorooctanoic acid. The facility is located in the lower segments of Cape Fear River Basin.  Prior to this date, the plant neither produced nor used APFO in its manufacturing processes. Heightened public concern over possible adverse health effects resulting from environmental release of PFOA caused DWQ, in consultation with DWM and the DHHS, to establish an "Interim Maximum Allowable Concentration" (IMAC) of 2 µg/L (2 ppbv) for PFOA in 2006. This temporary health-based level was developed using applicable state regulations and published, peer-reviewed toxicological data and was intended for the protection of groundwater as a source of drinking water.

DWQ requested assistance from the North Carolina Secretary's Science Advisory Board on Toxic Air Pollutants (NCSAB) to review the toxicological and epidemiological literature relating to PFOA and recommend to DWQ an updated IMAC.

In 2002, groundwater samples at the DuPont-Fayetteville facility began to be collected; confirmatory groundwater samples were collected in early 2003.  APFO  was detected in the parts-per-trillion (ppt or ng/L) range in these samples. In June 2003, the Fayetteville production facility reported APFO in groundwater to the North Carolina Department of Environment and Natural Resources (NCDENR) as the discovery of a new chemical in the groundwater.

This facility has since installed and sampled 39 temporary and permanent monitoring wells on-site. APFO concentrations exceeding the current IMAC have been reported for three of the wells. The facility has also sampled nine off-site private groundwater wells.  These wells are located near the APFO manufacturing unit. APFO concentrations were below the limit of detection in eight of the nine off-site wells. Two groundwater samples were collected at the ninth well: one sample was non-quantifiable for APFO; the second sample was reported to be 0.011 µg/L (0.011 ppb). Additionally, at the request of NCDENR, US EPA Region 4 staff observed a sampling event conducted by the facility in which groundwater, surface water, and sediment samples were collected. These samples were split between the US Environmental Protection Agency (USEPA) and the facility. The USEPA National Enforcement Investigations Center and National Exposure Research Laboratory analyzed the EPA samples. The analytical results were reported in 2006 and were consistent with those reported by the production facility.

Data suggest the sources for APFO in groundwater at the facility are two surface impoundments and the APFO manufacturing unit. The twin surface impoundments contain water from the Cape Fear River that supplements the facility non-potable water supply. The concentrations of APFO in groundwater samples collected in the area of the two surface impoundments are similar to the concentrations reported by the facility and the USEPA for the Cape Fear River.  The greatest concentrations of APFO in groundwater at the site have been reported in a perched aquifer zone beneath the APFO manufacturing unit. Monitoring wells screened in this zone, which appear to

Final 7/31/2012

have impacted the aquifer below it, are frequently dry. The facility plans to conduct investigations that will better define the relationship between the shallow perched zone, the deeper aquifer, and the distribution of APFO in the groundwater. These investigations will be conducted under NCDENR oversight.  Currently, the production facility collects annual samples of the groundwater for APFO.  Analytical results are reported to both the North Carolina Division of Waste Management (NCDWM) and the USEPA.

In the spring of 2006, the USEPA National Exposure Research Laboratory (Nakayama, Strynar, Helfant, Egeghy, Xibiao & Lindstrom, 2007) conducted a study of PFAAs in the surface waters of the NC Cape Fear River Basin. One hundred samples from 80 different locations were collected. While the watershed is principally rural and agricultural in nature, possible sources of PFOA were noted to include: use of fire-fighting foams, metal-plating facilities, textiles, and paper production. 82% of samples taken indicated PFOA levels above the LOQ (limit of quantification, 0.001 µg/L). PFOA concentrations greater than 0.040 µg/L were reported for 26 sites (32%). The maximum concentration of 0.287 µg/L was observed from samples taken from the Haw River.

**Sources of Human Exposure**
PFOA appears to be ubiquitous in the environment. Lau et al. (2007) (Lau, Anitole, Hodes, Lai, Pfahles-Hutchens & Seed, 2007) reports PFOA detected globally in surface waters, air, sludge, soils, sediments, and ice caps.

Generally, PFOA concentrations are in the parts-per-trillion (ppt) range in drinking water. Similar results have been reported in 9 major freshwater lakes and rivers throughout New York State (Sinclair,et al, 2006), where median PFOA levels ranged from 0.014 to 0.049 µg/L with a maximum of 0.173 µg/L. In Alabama(Hansen, Johnson, Eldridge, Butenhoff & Dick, 2002), PFOA levels are below 0.025 µg/L in the Tennessee River upstream of the discharge site of a fluorochemical production facility. After a 10-km mixing distance downstream of the discharge, the PFOA concentration averaged 0.394 µg/L, with relatively little variation in the data. Emmett (Emmett, Shofer, Zhang, Freeman, Desai & Shaw, 2006b) reported a mean PFOA concentration of 0.035 µg/L in drinking water in the vicinity of a production plant in West Virginia.

A review of the literature reveals that assessments of human exposure to PFOA are largely related to an ingestion route of exposure. Additionally, exposure assessments have been reported for air, water, and food, as well as house dust. Fromme (Fromme, Midasch, Twardella, Angerer, Boehmer & Liebl, 2007a; Fromme, Tittlemier, Völkel, Wilhelm & Twardella, 2009) reported an estimated average daily intake of PFOA for an adult population in southern Bavaria of 2.9 ng/(kg body weight) with the major contributor being food. Trudel (Trudel, Horowitz, Wormuth, Scheringer, Cousins & Hungerbuhler, 2008) reported modeled long-term daily intake of PFOA in the general populations of the U.S. and Europe to range from 1 to 130 ng/(kg body weight). Strynar (Strynar & Lindstrom, 2008) reported the PFOA concentration in dust samples collected from homes (n =

Final 7/31/2012

102) and day-care centers (n = 10) in Ohio and North Carolina in 2000-2001. PFOA was detected in over 95% of the samples at a median concentration of 142 ng/g of dust (95th percentile = 1960 ng/g). Kato (Kato, Calafat & Needham, 2009) reported a median concentration of about 90 ng/g PFOA in 10 house dust samples collected in 2004 in Atlanta, GA.

Washburn (Washburn et al., 2005) examined PFOA concentrations in various consumer and commercial products, ranging from fabrics, textiles, and carpeting, to floor waxes, paint, and cleaners. Washburn estimated average PFOA intake for children and adults. It was concluded that exposure to PFOA from carpeting and/or textiles is minor.

PFAAs have been measured in the general human population since around the year 2000. PFAA levels have been measured in those occupationally exposed over a longer time period. Lau (Lau et al., 2007) reported levels of PFOA in the occupationally exposed are approximately one order of magnitude higher than in the general population. The table in Appendix 1, extracted from (Lau et al., 2007) shows the range of PFOA in human fluids: serum, plasma, whole blood, and breast milk.

Hölzer (Hölzer et al., 2009b), reported that PFOA was detected in the drinking water of Arnsberg, Germany in 2006 at levels between 500-640 ng/L. Soon after detection, charcoal filters were installed, reducing the PFOA concentration to below the limit of detection. Blood plasma samples were collected from residents in 2006 and repeated after a one-year interval (see Table 1).

**Table 1 – Reported Levels of PFOA in Blood Plasma Samples in Holzer et.al. Data**

| Demographic | Blood Plasma PFOA, 2006 µg/mL (GM) | Blood Plasma PFOA, 2007 µg/mL (GM) | % Reduction in Blood Plasma Concentration |
|---|---|---|---|
| children | 22.1 | 17.4 | 21.2 |
| mothers | 23.8 | 18.8 | 21.0 |
| men | 25.7 | 23.4 | 8.9 |

(GM : geometric mean)

Steenland (Steenland, Fletcher & Savitz, 2009a) reported a study to determine the percent reduction in serum PFOA after institution of water filtering in two communities: Little Hocking, West Virginia and Lubeck, Ohio. 150 adults serviced by the Lubeck Public Service District and 50 adults serviced by the Little Hocking Water Association participated. Each participant was required to have a serum PFOA level ≥ 50 µg/L and to: have never been employed by the DuPont company; have never had any job in which PFOA was used; and have not grown vegetables at home during the study period. Participants were further subdivided into groups by primary source for drinking water: public water or bottled water. The Lubeck sample was followed for one year after water filtration began (June 2007 – June 2008); the Little Hocking sample was followed for three months prior to water filtration and for 6 months following.  The results are shown in Table 2. The average rate of decrease in serum PFOA over all four groups was estimated to be 26%. Steenland, et. al.

Final 7/31/2012

estimated an average half-life serum PFOA from these data to be 2.3 years (95% CI: 2.1 – 2.4 years).

**Table 2 – Reported Reduction in Serum PFOA Concentration Level After Water Filtering (from Steenland et.al.)**

| Community | Average Decrease in Serum PFOA Level, ng/L (% Decrease), Public Water | Average Decrease in Serum PFOA Level, ng/L (% Decrease), Bottled Water |
|---|---|---|
| Lubeck, OH | 32 ng/L (26%) (n = 130) | 16 ng/L (28%) (n = 17) |
| Little Hocking, WV | 39 ng/L (11%) (n = 39) | 28 ng/L (21%) (n = 11) |

Tardiff (Tardiff et al., 2009) summarized human exposure data, stating that of all routes of exposure, diet appears to be a major contributor to body burden, and that intake rates vary from about 1 ng/kg body weight-day for consumers not living near a PFOA production facility to about 300 ng/kg body weight-day for consumers living near a production facility.

Serum levels have been reported for occupational exposure to PFOA. Sakr (Sakr, Kreckmann, Green, Gillies, Reynolds & Leonard, 2007b; Sakr, Leonard, Kreckmann, Slade & Cullen, 2007a) reported a study of employees at the DuPont Washington Works facility in WV. Similar studies have been conducted at 3M facilities in Cottage Grove, MN, Decatur, AL, and Antwerp, Belgium (Olsen & Zobel, 2007b). The findings of these studies are summarized in Table 3.

**Table 3 – – Reported Levels of Serum PFOA in Selected Occupational Studies**

| (ND: non-detected)Company | Range (mg/L) | Reference |
|---|---|---|
| DuPont – Washington Works | ND – 26 | (Sakr et al., 2007b; Sakr et al., 2007a) |
| 3M – Cottage Grove | 0.01 – 92.03 | (Olsen et al., 2007b) |
| 3M – Decatur | 0.04 – 12.7 | (Olsen et al., 2007b) |
| 3M – Antwerp | 0.01 – 7.04 | (Olsen et al., 2007b) |

**Metabolism and Kinetics of PFOA**

An excellent review of the pharmacokinetics of PFOA is found in Lau (Lau et al., 2007). It has been demonstrated in numerous animal studies that PFOA is rapidly absorbed, not metabolized, and undergoes extensive enterohepatic circulation (Davis, Vanden Heuvel, Kuslikis & Peterson, 1991; Goecke, Jarnot & Reo, 1992; Kemper & Jepson, 2003; Kemper & Nabb, 2005; Kuslikis, Vanden Heuvel & Peterson, 1992). Urinary excretion is the predominant route of elimination, and it has been demonstrated that there are significant differences in PFOA elimination through urinary excretion both  among humans and between humans and animals (Andersen, Clewell, Tan, Butenhoff & Olsen, 2006; Butenhoff et al., 2004a; Harada, Inoue, Morikawa, Yoshinaga, Saito & Koizumi, 2005a; Kemper et al., 2003; Kudo, Katakura, Sato & Kawashima, 2002). Once absorbed, PFOA is distributed to the serum, kidney, and liver (Hundley, Sarrif & Kennedy, 2006; Johnson,

Final 7/31/2012

Gibson & Ober, 1979). Apelberg (Apelberg et al., 2007a) reported detectable levels of PFOA in umbilical cord blood, indicating PFOA can cross the placental barrier.

The serum elimination half-life of PFOA has been reported for several animal species and humans, as in Table 4.

**Table 4 – Summary of Reported Serum Elimination Half-Life of PFOA**

| Species | Sex | Elimination Half-Life | Reference |
|---|---|---|---|
| Rat | Male<br>Female | 4-6 days<br>2-4 hrs | (Johnson et al., 1979; Kemper et al., 2003) |
| Mouse | Male<br>Female | 19 days<br>17 days | (Kudo et al., 2002) |
| Monkey, cynomolgus | Male<br>Female | 21 days<br>30 days | (Butenhoff et al., 2004a) |
| Dog | Male<br>Female | 20-30 days<br>8-13 days | (Hanhijarvi, Ylinen, Haaranen & Nevalainen, 1988) |
| Human | both | 3.5 yr (GM*)<br>3.8 yr (AM**) | (Olsen et al., 2007) |
|  | both | 2.3 yr | (Steenland et al., 2009a) |

*GM = Geometric mean
**AM = Arithmetic mean

Lau (Lau et al., 2007) reported that since differences in elimination within species (gender) and between species is not well understood, in order to compare toxicological effects, a body burden metric must be used instead of administered dose. Differences in renal transport mechanisms may account for the differences that have been observed within and between species. It had been hypothesized that humans have long elimination half-lives because the glomerular filtration rate can be as much as 5-fold greater than the renal clearance of PFOA suggesting the absence of active excretion in the kidney (Harada et al., 2005a). Andersen (Andersen et al., 2006) suggests that  efficient renal resorption explains reduced clearance in humans. Results reported using a pharmacokinetic model developed by Tan (Tan, Clewell & Andersen, 2008), seem to support this hypothesis.

