# EXHIBIT J

EMERGENCY RULE # _____

# Administrative Procedures – Emergency Rule Coversheet

**Instructions:**

In accordance with Title 3 Chapter 25 of the Vermont Statutes Annotated and the "Rule on Rulemaking" adopted by the Office of the Secretary of State, this emergency filing will be considered complete upon filing of the following components with the Office of the Secretary of State, the Legislative Committee on Administrative Rules and submitting a copy to the Chair of the Interagency Committee on Administrative Rule:

- Emergency Rule Coversheet
- Adopting Page
- Economic Impact Statement
- Public Input Statement
- Scientific Information Statement (if applicable)
- Incorporated by Reference Statement (if applicable)
- Clean text of the rule (Amended text without annotation)
- Annotated text (Clearly marking changes from previous rule)

All forms requiring a signature shall be original signatures of the appropriate adopting authority or authorized person, and all filings are to be submitted at the Office of the Secretary of State, no later than 3:30 pm on the last scheduled day of the work week.

The data provided in text areas of the emergency coversheet form will be used to generate a notice of rulemaking in the newspapers of record if the rule is marked for publication. Publication of notices will be charged back to the promulgating agency based on the word count of the notices. This emergency rule will be effective for a total of 120 days from the date it takes effect.

**Certification Statement:** As the adopting Authority of this rule (see 3 V.S.A. § 801(b)(11) for a definition), I believe there exists an imminent peril to public health, safety or welfare, requiring the adoption of this emergency rule.

The nature of the peril is as follows (*PLEASE USE ADDITIONAL SHEETS IF SPACE IS INSUFFICIENT*). The State is establishing a waste standard for perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) in light of the emergency response activities in North Bennington, Bennington, and Pownal.

I approve the contents of this filing entitled:

Rule Title: VERMONT HAZARDOUS WASTE MANAGEMENT

_____, on  4-13-16
(signature)                    (date)

Printed Name and Title:
Deb Markowitz, Secretary
Agency of Natural Resources

RECEIVED BY: _____

- ☐ Emergency Rule Coversheet
- ☐ Adopting Page
- ☐ Economic Impact Statement
- ☐ Public Input Statement
- ☐ Scientific Information Statement (if applicable)
- ☐ Incorporated by Reference Statement (if applicable)
- ☐ Clean text of the rule (Amended text without annotation)
- ☐ Annotated text (Clearly marking changes from previous rule)

*Revised July 1, 2015*

Emergency Rule Filing                                                                 page 2

1. **TITLE OF RULE FILING:**
   Vermont Hazardous Waste Management Regulations

2. **ADOPTING AGENCY:**
   Vermont Agency of Natural Resources

3. **PRIMARY CONTACT PERSON:**
   *(A PERSON WHO IS ABLE TO ANSWER QUESTIONS ABOUT THE CONTENT OF THE RULE).*

   Name: Matthew Chapman

   Agency: Agency of Natural Resources

   Mailing Address: 2 Davis, 1 National Life Drive, Montpelier Vermont 05620-3520

   Telephone: 802 249 - 4393   Fax:

   E-Mail: matt.chapman@vermont.gov

   Web URL *(WHERE THE RULE WILL BE POSTED)*:
   http://www.anr.state.vt.us/dec/wastediv/index.htm

4. **SECONDARY CONTACT PERSON:**
   *(A SPECIFIC PERSON FROM WHOM COPIES OF FILINGS MAY BE REQUESTED OR WHO MAY ANSWER QUESTIONS ABOUT FORMS SUBMITTED FOR FILING IF DIFFERENT FROM THE PRIMARY CONTACT PERSON).*

   Name: Steve Simoes

   Agency: Agency of Natural Resources

   Mailing Address: 1 Davis, 1 National Life Drive, Montpelier Vermont 05620-3520

   Telephone: 802 522 - 0386   Fax:

   E-Mail:

5. **RECORDS EXEMPTION INCLUDED WITHIN RULE:**
   *(DOES THE RULE CONTAIN ANY PROVISION DESIGNATING INFORMATION AS CONFIDENTIAL; LIMITING ITS PUBLIC RELEASE; OR OTHERWISE EXEMPTING IT FROM INSPECTION AND COPYING?)*   No

