UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 FEB -9 AM 9:46

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| JAMES D SULLIVAN, LESLIE ADDISON, SHARYN JONES and BISHOP ROBIN HOOD GREENE,<br><br>    Plaintiffs,<br><br>    v.<br><br>ST. GOBAIN PERFORMANCE PLASTICS CORPORATION,<br><br>    Defendant. | Case No. 5:16-cv-125 |

## DISCOVERY ORDER

On February 8, 2017, the court held a discovery conference with counsel. Based upon the submissions of counsel and the discussion at the conference, the court sets the following discovery and trial preparation schedule:

February 13, 2017 – Initial disclosures on class certification issues.

March 13, 2017 – Initial disclosures on merits.

### CLASS CERTIFICATION DISCOVERY

February 24, 2017 – Interrogatories and Requests to Produce served. Responses due in 30 days or as otherwise agreed.

August 1, 2017 – Plaintiffs' disclosure of expert witness reports on class certification.

October 1, 2017 – Plaintiffs' motion for class certification.

November 1, 2017 – Completion of depositions of plaintiffs' expert witnesses on class certification.

December 1, 2017 – Defendant's disclosure of expert witness reports on class certification.

January 15, 2018 – Completion of depositions of defendants' expert witnesses on class certification.

February 1, 2018 – Defendant's opposition memorandum to class certification.

March 1, 2018 – Plaintiff's reply memorandum

Hearing on class certification scheduled after March 1, 2018

## MERITS DISCOVERY

September 1, 2017 – Interrogatories and Requests to Produce served. Responses due in 30 days or as otherwise agreed.

September 1, 2017 – Commencement of depositions of fact witnesses.

November 15, 2017 – Plaintiffs' experts on merits issues disclosed.

February 1, 2018 – Plaintiffs' experts on merits deposed.

February 1, 2018 – Joinder of additional parties.

March 1, 2018 – Defendant's experts on merits disclosed.

May 1, 2018 – Defendants' experts on merits deposed.

June 1, 2018 – Depositions of fact witnesses complete.

June 1, 2018 – Summary judgment and other dispositive motions filed. Opposition and replies per rule.

October 1, 2018 – Voir dire with jury trial to commence immediately after.

## SETTLEMENT ISSUES

April 3, 2017 – Responses due concerning appointment of special settlement master.

February 1, 2018 – Appointment of ENE evaluator by court. Input and recommendations due from parties 30 days in advance.

May 1, 2018 – Completion of ENE process.

Dated at Rutland, in the District of Vermont, this 9th day of February, 2017.

Geoffrey W. Crawford, Judge
United States District Court