UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JAMES D. SULLIVAN and LESLIE ADDISON, SHARYN JONES, and BISHOP ROBIN HOOD GREENE, individually, and on behalf of a Class of persons similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,<br>　　　　　　Defendant. | Civil Action No. 5:16-cv-000125-GWC |

## DISCOVERY CERTIFICATE

This is to certify that on the 13th day of February, 2017, I, Emily J. Joselson, counsel for Plaintiffs JAMES D. SULLIVAN and LESLIE ADDISON, SHARYN JONES, and BISHOP ROBIN HOOD GREENE, individually, and on behalf of a Class of persons similarly situated, served a copy of the *PLAINTIFFS' INITIAL DISCLOSURES ON CLASS CERTIFICATION ISSUES, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)*, upon the Defendant by mailing a copy of the same first-class, postage prepaid to the following parties:

R. Bradford Fawley, Esq.
Downs Rachlin Martin PLLC
28 Vernon Street, Suite 501
Brattleboro, VT  05301-3668

DATED at Middlebury, Vermont this 13th day of February, 2017.

LANGROCK SPERRY & WOOL, LLP

*/s/ Emily J. Joselson*
Emily J. Joselson, Esq.
111 South Pleasant Street
P.O. Drawer 351
Middlebury, VT 05753-0351
P: (802) 388-6356 | F: (802) 388-6149
ejoselson@langrock.com

**Attorneys for Plaintiffs**