UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JAMES D. SULLIVAN AND LESLIE ADDISON, WILLIAM S. SUMNER, JR., AND RONALD S. HAUSTHOR, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF PERSONS SIMILARLY SITUATED,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,<br>　　　　　　Defendant. | Civil Action No. 5:16-cv-000125-GWC |

## **DISCOVERY CERTIFICATE**

This is to certify that on the 26 day of May, 2017, I, Emily J. Joselson, counsel for Plaintiffs, served a copy of *PLAINTIFFS' SUPPLEMENTAL DISCLOSURES ON CLASS CERTIFICATION ISSUES* and *PLAINTIFFS' SUPPLEMENTAL DISCLOSURES ON MERITS ISSUES* upon Defendant, by e-mailing copies to the following parties:

Sheila L. Birnbaum, Esq.
Mark S. Cheffo, Esq.
Douglas E. Fleming, Esq.
Patrick D. Curran, Esq.
Lincoln D. Wilson, Esq.
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue
New York, NY 10010
QE-SGPPL@quinnemanuel.com

R. Bradford Fawley, Esq.
DOWNS RACHLIN MARTIN PLLC
28 Vernon Street, Suite 501
Brattleboro, VT 05301-3668
bfawley@drm.com

SEE next page for signature

698488.1

DATED at Middlebury, Vermont this 26th day of May, 2017.

                LANGROCK SPERRY & WOOL, LLP

                */s/ Emily J. Joselson*
                Emily J. Joselson, Esq.
                James W. Swift, Esq.
                111 South Pleasant Street
                PO Drawer 351
                Middlebury, VT 05753-0351
                ejoselson@langrock.com
                jswift@langrock.com
                Ph:  (802) 388-6356 | Fx:  (802) 388-6149

                **Attorneys for Plaintiffs**