

**Exhibit 001**



*This 25th Anniversary publication is dedicated to Edwin J. Emmet, Jr. in recognition of his 25 years of distinguished service to CHEMFAB, from its inception in 1968 until his death in June, 1993.*



1968:

CHEMFAB was founded on September 30, 1968 by John Ransom Cook and four business associates — Edwin J. Emmet, Jr., Francis and Robert Gauthier, and Robert Rabidoux. All but one of the four associates had previously worked with Cook at Warren Wire Company, a company he had established in 1947.

Warren Wire Company (named after John Cook's eldest son, Warren) insulated electrical wire with a remarkable polymer named polytetrafluoroethylene, or PTFE for short, a material that the Du Pont Company, its developer, has taught the world to know as "Teflon". Ed Emmet was a Warren Wire salesman, while Francis "Ki" Gauthier and Bob Rabidoux worked in production at the Company's Pownal, Vermont plant.

In 1965, Warren Wire was sold to General Cable Corporation. The terms of sale precluded Cook from immediately re-entering the PTFE-coated products business, but by 1968 he was ready, willing, and able to do so. This time, however, the focus would be on PTFE-coated glass fabrics targeted for varied industrial applications. Setting up shop in a former Volkswagen dealership building in Bennington, Vermont, Cook and his associates named their new company Chemical Fabrics Corporation, informally calling it "CHEMFAB".

Ed Emmet headed up CHEMFAB's sales, Ki Gauthier served as plant manager, and Bob Rabidoux became the company's production supervisor. Ki's brother, Bob, having previously worked in the furniture manufacturing business, joined CHEMFAB as maintenance supervisor.

John Ransom Cook, CHEMFAB's founder
Company President 1968-1976

The Company's production equipment being removed from the Bennington, Vermont plant, and on its way to the new site in North Bennington October, 1978

Retirement Party for Robert Rabidoux. Pictured (from left to right) are Bob Gauthier, Peggy Reif, Ed Emmet, Warren Cook, and Bob Rabidoux.

Bennington Banner     Tuesday, March 6, 1984

# BUSINESS/FINANCE

Chemfab President Warren Cook, lower right, poses with three of the original founders, who were honored at a December dinner. From left: Robert Gauthier, maintenance supervisor, with his wife, Evelyn; Robert Rabidoux, cooling consultant, with his wife, Arlene; and Edwin J. Emmet, vice president, and his wife, Kathy.

## Chemfab honors three founders

Chemical Fabrics Corp celebrated its 15th anniversary last year and three of the original founders were honored at a December party.

Chemfab was founded in 1968 by the late John R. Cook as a manufacturer of high-performance insulation materials for the wire and cable industry. Today the integrated weaving, coating and fabricating technology that Chemfab developed continues to be the basis for its present business. Principal worldwide applications are in industrial and defense and communications markets as well as in the construction of permanent fabric structures.

Three of the original founders of Chemfab celebrating 15 years were honored by Warren C. Cook, president, at the company's annual holiday party in December 1983. They were Robert C. Gauthier, maintenance supervisor; Robert C. Rabidoux, cooling consultant; and Edwin J. Emmet, vice president.

## 1969-70: Wider Coaters and Broader Markets



Narrow tapes of PTFE coated woven fiberglass are wrapped around insulated wires to form a high temperature abrasion resistant cable.

The "weave room" of the CHEMFAB weaving operation as it was from 1976 through 1984.





The former foundry of the Amoskeag Company in Manchester, New Hampshire was home to CHEMFAB's weaving operation from 1976 to 1984. Photo taken circa 1979.

When CHEMFAB started in business, a number of markets had already been developed for PTFE-coated glass fabrics, principally drawing on the excellent electrical and high-temperature release properties these materials possessed. Of course, CHEMFAB would pursue those markets, but John Cook was an innovative entrepreneur who sought new markets for his new company's high-performance composite materials. At the time, identified industrial applications for PTFE/fiberglass composites were being addressed with materials up to about 60" wide. Cook, however, believed that if wider composites could be manufactured, significant new markets would open up.

