

**Chemfab Corporation**
Water Street, P.O. Box 476
North Bennington, Vermont 05257 U.S.A.
Telephone: 802-447-1131
FAX  802-447-1130

February 21, 1996

Brian Fitzgerald
VT Agency of Natural Resources
Air Pollution Control Div.
103 South Main St.
Waterbury, VT 05671-0402

Dear Brian:

Enclosed yu will find a revised page two which is being provided to correct an error in the number of towers operated by Chemfab at N. Bennington, VT.

We are in reciept of your letter acknowledging the application for a construction permit. The final paragraph of the text sets forward the monitoring parameters we propose under the operating permit program. Chemfab would appreciate comment on our proposal along with recommendations for obtaining our operating permit. Our hope is that this monitoring will meet the requirements of the operating permit program. I believe information generally given in the construction permit meets the other requirements for an operating permit.

Thank you for your assistance.

Sincerely,

Robert A. Prohaska
Site Technical Manager

FEB 23 1996

...LUTION CONTROL DIVIS...
STATE OF VERMONT

Enc.

**Exhibit 022**





## CERTIFICATION OF INFORMATION ACCURACY

*I certify under penalty of law that I have personally examined and am familiar with the information submitted herein. Based on information and belief formed after reasonable inquiry, the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.*

| _____ | _____2-21-96_____ |
|---|---|
| (Signature) | (Date) |

| ROBERT PRONASKA | SITE TECHNICAL MGR |
|---|---|
| (Print Name) | (Title) |

## CONSENT FOR ACCESS TO PROPERTY

*I recognize that by signing this application, I am giving consent to employees of the State of Vermont to enter the subject property for the purpose of obtaining information relevant to the processing of this application. I also understand that by acceptance of a Permit, I agree to allow representatives of the State of Vermont access to the properties covered by the Permit, at reasonable times, for the purpose of ascertaining compliance with the Permit and with Vermont environmental and health statutes and regulations.*

| _____ | _____2-21-96_____ |
|---|---|
| (Signature) | (Date) |

| ROBERT PRONASKA | SITE TECHNICAL MGR |
|---|---|
| (Print Name) | (Title) |

10



# SECTION B2

## ISOMETRIC OF CHEMFAB EXHAUST POINTS



# SECTION B3

## AISLE SIDE ELEVATION OF NEW TOWER Q

**CHEMFAB**

# SECTION B4

# FLOOR PLAN WITH NEW TOWER Q









WATER

PAR A1









# SECTION B5

# TOWER Q SPECIFICATIONS





**Chemfab Corporation**
Water Street, P.O. Box 476
North Bennington, Vermont 05257 U.S.A.
Telephone: 802-447-1131
FAX: 802-447-1130

January 9, 1996

Mark C. Bannon, Environmental Engineer
VT Agency of Natural resources
Air Pollution Control Div.
103 South Main St.
Waterbury, VT 05671-0402

## PRELIMINARY PROPOSAL

**PROPOSAL DESCRIPTION**: To discontinue use of propane gas fired catalytic abatement at the N. Bennington, VT (NBVT) facility of Chemfab Corporation. Stack dilution will be substituted to effectively deal with emission odor and visible plume. If effective, the net result would be a decrease in total emissions of approximately 7700 lbs. These estimates are based upon our current production rate 24 hours a day, an average of six days per week).

**OBJECTIVE**: To reduce regulated emissions and operating cost at Chemfab's NBVT site, while still controlling odor and visible plume.

**BRIEF HISTORY**: CHEMFAB Corporations's plant located in North Bennington, Vermont (NBVT) is primarily engaged in the coating of woven fiberglass textiles with Polytetrafluoroethylene (PTFE) on dispersions. The coatings consist primarily of fine particles of polytetrafluoroethylene dispersed in water with surfactants. The surfactants are essentially soaps which aid in processing. After coating, heat is applied to remove water and surfactants thereby leaving the PTFE adhered to the textile. As the ingredients are heated the surfactants degrade forming an odiferous and visible aerosol which contains minute amounts of benzene. During the 1980's CHEMFAB along with the Vermont Agency of Natural Resources underwent a series of steps to reduce odor, visible plume and benzene from our emissions. At the time, the "Best Achievable Control Technology" chosen was catalytic abatement. At current production levels this technology has the following effects:

---

Teflon® is one brand name applied to this substance.




## CATALYTIC ABATEMENT DOES:

- Reduce benzene emissions from about 280 lb. per year to about 82 lb. per year.
- Increase emissions of NOX, particulate matter, carbon Monoxide and other organic compounds by about 7900 lbs. per year.
- Eliminate the visible plume from our emissions.
- Cost CHEMFAB approximately $225,000 per year, for propane gas, to operate.

## CATALYTIC ABATEMENT DOES NOT:

- Reduce odor from our emissions.

Since we did not reduce the odor from our process using catalytic abatement, research was done with TRC of Hartford, CT to determine a method of reducing odor. This led to TRC's recommendation that CHEMFAB dilute the exhaust stream by five times with ambient air in a stack which would help disperse odor molecules. As a result, CHEMFAB Corporation has installed such systems on two coating lines in NBVT and on two PTFE processing lines in our Merrimack, NH facility. At NBVT odor complaints have dropped from about five per year, to less than one per year since these two lines were so outfitted.

The Merrimack, New Hampshire facility operates two PTFE processing lines without catalytic abatement and only with stack dilution systems. These systems have dispersed odor and eliminated visible plume, without use of propane gas fired abatement.

## PROPOSED PLAN OF ACTION:

1) Invite representatives of the Vermont Agency of Natural Resources and the North Bennington Planning Commission to view operations in New Hampshire which incorporate only a stack dilution system to control emissions. Vermont ANR representatives will evaluate if this approach is technically feasible at the NBVT facility.

**CHEMFAB**

Page #3
ANR

2) If feasible, and with the approval of the North Bennington planning commission, CHEMFAB, NBVT would stop applying catalytic abatement to the two coating lines which are presently outfitted with stack dilution systems. This would be done on a trial basis to verify that both odor and visible emissions were controlled by these systems. In addition, as part of an ongoing process to eliminate benzene emissions, CHEMFAB would trial dispersions containing non benzene generating surfactants on these lines. This will allow CHEMFAB to evaluate process capability <u>and</u> verify that these new surfactants do not emit odors which are not controlled by the stack dilution system.

3) If step two is initiated and is successful, dilution stacks will be installed on all coating lines and catalytic abatement will be decommissioned at CHEMFAB NBVT.

### SUMMARY:

To reduce overall plant emissions by 7700 lbs. and reduce fuel cost by $225000, CHEMFAB NBVT proposes to eliminate use of catalytic abaters and to substitute a stack dilution system to reduce odor and visible emissions. The proposal presented consists of three steps:

1) Verification of feasibility by the Air Pollution Control division of the Vermont Agency of Natural Resources.

2) Trial of the proposal on two coating lines at CHEMFAB NBVT resulting in the approval of the Vermont ANR air pollution control division and the North Bennington, VT planning commission.

3) If odor complaints do not increase and visible plume meets requirements, eliminate catalytic abatement in favor of stack dilution as the demonstrated best available Control Technology.

Submitted by,

*Robert A. Prohaska*
Robert A. Prohaska
Site Technical Manager

cc: Ruth Jamke
  David Stiles
  Charles Tilgner III