# North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Sample Date | Street Name | PFOA | PFHpA | PFOS |
|---|---|---|---|---|
| 03/08/16 | Airport Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Airport Road | | | |
| 04/13/16 | Airport Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/23/16 | Airport Road | | | |
| 03/22/16 | Airport Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Airport Road | | | |
| 03/08/16 | Airport Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Airport Road | | | |
| 05/02/16 | Andre Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 04/13/16 | Apple Hill Road | 132 | 7.21 | ND/<13 |
| 04/19/16 | Apple Hill Road | 102 | 5.97 | ND/<13 |
| 04/14/16 | Apple Hill Road | 104 | 5.96 | ND/<13 |
| 04/13/16 | Apple Hill Road | 146 | 7.61 | ND/<13 |
| 04/12/16 | Apple Hill Road | 144 | 9.11 | ND/<13 |
| 04/20/16 | Apple Hill Road | 179 | 10.2 | ND/<13 |
| 04/12/16 | Apple Hill Road | 143 | 8.78 | ND/<13 |
| 04/12/16 | Apple Hill Road | 139 | 5.51 | ND/<13 |
| 04/13/16 | Apple Hill Road | 167 | 8.0 | ND/<13 |
| 04/13/16 | Apple Hill Road | 32.7 | ND/<3.3 | ND/<13 |
| 04/12/16 | Apple Hill Road | 90.7 | 5.86 | ND/<13 |
| 05/02/16 | Apple Hill Road | 53.6 | 5.36 | ND/<13 |
| 02/15/16 | Asa Way | 2,330 | 81.4 | ND/<13 |
| 03/01/16 | Asa Way | 2,000 | 52.5 | ND/<13 |
| 03/01/16 | Asa Way | 82.6 | 5.61 | ND/<13 |
| 03/01/16 | Asa Way | 223 | 11.9 | ND/<13 |
| 05/10/16 | Asa Way | 291 | 16.1 | ND/<13 |
| 03/01/16 | Asa Way | 370 | 18.9 | ND/<13 |
| 03/01/16 | Asa Way | 293 | 14.7 | ND/<13 |
| 04/12/16 | Astrachan Drive | 90.4 | 4.33 | ND/<13 |
| 04/12/16 | Astrachan Drive | 168 | 7.84 | ND/<13 |
| 04/13/16 | Astrachan Drive | 96 | 4.07 | ND/<13 |
| 04/13/16 | Astrachan Drive | 155 | 11.2 | ND/<13 |
| 03/01/16 | Austin Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Austin Hill Road | | | |
| 03/21/16 | Austin Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/03/16 | Austin Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Austin Hill Road | | | |
| 03/08/16 | Austin Hill Road | 94.5 | 5.58 | ND/<13 |
| 05/10/16 | Austin Hill Road | 92.5 | 5.81 | ND/<13 |
| 03/31/16 | Austin Hill Road | 118 | 5.48 | ND/<13 |
| 03/01/16 | Austin Hill Road | 238 | 10.8 | ND/<13 |
| 03/08/16 | Austin Hill Road | 241 | 9.5 | ND/<13 |
| 03/01/16 | Austin Hill Road | 60.6 | ND/<3.3 | ND/<13 |
| 03/01/16 | Austin Hill Road | 62.3 | ND/<3.3 | ND/<13 |
| 04/19/16 | Autumn Acres | 37.4 | ND/<3.3 | ND/<13 |
| 04/12/16 | Autumn Acres | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/30/16 | Autumn Acres | | | |
| 03/09/16 | Bank Street | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Bank Street | | | |
| 03/22/16 | Bank Street | 30 | ND/<3.3 | ND/<13 |
| 03/04/16 | Bard Road | 230 | 13.7 | ND/<13 |
| 03/04/16 | Bard Road | 140 | 8.21 | ND/<13 |
| 03/04/16 | Bard Road | 217 | 13.1 | ND/<13 |
| 03/04/16 | Bard Road | 11.1 | ND/<3.3 | ND/<13 |
| 03/23/16 | Bard Road | 9.5 | ND/<3.3 | ND/<13 |
| 09/22/16 | Bard Road | | | |
| 03/04/16 | Bard Road | 149 | 7.18 | ND/<13 |
| 03/04/16 | Bard Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Bard Road | | | |
| 03/04/16 | Bard Road | 7.83 | ND/<3.3 | ND/<13 |
| 03/23/16 | Bard Road | 9.0 | ND/<3.3 | ND/<13 |
| 09/29/16 | Bard Road | | | |
| 03/04/16 | Bard Road | 139 | 7.9 | ND/<13 |
| 03/08/16 | Bard Road | 192 | 9.6 | ND/<13 |
| 03/04/16 | Bard Road | 383 | 20.3 | ND/<13 |
| 10/06/16 | Beaudoin Lane | 38.7 | 2.33 J | ND/<3.8 |
| 12/7/2016 | Beaudoin Lane | 25.3 | 1.62 J | 4.56 J |
| 10/06/16 | Beaudoin Lane | 28.2 | 1.2 J | ND/<3.8 |
| 10/27/16 | Becks Drive | 73.9 | 2.96 J | ND/<13 |
| 04/13/16 | Becks Drive | 52.9 | ND/<3.3 | ND/<13 |
| 03/03/16 | Bridge Street | 85.9 | 4.65 | ND/<13 |
| 03/03/16 | Bridge Street | 76.2 | 8.94 | ND/<13 |
| 03/03/16 | Buckhill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/21/16 | Cardinal Lane | 120 | 6.55 | ND/<13 |
| 03/21/16 | Cardinal Lane | 78.8 | 4.13 | ND/<13 |
| 03/03/16 | Cardinal Lane | 124 | 3.52 | ND/<13 |
| 03/08/16 | Cardinal Lane | 100 | ND/<3.3 | ND/<13 |
| 04/14/16 | Cardinal Lane | 20.2 | ND/<3.3 | ND/<13 |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Location | | | |
|---|---|---|---|---|
| 03/21/16 | Cardinal Lane | **224** | 7.89 | ND/<13 |
| 03/08/16 | Cardinal Lane | **31.8** | ND/<3.3 | ND/<13 |
| 08/30/16 | Carpenter Lane | 6.77 | ND/<1.0 | ND/<3.8 |
| 09/22/16 | Carpenter Lane | | | |
| 08/30/16 | Chapel Road | 17 | ND/<1.0 | 4.68 |
| 06/07/16 | Chapel Road | **129** | 13.1 | ND/<13 |
| 07/01/16 | Chapel Road | **38.8** | ND/<3.3 | ND/<13 |
| 06/07/16 | Chapel Road | **50.2** | ND/<3.3 | ND/<13 |
| 07/14/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | Chapel Road | | | |
| 07/27/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 07/14/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 07/27/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 08/16/16 | Chapel Road | **23.4** | ND/<1.0 | ND/<3.8 |
| 08/30/16 | Chapel Road | 43.2 | 2.42 | ND/<3.8 |
| 08/30/16 | Chapel Road | 30.2 | ND/<1.0 | ND/<3.8 |
| 07/27/16 | Chapel Road | 19.7 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | Chapel Road | | | |
| 07/28/16 | Chapel Road | **24.7** | ND/<2.8 | ND/<7.9 |
| 07/01/16 | Chapel Road | 6.95 | ND/<3.3 | ND/<13 |
| 09/28/16 | Chapel Road | | | |
