Perfluorooctanoic Acid (PFOA)
Contamination in Groundwater in
North Bennington, Vermont.

*Prepared for:*

*Langrock, Sperry & Wool, LLP*
*PO Drawer 351*
*Middleburry, Vermont 05753-0351*

*Prepared by:*

IES, Inc.
104 Eton Lane
Manlius, New York 13104

1 September 2017

**Siegel Exhibit 001**

**Table of Contents**

Statement of Qualifications                                                    SOQ-1

Chapter 1:     Summary of Opinions                                            1-1

Chapter 2:     PFOA Contamination in the North Bennington Area                2-1

            2.1  Location of Contamination

            2.2  Hydrogeologic Setting of North Bennington

            2.3   Relationship between the PFOA Plume and Ground Water Setting

Chapter 3:     Air Modeling of PFOA Dispersion                                3-1

Chapter 4:     The Bennington Landfill and PFOA Contamination                 4-1

Chapter 5:     Other Potential Sources for PFOA in North Bennington Groundwater 5-1

Chapter 6:     Persistence of PFOA in Groundwater                             6-1

References Cited

Figures

            Figure 1 – Site Location Map

            Figure 2 – PFOA Plume in North Bennington

            Figure 3 – Geologic Map of North Bennington

            Figure 4 – Surficial Geology of North Bennington

            Figure 5 – North Bennington Static Water Level

            Figure 6 – Domestic Water Well Depth vs. Yield

            Figure 7 – PFOA Plume in North Bennington

*Figure 8 – PFOA in Soils East of Water Street Plant*

**Appendices**

       **Appendix A – Author's Curriculum Vitae**

       **Appendix B – Documents Reviewed**

**Summary of Qualifications**

My name is Donald I. Siegel.  I am an expert in the field of hydrogeology and have been retained by the Plaintiffs in this case to analyze and provide opinions regarding Perfluorooctanoic Acid (PFOA) contamination of groundwater in North Bennington, Vermont.


I am a partner at Independent Environmental Scientists, Inc., of Manlius, New York, and also serve as Professor of Earth Sciences at Syracuse University. I earned a BS in Geology from the University of Rhode Island, an MS in Geology from Pennsylvania State University, and a PhD in Hydrogeology from the University of Minnesota. After my studies for my PhD degree, I was employed by the United States Geological Survey as a hydrologist and geochemist, after which I joined Syracuse University. There, I have taught courses at the graduate level in hydrogeology, groundwater modeling, aqueous geochemistry and contaminant hydrogeology.   A copy of my C.V. is attached as Appendix "A".

Beyond my service to Syracuse University, I have served as Chairman of the Hydrogeological Division of the Geological Society of America (GSA), which awarded me the following professional honors related to my expertise in hydrogeology and water chemistry: the Birdsall-Dreiss Distinguished Lectureship (1992-1993); GSA Distinguished Service Award (2001); and the O.E. Meinzer Award in Hydrogeology (2005).

I have also served on many National Research Council Committees (as part of the National Academy of Sciences and Engineering), and have Chaired its Water Science and Technology Board.  I have served as Associate Editor of the following publications: Water Resources Research, Wetlands, Ground Water, Geology, The Hydrogeology Journal, Hydrologic Processes, and edited books for the publishing

arm of the Geological Society of America. I have published over 160 peer-reviewed research papers and books, on topics spanning the breadth of the hydrogeologic sciences, from contaminant geochemistry to wetland hydrology.

I have also been retained by governmental bodies, industry, insurance companies, and private citizens to provide my scientific expertise on a broad range of hydrogeologic issues, including contamination from solvents, hydrocarbon spills, and salt; landfill siting and contaminant characterization; water supply issues; fugitive gas and vapor intrusion problems; and wetland issues.  I have been asked to testify to the U.S. Congress on wetland issues and, most recently, on hydraulic fracturing of rocks to obtain hydrocarbons.

My record of court testimony from 2012 to 2017

1.  Deposition: Multiple Parties Versus Anchutz, Big Flats, New York, Federal Court, State of New York, 2014.

2.  Trial testimony: State of New York, County of Cayuga, Supreme Court, Doris Baity, et. al. Plaintiffs versus General Electric, Auburn NY, April-May 2012

I reserve the right to modify this report and the professional opinions contained herein upon review of additional or supplemental information or data.

My fees are $300/hr for provided expertise in evaluating the source of PFOA in the North Bennington area, the subsurface hydrogeology and PFOA transport.

Donald Siegel, Ph.D.
Professor of Hydrogeology

**1.0**          **Summary of Opinions**

To a reasonable degree of scientific certainty, I conclude from review of the historic record and analysis of the sampling for PFOA in soils, sediments and groundwater that:

1.  The zone of PFOA contamination designated by the State of Vermont reasonably represents the area where groundwater has been contaminated with PFOA from the operations of the former Chemfab facilities on Water Street in North Bennington, and Northside Drive in Bennington ("Saint-Gobain").

2.  The air modeling of PFOA transport by Gary Yoder, of TRM (2017), is consistent with and supports the conclusion that PFOA from the Saint-Gobain facilities was distributed through the air to contaminate groundwater and water wells throughout the North Bennington area.

3.  It is unlikely that the former Bennington Landfill is the source of PFOA in domestic wells near the landfill.

4.  There are no other potential sources identified, other than Saint-Gobain, that credibly account for the patterns and levels of PFOA contamination throughout the zone of contamination.

5.  It is likely that groundwater located in areas of Bennington/North Bennington where there are no water wells to sample is also contaminated with PFOA.

6.  PFOA likely will contaminate domestic wells in the zone of contamination which have not yet been contaminated.

7.  The contamination of groundwater by PFOA will persist at least for decades to more than a century.

**2.0      PFOA Contamination in North Bennington Area**

2.1      Location of Contamination

North Bennington is located in the north-south trending Central Vermont Valley near the southwest corner of the state (Figure 1).  The undulating valley floor occurs at an elevation of about 600 – 800-feet above mean sea level, and the Green Mountains rise to an elevation of 3,000-feet to the east and the Taconic Highlands to an elevation of 2,000-feet to the west.

Beginning in March of 2016, the Vermont Department of Environmental Conservation (VT-DEC) identified an area of PFOA contamination from analyses of groundwater, surface water and sediment.  The PFOA contaminated groundwater is located in an area where Saint-Gobain operated two industrial coating facilities, which used PFOA in manufacturing operations.  One facility was located on Water Street in North Bennington, and the other on Northside Drive in Bennington. During operations, Saint-Gobain released PFOA to the atmosphere through industrial process emission stacks located at the two plants. The PFOA was used by Saint-Gobain in coating processes and released to the atmosphere when heated. The Northside plant closed in 1978, when operations were moved to the Water Street plant, which subsequently closed in 2001.

It has been suggested (Barr 2017) that another potential source of PFOA may be the Bennington Landfill Site.  The Bennington Landfill is a United States Environmental Protection Agency (USEPA) National Priority Listed Superfund site located on the east side of the valley.  Saint-Gobain reported disposing PFOA-contaminated waste into the landfill (USEPA, 1997).

The VT-DEC prepared a map defining the zone of contaminated groundwater (herein called a "plume") (Figure 2.). PFOA concentrations in groundwater are highest (over 1,000 parts per trillion (ppt)) near the Water Street plant, and decrease away in all directions to below 20 ppt. In particular, the plume extends eastward from the Water Street plant in a broad zone far to the east, crossing the Bennington Landfill and extending north and south in the Walloomsac River Valley.  The testing methodologies and laboratory analyses required to be used by the VT-DEC are generally accepted in the scientific and regulatory communities.

2.2        Hydrogeologic Setting of North Bennington.

North Bennington is located in the Walloomsac River watershed.  The watershed begins high in the Green Mountains, flows to the west and joins the Hoosick River just across the New York border.  Folded and faulted Cambrian and Ordovician age limestone and dolomites underlie most of the Central Valley (Kim, 2017). The Walloomsac River and its tributaries trend along faults that developed during Taconic and Acadian mountain building events that formed the Taconic Highlands and Green Mountains (Figure 3). The full extent to which the bedrock has been fractured by tectonic events and glacial unloading remains unknown.

Silty soils formed from glacial deposits cover most of the North Bennington area (Figure 4). The shape of the underlying bedrock surface and glacial deposits control the topography of the Valley (Stewart and MacLintock, 1969).  Glacial silt, sand, and clay 10 to 20 feet thick mantles the bedrock throughout the area (DeSimone, D. J., 2017). Glacial till has variable water infiltration and permeability characteristics, whereas sandy and gravel deposits on the north side of the Wallomsac River have high water infiltration and permeability characteristics.

Two aquifers lie under North Bennington: 1) a shallow permeable sand and gravel aquifer about 30 to 100-feet thick located on top of bedrock, and 2) a fractured bedrock aquifer from 100 to 400 feet beneath the land surface (Jerris, R.M., and DeSimone, D.J., 1992). The vast majority of domestic water wells draw water from the fractured bedrock aquifer. The bedrock aquifer is replenished (recharged) from precipitation infiltrating the overlying soil and shallow aquifer, and exposed bedrock at the land surface.

Shallow groundwater flow is driven by changes in elevation of the zone of saturation, called the "water table". Groundwater moves from high to low elevations, measured from the height of standing water (called "hydraulic head) in wells that intersect the water table. No water table map has been prepared for the North Bennington area. Bedrock groundwater flow is driven by changes in pressure within the fracture system – flow moves from areas of high pressure to areas of lower pressure. Kim and Dowey (2017) produced a map of static water levels (Figure 5) that can be used broadly to define bedrock groundwater flow horizontally. Static water levels in deep, open-holed bedrock wells reflect the *net effect* of water entering and leaving fractures penetrated by wells (Reilly and others, 1989). The broad trend of static groundwater elevations shows that bedrock groundwater moves east to west along the larger drainages of the Wallomsac River towards the Saint-Gobain Water Street plant and then past it.

Faulting and folding, and partial metamorphism (a geologic term for "pressure cooking"), of the rocks underlying North Bennington profoundly complicates the hydrogeologic system. Groundwater in rugged topographic settings such as North Bennington usually moves in "nested" flow systems, wherein shallow groundwater recharged on hills flows and discharges to immediately adjacent small streams and other surface water bodies. These small groundwater flow systems lie over deeper

2 - 3

intermediate scale, or regional scale, systems that can bypass the smallest streams to discharge at larger ones much further down the hydraulic gradient.

That groundwater flow systems are "nested" at different scales, with hilly regions having aquifers with low permeability, has been well known and documented by the hydrogeologic community for over 50 years (e.g. Freeze and Cherry, 1979; Winter and others, 1988; Siegel and others, 2015).  Artesian wells in North Bennington, with water flowing naturally above the land surface, speak to where local fractures may intersect deep flow systems. But there is insufficient information on how groundwater moves vertically to determine to any detail how groundwater flow systems operate in North Bennington.

The fracture network in North Bennington does not connect sufficiently to mimic what is known as an "equivalent porous media" (e.g. Anderson and others, 2015). For example, a figure of well yield versus well depth (Jerris and DeSimone, 1992) (Figure 6), shows that wells can produce water from negligible amounts to tens of gallons per minute independent of depth. Well production is a function of local conditions depending on whether permeable surficial materials or sets of connected bedrock fractures intersect the well bore.  Local clusters of fractures operate largely independent of the whole in many fractured rock settings (e.g. Berkowitz, 2002, and references therein).  Some wells can be drilled hundreds of feet deep without sufficient yield of water, and others will yield tens of gallons per minute at 100-feet. Any evaluation of the hydrodynamics of groundwater flow in the North Bennington area, and of contaminant transport, must be analyzed in the context of this uncertainty.

2.3      Relationship between the PFOA Plume and Groundwater Setting.

The pattern of PFOA groundwater contamination identified by the VT-DEC is consistent with atmospheric deposition of PFOA contamination from air emissions from the Saint-Gobain plants.  This pattern is uniquely different from other potential sources such as contamination entering the aquifer from subsurface or surface spills at Water Street or Northside Drive.

The PFOA groundwater plume from the Water Street plant extends in all directions, but farthest to the east.  The plume crosses small watershed divides; this could not happen were contamination from surface or shallow spills.  Moreover, if the contamination had resulted from surface discharge at the Water Street plant, the PFOA plume would have moved predominantly to the west in the direction of groundwater and surface water flow rather than dominantly to the east in the direction of winds.  Existing PFOA contamination west of the Water Street plant now partly relates to subsurface westerly groundwater flow and from atmospheric deposition west of the plant.  The most contaminated water near the Water Street plant likely will continue to move westward, to contaminate groundwater yet not affected by PFOA.

