

# PFOA Blood Testing and Exposure Assessment • Summary of Results

Harry Chen, MD, Commissioner of Health • January 26, 2017

VERMONT
DEPARTMENT OF HEALTH

Exhibit 039

# Blood Testing Goals

- ☐ Make sure no additional actions were needed to prevent continued exposure

- ☐ Better understand how people in the Bennington community were exposed to PFOA

- ☐ Provide community members with their PFOA blood level and how it compares to background levels in the U.S. population

Vermont Department of Health

# Blood Testing Eligibility

Who was eligible?

Anyone who –

- had their well water tested by DEC -or-
- lived in one of those homes in past 8 years
- lives, lived, works or worked at Chemfab

Vermont Department of Health



# Study Results: PFOA in Water



Vermont Department of Health

# Study Results: PFOA in Blood



PFOA blood results for people tested in the Bennington Investigation



U.S. Average/95th Percentile = 2.1 μg/L / < 5.7 μg/L
Bennington Average/95th Percentile = 10.0 μg/L / 158.8 μg/L

# Study Results: PFOA in Blood



Average PFOA Levels in Blood (µg/L)

- Portsmouth, NH: 3.1
- Bennington, VT: 10.1
- East Metro, MN: 15.4
- Decatur, AL: 16.3
- Hoosick Falls, NY: 23.5
- C8 Study (OH and WV): 32.9

Vermont Department of Health

# Study Results: Men and Women

PFOA concentrations in blood were higher among

□ Men (13 μg/L) compared to Women (8.8 μg/L).

□ Among women, those age 60+ had higher levels (13 μg/L), compared to women 18-59 years old (6.9 μg/L).

Vermont Department of Health

# Study Results: Private Drinking Water

PFOA Concentrations in Water

**Strongly Correlated** with PFOA levels in blood.

Cumulative exposure to PFOA in Water =

PFOA concentration in water x years at residence

x average daily consumption of unfiltered water

**Strongly Correlated** with PFOA levels in blood.

Vermont Department of Health

# Other Study Findings: Chemfab, Produce

**Living or working at Chemfab –**
People who lived/worked at Chemfab after 2002 =
Average PFOA level in blood: 2.8 µg/L

**Local fruit & vegetable consumption –**
People who often ate produce grown in the area =
association went away for those with low levels of PFOA
in their well water. Consuming contaminated drinking
water was likely responsible for the original association.

Vermont Department of Health

# Study Results: Occupational Exposure



Average PFOA Levels in Blood (µg/L)

Vermont Department of Health

# What is Association vs. Causation?

## Association (or Correlation)

Indicates there is a link or connection between two or more factors. In health (epidemiology) terms, it means there is a relationship between exposure and disease. Association:

- Suggests that the exposure *may* cause or contribute to the disease, but does *not* mean the exposure is a proven cause of the disease.

- More study is needed.

## Causation

Suggests there is a true pathway that leads from exposure to disease. This is based on a strong association and other factors. Causation:

- Means that an event or condition plays a role in *causing* a disease to occur.

- Causation can only be concluded when a number of valid scientific studies have determined the same relationship between an exposure and a disease.

# C8 Science Panel

# www.c8sciencepanel.org



## C8 Science Panel

**Home**

- The Science Panel
- Panel Members
- C8 Probable Link Reports
- C8 Science Panel Studies
- C8 Study Publications
- C8 Health Project
- Newsletter Archive
- Links
- Contact

### Home

### The Science Panel Website

During 2005-2013, the C8 Science Panel carried out exposure and health studies in the Mid-Ohio Valley communities, which had been potentially affected by the releases of PFOA (or C8) emitted since the 1950s from the Washington Works plant in Parkersburg, West Virginia. They then assessed the links between C8 exposure and a number of diseases. The C8 Science Panel has completed its work and no longer exists; this website summarizes the results.

The Science Panel consisted of three epidemiologists: Tony Fletcher, David Savitz, and Kyle Steenland, who were chosen jointly by the parties to the legal settlement of a case between plaintiffs and DuPont regarding releases of C8 from the plant. The Panel, its research programme, and links to other sources of information can be found via the links on the left.

The main conclusions are in the form of Probable Link reports which summarize in each case whether the Science Panel found or did not find a link between exposure and disease. The detailed science behind the summaries in the Probable Link reports is published in articles in scientific journals. Many articles have been published and a few more are still in the process of publication. Follow the links at the left. For six disease categories, the Science Panel concluded that there was a Probable Link to C8 exposure: diagnosed high cholesterol, ulcerative colitis, thyroid disease, testicular cancer, kidney cancer, and pregnancy-induced hypertension.

Last updated January 04, 2017

back to top





# Health Effects Associated with PFOA

- ❑ Increased blood lipids, uric acid, liver enzymes
- ❑ Decreased immune response
- ❑ Pregnancy-induced hypertension
- ❑ Decreased birth weight
- ❑ Thyroid disease
- ❑ Testicular and kidney cancer



**C8 Science Panel**
www.c8sciencepanel.org

**ATSDR** Agency for Toxic Substances and Disease Registry

# Statistical Limitations of Vermont Study

□ Statistical power

□ Small numbers – 472 total

□ The fact that no association was detected with some health outcomes in the study of the Bennington / North Bennington community does not rule out the possibility that an association exists.

Vermont Department of Health

# Vermont Study Results: Health Outcomes

- Being treated for high blood pressure

- High blood pressure during pregnancy

- High cholesterol

Vermont Department of Health

# Information for Health Care Providers

Health Department –

☐ Sent four health advisories to health care providers

▪ including ATSDR information

☐ More information, clinical guidance and links to resources for health professionals on our website: www.healthvermont.gov/response/environmental

Vermont Department of Health

# PFOA Half-life



Examples of half life for PFOA in blood

PFOA in blood (ug/L)

Number of years



Half-life of PFOA – Germany

**Change in PFOA Blood Level Over Time**
Arnsberg, Germany Biomonitoring Participants

Brede et al., 2010 IJEH

- 2006 average
- 2008 average

Children: 23.4 / 13.2
Mothers: 23.6 / 13.3
Men: 30.3 / 21.7

PFOA Blood Level (µg/L)

# Vermont Study Results: Key Points

☐ Primary exposure pathway confirmed: contaminated drinking water.

☐ Associations were found that reflect findings from larger studies.

☐ The blood test cannot tell if a condition you have was caused by PFOA, or if you will have an adverse health outcome in the future.

☐ Levels decrease by half every ~3 years.

Vermont Department of Health

# Health Department Recommendations

☐ Do not use water for drinking, preparing food, cooking, brushing teeth, watering gardens or any other manner of ingestion if PFOA is > 20 ppt.

☐ If you have health concerns consult with your health care provider. There are actions you can take.

Future blood testing clinic planned for eligible people who have not already had their blood tested.

Vermont Department of Health

**Thank you –**

blood draw participants

Southwestern Vermont Medical Center

CDC/ATSDR

Vermont Medical Reserve Corps volunteers

Bennington College

**Questions?**

Environmental Health Division 800-439-8550

healthvermont.gov/response/environmental

