# EXHIBIT 2

1              UNITED STATES DISTRICT COURT
                  DISTRICT OF VERMONT
2

3

    JAMES D. SULLIVAN, et   )
4   al., individually, and  )
    on behalf of a Class of  )
5   persons similarly        )
    situated,                )   Civil Action No.
6                            )   5:16-cv-00125
             Plaintiffs,     )
7                            )
       vs.                   )
8                            )
    SAINT-GOBAIN             )
9   PERFORMANCE PLASTICS     )
    CORPORATION,             )
10                           )
             Defendant.      )
11

12

13           VIDEOTAPED DEPOSITION OF LESLIE ADDISON,
14      taken pursuant to notice before Beth Gaige,
15      Registered Professional Reporter, at the
16      offices of BarrSternberg Moss Silver & Munson,
17      P.C. 507 Main Street, Bennington, VT, on
18      April 13, 2018, commencing at 9:33 a.m.
19

20

21

22

23

24

25

```
                                          Page 2
 1               A P P E A R A N C E S
 2
 3       FOR THE PLAINTIFFS:
 4           EMILY J. JOSELSON, ESQ.
             Langrock Sperry & Wool, L.L.P.
 5           111 S. Pleasant Street
             Middlebury, VT 05753
 6           Phone:  802.388.6356
             E-mail:  Ejoselson@langrock.com
 7
 8           DAVID F. SILVER, ESQ.
             Barr Sternberg Moss Silver & Munson, P.C.
 9           507 Main Street
             Bennington, VT 05201
10           Phone:  802.442.6341
             E-mail:  Dsilver@barrsternberg.com
11
12       FOR THE DEFENDANT:
13           MARINA SCHWARZ, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
14           51 Madison Avenue
             New York, NY 10010
15           Phone:  212.849.7000
             E-mail:  Marinaschwarz@quinnemanuel.com
16
17           NATHAN WILLIAMS, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
18           51 Madison Avenue
             New York, NY 10010
19           Phone:  212.849.7000
             E-mail: Nathanwilliams@quinnemanuel.com
20
21
22
23
24
25
```

                                                    Page 3

1                              INDEX
2      WITNESS:  LESLIE ADDISON
3        Direct Examination by Ms. Schwarz              5
         Cross-Examination by Ms. Joselson            180
4
5
6
7
8

                        E X H I B I T S
9
       Exhibit No.     Exhibit Description          Page
10
       Exhibit 1  Declaration                          63
11
       Exhibit 2  Written notes from testimony         75
12                 provided to the Vermont Senate of
                   Natural Resource and Energy
13                 Committee
14     Exhibit 3  Third Amended Complaint - Class      89
                   Action
15
       Exhibit 4  E-mail chain with subject:  Info     96
16                 on Toxics Action Center & how we
                   can help
17
       Exhibit 5  Interrogatories                     113
18
       Exhibit 6  Appraisal of Real Property dated    123
19                 February 9, 2010
20     Exhibit 7  Appraisal of Real Property as of    126
                   3/21/2012
21
       Exhibit 8  Tax Bill - 2/13/2017                128
22
       Exhibit 9  Supplemental Disclosures of Merit   131
23                 Issues
24
25

                                              Page 4

1                          STIPULATION

2              (It is hereby agreed by and between the

3         parties that signature is not waived.)

4                 - - - - - - - - - -

5              THE VIDEOGRAPHER:  We are now on the

6         record.  Please note that the microphones are

7         sensitive and may pick up whispering and

8         private conversations.  Please turn off all

9         cell phones or place them away from the

10        microphones as they can interfere with the

11        deposition audio.  Recording will continue

12        until all parties agree to go off the record.

13             My name is Edward Roy, representing

14        Veritext.  The date today is April 13th, 2018.

15        The time is now approximately 9:33 a.m.

16             This deposition is being held at

17        BarrSternberg Moss Silver & Munson, P.C.,

18        located at 507 Main Street, Bennington,

19        Vermont, and is being taken by counsel for the

20        defendant.

21             The caption of the case is James D.

22        Sullivan, et al, individually and on behalf of

23        a class of persons similarly situated,

24        Plaintiffs, versus Saint-Gobain Performance

25        Plastics Corporation, Defendant.

                                                              Page 5

1            This case is filed in the United States

2       District Court, District of Vermont, Civil

3       Action No. 5:16-CV-00125.  The name of the

4       witness is Leslie Addison.

5            At this time the attorneys present in the

6       room and attending remotely will identify

7       themselves and the parties they represent.

8            MS. SCHWARZ:  Marina Schwarz for

9       Saint-Gobain Performance Plastics.

10           MR. WILLIAMS:  Nathan Williams for

11      Saint-Gobain Performance Plastics.

12           MR. SILVER:  David F. Silver for the

13      plaintiff.

14           MS. JOSELSON:  Emily Joselson for the

15      plaintiff.

16           THE VIDEOGRAPHER:  Will Attorney David

17      Silver, representing BarrSternberg Law, please

18      swear in the witness and we can proceed.

19           (The Witness was administered the oath.)

20      LESLIE ADDISON, having been duly sworn by the

21      Notary Public, was examined and testified as

22      follows:

23                      DIRECT EXAMINATION

24      BY MS. SCHWARZ:

25      Q.  Good morning, Miss Addison.

```
                                            Page 6
 1     A.   Hello.
 2     Q.   And I know we introduced ourselves off the
 3          record briefly, but if you could, could you
 4          please state your name for the record?
 5     A.   Leslie Addison.
 6     Q.   And have you ever been deposed before?
 7     A.   I have.
 8     Q.   When was that?
 9     A.   About 20 years ago.
10     Q.   Miss Addison, my name is Marina Schwarz, and I
11          represent the Defendant Saint-Gobain in this
12          litigation.
13               Do you understand that?
14     A.   (Nod)
15     Q.   And I'm sure your attorneys went over some of
16          the basic ground rules, but if -- if you could
17          bear with me I'd like to go through a few of
18          them with you.
19     A.   Okay.
20     Q.   Okay.  So there's going to be times where
21          you're going to know exactly where I'm headed
22          with my questions, and it's just natural to
23          want to kind of provide the answer before I'm
24          done; but if you could wait until I finish my
25          question before answering, I think that would
```

```
 1        be helpful for the court reporter here.
 2             Does that make sense to you?
 3   A.   Yes.
 4   Q.   Great.  And if you don't understand a question
 5        I've asked, please just let me know, and I can
 6        clarify it.
 7   A.   Okay.
 8   Q.   If you don't let me know, I'm going to go
 9        ahead and assume that you did understand it.
10             Is that fair?
11   A.   Yes.
12   Q.   Okay.  And, like I said, we have a court
13        reporter here taking down everything that
14        we're saying, so it's very important to give
15        verbal responses.  So try not to shake your
16        head, say mm-hmm or uh-uh and that would -- I
17        will try to do the same.  Okay?
18   A.   Okay.
19   Q.   And then finally, we might get into some
20        personal or sensitive sort of areas due to the
21        nature of the litigation.  It's not my
22        intention at all to make you feel
23        uncomfortable or embarrassed in any way.  If
24        you do, just let me know, and I'll see if we
25        can't work through it.  Okay?
```

Page 8

1    A.   Okay.

2    Q.   You mentioned you were deposed 20 years ago;

3         is that right?

4    A.   Yes.

5    Q.   And what was the nature of the -- was it --

6         was it in a litigation?

7    A.   I don't know -- I don't know, but it was a

8         lawsuit involving a boss that I had at the

9         time who was engaging in a lawsuit against the

10        company I worked for.

11   Q.   What company was that?

12   A.   Northeast Career Planning.

13   Q.   And did you testify at a -- at trial?

14   A.   I was deposed.

15   Q.   And were you there on behalf of the company

16        that you were working for?

17   A.   I was asked to be there because I worked for

18        the company.

19   Q.   Okay.

20   A.   If that's what you mean.

21   Q.   Yes.  And was it an employment action?

22   A.   Yes.

23   Q.   Okay.  Miss Addison, did you do anything to

24        prepare for today's deposition?

25   A.   I've had conversations with my attorneys to

Page 9

```
 1          become familiar with the process.
 2    Q.    And I absolutely do not want to know anything
 3          that you discussed with your attorneys.
 4          That's privileged information.
 5               But can you tell me, did you review any
 6          documents to prepare for today?
 7    A.    I had meetings with my attorneys, and that's
 8          where I prepared for the deposition.
 9    Q.    Do you recall reviewing any -- any documents?
10    A.    Yes.
11    Q.    And in general what categories of documents
12          did you review?
13    A.    They were documents that were supplied to you
14          on our behalf.  They were documents that we
15          provided in response to questions that you had
16          asked from us.  That sort of thing.
17    Q.    And did they include medical records?
18    A.    I did not get copies of my medical records.  I
19          did receive some.  I take that back.  I recall
20          that I did get a couple, but I didn't get the
21          complete set.
22    Q.    And property records?
23    A.    Yes.  Yeah.
24    Q.    And I'm sorry to ask this, but how old are
25          you, Miss Addison?
```

```
                                                  Page 10
 1    A.   I'm 56.

 2    Q.   Okay.  And what's your date of birth?

 3    A.   11/30/61.

 4    Q.   And have you ever gone by any other name?

 5    A.   Johnas.

 6    Q.   Could you please state your current address?

 7    A.   35 Asa's Way, North Bennington.

 8    Q.   And I'm sorry.  You said North Bennington,

 9         Vermont?

10    A.   North Bennington, yes.

11    Q.   How long have you lived at 35 Asa's Way?

12    A.   Since 2008.

13    Q.   Prior to moving to 35 Asa's Way, did you live

14         anywhere else in Bennington?

15    A.   Yes.

16    Q.   And where was that?

17    A.   That was on South Street from August until we

18         moved into the house of that same year.

19    Q.   So from August of 2008 --

20    A.   2008.

21    Q.   -- and until?

22    A.   December 2008.

23    Q.   And the home on South Street, was that an

24         apartment or a house?

25    A.   It was a house, and we rented part of it.
```

```
                                            Page 11
 1     Q.   When you say part of it, was it a duplex?
 2     A.   It was a downstairs/upstairs, and we had the
 3          downstairs.
 4     Q.   Were there tenants upstairs?
 5     A.   Yes.
 6     Q.   Yes?  And who lived with you at South Street?
 7     A.   My husband Jim, my sons Nick and Luke and my
 8          stepdaughter Kerry.
 9     Q.   Prior to 2008, had you been to North
10          Bennington -- I'm sorry.  Withdrawn.
11              Prior to 2008 had you visited Bennington?
12     A.   Yes.
13     Q.   When was the first time that you visited
14          Bennington, Vermont?
15     A.   Visited?
16     Q.   Yeah.  When was the first time you -- you went
17          to Bennington, Vermont?
18     A.   The first time I've been to Bennington?
19     Q.   Yeah.
20     A.   I don't remember -- I can't say that I
21          remember exactly, because I grew up in
22          Pittsfield, Mass, so I probably travelled
23          through town.
24     Q.   Okay.
25     A.   But when I was raising my children, when I
```

212-279-9424                www.veritext.com                212-490-3430

```
                                              Page 12
 1          lived in New York, we would occasionally take
 2          a drive into Bennington for breakfast.
 3    Q.    How far away is that -- approximately is
 4          Pittsfield from Bennington, would you say?
 5    A.    Pittsfield?
 6    Q.    Yes.
 7    A.    It's about 50 miles.
 8    Q.    Did you say 15 or --
 9    A.    50.  5-0, 50.
10    Q.    Prior to 2008, had you lived in Bennington,
11          Vermont?
12    A.    No.
13    Q.    How about North Bennington, Vermont?
14    A.    No.
15    Q.    Other than Asa's Way and South Street, did you
16          live anywhere else in North Bennington?
17    A.    No.
18    Q.    And you mentioned you were married to Mr.
19          Sullivan; is that correct?
20    A.    Yes.
21    Q.    And Mr. Sullivan is also a plaintiff in this
22          lawsuit?
23    A.    Yes.
```







[redacted]

[redacted]

[redacted]

[redacted]





[redacted]





Page 20

11    Q.   Where did you live prior to South Street?

12    A.   In Niskayuna, New York.

13         THE REPORTER:   I'm sorry.  Say that name.

14         THE WITNESS:   Niskayuna,

15    N-i-s-k-a-y-u-n-a.   Niskayuna, New York.

16    BY MS. SCHWARZ:

17    Q.   And can you give us the address, please?

18    A.   2336 Almeria, A-l-m-e-r-i-a, Road.

19    Q.   And who lived with you at the Almeria Road

20         home?

21    A.   Well, when I left there, I -- my -- my -- I

22         was divorced, but for my duration there, it

23         was all of children and my then husband.

24    Q.   When did you move into Almeria Road?

25    A.   1986.

Page 21

1    Q.   And when did you move out?

2    A.   In 2008.

3    Q.   And was it a house or an apartment?

4    A.   Mm-hmm.  It was a house.

5    Q.   Was it preowned or did you build it?

6    A.   It was preowned.

7    Q.   Okay.  Do you know approximately how old

8         the -- the home was?

9    A.   I don't recall exactly.  I think it was maybe

10        built in the '20s.  I'm kind of guessing a

11        little bit.

12   Q.   Did you do any renovations to the home?

13   A.   Yes.

14        MS. JOSELSON:  I'm going to have to just

15        object that the questions seem to be quite far

16        afield of PFOA in Bennington, asking about

17        renovations in a home that she owned in the

18        '80s.

19        MS. SCHWARZ:  The speaking objection is

20        noted.  Objection is just fine.

21   BY MS. SCHWARZ:

22   Q.   You may answer.

23   A.   Yes.

24        MS. JOSELSON:  She did answer.

25        MS. SCHWARZ:  You interrupted her.  I

Page 22

1        didn't hear the answer, counsel.

2        BY MS. SCHWARZ:

3    Q.  I'm sorry.  Yes?

4    A.  Can you repeat the question?

5    Q.  Sure.

6            Did you do any renovations to the home

7        after moving in?

8    A.  Yes.

9    Q.  Okay.  Can you generally describe those

10       renovations?

11   A.  New Sheetrock, new windows, general repairs.

12   Q.  When you moved in, was there carpeting in the

13       home?

14   A.  Yes.

15           MS. JOSELSON:  I'm also going to object

16       to the extent any of this goes beyond the

17       general 20-year timeline that the Court has

18       identified as relevant.

19           MS. SCHWARZ:  The objection is to form.

20       That's the -- you know that.

21           MS. JOSELSON:  We have --

22           MS. SCHWARZ:  I'm not sure what the

23       basis --

24           MS. JOSELSON:  Counsel, we've done no

25       stipulations in this case.  I make my

```
                                            Page 23

 1      objections for the record.
 2            MS. SCHWARZ:  Are you suggesting that you
 3      can have speaking objections throughout this
 4      deposition?
 5            MS. JOSELSON:  I will make my objections.
 6            MS. SCHWARZ:  We will be here for quite
 7      some time then.
 8      BY MS. SCHWARZ:
 9   Q.  Miss Addison, you can go ahead and answer.
10   A.  Can you repeat the question?
11   Q.  Sure.
12            Was there carpeting in the home when you
13      moved in?
14   A.  I believe there was.
15   Q.  And did you leave it or did you take it out,
16      change the flooring?
17   A.  We removed it.
18   Q.  You moved in in 1986, correct?
19   A.  Yes.
20   Q.  And do you know approximately how long you
21      lived with the original carpet before you
22      removed it?
23   A.  We didn't.  We removed it before we moved in.
24   Q.  So you had it removed before you moved in, and
25      did you replace it with carpeting?
```

1    A.   No.   Hardwood floors.   That was already there.

2         We just cleaned the floors up.

3    Q.   And there was no other carpeting in that home?

4    A.   When we moved in or while --

5    Q.   Yes.

6    A.   -- I was there?

7    Q.   When you -- when you first moved in.

8    A.   We removed it all.

9    Q.   And was that before moving in or --

10   A.   It was before --

11   Q.   -- or sometime after moving in?

12   A.   It was before moving in.   We basically gutted

13        the house.

14   Q.   Were the renovations complete at the time you

15        moved into the home --

16   A.   Yes.

17   Q.   -- as far as the flooring goes?   I'm sorry.

18   A.   Mm-hmm.

19   Q.   Miss Addison, where did you grow up?

20   A.   In Pittsfield, Massachusetts.

21   Q.   Did you spend any time near Silver Lake when

22        you lived in Pittsfield?

23   A.   Did I spend time near it?   Can you --

24   Q.   Yeah.

25   A.   -- clarify the question?

```
                                           Page 25
 1    Q.   Sure.
 2              Well, do you recall did you ever drive by
 3         Silver Lake?  Did you live near Silver Lake?
 4    A.   It was -- Silver Lake --
 5              MS. JOSELSON:  Object.
 6              But you can answer.
 7    A.   If I'm remembering it right, because I might
 8         not be, I think that was over near GE, and I
 9         lived in West Pittsfield, which was on the
10         other side of town.  So I probably drove by it
11         on my way to Allen Dale section of town.
12    BY MS. SCHWARZ:
13    Q.   And have you heard of the GE Pittsfield
14         Housatonic River environmental issues?
15    A.   Yeah.
16    Q.   Can you tell me what you know about that?
17    A.   I believe there is and has been an issue with
18         PCBs -- PCP, PCB -- I might be saying it
19         wrong -- in the river.
20    Q.   And how did you come to know that?
21    A.   Just awareness growing up in Pittsfield.
22    Q.   Other than your understanding or -- you
23         believe that it might have been an issue with
24         PCBs, is there anything else that you can tell
25         me about the site?
```

```
                                                Page 26
 1            MS. JOSELSON:  Object to the form.
 2    A.   I'm not sure I understand the question.
 3         BY MS. SCHWARZ:
 4    Q.   Sure.
 5              Is there anything else that you recall or
 6         that you know about sort of in general the
 7         Housatonic River, Pittsfield site?
 8              MS. JOSELSON:  Objection.
 9    A.   When you say site, I'm not sure what you mean
10         by that.
11         BY MS. SCHWARZ:
12    Q.   Oh, sure.
13    A.   Because the Housatonic River is a whole river.
14    Q.   Right.
15    A.   So what site do you mean?
16    Q.   The -- so I'm asking specifically about the
17         contamination.
18              Is there anything else that you know
19         about it, other than fact that it might be
20         related to PCBs?
21    A.   No.
22              MS. JOSELSON:  Objection.
23         BY MS. SCHWARZ:
24    Q.   And what's the highest level of education that
25         you obtained?
```

```
                                                        Page 27
 1     A.   I have a bachelor's degree.

 2     Q.   In what?

 3     A.   Social work.  It's actually sociology, slash,

 4          social work.

 5     Q.   And where did you go to college?

 6     A.   College of Saint Rose in Albany, New York.

 7     Q.   Did you attend graduate school?

 8     A.   I did not.

 9     Q.   Did you take any classes?

10     A.   No.

11     Q.   You may have mentioned this, but where do you

12          currently work?

13     A.   At United Counseling Service.

14     Q.   Where is that located?

15     A.   It is on Dewey Street in Bennington.

16     Q.   Can you just generally describe your

17          responsibilities there?

18     A.   I'm the director of human resources.

19     Q.   Okay.  And day to day what is it that you do

20          as director of human resources at United

21          Counseling Services of Bennington?

22     A.   I would say personnel management, recruitment,

23          staffing, benefits, employee engagement and

24          retention, staff development and training,

25          problem solving.
```





[redacted]

Page 30

```
6    Q.   How long have you worked at the United
7         Counseling Services?
8    A.   Since April of 2011.
9    Q.   And prior to United Counseling Services where
10        did you work?
11   A.   At Northeast Career Planning.
12   Q.   And where is that located?
13   A.   Their -- their administrative main building is
14        in Menands, New York.
15   Q.   Approximately how long would your commute be
16        from North Bennington to Menands?
17   A.   About 47 minutes.
18   Q.   And what was your title at Northeast Career
19        Planning?
20   A.   When I left, it was director of employment
21        services.
22   Q.   Would that have been in 2011?
23   A.   Yes.
24   Q.   And when you started, what was your title?
25   A.   Job placement assistant.
```

```
                                          Page 31
 1    Q.   In what year?

 2    A.   That was in 1983.

 3    Q.   1983?

 4    A.   Yes.

 5    Q.   Good for you.

 6              Can you just sort of -- let's start with

 7         in 1983, approximately what were your job

 8         duties at Northeast Career Planning?

 9              MS. JOSELSON:   Object.

10    A.   So my role was to help people with

11         disabilities obtain employment.

12    BY MS. SCHWARZ:

13    Q.   When you say people on disabilities, were they

14         residents of Menands?

15    A.   No.  No.

16    Q.   Okay.

17    A.   They may have been, but it was not excluded by

18         that, you know, where they lived.

19    Q.   And what was your next title?

20    A.   I believe it was job placement counselor.

21    Q.   And approximately what year were -- were you

22         promoted -- well, you were director of, did

23         you say, human resources in 2011?

24    A.   No.  Director of employment services.

25    Q.   Employment services.
```

1          And what year did you acquire that title?

2   A.   My final title?

3   Q.   Yes.

4   A.   I know that that was one of the questions that

5        we supplied to you, so I'm -- I would probably

6        be more accurate to check with that, but I

7        think I held that title for about four or five

8        years before I left.

9   Q.   Okay.  And did your work at Northeast Career

10       Planning require you to travel?

11  A.   We had multiple worksites -- office locations,

12       so I would travel between office locations.

13  Q.   So from 2008 to 2011, while you were at

14       Northeast Career Planning, you would be

15       commuting approximately 47 minutes from your

16       home at Asa's Way?

17  A.   At the time I -- there was a period of time

18       where I had an office in Troy, which made the

19       commute a little bit shorter.  I think I could

20       do it in about 41 minutes.

21  Q.   You mentioned multiple sites that you would go

22       see.  Was that -- was that on a daily basis?

23  A.   No.  It would -- it would depend on whether I

24       had meetings with staff.  It was a large

25       department.  So depending on, you know, where

```
 1         there might be a need, a meeting, a purpose, I
 2         would go between any number of locations in
 3         the greater Albany region.  Sometimes it
 4         involved driving up to offices that we had in
 5         the greater Saratoga region, as well.
 6   Q.    Did you have an office where you were based
 7         out of?
 8   A.    Mm-hmm.
 9   Q.    And where was that?
10   A.    Where was that?
11   Q.    Yes.
12   A.    That changed, too, over the 27 years I was
13         there.  So depends on when you're talking.
14   Q.    Sure.  How about between 2008 and 2011?
15   A.    Between 2008 and 2011.  I can't recall exactly
16         when I moved to the Troy office.  Prior to
17         that I was at our Colbin Avenue office in
18         Albany, I think.  And I'm sorry, I'm not
19         exactly remembering when my office changed.  I
20         just know when I left it was in -- it was out
21         of Troy.
22   Q.    No need to apologize.
23   A.    It may have been our Schenectady office, and
24         then I moved to Troy, but I'm really not
25         remembering.
```

Page 34

```
 1    Q.   Okay.  And how about prior to Northeast Career
 2         Planning, where did you work?
 3    A.   So prior to Northeast Career Planning I was in
 4         college.  So it was the jobs that we provided,
 5         to the best of my recollection.  So it was in
 6         between semesters part-time jobs so...
 7    Q.   And one of -- I believe one of the responses
 8         you provided was that -- a nurses aide at
 9         Springside Nursing Home.
10              Does that sound accurate?
11    A.   Mm-hmm, mm-hmm.
12    Q.   That was in Pittsfield --
13    A.   Yes.
14    Q.   -- Massachusetts?
15    A.   Yes.
16    Q.   And do you recall what you did as a nurses
17         aide?
18              MS. JOSELSON:  Objection.
19    A.   We would help bathe elderly residents, help
20         dress and bring their food.  That sort of
21         thing.
22         BY MS. SCHWARZ:
23    Q.   And you moved into your current home at 35
24         Asa's Way, you said, in approximately December
25         of 2008, right?
```

```
                                         Page 35
 1   A.   Mm-hmm, yes.
 2   Q.   Was construction complete on your home when
 3        you moved in?
 4   A.   When you say construction, what do you mean?
 5   Q.   Was there anything that was, you know, was not
 6        yet -- unfinished, so to speak?
 7             MS. JOSELSON:   Objection.
 8   A.   The core building was complete, but we've
 9        added and enhanced and done things over the
10        years that we've been there, so I don't know
11        if that quite answers your question.
12   BY MS. SCHWARZ:
13   Q.   Sure.  Do you have a basement at 35 Asa's Way?
14   A.   It's -- the house is built into a hill, so I
15        don't consider it a basement.  There's a
16        garage and a ground floor where we have a
17        family room.  So it's not a basement where
18        you're going under the ground.  It's built
19        into a hill, so I would consider it a ground
20        floor.
21   Q.   At the time you moved in in 2008 into 2009,
22        was there any renovations or any construction
23        that was going on while you were living in the
24        home?
25   A.   So let's see, I'm trying to recall when we
```

```
 1        put -- we put solar panels up.  We put a shed

 2        in the backyard.  I don't recall what years we

 3        did those.  That's all I can remember.

 4   Q.   Okay.  And prior to the detection of PFOA in

 5        North Bennington, were you aware of the former

 6        Saint-Gobain or ChemFab facility on Water

 7        Street?

 8   A.   I know of -- I know of the building because I

 9        would drive by it.  I didn't know what its

10        history or, you know, manufacturing was, no.

11   Q.   Had you heard of ChemFab at the time?

12            MS. JOSELSON:  Objection.

13        BY MS. SCHWARZ:

14   Q.   I'm sorry.  Withdrawn.

15            Had you heard of ChemFab prior to the

16        discovery of PFOA in North Bennington?

17   A.   I don't -- I don't know.

18   Q.   Had you heard of Saint-Gobain Performance

19        Plastics?

20            MS. JOSELSON:  Objection.

21   A.   I -- I don't -- I don't know in 2008 if I --

22        if I knew of them.

23        BY MS. SCHWARZ:

24   Q.   At any time prior to the detection of PFOA?

25   A.   I don't think so, no.
```

```
                                              Page 37
1    Q.   Had you heard of the former ChemFab facility
2         at 108 North Side Drive?
3              MS. JOSELSON:  Objection.  When?
4         BY MS. SCHWARZ:
5    Q.   Prior to the detection of PFOA in North
6         Bennington?
7    A.   No.
8    Q.   How far approximately do you live from the
9         Bennington landfill?
10   A.   Driving or, like, point to point?
11   Q.   Let's start with driving.
12   A.   Let's see, driving it's approximately, I'd
13        say, about a mile and a half-ish.  Maybe two
14        miles-ish.
15   Q.   At the time you moved in in 2008, did you have
16        any concerns about your proximity to the
17        Bennington landfill?
18   A.   No.
19   Q.   As you sit here today, do you have any
20        concerns about your proximity to the
21        Bennington landfill?
22   A.   I have concerns about my proximity to anyplace
23        that's contaminated with PFOA.  So I would say
24        that, yeah, I'm -- I'm concerned about being
25        close to PFOA.
```

```
                                            Page 38
```

1   Q.   Is it your understanding that the Bennington

2        landfill is contaminated with PFOA?

3             MS. JOSELSON:  Objection.

4   A.   If I am recalling conversations about that

5        area, I -- I believe that there is

6        contamination in that region.

7        BY MS. SCHWARZ:

8   Q.   When you say conversations -- and again, I

9        don't want to know anything that you would

10       have discussed with your attorneys, but what

11       are you referring to?  Conversations with who?

12  A.   It seems like I recall at public meetings

13       maybe some disputes over how certain chemicals

14       got into the landfill.  I could be

15       misremembering.  So if I am, I's just trying

16       to recollect.

17  Q.   Do you recall any other locations in

18       Bennington that are contaminated with PFOA?

19            MS. JOSELSON:  Objection.

20  A.   I'm sorry, could you say that again?

21       BY MS. SCHWARZ:

22  Q.   Sure.

23            To your knowledge, do you know of any

24       other locations that are contaminated with

25       PFOA in Bennington?

```
                                            Page 39
 1              MS. JOSELSON:  Same objection.
 2    A.  So there's a large area of contamination in
 3         Bennington, so there is a wide area of
 4         contamination.  So address by address by
 5         address, I wouldn't be able to answer that.
 6         But there's a large zone of contamination
 7         that's been identified in maps and provided
 8         and shown, and it's all over the place around
 9         here.
10    BY MS. SCHWARZ:
11    Q.  What's your understanding of zone of
12         contamination?
13    A.  My understanding of zone of contamination,
14         that term has been used to designate on a map
15         maybe some demarcations of areas where there
16         has been testing in well water above 20 parts
17         per trillion, and the zone of contamination
18         was then kind of drawn following where it's
19         been found.
20    Q.  I'm sorry.  I didn't hear that last part.  The
21         zone of contamination was what?
22    A.  Where PFOA contamination has been found.
23    Q.  And when you say contamination, can you just
24         tell me what you mean by that?
25              MS. JOSELSON:  Objection.
```

```
                                            Page 40

1   A.   Toxic poisoning by PFOA is what I mean by

2        that.

3        BY MS. SCHWARZ:

4   Q.   You mentioned that the zone of contamination

5        it's -- you mentioned maps that were handed

6        out.

7             Do you recall that?

8             MS. JOSELSON:  Objection.

9   A.   Pardon me?

10       BY MS. SCHWARZ:

11  Q.   Do you recall testifying that there were maps

12       that were handed out in connection with the

13       zone of contamination?

14  A.   So I think at public meetings they were on

15       display.  I'm trying to remember if they had

16       handouts that also contained them.  So if I

17       misspoke, I'm trying to recall if they were

18       just on an overhead and projected, but I

19       believe they -- they're available.  So if I

20       say handed out, I don't know if I personally

21       have one.

22  Q.   Do you have an understanding of who prepared

23       those maps?

24  A.   I believe they were prepared by Richard

25       Spiese's group that -- the state Department
```

Page 41

```
 1        of -- I think Environmental Conservation, but
 2        I might have their acronym wrong.
 3     Q. Richard Spiese is with the Vermont Department
 4        of Environmental Conservation, if you know?
 5     A. I don't -- I don't know.  I'm remembering -- I
 6        might not be remembering at what company he
 7        works for, but, yeah, Richard Spiese, his
 8        group.
 9     Q. Spiese.  Thank you.
10     A. Yeah.
11     Q. And did Mr. Spiese and his group also tell you
12        that the contamination was toxic poisoning?
13     A. No.  Those are my words that I chose to use.
14        They may have used the word toxins though in
15        presentations.
16     Q. Do you associate toxic poisoning with any
17        particular level of PFOA?
18     A. Yeah, I think I would.
19     Q. And -- and what level would that be?
20           MS. JOSELSON:  Objection.  Calls for
21        expert opinion.
22     A. In -- in my mind being somebody who has it in
23        her body, I would say anything over
24        background, anything over background.
25        BY MR. WILSON:
```

Page 42

1   Q.   What do you understand the background to be?

2   A.   Two point something.

3   Q.   And what are you basing that on?

4   A.   What am I basing --

5   Q.   The background --

6   A.   -- the background?

7   Q.   Mm-hmm.

8   A.   I believe that was information that was

9        provided at public meetings, and that was the

10       basis, I think, for determining whether you

11       had elevated levels.