Clewell (Clewell, Tan & Andersen, 2006) scaled an existing monkey model and calibrated it to match a human elimination half-life of 4.4 years by increasing the resorption rate of PFOA from urinary filtrate by a factor of 7. Andersen (Andersen et al., 2006) reported that on the basis of the output from this model, the long human elimination half-life results from more efficient resorption of PFOA by the kidney. Lou (Lou et al., 2009) used a saturable resorption model (like that of Andersen) and found that the model satisfactorily described mouse serum data.

Final 7/31/2012

**Animal Studies**

There are extensive reviews on PFOA toxicity published in the peer-reviewed literature (Kennedy, Butenhoff & Olsen, 2004; Lau et al., 2007; Lau, Butenhoff & Rogers, 2004). In addition, the US EPA has issued a draft risk assessment on PFOA (US EPA, 2005).

**Acute Studies**

The results of several studies on acute toxicity are summarized in Table 5.

**Table 5 – Summary of Reported Acute Toxicity Data of PFOA in Animal Studies**

| Animal System | Metric | Dose | Reference |
|---|---|---|---|
| Sherman-Wistar rats | Oral LD$_{50}$ | Male: <1000 mg/kg<br>Female: <1000 mg/kg | (Gabriel, 1976) |
| CD rats | Oral LD$_{50}$ | Male: 680 mg/kg<br>Female: 430 mg/kg | (Dean & Jessup, 1978) |
| Sprague-Dawley rats | Inhalation –<br>No mortality | Male: 18.6 mg/L, 1 hr.<br>Female: 18.6 mg/L, 1 hr. | (Rusch, 1979) |
| New Zealand white rabbits | Dermal LD$_{50}$ | Male: >2000 mg/kg<br>Female: >2000 mg/kg | (Glaza, 1995) |
| Sprague-Dawley rats | Oral LD$_{50}$ | Male: >500 mg/kg<br>Female: 250 – 500 mg/kg | (Glaza, 1997) |

**Subchronic Studies**

Subchronic exposure studies in animals are also summarized in Table 2 of (Tardiff et al., 2009), that is also reproduced in Appendix 2. Studies demonstrate that in rodents the liver is the primary target organ for toxicity, irrespective of the route of exposure. Increased liver weight accompanied by hepatocellular hypertrophy is commonly observed. At doses ≥30 ppm, liver degeneration and necrosis are observed as are increases in serum liver enzymes. Increased liver weight and hepatocellular hypertrophy is observed to occur in the rodent through a PPARα-activation mechanism. Klauning (Klaunig et al., 2003) has described the key events in the PPARα-agonist mode of action (MOA) in the rodent. Kudo (Kudo, Mizuguchi, Yamamoto & Kawashima, 1999) observed that rats that were fed PFOA showed decreased serum cholesterol and triglyceride levels. It has been noted that this is also seen in the use of hypolipemic drugs that are PPARα agonists. In cynomolgus monkeys, increased liver weights with exposure to PFOA are also observed; however, the reason for the increase appears to be different than for that in rodents. It is possible that in monkeys, hepatocelluar hypertrophy may be the causative factor in increased liver weight.

**Chronic/Cancer Studies**

The effects of chronic exposure to PFOA have been evaluated in two rat studies:  Sibinski (Sibinski, 1987) and Biegel (Biegel, Hurtt, Frame, O'Connor & Cook, 2001).

Final 7/31/2012

*The Sibinski Study*

Groups of 50 male and 50 female Sprague-Dawley rats (Crl:CD BR) were fed diets containing 0, 30 or 300 ppm APFO (ammonium perfluorooctanoate) for two years. An additional group consisting of 15 males and 15 females were fed diets of 0 or 300 ppm APFO and sacrificed and evaluated at one year. Mean male rat APFO consumption was 1.3 and 14.2 mg/kg-day for the 30 and 300 ppm groups, respectively. Mean female rat APFO consumption was 1.6 and 16.1 mg/kg-day for the 30 and 300 ppm groups, respectively. All animals were observed daily over the entire study period. Body weights and feed consumption were recorded weekly for the first six months of the study, then biweekly thereafter through the end of the study period. For groups of 15 rats per sex at intervals of 3, 6, 12, 18, and 24 months, pathological examinations, including hematology, serum chemistry, and urinalysis were conducted. Postmortem examinations were performed on animals that died during the study as well as those sacrificed during and at the conclusion of the study. As part of the postmortem examinations conducted at the interim sacrifice and, additionally, for the two-year necropsies, 15 randomly selected rats per sex were selected from among the control and high exposure groups and weights of kidneys, liver, heart, spleen, testes, brain, adrenal glands, and uterus were recorded. Microscopic examinations were also performed for the control and high exposure groups.

Compared with the control group, there was a dose-related decrease in weight gain in male rats, and, to a lesser extent, in females; the decreases were statistically significant in the high-dose groups of both sexes. Since feed consumption was increased over the test period, the observed decreases were concluded to be treatment-related. No differences were observed in survival rates over the two-year study between treated and untreated groups.

A dose-related increase in ataxia was observed for female rats, generally observed in moribund animals. High dose males and females had significant decreases in erythrocytes, hemoglobin concentrations, and hematocrits compared to controls. Other slight, but statistically significant, increases in clinical chemistry were observed in both treated male groups from 3-18 months, but only in high-dose males at 24 months. Increases (up to around 10%) in liver and kidney weights were observed in both high-dose males and females at both the one year interim sacrifice and at the final necropsy; only the relative liver weight (vs. body or brain weight) increase in high-dose males was statistically significant.

Lesions in the liver, testes, and ovaries were observed on histological examination. Liver lesions were statistically significant only in the male high-dose group. Interim sacrifice histology showed that incidence of diffuse hepatomegalocytosis, portal mononuclear cell infiltration, and hepatocellular necrosis increased in high-dose males (compared to controls), as did the incidence of hepatocellular vacuolation in high-dose females (compared with controls). At the two-year

Final 7/31/2012

sacrifice, megalocytosis incidence was observed to be 0%, 12%, and 80% in males, and 0%, 2% and 16% females (controls, low-dose, and high-dose, respectively). Hepatic cystoid degeneration was observed at 8%, 14% and 56% of males (controls, low-dose, and high-dose, respectively). Hyperplastic nodules were slightly increased (6%) in high-dose males vs. controls (0%).

At the one-year sacrifice, testicular lesions were observed in 6/50 high-dose and 1/50 low-dose rats (0/50 in controls). Aspermatogenesis was observed in 2/15 high-dose males (0/15 male controls). At the two-year sacrifice, testicular vascular mineralization was observed in 0%, 6%, and 18% of males (controls, low-dose, and high-dose, respectively). These observations were statistically significant in the high-dose group.

In female rats, a statistically significant dose-related increase in ovarian tubular hyperplasia incidence (0%, 14%, and 32% in controls, low-dose, and high-dose females) was observed at the two-year sacrifice. The slides of these ovaries were re-evaluated (Mann & Frame, 2004) (as cited in (US EPA, 2005)). The ovarian lesions were determined to be gonadal stromal hyperplasia and/or adenomas. No statistically significant increase in the total numbers of hyperplasias, adenomas, or both was observed in the treated groups compared to controls. Some evidence of an increase in stromal lesions was observed in the high-dose exposure group; however a greater incidence of adenomas was observed in the control group compared to either of the treated groups. Rats that died prior to or at the time of the one-year sacrifice were not considered at risk for tumor development.

It appears from these data that 300 ppm is the Maximum Tolerated Dose. A LOAEL of 300 ppm and a NOAEL of 30 ppm for male rats was established based on decrease in weight gain, increase in liver and kidney weights, and toxicity in the hematological and hepatic systems. For female rats a LOAEL of 300 ppm and a NOAEL of 30 ppm was established based on decreased body weight gain and hematological effects.

*The Biegel Study*
Biegel (Biegel et al., 2001) observed the induction of Leydig cell tumors in a two-year study of male Sprague-Dawley rats exposed at a dietary level of 300 ppm PFOA. There were 156 rats in the exposure group; 80 rats in the control group. Rats were weighed once per week during the first three months of the study and once biweekly for the remainder. Rats were sacrificed at intervals of 1, 3, 6, 9, 12, 15, 18 and 21 months. At each sacrifice, the liver and testes of 6 rats/group were weighed and evaluated for cell proliferation. An additional 6 rats/group were selected for peroxisome proliferation, and another 10 rats/group were selected for serum hormone analysis. All rats surviving to 24-months were sacrificed for microscopic examination of the heart, liver, testis, kidney, brain, and spleen.

Final 7/31/2012

In the treated group, statistically significant increases in relative liver weight and hepatic β-oxidation activity (compared to controls) were observed at all sacrifice times. Absolute testis weights were increased only at 24 months. No hepatic of Leydig cell proliferation was observed at any sacrifice time, and only an increase in serum estradiol concentration was observed in treated rats at 1, 3, 6, 9, and 12 months.

Biegel observed significant increases in: Leydig cell tumors (LCT) (0% controls, 11% treated); pancreatic acinar cell tumors (PACT) (0% controls, 9% treated); and liver adenomas (3% controls, 13% treated). One pancreatic cell carcinoma was observed in each of 76 treated rats and none in 80 controls. Sibinski reported no increase in PACT incidence and an incidence of pancreatic acinar hyperplasia of 0%, 6%, and 2% in controls, 30 ppm, and 300 ppm groups, respectively. The slides from both studies were independently re-evaluated and it was determined that exposure to PFOA produced increased incidences of proliferative pancreatic acinar cell lesions in both studies at 300 ppm. The differences in the two studies were thought to be due to the use of arbitrary diagnostic criteria and nomenclature.

Both the Sibinski and Biegel studies showed that PFOA induced liver adenomas, Leydig cell adenomas, and PACT in male Sprague-Dawley rats.

**Animal Studies – Developmental/Reproductive**
Developmental studies have been conducted using rabbits, rats, and mice (Abbott et al., 2007; Butenhoff, Kennedy, Frame, O'Connor & York, 2004b; Gortner, 1981; Gortner, 1982; Johansson, Eriksson & Viberg, 2009; Johansson, Fredriksson & Eriksson, 2008; Lau et al., 2006; Rosen, Thibodeaux, Wood, Zehr, Schmid & Lau, 2007; Staples, Burgess & Kerns, 1984; White et al., 2007b; White et al., 2009; Wolf et al., 2007). Effects observed in mice are different than those observed in the rabbit or rat (Dixon et al., 2012; Lau et al., 2006; Macon et al., 2011; White et al., 2011; Yang et al., 2009; Zhao et al., 2012). These studies show chronic exposure to PFOA is associated with developmental toxicity in rodents.

Butenhoff (Butenhoff et al., 2004b) reported the results of a two-generation reproductive toxicity study in Sprague-Dawley rats. Doses of 0, 1, 3, 10, or 30 mg/kg-day were administered orally. Decreased weight gain in the pups of pregnant rats exposed to 30 mg/kg-day of PFOA was reported. A statistically significant increase in mortality in both male and female pups as well as decreased body weight observed both after weaning and over the course of the study were reported.

Lau (Lau et al., 2006) reported dose-related fetal toxicity of PFOA in mice as well as early pregnancy loss, delayed fetal growth and development, and decreased post-natal survival.

Final 7/31/2012

In three studies (Macon et al., 2011, White et al., 2011, Zhao et al., 2012), mammary gland development in mice was evaluated following low dose exposure to PFOA.  Macon et al. (2011) reported the results of prenatal PFOA exposure in CD-1 mice.  Mice were dosed with 0, 0.3, 1.0, and 3.0 mg PFOA/kg/day (full gestation, gestational day [GD] 1-17) or 0, 0.01, 0.1, and 1.0 PFOA mg/kg/day (late gestation, GD 10-17).  Stunted mammary gland development was observed in the offspring as assessed by developmental scoring at the lowest dose for both treatment regimens. Statistically significant reductions in longitudinal growth and fewer terminal end buds in mammary tissue occurred at postnatal day (PND) 21 in the late gestation group at 1.0 mg/kg compared to controls.  In a similar study, White et al. (2011) reported the results of a three-generation developmental study in CD-1 mice.  Exposure groups were dosed with 0, 1, or 5 mg PFOA/kg/day (GD 1-17); additional groups of dams were treated with 0 or 1 mg PFOA/kg/day throughout gestation and their $F_1$ and $F_2$ offspring received continuous 5 ppb PFOA in drinking water.  The authors reported delayed mammary gland development occurred for both generations.  Studies performed by Zhao et al. (2012) have shed additional light on the MOA of PFOA-induced effects on mammary development.  Zhao reported that Balb/c mice were more sensitive to PFOA inhibition when compared with wild-type C57BL/6 mice.  Accordingly, they exposed Balb/c to PFOA at 2.5 mg/kg/day while C57BL/6 wild-type or PPARα knockout mice received PFOA at 7.5 mg/kg/day.  All mice were given PFOA by oral gavage 5 days per week for 4 weeks starting at 21 days of age. Similar to the work reported by Macon et al. (2011) and White et al. (2011) PFOA exposure in Balb/c and wild-type C57BL/6 mice was associated with altered mammary gland development as evidenced by reduced ductal length, decreased numbers of terminal end buds and stimulated ducts.  Inhibition of mammary gland development was not observed in PFOA-treated C57BL/6 PPARα knockout mice suggesting the PPARα pathway is involved in PFOA inhibitory effect on the mammary gland.  They also found that PFOA treatment at doses that inhibited mammary gland development was also associated with delayed or absent vaginal opening and lack of corpora lutea suggesting that estrous cyclicity was altered.  Consistent with this theory, they found that supplementing mice with physiological levels of estrogen or progesterone reversed stunted mammary gland development in PFOA-exposed Balb/c and C57BL/6 wild-type mice.