   IF YES, CITE THE STATUTORY AUTHORITY FOR THE EXEMPTION:


   PLEASE SUMMARIZE THE REASON FOR THE EXEMPTION:


6. **LEGAL AUTHORITY / ENABLING LEGISLATION:**

*Revised July 1, 2015*

Emergency Rule Filing                                                                          page 3

*(THE SPECIFIC STATUTORY OR LEGAL CITATION FROM SESSION LAW INDICATING WHO THE ADOPTING ENTITY IS AND THUS WHO THE SIGNATORY SHOULD BE. THIS SHOULD BE A SPECIFIC CITATION NOT A CHAPTER CITATION).*

10 V.S.A Section 6603(1)

### 7. CONCISE SUMMARY (150 WORDS OR LESS):

Perfluorooctanoic acid (PFOA) and Perfluorooctanesulfonic acid (PFOS) as a Vermont listed hazardous waste and exempt management of consumer products as a hazardous waste and in treatment media.

### 8. EXPLANATION OF WHY THE RULE IS NECESSARY:

This rule is necessary because PFOA and PFOS are wastes that the Secretary has determined are toxic, persists for an extended period in nature, that cause and contribute to adverse chronic effects on the health of persons including being a suspected carcinogen and therefore is a hazardous waste. This rulemaking is to enable the public to have general knowledge of that determination.

### 9. LIST OF PEOPLE, ENTERPRISES AND GOVERNMENT ENTITIES AFFECTED BY THIS RULE:

None.

### 10. BRIEF SUMMARY OF ECONOMIC IMPACT (150 WORDS OR LESS):

The economic impact of listing PFOA and PFOS as a hazardous waste should be minimal. The major manufacturers have discontinued production of these chemicals.

### 11. A HEARING IS NOT SCHEDULED:

### 12. HEARING INFORMATION

(THE FIRST HEARING SHALL BE NO SOONER THAN 30 DAYS FOLLOWING THE POSTING OF NOTICES ONLINE).

IF THIS FORM IS INSUFFICIENT TO LIST THE INFORMATION FOR EACH HEARING PLEASE ATTACH A SEPARATE SHEET TO COMPLETE THE HEARING INFORMATION NEEDED FOR THE NOTICE OF RULEMAKING.

Date:

Time:                    PM

Street Address:

Zip Code:


Date:

Time:                    AM

Street Address:

Zip Code:

13. DEADLINE FOR COMMENT (NO EARLIER THAN 7 DAYS FOLLOWING LAST HEARING): 04/18/2016

14. EMERGENCY RULE EFFECTIVE: 4/29/2016

15. EMERGENCY RULE WILL REMAIN IN EFFECT UNTIL
    *(A DATE NO LATER THAN 120 DAYS FOLLOWING ADOPTION OF THIS EMERGENCY RULE)*:
    8/26/2016

16. NOTICE OF THIS EMERGENCY RULE SHOULD NOT BE PUBLISHED IN THE WEEKLY NOTICES OF RULEMAKING IN THE NEWSPAPERS OF RECORD.

17. KEYWORDS (PLEASE PROVIDE AT LEAST 3 KEYWORDS OR PHRASES TO AID IN THE SEARCHABILITY OF THE RULE NOTICE ONLINE).

    Perfluorooctanoic acid

    PFOA

    Perfluorooctanesulfonic acid

    PFOS

    hazardous waste

    Run Spell Check

# Administrative Procedures – Adopting Page

**Instructions:**

This form must be completed for each filing made during the rulemaking process:
- Proposed Rule Filing
- Final Proposed Filing
- Adopted Rule Filing
- Emergency Rule Filing

Note: To satisfy the requirement for an annotated text, an agency must submit the entire rule in annotated form with proposed and final proposed filings. Filing an annotated paragraph or page of a larger rule is not sufficient. Annotation must clearly show the changes to the rule.

When possible the agency shall file the annotated text, using the appropriate page or pages from the Code of Vermont Rules as a basis for the annotated version. New rules need not be accompanied by an annotated text.