While continuing to produce and sell standard-width materials for industrial applications, Cook pioneered the development of equipment that could coat woven fiberglass webs up to 180" wide. He also arranged for the fiberglass webs to be woven by a textile mill located in Suncook, New Hampshire (that weaving operation was to be acquired by CHEMFAB in 1976, and subsequently relocated to Manchester, New Hampshire; later it would again be moved to the Company's Merrimack, New Hampshire headquarters facility, where it's in operation today).

Quite separate and apart from these developments, however, an event was occurring halfway around the world that would greatly influence CHEMFAB's direction and growth as a company. That event was the World's Fair held in Osaka, Japan in 1970.

At Expo '70, most of the pavilions, including the U.S. Pavilion, were constructed of lightweight, membrane-like materials, so much so that

the fair was billed a "fabric structure extravaganza". The roof of the U.S. Pavilion, which was fabricated and installed by the Japanese company Taiyo Kogyo Corporation, was made of vinyl-coated woven fiberglass, air-supported, and held in place by steel cables. While this material had numerous virtues, it also had significant limitations. Most notably, it couldn't be used as a roofing material in the United States, over buildings intended for human occupancy, because vinyl was not resistant enough to fire to meet U.S. building codes. Vinyl-based materials also lacked long-term visual appeal since they were prone to discolor after a relatively short time outdoors.

Recognizing both the virtues and the limitations of the materials in use at Expo '70, John Cook worked closely with the Du Pont Company and Owens-Corning Fiberglas Corporation to develop a PTFE-based roofing membrane material that would conform to U.S. building codes. After all, he reasoned, PTFE is not only exceptionally fire resistant, but it's also highly resistant to the degrading effects of long-term weathering, and it's self-cleaning outdoors. And what better company to produce this new roofing material than the only company in the world that possessed wide-width PTFE coating capability — CHEMFAB. This effort ultimately led to the use of an Owens-Corning fiberglass yarn, woven and coated by CHEMFAB, using proprietary formulations of Du Pont's Teflon* PTFE. The new material, called SHEERFILL*, could withstand the ravages of sun, rain and extremes of temperature, and it met U.S. building and fire codes.



Ernie Bergeron shows the section beaming machine to a group of visitors at the Company's weaving operation in Manchester, New Hampshire. Circa 1979.



CHEMFAB President Warren Cook (seated lower left) with the employees of CHEMFAB's weaving operation. Circa 1979.

3

## 1971-75: Super Materials for Super Domes



Walter Bird stands atop the first air supported radome. Circa 1948.

Pontiac Silverdome, Pontiac Michigan.

With the development of SHEERFILL and other architectural membrane products, CHEMFAB was soon able to supply high-performance roofing materials for varied types of outdoor structures. Their effective use, however, required specialized engineering, fabrication and installation techniques. Those capabilities were provided by Birdair Structures, Inc., a Buffalo, New York membrane structures firm that would become a major CHEMFAB customer — and much more — in the years ahead.

The first completed project utilizing SHEERFILL was a cone-shaped roof covering the student activity and drama center at the University of La Verne in California. This tensioned membrane structure, spanning 68,000 square feet, was completed by Birdair in 1973. In 1993, the University celebrated the 20th anniversary of this landmark achievement. Fulfilling its promise of two decades ago, the membrane roof continues on in service.

The first sports stadium with a roof made of CHEMFAB's PTFE/fiberglass composite materials was the Pontiac Silverdome in Michigan. Its air-supported SHEERFILL roof, installed in 1975,

The SHEERFILL roof covering the student activity and drama center at the University of La Verne. Photo taken in 1993.

4

covers 10 times the area of the membrane roof at the University of La Verne.

Today, SHEERFILL architectural membrane roofing materials cover many other world class sports structures, as well as shopping malls, office and hotel atriums, and transportation terminals. Among the best known are the Hubert H. Humphrey Metrodome in Minneapolis, the King Fahd International Stadium in Saudi Arabia, the Olympic Stadium in Rome, Italy, the Tokyo Dome in Japan, the Georgia Dome in Atlanta, and the Main Terminal Building at the new Denver International Airport.