| 07/27/16 | Chapel Road | **20** | ND/<2.8 | ND/<7.9 |
| 07/14/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 07/01/16 | Chapel Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Chapel Road | | | |
| 07/15/16 | Chapel Road | 6.17 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 07/27/16 | Chapel Road | 13.9 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 07/27/16 | Chapel Road | 16.4 | ND/<2.8 | ND/<7.9 |
| 10/06/16 | Chapel Road | | | |
| 06/30/16 | Chapel Road | **27.9** | ND/<3.3 | ND/<13 |
| 07/14/16 | Chapel Road | 11.3 | ND/<2.8 | ND/<7.9 |
| 10/06/16 | Chapel Road | | | |
| 06/30/16 | Chapel Road | 7.28 | ND/<3.3 | ND/<13 |
| 09/29/16 | Chapel Road | | | |
| 07/01/16 | Chapel Road | 17.9 | ND/<3.3 | ND/<13 |
| 09/28/16 | Chapel Road | | | |
| 06/01/16 | Chapel Road | **21.6** | 4.09 | ND/<13 |
| 07/28/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 10/06/16 | Chapel Road | 12.5 | 1.02 J | ND/<3.8 |
| 10/27/16 | Chapel Road | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 08/16/16 | Chapel Road | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 11/21/2016 | Chapel Road | | | |
| 08/15/16 | Chapel Road | 27 | 1.6 | ND/<3.8 |
| 08/15/16 | Chapel Road | 2.72 | ND/<1.0 | ND/<3.8 |
| 11/10/2016 | Chapel Road | | | |
| 06/01/16 | Chapel Road | 12.6 | ND/<3.3 | ND/<13 |
| 09/29/16 | Chapel Road | | | |
| 09/29/16 | Chapel Road | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 07/15/16 | Chapel Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 07/15/16 | Chapel Road | **25.3** | ND/<2.8 | ND/<7.9 |
| 07/14/16 | Chapel Road | 9.99 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Chapel Road | | | |
| 06/01/16 | Chapel Road | 19.4 | ND/<3.3 | ND/<13 |
| 09/28/16 | Chapel Road | | | |
| 07/28/16 | Chapel Road | **21.2** | ND/<2.8 | ND/<7.9 |
| 09/29/16 | Chapel Street | 19.7 | 1.8 J | ND/<3.8 |
| 06/30/16 | Church Lane | 10.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Church Lane | | | |
| 05/11/16 | Cold Spring Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Cold Spring Road | | | |
| 04/13/16 | Cortland Lane | 72.6 | 4.58 | ND/<13 |
| 04/12/16 | Cortland Lane | 105 | 6.81 | ND/<13 |
| 04/13/16 | Cortland Lane | 93.4 | 6.45 | ND/<13 |
| 04/12/16 | Cory Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Cory Lane | | | |
| 07/28/16 | Crossover Road | **27.5** | ND/<2.8 | ND/<7.9 |
| 05/03/16 | Dermody Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Dermody Road | | | |
| 06/30/16 | East Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 06/08/16 | East Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | East Road | | | |
| 07/15/16 | East Road | 15.6 | ND/<2.8 | ND/<7.9 |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Street | PFOA | PFOS | PFHpA |
|---|---|---|---|---|
| 09/29/16 | East Road | | | |
| 09/29/16 | East Road | | | |
| 05/11/16 | East Road | **64.3** | 5.17 | ND/<13 |
| 05/10/16 | East Road | **69** | 6.48 | ND/<13 |
| 05/11/16 | East Road | **24.5** | ND/<3.3 | ND/<13 |
| 06/01/16 | East Road | 11.2 | ND/<3.3 | ND/<13 |
| 09/29/16 | East Road | | | |
| 06/30/16 | East Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | East Road | | | |
| 08/30/16 | East Road | 19.3 | 2.98 | ND/<3.8 |
| 09/28/16 | East Road | | | |
| 05/10/16 | East Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | East Road | | | |
| 06/01/16 | East Road | 14.6 | ND/<3.3 | ND/<13 |
| 09/28/16 | East Road | | | |
| 05/10/16 | East Road | 18.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | East Road | | | |
| 07/15/16 | East Road | 8.55 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | East Road | | | |
| 07/15/16 | East Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | East Road | | | |
| 07/15/16 | East Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | East Road | | | |
| 07/15/16 | East Road | 16.9 | ND/<2.8 | ND/<7.9 |
| 10/27/16 | East Road | | | |
| 06/30/16 | East Road | **28.8** | ND/<3.3 | ND/<13 |
| 07/15/16 | East Road | 16.3 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | East Road | | | |
| 03/22/16 | Eaton Road | **96.6** | 4.35 | ND/<13 |
| 03/21/16 | Eaton Road | **79** | ND/<3.3 | ND/<13 |
| 03/21/16 | Eaton Road | **136** | 6.29 | ND/<13 |
| 03/03/16 | Edith Way | **387** | 9.02 | ND/<13 |
| 03/03/16 | Edith Way | **62.0** | ND/<3.3 | ND/<13 |
| 04/13/16 | Fairview Street | **71.7** | 4.43 | ND/<13 |
| 05/11/16 | Fairview Street | **41.7** | ND/<3.3 | ND/<13 |
| 04/13/16 | Fairview Street | **23.3** | ND/<3.3 | ND/<13 |
| 05/03/16 | Fox Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Fox Hill Road | | | |
| 05/03/16 | Fox Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Fox Hill Road | | | |
| 05/03/16 | Fox Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Fox Hill Road | | | |
| 05/04/16 | Fox Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Fox Hill Road | | | |
| 06/30/16 | Furnace Brook Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Furnace Brook Road | | | |
| 04/20/16 | Garden Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Garden Lane | | | |
| 05/11/16 | Gypsy Lane | 13.6 | ND/<3.3 | ND/<13 |
| 09/22/16 | Gypsy Lane | | | |
| 05/03/16 | Gypsy Lane | 7.49 | ND/<3.3 | ND/<13 |
| 09/22/16 | Gypsy Lane | | | |
| 05/11/16 | Gypsy Lane | 8.71 | ND/<3.3 | ND/<13 |