Some domestic water wells located within the groundwater plume have tested at non-detect or less than 20 ppt concentrations of PFOA.  Groundwater in water wells in this area derive from multiple fractures, and from heterogeneous sandy deposits which can change their yield of water to well bores seasonally and with pumping.  Some fractures and other heterogeneities may have water more laden with PFOA than others. Because of this natural variability of the aquifer systems, multiple sampling events at individual wells have shown a two-fold and more variability in PFOA concentrations (Presentation of Dr. Timothy Shroeder, April 27, 2017, https://vimeo.com/215660364, starting at 49 minutes). Therefore, within the broad

plume area, wells measuring PFOA less than 20ppt may well have greater PFOA contamination at some later time.

In conclusion, the zone of PFOA contamination designated by the State of Vermont reasonably represents the area where groundwater has been contaminated with PFOA by the operations of the former Saint Gobain facilities on Water Street and Northside Drive.  Water wells located within the groundwater plume where PFOA was measured below 20 ppt may have much greater concentrations when tested in the future.  Areas within the groundwater plume that were not tested because of the absence of domestic water wells are likely contaminated with PFOA, as well.

**3.0       Air Modeling of PFOA Dispersion**

It is well known that wind transports any contaminants released by "smoke" stacks from power plants, incinerators, and other industrial facilities, and such contamination is deposited on the land surface in the downwind directions. The PFOA groundwater contamination plume in North Bennington in this case mimics the atmospheric distribution of PFOA from the Saint-Gobain plants.  This distribution is typical of contamination produced from other contaminant point sources to the atmosphere. For example, Fioletev and others (2011, 2017, in review) document the shapes of broad sulfur dioxide plumes from coal-fired power plants in Midwestern United States. It now is common knowledge that such emissions in the past led to widespread acidification of both surface and groundwater, extending from the northeastern United States to northern Minnesota (https://en.wikipedia.org/wiki/Acid_rain). Shin and others (2012; 2011) well documented the same for atmospheric deposition for PFOA.

PFOA deposition modeling by Gary Yoder (TRM, 2017) shows a plume of deposition consistent with these kinds of point source atmospheric emissions.  Hydrogeologists rely on such models to determine atmospheric sources of contamination, and patterns of contamination. In the case of North Bennington, the pattern and distribution of PFOA-contaminated groundwater agrees, not only with the results of the Yoder AERMOD model, but also with the AERMOD models prepared by Barr (2017) and the VT-DEC (2017).

In summary, Yoder's air modeling efforts demonstrate that PFOA from Saint-Gobain dispersed and contaminated soils throughout the North Bennington area, which, in turn, contaminated groundwater.

**4.0      The Bennington Landfill and PFOA Contamination**

The former Bennington Landfill operated from 1969 – 1987, during which time it received municipal, commercial and industrial waste from the greater Bennington area.  As part of landfill regulatory closure, site characterization identified arsenic, barium, manganese, volatile organic compounds (VOCs) and polychlorinated biphenyls (PCBs) in groundwater samples, and the landfill entered into the USEPA Superfund program in March of 1989 as Site No. VTD981064223.

Because of topographic high areas located west of the landfill, the Bennington Landfill is located in a separate watershed from PFOA contaminated domestic wells located to the southwest of the landfill (TRC Companies, 1997; McLaren/Hart, 1997; 1999).  Differences in water levels in monitoring wells, in both the bedrock and the shallow sand and gravel aquifer under the landfill, confirm that both surface water and groundwater beneath and around the landfill flow to the east and southeast, not to the west or southwest. Moreover, except to the northwest, partly dry and low permeability glacial till, glaciolacustrine sediments, and saprolite (Dames and Moore, 1998) "perch" the shallow water table in the shallow sand and gravel aquifer under the landfill, and confine and isolate it from the underlying bedrock.

In 1999, the USEPA determined that the landfill closure remedy was complete and, because of the foregoing hydraulic features, both shallow and bedrock groundwater posed no risk for off-site contamination (USEPA, 2017).

PFOA was later detected in the landfill's shallow aquifer monitoring wells B-8-1 (18 ug/L); B-15 (36 ug/L); B-1-1 (21 ug/L); B-1-2 (140 ug/L) and B-7-1 (51 ug/L).  These PFOA concentrations are similar to those observed in domestic water wells both upgradient and downgradient of the landfill (Figure 6), consistent with

concentrations derived from the same atmospheric source. The PFOA concentration in well B-7-1, about 100-feet west of a former liquids disposal pit identified as a source of contamination (McLaren/Hart 1999), had the lowest PFOA measurement of any of the landfill monitoring wells. Were groundwater moving from the pit location to the west, this monitoring well would have tested far higher for PFOA. As elsewhere in the zone of contamination, PFOA in monitoring wells close to the landfill likely derives from atmospheric deposition from Saint-Gobain.

The Bennington Landfill is not a plausible source of PFOA contamination of the domestic water wells located near it.  Rather, atmospheric deposition of PFOA by Saint-Gobain is the source of PFOA now contaminating domestic water wells, including those on the eastern end of the zone of contamination nearest the landfill.

**5.0        Other Potential Sources of PFOA in North Bennington Groundwater**

No evidence of other plausible sources of PFOA has been presented by Saint-Gobain that would account for the patterns and the concentrations of PFOA in groundwater throughout the zone of PFOA contamination in the North Bennington area.  Barr (2017) suggested, without evidence, that local industries may have used PFOA, and deposited industrial waste laden with PFOA into the Bennington Landfill.  However, the only evidence we have seen of PFOA disposal in the landfill is disposal of "Teflon sludge" and waste dispersions by the Chemfab/Saint-Gobain plant. Barr has also suggested that sludge from the Bennington Wastewater Treatment Plant could be a source for PFOA contamination.  However, there is as yet no evidence for widespread disposal of such sludge. In any event, even if such sludge disposal occurred, Saint-Gobain is the only industry known to have discharged wastewater likely to contain PFOA to the wastewater treatment plant.

PFOA identified in monitoring wells around the landfill are consistent with the range of concentrations for other PFOA contaminated water wells in this area of the valley. If the landfill were a source of PFOA to groundwater, there would be a distinctive pattern of water wells with higher concentrations of PFOA closer to the landfill. Such a pattern does not exist.

In conclusion, I find no other credible, potential sources that would account for the patterns and concentrations of PFOA throughout the zone of contamination in the North Bennington area, but for Saint-Gobain.

**6.0        Persistence of PFOA in Groundwater**

6.1        Transport Processes

PFOA is a chemical that persists in the environment.  The large chemical energy between fluorine atoms and the carbon core of PFOA makes the chemical almost impossible to degrade or break down naturally (e.g. Prevedouros and others, 2006; Cheng and others, 2008). Therefore, PFOA moves ("advects") with the water within which it is dissolved. Rain containing PFOA falling on soils funnels the PFOA containing water into preferential soil flow paths to the water table below (e.g. Nimmo, 2012; McDonnell and others, 2007).   In the way, some PFOA weakly sticks ("sorbs") onto natural organic matter in the soil.  The sorption capacity of PFOA is far less than pesticides and many other organic contaminants, which means PFOA travels quickly to the water table.

PFOA will "sorb" to soils with sufficient organic concentrations.  The upper 2-feet of soil near the Saint-Gobain Water Street plant contains an average of 2-percent organic material, which sorbed PFOA that was deposited from the atmosphere.  C.T. Male (2017) sampled the upper 2-feet of soil and defined a PFOA soil plume trending west to east away from the Saint-Gobain plant (Figure 7), consistent with what would be expected from PFOA stack release at the Saint-Gobain Water Street plant. But soils in the North Bennington area are thicker than two feet thick (VGS, 2010), and Male (2017) did not determine concentrations of PFOA in soils deeper than 2-feet.  So an un-sampled pool of PFOA sorbing to soil may still remain above the water table.  For example, Weber and others (2017) found PFOA tens of feet deep in a similar sandy hydrogeological environment.

6.2        Heuristic Modeling of PFOA Transport.

Hydrogeologists commonly use mathematical models, or mathematical conceptualizations, to characterize and forecast fate and transport of water and contamination in the subsurface.

Instead of using a complex mathematical model for PFOA transport through soils at North Bennington, for which we have minimal local data of all kinds to constrain, I used a scientifically accepted one-dimensional steady state screening approach (Rao and others, 1985, cited e.g. by Alley, 1993; Bevin and Germain, 2013); to estimate how long it would take PFOA deposited on the land surface to reach the water table. The National Academy of Science (NAS, 1984) highlighted this model as a suitable screening tool to characterize the movement of pesticides and other contaminants through soil given the uncertainty of how contaminants move through the unsaturated zone.

The approach I used (Rao and others, 1985) incorporates many of the same parameters applied to complex deterministic models for organic contamination (e.g. sorption, degradation, material properties and organic content of soils), but weights and averages them through unsaturated soils, rather than partitioning soils into horizons for which little direct information is known.

I modeled PFOA transport for the area of the most contaminated zone east of the Water Street plant, underlain by fractured bedrock, where measured PFOA concentrations range from 1,000 to 4,000 ppt. I assumed the water table was about 35-feet deep, in the absence of direct information, and arrived at maximum travel time of PFOA to the underlying water table of about 10 years.  Barr (2017) also determined, by using a more complicated model for PFOA transport through soils, that PFOA would reach the water table everywhere it deposited on the landscape.

This timing is most sensitive to values assumed for the parameters governing sorption ("sticking") of PFOA to organic matter, and the assumed depth of the water table. If the water table is closer to the land surface, contamination will reach the water table faster.

I used the chemical factor governing how much PFOA sorbs to the soils (the distribution coefficient, Kd) from a study published by Milinovic and others, (2015) which determined Kd directly in experiments on silty loam soil, very similar to soil found in North Bennington.  As previously discussed, PFOA does not sorb much to soils and moves essentially "conservatively" in water.

My estimation using the Rao and others approach leads to the conclusion that the PFOA transported atmospherically to the land surface in North Bennington would have reached the water table long before it was measured in 2017, and most likely within 10 years after initially being deposited on the landscape except where the water table is more than 35 feet deep. There, PFOA deposited would have taken longer to arrive to the water table and it also will take longer to flush out after.

6.3     Concentrations of PFOA in Groundwater Compared to Modeled Deposition.

After I calculated the approximate time required for PFOA to reach the water table, about 6 years in this example, I used solutions for the differential equations governing mixing of waters (Boyce and DiPrima, 1973, cited in Harte, 1988) to determine if the range of deposition rates estimated by Yoder (2017) would be sufficient to explain the PFOA concentrations observed in 2016.

For mixing of PFOA laden recharge with aquifer water for 24 years:

$Mass_{PFOA}$ (t) = $(Mass_{PFOA}$-initial)/(Vol. rech /Vol-gw) +( $Mass_{PFOA}$-initial)/(Vol. Rech )x e$^{-(Vol\ Rech./Vol-gw)x\ t)}$

> Where:

> Mass of PFOA in the aquifer at a given time prior to dilution with clean water

> "t" the time for PFOA reached the water table until dilution began, 24 years.

> Vol-gw is the volume of water in the aquifer

> Vol-rech is the volume of either contaminated recharge per year

For mixing of clean water with contaminated aquifer water after dilution began:

> $Mass_{PFOA}$ (t) = $(Mass_{PFOA}$-gw x e$^{-(Vol\ Rech./Vol-gw)x\ t)}$

Where:

> $Mass_{PFOA}$-gw is the mass of PFOA in the aquifer immediately prior to dilution

The Water Street plant closed near the end of 2001, but it would have taken another 6 years for clean water to displace the PFOA-laden water in the soil zone before clean recharge could reach the aquifer again in this example scenario.

I assumed the fractured rock aquifer was 300 feet thick (91.4 meters) and that it had a porosity of 0.03, three percent to calculate the volume of water in a column of the aquifer with an area of one meter square.

Using this simple model, and applying deposition of 3 mg/M2/yr derived from Yoder (2017) maps of deposition at different rates, I arrive at a concentration of about 1,000 ng/L in groundwater due east of the Water Street plant in 2016, consistent with observed range of 1,000 to 2,500 ng/l in groundwater. Although I ran the model initially for emission rates of 1,000 and 10,000 pounds per year, I found that the emission rate for this amount in groundwater would be 1,000 pounds of PFOA/year agrees with what was observed in aquifer water. If the aquifer were thinner, there would be less water in it and concentrations would be higher. If thicker, concentrations would be lower. If the porosity were twice as high as what I assumed

(3%), the concentration would be halved. If porosity were larger concentrations would be less. If more PFOA were delivered to the land surface, the concentrations would be higher.

But fundamentally, the predicted results were very similar to those observed, and changing parameters within plausible amounts would arrive to the same conclusion. My calculations agree with the prior conclusion based on atmospheric air modeling by Yoder (2017) -- Saint-Gobain's air emissions on the order of 1,000 pounds/year or more constituted the source of PFOA in North Bennington groundwater.   The response of PFOA in groundwater to the atmospheric deposition elsewhere in the contaminated zone is the same.  I ran the model for an area around the Bennington Landfill and found that being farther away from the Saint-Gobain plant, PFOA deposition rates were less, but aquifer PFOA depletion rates were similar.  My calculations predicted groundwater concentrations of about 24 ng/L if 1,000 pounds of PFOA were released by Saint-Gobain on an annual basis.  The average concentration of PFOA in domestic water wells on the roads that surround Bennington Landfill (Houghton Lane, Squaw Hill Road, Rock Lane, and Autumn Acres Road) is 36.39 ng/L.