12  Q.   Public meetings that you -- you mentioned, are

13       those the same as Richard Spiese and his group

14       or different meetings?

15            MS. JOSELSON:   Objection.

16  A.   At -- at meetings often there was

17       representatives from the Department of Health,

18       and I believe it was information from the

19       Department of Health that was provided that

20       explained background versus elevated levels.

21       And sometimes -- often -- or most often it was

22       the -- the Vermont departments that I

23       mentioned, as well as DOL presenting -- not

24       DOL, Department of Health.

25       BY MS. SCHWARZ:

Page 43

1    Q.   You mentioned elevated levels in your blood;

2         is that right?

3    A.   Yes.

4    Q.   When did you have your blood tested for PFOA?

5    A.   It was June or July of last year, I believe it

6         was.  It may have been May.

7    Q.   June or July -- or I'm sorry -- May, June,

8         July of 2016?

9    A.   It was -- I participated with the rounds that

10        Department of Health provided, and I think

11        that they rolled those out last -- I'm not

12        remembering now, I'm sorry, but might have

13        been 2016, summer of 2016.

14   Q.   And the meetings that you mentioned, would

15        those have been after you had your blood

16        tested or --

17             MS. JOSELSON:  Objection.

18   A.   So the meetings occurred from February of 2016

19        all the way through the most recent one was a

20        couple months ago, I think.  It was at

21        Bennington College, so there's been many.

22        BY MS. SCHWARZ:

23   Q.   Shift gears back to your home.

24             Do you keep a garden at your home at 35

25        Asa's Way?

Page 44

1   A.   Yes.

2   Q.   And is it just one?

3   A.   We have four raised beds.

4   Q.   And where on the property are the -- are the

5        raised beds?

6   A.   Directionality I'm going to get wrong, but

7        it's just kind of off to the side kind of

8        along our property line -- close to the edge

9        of our property line.

10  Q.   Are they all together or spread out across the

11       property?

12  A.   No.  They're four kind of side by side with a

13       little walking path in between them so we can

14       walk in between or mow or whatever.

15  Q.   And what do you grow?

16  A.   What do we grow now?

17  Q.   Yes.

18  A.   It changes slightly year to year.  We put in

19       potatoes, and then usually cherry tomatoes,

20       some green peppers, maybe some hot peppers.

21  Q.   And how large are the raised beds?

22  A.   I think they're about four by six.  Might be

23       three by five each.

24  Q.   And has what you've grown in your garden

25       changed?

```
                                        Page 45
 1    A.   Yes.

 2    Q.   Okay.  And how has it changed?

 3              MS. JOSELSON:  Objection.

 4    A.   So I can say that -- going to get emotional.

 5         I'm not as into it anymore.

 6         BY MS. SCHWARZ:

 7    Q.   Want to take a little break?

 8    A.   I'm not -- no, I'm okay.  I don't think I'm

 9         into gardening anymore because I'm concerned

10         about contaminated soil.  I'm not as

11         interested in producing things that we're

12         going to eat.  We plant the potatoes because

13         it's fun for the grandkids to dig up.

14              I used to take great pleasure in my

15         garden before PFOA.  I learned to can.  I used

16         to do a lot with zucchinis and vegetables and

17         onions, and I used to have fun doing herbs.

18         It -- it's -- has a different meaning now.  So

19         it's changed significantly to me.

20    Q.   When did you purchase the raised beds?

21    A.   I think it was in 20 -- I think we might have

22         had one in 2016, and then in 2017 we only used

23         raised beds.

24    Q.   And was that because of PFOA?

25    A.   Yes.
```

```
 1    Q.   Have you ever had your soil tested for PFOA?
 2    A.   No.
 3    Q.   And the soil that's now used in raised beds,
 4         where did that come from?
 5    A.   I don't recall.  We purchased it and brought
 6         it in.  I'm not sure if Jim, my husband, got
 7         it at Home Depot or if we got it from a local
 8         gardener, but we brought the soil in.
 9    Q.   And why did you purchase soil to bring in?
10    A.   Because I didn't want to use our soil, our
11         ground soil.  Although we did not test our
12         property, soil in the zone of contamination
13         was tested and found to contain PFOA, so we
14         brought in new soil.
15    Q.   What's your understanding that there has been
16         soil testing in the zone of contamination that
17         resulted in elevated PFOA levels?
18              MS. JOSELSON:  Objection.
19    A.   Can you repeat the question?
20         BY MS. SCHWARZ:
21    Q.   Sure.  Is -- is it your understanding that the
22         soil was tested within the zone of
23         contamination and showed PFOA?
24    A.   Yes.  The -- yes.
25    Q.   What's your basis for that belief?
```

```
                                        Page 47
 1    A.   We were presented with that information at a
 2         town meeting.   There's PFOA in the soil.
 3    Q.   And where in the zone of contamination was
 4         there PFOA detected in the soil?
 5              MS. JOSELSON:   Objection.
 6    A.   I would need to refer to documents that were
 7         presented to us that I don't know where they
 8         took samples, but samples were taken.   It was
 9         tested and found to have PFOA, including going
10         up to White Rocks.   And there was studies done
11         by Bennington College, and that was presented
12         to us at a meeting.
13         BY MS. SCHWARZ:
14    Q.   Why didn't you test your ground soil for PFOA?
15    A.   I don't have the financial resources to do it.
16    Q.   Have you researched how much it cost to do
17         that?
18    A.   No.
19    Q.   You testified that your husband purchased the
20         soil that's currently in the raised beds; is
21         that correct?
22    A.   Yes.
23    Q.   But you know -- you still don't plant your
24         vegetables; is that -- am I getting that
25         accurate?
```

```
                                            Page 48
 1            MS. JOSELSON:  Objection.
 2   A.   I plant some vegetables.
 3        BY MS. SCHWARZ:
 4   Q.   Okay.  And why don't you plant what you used
 5        to?
 6   A.   Because it's not as fun anymore.
 7   Q.   Are you concerned about PFOA being in the
 8        soil?
 9   A.   I'm -- I'm not concerned about PFOA being in
10        the soil that we've purchased.  I just don't
11        enjoy my garden the way I used to.  So I don't
12        do it as much.
13   Q.   Why don't you enjoy it the way you used to?
14   A.   I'm not -- why don't I enjoy it the way I used
15        to?  I think ultimately when I garden it just
16        reminds me that we've been contaminated.  I
17        guess I -- maybe it's -- maybe it's a feeling,
18        I don't know.  I don't know how to answer
19        that.
20   Q.   How often do you water your garden?
21   A.   We water the garden probably once a day.
22   Q.   I assume not in the winter; is that --
23   A.   We -- no, we don't have a garden in the
24        winter.
25   Q.   So about how many months out of the year would
```

```
                                              Page 49
 1      you water the garden?
 2  A.  We have a garden June through August-ish, and
 3      we probably don't water it as much when it
 4      starts to fizzle away.
 5  Q.  So currently where does the water come from
 6      that you water the garden?
 7  A.  We have a hose, and we have the POET system,
 8      so it's filtered water.
 9  Q.  Prior to the detection of PFOA in well water,
10      where did that water come from?
11          MS. JOSELSON:  Objection.
12  A.  Say that again.  I'm sorry.
13      BY MS. SCHWARZ:
14  Q.  Sure.  Where did -- did that change at all as
15      far as the source of the water that you would
16      use to water your garden?
17          MS. JOSELSON:  Objection.
18  A.  So we didn't have a POET system before the
19      contamination, so we'd use the hose to water
20      the garden.
21          MS. JOSELSON:  I'd like to take breaks
22      every hour, so you just decide when it's a
23      good time.
24          MS. SCHWARZ:  This is -- this is fine.
25      We can take a quick break.
```

```
                                              Page 50
 1           THE VIDEOGRAPHER:  The time is now
 2      approximately 10:28 a.m.  Going off the
 3      record.
 4           (Brief recess taken.)
 5           THE VIDEOGRAPHER:  The time is now
 6      approximately 10:41 a.m.  Going back on the
 7      record.
 8      BY MS. SCHWARZ:
 9   Q.  Miss Addison, are you ready to continue?
10   A.  Yes.
11   Q.  I apologize.  I may have overlooked this at
12      the beginning, but if you ever need a break,
13      just let me know.  This is not meant to be a
14      test of endurance at all.  So if you need one
15      just -- just let us know.  Okay?
16   A.  Okay.
17   Q.  All right.  We were talking about your garden
18      before we took a break.
19           What would it take for you to feel
20      comfortable using your garden again?
21   A.  Probably not being on that property.  We --
22   Q.  I'm sorry.  Did you start to say something?
23   A.  I started to but I'm not.
24   Q.  Have you considered selling your property?
25   A.  Not at this time.
```

1   Q.   Have you considered selling it at a later

2        date?

3   A.   There's a possibility that when we retire, we

4        may want to downsize.

5   Q.   Have you considered selling your property

6        because of the PFOA that was detected in your

7        well water?

8   A.   I don't consider that a possibility at this

9        time.

10  Q.   Why is that?

11  A.   Because there's no hookup to clean water yet.

12  Q.   What do you mean by clean water?

13  A.   Municipal water.

14  Q.   You currently have a POET installed; is that

15       correct?

16  A.   Yes.

17  Q.   And do you believe the POET is effective in

18       filtering out any PFOA --

19            MS. JOSELSON:   Objection.

20       BY MS. SCHWARZ:

21  Q.   -- in your well water?

22  A.   I'm not confident with the POET system.   I

23       know it gets tested.

24  Q.   You've consented to being hooked up to

25       municipal water; is that correct?

```
                                        Page 52
 1    A.   Yes.

 2    Q.   Do you have any sense of when that will

 3         happen?

 4    A.   I do not know exactly.

 5    Q.   Have any of your neighbors, to your knowledge,

 6         been hooked up to municipal water?

 7    A.   I don't know.

 8    Q.   Have you discussed the PFOA detection or PFOA

 9         in general with any of your neighbors?

10    A.   Have I --

11              MS. JOSELSON:  Objection.

12    A.   Have I discussed PFOA in general with my

13         neighbors?

14         BY MS. SCHWARZ:

15    Q.   Yes.

16    A.   Yes.

17    Q.   What were -- what neighbors did you discuss

18         PFOA with?

19    A.   There's a couple of neighbors on Susan Taylor

20         Lane and a couple of neighbors down the road

21         that I've had conversations with.

22    Q.   And who did you speak with on Susan Taylor

23         Lane?

24    A.   The Camelios, Kobiks, Sandy and Marie-Pierre.

25    Q.   Are those the Sumners?
```

```
                                              Page 53
 1   A.  Yes.
 2   Q.  How about -- I'm sorry, I missed -- what --
 3       what road did you mention?
 4   A.  Susan Taylor Lane.
 5   Q.  And --
 6   A.  And down my -- my own road.
 7   Q.  Oh, on Asa Way?
 8   A.  On Asa's Way.
 9   Q.  Asa's.  And what neighbors on Asa's Way did
10       you discuss PFOA with?
11   A.  I think the Joneses were at a meeting at the
12       Camelios' house that we had.  They actually
13       might be on Royal Street.  And then another
14       neighbor down from them.
15   Q.  And in general what was the nature of your
16       discussions about PFOA?
17   A.  Maybe just sharing information about when
18       meetings were, what we were going to do to try
19       to remediate the situation, maybe sharing
20       information that people might have, you know,
21       gotten at a public meeting about the subject.
22   Q.  Did I understand you correctly is it your
23       understanding you don't believe you can sell
24       your home until it's connected to municipal
25       water?
```

```
                                                   Page 54
 1    A.   Yeah.
 2              MS. JOSELSON:   Objection.
 3         BY MS. SCHWARZ:
 4    Q.   So you've discussed selling your home with
 5         your husband?
 6    A.   No, that's not what I said.
 7    Q.   I apologize.
 8    A.   That's all right.
 9    Q.   I didn't mean to suggest that.
10              Did you -- have you had any discussions
11         with your husband about selling your home?
12    A.   No.   We -- well, we don't have plans to sell
13         the home, so that's kind of a moot point.
14    Q.   And is the reason that you don't have plans to
15         sell your home because it's not connected to
16         municipal water?
17              MS. JOSELSON:   Objection.
18    A.   We don't plan on selling the home right now
19         because we're living there now.   We wouldn't
20         probably want to sell the house until we
21         retire-ish, but just not under the radar.
22         BY MS. SCHWARZ:
23    Q.   You talked about your gardening.
24              Do you -- do you entertain in your home?
25    A.   Not often.
```

```
                                                    Page 55
 1    Q.   Approximately how often would you say?
 2    A.   Maybe when the family visits.
 3    Q.   Your children?
 4    A.   So -- yeah, my children.
 5    Q.   And I believe you said your son visits once
 6         a -- once a year; is that --
 7    A.   Approximately.
 8    Q.   Do you otherwise entertain at your home?
 9    A.   Not often.
10    Q.   When you do, is it indoor?
11    A.   It would probably depend on the time of year.
12         So if it's winter, it'd be indoor.
13    Q.   Do you ever work from home?
14    A.   Very rarely.
15    Q.   Do you have a home office?
16    A.   No.
17    Q.   When -- when you do work from home, where --
18         where do you work, in the house that is?
19    A.   I might sit at the kitchen table with my
20         laptop.
21    Q.   Do you have a -- a yard, a backyard in your
22         home?
23    A.   Yes.
24    Q.   And do you -- how do you use the backyard in
25         general, if at all?
```

```
                                              Page 56
 1              MS. JOSELSON:  Objection.
 2    A.   I hang laundry outside.
 3         BY MS. SCHWARZ:
 4    Q.   On a clothesline?
 5    A.   We have a clothesline.  I have a chair.  I sit
 6         outside in nice weather.  We have dogs.  Take
 7         the dogs outside.
 8    Q.   Do you have a -- a dog run?
 9    A.   No.
10    Q.   Backyard have grass or --
11    A.   Yes.
12    Q.   Okay.  How about do you have a front yard?
13    A.   Sort of.  It's built on a hill.  It's more
14         driveway in front of the house, and then on
15         the side there's some, so I don't really
16         consider it like a front yard, per se.  It's
17         kind of a slope that comes down.
18    Q.   And on the sides is it grassy?
19    A.   Yes.
20    Q.   Miss Addison, when did you first hear about
21         PFOA?
22    A.   I think it was in February of 2016.
23    Q.   And what did you hear about it?
24    A.   That PFOA had been detected in well water.
25    Q.   When you say well water, are you referring to
```

```
                                              Page 57

 1        your own well water, or is it general?
 2   A.   Well water in certain homes near the old
 3        ChemFab building.
 4   Q.   When you say the old ChemFab building, what --
 5        what location are you referring to?
 6   A.   The one in North Bennington.
 7   Q.   And in February of 2016, did you learn that
 8        your well water had PFOA?
 9   A.   No.
10   Q.   What was the context of how you heard about it
11        in February of 2016?
12             MS. JOSELSON:   Objection.
13   A.   There was a public meeting at the firehouse,
14        and it was announced by legislators or
15        representatives.   Department of Environmental
16        Conservation had that meeting.
17   BY MS. SCHWARZ:
18   Q.   And did you take any action based on what you
19        learned in February of 2016 at that meeting?
20   A.   Sure.
21   Q.   And what did you do?
22   A.   Stopped -- what actions?   I tried to get as --
23        information.   I attended the meetings that
24        were available and followed the
25        recommendations.
```

1    Q.   And whose recommendations were you following?

2    A.   Those who presented at that meeting.  I think

3         it was the Environmental Conservation people.

4    Q.   And what recommendations did they offer?

5    A.   To drink the -- the potable water that they

6         were bringing in, and they set up sites to do

7         that.

8    Q.   Would you elaborate a bit more on -- on the

9         water they were bringing in?

10   A.   So I think at the time they advised to, if you

11        were on a well, to drink bottled water or to

12        bring containers to the big tanks that they

13        had set up, and they started supplying water.

14   Q.   Did you bring containers to the wells -- I'm

15        sorry -- did you bring containers to the tanks

16        they had set up?

17   A.   We -- no.  We went to -- there was a couple

18        markets that had water you could go and get.

19   Q.   So you would pick up bottled water on, was it

20        on a weekly basis?

21   A.   No, it was probably more often than that.

22   Q.   And was -- was it you that primarily picked up

23        the bottled water or your husband or a

24        combination?

25   A.   Both of us.

Page 59

```
1    Q.   And what market did you pick up the water
2         from?
3    A.   There was a market on -- in North Bennington,
4         Bennington Variety.  I don't remember the name
5         of it.  It might have been North Bennington
6         Variety.
7    Q.   Do you drink bottled water today?
8    A.   Yes.
9    Q.   And are you purchasing it or --
10   A.   It's delivered to us.
11   Q.   And when did you set up the deliveries of the
12        bottled water?
13   A.   We didn't set it up.  It was set up by the
14        state.  We just had to call and -- so as soon
15        as it was available to us to be -- to be
16        delivered, we called.
17   Q.   And after the -- the POET was installed in
18        your home, you continued to drink bottled
19        water?
20   A.   Yes.
21   Q.   Why was that?
22   A.   We were not confident with the POET system.
23        There was originally arsenic in the filtering
24        systems, which was concerning to us.  The E.
25        coli unit that -- there was a -- a vacuum
```

```
                                              Page 60

 1        tube -- there was some kind of tube that

 2        corrects potential E. coli that broke, so we

 3        weren't confident that the system was

 4        failproof, so we drink bottled water.

 5   Q.   Prior to installation of the POET on your

 6        property, had you tested your well for E.

 7        coli?

 8   A.   We had whatever testing was needed to move in

 9        with a well.  I don't know.

10   Q.   What was the nature of the testing that was

11        needed to move in?

12   A.   I don't know.  We --

13   Q.   And that would have been done in approximately

14        2008?

15   A.   If -- if there were tests.  I'm assuming there

16        was a well water test to move in, but I don't

17        really know.

18   Q.   And prior to the POET being installed on your

19        property, did you -- have you tested your well

20        water for arsenic?

21   A.   No.

22   Q.   To your knowledge, have you tested your well

23        water at all between 2008 and today?

24   A.   Have we tested our well water?

25   Q.   Yes.
```

```
                                              Page 61

 1    A.  Or has the state?

 2    Q.  Have you.

 3    A.  Have we ourselves?  No.  We get the results.

 4    Q.  And prior to PFOA being detected in your well

 5        water, had you tested it?

 6    A.  I don't know.

 7    Q.  When did you learn that there was PFOA

 8        detected in your well water?

 9    A.  I think we got our results March.

10    Q.  March of 2016?

11    A.  Of 2016.

12    Q.  And when did you have your blood tested for

13        PFOA?

14    A.  I think earlier when we spoke about that.  It

15        was when they offered those first rounds.  I

16        think it was May or June.

17    Q.  And who performed that blood test?

18    A.  Department of Health.

19    Q.  Do you recall receiving your results?

20    A.  I do.

21    Q.  Do you recall what the results were?

22    A.  Yes.

23    Q.  And what were they?

24    A.  My level at the time was 40.9.

25    Q.  40.9 parts per trillion?
```

```
                                              Page 62
 1   A.   Yes.
 2             MS. JOSELSON:  Objection.
 3        BY MS. SCHWARZ:
 4   Q.   And what, if anything, were you told about
 5        your results when you received them?
 6   A.   I believe I recall a letter coming with it.
 7             MR. SILVER:  Can I ask you just to
 8        clarify?  When you were asking the results
 9        parts per trillion, were you talking about
10        blood levels or were you --
11             MS. SCHWARZ:  Oh, yeah.
12             MS. SILVER:  -- talking about --
13             MS. SCHWARZ:  The -- her serum levels.
14             MS. JOSELSON:  Yes, it's not tested in
15        parts per trillion.
16             MS. SCHWARZ:  Did I -- yeah, did I say --
17             MR. SILVER:  It's micrograms --
18             MS. SCHWARZ:  Yes.
19             MS. SILVER:  -- per liter, I believe.
20             MS. SCHWARZ:  Right, which is parts
21        per billion.
22        BY MS. SCHWARZ:
23   Q.   Miss Addison, when you received your results,
24        you said you testified there was a letter that
25        accompanied them; is that right?
```

Page 63

1    A.   I believe there was.

2    Q.   And what did that letter say?

3    A.   I don't recall.

4    Q.   Did it provide any information with respect to

5         what your results mean?

6    A.   I believe it did.

7    Q.   Do you have any recollection of -- of what

8         that was?

9    A.   I'm sorry?

10   Q.   Do you have any recollection of what it did

11        say about your results and what they meant?

12   A.   It meant that it was elevated.

13             (Deposition Exhibit No. 1 was marked for

14        identification.)

15   Q.   Miss Addison, the court reporter is handing

16        you what's been marked as Exhibit 1, to your

17        deposition.  Take a moment to look at the

18        document.  Let me know if you recognize it.

19   A.   (Witness complying) Yes.

20   Q.   What do you recognize it to be?

21   A.   Declaration of me in support of plaintiffs'

22        motion for a class certification.

23   Q.   Did you prepare this document?

24   A.   This document was prepared by my attorneys on

25        my behalf.

```
                                          Page 64

 1    Q.   Did you review the information in it to make

 2         sure it was accurate?

 3    A.   I did.

 4    Q.   And is that your signature at the bottom of

 5         page 3?

 6    A.   Yes.

 7    Q.   And if I may ask you to turn to page 2,

 8         paragraph 6.  And it says there:  As a result

 9         of the elevated levels of PFOA in my blood

10         serum, I am concerned about my increased risk

11         of developing medical conditions and/or

12         diseases associated with PFOA exposure and

13         seek the establishment of a medical monitoring

14         fund to pay for the necessary testing and

15         early detection of such conditions for myself

16         and all those in Bennington and North

17         Bennington exposed to PFOA by drinking well

18         water contaminated with PFOA.

19              Did I read that correctly?

20    A.   Yes.

21    Q.   What is your understanding of the medical

22         conditions or diseases associated with PFOA?

23    A.   My understanding is that PFOA can have a bad

24         impact on one's body in multiple areas of

25         concern.
```

```
                                             Page 65
 1   Q.  Can you elaborate on a bad impact?
 2   A.  It can lead to high cholesterol, from what I'm
 3       gathering, testicular cancer, issues with
 4       liver, bladder, kidney I believe.  It might be
 5       something with low birth weight babies, and
 6       I'm sure there's others that I'm not
 7       remembering, but those are the ones that stand
 8       out to me.
 9   Q.  And what are you basing that on?
10   A.  Which part?  I'm sorry.
11   Q.  What's your basis for believing that it leads
12       to high cholesterol, or problems with your
13       liver, bladder, kidney or any other organs?
14   A.  From information that I've been provided.
15   Q.  And who provided that information to you?
16   A.  I believe it was the Department of Health.
17   Q.  Was the information in the form of studies?
18   A.  I can't recall exactly.  I can't recall it
19       exactly.
20   Q.  Have you done any independent research?
21   A.  I've read some studies.
22   Q.  And were those studies provided to you or --
23       or did you find them on your own?
24   A.  I found them.
25   Q.  How did you find those studies?
```

Page 66

1   A.   Searching the internet.

2   Q.   Do you recall the name of any of those

3        studies?

4   A.   I -- I reviewed the -- the big C8 study.  I

5        might have the name wrong, but the one in the

6        Ohio Valley area.

7   Q.   Any others?

8   A.   Not that I can recall.



[redacted]

Page 68





Page 69





[redacted]

Page 72

▮ ████████████████████████████████████

▮ ██████████████████████████████████

▮ ███████████████████

▮ ████████████████   ██████████████

▮ ███████████

▮ ███   ███████████████

7       BY MS. SCHWARZ:

8    Q.   Okay.  If we could turn back to your

9         declaration.

10            Do you understand yourself to be

11        representing the exposure class in this

12        litigation?

13   A.   Yes.

14   Q.   And what do you understand that to mean?

15   A.   I'm a member of the class with elevated levels

16        of exposure in my blood based on the testing,

17        and that is similar to other people who have

18        been similarly impacted by PFOA exposure.

19   Q.   You testified that you -- you're a member of

20        the class -- of the exposure class; is that

21        correct?

22   A.   Yes.

23   Q.   Do you understand yourself to be representing

24        the exposure class?

25   A.   Yes.

```
 1   Q.   Do you have an understanding as to whether you
 2        have additional responsibilities as a class
 3        representative of the exposure class?
 4   A.   Yes.
 5   Q.   And what -- what's the nature of those
 6        responsibilities that you have?
 7             MS. JOSELSON:  Objection.
 8   A.   Things like I'm doing today, things like the
 9        documents that we've produced, responding to
10        your requests.
11        BY MS. SCHWARZ:
12   Q.   Do you understand yourself to be representing
13        the property damage class in this action?
14   A.   Yes.
15   Q.   And what do you understand property damage
16        class to mean?
17   A.   I understand that to mean people who have been
18        similarly impacted by PFOA exposure to our
19        community in the zone of contamination.
20   Q.   If we could unpack that a bit.
21             What do you remember by people that have
22        been similarly impacted in the zone of
23        contamination?
24             MS. JOSELSON:  Objection.
25   A.   I mean that to mean that I live in a community
```

1           that has been exposed to PFOA, directly,

2           indirectly, in your property, your neighbors'

3           property.

4           BY MS. SCHWARZ:

5      Q.   And when you say community, are you talking

6           about North Bennington or the North Village or

7           something else -- something else?

8      A.   I mean the zone of contamination, our

9           community.  I guess I'm using that word

10          specifically and broadly.

11     Q.   What's your understanding of the boundaries of

12          the zone of contamination?

13              MS. JOSELSON:  Objection.  Asked and

14          answered.  You can answer it again.

15     A.   Could you ask me again?  I'm sorry.

16          BY MS. SCHWARZ:

17     Q.   Sure.  What's your understanding of the

18          boundaries of the zone of contamination?

19     A.   I'm not able to answer that specifically,

20          because I don't know if that's a legal term

21          that you're using or if it's a term in the

22          case; but I can refer to a map, and I see

23          lines that are drawn and -- so I -- there's

24          some boundaries on it.

25     Q.   And is it your understanding that you're

```
                                                    Page 75

 1         representing anyone within the zone of
 2         contamination, as you understand that term?
 3              MS. JOSELSON:  Objection.
 4    A.   Yes.
 5              (Deposition Exhibit No. 2 was marked for
 6         identification.)
 7    Q.   Miss Addison, you've been handed what's been
 8         marked as Exhibit 2 to your deposition.  Take
 9         a moment and let me know if you recognize that
10         document.
11    A.   I recognize the document.
12    Q.   What do you recognize it to be?
13    A.   This is my written notes from a testimony that
14         I provided to the Vermont Senate of Natural
15         Resource and Energy Committee when they
16         visited Bennington College.
17    Q.   Did you prepare this testimony?
18    A.   I did.
19    Q.   Did anyone help you to prepare the testimony?
20    A.   No.
21    Q.   If I could point you to the second paragraph.
22         It says, almost one year ago I was presented
23         with the realization that my property and my
24         beautiful home were forever changed.  I'm
25         absolutely heartbroken.
```

Page 76

```
 1           Did I read that correctly?
 2    A.    Yes.
 3    Q.    I learned that PFOA is in my well and in my
 4          drinking water.  This was soon followed by
 5          learning that PFOA is in my body and that of
 6          my spouse and my children.
 7           Did I read that correctly?
 8    A.    You did.
```







[redacted]

Page 80



```
19    BY MS. SCHWARZ:

20    Q.  We're all set with that one.

21          Miss Addison, if you would, could you

22    explain, in your own words, what your

23    understanding is of this lawsuit?

24    A.  So there's two parts.  One having to do with

25    our property, property diminution, impact on
```

```
                                          Page 81
 1        our community, loss of property value, loss of
 2        enjoyment and use.  And then the other part is
 3        to receive medical monitoring.
 4   Q.   What do you understand the term medical
 5        monitoring to mean?
 6   A.   So medical monitoring would be a comprehensive
 7        and intentional protocol for people who have
 8        PFOA exposure above background level who are
 9        within the zone of contamination to receive
10        annual specific testing by practitioners who
11        are specifically trained in chemical exposure
12        so that we can be medically monitored for, I
13        believe, up to 30 years.
14   Q.   And what's your basis for that understanding?
15   A.   The explanation that was provided to me by my
16        attorneys.
17   Q.   To your knowledge, are the ultrasounds and
18        blood tests that you had that were -- that
19        were ordered by Dr. Wood part of this medical
20        monitoring that you discussed?
21   A.   No.
22             MS. JOSELSON:  Objection.
23        BY MS. SCHWARZ:
24   Q.   And why not?
25   A.   There's not a medical monitoring system set up
```

1          yet.  She -- so it would not be part of the

2          medical monitoring.

3      Q.  And what's -- what's your understanding of

4          what the lawsuit is alleging that Saint-Gobain

5          did wrong?

6      A.  Saint-Gobain released a toxic chemical into an

7          environment in such a way that it is in my

8          body, my yard, my community, my neighbors'

9          yards, our children.

10     Q.  And what's your basis for that understanding?

11     A.  What's -- I'm sorry.  I'm confused with the

12         question.

13     Q.  Sure.  What -- what are you basing that on?

14     A.  I have PFOA in my body.

15     Q.  And I apologize I wasn't specific enough.

16             What are you basing Saint-Gobain's

17         conduct on?  Did you read about it somewhere?