In a uterotrophic study by Dixon et al. (2012), immature CD-1 mice were exposed to low doses of PFOA (0, 0.01, 0.1, or 1 mg PFOA/kg/day) on PND 18-20.  They reported increased uterine weight on PND 21 at 0.01 mg/kg/day PFOA exposure, but other histopathologic changes were minimal.

Studies examining reproductive and developmental effects in rodents share certain - characteristics that limit their usefulness for quantitative risk assessment.  These include small sample sizes, high plasma PFOA concentrations, and incomplete characterization of dose-response

Final 7/31/2012

relationships including the absence of a well defined NOAEL. One additional challenge is that the effect(s) seen, inhibition versus stimulation of mammary gland development for example, is influenced by the exposure dose and animal strain. Yang et al., (2009) reported that Balb/c mice exposed to PFOA (5 and 10 mg/kg) during the peripubertal period exhibited inhibition of mammary gland and uterine development, however, similarly exposed C57BL/6 mice exhibited stimulatory effects in both organs at the low dose (5 mg/kg) but inhibition at the higher dose (10 mg/kg). In addition, these diverging effects may not reflect serum PFOA concentrations. For example, Zhao and colleagues (2012) showed that Balb/c mice treated with 2.5 mg/kg of PFOA had plasma PFOA levels similar to that of wild-type C57BL/6 mice treated with 5 mg/kg of PFOA. Although similar plasma PFOA levels were seen opposite effects on mammary glands were observed.

**Animal Studies - Immunotoxicity**
Griffith (Griffith & Long, 1980) reported no histopathologic effects in the lymphoid, thymus, or bone marrow in a 90-day subchronic study in which Rhesus monkeys were exposed to PFOA at doses up to 10 mg/kg-day. Butenhoff (Butenhoff et al., 2002) reported no histopathologic effects in the spleen, thymus, or mesenteric lymph nodes in a 6-month subchronic study in which cynomolgus monkeys were exposed to PFOA at doses up to 30/20 mg/kg-day (see Appendix 2).

Yang, in a series of studies, exposed C57BL/6 mice to PFOA at a level of 0.02% (about 30 mg/kg-day) in the diet for 7-10 days. Yang (Yang, Xie & Depierre, 2000) reported reduced body weights (≤17%), increased relative liver weights (≤136%), and decreased relative thymus and spleen weights (≤83% and ≤23%, respectively). Yang (Yang, Xie, Eriksson, Nelson & DePierre, 2001) also reported liver weight changes and increased acyl-CoA oxidase activity that occurred prior to thymus and spleen weights. It was also reported that thymus and spleen weights, and total thymus and spleen cell counts, returned to within control following a period of 5-10 days after cessation of PFOA in the diet.

Yang (Yang, Xie, Alexson, Dean Nelson & DePierre, 2002a) reported that splenic IgM and IgG-producing cells were reduced in male C57BL/6 mice fed a diet containing about 30 mg/kg-day for 10 days. Serum levels of anti-HRBC IgM and IgC1 antibodies were significantly decreased compared with controls. Immunosupression was also observed in splenic lymphocytes from PFOA-treated mice to T-and B-cell specific activators ConA and lipopolysaccharide. When splenic lymphocytes were treated in vitro, this inhibition was not observed.

Loveless (Loveless, Hoban, Sykes, Frame & Everds, 2008) treated CD-1 mice and Sprague-Dawley rats to PFOA at doses of 0, 0.3, 1, 10, or 30 mg/kg-day over a period of 28 days via gavage.

Final 7/31/2012

Histopathologic analyses were conducted of the spleen, thymus, and lymph nodes. For rats, PFOA did not affect production of anti-SRBC antibodies, even with decreased body weight gain and increased serum corticosterone in a few rats exposed at 10 and 30 mg/kg-day. In mice, systemic toxicity and stress were observed at exposure levels of 10 and 30 mg/kg-day. Liver weight-adjusted body weights were increased as were serum corticosterone levels over controls. Neutrophils and monocytes were increased in mice; absolute lymphocyte numbers were decreased at exposure levels of 10 and 30 mg/kg-day. The liver was the major organ of toxicity in both rats and mice. At ≥1 mg/kg-day and ≥10 mg/kg-day, absolute and relative liver weights were significantly increased in rats. This correlated with increased hepatocellular hypertrophy. In mice, liver weights and hepatocellular hypertrophy were significantly increased at ≥0.1 mg/kg-day; individual cell and focal necrosis at ≥1 mg/kg-day; and increased mitotic figures and bile duct hyperplasia at ≥10 mg/kg-day.

DeWitt (Dewitt, Copeland, Strynar & Luebke, 2008) reported using C57BL/6 mice administered PFOA via gavage at 0 or 30 mg/kg-day over 15 days or 10 days followed by administration of the vehicle for 5 days. It was observed that SRBC-specific IgM antibody titers decreased about 20% in both the recovery and constant PFOA-treated mice vs. controls. SRBC-specific IgG titers and delayed-type hypersensitivity were not affected. In addition to the gavage study, C57BL/6N mice were treated with 0 to 30 mg/kg-day PFOA in drinking water for 15 days in two dose regimes. In the first, with doses of 0, 3.75, 7.5, 15, or 30 mg-kg-day, SRBC-specific IgM antibody titers decreased 11% and 29% at treatment levels of 3.75 and 30 mg/kg-day, respectively. In the second dose regime, with doses of 0, 0.94, 1.88, 3.75, or 7.5 mg/kg-day, SRBC-specific IgM antibody titers decreased about 7% relative to controls at treatment levels of 3.75 and 7.5 mg/kg-day, respectively. A NOAEL was established at 1.88 mg/kg-day.

DeWitt (DeWitt, Copeland & Luebke, 2009a) treated adrenalectomized or sham-operated C57BL/6N mice with 0, 3.75, 7.5, 15, or 30 mg/kg body weight. IgM antibody titers decreased 15% in sham mice and 18% in adrenalectomized mice. This indicates that adrenalectomy is not protective against immunosuppression. In sham mice, cortisone concentrations were significantly increased at 30 mg/kg, but these levels decreased to insignificance 5 days after exposure ended. No increase in cortisone concentration was observed in adrenalectomized mice. This indicates immune response to PFOA is not dependent of serum cortisone concentration.

PFOA appears to affect some elements of the immune system, however adverse effects on immune function have yet to be demonstrated. It may be that effects observed are stress-related.

## Animal Studies – Genotoxicity

Numerous studies of the genotoxicity of PFOA have been reported (Hazleton Inc., 1995a; Hazleton Inc., 1995b; Hazleton Inc., 1996a; Hazleton Inc., 1996b; Hazleton Inc., 1996c; Hazleton Inc., 1996d;

Final 7/31/2012

Hazleton Inc., 1996e; Litton Bionetics, 1978; Notox, 2002; Stone Research Laboratories, 1981; Toxicon, 2002). PFOA did not induce DNA mutations in bacteria and yeast with or without metabolic activation; did not induce forward mutations in CHO cells; and did not significantly increase chromosomal aberrations in human lymphocytes. In CHO cells, PFOA did induce chromosomal aberrations and polyploidy both in the presence of and in the absence of metabolic activation in one of two tests. Tardiff (Tardiff et al., 2009) concluded that these results are confounded by the high level of cytotoxicity of PFOA towards CHO cells. In the second of these tests, no significant increases of chromosomal aberrations were observed both with and without metabolic activation, except at a single dose level with metabolic activation that also produced cytotoxicity. PFOA was inactive in a mouse *in vivo* bone marrow micronucleus assay.

**Human Studies**

There is a wealth of epidemiological and surveillance studies reported in the literature over the past 10-20 years, including those conducted in the U.S., Europe, and Asia. Tardiff (Tardiff et al., 2009) provided a current summary (see Appendix 3). These studies do not provide evidence for a causal association between PFOA exposure and the development of cancer in the general population. Several studies have reported cancers associated with occupational exposure to PFOA ( for example, bladder and prostate cancer, melanoma: (Alexander, Olsen, Burris, Mandel & Mandel, 2003; Gilliland & Mandel, 1993); male reproductive and gastro-intestinal tract neoplasms (Olsen, Burlew, Hocking, Skratt, Burris & Mandel, 2001)). Follow-up studies failed to establish an association between cancer incidence and PFOA exposure in workers (Alexander, 2001; Alexander & Olsen, 2007; Grice, Alexander, Hoffbeck & Kampa, 2007). Lundin & Alexander (2007) reported no association between pancreatic cancer and PFOA exposure when comparing the test cohort with the general population, but did report a significant increase between exposed and non-exposed workers.

**Selection of Key Studies and Critical Endpoints – Noncancer Effects**

The NCSAB has selected two key studies on which to base a recommendation for an IMAC for PFOA. Because human studies have not demonstrated a quantifiable dose-response relationship between PFOA exposure and health effects, the NCSAB elected to rely on animal studies.

*Butenhoff, 2004*

This is a two-generation rat study (Butenhoff et al., 2004b) in which male and female Sprague-Dawley rats were dosed orally with 0, 1, 3, 10, or 30 mg/kg the ammonium salt of PFOA. Current EPA OPPTS 870.3800 guidelines were followed. The critical endpoint selected was the ratio of liver to brain weight in $F_0$ and $F_1$ rats (LOAEL = 1 mg/kg-day).

*Butenhoff, 2002*

Final 7/31/2012

This is a 6-month study (Butenhoff et al., 2002) in which groups of male cynomolgus monkeys were treated by mouth with 0, 3, 10, 30 (reduced to 20) mg/kg-day APFO in capsule form. The critical endpoint selected was the ratio of liver to brain weight (LOAEL = 3 mg/kg-day).

**Selection of Key Studies and Critical Endpoints – Cancer Effects**

*Sibinski, 1987*

This study was described in the Chronic/Cancer Studies section. Groups of male and female Sprague-Dawley rats (Crl:CD BR) were fed diets containing 0, 30 or 300 ppm APFO for two years. An additional group consisting of 15 males and 15 females were fed diets of 0 or 300 ppm APFO and sacrificed and evaluated at one year. The critical effect selected as the point of departure (POD) is incidence of testicular tumors (NOAEL = 1.3 mg/kg-day).

**Quantitative Assessment**

*Butenhoff, 2004*

Butenhoff (Butenhoff et al., 2004c) reported the following data for the critical endpoint of liver-to-brain weight ratio in $F_0$ and $F_1$ male rats (Butenhoff et al., 2004b):

**Table 6 - Reported Liver-to-Brain Weight Ratio in Male Rats Treated with PFOA (Butenhoff et al., 2004c)**

| Liver/Brain Wt. Ratio | Oral Gavage Dose (mg/kg-day) | | | | |
|---|---|---|---|---|---|
| | 0 | 1 | 3 | 10 | 30/20 |
| Generation | | | | | |
| $F_0$ | 9.0 ± 1.2 (30) | 10.7 ± 1.5 (30) | 12.3 ± 1.2 (30) | 12.8 ± 1.8 (30) | 12.5 ± 1.4 (29) |
| $F_1$ | 9.3 ± 1.4 (30) | 10.8 ± 1.5 (29) | 12.2 ± 1.8 (30) | 12.9 ± 1.6 (30) | 13.6 ± 1.7 (29) |

Dose was converted to an equivalent serum level using a regression equation ($R^2 = 0.993$) to estimate area under the curve (AUC) (µg-hr/mL) from oral dose for male rats (Butenhoff, 2004c):

$$AUC\left(\frac{\mu g - hr}{mL}\right) = 1019.6 \times oral\ dose\left(\frac{mg}{kg - day}\right)$$

Dividing the AUC by 24-hours yields an average serum concentration over a 24-hour dosing interval. Since there is a long half-life of PFOA in humans, this is an appropriate average concentration metric.