1. TITLE OF RULE FILING:
   Vermont Hazardous Waste Management Regulations

2. ADOPTING AGENCY:
   Agency of Natural Resources

3. AGENCY REFERENCE NUMBER, IF ANY:

4. TYPE OF FILING (*PLEASE CHOOSE THE TYPE OF FILING FROM THE DROPDOWN MENU BASED ON THE DEFINITIONS PROVIDED BELOW*):

   - **AMENDMENT** - Any change to an already existing rule, even if it is a complete rewrite of the rule, it is considered an amendment as long as the rule is replaced with other text.
   - **NEW RULE** - A rule that did not previously exist even under a different name.
   - **REPEAL** - The removal of a rule in its entirety, without replacing it with other text.

   This filing is **AN AMENDMENT OF AN EXISTING RULE**

5. LAST ADOPTED (*PLEASE PROVIDE THE SOS LOG#, TITLE AND LAST DATE OF ADOPTION FOR THE EXISTING RULE*):

   March 15, 2013

   Run Spell Check

# Administrative Procedures – Economic Impact Statement

**Instructions:**

In completing the economic impact statement, an agency analyzes and evaluates the anticipated costs and benefits to be expected from adoption of the rule. This form must be completed for the following filings made during the rulemaking process:

- Proposed Rule Filing
- Final Proposed Filing
- Adopted Rule Filing
- Emergency Rule Filing

Rules affecting or regulating public education and public schools must include cost implications to local school districts and taxpayers in the impact statement (see 3 V.S.A. § 832b for details).

The economic impact statement also contains a section relating to the impact of the rule on greenhouse gases. Agencies are required to explain how the rule has been crafted to reduce the extent to which greenhouse gases are emitted (see 3 V.S.A. § 838(c)(4) for details).

All forms requiring a signature shall be original signatures of the appropriate adopting authority or authorized person.

---

**Certification Statement:** As the adopting Authority of this rule (see 3 V.S.A. § 801 (b) (11) for a definition), I conclude that this rule is the most appropriate method of achieving the regulatory purpose. In support of this conclusion I have attached all findings required by 3 V.S.A. §§ 832a, 832b, and 838(c) for the filing of the rule entitled:

Rule Title: **Vermont Hazardous Waste Management Regulations**

_____, on  4-13-16
(signature)                              (date)

Printed Name and Title:
Deb Markowitz, Secretary
Agency of Natural Resources

Economic Impact Statement                                                                                        page 2

*BE AS SPECIFIC AS POSSIBLE IN THE COMPLETION OF THIS FORM, GIVING FULL INFORMATION ON YOUR ASSUMPTIONS, DATABASES, AND ATTEMPTS TO GATHER OTHER INFORMATION ON THE NATURE OF THE COSTS AND BENEFITS INVOLVED. COSTS AND BENEFITS CAN INCLUDE ANY TANGILBE OR INTANGIBLE ENTITIES OR FORCES WHICH WILL MAKE AN IMPACT ON LIFE WITHOUT THIS RULE.*

1. TITLE OF RULE FILING:

   Vermont Hazardous Waste Management Regulations

2. ADOPTING AGENCY:

   Agency of Natural Resources

3. CATEGORY OF AFFECTED PARTIES:
   *LIST CATEGORIES OF PEOPLE, ENTERPRISES, AND GOVERNMENTAL ENTITIES POTENTIALLY AFFECTED BY THE ADOPTION OF THIS RULE AND THE ESTIMATED COSTS AND BENEFITS ANTICIPATED:*

   Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) were used in numerous industrial coatings and treatment practices. The Agency of Natural Resources has determined that the risks posed by PFOA and PFOS require wastes from those chemicals to be managed and handled as a hazardous waste. Since the major manufacturers of PFOA and PFOS have phased out its use, it is not expected to have a significant impact on current businesses.

4. IMPACT ON SCHOOLS:
   *INDICATE ANY IMPACT THAT THE RULE WILL HAVE ON PUBLIC EDUCATION, PUBLIC SCHOOLS, LOCAL SCHOOL DISTRICTS AND/OR TAXPAYERS:*

   There will not be an impact on schools.