During the early 1970's, CHEMFAB's PTFE/fiberglass composites also began to be made into radomes — those globe-shaped structures that house radar antenna equipment. Walter Bird, Birdair's founder, had pioneered the use of air-supported membrane materials for this purpose, and he was instrumental to the development of this market for CHEMFAB. Today, CHEMFAB's high-performance radomes and planar antenna covers are in use worldwide, protecting sensitive radar and microwave communications equipment from the elements.



163 foot diameter Telstar Radome housing the world's first satellite communications antennas. Installed in 1963.

Commemorative Button - Syracuse Carrier Dome, Syracuse University

The Main Terminal Building of the new Denver International Airport. Photo taken Fall 1993.

## 1976-79: Tragedy and Triumph



CHEMFAB's North Bennington plant shortly after the commencement of occupancy. Circa 1978.



Company employees at the North Bennington, Vermont plant. Circa 1979.

In February 1976, while traveling to Bennington, Vermont from Manchester, New Hampshire, John Cook was tragically killed when the private plane he was piloting crashed in an ice storm.

His death was a tremendous blow, not only to his family and friends, but also to the business he founded and which he had led since its beginning. He had been in Manchester signing a lease on building space for CHEMFAB's recently acquired weaving operation; now there was great uncertainty about the future of the entire Company. At the time, CHEMFAB's financial resources had already been stretched to the limit, and the new lease obligation placed an even greater burden on the corporation.

Fortunately for all concerned, Paul Cook, John's brother, responded to the needs of the moment and stepped in to help. During the period following John Cook's death, Paul Cook provided much needed management support and financial assistance to the business to ensure its ongoing viability. He also became a CHEMFAB Director and he, along with the other Directors comprising the full Board, brought Warren Cook, John's son, into the Company as its President and Chief Executive Officer.

Under Warren Cook's leadership, CHEMFAB once again began to grow. In October 1978, in order to accommodate that growth, the Company moved its headquarters and five coating

towers from Bennington, Vermont, to a larger building in North Bennington. Today, the North Bennington facility continues to be the site of CHEMFAB's principal PTFE coating operations in the United States.

1978 also saw CHEMFAB win a contract to supply roofing membrane material for the immense canopies of the open-air Haj Terminal at King Abdul Aziz International Airport, in Jeddah, Saudi Arabia. This canopy structure, which continues on in service today, was designed to shelter nearly one million pilgrims each year on their way to Mecca. It covers 100 acres, the area of 110 football fields.

The two-year Haj Terminal project was a boon for CHEMFAB. To keep production humming, CHEMFAB employees worked around the clock, even on Christmas day. The project boosted revenues strongly, enabling the Company to expand its manufacturing capability for wide-width products. It also enabled the Company to further improve its manufacturing and control processes for making structural composite materials.

During this time period, CHEMFAB and Birdair teamed up on a number of large architectural projects, and developed a close working relationship. In 1979, in order to bring together, within a single organization, all the essential capabilities needed to supply architectural membrane structures to the market, CHEMFAB acquired Birdair.



Production employees at Birdair's Walden Avenue plant in Buffalo, New York.



Haj Terminal, King Abdul Aziz International Airport, Jeddah, Saudi Arabia.

## 1980-82: Growing at Home and Abroad



CHEMFAB Europe's Sales & Marketing Headquarter's facility in Ennis, Ireland.



Members of the Ennis Sales Team modeling the latest in hamburger fashion. Circa 1989.





CHEMFAB Europe's Kilrush plant in County Clare, Ireland. Photo taken 1993.

As the Company's architectural business grew, so did its industrial products business. From the early 1970's, Ed Emmet and his industrial products sales team expanded existing markets and developed new markets for CHEMFAB products both in the United States and Europe, selling PTFE/fiberglass composite materials for everything from electrical wiring insulation, to conveyor belts used in carpet manufacturing, to high-temperature release tapes used in the packaging industry.