| 09/23/16 | Gypsy Lane | | | |
| 12/7/2016 | Gypsy Lane | ND/<2.2 | ND/<1.0 | ND/<2.2 |
| 05/11/16 | Gypsy Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Gypsy Lane | | | |
| 05/03/16 | Gypsy Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Gypsy Lane | | | |
| 09/28/16 | Gypsy Lane | | | |
| 05/03/16 | Gypsy Lane | **28.8** | ND/<3.3 | ND/<13 |
| 03/02/16 | Harrington Road | **1410** | 57.5 | ND/<13 |
| 03/08/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 02/15/16 | Harrington Road | **153** | 4.3 | ND/<13 |
| 03/03/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 08/30/16 | Harrington Road | 144 | 5.31 | ND/<3.8 |
| 02/16/16 | Harrington Road | 516 | 20.1 | ND/<13 |
| 10/27/16 | Harrington Road | 599 | 29.4 | ND/<3.8 |
| 03/03/16 | Harrington Road | **2,730** | 97.8 | ND/<13 |
| 03/01/16 | Harrington Road | **362** | 14.5 | ND/<13 |
| 03/08/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Harrington Road | | | |
| 03/04/16 | Harrington Road | **124** | 6.1 | ND/<13 |
| 03/02/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Harrington Road | | | |
| 03/03/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |

# North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Road | | | |
|---|---|---|---|---|
| 03/02/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 03/01/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/08/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 09/27/16 | Harrington Road | | | |
| 03/02/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Harrington Road | | | |
| 03/01/16 | Harrington Road | 14.2 | ND/<3.3 | ND/<13 |
| 03/22/16 | Harrington Road | 21.7 | ND/<3.3 | ND/<13 |
| 03/08/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 10/27/16 | Harrington Road | | | |
| 03/01/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Harrington Road | | | |
| 12/5/2016 | Harrington Road | | | |
| 12/5/2016 | Harrington Road | | | |
| 03/08/16 | Harrington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 03/02/16 | Harrington Road | 82.2 | 3.65 | ND/<13 |
| 03/22/16 | Harrington Road | 14.4 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harrington Road | | | |
| 05/03/16 | Harwood Hill Road | 8.72 | ND/<3.3 | ND/<13 |
| 09/22/16 | Harwood Hill Road | | | |
| 07/01/16 | Harwood Hill Road | 92.7 | 4.54 | ND/<13 |
| 07/01/16 | Harwood Hill Road | 73.8 | 4.59 | ND/<13 |
| 05/04/16 | Harwood Hill Road | 123 | 5.5 | ND/<13 |
| 03/28/16 | Harwood Hill Road | ND/<2.0 | ND/<1.0 | ND/<4 |
| 09/28/16 | Harwood Hill Road | | | |
| 08/16/16 | Harwood Hill Road | 116 | 6.14 | 4.87 |
| 05/11/16 | Harwood Hill Road | 132 | 6.65 | ND/<13 |
| 08/16/16 | Harwood Hill Road | 87.9 | 6.77 | 7.18 |
| 06/01/16 | Harwood Hill Road | 111 | 7.75 | ND/<13 |
| 05/03/16 | Harwood Hill Road | 67.2 | 4.74 | ND/<13 |
| 05/03/16 | Harwood Hill Road | 91.5 | 5.3 | ND/<13 |
| 04/14/16 | Harwood Hill Road | 180 | 11.3 | ND/<13 |
| 05/02/16 | Harwood Hill Road | 29.6 | ND/<3.3 | ND/<13 |
| 05/03/16 | Harwood Hill Road | 79.3 | 4.61 | ND/<13 |
| 06/01/16 | Harwood Hill Road | 110 | 8.36 | ND/<13 |
| 07/28/16 | Harwood Hill Road | 41.8 | 2.87 | ND/<7.9 |
| 06/01/16 | Harwood Hill Road | 88.9 | 7.61 | ND/<13 |
| 10/06/16 | Harwood Hill Road | 43.1 | 2.65 J | ND/<3.8 |
| 04/19/16 | Harwood Hill Road | 46.6 | 6.39 | ND/<13 |
| 06/07/16 | Harwood Hill Road | 7.57 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 09/30/16 | Harwood Hill Road | | | |
| 05/11/16 | Harwood Hill Road | 9.49 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 10/27/16 | Harwood Hill Road | | | |
| 05/10/16 | Harwood Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 06/07/16 | Harwood Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 05/31/16 | Harwood Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 05/11/16 | Harwood Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 06/07/16 | Harwood Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Harwood Hill Road | | | |
| 07/28/16 | Hicks Ave | 73.4 | ND/<2.8 | ND/<7.9 |
| 05/02/16 | Hill Shadow Farm Road | 30.8 | ND/<3.3 | ND/<13 |
| 05/02/16 | Hill Shadow Farm Road | 30.7 | ND/<3.3 | ND/<13 |
| 04/13/16 | Hill Shadow Farm Road | 27.1 | ND/<3.3 | ND/<13 |
| 05/10/16 | Hill Shadow Farm Road | 35.3 | ND/<3.3 | ND/<13 |
| 04/13/16 | Hill Shadow Farm Road | 17.5 | ND/<3.3 | ND/<13 |
| 09/23/16 | Hill Shadow Farm Road | | | |
| 04/13/16 | Hill Shadow Farm Road | 63.4 | ND/<3.3 | ND/<13 |
| 03/23/16 | Horton Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/23/16 | Horton Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/23/16 | Horton Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Horton Hill Road | | | |
| 09/27/16 | Horton Hill Road | | | |
| 09/27/16 | Horton Hill Road | | | |
| 05/10/16 | Houghton Lane | 113 | 6.64 | ND/<13 |
| 04/12/16 | Houghton Lane | 114 | 4.89 | ND/<13 |
| 05/03/16 | Houghton Lane | 112 | 4.06 | ND/<13 |
| 05/04/16 | Houghton Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Houghton Lane | | | |
| 05/11/16 | Houghton Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Houghton Lane | | | |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Location | POFA | PFOS | PFHpA |
|---|---|---|---|---|
| 04/19/16 | Houghton Lane | **26.4** | ND/<3.3 | ND/<13 |