6.4       Future Natural Attenuation of PFOA in Groundwater by Dilution and Flushing.

PFOA persists in the environment and groundwater essentially forever.  Because of the length of time this will likely take, PFOA contamination of groundwater by Saint-Gobain has for all practical purposes removed groundwater as a drinking water source where impacted except for at the very margins of the affected area.  It will take up to a century before all of the aquifer has concentrations of PFOA less than 20 ppt.  However, because no additional PFOA is being added to the soils by air deposition from the Saint-Gobain facility, dilution through groundwater recharge

and groundwater flow will eventually reduce the concentrations of PFOA in the groundwater in North Bennington.

Simple dilution of groundwater after the plant closed follows an exponential function, and based on this approach, it would take decades up to a century for groundwater with over 1,000 ng/L to dilute to below 20 ng/L, and decades for sufficient dilution to occur near the periphery of the contaminated zone.

However, not all dilution of the aquifer comes from recharge above.  Cleaner groundwater moves towards the Walloomsac River from the periphery of the contaminated zone *towards* the source of PFOA on Water Street. Ultimately, the aquifer will flush itself of PFOA since PFOA behaves non-reactively and travels with the ground water.

There literally are no data on how fast groundwater moves in North Bennington, since suitable engineering tests (e.g. pumping tests) to determine the appropriate properties of the aquifer from which groundwater velocities in fractured rocks can be estimated have not been done (e.g. Novakowski and others, 2009).

However, at the watershed scale, we can use a broad mass balance approach to address both horizontal displacement of the plume as well as dilution from above. The concept is simple, and yet powerful as a tool to determine how long it would take the entire contaminated aquifer to be naturally cleaned up.

Hydrologists use a term called base flow to explain the release of groundwater to surface water bodies, such as streams and rivers.  Base flow reflects groundwater discharging to the Walloomsac River.  Base flow is equal to the amount of recharge infiltrating into the aquifer every year, which in this case is about 160 ft3/s.  The area of the contaminated plume (about 11.8 square miles) is about 10% of the watershed

of the river upstream of the USGS gage due west of the Water Street plant. Most of the water entering the river does not pass through and cannot dilute the contaminated zone.

A PFOA concentration of 9 ng/L was measured in the river near the USGS gage on March 10, 2016 when the river flowed at about 430 ft3/s, diluting base flow by about 2 and a half times.  Taking this dilution into account, the concentration of PFOA in base flow being delivered to the river at the USGS gage would be about 27 ng/L. Multiplying this amount by annual base flow discharge arrives to annual loss of about 3,500 grams of PFOA by groundwater discharge per year.

I then estimated the total mass of PFOA in groundwater by multiplying the areas of contamination defined by concentration ranges shown on the VT-DEC Area of Interest map by an assumed aquifer thickness of 300 feet and an active porosity of 0.05 percent, between that of fine sand and fractured rock. The total mass of PFOA in the groundwater would be about 500,000 grams.

Dividing this total amount in the aquifer by the annual loss of 3,500 grams arrives to about 140 years for all the PFOA to be removed from the groundwater, neglecting desorption of any remaining in the soils at a later time which would continue to bleed out some PFOA into the groundwater.

Of course, over time as more PFOA from the "heart" of the plume is lost, base flow concentrations will become lower as PFOA mass from the aquifer naturally is removed. So, the time until less than 20 ng/L is achieved in groundwater everywhere in the aquifer groundwater will be shorter.

But, my calculation generally agrees within an order of magnitude with what I calculated from a simple vertical dilution and both serve the purpose of

understanding whether PFOA will naturally be removed in a generation or more. It won't.

References Cited

References Cited

Alley, W.M. ed., 1993. *Regional ground-water quality*. John Wiley & Sons.

Anderson, M., W. Woessner, and R. Hunt. 2015. Applied Groundwater Modeling, 2nd Edition: Simulation of Flow and Advective Transport. *Academic Press*, 630 p.

Barr Engineering, 2017, Conceptual Modeling of PFOA Fate and Transport: North Bennington, Vermont, Prepared for Saint-Gobain Performance Plastics.

Begin, Louis, Fortin, J., Caron, J., 2003. Evaluation of the fluoride retardation factor in unsaturated and undisturbed soil columns. *Soil Science Society of America Journal*. 67: pp. 1635-1646.

Berkowitz, B., 2002. Characterizing flow and transport in fractured geological media: A review. *Advances in water resources*, *25*(8), pp.861-884.

Beven, K. and Germann, P., 2013. Macropores and water flow in soils revisited. *Water Resources Research*, *49*(6), pp.3071-3092.

Bradbury, K.R. and M.A. Muldoon, 1994, Effects of fracture density and anisotropy on delineation of wellhead-protection areas in fractured-rock aquifers, Applied Hydrogeology, vol. 2 p. 17-23.

Britt, C., Douglas, R., and T. Villars, 2006, Soil Survey of Bennington County Vermont, National Resources Conservation Service; https://www.google.com/search?q=Soil+Survey+of+Bennington+County+Vermont%2C+National+Resources+Conservation+Service&ie=utf-8&oe=utf-8

Boyce, W.E. and R.C. Di Prima, 1973, Elementary Differential Equation and Boundary Value Problem, New York, Wiley.

Cheng, J., Vecitis, C.D., Park, H., Mader, B.T. and Hoffmann, M.R., 2008. Sonochemical degradation of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in landfill groundwater: environmental matrix effects. *Environmental science & technology*, *42*(21), pp. 8057-8063.

Ciccotelli, V., Abete, M. C., Squadrone, S., 2016. PFOS and PFOA in cereals and fish: Development and validation of a high performance liquid chromatography-tandem mass spectrometry method. *Food Control*, 59, pp. 46-52.

C.T. Male Associates, 2016. Draft Shallow Soil Sampling Report, Former Chem Fab Site & Surrounding Areas, 1030 Water Street, Village of North Bennington, Bennington County, Vermont, VT DEC SMS Site #20164630, July 2016.

Dames and Moore, 1998, Summary Assessment Report, Bennington Landfill Site, Bennington, Vermont.

DeSimone, PhD, David J., 2017. Surficial Geology Maps of the Bennington Area, Vermont. Vermont Geological Survey Open File Report VG2017-1: Plates 1-3.

Ficklin, Walter H., 1970. A rapid method for the determination of fluoride in rocks and solids, using an ion-selective electrode. U. S. Geological Survey Professional Paper 700-C, C186-C188.

Fioletov, V. E., McLinden, C. A., Krotkov, N., Moran, M. D. and Yang, K.: Estimation of SO2 emissions using OMI retrievals, Geophys. Res. Lett., 38(21), L21811, doi:10.1029/2011GL049402, 2011.

Fioletov, V., McLinden, C. A., Kharol, S. K., Krotkov, N. A., Li, C., Joiner, J., Moran, M. D., Vet, R., Visschedijk, A. J. H., and Denier van der Gon, H. A. C., 2017, Multi-source $SO_2$ emissions retrievals and consistency of satellite and surface measurements with reported emissions, Atmos. Chem. Phys., in review.

Flynn, R.H. and G.D. Tasker. 2004. Generalized Estimates from Streamflow Data of Annual and Seasonal Ground-Water Recharge Rates for Drainage Basins in New Hampshire. U.S. Geological Survey Scientific Investigation Report 2004-5019, 61 p.

Freeze, R.A. and Cherry, J.A., 1979. Groundwater, 604 pp.

Freyberg, D.L., 1988. An Exercise in Ground-water Model Calibration and Prediction, *Groundwater*, *26*(3), pp. 350-360.

Harte, J. 1988, Consider a Spherical Cow, University Science Books, Mill Valley, CA.

Happonen, Maiju, et. al., 2016. Contamination risk of raw drinking water caused by PFOA sources along a river reach in south-western Finland. *Science of the Total Environment*. 541, pp.74-82.

Houde, M., Martin, J.W., Letcher, R.J., Solomon, K.R. and Muir, D.C., 2006. Biological monitoring of polyfluoroalkyl substances: a review. *Environmental science & technology*, *40*(11), pp.3463-3473.

Jerris, R.M., and DeSimone, D.J., 1992. Hydrogeology of the Bennington and Shaftsbury area, Vermont: Vermont Geological Survey Open-File Report VG92-l, 89 p., 7 plates.

Jeyakumar, P., Anderson, C. W. N., 2016. Recent methodology developments in soil fluorine analysis. *Integrated nutrient and water management for sustainable farming.* Occasional Report No. 20. Fertilizer and Line Research Centre: Massey University, Palmerston North, New Zealand.

Lindim, C., Cousins, I.T., vanGils, J., 2015. Estimating emissions of PFOS and POFA to the Dunabe River catchment and evaluating them using a catchment-scale chemical transport and fate model. *Environmental Pollution*, 207, pp. 97-106.

Kim, J. and C. Dowey, 2017, Preliminary Potentiometric Surface (Static Water Level) Contours for the Bedrock Aquifer in the Bennington Area, Vermont.

Kim, J. and C. Dowey, 2017. Preliminary Potentiometric Surface (Static Water Level) Contours for the Bedrock Aquifer in the Bennington Area, Vermont (feet, smoothed).

MacFayden Jr., John A., 1956. The Geology of the Bennington area, Vermont. *Vermont Geological Survey.*

McLaren/Hart Environmental Engineering Corporation, 1997, 1999, Draft Final Remedial Investigation and Feasibility Studies, Vermont Landfill Site, Bennington, Vermont.

Marranzino, A.P., Wood, W.H., U.S. Geological Survey, Denver Federal Center, 1956. Multiple-Unit Fusion Rack. *Analytical Chemistry*. V. 28, No. 2, pp. 273-274.

McDonnell, J.J., Sivapalan, M., Vaché, K., Dunn, S., Grant, G., Haggerty, R., Hinz, C., Hooper, R., Kirchner, J., Roderick, M.L. and Selker, J., 2007. Moving beyond heterogeneity and process complexity: A new vision for watershed hydrology. *Water Resources Research*, *43*(7).

Milinovic, J., Lacorte, S., Vidal, M. and Rigol, A., 2015. Sorption behaviour of perfluoroalkyl substances in soils. *Science of the Total Environment*, *511*, pp. 63-71.

National Research Council, 1993, Ground water vulnerability assessment: Predicting relative contamination potential under conditions of uncertainty. National Academies Press; 1993 Feb 1.

Nimmo, J.R., 2012. Preferential flow occurs in unsaturated conditions. *Hydrological Processes*, *26*(5), pp. 786-789.

Novakowski, K., Bickerton, G., Lapcevic, P., Voralek, J. and Ross, N., 2006. Measurements of groundwater velocity in discrete rock fractures. *Journal of Contaminant Hydrology*, *82*(1), pp.44-60.

Oreskes, N., Shrader-Frechette, K. and Belitz, K., 1994. Verification, validation, and confirmation of numerical models in the earth sciences. *Science*, *263*(5147), pp. 641-646.

Quinlan, J.F., Davies, G.J., Jones, S.W. and Huntoon, P.W., 1996. The applicability of numerical models to adequately characterize ground-water flow in karstic and other triple-porosity

aquifers. In *Subsurface Fluid-Flow (Ground-Water and Vadose Zone) Modeling*. ASTM International.

Park, Saerom, Lee, L. S., Medina, V. F., Zull, A.,Waisner, S., 2016. Heat-activated persulfate oxidation of PFOA under conditions suitable for in-situ groundwater remediation. *Chemosphere*, 145, pp. 376-383.

Pickering, W.E., 1985. The Mobility of Flouride in Soils. *Environmental Pollution* (Series B) 9: pp. 281-309.

Prevedouros, K., Cousins, I.T., Buck, R.C. and Korzeniowski, S.H., 2006. Sources, fate and transport of perfluorocarboxylates. *Environmental science & technology*, *40*, pp.32-44.

PubChem MSDS for perfluorooctanoic acid.

Rao, P. S. C., A. G. Hornsby, and R. E. Jessup, 1985, Indices for ranking the potential for pesticide contamination of groundwater, Soil Crop Sci. Soc. Fla. Proc., 44, 1–8.

Reilly, T.E., Franke, O.L. and Bennett, G.D., 1989. Bias in groundwater samples caused by wellbore flow. *Journal of Hydraulic Engineering*, *115*(2), pp.270-276.

Riggs, H.C., 1972. *Low-flow investigations* (p. 1). US Government Printing Office, U.S. Geological Survey TWRI, Chapter B1, Book 4, Hydrologic Analysis and Interpretation.