18         Did you discuss it?

19             MS. JOSELSON:  Objection.

20     A.  I'm sorry --

21         BY MS. SCHWARZ:

22     Q.  So let me rephrase.

23     A.  Yeah.

24     Q.  Sure.

25     A.  Okay.

```
                                              Page 83

 1    Q.   How did you come to form the belief that

 2         Saint-Gobain released, I believe you

 3         testified, a toxic chemical?

 4    A.   From meetings that I've attended.  That's what

 5         I've learned.

 6    Q.   So what -- what meetings specifically are you

 7         referring to that you've attended that said

 8         that Saint-Gobain released a toxic chemical

 9         into the environment?

10            MS. JOSELSON:  Asked and answered.  You

11         can answer it again.

12            THE WITNESS:  I didn't hear what you

13         said.  I'm sorry.

14            MS. JOSELSON:  I said asked and answered,

15         but you can answer it again if you understand

16         it.

17    A.   So meetings that were provided by the

18         Department of Environmental Conservation, as

19         well as community college or at the Bennington

20         College.

21         BY MS. SCHWARZ:

22    Q.   And at these meetings, you learned or you were

23         told that Saint-Gobain released a toxic

24         chemical into the environment; is that

25         correct?
```

```
                                              Page 84
 1    A.   That PFOA was released into the environment.

 2    Q.   Okay.  How did you come to form the belief

 3         that Saint-Gobain released PFOA into the

 4         environment?

 5              MS. JOSELSON:  Objection.

 6    A.   From my understanding of the ownership of the

 7         plant.

 8         BY MS. SCHWARZ:

 9    Q.   What are you relying on for your understanding

10         of the ownership of the plant?

11    A.   Based on what I've read, what I've gathered at

12         public meetings.

13    Q.   What did you read?

14    A.   That ChemFab produced a product that was

15         released.

16    Q.   And I'm sorry, what -- and when you say that

17         you've read it, are you referring to media

18         articles?

19    A.   I don't recall exactly.

20    Q.   Would it be a newspaper?

21    A.   I would say public meetings mostly.

22    Q.   The reading material you mentioned, is that

23         from anything that was handed out at these

24         public meetings?

25    A.   I don't recall exactly.
```

```
1   Q.   And what's your understanding of the relief
2        that you're seeking in this case?
3   A.   My understanding is that there has been
4        diminished property value, negative impact on
5        use of our homes and properties and then
6        monetary resources to provide the medical
7        monitoring.
8   Q.   Focusing on the -- the property, the
9        diminished property value and the negative
10       impact, what's the -- what's the relief that
11       you're asking for to address both of those
12       issues?
13  A.   When you say relief, are you -- I'm not sure
14       what you're asking when you say relief.
15  Q.   Sure.  Are you seeking compensation in some
16       form?  Are you seeking some -- what's the
17       recourse that you're asking the Court to
18       provide in this case with respect to the
19       property damage?
20  A.   Yes.  It would be monetary to be made whole
21       again.
22  Q.   And what would it take for you to be made
23       whole again?
24            MS. JOSELSON:  Objection.  Calls for a
25       legal conclusion.
```

```
                                                     Page 86

 1              You can answer it, if you understand it.
 2     A.   I'm not able to answer that.
 3          BY MS. SCHWARZ:
 4     Q.   Do you have any understanding of what you're
 5          asking the court to provide by way of --
 6     A.   Being made whole again?
 7     Q.   Yeah.
 8     A.   Can you ask the question differently because
 9          I'm -- I'm trying to formulate my thoughts,
10          but I'm not exactly sure what you're looking
11          for?
12     Q.   Sure.  So you testified that there were two
13          parts as far as your understanding goes to the
14          lawsuit, correct?
15     A.   Yes.
16     Q.   And we've talked about the medical monitoring
17          portion?
18     A.   Mm-hmm.  Mm-hmm.
19     Q.   And you're seeking a medical monitoring fund,
20          correct?
21     A.   Mm-hmm.
22     Q.   And then the other part is diminished property
23          values and negative impact; is that correct?
24     A.   Mm-hmm, yes.
25     Q.   And I don't think we've discussed, and that's
```

```
 1        what I'm trying to find out, is what exactly
 2        you're seeking from the court to address the
 3        diminished property value and negative impact.
 4             MS. JOSELSON:  Same objection.
 5             You can answer.
 6   A.   I feel as though I have been unfairly
 7        assaulted with a chemical that I didn't ask to
 8        have in my yard, my body, our properties.
 9        It's impacted my home value; it's impacted my
10        quality of life; it may impact my future in a
11        significant way.  So I am hoping to be made
12        whole.
13        BY MS. SCHWARZ:
14   Q.   To be made whole, would that -- would that be
15        monetary compensation?
16   A.   I believe so, in addition to medical
17        monitoring.
18   Q.   And I believe you mentioned that you --
19        your -- you believe you were unfairly
20        assaulted with a chemical in your yard and
21        your body; is that accurate?
22             MS. JOSELSON:  Objection.
23   A.   Are you asking me if that's what I said?
24        BY MS. SCHWARZ:
25   Q.   Yes.  Did I write that down --
```

Page 88

```
 1    A.   I believe that's what I said.

 2    Q.   Okay.  And what did you mean with respect to

 3         your yard?

 4    A.   My groundwater is no longer usable.

 5    Q.   Okay.  So you're referring to your well?

 6    A.   It -- no, that's not what I said.

 7    Q.   Okay.

 8    A.   It's not just my well.  It's my groundwater.

 9         It's my soil, my property and my use and

10         enjoyment of that.

11    Q.   You testified earlier you've never tested the

12         soil on your property; is that correct?

13             MS. JOSELSON:  Objection.  Asked and

14         answered.

15    A.   Correct.

16             MS. SCHWARZ:  Good time for a break?

17             MS. JOSELSON:  Sure.

18         (Off-the-record colloquy.)

19             THE VIDEOGRAPHER:  The time is now 11 --

20         (Off-the-record colloquy.)

21             THE VIDEOGRAPHER:  The time is now

22         approximately 11:31 a.m.  Going off the

23         record.

24         (Brief recess taken.)

25             THE VIDEOGRAPHER:  The time is now
```

```
                                                   Page 89
 1        approximately 11:40 a.m.  Going back on the
 2        record.
 3        BY MS. SCHWARZ:
 4   Q.   Miss Addison, are you ready to continue?
 5   A.   Yes.
 6   Q.   We're going to mark Exhibit 3 to your
 7        deposition.
 8              (Deposition Exhibit No. 3 was marked for
 9        identification.)
10   Q.   Miss Addison, you've been handed Exhibit 3 to
11        your deposition.
12              You can take a moment and let me know if
13        you recognize it.
14   A.   Yeah.
15   Q.   What do you recognize it to be?
16   A.   Third Amended Complaint Class Action Jury
17        Trial Demand document.
18   Q.   Have you seen this document before?
19   A.   Yes.
20   Q.   If you could turn to paragraph 5 on page 3?
21   A.   (Witness complying)
22   Q.   That last sentence there states:  As a result
23        of the contamination of their private drinking
24        well water, groundwater and soil, Mr. Sullivan
25        and Ms. Addison have suffered, amongst other
```

Page 90

```
 1         damages set out herein, diminution in property
 2         value, loss of use and enjoyment of property,
 3         annoyance, upset, aggravation, and
 4         inconvenience.
 5              Did I read that correctly?
 6    A.   Yes.
 7    Q.   Do you agree with that statement?
 8    A.   I do.
 9    Q.   And we'll get into the diminution in property
10         value claims a bit later, but can you tell me
11         generally describe how your property value has
12         been diminished?
13              MS. JOSELSON:  Objection.
14    A.   I currently have to drink bottled water to
15         feel confident that I'm drinking clean water.
16         My groundwater has been contaminated.  I can
17         no longer use the well on my property.  Our --
18         the soil's contaminated.  My POET system has
19         failed as far as the UV thing breaking, so I
20         don't have confidence in that.
21         BY MS. SCHWARZ:
22    Q.   Anything else?
23    A.   Yeah.  I feel like because of this
24         contamination, which has been widely
25         publicized, our community has been
```

```
                                            Page 91

  1        stigmatized, which is also impacting on my

  2        property value.

  3   Q.   You testified that your -- your POET failed.

  4            Is it your understanding that the POET

  5        currently is not in working order?

  6   A.   What I -- to clarify what I said, the UV

  7        component broke a couple months into using it,

  8        and I don't know whether that caused us to

  9        have E. coli contamination as -- when that --

 10        during the period that that wasn't working.

 11        That's what I meant.

 12   Q.   And was -- was it fixed, to your knowledge?

 13   A.   It was fixed.

 14   Q.   And who fixed it?

 15   A.   I don't recall.

 16   Q.   Was it you or your husband?

 17   A.   No, we didn't fix it.  The people who handle

 18        the POET systems fix it.

 19   Q.   You mentioned E. coli contamination as a

 20        potential concern when the UV light was not

 21        working; is that correct?

 22   A.   I don't know how the equipment works.  I just

 23        know that it was removed -- a part of it was

 24        removed.

 25   Q.   And the --
```

Page 92

1   A.   The part -- when the part needed to be

2        replaced, it wasn't there.  So therefore the

3        system was not working the way it should have

4        been.

5   Q.   And prior to having a POET installed on your

6        property, were you filtering out the E. coli

7        that could potentially be in your water?

8             MS. JOSELSON:  Objection.

9   A.   My understanding is that they have the -- the

10       E. coli is part of the POET system to

11       counteract some of the filtration system

12       that's in the POET itself.

13  BY MS. SCHWARZ:

14  Q.   You never tested your well water previously

15       for E. coli, right?

16            MS. JOSELSON:  Objection.

17  A.   So I think I recalled when you asked me

18       before, whatever the well testing was that was

19       required before you moved in is what we did,

20       but I think I -- I'd refer back to what I said

21       prior respectfully.

22  BY MS. SCHWARZ:

23  Q.   Would you elaborate a bit on how you

24       experienced annoyance, upset, aggravation, and

25       inconvenience?

1  A.  So you've seen my testimony as presented.  I

2      think that that's a summary, but I can tell

3      you that there is worry for my -- there's

4      worry for my health.  My hobbies have changed.

5      I no longer have joy in my gardening.  I don't

6      have the same joy in canning.  I don't have

7      the same confidence in things that I grow.

8      I'm inconvenienced the many, many times I've

9      run out of bottled water because the delivery

10     was late.  I'm reminded when I go in my

11     backyard and I see my well thing sticking out

12     of the yard that it goes into a contaminated

13     pool of groundwater that I once loved.  It's

14     very sad.  The groundwater will not be the

15     same in my lifetime.

16  Q.  And how do you know that?

17  A.  From what I've learned, the half life of PFOA

18     is such -- well, I'm not a scientist.  It's

19     going to be in groundwater for a very long

20     time.

21  Q.  Your well has been -- oh, I'm sorry.

22          MS. JOSELSON:  Wait a minute.

23      BY MS. SCHWARZ:

24  Q.  I apologize.

25  A.  So I've been stigmatized by this.  I'm

Page 94

```
1        concerned when my family visits that they're

2        afraid to be at my house.  I'm afraid that

3        will cause them to not want to visit.

4             I have fear for my health.  I have fear

5        for my retirement security financially,

6        because I don't know what the impact of this

7        whole thing is going to be on me.

8             It's had a very big impact on my ability

9        to enjoy and live the way I used to before

10       PFOA contamination and exposure.

11   BY MS. SCHWARZ:

12   Q.  Your -- your well water has been tested for

13       PFOA after that initial test result, right?

14   A.  Mm-hmm, yes.

15   Q.  And to your knowledge, is PFOA currently in

16       your drinking water?

17            MS. JOSELSON:  Objection.

18   A.  So PFOA, we are tested on a cycle.  They have

19       to replace the filter on some kind of a

20       frequency.  I don't know whether, when they

21       replace that filter, whether there's leakage

22       coming in.  I know that there's still PFOA in

23       the groundwater and they change my filter, but

24       I don't know at that juncture whether they're

25       timing it right.  I don't know.
```

```
                                                    Page 95
 1          BY MS. SCHWARZ:
 2     Q.   Have any of the test results indicated PFOA in
 3          your drinking water?
 4              MS. JOSELSON:  Objection.
 5     A.   They test when they replace --
 6          BY MS. SCHWARZ:
 7     Q.   Mm-hmm.
 8     A.   -- right?  So actually I don't -- I don't -- I
 9          don't know.  I'm not able to answer that.  I'm
10          sorry.  Not able to answer that.
11          BY MS. SCHWARZ:
12     Q.   To your knowledge --
13     A.   To my knowledge when they get -- get the test
14          results, there's PFOA coming into the house.
15          I'm not confident because of the timing.  I
16          know on the day that they take that sample
17          what the PFOA is coming into the house.  I'm
18          not confident on the days getting close to the
19          filter change that there's not PFOA coming in.
20          That's the best way I can answer that.
21     Q.   If I'm understanding you correctly, on the day
22          that they take that sample and they test, does
23          that test indicate non-detect levels of PFOA?
24     A.   On the day --
25              MS. JOSELSON:  Objection.
```

```
                                          Page 96

 1   A.   On the day that they test, yes, of the PFOA

 2        out -- coming out of the -- I mean the water

 3        coming through the PFOA.  I'm sorry.  I'm

 4        getting all tongue tied.  It's -- it's

 5        non-detect after the POET on the day that they

 6        test.

 7        BY MS. SCHWARZ:

 8   Q.   And how often do they test?

 9   A.   I believe they've tested it about five times.

10   Q.   And when was the most recent time that they

11        tested the POET?

12   A.   They came about two weeks ago, and I have not

13        gotten those results yet.

14             THE VIDEOGRAPHER:  The time is now

15        approximately 11:50 a.m.  This completes disc

16        No. 1 one of the deposition of Leslie Addison.

17             Going off the record.

18             (Lunch recess taken.)

19             (Deposition Exhibit No. 4 was marked for

20        identification.)

21             THE VIDEOGRAPHER:  The time is now

22        approximately 12:46 p.m.  Going back on the

23        record with disc No. 2 of the deposition of

24        Leslie Addison.

25        BY MS. SCHWARZ:
```

```
                                                 Page 97

 1    Q.  Miss Addison, we just returned from a lunch

 2        break.

 3             Are you ready to continue?

 4    A.  Yes.

 5    Q.  Great.  I'm going to hand you what's been

 6        marked as Exhibit -- Exhibit 4 to your

 7        deposition.

 8             THE WITNESS:  Thank you.

 9    BY MS. SCHWARZ:

10    Q.  Take a moment and let me know if you recognize

11        the document.

12    A.  Yeah.

13    Q.  And what do you recognize it to be?

14    A.  It's an e-mail from my neighbor.

15    Q.  And is that Sandy Sumner?

16    A.  Yes.

17    Q.  And Mr. Sumner starts the e-mail off with

18        North Villagers.

19             Do you see that?

20    A.  Yes.

21    Q.  Is that the name of sort of your neighborhood,

22        the North Village?

23    A.  There's a subsection of that upper part of the

24        hill.  I don't know anything more about the

25        designation than that.
```

```
 1   Q.   I just want to -- is that a formal name for
 2        it, or is that just something that the
 3        neighbors kind of --
 4   A.   I don't know where it came from.  There's --
 5        might be a little sign there.
 6   Q.   Okay.  And I just wanted to go through some of
 7        these names and see if they were your
 8        neighbors and kind of what -- what the e-mail
 9        is about generally.
10            Is that okay?
11   A.   Sure.
12   Q.   Okay.  Great.  So --
13            MS. JOSELSON:  I just want to note that
14        this is one of the documents that's marked
15        confidential, so we'll be proceeding pursuant
16        to the --
17            MS. SCHWARZ:  Absolutely.
18            MS. JOSELSON:  -- agreement.
19            MS. SCHWARZ:  Yeah.
20        BY MS. SCHWARZ:
```

[redacted]



[redacted]





[redacted]

Page 102



20    first time that this group had been on an

21    e-mail together before?

22  A.  I would not be able to say for sure by looking

23      at this in isolation.

24  Q.  Have you met with your neighbors previously to

25      discuss PFOA?

```
 1              I believe you -- I apologize.  Withdrawn.
 2              I believe that you testified that
 3         you did -- you've had meetings, right, with
 4         your neighbors about PFOA; is that correct?
 5    A.   Yes.
 6    Q.   Okay.  Would these have been the neighbors
 7         that you met with to discuss PFOA in general?
 8    A.   Because I don't know all of them on here, I
 9         can't say that they were in a meeting that I
10         was at because I don't know some of these
11         e-mail addresses.  Some were at meetings that
12         I attended, yes.
13    Q.   Did you ever have a meeting in your home with
14         your neighbors to discuss PFOA?
15    A.   I would want to look back at my notes because
16         there were a lot of meetings and
17         conversations, so I wouldn't be able to say
18         without my -- my log.
19    Q.   Okay.  And I know you said that you -- you
20         couldn't really tell whether you met with this
21         group because some of the e-mail addresses
22         weren't clear as to who -- who they were,
23         correct?
24    A.   Can you rephrase the question?
25    Q.   Sure.  I asked -- I had asked you if you'd
```

```
 1        previously discussed PFOA in general with this
 2        group of people, and I believe your testimony
 3        was that you weren't sure because it wasn't
 4        clear from the e-mail address who some of the
 5        individuals were.
 6   A.   So I think --
 7   Q.   So I get that --
 8   A.   I think what I meant was I wasn't able to
 9        answer your question the way it was worded
10        because the exact composition of a meeting may
11        or may not have been comprised of these exact
12        people.
13   Q.   Right.
14   A.   I was at meetings with my neighbors --
15   Q.   Yeah.  No, I think I --
16   A.   -- many of whom are here, so just to clarify
17        that answer.
18   Q.   Yeah, no, I appreciate it.  I think that I
19        understood you correctly, but let's go through
20        the -- the ones that you could identify based
21        on the e-mail addresses if we could.
22            Have you met with Todd Kobik to discuss
23        PFOA?
24   A.   Yes.
25   Q.   And have you met with Jeff Whitesell?
```

Page 105

1    A.   Yes.

2    Q.   Have you met with anyone from Blue Heron

3         Construction?

4    A.   Yes.

5    Q.   And who would that be?

6    A.   Jim Goodine.

7    Q.   Have you met with Mr. and Mrs. Ridley?

8    A.   Yes.

9    Q.   And have you met with Shaina Kasper?

10   A.   Yes.

11   Q.   The group of people that we just discussed,

12        were those meetings -- did you have multiple

13        meetings?

14   A.   There was a -- was there more than one

15        meeting?

16   Q.   Yes.

17   A.   There was more than one meeting.

18   Q.   And would they be at specific locations?

19   A.   Were they at specific locations?

20   Q.   Were they at a specific location or did it

21        vary?

22   A.   It -- they were not at the same location, no.

23        I'm trying to remember when they where, but

24        where exactly I'm not -- I'd have to look at

25        that list again.

```
 1    Q.   How frequently did you meet with your
 2         neighbors to discuss PFOA?
 3    A.   Again, I'd have to look at the list because
 4         there wasn't a regular frequency.  So without
 5         looking at that list, it would be hard to
 6         answer, but it seemed like it was probably
 7         three or four times at different neighbors' --
 8         that I was in a meeting with different
 9         neighbors, different combination.
10    Q.   And what time frame are you -- are you talking
11         about when you say you met with different
12         neighbors in combination three or four times?
13    A.   Again, I would want to refer back to that
14         document to be accurate, but the first one was
15         probably within a month of discovering that
16         this PFOA exposure is -- was happening.
17    Q.   And you referred to a list.
18              What list are you talking about?
19    A.   I had supplied a list to my attorneys of
20         different meetings that I had attended.
21    Q.   Okay.  And how many times have you met with
22         Miss Shaina Kasper?
23    A.   Well, when you say met with her, she was at a
24         meeting that I was at.  Probably twice in
25         neighborhood meetings.  She may have also been
```

```
 1        at meetings that I was also at that were other
 2        locations like at those town meetings.
 3   Q.   Can you tell me the general discussions that
 4        you would have with your neighbors when you
 5        had these meetings?
 6             MS. JOSELSON:  Objection.
 7        BY MS. SCHWARZ:
 8   Q.   What were you talking about?
 9   A.   What were we talking about?
10   Q.   Yeah.
11   A.   PFOA.
12   Q.   Okay.
13   A.   PFOA exposure, PFOA remediation, health
14        impact, and consoling each other.
15   Q.   And the -- the three to four meetings that you
16        testified to previously, would they have
17        included the neighbors or the -- I'm sorry --
18        the individuals that were not your neighbors?
19             MS. JOSELSON:  Objection.
20   A.   There -- there was not the same exact people
21        at each meeting.  So when you say did it
22        involve the people who were not my
23        neighbors --
24        BY MS. SCHWARZ:
25   Q.   Sure.
```

```
 1    A.   -- can you rephrase that question?
 2    Q.   I can try.  You identified -- so, for example,
 3         let's start with Mr. Goodine.  He -- he was
 4         not one of your neighbors, right?
 5    A.   Yeah.
 6    Q.   And was he at the three to four meetings that
 7         you testified to earlier that you had with
 8         your neighbors to discuss PFOA?
 9    A.   I don't recall if he was at each one.
10    Q.   Would it be fair to say that the issues you
11         discussed then were not strictly limited to
12         those that affected your neighborhood, if Mr.
13         Goodine or anyone else that didn't live in the
14         neighborhood was present?
15              MS. JOSELSON:  Objection.
16    A.   Was it -- can you repeat the question?
17         BY MS. SCHWARZ:
18    Q.   Sure.  When you were discussing PFOA --
19    A.   Yeah.
20    Q.   -- were you discussing issues specific to your
21         neighborhood, or were you discussing it in
22         general?
23    A.   Typically it was about our neighborhood, but
24         it -- it's hard to say that it didn't say,
25         yeah, this stinks for the whole community.
```

```
 1        It -- it involved -- the neighborhood brought
 2        us together, but, yeah, PFOA affected beyond
 3        that.  So the conversations would not just be
 4        limited to our neighborhood.
 5            Mr. Goodine owns property in our
 6        neighborhood.  He doesn't live there as a
 7        neighbor.
 8    Q.  Mm-hmm.  And does Miss Kasper live in your
 9        neighborhood?
10    A.  Who?
11    Q.  Miss Kasper, Shaina Kasper?
12    A.  Not that I'm aware of.
13    Q.  And would she provide information from the
14        Toxics Action Center at the two meetings you
15        testified she attended?
16            MS. JOSELSON:  Objection.
17    A.  I believe once she did about her organization,
18        and I don't recall if she did at another time.
19        I think she was also a listener.
20    BY MS. SCHWARZ:
21    Q.  Do you recall who organized these meetings
22        typically?
23    A.  No.
24    Q.  Did you ever organize a neighbor meeting?
25    A.  No, not that I can recall.
```

```
 1    Q.  Did your husband?

 2    A.  Not that I can recall.

 3    Q.  Did you discuss bringing a lawsuit during any

 4        of these meetings with your neighbors?

 5    A.  Yes.

 6    Q.  Can you tell me specifically the neighbors

 7        that you recall discussing bringing a lawsuit

 8        with?

 9    A.  No, I wouldn't be able to recall the exact

10        composition of those meetings.

11    Q.  Okay.  Of the neighbors that were -- that you

12        discussed bringing a lawsuit with; is that

13        what --

14    A.  That's a different -- I'm sorry, you worded it

15        differently so --

16    Q.  Yeah.  I said can you -- I said can you tell

17        me the specific neighbors that you did discuss

18        bringing a lawsuit with?

19           MS. JOSELSON:  Objection.

20    A.  So that's a -- that's new question, right,

21        because you said -- before you were talking

22        about meetings and now you're asking who I had

23        conversations with about a lawsuit?

24        BY MS. SCHWARZ:

25    Q.  I said -- I said meeting -- I just said
```

```
 1         specific neighbors that you had meetings with.
 2    A.   Okay.  I can tell you who I remembered being
 3         there.  I know that the Camelios were
 4         involved, Sandy, Beckerman.  I can't recall
 5         beyond that.
 6    Q.   And did you have conversations with any other
 7         neighbors that you didn't mention?
 8              MS. JOSELSON:  Objection.
 9    A.   Conversations not at a meeting?
10         BY MS. SCHWARZ:
11    Q.   Right.  I think earlier you made a distinction
12         or you thought I made distinction with respect
13         to discussing it in a conversation versus
14         meeting to discuss the litigation -- or
15         bringing a litigation.
16              So I'm just asking --
17    A.   It would be the same --
18              MS. JOSELSON:  Wait a minute.  Let -- let
19         her ask her question.
20    A.   Sorry.
21         BY MS. SCHWARZ:
22    Q.   I'm just asking whether you had conversations
23         with neighbors in addition to the Camelios,
24         Mr. Sumner and Mr. Beckerman about commencing
25         litigation.
```

```
 1    A.   No.  It usually -- conversations would --
 2         would -- really when I'd see them would be at
 3         a meeting.
 4    Q.   And when you -- when you did discuss
 5         litigation --
 6    A.   I -- I need to correct that.
 7    Q.   Sure.
 8    A.   And there may have been some e-mail
 9         communications, as well.
10    Q.   About -- about what?
11    A.   The litigation.
12    Q.   Okay.  And when you were discussing it, what
13         was the -- sort of the nature of the -- those
14         discussions?
15              MS. JOSELSON:  Objection.
16    A.   Do we want to and how to proceed.
17         BY MS. SCHWARZ:
18    Q.   Were there different opinions on that?
19    A.   Yes.
20    Q.   Are the -- is Mr. Beckerman part of the class
21         action?
22    A.   Yes.
23    Q.   Are Mr. and Mrs. Camelio part of the class
24         action?
25    A.   Yes.
```

```
                                             Page 113
 1    Q.   Is Mr. Goodine part of the class action?
 2    A.   Yes.
 3    Q.   And Mr. Whitesell?
 4    A.   Yes.
 5              MS. SCHWARZ:  I'm going to mark the next
 6         exhibit.
 7              (Deposition Exhibit No. 5 was marked for
 8         identification.)
 9    Q.   Miss Addison, I'm handing you Exhibit 5 for
10         your deposition.  Just take a moment and let
11         me know if you recognize it.
12    A.   (Witness complying)
13              (Off-the-record colloquy.)
14    A.   Yes, I recognize it.
15         BY MS. SCHWARZ:
16    Q.   What do you recognize it to be?
17    A.   It is First Set of Interrogatories to
18         Plaintiffs.
19    Q.   And did you -- did you prepare responses to
20         this document?
21    A.   I provided information to the attorneys who
22         provided this document on my behalf.
23    Q.   I'm sorry.  I didn't -- I didn't mean to
24         interrupt you.
25    A.   On my behalf.
```

```
                                              Page 114
 1    Q.   And is that your signature on page 11?
 2    A.   Yes.
 3    Q.   Is there anything that you wish to correct in
 4         the document?
 5    A.   I could only answer that by saying there's
 6         been a lot of documents presented, so I would
 7         leave anything to my attorneys to respond if
 8         there was updates to this provided during the
 9         last --
10    Q.   Okay.  If you go to page 7, please.
11    A.   (Witness complying)
12    Q.   Is this the -- the list that you had in
13         mind --
14    A.   Yes.
15    Q.   Okay.  And in your -- could you explain what
16         this list is?
17    A.   It was in response to identifying the answer
18         to No. 9.
19    Q.   At each meeting that you -- you attended in
20         which there was discussion of PFOA, plaintiffs
21         allege property damage for this case.
22              Is that generally accurate?
23    A.   Yes, it looks like you're reading from No. 9.
24    Q.   Yeah.
25    A.   Yes.
```

1    Q.   So under your name on page 7, I want to -- if

2         you could turn your attention to, there

3         are two -- looks like two sort of listings for

4         May 2016.

5              Do you see that?

6    A.   Yeah.

7    Q.   And the first one --

8    A.   Yeah.

9    Q.   -- says the following:  May 2016, dash, Jim

10        and I were asked to talk to T. J. Donovan,

11        Chittenden County District Attorney, who was

12        campaigning for Vermont attorney general and

13        trying to understand the PFOA situation from

14        the perspective of persons affected.  We met

15        in Manchester, Vermont, at the Copper Grouse.

16   A.   Copper.

17   Q.   Is that grouse?  Am I reading that correctly?

18   A.   Yes.

19   Q.   Did I read that correctly?

20   A.   You did.

21   Q.   What was the purpose of this meeting?

22   A.   He was trying to understand the PFOA situation

23        and the impact from our perspective.

24   Q.   And how -- did he -- did Mr. Donovan contact

25        you?

```
                                             Page 116

 1    A.   I believe a representative of Mr. Donovan

 2         contacted Jim.

 3    Q.   And what was discussed at the meeting?

 4    A.   The impact on us as a person impacted by PFOA.

 5    Q.   Did -- did any other plaintiffs or class

 6         members attend the meeting?

 7    A.   No.

 8    Q.   And did you discuss this litigation?

 9    A.   I don't recall all the details of the

10         conversation.

11    Q.   And Mr. Donovan is now the state attorney

12         general; is that right?

13    A.   I believe so.

14    Q.   And have you or your husband spoken with Mr.

15         Donovan since May of 2016?

16    A.   I don't recall -- the only time I might have

17         seen him he -- no, I'm going to say no.  He

18         may have been at a public meeting once, but I

19         don't recall saying hello or acknowledging him

20         or anything like that.

21    Q.   Other than the -- the meeting that you've

22         mentioned, did you have any other

23         communications or meetings with other class

24         members prior to commencing the lawsuit?

25              MS. JOSELSON:  Objection.
```

1    A.   Other than this list right here, was there

2         other meetings that I have not disclosed?

3         BY MS. SCHWARZ:

4    Q.   With other -- did you have conversations with

5         other class members not limited to -- to the

6         list now?

7              MS. JOSELSON:   Objection.

8    A.   Did I have conversations with anybody in the

9         class about PFOA prior to --

10        BY MS. SCHWARZ:

11   Q.   Commencing this lawsuit.

12   A.   -- commercing this lawsuit?

13   Q.   Yeah.

14   A.   Yes.

15   Q.   Do you recall who?

16   A.   Not specifically.

17   Q.   But your recollection is that they -- that

18        they weren't class members?