Using Benchmark Dose Software (v 2.1 R52), a linear model, and eliminating the two highest doses, a Benchmark Internal Concentration ($BMIC_{10}$) and its lower bound ($LBMIC_{10}$) for $F_0$ and $F_1$ male rats were determined as shown in Table 7:

Final 7/31/2012

**Table 7. Results of the Benchmark Internal Concentration and Its Lower Bound Calculation based on Butenhoff et al., 2004c data**
((BMRF: The benchmark response factor; AIC: Akaike Information Criterion))

| Generation | $BMIC_{10}$ | $LBMIC_{10}$ | BMRF | p | AIC |
|------------|-------------|--------------|------|------|------|
|            | µg/mL       | µg/mL        |      |      |      |
| $F_0$      | 58          | 48           | 1.1  | 0.05 | 143 |
| $F_1$      | 79          | 62           | 1.1  | 0.14 | 175 |

Since the NCSAB uses a central estimate value for a chronic endpoint, the lesser of the two central estimates, $BMIC_{10}$ = 58 µg/mL, was selected as a conservative POD.

*Butenhoff, 2002*
Butenhoff (Butenhoff et al., 2002) reported a 6-month study in which groups of male cynomolgus monkeys were treated by mouth with APFO in capsule form. The critical endpoint selected was the ratio of liver to brain weight:

**Table 8 - Reported Liver-to-Brain Weight Ratio in Male Cynomolgus Monkeys Treated with APFO (Butenhoff et al., 2002)**

| Oral Dose (mg/kg-day) | 0 | 3 | 10 | 30/20 |
|-----------------------|---|---|----|----|
| Serum PFOA level (µg/mL) | 0.16 ± 0.15 (4)* | 72 ± 47 (4) | 85 ± 20 (4) | 155 ± 102 (2) |
| Liver/Brain Wt. | 0.934 ± 0.074 (4)* | 1.34 ± 0.23 (4) | 1.30 ± 0.23 (4) | 1.22 ± 1.2 (2) |

*mean ± SD (sample size)

Serum PFOA levels reported were from samples at weeks 20, 22, 24, and 26.

The data (serum PFOA level and liver/brain weight) in Table 8, when modeled using Benchmark Dose software (v 2.1 R52), a linear model, highest dose level discarded, constant variance, BMRF = 1.1, yielded a $BMIC_{10}$ estimate of 40 µg/mL (p = 0.39), that was selected as the POD for study.

*Sibinski, 1987*
For a cancer endpoint, (Tardiff et al., 2009) used a physiologically-based toxicokinetic model (Tan et al., 2008) with the Sibinski data to estimate an $LBMIC_{10}$ of 203 µg/mL PFOA in plasma. Since this value is a lower bound and on the order of 10 times that of any of the other PODs, it is the opinion of the NCSAB that an IMAC based on any of the other key studies will be protective of cancer in humans. Therefore, it is not necessary to proceed further with this endpoint.

*Uncertainty Factors*
To the points of departure enumerated above, the NCSAB will apply the following uncertainty factors (Table 9):

Final 7/31/2012

**Table 9 – Uncertainty Factors Selected by NC SAB for PFOA Noncancer Risk Assessment**

| Uncertainty Factor | Value | Rationale |
|---|---|---|
| Interspecies (animal-to-human) | 3 | PFOA is not metabolized in humans. Half-life in humans is much greater than for rodents. Humans are likely to be less sensitive to toxic properties of PFOA than rodents. |
| Intraspecies (average human-to-sensitive human) | 10 | To account for sensitive human subpopulations. |
| Study Type (subchronic-to-long term) | 1 | There is little discernable difference in serum levels at which effects have been reported in subchronic and chronic studies. |
| LOAEL-to-NOAEL | 1 | $BMIC_{10}$ values used to estimate a NOAEL |
| Database Completeness | 1 | The PFOA database is extensive with studies in 3 species, including acute, subchronic, and chronic studies. In addition, there are genotoxicity studies, as well as reproductive, developmental, and immunotoxicity studies. |
| **Total Uncertainty Factor** | **30** | |

Table 10 summarizes the critical endpoints of each key study as well as the estimate of a resulting IMAC:

**Table 10 – Maximum Allowable Concentration Estimations for PFOA based on the Critical Endpoints of Key Studies**

| Key Study | POD, µg/mL | Exposure Level[a], µg/person-day | UF | IMAC estimate[b], µg/L |
|---|---|---|---|---|
| ` | 58 | 487.2 | 30 | 1.6 |
| *Butenhoff, 2002 (monkey)* | 40 | 336.0 | 30 | 1.1 |

a.  Exposure Level = POD (µg/mL) x 0.12 µg ingested/kg/µg/mL x 70 kg/person. The 0.12 µg ingested/kg/µg/mL factor is from (Clewell et al., 2006)
b.  IMAC Estimate = (Exposure Level/UF) x 0.2/2 L/person-day. A Relative Source Contribution factor of 20% (0.2) and a daily consumption factor of 2L were used

**Other Assessments of PFOA in Water**

*Minnesota*

Minnesota has established a "Health Risk Limit" (HRL) for PFOA in drinking water (Minnesota Department of Health, 2008). The basis for the HRL was a 6-month cynomolgus monkey study by (Butenhoff et al., 2002). A $BMDL_{10}$ of 23 mg/L was used as the POD. Using a one-compartment model and assuming a PFOA half-life of 1387 days in humans and a volume of distribution of 0.2 L/kg, a human equivalent dose (HED) was determined to be 0.0023 mg/kg-d. Using a total uncertainty factor of 30 (3 toxicodynamic portion of animal-to-human, 10 sensitive individuals), a relative source contribution of 0.2, and an intake rate of 0.053 L/kg-d (95% upper limit for adults, equivalent to 3.7 L/d), the HRL was determined to be 0.3 µg/L, or 0.3 ppb.

NOTE: using an intake rate of 2 L/d and a $BMD_{10}$ (central estimate) of 40 mg/L , as is used in North Carolina (shown in Table 12), the HRL becomes 0.9 µg/L (0.9 ppb).

Final 7/31/2012

*New Jersey*

New Jersey established a "Guidance Level" for PFOA in drinking water (Post, Louis, Cooper, Boros-Russo & Lippincott, 2009). The basis for this level was a chronic diet study in adult female rats (Sibinski, 1987). The endpoint used was decreased body weight. A NOAEL of 1.6 mg/kg-d was reported. An animal serum level at the NOAEL of 1800 μg/L was determined based on AUC. An uncertainty factor of 100 (10 animal-to-human, 10 sensitive individual) was used to determine a "target human serum level" of 18 μg/L. Using a relative source contribution factor of 0.2, a "target contribution to human serum from drinking water" was determined to be 4 μg/L. It was further assumed that there is a 100-fold concentration factor of PFOA in humans from drinking water (Emmett et al., 2006b), so the PFOA concentration in drinking water corresponding to a target contribution to human serum was determined to be 0.04 μg/L .

*North Carolina*

The Division of Public Health (DPH) of the North Carolina Department of Health and Human Services developed a Public Health Goal (NCPHG) for PFOA based on a PBPK model developed by (Clewell et al., 2006). Using the PBPK model adjusted for a human half-life of 3.8 years, (Butenhoff et al., 2002) cynomolgus monkey data, an endpoint of increased liver weight, and a POD (LBMIC$_{10}$) of 23 μg/L PFOA in serum, DPH determined a human equivalent administered dose to be $2.75 \times 10^{-3}$ mg/kg-d. Applying a total uncertainty factor of 30 (3 for toxicodynamics, 10 for intraspecies), a 70-kg adult body weight, 20% relative source contribution, and a intake level of 2L/day, yielded a PFOA concentration in water of 0.63 μg/L (0.63 ppb). This is the NCPHG for PFOA. NCPHGs are not regulatory levels but provide guidance of acceptable contaminant levels in private wells, whereas IMACs are regulatory levels in ground water established by DWQ.

**Recommendation**

It is the recommendation of the NCSAB to the Division of Water Quality that the Interim Maximum Allowable Level (IMAC) for PFOA in groundwater be reduced to 1 μg/L (ppbv).

Final 7/31/2012

Appendix 1 **PFOA Concentration (ng/mL, ppb) in Human Fluids (Lau et al., 2007)**

PFOA Mean is a geometric mean. Those values with an asterisk (*) are arithmetic means

| Location | Demographic | Sample Type | Year of Collection | Number of Samples | PFOA Mean[a] | PFOA Range | References |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Adults | Serum | 2001 | 125 | 4.1 | 2.1–34.1 | (Olsen et al., 2003a) |
| Boston, MA | Adults | Serum | 2001 | 109 | 5.4 | 1.5–13.9 | (Olsen et al., 2003a) |
| Mpls–St Paul, MN | Adults | Serum | 2001 | 100 | 4.5 | 1.9–20.0 | (Olsen et al., 2003a) |
| Charlotte, NC | Adults | Serum | 2001 | 96 | 6.3 | 2.1–29.0 | (Olsen et al., 2003a) |
| Portland, OR | Adults | Serum | 2001 | 107 | 3.6 | 2.1–16.7 | (Olsen et al., 2003a) |
| Hagerstown, MD | Adults | Serum | 2001 | 108 | 4.2 | 2.1–52.3 | (Olsen et al., 2003a) |
| Seattle, WA | Elderly adults | Serum | 2001 | 238 | 4.2 | 1.4–16.7 | (Olsen et al., 2004a) |
| 23 US States | Children (2–12 years) | Serum | 1994–1995 | 598 | 4.9 | 1.9–56.1 | (Olsen et al., 2004b) |
| Washington Co., MD | Adults | Serum | 1974 | 178 | 2.1 | NR | (Olsen, Huang, Helzlsouer, Hansen, Butenhoff & Mandel, 2005) |
| Washington Co., MD | Adults | Plasma | 1989 | 178 | 5.5 | NR | (Olsen et al., 2005) |
| Kentucky | Adult females | Serum | 2000 | 46 | 4.7* | <3–7.3 | (Kannan et al., 2004) |
| Michigan | Adult males | Serum | 2000 | 29 | 5.7* | <3–14.7 | (Kannan et al., 2004) |
| Kentucky | Adult females | Whole blood | 2002 | 11 | 23* | 15–39 | (Kannan et al., 2004) |
| Kentucky | Adult males | Whole blood | 2002 | 19 | 41.6* | 11.0–88 | (Kannan et al., 2004) |
| New York City | Adults | Plasma | 2002 | 70 | 27.5* | 14–56 | (Kannan et al., 2004) |
| Atlanta, GA | Adult females | Serum | 2003 | 10 | 4.2* | 0.2–10.0 | (Kuklenyik, Reich, Tully, Needham & Calafat, 2004) |
| Atlanta, GA | Adult males | Serum | 2003 | 10 | 5.56* | 2.8–10.4 | (Kuklenyik et al., 2004) |
| Atlanta, GA | Adult females | Breast milk | 2003 | 2 | | | (Kuklenyik et al., 2004) |
| United States | Non-Hispanic White | Serum | 1999–2000 | 529 | 5.6 | NR | (Calafat, Kuklenyik, Reidy, Caudill, Tully & Needham, 2007a) |
| United States | Non-Hispanic Black | Serum | 1999–2000 | 309 | 4.8 | NR | (Calafat et al., 2007a) |
| United States | Mexican-American | Serum | 1999–2000 | 584 | 3.9 | NR | (Calafat et al., 2007a) |
| United States | Non-Hispanic White Female | Serum | 2001–2002 | 13 pooled | 4.0* | NR | (Calafat, Kuklenyik, Caudill, Reidy & Needham, 2006a) |
| United States | Non-Hispanic Black Female | Serum | 2001–2002 | 6 pooled | 2.9* | NR | (Calafat et al., 2006a) |
| United States | Mexican-American Female | Serum | 2001–2002 | 8 pooled | 2.1* | NR | (Calafat et al., 2006a) |
| United States | Non-Hispanic White Male | Serum | 2001–2002 | 13 pooled | 7.0* | NR | (Calafat et al., 2006a) |
| United States | Non-Hispanic Black Male | Serum | 2001–2002 | 6 pooled | 3.6* | NR | (Calafat et al., 2006a) |
| United States | Mexican-American Male | Serum | 2001–2002 | 7 pooled | 2.9* | NR | (Calafat et al., 2006a) |
| United States | Adults | Serum | 1990–2002 | 23 pooled | 9.6 | 2.8–23.7 | (Calafat et al., 2006b) |
| St Paul, MN | Adult females | Plasma | 2005 | 20 | 2.3* | 0.7–4.7 | (Olsen et al., 2006b) (Olsen et al., 2007a) |
| St Paul, MN | Adult males | Plasma | 2005 | 20 | 2.6* | 0.7–4.2 | (Olsen et al., 2006b) (Olsen et al., 2007a) |
| St Paul, MN | Adult females | Serum | 2000 | 50 | 5.1* | 1.4–20.0 | (Olsen et al., 2006b) (Olsen et al., 2007a) |
| Southeastern OH | Adults and children | Serum | 2005 | 371 | 354* | NR | (Emmett et al., 2006b) |

Final 7/31/2012

| Ottawa, Gatineau, Canada | Adult females | Serum | 2002 | 21 | 3.08* | <1.2–6.1 | (Kubwabo, Vais & Benoit, 2004) |
| Ottawa, Gatineau, Canada | Adult males | Serum | 2002 | 35 | 3.6* | <1.2–7.2 | (Kubwabo et al., 2004) |