5. COMPARISON:
   *COMPARE THE ECONOMIC IMPACT OF THE RULE WITH THE ECONOMIC IMPACT OF OTHER ALTERNATIVES TO THE RULE, INCLUDING NO RULE ON THE SUBJECT OR A RULE HAVING SEPARATE REQUIREMENTS FOR SMALL BUSINESS:*

   Listing PFOA and PFOS as a hazardous waste is the least cost alternative for the proper management of PFOA and PFOS in a commercial or industrial setting that will ensure treatment/disposal in a manner that is protective of human health and the environment. Listing will ensure proper management of PFOA and

PFOS. If persons fail to properly manage PFOA or PFOS that improper management may result in a release to the environment that would create significantly higher costs to the business than any cost of compliance under the Vermont Hazardous Waste Management Regulations.

6. FLEXIBILITY STATEMENT:
   *COMPARE THE BURDEN IMPOSED ON SMALL BUSINESS BY COMPLIANCE WITH THE RULE TO THE BURDEN WHICH WOULD BE IMPOSED BY ALTERNATIVES CONSIDERED IN 3 V.S.A. § 832a:*

   As stated above, management of PFOA and PFOS as a hazardous waste is the least cost alternative with respect to the management of PFOA and PFOS.

7. GREENHOUSE GAS IMPACT: *EXPLAIN HOW THE RULE WAS CRAFTED TO REDUCE THE EXTENT TO WHICH GREENHOUSE GASES ARE EMITTED, EITHER DIRECTLY OR INDIRECTLY, FROM THE FOLLOWING SECTORS OF ACTIVITIES:*

   A. TRANSPORTATION —
      *IMPACTS BASED ON THE TRANSPORTATION OF PEOPLE OR PRODUCTS (e.g., "THE RULE HAS PROVISIONS FOR CONFERENCE CALLS INSTEAD OF TRAVEL TO MEETINGS" OR "LOCAL PRODUCTS ARE PREFERENTIALLY PURCHASED TO REDUCE SHIPPING DISTANCE."):*
      None

   B. LAND USE AND DEVELOPMENT —
      *IMPACTS BASED ON LAND USE AND DEVELOPMENT, FORESTRY, AGRICULTURE ETC. (e.g., "THE RULE WILL RESULT IN ENHANCED, HIGHER DENSITY DOWNTOWN DEVELOPMENT." OR "THE RULE MAINTAINS OPEN SPACE, FORESTED LAND AND/OR AGRICULTURAL LAND."):*
      None

   C. BUILDING INFRASTRUCTURE —
      *IMPACTS BASED ON THE HEATING, COOLING AND ELECTRICITY CONSUMPTION NEEDS (e.g., "THE RULE PROMOTES WEATHERIZATION TO REDUCE BUILDING HEATING AND COOLING DEMANDS." OR "THE PURCHASE AND USE OF EFFICIENT ENERGY STAR APPLIANCES IS REQUIRED TO REDUCE ELECTRICITY CONSUMPTION."):*
      None

   D. WASTE GENERATION / REDUCTION —
      *IMPACTS BASED ON THE GENERATION OF WASTE OR THE REDUCTION, REUSE, AND RECYCLING OPPORTUNITIES AVAILABLE (e.g., "THE RULE WILL RESULT IN REUSE OF PACKING MATERIALS." OR "AS A RESULT OF THE RULE, FOOD AND*

Economic Impact Statement                                                                 page 4

> *OTHER ORGANIC WASTE WILL BE COMPOSTED OR DIVERTED TO A 'METHANE TO ENERGY PROJECT'."):*
> None

E. OTHER —
> *IMPACTS BASED ON OTHER CRITERIA NOT PREVIOUSLY LISTED:*
> None

```
Run Spell Check
```

# Administrative Procedures – Public Input Statement

**Instructions:**

In completing the public input statement, an agency describes what it did do, or will do to maximize the involvement of the public in the development of the rule. This form must be completed for the following filings made during the rulemaking process:

- Proposed Rule Filing
- Final Proposed Filing
- Adopted Rule Filing
- Emergency Rule Filing

1. TITLE OF RULE FILING:

   Vermont Hazardous Waste Management Regulations

2. ADOPTING AGENCY:

   Agency of Natural Resources

3. PLEASE LIST THE STEPS THAT HAVE BEEN OR WILL BE TAKEN TO MAXIMIZE PUBLIC INVOLVEMENT IN THE DEVELOPMENT OF THE PROPOSED RULE:

   The Agency will be reaching out to several companies that used perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS) to ascertain whether they are continuing to use PFOA or PFOS. The Agency will also reach out to business and trade organizations, such as the Associated Industries of Vermont.