To meet the increasing demand for the Company's industrial products in Europe, CHEMFAB established in 1980 a PTFE coating plant in Kilrush, Ireland. General management of European business activities was transferred to Ireland in 1987, and a new European sales and marketing headquarters facility was opened in Ennis, Ireland in 1989.

Throughout the 1980's, Chemfab Europe's business continued to grow and it steadily increased its market share. Today, the Kilrush plant manufactures a broad range of PTFE-based composite materials, and fabricates end-use products, for sale throughout Europe, and into Africa, the Middle East, India and Japan. When CHEMFAB Europe commenced operations in 1980, it did so in the face of formidable competition from entrenched competitors. Now, with its manufacturing and headquarters base in Ireland, and with sales subsidiaries in England, Denmark and Spain, it's the European market share leader in its principal industrial markets.



## Going Public, New Headquarters, New Acquisitions

In 1983, CHEMFAB became a public company, selling 600,000 shares of newly-issued common stock to new investors for $9.00 per share. The proceeds from the stock sale were used to reduce outstanding debt, finance operations, and renovate the Company's recently acquired new corporate headquarters, a former General Electric plant in Merrimack, New Hampshire. The relocation of CHEMFAB's headquarters and weaving operations from Bennington, Vermont and Manchester, New Hampshire, respectively, to Merrimack provided needed additional space for long-term expansion, and greater access to the technical, educational and business centers in and around Boston.

In 1984, CHEMFAB completed two more corporate acquisitions. Hi-Temp Materials, Inc., a distribution business located in Schaumburg, Illinois (near Chicago), was purchased to serve as a short lead time deliverer of CHEMFAB industrial products throughout the United States. Toralon Products Corporation, a Florida-based PTFE film manufacturer, was purchased for its proprietary multi-layer cast film process technology and materials know how.

CHEMFAB's Corporate Headquarters in Merrimack, New Hampshire. Circa 1984.

## 1985-87: New Ventures and New Leadership



An initial attempt to sell 53 acres of undeveloped land in Merrimack, New Hampshire ultimately led to the sale and leaseback of the Company's entire headquarters site in 1987.

Enjoying dinner together in Buffalo, New York in October, 1989 are Messrs. Ryotaro Nohmura and Motonobu Nohmura of Taiyo Kogyo, Lee Erdman and Jon Duncan of Birdair, and Duane Montopoli, Jim Newman and Bill Everett of CHEMFAB.



In 1985, CHEMFAB and Owens-Corning Fiberglas Corporation teamed up to further the development of the membrane structures market worldwide. Each contributed its construction activities (they had been competitors in this business for some time) into a newly formed, 50/50 owned, joint venture company. Reflecting this new partnership, as well as corporate lineage, the new company was named OC Birdair.

In that same year, CHEMFAB spearheaded the establishment of a joint venture company in Japan. Nitto Chemfab, headquartered in Tokyo, was formed to make and sell high-performance composite materials into the Japanese market. The Company is owned 51% by Nitto Denko Corporation, 39% by CHEMFAB, and 10% by Taiyo Kogyo Corporation, the same Japanese company that, 15 years earlier, had installed the roof of the U.S. Pavilion at Expo '70.

The 1985-1986 time period was an exciting but difficult time for CHEMFAB. Much was being accomplished, but costs rose faster than revenues and the Company suffered a sizeable loss for its 1986 fiscal year. Warren Cook stepped down as President, and was succeeded by Duane Montopoli.

Montopoli's first order of business was to repair the Company's balance sheet, which had been weakened by the recent operating losses and by a substantial debt load. In early 1987, CHEMFAB's Merrimack headquarters building and surrounding 175 acres of land were sold for $10.3 million. Full use of the facility was retained, however, under a long-term lease with a right to re-purchase the building and 21 acres of land, over time. The sales proceeds were used to pay down bank debt. The Company's financial health was restored, and it again began to grow.