| 05/10/16 | Houghton Lane | **119** | 5.88 | ND/<13 |
| 05/31/16 | Jennings Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 04/19/16 | Jennings Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Jennings Drive | | | |
| 04/13/16 | Jennings Drive | 19 | ND/<3.3 | ND/<13 |
| 09/27/16 | Jennings Drive | | | |
| 05/31/16 | Jennings Drive | 12 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 05/02/16 | Jennings Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 05/02/16 | Jennings Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 05/02/16 | Jennings Drive | 18.5 | 3.73 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 04/13/16 | Jennings Drive | 8.5 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 06/30/16 | Jennings Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 05/31/16 | Jennings Drive | 7.83 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 04/13/16 | Jennings Drive | 12.2 | ND/<3.3 | ND/<13 |
| 09/22/16 | Jennings Drive | | | |
| 05/31/16 | Jennings Drive | 12.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 06/01/16 | Jennings Drive | 7.88 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 05/03/16 | Jennings Drive | 15.4 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 06/30/16 | Jennings Drive | 8.39 | ND/<3.3 | ND/<13 |
| 09/21/16 | Jennings Drive | | | |
| 09/27/16 | Lake Paran Drive | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 03/09/16 | Matt Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Matt Drive | | | |
| 11/11/2016 | Matt Drive | | | |
| 07/28/16 | Matt Drive | **29.4** | ND/<2.8 | ND/<7.9 |
| 03/22/16 | Matt Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Matt Drive | | | |
| 03/09/16 | Matt Drive | 16.2 | ND/<3.3 | ND/<13 |
| 03/22/16 | Matt Drive | 19.2 | ND/<3.3 | ND/<13 |
| 09/28/16 | Matt Drive | | | |
| 03/03/16 | Matteson Road | **249** | 9.56 | ND/<13 |
| 03/02/16 | Matteson Road | **124** | 8.82 | ND/<13 |
| 03/08/16 | Matteson Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Matteson Road | | | |
| 03/02/16 | Matteson Road | **215** | 18.3 | ND/<13 |
| 04/13/16 | Matteson Road | **108** | 6.61 | ND/<13 |
| 06/08/16 | Matteson Road | **229** | 9.05 | ND/<13 |
| 03/08/16 | McCullough Road | **86** | ND/<3.3 | ND/<13 |
| 04/13/16 | McIntosh Lane | 8.43 | ND/<3.3 | ND/<13 |
| 09/29/16 | McIntosh Lane | | | |
| 04/19/16 | McIntosh Lane | **75.5** | 4.24 | ND/<13 |
| 04/13/16 | McIntosh Lane | **201** | 10 | ND/<13 |
| 06/08/16 | McIntosh Lane | **78.2** | 4.64 | ND/<13 |
| 05/03/16 | McIntosh Lane | **118** | 5.63 | ND/<13 |
| 06/01/16 | McIntosh Lane | **61.3** | 4.52 | ND/<13 |
| 05/02/16 | Michaels Drive | **76.1** | 3.37 | ND/<13 |
| 05/02/16 | Michaels Drive | **35.2** | ND/<3.3 | ND/<13 |
| 04/12/16 | Michaels Drive | **50.1** | ND/<3.3 | ND/<13 |
| 04/20/16 | Michaels Drive | **24.4** | ND/<3.3 | ND/<13 |
| 04/14/16 | Michaels Drive | **107** | 4.12 | ND/<13 |
| 03/21/16 | Michaels Drive | **59.4** | 4.73 | ND/<13 |
| 04/13/16 | Michaels Drive | **146** | 6.69 | ND/<13 |
| 04/12/16 | Michaels Drive | **88** | 5.19 | ND/<13 |
| 9/21/2016 | Michaels Drive | 40.1 | 3.5 | ND/<3.8 |
| 9/21/2016 | Michaels Drive | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 9/21/2016 | Michaels Drive | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 05/02/16 | Michaels Drive | **151** | 7.13 | ND/<13 |
| 04/12/16 | Michaels Drive | **105** | 5.25 | ND/<13 |
| 04/13/16 | Michaels Drive | **22.5** | ND/<3.3 | ND/<13 |
| 11/11/2016 | Monument Ave | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 07/28/16 | Mt Anthony Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/21/16 | Mt Anthony Road | | | |
| 03/02/16 | Murphy Road | **172** | 6.8 | ND/<13 |
| 03/03/16 | Murphy Road | **198** | 9.6 | ND/<13 |
| 03/02/16 | Murphy Road | **146** | 7.28 | ND/<13 |
| 03/03/16 | Murphy Road | **183** | 8.62 | ND/<13 |
| 03/02/16 | Murphy Road | **296** | 11.9 | ND/<13 |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Road | | | |
|---|---|---|---|---|
| 03/02/16 | Murphy Road | 267 | 11.2 | ND/<13 |
| 03/02/16 | Murphy Road | 198 | 7.46 | ND/<13 |
| 03/04/16 | Murphy Road | 215 | 10.1 | ND/<13 |
| 03/02/16 | Murphy Road | 335 | 11.9 | ND/<13 |
| 03/22/16 | Murphy Road | 471 | 22.5 | ND/<13 |
| 03/01/16 | Murphy Road | 535 | 19.8 | ND/<13 |
| 03/02/16 | Murphy Road | 194 | 6.72 | ND/<13 |
| 03/31/16 | Murphy Road | 264 | 9.04 | ND/<13 |
| 03/03/16 | Murphy Road | 10.1 | ND/<3.3 | ND/<13 |
| 03/23/16 | Murphy Road | 11.3 | ND/<3.3 | ND/<13 |
| 09/26/16 | Murphy Road | | | |
| 03/02/16 | Murphy Road | 31.7 | ND/<3.3 | ND/<13 |
| 03/01/16 | Murphy Road | 338 | 9.97 | ND/<13 |
| 03/02/16 | Murphy Road | 438 | 19.5 | **19.7** |
| 03/01/16 | Murphy Road | 181 | 7.44 | ND/<13 |
| 03/02/16 | North Bennington Road | 60.3 | ND/<3.3 | ND/<13 |
| 03/02/16 | North Bennington Road | 74.4 | ND/<3.3 | ND/<13 |
| 03/02/16 | North Bennington Road | 162 | 9.28 | ND/<13 |
| 03/02/16 | North Bennington Road | 314 | 21.6 | ND/<13 |
| 03/03/16 | North Bennington Road | 106 | 4.49 | ND/<13 |
| 03/02/16 | North Bennington Road | 239 | 13.2 | ND/<13 |
| 03/22/16 | North Bennington Road | 346 | 19.2 | ND/<13 |
| 03/02/16 | North Bennington Road | 410 | 19 | ND/<13 |
| 03/02/16 | North Bennington Road | 507 | 21.5 | ND/<13 |
| 03/01/16 | North Bennington Road | 446 | 21.2 | ND/<13 |