Scanlon, B.R., Mace, R.E., Barrett, M.E. and Smith, B., 2003. Can we simulate regional groundwater flow in a karst system using equivalent porous media models? Case study, Barton Springs Edwards aquifer, USA. *Journal of hydrology*, *276*(1), pp.137-158.

Shilts, William W., 1966. The Pleistocene Geology of the Bennington Area, Vermont. Progress Report.

Shin, H.M., Vieira, V.M., Ryan, P.B., Detwiler, R., Sanders, B., Steenland, K. and Bartell, S.M., 2011. Environmental fate and transport modeling for perfluorooctanoic acid emitted from the Washington Works Facility in West Virginia. *Environmental science & technology*, *45*(4), pp.1435-1442.

Shin, H.M., Ryan, P.B., Vieira, V.M. and Bartell, S.M., 2012. Modeling the air–soil transport pathway of perfluorooctanoic acid in the mid-Ohio Valley using linked air dispersion and vadose zone models. *Atmospheric environment*, *51*, pp.67-74.

Siegel**,** D.I., Smith, B., Perry, E., Bothun, R. and Hollingsworth, M., 2015. Pre-drilling water-quality data of groundwater prior to shale gas drilling in the Appalachian Basin: Analysis of the

Chesapeake Energy Corporation dataset. Applied Geochemistry, 63, pp.37-57.

Siegel, D., 2008. Reductionist hydrogeology: ten fundamental principles. *Hydrological processes*, *22*(25), pp. 4967-4970.

Siegel, D.I., 2014. On the effectiveness of remediating groundwater contamination: Waiting for the black swan. *Groundwater*, *52*(4), pp. 488-490.

Siegel, D.I., 1989. Geochemistry of the Cambrian-Ordovician aquifer system in the northern Midwest, United States. *United States Geological Survey, Professional Paper;(USA)*, *1405*.

Stewart, David P. and MacClintock, Paul, 1969, The Surficial Geology and Pleistocene History of Vermont, Vermont Geological Survey, Department of Water Resources, Bulletin No. 31, 251 p.

TRC Companies, 1997, ARCS Work Assignment No. 19-1PC2, Risk Assessment, Addendum for Overburden Groundwater, Bennington Landfill Superfund Site Bennington Vermont.

USEPA, 1997, Memorandum, PRP Hazardous Waste Volumes Sent to the Bennington Landfill Superfund Site in Bennington, VT and Determination of Eligibility for De Minimis Settlement, Remedial Program Management, Bennington Landfill Superfund Site

USEPA, 2017, https://cumulis.epa.gov/supercpad/cursites/csitinfo.cfm?id=0101493

U.S. Geological Survey, 1904. Contributions to the Hydrology of the Eastern United States: Vermont -Sources of Water Towns, p 73.

Vermont Department of Water Resources, 1966. State of Vermont Ground Water Favorability Map of the Batten Kill, Walloomsac River and Hoosic River Basins.

Vermont Geological Survey Montpelier, Vermont Vermont Geological Survey Open-File Report 2017-3D 06-02-17.

Voss CI (2011) Editor's message: Groundwater modeling fantasies - Part 1, adrift in the details. *Hydrogeology Journal* 19:7 1281-1284 doi:10.1007/s10040-011-0789-z

Voss CI (2011) Editor's message: Groundwater modeling fantasies - Part 2, down to earth. *Hydrogeology Journal* 19:8 1455-1458 doi:10.1007/s10040-011-0790-

Wang, F. and Shih, K., 2011. Adsorption of perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) on alumina: influence of solution pH and cations. W*ater Research*, *45*(9), pp.2925-2930.

Weber, A.K., Barber, L.B., LeBlanc, D.R., Sunderland, E.M. and Vecitis, C.D., 2017. Geochemical and Hydrologic Factors Controlling Subsurface Transport of Poly-and Perfluoroalkyl Substances, Cape Cod, Massachusetts. *Environmental Science & Technology*, *51*(8), pp.4269-4279.

Westenbroek, S.M., Kelson, V.A., Dripps, W.R., Hunt, R.J., and Bradbury, K.R., 2010, SWB-A modified Thornthwaite-Mather Soil-Water-Balance code for estimating groundwater recharge: U.S. Geological Survey Techniques and Methods 6-A31, 60 p.

Wikipedia, 2017. Perfluorooctanoic Acid. Last modified: 28 March 2017.

Wikipedia, 2017. Perfluorooctanesulfonic Acid. Last modified 19 February 2017.

Winter, T.C., Harvey, J.W., Franke, O.L. and Alley, W.A., 1998. Ground water and surface water, a single resource. *United States Geological Survey, Circular*, *1139.*

Xiao, Feng, M. F. Simcik, T. R. Halbach, J. S. Gulliver, 2014. Perfluorooctane sulfonate (PFOS) and perflourooctane (PFOA) in soils and groundwater of a U. S. metropolitan area: Migration and implications for human exposure. *Water research*. 72: 64-76.

Yager, R.M., 1996. Simulated three-dimensional ground-water flow in the Lockport Group, a fractured-dolomite aquifer near Niagara Falls, New York (No. 2487). *US Geological Survey.*

Yager, R.M., 2002. Simulated transport and biodegradation of chlorinated ethenes in a fractured dolomite aquifer near Niagara Falls, New York (No. 2000-4275). *US Geological Survey.*

Yoder, G. TRM: Expert report: Perfluorooctanoic Acid Deposition Modeling Analysis, North Bennington Vermont.

Zareitalabad, P., Siemens, J., Hamer, m., Amelung, W., 2013. Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acidd (PFOS) in surface waters, sediments, soils and wastewater – A review on concentrations and distribution coefficients. *Chemosphere.* 91(6): 725-732.

Zheng, C. and G.D. Bennett, 2002. Applied Contaminant Transport Modeling. Second Edition. Wiley Interscience. 621 p.

Figures



Location of North Bennington Located in Walloomsac River drainage between the Green Mountains and Taconic Mountain.



**Independent Environmental Scientists, Inc.**
104 Eton Lane, Manlius, NY 13104

| Site Location Map | |
| --- | --- |
| Prepared for: Langrock, Sperry & Wool LLP | |
| Date:  29 August 2017 | Scale:  as shown |

1



Legend

- Non-Detect (ND)
- <20 ppt (VDH Advisory)
- 20-100 ppt
- 100 - 1000 ppt
- >1000 ppt

Saint-Gobain Northside Drive

Saint-Gobain Water Street

North

Adapted from VT-DEC Sample Report Dated 27 April 2017



2

PFOA Plume in North Bennington

Prepared for: Langrock, Sperry & Wool, LLP

Date: 28 August 2017 | Scale: as shown

**Independent Environmental Scientist, Inc.**
104 Eton Lane, Manlius, NY 13104



Geologic map of the North Bennington area. Saint-Gobain plants and Bennington Landfill shown as red rectangles (Modified from Kim, 2017).



**Description of Map Units**

**Ordovician**

| | |
|---|---|
| **Ow** | **Walloomsac Formation** Undifferentiated; rusty-weathering, dark g |
| **Owv** | Whipstock Breccia Member; argillaceous l |
| **Owu** | Fine-grained quartzose phyllite, phyllit |
| **O-bl** | **Bascom Formation** Black slate with grainstone and gray to blu |
| **Ob** | **Shelburne Formation** Thinly-bedded gray limestone with fine-sa |
| **Os** | **Shelburne Formation** Snow-white weathering, well-bedded, whit |

**Cambrian**

| | |
|---|---|
| **Csp** | **Clarendon Springs Formation** Tan to brown-weathering, poorly-bedded, |
| **Cw** | **Winooski Formation** Tan to brown-weathering, well-bedded, lig |
| **Cm** | **Monkton Formation** Pink to reddish brown-weathering, gray, w and dolomitic sandstone; rusty-weathering, |
| **Cdu** | **Dunham Formation** Tan to brown-weathering, mottled, gray, dolomi gray, sulfidic, phyllitic quartzites and phyll |
| **Cc** | **Cheshire Formation** Rusty-weathering, well-bedded, gray, gran |

Bennington Landfill

North Side Plant

Water Street Plant

Thrust fault

Thrust fault

Thrust fault

North

3

Geologic Map of North Bennington

Prepared for: Langrock, Sperry & Wool, LLP

Date: 28 August 2017    Scale: no scale

**Independent Environmental Scientist, Inc.**
104 Eton Lane, Manlius, NY 13104



North

Water Street Plant

North Side Plant

Bennington Landfill

Surficial geologic map of the North Bennington area.  Saint-Gobain Plants and Bennington Landfill shown as red rectangles (Modified from DeSimone, 2017).



Surficial Geology of North Bennington

Prepared for: Langrock, Sperry & Wool, LLP

Date: 28 August 2017 | Scale: no scale

Independent Environmental Scientist, Inc.
104 Eton Lane, Manlius, NY 13104

4



North

Water Street Plant

Bennington Landfill

North Side Plant

Static water level (in feet above sea level) for North Bennington Area. Saint-Gobain Plants and Bennington Landfill shown as red dots. In bedrock, ground water moves perpendicular to the lines of equal water levels given as dashed black lines, generally to the east towards the major river valley. However, shallow ground water will move towards local drainages as shown by the watershed within which the Bennington Landfill is located (Modified from Kim and Downey, 2017).

5

North Bennington Static Water Level

Prepared for: Langrock, Sperry & Wool, LLP

Date : 28 August 2017    Scale: *as shown*

**Independent Environmental Scientist, Inc.**
104 Eton Lane, Manlius, NY 13104



Graph showing yields to domestic water wells as a function of their depth.  There is no clear r elationship other than below 300 feet, fractures providing water appear to pinch out.  If fractures were well connected, the yields with depth would increase as greater thicknesses of aquifer are penetrated that can produce water (from Jerris and Simone, 1992).



**Independent Environmental Scientists, Inc.**
104 Eton Lane, Manlius, NY 13104

| Domestic Water Well Depth vs. Yield | | 6 |
|---|---|---|
| Prepared for: Langrock, Sperry & Wool LLP | | |
| Date:  29 August 2017 | Scale:  no scale | |





North

4000 feet

Plume of PFOA in ground water in the North Bennington Area. Concentration ranges in ppt (Modified from VT-DEC, April, 2017). Bennington Landfill in upper right hand occurs within the PFOA plume. Uncertainty remains on how far the plume extents laterally.

PFOA Plume in North Bennington

Prepared for: Langrock, Sperry & Wool, LLP

Date: 28 August 2017 | Scale: as shown

7

**Independent Environmental Scientist, Inc.**
104 Eton Lane, Manlius, NY 13104

North



Plume of total PFOA in the upper 2 feet of soils trending east of the Saint-Gobain Water Street Plant. Plume defined by >20 ppb PFOA. Note the sparse soil sampling and how variable the concentrations of PFOA are in the upper two feet of soil. Almost 20 ppb occur in a sample in the far NW. The variability relates to the degree to which organic matter locally occurs in the soils, preferential flow paths moving water downward, and deposition rates.

∞

PFOA in Upper 2-Feet of Soils East of Plant

Prepared for: Langrock, Sperry & Wool, LLP

Date: 28 August 2017          Scale: *no scale*

**Independent Environmental Scientist, Inc.**
104 Eton Lane, Manlius, NY 13104

Appendix A

**DONALD I. SIEGEL**

Partner
Independent Environmental Scientists, Inc.
104 Eton Lane
Manlius, NY 13104
O:607-658-3319
C:315-380-1857
disiegel@syr.edu
dsiegel@indieScientists.com
www.indieScientists.com

Professor of Earth Sciences, Syracuse University NY

**EDUCATION**

| | | | |
|---|---|---|---|
| University of Minnesota | Hydrogeology | 1974-1981 | Ph.D. |
| Penn State University | Geology | 1969-1971 | M.S. |
| University of Rhode Island | Geology | 1965-1969 | B.S. |

**EMPLOYMENT**

| | | |
|---|---|---|
| Chair, Dept Earth Sciences | Syracuse University | 2012-2017 |
| Full Professor | Syracuse University | 1993-present |
| Senior Hydrogeologist | Stearns & Wheler Engineers and Scientists | 1985-1997 |
| Hydrologist/Geochemist | U.S.Geological Survey | 1976-1982 |
| Geologist | Amerada Hess Corp. | 1971-1973 |

**PROFESSIONAL RECOGNITION**

**Fellow American Gephysical Union,** 2013

**Fellow American Association Advancement of Science,** 2012

**Laura J. and L. Douglas Meredith Teaching Professor,** Syracuse University, 2009

**Lifetime National Associate Member,** The National Reseach Council (National Academy of Sciences), 2008

**The O.E. Meinzer Award In Hydrogeology,** Hydrogeology Division, Geological Society of America, 2005

**Councilor of the Geological Society of America,** 2002-2005

**Distinguished Service Award,** Hydrogeologic Division, Geologic Society of America, 2001

**Expert Witness to the United States Senate,** Subcommittee on Environment and Public Affairs, Wetland Characterization**,**June 26, 1997

**Expert Witness to the United States House of Representatives Committee on Science, Space and Technology**, Hydraulic Fracturing. April 23, 2015.