19   A.   They were or were not?

20   Q.   Were.

21             MS. JOSELSON:   Objection.   You're asking

22        about class members before the lawsuit was

23        filed?

24             MS. SCHWARZ:   I'm asking my question.

25             MS. JOSELSON:   Well, I object to the

```
 1      form --
 2              MS. SCHWARZ:  Okay.
 3              MS. JOSELSON:  -- since there can be no
 4      class members before litigation is filed.
 5   A.  So I can say that when there's a gathering of
 6      neighbors at a town meeting to talk about
 7      potential contamination in their neighborhood
 8      and I know they're neighbors of mine, I'm --
 9      they were neighbors.
10      BY MS. SCHWARZ:
11   Q.  And since commencing the lawsuit, have you had
12      any communications or meetings with other
13      class members?
14              MS. JOSELSON:  Objection.
15   A.  I would have small talk conversations at
16      public meetings and then -- I mean, obviously
17      I've given this list of the meetings, but when
18      you say conversations --
19      BY MS. SCHWARZ:
20   Q.  Mm-hmm.
21   A.  -- would be casual conversations when I see
22      people at a public meeting.
23   Q.  The very last entry there that starts:  It's
24      3/15/2016 meeting with neighbors of the North
25      Village Development at John and Laurie
```

1      Camelio's house to discuss the contamination,

2      concerns, options, may also have been attended

3      by a representative from Toxic Action Network,

4      but I do not recall which of the neighbor

5      meetings they attended.

6          Did I read that correctly?

7   A.  Yeah.

8   Q.  What -- do you recall the options that you

9      discussed at this meeting?

10  A.  Yes, very broadly.  It's, you know, do you

11     want to act or not, how do you act, and with

12     whom, so --

13  Q.  And what do you mean when you say act?

14  A.  Do we want to bring a lawsuit or not.

15  Q.  Were there other neighbors that attended this

16     meeting, if you recall?

17  A.  Well, it was a meeting with neighbors, so

18     there were neighbors there.

19          When you say other neighbors, what do you

20     mean?  I'm sorry.

21  Q.  Do you recall anyone else at -- at this

22     meeting at Mr. and Mrs. Camelio's house?

23  A.  So I can't recall specifically.  I think I

24     kind of answered that in a previous question,

25     but that particular one I don't recall

```
 1        exactly.
 2   Q.   On the next page there, page 8, the second
 3        full entry.  It's March 6th of 2016.  PFOA
 4        informational meeting, Hoosick Falls, dash,
 5        community meeting hosted by Flint & Granish,
 6        PLLC, Attorneys At Law.  Guest speakers
 7        included Richard Clapp, MHP, Harvard School of
 8        Public Health, epidemiologist and PFOA expert.
 9        Attended by me, Jim and other neighbors in the
10        North Village Development.
11   A.   Yeah.
12   Q.   Do you recall that meeting?
13   A.   I do.
14   Q.   And in general can you tell me what was
15        discussed at the meeting?
16   A.   There was a public health person who talked
17        about PFOA.  There was -- there was a legal
18        firm there who were there to offer their
19        support and services, but I don't recall
20        exactly what they presented.
21             I recall it more being just learning
22        about PFOA and then this epidemiologist
23        presenting.
24   Q.   And what information did you receive from the
25        epidemiologist that was presenting?
```

1    A.   I don't recall specifically, but he spoke

2         about PFOA exposure.

3    Q.   Were -- did -- were there any handouts at the

4         this meeting, if you can remember?

5    A.   Any handouts that I had I supplied to my

6         attorneys, so I would have to refer back to

7         the -- the books if I had anything.

8    Q.   Have you ever had individual communications

9         with anyone at the Vermont DEC about PFOA

10        contamination?

11             MS. JOSELSON:  Objection.  Asked and

12        answered.

13             You can answer it again.

14   A.   Yes.

15        BY MS. SCHWARZ:

16   Q.   With whom?

17   A.   Mr. Spiese.

18   Q.   Anyone else?

19   A.   I probably had kind words exchanged with the

20        commissioner at the time at a public meeting.

21        That's it.

22   Q.   The individual communication with Mr. Spiese,

23        was that in person?

24   A.   Yes.

25   Q.   And did -- where -- where did that happen?

Page 122

1          Where were you?

2     A.   So there was a dialogue that I had with him at

3          a neighbor's home.  I know I had conversations

4          with him when he came to the house to do

5          testing initially and again kind words in

6          passing if I'd see him at a public meeting.

7     Q.   Did you have any individual communications

8          with anyone from the Vermont Department of

9          Health?

10    A.   Yes.

11    Q.   And what was the nature of those

12         conversations?

13    A.   It was to advocate for additional blood draws

14         for kids who were away at colleges.

15    Q.   Any -- anything else?

16    A.   Establish -- making my own appointment.  I had

17         to call them directly to make my appointment.

18         That's all can I recall.  And, of course, I

19         talked to them when I had my blood drawn.

20    Q.   Did you discuss the -- this litigation with

21         Mr. Spiese?

22    A.   No.

23    Q.   Did you discuss this litigation with anyone at

24         Vermont DEC?

25    A.   No.

1   Q.   Did you discuss this litigation with anyone at

2        Vermont DOH?

3   A.   No.

4   Q.   How about with Mrs. -- Ms. Lori Cragin?

5   A.   I'm not recalling who Miss Cragin is.  I'm

6        sorry.

7   Q.   We're all set with that one.

8            Miss Addison, turning back to your home

9        at 35 Asa's Way.

10           Do you recall having it appraised in

11       2010?

12  A.   Yes.

13           (Deposition Exhibit No. 6 was marked for

14       identification.)

15  Q.   Okay.  I'm going to hand you what's been

16       marked as Exhibit 6 for the deposition.

17  A.   Thank you.

18  Q.   Sure.  Take your time.

19           Let me know if you've seen this document

20       before.

21  A.   Did you mean to hand me two?  You said

22       document 6.

23  Q.   Thank you.

24  A.   Okay.

25  Q.   Have you seen this before?

```
                                             Page 124
 1    A.   Yes.

 2    Q.   When was the last time you saw this document?

 3    A.   I think I looked at it within the last month.

 4    Q.   Does this appear to be an appraisal report

 5         from 2010?

 6    A.   Yes.

 7    Q.   And why did you have your home appraised in

 8         2010?

 9              THE WITNESS:  Can we move this a tad

10         because it's blocking the light a little bit.

11         I'm having a hard time seeing the little

12         print.  It's just a shadow or something here.

13         Is there a way to move that screen back?

14              (Off-the-record colloquy.)

15         BY MS. SCHWARZ:

16    Q.   Why did you have your home appraised in 2010?

17    A.   We were refinancing our mortgage.

18    Q.   And do you recall the -- how much your home

19         was ultimately appraised for?

20              I can direct you to it.  It says 3148 at

21         the bottom.

22    A.   I'm sorry.  Where are you looking at?

23              MS. JOSELSON:  The Bates numbers at the

24         bottom, 3148 she's directing you to.

25         BY MS. SCHWARZ:
```

```
                                              Page 125
 1    Q.   Very bottom left-hand corner there.
 2    A.   The bottom left-hand corner I'm seeing not --
 3         yes.  Yes, on the bottom of 3148.  Yes, I'm
 4         seeing the appraisal.
 5    Q.   325,000, is that what you're seeing?
 6    A.   I believe that's what I see.  The lighting is
 7         really bad here, I'm sorry, and with my
 8         reading glasses, it's -- I think that's what
 9         it says.
10    Q.   That's what I see, too.
11    A.   Okay.
12    Q.   Do you recall whether this was the same amount
13         that you and your husband had spent to
14         construct the home?
15    A.   It was not what we spent.
16    Q.   Was that higher or lower?
17    A.   It was lower.
18    Q.   And did you express your opinion that it was
19         too -- the appraisal value was too low with
20         anyone?
21              MS. JOSELSON:  Objection.
22    A.   Yes.  Jim and I believed that it was too low,
23         and we expressed that to each other.
24         BY MS. SCHWARZ:
25    Q.   Anyone -- anyone else?
```

Page 126

```
 1    A.   No.

 2    Q.   Why not?

 3    A.   We were able to do the transaction that we

 4         needed.

 5    Q.   And I'm going to hand you Exhibit 7 to your

 6         deposition.

 7              (Deposition Exhibit No. 7 was marked for

 8         identification.)

 9    Q.   Do you recognize this document?

10    A.   Yes.

11    Q.   And what do you recognize it to be?

12    A.   It's the 2012 appraisal of the home.

13    Q.   And why was your home appraised in 2012?

14    A.   We were refinancing again.

15    Q.   And if I could direct you to page ending in

16         Bates No. 2958?

17    A.   Yeah.

18    Q.   Bottom left-hand corner there.

19    A.   Yes.

20    Q.   Do you see the value there?

21    A.   Yes.

22    Q.   And $300,000 is the appraisal value.

23    A.   That is.

24    Q.   And that reflects a drop of 25,000 from the

25         appraisal two years prior?
```

```
                                              Page 127

 1              MS. JOSELSON:  Objection.
 2    A.   Yes.
 3         BY MS. SCHWARZ:
 4    Q.   Do you have an understanding as to the reason
 5         for the decrease in value?
 6    A.   No.
 7              MS. JOSELSON:  Objection.
 8         BY MS. SCHWARZ:
 9    Q.   Did you ask anyone?
10    A.   Did I ask anyone?
11    Q.   Mm-hmm.
12    A.   No.
13    Q.   Have you ever appraised any property yourself?
14    A.   No.
15    Q.   Do you have any training or experience in real
16         estate appraisal?
17    A.   I do not have formal training in real estate
18         appraisal, if that's what you're asking.  I'm
19         sorry.
20    Q.   Do you have informal training?
21    A.   I have my -- I have what -- I -- I do not have
22         informal training.  I have my opinion on my
23         home's value.
24    Q.   Do you have any training in real estate sales?
25    A.   No.
```

Page 128

```
 1    Q.   Have you ever listed or sold a property?
 2    A.   No.
 3              (Deposition Exhibit No. 8 was marked for
 4         identification.)
 5    Q.   Miss Addison, you've been handed what's been
 6         marked Exhibit 8 to your deposition.  Take a
 7         moment and let me know if you recognize the
 8         document.
 9    A.   Yes.
10    Q.   And what -- what do you recognize it to be?
11    A.   It's a tax bill.
12    Q.   I think if you go through the exhibit, it's
13         several tax bills, if you agree?
14    A.   Yes, there are several tax bills.
15    Q.   Are these tax bills that the Village of North
16         Bennington sent to you?
17    A.   Yes.
18    Q.   So on the first page there it says, 2013 to
19         2014 of the tax year in the box on the
20         left-hand side?
21    A.   Mm-hmm.
22    Q.   Would you agree that this is the tax bill for
23         the 2013 to 2014?
24    A.   It appears to be.
25    Q.   And just below your address there, see owner
```

```
 1        and it lists Mr. Sullivan and yourself.
 2             Do you see that?
 3   A.   Yes.
 4   Q.   And just below that it says assessed value?
 5   A.   Yes.
 6   Q.   And it says 243,100?
 7   A.   Yes, it's what it says.
 8   Q.   And if you look at the box on the right-hand
 9        side at the top where it says, house site tax
10        information, the third line down says house
11        site value.
12             Do you see that?
13   A.   I see it.
14   Q.   And it says 243,100.
15             Do you see that?
16   A.   I do see it.
17   Q.   Okay.  Do you think this accurately reflects
18        the value of your home in 2013 to 2014?
19             MS. JOSELSON:  Objection.
20   A.   I do not.
21        BY MS. SCHWARZ:
22   Q.   Other than discussing it with your husband,
23        did you express -- either of you express that
24        opinion to any other -- anyone else?
25   A.   No.
```

```
                                                   Page 130
 1     Q.   Why not?
 2     A.   I didn't feel the need to do so.
 3     Q.   If you flip the page, it's the tax bill for
 4          2014 to 2015.
 5               I can direct you again to the value, that
 6          they're in the same place under assessed value
 7          there.  It says 243,100.
 8               Do you see that?
 9     A.   I do see it.
10     Q.   And on the right-hand side in that box house
11          site value, also 243,100.
12               Do you see that?
13     A.   I see it.
14     Q.   And that's the same as it was in 2013 to 2014,
15          right?
16     A.   I'm sorry?
17     Q.   That's the same value or -- that we saw --
18     A.   Yes.
19     Q.   -- for 2013 to 2014?
20     A.   Yes.
21     Q.   And we -- we can walk through them and feel
22          free to do so, but I'll represent to you that
23          each year for 2015 to 2016, 2016 and 2017 has
24          the same house site value.
25               Do you have any reason to dispute that?
```

```
 1    A.   Is there any reason to dispute it with you
 2         that that's what it says?
 3    Q.   Yes, yes, what the document says.  And feel
 4         free -- yeah, feel free to check it out.
 5    A.   That's what it says.
 6    Q.   And I imagine you continue to disagree with
 7         that valuation?
 8    A.   I do.
 9    Q.   It does it remain the case that you haven't
10         challenged or contested the tax assessor's
11         valuation?
12    A.   That is correct.
13              (Deposition Exhibit No. 9 was marked for
14         identification.)
15    Q.   Miss Addison, you've been handed what's been
16         marked as Exhibit --
17              MS. JOSELSON:  9?
18         BY MS. SCHWARZ:
19    Q.   -- 9 to your deposition.
20              Do you recognize this document?
21    A.   Yes.
22    Q.   And what do you recognize it to be?
23    A.   Disclosure -- Fourth Supplemental Disclosures
24         on Merit Issues.
25    Q.   And did you prepare this document?
```

1    A.   My attorneys prepared the document.

2    Q.   And at the bottom of the second page there, do

3         you see where it says, Plaintiffs Sullivan and

4         Addison will testify that the value of their

5         property, assuming no PFOA contamination from

6         defendant's operations, is 400 to 420,000.

7              Do you see that?

8    A.   Yes.

9    Q.   If I just stop there.  So is it your testimony

10        that your home would be worth between 400 and

11        420,000 if there was no PFOA detected in the

12        well water?

13   A.   Yes.

14   Q.   And do you agree that number is approximately

15        75 percent higher than the value at the town

16        of Bennington has given your property for the

17        last four years based on the tax bills?

18             MS. JOSELSON:  Objection.

19   A.   Is that 75?  I'm not -- I'm not doing the

20        quick math.  In reverse it's definitely

21        higher.  I know what I -- I know what I paid

22        to buy my --

23             MR. SILVER:  Just answer the question.

24        BY MS. SCHWARZ:

25   Q.   And did you arrive at your opinion on the

1          value of your home on your own?

2     A.   Yes, in consultation with my husband.

3     Q.   Did you also consult a third party, or was it

4          just the two of you?

5     A.   No.  Jim -- Jim and I talked it through, and

6          we've had guidance from our attorneys in

7          general, but we have opinions on what we

8          believe our house to be worth.

9     Q.   Can you tell me what was that value based on?

10    A.   That was based on what it cost us to build the

11         property.  It was based on enhancements that

12         we made to the property since we built the

13         house.  It's based on our knowledge of our

14         neighborhood, the views, the -- the

15         construction material that were used, the

16         energy efficiency.

17    Q.   And does the value reflect a comparison with

18         homes where PFOA hasn't been detected?

19              MS. JOSELSON:  Objection.

20    A.   I know what we paid to build the house.  We

21         know the materials.  We know the quality.  We

22         know the quality of the builder itself.  We

23         know what we put into it.  This is what we

24         feel like our property is worth.

25         BY MS. SCHWARZ:

```
 1    Q.   Okay.  Did you compare it to homes where PFOA
 2         hadn't been detected to come up with this
 3         value?
 4    A.   No.
 5    Q.   And I know you testified that you aren't a
 6         license real estate appraiser, correct?
 7    A.   That's correct.
 8              MS. JOSELSON:  Asked and answered.
 9         BY MS. SCHWARZ:
10    Q.   Is your husband a licensed real estate
11         appraiser?
12    A.   He is not.
13    Q.   Is he a licensed real estate agent?
14    A.   No.
15    Q.   And do either of you have any experience
16         valuing real property?
17              MS. JOSELSON:  Objection.
18    A.   I don't know the term real property.  When
19         you -- what do you mean?  Can you quality
20         that?
21         BY MS. SCHWARZ:
22    Q.   Do you have experience valuing a home?
23              MS. JOSELSON:  Objection.
24    A.   I am comfortable valuing my own home.
25         BY MS. SCHWARZ:
```

Page 135

```
 1    Q.   Have you had experience doing that in the past
 2         with any other home?
 3    A.   No.
 4    Q.   Going back to Exhibit -- Exhibit 6.  It's
 5         going to be the interrogatories.
 6              We're going to go back to Exhibit 5 for
 7         one moment.
 8              Here you go, Miss Addison.
 9              MS. JOSELSON:  Are those the
10         interrogatories?  I didn't mark mine.
11              MS. SCHWARZ:  I'm sorry?
12              MS. JOSELSON:  Are those the
13         interrogatories?
14              MS. SCHWARZ:  Yes, the -- yes.
15    BY MS. SCHWARZ:
16    Q.   If I can direct you, Miss Addison, to No. 2,
17         and there it says:  For each property describe
18         the instances in which the value has been
19         assessed or determined, including the dates of
20         any valuations, identification of who
21         performed the valuations and the results of
22         any valuations.
23              Do you see that?
24    A.   Yes.
25    Q.   And in response to the interrogatory, do you
```

```
1        agree that you and your husband stated that
2        you had invested a total of $483,500 in your
3        home?
4   A.   Yes.
5   Q.   And that represents the cost of the lot, Blue
6        Heron Construction's costs and the costs of
7        the additional components; is that accurate?
8   A.   Yes.
9   Q.   483,500 is -- is higher than the value that
10       you gave your home in the fourth supplemental
11       initial disclosures that we just reviewed,
12       right?
13  A.   Can you refer to what exhibit that is and I
14       can look at it with you?
15  Q.   Sure.  That was -- 9 was the last one.  Yeah.
16            At the bottom of the second page there.
17  A.   Oh, okay.
18  Q.   Plaintiff Sullivan and Addison will testify --
19  A.   Yeah.
20  Q.   -- value assuming no PFOA contamination.
21  A.   Yeah.
22  Q.   There it's between 400 and 420,000.
23  A.   Right.
24  Q.   Right?  So that's lower than the number we see
25       here --
```

```
                                         Page 137
 1    A.   Right.
 2    Q.   -- in response to the first interrogatories,
 3         which is 469,800?
 4    A.   Yeah.
 5              MS. JOSELSON:  Objection.
 6         BY MS. SCHWARZ:
 7    Q.   Do you believe your home is worth less in
 8         value today compared to what you've invested
 9         in it?
10    A.   I believe my house to be worth what is in my
11         disclosure here now had it not been for PFOA.
12              And, I'm sorry, can you repeat the
13         question?  I don't think I answered it.
14    Q.   Sure.  So is -- is it your belief today that
15         your home is worth less than what you have put
16         into it?
17    A.   Yes.  Today I think my house is worth a lot
18         less than I put into it because right now we
19         don't have clean -- don't have municipal
20         water.
21    Q.   The value that you estimated between that --
22         between 400 and 420,000, that value is what
23         you estimated without PFOA?
24    A.   Yes.
25    Q.   Right?
```

```
                                        Page 138
 1    A.   Yes.

 2    Q.   And that's still lower than the value that we

 3         see here, which is 469,800, right?

 4              MS. JOSELSON:   Asked and answered.   And

 5         that's not what -- you're not correctly

 6         quoting the interrogatory answer.

 7              But you can answer if you understand it.

 8    A.   Can you repeat the question?

 9         BY MS. SCHWARZ:

10    Q.   Sure.

11              Miss Addison, in response to

12         interrogatory No. 2 there, the last

13         sentence --

14    A.   Mm-hmm.

15    Q.   -- total investment by the owners in the

16         property is approximately 483,500.

17    A.   Yes.

18    Q.   Consistent with the insured value of 460 --

19         469,800 --

20    A.   Yes.

21    Q.   -- which is adjusted for inflation --

22    A.   Yes.

23    Q.   -- doesn't include the lot or site

24         improvements.

25    A.   Yes.
```

1   Q.   Do you agree with that figure, that $483,500

2        reflects the total investment by you and Mr.

3        Sullivan?

4   A.   Yes.

5   Q.   Do you also agree that that number is higher

6        than what you estimated in response to our

7        interrogatory -- supplemental disclosures

8        bottom of page 2 where you valuated it between

9        400 and 420,000 without PFOA?

10           MS. JOSELSON:   I think that's about the

11       fourth time you asked that question.

12           MS. SCHWARZ:   It's the fourth time you've

13       interrupted me.   It's just a form objection.

14           MS. SILVER:   You're -- you're conflating

15       estimated investment with value.   It's

16       different.

17           MS. SCHWARZ:   Are you -- are you

18       testifying?

19           MS. JOSELSON:   How many times do you want

20       to ask this question?

21           MS. SCHWARZ:   The objection is form.

22       That's it.

23           MS. JOSELSON:   How many times do you want

24       to ask it?

25           MS. SCHWARZ:   The objection is form.   We

```
 1        can ask the judge what he thinks -- the
 2        objection is form.
 3             MS. JOSELSON:  I can make any objections
 4        I wish.
 5             How many times do you intend to ask the
 6        same question?
 7             MS. SCHWARZ:  No, I'm not -- you can ask
 8        me that when you take my deposition.
 9             MS. JOSELSON:  Same objection I made
10        through the other times you've asked the
11        question.  It's been asked and answered.
12             You can answer it again if you understand
13        what she's asking you, but if you don't, then
14        don't.
15             MS. SCHWARZ:  Can you stop coaching the
16        witness, Miss Joselson?
17             MS. JOSELSON:  I am not coaching the
18        witness.
19             MS. SCHWARZ:  You are.  You certainly
20        are.
21   A.   I can answer it by saying that this page has a
22        different number than this page.
23        BY MS. SCHWARZ:
24   Q.   Okay.
25             MS. SCHWARZ:  We're all set with those.
```

```
 1              (Off-the-record colloquy.)
 2   Q.   Miss Addison, approximately how many other
 3        homes are in your neighborhood?
 4   A.   I'm not able to answer that, not knowing what
 5        you mean by neighborhood.
 6   Q.   So let's start with your street.
 7             How many other homes are on Asa Way?
 8   A.   On Asa's Way?
 9   Q.   Mm-hmm.
10   A.   One, two, three -- one, two, three, four,
11        five, six -- six.
12   Q.   Are there additional lots that are empty?
13   A.   Yes.
14   Q.   How many lots -- how many additional lots are
15        on Asa's Way?
16   A.   One -- three definite.  There may be one more.
17   Q.   Were -- were all the homes on your street
18        built in the same year as your home?
19   A.   I can't answer that.  I don't know.
20   Q.   Have you been in any of your neighbors' homes?
21   A.   Yes.
22   Q.   And by neighbors -- I'm sorry.
23             Have you been in any of your neighbors'
24        homes on Asa's Way?
25   A.   Yes.
```

```
                                          Page 142
 1   Q.   Would you say all of the homes on Asa's Way
 2        are the same type as yours?
 3             MS. JOSELSON:  Objection.
 4   A.   What do you mean by type?
 5        BY MS. SCHWARZ:
 6   Q.   I mean is -- are they made out of the same
 7        material, as far as you know?
 8   A.   I don't know what they're made out of.
 9   Q.   Are they all the same size?
10   A.   I -- I don't know their size.
11   Q.   Do they -- do they all have the same
12        properties -- the size of the lots of each of
13        the homes, do they have the same size
14        backyard?
15             MS. JOSELSON:  Object.
16   A.   I don't know their lot size.
17        BY MS. SCHWARZ:
18   Q.   The homes that you've been in, do they have
19        the same materials inside that you used when
20        constructing your home?
21             MS. JOSELSON:  Objection.
22   A.   I -- I didn't ask them what materials they
23        used when they constructed their home.
24        BY MS. SCHWARZ:
25   Q.   Did you observe any?
```

```
 1   A.   I was in one of my neighbor's kitchen.  I
 2        don't recall looking closely what the building
 3        materials were.
 4   Q.   Do you have air -- central air in your home?
 5   A.   No.
 6   Q.   Do you have window units?
 7   A.   We have -- no.  Not window units.  They're
 8        built -- they're individual things built in to
 9        the wall.
10   Q.   And that's for air conditioning?
11   A.   Yes.
12   Q.   Can you just elaborate a little bit more or --
13   A.   I'm sorry.  In the bedrooms it's an air
14        conditioning unit.
15   Q.   And what type of heating system do you have?
16   A.   We have a pellet stove, and then we have
17        oil -- we have oil heat that generates coils
18        under the floor.  I'm not calling it the right
19        name.  And then we have radiators in the
20        upstairs bedrooms.
21   Q.   Would you describe it as a custom design?
22             MS. JOSELSON:  Objection.
23        BY MS. SCHWARZ:
24   Q.   Did you design that yourself with your
25        husband?
```

```
                                              Page 144
 1    A.   I don't -- can you clarify the question?
 2    Q.   Sure.  It just sounds like a complicated
 3         heating system.
 4              Was it -- did you and your husband design
 5         it?
 6              In other words, do you know any of
 7         your -- whether any of your neighbors have a
 8         pellet stove?
 9    A.   I don't recall seeing a pellet stove, so I
10         don't know.
11    Q.   Where do you purchase the pellets?
12    A.   My husband orders them and they're delivered.
13         I don't know where he gets them.
14    Q.   Do you know what they're made of?
15    A.   Wood.
16    Q.   Does every home on Asa's Way have a front
17         yard?
18    A.   Yes.
19    Q.   And does every home have the same sized front
20         yard?
21    A.   I don't know what the square footage is.
22    Q.   You don't have to be specific about it.
23              In general does every home have the same
24         sized front yard?
25              MS. JOSELSON:  Objection.
```

Page 145

1   A.   I don't know how to answer that if I don't

2        know the footage so --

3        BY MS. SCHWARZ:

4   Q.   Okay.  Have you seen any front yards that are

5        bigger than yours on your street?

6   A.   The shape of mine is different because of the

7        way it slopes down.  So again, I'd have to

8        compare square footage to square footage.

9   Q.   I understand.

10  A.   Sorry.

11  Q.   Oh, no, that's -- don't apologize.

12            Can you describe the shape of -- of

13       yours, your front yard?

14  A.   So like I said before that -- and

15       respectfully -- I'm not referring to it as a

16       front yard because of the way the design is.

17       So I'm kind of saying along the side of my

18       house and forward I'm considering front.

19  Q.   I apologize.

20  A.   So, you know, in front of my house itself,

21       there's a small area of grass, and then along

22       the sides of my property where it comes down

23       to the road, there's more grass that kind of

24       slopes down on a hill.

25  Q.   And that's different from other front yards on

```
 1        Asa's Way?
 2   A.   Different how?
 3   Q.   The shape is different than the other front
 4        yards on Asa's Way?
 5   A.   The shape of the yard?
 6   Q.   Yes.
 7   A.   So one of my neighbor's yards has a slope in
 8        the front.
 9   Q.   Is that neighbor --
10   A.   So part of the shape is the same because it's
11        sloping.
12   Q.   I'm just asking -- Miss Addison, I believe you
13        testified you couldn't compare them because
14        yours is different because of the slope.
15            MS. JOSELSON:  There's no pending
16        question.
17   A.   I believe what I said is that I couldn't
18        compare the size.
19        BY MS. SCHWARZ:
20   Q.   Right.
21   A.   Yeah.  So now you're asking about the shape.
22        So the shape and the size, in my mind, are two
23        different things.
24   Q.   Pardon me.  I thought that your testimony was
25        that you couldn't compare the sizes because
```

```
 1        the shapes were different.
 2            Is that not accurate?
 3  A.  Because in my mind the -- so if the shape is
 4       different, in my mind I'm trying to convert it
 5       to square footage because you're asking about
 6       size.
 7  Q.  Mm-hmm.  I understand.
 8  A.  So I'm saying, you know, putting a slope and
 9       I'm trying to figure out square footage and
10       I'm kind of comparing it against their front,
11       so I'm answering it as best as I'm able to.
12  Q.  I appreciate that.  Okay.  So but are the --
13       is the shape of your yard the same as other
14       front yards on Asa's Way?
15            MS. JOSELSON:  Asked and answered.
16            You can answer it again.
17  A.  I believe I answered it.  I'm sorry.
18       BY MS. SCHWARZ:
19  Q.  Could you --
20  A.  I don't think I can change the wording again.
21  Q.  And I may have missed it, but can you
22       repeat --
23  A.  Okay.
24  Q.  Is the shape of your front yard the same as
25       the other front yards on Asa's Way?
```

```
                                              Page 148
```

1            MS. JOSELSON:  Asked and answered.

2            You can answer it again.

3    A.   So I have slopes.

4         BY MS. SCHWARZ:

5    Q.   Yes.

6    A.   Some of my neighbors have slopes.  I have a

7         flat, and some of my neighbors have flats.

8    Q.   Okay.  And I believe you testified your home

9         is built -- built into a hill; is that

10        accurate?

11   A.   It's built into the slope.

12   Q.   Okay.  And is that true for your neighbors, as

13        well, that they're built in the hill?

14   A.   No.

15   Q.   If you know, can you tell me how many other

16        properties on Asa's Way have a well?

17   A.   Some of the lots are empty, so they don't have

18        well.  And I believe all the other houses on

19        Asa's Way have a well, and they're not

20        connected to municipal water.

21   Q.   Happen to know how deep each of those wells

22        is?