## Appendix 2  Summary of Subchronic Studies, see (Tardiff et al., 2009), Table 2

| Species/Study Type | Number/Sex/Dose | Dose Level | Results | Reference |
|---|---|---|---|---|
| | | | Oral | |
| Mouse 14-day feeding | 5(M/F) | 10-10,000 ppm | Mortality (100%) at ≥3000 ppm; mortality at 1000 ppm; ↑liver weight/body weight ≥30 ppm. LOAEL = 30 ppm. | (DuPont Company, 1981) cited in (Kennedy et al., 2004) |
| Mouse 14-day feeding | 5(M/F) | 0, 30, 300, or 3000 ppm | Mortality (100%) at 3000 ppm; ↓body weight and 1/5 females died at 300 ppm; ↑liver weights at ≥30 ppm. No histopathology. LOAEL = 30 ppm. | (Kennedy, 1987) |
| Mouse 21-day feeding | 5(M/F) | 0, 0.01, 0.03, 0.1, 0.3, 1, 3, 10, or 30 ppm | ↑liver weights at ≥3 ppm. No histopathology. LOAEL = 1 ppm. | (Kennedy, 1987) |
| Mouse 28-day feeding | 5(M/F) | 0, 30, 100, 300, 1000, 3000, 10,000, or 30,000 ppm | Mortality (100% or close to) at ≥300 ppm; ↓body weights throughout study (100 ppm males and females); ↓body weight in week 4 (30 ppm females);↑liver weights (30 and 100 ppm males and females); panlobar diffuse hepatocellular hypertrophy accompanied by focal to multifocal cytoplasmic lipid vacuoles in 30 ppm and 300 ppm animals. LOAEL = 30 ppm. | (Griffith et al., 1980) |
| Rat 7-day feeding | 4-6(M) | 0.0025, 0.005, 0.01, 0.02, or 0.04% (w/w) | ↑triglycerides in liver (all doses) but ↓serum cholesterol, total phospholipids, and phosphatidylcholine (only given in 0.02% dose), ↑liver glycerolipids (all doses). | (Kudo et al., 1999) |
| Rat 28-day feeding | 5(M/F) | 0, 30, 100, 300, 1,000, 3,000, 10,000, or 30,000 ppm | Mortality (100%) at 10,000 and 30,000 ppm; weight loss (males: ≥30 ppm; females: 3,000 ppm); ↑liver weights (males: ≥30 ppm; females: ≥1,000 ppm). Liver effects: hepatocellular hypertrophy, hepatocyte degeneration and/or necrosis; focal bile duct proliferation. LOAEL = 30 ppm. | (Griffith et al., 1980) |
| Rat 90-day feeding | 5(M/F) | 0, 10, 30, 100, 300, or 1,000 ppm | Weight loss and ↑liver weight at 300 and 1,000 mg/kg. Liver effects: hepatocellular hypertrophy, hepatocyte degeneration and/or necrosis; focal bile duct proliferation. LOAEL/NOAEL cannot be determined. | (Griffith et al., 1980) |
| Rat 13-week feeding | 45-55(M) | 0, 1, 10, 30, or 100 ppm | ↑hepatic palmitoyl CoA activity (30 and 100 ppm); ↑absolute and relative liver weights and hepatocellular hypertrophy (≥1 mg/kg); effects were reversible after 8-week recovery period; no treatment- related effects on serum hormone levels. LOAEL = 100 ppm (6.5 mg/kg-day). | (Palazzolo, 1993; Perkins, 1992) as cited in Tardiff |
| Rat 28-day gavage | 10(M) | 0, 5, or 20 mg/kg-day | ↓body weights (20 mg/kg-day); ↑relative liver, kidney and gonad weights (both doses); hepatocyte hypertrophy with cytoplasmic vacuolation (both doses); congestion and thickened epithelial walls in lung (both doses); turbidness and tumefaction in kidney proximal convoluted tubular epithelium (20 mg/kg). LOAEL = 5 mg/kg-day. | (Cui, Zhou, Liao, Fu & Jiang, 2009) |
| Rhesus monkey 90-Day Gavage | 2 (M/F) | 0,10,30,100,300, or 1,000 mg/kg-day | Mortality (100% at weeks 2-5) at 100 mg/kg-day; mortality (1M and 2F at weeks 7-12) and ↓body weight at 300 mg/kg (M); atrophy of lymphoid tissues at ≥30 mg/kg; NOAEL = 10 mg/kg-day | (Griffith et al., 1980) |
| Cynomolgus Monkey 60-Day Gavage | 4 or 6 (M) | 0,3,10, or 30 (reduced to 20) mg/kg-day | ↑Liver weights at all dose levels; body weight loss at 30/20 mg/kg. LOAEL = 3 mg/kg-day | (Butenhoff et al., 2002) |
| | | | Inhalation | |
| Rat 10-day Exposure | 24(M) | 0,1,8, or 84 mg/m³ | Two died at 84 mg/m³ and weight loss that recovered by Day 16; ↑liver weight, serum alkaline phosphatase, hepatocellular hypertrophy, and necrosis at ≥8 mg/m³; all liver effects reversible by end of 42-day recovery period. NOAEL = 1 mg/m³ | (Kennedy, Hall, Brittelli, Barnes & Chen, 1986) |
| Rat 10 Applications | 15(M) | 20,200, or 2000mg/kg (6 h/day, 5 days/week) | Skin irritation and reversible reduction in body weights at ≥200 mg/kg (persistent body weight loss at 2000 mg/kg); ↑liver weight, serum AST and ALT levels, hepatocellular hypertrophy and necrosis (≥20 mg/kg), LOAEL = 20 mg/kg. | (Kennedy, 1985) |
| Rabbits 10 Applications | 10(M/F) | 100 mg/kg (6 h/day for 2 weeks) | Reversible reduction in body weight but elevated blood fluorine levels throughout the recovery period. | (Riker, 1981) |

Final 7/31/2012

## Appendix 3 - Summary of Human Studies, see (Tardiff et al., 2009), Table 1

| Location | Cancer and Mortality | Morbidity | Measures | Outcome |
|---|---|---|---|---|
| **Occupational Epidemiology** | | | | |
| Alabama; Decatur | (Olsen et al., 2001) [Retrospective cohort; Decatur chemical plant compared to Decatur film plant - observed to expected 'episodes of care'; N = 652 SI: gastrointestinal neoplasms, reproductive tract neoplasms, benign colonic polyps] | (Olsen, Burris, Berlew & Mandel, 2003c) [Cross-sectional analysis compared with Antwerp population and PFOS serum quartiles; longitudinal analysis; N = 263] | Hematology, clinical chemistry, thyroid hormone, urinalysis | SI: cholesterol, triglycerides (dose response with PFOA not determined)  NS: high-density cholesterol; bilirubin, hepatic enzymes (GGT, AST, ALT); thyroid hormones |
| | (Alexander et al., 2003) [cohort; N= 2,083 SI: bladder and other urinary cancer mortality with high exposure; association uncertain] | (Olsen et al., 2001) [Retrospective cohort; Decatur chemical plant compared to Decatur film plant - observed to expected 'episodes of care'; N = 652] | Health claim records | SI: acute cholelithiasis, cystitis, urinary tract infections, menopausal and menstrual disorders, benign colonic polyps (dose-response not determined) |
| | (Alexander et al., 2007) [cohort, N = 1,400  NS: bladder cancer mortality] | [N = 24] | Self-reported renal disease and symptoms | NS |
| | (Grice et al., 2007) [cohort, N = 1,400  NS: melanoma, prostate cancer] | (Olsen et al., 2007b) [Comparison of Decatur (medium serum PFOA), Antwerp (low serum PFOA) and Cottage Grove (high serum PFOA) data; N = 506] | Clinical chemistry, thyroid hormones, liver enzymes | SI: alkaline phosphatase, total bilirubin (negative association), ALT, GGT (no dose response); Triglycerides  NS: HDL, LDL, thyroid hormones |
| | | (Grice et al., 2007) [cohort, N = 1,400] | Self-reported symptoms, medical reports | NS: Cystitis, bladder calculi, colon polyps, cholelithiasis, cholecystitis, liver disease, gastric ulcer, benign prostatic hyperplasia, prostatitis, birth weight |
| Minnesota; Cottage Grove | (Gilliland et al., 1993) [cohort comparing PFOA production to no production, N = 3,537  SI: prostate cancer mortality] | (Gilliland & Mandel, 1996) [cross-sectional analysis; N = 115] | Hepatic enzymes., LDL, HDL, cholesterol | NS |
| | (Alexander, 2001) [cohort, N = 3,992  NS: prostate cancer mortality] | (Olsen, Burris, Burlew & Mandel, 2000) [cross-sectional analysis; N = 165] | Hepatic enzymes, LDL, HDL, cholesterol | NS |
| | (Lundin et al., 2007) [cohort comparing definitely PFOA exposed to non-exposed, N = 3,993 SI: prostate cancer mortality - within PFOA exposed cohort; NS: prostate cancer mortality- general population; NS: 19 other cancer sites - general population; | (Olsen, Butenhoff & Mandel, 2003d) [medical surveillance; N = 148] | Hematology, clinical chemistry; thyroid hormone analysis, self- reported symptoms | NS |
| | | (Olsen, Gilliland, Burlew, Burris, Mandel & Mandel, 1998) [2 cross-sectional analyses; N = 111 | Hormones (estradiol, testosterone, prolactin, thyroid hormones, cortisol, LH, FSH, DHEAS, 17-HP, SHBG) | NS |

Final 7/31/2012

| | | | |
|---|---|---|---|
| | SI: cerebrovascular disease mortality- within PFOA exposed cohort; NS: cerebrovascular disease mortality – general population] | and 80] (Olsen et al., 2007b) [Comparison of Cottage Grove (high serum PFOA), Antwerp (low serum PFOA) and Decatur (medium serum PFOA) data; N = 506] | Clinical chemistry, thyroid hormones, liver enzymes | NS: high-density cholesterol, low density cholesterol; triglycerides, thyroid hormones; hepatic enzymes |
| West Virginia; Washington Works | (Leonard, 2003) [surveillance; cohort comparing workers (1957- 2000) to reference population, N = 5,523 SI - bladder cancer (males); kidney cancer (males), mortality due to heart disease; NS: leukemia, multiple myeloma, prostate, colorectal cancer] | (DuPont Company, 2005) [health study, N = >1,000] | Hematology, urinalysis, liver function | SI: LDL NS: HDL, liver function |
| | (Karns & Fayerweather, 1991) [case-control of 9 leukemia cancer cases NS: leukemia] | Sakr et al. (2007a) [cross-sectional analysis, N = 1,025] | Clinical chemistry, hematology | SI: cholesterol (total choloesterol, LDL, very low-density lipoproteins, GGT) - no reported increase in cardiac risk NS: HDL, bilirubin, AST, ALT |
| | Leonard et al. (2008) [cohort compared with reference regional worker population, N = 6,027 NS: mortality due to malignant neoplasms; SI: mortality due to diabetes mellitus; NS: mortality due to ischemic heart disease, respiratory disease, kidney disease] (Walrath & Burke, 1989) [case-control of 9 leukemia cases in employees from 1956-1989 NS: leukemia] | Sakr et al. (2007b) [longitudinal analysis, N = 454] | Clinical chemistry, hematology | SI: total bilirubin (negative association), AST, total cholesterol NS: triglycerides, LDL, HDL |
| Belgium; Antwerp | NA | Olsen et al. (2003c) [cross-sectional analysis compared with Decatur population and PFOS serum quartiles; longitudinal analysis; N = 255] | Hepatic enzymes, clinical chemistry, thyroid hormone | SI: cholesterol, triglycerides NS: high-density cholesterol; bilirubin, hepatic enzymes (GGT, AST, ALT); thyroid hormones |
| | | Olsen and Zobel (2007) [Comparison of Antwerp (low serum PFOA) with Cottage Grove (high serum PFOA) and Decatur (medium serum PFOA) data; N = 506] | Clinical chemistry | SI: triglycerides   NS: high-density cholesterol, low density cholesterol, thyroid hormones; hepatic enzymes |
| Italy; Miteni | NA | (Costa, Sartori & Consonni, 2007) [N not specified] (Costa, Sartori & Consonni, 2009) | hepatic enzymes, HDL, LDL, cholesterol; liver, kidney & prostate functions | SI: cholesterol  NS: all other measures SI: total cholesterol, uric acid, bilirubin |