4. BEYOND GENERAL ADVERTISEMENTS, PLEASE LIST THE PEOPLE AND ORGANIZATIONS THAT HAVE BEEN OR WILL BE INVOLVED IN THE DEVELOPMENT OF THE PROPOSED RULE:

   See above response.

[Run Spell Check]

*Revised July 1, 2015*

# Administrative Procedures – Scientific Information Statement

**Instructions:**

In completing the Scientific Information Statement, an agency shall provide a brief summary of the scientific information including reference to any scientific studies upon which the proposed rule is based, for the purpose of validity.

This form is only required when a rule relies on scientific information for its validity.

1. TITLE OF RULE FILING:

   Vermont Hazardous Waste Management Regulations

2. ADOPTING AGENCY:

   Agency of Natural Resources

3. BRIEF EXPLANATION OF SCIENTIFIC INFORMATION:

   The referenced scientific information supports the Agency of Natural Resources' determination that PFOA is toxic, persists for an extended period in nature, that causes and contributes to adverse chronic effects on the health of persons including being a suspected carcinogen.

4. CITATION OF SOURCE DOCUMENTATION OF SCIENTIFIC INFORMATION:

   March 16, 2016. Perfluorooctanoic acid (PFOA) Interim Groundwater Standard and Vermont Health Advisory, issued by the Vermont Departments of Environmental Conservation and Health.

   Post, G.B., Cohn, Perry, & Cooper, Keith R. 2012 Perfluorooctanoic acid (PFOA), an emerging drinking water contaminant: A critical review of recent literature, Environ. Res. (2012), http://dx.doi.org/10.1016/ Journal of Environmental Research, .2012.03.007

*Revised July 1, 2015*

Scientific Information Statement                              page 2

Table 2 and elsewhere details potential health risks from PFOA

Barry, Vaughn, Winquist, Andrea and Steenland, Kyle, 2013 Perfluorooctanoic Acid (PFOA) Exposures and Incident Cancers among Adults Living Near a Chemical Plant, Environmental Health Perspectives, Volume 121, no 11-12 November – December 2013

Stahl, Thorsten, Mattern, Daniela, & Brunn, Hubertus 2011, Toxicology of perfluorinated compounds, Environmental Sciences Europe 2011, 23:38

http://www.enveurope.com/content/23/1/38

Minnesota Department of Health, Chemicals of High Concern list, July 1, 2013

http://www.health.state.mn.us/divs/eh/hazardous/topics/toxfreekids/chclist/mdhchc2013.pdf

DRAFT TOXICOLOGICAL PROFILE FOR PERFLUOROALKYLS

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, Public Health Service, Agency for Toxic Substances and Disease Registry, August 2015

http://www.atsdr.cdc.gov/toxprofiles/tp200.pdf

US EPA Draft health effects document for PFOA

https://peerreview.versar.com/epa/pfoa/pdf/Health-Effects-Document-for-Perfluorooctanoic-Acid-(PFOA).pdf

Environmental risk limits for PFOS, A proposal for water quality standards in accordance with the Water Framework Directive" (The Netherlands)

http://www.rivm.nl/bibliotheek/rapporten/601714013.pdf

*Revised July 1, 2015*

Scientific Information Statement    page 3

Association between Serum Perfluorooctanoic Acid (PFOA) and Thyroid Disease in the U.S. National Health and Nutrition Examination Survey

David Melzer, Neil Rice, Michael H. Depledge, William E. Henley, Tamara S. Galloway

http://ehp.niehs.nih.gov/0901584/

Available on internet only

U.S. Environmental Protection Agency Office of Water (4304T) Health and Ecological Criteria Division

Washington, DC 20460

EPA Document Number: 822R14002 Date: February 2014

http://nepis.epa.gov/Exe/ZyPDF.cgi/P100IS6H.PDF?Dockey=P100IS6H.PDF

DRAFT DOCUMENT

5. INSTRUCTIONS ON HOW TO OBTAIN COPIES OF THE SOURCE DOCUMENTS OF THE SCIENTIFIC INFORMATION FROM THE AGENCY OR OTHER PUBLISHING ENTITY:

Materials are available on the web or are available for review at the Agency of Natural Resources.

Run Spell Check