10


## Research and Development for New Products

Ever since the 1984 acquisition of Toralon Products Corporation, CHEMFAB engineers and scientists had worked to advance Toralon's multi-layer PTFE film technology and to "marry" that technology to the Company's fiber-reinforced composite materials. The fruits of that effort were about to begin to be realized.

Over the period 1988-1989, Company engineers and scientists developed a unique new process for the continuous lamination of PTFE films to PTFE coated composites. In 1990, Company employees also constructed next-generation PTFE film casting equipment, significantly advancing the process technology that had been obtained in the Toralon acquisition. These technological advancements, both of which are now covered by U.S. patents, have enabled CHEMFAB to develop and introduce a stream of new industrial products offering better value, improved performance, and longer service life. Examples include food grilling sheets and conveyor belts, and composite materials used in the manufacture of airframe wire for commercial and military aircraft.

Meanwhile, in 1989, Owens-Corning Fiberglas sold its half interest in Birdair to Taiyo Kogyo Corporation. Like many large American companies of the day, Owens-Corning had been the target of a hostile takeover attempt, and it needed to sell off assets to pay down debt accumulated during its successful effort to thwart the corporate raider.



Signed plaque commemorating the successful completion of the Company's next-generation PTFE film casting equipment, dubbed the "QX Caster".

Hamburgers being cooked on a two-sided grill. CHEMFAB's food grilling sheets are in use on the underside of the top section of the grill.





CHEMFAB developed a high-performance composite material that has become a key component in airframe wire used by Boeing.

The SHEERFILL entrance canopy at Birdair's headquarters facility in Buffalo, New York. Circa 1991

11

## 1991-93: A New Name and a Big Birthday



CHEMFAB's Merrimack Headquarters Building was repurchased in December, 1993.



Juilean Bell (Sales Manager) and Pascual Chornet (Managing Director) of CHEMFAB's Spanish subsidiary, Iberflon, on the stand at Expo Quimica in Barcelona, Spain October, 1993



In 1991, the Company's name was officially changed from Chemical Fabrics Corporation to Chemfab Corporation. The change reflects the Company's broadened materials technology base and the diversification of its product lines. Also, of course, "CHEMFAB" is the name by which the Company has been known since its founding.

The year 1992 saw CHEMFAB sell its half interest in Birdair to Taiyo Kogyo Corporation, thus giving Taiyo full ownership of the membrane structures contractor. Dating back to the formation of the joint venture with Owens-Corning Fiberglas, this sale completed CHEMFAB's gradual move away from direct participation in the construction-side of the membrane structures business, in favor of a materials supply relationship. Birdair, now named Birdair, Inc., is still headquartered in Buffalo, New York, and remains a major CHEMFAB customer.

CHEMFAB has come a long way since John Cook and his co-founders established the Company a quarter century ago. The small fluoropolymer coating operation he started with a handful of employees has grown to become a diversified, multinational world leader in the manufacture and sale of polymer-based flexible composite materials for a broad range of high-performance applications.

Today, nearly 400 people strong, with sales last year reaching $51 million and with U.S. and international markets continuing to expand, CHEMFAB is well positioned to take advantage of the significant growth opportunities that lie ahead.

As we celebrate our 25th Birthday this year, we look to our past with pride and to our future with confidence.

"A great day for the Irish." Presentation of the ISO 9002 Quality Award to Chemfab Europe 1992.

12

© 1993 Chemfab Corporation. All rights reserved.

The following names are trademarks of Chemfab Corportion:
CHALLENGE, CHEMFAB, CHEMFILM, CHEMGLAS, CHEMGLAS-UVR,
CHEMLAM, CHEMSTIK, DARLYN, DILECTRIX, DISTILINER, DURALAST,
FABRASORB, FLEXIBLE ADVANCED MATERIALS, FLEXIBLE ENGI-
NEERED MATERIALS, PANAX, PETROLAM, q GUARD, RAYDEL,
SHEERFIL, SLIPsheet, SUPERSLIX, TCK, TCK-UVR, TCN, and TCN-UVR

Teflon is a registered trademark of the Du Pont Company

♲ Printed on recycled paper.