| 03/02/16 | North Bennington Road | 564 | 37.2 | ND/<13 |
| 03/02/16 | North Bennington Road | 800 | 31 | ND/<13 |
| 03/01/16 | North Bennington Road | 216 | 7.56 | ND/<13 |
| 03/01/16 | North Bennington Road | 189 | 8.24 | ND/<13 |
| 03/01/16 | North Bennington Road | 408 | 18.4 | ND/<13 |
| 03/01/16 | North Bennington Road | 1060 | 28.4 | ND/<13 |
| 06/01/16 | North Bennington Road | 147 | 7.0 | ND/<13 |
| 03/01/16 | North Bennington Road | 302 | 11.9 | ND/<13 |
| 03/02/16 | North Bennington Road | 13.5 | ND/<3.3 | ND/<13 |
| 03/23/16 | North Bennington Road | 220 | 14.6 | ND/<13 |
| 03/22/16 | North Bennington Road | 280 | 12.9 | ND/<13 |
| 03/01/16 | North Bennington Road | 245 | 12.3 | ND/<13 |
| 03/01/16 | North Bennington Road | 301 | 12.4 | ND/<13 |
| 03/01/16 | North Bennington Road | 348 | 14.7 | ND/<13 |
| 03/01/16 | North Bennington Road | 362 | 16.6 | ND/<13 |
| 03/01/16 | North Bennington Road | 362 | 16.6 | ND/<13 |
| 03/01/16 | North Bennington Road | 142 | 7.8 | ND/<13 |
| 04/19/16 | North Bennington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | North Bennington Road | | | |
| 03/01/16 | North Bennington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/23/16 | North Bennington Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/23/16 | North Bennington Road | 1020 | 30.6 | ND/<13 |
| 07/15/16 | North Bennington Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | North Bennington Road | | | |
| 03/02/16 | North Bennington Road | 932 | 31.4 | ND/<13 |
| 03/01/16 | North Bennington Road | 1070 | 32 | ND/<13 |
| 03/01/16 | North Bennington Road | 644 | 26.6 | ND/<13 |
| 03/01/16 | North Bennington Road | 373 | ND/<3.3 | ND/<13 |
| 03/03/16 | North Bennington Road | 591 | 28.5 | ND/<13 |
| 03/02/16 | Northside Drive | 73 | 4.48 | ND/<13 |
| 03/31/16 | Northside Drive | 8.11 | ND/<3.3 | ND/<13 |
| 09/23/16 | Northside Drive | | | |
| 03/02/16 | Ore Bed Road | 12.2 | ND/<3.3 | ND/<13 |
| 03/23/16 | Ore Bed Road | 8.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Ore Bed Road | | | |
| 03/02/16 | Ore Bed Road | 397 | 15.5 | ND/<13 |
| 03/01/16 | Ore Bed Road | 504 | 17.2 | ND/<13 |
| 03/01/16 | Ore Bed Road | 342 | 11.7 | ND/<13 |
| 03/02/16 | Ore Bed Road | 548 | 21.5 | ND/<13 |
| 03/02/16 | Ore Bed Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Ore Bed Road | | | |
| 03/03/16 | Ore Bed Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Ore Bed Road | | | |
| 03/09/16 | Ore Bed Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Ore Bed Road | | | |
| 03/02/16 | Ore Bed Road | 109 | 4.99 | ND/<13 |
| 06/30/16 | Ore Bed Road | 313 | 13 | ND/<13 |
| 09/29/16 | Outwater Road | 12.5 | ND/<1.0 | ND/<3.8 |
| 07/27/16 | Outwater Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Outwater Road | | | |
| 07/01/16 | Outwater Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/30/16 | Outwater Road | | | |
| 06/07/16 | Overlea Road | 20.6 | ND/<3.3 | ND/<13 |
| 03/08/16 | Overlea Road | ND/<6.7 | ND/<3.3 | ND/<13 |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Location | POFA | PFOS | PFHpA |
|---|---|---|---|---|
| 09/26/16 | Overlea Road | | | |
| 06/30/16 | Overlea Road | 8.78 | ND/<3.3 | ND/<13 |
| 09/26/16 | Overlea Road | | | |
| 05/10/16 | Overlea Road | 19.3 | ND/<3.3 | ND/<13 |
| 09/26/16 | Overlea Road | | | |
| 03/02/16 | Overlea Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Overlea Road | | | |
| 03/06/16 | Overlea Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Overlea Road | | | |
| 05/03/16 | Overlea Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Overlea Road | | | |
| 04/19/16 | Overlea Road | 15.2 | ND/<3.3 | ND/<13 |
| 09/27/16 | Overlea Road | | | |
| 03/01/16 | Park Street | **649** | 25.5 | ND/<13 |
| 04/13/16 | Pippin Knoll Road | **34.2** | ND/<3.3 | ND/<13 |
| 06/07/16 | Pippin Knoll Road | **28.9** | ND/<3.3 | ND/<13 |
| 05/04/16 | Pippin Knoll Road | **70.2** | 3.55 | ND/<13 |
| 04/13/16 | Pippin Knoll Road | **47.8** | ND/<3.3 | ND/<13 |
| 04/12/16 | Pippin Knoll Road | 15.4 | ND/<3.3 | ND/<13 |
| 09/23/16 | Pippin Knoll Road | | | |
| 04/12/16 | Pippin Knoll Road | **77.3** | ND/<3.3 | ND/<13 |
| 04/12/16 | Pippin Knoll Road | **32.5** | ND/<3.3 | ND/<13 |
| 03/04/16 | Red Pine Road | **126** | 4.41 | ND/<13 |
| 04/12/16 | Red Pine Road | **62.5** | ND/<3.3 | ND/<13 |
| 03/31/16 | Red Pine Road | 15.8 | ND/<3.3 | ND/<13 |
| 09/27/16 | Red Pine Road | | | |
| 06/07/16 | Red Pine Road | **62.6** | ND/<3.3 | **131** |
| 05/04/16 | Regwood Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Regwood Drive | | | |
| 06/30/16 | Rice Lane | **160** | 10.7 | ND/<13 |
| 08/30/16 | Rice Lane | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 09/27/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | 14.4 | ND/<3.3 | ND/<13 |
| 03/23/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Rice Lane | | | |
| 06/01/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/02/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/21/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/02/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/02/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/30/16 | Rice Lane | | | |