**Fellow,** Geological Society of America, elected 1995

**Birdsall Distinguished Lectureship in Hydrogeology** , Geological Society America, 1992-1993

**Chairman, National Water Science and Technology Board**, June 2010-2013.

Member National Water Science and Technology Board, **National Research Council**, 2008-2013

Committee on Techniques for Assessing Ground Water Contamination, **National Research Council, National Academy of Science**, 1991-1993.

Committee on Techniques for Wetland Delineation, **National Research Council, National Academy of Science**, 1993-1994.

Committee on U.S. Geological Survey Hydrologic Research: Regional Aquifer System Analysis, **National Research Council, National Academy of Science**, 1998-2000

Committee on U.S. Geological Survey Hydrologic Research: Water Use, **National Research Council, National Academy of Science**, 2000-2001

Committee on U.S. Geological Survey Hydrologic Research: Stream Information Program, **National Research Council, National Academy of Science**, 2001-2004

Chair, Committee on U.S. Geological Survey Hydrologic Research: River Science, **National Research Council, National Academy of Science**, 2002-2005

Committee on Groundwater Fluxes, **National Research Council, National Academy of Science**, 2002-2003.

Committee on River Science (Chair), **National Research Council, National Academy of Sciences**, 2003-2006.

Committee on the Future of USGS WRD, **National Research Council, National Academy of Sciences**, 2005-2008.

Committee on Environmental Impact of Coal-Gas Methane Production, **National Research Council, National Academy of Science** 2008-2010

Chair, Committee on <u>3rd Phase National Water Quality Assessment, USGS</u>, **National Research Council, National Academy of Science** 2010-2012

**Book Editor, Geological Society of America,** 2007-2010

**Associate Editor,** <u>Hydrologic Processes</u>, 2006-2008

**Associate Editor,** <u>Geosphere</u>, 2005-2007

**Associate Editor<u>,</u>** <u>Geology</u>, 2005-2007.

**Associate Editor,** <u>Hydrogeology Journal, 2005-present.</u>

**Associate Editor**, <u>Water Resources Research,</u> 1993-1996; 2010-present

**Associate Editor**, <u>Wetlands.</u> 1995-1998

**Associate Editor**, <u>Ground Water</u>, 1997-2005.

**TEACHING EXPERIENCE**

**Syracuse University**

Hydrogeology (advanced undergraduate/graduate)
Contaminant Hydrogeology and Geochemistry (graduate)
Groundwater and Solute Transport Modeling (graduate)
Hydrogeochemistry (graduate)
Aqueous Geochemistry (graduate)
Wetland Hydrology and Geochemistry (Graduate)
Case Studies in Hydrogeology (graduate)
The Science of Water (undergraduate(
World Water (undergraduate)

**Short Courses**
Wetland Hydrogeology and Geochemistry, 1995, Geol. Society of America
Applied Groundwater Geochemistry, Geol. Society of America, National Meeting 2000, 2002; MA and NY Dept. Natural Resources and Environmental Conservation, 1990-1994; Licensed Site Professionals Association of Mass (1999); Environmental Professionals of Connecticut, 2001; Central New York Association of Professional Geologists (1997). Geological Society of America National Meeting, 2002.
Tracer Methods in Hyrology, Licensed Site Professionals Association of Mass (1999); Environmental Professionals of Connecticut, 2007; Central New York Association of Professional Geologists (2005).
Visual Modflow Groundwater Modeling for Managers, City of New York Dept. Environmental Protection, 1999

Pesticide Transport and Fate, Montana Department Environmental Quality, 2000
Co -Chair, Teaching Hydrogeology in the 21st Century, NSF Workshop, Lincoln, Neb.,
    spring 2006

## PROFESSIONAL SOCIETY MEMBERSHIP

Geological Society of America (1980's to present)

American Geophysical Union  (1980's to present)

Association of Wetland Scientists (1990-1997)

National Groundwater Association (1980's to present)

## REFEREED PUBLICATIONS IN PAST 10 YEARS

## Articles (By Year)

1. Azzolina,N.A., **Siegel, D.I .,**Brower, J.C., Samson, S.D., Otz, M.H. and Otz. I., 2007,  Can the HGM Classification of Small Non-Peat Forming Wetlands Distinguish Wetlands From Surface Water Geochemistry, Wetlands, vol. 27, p. 884-893.

2. Frey, K.E., **Siegel, D.I.** & Smith, L.C. 2007,  Geochemistry of West Siberian streams and their potential response to permafrost degradation.  Water Resources Research 43, W03406, doi: 1029/2006WR0049022006

3. Lautz, LK, **Siegel, D.I.,** Bauer, R.K.. 2007. Dye tracing through Sinks Canyon: incorporating advanced hydrogeology into the University of Missouri's geology field camp. Journal of Geoscience Education, 55(3): 197-202

4. Lautz, LK, **Siegel, D.I**.,  2007. The effect of transient storage on nitrate uptake lengths in streams: an inter-site comparison. Hydrological Processes, 21(26):3533-3548

5. McKenzie, J., Voss, C., **Siegel, D.I**., Provost, A., and Glaser, P. H., SUTRA-ICE; 2007, A 3-D Groundwater Heat-Transport Model with Ice Freeze and Thaw, *Advances in Hydrologic Sciences, in press.*

6. Bickford M.E.,**Siegel , D.I.,** Michael J. Mottl , Barbara M. Hill , Jennifer Shosa ,2008, Strontium isotopic relations among pore fluids, serpentine matrix, and harzburgite clasts, South Chamorro Seamount, Mariana forearc, Chemical Geology, Vol. 256, 24–32.

4

7.  **Siegel, D.I.,** 2008, Reductionist Hydrogeology: The Ten Fundamental Principles, Hydrologic Processes, Hydrol. Process. 22, 4967–4970 (2008).

8.  Chanton, J. P., P. H. Glaser, L. S. Chasar, D. J. Burdige, M. E. Hines, **D. I. Siegel**, L. B. Tremblay, and W. T. Cooper (2008), Radiocarbon evidence for the importance of surface vegetation on fermentation and methanogenesis in contrasting types of boreal peatlands, Global Biogeochem. Cycles, 22, GB4022, doi:10.1029/2008GB003274.

9.  Endreny, A. and **Siegel, D.I.,** 2009, Investigating Earth Science in Urban Schoolyards, Journal Geological Education, vol. 58, 191-195.

10. Jin, L, **DI Siegel**, LK Lautz and MH Otz. 2009. Transient storage and the scaling of solute transport in a second order mountain stream. Hydrological Processes, 23(17):2438-2449, DOI: 10.1002/hyp.7359.

11. Jin, L. **Siegel, D.I.,** Lautz, L.K., Mitchell, M.J., Dahm, D.E. and Mayer, B. ,2009, Calcite precipitation driven by the common ion effect during groundwater-surface water mixing: a potentially common process in streams with geologic settings containing gypsum. The Geologic Society of America Bulletin. v. 122; no. 7-8; p. 1027-1038; DOI: 10.1130/B30011.

12.  McKenzie, J.M. , **D.I. Siegel**, D.O. Rosenberry (USGS). 2009. Improving conceptual models of water and carbon transfer through peat in AGU Monograph: Northern Peatlands and Carbon Cycling, eds. Baird, Belyea, Comas, Reeve, and Slater, Geophysical Monograph Series, Volume 184, 299 pp. ISBN 978-0-87590-449-8

13. **Siegel, D.I** .,2009, Reply to comment by Shlomo Neuman on 'Siegel D. 2008. Reductionist hydrogeology: ten fundamental principles. Hydrological Processes 22: 4967–4970'; Hydrol. Process..vol. 23, p. 1678.

14. Ying, X.Y., Li, Y.C.B., and **Siegel, D.I** ., 2009,Source of sediments and metal fractionation n two Chinese estuarine marshes, Environ Earth Sci., p.1866-6280, DOI10.1007/s12665-009-0288-x

15. Bauer, RL, **DI Siegel**, EA Sandvol,  LK Lautz, 2010, Integrating hydrology and geophysics into a traditional geology field course: The use of advanced project options. GSA Special Paper on Field Geology Education: Historical Perspectives and Modern Approaches

16. Endreny, T., Lautz, L.K., and **Siegel, D.I** ., Representing a Hydraulic Jump and Hyporheic Exchange Flux across Debris Dams and In-Channel Structures,", Water Resources Research, in press.

17. Lautz, L.K., Kranes, N.T., and **D.I..Siegel**, 2010, Heat tracing of heterogeneous hyporheic exchange adjacent to in-stream geomorphic features, Hydrologic Processes, vo. 24, p. 3074-3084

18. **Siegel D.I.** and Baveye, P., 2010, Battling the Paper Glut, Science, vol. 329. p. 1466.

19. Trimble, S.W., McKelvey, B., Grody, W.W., Gad-el-Hak, M., **Siegel, D.I.,** Baveye, P.C., and Bauerlein, M. ,2010, Correspondence: Reward Quality Not Quantity," Nature 467, no. 7317, 14 October 2010

20. Endreny, TE, LK Lautz, and **D.I. Siegel**. 2011. Hyporheic flow path response to hydraulic jumps at river steps: flume and hydrodynamic models, Water Resources Research, 47. W02517, doi:10.1029/2009WR008631.

21. Endreny, TE, LK Lautz, and **D.I. Siegel**. 2011. Hyporheic flow path response to hydraulic jumps at river steps: hydrostatic model simulations, Water Resources Research, 47, W02518, doi:10.1029/2010WR010014.

22. Jin, L. Whitehead, P., **Siegel, D.I.** and St. Findlay, 2011, Salting our Landscape: An Integrated Catchment Model Using Readily Accessible Data to Assess Emerging Road Salt Contamination to Streams, Environmental Polllution, vol. 159, p. 1257-1265.

23. Endreny, T., Lautz, L., and **Siegel, D.I**., 2011, Hyporheic flow path response to hydraulic jumps at river steps: Flume and hydrodynamic models:  Water resources research, 47:W02517, 1-10

24. Endreny, T., Lautz, L., and **Siegel, D.I.,** 2011, Hyporheic flow path response to hydraulic jumps at river steps: Hydrostatic model simulations:  Water resources research, 47:W02518, 1-13.

25. McKenzie, J., Lautz, L.K., **Siegel, D.I.**, Otz. M. and J. Hassett, 2011, Water Quality, Contamination, and Wetlands in the Croton Watershed, New York, USA, Open Journal of Modern of Hydrology. Web-based.

26. Jin, L, **DI Siegel**, LK Lautz, Z Lu. 2012. Identifying streamflow sources during spring snowmelt using water chemistry and isotopic composition in semi-arid mountain streams. Journal of Hydrology, vol. 470-471, p. 289-301.

27.  **Siegel, D.I.,** 2013, Pseudoscience and the Shale-Gas Debate in New York, The SciTech Lawyer, Fall 2013, p. 20-22.

28. Lautz, LK, GD Hoke, Z Lu, **DI Siegel,** *K Christian, J Kessler, NG Teale. 2014. Using discriminant analysis to determine sources of salinity in shallow groundwater prior to hydraulic fracturing. Environmental Science & Technology, 48(16):9061–9069. doi: 10.1021/es502244v.

29. Lu, Z, S Hummel, LK Lautz, GD Hoke, X Zhou, J Leone, **DI Siegel.,**2014. Iodine as a sensitive tracer for detecting influence of organic-rich shale in

shallow groundwater. Applied Geochemistry. doi:10.1016/j.apgeochem.2014.10.019

30.  Smith, B., **Siegel, D.I.,** Neslund, . and Carter, C.., 2014,Organic Contaminants in Portland Cements Used in Monitoring Well Construction, Groundwater Monitoring & Remediation http://dx.doi.org/10.1111/gwmr.12082.

31. **Siegel, D.I.** ,2014, On the Effectiveness of Remediating Groundwater Contamination: Waiting for the Black Swan, Ground Water, doi: 10.1111/gwat.12180

32. Mu, X., Brower, J., **Siegel, D. I.,** Fiorentino II, A. J., An, S., Cai, Y., & Jiang, H. 2014. Using integrated multivariate statistics to assess the hydrochemistry of surface water quality, Lake Taihu basin, China. *Journal of Limnology*, *73, p.*

33. **Siegel DI,** Azzolina NA, Smith BJ, Perry AE, Bothun RL. 2015a.Methane concentrations in water wells unrelated to proximity to existing oil and gas wells in Northeastern Pennsylvania. Environmental Science & Technology 49(7): 4106–4112.

34. **Siegel DI**, Azzolina NA, Smith BJ, Perry EA, Bothun RL. 2015b. Correction to methane concentrations in water wells unrelated to proximity to existing oil and gas wells in Northeastern Pennsylvania. Environmental Science & Technology 49: 4106–4112.