23   A.   I do not know that.

24   Q.   And how deep is the well on your property, if

25        you know?

```
 1    A.   I would have to refer to specs to look that
 2         up.
 3    Q.   Do any of your neighbors have sheds, if you
 4         know?
 5    A.   Are -- my neighbors on Asa's Way?
 6    Q.   Yes.
 7    A.   Not that I can think of -- not that I can
 8         think of.
 9    Q.   Do you know whether all of the properties on
10         Asa's Way are impacted by PFOA?
11              MS. JOSELSON:   Objection.
12    A.   Do I know why they are impacted?  I'm sorry?
13         BY MS. SCHWARZ:
14    Q.   No, whether, whether.  If they are.
15    A.   Whether the houses on Asa's Way are impacted
16         by PFOA?
17    Q.   Yeah.
18    A.   Yes, I believe they are impacted by PFOA.
19    Q.   Do you know whether they have -- PFOA was
20         detected in the homes with wells?
21    A.   I can answer that by saying that there was
22         dots on all of my neighbors' houses on the
23         maps, with the exception of one on Susan
24         Taylor Lane.
25    Q.   You consented to a -- being connected to
```

```
                                          Page 150
1        municipal water, correct?
2    A.   Yes.
3    Q.   And would a connection to public water impact
4        your damage estimation?
5            MS. JOSELSON:  Objection.
6    A.   Would the connection of water impact my damage
7        estimation?
8        BY MS. SCHWARZ:
9    Q.   Yeah.  I can ask it a different --
10   A.   Yes.
11   Q.   Once connected to municipal water, do you
12       think that that would increase the value of
13       your property?
14   A.   I think it would improve the value of my
15       property.
16           MS. SCHWARZ:  Take a five-minute break.
17           MR. SILVER:  Okay.
18           THE VIDEOGRAPHER:  Is that -- that it?
19       The time is now approximately 1:51 p.m.  This
20       completes today's testimony of Leslie
21       Addison --
22           MS. JOSELSON:  We're just taking a break.
23           THE VIDEOGRAPHER:  Oh, a break.  I'm
24       sorry.
25           The time is 1:51 p.m.  Going off the
```

Page 151

1    record.

2         (Brief recess taken.)

3         THE VIDEOGRAPHER:   The time is now

4    approximately 2:06 p.m.   Going back on the

5    record.

6    BY MS. SCHWARZ:

7    Q.   Miss Addison, you're ready to proceed?

8    A.   Yes.

[redacted]



Page 153



Page 154



Page 155



Page 156



[redacted]



Page 158



[redacted]







[redacted]

[redacted]





Page 163

Page 164





[redacted]





[redacted]

[redacted]



[redacted]



[redacted]





[redacted]

[redacted]



[redacted]



[redacted]



[redacted]



Page 176



███  ███  ████████████████████████████

███  ███  ████████████████████  ████████

███       ████████████████████████████████

███       ██████████████████

```
 5   Q.   Miss Addison, do you believe that your

 6        groundwater is not usable?

 7             Did you testify to that previously, or

 8        did I have that down wrong?

 9             MS. JOSELSON:  Objection.

10   A.   My groundwater?

11        BY MS. SCHWARZ:

12   Q.   Yes.

13   A.   The water that -- that I tap into --

14   Q.   Mm-hmm.

15   A.   -- with my well?

16   Q.   Yes.

17   A.   I believe it's not usable.

18   Q.   And beyond your well water, are you -- do you

19        distinguish well water from groundwater on

20        your property?

21   A.   No.

22   Q.   Have we discussed all the ways in which you

23        believe your use of the your well water has

24        been affected --

25             MS. JOSELSON:  Objection.
```

Page 178

1        BY MS. SCHWARZ:
2   Q.   -- after the detection of PFOA?
3   A.   Do I believe that we've discussed all the
4        ways?
5   Q.   Yes.
6   A.   I think we touched on many of the ways.
7        There's probably ones I'm not remembering or
8        thinking of right off the top of my head.
9   Q.   And do you believe that you currently suffer
10       from any health condition that you believe to
11       be caused by PFOA?
12  A.   I don't believe I have a medical condition
13       that I know of now as a result of PFOA.
14            MS. SCHWARZ:  Can we go off the record?
15            THE VIDEOGRAPHER:  Sure.  The time is now
16       approximately 2:42 p.m.  Going off the record.
17            (Brief recess taken.)
18            THE VIDEOGRAPHER:  The time is now
19       approximately 2:56 p.m.  Going back on the
20       record.
21       BY MS. SCHWARZ:
22  Q.   Miss Addison, thank you for your time today.
23       I just have one last question on Exhibit 5,
24       which is in front of you.  They're Plaintiffs'
25       Response to Saint-Gobain First Set of

```
                                                Page 179
 1        Interrogatories.
 2              Do you see that?
 3   A.   Yes.
 4   Q.   If you could turn to page 5, No. 6.
 5   A.   (Witness complying)
 6   Q.   And No. 6 is:  Identify every medical or other
 7        health condition that plaintiffs believe to
 8        have sustained due to PFOA exposure.
 9   A.   Yes.
10   Q.   And -- and the response the -- it's the last
11        sentence says:  Subject to and without waiving
12        the objection, based on blood testing by the
13        Senate of Vermont, we believe that our
14        ingestion of PFOA for many years has already
15        caused deleterious and long-term physiologic
16        alterations and damage to our blood, liver,
17        kidneys, immune system and other organs.
18              Did I read that correctly?
19   A.   Yes.
20              MR. SILVER:  Well, you said Senate of
21        Vermont.  I think you meant the state of
22        Vermont.
23              MS. SCHWARZ:  Oh, I apologize.  Yes, by
24        the state of Vermont.
25        BY MS. SCHWARZ:
```

```
                                            Page 180

 1   Q.   Could you elaborate, please, on the specific

 2        long-term and deleterious alterations and

 3        damage?

 4             Let's start with to your blood.

 5   A.   So I'm going to defer to the specialists on

 6        this who are knowledgeable about toxic

 7        exposure, but I have PFOA in my body.  It's

 8        there.  I can't remove it.  It has some kind

 9        of potential for havoc.

10   Q.   So you believe, consistent with what this

11        says, that you've -- your ingestion of PFOA

12        has already caused these deleterious effects?

13             Do you --

14   A.   The existence of PFOA in my body beyond

15        background level has already caused because it

16        is there now.

17             MS. SCHWARZ:  Thank you so much for your

18        time today, Miss Addison.

19             MS. JOSELSON:  I just have one follow-up.

20                  CROSS-EXAMINATION

21        BY MS. JOSELSON:

22   Q.   You were asked about why you were not

23        gardening as you used to on your property.

24             Can you explain -- you said bad

25        feelings --
```

```
                                              Page 181

 1              (Off-the-record colloquy.)

 2         BY MS. JOSELSON:

 3    Q.   I just have one question.

 4              You said you're not gardening as you used

 5         to.  Can you explain why since PFOA?

 6              MS. SCHWARZ:  Objection.

 7    A.   So you made reference to me saying -- I was

 8         having trouble articulating the feeling that I

 9         had and my lack of confidence in that I am not

10         confident PFOA is not getting into my food

11         that I grow in the yard by way of soil, by way

12         of being watered by our hose, by way of just

13         absorption through the soil, despite us using

14         raised beds, which provide some separation.

15         I'm not confident, and it causes me worry and

16         fear.

17              MS. JOSELSON:  That's all I have.

18              THE VIDEOGRAPHER:  That's it?

19              MS. SCHWARZ:  Mm-hmm.

20              THE VIDEOGRAPHER:  The time is now

21         approximately 2:59 p.m.  This completes

22         today's testimony of Leslie Addison.

23              Going off the record.

24              * * * * * * * * *

25
```

Page 182

1        ACKNOWLEDGMENT OF DEPONENT

2

3            I have read the foregoing transcript of

4     my deposition and except for any corrections or

5     changes noted on the errata sheet, I hereby

6     subscribe to the transcript as an accurate record

7     of the statements made by me.

8

9            _____

10                      LESLIE ADDISON

11

12            SUBSCRIBED AND SWORN before and to me

13     this _____ day of _____, 20____.

14

15

16                      _____

17                           NOTARY PUBLIC

18

19

20     My Commission expires:

21

22

23

24

25

Page 183

1                    CERTIFICATE

2           I, Beth Gaige, a Registered

3    Professional Reporter, hereby certify that the

4    within-named deponent was sworn to testify the

5    truth, the whole truth, and nothing but the

6    truth in the aforementioned cause of action.

7           I further certify that this deposition

8    was stenographically reported by me and later

9    reduced to print through computer-aided

10   transcription, and the foregoing is a full and

11   true record of the testimony given by the

12   deponent.

13          I further certify that I am a

14   disinterested person in the event or outcome

15   of the above-named cause of action.

16          IN WITNESS WHEREOF, I subscribe my hand

17   and affix my seal this 17TH day of April 2018.

18

19

20   _____

     Beth Gaige, RPR

21   Notary Public

22   My commission expires:

     August 22, 2019

23

24

25

Page 184

1                 E R R A T A   S H E E T

2     IN RE:   SULLIVAN, et al. vs. SAINT-GOBAIN

3     DATE:    4/13/2018

4     PAGE     LINE     CORRECTION AND REASON

5     _____    _____    _____

6     _____    _____    _____

7     _____    _____    _____

8     _____    _____    _____

9     _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23

24    _____    _____

25    (DATE)                    LESLIE ADDISON

**[& - 6th]**                                                                 Page 1

| & |
|---|
| **&**   1:16 2:4,8,13,17 3:16 4:17 120:5 |

| 0 |
|---|
| **00125**   1:6 5:3 |
| **05201**   2:9 |
| **05753**   2:5 |

| 1 |
|---|
| **1**   3:10 63:13,16 96:16 173:23 |
| **10**   152:12 |
| **10010**   2:14,18 |
| **108**   37:2 |
| **10:28**   50:2 |
| **10:41**   50:6 |
| **11**   88:19 114:1 152:13 |
| **11/30/61**   10:3 |
| **111**   2:5 |
| **113**   3:17 |
| **11:31**   88:22 |
| **11:40**   89:1 |
| **11:50**   96:15 |
| **12**   152:13 173:24 |
| **123**   3:18 |
| **126**   3:20 |
| **128**   3:21 |
| **12:46**   96:22 |
| **13**   1:18 |
| **131**   3:22 |
| **13th**   4:14 |
| **15**   12:8 |
| **16**   77:3 153:15 |
| **16.9.**   77:3 |
| **17th**   183:17 |
| **180**   3:3 |
| **1983**   31:2,3,7 |
| **1984**   16:6 |
| **1986**   20:25 23:18 |

| 1:51   150:19,25 |
|---|

| 2 |
|---|
| **2**   3:11 64:7 75:5,8 96:23 135:16 138:12 139:8 173:24 |
| **2/13/2017**   3:21 |
| **20**   6:9 8:2 22:17 39:16 45:21 168:1 168:15,16 173:3 182:13 |
| **2000**   69:15 |
| **2008**   10:12,19,20 10:22 11:9,11 12:10 14:9 15:2,3 21:2 32:13 33:14 33:15 34:25 35:21 36:21 37:15 60:14 60:23 |
| **2009**   35:21 164:9 |
| **2010**   3:19 123:11 124:5,8,16 |
| **2011**   30:8,22 31:23 32:13 33:14,15 |
| **2012**   14:22 126:12 126:13 |
| **2013**   14:22 128:18 128:23 129:18 130:14,19 |
| **2014**   128:19,23 129:18 130:4,14 130:19 |
| **2015**   130:4,23 |
| **2016**   43:8,13,13,18 45:22 56:22 57:7 57:11,19 61:10,11 66:17 71:19 115:4 115:9 116:15 120:3 130:23,23 162:16 163:2 |

| 2017   15:2,3 45:22 70:11,19 130:23 162:17 |
|---|
| **2018**   1:18 4:14 183:17 |
| **2019**   183:22 |
| **20s**   21:10 |
| **212.849.7000**   2:15 2:19 |
| **22**   17:8,8 183:22 |
| **23**   13:24 17:8 |
| **2336**   20:18 |
| **243,100**   129:6,14 130:7,11 |
| **25,000**   126:24 |
| **27**   33:12 |
| **2958**   126:16 |
| **2:06**   151:4 |
| **2:42**   178:16 |
| **2:56**   178:19 |
| **2:59**   181:21 |

| 3 |
|---|
| **3**   3:14 64:5 89:6,8 89:10,20 |
| **3/15/2016**   118:24 |
| **3/21/2012**   3:20 |
| **30**   81:13 |
| **300,000**   126:22 |
| **31**   13:22 |
| **3148**   124:20,24 125:3 |
| **32**   13:20 |
| **325,000**   125:5 |
| **33**   13:18 |
| **34**   15:8 |
| **35**   10:7,11,13 14:4 14:12,23 16:24 17:16 18:22 34:23 35:13 43:24 123:9 |

| 4 |
|---|
| **4**   3:15 96:19 97:6 |
| **4/13/2018**   184:3 |
| **40.9**   61:25 |
| **40.9.**   61:24 |
| **400**   132:6,10 136:22 137:22 139:9 |
| **41**   32:20 |
| **42**   151:24 |
| **420,000**   132:6,11 136:22 137:22 139:9 |
| **46**   28:17 |
| **460**   138:18 |
| **469,800**   137:3 138:3,19 |
| **47**   30:17 32:15 |
| **483,500**   136:2,9 138:16 139:1 |

| 5 |
|---|
| **5**   3:3,17 89:20 113:7,9 135:6 178:23 179:4 |
| **5-0**   12:9 |
| **50**   12:7,9,9 151:24 |
| **507**   1:17 2:9 4:18 |
| **51**   2:14,18 |
| **52**   28:17 |
| **56**   10:1 |
| **5:16**   1:6 5:3 |

| 6 |
|---|
| **6**   3:18 64:8 123:13 123:16,22 135:4 179:4,6 |
| **63**   3:10 |
| **6th**   120:3 |

| | | | |
|---|---|---|---|
| **7** | absorption 181:13 | 146:12 150:21 | agreed 4:2 |
| **7** 3:20 114:10 | accompanied | 151:7 168:5 177:5 | agreement 98:18 |
| 115:1 126:5,7 | 62:25 | 178:22 180:18 | ahead 7:9 23:9 |
| **75** 3:11 132:15,19 | accurate 32:6 | 181:22 182:10 | aide 34:8,17 |
| **8** | 34:10 47:25 64:2 | 184:25 | aided 183:9 |
| **8** 3:21 120:2 128:3 | 87:21 106:14 | addition 87:16 | air 143:4,4,10,13 |
| 128:6 | 114:22 136:7 | 111:23 | al 1:4 4:22 184:2 |
| **80** 161:10,10 | 147:2 148:10 | additional 73:2 | albany 27:6 33:3 |
| **802.388.6356** 2:6 | 152:2 174:24 | 122:13 136:7 | 33:18 |
| **802.442.6341** 2:10 | 182:6 | 141:12,14 | alcohol 169:4 |
| **80s** 21:18 | accurately 129:17 | address 10:6 | alerted 80:17 |
| **84** 16:7 | acknowledging | 20:17 39:4,4,5 | alive 155:17 |
| **86** 16:7 | 116:19 | 85:11 87:2 98:21 | allege 114:21 |
| **89** 3:14 | acknowledgment | 99:6 101:7 104:4 | alleging 82:4 |
| **9** | 182:1 | 128:25 | allen 25:11 |
| **9** 3:19,22 114:18 | acquire 32:1 | addresses 103:11 | almeria 20:18,19 |
| 114:23 131:13,17 | acronym 41:2 | 103:21 104:21 | 20:24 |
| 131:19 136:15 | act 119:11,11,13 | adjusted 138:21 | alterations 179:16 |
| 152:12 | action 1:5 3:14,16 | 164:13 | 180:2 |
| **90** 15:10 16:8 | 5:3 8:21 57:18 | administered 5:19 | ambeckerman |
| **95** 16:8 | 73:13 79:16,19 | administrative | 100:6 |
| **96** 3:15 | 89:16 102:5,6 | 30:13 | amended 3:14 |
| **9:33** 1:18 4:15 | 109:14 112:21,24 | advised 58:10 | 89:16 |
| **a** | 113:1 119:3 183:6 | advocate 122:13 | amount 125:12 |
| **a.m.** 1:18 4:15 | 183:15 | affix 183:17 | andy 100:7 |
| 50:2,6 88:22 89:1 | actions 57:22 | afield 21:16 | annie 18:18 |
| 96:15 | actively 164:4 | aforementioned | announced 57:14 |
| ability 94:8 | activity 164:15 | 183:6 | annoyance 90:3 |
| able 39:5 70:25 | added 35:9 | afraid 94:2,2 | 92:24 |
| 74:19 80:11 86:2 | addison 1:13 3:2 | age 15:4,6,18 17:6 | annual 81:10 |
| 95:9,10 99:7 | 5:4,20,25 6:5,10 | 171:1 | answer 6:23 19:7 |
| 102:22 103:17 | 8:23 9:25 23:9 | agent 134:13 | 21:22,24 22:1 |
| 104:8 110:9 126:3 | 24:19 50:9 56:20 | aggravation 90:3 | 23:9 25:6 29:13 |
| 141:4 147:11 | 62:23 63:15 75:7 | 92:24 | 39:5 48:18 74:14 |
| 160:7 172:1 | 80:21 89:4,10,25 | ago 6:9 8:2 43:20 | 74:19 83:11,15 |
| abnormal 68:22 | 96:16,24 97:1 | 75:22 96:12 | 86:1,2 87:5 95:9 |
| 80:15 | 98:21 102:9 113:9 | 166:20 172:3 | 95:10,20 102:15 |
| absolutely 9:2 | 123:8 128:5 | agree 4:12 90:7 | 104:9,17 106:6 |
| 75:25 98:17 | 131:15 132:4 | 128:13,22 132:14 | 114:5,17 121:13 |
| | 135:8,16 136:18 | 136:1 139:1,5 | 132:23 138:6,7 |
| | 138:11 141:2 | | 140:12,21 141:4 |

141:19 145:1
147:16 148:2
149:21 154:10
160:13
**answered**  72:5
74:14 78:6 83:10
83:14 88:14
119:24 121:12
134:8 137:13
138:4 140:11
147:15,17 148:1
**answering**  6:25
147:11
**answers**  35:11
**antibiotic**  167:6
**anxiety**  162:4,8
173:1
**anybody**  117:8
**anymore**  45:5,9
48:6
**anyplace**  37:22
**apartment**  10:24
21:3
**apologize**  15:7,20
16:11 20:7 33:22
50:11 54:7 70:16
71:3 82:15 93:24
103:1 145:11,19
179:23
**appear**  124:4
**appears**  128:24
**appointment**  70:7
71:19 76:23
122:16,17
**appraisal**  3:18,20
124:4 125:4,19
126:12,22,25
127:16,18
**appraised**  123:10
124:7,16,19
126:13 127:13

**appraiser**  134:6
134:11
**appreciate**  104:18
147:12
**approach**  151:21
**approximate**  17:6
152:21
**approximately**
4:15 12:3 17:1,8
21:7 23:20 30:15
31:7,21 32:15
34:24 37:8,12
50:2,6 55:1,7
60:13 67:19 88:22
89:1 96:15,22
132:14 138:16
141:2 150:19
151:4,24 153:6
154:7 171:24
178:16,19 181:21
**april**  1:18 4:14
30:8 183:17
**area**  28:25 38:5
39:2,3 66:6
145:21
**areas**  7:20 39:15
64:24 79:24
**arrive**  132:25
**arsenic**  59:23
60:20
**articles**  84:18
**articulating**  181:8
**asa**  53:7 141:7
**asa's**  10:7,11,13
12:15 14:1,4,12,24
16:15,24 17:16
18:22 19:17 32:16
34:24 35:13 43:25
53:8,9,9 123:9
141:8,15,24 142:1
144:16 146:1,4

147:14,25 148:16
148:19 149:5,10
149:15
**asked**  7:5 8:17
9:16 66:21 71:22
72:4 74:13 83:10
83:14 88:13 92:17
103:25,25 115:10
121:11 134:8
138:4 139:11
140:10,11 147:15
148:1 180:22
**asking**  21:16
26:16 62:8 85:11
85:14,17 86:5
87:23 110:22
111:16,22 117:21
117:24 127:18
140:13 146:12,21
147:5 152:5 165:3
**assaulted**  87:7,20
**assess**  79:24
**assessed**  129:4
130:6 135:19
**assessor's**  131:10
**assistant**  30:25
**associate**  41:16
**associated**  64:12
64:22
**assume**  7:9 48:22
102:2
**assuming**  60:15
132:5 136:20
**attack**  171:6
**attacks**  171:5
**attend**  19:23 27:7
116:6
**attended**  57:23
83:4,7 103:12
106:20 109:15
114:19 119:2,5,15

120:9
**attending**  5:6
**attention**  115:2
**attorney**  5:16
115:11,12 116:11
**attorneys**  5:5 6:15
8:25 9:3,7 38:10
63:24 81:16
106:19 113:21
114:7 120:6 121:6
132:1 133:6
**auburn**  155:24,25
156:10
**audio**  4:11
**august**  10:17,19
49:2 183:22
**aunt**  170:6,8,9,14
**aunts**  170:4
**autoimmune**
160:17
**available**  40:19
57:24 59:15
**avenue**  2:14,18
33:17
**average**  151:9
152:9 158:25
**avery**  66:13
163:13
**aware**  36:5 78:21
109:12 160:2,6,22
160:25 161:1,3,4,6
161:7 171:18
**awareness**  25:21

**b**

**b**  3:8
**babies**  65:5
**bachelor's**  27:1
**back**  9:19 15:22
43:23 50:6 72:8
79:21 89:1 92:20
96:22 103:15

106:13 121:6
123:8 124:13
135:4,6 151:4
178:19
**background** 41:24
41:24 42:1,5,6,20
81:8 102:12
180:15
**backyard** 36:2
55:21,24 56:10
93:11 142:14
**bad** 64:23 65:1
125:7 180:24
**barr** 2:8
**barrsternberg**
1:16 4:17 5:17
**barrsternberg.com**
2:10
**based** 33:6 57:18
72:16 84:11
104:20 132:17
133:9,10,11,13
170:22 179:12
**basement** 35:13
35:15,17
**basic** 6:16
**basically** 24:12
**basing** 42:3,4 65:9
82:13,16
**basis** 22:23 32:22
42:10 46:25 58:20
65:11 81:14 82:10
163:12
**batch** 176:15
**bates** 124:23
126:16
**bathe** 34:19
**bcrcvt.org.** 98:23
**beach** 158:19
**bear** 6:17

**beautiful** 75:24
157:8
**beckerman** 100:7
111:4,24 112:20
**bedrooms** 143:13
143:20
**beds** 44:3,5,21
45:20,23 46:3
47:20 181:14
**beer** 169:7,9,12
**beginning** 50:12
**behalf** 1:4 4:22
8:15 9:14 63:25
113:22,25
**belchertown**
17:25
**belief** 46:25 76:17
83:1 84:2 137:14
**believe** 23:14
25:17,23 31:20
34:7 38:5 40:19
40:24 42:8,18
43:5 51:17 53:23
55:5 62:6,19 63:1
63:6 65:4,16 68:9
68:25 69:17 71:6
80:17 81:13 83:2
87:16,18,19 88:1
96:9 98:22 99:4
101:6,17,18 103:1
103:2 104:2
109:17 116:1,13
125:6 133:8 137:7
137:10 146:12,17
147:17 148:8,18
149:18 151:23
162:17 164:9
167:3 168:5
171:14 172:22
177:5,17,23 178:3
178:9,10,12 179:7

179:13 180:10
**believed** 125:22
**believing** 65:11
**benefits** 27:23
**bennington** 1:17
2:9 4:18 10:7,8,10
10:14 11:10,11,14
11:17,18 12:2,4,10
12:13,16 17:11
18:5,10,10,11
21:16 27:15,21
28:10,25 29:3,19
30:1,3,16 36:5,16
37:6,9,17,21 38:1
38:18,25 39:3
43:21 47:11 57:6
59:3,4,5 64:16,17
74:6 75:16 83:19
128:16 132:16
154:14,19
**best** 34:5 71:9,17
95:20 147:11
**beth** 1:14 19:7
183:2,20
**beth's** 19:5
**beyond** 22:16
109:2 111:5 168:1
177:18 180:14
**big** 58:12 66:4
94:8 176:3
**bigger** 145:5
153:13
**bill** 3:21 128:11,22
130:3
**billion** 62:21
**bills** 128:13,14,15
132:17
**birth** 10:2 65:5
**bit** 21:11 32:19
58:8 73:20 90:10
92:23 124:10

143:12 151:20
152:3 165:22
169:18 175:3
**bite** 166:23
**bladder** 65:4,13
67:3,23 79:23
**blanking** 17:22
**blocking** 124:10
**blood** 43:1,4,15
61:12,17 62:10
64:9 66:9,24
67:14 68:4,5,6
70:8,10,16,19 72:1
72:3,16 76:13,19
76:22 77:5,8,20
79:10,13,23 81:18
122:13,19 161:19
169:23 170:2
171:4,22,25
172:11,12,19,24
179:12,16 180:4
**blue** 99:3,9,21
105:2 136:5
**blueheronconst**
99:2
**body** 41:23 64:24
76:5 78:22,24
82:8,14 87:8,21
170:10 172:15
180:7,14
**book** 175:14
**books** 121:7
**borax** 175:2
**born** 15:9,9,21
16:6
**boss** 8:8
**bottle** 155:11
175:6
**bottled** 58:11,19
58:23 59:7,12,18
60:4 90:14 93:9

153:17 155:2
156:8,11
**bottles** 153:8,11
154:7 174:8,15,18
174:18
**bottom** 64:4
124:21,24 125:1,2
125:3 126:18
132:2 136:16
139:8
**boundaries** 74:11
74:18,24
**box** 128:19 129:8
130:10 175:13,14
**boys** 19:20
**brand** 176:5
**break** 45:7 49:25
50:12,18 88:16
97:2 150:16,22,23
**breakfast** 12:2
**breaking** 90:19
**breaks** 49:21
**breast** 170:18
**breath** 19:6
**brief** 50:4 88:24
151:2 178:17
**briefly** 6:3
**bring** 34:20 46:9
58:12,14,15
119:14 154:2
155:2,5,11 174:8
**bringing** 58:6,9
110:3,7,12,18
111:15
**broad** 160:12
**broadly** 74:10
119:10
**broke** 60:2 91:7
**brothers** 13:15
**brought** 46:5,8,14
109:1

**brown** 175:3
**build** 21:5 133:10
133:20
**builder** 133:22
**building** 30:13
35:8 36:8 57:3,4
143:2
**built** 21:10 35:14
35:18 56:13
133:12 141:18
143:8,8 148:9,9,11
148:13
**bulk** 175:7,20,22
**buspar** 162:12
**buy** 132:22 176:10

**c**

**c** 2:1 167:21 168:6
**c8** 66:4
**call** 59:14 122:17
**called** 59:16
**calling** 143:18
**calls** 41:20 71:12
85:24
**camelio** 100:24
101:1 112:23
**camelio's** 119:1,22
**camelios** 52:24
53:12 111:3,23
**campaigning**
115:12
**canandaigua**
157:11
**cancer** 65:3
169:22 170:6,9,10
170:12,13,18,22
171:2
**canning** 93:6
**caption** 4:21
**career** 8:12 30:11
30:18 31:8 32:9
32:14 34:1,3

**carolina** 158:15
**carpet** 23:21
**carpeting** 22:12
23:12,25 24:3
**carry** 174:17
**carter** 18:19
**case** 4:21 5:1
22:25 74:22 85:2
85:18 114:21
131:9
**castleton** 20:10
**casual** 118:21
**categories** 9:11
**cause** 94:3 183:6
183:15
**caused** 28:2 91:8
178:11 179:15
180:12,15
**causes** 181:15
**ccv** 20:9
**cell** 4:9
**center** 3:16 102:6
109:14
**central** 143:4
**certain** 38:13 57:2
**certainly** 140:19
**certificate** 183:1
**certification** 63:22
**certify** 183:3,7,13
**chain** 3:15
**chair** 56:5
**challenged** 131:10
**change** 23:16
49:14 68:16,19
94:23 95:19
147:20
**changed** 33:12,19
44:25 45:2,19
75:24 93:4 164:22
165:20

**changes** 44:18
182:5
**charlottesville**
157:22
**check** 32:6 67:12
131:4
**checked** 67:2,16
68:7
**checkups** 170:24
**chemfab** 36:6,11
36:15 37:1 57:3,4
84:14
**chemical** 81:11
82:6 83:3,8,24
87:7,20
**chemicals** 38:13
**cherry** 44:19
**children** 11:25
13:1,2,3,4,6 17:9
19:2,16 20:23
55:3,4 76:6,9 82:9
**chittenden** 115:11
**cholesterol** 65:2
65:12 67:2,13,16
68:7 171:13,16,20
**chose** 41:13
102:16
**chris** 16:7
**christmastime**
19:19
**christopher** 13:9
13:17 16:6,13
18:1,17,17
**christopher's** 19:2
19:16
**chronic** 160:5
162:1
**cigarettes** 168:23
**cigars** 168:25
**city** 29:19 30:1,4

**civil** 1:5 5:2
**claims** 90:10
**clapp** 120:7
**clarify** 7:6 24:25
62:8 91:6 104:16
144:1 152:16
160:3
**clarifying** 29:9
30:5
**class** 1:4 3:14 4:23
63:22 72:11,15,20
72:20,24 73:2,3,13
73:16 79:16,19
89:16 112:20,23
113:1 116:5,23
117:5,9,18,22
118:4,13
**classes** 27:9
**clean** 51:11,12
90:15 137:19
**cleaned** 24:2
**clear** 103:22 104:4
**close** 37:25 44:8
95:18 152:4
**closely** 143:2
**clothesline** 56:4,5
**coach** 78:9
**coaching** 140:15
140:17
**coffee** 153:10
**cohen** 99:25
**coils** 143:17
**colbin** 33:17
**coli** 59:25 60:2,7
91:9,19 92:6,10,15
**college** 14:16,17
15:1 17:3 19:23
27:5,6 34:4 43:21
47:11 75:16 83:19
83:20

**colleges** 122:14
**colloquy** 77:18
88:18,20 113:13
124:14 141:1
181:1
**combination**
58:24 106:9,12
**comcast.net**
101:14
**comcast.net.** 99:2
100:6 102:1
**come** 25:20 46:4
49:5,10 77:4,7
83:1 84:2 134:2
152:8 153:16,17
**comes** 19:21 56:17
145:22 157:13
**comfortable** 50:20
134:24
**coming** 62:6 94:22
95:14,17,19 96:2,3
**commencing** 1:18
111:24 116:24
117:11 118:11
**commercing**
117:12
**commission**
182:20 183:22
**commissioner**
121:20
**committee** 3:13
75:15
**communication**
121:22
**communications**
112:9 116:23
118:12 121:8
122:7
**community** 73:19
73:25 74:5,9 81:1
82:8 83:19 90:25