Final 7/31/2012

| | | [Surveillance of exposed workers versus matched non-exposed workers and versus entire plant, N = 34 active workers in two analyses, 56 active/retired workers in third analysis] | | (negative association) NS: all other measures |
|---|---|---|---|---|
| Ohio; southeastern area [general population not occupationally exposed] | NA | Emmett et al. (2006a) [Residential exposure from drinking water; N = 371]<br><br>Fletcher et al. (2009) [Residential exposure from drinking water; N = 56,351] | Hepatic enzymes, liver & kidney function, cholesterol, thyroid stimulating hormone<br><br>Immune biomarkers | NS<br><br><br>SA: decreased IgA, increased IgE (females only), increased total antinuclear antibodies |
| New York State [general population - anglers] | NA | (Bloom, Kannan, Spliethoff, Tao, Aldous & Vena, 2010) [subsample of cohort, N = 31] | Thyroid hormone function (TSH and free thyroxine) | NS |
| **Developmental / Reproductive Epidemiology** | | | | |
| Maryland; Baltimore [general population] | NA | Apelberg et al. (2007b) [cross-sectional, N = 293 singleton births] | Fetal growth indicators | SA: head circumference, ponderal index, birth weight   NS: birth length, duration of gestation |
| Ohio; Washington County [general population] | NA | Nolan et al. (2009) [cross-sectional study; N = 1,619 births]<br><br>(Steenland et al., 2009a) [cohort, N = not given] | Birth weight, duration of gestation<br><br><br>Pregnancy outcome, low birth weight, birth defects | **NS**<br><br><br><br>**NS** |
| Canada [general population] | NA | (Monroy et al., 2008) [nested analysis; N = 101 pregnant women, 105 umbilical cord samples] | Birth weight | NS |
| Denmark [general population] | (Eriksen et al., 2009) [prospective cohort with no previous cancer diagnosis at enrollment, N = 1,240 cancer patient (772 in comparison group) NS: prostate, bladder, pancreatic, and liver cancer] | Fei et al. (2007) [cohort, N = 1,400]<br>Fei et al. (2008a) [cohort, N = 1,400]<br><br><br>Fei et al. (2008b) [cohort, N = 1,400]<br><br>Fei et al. (2009) [cohort, N = 1,400]<br><br>(Joenson, Bossi, Leffers, Astrup, Skakkebaek & Jorgenson, 2009) [cohort, N = 105] | Fetal growth indicators<br><br>Fetal growth indicators<br><br><br>Developmental milestones<br><br>Fecundity<br><br>Semen quality and reproductive hormones | SA: birth weight   NS: preterm birth, low birth weight, small-for-gestation age NS: placental weight, head circumference, abdominal circumference, birth length<br><br>NS: Apgar score, developmental milestone<br><br>SA: increased time-to-pregnancy<br><br>NS |
| Japan; Sapporo [general population] | NA | (Washino et al., 2009) [hospital-based prospective study; N = 428] | Birth weight and size | NS |

Final 7/31/2012

**SI** = significant increase; **SA** = significant association; **NS** = no significant increase; **N** = number of individuals in study; **ALT** = alanine 1 aminotransferase; **AST** = aspartate aminotransferase; **GGT** = gamma glutamyl transferase, **HDL** = high-density lipoprotein; **LDL** = low-density 2 lipoprotein; **LH** = luteinizing hormone; **FSH** = follicular stimulating hormone; **17-HP** = 17 -hydroxyprogesterone; **SHBG** = sex hormone-binding 3 globulin; **DHEAS** = dehydroepiandrosterone sulfate; **NA** = not applicable

Final 7/31/2012

## References

Abbott, B. D., Wolf, C. J., Schmid, J. E., Das, K. P., Zehr, R. D., Helfant, L., Nakayama, S., Lindstrom, A. B., Strynar, M. J., & Lau, C. (2007). Perfluorooctanoic acid induced developmental toxicity in the mouse is dependent on expression of peroxisome proliferator activated receptor-alpha. *Toxicol Sci*, *98*(2), 571-581.

Alexander, B. H. (2001). Mortality study of workers employed at the 3M Cottage Grove facility.

Alexander, B. H., & Olsen, G. W. (2007). Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers. *Ann. Epidemiol.*, *17*, 471-478.

Alexander, B. H., Olsen, G. W., Burris, J. M., Mandel, J. H., & Mandel, J. S. (2003). Mortality of employees of a perfluorooctanesulphonyl fluoride manufacturing facility. *J. Occup. Environ. Med.*, *60*, 722-729.

Andersen, M. E., Clewell, H. J., III, Tan, Y.-M., Butenhoff, J. L., & Olsen, G. W. (2006). Pharmacokinetic modeling of saturable, renal resorption of perfluoroalkylacids in monkeys - probing the determinants of long plasma half-lives. *Toxicology*, *227*, 156-164.

Apelberg, B. J., Goldman, L. R., Calafat, A. M., Herbstman, J. B., Kuklenyik, Z., Heidler, J., Needham, L. L., Halden, R. U., & Witter, F. R. (2007a). Determinants of fetal exposure to polyfluoroalkyl compounds in Baltimore, Maryland. *Environ Sci Technol*, *41*(11), 3891-3897.

Biegel, L. B., Hurtt, M. E., Frame, S. R., O'Connor, J. C., & Cook, J. C. (2001). Mechanisms of extrahepatic tumor induction by peroxisome proliferators in male CD rats. *Toxicol. Sci.*, *60*, 44-55.

Bloom, M. S., Kannan, K., Spliethoff, H. M., Tao, L., Aldous, K. M., & Vena, J. E. (2010) Exploratory assessment of perfluorinated compounds and human thyroid function. *Physiology & Behavior, In Press, 99*(2), 240-245.

Butenhoff, J. L., Costa, G., Elcombe, C., Farrar, D., Hansen, K., Iwai, H., Jung, R., Kennedy, G. L., Lieder, P. H., Olsen, G. W., & Thomford, P. J. (2002). Toxicity of perfluorooctanoate in male cynomolgus monkeys after oral dosing for 6 months. *Toxicol. Sci.*, *69*, 244-257.

Butenhoff, J. L., Gaylor, D. W., Moore, J. A., Olsen, G. W., Rodricks, J., Mandel, J. H., & Zobel, L. R. (2004c). Characterization of risk for general population exposure to perfluorooctanoate. *Regul. Tox. Pharmacol.*, *39*, 363-380.

Butenhoff, J. L., Kennedy, G. L., Frame, S. R., O'Connor, J. C., & York, R. G. (2004b). The reproductive toxicology of ammonium perfluorooctanoate (AFPO) in the rat. *Toxicology*, *196*, 95-116.

Butenhoff, J. L., Kennedy, G. L., Hinderliter, P. M., Lieder, P. H., Jung, R., Hansen, K. J., Gorman, G. S., Noker, P. E., & Thomford, P. J. (2004a). Pharmacokinetics of perfluorooctanoate in cynomolgus monkeys. *Toxicol. Sci.*, *82*, 394-406.

Final 7/31/2012

Calafat, A. M., Kuklenyik, Z., Caudill, S. P., Reidy, J. A., & Needham, L. L. (2006a). Perfluorochemicals in pooled serum samples from United States residents in 2001 and 2002. *Environ Sci Technol, 40*(7), 2128-2134.

Calafat, A. M., Kuklenyik, Z., Reidy, J. A., Caudill, S. P., Tully, J. S., & Needham, L. L. (2007a). Serum concentrations of 11 polyfluoroalkyl compounds in the u.s. population: data from the national health and nutrition examination survey (NHANES). *Environ Sci Technol, 41*(7), 2237-2242.

Calafat, A. M., Needham, L. L., Kuklenyik, Z., Reidy, J. A., Tully, J. S., Aguilar-Villalobos, M., & Naeher, L. P. (2006b). Perfluorinated chemicals in selected residents of the American continent. *Chemosphere, 63*(3), 490-496.

Clewell, H. J., Tan, Y. M., & Andersen, M. E. (2006). ABSTRACT - Application of pharmacokinetic modeling to estimate PFOA exposures associated with measured blood concentrations in human populations. *Society for Risk Analysis Annual Meeting*.

Costa, G., Sartori, S., & Consonni, D. (2007). Toxicokinetics and Mode of Action. *SOT Contemporary Concepts of Toxicology Symposium on Perfluoroalkyl Acids and Related Chemicals*. Arlington, VA.

Costa, G., Sartori, S., & Consonni, D. (2009). Thrity years of medical surveillance in perfluorooctanoic acid production workers. *J. Occup. Environ. Med., 51*, 364-372.

Cui, L., Zhou, Q. F., Liao, C. Y., Fu, J. J., & Jiang, G. B. (2009). Studies on the toxicological effects of PFOA and PFOS on rats using histological observation and chemical analysis. *Arch Environ Contam Toxicol, 56*(2), 338-349.

Davis, J. W., Vanden Heuvel, J. P., Kuslikis, B. I., & Peterson, R. E. (1991). ABSTRACT - Castration Increases Elimination of Perfluorooctanoic Acid (PFOA) in Male Rats. *Toxicologist, 11*(1), 95.

Dean, W. P., & Jessup, D. C. (1978). Study No. 137-091. Acute oral toxicity (LD$_{50}$) study in rats. US EPA AR226-0419. International Research and Development Corporation.

DeWitt, J. C., Copeland, C. B., & Luebke, R. W. (2009a). Suppression of humoral immunity by perfluorooctanoic acid is independent of elevated serum cortisone concentration in  mice. *Toxicol.Sci., 109*, 106-112.

Dewitt, J. C., Copeland, C. B., Strynar, M. J., & Luebke, R. W. (2008). Perfluorooctanoic acid-induced immunomodulation in adult C57BL/6J or C57BL/6N female mice. *Environ Health Perspect, 116*(5), 644-650.

Dixon, D., Reed, C.E., Moore, A.B., Gibbs-Flournoy, E.A., Hines, E.P., Wallace, E.A., Stanko, J.P., Lu, Y., Jefferson, W.N., Newbold, R.R., Fenton, S.E. (2012). Histopathologic changes in the uterus, cervix and vagina of immature CD-1 mice exposed to low doses of perfluorooctanoic acid (PFOA) in a uterotrophic assay. *Reproductive Toxicology, 33*(4), 506-512.

Final 7/31/2012

DuPont Company (1981). Unpublished Study. Mouse feeding study - 14 days.: DuPont Haskell Laboratory.

DuPont Company (2005). DuPont reports first-phase results of health study examining PFOA exposure. DuPont Chemical Company.

Emmett, E.A., Zhang, H., Shofer, F.S., Freeman, D., Rodway, N.V., Desai, C., Shaw, L.M. (2006a). Community exposure to perfluorooctanoate relationships between serum levels and certain health parameters. *J. Occup. Environ. Med., 48*, 771–779.

Emmett, E. A., Shofer, F. S., Zhang, H., Freeman, D., Desai, C., & Shaw, L. M. (2006b). Community exposure to perfluorooctanoate: relationships between serum concentrations and exposure sources. *J. Occup. Environ. Med., 48*(8), 759-770.

Eriksen, K. T., Sorenson, M., McLaughlin, J. K., Lipworth, L., Tjonnneland, A., Overvad, K., & Raashou-Nielson, O. (2009). Perfluorooctanoate perfluoroctanesulfonate plasma levels and risk of cancer in the general Danish population. *J. Natl. Cancer Inst., 101*, 605-609.

Fei, C., McLaughlin, J.K., Tarone, R.E., Olsen, J. (2007). Perfluorinated chemicals and fetal growth: a study within the Danish National Birth Cohort. *Environ. Health Perspect., 115,* 1677–1682.

Fei, C., Chlin, J.K., Tarone, R.E., Olsen, J. (2008a). Fetal growth indicators and perfluorinated chemicals: a study in the Danish National Birth Cohort. *Am. J. Epidemiol., 168,* 66–72.

Fei, C., McLaughlin, J.K., Lipworth, L., Olsen, J. (2008b). Prenatal exposure to PFOA and PFOS and maternally reported developmental milestones in infancy. *Environ. Health Perspect., 116,* 1391–1395.

Fei, C., McLaughlin, J.K., Lipworth, L., Olsen, J. (2009). Maternal levels of perfluorinated chemicals and subfecundity. *Hum. Reprod., 24,* 1200–1205.

Fletcher, T., Steenland, K., Savitz, D. (2009). Status Report: PFOA and Immune Biomarkers in Adults Exposed to PFOA in Drinking Water in the mid Ohio Valley. C8 Science Panel.

Fromme, H., Midasch, O., Twardella, D., Angerer, J., Boehmer, S., & Liebl, B. (2007a). Occurrence of perfluorinated substances in an adult German population in southern Bavaria. *Int Arch Occup Environ Health, 80*(4), 313-319.

Fromme, H., Tittlemier, S. A., Völkel, W., Wilhelm, M., & Twardella, D. (2009). Perfluorinated compounds - Exposure assessment for the general population in western countries. *Intl. J. Hyg. Environ. Hlth., 212*(3), 239-270.

Gabriel, K. (1976). Acute oral toxicity - rats. US EPA AR-226-0425.: Biosearch, Inc.

Final 7/31/2012

Gilliland, F. D., & Mandel, J. H. (1993). Mortality among employees of a perfluorooctanoic acid production plant. *J. Occup. Med.*, *35*(9), 950-954.

Gilliland, F. D., & Mandel, J. H. (1996). Serum perfluorooctanoic acid and hepatic enzymes, lipoproteins, and cholesterol: a study of occupationally exposed men. *Am. J. Ind. Med.*, *29*, 560-568.

Glaza, S. M. (1995). Project ID HWI 50800374. Acute dermal toxicity study of T-6342 rabbits. US EPA AR-226-0427.: Corning Hazleton, Inc.