| 03/02/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/02/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/08/16 | Rice Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Rice Lane | | | |
| 03/31/16 | River Road | **261** | 10.1 | ND/<13 |
| 03/01/16 | River Road | 7.66 | ND/<3.3 | ND/<13 |
| 03/23/16 | River Road | 8.8 | ND/<3.3 | ND/<13 |
| 09/27/16 | River Road | | | |
| 03/23/16 | River Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | River Road | | | |
| 03/01/16 | River Road | **100** | 4.7 | ND/<13 |
| 03/22/16 | River Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/22/16 | River Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | River Road | | | |
| 09/28/16 | River Road | | | |
| 03/02/16 | Riverside Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Riverside Drive | | | |
| 03/02/16 | Riverside Drive | **317** | 13.1 | ND/<13 |
| 03/02/16 | Riverside Drive | **413** | 15 | ND/<13 |
| 03/02/16 | Riverside Drive | **458** | 16.8 | ND/<13 |
| 08/30/16 | Rocky Lane | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 09/29/16 | Rocky Lane | | | |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Street | PFOA | PFOS | PFHpA |
|---|---|---|---|---|
| 05/04/16 | Rocky Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Rocky Lane | | | |
| 08/30/16 | Rocky Lane | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 09/28/16 | Rocky Lane | | | |
| 09/29/16 | Rocky Lane | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 06/08/16 | Rocky Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Rocky Lane | | | |
| 09/29/16 | Rocky Lane | 11.4 | 1.32 J | ND/<3.8 |
| 05/04/16 | Rocky Lane | 8.65 | ND/<3.3 | ND/<13 |
| 09/28/16 | Rocky Lane | | | |
| 07/01/16 | Rocky Lane | **46.6** | 10.2 | ND/<13 |
| 06/01/16 | Rocky Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Rocky Lane | | | |
| 04/13/16 | Rocky Lane | 13.3 | ND/<3.3 | ND/<13 |
| 10/06/16 | Rocky Lane | | | |
| 05/04/16 | Rocky Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Rocky Lane | | | |
| 04/19/16 | Rocky Lane | **29.6** | ND/<3.3 | ND/<13 |
| 05/11/16 | Rollin Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Rollin Road | | | |
| 05/11/16 | Rollin Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Rollin Road | | | |
| 05/11/16 | Rollin Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/30/16 | Rollin Road | | | |
| 03/04/16 | Route 67 East | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Route 67 East | | | |
| 03/03/16 | Route 67 East | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Route 67 East | | | |
| 03/31/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/09/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Route 67 West | | | |
| 03/09/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Route 67 West | | | |
| 04/14/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Route 67 West | | | |
| 03/06/16 | Route 67 West | **67.7** | 8.11 | ND/<13 |
| 03/22/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Route 67 West | | | |
| 06/30/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Route 67 West | | | |
| 03/22/16 | Route 67 West | **40.4** | ND/<3.3 | ND/<13 |
| 03/22/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Route 67 West | | | |
| 04/13/16 | Route 67 West | 14.4 | ND/<3.3 | ND/<13 |
| 09/28/16 | Route 67 West | | | |
| 03/31/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/31/16 | Route 67 West | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Route 67 West | | | |
| 07/28/16 | Route 67 West | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/28/16 | Route 67 West | | | |
| 07/27/16 | Route 7A | 6.89 | ND/<2.8 | ND/<7.9 |
| 09/27/16 | Route 7A | | | |
| 03/31/16 | Route 9 | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/31/16 | Route 9 | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/31/16 | Route 9 | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/01/16 | Royal Street | **1150** | 42.1 | ND/<13 |
| 03/01/16 | Royal Street | **2270** | 50.5 | ND/<13 |
| 03/01/16 | Royal Street | **647** | 22.9 | ND/<13 |
| 04/12/16 | Russett Drive | **64.8** | ND/<3.3 | ND/<13 |
| 04/13/16 | Russett Drive | 10.9 | ND/<3.3 | ND/<13 |
| 10/06/16 | Russett Drive | | | |
| 05/02/16 | Russett Drive | **115** | 5.68 | ND/<13 |
| 04/14/16 | Russett Drive | **102** | 5.42 | ND/<13 |
| 04/12/16 | Russett Drive | **92.1** | 4.9 | ND/<13 |
| 04/19/16 | Russett Drive | **86.4** | 4.73 | ND/<13 |
| 04/13/16 | Russett Drive | **146** | 6.98 | ND/<13 |
| 03/04/16 | Scarey Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 02/15/16 | Scarey Lane | **41** | ND/<3.3 | ND/<13 |
| 03/01/16 | Scarey Lane | **37.9** | ND/<3.3 | ND/<13 |
| 03/02/16 | School Street | ND/<6.7 | ND/<3.3 | ND/<13 |
| 05/31/16 | Settlers Road | **43** | ND/<3.3 | ND/<13 |
| 05/03/16 | Settlers Road | 14.4 | ND/<3.3 | ND/<13 |
| 09/26/16 | Settlers Road | | | |
| 06/08/16 | Settlers Road | **65.8** | 4.65 | ND/<13 |
| 07/01/16 | Settlers Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Settlers Road | | | |
| 06/08/16 | Settlers Road | **23.8** | ND/<3.3 | ND/<13 |
| 07/14/16 | Settlers Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/26/16 | Settlers Road | | | |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Location | | | |
|---|---|---|---|---|
| 03/09/16 | Settlers Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Settlers Road | | | |