35. **Siegel, D.I.,** 2015, 'Shooting the messenger': some reflections on what happens doing science in the public arena, Hydrological Processes, DOI: 10.1002/hyp.10692

36. Gao, P., Wang, Z.Y. and **Siegel, D.I** .,2015. Spatial and temporal changes of sedimentation in Three Gorges Reservoir of China. Lakes and Reservoirs: Research and Management, 20, pp.1-10.

37. **Siegel, D.I.,** Smith, B., Perry, E., Bothun, R. and Hollingsworth, M., 2015. Pre-drilling water-quality data of groundwater prior to shale gas drilling in the Appalachian Basin: Analysis of the Chesapeake Energy Corporation dataset. Applied Geochemistry, 63, pp.37-57.

38. Gracz, M.B., Moffett, M.F., **Siegel, D.I.** and Glaser, P.H., 2015. Analyzing peatland discharge to streams in an Alaskan watershed: An integration of end-member mixing analysis and a water balance approach. Journal of Hydrology, 530, pp.667-676.

39. Christian, K., Lautz, L.K. Hoke. G.D., **Siegel, D.I**.. Lu. Z. and J. Kessler, 2015. Methane occurrence is associated with sodium-rich valley waters in

domestic wells overlying the Marcellus shale in New York State, Water Resources Research, DOI: 10.1002/2015WR017805.

40. Smith. B., Becker, M., and D.I. **Siegel, 2016,** Temporal Variability of Methane in Domestic Groundwater Wells, Northeastern Pennsylvania, Environmental Geosciences, vol. v. 23, p. 49– 80.

41. Gracz, M.B., Moffett, M.F., **Siegel, D.I.** and Glaser, P.H., 2015. Analyzing peatland discharge to streams in an Alaskan watershed: An integration of end-member mixing analysis and a water balance approach. Journal of Hydrology, 530, pp.667-676.

42. **Siegel, D.I.,** Smith, B., Perry, E., Bothun, R. and M. Hollingsworth, 2016, Dissolved methane in shallow groundwater of the Appalachian Basin: Results from the Chesapeake Energy predrilling geochemical database, Environmental Geosciences, v. 23, pp. 1– 47.

43. Levy, Z. F., **Siegel D.I.**, Glaser PH, Samson S.D., Dasgupta. S.S.. 2016. Peat porewaters have contrasting geochemical fingerprints for groundwater recharge and discharge due to matrix diffusion in a large, northern bog-fen complex. *Journal of Hydrology,* vol. 541, p. 941–951.

44. Glaser, P.H., **Siegel, D.I** . , 2016, Climate-Driven Shifts in the Vertical Transport of Solutes Through Deep Peat Deposits Alter Methane Production Zones in a Large Peat Basin, Global Biogeochemical Cycles, vol. 30, p. 1578-1598

## Published Abstracts of Presentations at Conferences (By Author)

1. Bickford, M., **Siegel, D I,** Hill, B M. and Shosa, J. 2007, Strontium Isotopic Evidence for Episodic Discharge of Slab Fluids to Mud Volcanos in the Marianas Forearc, Title, Eos Trans. AGU,88(23), Jt. Assem. Suppl., Abstract V51B-07

2. Bauer, R.L., **Siegel, D.I**. Sandvol, E. and L.K Lautz,  2009, Integrating hydrology and geophysics into a traditional geology field course: the used of advanced project options, Geological Society American Annual Meeting, Portland OR, Paper No. 252-5 Paper 113-3.

3. Burgess, C.S.,  Lautz, Laura K.,  Chien, Nathaniel Patrick, Hoke, Gregory D., Leonte, Mihai, Kessler, J.D., Christian, Kayla, **Siegel, Donald I**. and Lu, Zunli, 2016,Temporal pattern of naturally occurring methane levels in domestic water wells overlying the Marcellus Shale in New York. Geological Society of American Annual Meeting, Denver, Colorado.

4. Corbett, J.,Chanton, J.,Glaser, P.H., Burdige, D.,**Siegel, D.I.,** Cooper, W., 2008, Using 14C to investigate Methane Production and DOC Reactivity in Northern Peatlands, Eos Trans. AGU,89(53), Fall Meet. Suppl., Abstract B33B-0413

5. Corbett, J., J. Chanton, D. Burdige, P. H. Glaser, **D. I. Siegel**, S. S. Dasgupta, M. m. Tfaily, W. T. Cooper, 2009, Using C/N ratios to investigate DOM reactivity in northern peatlands, 2009, Eos, Vol. 90, Number 52, 29 December 2009, Fall Meet. Suppl.,Abstract B41A-0296.

6. Christian, K., Lautz, L. K., Hoke G. D., Lu, Z., **Siegel, D.I.** and Kessler, J., 2014, Spatial parameters controlling salinity and dissolved methane concentrations in private well prior to hydraulic fracturing, paper 285-5, Geological Society of American Annual Meeting, Vancouver, Canada.  285-2, Geological Society of American Annual Meeting, Vancouver, Canada.

7. Dasgupta, S.S., **Siegel, D.I.,** Glaser, P.H., and Chanton, J., 2008, ,(Abstract) Identifying Possible Preferential Flow Paths and Biochemical Reactions Between Surface Water and Deep Ground Water through Stable Isotopic Analysis In a Large Circumboreal Peatland, Geological Society of America Meeting, Houston, TX, 7 October 2008.

8. Dreisen, D.M. and **Siegel, D.I., 2008**, Mathematical Modeling of Climate: Massachusetts et al. v. EPA and The Precautionary Principle, National Risk Assessment Conference, Boston, December 7th, 2008.

9. Gade, M. and D.I. Siegel, 2013, The False Positie Conondrum: Identifying false positives of contamination from landfills in semi-arid to arid western watersheds, Annual Meeting of the Geological Society of America, Denver, CO., paper 313-7. Annual Meeting of the Geological Society of America, Denver CO.,Paper No. 150-3

10. Glaser, Paul H, **Siegel, D.I.** and Reeve, A. S. 2007,   How Tothian Concepts Influenced the Modern Understanding of Peatland Hydrology, GSA Denver Annual Meeting (28–31 October 2007), Paper No. 67-5.

11. Glaser, P H, **Siegel, D I**, Chanton, J P, Reeve, A S, Slater, L, Rosenberry, D O,Morin, P J, Carpenter, M, Rhoades, J., Nolan, J,,Parsekian, A,O'Brien, M, Sarkar, S, Corbett, J E, D'Andrilli, J. 2007, A 30 year study of carbon, groundwater, and climate coupling in a large boreal peat basin, Proceedings American Geophysical Union, San Francisco

12. Glaser P. H., D. O. Rosenberry, A. S. Reeve, **D. I. Siegel**, J. P. Chanton, L. D. Slater, X. Comas, J. M. Rhoades, L. Allen, J. Corbett, J. D'Andrilli, M. I. Tfilany, A. Parsekian, J. Nolan, M. Sarkar, M. Gracz, P. J. Morin, 2009, The Red Lake Peatland Observatory (RLPO): A multi-sensor instrument array for monitoring carbon-water dynamics in a large northern peatland, Eos, Vol. 90, Number 52, Fall Meet. Suppl., Abstract B44B-06

13. Glaser, P., Rosenberry, **D I., Siegel,** D.I.,Reeve, A.S., Chanton, J., Slater. L., Burdige, D.,  Cooper. W.T., Comas, X., Rhodes, J. L., 2011, (Abst).The Red Lake Peatland Observators (RLPO): A Multi-sensor instrument array for monitoring carbon-water dynamics in the large northern peatland, 2011 GSA Annual Meeting in Minneapolis (9–12 October 2011) Paper No. 232-9.

14. Glaser, P.; **Siegel, D.I**.; Rosenberry, D.O.; Chanton, J.; Reeve, A.S.; Slater, L.D.; Cooper, W.T.,; Burdige, D.J; Comas, X.; Corbett, J.E.; Tfaily, M.; and Paul J. Morin, 2011 (Abst.), Groundwater-carbon interactions within the Red Lake Peatland of northern Minnesota, American Geophysical Union Annual Meeting, San Francisco, CA , Dec. 5, 2011, B12C-06.

15. Glaser, P.H., Reeve, A.S., **Siegel, D.I.**, Chanton, J., Rosenberry, D.O., Corbett, J.E.,Dasgupta, S., and Z. Levy, 2013, B43G-01. A 40-Year Time Series for Climate-Driven Flow Systems and their Relation to the Methane Production Capacity of the Glacial Lake Agassiz Peatlands (GLAP) In Northern Minnesota, Annual Meeting of American Geophysical Union, San Francisco, CA.

16. Glaser, P.H., Chanton, J., **Siegel, D.I.**, Reeve, A., Corbett, J.E. and D. O. Rosenberry. 2013 Methane pools within the Glacial Lake Agassiz Peatlands (GLAP) and their response to climate change, Paper B24C-05

17. Hummel, S.T., Lautz, L.K., Hoke, G.D. Lu, Z., Leone, J., Zhou, X., and **D. I. Siegel,** 2013, Iodine as a sensitive tracer for deteting influence of organic-rich shale in shallow ground water, Geological Society of American National Meeting, Denver, Colorado.

18. Jin, L., J L Meeks, K A Hubbard, L M Kurian, **D I Siegel**, L K Lautz, M H Otz. 2007,Using Multiple Watershed-scale Dye Tracing Tests to Study Water and Solute Transport in Naturally Obstructed Stream Channels. Proceedings of the American Geophysical Union Annual Meeting, December 10-14, 2007: San Francisco, California: Advances in Ecohydrology: Landscape-Scale Patterns and Processes

19. Jin, Li and **Siegel. D.I.,** 2008, Temporal Geochemical Variations in a Mountain Stream: Expectations to Anomalies, Eos Trans. AGU, 89(53), Fall Meet. Suppl., H11B-0745

20. Kight. M.D., and **D.I. Siegel**, 2011, A protocl to characterize flowback water contamination to shallow waters from shale gas development, NE. Geol. Society of America Meeting, Pittsburgh. Paper 16-7

21. Lautz, L.K.,RM Fanelli, NT Kranes, **DI Siegel**. 2007. Sediment distribution around debris dams: Impacts on streambed hydrology, biogeochemistry and temperature dynamics in small streams (INVITED). Proceedings of the Geological Society of America Annual Meeting, October 28-31, 2007: Denver, Colorado: The Role of Sediments in Hydrology and Hydrogeology: Streams, Springs, Karst Systems, and Hyporheic Zones (Posters).

22. Lautz, L. K., Hoke G. D., Lu, Z., Siegel, D.I., Christian, K., and Kessler, J. , 2014, Fingerprinting sources of salinity to aquifers overlying shale using publically-available background water quality data and multivariate statistical approaches., paper 285-4, Geological Society of American Annual Meeting, Vancouver, Canada.

23. Lautz, L. K., Hoke G. D., Lu, Z., **Siegel, D.I.,** Christian, K., and Kessler, J. , 2014, Fingerprinting sources of salinity in shallow groundwater prior to hydraulic fracturing: Statistical model development and application; 248th American Chemical Society National Meeting, San Francisco, CA, Paper 13740

24. Lautz, L. K., Christian, Kayla, Hoke, Gregory D., **Siegel, Donald I.,** Lu, Zunli and Kessler, J.D., 2016, Development of empirical models of natural methane occurrence in shallow groundwater overlying the Marcellus Shale by using machine learning methods, Geological Society of American National Meeting, Denver, Colorado.

25. Levy, Z., **Siegel, D.I.,,** , 2011, Effects of scale on mineral solute transport in circumboreal peat landforms. NE. Geol. Society of America Meeting, Pittsburgh. Paper 41-1.

10

26. Levy, Zeno F., Kight, Melody D., Mu, Xiangyu[2], **Siegel, Donald I.,** Glaser, Paul H., and Rosenberry, D., 2011 (Abst.) Effects of Scale on Mineral Solute Transport in Circumboreal Peat Landforms, Northeastern and North Central Joint Meeting of Geological Society of America, 20-22 March 2011, paper No. 41-1.

27. Levy, Z., **Siegel. D.I.,** Moucha R., Fiorentino, A., Mills, C., Goldhaber, M.,and D. Rosenberry, 2015, Geoelectrical analysis of sulfurous wetland sediments and weathered glacial till in the prairie pothole region, American Geophysical Union Meeting, San Francisco, Dec. 3-8[th], 2015,  paper H53C-1682.

28. Levy, Z., **Siegel. D.I.,** Moucha R., 2016, Coupling geoelectricial methods with geochemicalmodeling to understand salt cylings in prairie wetlands, NE Geological Society of America Meeting, Albany, New York, March 21-23. Paper No. 16-6

29. Levy, Z.F , **Siegel, D.I.,** Glaser P.H.,  and S. Dasgupta, 2014, Using stable isotopes of water to re-evaluate the recharge/discharge functions of North American bogs and fens, 2014, Geophysical Research Abstracts Vol. 16, European Geophysical Union Annual Meeting, Vienna, Austria.