108:25 120:5
**commute** 30:15
32:19
**commuting** 32:15
**company** 8:10,11
8:15,18 41:6
**compare** 134:1
145:8 146:13,18
146:25
**compared** 137:8
**comparing** 147:10
**comparison**
133:17
**compensation**
85:15 87:15
**complaint** 3:14
89:16
**complete** 9:21
19:6 24:14 35:2,8
100:16
**completely** 78:17
160:7
**completes** 96:15
150:20 181:21
**complex** 165:18
**complicated** 144:2
**complying** 63:19
89:21 113:12
114:11 179:5
**component** 91:7
**components** 136:7
**composition**
104:10 110:10
**comprehensive**
69:22 81:6
**comprised** 104:11
**computer** 183:9
**concern** 64:25
91:20
**concerned** 37:24
45:9 48:7,9 64:10

94:1
**concerning** 59:24
**concerns** 37:16,20
37:22 80:18 119:2
**conclusion** 85:25
**condition** 160:4
161:17 163:7
178:10,12 179:7
**conditioning**
143:10,14
**conditions** 64:11
64:15,22 160:2
161:11,16 162:1,3
167:25
**conduct** 82:17
**confidence** 90:20
93:7 181:9
**confident** 51:22
59:22 60:3 90:15
95:15,18 181:10
181:15
**confidential** 98:15
**conflating** 139:14
**confused** 71:21
82:11
**connected** 53:24
54:15 148:20
149:25 150:11
**connection** 29:22
40:12 150:3,6
166:2
**conscious** 161:23
**consented** 51:24
149:25
**conservation** 41:1
41:4 57:16 58:3
83:18
**consider** 35:15,19
51:8 56:16 164:2
**considered** 50:24
51:1,5

considering 145:18
consistent 138:18 180:10
consoling 107:14
construct 125:14
constructed 142:23
constructing 142:20
construction 35:2 35:4,22 99:3,9,21 105:3 133:15
construction's 136:6
consult 133:3
consultation 133:2
consume 169:4
contact 115:24
contacted 116:2
contain 46:13 153:9
contained 40:16
containers 58:12 58:14,15 176:3
contaminated 37:23 38:2,18,24 45:10 48:16 64:18 90:16,18 93:12
contamination 26:17 38:6 39:2,4 39:6,12,13,17,21 39:22,23 40:4,13 41:12 46:12,16,23 47:3 49:19 73:19 73:23 74:8,12,18 75:2 79:25 81:9 89:23 90:24 91:9 91:19 94:10 118:7 119:1 121:10 132:5 136:20

contested 131:10
context 57:10 102:13
continue 4:11 50:9 89:4 97:3 131:6
continued 59:18
contracted 166:21
conversation 78:3 78:11 111:13 116:10
conversations 4:8 8:25 38:4,8,11 52:21 78:15 79:2 103:17 109:3 110:23 111:6,9,22 112:1 117:4,8 118:15,18,21 122:3,12
convert 147:4
cooler 154:4
copies 9:18
copper 115:15,16
core 35:8
corner 125:1,2 126:18
corporation 1:9 4:25
correct 12:19 16:4 23:18 47:21 51:15 51:25 72:21 83:25 86:14,20,23 88:12 88:15 91:21 98:25 103:4,23 112:6 114:3 131:12 134:6,7 150:1
correction 184:4
corrections 182:4
correctly 53:22 64:19 76:1,7 80:1 90:5 95:21 104:19 115:17,19 119:6

138:5 175:10,19 179:18
corrects 60:2
cost 47:16 133:10 136:5
costs 136:6,6
counsel 4:19 22:1 22:24 78:8
counseling 27:13 27:21 28:10 30:7 30:9
counselor 31:20
counteract 92:11
county 30:4 115:11
couple 9:20 19:21 43:20 52:19,20 58:17 66:25 91:7 159:17 163:15 164:13 166:19
course 122:18
court 1:1 5:2 7:1 7:12 22:17 63:15 85:17 86:5 87:2
cousin 170:18
cousins 170:16,17
cragin 123:4,5
crawford 168:1
cross 3:3 100:15 180:20
crozet 159:23
current 10:6 34:23 161:21 172:25
currently 13:25 17:9,20 27:12 47:20 49:5 51:14 90:14 91:5 94:15 153:20 161:25 166:4,8 176:10 178:9

custom 143:21
cv 1:6 5:3
cycle 94:18

**d**

d 1:3 4:21 156:17
daily 32:22 174:11
dale 25:11
damage 73:13,15 85:19 114:21 150:4,6 179:16 180:3
damages 90:1
dan 158:13,18
dan's 158:19 160:19
danette 156:17,22 157:15
dartmouth 165:19
dash 115:9 120:4
date 4:14 10:2 51:2 184:3,25
dated 3:18
dates 135:19 166:19
daughters 18:18
david 2:8 5:12,16
day 27:19,19 28:14,16,16 48:21 95:16,21,24 96:1,5 152:10,11,13 153:7,8 154:8,9,10 155:1,9 182:13 183:17
days 95:18 156:6,7 173:18
dec 121:9 122:24
december 10:22 34:24
decide 49:22
declaration 3:10 63:21 72:9

decrease 127:5
deep 148:21,24
defendant 1:10
2:12 4:20,25 6:11
defendant's 132:6
defer 180:5
defined 170:4
definite 141:16
definitely 132:20
definitively 99:7
degree 27:1
delaware 18:2
deleterious 179:15
180:2,12
delivered 59:10,16
144:12 153:13,19
174:16
deliveries 59:11
153:16
delivery 93:9
demand 89:17
demarcations
39:15
dementia 161:20
dental 168:17
dentist 168:16
department 32:25
40:25 41:3 42:17
42:19,24 43:10
57:15 61:18 65:16
79:1 83:18 122:8
departments
42:22
depend 32:23
55:11
depending 32:25
173:12
depends 33:13
155:3 174:13
deponent 182:1
183:4,12

deposed 6:6 8:2,14
deposition 1:13
4:11,16 8:24 9:8
23:4 63:13,17
75:5,8 89:7,8,11
96:16,19,23 97:7
113:7,10 123:13
123:16 126:6,7
128:3,6 131:13,19
140:8 182:4 183:7
depositions 167:24
depot 46:7
depression 162:4
162:8 173:1
describe 22:9
27:16 28:8 90:11
135:17 143:21
145:12 160:14,19
161:8,21 169:19
described 68:23
description 3:9
design 143:21,24
144:4 145:16
designate 39:14
designation 97:25
despite 181:13
detail 160:9
details 116:9
162:23
detect 95:23 96:5
detected 47:4 51:6
56:24 61:4,8 72:1
79:10,13 132:11
133:18 134:2
149:20
detection 36:4,24
37:5 49:9 52:8
64:15 178:2
detergent 174:22
175:5 176:10,14

determined
135:19
determining 42:10
developing 64:11
development
27:24 118:25
120:10
dewey 27:15 28:22
diagnosed 165:2
166:15 171:15,19
171:25
diagnosis 163:17
163:20,21 164:1,3
165:16,20,24
dialogue 122:2
died 170:10
difference 71:23
different 42:14
45:18 68:4 106:7
106:8,9,11,20
110:14 112:18
139:16 140:22
145:6,25 146:2,3
146:14,23 147:1,4
150:9 173:2
differently 86:8
110:15
dig 45:13
diminished 85:4,9
86:22 87:3 90:12
diminution 80:25
90:1,9
direct 3:3 5:23
124:20 126:15
130:5 135:16
directing 124:24
directionality 44:6
directly 74:1
122:17
director 27:18,20
30:20 31:22,24

disabilities 31:11
31:13
disagree 131:6
172:16
disc 96:15,23
disclaim 152:25
disclosed 117:2
disclosure 131:23
137:11
disclosures 3:22
131:23 136:11
139:7
discovering
106:15
discovery 36:16
discuss 52:17
53:10 76:19 77:23
82:18 102:25
103:7,14 104:22
106:2 108:8 110:3
110:17 111:14
112:4 116:8 119:1
122:20,23 123:1
discussed 9:3
38:10 52:8,12
54:4 80:4 81:20
86:25 104:1
105:11 108:11
110:12 116:3
119:9 120:15
166:5 177:22
178:3
discussing 108:18
108:20,21 110:7
111:13 112:12
129:22
discussion 114:20
discussions 53:16
54:10 107:3
112:14

**disease** 166:15,22
  167:4,7,11
**diseases** 64:12,22
**disinterested**
  183:14
**disorder** 165:8
**display** 40:15
**dispute** 130:25
  131:1
**disputes** 38:13
**distance** 173:13,21
  174:2,14
**distinction** 29:24
  111:11,12
**distinguish** 177:19
**distracted** 19:13
**district** 1:1,1 5:2,2
  115:11
**divorced** 20:22
**doctor** 66:10,12
  79:9,12 80:12
  170:21
**doctors** 163:11
  165:12
**document** 63:18
  63:23,24 75:10,11
  89:17,18 97:11
  106:14 113:20,22
  114:4 123:19,22
  124:2 126:9 128:8
  131:3,20,25 132:1
**documents** 9:6,9
  9:11,13,14 47:6
  73:9 98:14 114:6
**dog** 56:8
**dogs** 56:6,7
**doh** 123:2
**doing** 15:5 45:17
  73:8 132:19 135:1
  175:1

**dol** 42:23,24
**donovan** 115:10
  115:24 116:1,11
  116:15
**dots** 149:22
**dover** 17:23
**downsize** 51:4
**downstairs** 11:2,3
**doxycycline** 167:8
**dr** 66:14,20,21,23
  67:6 68:11 70:6
  80:4,14 81:19
  162:18 163:6
**dramatically**
  174:3
**drawn** 39:18
  74:23 122:19
**draws** 122:13
**dress** 34:20
**drink** 58:5,11 59:7
  59:18 60:4 90:14
  153:7,8,20,24
  154:1,7 156:8,8
  169:9,11
**drinking** 64:17
  76:4 89:23 90:15
  94:16 95:3
**drive** 12:2 25:2
  36:9 37:2
**driveway** 56:14
**driving** 33:4 37:10
  37:11,12
**drop** 126:24
**drove** 25:10
**dsilver** 2:10
**due** 7:20 18:20
  179:8
**duly** 5:20
**duplex** 11:1
**duration** 20:22

**duties** 31:8

**e**

**e** 2:1,1,6,10,15,19
  3:8,15 20:18
  59:24 60:2,6 91:9
  91:19 92:6,10,15
  97:14,17 98:8,21
  99:5,6 101:6
  102:11,13,16,21
  103:11,21 104:4
  104:21 112:8
  156:17,17 184:1,1
  184:1
**earlier** 61:14
  70:11 88:11 108:7
  111:11 162:15
  169:18
**early** 64:15 161:19
**eastport** 158:3
**eat** 45:12
**ectopic** 167:20
  168:6
**eddy** 156:17
  157:10,10,11,17
**edge** 44:8
**education** 26:24
**edward** 4:13
**edwina** 158:13
  159:18,19 161:2
**effective** 51:17
**effects** 164:22
  180:12
**efficiency** 133:16
**eight** 152:10,14
**either** 79:6 129:23
  134:15 154:2
**ejoselson** 2:6
**elaborate** 58:8
  65:1 92:23 102:12
  143:12 180:1

**elderly** 34:19
**elevate** 71:11
**elevated** 42:11,20
  43:1 46:17 63:12
  64:9 68:23,24
  69:2,3,8,25 70:3
  71:4,18 72:2,15
  76:17
**emanuel** 2:13,17
**embarrassed** 7:23
**emily** 2:4 5:14
**emotional** 45:4
**employee** 27:23
**employment** 8:21
  30:20 31:11,24,25
**empty** 141:12
  148:17
**endurance** 50:14
**energy** 3:12 75:15
  133:16
**engagement** 27:23
**engaging** 8:9
**enhanced** 35:9
**enhancements**
  133:11
**enjoy** 48:11,13,14
  94:9
**enjoyment** 81:2
  88:10 90:2
**entertain** 54:24
  55:8
**entry** 118:23
  120:3
**environment** 82:7
  83:9,24 84:1,4
**environmental**
  25:14 41:1,4
  57:15 58:3 83:18
**enzyme** 69:2
**enzymes** 68:22
  69:8,13,24 71:5,10

71:18 72:2
**epidemiologist**
  120:8,22,25
**epilepsy** 165:2,4,5
  165:6,8,16
**epileptic** 165:13
**episodes** 165:1
**equipment** 91:22
**errata** 182:5
**esq** 2:4,8,13,17
**establish** 122:16
**establishment**
  64:13
**estate** 127:16,17
  127:24 134:6,10
  134:13
**estimate** 168:11
  169:8
**estimated** 137:21
  137:23 139:6,15
**estimation** 150:4,7
**et** 1:3 4:22 184:2
**event** 173:13
  183:14
**exact** 104:10,11
  107:20 110:9
  166:18
**exactly** 6:21 11:21
  14:18 17:5 21:9
  33:15,19 52:4
  65:18,19 66:16,18
  66:22 68:20 69:14
  77:1 78:20 79:4,6
  84:19,25 86:10
  87:1 105:24 120:1
  120:20 162:16
  165:23 172:1
**examination** 3:3,3
  5:23 180:20
**examined** 5:21

**example** 108:2
**exception** 149:23
**exchanged** 121:19
**excluded** 31:17
**exercise** 153:1
  173:7,9
**exhibit** 3:9,9,10,11
  3:14,15,17,18,20
  3:21,22 63:13,16
  75:5,8 89:6,8,10
  96:19 97:6,6
  113:6,7,9 123:13
  123:16 126:5,7
  128:3,6,12 131:13
  131:16 135:4,4,6
  136:13 178:23
**existence** 180:14
**experience** 127:15
  134:15,22 135:1
**experienced** 92:24
**expert** 41:21 71:13
  120:8
**expires** 182:20
  183:22
**explain** 80:22
  114:15 180:24
  181:5
**explained** 42:20
**explanation** 81:15
**exposed** 64:17
  74:1
**exposure** 64:12
  67:11 72:11,16,18
  72:20,24 73:3,18
  81:8,11 94:10
  106:16 107:13
  121:2 179:8 180:7
**express** 125:18
  129:23,23
**expressed** 125:23

**extended** 154:24
**extent** 22:16

**f**

**f** 2:8 5:12
**facility** 36:6 37:1
**fact** 26:19
**failed** 90:19 91:3
**failproof** 60:4
**fair** 7:10 28:4,6
  80:14 108:10
  152:2
**falls** 120:4
**familiar** 9:1 167:9
  167:16
**family** 35:17 55:2
  94:1 155:12,15
  158:6 169:23
  170:22
**far** 12:3 21:15
  24:17 37:8 49:15
  79:15,18 86:13
  90:19 142:7
  173:20
**father** 155:17
  157:25 161:15
  171:6,14
**fear** 94:4,4 181:16
**february** 3:19
  43:18 56:22 57:7
  57:11,19
**feel** 7:22 50:19
  87:6 90:15,23
  130:2,21 131:3,4
  133:24 161:23
**feeling** 48:17
  181:8
**feelings** 180:25
**feels** 160:10
**fibromyalgia**
  167:14

**figure** 139:1 147:9
**filed** 5:1 117:23
  118:4
**filter** 94:19,21,23
  95:19
**filtered** 49:8 154:1
  154:2
**filtering** 51:18
  59:23 92:6
**filtration** 92:11
**final** 32:2
**finally** 7:19
**financial** 47:15
**financially** 94:5
**find** 65:23,25 87:1
**finding** 80:8
**fine** 21:20 49:24
  165:22
**finish** 6:24
**firehouse** 57:13
**firm** 120:18
**first** 11:13,16,18
  24:7 56:20 61:15
  66:14 69:4 71:10
  71:18 98:21
  102:20 106:14
  113:17 115:7
  128:18 137:2
  170:17,18 171:24
  178:25
**five** 18:13 32:7
  44:23 96:9 141:11
  150:16 169:14
  172:3 173:18,18
**fix** 91:17,18
**fixed** 91:12,13,14
**fizzle** 49:4
**flat** 148:7
**flats** 148:7
**flint** 120:5

**flip** 130:3
**floor** 35:16,20 143:18
**flooring** 23:16 24:17
**floors** 24:1,2
**focusing** 85:8
**follow** 68:11 180:19
**followed** 57:24 76:4 164:4
**following** 39:18 58:1 115:9
**follows** 5:22
**food** 34:20 181:10
**footage** 144:21 145:2,8,8 147:5,9
**foregoing** 182:3 183:10
**forever** 75:24
**form** 22:19 26:1 65:17 83:1 84:2 85:16 102:14 118:1 139:13,21 139:25 140:2
**formal** 98:1 127:17
**former** 36:5 37:1
**formulate** 86:9
**forward** 145:18
**found** 39:19,22 46:13 47:9 65:24
**four** 13:7 14:21 32:7 44:3,12,22 106:7,12 107:15 108:6 132:17 141:10
**fourth** 79:21 131:23 136:10 139:11,12

**fractured** 168:19
**frame** 106:10
**free** 130:22 131:4 131:4
**frequency** 94:20 106:4 159:5
**frequently** 106:1 158:24
**freshman** 14:20
**front** 56:12,14,16 144:16,19,24 145:4,13,16,18,20 145:25 146:3,8 147:10,14,24,25 178:24
**full** 120:3 183:10
**fun** 45:13,17 48:6
**fund** 64:14 86:19
**further** 183:7,13
**future** 70:6,9 87:10

**g**

**gaige** 1:14 183:2 183:20
**gallbladder** 167:20 168:5
**garage** 35:16
**garden** 43:24 44:24 45:15 48:11 48:15,20,21,23 49:1,2,6,16,20 50:17,20
**gardener** 46:8
**gardening** 45:9 54:23 93:5 176:20 180:23 181:4
**gathered** 84:11
**gathering** 65:3 118:5
**ge** 25:8,13

**gears** 43:23
**general** 9:11 22:11 22:17 26:6 29:2 52:9,12 53:15 55:25 57:1 78:4 103:7 104:1 107:3 108:22 115:12 116:12 120:14 133:7 144:23 169:20
**generally** 22:9 27:16 28:8,17 79:7 90:11 98:9 114:22
**generates** 143:17
**generic** 164:19
**getting** 47:24 79:21 95:18 96:4 181:10
**gifts** 176:7
**give** 7:14 18:16 20:17 77:17 176:6
**given** 67:10 118:17 132:16 183:11
**glass** 169:14
**glasses** 125:8
**gmail.com** 100:3 101:11
**gmail.com.** 99:13 101:1
**go** 4:12 6:17 7:8 13:12 15:22 20:8 23:9 27:5 32:21 33:2 58:18 93:10 98:6 104:19 114:10 128:12 135:6,8 152:7,17 152:18 154:19,22 157:23 159:13 163:19 170:16

178:14
**gobain** 1:8 4:24 5:9,11 6:11 36:6 36:18 82:4,6 83:2 83:8,23 84:3 178:25 184:2
**gobain's** 82:16
**goes** 22:16 24:17 86:13 93:12
**going** 6:20,21 7:8 21:14 22:15 35:18 35:23 44:6 45:4 45:12 47:9 50:2,6 53:18 88:22 89:1 89:6 93:19 94:7 96:17,22 97:5 113:5 116:17 123:15 126:5 135:4,5,6 150:25 151:4 154:17 155:8,9 160:7 162:22 167:22 175:11 177:4 178:16,19 180:5 181:23
**good** 5:25 31:5 49:23 88:16 160:15,20 161:10 161:24 169:21
**goodine** 99:10 105:6 108:3,13 109:5 113:1
**gotten** 53:21 76:13 96:13
**graduate** 27:7
**graduated** 14:16 14:16 15:1 17:2
**grandchildren** 18:12,21
**grandkids** 45:13

**granish** 120:5
**grass** 56:10 145:21
  145:23
**grassy** 56:18
**great** 7:4 45:14
  97:5 98:12
**greater** 33:3,5
**green** 17:3 44:20
**greer** 158:15
**grew** 11:21
**grocery** 152:17
**ground** 6:16 35:16
  35:18,19 46:11
  47:14
**groundwater** 88:4
  88:8 89:24 90:16
  93:13,14,19 94:23
  177:6,10,19
**group** 40:25 41:8
  41:11 42:13
  102:10,17,20
  103:21 104:2
  105:11
**grouse** 115:15,17
**grow** 24:19 44:15
  44:16 93:7 181:11
**growing** 25:21
**grown** 44:24
**guess** 48:17 71:7
  74:9 164:6
**guessing** 21:10
**guest** 120:6
**guidance** 133:6
**gutted** 24:12

**h**

**h** 3:8 184:1
**half** 37:13 93:17
  152:14
**hampshire** 17:23
**hand** 97:5 123:15
  123:21 125:1,2

126:5,18 128:20
129:8 130:10
183:16
**handed** 40:5,12,20
  75:7 84:23 89:10
  128:5 131:15
**handing** 63:15
  113:9
**handle** 91:17
**handouts** 40:16
  121:3,5
**hang** 56:2
**happen** 52:3
  121:25 148:21
**happening** 106:16
**hard** 14:18 19:7
  106:5 108:24
  124:11 158:25
  165:23
**hardwood** 24:1
**harvard** 120:7
**havoc** 180:9
**head** 7:16 15:6
  178:8
**headed** 6:21
**health** 42:17,19,24
  43:10 61:18 65:16
  79:1,24 93:4 94:4
  107:13 120:8,16
  122:9 160:14,19
  160:23 161:9,22
  161:23,24 163:5
  169:19 178:10
  179:7
**healthy** 172:15
**hear** 22:1 39:20
  56:20,23 78:17
  83:12 175:19
**heard** 25:13 36:11
  36:15,18 37:1
  57:10 157:5

**hearing** 171:16
**heart** 161:17
  171:4,6
**heartbroken**
  75:25
**heat** 143:17
**heating** 143:15
  144:3
**heavy** 167:6
**held** 4:16 32:7
**hello** 6:1 116:19
**help** 3:16 31:10
  34:19,19 75:19
  172:12
**helpful** 7:1
**herbs** 45:17
**heron** 99:3,9,21
  105:2 136:6
**high** 65:2,12
  161:19 171:13,16
  171:17,19,22,25
  172:10,12,19,24
**higher** 125:16
  132:15,21 136:9
  139:5
**highest** 26:24
**hike** 155:4
**hiking** 155:9
**hill** 35:14,19 56:13
  97:24 145:24
  148:9,13
**history** 36:10
  169:22 170:22
**hmm** 7:16 21:4
  24:18 29:23,23
  33:8 34:11,11
  35:1 42:7 86:18
  86:18,21,24 94:14
  95:7 109:8 118:20
  127:11 128:21
  138:14 141:9

147:7 155:7
158:12 177:14
181:19
**hobbies** 93:4
  176:21
**hobby** 177:3
**hodgkin's** 170:1
**home** 10:23 17:15
  20:20 21:8,12,17
  22:6,13 23:12
  24:3,15 32:16
  34:9,23 35:2,24
  43:23,24 46:7
  53:24 54:4,11,13
  54:15,18,24 55:8
  55:13,15,17,22
  59:18 75:24 77:16
  87:9 103:13 122:3
  123:8 124:7,16,18
  125:14 126:12,13
  129:18 132:10
  133:1 134:22,24
  135:2 136:3,10
  137:7,15 141:18
  142:20,23 143:4
  144:16,19,23
  148:8 151:10,17
  151:17 152:6,8,17
  152:21,25 153:3
  153:21 155:6
  166:25 174:16
  175:13 176:8
  177:1,2
**home's** 127:23
**homes** 57:2 85:5
  133:18 134:1
  141:3,7,17,20,24
  142:1,13,18
  149:20
**honeymoon**
  168:21

**hooked** 51:24 52:6
**hookup** 51:11
**hoosick** 120:4
**hoping** 87:11
**hose** 49:7,19
  181:12
**hosted** 120:5
**hot** 44:20
**hour** 49:22 152:10
  152:13
**hours** 28:12,14,17
  151:24 159:17
**housatonic** 25:14
  26:7,13
**house** 10:18,24,25
  21:3,4 24:13
  35:14 53:12 54:20
  55:18 56:14 94:2
  95:14,17 119:1,22
  122:4 129:9,10
  130:10,24 133:8
  133:13,20 137:10
  137:17 145:18,20
  152:19 156:11
**houses** 148:18
  149:15,22
**human** 27:18,20
  31:23
**husband** 11:7
  20:23 46:6 47:19
  54:5,11 58:23
  91:16 110:1
  116:14 125:13
  129:22 133:2
  134:10 136:1
  143:25 144:4,12
  156:12
**husband's** 98:22
  155:12,16
**hydrogen** 175:4

**i**

**identification**
  63:14 75:6 89:9
  96:20 113:8
  123:14 126:8
  128:4 131:14
  135:20
**identified** 22:18
  39:7 108:2 168:2
**identify** 5:6
  104:20 179:6
**identifying** 114:17
**illness** 160:6,16
  161:14
**illnesses** 160:21,24
  161:2,5
**imagine** 131:6
**immediate** 170:4
**immune** 179:17
**impact** 64:24 65:1
  80:25 85:4,10
  86:23 87:3,10
  94:6,8 107:14
  115:23 116:4
  150:3,6
**impacted** 72:18
  73:18,22 87:9,9
  116:4 149:10,12
  149:15,18
**impacting** 91:1
**important** 7:14
**improve** 150:14
**improvements**
  138:24
**include** 9:17
  138:23
**included** 107:17
  120:7 154:12
**including** 47:9
  135:19

**inconvenience**
  90:4 92:25
**inconvenienced**
  93:8
**increase** 150:12
**increased** 64:10
**increases** 174:3
**independent** 65:20
**index** 3:1
**indicate** 28:1
  95:23
**indicated** 95:2
  167:23
**indirectly** 74:2
**individual** 121:8
  121:22 122:7
  143:8
**individual's** 99:6
**individually** 1:4
  4:22
**individuals** 104:5
  107:18
**indoor** 55:10,12
**inflation** 138:21
**info** 3:15
**informal** 127:20
  127:22
**information** 9:4
  42:8,18 47:1
  53:17,20 57:23
  63:4 64:1 65:14
  65:15,17 109:13
  113:21 120:24
  129:10
**informational**
  120:4
**ingestion** 179:14
  180:11
**initial** 70:7 76:24
  94:13 136:11

**initially** 122:5
**inquiry** 167:25
**inside** 142:19
**installation** 60:5
**installed** 51:14
  59:17 60:18 92:5
**instances** 135:18
**insured** 138:18
**intend** 140:5
**intention** 7:22
**intentional** 81:7
**interested** 45:11
**interfere** 4:10
**internet** 66:1
**interrogatories**
  3:17 113:17 135:5
  135:10,13 137:2
  179:1
**interrogatory**
  135:25 138:6,12
  139:7
**interrupt** 113:24
**interrupted** 21:25
  139:13
**introduced** 6:2
**invested** 136:2
  137:8
**investment** 138:15
  139:2,15
**involve** 107:22
**involved** 33:4
  109:1 111:4
**involving** 8:8
**ish** 37:13,14 49:2
  54:21 76:25
**isolation** 102:23
**issue** 25:17,23
**issues** 3:23 25:14
  65:3 85:12 108:10
  108:20 131:24

**it'd** 55:12
**ivory** 175:3

**j**

**j** 2:4 115:10
**james** 1:3 4:21
**jane** 158:11,14,16
  160:5 171:10
**jane's** 158:15
  160:14
**jeff** 100:17,19
  104:25
**jeffjhc** 100:13
**jim** 11:7 13:2 46:6
  99:10 105:6 115:9
  116:2 120:9
  125:22 133:5,5
**job** 28:2,24 29:4
  29:22 30:25 31:7
  31:20
**jobs** 34:4,6
**john** 100:24
  118:25
**johnas** 10:5 13:12
  13:13,14,14
**jon** 99:23,25
**joncohenlawyer....**
  99:23
**joneses** 53:11
**joselson** 2:4 3:3
  5:14,14 15:24
  19:4 21:14,24
  22:15,21,24 23:5
  25:5 26:1,8,22
  28:5,11 29:8,14,16
  31:9 34:18 35:7
  36:12,20 37:3
  38:3,19 39:1,25
  40:8 41:20 42:15
  43:17 45:3 46:18
  47:5 48:1 49:11
  49:17,21 51:19

52:11 54:2,17
56:1 57:12 62:2
62:14 67:20 68:8
69:5,10 70:1,13,24
71:12,20 72:4
73:7,24 74:13
75:3 78:6 80:10
80:16 81:22 82:19
83:10,14 84:5
85:24 87:4,22
88:13,17 90:13
92:8,16 93:22
94:17 95:4,25
98:13,18 102:14
107:6,19 108:15
109:16 110:19
111:8,18 112:15
116:25 117:7,21
117:25 118:3,14
121:11 124:23
125:21 127:1,7
129:19 131:17
132:18 133:19
134:8,17,23 135:9
135:12 137:5
138:4 139:10,19
139:23 140:3,9,16
140:17 142:3,15
142:21 143:22
144:25 146:15
147:15 148:1
149:11 150:5,22
151:12 154:15
159:6 163:8,23
167:22 168:12
172:14 176:22
177:9,25 180:19
180:21 181:2,17
**joy** 93:5,6
**jsullivan** 98:23

**judge** 140:1 168:1
**july** 43:5,7,8 76:25
**juncture** 94:24
**june** 18:20 43:5,7
  43:7 49:2 61:16
**jury** 89:16

**k**

**k** 20:15
**kasper** 102:4
  105:9 106:22
  109:8,11,11
**kayla** 16:21,22,23
  17:11 18:7,8,19
  19:21
**kayla's** 19:20
**keep** 43:24
**kelsey** 16:20 18:5
  18:8
**keppra** 164:24,25
**kerry** 11:8 16:20
  16:21,22,24 18:3,7
**kidney** 65:4,13
**kidneys** 79:23
  179:17
**kids** 76:12 122:14
**kind** 6:23 21:10
  39:18 44:7,7,12
  54:13 56:17 60:1
  68:1 69:22 94:19
  98:3,8 119:24
  121:19 122:5
  145:17,23 147:10
  159:4 160:9 162:4
  164:6 165:8 169:6
  170:13 175:5
  176:1 180:8
**kindness** 176:23
**kitchen** 55:19
  143:1
**knew** 36:22