Glaza, S. M. (1997). Study No. CHW 61001760. Acute oral toxicity study of T-6669 in rats. US EPA AR-226-0420.: Corning Hazleton, Inc.

Goecke, C. M., Jarnot, B. M., & Reo, N. V. (1992). A comparative investigation of perfluorocarboxylic acids in rats by fluorine-19 NMR spectroscopy. *Chem. Res. Toxicol.*, *5*, 512-519.

Gortner, E. G. (1981). Experiment No. 0681TR0110.  Oral teratology study of T-2998 CoC in rats. US EPA Public Docket AR-226-0463.: Safety Evaluation Laboratory and Riker Laboratories, Inc.

Gortner, E. G. (1982). Experiment No. 0681TB0398. Oral teratology study of T-3141 CoC in rabbits. US EPA Public Docket AR-226-0465. Safety Evaluation Laboratory and Riker Laboratories, Inc. Grice, M. M., Alexander, B. H., Hoffbeck, R., & Kampa, D. M. (2007). Self-reported medical conditions in perfluorooctanesulfonyl fluoride manufacturing workers. *J. Occup. Environ. Med.*, *49*, 722-729.

Griffith, F. D., & Long, J. E. (1980). Animal toxicity studies with ammonium perfluorooctanoate. *Am Ind Hyg Assoc J*, *41*(8), 576-583.

Hanhijarvi, H., Ylinen, M., Haaranen, T., & Nevalainen, T. (1988). A proposed species difference in the renal excretion of perfluorooctanoic acid in the beagle dog and rat. In: A. C. B. a. H. A. Solleveld, *New Development in Biosciences: Their Implications for Laboratory Animal Sciences* (pp. 409-412). Dodtrecht, The Netherlands: Martinus Nijhoff Publishers.

Hansen, K. J., Johnson, J. S., Eldridge, J. L., Butenhoff, J. L., & Dick, L. A. (2002). Quantitative characterization of trace levels of PFOA and PFOA in the Tennessee River. *Environ. Sci. and Technol.*, *8*, 1681.

Harada, K., Inoue, K., Morikawa, A., Yoshinaga, T., Saito, N., & Koizumi, A. (2005a). Renal clearance of perfluorooctane sulfonate and perfluorooctanoate in humans and their species-specific excretion. *Environ Res*, *99*(2), 253-261.

Hazleton Inc. (1995a). Final Report. CHV Study No. 17073-0-409. Mutagenicity test with T-6342 in the Salmonella-E. coli/mammalian microsome reverse mutation assay. US EPA Public Docket AR-226-0436.: Corning Hazleton, Inc.

Final 7/31/2012

Hazleton Inc. (1995b). Final Report. CHV Study No. 17073-0-455. Mutagenicity test with T-6342 in an in vivo mouse micronucleus assay. US EPA Public Docket AR-226-0435.: Corning Hazleton, Inc.

Hazleton Inc. (1996a). Final Report. CHV Study No. 17073-0-455. Mutagenicity test with T-6465 in the Salmonella/E. coli mammalian microsome reverse mutation assay with a confirmatory assay. US EPA Public Docket AR-226-0435.: Corning Hazleton, Inc.

Hazleton Inc. (1996b). Final Report. CHV Study No. 17073-0-449CO. Mutagenicity test with T-6342 measuring chromosomal aberrations in cultured whole blood lymphocytes with a confirmatory assay with multiple harvests. US EPA Public Docket AR-226-0433.: Corning Hazleton, Inc.

Hazleton Inc. (1996c). Final Report. CHV Study No. 17073-0-437CO. Mutagenicity test with T-6465 measuring chromosomal aberrations in Chinese hamster ovary (CHO) cells with a confirmatory assay with multiple harvests. US EPA Public Docket AR-226-0433.: Corning Hazleton, Inc.

Hazleton Inc. (1996d). Final Report. CHV Study No. 17073-0-437CO. Mutagenicity test with T-6465 measuring chromosomal aberrations in Chinese hamster ovary (CHO) cells with a confirmatory assay with multiple harvests. US EPA Public Docket AR-226-0434.: Corning Hazleton, Inc.

Hazleton Inc. (1996e). Final Report. CHV Study No. 17750-0455. Mutagenicity test with T-6564 in an in vivo mouse micronucleus assay. US EPA Public Docket AR-226-0430.: Corning Hazleton, Inc.

Hölzer, J., Göen, T., Rauchfuss, K., Kraft, M., Angerer, J., Kleeschulte, P., & Wilhelm, M. (2009b). One-year follow-up of perfluorinated compounds in plasma of German residents from Arnsberg formerly exposed to PFOA-contaminated drinking water. *Intl. J. Hyg. Environ. Hlth.*, *212*(5), 499-504.

Hundley, S. G., Sarrif, A. M., & Kennedy, G. L. (2006). Absorption, distribution, and excretion of ammonium perfluorooctanoate (APFO) after oral administration to various species. *Drug Chem. Toxicol.*, *29*, 137-145.

Joenson, U. N., Bossi, R., Leffers, H., Astrup, A., Skakkebaek, N. E., & Jorgenson, N. (2009). Do perfluoroalkyl compounds impair human semen quality? *Environ Health Perspect*, *117*, 923-927.

Johansson, N., Eriksson, P., & Viberg, H. (2009). Neonatal exposure to PFOS and PFOA in mice results in changes in proteins which are important for neuronal growth and synaptogenesis in the developing brain. *Toxicol Sci*.

Johansson, N., Fredriksson, A., & Eriksson, P. (2008). Neonatal exposure to perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA) causes neurobehavioural defects in adult mice. *Neurotoxicology*, *29*(1), 160-169.

Johnson, J. D., Gibson, S. J., & Ober, R. E. (1979). Absorption of FC-95-[14]C in rats after a single oral dose. US EPA Administrative Record, AR-226-0007.

Final 7/31/2012

Kannan, K., Corsolini, S., Falandysz, J., Fillmann, G., Kumar, K. S., Loganathan, B. G., Mohd, M. A., Olivero, J., Van Wouwe, N., Yang, J. H., & Aldoust, K. M. (2004). Perfluorooctanesulfonate and related fluorochemicals in human blood from several countries. *Environ Sci Technol*, *38*(17), 4489-4495.

Karns, M. E., & Fayerweather, W. E. (1991). A case-control study of leukemia at the Washington Works site. US EPA Public Docket AR-226-1308-2. DuPont Chemical Company.

Kato, K., Calafat, A. M., & Needham, L. L. (2009). Polyfluoroalkyl chemicals in house dust. *Environ. Res.*, *109*(5), 518-523.

Kemper, R. A., & Jepson, G. W. (2003). Pharmacokinetics of perfluorooctanoic acid in male and female rats. *Toxicologist*, *72 (S-1)*, 148.

Kemper, R. A., & Nabb, D. L. (2005). In vitro studies in microsomes from rat and human liver, kidney, and intestine suggest that perfluorooctanoic acid is not a substrate for microsomal UDP-glucuronosyltransferases. *Drug Chem Toxicol*, *28*(3), 281-287.

Kennedy, G. L., Butenhoff, J. L., & Olsen, G. W. (2004). The toxicology of perfluorooctanoate. *Crit. Rev. Toxicol.*, *34*, 351-384.

Kennedy, G. L., Jr. (1985). Dermal toxicity of ammonium perfluorooctanoate. *Toxicol Appl Pharmacol*, *81*(2), 348-355.

Kennedy, G. L., Jr. (1987). Increase in mouse liver weight following feeding of ammonium perfluorooctanoate and related fluorochemicals. *Toxicol Lett*, *39*(2-3), 295-300.

Kennedy, G. L., Jr., Hall, G. T., Brittelli, M. R., Barnes, J. R., & Chen, H. C. (1986). Inhalation toxicity of ammonium perfluorooctanoate. *Food Chem Toxicol*, *24*(12), 1325-1329.

Klaunig, J. E., Babich, M. A., Baetcke, K. P., Cook, J. C., Corton, J. C., David, R. M., DeLuca, J. G., Lai, D. Y., McKee, R. H., Peters, J. M., Roberts, R. A., & Fenner-Crisp, P. A. (2003). PPARα agonist-induced rodent tumors: modes of action and human relevance. *Crit. Rev. Toxicol.*, *33*(6), 655-780.

Kubwabo, C., Vais, N., & Benoit, F. M. (2004). A pilot study on the determination of perfluorooctanesulfonate and other perfluorinated compounds in blood of Canadians. *J Environ Monit*, *6*(6), 540-545.

Kudo, N., Katakura, M., Sato, Y., & Kawashima, Y. (2002). Sex hormone-regulated renal transport of perfluorooctanoic acid. *Chem Biol Interact*, *139*(3), 301-316.

Kudo, N., Mizuguchi, H., Yamamoto, A., & Kawashima, Y. (1999). Alterations by perfluorooctanoic acid of glycerolipid metabolism in rat liver. *Chem Biol Interact*, *118*(1), 69-83.

Final 7/31/2012

Kuklenyik, Z., Reich, J. A., Tully, J. S., Needham, L. L., & Calafat, A. M. (2004). Automated solid-phase extraction and measurement of perfluorinated organic acids and amides in human serum and milk. *Environ. Sci. Technol.*, *38*, 3698-3704.

Kuslikis, B. I., Vanden Heuvel, J. P., & Peterson, R. E. (1992). Lack of evidence for perfluorodecanoyl- or perfluorooctanoyl-coenzyme A formation in male and female rats. *Biochem. Toxicol.*, *7*, 25-29.

Lau, C., Anitole, K., Hodes, C., Lai, D. Y., Pfahles-Hutchens, A., & Seed, J. (2007). Perfluoroalkyl acids: a review of monitoring and toxicological findings. *Toxicol. Sci.*, *99*(2), 366-394.

Lau, C., Butenhoff, J. L., & Rogers, J. M. (2004). The developmental toxicity of perfluoroalkyl acids and their derivatives. *Tox. Appl. Pharmacol.*, *198*, 231-241.

Lau, C., Thibodeaux, J. R., Hanson, R. G., Narotsky, M. G., Rogers, J. M., Lindstrom, A. B., & Strynar, M. J. (2006). Effects of perfluorooctanoic acid exposure during pregnancy in the mouse. *Toxicol Sci*, *90*(2), 510-518.

Leonard, R. C. (2003). Epidemiology Surveillance Program: cancer Incidence Report 1959-2001 and All-cause Mortality Report 1957-2001 at the Washington Works, Parkersburg, WV. US EPA Public Docket AR-226-1307-6.: DuPont Chemical Company.

Leonard, R.C., Kreckmann, K.H., Sakr, C.J., Symons, J.M. (2008). Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers. *Ann. Epidemiol. 18,* 15–23.

Litton Bionetics (1978). LBI Project No. 20838. Final Report. Mutagenic Evaluation of T-2015 CoC in the Ames Salmonella microsome plate test. US EPA Public Docket AR-226-0429. Litton Bionetics.

Lou, I., Wambaugh, J. F., Lau, C., Hanson, R. G., Lindstrom, A. B., Strynar, M. J., Zehr, R. D., Setzer, R. W., & Barton, H. A. (2009). Modeling single and repeated dose pharmacokinetics of PFOA in mice. *Toxicol Sci*, *107*(2), 331-341.

Loveless, S. E., Hoban, D., Sykes, G., Frame, S. R., & Everds, N. E. (2008). Evaluation of the immune system in rats and mice administered linear ammonium perfluorooctanoate. *Toxicol Sci*, *105*(1), 86-96.

Lundin, J. I., & Alexander, B. H. (2007). Final Report. Mortality of employees of an aluminum perfluorooctanoate production facility. 3M Company.

Macon M.B., Villanueva L.R., Tatum-Gibbs K., Zehr R.D., Strynar M.J., Stanko J.P., White S.S., Helfant L., Fenton S.E. (2011). Prenatal Perfluorooctanoic Acid Exposure in CD-1 Mice: Low-Dose Developmental Effects and Internal Dosimetry. *Toxicol Sci* 122(1), 134–145.

Mann, P. C., & Frame, S. R. (2004). DuPont Project ID 15621. Two-year oral toxicity-oncogenicity study in rats: Peer review of ovaries. US EPA AR-226.: DuPont.

Final 7/31/2012

Minnesota Department of Health (2008). Health Risk Limits for Perfluorochemicals - Final Report to the Minnesota Legislature 2008.

Monroy, R., Morrison, K., Teo, K., Atkinson, S., Kubwabo, C., Stewart, B., & Foster, W. G. (2008). Serum levels of perfluoroalkyl compounds in human maternal and umbilical cord blood samples. *Environ Res*, *108*(1), 56-62.

Nakayama, S., Strynar, M. J., Helfant, L., Egeghy, P., Xibiao, Y., & Lindstrom, A. B. (2007). Perfluorinated compounds in the Cape Fear Drainage Basin in North Carolina. *Environ. Sci. and Technol.*, *41*(15), 5271-5276.

Notox (2002). Notox Project No. 292062. Evaluation of the ability of T-7524 to induce chromosomal aberrations in cultures peripheral human lymphocytes. US EPA Public Docket AR-226-0404.: Notox.