| 06/08/16 | Settlers Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Settlers Road | | | |
| 06/07/16 | Settlers Road | **381** | ND/<3.3 | ND/<13 |
| 06/08/16 | Settlers Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Settlers Road | | | |
| 04/20/16 | Silk Road | 17.5 | ND/<3.3 | ND/<13 |
| 03/21/16 | Silk Road | **174** | 7.76 | ND/<13 |
| 03/21/16 | Silk Road | 10.5 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 03/21/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 03/31/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 03/09/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Silk Road | | | |
| 03/08/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 03/21/16 | Silk Road | **179** | 8.72 | ND/<13 |
| 03/03/16 | Silk Road | **170** | 7.2 | ND/<13 |
| 03/03/16 | Silk Road | **223** | 11.4 | ND/<13 |
| 03/03/16 | Silk Road | **293** | 16.2 | ND/<13 |
| 03/03/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 03/03/16 | Silk Road | **71.3** | 3.93 | ND/<13 |
| 03/03/16 | Silk Road | **297** | 14.3 | ND/<13 |
| 03/21/16 | Silk Road | **280** | 15.1 | ND/<13 |
| 07/14/16 | Silk Road | **177** | 9.15 | ND/<7.9 |
| 03/03/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Silk Road | | | |
| 03/03/16 | Silk Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Silk Road | | | |
| 06/30/16 | South Stateline Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | South Stateline Road | | | |
| 05/31/16 | Spring Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Spring Hill Road | | | |
| 06/30/16 | Spring Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Spring Hill Road | | | |
| 06/07/16 | Spring Hill Road | 15.9 | ND/<3.3 | ND/<13 |
| 09/26/16 | Spring Hill Road | | | |
| 06/30/16 | Spring Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Spring Hill Road | | | |
| 06/30/16 | Spring Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Spring Hill Road | | | |
| 05/31/16 | Spring Hill Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/27/16 | Spring Hill Road | | | |
| 05/31/16 | Spring Hill Road | **62.3** | 5.81 | ND/<13 |
| 09/30/16 | Spring Hill Road | | | |
| 07/27/16 | Spur Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | Spur Road | | | |
| 08/16/16 | Spur Road | 3.73 | ND/<1.0 | ND/<3.8 |
| 09/28/16 | Spur Road | | | |
| 08/30/16 | Spur Road | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 09/28/16 | Spur Road | | | |
| 05/03/16 | Squaw Hill Road | **67.9** | ND/<3.3 | ND/<13 |
| 05/02/16 | Squaw Hill Road | **111** | 4.23 | ND/<13 |
| 04/13/16 | Sugar Maple Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Sugar Maple Lane | | | |
| 09/29/16 | Sugar Maple Lane | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 03/01/16 | Susan Taylor Lane | **2090** | 103 | ND/<13 |
| 03/01/16 | Susan Taylor Lane | **120** | 8.24 | ND/<13 |
| 03/01/16 | Susan Taylor Lane | 7.09 | ND/<3.3 | ND/<13 |
| 03/23/16 | Susan Taylor Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Susan Taylor Lane | | | |
| 02/15/16 | Susan Taylor Lane | **422** | 12.2 | ND/<13 |
| 03/01/16 | Susan Taylor Lane | **580** | 23.9 | ND/<13 |
| 04/13/16 | Susan Taylor Lane | **780** | 28.7 | ND/<13 |
| 03/03/16 | Susan Taylor Lane | **322** | 9.38 | ND/<13 |
| 07/15/16 | Townline Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/26/16 | Townline Road | | | |
| 06/01/16 | Townline Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Townline Road | | | |
| 07/15/16 | Townline Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/26/16 | Townline Road | | | |
| 06/07/16 | Townline Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Townline Road | | | |
| 07/01/16 | Townline Road | 24.8 | ND/<3.3 | ND/<13 |
| 06/30/16 | Townline Road | ND/<6.7 | ND/<3.3 | ND/<13 |

# North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Road | | | |
|---|---|---|---|---|
| 09/28/16 | Townline Road | | | |
| 06/30/16 | Townline Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Townline Road | | | |
| 05/11/16 | Townline Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Townline Road | | | |
| 07/27/16 | Townline Road West | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 09/26/16 | Townline Road West | | | |
| 06/07/16 | Transport Drive | **69.3** | 3.48 | ND/<13 |
| 06/01/16 | Vail Road | 16.6 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/01/16 | Vail Road | **50.8** | ND/<3.3 | ND/<13 |
| 03/03/16 | Vail Road | **44.8** | ND/<3.3 | ND/<13 |
| 03/09/16 | Vail Road | **25.1** | ND/<3.3 | ND/<13 |
| 04/19/16 | Vail Road | **489** | 19.1 | ND/<13 |
| 03/04/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/23/16 | Vail Road | | | |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/23/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Vail Road | | | |
| 05/04/16 | Vail Road | 13.8 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/21/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Vail Road | | | |
| 03/21/16 | Vail Road | **31.4** | ND/<3.3 | ND/<13 |
| 04/12/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/23/16 | Vail Road | 14.3 | ND/<3.3 | ND/<13 |
| 04/12/16 | Vail Road | 19 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/03/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/01/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/01/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Vail Road | | | |