30. Levy Z. F., Moucha R, Rosenberry D.O., Mushet, D.M., Goldhaber ,M., **Siegel, D.I,.** 2016,  Drought-induced recharge promotes long-term storage of dissolved salinity beneath a prairie wetland, American Geophysical Union Annual Meeting, San Francisco.

31. Mallete, A., and Siegel, D.I. 2011, (Abst.) Teaching Water WQuality ot Youth in a Four-Week Summer Camp Program, northern Dominican Republic, 2011 GSA Annual Meeting in Minneapolis (9–12 October 2011) Paper No. 25-6.

32. McCay, Deanna, H., Lautz, Laura K., Driscoll, Charles T., Kahan, Tara F., Scholtz, Christopher A., Torrance, Donald, Johnson, Chris E., Jumium, Christopher K., **Siegel, Donald I.,** Wilcoxen, Peter J. and Fiorenza, Patrick, 2016, Rethinking STEM Graduate Education for Diverse Career Pathways at the Water-Energy Nexus: Syracuse University's NSF Research Traineeship Program, Geological Society of America Meeting, Denver, Colorado.

33. Mu, Xiangyu, Siegel, Donald I., An, Shuqing, Cai, Ying, Xu, Delin, and Jiang, Hao, 2011 (abst.) Geochemical Analysis of Tributary WEater and Potential Nutrient Sources to Lake Taihu, China, Northeastern and North Central Joint Meeting of Geological Society of America, 20-22 March 2011, paper No. 37-10

34. Mu, Xiangyu, **Siegel. D.I** An, Shuqing, Cai, ., Xu, D., and Jiang, H, 2011, Geochemical analysis of tributary waters and potential nutrient sources to Lake Taihu, China, NE. Geol. Society of America Meeting, Pittsburgh. Paper 37-10.

35. **Siegel, D.I**. 2007, Quantifying Expert Uncertainty: A Conflict in the Making for Hydrogeology, 2007 GSA Denver Annual Meeting (28–31 October 2007)Paper No. 51-2.

36. **Siegel, D.I.** and Otz, M.H.,  2007, The Forgotten Anisotropy: Is There Scale-Dependency for Plume Migration in the Horizontal Plane? 2007 GSA Denver Annual Meeting (28–31 October 2007) Paper No. 51-1.

37. **Siegel, D.I**. Ong, J., Yu, Z., 2009, Geochemical fingerprinting complex contamination to Taihu Lake, Eastern China, Geological Society American Annual Meeting, Portland OR, Paper No. 252-5

38. **Siegel, D.I., 2011**, (Abst.) The Fundamental questions govering water sustainability and the human condition, 2011 GSA Annual Meeting in Minneapolis (9–12 October 2011) Paper No. 269-7

39. **Siegel, D.I. 2011**, (Abst) Tom Winter's Influence on the Modern Understanding of Wetland Hydrodynamics,  2011 GSA Annual Meeting in Minneapolis (9–12 October 2011) Paper No. 157-7

40. **Siegel, D.I., 2013**, Pseudoscience and the Shale-Gas Debate in New York, The SciTech Lawyer, Fall 2013, p. 20-22.  Anderson, M. and D. I. Siegel, 2013, Seminal advances in hydrogeology, 1963 to 2013: The O.E. Meinzer Award legacy, GSA Special Papers 2013, v. 500, p. 463-500 .

41. **Siegel D.I**., Otz, M.H., and I. Otz, 2013, H33K-02. Black Swans and the Effectiveness of Remediating Groundwater Contamination, Annual Meeting of American Geophysical Union, San Francisco, CA.

42. **Siegel, D.I**., Smith, B., Hollingsworth, M., Perry, E., Bothun, R/ Whisman, C., ardrop. R.T., and D. Good, 2013,, The prevalence of methane, salinity and trae metals in shallow ground water consumed in northeastern Pennsylvania and southwestern Pennsylvania, northern West Virginia, and Eastern Ohio: implifations for regulatory assessment of background water quality, Annual Meeting of the Geologial Society of America, Denver, CO, Paper No 22-8.

43. **Siegel, D.I.** , Smith, B., Hollingsworth, M., Perry, E. BOthun, R., Whisman. C. Eardrop, T. and D. Good. 2014, The False Positive Problem and The Prevalence of Methane and Solutes in Shallow Ground Water Consumed in Pennsylvania West Virginia, and Ohio, April 8, 2014 AAPG Annual Convention and Exhibition, Houston, TX.

44. **Siegel, D.I.** and B. Smith, 2015, The Natural Controls Over the Water Quality of Potable Ground Water in the Appalachian  Basin Overlying Deep Marcellus and Utica Shale Gas Development: A Review of the Cheapeake Energy  Corporation Water Quality Dataset, 2015 GSA Annual Meeting in Baltimore, Maryland, USA (1-4 November 2015), Paper No. 275-5

45. **Siegel, D.I.,** 2015, Shooting the Messenger: How the Opposition to Fracking Now Deals with Scientific Facts, 2015 GSA Annual Meeting in Baltimore, Maryland, USA (1-4 November 2015)Paper No. 61-6, Invited.

46. **Siegel, D.I.,** 2015, Background Exposure to Metals and Methane In Groundwater Overlying Marcellus Shale Gas Exploitation: Seminal Results from Chesapeake Energy Corporations Massive Pre-drilling Data Set,Paper W2-H.2, Society for Risk Analysis Annual Meeting 2015, Arlington, VA,

47. Spradlin, J., Fiorentino, A.J., and **D.I. Siegel**., 2014,Trace metal characterization andion exchange capacity of Devonian to Pennsylvanian age bedrock in New York and Pennsylvania in relation to drinking water quality. Paper H11A-0842, American Geophysical Union Fall Meeting, San Francisco.

**EXPERT TESTIMONY IN PAST FIVE YEARS (Trial and Adjucatory Hearings)**

State of New York, County of Cayuga, Supreme Court, Doris Baity, et. al. Plaintiffs versus General Electric, Auburn NY, April-May 2012. Contact:

> Mr. Steven Schwarz, Senior Partner
> *Faraci & Lange*
> Two State Street
> 400 Crossroads Building
> Rochester, New York 14614

Appendix B

# Appendix B

## Documents Reviewed by IES

| Documents provided by Langrock, Sperry & Wool LLP |
|---|
| 1990-06-08  AP-90-007 Permit Conditions |
| 1990-05-01  AP-90-007 Technical Analysis of an Air Contaminant Source |
| 1992-08-07  AP-90-007x Denial Letter |
| 1993-06-27  AP-90-007a Permit Conditions |
| 1993-05-25  AP-90-007a Technical Analysis of an Air Contaminant Source |
| 1996-03-19  AP-90-007b Amended Air Pollution Control Permit |
| 1996-03-18  AP-90-007b Technical Analysis of an Air Contaminant Source |
| 1996-04-10  Chemfab Application for Air Pollution Control Permit |
| 1996-05-28  AP-90-007c Amended Air Pollution Control Permit |
| 1998-11-24  AP-90-007d Air Pollution Control Permit to Construct |
| 1998-11-24  AP-90-007d Technical Analysis of an Air Contaminant Source for a Permit to Construct |
| 2000-08-29  AP-90-007e Air Pollution Control Permit to Construct |
| 2000-08-29  AP-90-007e Technical Analysis of an Air Contaminant Source for a Permit to Construct |
| 1976-07-08 Invoice Newton Assoc. |
| 1977-11-15 Invoice Renovations |
| 1977-12-16 Invoice Renovations #2 |
| 1977-1978 Invoice Additions |
| 1977-1980 Invoices |
| 1978-01-03 Ltr Invoice Approval |
| 1978-02-23 Ltr Abatar Tower 4 Rcvd |
| 1978-03-01 Ltr Plumbing Wash Sink |
| 1978-04-25 Ltr of Progress |
| 1978-04-27 Ltr State Wash Sink App (Land use Permit) |
| 1978-05-05 Ltr of Inspection |
| 1978-06-27 Ltr Inspection Report |
| 1978-10-18 Air Pollution Letter |
| 1978-1979 Invoice Additions |
| 1979-09-07 Ltr Price of Fluon PTFE |
| 1979-1980 3rd qtr Invoices |
| 1980-01-18 Water Supply Study 005 |
| 1980-05-21 Memo Smoke |
| 1980-05-22 Invoices |
| 1981-04-22 Ltr Evaluation of Odor |
| 1982-03-09 Memo Toxic Hazard |
| 1982-05-06 Tower Report |
| 1984 Chemfab Odor Survey |

| |
|---|
| 1984-10-16 Notice of Decision |
| 1985-02-28 Memo Odors in NB |
| 1985-08-23 Lightweight Tower List |
| 1985-08-23 Tower Design Plans |
| 1985-08-23 Tower Design Questions |
| 1985-11-26 APC memo re complaints and corrective actions |
| 1985-12-24 Memo Head Count |
| 1986-01-12 Ltr Overdue Invoice |
| 1986-01-13 Memo Staff Meeting |
| 1986-05-15 Ltr Comments Received |
| 1986-7-17 Complaint re vents in wall |
| 1986-09-26 Handwritten Notes |
| 1986-10-09 Ltr Meeting 10.17 |
| 1986-10-15 NBVT Problem |
| 1986-10-22 Ltr Odor Testing |
| 1986-10-23 Chemfab to APCD re testing |
| 1986-10-23 Fax Env1 Supplement |
| 1986-10-27 Chemfab Supplemental Phase I Test Report |
| 1986-10-30 Chemfab roof penetrations |
| 1986-11-3 Chemfab odor reduction measures |
| 1986-11-13 Ltr Visit to Alliance |
| 1986-12-17 Solvents used by other companies in building |
| 1986-12-23 Sam's Memo |
| 1986-12-29 process materials |
| 1987-01-13 Action Status Report |
| 1987-01-28 #2 |
| 1987-04-14 Fax Cover |
| 1987-04-14 Memo Hazard Awareness |
| 1987-06-03 Memo Alliance Report |
| 1987-06-19 Chemfab Odor Impact Evaluation |
| 1987-06-19 Chemfab VOC Test Report |
| 1987-07-23 Ltr Overdue Invoice |
| 1987-7-20 APCD to Chemfab problems with testing |
| 1987-8-18 APCD memo questions re testing |
| 1987-8-26 Odor related to processes |
| 1987-09-02 Fax Abator Data |
| 1987-09-23 Ltr Overdue Invoice |
| 1987-9-9 Chemfab to APCD abator and process info |
| 1987-9-9 Chemfab to APCD emission points |
| 1987-12-30 APCD to Chemfab Modeling |
| 1988-1-20 APCD toxic air contaminant study |
| 1988-02-25 Memo Emissions Data |
| 1988-11-2 Chemfab odor reduction plan |
| 1990-1-19 Chemfab status report |
| 1992-05-04 Chemfab VOC Test Report |
| 1992-5-1 Chemfab variance request for new tower |

| |
|---|
| 1992-6-19 Chemfab variance request with emissions data |
| 1992-8-7 APCD Permit denial basis |
| 1992-9-16 tower replacement |
| 1993-5-3 Chemfab air permit application |
| 1993-6-24 Chemfab process changes |
| 1995-12-28 Chemfab no abater proposal |
| 1997-1-23 Chemfab abator situation |
| 1997-1-23 Chemfab permit application |
| 1997-3-19 APCD memo re PTFE fumes |
| 1997-3-21 NY Letter re PFOA from Taconics |
| 1997-06-05 Chemfab odor complaint crono memo exhibitA |
| 1997-10-6 Chemfab variance granted |
| 1997-12-5 Chemfab process changes |
| 1998-2-12 Inspection with visible emissions violations |
| 1998-08-26 Chemfab TowerP Test Report |
| 1998-08-31 Chemfab TowersAP Test Report |
| 1998-09-17 Chemfab Test Review Memo |
| 1998-9-17 APCD Memo re stack testing |
| 1998-10-2 Emissions from heat cleaning operation |
| 1998-11-16 Chemfab process changes |
| 1999-1-6 Chemfab fire in stack |
| 1999-1-8 APCD fire in stack |
| 1999-2-19 APCD inspection fire on roof, liquid on roof |
| 1999-4-13 APCD inspection with smoke |
| 1999-4-23 APCD review of air toxics testing |
| 1999-5-11 process changes |
| 1999-8-30 Chemfab summary of stack tests |
| 1999-09-03 Chemfab TowerR Test Report |
| 1999-09-14 Chemfab Tower R test review |
| 1999-9-20 APCD review of stack testing mentions PFOA |
| 1999-11-3 APCD inspection--roof deposits |
| 1999-11-15 process changes |
| 2000-1-17 Chemfab tower and abater data |
| 2000-05-05 Chemfab inspection |
| 2000-9-5 Chemfab history of abaters |
| 2000-12-5 Chemfabs emissions tests catalysts |
| 2001 APCD facility fact sheet |
| 2002-3-15 APCD inspection |
| 2002-3-15 APCD termination of permits |
| Charter Objectives |
| Company Dept. Flow Chart |
| John Williams II |
| Memo Protective Eye Wear |
| Polymer Fume Fever |
| Question for 2nd Generation Tower |
| Source Test of Glass-Fiber Teflon |