**know** 6:2,21 7:5,8
  7:24 8:7,7 9:2
  13:16 15:11,11
  16:4 17:18 18:8
  21:7 22:20 23:20
  25:16,20 26:6,18
  30:3 31:18 32:4
  32:25 33:20 35:5
  35:10 36:8,8,9,10
  36:17,21 38:9,23
  40:20 41:4,5 47:7
  47:23 48:18,18
  50:13,15 51:23
  52:4,7 53:20 60:9
  60:12,17 61:6
  63:18 67:2 68:3
  69:13 72:6 74:20
  75:9 77:15 79:11
  79:14,15,18 80:15
  89:12 91:8,22,23
  93:16 94:6,20,22
  94:24,25 95:9,16
  97:10,24 98:4
  99:5,14,18,20,22
  99:24 100:14,23
  101:12,16,25
  102:8,9 103:8,10
  103:19 111:3
  113:11 118:8
  119:10 122:3
  123:19 128:7
  132:21,21 133:20
  133:21,21,22,23
  134:5,18 141:19
  142:7,8,10,16
  144:6,10,13,14,21
  145:1,2,20 147:8
  148:15,21,23,25
  149:4,9,12,19
  152:9,18 153:14
  160:9,13,16

161:12,16 166:14
166:21 170:10,11
170:11,12 171:5
171:13,15,18
173:23 178:13
**knowing** 141:4
**knowledge** 38:23
52:5 60:22 69:2
79:9,12 81:17
91:12 94:15 95:12
95:13 102:19
133:13 163:6
167:11 169:22
**knowledgeable**
180:6
**kobik** 99:15,16,20
104:22
**kobik's** 100:3
**kobik.laurie** 100:3
**kobiks** 52:24

**l**

**l** 20:18
**l.l.p.** 2:4
**lack** 181:9
**lake** 24:21 25:3,3
25:4
**lamictal** 164:18,19
**lamotrigine**
164:18
**landfill** 37:9,17,21
38:2,14
**landon** 18:19
**lane** 52:20,23 53:4
99:19 100:12
101:5 149:24
**langrock** 2:4
**langrock.com** 2:6
**laptop** 55:20
**large** 32:24 39:2,6
44:21

**late** 93:10
**laundry** 56:2
174:21
**laurie** 118:25
**law** 5:17 120:6
155:21
**lawsuit** 8:8,9
12:22 80:23 82:4
86:14 110:3,7,12
110:18,23 116:24
117:11,12,22
118:11 119:14
**lead** 65:2
**leads** 65:11
**leakage** 94:21
**learn** 57:7 61:7
**learned** 45:15
57:19 76:3 83:5
83:22 93:17
**learning** 67:11
76:5 120:21
**leave** 23:15 29:19
114:7
**left** 20:21 30:20
32:8 33:20 125:1
125:2 126:18
128:20
**legal** 74:20 85:25
120:17
**legislators** 57:14
**leslie** 1:13 3:2 5:4
5:20 6:5 96:16,24
150:20 181:22
182:10 184:25
**letter** 62:6,24 63:2
**level** 26:24 41:17
41:19 61:24 81:8
180:15
**levels** 42:11,20
43:1 46:17 62:10
62:13 64:9 67:13

67:16 69:3 72:15
95:23
**lexington** 159:19
**license** 134:6
**licensed** 134:10,13
**life** 87:10 93:17
161:13
**lifetime** 93:15
168:13
**light** 91:20 124:10
**lighting** 125:6
**limited** 108:11
109:4 117:5
**line** 44:8,9 129:10
184:4
**lines** 74:23
**liquid** 175:4
**lisinopril** 172:22
172:23
**list** 105:25 106:3,5
106:17,18,19
114:12,16 117:1,6
118:17
**listed** 128:1
**listener** 109:19
**listings** 115:3
**lists** 129:1
**liter** 62:19
**litigation** 6:12
7:21 8:6 72:12
111:14,15,25
112:5,11 116:8
118:4 122:20,23
123:1
**little** 21:11 32:19
44:13 45:7 98:5
124:10,11 143:12
151:19 152:3
165:22 175:3
**live** 10:13 12:16
13:25 14:4,11,23

16:13 17:9,12,17
17:20 18:9 20:11
25:3 37:8 73:25
77:16 94:9 99:18
100:11 101:4,22
108:13 109:6,8
155:14,23 156:18
156:22 157:10,15
157:21 158:2,14
159:1,18
**lived** 10:11 11:6
12:1,10 14:9
16:24 17:2 18:21
20:19 23:21 24:22
25:9 31:18 161:13
**liver** 65:4,13 67:3
67:25 68:2,3,15,18
68:22 69:8,24
70:22 71:10,18
72:2 179:16
**lives** 17:11,21,22
17:22,25 18:2,4,5
156:23 157:11
**living** 35:23 54:19
158:1
**llp** 2:13,17
**local** 46:7
**located** 4:18 27:14
30:12
**location** 28:20,21
57:5 105:20,22
**locations** 32:11,12
33:2 38:17,24
105:18,19 107:2
**log** 103:18
**long** 10:11 14:11
17:1 23:20 30:6
30:15 93:19 156:3
156:5 159:16
179:15 180:2

**longer** 88:4 90:17
93:5 172:24
**look** 63:17 103:15
105:24 106:3
129:8 136:14
149:1 165:24
167:9
**looked** 124:3
**looking** 70:22
86:10 101:13
102:22 106:5
124:22 143:2
172:2
**looks** 114:23 115:3
**lori** 123:4
**loss** 81:1,1 90:2
**lost** 151:20
**lot** 28:12 45:16
103:16 114:6
136:5 137:17
138:23 142:16
177:3
**lots** 141:12,14,14
142:12 148:17
**loved** 93:13
**low** 65:5 125:19
125:22
**lower** 125:16,17
136:24 138:2
**lraddison** 101:9
**luke** 11:7 13:11,23
13:24 14:8,23
15:12 16:8,12
17:15,21 76:11,12
76:22 77:3,7,20
78:4,23 79:3,9,15
**luke's** 77:2
**lunch** 96:18 97:1
**lyme** 166:15,21
167:4,7,11

**lymphoma** 170:1

**m**

**m** 20:18
**madeline** 18:18
**madison** 2:14,18
**mail** 2:6,10,15,19
3:15 97:14,17
98:8,21 99:5,6
101:6 102:11,13
102:16,21 103:11
103:21 104:4,21
112:8
**main** 1:17 2:9 4:18
30:13
**maine** 158:3
**majority** 152:23
**making** 122:16
176:14,16,18
**management**
27:22
**manchester**
115:15 154:20
**manufacturing**
36:10
**map** 39:14 74:22
**maps** 39:7 40:5,11
40:23 149:23
**marathon** 174:2,4
**marathons** 174:9
**march** 61:9,10
120:3
**marie** 52:24
**marina** 2:13 5:8
6:10
**marinaschwarz**
2:15
**mark** 89:6 113:5
135:10
**marked** 63:13,16
75:5,8 89:8 96:19
97:6 98:14 113:7

123:13,16 126:7
128:3,6 131:13,16
**market** 59:1,3
**markets** 58:18
**married** 12:18
**mary** 158:13
159:1,7 160:24
**mary's** 159:2
**mason** 153:19
**mass** 11:22 17:21
17:25
**massachusetts**
24:20 34:14 159:2
159:9,13
**material** 77:25
78:25 84:22
133:15 142:7
**materials** 133:21
142:19,22 143:3
**maternal** 170:8,14
**math** 15:5 132:20
**matter** 15:22
**mean** 8:20 18:7
26:9,15 29:12
35:4 39:24 40:1
51:12 54:9 63:5
72:14 73:16,17,25
73:25 74:8 81:5
88:2 96:2 113:23
118:16 119:13,20
123:21 134:19
141:5 142:4,6
152:17 160:3
163:25
**meaning** 45:18
**means** 174:1
**meant** 30:3 50:13
63:11,12 78:21,24
91:11 104:8
152:19 154:9
179:21

**media** 84:17
**medial** 165:21
**medical** 9:17,18
28:1 64:11,13,21
81:3,4,6,19,25
82:2 85:6 86:16
86:19 87:16 160:2
160:3,8 161:2,11
161:15 167:15,25
172:2 173:5
178:12 179:6
**medically** 81:12
**medication** 162:7
164:5,16,21 166:1
172:18,25
**medications**
162:10 166:4
173:2
**medicine** 164:13
**meet** 12:24 106:1
**meeting** 29:5 33:1
47:2,12 53:11,21
57:13,16,19 58:2
103:9,13 104:10
105:15,17 106:8
106:24 107:21
109:24 110:25
111:9,14 112:3
114:19 115:21
116:3,6,18,21
118:6,22,24 119:9
119:16,17,22
120:4,5,12,15
121:4,20 122:6
**meetings** 9:7
32:24 38:12 40:14
42:9,12,14,16
43:14,18 53:18
57:23 83:4,6,17,22
84:12,21,24
102:11 103:3,11

103:16 104:14 105:12,13 106:20 106:25 107:1,2,5 107:15 108:6 109:14,21 110:4 110:10,22 111:1 116:23 117:2 118:12,16,17 119:5

**melts** 175:5

**member** 72:15,19 79:15,18 155:15

**members** 116:6,24 117:5,18,22 118:4 118:13

**memory** 175:11

**menands** 30:14,16 31:14

**mental** 160:23 161:13 163:5

**mention** 53:3 111:7

**mentioned** 8:2 12:18 27:11 32:21 40:4,5 42:12,23 43:1,14 84:22 87:18 91:19 116:22 163:9

**merit** 3:22 131:24

**mess** 15:17

**met** 12:25 102:24 103:7,20 104:22 104:25 105:2,7,9 106:11,21,23 115:14

**mhp** 120:7

**micrograms** 62:17

**microphone** 152:15

**microphones** 4:6 4:10

**middlebury** 2:5

**mile** 37:13 173:23

**miles** 12:7 37:14 173:24,24

**mind** 41:22 114:13 146:22 147:3,4

**mine** 118:8 135:10 145:6

**minute** 14:13 93:22 111:18 150:16 162:15

**minutes** 30:17 32:15,20

**misremembering** 38:15

**missed** 20:7 53:2 67:25 147:21

**missoula** 18:4

**misspoke** 40:17

**mixing** 175:2

**mm** 7:16 21:4 24:18 29:23,23 33:8 34:11,11 35:1 42:7 86:18 86:18,21,24 94:14 95:7 109:8 118:20 127:11 128:21 138:14 141:9 147:7 155:7 158:12 177:14 181:19

**mom** 156:25

**mom's** 157:13

**moment** 63:17 75:9 89:12 97:10 113:10 128:7 135:7

**monetary** 85:6,20 87:15

**monitor** 163:7

**monitored** 81:12

**monitoring** 64:13 81:3,5,6,20,25 82:2 85:7 86:16 86:19 87:17 170:25

**montana** 18:4

**month** 19:21,22 29:7,20 106:15 124:3 159:7,11,12

**months** 29:7 43:20 48:25 91:7

**moot** 54:13

**morning** 5:25

**mortgage** 124:17

**moss** 1:16 2:8 4:17

**mother** 155:19,21 157:19 170:1 171:14

**mother's** 161:8 170:19

**motion** 63:22

**mountain** 17:3

**move** 19:10 20:24 21:1 60:8,11,16 124:9,13

**moved** 10:18 14:15,17,20,20,22 14:25,25 17:3,7,15 22:12 23:13,18,23 23:24 24:4,7,15 33:16,24 34:23 35:3,21 37:15 92:19

**moving** 10:13 22:7 24:9,11,12

**mow** 44:14

**mts** 165:20

**multiple** 32:11,21 64:24 105:12

**multivitamin** 166:10

**municipal** 51:13 51:25 52:6 53:24 54:16 137:19 148:20 150:1,11

**munson** 1:16 2:8 4:17

| **n** |
| --- |

**n** 2:1 20:15,15 156:17

**name** 4:13 5:3 6:4 6:10 10:4 20:13 59:4 66:2,5 97:21 98:1 115:1 143:19 164:19,23 167:5

**named** 100:16 183:4,15

**names** 13:8 18:16 98:7 100:16 156:16 158:10

**nathan** 2:17 5:10

**nathanwilliams** 2:19

**natural** 3:12 6:22 75:14

**nature** 7:21 8:5 53:15 60:10 73:5 78:14 112:13 122:11

**near** 24:21,23 25:3 25:8 57:2 157:4 166:24 177:1

**necessary** 64:14

**need** 33:1,22 47:6 50:12,14 112:6 130:2 152:25

**needed** 60:8,11 92:1 126:4

**negative** 85:4,9 86:23 87:3

**neighbor** 53:14 97:14 100:16,19 109:7,24 119:4 146:9
**neighbor's** 122:3 143:1 146:7
**neighborhood** 97:21 101:20 106:25 108:12,14 108:21,23 109:1,4 109:6,9 118:7 133:14 141:3,5
**neighbors** 52:5,9 52:13,17,19,20 53:9 74:2 82:8 98:3,8 99:11,16 100:1,9 101:2 102:24 103:4,6,14 104:14 106:2,7,9 106:12 107:4,17 107:18,23 108:4,8 110:4,6,11,17 111:1,7,23 118:6,8 118:9,24 119:15 119:17,18,19 120:9 141:20,22 141:23 144:7 148:6,7,12 149:3,5 149:22
**nervous** 15:11
**network** 119:3
**neurologist** 163:13
**never** 88:11 92:14 157:5
**new** 2:14,18 12:1 17:23 20:12,15 22:11,11 27:6 30:14 46:14 110:20 155:24 156:1,23 157:11

**newspaper** 84:20
**nice** 18:14 56:6
**nicholas** 13:21
**nick** 11:7 13:11,22 14:8,11 15:8 16:7 16:12 17:4,15,21 18:20 20:2,2,3,4,6 76:11,12,13,19 77:4 78:12,23 79:5,12,18
**nick's** 15:4
**nine** 152:13
**niskayuna** 20:12 20:14,15
**nod** 6:14 159:25
**non** 95:23 96:5 170:1
**normal** 80:9
**north** 10:7,8,10 11:9 12:13,16 18:9 30:16 36:5 36:16 37:2,5 57:6 59:3,5 64:16 74:6 74:6 97:18,22 118:24 120:10 128:15
**northeast** 8:12 30:11,18 31:8 32:9,14 34:1,3
**notary** 5:21 182:17 183:21
**note** 4:6 98:13
**noted** 21:20 182:5
**notes** 3:11 75:13 103:15
**notice** 1:14 28:1
**number** 33:2 132:14 136:24 139:5 140:22
**numbers** 124:23

**nurses** 34:8,16
**nursing** 34:9
**ny** 2:14,18

**o**

**oath** 5:19
**object** 21:15 22:15 25:5 26:1 31:9 67:20 117:25 142:15 151:13 167:24
**objection** 21:19,20 22:19 26:8,22 28:5,11 29:8,12 34:18 35:7 36:12 36:20 37:3 38:3 38:19 39:1,25 40:8 41:20 42:15 43:17 45:3 46:18 47:5 48:1 49:11 49:17 51:19 52:11 54:2,17 56:1 57:12 62:2 68:8 69:5,10 70:1,13,24 71:12,20 73:7,24 74:13 75:3 80:10 80:16 81:22 82:19 84:5 85:24 87:4 87:22 88:13 90:13 92:8,16 94:17 95:4,25 102:14 107:6,19 108:15 109:16 110:19 111:8 112:15 116:25 117:7,21 118:14 121:11 125:21 127:1,7 129:19 132:18 133:19 134:17,23 137:5 139:13,21 139:25 140:2,9 142:3,21 143:22

144:25 149:11 150:5 154:15 159:6 163:8,23 167:23 168:12 172:14 176:22 177:9,25 179:12 181:6
**objections** 23:1,3 23:5 140:3
**observe** 142:25
**obtain** 31:11
**obtained** 26:25
**obviously** 118:16
**occasionally** 12:1 29:1 176:24
**occurred** 43:18
**occurs** 29:6
**october** 174:5
**offer** 58:4 120:18
**offered** 61:15
**office** 32:11,12,18 33:6,16,17,19,23 55:15
**offices** 1:16 33:4
**oh** 20:5 26:12 53:7 62:11 93:21 136:17 145:11 150:23 157:5 170:9 179:23
**ohio** 66:6
**oil** 143:17,17
**okay** 6:19,20 7:7 7:12,17,18,25 8:1 8:19,23 10:2 11:24 13:4,6,10 14:11 15:7,15 16:2,5,9,10 19:9 20:5 21:7 22:9 27:19 29:6,15,18 31:16 32:9 34:1 36:4 45:2,8 48:4

50:15,16 56:12
71:3 72:8 82:25
84:2 88:2,5,7 98:6
98:10,12 100:22
103:6,19 106:21
107:12 110:11
111:2 112:12
114:10,15 118:2
123:15,24 125:11
129:17 134:1
136:17 140:24
145:4 147:12,23
148:8,12 150:17
151:21,22 157:5
159:1,22 165:10
170:18 175:24
176:1
**old** 9:24 13:17
15:12 21:7 57:2,4
161:10
**once** 19:18,21 29:6
29:7,20 48:21
55:5,6 93:13
109:17 116:18
150:11 158:22
159:7,11 169:10
171:17
**one's** 64:24
**ones** 65:7 104:20
167:19 178:7
**ongoing** 160:23
163:7
**onions** 45:17
**online** 12:25
**onset** 164:9,12
**operations** 132:6
**opinion** 41:21
71:13 125:18
127:22 129:24
132:25

**opinions** 112:18
133:7
**opposed** 30:1
**options** 119:2,8
**order** 91:5
**ordered** 81:19
**orders** 144:12
**organization**
109:17
**organize** 109:24
**organized** 109:21
**organs** 65:13
179:17
**original** 23:21
164:21
**originally** 59:23
**ounces** 153:15
**outcome** 183:14
**outside** 17:22
28:24 29:3 56:2,6
56:7 151:11,14
152:24 154:14,17
154:18
**overhead** 40:18
**overlooked** 50:11
**overly** 160:12
**owned** 21:17
**owner** 128:25
**owners** 138:15
**ownership** 84:6,10
**owns** 99:8,20
109:5

**p**

**p** 2:1,1
**p.c.** 1:17 2:8 4:17
**p.m.** 96:22 150:19
150:25 151:4
178:16,19 181:21
**pack** 174:19
**page** 3:9 64:5,7
89:20 114:1,10

115:1 120:2,2
126:15 128:18
130:3 132:2
136:16 139:8
140:21,22 179:4
184:4
**paid** 132:21
133:20
**painting** 176:23
**paints** 177:2
**panel** 67:3 68:3,15
68:18 69:15,16,20
70:22
**panels** 36:1 163:1
**paragraph** 64:8
75:21 79:22 89:20
**pardon** 40:9
146:24 166:12
**part** 10:25 11:1
34:6 39:20 65:10
69:21 77:10 81:2
81:19 82:1 86:22
91:23 92:1,1,10
97:23 99:20
112:20,23 113:1
146:10
**partial** 165:17
**participated** 43:9
**particular** 41:17
119:25
**parties** 4:3,12 5:7
**parts** 39:16 61:25
62:9,15,20 80:24
86:13
**party** 133:3
**passing** 122:6
**path** 44:13
**pay** 64:14
**pcb** 25:18
**pcbs** 25:18,24
26:20

**pcp** 25:18
**pellet** 143:16
144:8,9
**pellets** 144:11
**pending** 146:15
**people** 31:10,13
53:20 58:3 72:17
73:17,21 81:7
91:17 102:10
104:2,12 105:11
107:20,22 118:22
153:2
**peppers** 44:20,20
**percent** 132:15
**performance** 1:9
4:24 5:9,11 36:18
**performed** 61:17
135:21
**period** 32:17
91:10
**peroxide** 175:4
**person** 116:4
120:16 121:23
163:14 183:14
**personal** 7:20
**personally** 40:20
**personnel** 27:22
**persons** 1:5 4:23
115:14
**perspective**
115:14,23
**pfoa** 21:16 36:4,16
36:24 37:5,23,25
38:2,18,25 39:22
40:1 41:17 43:4
45:15,24 46:1,13
46:17,23 47:2,4,9
47:14 48:7,9 49:9
51:6,18 52:8,8,12
52:18 53:10,16
56:21,24 57:8

61:4,7,13 64:9,12
64:17,18,22,23
66:24 67:11 70:17
72:1,18 73:18
74:1 76:3,5,13,22
78:4,12,21,24
79:10,13,25 81:8
82:14 84:1,3
93:17 94:10,13,15
94:18,22 95:2,14
95:17,19,23 96:1,3
102:25 103:4,7,14
104:1,23 106:2,16
107:11,13,13
108:8,18 109:2
114:20 115:13,22
116:4 117:9 120:3
120:8,17,22 121:2
121:9 132:5,11
133:18 134:1
136:20 137:11,23
139:9 149:10,16
149:18,19 163:1
178:2,11,13 179:8
179:14 180:7,11
180:14 181:5,10
**phone** 2:6,10,15
2:19
**phones** 4:9
**physical** 69:22,23
162:14,20,22
163:4
**physicals** 162:25
**physiologic**
179:15
**pick** 4:7 58:19
59:1
**picked** 58:22
167:3
**pierre** 52:24

**pint** 169:12
**pipe** 169:2
**pittsfield** 11:22
12:4,5 24:20,22
25:9,13,21 26:7
34:12 158:6
**place** 4:9 39:8
130:6
**placement** 30:25
31:20
**plaintiff** 5:13,15
12:21 136:18
**plaintiffs** 1:6 2:3
4:24 63:21 113:18
114:20 116:5
132:3 178:24
179:7
**plan** 54:18
**planning** 8:12
30:11,19 31:8
32:10,14 34:2,3
**plans** 54:12,14
**plant** 45:12 47:23
48:2,4 84:7,10
**plastic** 176:3
**plastics** 1:9 4:25
5:9,11 36:19
**pleasant** 2:5
**please** 4:6,8 5:17
6:4 7:5 10:6 14:14
15:20 20:17 78:25
114:10 180:1
**pleasure** 45:14
**pllc** 120:6
**poet** 49:7,18 51:14
51:17,22 59:17,22
60:5,18 90:18
91:3,4,18 92:5,10
92:12 96:5,11
**point** 15:18 17:17
37:10,10 42:2

54:13 69:4 75:21
77:3 172:18
**poisoning** 40:1
41:12,16
**pool** 93:13
**portion** 86:17
**portsmouth** 17:23
**possibility** 51:3,8
**potable** 58:5
**potatoes** 44:19
45:12
**potential** 60:2
91:20 118:7 180:9
**potentially** 92:7
**practitioners**
81:10
**pregnancy** 167:21
168:6
**preowned** 21:5,6
**prepare** 8:24 9:6
63:23 75:17,19
113:19 131:25
**prepared** 9:8
40:22,24 63:24
132:1
**prescribed** 162:7
166:4
**present** 5:5 108:14
**presentations**
41:15
**presented** 47:1,7
47:11 58:2 75:22
93:1 114:6 120:20
**presenting** 42:23
120:23,25
**pressure** 161:19
171:22,25 172:11
172:13,19,24
**preventative**
166:1

**previous** 119:24
**previously** 92:14
102:11,24 104:1
107:16 151:23
157:15 166:9
177:7
**primarily** 58:22
**print** 124:12 183:9
**prior** 10:13 11:9
11:11 12:10 20:11
30:9 33:16 34:1,3
36:4,15,24 37:5
49:9 60:5,18 61:4
69:17,20 71:25
72:3 92:5,21
116:24 117:9
126:25 163:21
167:24 172:25
**private** 4:8 89:23
**privileged** 9:4
**probably** 11:22
15:17 25:10 29:20
32:5 48:21 49:3
50:21 54:20 55:11
58:21 66:18 78:5
102:3 106:6,15,24
121:19 152:12
153:8 154:16,24
159:7,11 163:5
165:19 169:14
173:16,23 178:7
**problem** 27:25
**problems** 65:12
**procedures** 70:6,9
167:17
**proceed** 5:18
112:16 151:7
**proceeding** 98:15
**process** 9:1 174:25
**produced** 73:9
84:14

producing 45:11
product 84:14
professional 1:15
 183:3
program 77:11
projected 40:18
promoted 31:22
proper 154:19
properties 85:5
 87:8 142:12
 148:16 149:9
property 3:18,20
 9:22 44:4,8,9,11
 46:12 50:21,24
 51:5 60:6,19
 73:13,15 74:2,3
 75:23 80:25,25
 81:1 85:4,8,9,19
 86:22 87:3 88:9
 88:12 90:1,2,9,11
 90:17 91:2 92:6
 109:5 114:21
 127:13 128:1
 132:5,16 133:11
 133:12,24 134:16
 134:18 135:17
 138:16 145:22
 148:24 150:13,15
 177:20 180:23
protocol 81:7
provide 6:23 63:4
 85:6,18 86:5
 109:13 181:14
provided 3:12
 9:15 34:4,8 39:7
 42:9,19 43:10
 65:14,15,22 68:25
 69:17 71:1 75:14
 81:15 83:17
 113:21,22 114:8

proximity 37:16
 37:20,22
public 5:21 38:12
 40:14 42:9,12
 53:21 57:13 84:12
 84:21,24 116:18
 118:16,22 120:8
 120:16 121:20
 122:6 150:3
 182:17 183:21
publicized 90:25
purchase 45:20
 46:9 144:11
 153:17
purchased 46:5
 47:19 48:10
purchasing 59:9
purpose 33:1
 115:21 155:3
pursuant 1:14
 98:15
put 36:1,1,1 44:18
 133:23 137:15,18
 159:3 174:19
putting 147:8
 164:6

**q**

quality 87:10
 133:21,22 134:19
question 6:25 7:4
 19:6 22:4 23:10
 24:25 26:2 29:10
 30:5 35:11 46:19
 71:14,21 78:7
 82:12 86:8 103:24
 104:9 108:1,16
 110:20 111:19
 117:24 119:24
 132:23 137:13
 138:8 139:11,20
 140:6,11 144:1

146:16 151:19
 160:12 165:7
 178:23 181:3
questions 6:22
 9:15 15:25 21:15
 32:4
quick 49:25
 132:20
quinn 2:13,17
quinnemanuel.c...
 2:15,19
quite 21:15 23:6
 35:11
quoting 138:6

**r**

r 2:1 20:18 184:1,1
rabois 101:24
radar 54:21
radiators 143:19
raised 44:3,5,21
 45:20,23 46:3
 47:20 181:14
raising 11:25
rarely 55:14
 158:17,21,22
 159:21
rattled 175:10
ray 168:9,20
rays 168:17
read 64:19 65:21
 76:1,7 80:1 82:17
 84:11,13,17 90:5
 115:19 119:6
 179:18 182:3
reading 84:22
 114:23 115:17
 125:8
ready 50:9 89:4
 97:3 151:7
real 3:18,20
 127:15,17,24

134:6,10,13,16,18
realization 75:23
really 33:24 56:15
 60:17 103:20
 112:2 125:7
 165:23
reason 29:2 54:14
 69:20 127:4
 130:25 131:1
 184:4
recall 9:9,19 17:6
 21:9 25:2 26:5
 33:15 34:16 35:25
 36:2 38:12,17
 40:7,11,17 46:5
 61:19,21 62:6
 63:3 65:18,18
 66:2,8,16,18,21,22
 67:21 68:24 69:6
 69:12,21,24 71:4
 76:16,23 77:1
 79:4,6,7 80:7
 84:19,25 91:15
 108:9 109:18,21
 109:25 110:2,7,9
 111:4 116:9,16,19
 117:15 119:4,8,16
 119:21,23,25
 120:12,19,21
 121:1 122:18
 123:10 124:18
 125:12 143:2
 144:9 162:10,16
 163:3 168:20
 170:7 172:1,21
 173:4
recalled 92:17
recalling 38:4
 123:5
receive 9:19 81:3,9
 120:24

received 62:5,23
76:20 79:1
receiving 61:19
66:9
recess 50:4 88:24
96:18 151:2
178:17
recipe 175:9,12,13
175:13
recite 70:25
recognize 63:18
63:20 75:9,11,12
89:13,15 97:10,13
113:11,14,16
126:9,11 128:7,10
131:20,22
recollect 38:16
recollection 34:5
63:7,10 71:9,17
117:17
recommend 67:6
68:11,14 70:6,9
recommendations
57:25 58:1,4
recommended
66:25 168:18
170:24 171:1
record 4:6,12 6:3
6:4 23:1 50:3,7
77:18 88:18,20,23
89:2 96:17,23
113:13 124:14
141:1 151:1,5
165:3,19,25
166:18 167:10,15
173:6 178:14,16
178:20 181:1,23
182:6 183:11
recording 4:11
records 9:17,18,22
28:1 172:2

recourse 85:17
recruitment 27:22
red 169:16
redo 68:15
reduced 183:9
reenforce 78:5,20
refer 47:6 74:22
92:20 106:13
121:6 136:13
149:1 166:18
167:7,15 173:5
175:9
reference 181:7
references 167:25
referencing
100:15
referred 106:17
referring 38:11
56:25 57:5 69:3
76:9 80:3 83:7
84:18 88:5 145:15
163:21
refinancing
124:17 126:14
reflect 133:17
reflects 126:24
129:17 139:2
region 33:3,5 38:6
registered 1:15
183:2
regular 69:22
106:4
regularly 163:19
168:17 173:7
related 26:20
relatives 169:23
170:2 171:4
released 82:6 83:2
83:8,23 84:1,3,15
relevant 22:18

relief 85:1,10,13
85:14
relying 84:9
remain 131:9
remainder 152:7
152:16
remediate 53:19
remediation
107:13
remember 11:20
11:21 14:15 17:4
36:3 40:15 59:4
67:4 69:16 70:4
73:21 105:23
121:4 162:23,23
162:24 164:23
167:5 171:16
remembered
111:2
remembering
14:18 25:7 33:19
33:25 41:5,6
43:12 65:7 178:7
reminded 93:10
reminds 48:16
remotely 5:6
28:19
remove 180:8
removed 23:17,22
23:23,24 24:8
91:23,24
renovations 21:12
21:17 22:6,10
24:14 35:22
rented 10:25
repairs 22:11
repeat 22:4 23:10
46:19 71:14
108:16 137:12
138:8 147:22

rephrase 82:22
103:24 108:1
151:18
replace 23:25
94:19,21 95:5
replaced 92:2
report 124:4
reported 183:8
reporter 1:15 7:1
7:13 20:13 63:15
183:3
represent 5:7 6:11
130:22
representative
73:3 116:1 119:3
representatives
42:17 57:15
representing 4:13
5:17 72:11,23
73:12 75:1
represents 136:5
request 67:5
requests 73:10
require 28:24
32:10
required 92:19
research 65:20
researched 47:16
residents 31:14
34:19
resource 3:12
75:15
resources 27:18
27:20 31:23 47:15
85:6
respect 29:25 63:4
85:18 88:2 111:12
respectfully 92:21
145:15
respond 114:7

responding 73:9
response 9:15
  78:18 114:17
  135:25 137:2
  138:11 139:6
  154:6 159:24
  178:25 179:10
responses 7:15
  34:7 113:19
responsibilities
  27:17 73:2,6
result 64:8 70:7
  89:22 94:13
  171:17 178:13
resulted 46:17
results 61:3,9,19
  61:21 62:5,8,23
  63:5,11 66:9,15,24
  68:25 70:12,23
  76:15,16,20 77:2
  77:21,25 80:6
  95:2,14 96:13
  135:21 162:20
  163:4
retention 27:24
retested 70:10,17
retire 51:3 54:21
retirement 94:5
returned 97:1
reverse 132:20
review 9:5,12 64:1
  78:25
reviewed 66:4
  77:24 136:11
reviewing 9:9
richard 40:24 41:3
  41:7 42:13 120:7
ridley 101:19,20
  102:3 105:7
right 8:3 15:15,16
  18:6 25:7 26:14