Olsen, G. W., Burlew, M. M., Hocking, B. B., Skratt, J. C., Burris, J. M., & Mandel, J. H. (2001). Final Report. An epidemiologic analysis of episodes of care of 3M Decatur chemical and film plant employees. US EPA Public Docket, AR-226-1030a021. 3M Company.

Olsen, G. W., Burris, J. M., Berlew, M. M., & Mandel, J. H. (2003c). Epidemiologic assessment of worker serum perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) concentrations and medical surveillance examinations. *J. Occup. Environ. Med.*, *45*(3), 260-270.

Olsen, G. W., Burris, J. M., Burlew, M. M., & Mandel, J. H. (2000). Plasma cholescystokinin and hepatic enzymes, cholesterol, and lipoproteins in ammonium perfluorooctanoate production workers. *Drug Chem. Toxicol.*, *23*(4), 603-620.

Olsen, G. W., Burris, J. M., Ehresman, D. J., Froehlich, J. W., Seacat, A. M., Butenhoff, J. L., & Zobel, L. R. (2007). Half-life of serum elimination of perfluorooctanesulfonate, perfluorohexanesulfonate, and perfluorooctanoate in retired fluorochemical production workers. *Environ. Health Perspect.*, *115*(9), 1298-1305.

Olsen, G. W., Butenhoff, J. L., & Mandel, J. H. (2003d). Assessment of lipid, hepatic and thyroid function in relation to an occupational biological limit value for perfluorooctanoate - FINAL REPORT. 3M Company.

Olsen, G. W., Church, T. R., Hansen, K. J., Burris, J. M., Butenhoff, J. L., Mandel, J. H., & Zobel, L. R. (2004b). Quantitative evaluation of perfluorooctanesulfonate (PFOS) and other fluorochemicals in the serum of children. *J. Child. Hlth.*, *2*(1), 53-76.

Olsen, G. W., Church, T. R., Larsen, E. B., van Belle, G., Lundberg, J. K., Hansen, K. J., Burris, J. M., Mandel, J. H., & Zobel, L. R. (2004a). Serum concentrations of perfluorooctanesulfonate (PFOS) and other fluorochemicals in an elderly population from Seattle, Washington. . *Chemosphere*, *54*(11), 1599-1611.

Final 7/31/2012

Olsen, G. W., Church, T. R., Miller, J. P., Burris, J. M., Hansen, K. J., Lundberg, J. K., Armitage, J. B., Herron, R. M., Medhdizadehkashi, Z., Nobiletti, J. B., O'Neill, E. M., Mandel, J. H., & Zobel, L. R. (2003a). Perfluorooctanesulfonate (PFOS) and other fluorochemicals in the serum of American Red Cross adult blood donors. *Environ. Hlth. Perspect.*, *111*(16), 1892-1901.

Olsen, G. W., Gilliland, F. D., Burlew, M. M., Burris, J. M., Mandel, J. S., & Mandel, J. H. (1998). An epidemiologic investigation of reproductive hormones in men with occupational exposure to perfluorooctanoic acid. *J. Occup. Environ. Med.*, *40*(7), 614-622.

Olsen, G. W., Huang, H. Y., Helzlsouer, K. J., Hansen, K. J., Butenhoff, J. L., & Mandel, J. H. (2005). Historical comparison of perfluorooctanesulfonate, perfluorooctanoate, and other fluorochemicals in human blood. *Environ Health Perspect*, *113*(5), 539-545.

Olsen, G. W., Mair, D. C., Reagen, W. K., Ellefson, M. E., Ehresman, D. J., Butenhoff, J. L., & Zobel, L. (2006b). Pilot study to assess serum fluorochemical concentrations in American Red Cross blood donors. Final Report. January 6, 2006. US EPA Administrative Record. AR-226-3666.

Olsen, G. W., Mair, D. C., Reagen, W. K., Ellefson, M. E., Ehresman, D. J., Butenhoff, J. L., & Zobel, L. R. (2007a). Preliminary evidence of a decline in perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) concentrations in American Red Cross blood donors. *Chemosphere*, *68*(1), 105-111.

Olsen, G. W., & Zobel, L. R. (2007b). Assessment of lipid, hepatic, and thyroid parameters with serum perfluorooctanoate (PFOA) concentrations in fluorochemical production workers. *Int Arch Occup Environ Health*, *81*(2), 231-246.

Palazzolo, M. J. (1993). 3M Study No. HWI-6329-100. 13-week dietary toxicity study with T-5180, ammonium perfluorooctanoate (CAS No. 3825-26-1) in male rats. US EPA AR-226-0449. Hazleton Wisconsin, Inc.

Perkins, R. G. (1992). Investigation of ammonium perfluorooctanoate effect on hormone levels and peroxisomal proliferation in the rat. *The Toxicologist*, *12*, 38 (abstr. #52).

Post, G. B., Louis, J. B., Cooper, K. R., Boros-Russo, B. J., & Lippincott, R. L. (2009). Occurrence and Potential Significance of Perfluorooctanoic Acid Detected in New Jersey Public Drinking Water Systems. *Environ. Sci. and Technol.*, *43*, 4547-4554

Riker (1981). Report No. 09790AB0485. Final Report: Repeat application 28-day percutaneous absorption study with T-2618 CoC in albino rabbits. US EPA AR-226-0446.: Riker Laboratories, Inc.

Rosen, M. B., Thibodeaux, J. R., Wood, C. R., Zehr, R. D., Schmid, J. E., & Lau, C. (2007). Gene expression profiling in the lung and liver of PFOA-exposed mouse fetuses. *Toxicology*, *239*(1-2), 15-33.

Final 7/31/2012

Rusch, G. (1979). Study No. 78-7184. An acute inhalation study of T-2305 CoC in the rat. US EPA AR-226-0417.: Bio/Dynamics, Inc.

Sakr, C. J., Kreckmann, K. H., Green, J. W., Gillies, P. J., Reynolds, J. L., & Leonard, R. C. (2007b). Cross-sectional study of lipids and liver enzymes related to a serum biomarker of exposure (ammonium perfluorooctanoate or APFO) as part of a general health survey in a cohort of occupationally exposed workers. *J Occup Environ Med*, *49*(10), 1086-1096.

Sakr, C. J., Leonard, R. C., Kreckmann, K. H., Slade, M. D., & Cullen, M. R. (2007a). Longitudinal study of serum lipids and liver enzymes in workers with occupational exposure to ammonium perfluorooctanoate. *J Occup Environ Med*, *49*(8), 872-879.

Sibinski, L. J. (1987). Experiment No. 0281CR0012. Two-year oral (diet) toxicity/carcinogenicity study of fluorochemical FC-143 in rats. US EPA AR-226-0437. 3M Company/Riker Laboratories, Inc.

Sinclair, E., Mayack, D. T., Roblee, K., Yamashita, N., & Kannan, K. (2006). Occurence of perfluoroalkyl surfactants in water, fish, and birds from New York State. *Environ. Contam. Toxicol.*, *50*(3), 398-410.

Staples, R. E., Burgess, B. A., & Kerns, W. D. (1984). The embryo-fetal toxicity and teratogenic potential of ammonium perfluorooctanoate (APFO) in the rat. *Fundam Appl Toxicol*, *4*(3 Pt 1), 429-440.

Steenland, K., Fletcher, T., & Savitz, D. (2009a). Status Report: Residents' PFOA serum concentrations before and after granular activated filtration at public water systems in LIttle Hocking, Ohio, and Lubeck, West Virginia. C8 Science Panel. March 23, 2009.

Stone Research Laboratories (1981). An assay of cell transformation and cytotoxicity in the C3H 10T1/2 clonal cell line for the test chemical T-2942 CoC. US EPA Public Docket AR-226-0428.: Environmental Pathology Laboratory, Stone Research Laboratories, University of Minnesota.

Strynar, M. J., & Lindstrom, A. B. (2008). Perfluorinated Compounds in House Dust from Ohio and North Carolina, USA. *Environmental Science & Technology*, *42*(10), 3751-3756.

Tan, Y.-M., Clewell, H. J., & Andersen, M. E. (2008). Time dependencies in perfluorooctylacids disposition in rat and monkeys: A kinetic analysis. *Toxicology Letters*, *177*(1), 38-47.

Tardiff, R. G., Carson, M. L., Sweeney, L. M., Kirman, C. R., Tan, Y.-M., Andersen, M., Bevan, C., & Gargas, M. L. (2009). Derivation of a Drinking Water Equivalent Level (DWEL) Related to the Maximum Contaminant Level Goal for Perfluorooctanoic Acid (PFOA), a Persistent Water Soluble Compound. *Food and Chemical Toxicology*, *47*, 2557-2589.

Toxicon (2002). Final Report. Toxicon No. 01-7019G1. Forward mutation assay. US EPA Public Docket AR-226-1101.: ISO Toxicon.

Final 7/31/2012

Trudel, D., Horowitz, L., Wormuth, M., Scheringer, M., Cousins, I. T., & Hungerbuhler, K. (2008). Estimating consumer exposure to PFOS and PFOA. *Risk Anal*, *28*(2), 251-269.

US EPA, OPPT. (2005). Draft risk assessment of the potential human health effects associated with exposure to perfluorooctanoic acid and its salts.

Walrath, J., & Burke, C. (1989). An investigation into the incidence of leukemia at Washington Works. US EPA Public Docket AR-226-1308-1. DuPont Chemical Company.

Washburn, S. T., Bingman, T. S., Braithwaite, S. K., Buck, R. C., Buxton, L. W., Clewell, H. J., Haroun, L. A., Kester, J. E., Rickard, R. W., & Shipp, A. M. (2005). Exposure assessment and risk characterization for perfluorooctanoate in selected consumer articles. *Environ Sci Technol*, *39*(11), 3904-3910.

Washino, N., Saijo, Y., Sasaki, S., Kato, S., Ban, S., Konishi, K., Ito, R., Nakata, A., Iwasaki, Y., Saito, N., Nakazawa, H., & Kishi, R. (2009). Correlations between prenatal exposure to perfluorinated chemicals and reduced fetal growth. *Environ Health Perspect*, *117*, 660-667.

White, S. S., Kato, K., Jia, L. T., Basden, B. J., Calafat, A. M., Hines, E. P., Stanko, J. P., Wolf, C. J., Abbott, B. D., & Fenton, S. E. (2007b). Effects of perfluorooctanoic acid on mouse mammary gland development and differentiation resulting from cross-foster and restricted gestational exposures. *Reprod Toxicol*, *27*, 289-298.

White, S. S., Kato, K., Jia, L. T., Basden, B. J., Calafat, A. M., Hines, E. P., Stanko, J. P., Wolf, C. J., Abbott, B. D., & Fenton, S. E. (2009). Effects of perfluorooctanoic acid on mouse mammary gland development and differentiation resulting from cross-foster and restricted gestational exposures. *Reproductive Toxicology*, *27*(3-4), 289-298.

White SS, Stanko JP, Kato K, Calafat AM, Hines EP,3 Fenton SE. (2011).  Gestational and Chronic Low-Dose PFOA Exposures and Mammary Gland Growth and Differentiation in Three Generations of CD1 Mice. *Environ Health Perspect*, *119*(8), 1070-1076.

Wolf, C. J., Fenton, S. E., Schmid, J. E., Calafat, A. M., Kuklenyik, Z., Bryant, X. A., Thibodeaux, J., Das, K. P., White, S. S., Lau, C. S., & Abbott, B. D. (2007). Developmental Toxicity of Perfluorooctanoic Acid in the CD-1 Mouse after Cross-Foster and Restricted Gestational Exposures. *Toxicol. Sci.*, *95*(2), 462-473.

Yang, Q., Xie, Y., Alexson, S. E. H., Dean Nelson, B., & DePierre, J. W. (2002a). Involvement of the peroxisome proliferator-activated receptor alpha in the immunomodulation caused by peroxisome proliferators in mice. *Biochemical Pharmacology*, *63*(10), 1893-1900.

Yang, Q., Xie, Y., & Depierre, J. W. (2000). Effects of peroxisome proliferators on the thymus and spleen of mice. *Clin Exp Immunol*, *122*(2), 219-226.

Final 7/31/2012

Yang, Q., Xie, Y., Eriksson, A. M., Nelson, B. D., & DePierre, J. W. (2001). Further evidence for the involvement of inhibition of cell proliferation and development in thymic and splenic atrophy induced by the peroxisome proliferator perfluoroctanoic acid in mice. *Biochem Pharmacol, 62*(8), 1133-1140.

Yang C, Tan YS, Harkema JR, and Haslam SZ.  (2009). Differential effects of peripubertal exposure to perfluorooctanoic acid on mammary gland development in C57BL/6 and Balb/c mouse strains. *Reproductive Toxicology, 27,* 299–306.

Zhao Y, Tan YS, Strynar MJ, Perez G, Haslam SZ, Yang C. (2012). Perfluorooctanoic acid effects on ovaries mediate its inhibition of peripubertal mammary gland development in Balb/c and C57BL/6 mice. *Reproductive Toxicology 33*(4), 563-76.