| 03/03/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/21/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Vail Road | | | |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/21/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/23/16 | Vail Road | | | |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/08/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/03/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 03/08/16 | Vail Road | **150** | 4.24 | ND/<13 |
| 04/19/16 | Vail Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | Vail Road | | | |
| 05/03/16 | Village Lane | 9.35 | ND/<3.3 | ND/<13 |
| 09/26/16 | Village Lane | | | |
| 05/04/16 | Village Lane | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Village Lane | | | |
| 04/12/16 | Walloomsac Road | 8.71 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |
| 05/04/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |
| 05/10/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |
| 05/11/16 | Walloomsac Road | **31.7** | ND/<3.3 | ND/<13 |
| 05/10/16 | Walloomsac Road | **55.1** | ND/<3.3 | ND/<13 |
| 05/03/16 | Walloomsac Road | 13.9 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |
| 04/12/16 | Walloomsac Road | **50.9** | 5.06 | ND/<13 |
| 05/02/16 | Walloomsac Road | **41.3** | ND/<3.3 | ND/<13 |
| 04/12/16 | Walloomsac Road | **21.1** | ND/<3.3 | ND/<13 |
| 05/02/16 | Walloomsac Road | 18.4 | ND/<3.3 | ND/<13 |
| 09/23/16 | Walloomsac Road | | | |
| 05/02/16 | Walloomsac Road | **54.1** | 4.03 | ND/<13 |
| 05/10/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |
| 05/10/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Walloomsac Road | | | |

## North Bennington and Bennington Private Well Testing Results
## (POFA, PFOS, PFHpA)

| Date | Location | | | |
|---|---|---|---|---|
| 06/07/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 05/10/16 | Walloomsac Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 12/7/2016 | Walloomsac Road | 3.28 J | ND/<1.0 | ND/<2.2 |
| 07/27/16 | Walts Way | 19.4 | ND/<2.8 | ND/<7.9 |
| 09/29/16 | Walts Way | | | |
| 04/19/16 | West Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | West Road | | | |
| 04/19/16 | West Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | West Road | | | |
| 06/08/16 | West Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/21/16 | West Road | | | |
| 06/08/16 | West Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/09/16 | Westwood Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/21/16 | Westwood Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/26/16 | Westwood Drive | | | |
| 03/31/16 | Westwood Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Westwood Drive | | | |
| 05/02/16 | Whipstock Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Whipstock Road | | | |
| 04/12/16 | Whipstock Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | Whipstock Road | | | |
| 04/12/16 | Whipstock Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 05/11/16 | White Creek Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | White Creek Road | | | |
| 04/20/16 | White Oak Drive | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/22/16 | White Oak Drive | | | |
| 03/01/16 | Wilkie Way | ND/<6.7 | ND/<3.3 | ND/<13 |
| 03/23/16 | Wilkie Way | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Wilkie Way | | | |
| 05/10/16 | Willow Road | 75.9 | 7.78 | ND/<13 |
| 05/10/16 | Willow Road | 76.4 | 4.64 | ND/<13 |
| 05/11/16 | Willow Road | 79.3 | 5.96 | ND/<13 |
| 04/13/16 | Willow Road | 25.1 | ND/<3.3 | ND/<13 |
| 07/27/16 | Willow Road | 39.9 | 3.54 | ND/<7.9 |
| 11/11/2016 | Willow Road | ND/<2.3 | ND/<1.0 | ND/<3.8 |
| 05/03/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Willow Road | | | |
| 04/13/16 | Willow Road | 108 | 4.96 | ND/<13 |
| 05/10/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Willow Road | | | |
| 04/13/16 | Willow Road | 28.4 | ND/<3.3 | ND/<13 |
| 04/13/16 | Willow Road | 85.9 | 5.41 | ND/<13 |
| 06/01/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Willow Road | | | |
| 05/03/16 | Willow Road | 7.01 | ND/<3.3 | ND/<13 |
| 09/28/16 | Willow Road | | | |
| 05/03/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/28/16 | Willow Road | | | |
| 05/04/16 | Willow Road | 89.2 | 7.8 | ND/<13 |
| 05/03/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Willow Road | | | |
| 04/19/16 | Willow Road | 77.5 | 6.73 | ND/<13 |
| 04/19/16 | Willow Road | 31.5 | ND/<3.3 | ND/<13 |
| 04/19/16 | Willow Road | 56 | ND/<3.3 | ND/<13 |
| 07/28/16 | Willow Road | ND/<4.4 | ND/<2.8 | ND/<7.9 |
| 10/06/16 | Willow Road | | | |
| 04/19/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Willow Road | | | |
| 04/14/16 | Willow Road | ND/<6.7 | ND/<3.3 | ND/<13 |
| 09/29/16 | Willow Road | | | |

| | Summary of Sampling Results | | | |
|---|---|---|---|---|
| | | PFOA | PFHpA | PFOS |
| | Total Wells with Detections | 352 | 201 | 8 |
| | Total Wells Non-detect | 203 | 354 | 547 |
| | Total Wells <20ppt | 82 | 176 | 7 |
| | Total Wells >20ppt | 270 | 25 | 1 |
| | TOTAL WELLS SAMPLED | 555 | 555 | 555 |

Note: Total count does not include mutliple samples of the same same well or data from sampled town water supplies.