| Summary of Results |
|---|
| 1974-1975 Machine & Equipment Invoices |
| 1977-09-07 Pollution Abatement Coating Tower Exhaust |
| 1978-01-03 Ltr Invoice Approval Hand Written |
| 1978-02-21 Ltr Senate Labor Reform Act |
| 1978-05-31 Ltr Project almost complete |
| 1978-06-02 Hand Wrtn Ltr Cert Date Intrm Rpt |
| 1978-06-02 Ltr Cert Date Interium Report |
| 1979-12-21 Ltr Teflon Coating Food Process |
| 1981-11-03 Air Pollution Control Regulations |
| 1984 General Ledger Fiscal Backups |
| 1984-09-24 Memo Meeting Vermont Environmental |
| 1984-09-27 Ltr Proposed Modifications |
| 1984-09-28 Approval of Invoice Fume Capture Odor Abatement |
| 1984-09-28 Memo Hazardous Air Contaminent Guidelines |
| 1984-10-16 Notice of Public Hearing |
| 1985-06-14 Memo AIV Emittant Survey |
| 1985-06-26 Memo Site Employee Summary Appendix |
| 1985-07-17 Minutes of Decomposition |
| 1985-08-21 Ltr Price Breakdown of Quotation |
| 1985-09-09 Ltr Mid-Weight Tower Design |
| 1985-09-09 Ltr Stack Sampling Meeting |
| 1985-09-10 Ltr Lightweight Tower Design Group |
| 1985-09-19 Ltr Safety Committee Meeting |
| 1985-12-27 Memo Site Employee Summary |
| 1986-01-24 Ltr request explaination |
| 1986-01-29 Ltr Meeting Test Results |
| 1986-01-29 Ltr Organic Compounds Omitted (143) |
| 1986-01-29 Ltr Sample Collection Explination |
| 1986-01-29 Ltr Sample collection notes |
| 1986-07-28 Ltr Materials Source Testing |
| 1986-08-27 Telephone Record Environment One Report |
| 1986-09-22 Ltr Tlecon Jerry Di Vincenzo |
| 1986-10-03 Ltr Inclusion in Final Report |
| 1986-10-07 Ltr unacceptable report |
| 1986-10-13 Telephone Record Adirondack Environmental |
| 1986-01-29 Ltr Sample Collection Explination |
| 1986-01-29 Ltr Sample collection notes |
| 1986-07-28 Ltr Materials Source Testing |
| 1986-08-27 Telephone Record Environment One Report |
| 1986-09-22 Ltr Tlecon Jerry Di Vincenzo |
| 1986-10-03 Ltr Inclusion in Final Report |
| 1986-10-07 Ltr unacceptable report |
| 1986-10-13 Telephone Record Adirondack Environmental |
| 1986-10-14 Ltr residue on vehicles |
| 1986-10-15 Telephone Record Labs for Testing |

| |
|---|
| 1986-10-23 Ltr Odor Control Problems |
| 1986-10-27 Telephone Record Odor Problems |
| 1986-11-18 Ltr Invoice Negotiations |
| 1986-12-15 Memo Meeting with Alliance |
| 1987-01-06 Revised Air Toxics Admissions Testing |
| 1987-01-12 Memo Emissions Testing Program |
| 1987-01-15 Telephone Record Emissions Testing |
| 1987-01-28 More Comments NBVT Odor |
| 1987-01-28 Telephone Record Emissions Testing |
| 1987-01-28 Tenative Schedule for Admission Testing |
| 1987-01-29 Telephone Record Saline Testing |
| 1987-02-11 Telephone Record NBVT Testing |
| 1987-03-12 Telephone Record Stack Testing Odor Study |
| 1987-03-19 Memo Emissions Testing Material |
| 1987-03-19 Memo Stack Temperature Report |
| 1987-04-13 Draft of Preliminary Data |
| 1987-06-10 Telephone Record NBVT Odor |
| 1987-06-20 Memo Final TRC Odor Impact Study |
| 1987-09-23 Ltr Overdue Invoice Handwritten |
| 1988-12-13 Memo Coating of Logo fabrics |
| Air Pollution Control State of Vermont |
| Issues for Proposed Gas Section of Tower |
| Supplemental Report to Final Report Source Test |
| **Documents Downloaded from Vermont DEC Online Database** |
| 1997-06-19 Chemfab Odor Impact Evaluation |
| 2000 Air Permit |
| 2016.03.22.McArdle.Records.Request |
| 2016-03-07 ChemFab - VPR Historic Complaint Inquiry |
| AQCD Complaint Map(s)03.08.2016_RE ChemFab- |
| Chemfab Complaints |
| Cody Holyoke - reporter contact info for air figures |
| Kim.Greenwood@vermont.gov_03.09.2016_Fwd Saint Gobain Hand drawn Map - by Former Manager |
| Linda.Elliott@vermont.gov_03.15.2016_FW Landfills and Pownal Tannery Update |
| PFC-NoBenn-Surface-Soil-Results |
| PFOA_HealthFacts02_26_16 |
| SurfaceWaterSed-Results-Sheet |
| Sampling Pownal March 2016 |
| PFC-NoBenn-Surface-Soil-Results |
| SurfaceWaterSed-Results-Sheet |
| Haz Waste Documentation |
| aquifers near Bennington 2 |
| aquifers near Bennington |
| 3D perspective of N Benn |
| Surficial Thickness Blow up Bennington |
| Surficial Thickness Map of VT |
| N Bennington Bdrx Outcrop at red dots |

| |
|---|
| Quarries and Glacial Features |
| Wells Near Benn Overburden Thickness |
| Wells Near Benn Total Well Depth |
| Wells Near Benn Static Water |
| Private Wells Near N Bennington Vermont 04 2017 |
| Vermont ANR AERMOD MAP of Bennington_Wells_AERMOD_2016_12_02.jpg |
| Table of CT Male Soil Results |
| VT ANR email identifying complaint spreadsheet 060617 |
| possible other sources of PFOA fr VT web database |
| ChemFab Well Details_Redacted |
| Area of Interest 3-17 - V5 |
| Area-of-Interest-No-Bennington |
| SurfaceWaterSed-Results-Sheet |
| ALL Vermont Private_Wells Database 04 2017 |
| Files Downloaded from the following VTDEC Database [Saint Gobain N. Benn.] folders: Email correspondence, historical records, program files & sample results. Available at: https://anrweb.vt.gov/DEC/_DEC/PFOADocs.aspx |
| *Additional Documents Received under a Confidentiality Agreement |
| **Technical References Downloaded and Reviewed by IES** |
| Bennington Windrose_2006 |
| Contributions to the Hydrology of the Eastern United States; Vermont- Sources of Water of Towns by George H. Perkins_ |
| Estimating PFOA Release to Danube River Model by C. Lindim, et. al._2015 |
| Recent methodology developments in soil fluorine analysis by P. Jeyakumar and C.W.N. Anderson_2016 |
| Evaluation of the fluoride retardation factor in unsaturated and undisturbed soils columns by Louis Begin, et. al. _2003 |
| Multiple Unit Fusion Rack by Marranzino and Wood_1956 |
| Geology of Bennington Area by John A. MacFadyen_1956 |
| Groundwater Favorability map Walloomsac River_1966 |
| Hydrogeology of Bennington and Shaftsbury Area by Matthew R. Jerris_1992 |
| Excel list of all articles on PFOA in PubMed database |
| Method 9056A Flourine Fluoride in Solid Soil_2007 |
| Perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in soils and groundwater of a U.S. metropolitan area by Feng Xiao, et. al._2014 |
| PubChem MSDS for Perfluorooctanoic Acid_2017 |
| PFOS and PFOA in cereals and fish: Development and validation of a high-performance liquid chromatography-tandem mass spectrometry method by V. Ciccotelli, et. al._2016 |
| Heat-activated persulfate oxidation of PFOA under conditions suitable for in-situ groundwater remediation by Saerom Park, et. al._2016 |
| Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acidd (PFOS) in surface waters, sediments, soils and wastewater – A review on concentrations and distribution coefficients by P. Zareitalabad, et. al._2013 |
| PFOA TOXNET HSBD_2016 |
| The Mobility of Flouride in Soils by W.E. Pickering_1985 |
| Pleistocene Geology of the Bennington Area by William W. Shilts_1966 |
| Pub Chem Chemistry Database: Properties Perfluorobutanesulfanate |

| |
|---|
| Pub Chem Chemistry Database: Properties Perfluorodecanoic Acid |
| Pub Chem Chemistry Database: Properties Perfluorododecanoic acid |
| Pub Chem Chemistry Database: Properties Perfluoroheptanoic acid |
| Pub Chem Chemistry Database: Properties Perfluorohexanesulfonic acid |
| Pub Chem Chemistry Database: Properties Perfluorohexanoic acid |
| Pub Chem Chemistry Database: Properties Perfluorooctanesulfonic acid PFOS |
| Pub Chem Chemistry Database: Properties PERFLUOROOCTANOIC ACID PFOA |
| Pub Chem Chemistry Database: Properties Perfluorotetradecanoic acid |
| Pub Chem Chemistry Database: Properties Perfluorotridecanoic acid |
| Pub Chem Chemistry Database: Properties Perfluoroundecanoic acid |
| Properties of PFOA - Wikipedia |
| Properties of PFOS- Wikipedia |
| A rapid method for the determination of fluoride in rocks and solids, using an ion-selective electrode by Walter H. Ficklin_1970 |
| Contamination risk of raw drinking water caused by PFOA sources along a river reach in south-western Finland by Maiju Happonen, et. al._2016. |
| Surficial Geology Maps of the Bennington Area, Vermont by David J. DeSimone, PhD_2017 |
| Simulation of flow of Advective Transport by M. Anderson, et. al._2015 |
| Conceptual modeling of PFOA Fate and Transport by Barr Engingeering_2017 |
| Soil Survey of Bennington County Vermont_2006 |
| Sonochemical degradation of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in landfill groundwater: environmental matrix effects by R.H. Flynn and G.D. Tasker_2004 |
| Groundwater by R.A. Freezen and J.A. Cherry_1979 |
| An Exercise in Ground-water Model Calibration and Prediction by D.L. Freyberg_1988 |
| Hydrogeology of the Bennington and Shaftsbury area by R.M Jerris and D.J. DeSimone_1992 |
| Preliminary Potentiometric Surface (Static Water Level) Contours for the Bedrock Aquifer in the Bennington Area, Vermont by J. Kim and C. Dowey_2017 |
| Vermont Geological Survey Open-File Report 2017-3D 06-02-17 |
| Preferential flow occurs in unsaturated conditions by C.T. Male Associates_2016 |
| Moving beyond heterogeneity and process complexity: A new vision for watershed hydrology by J.J. McDonnell, et. al._2007 |
| Sorption behavior of perfluoroalkyl substances in soils by J. Milinovic, et. al._2015 |
| Verification, validation, and confirmation of numerical models in the earth sciences by N. Oreskes, et. al._1994 |
| The applicability of numerical models to adequately characterize ground-water flow in karstic and other triple-porosity aquifers by J.F. Quinlan, et. al._1996 |
| Can we simulate regional groundwater flow in a karst system using equivalent porous media models? Case study, Barton Springs Edwards aquifer, USA by Scanlon, B.R., et. al._2003 |
| Reductionist hydrogeology: ten fundamental principles by Don Siegel_2008 |
| On the effectiveness of remediating groundwater contamination: Waiting for the black swan by Don Siegel_2014 |
| Geochemistry of the Cambrian-Ordovician aquifer system in the northern Midwest US by Don Siegel_1989 |
| Simulated three-dimensional ground-water flow in the Lockport Group, a fractured-dolomite aquifer near Niagara Falls by R.M. Yager_1996 |
| Simulated transport and biodegradation of chlorinated ethenes in a fractured dolomite aquifer near Niagara Falls by R.M. Yager_2002 |

| |
|---|
| Groundwater modeling fantasies - Part 1, adrift in the details by Cl Voss_2011 |
| Groundwater modeling fantasies - Part 2, down to earth by Cl Voss_2011 |
| Adsorption of perfluorooctanesulfonate (PFOS) and perfluorooctanoate (PFOA) on alumina: influence of solution pH and cations by F. Wang and K. Shih_2011 |
| SWB-A modified Thornthwaite-Mather Soil-Water-Balance code for estimating groundwater recharge by S.M. Westenbroek, et. al._2010 |