34:25 43:2 50:17
  54:8,18 62:20,25
  92:15 94:13,25
  95:8 103:3 104:13
  108:4 110:20
  111:11 116:12
  117:1 129:8
  130:10,15 136:12
  136:23,24 137:1
  137:18,25 138:3
  143:18 146:20
  154:11 162:12
  163:18 164:4
  178:8
risk 64:10 170:21
river 25:14,19
  26:7,13,13
rkblackdogs
  101:11
road 20:18,19,24
  52:20 53:3,6
  145:23
robert 101:19
rocks 47:10
  176:23 177:2
role 31:10
rolled 43:11
room 5:6 35:17
root 166:11,13
rose 27:6
roughly 15:2
rounds 43:9 61:15
routine 163:11
routinely 163:6
roy 4:13
royal 53:13 101:23
rpr 183:20
rsridley 101:14
rules 6:16
run 56:8 93:9
  153:1 154:19

173:15,20,21
  176:21
running 155:10
  167:1,2 172:12,15
  173:10
runs 174:11,11

s

s 2:1,5 3:8 20:15
  157:3 184:1
sacrum 168:19
sad 93:14
saint 1:8 4:24 5:9
  5:11 6:11 27:6
  36:6,18 82:4,6,16
  83:2,8,23 84:3
  178:25 184:2
sake 19:5
sales 127:24
sam 158:13 159:22
  161:5
sam's 159:23
sample 95:16,22
samples 47:8,8
sandwich 17:21
sandy 52:24 97:15
  111:4
sandy's 102:15
saratoga 33:5
saw 124:2 130:17
saying 7:14 25:18
  114:5 116:19
  140:21 145:17
  147:8 149:21
  153:1 165:9 181:7
says 64:8 75:22
  79:22 115:9
  124:20 125:9
  128:18 129:4,6,7,9
  129:10,14 130:7
  131:2,3,5 132:3
  135:17 165:20

179:11 180:11
scares 171:2
scattered 158:25
schenectady 33:23
  174:7
school 14:21 20:8
  27:7 76:25 120:7
schwarz 2:13 3:3
  5:8,8,24 6:10
  15:17,20,23 16:1,3
  19:15 20:16 21:19
  21:21,25 22:2,19
  22:22 23:2,6,8
  25:12 26:3,11,23
  28:7,13 29:11,21
  31:12 34:22 35:12
  36:13,23 37:4
  38:7,21 39:10
  40:3,10 42:25
  43:22 45:6 46:20
  47:13 48:3 49:13
  49:24 50:8 51:20
  52:14 54:3,22
  56:3 57:17 62:3
  62:11,13,16,18,20
  62:22 67:22 68:10
  69:7,11 70:5,15
  71:2,8,15,24 72:7
  73:11 74:4,16
  77:19 78:8,10
  80:13,19 81:23
  82:21 83:21 84:8
  86:3 87:13,24
  88:16 89:3 90:21
  92:13,22 93:23
  94:11 95:1,6,11
  96:7,25 97:9
  98:17,19,20
  102:18 107:7,24
  108:17 109:20
  110:24 111:10,21

112:17 113:5,15
117:3,10,24 118:2
118:10,19 121:15
124:15,25 125:24
127:3,8 129:21
131:18 132:24
133:25 134:9,21
134:25 135:11,14
135:15 137:6
138:9 139:12,17
139:21,25 140:7
140:15,19,23,25
142:5,17,24
143:23 145:3
146:19 147:18
148:4 149:13
150:8,16 151:6,15
152:20 154:21
157:4,8,9 159:8
163:10,24 168:3,4
168:14 172:17
176:25 177:11
178:1,14,21
179:23,25 180:17
181:6,19
**scientist** 93:18
**sclerosis** 165:21
**screen** 124:13
**se** 56:16
**seal** 183:17
**searching** 66:1
**second** 75:21
77:17 120:2 132:2
136:16
**section** 25:11
167:21 168:6
**security** 94:5
**see** 7:24 32:22
35:25 37:12 68:15
68:19 74:22 93:11
97:19 98:7 112:2

115:5 118:21
122:6 125:6,10
126:20 128:25
129:2,12,13,15,16
130:8,9,12,13
132:3,7 135:23
136:24 138:3
156:25 157:13
159:7,10 163:11
163:14,19 165:20
168:16 179:2
**seeing** 124:11
125:2,4,5 144:9
**seek** 145:13
**seeking** 85:2,15,16
86:19 87:2
**seen** 79:9,12 89:18
93:1 116:17
123:19,25 145:4
**seizure** 163:17,20
163:25 164:3,8,15
165:1,8,18
**seizures** 163:16,18
164:5,10,17 166:2
**sell** 53:23 54:12,15
54:20 176:6
**selling** 50:24 51:1
51:5 54:4,11,18
**semester** 20:9
**semesters** 34:6
**senate** 3:12 75:14
174:21 179:13,20
**sense** 7:2 52:2
67:10
**sensitive** 4:7 7:20
**sent** 128:16 163:1
**sentence** 89:22
138:13 179:11
**separation** 181:14
**serum** 62:13 64:10

**service** 27:13
**services** 27:21
28:10 30:7,9,21
31:24,25 120:19
**set** 9:21 58:6,13,16
59:11,13,13 80:20
81:25 90:1 113:17
123:7 140:25
178:25
**shadow** 124:12
**shaftsbury** 167:3
**shaina** 102:4,5
105:9 106:22
109:11
**shake** 7:15
**shape** 145:6,12
146:3,5,10,21,22
147:3,13,24
**shapes** 147:1
**shared** 17:16
**sharing** 53:17,19
**sharon** 101:19
102:3
**shed** 36:1
**sheds** 149:3
**sheet** 182:5
**sheetrock** 22:11
**shelves** 175:23
**shift** 43:23
**shopping** 152:18
**shorter** 32:19
**showed** 46:23
**shown** 39:8
**siblings** 156:12,14
158:8 159:4 160:1
**side** 25:10 37:2
44:7,12,12 56:15
128:20 129:9
130:10 145:17
164:22 170:19

**sides** 56:18 145:22
**sign** 98:5
**signature** 4:3 64:4
114:1 183:19
**significant** 87:11
162:24
**significantly** 45:19
**silver** 1:16 2:8,8
4:17 5:12,12,17
15:13 24:21 25:3
25:3,4 62:7,12,17
62:19 71:7 77:17
132:23 139:14
150:17 157:1,5
172:16 179:20
**similar** 72:17
**similarly** 1:5 4:23
72:18 73:18,22
**sister** 171:8,9
**sit** 37:19 55:19
56:5 175:23
**site** 25:25 26:7,9
26:15 129:9,11
130:11,24 138:23
**sites** 32:21 58:6
**sits** 177:3
**situated** 1:5 4:23
**situation** 53:19
115:13,22 160:8
**six** 29:7 44:22
141:11,11
**size** 142:9,10,12
142:13,16 146:18
146:22 147:6
153:11,12
**sized** 144:19,24
**sizes** 146:25
**skaneateles**
156:23 157:1,2,3,7
**slash** 27:3

**slightly** 44:18 68:23,24 70:3
**slope** 56:17 146:7 146:14 147:8 148:11
**slopes** 145:7,24 148:3,6
**sloping** 146:11
**small** 118:15 145:21
**smoke** 168:23
**snow** 175:3
**soap** 175:3
**social** 27:3,4
**sociology** 27:3
**soil** 45:10 46:1,3,8 46:9,10,11,12,14 46:16,22 47:2,4,14 47:20 48:8,10 88:9,12 89:24 181:11,13
**soil's** 90:18
**solar** 36:1
**sold** 128:1
**solving** 27:25
**somebody** 41:22
**someplace** 154:17 154:20
**son** 18:17,20 55:5 76:11,11
**sons** 11:7 13:25 14:3 17:12 18:19 19:23 77:13 169:18
**soon** 59:14 76:4
**sophomore** 14:19
**sorry** 9:24 10:8 11:10 15:5,11,19 16:2,10 18:8 20:3 20:13 22:3 24:17 33:18 36:14 38:20

39:20 43:7,12 49:12 50:22 53:2 58:15 63:9 65:10 67:25 71:1 74:15 82:11,20 83:13 84:16 93:21 95:10 96:3 107:17 110:14 111:20 113:23 119:20 123:6 124:22 125:7 127:19 130:16 135:11 137:12 141:22 143:13 145:10 147:17 149:12 150:24 151:12,18 156:19 160:13 172:7
**sort** 7:20 9:16 26:6 31:6 34:20 56:13 97:21 102:9,12 112:13 115:3 159:4
**sound** 16:4 34:10 174:24
**sounding** 167:16
**sounds** 144:2 167:9
**source** 49:15
**south** 10:17,23 11:6 12:15 20:11 158:15
**soven.net.** 101:24
**span** 168:13 173:3
**speak** 35:6 52:22 66:14 77:20 102:16 160:7
**speakers** 120:6
**speaking** 19:8 21:19 23:3

**specialists** 180:5
**specific** 81:10 82:15 105:18,19 105:20 108:20 110:17 111:1 144:22 161:18 180:1
**specifically** 26:16 28:9 68:18 74:10 74:19 80:7 81:11 83:6 110:6 117:16 119:23 121:1
**specs** 149:1
**spend** 24:21,23 151:10,24 152:6 152:10
**spent** 125:13,15
**sperry** 2:4
**spiese** 41:3,7,9,11 42:13 121:17,22 122:21
**spiese's** 40:25
**spoke** 61:14 121:1
**spoken** 66:10 116:14
**spouse** 76:6
**spread** 44:10
**springside** 34:9
**square** 144:21 145:8,8 147:5,9
**srridley** 102:1
**staff** 27:24 32:24
**staffing** 27:23
**stages** 161:20
**stand** 65:7
**standard** 153:12
**standing** 167:23
**start** 18:15 31:6 37:11 50:22 108:3 141:6 155:16 180:4

**started** 30:24 50:23 58:13 164:11
**starts** 49:4 97:17 118:23
**state** 6:4 10:6 40:25 59:14 61:1 77:11 116:11 167:22 179:21,24
**stated** 136:1
**statement** 90:7
**statements** 182:7
**states** 1:1 5:1 89:22
**stay** 156:3 159:16
**stenographically** 183:8
**stepchildren** 16:18
**stepdaughter** 11:8
**stephen** 13:11,19 16:16 17:24
**sternberg** 2:8
**steve** 16:7 17:25
**sticking** 93:11
**stigmatized** 91:1 93:25
**stinks** 108:25
**stipulation** 4:1
**stipulations** 22:25
**stir** 175:6
**stop** 132:9 140:15 172:23 176:14,16
**stopped** 57:22 176:18
**store** 175:15,16,18 175:21 176:2
**stores** 152:18
**stove** 143:16 144:8 144:9
**street** 1:17 2:5,9 4:18 10:17,23

11:6 12:15 20:11
27:15 28:22 36:7
53:13 99:18
101:23 141:6,17
145:5
**stress** 28:3
**stressful** 28:9
**strictly** 108:11
**stroke** 171:8
**strokes** 171:7
**studies** 47:10
65:17,21,22,25
66:3
**study** 66:4
**stuff** 160:18,23
162:4 163:5
**subject** 3:15 53:21
179:11
**subscribe** 182:6
183:16
**subscribed** 182:12
**subsection** 97:23
**subsequent** 79:2
**successfully**
167:12
**suffer** 160:1 178:9
**suffered** 89:25
**suggest** 54:9
**suggested** 67:7,9
**suggesting** 23:2
**sullivan** 1:3 2:13
2:17 4:22 12:19
12:21,24 13:1
14:1,4 17:16
18:22 89:24 129:1
132:3 136:18
139:3 184:2
**summary** 93:2
**summer** 43:13
**summers** 166:19

**sumner** 97:15,17
111:24
**sumners** 52:25
**supplemental** 3:22
131:23 136:10
139:7
**supplements**
166:7,9
**supplied** 9:13 32:5
106:19 121:5
**supplying** 58:13
**support** 63:21
120:19
**sure** 6:15 14:14
22:5,22 23:11
25:1 26:2,4,9,12
29:11 33:14 35:13
38:22 46:6,21
49:14 57:20 64:2
65:6 69:14 71:16
71:23 74:17 77:24
82:13,24 85:13,15
86:10,12 88:17
98:11 100:17,22
101:14 102:22
103:25 104:3
107:25 108:18
112:7 123:18
136:15 137:14
138:10 144:2
160:11 164:14
167:10,11 171:18
175:10 178:15
**surgery** 167:20
168:6
**surgical** 167:17
**susan** 52:19,22
53:4 99:19 100:12
101:5 149:23
**sustained** 179:8

**swear** 5:18
**sworn** 5:20 182:12
183:4
**symptoms** 164:14
167:14
**syracuse** 157:4
**system** 49:7,18
51:22 59:22 60:3
81:25 90:18 92:3
92:10,11 143:15
144:3 179:17
**systems** 59:24
91:18

**t**

**t** 3:8 115:10
156:17,17 184:1,1
**table** 55:19
**tad** 124:9
**take** 9:19 12:1
14:14 19:6 23:15
27:9 45:7,14
49:21,25 50:19
56:6 57:18 63:17
75:8 85:22 89:12
95:16,22 97:10
113:10 123:18
128:6 140:8
150:16 154:18
155:1 166:7
**taken** 1:14 4:19
47:8 50:4 88:24
96:18 151:2 166:9
166:11 172:18
178:17
**talk** 115:10 118:6
118:15 160:9
163:5
**talked** 16:12 54:23
86:16 120:16
122:19 133:5
162:25 169:18

176:20
**talking** 33:13
50:17 62:9,12
74:5 106:10,18
107:8,9 110:21
**tanks** 58:12,15
**tap** 153:20,24
156:8 177:13
**tax** 3:21 128:11,13
128:14,15,19,22
129:9 130:3
131:10 132:17
**taylor** 52:19,22
53:4 99:19 100:12
101:5 149:24
**tell** 9:5 15:13,14
25:16,24 29:16
39:24 41:11 66:19
78:23 90:10 93:2
103:20 107:3
110:6,16 111:2
120:14 133:9
148:15 151:16
156:16 165:4,6,12
169:25 174:25
**telling** 19:12
**temporal** 165:21
**ten** 172:5,6,7,8
**tenants** 11:4
**tense** 164:7
**term** 39:14 74:20
74:21 75:2 81:4
134:18 179:15
180:2
**test** 46:11 47:14
50:14 60:16 61:17
66:9,24 67:12,14
68:1,4,5,6 77:20
94:13 95:2,5,13,22
95:23 96:1,6,8
171:17

**tested** 43:4,16 46:1
46:13,22 47:9
51:23 60:6,19,22
60:24 61:5,12
62:14 68:3 70:19
70:21 76:13,22
77:5,8,10,13 88:11
92:14 94:12,18
96:9,11
**testicular** 65:3
**testified** 5:21
47:19 62:24 72:19
83:3 86:12 88:11
91:3 103:2 107:16
108:7 109:15
134:5 146:13
148:8 151:23
175:17
**testify** 8:13 132:4
136:18 177:7
183:4
**testifying** 40:11
139:18
**testimony** 3:11
75:13,17,19 76:10
79:21 93:1 104:2
132:9 146:24
150:20 174:20
181:22 183:11
**testing** 39:16
46:16 60:8,10
64:14 68:12,14
72:16 76:19 81:10
92:18 122:5
179:12
**tests** 60:15 66:25
67:1,5,6,9 70:8
72:3 81:18
**thank** 16:10 41:9
97:8 102:4 123:17
123:23 178:22

180:17
**thing** 9:16 34:21
90:19 93:11 94:7
159:21 165:9
**things** 35:9 45:11
73:8,8 93:7 143:8
146:23 153:4,9
**think** 6:25 14:13
15:4 16:12 21:9
25:8 32:7,19
33:18 36:25 40:14
41:1,18 42:10
43:10,20 44:22
45:8,21,21 48:15
53:11 56:22 58:2
58:10 61:9,14,16
68:2,2 69:14
76:25 77:3 86:25
92:17,20 93:2
104:6,8,15,18
109:19 111:11
119:23 124:3
125:8 128:12
129:17 137:13,17
139:10 147:20
149:7,8 150:12,14
151:19 153:15
160:15,17 161:10
161:23 162:15,21
165:22 166:19
168:18 172:15
176:15,20 177:4
178:6 179:21
**thinking** 29:25
100:20,21 178:8
**thinks** 140:1
**third** 3:14 89:16
129:10 133:3
**thought** 13:14
111:12 146:24
175:17

**thoughts** 86:9
**three** 18:19 19:20
44:23 106:7,12
107:15 108:6
141:10,10,16
156:2,6,7 168:18
173:16
**tick** 166:23
**tied** 96:4
**time** 4:15 5:5 8:9
11:13,16,18 14:14
14:18 19:7,8 23:7
24:14,21,23 32:17
32:17 34:6 35:21
36:11,24 37:15
49:23 50:1,5,25
51:9 55:11 58:10
61:24 68:9 69:4
69:25 71:10,18
88:16,19,21,25
93:20 96:10,14,21
102:20 106:10
109:18 116:16
121:20 123:18
124:2,11 139:11
139:12 150:19,25
151:3,9,17 152:5,7
152:9,17,23
162:13 164:8
171:15 172:20
174:13 178:15,18
178:22 180:18
181:20
**timeline** 22:17
**times** 6:20 19:21
28:2 67:19 93:8
96:9 106:7,12,21
139:19,23 140:5
140:10 156:2
164:13 169:8,14
173:16

**timing** 94:25
95:15
**title** 30:18,24
31:19 32:1,2,7
**tkobik** 99:13
**today** 4:14 9:6
37:19 59:7 60:23
73:8 137:8,14,17
178:22 180:18
**today's** 8:24
150:20 181:22
**todd** 99:15 104:22
**told** 62:4 66:22
70:8 83:23 170:21
**tomatoes** 44:19
**tongue** 96:4
**top** 129:9 178:8
**total** 136:2 138:15
139:2
**touched** 178:6
**town** 11:23 25:10
25:11 47:2 107:2
118:6 132:15
154:17 157:14
**toxic** 40:1 41:12
41:16 82:6 83:3,8
83:23 102:5 119:3
180:6
**toxics** 3:16 102:6
109:14
**toxins** 41:14
**trail** 154:19 167:1
**trained** 81:11
**training** 27:24
127:15,17,20,22
127:24 173:12,14
173:17,19,25
174:1,2
**transaction** 126:3
**transcript** 182:3,6

transcription
  183:10
travel   28:24 29:3
  32:10,12 154:13
  159:9
travelled   11:22
travelling   166:24
treat   164:16
treated   161:25
  167:4,12 172:9
trial   8:13 89:17
tried   57:22
trillion   39:17
  61:25 62:9,15
trip   154:18 155:3
  155:9
trips   155:1 156:4
trouble   181:8
troy   32:18 33:16
  33:21,24
true   148:12
  183:11
truth   183:5,5,6
try   7:15,17 19:5
  53:18 108:2
trying   35:25 38:15
  40:15,17 69:16
  71:25 86:9 87:1
  105:23 115:13,22
  147:4,9
tube   60:1,1
tuned   165:22
tupperware   176:4
  176:5
turn   4:8 64:7 72:8
  89:20 115:2 179:4
turned   13:24
turning   123:8
twice   19:18 106:24
  154:25

two   16:19 18:18
  37:13 42:2 80:24
  86:12 96:12
  109:14 115:3,3
  123:21 126:25
  133:4 141:10,10
  146:22 153:8
  154:7 156:15
type   142:2,4
  143:15 153:14
  173:9
typically   28:14
  108:23 109:22
  159:16 167:6
  168:17 173:20
  177:1

          u

u   20:15
uh   7:16,16
ultimately   48:15
  124:19
ultrasound   67:3
  67:23
ultrasounds   79:22
  80:3,6 81:17
umm   101:15
uncles   170:4
uncomfortable
  7:23
understand   6:13
  7:4,9 26:2 42:1
  53:22 71:25 72:10
  72:14,23 73:12,15
  73:17 75:2 81:4
  83:15 86:1 115:13
  115:22 138:7
  140:12 145:9
  147:7 165:7
understanding
  25:22 38:1 39:11
  39:13 40:22 46:15

46:21 53:23 64:21
  64:23 67:8 68:17
  68:21 69:19 70:20
  73:1 74:11,17,25
  80:9,18,23 81:14
  82:3,10 84:6,9
  85:1,3 86:4,13
  91:4 92:9 95:21
  99:8 127:4 165:15
  165:17
understood
  104:19 168:3
unfairly   87:6,19
unfinished   35:6
unit   59:25 143:14
united   1:1 5:1
  27:13,20 28:10
  30:6,9
units   143:6,7
unpack   73:20
updates   114:8
upper   97:23
upset   90:3 92:24
upstairs   11:2,4
  143:20
urquhart   2:13,17
usable   88:4 177:6
  177:17
use   41:13 46:10
  49:16,19 55:24
  81:2 85:5 88:9
  90:2,17 176:8,12
  176:19 177:23
usually   19:18
  44:19 112:1
uterine   170:6
uv   90:19 91:6,20

          v

vacation   154:23
  154:24

vacuum   59:25
valerian   166:11,13
valley   66:6
valuated   139:8
valuation   131:7,11
valuations   135:20
  135:21,22
value   81:1 85:4,9
  87:3,9 90:2,10,11
  91:2 125:19
  126:20,22 127:5
  127:23 129:4,11
  129:18 130:5,6,11
  130:17,24 132:4
  132:15 133:1,9,17
  134:3 135:18
  136:9,20 137:8,21
  137:22 138:2,18
  139:15 150:12,14
values   86:23
valuing   134:16,22
  134:24
varies   28:16
  152:13,14 173:12
  173:22
variety   59:4,6
  176:13
vary   105:21
vegetables   45:16
  47:24 48:2
verbal   7:15
veritext   4:14
vermont   1:1 3:12
  4:19 5:2 10:9
  11:14,17 12:11,13
  17:10,13,17 19:24
  41:3 42:22 75:14
  77:4,8 115:12,15
  121:9 122:8,24
  123:2 156:18
  157:15 174:20

179:13,21,22,24
**versus** 4:24 42:20
  111:13
**videographer** 4:5
  5:16 19:10,14
  50:1,5 88:19,21,25
  96:14,21 150:18
  150:23 151:3
  152:15 178:15,18
  181:18,20
**videotaped** 1:13
**views** 133:14
**village** 74:6 97:22
  118:25 120:10
  128:15
**villagers** 97:18
**virginia** 157:22
  158:19,19 159:19
  159:23
**visit** 18:24 19:2,17
  94:3 155:12,21,25
  156:10,24,25
  157:12,23 158:4
  158:16,20 159:3
  159:14,20
**visited** 11:11,13,15
  75:16 163:13
**visiting** 153:4
**visits** 55:2,5 94:1
**vs** 1:7 184:2
**vt** 1:17 2:5,9

**w**

**w.b.** 153:19
**wait** 6:24 19:5
  93:22 111:18
**waiting** 175:25
**waived** 4:3
**waiving** 179:11
**walk** 44:14 130:21
**walking** 44:13

**wall** 143:9
**want** 6:23 9:2
  15:25 38:9 45:7
  46:10 51:4 54:20
  94:3 98:1,13
  103:15 106:13
  112:16 115:1
  119:11,14 139:19
  139:23
**wanted** 68:15,18
  77:24 98:6
**washington** 159:2
  159:9,13
**water** 36:6 39:16
  48:20,21 49:1,3,5
  49:6,8,9,10,15,16
  49:19 51:7,11,12
  51:13,21,25 52:6
  53:25 54:16 56:24
  56:25 57:1,2,8
  58:5,9,11,13,18,19
  58:23 59:1,7,12,19
  60:4,16,20,23,24
  61:5,8 64:18 76:4
  89:24 90:14,15
  92:7,14 93:9
  94:12,16 95:3
  96:2 132:12
  137:20 148:20
  150:1,3,6,11 153:6
  153:8,9,11,17,20
  153:24 154:1,2,3,4
  154:8 155:2,5,11
  156:8,9,11 174:8
  174:15,17,18,18
  174:19 175:2
  176:19 177:13,18
  177:19,23
**watered** 181:12
**way** 7:23 10:7,11
  10:13 12:15 14:1

14:5,12,24 15:10
  16:15,24 17:16
  18:13,22 19:17
  25:11 32:16 34:24
  35:13 43:19,25
  48:11,13,14 53:7,8
  53:9 80:15 82:7
  86:5 87:11 92:3
  94:9 95:20 104:9
  123:9 124:13
  141:7,8,15,24
  142:1 144:16
  145:7,16 146:1,4
  147:14,25 148:16
  148:19 149:5,10
  149:15 172:16
  181:11,11,12
**ways** 177:22 178:4
  178:6
**we've** 22:24 35:8
  35:10 48:10,16
  73:9 86:16,25
  133:6 178:3
**weather** 56:6
**week** 28:17 151:9
  151:25 152:6
  154:16 169:8,10
  169:15 173:11,16
  173:18
**weekend** 156:5
**weekends** 153:3
  154:18 155:1
**weekly** 58:20
  174:12
**weeks** 96:12
**weight** 65:5
**wells** 58:14 148:21
  149:20
**went** 6:15 11:16
  14:19,21 20:9
  58:17

**west** 25:9
**weston** 18:20
**whereof** 183:16
**whispering** 4:7
**white** 47:10
  169:16,17
**whitesell** 100:19
  104:25 113:3
**wide** 39:3
**widely** 90:24
**wife** 100:4
**williams** 2:17 5:10
  5:10
**wilmington** 18:2
**wilson** 41:25
**window** 143:6,7
**windows** 22:11
**wine** 169:7,13,14
  169:16,16,17
**winter** 48:22,24
  55:12
**wire** 19:11,14
**wish** 114:3 140:4
**withdrawn** 11:10
  36:14 103:1
**witness** 3:2 5:4,18
  5:19 15:15,19,21
  16:2 19:9,12
  20:14 29:9,12,15
  29:18 63:19 78:9
  83:12 89:21 97:8
  113:12 114:11
  124:9 140:16,18
  157:2,7 179:5
  183:16
**women** 171:1
**wood** 66:13,14,20
  66:21,23 67:6
  68:11 80:4,14
  81:19 144:15
  162:18 163:6

**woods**   70:6
**wool**   2:4
**word**   41:14 74:9
**worded**   104:9
   110:14
**wording**   147:20
**words**   41:13 80:22
   121:19 122:5
   144:6
**work**   7:25 27:3,4
   27:12 28:9,12,15
   28:17,19,19 30:10
   32:9 34:2 55:13
   55:17,18 79:23
   151:14,25 152:7
   152:10,24 153:23
   154:1,3,6,12
**worked**   8:10,17
   30:6 76:21
**working**   8:16 91:5
   91:10,21 92:3
**works**   41:7 91:22
**worksites**   32:11
**worry**   93:3,4
   181:15
**worth**   132:10
   133:8,24 137:7,10
   137:15,17
**write**   87:25
**written**   3:11 75:13
**wrong**   15:5,6
   25:19 41:2 44:6
   66:5 82:5 177:8

**x**

**x**   3:8 168:9,17,20

**y**

**y**   20:15
**yahoo.com.**
   100:13

**yard**   55:21 56:12
   56:16 82:8 87:8
   87:20 88:3 93:12
   144:17,20,24
   145:13,16 146:5
   147:13,24 181:11
**yards**   82:9 145:4
   145:25 146:4,7
   147:14,25
**yeah**   9:23 11:16
   11:19 15:3,3
   18:17 24:24 25:15
   28:6 29:14 37:24
   41:7,10,18 54:1
   55:4 62:11,16
   76:12 82:23 86:7
   89:14 90:23 97:12
   98:19 104:15,18
   107:10 108:5,19
   108:25 109:2
   110:16 114:24
   115:6,8 117:13
   119:7 120:11
   126:17 131:4
   136:15,19,21
   137:4 146:21
   149:17 150:9
   152:1,3,7 155:5
   157:7 159:15
   160:5 175:21
   176:17
**year**   10:18 15:1
   17:4 19:18,18
   22:17 31:1,21
   32:1 43:5 44:18
   44:18 48:25 55:6
   55:11 70:11 75:22
   128:19 130:23
   141:18 154:25
   156:2 158:22
   161:10 163:13

**years**   6:9 8:2
   14:21 32:8 33:12
   35:10 36:2 81:13
   126:25 132:17
   163:15 168:1,15
   168:16,19 172:3
   173:3 179:14
**york**   2:14,18 12:1
   20:12,15 27:6
   30:14 155:24
   156:1,23 157:11

**z**

**zone**   39:6,11,13,17
   39:21 40:4,13
   46:12,16,22 47:3
   73:19,22 74:8,12
   74:18 75:1 81:9
**zucchinis**   45:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.