# EXHIBIT 5

## Report of Edward J. Calabrese, Ph.D.

## Sullivan, et al. v. Saint-Gobain Performance Plastics Co., No. 5:16-cv-000125-GWC (D. Vt.)

**PROFESSIONAL BACKGROUND**

I am a tenured professor of toxicology within the Department of Environmental Health Sciences, School of Public Health and Health Sciences of the University of Massachusetts at Amherst.  I have been on the faculty at the University of Massachusetts since 1976 as an assistant professor, then promoted to associate professor in 1980 and to full professor in 1982.  I previously was an assistant professor of environmental and occupational medicine from 1974-1976 at the University of Illinois School of Public Health in Chicago.  While at the University of Illinois I was the Assistant Director of the Environmental Research Resource Center, a very active entity that focused on assessing key environmental health issues for the state, including lead exposure, ambient ozone, sulphur dioxide and nitrogen dioxide, radium in drinking water, effects of coal gasification, amongst other issues facing the state at that time.

I have had an active research program throughout my career at the University level with about 45 years of uninterrupted external funding.  I have published over 835 papers in the peer-reviewed literature, authored 12 books on toxicology and risk assessment and edited over two dozen books.  I have numerous papers that have been extensively cited in the Web of Science data base with more than 30 papers being cited more than 100 times and with an H-index of 54 (i.e. 54 papers being cited at least 54 times).  These scores are far higher than average within the scientific community.  I have given over 750 invited lectures, seminars and conferences presentations in many countries.  A copy of my curriculum vitae is attached as Exhibit A.

The research areas over my professional life have focused on the occurrence, causes and mechanisms of human inter-individual variation (i.e., age, genetics, diet, gender, pre-existing disease conditions) (i.e., why some people get sick and others don't even though similarly exposed); how to extrapolate from animal models to humans-opportunities and limitations; the occurrence, nature and mechanisms of adaptive responses to low doses of toxic agents and their evolutionary origins and public health applications; the nature of the dose response in the low dose zone; and the historical foundations of toxicology, and cancer and non-cancer risk assessment within the context of the dose response.

I have also had several long-term research collaborations with University of Massachusetts professors of epidemiology, which have resulted in significant contributions to the scientific literature.  These areas include the effects of sodium in drinking water on human health (e.g., blood pressure in children), the effects of working in the clean work of semi-conductor chip manufacture on reproductive health, and the estimation of how much soil children and adults ingest and how this relates to human risk assessment. In the case of the semi-conductor research, it lead to removal of toxic agents from chip manufacture and their replacement with less toxic substances.  This was a major development in the field and lead to widespread national debate and publicity.

In the case of the soil ingestion, our findings have provided the principal basis for the EPA soil ingestion estimates in their Exposure Factors Handbook over multiple editions to the present. Our research has provided the scientific basis for soil remediation standards for hazardous wastes sites/Superfund clean-up actions.

These research achievements have led to my being awarded several honors such as the International Marie Curie Prize and an Honorary Doctorate from McMaster University, a leading

educational and research University in Canada.  I have also received the highest awards from two professional scientific societies even though I am not a member of these societies.

I have served in numerous capacities as an advisor to state and federal agencies as well as to international organizations, such as the NATO countries safe drinking water committee.  I have served on multiple United States (US) National Academy of Sciences committees, including several of the Safe Drinking Water Committees and served as one of the lead advisers to this committee.

I have also served on the Air Cabin Safety Committee that recommended the end of smoking on airplanes.  This recommendation lead to the elimination of smoking during air travel throughout the US. I also was a member of the Food and Nutrition Board of the Institute of Medicine that has been responsible recommending daily acceptable levels of vitamins and minerals for human consumption.

I was also a member of the Board of Scientific Counselors for the Agency for Toxic Substances and Diseases Registries (ATSDR) for five years.  I helped to create the Northeast Regional Environmental Public Health Center at the University of Massachusetts, which was designed to enhance communication and cooperation amongst the State Departments of Public on environmental pollution issues and to also enhance interactions with the various State Departments of Environmental Protection and Agriculture with regional and national EPA.

During this time period I also helped to create one of the longest running academic conferences in the country.  Starting in 1986, I have co-directed a national conference on Soil, Sediment and Water Contamination.  This ongoing conference attracts about 900 people each year, from about 40 countries.  It provides significant scientific leadership and education in this area.

3

Within this context I helped to create the now longstanding peer-reviewed journal Soil and Sediments.  I have also co-directed a similar conference on the west coast since 1990, which is usually held in San Diego.  I have also created and directed an annual conference on the biological effects of low doses of environmental and pharmaceutical agents on human health.  This lead to the creation of the journal Dose Response, which I have edited for over 15 years.  I have also helped to create and been the first editor of the journal Human and Ecological Risk Assessment, a position I held for nearly a decade prior to becoming the editor of Dose Response.

In addition to my editorial duties, I also have long served as a peer reviewer for toxicological and risk assessment articles for multiple journals and have done so for several decades.  I typically review approximately one paper per month for journals.

I have also created the only database on agents that can induce cancer with a single exposure.  Due to concerns with unexpected exposure/releases of toxic agents, I have been invited to make multiple presentations to various National Academy of Sciences committees on the topic of single exposure carcinogens and/or unanticipated toxic substances release.

Of further note is that I was the principal consultant to the state of Colorado in their prolonged litigation concerning the Rocky Mountain Arsenal.  This activity, which occurred over the 1988-2002 time period, lead to the successful resolution of this highly contentious area involving both human and ecological risk assessment and the creation of the Rocky Mountain Arsenal Refuge Center, a 27 square mile tract of land for wildlife and human visitors.

In summary, I have had an extensive and active career in the field of toxicology and risk assessment, with in depth and broad research activities with significant accomplishments.  I have also had much experience in the advising of governmental agencies at the highest levels and in the

evaluation of all types of scientific papers.  Based on this background, I am qualified to evaluate the reliability of toxicologically based assessments that affect human health and to provide guidance on how to conduct causal analyses for environmental induced human disease conditions.


**OPINIONS OF EDWARD CALABRESE**

My report is divided into two corresponding sections.  The first section provides a critical conceptual overview of causal assessment, with application to the analysis of Dr. Ducatman in his two reports (i.e., the September 1, 2017 class certification report and the December 15, 2017 merits report).  The second section addresses the specific studies and opinions of Dr. Ducatman as contained in his two reports.


**SECTION 1:  GENERAL PRINCIPLES AND EVALUATIONS**

**Assessing Causation from Environmental Exposures in Humans**

Causation determinations in humans are very challenging especially when exposures are generally in the low dose zone, when the endpoints at issue are commonly observed in unexposed people such as, for example, elevated cholesterol, hyperlipidemia (i.e., abnormally high levels of any or all lipids or lipoprotein in blood), and elevated uric acid levels, when the exposure histories to agents of concern and confounding agents are very uncertain, as well as when the endpoints that are measured are highly variable both between and within individuals and over time.  The causality issue will also be further challenged by concerns associated with human genetic variability, and the difficulties of trying to estimate exposures to dietary, environmental, and medicinal drugs that

affect the endpoints at issue over periods that preceded birth and after birth but for which there is little or no documentation or memory.

These complexities for assessing human risks to exposures to toxic and/or carcinogenic substances are seen within the general evaluative frameworks for most agents. The above variables and others are part of the typical human condition and make it difficult to confidently determine causality when the substances at issue are present in low concentrations and reflect highly diverse patterns of exposure that may markedly change by day, week, season, and year. Even in the most studied subjects, such as with ionizing radiation, where many thousand animal model studies exist and a voluminous human epidemiological literature also exits, there remain recognized and generally accepted uncertainties in which risks from low level exposures cannot be discerned from background. In these cases, any risks are estimated by extrapolation procedures based on biostatistical models that cannot be verified or validated. In these cases, such estimates are based on assumptions or belief systems.

It has been possible in the past to estimate with confidence the effects of very high levels of toxic substances, such as smoking a pack or more of cigarettes per day for several decades, because they had the potential to induce adverse effects and to overwhelm biological variability and adaptive responses. However, in the modern era of widespread low dose exposures, discerning causality is very challenging. For example, while estimating the effects of 20-40 cigarettes per day for several decades has been possible with epidemiological methods, such methods would be severely challenged to estimate adverse biological effects if the exposures to be assessed were only 1-2 cigarettes per week for two decades. That is the challenge of human population studies in the low dose zone. Would such exposures actually induce adverse effects and, if so, could they be

reliably identified in the human population, given other competing causes of illness and death, as well as issues with population migrations from one city or state, amongst other factors.

Background variability for common conditions has long been recognized and it creates uncertainty in causality assessment.  It is therefore necessary for adverse effects to be sufficiently elevated and exceed those occurring as a result of chance.  It is also necessary that study findings be assessed for bias and confounding and be repeatedly replicated using study designs that can reliably detect possible causal effects.  (See Ducatman deposition, pages 18-20.)  In the case of the studies cited within Dr. Ducatman's reports, the overwhelming majority used a cross-sectional design that lacks a temporal component, preventing causality inferences.  Such studies can be useful for generating hypotheses, but not identifying causes.

On page 37 of his deposition, Dr. Ducatman acknowledged that his opinions as expressed in both PFOA reports were prepared without Plaintiff–specific data.  On page 39, he likewise acknowledged having no Plaintiff specific information on the extent to which such subjects ingested tap and/or bottled water.  Thus, on a key exposure parameter for PFOA risk assessment for Plaintiffs in Bennington and North Bennington, Vermont, the opinions lacked necessary exposure data, an essential component of the risk assessment process when exposure from tap water is the question.  Despite this statement on page 13 of the class certification report, Dr. Ducatman stated that the "Bennington population [was] homogenous only in their exposure to PFOA through their drinking water."  This is a statement that is based on an unfounded assumption. However, opinions need to be empirically based, not assumptions (see Ducatman deposition, page 11).

**PFOA and Peroxisome Proliferator Receptors (PPAR)**

In the case of PFOA, one of the principal mechanisms of action in high dose experimental animal studies is believed to involve the activation and interaction of probably two peroxisome proliferator receptor (PPAR) types (PPAR-alpha and PPAR-gamma).  The activation of the PPAR alpha receptor can vary markedly between species.   In the case of experimental animal toxicological models, the principal animal strains used are much more sensitive to the activation of the alpha receptor than humans.  This is a key mechanism that can account for the heightened susceptibility of these animal models to PFOA and their lack of capacity to predict human responses.

In humans, the alpha receptor is principally expressed in tissues that have high rates of fatty acid metabolism.  The alpha receptor, among other things, targets genes that direct the process of lipid metabolism and guide the regulation of increasing HDL (i.e., the "good" cholesterol) and reducing plasma triglycerides levels (i.e., a generally harmful lipid at high concentrations).  The pharmaceutical and medical communities have developed various drugs to lower lipid levels in patients via the activation of the alpha receptor.  In addition, many naturally occurring substances in the diet also can activate the alpha receptor, usually resulting in a decreased lipid profile and decreased markers of inflammation.

Moreover, the human diet and pharmacy provides copious possibilities of highly variable exposures to agents that act on these same receptors, causing a broad range of biological effects, many of which are beneficial, with numerous drugs designed to act on these receptors, even with the potential to modulate some of the purported effects listed by Dr. Ducatman.  These exposures to naturally occurring peroxisome proliferation agents have occurred in each person since they were in utero.  Yet these exposures are essentially never documented, quantified and evaluated

within the studies cited by Dr. Ducatman or by his own analyses.  This is an important limitation as it prevents the capacity to properly assess the effects of such agents and the PFOA on biological systems.

The range of genetic variability with respect to the peroxisome proliferator receptors is substantial within human populations, with significant impact on health.  However, this issue was not addressed and studied in environmentally oriented epidemiological studies.

These examples illustrate the challenges and uncertainties inherent in the conduct of low dose epidemiology studies and the efforts to discern any causal associations for PFOA. Nevertheless, the September 1, 2017 initial expert report and the December 15, 2017 merits report of Dr. Ducatman fail to address these concerns and data limitations.

In most of the epidemiological reports that Dr. Ducatman relies upon, the authors of such research papers emphasized study design weaknesses, such as the use of cross-sectional studies, which precluded the capacity to make causal inferences.  In fact, these studies, which could not make causal inference due to study design limits, also failed to consider the issues noted above concerning dietary and medicinal exposures to other peroxisome proliferation inducing agents and key genetic variables affecting the activation of the peroxisome proliferation receptor.  These factors are important in a causal assessment.

**Dr. Ducatman's Failure to Incorporate Dose Response**

The issue of dose response is a central factor in assessing causality and risks.  As noted above, it is necessary to identify and quantify exposure to agents that may act through the same mechanism.  Exposure to the numerous other peroxisome proliferator agents to which people are exposed was not done by Dr. Ducatman nor was it presented in any of his cited references.  In

9

other chemical exposure cases dealing with complex mixtures, such as polycyclic aromatic hydrocarbons (PAHs), it has been assumed that they may act via the same mechanism.  This has lead researchers to develop something called the Toxic Equivalency Factor (TEF).  This TEF approach offers a biologically based way to summate or add the total exposure to agents that presumably act through the same receptor, after adjustment for the degree of receptor affinity for each chemical agent.

Unless one can quantify the extent to which the key receptors are activated by the various PFOA exposures and then differentiate these exposures from exposures to the similarly acting agents in the diet, then quantification of exposure for risk assessment purposes cannot be reliably done.  This is another key failing of Dr. Ducatman's reports and in the papers he relies upon.

Dr. Ducatman's reports also failed to the address the issue of the nature of the dose response of PFOA.  This includes how data at relatively high doses may be extrapolated to lower doses and any uncertainties in that extrapolation process and the magnitude of such uncertainties.  In the PFOA literature, there is considerable variation with respect to the reported dose response relationships even in the low dose zone.

Numerous examples (Boudreau et al., 2003; Coperchini et al., 2015; Florentin et al., 2011; Hagenaars et al., 2011; Henry and Fair, 2011; Liu et al., 2017; Midgett et al., 2014; Rosenmai et al., 2016; Wan et al., 2014; Wirth et al., 2013; Yao et al., 2014) exist showing no biological effects over very wide ranges of exposure, while many other experimental studies show evidence of biphasic dose responses (i.e., where a low dose may produce a different, and even possibly beneficial effect and a high dose can produce a toxic effect) (e.g., Buhrke et al., 2015).  These findings are typically reported with either whole animal or cellular systems and suggest that similar types of variation may occur within humans.  Of course, all substances, even those that most people

would consider beneficial or even necessary for human life, such as water, salt, and oxygen, can be toxic at sufficient doses.  (See Ductaman deposition, pages 28-29.)  Yet Dr. Ducatman's reports fail to address the dose response issue at the level of exposure and response, precluding the capacity to offer any scientifically reliable opinions.

**Dr. Ducatman Failed to Address the Limitations and Uncertainties in Extrapolating Animal Model Findings to Human Responses**

Dr. Ducatman's reports make use of animal and cellular toxicology findings to try to support his presentation of epidemiological studies.  These reports fail to consider the possibility that both qualitative and quantitative differences exist amongst mouse strains and amongst rat strains in their responses to PFOA.  Not only is it very difficult to predict responses from one mouse strain to another and for one rat strain to another, but it is therefore even more difficult to predict a rat response based on mouse data.  (See Ducatman deposition, pages 33-34.)  Given such inter-strain and species responses, it follows that there is considerable uncertainty in extrapolating experimental animal model data to humans, often precluding meaningful quantitative understandings.  (See Ducatman deposition, pages 31-32.)  For example, it is generally accepted that if a chemical causes cancer in an animal model there is very little confidence that this agent would predict the degree of susceptibility in the human or even the location (i.e., organ) possibly affected.  Such uncertainties are due to fundamental biological differences between humans and rodents as well as the grossly high doses used in the animal studies, which provide little insight into exposures at far lower doses potentially experienced by humans.  The use of animal studies are therefore problematic with respect to their lack of qualitative and quantitative similarity to humans and to the striking lack of relevancy of the testing protocol for application to normal human exposures.

For instance, in the case of the widely used B6C3F1 mouse, it has commonly developed chemical carcinogen induced liver cancer, a relatively uncommon cancer from all causes in humans.  Thus, the occurrence of chemically induced liver cancer in the B6C3F1 mouse grossly overestimates possible humans risks.  For example, Carlborg (1979) reported that the EPA has estimated via the linear no threshold (LNT) single-hit model from data with the B6C3F1 mouse that current exposures to DDT, dieldrin, and aflatoxin were responsible for 153,000 liver cancers per year in the U.S.  (page 565, Calabrese, 1983).  However, there were only about 7000-8000 liver cancers per year in the entire U.S. from all carcinogens and tumor promoters.

It was widely recognized that the PPAR-alpha receptor for PFOA is much more easily activated in standard rodent strains than in humans subjects resulting in estimated potential risks where no risks may exist (Corton et al., 2018).  Furthermore, human subjects display genetic polymorphisms of peroxisome proliferators, making animal extrapolation less precise and uncertain with respect to potential relevance to human responses (Contreras et al., 2013) (page 439, abstract).  There are numerous other interspecies (e.g., metabolism) variables that could affect potential susceptibility to PFOAs in addition to the activation of the PPAR-alpha receptor.  These are also important issues not addressed by Dr. Ducatman.

## SECTION 2:  SPECIFIC CRITIQUE OF DR. DUCATMAN'S OPINIONS

This section assesses the toxicity claims of Dr. Ducatman concerning the exposure of residents of Bennington and North Bennington, Vermont to PFOA from drinking water.  A sample of nearly 500 people revealed a geometric mean blood concentration of 10.0 ug/L.  Dr. Ducatman's reports argue that, compared to current U.S. population background levels, the relatively elevated

exposure to PFOA has/will likely enhance risks for a plethora of medical conditions. As a result of such exposures, Dr. Ducatman recommends that the individuals have long-term (30 years) medical surveillance to identify possible health-related issues before they may become significant.

Yet his reports are strikingly devoid of a technical/scientific analysis and appropriate rigor. They thus provide the reader with no sound or reliable basis for any finding of causality. Such a lack of scientific analysis is present in both of his reports. These glaring failures of analysis result in these papers not achieving even a minimal professional standard in the field.

**Assessment of the Bases of Dr. Ducatman's Reports**

**Summary of Opinions**

Dr. Ducatman's reports lack technical assessment, analysis, and methodology for how he arrived at his numerous opinions. As a result, the reports fail to provide documentable scientific support for his opinions.

In scientific writings, it is necessary that the bases and reasoning for one's opinions be presented. (See Ducatman deposition, page 10.) Yet the bases and reasoning were absent from both of Dr. Ducatman's reports for each and every opinion and outcome.

As a result of such fundamental limitations, the entire spectrum of Dr. Ducatman's opinions on diseases, purported adverse effects, causality, and recommendations for medical monitoring lack scientific justification and cannot be accepted. These criticisms will be highlighted, by way of example, for certain of the endpoints discussed in his two reports.

**Methodological Limitations of Studies Relied Upon by Dr. Ducatman by Endpoint**

   **Cancer**

On page four of his merits report, under the heading "PFOA Exposure and Cancer," Dr. Ducatman states:  "Cancer outcomes of PFOA exposure that are supported in the medical literature including kidney and testicular cancer" and lists three citations.   On page five of his class certification report, Dr. Ducatman similarly lists as purportedly "Consistently established in multiple venues … Urogenital cancers including kidney and testicular cancer" with the same three citations.   Yet his reports offer no discussion, information, or analysis concerning fundamental relevant inquiries a scientist would make when evaluating peer-reviewed literature, such as:  (i) the route and (ii) duration of exposure, (iii) the dates over which the exposures occurred, (iv) the type of epidemiological study (e.g., cohort, case-control, cross-sectional), (v) the number of subjects, (vi) number of cancer cases, (vi) how the tumors were verified, (vii) statistical evaluation strategies/analysis, (viii) type and significance of possible confounding factors or bias, and (ix) other important considerations, such as the consistency or inconsistency of such findings across studies in different populations.

The examples just presented for kidney and testicular cancers were not isolated cases of failure to report professional evaluation on fundamental aspects and details of the cited studies.  The failures extend to the manner in which Dr. Ducatman describes all studies upon which his opinions are based independent of endpoint.

Dr. Ducatman's opinions, which presumably include human epidemiological studies as their bases, fail to assess and integrate the reported findings using standard and broadly accepted methods.  For example, a scientifically rigorous evaluative methodological approach, such as the

proper application of the Bradford Hill criteria, which is one method used to assess possible causality from statistically significant associations reported in epidemiological studies, would be necessary.  However, Dr. Ducatman's reports do not cite, use, or apply a fundamental evaluative procedure or methodology to derive his opinions or put them into scientific context.

Dr. Ducatman's reports are devoid of a scientific methodology for assessing causation. These omissions, and others, represent serious methodological failings as they impair the reader's ability to evaluate and then determine the objectivity and validity of the offered opinions.  Dr. Ducatman's reports are thus comprised of opinions that lack a rigorous or reliable scientific method and basis.

For example, in the "PFOA Exposure and Cancer" section of his merits report, Dr. Ducatman uses highly unusual qualitative terms that seem to represent his opinions concerning the strength of the findings, and possible causal relationships.  More specifically, on page 4 he writes:

(1) "The cancer outcomes of PFOA that are supported in the medicine literature are…."

(2) "there is an indication of excess risk of prostate cancer"

(3) a risk "was detected again when the PFOA exposure has been above the population median levels" and

(4) "There is also an early indication of increased breast cancer risk."

The use of terms such as "supported," "indication," and "detected" by Dr. Ducatman lack scientific precision and fail to provide quantitative and causal meaning to the biological events (e.g., adverse effects) purportedly being evaluated.

Dr. Ducatman similarly uses unusual terms on pages five and six of his class certification report:

(1) "Consistently established in multiple venues"

(2) "Probable excess risks needing additional investigation"

On page 86 of his deposition, Dr. Ducatman testified that the phrase "consistently established" does not have any recognized or generally accepted definition in the medical and scientific community that he is aware of.  He nonetheless advances it in a categorical heading in his class certification report.

In his reports, the terms listed above are functionally decoupled from the concept of dose response, statistical significance, and other necessary standard evaluative components of scientific evaluative processes.

These sections of Dr. Ducatman's reports on PFOA and cancer cannot be used to scientifically assess cancer causality or cancer risk.  They thus offer no scientific foundation to support his opinion concerning the need for a health/medical screening program.

Dr. Ducatman also attempts to complement and support the cited epidemiological studies for kidney and testicular cancers with limited animal research findings.  His analysis lacks the necessary specificity in this area as well.  For example, even though the animal research is cited in an attempt to support the human cancer data, he presents no evidence that PFOA causes kidney cancer in animal models.  Among other things, he fails to provide any documentation concerning (i) the number of relevant animal cancer bioassays, (ii) the specific animal models used (iii) their extrapolative relevance, (iv) the dose ranges employed, and (v) how this information would relate to human exposures.  The report acknowledges that PFOA is not a renal mutagen, an observation that would significantly lower the possibility of PFOA being a bona fide carcinogen, based on the somatic mutation theory that is widely accepted, including by federal regulatory agencies when

performing cancer causation analyses.  In summary, the use of experimental animal study data to support the inadequately documented epidemiology cancer studies is without an appropriate toxicological foundation or methodology.

Even toxicological references concerning oxidative stress in the presence of PFOA exposure cited by Dr. Ducatman lack specificity for animal model, cell line, dose, dose-rate, and its relationship to human exposures.  This approach by Dr. Ducatman, therefore, does not provide support for an opinion asserting PFOA cancer causality, nor does it support his opinion concerning the need for a medical monitoring program.

In a similar fashion, Dr. Ducatman attempts to provide evidence of a possible mechanism or toxicological basis to support his earlier opinion of an association of PFOA with testicular cancer.  However, consistent with his earlier approach, there is no scientific framework, foundation, or methodology provided that permits a meaningful evaluation and scientifically based opinion.

In fact, the studies cited by Dr. Ducatman display highly uncertain extrapolative relevance for humans.  For example, Dr. Ducatman cites the work of Dankers et al. (2013) with a mouse tumor cell line.  These authors note that they were uncertain of the potential relevance of their experimental animal model to predict human responses (page 389, right column).  They highlighted important ways in which human male reproductive functions (e.g., sex steroid production, secretion) differ from both rats and mice (page 389, right column).  They noted that such differences are mechanistically important and should be taken into account when attempting to translate effects found in animal models for human risk assessment (page 389, right column).  However, Dr. Ducatman does not acknowledge such challenges and limitations as reported by the authors when extrapolating from rodent models to humans for PFOA testicular effects.

Dr. Ducatman also fails to discuss the issue of PFOA dosing in the whole animal (i.e., in vivo) studies.  For example, in his testicular cancer section, such studies employ a gavage administration method of exposure, providing the entire day's exposure at one time, essentially pouring it down the experimental animal's throat.  In contrast, consumption of PFOA in water by Vermont residents would involve repetitious consumption throughout the awake cycle of the day.  Thus, there is a very significant difference in dose-rate (i.e., exposure all at once versus the total amount spread out over time).

Dose-rate has the potential to be a significant factor affecting how the agent may affect the body.  The significance of dose-rate in toxicology and in assessing risk became highlighted as early as 1958 when William L. Russell reported dose-rate was a significant factor affecting the capacity of ionizing radiation to cause mutation in spermatogonia and oocytes of mice (Russell et al., 1958) (page 1550, right column).  This finding would become greatly expanded and incorporated into the process of assessing risk.  Yet Dr. Ducatman's reports fail to acknowledge this factor in his analysis.

Furthermore, with respect to the cited toxicological study by Mashayekhi et al. (2015), which assessed the effects of PFOA on isolated suspensions of rat liver and brain mitochondria, Dr. Ducatman offers no evaluation or method of how to interpret and extrapolate such artificial and experimental conditions to intact cells within a living organism.  Dr. Ducatman also fails to provide a toxicological basis to assess how to relate a concentration of PFOA in a mitochondrial suspension without the presence of other cellular organelles and contributory adaptive processes.

**Endocrine Disruption**

On page five of his class certification report, Dr. Ducatman lists endocrine disruption as purportedly being "Consistently established in multiple venues." In his section on endocrine disruption chemicals in his merits report, Dr. Ducatman states that the human data of Bjerregaard-Olesen et al. (2016) and La Rocca et al. (2015) provided strong evidence for PFOA being an endocrine disruptor for sex hormones. However, in their discussion, La Rocca et al. (2015) stated that "we found no association between PFOA and PFOS for both blood and semen levels and infertility." (page 12439). The Liu et al. (2015) study cited by Dr. Ducatman also notes that in "a study of 256 individuals the PFOA was not associated with sperm concentrations and sperm motility." (page 1, right column). Dr. Ducatman's failure to reveal such negative findings is consistent with his pattern of failing to consider or address alternative hypotheses or contradictory data in the studies he cites.

Within this same endocrine disruption section, Dr. Ducatman highlights research of Buhrke et al. (2015) with liver cells. But Dr. Ducatman fails to note that the PFOA concentration used in that study was extremely high and, according to the authors, of "not of physiological relevance." (page 60, left column). In fact, the authors stated that the concentrations used in the in vitro studies (which are studies that take place in laboratory vessels, outside of living organisms) exceeded average population values by three orders of magnitude (page 106, left column). Thus, these findings that Dr. Ducatman used to try to support his opinion cannot be validly used to do so.

Dr. Ducatman also cites the findings of Halsne et al. (2016) concerning the effects of PFOA on MCF 10A cells. Dr. Ducatman again fails to place the findings of this research in proper context. For example, it would have been necessary to know that Halsne et al. (2016) stated that the MCF 10A model has limitations such that these cells may not be particularly relevant to

humans.  That is, these cells appear to be a differentiated cell type and are either not present or only rarely present in normal mammary tissue in vivo.  Based on this information, Halsne et al. (2016) concluded that "care should be taken to directly link our in vitro observations using PFAAs to specific mammary developmental events in vivo."  (page 106, right column).

Dr. Ducatman also cites the findings of Sonthithai et al. (2016) in the endocrine disruption study with T47D human breast cancer cells in vitro.  Dr. Ducatman neglects to point out that PFOA did not affect the activity of the estrogen response element over a concentration of $10^{-12}$ to $10^{-4}$M, some eight orders of magnitude of concentration (i.e., over 100-million fold concentration range) (page 794, Figure 1a; page 795, Figure 3a).  This is an enormous concentration range.  It shows no biological effects or possible risks.

Thus, each of the references used by Dr. Ducatman to try to support his claim for cancer and endocrine disruption was inadequately assessed.  Those assessments, and others by Dr. Ducatman, lack a reliable evaluative methodology and proper technical presentation – transparent or otherwise – and ignore the significant failings and limitations of those references that he chooses to cite.  This methodologic failure is a characteristic of multiple sections of both of his reports.

**Pregnancy**

On page six of his class certification report, Dr. Ducatman lists pregnancy-induced hypertension as a "probable excess risk needing additional investigation" and cites one study.  In his merits report, Dr. Ducatman presents an association between PFOA exposure and the incidence of pregnancy-induced hypertension, citing a series of papers in an attempt to support his opinions regarding this relationship.  However, he fails to present the complexity and inconsistencies of the reported findings and this relationship.

Savitz et al. (2012) noted that "Preeclampsia was weakly associated with PFOA exposures in other analyses of this population (Savitz et al., 2012; Stein et al., 2009)." (page 1205, left column).  In their follow up study based on birth records, they "found no consistent evidence of an association between estimated PFOA exposure and stillbirth, pregnancy-induced hypertension, pre-term birth or indices of fetal growth."  (page 1201, abstract).  These authors mentioned that pregnancy-induced hypertension is the endpoint that is most susceptible to inconsistencies of definition and inaccurate reporting.  They also noted the problems of misclassification of both self-reporting preeclampsia and birth certificate codes for pregnancy-induced hypertension.  Yet Dr. Ducatman provides no assessment methodology to evaluate such epidemiologically-based uncertainties and no discussion of the differences that exist amongst available studies.  This methodologic failure is a characteristic of multiple sections of both of his reports.

**Thyroid**

In his section on thyroid effects in his merits report, Dr. Ducatman notes that several papers reported that PFOA altered thyroid hormones, including during pregnancy citing Webster et al. (2014), Yang et al. (2016), and Lopez-Espinosa et al. (2012).  Yet he did not provide any description relating to the study methodology, nor any assessment of the strengths or weaknesses of these findings.  Again, this methodologic failure is a characteristic of multiple sections of both of his reports.

In Webster et al. (2014), no information was provided regarding how the subjects were recruited.  The reader was referred to an earlier Webster et al. publication.  While this reference provided the basis for the sample population recruitment, Dr. Ducatman does not acknowledge that the authors reported sample selection bias.  The authors noted that such sample selection bias affects the generalizability of the study to be applied reliably to a broader and/or different

population (i.e., external validity) (page 345, left column).  Also not mentioned by Dr. Ducatman was that the key target comparison group biomarker for autoimmune disease in that study involved only 14 subjects.  In fact, due to this limitation, the authors specifically stated that "our results should be interpreted with caution because of small sample size…."  (page 345, left column).

The Yang et al. (2016) study involved a population from the Beijing, China general population, an urban environmental setting very different than rural Vermont.  The authors in fact emphasized this very concept and concern about generalizability in their paper (page 6).  They stated that thyroid hormone levels are often conflicting in different populations due to many variables such as regional differences, race, community development, industrial pollution, lifestyle, amongst other factors (page 6).  Thus, the relevance of the Beijing findings to the Vermont population is uncertain, at best.  Indeed, no firm conclusions were in fact drawn by the authors of this Chinese study.

The third study cited by Dr. Ducatman is that of Lopez-Espinosa et al. (2012).  While the sample population represents a large number of children aged 1 to 17 in the mid-Ohio Valley, the authors noted that the cross-sectional nature of this investigation should be considered as "a major limitation because the sample measurements precluded determination of the time sequence between PFOA exposure and outcome."  (page 1040, 3rd column to the right).  This "major limitation" impedes the capacity of the study to provide causality assessments.  The authors also cited other relevant limitations such as the use of recall for thyroid diagnosis and the failure to obtain measurements of several key thyroid hormone levels, which would have provided important insights as to the child's thyroid functions (page 1040, bottom right column).  Other cited studies in the thyroid section of Dr. Ducatman's reports emphasize the failure of cross-sectional study designs to permit causality inferences, while others also noted the limitation of having very low

sample sizes.  Yet Dr. Ducatman's reports fail to discuss these factors, even though they are regularly acknowledged and addressed by those in the field.

Other types of limitations are also noted, such as the Melzer et al. (2010) study, which based PFOA measurement on a single serum sample.  Some of these studies documented the presence of nearly two dozen other PFAA agents in the blood of mothers further complicating causality assessments (Webster et al 2014).  Subject samples were also assessed for the presence of other possible thyroid affecting agents such as polybrominated diphenyl ethers (PBbEs), PCBs, and organochlorine pesticides (page 340, right column).  How, or the extent to which, such concomitant exposures and other complex variables may affect data evaluation and interpretations was not addressed by Dr. Ducatman.

Finally, a 2017 review by Coperchini et al. of the PFOA-thyroid epidemiology literature concluded by stating that the "investigations aimed at evaluating the effects of PFOS and PFOA exposure during pregnancy on the newborn thyroid function yielded heterogeneous results, preventing univocal conclusions on which, and in what sense their thyroid function is modified." (page 116, right column).  With respect to a relationship between PFOA exposure and thyroid cancer, the same authors concluded that "there was no consistent finding across all or even most studies…." (page 119, left column).  In sum, there is no clear-cut reliable scientific evidence supporting a causative role of PFOA in thyroid cancer.  These conclusions are directly from one of Dr. Ducatman's references.  Yet Dr. Ducatman does not share the conclusions of the authors with his readers.

**Liver**

In the liver section of his merits report, Dr. Ducatman repeatedly fails to address the limitations of the studies that he cites.

For example, in Gallo et al. (2012), the authors noted that the principal limitations of their study was its cross-sectional methodology, making any causal inference untenable (page 6, left column). They also noted that since only a small proportion of values were outside of the normal range, it was difficult to estimate human risks (page 6, left column). More specifically, they were not confident that the observed small increase in ALT levels could lead to clinically diagnosable conditions over time (page 6, left column).

In Sakr et al. (2007), the authors noted that the cross-sectional nature of their study precluded it from being able to be used for assessing causal relationships (page 1094, right column). Furthermore, the positive associations for ALT and AST did not achieve statistical significance.

In Darrow et al. (2016), the authors concluded that their study provided a modest positive relationship between PFOA and ALT levels but "little evidence that PFOA exposure increases the risk of liver disease." (page 1232).

In Lin et al. (2010), the authors stated that their cross-sectional study design precluded them from deriving a causal inference (page 1361, right column). They also failed to indicate information on other possible chemical exposures or other factors (e.g., certain virus infections, excessive ethanol ingestion) that may affect ALT/AST values. As in the other studies cited the potential biological significance between PFOA and liver enzyme activities was considered small and subclinical.

In Gleason et al. (2015), the authors stated that the cross-sectional design "limits our ability to assess causality." (page 13, left column).  In their results section the authors stated "there is no evidence of an association with PFOS and the clinical liver biomarkers ALT, AST and ALP." (page 10, right column).  PFOA was positively associated with ALT/AST.  However, the values were only modestly elevated.

In Yamaguchi et al. (2013), these authors also reported a modest increase in ALT/AST in relationship to PFOA levels.  However, since this was a cross-sectional study it was not possible to make causal inference (page 185, right column; page 192, left column).

A study by Costa et al. (2009) representing 30 years of medical surveillance in PFOA exposed workers reported no statistical treatment effect.  A 2018 clinical trial study by Convertino et al. (2018) administered doses of PFOA such that it was 10,000-fold greater than background exposure.  No effects on serum ALT/AST were observed.

In his report, Dr. Ducatman claims that the above instances of modest increases in serum ALT/AST levels have population and individual significance and present a risk for non-alcoholic fatty liver disease (NAFLD) (pages 8-11, merits report).  Yet he fails to note the consistent set of limitations reported by the research teams.

Simply put, the studies cited in Dr. Ducatman's reports are dominated by research methods that cannot be used to assess causal relationships.  Even in these instances, there was no support that the observed very modest increase in liver biomarkers (e.g., ALT) was related to liver disease.  Dr. Ducatman provides no scientific methodology by which he transformed the above non-significant responses into induced liver disease that would be more likely than not to occur.

Dr. Ducatman also cites several animal studies with exposure to PFOA to support his asserted risk of developing hepatic steatosis.  Yet, unremarked by Dr. Ducatman, an examination of these papers reveals that they were short-term high dose experiments.  The exposures were about 3-4 orders of magnitude greater than typical human exposures.  These studies are not relevant to humans.  No consideration was given to the capacity of the different strains of mice or rats to reliably extrapolate to humans.  Likewise, no consideration was given in the assessment to the nature of the total dose and dose-rate.

In the case of Yang et al. (2014), the entire daily dose was administered in one gavage setting.  Further, no consideration was given to the possibility that handling the model by the technician could affect susceptibility to agent induced liver damage (Calabrese, 2001).  While these studies appear to be in the realm of "proof of concept" hypothesis development, they are not related to the issue of establishing risk in the low dose zone, at issue here.

**Hyperlipidemias**

Dr. Ducatman states that PFOA exposure has been repeatedly associated with changes in lipid metabolism, noting higher total cholesterol and LDL cholesterol in multiple studies for adult men/women, pregnant women and children.  He further states that such blood lipid changes have substantial population and individual significance and that more people living in these communities will eventually need treatment for high cholesterol.  These nearly 20 cited human studies were then complemented with about a dozen animal studies assessing the effects of PFOA on lipid metabolism and related disease pathology with focus on steatosis, that is, the abnormal retention of lipid within a cell, typically due to an impairment of the normal process of synthesis and elimination of triglyceride fat.

Nonetheless, Dr. Ducatman's reports fail to address the issue of epidemiological study design and the capacity (or lack thereof) to make causal inferences. A substantial number of the cited studies (Fu et al., 2014; Frisbee et al., 2010; Eriksen et al., 2013; Matilla-Santander et al., 2017; Steenland et al., 2009; Sakr et al., 2007; Zeng et al., 2015) employed cross-sectional designs. The authors recognized the key limitations of this approach, which preclude deriving causal inferences. For example, Fu et al. (2014) stated "it was impossible to establish a causal inference due to the cross-sectional nature of this study." (page 251, left column). Likewise, Sakr et al. (2007) stated that cross-sectional studies "can not be used for determining causality." (page 1094, right column).

In addition to the widespread use of cross-sectional studies that preclude a causality argument, Dr. Ducatman fails to address the issue of variability in serum cholesterol estimates, including their magnitude and underlying causes and their distribution within populations. The published literature indicates that there can be large differences in serum cholesterol levels within the same subject with repeat measurement over consecutive days (Cooper et al., 1992; Craig et al., 2000; Hegsted and Nicolosi, 1987; Nigam, 2011).

If one assumes a mean serum cholesterol level of 220 mg/dl and a mean intra-individual standard deviation (SD) of only 5% of the mean, then one would expect a single measurement to occur within 2 SDs above or below the true mean. More specifically, a single sample (as reported in essentially all studies cited by Dr. Ducatman on this matter) with a mean of 220 mg/dl would be expected to fall between 200 and 240 mg/dl. Even this broad range estimate is likely to be very optimistic because the SD of 5% is only about twice the analytic error in highly experienced laboratories and many people will show greater variation than 5%.

The reported studies cited by Dr. Ducatman did not standardize for the time of day the sample was tested, fasting behavior, activities prior to blood drawing, information on medicinal drug intake, and numerous other potential modifying factors.  Thus, one cannot reliably evaluate possible positive or negative bias in these cited studies and how these factors may have affected the reported findings.  The published articles generally did not provide information on subject diets, obesity, smoking, exercise, alcohol intake, blood pressure and other factors that may impact serum cholesterol, and how these factors may have affected the reported associations.  Due to these limitations and others, one cannot reliably draw any causal inference from such studies.  Yet Dr. Ducatman does not address these limitations in his reports.

**Uric Acid**

In his class certification and merits reports, Dr. Ducatman cites multiple studies for the proposition that PFOA exposure is associated with increased serum uric acid levels.  In his merits report, he claims that the elevated levels had significance at the population and individual levels. He also states that people of all ages would experience increased serum uric acid levels due to the PFOA exposure.  This led Dr. Ducatman to speculate on possible enhanced medical risks such as gout and kidney disease.

Based on this argument, he recommends uric acid testing in the proposed medical monitoring program.  Yet most of the cited epidemiological studies acknowledged their cross-sectional methodological nature.  For instance, as Qin et al. (2016) noted, their "findings cannot establish a causal relationship between PFASs and serum uric acid levels because of the nature of the cross-sectional study design."  (page 523, left column).  Similar comments were offered by Geiger et al., 2013, (page 1259, right column).

The papers cited by Dr. Ducatman noted a possible uric acid increase of about 0.2 to 0.4 mg/dl.  Several reports indicated that there is considerable variation in daily and monthly serum uric acid values with an approximately 10% standard deviation (Yu et al., 2004).  In addition to day-to-day variation, there is also considerable diurnal variation with highest values reported for morning, decreasing by about 20% at mid-afternoon (Devgun and Dhillon, 1992).

None of the papers cited by Dr. Ducatman addresses the issue of time of the day that individuals had blood drawn for uric acid value determination.  None of the cited papers obtained information on weight, exercise, diet, fasting, and season, factors that may impact uric acid measurement values.  The failure of the reported studies to address key variables that affect serum uric acid variation creates a significant issue when one is attempting to evaluate very small reported changes.  Yet Dr. Ducatman does not address these issues in his reports.

Notably, Beavers et al. (2014) indicated that a moderate exercise program for 12 months in an older population induced an increase of serum uric acid similar to that claimed to the PFOA.  The increase in the exercise study was of a magnitude such that it would not be considered clinically meaningful (page 7, first full paragraph).  However, the modest increase in uric acid was associated with improved muscle function and better physical performance scores in older subjects (page 7, last sentence, first full paragraph).

**Further Discussion of Methodological Issues**

The opinions of Dr. Ducatman are at such a general and superficial level as to preclude an evaluation that would permit the capacity to address questions of possible causality and, in turn, whether a medical monitoring program could be justifiable.  His reports provide no standard for causality evaluation to be followed or even guided; no methodology to be applied, even with

possible modifications; no description of the studies, including their design, methodology, strengths or limitations; and no assessment of the data adequacy/quality and data evaluation methods.  On page 10 of his deposition Dr. Ducatman replied, "Yes," when asked  if he believed that "scientists should describe their methods and explain their reasoning so that others can understand how the data were analyzed and how the conclusions were reached."  Yet in his written opinions for this case he failed to follow this principle, making it impossible to evaluate the basis of his opinions.

Dr. Ducatman does not provide any description or assessment of the statistical analyses and information on statistical significance and their interpretation for application and how it relates to his opinions.  His reports do not provide an integrative assessment of the data that would permit an evaluation of multiple and diverse epidemiological studies for use in deriving opinions.  (See Ducatman deposition, pages 82-83.)

Dr. Ducatman's reports fail to evaluate the occurrence of other peroxisome proliferator receptor activating agents that humans are exposed to in their diets or in widely used medicines that act via receptor-based mechanisms (peroxisome proliferator $\alpha$ and $\gamma$ receptors).  He does not address the likelihood of interactions between peroxisome proliferator activating agents with other chemicals and drugs, such as the components in wine, marijuana, and other widely used substances, and how such exposures may affect study outcomes, interpretations, and uncertainty of his opinions.

The human dietary sources of PPAR$\gamma$ ligands from plants are vast and substantial.  These include commonly ingested products, including pomegranate, apples, clove, cinnamon, thyme, green coffee, bilberry, chili pepper, nutmeg, cacao, caraway, licorice, sage, rosemary, various

mushrooms, curry, ginseng, black pepper, red onions, dill, white cabbage, sauerkraut juice, peas, lavender, and many other plant materials (Mueller and Jungbauer, 2009) (page 660, abstract).

A common PPARγ drug used to treat type 2 diabetes is rosiglitazone, with an average daily dose of 4-8 mg.  Approximately 100 milliliters (i.e., a little more than 3 liquid ounces) of many red wines contain the equivalent of 1.8 to 18 mg of the rosiglitazone, corresponding to 25-400% the daily dose of this drug.  Since a typical glass of wine contains about 6 ounces, this dose of such PPARγ receptor activators alone can be substantial (Zoechling et al., 2011).  In fact, the anti-diabetes effects of grape seed extracts and the cardioprotective effects of red wine have been widely reported in the biomedical and medical literature (El-Alfy et al., 2005; Karthikeyan et al., 2007; Pinent et al., 2006).  Likewise, the effects of PPARγ on macrophages (Akbiyik et al., 2004) accounts for some of its ability to suppress inflammation and reduce the occurrence of inflammatory diseases.  The PPARγ ligands are now widely known to facilitate the occurrence of macrophage polarization, reprogramming macrophages toward anti-inflammatory phenotypes that can be protective in all organs.  These findings have important public health and medical implications since so many diseases and aging processes have an inflammatory component (Jungbauer and Medjakovic, 2012; Wang et al., 2014; Zhao et al., 2016).

There is also widespread and substantial exposure to natural products for targeting and activating PPARα receptors.  Such activation is seen with caraway seeds, chili pepper, nutmeg, licorice, black and white pepper, paprika, coriander, saffron, various teas, and other products.  It is now widely recognized that diets rich in fruits and herbs and spices provide substantial exposures to PPARα agonists, which can have numerous biological effects that might affect one's lipid profile and inflammation status (Mueller et al., 2011; Rigano et al., 2017; Jungbauer and Medjakovic; Fidaleo et al., 2014).

31

Nonetheless, Dr. Ducatman's reports fail to address the occurrence of dietary peroxisome proliferator agonists and how they may affect biological processes and their biomedical and therapeutic applications.  His reports do not assess how such exposures occur and differences amongst individuals and study populations.  Consequently, these omissions represent a gaping hole in his interpretation of published PFOA studies.

In fact, none of the epidemiological studies of PFOA cited by Dr. Ducatman addresses the issue of dietary exposures to peroxisome proliferators, how they may distribute in the population, and how they may change over time in lives of the studied subjects.  The failure of the epidemiologic studies on PFOA to collect data on dietary exposures to these agents is an important limitation in such studies.  Likewise, the lack of any consideration of this issue by Dr. Ducatman reveals that his opinions have not considered alternative causal interpretations for study variation and individual variation that relate to this central causality issue.

Dr. Ducatman's reports do not address the occurrence of genetic polymorphisms relating to peroxisome proliferating agents and how these may vary within human populations and affect study outcomes and impact any proposed medical monitoring program (Contreras et al., 2013). These issues speak to the fact that Dr. Ducatman's reports not only fail to assess properly the studies on PFOA that were available, but also fail to consider other relevant scientific questions such as alternative causality.


**CONCLUSION**

The opinions of Dr. Ducatman concerning the relationship between PFOA and toxic effects in humans lack scientific merit and cannot be accepted.  Likewise, there is no scientific basis to support his recommendation for a medical monitoring program.

I reserve the right to use graphics or other exhibits to further address the matters discussed herein and to supplement this report based on new or additional data.

**COMPENSATION AND TESTIMONIAL HISTORY**

I am being compensated at the rate of $600/hour for all activities associated with this matter.  To the best of my recollection, during the previous four years, I have testified as an expert at trial or by deposition in the following cases: Abernathy et al. v. Occidental et al. (2017) – Deposition; Forcellati v. Hyland's (2015) - Court Testimony – Los Angeles, CA; Johnson et al. v. Motorola Inc. (2015) – Deposition.

## DECLARATION

This report contains a complete statement of all opinions I will express and the basis and reasons for them, as well as the facts or data I considered in forming these opinions.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  May 7, 2018


Edward J. Calabrese, Ph.D.

# REFERENCES AND MATERIALS CONSIDERED

Akbiyik F, Ray DM, Gettings KF, Blumberg N, Francis CW, Phipps RP. (2004). Human bone marrow megakaryocytes and platelets express PPAR gamma, and PPAR gamma agonists blunt platelet release of CD40 ligand and thromboxanes. Blood 104(5):1361-1368.

Beavers KM, Hsu F-C, Serra MC, Yank V, Pahor M, Nicklas BJ. (2014). The effects of a long-term physical activity intervention on serum uric acid in older adults at risk for physical disability. J Aging Phys Act 22:25-33.

Bjerregaard-Olesen C, Ghisari M, Bonefeld-Jorgensen EC. (2016). Activation of the estrogen receptor by human serum extracts containing mixtures of perfluorinated alkyl acids from pregnant women. Environ Res 151:71-79.

Boudreau TM, Wilson CJ, Cheong WJ, Sibley PK, Mabury SA, Muir DCG, Solomon KR. (2003). Response of the zooplankton community and environmental fate of perfluorooctane sulfonic acid in aquatic microcosms. Environ Toxicol Chem 22(11):2739-2745.

Buhrke T, Kruger E, Pevny S, Rossler M, Bitter K, Lampen A. (2015). Perfluorooctanoic acid (PFOA) affects distinct molecular signaling pathways in human primary hepatocytes. Toxicol 333:53-62.

Calabrese EJ. (1983). *Principles of Animal Extrapolation.* John Wiley and Sons, Inc., New York, pp. 603.

Calabrese EJ. (2001). When the control group fails to control: A toxicological dilemma of risk assessment proportions. Hum Ecol Risk Assess 7(3):473-474.

Carlborg FW. (1979). Comments on aspects of the EPA's water quality criteria. EPA Methodology Hearings. In: EPA Methodology Document. Cincinnati, OH.

Chang, E.T., Adami, H., Bofetta, P., Cole, P., Starr, T.B., & Mandel, J.S. (2014). A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Critical Reviews in Toxicol 44:1-81.

Chang, E.T., Adami, H., Boffetta, P., Wedner, H.J., & Mandel, J.S. (2016). A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Critical Reviews in Toxicol 46:279-331.

Contreras AV, Torres N, Tovar AR. (2013). PPAR-$\alpha$ as a key nutritional and environmental sensor for metabolic adaptation. Adv Nutr 4:439-452.

Convertino M, Church TR, Olsen GW, Liu Y, Doyle E, Elcombe CR, Barnett Al, Samuel LM, MacPherson IR, Evans TRJ. (2018). Stochasic pharmacokinetic-pharmacodynamic modeling for assessing the systemic health risk of perfluorooctanoate (PFOA). Published by Oxford University Press of behalf of Society of Toxicology. Downloaded March from https://academic.oup.com/toxsci/advance-article-abstract/doi/10.1093/toxsci/kfy035/4865972.

Cooper GR, Myers GL, Smith SJ, Schlant RC. (1992). Blood lipid measurements. Variations and practical utility. JAMA 267(12):652-1660.

Coperchini F, Pignatti P, Lacerenza S, Negri S, Sideri R, Testoni C, de Martinis L, Cottica D, Magri F, Imbriani M, Rotondi M, Chiovato L. (2015). Exposure to perfluorinated compounds: In vitro study on thyroid cells. Environ Sci Pollut Res 22:2287-2294.

Coperchini F, Awwad O, Rotondi M, Santini F, Imbriani M, Chiovato L. (2017). Thyroid disruption by perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA). J Endocrinol Invest 40:105-121.

Corton JC, Peters JM, Klaunig JE. (2018). The PPARα-dependent rodent liver tumor response is not relevant to humans: addressing misconceptions. Arch Toxicol 92:83-119.

Costa G, Sartori S, Consonni D. (2009). Thirty years of medical surveillance in perfluooctanoic acid production workers. J Occup Environ Med 51(3):364-372.

Craig SR, Amin RV, Russell DW, Paradise NF. (2000). Blood cholesterol screening. Influence of fasting state on cholesterol results and management decisions. J Gen Intern Med 15:395-399.

Dankers AC, Roelofs MJ, Piersma AH, Sweep FC, Russel FG, van den Berg M, van Duursen MB, Masereeuw R. (2013). Endocrine disruptors differentially target ATP-binding cassette transporters in the blood-testis barrier and affect Leydig cell testosterone secretion in vitro. Toxicol Sci 136:382-391.

Darrow LA, Groth AC, Winquist A, Shin HM, Bartell SM, Steenland K. (2016). Modeled perfluorooctanoic acid (PFOA) exposure and liver function in a mid-Ohio valley community. Environ Health Perspect 124:1227-1233.

Devgun MS, Dhillon HS. (1992). Importance of diurnal variations on clinical value and interpretation of serum urate measurements. J Clin Pathol 45:110-113.

El-Alfy AT, Ahmed AAE, Fatani AJ. (2005). Protective effect of red grape seeds proanthocyanidins against induction of diabetes by alloxan in rats. Pharm Res 52(3):264-270.

Eriksen KT, Raaschou-Nielsen O, McLaughlin JK, Lipworth L, Tjonneland A, Overvad K, Sorensen M. (2013). Association between plasma PFOA and PFOS levels and total cholesterol in a middle-aged Danish population. PLoS One 8: e56969.

Fidaleo M, Fanelli F, Ceru MP, Moreno S. (2014). Neuroprotective properties of peroxisome proliferator-activated receptor alpha (PPARα) and its lipid ligands. Curr Med Chem 21:2803-2821.

Florentin A, Delonde T, Diguio N, Hautemaniere A, Hartemann P. (2011). Impacts of two perfluorinated compounds (PFOS and PFOA) on human hepatoma cells: cytotoxicity but no genotoxicity? Inter J Hyg Environ Health 214:493-499.

Frisbee SJ, Shankar A, Knox SS, Steenland K, Savitz DA, Flether T, Ducatman AM. (2010). Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: results from the C8 Health Project. Arch Pediatr Adolesc Med 164:860-869.

Fu Y, Wang T, Fu Q, Wang P, Lu Y. (2014). Associations between serum concentrations of perfluoroalkyl acids and serum lipid levels in Chinese population. Ecotoxicol Environ Saf 106:246-252.

Gallo V, Leonardi G, Genser B, Lopez-Espinosa MJ, Frisbee SJ, Karlsson L, Ducatman AM, Fletcher T. (2012). Serum perfluorooctanoate (PFOA) and perfluoroocatne sulfonate (PFOS) concentrations and liver function biomarkers in a population with elevated PFOA exposures. Environ Health Perspect 120:655-660.

Geiger SD, Xiao J, Shankar A. (2013). Positive association between perfluoroalkyl chemicals and hyperuricemia in children. Am J Epidemiol 177:1255-1262.

Gleason JA, Post GB, Fagliano JA. (2015). Associations of perfluorinated chemical serum concentrations and biomarkers of liver function and uric acid in the US population (NHANES), 2007-2010. Environ Res 136:8-14.

Hagenaars A, Vergauwen L, De Coen W, Knapen D. (2011). Structure-activity relationship assessment of four perfluorinated chemicals using a prolonged zebrafish early life stage test. Chemosphere 82:764-772.

Halsne R, Tandberg JI, Lobert VH, Ostby GC, Thoen E, Ropstad E, Verhaegen S. (2016). Effects of perfluorinated alkyl acids on cellular responses of MCF-10A mammary epithelial cells in monolayers and on acini formation in vitro. Toxicol Lett 259:95-107.

Hegsted DM, Nicolosi RJ. (1987). Individual variation in serum cholesterol levels. Proc Natl Acad Sci 84:6259-6261.

Henry ND, Fair PA. (2011). Comparison of in vitro cytotoxicity, estrogenicity and anti-estrogenicity of triclosan, perfluorooctane sulfonate and perfluorooctanoic acid. Appl Toxicol 33:265-272.

Jungbauer A, Medjakovic S. (2012). Anti-inflammatory properties of culinary herbs and spices that ameliorate the effects of metabolic syndrome. Maturitas 71:227-239.

Karthikeyan K, Bai BRS, Devaraj SN. (2007). Cardioprotective effect of grape seed proanthocyanidins on isoproterenol-induced myocardial injury in rats. International Journal of Cardiology 115(3):326-333.

La Rocca C, Tait S, Guerranti C, Busani L, Ciardo F, Bergamasco B, Perra G, Mancini FR, Marci R, Bordi G, Caserta D, Focardi S, Moscarini M, Mantovani A. (2015). Exposure to endocrine disruptors and nuclear receptors gene expression in infertile and fertile men from Italian areas with different environmental features. Int J Environ Res Public Health 12:12426-12445.

Lin CY, Lin LY, Chiang CK, Wang WJ, Su YN, Hung KY, Chen PC. (2010). Investigation of the associations between low-dose serum perfluorinated chemicals and liver enzymes in US adults. Am J. Gastroenterol 105:1354-1363.

Liu H, Wang J, Sheng N, Cui R, Pan Y, Dai J. (2017). Acot1 is a sensitive indicator for PPARα activation after perfluorooctanoic acid exposure in primary hepatocytes of Sprague-Dawley rats. Toxicology in Vitro 42:299-7.

Liu W, Yang B, Wu L, Zou W, Pan X, Zou T, Liu F, Xia L, Wang X, Zhang D. (2015). Involvement of NRF2 in perfluorooctanoic acid-induced testicular damage in male mice. Biol Reprod 93(2):Article 41, 7 pages.

Lopez-Espinosa MJ, Mondal D, Armstrong B, Bloom MS, Fletcher T. (2012). Thyroid function and perfluoroalkyl acids in children living near a chemical plant. Environ Health Perspect 120:1036-1041.

Mashayekhi V, Tehrani KH, Hashemzaei M, Tabrizian K, Shahraki J, Hosseini MJ. (2015). Mechanistic approach for the toxic effects of perfluorooctanoic acid on isolated rat liver and brain mitochondria. Hum Exp Toxicol 34:985-996.

Matilla-Santander N, Valvi D, Lopez-Espinosa MJ, Manzano-Salgado CB, Ballester F, Ibarluzea J, Santa-Marina L, Schettgen T, Guxens M, Sunyer J, Vrijheid M. (2017). Exposure to perfluoroalkyl substances and metabolic outcomes in pregnant women: Evidence from the Spanish INMA Birth Cohorts. Environ Health Perspect 125:117004.

Melzer D, Rice N, Depledge MH, Henley WE, Galloway TS. (2010). Association between serum perfluorooctanoic acid (PFOA) and thyroid disease in the U.S. National Health and Nutrition Examination Survey. Environ Health Perspect 118:686-692.

Midgett K, Peden-Adams MM, Gilkeson GS, Kamen DL. (2014). In vitro evaluation of the effects of perfluorooctanesulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) on IL-2 production in human T-cells. Appl Toxicol 35:459-465.

Mueller M, Jungbauer A. (2009). Culinary plants, herbs and spices – A rich source of PPARγ ligands. Food Chem 117:660-667.

Mueller M, Beck V, Jungbauer A. (2011). PPARα activation by culinary herbs and spices. Planta Med 77:497-504.

Nigam PK. (2011). Serum lipid profile: Fasting or non-fasting? Ind J Clin Biochem 26(1):96-97.

Pinent M, Blade C, Salvado MJ, Blay M, Pujadas G, Fernandez-Larrea J, Arola L, Ardevol A. (2006). Procyanidin effects on adipocyte-related pathologies. Crit Rev Food Sci Nutr 46(7):543-550.

Qin X-D, Qian Z, Vaughn MG, Huang J, Ward P, Zeng X-W, Zhou Y, Zhu Y, Yuan P, Li M, Bai Z, Paul G, Hao Y-T, Chen W, Chen P-C, Dong G-H, Lee YL. (2016). Positive associations of serum perfluoroalkyl substances with uric acid and hyperuricemia in children from Taiwan. Environ Poll 212:519-524.

Rigano D, Sirignano C, Taglialatela-Scafati O. (2017). The potential of natural products for targeting PPARα. Acta Pharmaceutica Sinica B 7(4):427-438.

Rosenmai AK, Taxvig C, Svingen T, Trier X, van Vugt-Lussenburg BMA, Pedersen M, Lesne L, Jegou B, Vinggaard AM. (2016). Fluorinated alkyl substances and technical mixtures used in food paper-packaging exhibit endocrine-related activity in vitro. Andrology 4:662-672.

Russell WL, Russell LB, Kelly EM. (1958). Radiation dose rate and mutation frequency. Science 128(3338):1546-1550.

Sakr CJ, Kreckmann KH, Green JW, Gillies PJ, Reynolds JL, Leonard RC. (2007). Cross-sectional study of lipids and liver enzymes related to a serum biomarker of exposure (ammonium perfluorooctanoate or APFO) as part of a general health survey in a cohort of occupationally exposed workers. J Occup Environ Med 49:1086-1096.

Savitz DA, Stein CR, Elston B, Wellenius GA, Bartell SM, Shin HM, Vieira VM, Fletcher T. (2012). Relationship of perfluorooctanoic acid exposure to pregnancy outcome based on birth records in the mid-Ohio valley. Environ Health Perspect 120:1201-1207.

Sonthithai P, Suriyo T, Thiantanawat A, Watcharasit P, Ruchirawat M, Satayavivad J. (2016). Perfluorinated chemicals, PFOS and PFOA, enhance the estrogenic effects of 17beta-estradiol in T47D human breast cancer cells. J Appl Toxicol 36:790-801.

Steenland K, Tinker S, Frisbee S, Ducatman A, Vaccarino V. (2009). Association of perfluorooctanoic acid and perfluorooctane sulfonate with serum lipids among adults living near a chemical plant. Am J Epidemiol 170:1268-1278.

Stein CR, Savitz DA, Dougan M. (2009). Serum levels of perfluorooctanoic acid and perfluorooctane sulfonate and pregnancy outcome. Amer J Epidemiol 170(7):837-846.

U.S. Environmental Protection Agency (2016). Drinking Water Health Advisory for Perfluorooctanoic Acid (PFOA).

U.S. Environmental Protection Agency (2016). Health Effects Support Document for Perfluorooctanoic Acid (PFOA).

Wan H-T, Mruk DD, Wong CKC, Chen CY. (2014). Perfluorooctanesulfonate (PFOS) perturbs male rat sertoli cell blood-testis barrier function by affecting F-actin organization via p-FAK-Tyr[407]: An in vitro study. Endocrinology 155(1):249-262.

Wang L, Waltenberger B, Pferschy-Wenzig E-M, Blunder M, Liu Z, Malainer C, Blazevic T, Schwaiger S, Rollinger JM, Heiss EH, Schuster D, Kopp B, Bauer R, Stuppner H, Dirsch VM, Atanasov AG. (2014). Natural product agonists of peroxisome proliferator-activated receptor gamma (PPARγ): A review. Biochem Pharmacol 92:73-89.

Webster GM, Nevvers SA, Mattman A, Martin JW. (2014). Associations between perfluoroalkyl acids (PFASs) and maternal thyroid hormones in early pregnancy: A population-based cohort study. Environ Res 133:338-347.

Wirth JR, Peden-Adams MM, White ND, Bossart GD, Fair PA. (2013). In vitro PFOS exposure on immune endpoints in bottlenose dolphins (*Tursiops truncatus*) and mice. Appl Toxicol 34:658-666.

Yao P-L, Ehresman DJ, Rae JMC, Chang S-C, Frame SR, Butenhoff JL, Kennedy GL Peters JM. (2014). Comparative in vivo and in vitro analysis of possible estrogenic effects of perfluorooctanoic acid. Toxicology 326:62-73.

Yamaguchi M, Arisawa K, Uemura H, Katsuura-Kamano S, Takami H, Sawachika F, Nakamoto M, Juta T, Toda E, Mori K, Hasegawa M, Tanto M, SHima M, Sumiyoshi Y, Morinaga K, Kodama K, Suzuki T, Nagai M, Satoh H. (2013). Consumption of seafood, serum liver enzymes, and blood levels of PFOS and PFOA in the Japanese population. J Occup Health 55:184-194.

Yang B, Zou W, Hu Z, Liu F, Zhou L, Yang S, Kuang H, Wu L, Wei J, Wang JL, Zou T, Zhang DL. (2014). Involvement of oxidative stress and inflammation in liver injury caused by perfluorooctanoic acid exposure in mice. Biomed Res Int 2014: 409837.

Yang L, Li J, Lai J, Luan H, Cai Z, Wang Y, Zhao Y, Wu Y. (2016). Placental transfer of perfluoroalkyl substances and associations with thyroid hormones: Beijing prenatal exposure study. Sci Rep 6:21699.

Yu K-H, Luo S-F, Tsai W-P, Huang Y-Y. (2004). Intermittent elevation of serum urate and 24-hour urinary uric acid excretion. Rheumatology 43:1541-1545.

Zeng XW Qian Z, Emo B, Vaughn M, Bao J, Qin XD, Zhu Y, Li J, Lee YL, Dong GH. (2015). Association of polyfluoroalkyl chemical exposure with serum lipids in children. Sci Total Environ 512-513:364370.

Zhao W, Shi G, Gu H, Ngoc NB. (2016). Role of PPARγ in the nutritional and pharmacological actions of carotenoids. Res Rep Biochem 6:13-24.

Zoechling A, Liebner F, Jungbauer A. (2011). Red wine: A source of potent ligands for peroxisome proliferator-activated receptor γ. Food & Function 2:28-38.

2005-04-11 Letter from C8 Class Counsel (Robert A. Bilott) to Settlement Administrator.

2005-08-02 Letter from C8 Class Counsel (Larry A. Winter) to C8 Science Panel.

2010-01-22 Letter from C8 Class Counsel (Robert A. Bilott) to C8 Science Panel.

2010-01-24 Letter from C8 Class Counsel (Robert A. Bilott) to C8 Science Panel.

2017-09-01 Report of Alan Ducatman, M.D. In the case of *Sullivan et al. v. Saint-Gobain Performance Plastics Company*, No. 5:16-cv-000125-GWC (D. Vt.).

2017-09-13 Decision on Motion to Compel Production of Medical Records and Information, *Sullivan v. Saint-Gobain*, 16-cv-00125.

2017-10-05 Third Amended Complaint – Class Action, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2017-12-15 Merits Report of Alan Ducatman, M.D. In the case of *Sullivan, et al. v. Saint-Gobain Performance Plastics Company*, No: 5:16-cv-000125-GWC (D. Vt.).

Produced Blood and Water Sampling Results for Plaintiffs Crawford, Hausthor, Sullivan and Sumner, *Sullivan v. Saint-Gobain*, 16-cv-00125.

2018-02-28  Deposition of Alan Ducatman with exhibits and transcript errata, *Sullivan v. Saint-Gobain*, 16-cv-00125.

2018-04-09 Deposition of James D. Sullivan with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-09 Deposition of Billy J. Knight with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-11 Deposition of William S. Sumner with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-13 Deposition of Leslie Addison with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-16 Deposition of Gordon W. Garrison, Jr. with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-24 Deposition of Ronald S. Hausthor with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-04-25 Deposition of Linda Crawford with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

2018-05-01 Deposition of Theodore B. Crawford with exhibits, *Sullivan v. Saint-Gobain,* 16-cv-00125.

**Additional References**

Abbott BD, Wolf CJ, Schmid JE, Das KP, Zehr RD, Helfant L, Nakayama S, Lindstrom AB, Strynar MJ, Lau C. (2007). Perfluorooctanoic acid-induced developmental toxicity in the mouse is dependent on expression of peroxisome proliferator-activated receptor-alpha. Toxicological Sciences 98(2):571-581.

Abraham I. (2018). Letter to the Editor: When claiming a U-shaped association between uric acid levels and major adverse cardiac events, perhaps show the evidence? J Korean Med Sci 33(6):e50.

Ahn SH, Lee SH, Kim B-J, Lim K-H, Bae SJ, Kim EH, Kim H-K, Choe JW, Koh J-M, Kim GS. (2013). Higher serum uric acid is associated with higher bone mass, lower bone turnover, and lower prevalence of vertebral fracture in health postmenopausal women. Osteoporos Int 24:2961-2970.

Alberdi G, Rodriguez VM, Miranda J, Macarulla MT, Arias N, Andrés-Lacueva C, Portillo MP. (2011). Changes in white adipose tissue metabolism induced by resveratrol in rats. Nutr Metab 8:29-35.

Albrecht PP, Torsell NE, Krishnan P, Ehresman DJ, Frame SR, Chang S-C Butenhoff JL, Kennedy GL, Gonzalez FJ, Peters JM. (2013). A species difference in the peroxisome proliferator-activated receptor α-dependent response to the developmental effects of perfluorooctanoic acid. Toxicol Sci 131(2):568-582.

Aleshin S, Reiser G. (2013). Role of the peroxisome proliferator-activated receptors (PPAR)-α, β/δ and γ triad in regulation of reactive oxygen species signaling in brain. Biol Chem 294(12):1553-1570.

Alexander BH, Olsen GW. (2007) Bladder cancer in perfluorooctanesulfonyl fluoride manufacturing workers. Ann Epidemiol 17:471-478.

Alexander BH, Olsen GW, Burris JM, Mandel JH, Mandel JS. (2003). Mortality of employees of a perflurorooctanesulphonyl fluoride manufacturing facility. Occup Environ Med 60:722-729.

Ali FY, Egan K, FitzGerald GA, Desvergne B, Wahli W, Bishop-Bailey D, Warner TD, Mitchell JA. (2006). Role of prostacyclin versus peroxisome proliferator-activated receptor B receptors in prostacyclin sensing by lung fibroblasts. Am J Respir Cell Mol Biol 34:242-246.

Aoun P, Simpkins JW, Agarwal N. (2003). Role of PPAR-γ ligands in neuroprotection against glutamate-induced cytotoxicity in retinal ganglion cells. Invest Ophthalmol Vis Sci 44(7):2999-3004.

Aoun P, Watson DG, Simpkins JW. (2003). Neuroprotective effects of PPARγ agonists against oxidative insults in HT-22 cells. Eur J Pharmacol 472:65-71.

Apelberg BJ, Witter FR, Herbstman JB, Calafat AM, Halden RU, Needham LL, Goldman LR. (2007). Cord serum concentrations of perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA) in relation to weight and size at birth. Environ Health Perspect 115(11):1670-1676.

Armagan G, Keser A, Atalayin C, Dagci T. (2015). Tideglusib protects neural stem cells against NMDA receptor overactivation. Pharmacological Reports 67:823-831.

Arrieta-Cortes R, Farias P, Hoyo-Vadillo C, Kleiche-Dray M. (2017). Carcinogenic risk of emerging persistent organic pollutant perfluorooctane sulfonate (PFOS): A proposal of classification. Reg Toxicol Pharmacol 83:66-80.

Artwohl M, Furnsinn C, Waldhausl W, Holzenbein T, Rainer G, Freudenthaler A, Roden M, Baumgartner-Parzer SM. (2005). Thiazolidinediones inhibit proliferation of microvascular and macrovascular cells by a PPARγ-independent mechanism. Diabetologia 48:586-594.

Ashby J, Brady A, Elcombe CR, Elliott BM, Ishmael J, Odum J, Tugwood JD, Kettle S, Purchase LFH. (1994). Mechanistically-based human hazard assessment of peroxisome proliferator-induced hepatocarcinogenesis. Appendix 1- Appendix 5. Hum Exper Toxicol 13(Suppl 2):S1-S117.

Atanasov AG, Blunder M, Fakhrudin N, Liu X, Noha SM, Malainer C, Kramer MP, Cocic A, Kunert O, Schinkovitz A, Heiss EH, Schuster D, Dirsch VM, Bauer R. (2013). Polyacetylenes from *Notopterygium incisum*-New selective partial agonists of peroxisome proliferator-activated receptor-gamma. PLoS ONE 8(4):e61755.

Atanasov AG, Wang JN, Gu Sp, Bu J, Kramer MP, Baumgartner L, Fakhrudin N, Ladurner A, Malainer C, Vuorinen A, Noha SM, Schwaiger S, Rollinger JM, Schuster D, Stuppner H, Dirsch VM, Heiss EH. (2013). Honokiol: A non-adipogenic PPAR gamma agonist from nature. Biochim Biophys Acta 1830:4813-4819.

Avanasi R, Shin H-M, Vieira VM, Bartell SM. (2016). Impacts of geocoding uncertainty on reconstructed PFOA exposures and their epidemiological association with preeclampsia. Environ Res 151:505-512.

Avanasi R, Shin H-M, Vieira VM, Bartell SM. (2017). Variability and epistemic uncertainty in water ingestion rates and pharmacokinetic parameters, and impact on the association between perfluorooctanoate and preeclampsia in the C8 Health Project population. Environ Res 146:299-307.

Avanasi R, Shin H-M, Vieira VM, Savitz DA, Bartell SM. (2016). Impact of exposure uncertainty on the association between perfluorooctanoate and preeclampsia in the C8 Health Project Population. Environ Health Perspect 124(1):126-132.

Azuma Y, Watanabe K, Date M, Daito M, Ohura K. (2004). Possible involvement of p38 in mechanisms underlying acceleration of proliferation by 15-Deoxy-$\Delta^{12,14}$-prostaglandin $J_2$ and the precursors in leukemia cell line THP-1. J Pharmacol Sci 94:261-270.

Bach CC, Bech BH, Brix N, Nohr EA, Bonde JPE, Henriksen TB. (2015). Perfluoroalkyl and polyfluoroalkyl substances and human fetal growth: A systematic review. Crit Rev Toxicol 45(1):53-67.

Bach CC, Bech BH, Nohr EA, Olsen J, Matthiesen NB, Bonefeld-Jorgensen EC, Bossi R, Henriksen TB. (2016). Perfluoroalkyl acids in maternal serum and indices of fetal growth: The Aarhus birth cohort. Environ Health Perspect 124:848-854.

Balandaram G, Kramer LR, Kang B-H, Murray IA, Perdew GH, Gonzalez FJ, Peters JM. (2017). Ligand activation of peroxisome proliferator-activated receptor-$\beta/\delta$ suppresses liver tumorigenesis in hepatitis B transgenic mice. Toxicology 363-364:1-9.

Barbiero JK, Santiago RM, Lima MMS, Ariza D, Morais LH, Andreatini R, Vital MABF. (2011). Acute but not chronic administration of pioglitazone promoted behavioral and neurochemical protective effects in the MPTP model of Parkinson's disease. Behav Brain Res 216:186-192.

Barbiero JK, Santiago RM, Persike DS, Fernandes MJDS, Tonin FS, da Cunha C, Boschen SL, Lima MMS, Bital MABF. (2014). Neuroprotective effect of peroxisome proliferator-activated receptor alpha and gamma agonists in model of parkinsonism induced by intranigral 1-methyl-4-phenyl-1,2,3,6-tetrahyropyridine. Behav Brain Res 274:390-399.

Barbiero JK, Santiago R, Tonin FS, Boschen S, da Silva LM, de Paula Werner MF, da Cunha C, Lima MMS, Vital MABF. (2014). PPAR-$\alpha$ agonist fenofibrate protects against the damaging effect sof MPTP in a rat model of Parkinson's disease. Prog Neuro-Psychopharm Biol Psychiat 53:35-44.

Barlaka E, Galatou E, Mellidis K, Ravingerova T, Lazou A. (2016). Role of pleiotropic properties of peroxisome proliferator-activated receptors in the heart: Focus on the nonmetabolic effects in cardiac protection. Cardiovas Therap 34:37-48.

Barmentlo SH, Stel JM, van Doorn M, Eschauzier C. (2015). Acute and chronic toxicity of short chained perfluoroalkyl substances to Daphnia magna. Environ Poll 198:47-53.

Baron-Menguy C, Bocquet A, Guihot A-L, Chappard D, Amiot M-J, Andriantsitohaina R, Loufrani L, Henrion D. (2007). Effects of red wine polyphenols on postischemic neovascularization model in rats: Low doses are proangiogenic, high doses anti-angiogenic. FASEB J 21:3511-3521.

Barry V, Winquist A, Steenland K. (2013). Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant. Environ Health Perspect 121(11-12):1313-1318.

Beavers KM, Hsu F-C, Serra MC, Yank V, Pahor M, Nicklas BJ. (2014). The effects of long-term physical activity intervention on serum uric acid in older adults at risk for physical disability. J Aging Phys Act 22(1):25-33.

Behr A-C, Lichtenstein D, Braeuning A, Lampen A, Buhrke T. (2018). Perfluoroalkylated substances (PFAS) affect neither estrogen and androgen receptor activity nor steroidogenesis in human cells in vitro. Tox Letters https://doi.org/10.1016/j.toxlet.2018.03.029.

Benninghoff AD, Orner GA, Buchner CH, Hendricks JD, Duffy AM, Williams DE. (2012). Promotion of hepatocarcinogensis by perfluoroalkyl acids in rainbow trout. Tox Sci 125(1):69-78.

Bentley P, Calder I, Elcombe C, Grasso P, Stringer D, Wiegard H-J. (1993). Hepatic peroxisome proliferation in rodents and its significance for humans. Fd Chem Toxic 31(11):857-907.

Berge K, Tronstad KJ, Flindt EN, Rasmussen TH, Madsen L, Kristiansen K, Berge RK. (2001). Tetradecylthioacetic acid inhibits growth of rat glioma cells ex vivo and in vivo via PPAR-dependent and PPAR-independent pathways. Carcinogenesis 22(11):1747-1755.

Bernardo A, Giammarco ML, De Nuccio C, Ajmone-Cat MA, Visentin S, De Simone R, Minghetti L. (2017). Docosahexaenoic acid promotes oligodendrocyte differentiation via PPAR-γ signaling and prevents tumor necrosis factor-α-dependent maturational arrest. BBA-Mol Cell Biol Lip 1862:1013-1023.

Berntsen HF, Bjorklund CG, Audinot J-N, Hofer T, Verhaegen S, Lentzen E, Gutleb AC, Ropstad E. (2017). Time-dependent effects of perfluorinated compounds on viability in cerebellar granule neurons: Dependence on carbon chain length and functional group attached. NeuroToxicology 63:70-83.

Besson VC, Chen XR, Plotkine M, Marchand-Verrecchia C. (2005). Fenofibrate, a peroxisome proliferator-activated receptor α agonist, exerts neuroprotective effects in traumatic brain injury. Neurosci Letters 388:7-12.

Bhateja DK, Dhull DK, Gill A, Sidhu A, Sharma S, Reddy BVK, Padi SSV. (2012). Peroxisome proliferator-activated receptor-α activation attenuates 3-nitropropionic acid induced behavioral and biochemical alterations in rats: Possible neuroprotective mechanisms. Eur J Pharmacol 674:33-43.

Biegel LB, Hurtt ME, Frame SR, O'Connor JC, Cook JC. (2001). Mechanisms of extrahepatic tumor induction by peroxisome proliferators in male CD rats. Tox Sci 60:44-55.

Bigo C, Kaeding J, Husseini DE, Rudkowska I, Verreault M, Vohl MC, Barbier O. (2014). PPARα: A master regulator of bilirubin homeostasis. PPAR Res Volume 2014, Article ID 747014, 11 pages.

Bjerregaard-Olesen C, Ghisari M, Bonefeld-Jørgensen EC. (2016). Activation of the estrogen receptor by human serum extracts containing mixtures of perfluorinated alkyl acids from pregnant women. Environ Res 151:71-79.

Bjork JA, Wallace KB. (2009). Structure-activity relationships and human relevance for perfluoroalkyl acid-induced transcriptional activation of peroxisome proliferation in liver cell cultures. Tox Sci 111(10):89-99.

Bonato JM, Bassani TB, Milani H, Vital MABF, de Oliveira RMW. (2018). Pioglitazone reduces mortality, prevents depressive-like behavior, and impacts hippocampal neurogenesis in the 6-OHDA model of Parkinson's disease in rats. Exper Neurol 300:188-200.

Bonekamp NA, Volkl A, Fahimi HD, Schrader M. (2009). Reactive oxygen species and peroxisomes: Struggling for balance. BioFactors 35(4):346-355.

Bonet-Costa V, Herranz-Pérez V, Blanco-Gandía MC, Mas-Bargues C, Inglés M, Garcia-Tarraga P, Rodriguez-Arias M, Minarro J, Borras C, Garcia-Verdugo JM, Vina J. (2016). Clearing amyloid-β through PPARγ/ApoE activation by genistein is a treatment of experimental Alzheimer's disease. J Alzh Dis 51:701-711.

Bordet R, Ouk T, Petrault O, Gelé P, Gautier S, Laprais M, Deplanque D, Duriez P, Staels B, Fruchart JC, Bastide M. (2006). PPAR: A new pharmacological target for neuroprotection in stroke and neurodegenerative diseases. Intern Symp Neurodegen Neruoprotect 34, Part 6:1341-1346.

Bost PC, Strynar MJ, Reiner JL, Zweigenbaum JA, Secoura PL, Lindstrom AB, Dye JA. (2016). U.S. domestic cats as sentinels for perfluoroalkyl substances: Possible linkages with housing, obesity, and disease. Environ Res 151:145-153.

Botelho SC, Saghafian M, Pavlova S, Hassan M, DePierre JW, Abedi-Valugerdi M. (2015). Complement activation is involved in the hepatic injury caused by high-dose exposure of mice to perfluorooctanoic acid. Chemosphere 129:225-231.

Brandstädt S, Schmeisser K, Zarse K, Ristow M. (2013). Lipid-lowering fibrates extend C. elegans lifespan in a NHR-49/PPARalpha-dependent manner. Aging 5(4):270-275.

Braun JM, Chen A, Romano ME, Calafat A, Webster GM, Yolton K, Lanphear BP. (2016). Prenatal perfluoroalkyl substance exposure and child adiposity at 8 year of age: the HOME study. Obesity 24(1):231-237.

Brieger A, Bienefeld N, Hasan R, Goerlich R, Haase H. (2011). Impact of perfluorooctanesulfonate and perfluorooctanoic acid on human peripheral leukocytes. Toxicol in Vitro 25:960-968.

Buhrke T, Kibellus A, Lampen A. (2013). In vitro toxicological characterization of perfluorinated carboxylic acids with different carbon chain lengths. Toxicol Letters 218:97-104.

Buhrke T, Krüger E, Pevny S, Rößler M, Bitter K, Lampen A. (2015). Perfluorooctanoic acid (PFOA) affects distinct molecular signaling pathways in human primary hepatocytes. Toxicology 333:53-62.

Bull RJ. (2000). Mode of action of liver tumor induction by trichloroethylene and its metabolites, trichloroacetate and dihloroacetate. Environ Health Perspect 108(Suppl 2):241-259.

Butenhoff JL, Chang S-C, Olsen GW, Thomford PJ. (2012). Chronic dietary toxicity and carcinogenicity study with potassium perfluorooctanesulfonate in Sprague-Dawley rats. Toxicology 293:1-13.

Butenhoff JL, Olsen GW, Chang S. (2017). Toxicological response of Sprague-Dawley rats from inhalation exposure to perfluorooctane sulfonyl fluoride (POSF). Tox Letters 271:38-49.

Calleri E Pochetti G, Dossou KSS, Laghezza A, Montanari R, Capelli D, Prada E, Loiodice F, Massolini G, Bernier M, Moaddel R. (2014). Resveratrol and its metabolites bind to PPARs. ChemBio Chem 15:1154-1160.

Campbell SE, Stone WL, Whaley SG, Qui M, Krishnan K. (2003). Gamma ($\gamma$) tocopherol upregulates peroxisome proliferator activated receptor (PPAR) gamma ($\gamma$) expression in SW 480 human colon cancer cell lines. BioMed Central Cancer 3:25.

Cano M del V, Gehlbach PL. (2008). PPAR-$\alpha$ ligands as potential therapeutic agents for wet age-related macular degeneration. PPAR Res Volume 2008, Article ID 821592, 5 pages.

Cao G, Su P, Zhang S, Guo L, Zhang H, Liang Y, Qin C, Zhang W. (2016). Ginsenoside Re reduces A$\beta$ production by activating PPAR$\gamma$ to inhibit BACE1 in N2a/APP695 cells. Eur J. Pharmacol 793:101-108.

Caron-Dorval D, Paquet P, Paradis A-M, Rudkowska I, Lemieux S, Couture P, Vohl M-C. (2008). Effect of the PPAR-Alpha L162V polymorphism on the cardiovascular disease risk factor in response to n-3 polyunsaturated fatty acids. J Nutrigenet Nutrigenom 1:205-212.

Castano E, Gil J. (2003). 15-Deoxy-$\Delta^{12,14}$ prostaglandin J$_2$ synergizes with phorbol ester to induce proliferation in Swiss 3T3 cells independently of peroxisome proliferator-activated receptor gamma and PGD$_2$ receptors. J Cell Physiol 195:421-427.

Cavallini G, Donati A, Taddei M, Begamini E. (2017). Peroxisomes proliferation and pharmacological stimulation of autophagy in rat liver: Evidence to support that autophagy may remove the "older" peroxisomes. Mol Cell Biochem 431:97-102.

Chana RS, Lewington AJ, Brunskill NJ. (2004). Differential effects of peroxisome proliferator activated receptor-$\gamma$ (PPAR$\gamma$) ligands in proximal tubular cells: Thiazolidinediones are partial PPAR$\gamma$ agonists. Kidney Intern 65:2081-2090.

Chang C-C, Martinez K, Xie G, Kennedy A, Bumrungpert A, Overman A, Jia W, McIntosh MK. (2010). Quercetin is equally or more effective than resveratrol in attenuating tumor necrosis factor-α-mediated inflammation and insulin resistance in primary human adipocytes. Am J Clin Nutr 92:1511-1521.

Chang ET, Adami H-O, Boffetta P, Cole P, Starr TB, Mandel JS. (2014). A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Crit Rev Toxicol 44(S1):1-81.

Chang ET, Adami H-O, Boffetta P, Wedner HJ, Mandel JS. (2016). A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Crit Rev Toxicol 46(4):279-331.

Chang W-C, Wu Y-J, Chung W-H, Lee Y-S, Chin S-W, Chen T-J, Chang Y-S, Chen D-Y, Hung S-I. (2017). Genetic variants of PPAR-gamma coactivator 1B augment NLRP3-mediated inflammation in gouty arthritis. Rheumatology 56:457-466.

Chaparro-Ortega A, Betancourt M, Rosas P, Vazquez-Cuevas FG, Chavira R, Bonilla E, Casas E, Ducolomb Y. (2018). Endocrine disruptor effect of perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) on porcine ovarian cell steroidogenesis. Toxicol in Vitro 46:86-93.

Chen C-F, Chen H-H, Lin H. (2010). Role of PPARα and its agonist in renal diseases. PPAR Res Volume 2010, Article ID 345098, 6 pages.

Chen F, Yin S, Kelly BC, Liu W. (2017). Isomer-specific transplacental transfer of perfluoroalkyl acids: Results from a survey of paired maternal, cord sera, and placentas. Environ Sci Tehcnol 51:5756-5763.

Cheng J, Fujimura M, Zhao W, Wang W. (2013). Neurobehavioral effects, c-Fos/Jun expression and tissue distribution in rat offspring prenatally co-exposed to MeHg and PFOA: PFOA impairs Hg retention. Chemosphere 91:758-764.

Chen M-H, Ha E-H, Wen T-W, Su Y-N, Lien G-W, Chen C-Y, Chen P-C, Hsieh W-S. (2012). Perfluorinated compounds in umbilical cord blood and adverse birth outcomes. PLoS ONE 7(8):e42474.

Chen N, Li J, Li D, Yang Y, He D. (2014). Chronic exposure to perfluorooctane sulfonate induces behavior defects and neurotoxicity through oxidative damages, in vivo and in vitro. PLoS ONE 9(11):e113453.

Cheng Y, Cui Y, Chen H-M, Xie W-P. (2011). Thryoid disruption effects of environmental level perfluorooctane sulfonates (PFOS) in Xenopus laevis. Ectoxicology 20:2069-2078.

Chiang M-C, Nicol CJ, Cheng Y-C, Lin K-H, Yen C-H, Lin C-H. (2016). Rosiglitazone activation of PPARγ-dependent pathways is neuroprotective in human neural stem cells against amyloid-beta induced mitochondrial dysfunction and oxidative stress. Neurobiol Aging 40:181-190.

Choi S-S, Cha B-Y, Lee Y-S, Yonezawa T, Teruy T, Nagai K, Woo J-T. (2009). Magnolol enhances adipocyte differentiation and glucose uptake in 3T3-L1 cells. Lif Sci 84:908-914.

Christensen KB, Jørgensen M, Kotowska D, Petersen RK, Kristiansen K, Christensen LP. (2010). Activation of the nuclear receptor PPARγ by metabolites isolated from sage (*Salvia officinalis* L.). J Ethnopharm 132:127-133.

Christensen KB, Petersen RK, Petersen S, Kristiansen K, Christensen LP. (2009). Activation of PPARγ by metabolites from the flowers of purple coneflower (*Echinacea purpurea*). J Nat Prod 72:933-937.

Clark J, Narallah R, Hébert RL. (2009). The PPARδ ligand GW501516 reduces growth but not apoptosis in mouse inner medullary collecting duct cells. PPAR Res Vol 2009, Article ID 706283, 11 pages.

Clay CE, Namen AM, Atsumi G-I, Trimboli AJ, Fonteh AN, High KP, Chilton FH. (2001). Magnitude of peroxisome proliferator-activated receptor-γ activation is associated with important and seemingly opposite biological responses in breast cancer cells. J Invest Med 49(5):413-420.

Clay CE, Namen AM, Fonteh AN, Atsumi G, High KP, Chilton FH. (2000). 14-deoxy-$\Delta^{12,14}$-PGJ$_2$ induces diverse biological responses via PPARγ activation in cancer cells. Prostagl Lipid Med 62:23-32.

Collino M, Aragno M, Mastrocola R, Benetti E, Gallichio M, Dianzani C, Danni O, Thiemermann C, Fantozzi R. (2006). Oxidative stress and inflammatory response evoked by transient cerebral ischemia/reperfusion: Effects of the PPAR-α agonist WY14643. Free Rad Biol Med 41:579-589.

Contreras AV, Torres M, Tovar AR. (2013). PPAR-α as a key nutritional and environmental sensor for metabolic adaptation. Adv Nutr 4:439-452.

Convertino M, Church TR, Olsen GW, Liu Y, Doyle E, Elcombe CR, Barnett AL, Samuel LM, MacPherson IR, Evans TRJ. (2018). Stochastic pharmacokinetic-pharmacodynamic modeling for assessing the systemic health risk of perfluorooctanoate (PFOA). Downloaded from https://academic.oup.com/toxsci/advance-articel-abstract/doi/10.1093/toxsci/kfy035/4865972, March 01, 2018

Conway B, Innes KE, Long D. (2016). Perfluoroalkyl substances and beta cell deficient diabetes. J Diabetes Compl 30(6):993-998.

Coperchini F, Awwad O, Rotondi M, Santini F, Imbriani M, Chiovato L. (2017). Thyroid disruption by perfluorooctane sulfonate (PFOS) and perfluorooctanoate (PFOA). J Endocrinol Invest 40:105-121.

Cornick CL, Strongitharm BH, Sassano G, Rawlins C, Mayes AE, Joseph AN, O'Dowd J, Stocker C, Wargent E, Cawthorne MA, Brown AL, Arch JRS. (2009). Identification of a novel agonist of peroxisome proliferator-activated receptors α and γ that may contribute to the anti-diabetic activity of guggulipid in $Lep^{ob}/Lep^{ob}$ mice. J Nutr Biochem 20:806-815.

Corsini E, Avogadro A, Galbiati V, dell'Agli M, Marinovich M, Galli CL, Germolec DR. (2011). In vitro evaluation of the immunotoxic potential of perfluorinated compounds (PFCs). Toxicol Appl Pharmacol 250:108-116.

Corsini E, Luebke RW, Germolec DR, DeWitt JC. (2014). Perfluorinated compounds: Emerging POPs with potential immunotoxicity. Tox Letters 230(2):263-270.

Corsini E, Sangiovanni E, Avogadro A, Galbiati V, Viviani B, Marinovich M, Galli CL, Dell'Agli M, Germolec DR. (2012). In vitro characterization of the immunotoxic potential of several perfluorinated compounds (PFCs). Toxicol Appl Pharmacol 258:248-255.

Costa G, Sartori S, Consonni D. (2009). Thirty years of medical surveillance in perfluooctanoic acid production workers. J Occup Environ Med 51(3):364-372.

Cui R, Zhang H, Guo X, Cui Q, Wang J, Dai J. (2015). Proteomic analysis of cell proliferation in a human hepatic cell line (HL-7702) induced by perfluorooctane sulfonate using iTRAQ. J Haz Mat 299:361-370.

Dai Y, Qiao L, Chan KW, Zou B, Ma J, Lan HY, Gu Q, Li Z, Wang Y, Wong BLW, Wong BCY. (2008). Loss of XIAP sensitizes rosiglitazone-induced growth inhibition of colon cancer in vivo. Int J Cancer 122:2858-2863.

Dalsager L, Christensen N, Husby S, Kyhl H, Nielsen F, Host A, Granjean P, Jensen TK. (2016). Association between prenatal exposure to perfluorinated compounds and symptoms of infections at age 1-4 years among 359 children in the Odense Child Cohort. Environ Intern 96:58-4.

Danesi F, Di Nunzio M, Boschetti E, Bordoni A. (2009). Green tea extract selectively activates peroxisome proliferator-activated receptor β/δ in cultured cardiomyocytes. Brit J Nutr 101:1736-1739.

Dang ZC, Audinot V, Papapoulos SE, Boutin JA, Lowik CWGM. (2003). Peroxisome proliferation activated receptor $y$ (PPAR$y$) as a molecular target for the soy phytoestrogen genistein. J Biol Chem 278(2):962-967.

Dankers ACA, Roelofs MJE, Piersma AH, Sweep FCGJ, Russel FGM, van den Berg M, van Duursen MBM, Masereeuw R. (2013). Endocrine disruptors differentially target ATP-binding cassette transporteres in the blood-testis barrier and affect Leydig cell testosterone secretion in vitro. Tox Sci 136(2):382-391.

Darrow LA, Groth AC, Winquist A, Shin H-M, Bartell Sm, Steenland K. (2016). Modeled perfluorooctanoic acid (PFOA) exposure and liver function in a mid-Ohio valley community. Environ Health Perspect 124(8):1227-1233.

Darrow LA, Stein CR, Steenland K. (2013). Serum perfluorooctanoic acid and perfluorooctane sulfonate concentrations in relation to birth outcomes in the mid-Ohio valley, 2005-2010. Environ Health Perspect 121(10):1207-1213.

Das KP, Wood CR, Lin MT, Starkov AA, Lau C, Wallace KB, Corton JC, Abbott BD. (2017). Perfluoroalkyl acids-induced liver steatosis: Effects on genes controlling lipid homeostasis. Toxicology 378:37-52.

De Cock M, de Boer MR, Lamoree M, Legler J, van de Bor M. (2018). Prenatal exposure to endocrine disrupting chemicals and birth weight – a prospective cohort sudy. Chapter 5, page 87-108, Submitted to Chemosphere.

De Groot JC, Weidner C, Krausze J, Kawamoto K, Schroeder FC, Sauer S, Büssow K. (2013). Structural characterization of amorfrutins bound to the peroxisome proliferator-activated receptor γ. J Med Chem 56:1535-1543.

De Guglielmo G, Kallupi M, Scuppa G, Demopulos G, Gaitanaris G, Ciccocioppo R. (2017). Pioglitazone attenuates the opioid withdrawal and vulnerability to relapse to heroin seeking in rodents. Psychopharmacology 234:223-234.

Dehmer T, Heneka MT, Sastre M, Dichgans J, Schulz JB. (2004). Protection by pioglitazone in the MPTP model of Parkinson's disease correlates with IκBα induction and block of NFκB and iNOS activation. (2004). J Neurochem 88:494-501.

Delerive P, de Bosscher K, Besnard S, Berghe WV, Peters JM, Gonzalez FJ, Fruchart J-C, Tedgui A, Haegeman G, Staels B. (1999). Peroxisome proliferator-activated receptor α negatively regulates the vascular inflammatory gene response by negative cross-talk with transcription factors NF-κB and AP-1. J Biol Chem 274(45):32048-32054.

Delerive P, Gervois P, Fruchart J-C, Staels B. (2000). Induction of IκBα expression as a mechanism contributing to the anti-inflammatory activities of peroxisome proliferator-activated receptor-α activators. J Biol Chem 275(47):36703-36707.

Deplanque D, Gelé P, Pétrault O, Six I, Furman C, Bouly M, Nion S, Dupuis B, Leys D, Fruchart J-C, Cecchelli R, Staels B, Duriez P. Bordet R. (2003). Peroxisome proliferator-activated receptor-α activation as a mechanism of preventive neuroprotection induced by chronic fenofibrate treatment. J. Neurosci 23(15):6264-6271.

Derosa G, Sahebkar A, Maffioli P. (2017). The role of various peroxisome proliferator-activated receptors and their ligands in clinical practice. J Cell Physiol 233:153-161.

Desideri G, Castaldo G, Lombardi A, Mussap M, Testa A, Pontremoli R, Punzi L, Borghi C. (2014). Is it time to revise the normal range of serum uric acid levels? Eur Rev Med Pharmacol Sci 18:1295-1306.

Devchand PR, Keller H, Peters JM, Vazquez M, Gonzalez FJ, Wahli W. (1996). The PPAR$\alpha$-leukotriene B4 pathway to inflammation control. Nature 384(7):39-43.

Devgun MS, Dhillon HS. (1992). Importance of diurnal variations on clinical value and interpretation of serum urate measurements. J Clin Pathol 45:110-113.

DeWitt JC, Copeland CB, Strynar MJ, Luebke RW. (2008). Perfluorooctanoic acid-induced immunomodulation in adult C57BL/6J or C57BL/6N female mice. Eniron Health Perspect 116:644-650.

DeWitt JC, Peden-Adams MM, Keller JM, Germolec DR. (2012). Immunotoxicity of perfluorinated compounds: Recent developments. Toxicol Pathol 40:300-311.

DeWitt JC, Shnyra A, Badr MZ, Loveless Se, Hoban D, Frame SR, Cunard R, Anderson SE, Meade BJ, Peden-Adams MM, Luebke RW, Luster MI. (2009). Immunotoxicity of perfluorooctanoic acid and perfluorooctane sulfonate and the role of peroxisome proliferator-activated receptor alpha. Crit Rev Toxicol 39:76-94.

DeWitt JC, Williams WC, Creech NJ, Luebke RW. (2016). Suppression of antigen-specific antibody responses in mice exposed to perfluorooctanoic acid: Role of PPAR$\alpha$ and T- and B-cell targeting. J. Immunotoxicol 13(1):38-45.

Diaz-Alonso J, Paraiso-Luna J, Navarrete C, del Rio C, Cantarero I, Palomares B, Aguareles J, Fernandez-Ruiz J, Bellido ML, Pollastro F, Appendino G, Calzado MA, Galve-Roperh I, Munoz E. (2016). VCE-003.2, a novel cannabigerol derivative, enhances neuronal progenitor cell survival and alleviates symptomatology in murine models of Huntington's disease. Sci Reports 6:29789 DOI: 10.1038/srep29789.

Do Q-T, Lamy C, Renimel I, Sauvan N, André P, Himbert F, Morin-Allory L, Bernard P. (2007). Reverse pharmacognosy: Identifying biological properties for plants by means of their molecule constituents: Application to meranzin. Planta Med 73:1235-1240.

Dong G-H, Liu M-M, Wang D, Zheng L, Liang Z-F, Jin Y-H. (2011). Sub-chronic effect of perfluorooctanesulfonate (PFOS) on the balance of type 1 and type 2 cytokine in adult C57BL6 mice. Arch Toxicol 85:1235-1244.

Dong G-H, Zhang Y-H, Zheng L, Liang Z-F, Jin Y-H, He Q-C. (2012). Subchronic effects of perfluorooctanesulfonate exposure on inflammation in adult male C57BL/6 mice. Environ Toxicol 27:285-296.

11

Donthamsetty S, Bhave VS, Mitra MS, Latendresse JR, Mehendale HM. Nonalcoholic steatohepatitic (NASH) mice are protected from higher hepatotoxicity of acetaminophen upon induction of PPARα with clofibrate. Toxicol Appl Pharmacol 230:327-337.

Downer EJ, Clifford E, Amu S, Fallon PG, Moynagh PN. (2012). The synthetic cannabinoid R(+)WIN55,212-2 augments interferon-β expression via peroxisome proliferator-activated receptor-α. J Biol Chem 287(30):25440-25453.

Ducatman A, Zhang J, Fan H. (2015). Prostate-specific antigen and perfluoroalkyl acids in the C8 Health Study population. JOEM 57(1):111.

Duluc L, Jacques C, Soleti R, Iacobazzi F, Simard G, Andriantsitohaina R. (2013). Modulation of mitochondrial capacity and angiogenesis by red wine polyphenols via estrogen receptor, NADPH oxidase and nitric oxide synthase pathways. Inter J Biochem Cell Biol 45:783-791.

Eriksen KT, Raaschou-Nielsen O, McLaughlin JK, Lipworth L, Tjønneland A, Overvad K, Sørensen M. (2013). Association between plasma PFOA and PFOS levels and total cholesterol in a middle-aged Danish population. PLoS ONE 8(2):e56969.

Eriksen KT, Raaschou-Nielsen O, Sorensen M, Roursgaard M, Loft S, Moller P. (2010). Genotoxic potential of the perfluorinated chemicals PFOA, PFOS, PFBS, PFNA and PFHxA in human HepG2 cells. Mut Res 700:39-43.

Fahmi H, Martel-Pelletier J, Pelletier J-P, Kapoor M. (2011). Peroxisome proliferator-activated receptor gamma in osteoarthritis. Mod Rheumatol 21:1-9.

Faillie J-L, Petit P, Montastruc JL, Hillaire-Buys D. (2013). Scientific evidence and controversies about pioglitazone and bladder cancer: Which lessons can be drawn? Drug Safety 36(9):693-707.

Fakhrudin N, Ladurner A, Atanasov AG, Heiss EH, Baumgartner L, Markt P, Schuster D, Ellmerer EP, Wolber G, Rollinger JM, Stuppner H, DIrsch VM. (2010). Computer-aided discovery, validation, and mechanistic characterization of novel neolignan activators of peroxisome proliferator-activated receptor γ. Mol Pharmacol 77(40):559-556.

Fang F, Kang Z, Wong C. (2010). Vitamin E tocotrienols improve insulin sensitivity through activating peroxisome proliferator-activated receptors. Mol Nutr Food Res 54:345-352.

Fang X, Gao G, Xue H, Zhang X, Wang H. (2012). In vitro and in vivo studies of the toxic effects of perfluorononanoic acid on rat hepatocytes and Kupffer cells. Environ Toxic Pharm 34:484-494.

Fang X, Zhang L, Feng Y, Zhao Y, Dai J. (2008). Immunotoxic effects of perfluorononanoic acid on BALB/c mice. Tox Sci 105(2):312-321.

Fang X-K, Gao J, Zhu D-N. (2008). Kaempferol and quercetin isolated from *Euonymus alatus* improve glucose uptake of 3T3-L1 cells without adipogenesis activity. Lif Sci 82:615-622.

Feng S, Reuss L, Want Y. (2016). Potential of natural products in the inhibition of adipogenesis through regulation of PPARγ expression and/or its transcriptional activity. Molecules 21:1278, 19 pages.

Feng X, Gao X, Jia Y, Zhang H, Xu Y, Wang G. (2016). PPAR-α agonist fenofibrate decreased RANTES levels in Type 2 diabetes patients with hypertriglyceridemia. Med Sci Monit 22:743-751.

Ferguson HE, Thatcher TH, Olsen KC, Garcia-Bates TM, Baglole CJ, Kottmann RM, Strong ER, Phipps RP, Sime PJ. (2009). Peroxisome proliferator-activated receptor-γ ligands induce heme oxygenase-1 in lung fibroblasts by a PPARγ-independent, glutathione-dependent mechanism. Am J Physiol Lung Cell Mol Physiol 297:L912-L919.

Ferreira DW, Goedken MJ, Rommelaere S, Chasson L, Galland F, Naquet P, Manautou JE. (2016). Enhanced hepatotoxicity by acetaminophen in Vanin-1 knockout mice is associated with deficient proliferative and immune responses. Biochim Biophys Acta 1862:662-669.

Fidaleo M, Fanelli F, Cerù MP, Moreno S. (2014). Neuroprotective properties of peroxisome proliferator-activated receptor alpha (PPARα) and its lipid ligands. Curr Med Chem 21:2803-2821.

Filgo AJ, Quist EM, Hoenerhoff MJ, Brix AE, Kissling GE, Fenton SE. (2015). Perfluorooctanoic acid (PFOA)-induced liver lesions in two strains of mice following developmental exposures: PPARα is not required. Toxicol Pathol 43(4):558-568.

Floyd ZE, Wang ZQ, Kilroy G, Cefalu WT. (2008). Modulation of peroxisome proliferator-activated receptor γ stability and transcriptional activity in adipocytes by resveratrol. Met Clin Exper 57(Suppl1):S32-S38.

Foreman JE, Chang S-C, Ehresman DJ, Butenhoff JL, Anderson CR, Palkar PS, Kang B-H, Gonzalez FJ, Peters JM. (2009). Differential hepatic effects of perfluorobutyrate mediated by mouse and human PPAR-α. Tox Sci 110(1):204-211.

Freire PF, Martin JMP, Herrero O, Peropadre A, de la Pena E, Hazen MJ. (2008). In vitro assessment of the cytotoxic and mutagenic potential of perfluorooctanoic acid. Tox in Vitro 22:1228-1233.

Frisbee SJ, Shankar A, Knox SS, Steenland K, Savitz DA, Fletcher T, Ducatman AM. (2010). Perfluorooctanoic acid, perfluorooctanesulfonate, and serum lipids in children and adolescents: Results from the C8 Health Project. Arch Pediatr Adolesc Med 164(9):860-869.

Fu Y, Wang T, Fu Q, Wang P, Lu Y. (2014). Associations between serum concentrations of perfluoroalkyl acids and serum lipid levels in a Chinese population. Ecotox Environ Safety 106:246-252.

Fukuda K, Matsumura T, Senokuchi T, Ishii N, Kinoshita H, Yamada S, Murakami S, Nakao S, Motoshima H, Kondo T, Kukidome D, Kawasaki S, Kawada T, Nishikawa T, Araki E. (2015). Statins mediate anti-atherosclerotic action in smooth muscle cells by peroxisome proliferator-activated receptor-γ activation. Biochem Biophy Res Comm 457:23-30.

Fukunaga Y, Itoh H, Doi K, Tanaka T, Yamashita J, Chun T-H, Inoue M, Masatsugu K, Sawada N, Saito T, Hosoda K, Kook H, Ueda M, Nakao K. (2001). Thiazolidinediones, peroxisome proliferator-activated receptor γ agonists, regulate endothelial cell growth and secretion of vasoactive peptides. Atherosclerosis 158:113-119.

Gallo V, Leonardi G, Brayne C, Armstrong B, Fletcher T. (2013). Serum perfluoroalkyl acids concentrations and memory impairment in a large cross-sectional study. BMJ Open 3:e002414.

Gallo V, Leonardi G, Genser B, Lopez-Espinsa M-J, Frisbee SJ, Karlsson L, Ducatman AM, Fletcher T. (2012). Serum perfluorooctanoate (PFOA) and perfluorooctane sulfonate (PFOS) concentrations and liver function biomarkers in a population with elevated PFOA exposure. Environ Heatlh Perspect 120(5):655-660.

Gao D, Zhang Y, Yang F, Lin Y, Zhang Q, Xia Z. (2016). In vitro screening and evaluation of 37 traditional Chinese medicines for their potential to activate peroxisome proliferator-activated receptors-γ. Pharmacol Mag 12(46):120-127.

Gao X-Y, Wang S-N, Yang X-H, Lan W-J, Chen Z-W, Chen J-K, Xie J-H, Han Y-F, Pi R-B, Yang X-B. (2016). Gartanin protects neurons against glutamate-induced cell death in HT22 cells: Independence of Nrf-2 but involvement of HO-1 and AMPK. Neurochem Res 41:2267-2277.

Garber AM, Littenberg B, Sex HC Gluck ME, Wagner JL, Duffy BM. (1989). Recommendations for cholesterol measurement among the elderly. Chapter 4. Measuring Cholesterol. In: Costs and Effectiveness of Cholesterol Screening in the Elderly. A paper in OTA's Series on Preventive Health Services Under Medicare, US Government Printing Office, Washington DC, page 19-23.

Geiger SD, Xiao J, Ducatman A, Frisbee S, Innes K, Shankar A. (2014). The association between PFOA, PFOS and serum lipid levels in adolescents. Chemosphere 98:78-83.

Geiger SD, Xiao J, Shankar A. (2013). Positive association between perfluoroalkyl chemicals and hyperuricemia in children. Am J Epidemiol 177(11):1255-1262.

Gimenez-Bastida JA, Surma M, Zielinski H. (2015). In vitro evaluation of the cytotoxicity and modulation of mechanisms associated with inflammation induced by perfluorooctanesulfonate and perfluorooctanoic acid in human colon myofibroblasts CCD-18Co. Toxic in Vitro 29:1683-1691.

14

Girroir EE, Hollingshead HE, Billin AN, Willson TM, Robertson GP, Sharma AK, Amin S, Gonzalez FJ, Peters JM. (2008). Peroxisome proliferator-activated receptor-β/δ (PPARβ/δ) ligands inhibit growth of UACC903 and MCF7 human cancer cell lines. Toxicology 243:236-243.

Glasziou PP, Irwig L, Heritier S, Simes J, Tonkin A, for the LIPID Study Investigators. (2008). Monitoring cholesterol levels: Measurement error or true change? Ann Intern Med 148:656-661.

Gleason JA, Post GB, Fagliano JA. (2015). Associations of perfluorinated chemical serum concentrations and biomarkes of liver function and uric acid in the US population (NHANES), 2007-2010. Environ Res 136:8-14.

Glinghammar B, Skogsberg J, Hamsten A, Ehrenborg E. (2003). PPARδ activation induces COX-2 gene expression and cell proliferation in human hepatocellular carcinoma cells. Biochem Biophys Res Comm 308:361-368.

Glynn RJ, Campion EW, Silbert JE. (1983). Trends in serum uric acid levels, 1961-1980. Arthrit Rheum 16(1):87-93.

Gonzalez-Aparicio R, Blanco E, Serrano A, Pavon FJ, Parsons LH, Maldonado R, Robledo P, Fernandez-Espejo E, de Fonseca FR. (2014). The systemic administration of oleoylethanolamide exerts neuroprotection of the nigrostriatal system in experimental Parkinsonism. Intern J Neuropsychopharm 17:455-468.

Gorrochategui E, Lacorte S, Tauler R, Martin FL. (2016). Perfluoroalkylated substance effects in Xenopus laevis A6 kidney epithelial cells determined by ATR-FTIR spectroscopy and chemometric analysis. Chem Res Toxicol 29:924-932.

Gorrochategui E, Perez-Albaladejo E, Casas J, Lacorte S, Porte C. (2014). Perfluorinated chemicals: Differential toxicity, inhibition of aromatase activity and alteration of cellular lipids in human placental cells. Toxic Appl Pharmacol 277:124-130.

Goudarzi H, Miyashita C, Okada E, Kashino I, Chen C-J, Ito S, Araki A, Kobayashi S, Matsuura H, Kishi R. (2017). Prenatal exposure to perfluoroalkylo acids and prevalence of infectious diseases up to 4 years of age. Environ Intern 104:132-138.

Goudarzi H, Nakajima S, Ikeno T, Sasaki S, Kobayashi S, Miyashita C, Ito S, Araki A, Nakazawa H, Kishi R. (2016). Prenatal exposure to perfluorinated chemicals and neurodevelopment in early infancy: The Hokkaido Study. Sci Total Environ 541:1002-1010.

Grabacka M, Pierzchalska M, Dean M, Reiss K. (2016). Regulation of ketone body metabolism and the role of PPARα. Int J Mol Sci 17:2093.

Grandjean P, Andersen EW, Budtz-Jørgensen E, Nielsen F, Mølbak K, Weihe P, Heilmann C. (2012). Serum vaccine antibody concentrations in children exposed to perfluorinated compounds. JAMA 307(4):391-397.

Grau R, Díaz-Munoz MD, Cacheiro-Llaguno CC, Fresno M, Iniguez MA. (2008). Role of peroxisome proliferator-activated receptor alpha in the control of cyclooxygenase 2 and vascular endothelial growth factor: Involvement in tumor growth. PPAR Res Volume 2008, Article ID 352437, 10 pages.

Grès S, Canteiro S, Mercader J, Carpéné C. (2013). Oxidation of high doses of serotonin favors lipid accumulation in mouse and human fat cells. Mol Nutr Food Res 57:1089-1099.

Griesbacher T, Pommer V, Schuligoi R, Tiran B, Peskar BA. (2008). Anti-inflammatory actions of perfluorooctanoic acid and peroxisome proliferator-activated receptors (PPAR) α and γ in experimental acute pancreatitis. Intern Immunopharm 8:325-329.

Gugnani KS, Vu N, Rondon-Ortiz AN, Bohlke M, Maher TJ, Pino-Figueroa AJ. (2018). Neuroprotective activity of macamides on manganese-induced mitochondrial disruption in U-87 MG glioblastoma cells. Toxic Appl Pharm 340:67-76.

Gupta RA, Wang D, Katkuri S, Wang H, Dey SK, DuBois RN. (2004). Activation of nuclear hormone receptor peroxisome proliferator-activated receptor-δ accelerates intestinal adenoma growth. Nature Med 10(3):245-247.

Guruge KS Hikono H, Shimada N, Murakami K, Hasegaw J, Yeung LWY, Yamanaka N, Yamashita N. (2009). Effect of perfluorooctane sulfonate (PFOS) on influenza A virus-induced mortality in female B6C3F1 mice. J Toxicol Sci 34(6):687-691.

Gyllenhammar I, Diderholm B, Gustafsson J, Berger U, Ridefelt P, Benskin JP, Lignell S, Lampa E, Glynn A. (2018). Perfluoroalkyl acid levels in first-time mothers in relation to offspring weight gain and growth. Environ Intern 111:191-199.

Halsne R, Tandberg JI, Lobert VH, Ostby GC, Thoen E, Ropstad E, Verhaegen S. (2016). Effects of perfluorinated alkyl acids on cellul.ar responses of MCF-10A mammary epithelial cells in monolayers and on acini formation in vitro. Tox Letters 259:95-107.

Han J, Wang D, Ye L, Li P, Hao W, Chen X, Ma J, Wang B, Shang J, Li D, Zheng Q. (2017). Rosmarinic acid protects against inflammation and cardiomyocyte apoptosis during myocardial ischemia/reperfusion injury by activating peroxisome proliferator-activated receptor gamma. Front Pharmacol Volume 8, Article 456.

Han KL, Jung MH Sohn JH, Hwang J-K. (2006). Ginsenoside 20(S)-Protopanaxatriol (PPT) activates peroxisome proliferator-activated receptor γ (PPARγ) in 3T3-L1 adipocytes. Biol Pharm Cull 29(1):110-113.

Hanna BE, Hamed JM, Touhala LM. (2008). Serum uric acid in smokers. Oman Med J 23(4):269-274.

Hardell E, Kärrman A, van Bavel B, Bao J, Carlberg M, Hardell L. (2014). Case-control study on perfluorinated alkyl acids (PFAAs) and the risk of prostate cancer. Environ Intern 63:35-39.

He P, Borland MG, Zhu B, Sharma AK, Amin S, El-Bayoumy K, Gonzalez FJ, Peters JM. (2008). Effect of ligand activation of peroxisome proliferator-activated receptor-β/δ (PPARβ/δ) in human lung cancer cell lines. Toxicology 254:112-117.

He W, Megharaj M, Naidu R. (2016). Toxicity of perfluorooctanoic acid towards earthworm and enzymatic activities in soil. Environ Monit Assess 188:424.

He Y-Q, Ma G-Y, Peng J-N, Ma Z-Y, Hamann MT. (2012). Liver X receptor and peroxisome proliferator-activated receptor agonist from *Cornus alternifolia*. Biochim Biophys Acta. 1820(7):1021-1026.

Helmy MM, Helmy MW, El-Mas MM. (2015). Additive renoprotection by pioglitazone and fenofibrate against inflammatory, oxidative and apoptotic manifestations of cisplatin nephrotoxicity: Modulation by PPARs. PLoS ONE 10(11):e0142303.

Henry ND, Fair PA. (2013). Comparison of in vitro cytotoxicity, estrogenicity and anti-estrogenicity of triclosan, perfluorooctane sulfonate and perfluorooctanoic acid. J Appl Toxic 33:265-272

Heuvel JPV, Thompson JT, Frame SR, Gillies PJ. (2006). Differential activation of nuclear receptors by perfluorinated fatty acid analogs and natural fatty acids: A comparison of human, mouse, and rat peroxisome proliferator-activated receptor-α, -β, and −γ, liver X receptor-β, and retinoid X receptor-α. Tox Sci 92(2):476-489.

Hill MR, Clarke S, Rodgers K, Thornhill B, Peters JM, Gonzalez FJ, Gimble JM. (1999). Effect of peroxisome proliferator-activated receptor alpha activators on tumor necrosis factor expression in mice during endotoxemia. Infect Immun 67(7):3488-3493.

Hoffman K, Webster TF, Weisskopf MG, Weinberg J, Vieira VM. (2010). Exposure to polyfluoroalkyl chemicals and attention deficit/hyperactivity disorder in U.S. children 12-15 years of age. Environ Health Perspect 118(12):1762-1767.

Hollingshead HE, Killins RL, Borland MG, Girroir EE, Billin AN, Willson TM, Sharma AK, Amin S, Gonzalez FJ, Peters JM. (2007). Peroxisome proliferator-activated receptor-β/δ (PPARβ/δ) ligands do not potentiate growth of human cancer cell lines. Carcinogenesis 28(12):2641-2649.

Hotta M, Nakata R, Katsukawa M, Hori K, Takahashi S, Inoue H. (2010). Carvacrol, a component of thyme oil, activates PPARα and γ and suppresses COS-2 expression. J Lipid Res 51:132-139.

Hsu S-P, Pai M-F, Peng Y-S, Chiang C-K, Ho T-I, Hung K-Y. (2004). Serum uric acid levels show a 'J-shaped' association with all-cause mortality in haemodialysis patients. Nephrol Dial Transplant 19:457-462.

Hu J, Li J, Wang J, Zhang A, Dai J. (2014). Synergistic effects of perfluoroalkyl acids mixtures with J-shaped concentration-responses on viability of a human liver cell line. Chemosphere 96:81-88.

Hu Q, Franklin JN, Bryan I, Morris E, Wood A, DeWitt JC. (2012). Does developmental exposure to perflurooctanoic acid (PFOA) induce immunopathologies commonly observed in neurodevelopmental disorders? NeuroTox 33:1491-1498.

Hui Z, Li R, Chen L. (2017). The impact of exposure to environmental contaminant on hepatocellular lipid metabolism. Gene 622:67-71.

Hunter RL, Bing G. (2007). Agonism of peroxisome proliferator receptor-gamma may have therapeutic potential for neuroinflammation and Parkinson's disease. Curr Neuropharm 5:35-46.

Impinen A, Nygaard UC, CarlsenKCL, Mowinckel P, Carlsen KH, Haug LS. (2018). Prenatal exposure to perfluoralkyl substance (PFASs) associated with respiratory tract infections but not allergy – and asthma-related health outcomes in childhood. Environ Res 160:518-523.

Inestrosa NC, Carvajal FJ, Zolezzi JM, Tapia-Rojas C, Serrano F, Karmelic D, Toledo EM, Toro A, Toro J, Santos MJ. (2013). Peroxisome proliferators reduce spatial memory impairment, synaptic failure, and neurodegeneration in brains of a double transgenic mice model of Alzheimer's disease. J Alzh Dis 33:941-959.

Innes KE, Ducatman AM, Luster MI, Shankar A. (2011). Association of osteoarthritis with serum levels of the environmental contaminants perfluorooctanoage and perfluorooctane sulfonate in a large Appalachian population. Amer J Epid 174(4):440-450.

Isa Y, Miyakawa Y, Yanagisawa M, Goto T, Kang M-S, Kawada T, Morimitsu Y, Kubota K, Tsuda T. (2008). 6-shogoal and 6-gingerol, the pungent of ginger, inhibit TNF-α mediated downregulation of adiponectin expression via different mechanisms in 3T3-L1 adipocytes. Biochem Biophys Res Comm 373:429-434.

Jacquet N, Maire MA, Rast C, Bonnard M, Vasseur P. (2012). Perfluorooctanoic acid (PFOA) acts as a tumor promoter on Syrian hamster embryo (SHE) cells. Environ Sci Pollut Res 19:2537-2549.

Jantzen CE, Annunziato KA, Bugel SM, Cooper KR. (2016). PFOS, PFNA, and PFOA sub-lethal exposure to embryonic zebrafish have different toxicity profiles in terms of morphometrics, behavior and gene expression. Aquatic Toxicology 175:160-170.

Jardat MS, Noonan DJ, Wu B, Avery MA, Feller DR. (2002). Pseudolaric acid analogs as a new class of peroxisome proliferator-activated receptor agonists. Planta Med 68:667-671.

Jeong T-Y, Yuk M-S, Jeon J, Kim SD. (2016). Multigenerational effect of perfluorooctane sulfonate (PFOS) on the individual fitness and population growth of Daphnia magna. Sci Total Environ 569-570:1553-1560.

Ji S, Kronenberg G, Balkaya M, Färber K, Gertz K, Kettenmann H, Endres M. (2009). Acute neuroprotection by pioglitazone after mild brain ischemia without effect on long-term outcome. Exper Neurol 216:321-328.

Jiang C, Ting AT, Seed B. (1998). PPAR-γ agonists inhibit production of monocyte inflammatory cytokines. Nature 391:82-86.

Johansson N, Fredriksson A, Eriksson P. (2008). Neonatal exposure to perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA) causes neruobehavioural defects in adult mice. NeuroToxicology 29:160-169.

Jung Y, Kim J-C, Cho Y, Lee S, Kang KS, Kim YK, Kim S-N. (2017). Eupatilin with PPARα agonistic effects inhibits TNFα-induced MMP signaling in HaCaT cells. Biochem Biophys Res Comm 493:220-226.

Jungbauer A, Medjakovic S. (2012). Anti-inflammatory properties of culinary herbs and spices that ameliorate the effects of metabolic syndrome. Maturitas 71:227-239.

Kanda E, Muneyuki T, Kanno Y, Suwa K, Nakajima K. (2015). Uric acid level has a U-shaped association with loss of kidney function in health people: A prospective cohort study. PLoS ONE 10(2):e0118031.

Kang JS, Cho J-S, Park J-W. (2016). Transcriptional changes in steroidogenesis by perfluoroalkyl acids (PFOA and PFOS) regulate the synthesis of sex hormones in H295R cells. Chemosphere 155:436-443.

Kapadia R, Yi J-H, Vemuganti R. (2009). Mechanisms of anti-inflammatory and neuroprotective actions of PPAR-gamma agonists. Front Biosci 13:1813-1826.

Kasraie S, Werfel T. (2013). Role of macrophages in the pathogenesis of atopic dermatitis. Med Inflamm Article ID 92375, 15 pages.

Kataria A, Trachtman H, Malaga-Dieguez L, Trasande L. (2015). Association between perfluoroalkyl acids and kidney function in a cross-sectional study of adolescents. Environ Health 14:89-101.

Katsukawa M, Nakata R, Takizawa Y, Hori K, Takahashi S, Inoue H. (2010). Citral, a component of lemongrass oil, activates PPARα and γ and suppresses COX-2 expression. Biochim Biophy Acta 1801:1214-1220.

Kawashima Y, Uy-Yu N, Kozuka H. (1989). Sex-related differences in the enhancing effects of perfluorooctanoic acid on stearoyl-CoA desaturase and its influence on the acyl composition of phospholipid in rat liver. Biochem J 263:987-904.

Keiter Su, Baumann L, Farber H, Holbech H, Skutlarek D, Engwall M, Braunbeck T. (2012). Long-term effects of a binary mixture of perfluorooctane sulfonate (PFOS) and bisphenol a (BPA) in zebrafish (Danio rerio). Aquatic Toxicology 118-119:116-129.

Kennedy A, Overman A, LaPoint K, Hopkins R, West T, Chuang C-C, Martinez K, Bell D, McIntosh M. (2009). Conjugated linoleic acid-mediated inflammation and insulin resistance in human adipocytes are attenuated by resveratrol. J Lipid Res 50:225-232.

Kerger BD, Copeland TL, DeCaprio AP. (2011). Tenuous dose-response correlations for common disease states: Case study of cholesterol and perfluorooctanoate/sulfonate (PFOA/PFOS) in the C8 Health Project. Drug Chem Toxicol 34(4):396-404.

Khalil N, Chen A, Lee M, Czerwinski SA, Ebert JR, DeWitt JC, Kannan K. (2016). Association of perfluoroalkyl substances, bone mineral density, and osteoporosis in the U.S. population in NHANES 2009-2010. Environ Health Perspect 124(1):81-87.

Kim D-H, Kim U-J, Kim H-Y, Choi S-D, Oh J-E. (2016). Perfluoroalkyl substances in serum from South Korean infants with congenital hypothyroidism and health infants – Its relationship with thyroid hormones. Environ Res 147:399-404.

Kim S, Choi K, Ji K, Seo J, Kho Y, Park J, Kim S, Park S, Hwang I, Jeon J, Yang H, Giesy JP. (2011). Trans-placental transfer of thirteen perfluorinated compounds and relations with fetal thyroid hormones. Environ Sci Technol 45:7465-7472.

Kim S, Shin H-J, Kim SY, Kim JH, Lee YS, Kim D-H, Lee M-O. (2004). Genistein enhances expression of genes involved in fatty acid catabolism through activation of PPARα. Mol Cell Endocrin 220:51-58.

Kim S-N, Choi HY, Lee W, Park GM, Shin WS, Kim YK. (2008). Sargaquinoic acid and sargahydroquinoic acid from *Sargassum yezoense* stimulate adipocyte differentiation through PPARα/γ activation in 3T3-L1 cells. FEBS Letters 582:465-3472.

Kjeldsen LS, Bonefeld-Jørgensen EC. (2013). Perfluorinated compounds affect the function of sex hormone receptors. Environ Sci Poll Res 20:8031-8044.

Klaunig JE, Hocevar BA, Kamendulis LM. (2012). Mode of action analysis of perfluorooctanoic acid (PFOA) tumorigenicity and human relevance. Reprod Toxicol 33:410-418.

Klaunig JE, Shinohara M, Iwai H, Chengelis CP, Kirkpatrick JB, Wang Z, Bruner RH. (2015). Evaluation of the chronic toxicity and carcinogenicity of perfluorohexanoic acid (PFHxA) in Sprague-Dawley rats. Toxic Path 43:209-220.

Kliewer SA, Sundseth SS, Jones SA, Bronw PJ, Wisely GB, Koble CS, Devchand P, Wahli W, Willson TM, Lenhard JM, Lehmann JM. (1997). Fatty acids and eicosanoids regulate gene expression through direct interactions with peroxisome proliferator-activated receptors α and γ. Proc Natl Acad Sci 94:4318-4323.

Kloetzel M, Ehlers A, Niemann B, Buhrke T, Lampen A. (2013). *Trans* fatty acids affect cellular viability of human intestinal Caco-2 cells and activate peroxisome proliferator-activated receptors. Nutr Cancer 65(1):139-146.

Knox SS, Jackson T, Frisbee Sj, Javins B, Ducatman AM. (2011). Perfluorocarbon exposure, gender and thyroid function in the C8 Health Project. J Toxicol Sci 36(4):403-410.

Kobayashi Y, Ueki S, Mahemuti G, Chiba T, Oyamada H, Saito N, Kanda A, Kayaba H, Chihara J. (2005). Physiological levels of 15-Deoxy-$\Delta^{12,14}$-Prostglandin $J_2$ prime eotaxin-induced chemotaxis on human eosinophils through peroxisome proliferator-activated receptor-γ ligation. J Immun 175:5744-5750.

Koh S-H, Jung B, Song CW, K Y, Kim YS, Kim SH. (2005). 15-deoxy-delta12,14-prostaglandin J2, a neuroprotectant or a neurotoxicant? Toxicology 216:232-243.

König B, Rauer C, Rosenbaum S, Brandsch C, Eder K, Stangl GI. (2009). Fasting upregulates PPARα target genes in brain and influences pituitary hormone expression in a PPARα dependent manner. PPAR Res Volume 2009, Article ID 801609, 9 pages.

Koskela A, Finnila MA, Korkalainen M, Spulber S, Koponen J, Hakansson H, Tuukkanen J, Viluksela M. (2016). Effects of developmental exposure to perfluorooctanoic acid (PFOA) on long bone morphology and bone cell differentiation. Toxic Appl Pharm 301:14-21.

Koskela A, Koponen J, Lehenkari P, Viluksela M, Korkalainen M, Tuukkanen J. (2017). Perfluoroalkyl substances in human bone: Concentrations in bones and effects on bone cell differentiation. Sci Reports 7:6841.

Kotani H, Tanabe H, Mizukami H, Amagaya S, Inoue M. (2012). A naturally occurring rexinoid, honokiol, can serve as a regulator of various retinoid X receptor heterodimers. Biol Pharm Bull 35(1):1-9.

Kotani H, Tanabe H, Mizukami H, Makishima M, Inoue M. (2010). Identification of a naturally occurring rexinoid, honokiol, that activates the retinoid X receptor. J Nat Prod 73:1332-1336.

Krafft MP, Riess JG. (2015). Per- and polyfluorinated substances (PFASs): Environmental challenges. Curr Opin Coll Inter Sci 20:192-212.

Kraugerud M, Zimmer KE, Ropstad E, Verhaegen S. (2011). Perfluorinated compounds differentially affect steroidogenesis and viability in the human adrenocortical carcinoma (H295R) in vitro cell assay. Toxicol Letters 205:62-68.

Kreisler A, Gelé P, Wiart J-F, Lhermitte M, Destée A, Bordet R. (2007). Lipid-lowering drugs in the MPTP mouse model of Parkinson's disease: Fenofibrate has a neuroprotective effect, whereas bezafibrate and HMG-CoA reductase inhibitors do not. Brain Res 1135:77-84.

Krönke G, Kadl A, Ikonomu E, Blüml S, Fürnkranz A, Sarembock IJ, Bochkov VN, Exner M, Binder BR, Leitinger N. (2007). Expression of heme oxygenase-1 in human vascular cells is regulated by peroxisome proliferator-activated receptors. Arterioscler Thromb Basc Biol 27:1276-1282.

Kumar P, Kaundal RK, More S, Sharma SS. (2009). Beneficial effects of pioglitazone on cognitive impairment in MPTP model of Parkinson's disease. Behav Brain Res 197:398-403.

Kuoda M, Mimaki Y, Honda S, Tanaka H, Yokota S, Mae T. (2010). Phenolics from *Glycyrrhiza glabra* roots and their PPAR-γ ligand-binding activity. Bioorgan Med Chem 18:962-970.

Kuroda M, Mimaki Y, Sahida Y, Mae T, Kishida H, Nishiyama T, Tsukagawa M, Konishi E, Takahashi K, Kawada T, Nakagawa K, Kitahara M. (2003). Phenolics with PPAR-γ ligand-binding activity obtained from licorice (*Glycyrrhiza uralensis* roots) and ameliorative effects of glycyrin on genetically diabetic KK-A$^y$ mice. Bioorgan Med Chem Letters 13:4267-4272.

Kurtz M, Capobianco E, Martinez N, Roberti SL, Arany E, Jawerbaum A. (2014). PPAR ligands improve impaired metabolic pathways in fetal hearts of diabetic rats. J Mol Endocrin 53(2):237-246.

Lakshmi SP, Reddy AT, Banno A, Reddy RC. (2017). PPAR agonists for the prevention and treatment of lung cancer. PPAR Res, Volume 2017, Article ID 8252796, 8 pages.

La Rocca C, Tait S, Guerranti C, Busani L, Ciardo F, Bergamasco B, Perra G, Mancini FR, Marci R, Bordi G, Caserta D, Focardi S, Moscarini M, Mantovani A. (2015). Exposure to endocrine disruptors and nuclear receptors gene expression in infertile and fertile men from Italian areas with different environmental features. Int J Environ Res Public Health 12:12426-12445.

Lecca D, Nevin DK, Mulas G, Casu MA, Diana A, Rossi D, Sacchetti G, Carta AR. (2015). Neuroprotective and anti-inflammatory properties of a novel non-thiazolidinedione PPARγ agonist in vitro and in MPTP-treated mice. Neurosci 302:23-35.

Lee YH, Bae S-C, Song GG. (2014). Meta-analysis of associations between the peroxisome proliferator-activated receptor-y Pro12Ala polymorphism and susceptibility to nonalcoholic fatty liver disease, rheumatoid arthritis, and psoriatic arthritis. Gen Test Mol Biomark 18(5):341-348.

Lee JW, Lee J-W, Kim K, Shin Y-J, Kim J, Kim S, Kim H, Kim P, Park K. (2017). PFOA-induced metabolism disturbance and multi-generational reproductive toxicity in Oryzias latipes. J Haz Mat 340:-240.

Letavernier E, Perez J, Joye E, Bellocq A, Fouqueray B, Haymann J-P, Heudes D, Wahli W, Desvergne B, Baud L. (2005). Peroxisome proliferator-activated receptor β/δ exerts a strong protection from ischemic acute renal failure. J Am Soc Nephrol 16:2395-2402.

Li H, Zha X, Zhu Y, Liu M, Guo R, Wen Y. (2016). An invert U-shaped curve: Relationship between fasting plasma glucose and serum uric acid concentration in a large health check-up population in China. Medicine 95(16):e3456.

Li K, Gao P, Xiang P, Zhang X, Cui X, Ma LQ. (2017). Molecular mechanisms of PFOA-induced toxicity in animals and humans: Implications for health risks. Environ Intern 99:43-54.

Li Z, Liu Q, Liu C, Li C, Li Y, Li S, Liu X, Shao J. (2017). Evaluation of PFOS-mediated neurotoxicity in rat primary neurons and astrocytes cultured separately or in co-culture. Toxicol in Vitro 38:77-90.

Liang R, He J, Shi Y, Li Z, Sarvajayakesavalu S, Baninla Y, Guo F, Chen J, Xu X, Lu Y. (2017). Effects of perfluorooctane sulfonate on immobilization, heartbeat, reproductive and biochemical performance of Daphnia magna. Chemosphere 168:1613-1618.

Liao C-Y, Cui L, Zhou Q-F, Duan S-M, Jian G-B. (2009). Effects of perfluorooctane sulfonate on ion channels and glutamate-activated current in cultured rat hippocampal neurons. Environ Toxic Pharm 27:338-344.

Lien G-W, Huang C-C, Shiu J-S, Chen M-H, Hsieh W-S, Guo Y-L, Chen P-C. (2016). Perfluoroalkyl substances in cord blood and attention deficit/hyperactivity disorder symptoms in seven-year-old children. Chemosphere 156:118-127.

Lilienthal H, Dieter HH, Holzer J, Wilhelm M. (2017). Recent experimental results of effect of perfluoroalkyl substances in laboratory animals – Relation to current regulations and guidance values. Inter J Hyg Environ Hlth 220(4):766-775.

Lin C-Y, Lin LY, Chiang CK, Wang WJ, Su YN, Hung KY, Chen PC. (2010). Investigation of the associations between low-dose serum perfluorinated chemicals and liver enzymes in US adults. Amer J Gatroenterol 105(6):1354-1363.

Lin H, Yu C-H, Jen C-Y, Cheng C-F, Chou Y, Chang C-C, Juan S-H. (2010). Adiponectin-mediated heme oxygenase-1 induction protects against iron-induced liver injury via a PPARα-dependent mechanism. Amer J Pathol 177(4):1697-1709.

Lin HC, Hsu YT, Kachingwe BH, Hsu CY, Uang YS, Wang LH. (2014). Dose effect of thiazolidinedione on cancer risk in type 2 diabetes mellitus patients: a six-year population-based cohort study. J Clin Pharm Therap 39:354-360.

Liu C, Chang VWC, Gin KYH, Nguyen VT. (2014). Genotoxicity of perfluorinated chemicals (PFCs) to the green mussel (Perna viridis). Sci Total Environ 487:117-122.

Liu G, Zhang S, Yang K, Zhu L, Lin D. (2016). Toxicity of perfluorooctane sulfonate and perfluorooctanoic acid to Escherichia coli: Membrane disruption, oxidative stress, and DNA damage induced cell inactivation and/or death. Environ Poll 214:806-815

Liu L, Zhuang X, Jiang M, Guan F, Fu Q, Lin J. (2017). ANGPTL4 mediates the protective role of PPARγ activators in the pathogenesis of preeclampsia. Cell Death Dis 8:e3054.

Liu W, Yang B, Wu L, Zou W, Pan X, Zou T, Liu F, Xia L, Wang X, Zhang D. (2015). Involvement of NRF2 in perfluorooctanoic acid-induced testicular damage in male mice. Biol Reprod 93(2):41, 1-7.

Liu W-X, Wang T, Zhou F, Wang Y, Xing J-W, Zhang S, Gu S-Z, Sang L-X, Dai C, Wang H-L. (2015). Voluntary exercise prevents colonic inflammation in high-fat diet-induced obese mice by up-regulating PPAR-γ activity. Biochem Biophy Res Comm 459:475-480.

Loccisano AE, Longnecker MP, Campbell Jr JL, Andrsen ME, Clewell III HJ. (2013). Development of PBPK models for PFOA and PFOS for human pregnancy and lactation life stages. J Toxicol Environ Health A 76(1):25-57.

Lopez-Espinosa M-J, Mondal D, Armstrong B, Bloom MS, Fletcher T. (2012). Thyroid function and perfluoroalkyl acids in children living near a chemical plant. Environ Health Perspect 120(7):1036-1041.

Lopez-Leon S, Tuvblad C, Forero DA. (2016). Sports genetics: the PPARA gene and athletes' high ability in endurance sports. A systematic review and meta-analysis. Biol of Sport 33(1):3-6.

Loss RJF, Hagberg JM, Perusse L, Roth SM, Sarzynski MA, Wolfarth B, Rankinen T, Bouchard C. (2015). Advances in exercise, fitness, and performance genomics in 2014. Med Sci Sports Exer 47(6):1105-1112.

Lotz C, Lange M Redel A, Stumpner J, Schmidt J, Tischer-Zeitz T, Roewer N, Kehl F. (2011). Peroxisome-proliferator-activated receptor γ mediates the second window of anaesthetic-induced preconditioning. Exp Physiol 96(3):317-324.

Louis GMB, Peterson CM, Chen Z, Hediger ML, Croughan MS, Sundaram R, Stanford JB, Fujimoto VY, Varner MW, Giudice LC, Kennedy A, Sun L, Wu Q, Kannan K. (2012). Perfluorochemicals and endometriosis the ENDO study. Epidemiology 23(6):799-805.

Lu G-H, Liu J-C, Sun L-S, Yuan L-J. (2015). Toxicity of perfluorononanoic acid and perfluorooctane sulfonate to Daphnia magna. Water Sci Engin 8(1):40-48.

Lu J, Imamura K, Nomura S, Mafune K, Nakajima A, Kadowaki T, Kubota N, Terauchi Y, Ishii G, Ochiai A, Esumi H, Kaminishi M. (2005). Chemopreventive effect of peroxisome proliferator-activated receptor γ on gastric carcinogenesis in mice. Cancer Res 65(11):4769-4774.

Luebker DJ, York RG, Hansen KJ, Moore JA, Butenhoff JL. (2005). Neonatal mortality from in utero exposure to perfluorooctanesulfonate (PFOS) in Sprague-Dawley rats: Dose-response, and biochemical and pharmacokinetic parameters. Toxicology 215:149-169.

Lundgren B, DePierre JW. (1989). Proliferation of peroxisomes and induction of cytosolic and microsomal epoxide hydrolases in different strains of mice and rats after dietary treatment with clofibrate. Xenobiotica 19(8):867-881.

Lundin JI, Alexander BH, Olsen GW, Church TR. (2009). Ammonium perfluorooctanoate production and occupational mortality. Epidemiology 20(6):921-928.

Luo Y, Yin W, Signore AP, Zhang F, Hong Z, Wang S, Graham SH, Chen J. (2006). Neuroprotection against focal ischemic brain injury by the peroxisome proliferator-activated receptor-γ agonist rosiglitazone. J Neurochem 97:435-448.

Lyall K, Yau VM, Hansen R, Kharrazi M, Yoshida CK, Calafat Am, Windham G, Croen LA. (2018). Prenatal maternal serum concentrations of per- and polyfluoroalkyl substances in association with autism spectrum disorder and intellectual disability. Environ Health Perspect 126(1):UNSP 017001.

Ma Y, Yang J, Wan Y, Peng Y, Ding S, Li Y, Xu B, Chen X, Xia W, Ke Y, Xu S. (2017). Low-level perfluorooctanoic acid enhances 3T3-L1 preadipocyte differentiation via altering peroxisome proliferator activated receptor gamma expression and its promoter DNA methylation. J Appl Toxic 2017:1-10.

Ma Z-G, Yuan Y-P, Zhang X, Xu S-C, Wang S-S, Tang Q-Z. (2017). Piperine attenuates pathological cardiac fibrosis via PPAR-γ/AKT pathways. EBioMedicine 18:179-187.

Maciejewska A, Sawczuk M, Cieszczyk P. (2011). Variation in the PPARα gene in Polish rowers. J Sci Med Sport 14:58-64.

Maciejewska-Karlowska A, Hanson ED, Sawczuk M, Cieszczyk P. Eynon N. (2014). Genomic haplotype within the peroxisome proliferator-activated receptor delta (PPARD) gene is associated with elite athletic status. Scand J Med Sci Sports 24:e148-155.

Macon MB, Villanueva LTR, Tatum-Gibbs K, Zehr RD, Strynar MJ, Stanko JP, White SS, Helfant L, Fenton SE. (2011). Prenatal perfluorooctanoic acid exposure in CD-1 mice: Low-dose developmental effects and internal dosimetry. Tox Sci 122(1):134-145.

Mahajan UB, Chandrayan G, Patil CR, Arya DS, Suchal K, Agrawal YO, Ojha S, Goyal SN. (2017). The protective effect of apigenin on myocardial injury in diabetic rats mediating activation of the PPAR-γ pathway. Int J Mol Sci 18:756.

Maisonet M, Näyhä S, Lawlor DA, Marcus M. (2015). Prenatal exposures to perfluoroalkyl acids and serum lipids at ages 7 and 15 in females. Environ Intern 82:49-60.

Manautou JE, Hart SGE, Khairallah EA, Cohen SD. (1996). Protection against acetaminophen hepatotoxicity by a single dose of clofibrate: Effects on selective protein arylation and glutathione depletion. Fund Appl Toxicol 29:229-237.

Mannelli LD, Zanardelli M, Micheli L, Ghelardini C. (2014). PPAR-γ impairment alters peroxisome functionality in primary astrocyte cell cultures. BioMed Res Intern 14:Article ID 546453, 11 pages.

Mariussen E. (2012). Neurotoxic effects of perfluoroalkylated compounds: Mechanisms of action and environmental relevance. Arch Toxicol 86:1349-1367.

Martin HL, Mounsey RB, Mustafa S, Sathe K, Teismann P. (2012). Pharmacological manipulation of peroxisome proliferation-activated receptor γ (PPARγ) reveals a role for anti-oxidant protection in a model of Parkinson's disease. Exper Neuro 235:528-538.

Martin HL, Mounsey RB, Sathe K, Mustafa S, Nelson MC, Evans RM, Teismann P. (2013). A peroxisome proliferator-activated receptor-δ agonist provides neuroprotection in the 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine model of Parkinson's disease. Neuroscience 240:191-203.

Marx N, Sukhova GK, Collins T, Libby P, Plutzky J. (1999). PPARα activators inhibit cytokine-induced vascular cell adhesion molecule-1 expression in human endothelial cells. Circulation 99:3125-3131.

Mashayekhi V, Tehrani KHME, Hashemzaei M, Tabrizian K, Shahraki J, Hosseini M-J. (2015). Mechanistic approach for the toxic effects of perfluorooctanoic acid on isolated rat liver and brain mitochondria. Hum Exper Toxicol 34(10):985-996.

Matilla-Santander N, Valvi D, Lopez-Espinosa M-J, Manzano-Salgado CB, Ballester F, Ibarluzea J. (2017). Exposure to perfluoroalkyl substances and metabolic outcomes in pregnant women: evidence from the Spanish INMA Birth Cohorts. Environ Health Perspect 125(11):Article # UNSP117004.

Mattsson A, Karrman A, Pinto R, Brunstrom B. (2015). Metabolic profiling of chicken embryos exposed to perfluorooctanoic acid (PFOA) and agonists to peroxisome proliferator-activated receptors. PLoS ONE 19(12):e0143780.

McCarthy FP, Drewlo S, English FA, Kingdom J, Johns EJ, Kenny LC, Walsh SK. (2011). Evidence implicating peroxisome proliferator-activated receptor-γ in the pathogenesis of preeclampsia. Hypertension 58:882-887.

Mehendale HM. (2000). PPAR-α: A key to the mechanism of hepatoprotection by clofibrate. Tox Sci 57:187-190.

Melzer D, Rice N, Depledge MH, Henley WE, Galloway TS. (2010). Association between serum perfluorooctanoic acid (PFOA) and thyroid disease in the U.S. National Health and Nutrition Examination Survey. Environ Health Perspect 118(5):686-692.

Miller WG, Myers GL, Sakurabayashi I, Bachmann LM, Caudill SP, Dziekonski A, Edwards S, Kimberly MM, Korzun WJ, Leary ET, Nakajima K, Nakamura M, Nilsson G, Shamburek RD, Vetrovec GW, Warnick GR, Remaley AT. (2010). Seven direct methods for measuring HDL and LDL cholesterol compared with ultracentrifugation reference measurement procedures. Clin Chem 56(6):977-986.

Mora Am, Oken E, Rifas-Shiman SL, Webstr TF, Gillman MW, Calafat Am, Ye X, Sagiv SK. (2017). Prenatal exposur to perfluoroalkyl substances and adiposity in early and mid-childhood. Environ Health Perspect 125(3):467-473.

Moran E, Ding L, Wang Z, Chen R, Chen Q, Moore R, Takahashi Y, Ma J. (2014). Protective and antioxidant effects of PPARα in the ischemic retina. Invest Ophthalmol Vis Sci 55:4568-4576.

Moreno S, Cerù MP. (2015). In search for novel strategies towards neuroprotection and neuroregeneration: Is PPARα a promising therapeutic target? Neural Regen Res 10(9):1409-1412.

Mu Q, Fan X, Li X, Zhao D, Mo F, Jiang G, Yu N, Zhang Y, Guo Y, Fu M, Liu J-L, Zhang D, Gao S. (2015). Ginsenoside Rb1 promotes browning through regulation of PPARγ in 3T3-L1 adipocytes. Biochem Biophy Res Comm 466:530-535.

Mueller M, Beck V, Jungbauer A. (2011). PPARα activation by culinary herbs and spices. Planta Med 77:497-504.

Mueller M, Jungbauer A. (2008). Red clover extract: A putative source for simultaneous treatment of menopausal disorders and the metabolic syndrome. Menopause 15(6):1120-1131.

Mueller M, Jungbauer A. (2009). Culinary plants, herbs and spices – A rich source of PPARγ ligands. Food Chem 117:660-667.

Mueller M, Lukas B, Novak J, Simoncini T, Genazzani AR, Jungbauer A. (2008). Oregano: A source for peroxisome proliferator-activated receptor γ antagonists. J Agric Food Chem 56:11621-11630.

Mulkiewicz E, Jastorff B, Skladanowski AC, Kleszczynski K, Stepnowski P. (2007). Evaluation of the acute toxicity of perfluorinated carboxylic acids using eukaryotic cell lines, bacteria and enzymatic assays. Environ Toxic Pharm 23:279-285.

Mysiorek C, Culot M, Dehouck L, Derudas B, Staels B, Bordet R, Cecchelli R, Fenart L, Berezowski V. (2009). Perxisome proliferator-activated receptor-α activation protects brain capillary endothelial cells from oxygen-glucose deprivation-induced hyperpermeability in the blood-brain barrier. Curr Neurovasc Res 6:181-193.

Nadal X, del Río C, Casano S, Palomares B, Ferreiro-Vera C, Navarrete C, Sánchez-Carnerero C, Cantarero I, Bellido ML, Meyer S, Morello G, Appendino G, Munoz E. (2017). Tetrahydrocannabinolic acid is a potent PPARγ agonist with neuroprotective activity. Brit J Pharmacol 174:4263-4276.

Nagashima H, Shiraishi K, Ohkawa S, Sakamoto Y, Komatsu K, Matsuura S, Tachibana A, Tauchi H. (2017). Induction of somatic mutations by low-dose X-rays: the challenge in recognizing radiation-induced events. Rad Res 2017:1-7.

Nagaya T, Yoshida H, Takahashi H, Matsuda Y, Kawai M. (1998). Dose-response relationships between drinking and serum tests in Japanese men aged 40-59 years. Alcohol 17(2):133-138.

Nakajima A, Wada K, Miki H, Kubota N, Nakajima N, Terauchi Y, Ohnishi S, Saubermann LJ, Kadowaki T, Blumberg RS, Nagai R, Matsuhashi N. (2001). Endogenous PPARγ mediates anti-inflammatory activity in murine ischemia-reperfusion injury. Gastroenterology 120:460-469.

Nakajima T, Kamijo Y, Tanaka N, Sugiyama E, Tanaka E, Kiyosawa K, Fukushima Y, Peters JM, Gonzalez FJ, Aoyama T. (2004). Peroxisome proliferator-activated receptor α protects against alcohol-induced liver damage. Hepatology 40:972-980.

Nakamura T, Ito Y, Yanagiba Y, Ramdhan DH, Kono Y, Naito H, Hayashi Y, Li Y, Aoyama T, Gonzalez FJ, Nakajima T. (2009). Microgram-order ammonium perfluorooctanoate may activate mouse peroxisome proliferator-activated receptor α, but not human PPARα. Toxicology 265:27-33.

Nakatani T, Kim H-J, Kaburagi Y, Yasuda K, Ezaki O. (2003). A low fish oil inhibits SREBP-1 proteolytic cascade, while a high-fish-oil feeding decreases SREBP-1 mRNA in mice liver: Relationship to anti-obesity. J Lipid Res 44:369.

Narayanan S. (1996). Pre and post analytical errors. Indian J Clin Biochem 11(1):7-11.

Neels JG, Grimaldi PA. (2014). Physiological functions of peroxisome proliferator-activated receptor β. Physiol Rev 94:795-858.

Nhiem NX, Yen PH, Ngan NTT, Quang TH, Kiem PV, Minh CV, Tai BH, Cuong NX, Song SB, Kim YH. (2012). Inhibition of nuclear transcription factor-κB and activation of peroxisome proliferator-activated receptors in HepG2 cells by cucurbitane-type triterpene glycosides from Momordica charantia. J Med Food 15(4):369-377.

Nicholls-Grzemski FA, Belling GB, Priestly BG, Calder IC, Burcham PC. (2000). Clofibrate pretreatment in mice confers resistance against hepatic lipid peroxidation. J Biochem Mol Toxicol 14(6):335-345.

Nie J-Y, Zhao Q. (2017). Beverage consumption and risk of ulcerative colitis. Systematic review and meta-analysis of epidemiological studies. Medicine 96:49(e9070).

Oda Y, Nakayama S, Harada KH, Koizumi A. (2007). Negative results of *umu* genotoxicity test of fluorotelomer alcohols and perfluorinated alkyl acids. Environ Health Prevent Med 12:217-219.

O'Flaherty JT, Rogrs LAC, Paumi CM, Hantgan RR, Thomas LR, Clay CE, High K, Chen YQ, Willingham MC, Smitherman PK, Kute TE, Rao A, Cramer SD, Morrow CS. (2005). 5-oxo-ETE analogs and the proliferation of cancer cells. Biochim Biophys Acta 1736:228-236.

Okada E, Sasaki S, Saijo Y, washino N, Miyashita C, Kobayashi S, Konishi K, Ito YM, Ito R, Nakata A, Iwasaki Y, Saito K, Nakazawa H, Kishi R. (2012). Prenatal exposure to perfluorinated chemicals and relationship with allergies and infectious diseases in infants. Environ Res 112:118-1125.

Olsen GW, Butenhoff JL, Zobel LR. (2009). Perfluoroalkyl chemicals and human fetal development: An epidemiologic review with clinical and toxicological perspectives. Repro Toxicol 27:212-230.

Olukman M, Sezer ED, Ülker S, Sözmen EY, Çinar GM. (2010). Fenofibrate treatment enhances antioxidant status and attenuates endothelial dysfunction in streptozotocin-induced diabetic rats. Exper Diabetes Res Volume 2010, Article ID 828531, 10 pages.

Omeragic A, Hoque T, Choi U-Y, Bendayan R. (2017). Peroxisome proliferator-activated receptor-gamma: potential molecular therapeutic target for HIV-1-associated brain inflammation. J Neuroinflamm 14:183.

O'Sullivan SE. (2005). Novel time-dependent vascular actions of $\Delta^9$-tetrahydrocannabinol mediated by peroxisome proliferator-activated receptor gamma. Biochem Biophys Res Comm 337:824-831.

O'Sullivan SE. (2007). Cannabinoids go nuclear: Evidence for activation of peroxisome proliferator-activated receptors. Brit J Pharmacol 152:576-582.

O'Sullivan SE. (2013). Cannabinoid activation of peroxisome proliferator-activated receptors: An update and review of the physiological relevance. WIREs Membr Transp Signal 2:17-25.

O'Sullivan SE. (2016). An update on PPAR activation by cannabinoids. Brit J. Pharmacol 173:1899-1910.

O'Sullivan SE, Tarling EJ, Bennett AJ, Kendall DA, Randall MD. (2005). Novel time-dependent vascular actions of $\Delta^9$-tetrahydrocannabinol mediated by peroxisome proliferator-activated receptor gamma. Biochem Biophy Res Comm 337:824-831.

Oulhote Y, Steuerwald U, Debes F, Weihe P, Grandjean P. (2016). Behavioral difficulties in 7-year old children in relation to developmental exposure to perfluorinated alkyl substances. Environ Intern 97:237-245.

Papadopoulou E, Sabaredzovic A, Namork E, Nygaard UC, Granum B, Haug LS. (2016). Exposure of Norwegian toddlers to perfluoroalkyl substances (PFAS): The association with breastfeeding and maternal PFAS concentrations. Environ Intern 94:687-694.

Park HG, Bak EJ, Woo G-H, Kim JM, Quan Z, Kim JM, Yoon H-K, Cheon SH, Yoon G, Yoo Y-J, Na Y, Cha J-H. (2012). Licochalcone E has an antidiabetic effect. J Nutr Biochem 23:759-767.

Parker LA, Mechoulam R. (2003). Cannabinoid agonists and antagonists modulate lithium-induced conditioned gaping in rats. Integr Physiol Behav Sci 38(2):133-145.

Peden-Adams MM, Keller JM, EuDaly JG, Berger J, Gilkeson GS, Keil DE. (2008). Suppression of humoral immunity in mice following exposure to perfluorooctane sulfonate. Tox Sci 104(1):144-154.

Peirozan P, Karlsson O. (2017). PFOS induces proliferation, cell-cycle progression, and malignant phenotype in human breast epithelial cells. Arch Toxicol pages 1-12; doi: 10.1007/s00204-017-2077-8.

Peng S, Yan L, Zhang J, Wang Z, Tian M, Shen H. (2013). An integrated metabonomics and transcriptomics approach to understanding metabolic pathway disturbance induced by perfluorooctanoic acid. J Pharm Biomed Analy 86:56-64.

Perez-Martin M, Rivera P, Blanco E, Lorefice C, Decara J, Pavon FJ, Serrano A, de Fonseca FR, Suarez J. (2016). Environmental enrichment, age, and PPARα interact to regulate proliferation in neurogenic niches. Front Neurosci Volume 10, Article Number 89.

Permadi H, Lundgren B, Andersson K, Sundberg C, DePierre JW. (1993). Effects of perfluoro fatty acids on peroxisome proliferation and mitochondrial size in mouse liver: Dose and time factors and effect of chain length. Xenobiotica 23(7):761-770.

Peters J, Cheung C, Gonzalez FJ. (2005). Peroxisome proliferator-activated receptor-α and liver cancer: Where do we stand? J Mol Med 83:774-785.

Peters JM, Gonzalez FJ. (2009). Sorting out the functional role(s) of peroxisome proliferator-activated receptor-β/δ (PPARβ/δ) in cell proliferation and cancer. Biochim Biophys Acta 1796(2):230-241.

Peters JM, Shah YM, Gonzalez FJ. (2013). The role of peroxisome proliferator-activated receptors in carcinogenesis and chemoprevention. Nat Rev Cancer 12(3):181-195.

Peters JM, Yao P-L, Gonzalez FJ. (2015). Targeting peroxisome proliferator-activated receptor-β/δ (PPARβ/δ) for cancer chemoprevention. Curr Pharmacol Rep 1:121-128.

Petersen RK, Christensen KB, Assimopoulou AN, Frette X, Papageorgiou VP, Krisitansen K, Kouskoumvekaki I. (2011). Pharmacophore-driven identification of PPARγ agonists from natural sources. J Comput Aided Mol Des 25:107-116.

Pferschy-Wenzig E-M, Atanasov AG, Malainer C, Noha SM, Kunert O, Schuster D, Heiss EH, Oberlies NH, Wagner H, Bauer R, Dirsch VM. (2014). Identification of isosilybin A from milk thistle seeds as an agonist of peroxisome proliferator-activated receptor gamma. J Nat Prod 77:842-847.

Pierozan P, Jerneren F, Karlsson O. (2018). Perfluorooctanoic acid (PFOA) exposure promotes proliferation, migration and invasion potential in human breast epithelial cells. Arch Toxicol [epub ahead of print] https://doi.org/10.1007/s00204-018-2181-4.

Pierozan P, Karlsson O. (2018). PFOS induces proliferation, cell-cycle progression, and malignant phenotype in human breast epithelial cells. Mol Toxicol 92:705-716.

Pinto M, Nissanka N, Peralta S, Brambilla R, Diaz F, Moraes CT. (2016). Pioglitazone ameliorates the phenotype of a novel Parkinson's disease mouse model by reducing neuroinflammation. Mol Neurodeg Volume 11, Article # 25, 15 pages.

Pirali B, Negri S, Chytiris S, Perissi A, Villani L, La Manna L, Cottica D, Ferrari M, Imbriani M, Rotondi M, Chiovato L. (2009). Perfluorooctane sulfonate and perfluorooctanoic acid in surgical thyroid specimens of patients with thyroid diseases. Thyroid 19(12):1407-1412.

Pisanu A, Lecca D, Mulas G, Wardas J, Simula G, Spiga S, Carta AR. (2014). Dynamic changes in pro- and anti-inflammatory cytokines in microglia after PPAR-γ agonist neuroprotective treatment in the MPTP$_P$ mouse model of progressive Parkinson's disease. Neurobiol Dis 71:280-291.

Polašek O, Jerončić I, Mulić R, Klišmanić Z, Pehlić M, Zemunik T, Kolčić. (2010). Common variants in SLC17A3 gene affect intra-personal variation in serum uric acid levels in longitudinal time series. Croat Med J 51:32-39.

Post GB, Gleason JA, Cooper KR. (2017). Key scientific issues in developing drinking water guidelines for perfluroalkyl acids: Contaminants of emerging concern. PLoS Biol 15(12):e2002855.

Poynter ME, Daynes RA. (1999). Age-associated alterations in splenic iNOS regulation: Influence of constitutively expressed IFN-γ and correction following supplementation with PPARα activators or vitamin E. Cell Immun 195:127-136.

Ptaszynska A, Cohen SM, Messing EM. (2015). Assessing bladder cancer risk in Type 2 diabetes clinical trials: The Dapagliflozin Drug Development Program as a 'case study'. Diabetes Ther 6:357-375.

Qazi MR, Abedi MR, Nelson BD, DePierre JW, Abedi-Valugerdi M. (2010). Dietary exposure to perfluorooctanoate or perfluorooctane sulfonate induces hypertrophy in centrilobular hepatocytes and alters the hepatic immune status of mice. Intern Immunopharma 10:1420-1427.

Qazi MR, Hassan M, Nelson BD, DePierre JW, Abedi-Valugerdi M. (2013). Both sub-acute, moderate-dose and short-term, low-dose dietary exposure of mice to perfluorooctane sulfonate exacerbates concanavalin A-induced hepatitis. Toxicol Letters 217:67-74.

Qazi MR, Hassan M, Nelson BD, DePierre JW, Abedi-Valugerdi M. (2013). Sub-acute, moderate-dose, but not short-term, low-dose dietary pre-exposure of mice to perfluorooctanoate aggravates concanavalin A-induced hepatitis. Toxicol Letters 219:1-7.

Qian Y, Ducatman A, Ward R, Leonard S, Bukowski V, Guo NL, Shi X, Vallyathan V, Castranova V. (2010). Perfluorooctane sulfonate (PFOS) induces reactive oxygen species (ROS) production in human microvascular endothelial cells: Role in endothelial permeability. J Toxicol Environ Health A 73(12):819-836.

Qin X-D, Qian Z, Dharmage SC, Perret J, Geiger SD, Rigdon SE, Howard S, Zeng X-W, Hu L-W, Yang B-Y, Zhou Y, Li M, Xu S-L, Bao W-W, Zhang Y-Z, Yuan P, Wwang J, Zhang C, Tian Y-P, Nian M, Xiao X, Chen W, Lee YL, Dong G-H. (2017). Association of perfluoroalkyl substances exposure with impaired lung function in children. Environ Res 155:15-21.

Qin X-D, Qian Z, Vaughn MG, Huang J, Ward P, Zeng X-W, Zhou Y, Zhu Y, Yuan P, Li M, Bai Z, Paul G, Hao Y-T, Chen W, Chen P-C, Dong G-H, Lee YL. (2016). Positive associations of serum perfluoroalkyl substances with uric acid and hyperuricemia in children from Taiwan. Environ Poll 212:519-524.

Qu B, Zhao H, Zhou J. (2010). Toxic effects of perfluorooctane sulfonate (PFOS) on wheat (Triticum aestivum L.) plant. Chemosphere 79:555-560.

Quist EM, Filgo AJ, Cummings CA, Kissling GE, Hoenerhoff MJ, Fenton SE. (2015). Hepatic mitochondrial alteration in CD1 mice associated with prenatal exposures to low doses of perfluorooctanoic acid (PFOA). Toxicol Pathol 43(4):546-557.

Rahmatollahi M, Baram SM, Rahimian R. (2016). Peroxisome proliferator-activated receptor-α inhibition protects against doxorubicin-induced cardiotoxicity in mice. Cardiovasc Toxicol 16:244-250.

Rainieri S, Conlledo N, Langerholc T, Madorran E, Sala M, Barranco A. (2017). Toxic effects of perfluorinated compounds at human cellular level and on a model vertebrate.  Fd Chem Toxic 104:14-25.

Rau O, Wurglics M, Paulke A, Zitzkowski J, Meindl N, Bock A, Dingermann T, Abdel-Tawab M, Schubert-Zsilavecz M. (2006). Carnosic acid and carnosol, phenolic diterpene compounds of the labiate herbs rosemary and sage, are activators of the human peroxisome proliferator-activated receptor gamma. Planta Med 72:881-887.

Ravingerová T, Čarnická S, Nemčeková M, Ledvényiová V, Adameová A, Kelly T, Barlaka E, Galatou E, Khandelwal VKM, Lazou A. (2012). PPAR-alpha activation as a preconditioning-like intervention in rats in vivo confers myocardial protection against acute ischaemia-reperfusion injury: Involvement of PI3K-Akt. Can J Physiol 90:1135-1144.

Redondo S, Hristov M, Gumbel D, Tejerina T, Weber C. (2007). Biphasic effect of pioglitazone on isolated human endothelial progenitor cells: Involvement of peroxisome proliferator-activated receptor-γ and transforming growth factor-β1. Thrombosis Haemost 97:979-987.

Reistad T, Fonnum F, Mariussen E. (2013). Perfluoroalkylated compounds induce cell death and formation of reactive oxygen species in cultured cerebellar granule cells. Toxicol Letters 218:56-60.

Rigano D, Sirignano C, Taglialatela-Scafati O (2017). The potential of natural products for targeting PPARα. Acta Pharma Sinica B. 7(4):427-438.

Rimando AM, Khan SI, Mizumo CS, Ren G, Mathews ST, Kim H, Yokoyama W. (2016). Evaluation of PPARα activation by known blueberry constituents. J Sci Food Agric 96:1666-1671.

Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. (2016). Maternal serum perfluoroalkyl substances during pregnancy and duration of breastfeeding. Environ Res 149:9-246.

Rosa AO, Egea J, Martínez A, García AG, López MG. (2008). Neuroprotective effect of the new thiadiazolidinone NP00111 against oxygen-glucose deprivation in rat hippocampal slices: Implication of ERK1/2 and PPARγ receptors. Exper Neurol 212:93-99.

Rosenai AK, Ahrens L, Godec TL, Lundqvist J, Oskarsson A. (2017). Relationship between peroxisome proliferator-activated receptor alpha activity and cellular concentration of 14 perfluoroalkyl substances in HepG2 cells. J Appl Toxiocl 38:219-226.

Rovin BH, Wilmer WA, Lu L, Doseff AI, Dixon C, Kotur M, Hilbelink T. (2002). 15-Deoxy-$\Delta^{12,14}$-prostaglandin J$_2$ regulates mesangial cell proliferation and death. Kidney Intern 61:1293-1302.

Rozema E, Atanasov AG, Fakhrudin N, Singhuber J, Namduang U, Heiss EH, Reznicek G, Huck CW, Bonn GK, Dirsch VM, Kopp B. (2012). Selected extracts of Chinese herbal medicines: Their effect on NF-κB, PPARα and PPARγ and the respective bioactive compounds. Evid Based Compl Altern Med Volume 2012, Article ID 983023, 10 pages.

Ruark CD, Song G, Yoon M, Verner M-A, Andersen ME, Clewell III HJ, Longnecker MP. (2017). Quantitative bias analysis for epidemiological associations of perfluoroalkyl substance serum concentrations and early onset of menopause. Environ Intern 99:245-254.

Rudkowska I, Verreault M, Barbier O, Vohl M-C. (2009). Differences in transcriptional activation by the two allelic (L162V polymorphic) variants of PPARα after omega-3 fatty acids treatment. PPAR Res 2009:369602, 5 pages.

Russell WL, Russell LB, Kelly EM. (1958). Radiation dose rate and mutation frequency. Science 128(3338):1546-1550.

Sakr CJ, Kreckmann KH, Green JW, Gillies PJ, Reynodls JL, Leonard RC. (2007). Cross-sectional study of lipids and liver enzymes related to a serum biomarker of exposure (ammonium perfluorooctanoate or APFO) as part of a general health survey in a cohort of occupationally exposed workers. J Occup Environ Med 49:1086-1096.

Sakr, CJ, Leonard RC, Kreckmann KH, Slade MD, Cullen MR. (2007). Longitudinal study of serum lipids and liver enzymes in workers with occupational exposure to ammonium perfluorooctanoate. J Occup Environ Med 49:872-879.

Salam NK, Hang TH-W, Kota BP, Kim MS, Li Y, Hibbs DE. (2008). Novel PPAR-gamma agonists identified from a natural product library: A virtual screening, induced-fit docking and biological assay study. Chem Biol Drug Des 71:57-70.

Salgado R, Lopez-Doval S, Pereiro N, Lafuente A. (2016). Perfluorooctane sulfonate (PFOS) exposure could modify the dopaminergic system in several limbic brain regions. Toxicol Letters 240:226-235.

Sant KE, Jacobs HM, Borofski KA, Moss JB, Timme-Laragy AR. (2017). Embryonic exposures to perfluorooctanesulfonic acid (PFOS) disrupt pancreatic organogenesis in the zebrafish, Danio rerio. Environ Poll 220:807-817.

Santos MHH, Higuchi MdL, Tucci PJF, Garavelo SM, Reis MM, Antonio EL, Serra AJ, Maranhao RC. (2016). Previous exercise training increase levels of PPAR-α in long-term post-myocardial infarcton in rats, which is correlated with better inflammatory response. Clinics 71(3):163-168.

Santos MJ, Quintanilla RA, Toro A, Grandy R, Dinamarca MC, Godoy JA, Inestrosa NC. (2005). Proxisomal proliferation protects from β-amyloid neurodegeneration. J Biol Chem 280(49):41057-41068.

Sasso O, La Rana G, Vitiello S, Russo R, D'Agostino G, Iacono A, Russo E, Citraro R, Cuzzocrea S, Piazza PV, De Sarro G, Meli R, Calignano A. (2010). Palmitoylethanolamide modulates pentobarbital-evoked hypnotic effect in mice. Involvement of allopregananolone biosynthesis. Eur Neuropsychopharmacology 20:195-206.

Sasson S. (2016). 4-hydroxyalkenal-activated PPARδ mediates hormetic interactions in diabetes. Biochimie 136:85-89.

Savitz DA, Stein CR, Bartell SM, Elston B, Gong J, Shin H-M, Wellenius GA. (2012). Perfluorooctanoic acid exposure and pregnancy outcome in a highly exposed community. Epidemiology 23(3):386-392.

Savitz DA, Stein CR, Elston B, Wellenius GA, Bartell SM, Shin H-M, Vieira VM, Fletcher T. (2012). Relationship of perfluorooctanoic acid exposure to pregnancy outcome based on birth records in the Mid-Ohio valley. Environ Health Perspect 120(8):1201-1207.

Sawayama H, Ishimoto T, Watanabe M, Yoshida N, Sugihara H, Kurashige J, Hirashima K, Iwatsuki M, Baba Y, Oki E, Morita M, Shiose Y, Baba H. (2013). Small molecule agonists of PPAR-γ exert therapeutic effects in esophageal cancer. Cancer Res 74(2):575-585.

Scharmach E, Buhrke T, Lichtenstein D, Lampen A. (2012). Perfluorooctanoic acid affects the activity of the hepatocyte nuclear factor 4 alpha (HNF4α). Tox Letters 212:106-112.

Schrader M, Fahimi HD. (2006). Peroxisomes and oxidative stress. Biochim Biophys Acta 1763:1755-1760.

Schuster R, Holzer W, Doerfler H, Weckwerth W, Viernstein H, Okonogi S, Mueller M. (2016). *Cajanus cajan* – a source of PPARγ activators leading to anti-inflammatory and cytotoxic effects. Food Funct 7:3798-3806.

Shabalina IG, Kramarova TV, Mattsson CL, Petrovic N, Qazi MR, Csikasz RI, Chang S-C, Butenhoff J, DePierre JW, Cannon B, Nedergaard J. (2015). The environmental pollutants perfluorooctane sulfonate and perfluorooctanoic acid upregulate uncoupling protein 1 (UCP1) in brown-fat mitochondria through a UCP1-dependent reduction in food intake. Tox Sci 146(2):334-343.

Shan G, Ye M, Zhu B, Zhu L. (2013). Enhanced cytotoxicity of pentachlorophenol by perfluorooctane sulfonate or perfluorooctanoic acid in HepG2 cells. Chemosphere 93:2101-2107.

Shang W, Yang Y, Jiang B, Jin H, Zhou L, Liu S, Chen M. (2007). Ginsenoside Rb$_1$ promotes adipogenesis in 3T3-L1 cells by enhancing PPARγ$_2$ and C/EBPα gene expression. Life Sci 80:618-625.

Shankar A, Xiao J, Ducatman A. (2011). Perfluoroalkyl chemicals and chronic kidney disease in US adults. Amer J Epidemiol 174(8):893-900.

Sheng N, Cui R, Wang J, Guo Y, Wang J, Dai J. (2018). Cytotoxicity of novel fluorinated alternatives to long-chain perfluoroalkyl substances to human liver cell line and their binding capacity to human liver fatty acid binding protein. Arch Toxicol 92:259-269

Sher T, Yi H-F, McBride OW, Gonzalez FJ. (1993). cDNA cloning, chromosomal mapping, and functional characterization of the human peroxisome proliferator activated receptor. Biochemistry 32:5598-5604.

Shi Y, Jiang H, Yang X. (2017). PPARδ activation protects H9c2 cardiomyoblasts from LPS-induced apoptosis through the heme oxygenase-1-mediated suppression of NF-KB activation. Mol Med Rep 15:3775-3780.

Shimizu M, Kasai T, Yatsu S, Murata A, Matsumoto H, Shitara J, Kato T, Suda S, Hiki M, Naito R, Shimada K, Daida H. (2017). Abstract P346: Diurnal variation of serum uric acid levels and corresponding variations of oxidative stress makers in patients with hypertension and stable coronary artery disease. Hypertension 70:AP346.

Shin DW, Kim SN, Lee SM, Lee W, Song MJ, Park SM, Lee TR, Baik J-H, Kim HK, Hong J-H, Noh M. (2009). (--)-catechin promotes adipocyte differentiation in human bone marrow mesenchymal stem cells through PPARγ transactivation. Biochem Pharmacol 77:125-133.

Shrestha S, Bloom MS, Yucel R, Seegal RF, Rej R, McCaffrey RJ, Wu Q, Kannan K, Fitzgerald EF. (2017). Perfluoroalkyl substances, thyroid hormones, and neuropsychological status in older adults. Intern J Hyg Environ Health 220:679-685.

Shrestha S, Bloom MS, Yucel R, Seegal RF, Wu Q, Kannan K, Rej R, Fitzgerald EF. (2015). Perfluoroalkyl substances and thyroid function in older adults. Environ Int 75:206-214.

Singh S, Suchard MA. (2015). Pioglitazone use and risk of bladder cancer. JAMA 314(23):2567-2568.

Skuladottir M, Ramel A, Rytter D, Haug LS, Sabaredzovic A, Bech BH, Henriksen TB, Olsen SF, Halldorsson TI. (2015). Examining confounding by diet in the association between perfluoroalkyl acids and serum cholesterol in pregnancy. Environ Res 143:33-38.

Sohlenius A-K, Andersson K, DePierre JW. (1992). The effects of perfluoro-octanoic acid on hepatic peroxisome proliferation and related parameters show no sex-related differences in mice. Biochem J 285:779-783.

Sonthithai P, Suriyo T, Thiantanawat A, Watcharasit P, Ruchirawat M, Satayavivad J. (2015). Perfluroinated chemicals, PFOS and PFOA, enhance the estrogenic effect of 17β-estradiol in T47D human breast cancer cells. J Appl Toxicol 36:790-801.

Souza CO, Teixeira AAS, Biondo LA, Silveira LS, Calder PC, Neto JCR. (2017). Palmitoleic acid reduces the inflammation in LPS-stimulated macrophages by inhibition of NFκB, independently of PPARs. Clin Exp Pharmacol Physiol 44:566-575.

Spigoni V, Picconi A, Cito M, Ridolfi V, Bonomini S, Casali C, Zavaroni I, Gnudi L, Metra M, Dei Cas A. (2012). Pioglitazone improves in vitro viability and function of endothelial progenitor cells from individuals with impaired glucose tolerance. PLoS ONE 7(11):e48283, 10 pages.

Steenland K, Tinker S, Frisbee S, Ducatman A, Vaccarino V. (2009). Association of perfluorooctanoic acid and perfluorooctane sulfonate with serum lipids among adults living near a chemical plant. Amer J Epidemiol 170:1268-1278.

Steenland K, Tinker S, Shankar A, Ducatman A. (2010). Association of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) with uric acid among adults with elevated community exposure to PFOA. Environ Health Perspect 118(2):229-233.

Steenland K, Woskie S. (2012). Cohort mortality study of workers exposed to perfluorooctanoic acid. Amer J Epid 176(10):909-917.

Steenland K, Zhao L, Winquist A. (2015). A cohort incidence study of workers exposed to perfluorooctanoic acid (PFOA). Occup Environ Med 72:373-380.

Steenland K, Zhao L, Winquist A, Parks C. (2013). Ulcerative colitis and perfluorooctanoic acid (PFOA) in a highly exposed population of community residents and workers in the mid-Ohio valley. Environ Health Perspect 121:900-905.

Stein CR, Savitz DA, Bellinger DC. (2013). Perfluorooctanoate (PFOA) and neuropsychological outcomes in children. Epidemiology 24(4):590-599.

Stein CR, Savitz DA, Dougan M. (2009). Serum levels of perfluorooctanoic acid and perfluorooctane sulfonate and pregnancy outcome. Amer J Epidemiol 170(7):837-846.

Stein CR, Savitz DA, Elston B, Thorpe PG, Gilboa SM. (20145). Perfluoooctanoate exposure and major birth defects. Reprod Toxicol 47:15-20.

Strom M, Hansen S, Olsen SF, Haug LS, Rantakokko P, Kiviranta H, Halldorsson TI. (2014). Persistent organic pollutants measured in maternal serum and offspring neurodevelopmental outcome – A prospective study with long-term follow-up. Environ Intern 68:41-48.

Su F, Guo A-C, Li W-W, Zhao Y-L, Qu Z-Y, Wang Y-J, Wang Q, Zhu Y-L. (2017). Low-dose ethanol preconditioning protects against oxygen-glucose deprivation/reoxygenation-induced neuronal injury by activating large conductance, Ca2+-activated K+ channels in vitro. Neurosci Bull 33(1):28-40.

Subramanian S, Gottschalk WK, Kim SY, Roses AD, Chiba-Falek O. (2017). The effects of PPARγ on the regulation of the TOMM40-APOE-C1 genes cluster. Biochim Biophy Acta 1863:810-816.

Sun H, Xiong W, Arrick DM, Mayhan WG. (2012). Low-dose alcohol consumption protects against transient focal cerebral ischemia in mice: Possible role of PPARγ. PlosOne 7(7):e41716.

Sun Y, Alexander SPH, Garle MJ, Gibson CL, Hewitt K, Murphy SP, Kendall DA, Bennett AJ. (2007). Cannabinoid activation of PPARα: A novel neuroprotective mechanism. Brit J Pharmacol 152:734-743.

Sung B, Park S, Yu BP, Chung HY. (2004). Modulation of PPAR in aging, inflammation, and calorie restriction. J. Gerontol 59A(10:997-1006.

Sur A, Kesaraju S, Prentice H, Ayyanathan K, Baronas-Lowell D, Zhu D, Hinton DR, Blanks J, Weissbach H. (2014). Pharmacological protection of retinal pigmented epithelial cells by sulindac involves PPAR-α. PNAS 111(47):16754-16759.

Taghizadeh N, Vonk JM, Boezen HM. (2014). Serum uric acid levels and cancer mortality risk among males in a large general population-based cohort study. Cancer Causes Control 25:1075-1080.

Takacs ML, Abbott BD. (2007). Activation of mouse and human peroxisome proliferator-activated receptors (α, β/δ, γ) by perfluorooctanoic acid and perfluorooctane sulfonate. Tox Sci 95(1):108-117.

Takahashi N, Goto T Taimatsu A, Egawa K, Katoh S, Kusudo T, Sakamoto T, Ohyane C, Lee J-Y, Kim Y, Uemura T, Hirai S, Kawada T. (2009). Bixin regulates mRNA expression involved in adipogenesis and enhances insulin sensitivity in 3T3-L1 adipocytes through PPARγ activation. Biochem Biophys Res Comm 390:1372-1376.

Talbert DR, Allred CD, Zaytseva YY, Kilgore MW. (2008). Transactivation of ERα by rosiglitazone induces proliferation in breast cancer cells. Breast Cancer Res Treat 108:23-33.

Tan X, Xie G, Sun X, Li Q, Zhong W, Qiao P, Sun X, Jia W, Zhou Z. (2013). High fat diet feeding exaggerates perfluorooctanoic acid-induced liver injury in mice via modulating multiple metabolic pathways. PLoS ONE 8(4):e61409.

Tanaka T, Kohno H, Yoshitani S, Takashima S, Okumura A, Murakami A, Hosokawa M. (2001). Ligands for peroxisome proliferator-activated receptors α and γ inhibit chemically induced colitis and formation of aberrant crypt foci in rats. Cancer Res 61:2424-2428.

Tang H-N, Man X-F, Liu Y-Q, Guo Y, Tang A-G, Liao E-Y, Zhou H-D. (2015). Dose-dependent effects of neuropeptide Y on the regulation of preadipocyte proliferation and adipocyte lipid synthesis via the PPARγ pathways. Endocrine Journal 62(9):835-846.

Tang KS. (2014). Protective effect of arachidonic acid and linoleic acid on 1-methyl-4-phenylpyridinium-induced toxicity in PC12 cells. Lipids in Health and Disease 13:197 pages 1-8. [http://www.lipidworld.com/content/13/1/197.

Tanty MA, Dar JA, Idris A, Akbar S, Shawl AS. (2012). Acylated flavonol glycosides from *Epimedium elatum*, a plant endemic to the Western Himalayas. Fitoterapia 83:665-670.

Tao L, Li K, Kramer PM, Pereira MA. (1996). Loss of heterozygosity on chromosome 6 in dichloroacetic acid and trichloroacetic acid-induced liver tumors in female B6C3F1 mice. Cancer Letters 108:257-261.

Tatum-Gibbs K, Wambaugh JF, Das KP, Zehr RD, Strynar MJ, Lindstrom AB, Delinsky A, Lau C. (2011). Comparative pharmacokinetics of perfluorononanoic acid in rat and mouse. Toxicology 281:48-55.

Taylor BK, Dadia N, Yang CB, Krishnan S, Badr M. (2002). Peroxisome proliferator-activated receptor agonists inhibit inflammatory edema and hyperalgesia. Inflammation 26(3):121-127.

Taylor BK, Kriedt C, Nagalingam S, Dadia N, Badr M. (2005). Central administration of perfluorooctanoic acid inhibits cutaneous inflammation. Inflamm Res 54:235-242.

Trindade-da-Silva CA, Reis CF, Vecchi L, Napimoga MH, Sperandio M, Colombo BFM, Alves PT, Ward LS, Ueira-Vieira C, Goulart LR. (2016). 15-deoxy-$\Delta$12,14-prostaglandin J2 induces apoptosis and upregulates SOCS3 in human thyroid cancer cells. PPAR Research Volume 2016, article ID 4106297, pages 1-8.

Tseng W-C, Chen Y-T, Ou S-M, Shih C-J, Tarng D-C, for the Taiwan Geriatric Kidney Disease (TGKD) Research Group. (2018). U-shaped association between serum uric acid levels with cardiovascular and all-cause mortality in the elderly: The role of malnourishment. J Am Heart Assoc 7:e007523.

Tsuda S. (2016). Differential toxicity between perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA). J Toxicol Sci 41:SP27-SP36.

Tucker DK, Macon MB, Strynar MJ, Dagnino S, Andersen E, Fenton SE. (2015). The mammary gland is a sensitive pubertal target in CD-1 and C57Bl/6 mice following perinatal perfluorooctanoic acid (PFOA) exposure. Reprod Toxicol 54:26-36.

Tural E, Kara N, Agaoglu SA, Elbistan M, Tasmektepligil MY, Imamoglu O. (2014). PPAR-$\alpha$ and PPARGC1A gene variants have strong effects on aerobic performance of Turkish elite endurance athletes. Mol Biol Rep 41:5799-5804.

Turner RM, Kwok CS, Chen-Turner C, Maduakor CA, Singh S, Loke YK. (2013). Thiazolidinediones and associated risk of bladder cancer: A systematic review and meta-analysis. Brit J Clin Pharmacol 78(2):258-273.

Uedono H, Tsuda A, Ishimura E, Nakatani S, Kurajoh M, Mori K, Uchida J, Emoto M, Nakatani T, Inaba M. (2017). U-shaped relationship between serum uric acid levels and intrarenal hemodynamic parameters in healthy subject. Am J Physiol Renal Physiol 312:F992-F997.

Uhl SA, James-Todd T, Bell ML. (2013). Association of osteoarthritis with perfluorooctanoage and perfluorooctane sulfonate in NHANES 2003-2008. Environ Health Perspect 121(4):447-452.

Ulrich S, Loitsch SM, Rau O, von Knethen A, Brüne B, Schubert-Zsilavecz M, Stein JM. (2006). Peroxisome proliferator-activated receptor $\gamma$ as a molecular target of resveratrol-indcued modulation of polyamine metabolism. Cancer Res 66(14):7348-7354.

United States Environmental Protection Agency (U.S. EPA). (2016). Health effects support document for perfluorooctanoic acid (PFOA). Office of Water, EPA 822-R-16-003.

United States General Accounting Office. (1994). Report to the Chairman, Subcommittee on Investigations and Oversight, Committee on Science, Space, and Technology, House of Representatives. Cholesterol Measurement. Test accuracy and factors that influence cholesterol levels.  GAO/PEMID-95-8.

Valentiner U, Carlsson M, Erttmann R, Hildebrandt H, Schumacher U. (2005). Ligands for the peroxisome proliferator-activated receptor-γ have inhibitory effects on growth of human neuroblastoma cells in vitro. Toxicology 213:157-168.

Vaquero CC, Martínez RG, López-Fernández E, Moragón AC. (2013). Physical exercise and urinary uric acid levels in Down's syndrome. Rev Med Int Sindr Down 17(1):3-7.

Vara D, Morell C, Rodriguez-Henche N, Diaz-Laviada. (2013). Involvement of PPARγ in the antitumoral action of cannabinoids on hepatocellular carcinoma. Cell Death and Disease 4:e18, pages 1-11.

Varet J, Vincent L, Mirshahi P, Pille J-V, Legrand E, Opolon P, Mishal Z, Soria J, Li H, Soria C. (2003). Fenofibrate inhibits angiogenesis in vitro and in vivo. Cell Mol Life Sci 60:810-819.

Venkatesh V, Naidu V, Kao CH-J, Karunasinghe N, Bishop KS, Wang A, Pallati R, Shepherd P, Masters J, Zhu S, Goudie M, Krishnan M, Jabed A, Marlow G, Narayanan A, Ferguson LR. (2016). Environmental factors and risk of aggressive prostate cancer among a population of New Zealand men – a genotypic approach. Mol Biosys 00:1-3.

Viberg H, Lee I, Eriksson P. (2013). Adult dose-dependent behavioral and cognitive disturbances after a single neonatal PFHxS dose. Toxicology 304:185-191.

Vieira VM, Hoffman K. Shin H-M, Weinberg JM, Webster TF, Fletcher T. (2013). Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: A geographic analysis. Environ Health Perspect 121(3):318-323.

Vogt T, Hafner C, Bross K, Bataille F, Jauch K-W, Berand A, Landthaler M, Andreesen R, Reichle A. (2003). Antiangiogenetic therapy with pioglitazone, rofecoxib, and metronomic trofosfamide in patients with advanced malignant vascular tumors. Cancer 98:2251-2256.

Voloshyna I, Hai O, Littlefield MJ, Carsons S, Reiss AB. (2013). Resveratrol mediates anti-atherogenic effects on cholesterol flux in human macrophages and endothelium via PPARγ and adenosine. Eur J Pharmacol 698:299-309.

Von Knethen A, Neb H, Morbitzer V, Schmidt MV, Kuhn A-M, Kuchler L, Brüne B. (2011). PPARγ stabilizes HO-1 mRNA in monocytes/macrophages which affects IFN-β expression. Free Rad Biol Med 51:396-405.

Waizenegger J, Lenze D, Luckert C, Seifel A, Lampen A, Hessel S. (2015). Dose-dependent induction of signaling pathways by the flavonoid quercetin in human primary hepatocytes: A transcriptomic study. Mol Nutr Food Res 59:1117-1129.

Wambaugh JF, Setzer RW, Pitruzzello AM, Liu J, Reif DM, Kleinstreuer NC, Ching N, Wang Y, Sipes N, Martin M, Das K, DeWitt JC, Strynar M, Judson R, Houck KA, Lau C. (2013). Dosimetric anchoring of in vivo and in vitro studies for perfluorooctanoate and perfluorooctanesulfonate. Tox Sci 136(2):308-327.

Wan H-T, Mruk DD, Wong CKC, Cheng CY. (2014). Perfluorooctanesulfonate (PFOS) perturbs male rat sertoli cell blood-testis barrier function by affecting F-actin organization via p-FAK-Tyr[407]: An in vitro study. Endocrinology 155(1):249-262.

Wan Y-J Y, Badr MZ. (2006). Inhibition of carrageenan-induced cutaneous inflammation by PPAR agonists is dependent on hepatocyte-specific retinoid X receptor Alpha. PPAR Res, 2006(96341):1-6.

Wang D, Wang H, Shi Q, Katkuri S, Walhi W, Desvergne B, Das SK, Dey SK, DuBois RN. (2004). Prostaglandin E2 promotes colorectal adenoma growth via transactivation of the nuclear peroxisome proliferator-activated receptor δ. Cancer Cell 6:285-295.

Wang F, Lin X, Zhao Q, Li J. (2017). Fat intake and risk of ulcerative colitis: Systematic review and dose-response meta-analysis of epidemiological studies. J. Gastroenter Hepatol 32:19-27.

Wang G, Namura S. (2011). Effects of chronic systemic treatment with peroxisome proliferator-activated receptor α activators on neuroinflammation induced by intracerebral injection of lipopolysaccharide in adult mice. Neurosci Res 70:230-237.

Wang I-J, Hsieh W-S, Chen C-Y, Fletcher T, Lien G-W, Chiang H-L, Chiang C-F, Wu T-N, Chen P-C. (2011). The effect of prenatal perfluorinated chemicals exposures on pediatric atopy. Environ Res 111:785-791.

Wang L, Hu W, Miao D, Zhang Q, Wang C, Pan E, Wu M. (2017). Relationship between serum uric acid and ischemic stroke in a large type 2 diabetes population in China: A cross-sectional study. J Neuro Sci 376:176-180.

Wang L, Waltenberger B, Pferschy-Wenzig E-M, Blunder M, Liu X, Malainer C, Blazevic T, Schwaiger S, Rollinger JM, Heiss EH, Schuster D, Kopp B, Bauer R, Stuppner H, Dirsch VM, Atanasov AG. (2014). Natural product agonists of peroxisome proliferator-activated receptor gamma (PPARγ): A review. Biochem Pharmacol 92:73-89.

Wang L, Wang Y, Liang Y, Li J, Liu Y, Zhang J, Zhang A, Fu J, Jiang G. (2013). Specific accumulation of lipid droplets in hepatocyte nuclei of PFOA-exposed BALB/c mice. Sci Report 3:2174.

Wang L, Wang Y, Liang Y, Li J, Liu Y, Zhang J, Zhang A, Fu J, Jiang G. (2014). PFOS induced lipid metabolism disturbances in BALB/c mice through inhibition of low density lipoproteins excretion. Sci Reports 4:4582, 8 pages.

Wang N, Kong R, Luo H, Xu X, Lu J. (2017). Peroxisome proliferator-activated receptors associated with nonalcoholic fatty liver disease. PPAR Research 2017:65611701, 8 pages.

Wang Y, Starling AP, Haug LS, Merete Eggesbo M, Becher G, Thomsen C, Travlos G, King D, Hoppin JA, Rogan WJ, Longnecker MP. (2013). Association betweenperfluoroalkyl substances and thyroid stimulating hormone among pregnant women: A cross-sectional study. Environ Health 12:76, 7 pages.

Wang Y, Yu M, Ma Y, Wang R, Liu W, Xia W, Guan A, Xing C, Lu F, Ji X. (2017). Fenofibrate increases heme oxygenase 1 expression and astrocyte proliferation while limits neuronal injury during intracerebral hemorrhage. Curr Neurovasc Res 14:11-18.

Wang Y, Zhao W, Li G, Chen J, Guan X, Chen X, Guan Z. (2017). Neuroprotective effect and mechanim of thiazolidinedione on dopaminergic neurons in vivo and in vitro in Parkinson's disease. PPAR Research Volume 2017, Article ID 4089214, 12 pages

Warnick GR, Kimberly MM, Waymack PP, Leary ET, Myers GL. (2008). Standardization of measurements for cholesterol, triglycerides, and major lipoproteins. LabMed 39(8):481-490.

Warren JS, Oka S, Zablocki D, Sadoshima J. (2017). Metabolic reprogramming via PPARα signaling in cardiac hypertrophy and failure: From metabolomics to epigenetics. Am J Physiol Heart Circ Physiol 313:H584-H596.

Watkins AM, Wood CR, Lin MT, Abbott BD. (2015). The effects of perfluorinated chemicals on adipocyte differentiation in vitro. Mol Cell Endocrin 400:90-101.

Webster GM, Teschke K, Janssen PA. (2012). Recruitment of healthy first-trimester pregnant women: Lessons from the Chemicals, Health & Pregnancy study (CHirP). Matern Child Health J 16:430-438.

Webster GM, Venners SA, Mattman A, Martin JW. (2014). Associations between perfluoroalkyl acids (PFASs) and maternal thyroid hormones in early pregnancy: A population-based cohort study. Environ Res 133:338-347.

Wei W-Y, Ma Z-G, Xu S-C, Zhang N, Tang Q-Z. (2016). Pioglitazone protected against cardiac hypertrophy via inhibiting AKT/GSK3β and MAPK signaling pathways. PPAR Res Volume 2016, Article ID 9174190, 11 pages.

Weidner C, d Groot JC, Prasad A, Freiwld A, Quedenau C, Kliem M, Witzke A, Kodelja V, Han C-T, Giegold S, Baumann M, Dlebl B, Siems K, Müller-Kuhrt L, Schürmann A, Schüler R, Pfeiffer AFH, Schroeder FC, Büssow K, Sauer S. (2012). Amorfrutins are potent antidiabetic dietary natural products. PNAS 109(19):7257-7262.

Weidner C, Wowro SJ, Freiwald A, Kawamoto K, Witzke A, Kliem M, Siems K, Müller-Kuhrt L, Schroeder FC, Sauer S. (2013). Amorfrutin B is an efficient natural peroxisome proliferator-activated receptor gamma (PPARγ) agonist with potent glucose-lowering properties. Diabetologia 56:1802-1812.

White SS, Calafat A, Kiklenyik Z, Villanueva LT, Zehr RD, Helfant L, Strynar MJ, Lindstrom AB, Thibodeaux JR, Wood C, Fenton SE. (2007). Gestational PFOA exposure of mice is associated with altered mammary gland development in dams and female offspring. Tox Sci 96(1):133-144.

Whitfield JB, Heath AC, Madden PAF, Pergadia ML, Montgomery GW, Martin NG. (2013). Metabolic and biochemical effects of low-to-moderate alcohol consumption. Alcohol Clin Exp Res 37(4):575-586.

Wielsøe M, Kern P, Bonefeld-Jørgensen EC. (2017). Serum levels of environmental pollutants is a risk factor for breast cancer in Inuit: a case control study. Environ Health 16:56 [doi 10.1186/s12940-017-0269-6].

Wielsøe M, Long M, Ghisari M, Bonefeld-Jorgensen EC. (2015). Perfluoroalkylated substances (PFAS) affect oxidative stress biomarkers in vitro. Chemosphere 129:239-245.

Wimsatt J, Villers M, Thomas L, Kamarec S, Montgomery C, Yeung LWY, Hu Y, Innes K. (2016). Oral perfluorooctane sulfonate (PFOS) lessens tumor development in the APCmin mouse model of spontaneous familial adenomatous polyposis. Bio Med Central Cancer 16:942.

Winquist A, Steenalnd K. (2014). Modeled PFOA exposure and coronary artery disease, hypertension, and high cholesterol in community and worker cohorts. Environ Health Perspect 122(12):1299-1305.

Wirth JR, Peden-Adams MM, White ND, Bossart GD, Fair PA. (2014). In vitro PFOS exposure on immune endpoints in bottlenose dolphins (Tursiops truncates) and mice. J Appl Toxicol 34:658-666.

Wolf CJ, Takacs ML, Schmid JE, Lau C, Abbott BD. (2008). Activation of mouse and human peroxisome proliferator-activated receptor alpha by perfluoroalkyl acids of different functional groups and chain lengths. Tox Sci 106(1):162-171.

Wu C, Jia Y, Lee JH Jun H, Lee H-S, Hwang K-Y. (2014). *Trans*-Caryophyllene is a natural agonistic ligand for peroxisome proliferator-activated receptor-α. Bioorgan Med Chem Letters 24:3168-3174.

Wu H, Yoon M, Verner M-A, Xue J, Luo M, Andersen ME, Longnecker MP, Clewell III HJ. (2015). Can the observed association between serum perfluoroalkyl substances and delayed menarche be explained on the basis of puberty-related changes in physiology and pharmacokinetics? Environ Intern 82:61-68.

Wu X, Liang M, Yang Z, Su M, Yang B. (2017). Effect of acute exposure to PFOA on mouse liver cells in vivo and in vitro. Environ Sci Pollut Res 24:24201-24206.

Xie L-W, Atanasov AG, Guo D-A, Malainer C, Zhang J-X, Zehl M, Guan S-H, Heiss EH, Urban E, Dirsch VM, Kopp B. (2014). Activity-guided isolation of NF-κB inhibitors and PPARγ agonists from the root bark of *Lycium chinense* Miller. J Ethnopharmacol 152:470-477.

Xiong S, Salazar G, Patrushev N, Ma M, Forouzandeh F, Hilenski L, Alexander RW. (2013). Peroxisome proliferator-activated receptor γ coactivator-1α is a central negative regulator of vascular senescence. Arterioscler Thromb Basc Biol 33:988-998.

Xiu F, Catapano M, Diao L, Stanojcic M, Jeschke MG. (2015). Prolonged endoplasmic reticulum-stressed hepatocytes drive an alternative macrophage polarization. Shock 44(1):44-51.

Xu L, Han C, Lim K, Wu T. (2006). Cross-talk between peroxisome proliferator-activated receptor δ and cytosolic phospholipase $A_2\alpha$/cyclooxygenase-2/prostaglandin $E_2$ signaling pathways in human hepatocellular carcinoma cells. Cancer Res 66(24):11859-11868.

Yahia D, El-Nasser MA, Abedel-Latif M, Tsukuba C, Yoshida M, Sato I, Tsuda S. (2010). Effects of perfluoroocatnoic acid (PFOA) exposure to pregnant mice on reproduction. J Toxicol Sci 35(4):527-533.

Yahia D, Tsukuba C, Yoshida M, Sato I, Tasuda S. (2008). Neonatal death of mice treated with perfluorooctane sulfonate. J Tox Sci 33(2):219-226.

Yamaguchi M, Arisawa K, Uemura H, Katsuura-Kamano S, Takami H, Sawachika F, Nakamoto M, Juta T, Toda E, Mori K, Hasegawa M, Tanto M, Shima M, Sumiyoshi Y, Kodama K, Suzuki T, Nagai M, Satoh H. (2013). Consumption of seafood, serum liver enzymes, and blood levels of PFOS and PFOA in the Japanese population. J Occup Health 55(3):184-194.

Yan S, Zhang H, Guo X, Wang J, Dai J. (2017). High perfluorooctanoic acid exposure induced autophagy blockage and disturbs intracellular vesicle fusion in the liver. Arch Toxicol 91:247-258.

Yan S, Zhang H, Wang J, Zheng F, Dai J. (2015). Perfluorooctanoic acid exposure induces endoplasmic reticulum stress in the liver and its effects are ameliorated by 4-phenylbutyrate. Free Rad Biol Med 87:300-311.

Yan S, Zhang H, Guo X, Wang J, Dai J. (2017). High perfluorooctanoic acid exposure induces autophagy blockage and disturbs intracellular vesicle fusion in the liver. Arch Toxicol 91:247-258.

Yang B, Zou W, Hu Z, Liu F, Zhou L, Yang S, Kuang H, Wu L, Wei J, Wang J, Zou T, Zhang D. (2014). Involvement of oxidative stress and inflammation in liver injury caused by perfluorooctanoic acid exposure in mice. BioMed Res International Volume 2014, Article ID409837, 7 pages.

Yang C, Jo S-H, Csernus B, Hyjek E, Liu Y, Chadburn A, Wang YL. (2007). Activation of peroxisome proliferator-activated receptor γ contributes to the survival of T lymphoma cells by affecting cellular metabolism. Amer J Pathol 170(2):722-732.

Yang L, Li J, Lai J Luan H, Cai Z, Wang Y, Zhao Y, Wu Y. (2016). Placentl transfer of perfluoroalkyl substances and associations with thyroid hormones: Beijing prenatal exposure study. Sci Reports 6:21699, 9 pages.

Yang MH, Vasquez Y, Ali Z, Khan IA, Khan SI. (2013). Constituents from *Terminalia* species increase PPARα and PPARγ levels and stimulate glucose uptake without enhancing adipocyte differentiation. J Ethnopharm 149:490-498.

Yao P-L, Ehresman DJ, Rae JMC, Chang S-C, Frame ST, Butenhoff JL, Kennedy GL, Peters JM. (2014). Comparative in vivo and in vitro analysis of possible estrogenic effects of perfluorooctanoic acid. Toxicology 326:62-73.

Yokoi H, Mizukami H, Nagatsu A, Ohno T, Tanabe H, Inoue M. (2009). Peroxisome proliferator-activated receptor y ligands isolated from dlay seed (*Coix lacryma-jobi* L. var. *ma-yuen* STAPF.). Biol Pharm Bull 32(4):735-740.

Youssef J, Badr M. (2011). Peroxisome proliferator-activated receptors and cancer: Challenges and opportunities. Brit J Pharmacol 164:68-82.

Yu K-H, Luo S-F, Tsai W-P, Huang Y-Y. (2004). Intermittent elevation of serum urate and 24-hour urinary uric acid excretion. Rheumatology 43:1541-1545.

Yu N, Wei S, L I M, Yang J, Li K, Jin L, Xie Y, Giesy JP, Zhang X, Yu H. (2016). Effects of perfluorooctanoic acid on metabolic profiles in brain and liver of mouse revealed by a high-throughput targeted metabolomics approach. Sci Reports 6:23963.

Yu ZY, Yin DQ, Deng HP. (2015). The combinational effects between sulfonamides and metals on nematode *Caenorhabditis elegans*. Ecotoxicol Environ Safety 111:66-71.

Yuan Z, Miao Z, Gong X, Zhao B,  Zhang Y, Ma H, Zhang J, Zhao B. (2017). Changes on lipid peroxidation, enzymatic activities and gene expression in planarian (*Dugesia japonica*) following exposure to perfluorooctanoic acid. Ecotoxicol Environ Safety 145:564-568.

Yuan Z, Zhang J, Zhao L, Li J, Liu H. (2017). Effects of perfluorooctanoic acid and perfluorooctane sulfonate on acute toxicity, superoxide dismutase, and cellulose activity in the earthworm Eisenia fetida. Environ Sci Pollut Res 24:18188-18194.

Zeng X-W, Qian Z, Emo B, Vaughn M, Bao J, Qin X-D, Zhu Y, Li J, Lee YL, Dong G-H. (2015). Association of polyfluoroalkyl chemical exposure with serum lipids in children. Sci Total Environ 512-513:364-370.

Zhang F, Wei J, Li Q, Jiang R, Yu N, Qin J, Chen L. (2015). Effects of perfluorooctane sulfonate on the immune responses and expression of immune-related genes in Chinese mitten-handed crab *Eriocheir sinensis*. Comp Biochem Physiol (Part C) 172-173:13-18.

Zhang H, Fang W, Wang D, Gao N, Ding Y, Chen C. (2014). The role of interleukin family in perfluorooctanoic acid (PFOA)-induced immunotoxicity. J Haz Mat 280:552-560.

Zhang H, Cui R, Guo X, Hu J, Dai J. (2016). Low dose perfluorooctanoate exposure promotes cell proliferation in a human non-tumor liver cell line. J Haz Mat 313:18-28.

Zhang H, Xu X, Chen L, Chen J, Hu L, Jiang H, Shen X. (2011). Molecular determinants of magnolol targeting both RXRα and PPARγ. PLoS ONE 6(11):328253.

Zhang H, Xu X, Chen L, Chen J, Hu L, Jiang H, Shen X. (2011). Molecular determinants of magnolol targeting both RXRα and PPARγ. PLoS ONE 6(11):e28253.

Zhang H, Yolton K, Webster GM, Ye X, Calafat Am, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. (2018). Prenatal and childhood perfluoroalkyl substances exposures and children's reading skills at ages 5 and 8 years. Environ Intern 111:224-231.

Zhang L, Niu J, Li Y, Wang Y, Sun D. (2013). Evaluating the sub-lethal toxicity of PFOS and PFOA using rotifer Brachionus calyciflorus. Environ Pollut 180:34-40.

Zhang L, Ren X-M, Wan B, Guo L-H. (2014). Structure-dependent binding and activation of perfluorinated compounds on human peroxisome proliferator-activated receptor γ. Toxicol Appl Pharm 279:275-283.

Zhang M-L, Irwin D, Li X-N, Sauriol F, Shi X-W, Wang Y-F, Huo C-H, Li L-G, Gu Y-C, Shi Q-W. (2012). PPARγ agonist from *Chromolaena odorata*. J Nat Prod 75:2076-2081.

Zhang X-J, Xiong Z-B, Tang A-L, Ma H, Ma Y-D, Wu J-G, Dong Y-G. (2010). Rosiglitazone-induced myocardial protection against ischaemia-reperfusion injury is mediated via a phosphatidylinositol 3-kinase/Akt-dependent pathway. Clin Exper Pharmacol Physiol 37:156-161.

Zhang Y, Luo Z, Ma L, Xu Q, Yang Q, Si L. (2010). Resveratrol prevents the impairment of advanced glycosylation end products (AGE) on macrophage lipid homeostasis by suppressing the receptor for AGE via peroxisome proliferator-activated receptor γ activation. Inter J Mol Med 25:729-734.

Zhang Z, Yuan H, Zhao H, Qi B, Li F, An L. (2017). PPARγ activation ameliorates postoperative cognitive decline probably through suppressing hippocampal neuroinflammation in aged mice. Intern Immunopharm 43:53-61.

Zhao B, Lian Q, Chu Y, Hardy DO, Li X-K, Ge R-S. (2011). The inhibition of human and rat 11β-hydroxysteroid dehydrogenase 2 by perfluoroalkylated substances. J Ster Biochem Mol Biol 125:143-147.

Zhao H, Chen C, Zhang X, Chen J, Quan X. (2011). Phytotoxicity of PFOS and PFOA to *Brassica chinensis* in different Chinese soils. Ecotox Environ Safety 74:1343-1347.

Zhao M, Jiang Q, Geng M, Zhu L, Xia Y, Khanal A, Wang C. (2017). The role of PPAR alpha in perfluorooctanoic acid induced developmental cardiotoxicity and L-carnitine mediated protection – Results of in ovo gene silencing. Environ Toxicol Pharmacol 56:136-144.

Zhao Q, Wu X, Yan S, Xie X, Fan Y, Zhang J, Peng C, You Z. (2016). The antidepressant-like effects of pioglitazone in a chronic mild stress mouse model are associated with PPARγ-mediated alteration of microglial activation phenotypes. J Neuroinflam 13:259 (pages 1-17).

Zhao W, Cui R, Wang J, Dai J. (2017). Inhibition effects of perfluoroalkyl acids on progesterone production in mLTC-1. Environ Sci 56:272-280.

Zhao W, Shi G, Gu H, Ngoc NB. (2016). Role of PPARγ in the nutritional and pharmacological actions of carotenoids. Res Rep Biochem 6:13-24.

Zhao Y, Chen K, Shen X. (2015). Environmental enrichment attenuated sevoflurane-induced neurotoxicity through the PPAR-γ signaling pathway. BioMed Res Intern, Volume 2015, Article ID 107149, 11 pages.

Zheng L, Dong G-H, Zhang Y-H, Liang Z-F, Jin Y-H, He Q-C. (2011). Type I and Type 2 cytokines imbalance in adult male C57BL/6 mice following a 7-day oral exposure to perfluorooctanesulfonate (PFOS). J Immunotox 8(1):30-38.

Zhou L, Xia M, Wang L, Mao H. (2016). Toxic effect of perfluorooctanoic acid (PFOA) on germination and seedling growth of wheat (Triticum aestivum L.). Chemosphere 159:420-425.

Zhou X, Dong T, Fan Z, Peng Y, Zhou R, Want X, Song N, Han M, Fan B, Jia J, Liu S. (2017). Perfluorodecanoic acid stimulates NLRP3 inflammasome assembly in gastric cells. Sci Reports 7:45468 10 pages.

Zoechling A, Liebner F, Jungbauer A. (2011). Red wine: A source of potent ligands for peroxisome proliferator-activated receptor γ. Food Funct 2:28-38.

Zolezzi JM, Santos MJ, Bastías-Candia S, Pinto C, Godoy JA, Inestrosa NC. (2017). PPARs in the central nervous system: Roles in neurodegeneration and neuroinflammation. Biol Rev 92:2046-2069.

Zou G, Gao Z, Wang J, Zhang Y, Ding H, Huang J, Chen L, Guo Y, Jiang H, Shen X. (2008). Deoxyelephantopin inhbits cancer cell proliferation and functions as a selective partial agonist against PPARγ. Biochem Pharmacol 75:1381-1392.

# EXHIBIT A

EDWARD J. CALABRESE, PH.D.

CURRICULUM VITAE

March 2018

## I. SUMMARY:

- Professor of Toxicology at the University of Massachusetts, Amherst since 1976.
- Board Certified in general toxicology by the Academy of Toxicological Sciences since 1982.
- Over 825 publications in peer-reviewed journals.
- Among the most highly cited papers in the entire history of several leading toxicology journals.
- Over 800 invited presentations at major conferences and University seminars.
- Author or Co-Author of 26 books.
- Editor or Co-Editor of over 40 monographs and/or conference proceedings.
- Consultant to most environmentally oriented federal agencies.
- Member of multiple national research council expert committees such as the Safe Drinking Water Committee, Air Cabin Safety Committee, and Food and Nutrition Committee.
- Consultant to numerous major U.S. corporations and trade associations.
- Extramural funding since 1976 from all sources exceeds 30 million dollars.
- Founding Editor-in-Chief Human and Ecological Risk Assessment.
- Founding Editor-in-Chief Dose-Response Journal.
- Recipient of the Springer Award for the body of work on hormesis, 2010.
- Honorary Doctor of Science Degree, McMaster University 2013.
- Awarded the Petr Beckmann Award from Doctors for Disaster Preparedness 2014.
- Advisory Board for the first graduate training program focused on hormetic mechanisms, Friedrich-Schiller-University, Jena, Germany 2011 to present.

| Table 1. Number of Publications Per Year | | | | | |
|---|---|---|---|---|---|
| | | | | 2018 = 19 | 2017 = 32 |
| 2016 = 13 | 2015 = 20 | 2014 = 22 | 2013 = 22 | 2012 = 19 | 2011 = 10 |
| 2010 = 27 | 2009 = 13 | 2008 = 28 | 2007 = 9 | 2006 = 13 | 2005 = 15 |
| 2004 = 10 | 2003 = 20 | 2002 = 15 | 2001 = 42 | 2000 = 22 | 1999 = 15 |
| 1998 = 22 | 1997 = 14 | 1996 = 17 | 1995 = 18 | 1994 = 21 | 1993 = 25 |
| 1992 = 17 | 1991 = 20 | 1990 = 25 | 1989 = 25 | 1988 = 26 | 1987 = 20 |
| 1986 = 29 | 1985 = 32 | 1984 = 12 | 1983 = 22 | 1982 = 20 | 1981 = 11 |
| 1980 = 23 | 1979 = 24 | 1978 = 13 | 1977 = 11 | 1976 = 5 | 1975 = 2 |
| 1974 = 10 | 1973 = 1 | 1972 = 1 | 1968 = 1 | | Total = 825 |

## II. BIOGRAPHICAL SKETCH:

*Edward J. Calabrese* is a Professor of Toxicology at the University of Massachusetts, School of Public Health and Health Sciences, Amherst.  Dr. Calabrese has researched extensively in the area of host factors affecting susceptibility to pollutants, and is the author of over 800 papers in scholarly journals, as well as more than 10 books, including Principles of Animal Extrapolation; Nutrition and Environmental Health, Vols. I and II; Ecogenetics; Multiple Chemical Interaction; Air Toxics and Risk Assessment; and Biological Effects of Low Level Exposures to Chemical and Radiation.  Along with Mark Mattson (NIH) he is a co-editor of the recently published book entitled Hormesis: A Revolution in Biology, Toxicology and Medicine.  He has been a member of the U.S. National Academy of Sciences and NATO Countries Safe Drinking Water committees, and on the Board of Scientific Counselors for the Agency for Toxic Substances and Disease Registry (ATSDR). Dr. Calabrese also serves as Chairman of the Biological Effects of Low Level Exposures (BELLE) and as Director of the Northeast Regional Environmental Public Health Center at the University of Massachusetts.  Dr. Calabrese was awarded the 2009 Marie Curie Prize for his body of work on hormesis.  He was the recipient of the International Society for Cell Communication and Signaling-Springer award for 2010.  He was awarded an Honorary Doctor of Science Degree from McMaster University in 2013. In 2014 he was awarded the Petr Beckmann Award from Doctors for Disaster Preparedness.


Over the past 20 years Professor Calabrese has redirected his research to understanding the nature of the dose response in the low dose zone and underlying adaptive explanatory mechanisms. Of particular note is that this research has led to important discoveries which indicate that the most fundamental dose response in toxicology and pharmacology is the hormetic-biphasic dose response relationship. These observations are leading to a major transformation in improving drug discovery, development, and in the efficiency of the clinical trial, as well as the scientific foundations for risk assessment and environmental regulation for radiation and chemicals.

# CURRICULUM VITAE

*Edward J. Calabrese, Ph.D.*

60 Cherry Lane
Amherst, MA  01002
Phone: (413) 549-5264 (home)
(413) 545-3164 (work)
Fax: (413) 545-4692 (work)
E-Mail: edwardc@schoolph.umass.edu

| III.    ACADEMIC TRAINING | | |
|---|---|---|
| University of Massachusetts, Amherst, MA | 1972-1974 – Education Science Ed. | Ed.D. 1974 |
| University of Massachusetts, Amherst, MA | 1971-1973 – Physiology/Toxicology, Entomology Department | Ph.D. 1973 |
| State College of Bridgewater, Bridgewater, MA | 1969-1971 – Biology | MA 1972 |
| State College of Bridgewater, Bridgewater, MA | 1964-1968 - Biology | BA 1968 |

## IV.    WORK EXPERIENCE

Graduate Program Director, Environmental Health Sciences Department, December 2003-2004.

Division Chair, Environmental Health Sciences Division, December 2003-2006.

Director - Northeast Regional Environmental Public Health Center, October 1985-Present.

Professor - Promoted from Associate Professor, June 1982-Present.

Associate Professor - Promoted from Assistant Professor, June 1980.

Assistant Professor - September 1976 - Environmental Health Sciences Program, Division of Public Health, University of Massachusetts, Amherst, MA.  Duties include: teaching introductory and advanced courses in environmental toxicology, directing thesis research.

4

<u>Assistant Professor</u> - July 1974-August 1976 - Department of Occupational and Environmental Medicine, University of Illinois,  School of Public Health, and <u>Assistant Director of the Environmental Health Resource Center</u>.  Duties included: the identification and quantification of present and potential environmental health hazards within the state, the development and review of environmental health legislation, standards and regulations, testimony at regulatory and legislative hearings on standards of environmental quality and teaching courses in environmental health.

<u>Environmental Research Director</u> for the Massachusetts Public Interest Research Group - December 1973-June 1974.  Duties included: determination of research and educational goals of the organization, direction of student research projects, direction of Water Quality Training Institutes throughout Massachusetts.

<u>Adjunct Professor</u> - Southwest Residence College - University of Massachusetts.  January 1974.  Taught environmental science courses to undergraduate and graduate students.

<u>Assistant Professor</u> - Fall 1973 - North Adams State College, North Adams, MA.  Biology Department - taught Ecology, Evolution, and Introductory Biology.


## V.    GRANTS AND RESEARCH FUNDING

Principal Investigator. Coca-Cola Company. Environmental Health Sciences 2-22-2016 – present ($25,000).

Principal Investigator. Air Force Office of Scientific Research. Enhancing Biological Performance: Occurrence, Mechanisms and Applications. 2013-2018. ($1,197,558).

Principal Investigator. Exxon Mobil Foundation. Research and Education work on the topic area of hormesis. 2014 ($125,000).

Principal Investigator. Samueli Institute. Conference on Dose-Response. 2013-2014 ($15,000).

Principal Investigator. ExxonMobil. Hormesis Research.  2007-2013.  ($150,000 per year).

Director. Hormesis Conference general support. Multiple public and private organizations. 2010-2013. (Approximately $50,000).

Principal Investigator. Air Force Office of Scientific Research. Conference on Adaptive Responses and their Biomedical Applications. 2012. ($25,544).

Principal Investigator. Air Force Office of Scientific Research. Conference on Adaptive Responses and their Biomedical Applications. 2011. ($25,580).

5

Principal Investigator. Lounsbery Foundation. Development of an Integrative Mechanistic Framework. 2010-2012. ($25,000)

Principal Investigator. Air Force Office of Scientific Research. Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2008-2010. ($299,371).

Director. Hormesis Conference general support. Multiple public and private organizations. 2008-2009. (Approximately $120,000).

Principal Investigator. Air Force Office of Scientific Research. Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2007. ($84,778).

Principal Investigator. Air Force Office of Scientific Research. Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2007. ($199,845).

Director. Hormesis Conference general support. Multiple public and private organizations. 2007. (Approximately $150,000).

Director. Hormesis Conference general support. Multiple public and private organizations. 2006. (Approximately $100,000).

Principal Investigator. Alfred P. Sloan Foundation. Hormesis Center. 2004-2007. ($45,000).

Principal Investigator. Dow Chemical Co. Distributions for Monte-Carlo Soil Ingestion Risk Assessment. 2004-2007. ($160,470).

Principal Investigator. Lounsbery Foundation. Workshop to Create a Hormesis Institute/Center. 2005-2007. ($75,000).

Principal Investigator. ExxonMobil. Hormesis Research.  2006.  ($150,000).

Principal Investigator. Air Force Office of Scientific Research. Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2006. ($214,645).

Principal Investigator. ExxonMobil. BELLE – Chemical Hormesis Database. 2005. ($150,000).

Principal Investigator. Air Force Office of Scientific Research. Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2005. ($211,026).

6

Principal Investigator. U.S. Department of Energy. International Conference – Hormesis Implications for Toxicology, Medicine, and Risk Assessment. 2005-2006. ($5,000).

Principal Investigator. Dow Chemical Co. Distributions for Monte-Carlo Soil Ingestion Risk Assessment. 2004-2006. ($160,470).

Principal Investigator. Alfred P. Sloan Foundation. Hormesis Center. 2004-2006. ($45,000).

Principal Investigator. U.S. Department of Energy. Non-Linear Dose Response Relationship in Biology, Toxicology and Medicine. 2004-2005. ($20,000).

Principal Investigator. General Electric Foundation. BELLE Initiative. 2004. ($100,000).

Principal Investigator. ExxonMobil. BELLE – Chemical Hormesis Database. 2004. ($75,000).

Principal Investigator. Air Force Office of Scientific Research.  Chemical/Radiation Hormesis Database, Evaluation of Hormetic Mechanisms & Their Biomedical and Risk Assessment Implications. 2004. ($174,302).

Principal Investigator. U.S. Department of Energy. Non-Linear Dose Response Relationship in Biology, Toxicology and Medicine. 2003-2004. ($12,500).

Principal Investigator. Florida Power and Light. Assessment of Arsenic Bioavailability in Humans. 2002-2003. (~$110,000).

Principal Investigator. Air Force. Toxicological Assessment of Hormesis. 2001-2003. ($450,000).

Principal Investigator. US EPA/American Chemical Council. Soil Ingestion in Construction Workers. 2001-2003. ($750,000).

Co-Principal Investigator. Health Risks and Fish Consumption from the Pasiac River. 2001-2002. ($125,000).

Principal Investigator. CA EPA. Single Exposure Carcinogen Database Update and Evaluation. 2002. ($50,000).

Co-Director. 11th Annual Soil and Groundwater Conference. San Diego, CA. March 2002. ($100,000).

Co-Director. 18th Annual Soil, Groundwater and Sediment Contamination Conference. University of Massachusetts. October 2001. ($125,000).

Principal Investigator. Conference on Non-Linear Dose-Response. Multiple sponsors (EPA, NIEHS, AWWARF, Air Force, and other). June 2001. ($150,000).

Co-Director. International Conference on Contaminated Soil, Sediment, and Groundwater. London. August 2000. ($300,000).

Co-Principal Investigator. Soil ingestion workshop/assessment. U.S. EPA. June/July 2000. ($50,000).

Principal Investigator. Soil ingestion in construction workers. U.S. EPA/CMA. October, 1999 ($650,000).

Principal Investigator. Development of an ionizing radiation hormesis database. Nuclear Regulatory Commission. September 1997 - September 1999 ($188,000).

Principal Investigator. Biological effects of low level exposures. Three year cooperative agreement. Reviewed once, 1999. Nuclear Regulatory Commission, 1996-1998, 1999-2001. ($60,000  or $20,000/year).

Principal Investigator. Assessment of soil ingestion in children. Health Canada. January 1999 ($6,500).

Principal Investigator. Biological effects of low level exposures (BELLE). From multiple sponsors. 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004. (approx. $120,000/year from multiple sources).

Co-Principal Investigator. Florida Power and Light.  Biological effects of arsenic contaminated soil. January 1998 ($100,000), March 1999 ($50,000).

Principal Investigator. ARCO. Assessment of the role of particle size on soil ingestion estimates in children. June 1997 ($150,000).

Principal Investigator. Health Research Foundation (Japan). Biological effects of low level exposures. September 1997 ($15,000).

Principal Investigator. U.S. Air Force. Assessment of the societal and scientific implications of hormesis. October 1997 -  October 2000 ($345,000).

Principal Investigator. U.S. EPA. Single exposure carcinogen database. October 1997 – May 1999 ($75,000).

Principal Investigator. GE Foundation. Biological effects of low level exposures (BELLE). October 1997 ($15,000).

Co-Principal Investigator. EPA.  Assessment of groundwater contamination by MTBE. September 1997 ($43,000).

Principal Investigator. Exxon. Biological effects of low level exposures. 1996-1999 $20,000/year. ($80,000).

Principal Investigator. Dow-Corning. Biological effects of low level exposures. 1996-1999 $10,000/year. ($40,000).

Principal Investigator. Canadian Electric Utilities. Biological effects of low level exposures. 1996 ($10,000).

Co-Director. Bitor-Venezuela. Evaluation of the endocrine disruption potential of surfactants. June 1996 ($447,000).

Co-Principal Investigator. Massachusetts Department of Environmental Protection. Determination of heavy metal background levels. June 1996 ($23,000).

Principal Investigator. ARCO. Assessment of the role of particle size on soil ingestion estimates in children. June 1996 ($150,000).

Principal Investigator. Radiation, Science and Health, Inc. Critical assessment of selected literature on radiation hormesis. December 1996 ($26,000).

Principal Investigator. Environmental effects of Orimulsion. December 1996 ($836,000).

Principal Investigator to support BELLE related activities. January 1995. RJReynolds, Inc., $25,000; Electric Power Research Institute, $10,000; Dow Corning, $10,000; and Canadian Electric Utilities, $10,000.

Principal Investigator. RJReynolds, Inc. The effects of low levels of chemical agents on biological responses. February 1995 ($25,000).

Principal Investigator to assess soil ingestion in children living in Northwest of the U.S. ARCO. September 1992 - June, 1996 ($748,000).

Principal Investigator. Louisiana DEQ. Assessment of soil ingestion in children. June 1995 ($50,000).

Principal Investigator. US EPA. An evaluation of gender differences in susceptibility to toxic substances. June 1995 ($55,000).

Principal Investigator. US EPA. Single exposure carcinogen database. October 1995 ($75,000).

Principal Investigator. Health Canada. Develop new methodologies to assess human high risks. November 1994 ($60,000).

Principal Investigator to direct BELLE activities. EPRI, Dow Corning, Center for Indoor Research, and EPA. October 1994 ($55,000).

Principal Investigator. Florida Power and Light. Development of a framework to conduct an ecological risk assessment on Tampa Bay. April 1994 ($140,000).

Principal Investigator. Gillette, Inc. Support of BELLE-related activities. May 1994 ($3,000).

Principal Investigator. Florida Power and Light. Assess the effects of several types of fuel oil on red blood cells. September 1994 ($31,000).

Co-Director of a series of conferences on petroleum contaminated soil. Held at the University of Massachusetts, Amherst.  1985, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002. Approximately $100,000/conference from external co-sponsors.

Co-Director of a series of conferences on soil and groundwater contamination. Held in the greater Los Angeles area. 1989-2002. $100,000/year.

Principal Investigator on a grant to assess interspecies differences in hepatic peroxisomes proliferation and its role in the development of fish tumors. Department of Defense, U.S.A. April 1988-1993 ($749,000).

Florida Power and Light. Critical Evaluation of the $PM_{10}$ standard. November 1993 ($20,000).

Principal Investigator to direct BELLE activities: EPRI, Dow Corning, Center for Indoor Research, and others. April 1993 (approx. $50,000).

Principal Investigator to assess single exposure carcinogens. ATSDR/September 1993 ($50,000).

Principal Investigator to assess the prevalence of soil pica in children and soil ingestion in children with soil pica. State of Colorado. July 1992 ($151,000).

Principal Investigator to direct the development of a newsletter on the Biological Effects of Low Level Exposures (BELLE). U.S. EPA. September 1992 ($60,000).

Director of the Council for Health and Environmental Safety of Soils Funded by EPA, ATSDR and other organizations. 1988 – 1992 ($150,000/yr.)

Principal Investigator. U.S. EPA.  Lead Training Center. March 1992 ($320,000); October 1993 ($220,000); October 1994 ($290,000).

Co-Director of National Conference on Hydrocarbon Contaminated Soils. From multiple agencies/organizations.  ($70,000).

Co-principal Investigator - Development of risk assessment methods for human and ecological risks. Health and Welfare Canada. April 1 1992 ($75,000).

Co-principal Investigator for Regional Lead Training Center. U.S. EPA. April 1992 ($250,000).

Principal Investigator to conduct national conference on the Biological Effects of Low Level Exposures to Chemicals and Radiation. NIEHS. April 1992 ($10,000).

Principal Investigator to support research activities concerning the biological effects of low level exposures (BELLE). Ontario Hydro. January-May 1992 ($20,000); RJR-Nabisco ($35,000); EPRI ($10,000).

Principal Investigator to assess the effects of selected oxidant stressor contaminants on red blood cells. State of Colorado. May 1992 ($44,000).

Principal Investigator to assess factors assessing the siting of waste sites in the U.S. Waste Management Inc. June 1992 ($200,000).

Principal Investigator to assess environmental factors affecting stream health. Wyman-Gordon, Co. July 1992 ($135,000).

Co-Director of the Hydrocarbon Contaminated Soil and Groundwater Conference. Newport Beach, California. 1991 - co-sponsorship $100,000  (approx.).

Principal Investigator to unrestricted support on predictive toxicology. Proctor and Gamble. June 1991 ($5,000).

Co-principal Investigator to develop a toxicological based risk communication program for lead in water. U.S. EPA. August 1991 ($50,000).

Co-Director of the 6th Annual Hydrocarbon Conference. Sept. 1991 (combined sponsorship $100,000. From multiple agencies, federal, state and private sector).

Principal Investigator of a project to differentiate soil and dust ingestion in children. U.S. EPA. Sept., 1991 ($50,000).

Principal Investigator to support research activities concerning the biological effects of low level exposures (BELLE). Dow Chemical. November 1991 ($5,000).

Principal Investigator to support research activities concerning the biological effects of low level exposures. RJR Nabisco, Inc. July 1990 ($45,000).

11

Principal Investigator-Evaluation of the health basis for EPA's regulations of SOTs and IOCs in drinking water. American Water Works Association Research Foundation. July 1990 ($100,000).

Principal Investigator on contract to assess the relative potency of methemoglobin forming agents. EPA. July 1990 ($28,000).

Principal Investigator-Methemoglobin forming agents: Toxicologic and risk assessment. EPA. August 1990 ($28,000).

Principal Investigator to support research activities concerning the biological effects of low level exposures. Dow Chemical. November 1990 ($10,000).

Principal Investigator to support research activities concerning the biological effects of low level exposures. The Electric Power Research Institute. December 1990 ($10,000).

Co-Director of the Hydrocarbon Contaminated Soil and Groundwater Conference. Newport Beach, California. 1990 - co-sponsorship $100,000  (approx.).

Principal Investigator of a contract to assess the Public Health risks associated with medical waste. Funded by the Rockefeller Institute of Government, Albany, New York. January 1989 ($15,000).

Co-Principal Investigator on a grant to assess factors affecting heavy metal tissue distribution in selected fish species. General Electric. July 1989 ($112,500).

Co-Principal Investigator on a grant to assess public health aspects of soil contaminated with petroleum. U.S. EPA. July 1989 ($43,000).

Principal Investigator to continue research on how to estimate how much soil children ingest. Gradient Corporation. August 1989 ($35,000).

Director of a conference on drinking water and health. American Water Works Association Research Foundation. September 1989 ($10,000).

Principal Investigator of a contract to assess the methodological approaches for establishing an Air Toxic Programs. Rohm and Haas, Inc. Part 1 - January 1987 ($60,0000. Part 2 - January 1988 ($60,000).

Principal Investigator on a grant to develop an approach for assessing human risk for soil contamination. Hercules Corporation. January 1988 ($10,000).

Principal Investigator of a contract to assess environmental exposure from the application of lawn care chemical treatment practices. Massachusetts Department of Food and Agriculture. January 1987 - June 1987 $75,000;  July 1987 - June 1988 ($75,000).

Director on a grant from Proctor and Gamble in the general area of research in animal extrapolation. July 1988 ($5,000).

Principal Investigator of a grant to assess the amount of soil children consume. Syntex, Corporation. August 1988 ($25,000).

Principal Investigator of a study to assess the environmental and public health effects of soils contaminated with petroleum products including disposal options. Mass. Depart. of Environ. Engineering. July 1986 - June 1987 ($108,000).

Director of workshop on risk assessment for aerial spraying of insecticides for control of gypsy moths. U.S.D.A. - Forest Service. January 1986 ($12,000).

Co-principal Investigator of a grant to assess the effects of acid rain on selected freshwater fish species. Massachusetts Fish & Wildlife Service. May 1986 ($7,000).

Co-principal Investigator of a contract to assess the environmental and public health implications of disposal options for petroleum contaminated soil. Edison Electric Institute. July 1986 ($50,000).

Co-principal Investigator to establish an aquatic toxicology research program in the School of Public Health. Funded by the Mass. Department of Fisheries and Wildlife. July 1986 ($100,000/year).

Principal Investigator of a study to assess the environmental and public health effects of soils contaminated with petroleum products including disposal options. Mass. Depart. of Environ. Engineering. September 1984 - June 1985 ($71,000). July 1985 - June 1986 ($76,000).

Director on a grant from Proctor and Gamble in the general area of research in animal extrapolation. August 1986 ($5,000), an additional $5,000.00 was received in July 1987.

Principal Investigator of a grant to assess the amount of soil children consume. Syntex, Corporation. August 1986 ($344,000).

Co-principal Investigator of the 3-year grant to assess the aquatic toxicity of chlorination of waste water treatment plants. Mass. Water Pollution Control Assoc. September 1986 ($90,000).

Director of EPA sponsored conference on the Environmental and Health effects of Ozone. U.S. EPA. October 1986 ($10,000).

Principal Investigator of a grant from the University of Illinois - Effects of ozone on mice with low levels of glucose-6-phosphate dehydrogenase in red cells. January 1985 ($5,000).

Principal Investigator of a study entitled "The Effect of Environmental pH and Modifying Factors on the Reproduction of Rainbow Smelt." Massachusetts Fish and Wildlife Service. January 1985 ($9,873).

Director of a contract to provide toxicological and risk assessment consultation and research to the Connecticut State Health Department. February 1985 ($90,000).

Principal Investigator of a study to assess possible reproductive hazards in the semi-conductor industry.  Digital Corporation: Phase 1 - July 1984 ($244,000); Phase 2 - March 1, 1985 ($194,000).

Director of the Northeast Regional Environmental Health Center, sponsored by the six New England States. Starting October 1985 (goal of $250,000/year).

Principal Investigator on the assessment of the occurrence of biological factors affecting interindividual variation in response to toxic substances. Hercules Corporation. October 1985 ($11,000).

Director of a national conference on "Environmental and Public Health Effects of Soils Contaminated with Petroleum Products." Funded by the Massachusetts Department of Environmental Quality Engineering, EPRI, ARCO, Northeast Utilities and other companies. October 1985 ($50,000).

Director of a contract to assess the public health hazards associated with leaking underground storage tanks. EPRI. October 1985 ($20,000).

Co-Investigator of a study to assess the possibility of using surrogate parameters in monitoring for the presence of volatile organic contaminants in drinking water. American Water Works Association Research Foundation. October 1984 ($60,000).

Principal Investigator of a study to assess the effects of elevated levels of sodium in drinking water on school children. Massachusetts Department of Environmental Quality Engineering. June 1983 ($10,000).

Developed the concept and proposal for a state-supported Environmental R & D Center. It was funded by the Massachusetts Legislature in July 1983 for up to $500,000 per year.

Director of a grant from the U.S. EPA to conduct an International Conference on Cardiovascular Disease and Inorganic Constituents in Drinking Water. August 1983  ($65,000).

Director of a contract from the Massachusetts Department of Environmental Quality Engineering to assess the impact of several plastics manufacturing plants on ambient air quality. September 1982 ($5,068).

Principal Investigator of a contract to assess government policy with respect to genetic screening in the workplace. U.S. Congress' Office of Technology Assessment.  January 1982 ($7,400).

Principal Investigator of a Biomedical Research Grant from the University of Massachusetts Graduate Research Council to study the development of an animal model to simulate human hereditary blood disorders (i.e., G-6-PD deficiency). April 1982 ($5,000).

Director of a quarterly newsletter entitled "Health Effects Update" for members of the American Water Works Association. May 1982  ($20,000/year).

Principal Investigator of a grant to investigate the efficacy of the guinea pig heterologous model to predict the effects of ozone on human erythrocytes with a G-6-PD deficiency. Hoffmann-LaRoche, Inc.  June 1982 ($10,000).

Principal Investigator of a grant to study the effects on blood pressure of a reduction in sodium in drinking water from 120 ppm to 25 ppm. American Water Works Research Foundation. June 1982 ($29,000).

Principal Investigator on a study designed to evaluate the effect of ascorbic acid supplementation on the body burden of lead. Hoffmann-LaRoche, In. July 1982 ($14,700).

Co-principal Investigator on an unrestricted grant from the State of Massachusetts Department of Environmental Quality Engineering to study the potential of organics in drinking water as pollutants in household air. November 1981 ($600).

Principal Investigator of a grant to investigate the effects of variable dietary ascorbic acid intake on the toxicity of a proposed toxic ozone intermediate on human subjects (in vitro). Hoffmann-LaRoche, Inc., N.J. December 1981 ($10,000).

Director of a $41,000 grant from the U.S. EPA to conduct an International Conference on Cardiovascular Disease and Drinking Water during May 1979.

Principal Investigator on a contract from the U.S. EPA to provide a critical assessment of the epidemiological and toxicological studies concerning the health implications of widespread use of diesel fuel. June 1979 ($9,500).

Co-principal Investigator on a contract from the U.S. EPA to evaluate the effects of chlorite on the kidney, blood pressure, and blood parameters in adult and neonate rats and mice. December 1979 ($176,198).

Co-principal Investigator on a grant from the U.S. EPA to conduct a study on the effects of elevated levels of sodium in drinking water on cardiovascular function. March 1978 ($950,000).

Director of a $24,000 grant from the U.S. EPA to conduct an International Conference on the Effects of Pollutants on High Risk Groups during June 1978.

15

Principal Investigator on a grant from the U.S. EPA to conduct a study on the effects of ozone and nitrogen dioxide on mice with low levels of glucose-6-phosphate dehydrogenase in their red cells. June 1978 ($211,000).

Co-principal Investigator on a grant from the U.S. EPA to conduct a study on the effects of chloramines, chlorite, and copper on pregnant female mice with red cells having low levels of glucose-6-phosphate dehydrogenase. July 1978 ($95,000).

Co-principal Investigator on a U.S. EPA grant to evaluate the effect of chlorine dioxide disinfection on neonates born during 1946 in a community that temporarily adopted the use of chlorine dioxide for disinfection. 1978 ($50,000).

Co-principal Investigator of a grant from the Water Research Resources Center at the University of Massachusetts to investigate the effects of elevated levels of sodium in drinking water on the health of community residents. January 1977 ($4,500).

Co-Principal Investigator. Massachusetts Department of Environmental Protection. Determination of heavy metal background levels. June 1997 ($30,000).

Co-principal Investigator on a contract from the Environmental Protection Agency to conduct: (1) a study of the incidence of death from circulatory system causes between two communities with markedly different sodium levels in drinking water and (2) an analysis of the difference in drinking water quality with respect to minerals and heavy metals between these two communities. July 1977 ($10,000).

Co-principal Investigator on a grant from the U.S. EPA to conduct a study on the effects of chlorine dioxide on mice with low levels of glucose-6-phosphate dehydrogenase in their red cells. October 1977($50,000).

Principal Investigator of a grant from the University of Massachusetts Graduate Research Council - Biomedical Effects Section  - to continue studies on the effects of ozone on mice with low levels of glucose-6-phosphate dehydrogenase in red cells.  December 1976  ($5,000).


## VI.    CONSULTING ACTIVITY – Partial Listing


Occupational Health and Safety Administration (OSHA).  Advisor and expert witness on litigation proceedings on the area of establishing health risk to workers in different occupations with particular emphasis on chemical coordinating exposure.  Consultation has focused on carcinogenic risk from exposure to aromatic amines such as 3,3'-dichlorobenzidine and "MOCA."

Environmental Protection Agency (EPA). (1) Invited as a consultant to advise what EPA's

research priorities should be for FY 1981.  (2) Selected to critically review the development of several criteria documents for drinking water contaminants (i.e., antimony, copper, cyanide, dichlorobenzidine, nickel, and zinc).  (3) Selected for a national committee to evaluate the methodology by which EPA develops health criteria from which national drinking water regulations are established.  (4) Selected as a member of the solvent taskforce to assess risk to the general public from drinking water with variable levels of contamination from a variety of common solvents.  (5) Invited member of a select committee to advise EPA on developing methodologies  for dealing with epigenetic carcinogens.  (6) Selected to chair the health effects committee on nationwide public hearings on volatile organic contaminants in drinking water.  (7) Selected as a member of an advisory group to help establish methodologies for assessing risk from carcinogens in drinking water.  (8) Selected by EPA to give the principal address on health effects of drinking water pollutants at four nationwide workshops concerning the re-evaluation of the Primary Drinking Water Standards.  (9) Selected by EPA to Chair a congressionally mandated study on the comparative health risks of seven different drinking water treatment technologies, (10) consultant Scientific Advisory Board (SAB) on dioxin and environmental exposures.

National Semi-Conductor Co. (Danbury, CT).  Provide direction for the development of a new industrial hygiene program.  Supervised the developments of risk assessment resulting from occupational exposure to arsenic, arsine, silver, gold, antimony, boron compounds, phophene, hydrofluoric acid, acetic acid, silane, and hydrazine.

North Atlantic Treaty Organization (NATO).  Drinking Water and Human Health committee.

Massachusetts State Pesticide Board.  Human health effects advisor to an advisory committee of the board.  1977-1981.  In September 1981, invited to the State Pesticide Board by the Governor for a 4-year term, but declined invitation.

Ecology and Environment, Inc. (Buffalo, NY).  This is an international consulting firm concerned with toxic substance regulation, hazardous wastes, and occupational health.  I served on a health advisory board, which provides direction for their industrial hygiene program.

Department of Environmental Quality Engineering (DEQE) for the State of Massachusetts.  (1) On matters pertaining to ambient air quality standards and toxic substances in drinking water.  (2) Helped to create a 25-hour course on toxicology and risk assessment for DEQE staff.  I co-instructed the course.  (3) Ad Hoc Committee on sodium in drinking water.  (4) Member of a committee to develop a statewide air toxic program.

State of California - Energy Resources Conservation and Development Commission.  Provided information on human high-risk groups in a power plant setting.

U.S. Army - Division of Environmental Health and Safety (Fort Dietrick, MD).  Provided guidance on the development of a program to establish permissible exposure limits to chemicals employed in various army occupations.

17

<u>National Sanitation Foundation</u>.  Nominated and elected to the NSF Council of Public Health Consultants from 1980 to 1983, specializing in toxicology.

<u>Governor's Hazardous Waste Siting Council</u>.  Advise the Massachusetts Legislature and the Governor on the public health considerations in dealing with the proper disposing of hazardous wastes in Massachusetts.

<u>Mitre Corporation</u>.  Served on a selected committee to formulate and review methodology for establishing acceptable exposures to toxicants to U.S. Army personnel in combat and training operations.

<u>State of Massachusetts - Department of Public Health and Department of Environmental Quality Engineering Joint Advisory Committee on Environmental Risk Assessment</u>.

<u>National Academy of Sciences</u>.  (1) Advised on the development of a possible national study of persons at increased risk to environmental pollutants and (2) Participated as a member of the Safe Drinking Water Committee.

<u>Praeger Scientific Publishers (NY)</u>.  Reviewer of book proposals in the areas of environmental and occupational health and toxicology.

<u>John Wiley and Sons, Publishers (NY)</u>.  Reviewer of proposed books in the area of environmental and occupational health and toxicology.

<u>MacMillan Publishing Co. (NY)</u>.  Reviewer of proposed books in the areas of environmental and occupational health and toxicology.

<u>Sybron Corporation (Rochester, NY)</u>.  To direct a human risk assessment of exposure to propylene dichloride.

<u>Perkins-Jordan, Co. (Portland, ME)</u>.  Environmental/industrial engineering company advisor in the area of toxicity of hazardous substances.

<u>Office of Technology and Assessment for the U.S. Congress</u>.  I am advising in the area of genetic susceptibility to pollutants.

<u>Pierce, Atwood et al. - a Portland, Maine Law Firm</u>.  I am advising with regard to risk assessment for environmental agents.

<u>Canal Electric Co</u>.  To advise on the possible health risks of switching from 2.2% sulfur oil to 2.8% sulfur oil for the generation of electricity.

<u>Research Foundation of the American Water Works Association</u>.  To develop and conduct courses on toxicology and environmental risk assessment.

Northeast States for Coordinated Air Use Management (NESCAUM).  I have been invited to present lectures for NESCAUM staff members on high-risk groups and standard setting during their Air Pollution Health Effects Course.  January 1981 (Hartford, CT); March 1982 (Durham, NH).

U.S. Consumer Product Safety Commission and their contractor, JRB Associates.  To advise and critically review their studies on consumer products and high risk groups especially children.

Electric Power Research Institute.  I have been invited to participate in their nationwide study on the human health effects of inhalable particles from coal-fired power plants.

Gordon A. Enk and Associates, Inc. (Medusa, NY).  I was invited to advise in the area of development of toxicological assays to prevent potential human health effects for coal-fired power plants.

Geomet. Inc. (Rockville, MD).  I have advised on projects dealing with toxicological hazards in the utility industry.

American Industrial Hygiene Association.  Non-Traditional Shiftwork Periods Ad Hoc Committee Membership.  July 1982.

Bioassays, Inc. (Woburn, MA).  I have advised in the area of developing animal models for predicting the response of humans to ozone and nitrogen dioxide.

Arthur D. Little Company.  I have advised on projects dealing with the role of high-risk groups in establishing ambient air standards for mobile source pollutants.

Dynamic Corporation.  I advise on a project dealing with assessing the toxicological health hazards associated with the generation of electricity.

Waste Management of Wisconsin, Inc.  I advise on the health effects of groundwater contamination by organic substances.

Committee on Human Health Effects and Drinking Water for the American Water Works Association.

Center for Environmental Health and Human Toxicology.  Advised on the health effects of formaldehyde.

Massachusetts Railroad Association.  To advise on the potential human health risks associated with herbicide spraying.

Harvard University.  I advise on the carcinogenic potential of diesel emissions from power generating plants.

<u>State of Florida</u>.  I advise the State's Department of Environment on development of a water reuse policy.

<u>City of Los Angeles, Department of Water and Power</u>.  I advise concerning risk assessment of carcinogens in drinking water.

<u>State of Connecticut, Preventable Diseases Division</u>.  I advise on several areas of health hazards assessment of a wide range of pollutants.

<u>National Institute of Environmental Health Sciences</u>.  Selected for the Third Task Force for Research Planning on the Environmental Health Sciences - specialty: Role of host variations, 1984.

<u>American Industrial Health Council</u>.  I have advised on the areas of risk assessment and in developing ways to improve scientific communication with the media.

<u>Envirologic Data</u>.  I advise in the general area of toxicology and risk assessment.

<u>Academy of Toxicological Sciences</u>.  Selected to peer-review the applications of those persons seeking to become board certified in toxicology.

<u>National Science Foundation (NSF)</u>.  I advise on the area of long-term environmental health research goals with particular emphasis on human high-risk groups and risk assessment.

<u>Council for Environmental Quality (CEQ)</u>.  I advise on the area of long range planning of EPA research goals as they pertain to pollutant effects on high-risk groups and research methodologies.

<u>U.S. Forestry Service</u>.  I advise on the human health risk associated with the aerial spraying of selected pesticides.

<u>U.S. Consumer Product Safety Commission</u>.  I was selected based on a national competition to serve as a member of the Consumer Product Safety Commission's Chronic Hazard Advisory Panel on the use of the plasticizer, di(2-ethylhexyl)phthalate (DEHP) in children's products,  e.g., pacifer, rubber pants, etc.

<u>Scientific Advisory Panel</u>.  Health and Human Services, State of Connecticut.

<u>Media Training</u>.  I was one of three toxicologists who participated in an intensive media training program which focused on how to be interviewed by the media on environmental issues.  This was sponsored by Chemlawn Inc.  February 1985; I had another media training session in November 1985 sponsored by Hoffman-LaRoche, Inc.

<u>Doctor's Data</u>.  I was invited to be on the Scientific Board of Directors of this organization. February 1985.

20

National Academy of Sciences.  I was appointed to a special study committee commissioned to assess the health effects of pollutants in commercial aircraft.  1985 to 1986.

World Health Organization.  I was invited to participate in development of basic research needs associated with toxic oil syndrome on June 27-28, 1985, in Copenhagen.

Associated Industries of Vermont.  I advised on the toxicological basis of the proposed State of Vermont air toxics program.

Gulf and Western, Inc.  I advise on the toxicological effects of cadmium and lead contamination of water, air and soil.

State of California - U.S. EPA.  I advise on the development of methodologies for establishing a health-based air toxics program.

Rohm and Haas, Inc.  I was invited to provide a one-day program on animal extrapolation and risk assessment; also, I was invited to critique their approaches for deriving air quality standards for air toxics.

Southern California Edison.  I advise on the environmental and public health implications of soils contaminated with petroleum products.

Monsanto.  I was selected to be a member of an expert independent panel of scientists to review toxicology data of pesticide products.

 Navy.  I advise the Navy on the health effects of contaminants in drinking water.

Syntex Corporation.  I advise on the health effects of soil contamination with various organic contaminants.

Tambrands, Inc.  I have been invited to become a member of their Institutional Review Committee.

Pacific Power and Light.  I have advised in the area of assessing public health implications of PCB contaminated soil.

Digital Equipment Corporation.  Assess the health implication of ozone emissions from manufactured equipment.

U.S. Justice Department.  Advise on health risk assessment associated with hazardous waste sites.

<u>Department of Defense, U.S. Army</u>.  Advise on the extrapolative relevance of alternative animal models for predicting human responses to environmental toxins.

<u>Council for Agricultural Science and Technology</u>.  Invited to serve on national committee to assess risk from 2-4D exposure.

<u>Alliance Technologies</u>.  Advise in the area of risk assessment and toxicology on a variety of environmental issues.

<u>Roy Weston, Inc</u>.  Advise in the area of risk assessment and toxicology.

<u>Colorado Department of Public Health</u>.  Advised on the development of risk assessment methodologies to estimate human health risks from possible exposure from the Rocky Mountain Arsenal.
<u>NOITE Corporation</u>.  Denver, Colorado.  Advise on the potential public health risks associated with drinking water contaminants.

<u>Smith, Kline and Beckman</u>.  Advise on the public health risks associated with incineration of medically related waste.

<u>Gelman, Inc</u>.  Advise on the public health implications of organic contaminants in groundwater.

<u>GZA Corporation</u>.  Advise on the public health risks of petroleum contamination.

<u>Gelman Sciences</u>.  Advise on the public health risk of various issues relating to risk assessment procedures to estimate public health hazards for chemical contaminants such as 1,4 dioxane.

<u>State University at Albany - Center for Policy Research</u>.  Advise on the issue of medical infectious waste and public health.

<u>World Health Organization (WHO)</u>.  I advise on the role of genetic factors in affecting the occurrence of occupationally-induced disease.

<u>Woodward-Clyde Consultants, Inc</u>.  Advise on the public health risks associated with exposure to toxics from multi-media.

<u>Environ Corp</u>.  Advise on the issue of soil ingestion by children.

<u>W.R. Grace</u>.  Advise on various risk assessment issues.

<u>Committee on Urban Environmental Protection</u> for the Division of Urban Affairs of the National Association of State Universities and Land Grant Colleges.

<u>Member of the International Joint Commission</u>, Great Lakes Science Advisory Board's Health Committee, 1991-1992.

<u>Florida Power and Light</u>.  Advise on various risk assessment areas.

<u>3M Corporation</u>.  Advise on environmental and occupational health issues.

<u>National Academy of Sciences</u>.  Invited to be a member of the committee assessing the human health effects of the fuel additive MTBE.

<u>State of Colorado</u>.  Advised on risks associated with contamination at the Rocky Mountain Arsenal.  1988-present (2002).

<u>Journal Reviewer (examples of)</u>:

2014-2015
> ACS Central Science
> BBA-Molecular Cell Research
> Cancer Research
> Chemico-Biological Interactions
> Ecotoxicology and Environmental Safety
> Environmental Research
> Environmental Toxicology & Chemistry
> Environmental Toxicology & Pharmacology
> Human and Experimental Toxicology
> International Journal Plant Biology
> Neuro Toxicology
> Plant Disease
> Plant Physiology
> PLOS One
> Proteomics
> RAD 2015 Proceedings
> Toxicological Sciences

Past Years
> Ageing Research Reviews
> Archives of Environmental Contamination and Toxicology
> Biogerontology
> BioEssays
> BioMed Central Genomics
> Chemical Research in Toxicology
> Chemosphere
> Drug Safety
> Ecology Letters

Ecotoxicology
Ecotoxicology and Environmental Safety
Environment International
Environmental and Experimental Botany
Environmental Health Perspectives
Environmental Science and Technology
Experimental Gerontology
Free Radical Biology and Medicine
Fresenius Environmental Bulletin
Food and Chemical Toxicology
Frontiers in Bioscience
GLIA
Hazarouds Materials
HortScience
Human and Experimental Toxicology
International Journal of Obesity
International Journal of Toxicology
Italian Journal of Zoology
Journal of Alzheimer's Disease
Journal of Plant Growth Regulation
Journal of Zhejiang University Biologia Plantarum
Journal of Zoology
Molecular Biology Reports
Neuro Toxicology
Pest Management Science
Plant Physiology
Rejuvenation Research
Risk Analysis
Science
Science of the Total Environment
Toxicology Sciences


Journal Editorship:

Editor-in-Chief  - Dose Response (formerly Non-linearity in Biology, Toxicology
        and medicine), 2005-present
Guest-Editor – Proceedings of the National Academy of Science
Advisory Board  - Invited member of the Advisory Board of the ICCNS Journal of Cell
Communications and Signaling, 2012
Editor-in-Chief – Non-linearity in Biology, Toxicology, and Medicine, 2001-2005
Editor-in-Chief - Human and Ecological Risk Assessment - 1995-2009
Editorial Board - Inhalation Toxicology - 1990-1998

24

Editorial Board - Soil and Sediment Contamination: An International
      Journal – 1993-2000
Editorial Board - Human and Experimental Toxicology - 1995-present
Editorial Board - Environmental Toxicology and Safety - 1994-1998
Editorial Board - Biomedical and Environmental Sciences - 1996-1998

Book Editorship:

Guest Editor, Distribution of Artificial Radionuclides in the Abandoned Cattle in the Evacuation
Zone of the Fukushima Daiichi Nuclear Power Plant. Proceedings of the National Academy of
Sciences. 2012.

Co-Editor, Hormesis: A Revolution in Biology, Toxicology and Medicine.  Humana Press Inc.,
2010, 213 pages.

Advisory Board, Toxicology Desk Reference, The Toxic Exposure and Medical Monitoring
Index, 1996.

Co-Editor, Annual review of Ecotoxicology and Environmental Toxicology & Chemistry, 1996.

Co-Editor, Current Topics in Ecotoxicology and Environmental Chemistry, published by Taylor
and Francis, 1995-present.

Editor of the series Environmental Health and Toxicology published by Lewis Publishers, 1990-
1993.

Co-Editor of a Monograph Series on Remedial Technologies for Hydrocarbon Contaminated
Soils published by Lewis Publishers,  1990-1992

Co-Editor, Soils Contaminated by Petroleum, Environmental and Public Health Effects, John
Wiley & Sons, 1988

# VII.    ACADEMIC AND OTHER HONORS

Invited member of the Advisory Committee of the Nuclear Safety & Security Commission
      (Project #1501007) in Korea
Awarded the Petr Beckmann Award by Doctors for Disaster Preparedness for courage and
      achievement in defense of scientific truth and freedom.
Honorary Degree, Doctor of Science. School of Nursing and Medical Radiation Sciences
      Program, McMaster University Canada
Invited member of the Advisory Board of the ICCNS Journal of Cell Communications and
      Signaling, 2012
Honorary member of the International CCN Society, 2012
Awarded the second International Cell Communication and Signaling-Springer award, Belfast

25

Northern Ireland, 2010.

Awarded the Marie Curie Prize from the World Council of Nuclear Workers at the 8th LOWRAD International Conference in Rio de Janeiro, Brazil, 2010.

Selected to present the Third Annual Environmental Toxicology Lectureship at the Institute for Environmental Studies at the University of Illinois, 1991.

Nominated for Teacher of the Year Award - several times

Appointed to the Food and Nutrition Board of the National Research Council, 1988- 1991.

Appointed by the Institute of Medicine to the Food and Nutritional Board, 1988-1990.

Adrian Rondileau Award for outstanding leadership and professional achievement, 1988.

Appointed to the National Academy of Sciences Safe Drinking Water Committee, 1982-1984, 1986.

Appointed to the NATO countries Safe Drinking Water Committee

Appointed to the 11 member Scientific Counselors of the Agency for Toxic Substances and Disease Registry

Phi Delta Phi - a national academic fraternity

Kappa Delta Pi - a national education fraternity requiring the member to be in the upper 1/10 of the graduating class.

William Vinal Zoological Award - awarded to graduating senior biology major with the highest academic average in zoology.

Danforth Fellowship Nomination

Dean's List - 7 semesters


## VIII.   SOCIETIES

International Dose-Response Society, 2003-present

Association for the Advancement of American Sciences (AAAS)

Society for Occupational and Environmental Health (SOEH) - Elected to the Governing Council, 1980-1982.

American College of Toxicology (ACT) - Elected to be a Councilor, 1981-1983

Society of Environmental Toxicology and Chemistry (SETAC)

Society of Risk Analysis (SRA)

Society of Toxicology (SOT)

New England Chapter of the Society of Toxicology - Councilor

International Society for the Regulatory Toxicology and Pharmacology

Council for Health and Environmental Safety of Soil (CHESS) – Selected to Chair, 1987-1997

BELLE, Chairman of the Advisory Committee, 1990-present.


## IX.   UNIVERSITY ASSIGNMENTS

School of Health Sciences and Environemtnal Health Sciences - Personnel Committee, 2006-2009, 2011-2015

Environmental Health Sciences Department – Personnel Committee, 2015

Animal Care

University-wide Environment Committee
Advisory Board of the Institute of Environmental Studies
Ph.D. Policy and Admissions Committee
Biohazards Regulation and Control Committee
Advisory Board of the Water Research Resource Center
Division of Public Health - Nutrition Department Joint Student Admission Committee
Search Committee for New Director of the Division of Public Health, 1983
Teaching Evaluation Committee, 1982
By-Laws Committee, 1978-1982
Curriculum Committee, 1978-1981
Academic Affairs Council, 1976-1979
Ph.D. Proposal Committee, 1977-1978

## X.   CERTIFICATION

Elected to the Board of Directors of the Academy of Toxicological Sciences,1987-1989
Elected Vice President of the Board of Directors of the Academy of Toxicological Sciences,
       1987-1989
Board Certified in General Toxicology by the Academy of Toxicological Sciences,1982,
       renewed 1987- 2007, 2012-2017
Elected to the Professional Evaluation Board

## XI.   VISITING PROFESSORSHIP

Visiting Professor Lecture Program, September 2011.  U.S. Food and Drug Administration, White Oaks Campus, Silver Spring, Maryland.

University of Illinois at Champagne-Urbana, April 1989.  Toxicology scholar in residence. Invited to present seminar/lecture on toxicology and human risk assessment.

Harvard University, School of Public Health, September 1985, and 1986.  Invited to be a guest faculty member in the course "Risk Analysis in Environmental Health."  My topic is "Use of Animal and Other Data as Predictors of Human Risks."

University of North Carolina School of Public Health at Chapel Hill.  February 12-16, 1984.

# XII.    PUBLICATIONS

## <u>2018</u>

Calabrese EJ. (2018). Was Muller's 1946 Nobel Prize research for radiation-induced gene mutations peer-reviewed? PEHM (submitted).

Calabrese EJ. (2018). From Muller to mechanism: How LNT became the default model for cancer risk assessment. Environ Poll (submitted).

Calabrese EJ. (2018). The linear no-threshold (LNT) dose response model: A comprehensive assessment of its historical and scientific foundations. Crit Rev Toxicol (submitted).

Agathokleous E, Kitao M, Calabrese EJ. (2018). Biphasic effect of abscisic acid on plants: a hormetic viewpoint. Botany (submitted)

Kozumbo WJ, Leak RK, Calabrese EJ, Johnson TE, Mitchell JR, Ozaki CK, Wetzker R, Anderson ME, Bast A, Belz RG, Botker HE, Koch S, Mattson MP, Gidday JM, Simon RP, Jirtle RJ. (2018). Enhancing the amplitude and duration of hormesis-induced resilience. Workshop summary, October 2017. Progress in Neurobiology (submitted).

Calabrese EJ. (2018). The additive to background assumption in cancer risk assessment: A reappraisal. Environ Res (submitted).

Agathokleous E, Kitao M, Ristow M, Mattson MP, Calabrese EJ. (2018). Environmental hormesis and its fundamental biological base rewrite the history of toxicology. Environmental Research (accepted)

Agathokleous E, Kitao M, Calabrese EJ. (2018). The concept of environmental hormesis can advance the current scientific base of global change biology. Global Change Biology (submitted).

Calabrese EJ. (2018). Regulation of carcinogens and chemicasl: What went wrong. In: Science and Liberty (PJ Michaels, T Kealey, editors), Chapter 8 Cato Institute (submitted).

Agathokleous E, Belz RG, Calabrese EJ, Clatayud V, De Marco A, Hoshika Y, Kitao M, Saitanis CJ, Sicard P, Paoletti E. (2018). Predicting the effect of ozone on vegetation: A comparison of the linear non-threshold (LNT). (submitted)

Calabrese EJ. (2018). The dose-response revolution: How hormesis became significant. An Historical and Personal Reflection.  In: The science of hormesis in health and longevity (S Rattan and M Kyriazis, Editors). Elsevier Publishers (in press).

Calabrese EJ. (2018). Using preconditioning to build biological shields: A novel approach for

enhancing resilience to toxic agents, traumatic illness/injury and age-related degenerative diseases. In: Chemical Warfare Agents (H. Salem, B. Lukey, editors). CRC Press (in press).

Calabrese EJ, Ricci PF. (2018). How hormesis will change the risk assessment process. Encyclopedia of Environmental Health, 2nd edition. Elsevier Publishers.

Agathokleous E, Kitao M, Calabrese EJ. (2018). Emission of volatile organic compunds (VOCs) from plants shows a biphasic pattern within a hormetic context. Environ Poll (in press).

Agathokleous E, Kitao M, Calabrese EJ. (2018). The rare earth element (REE) lanthanum (La) induced hormesis in plants. Environ Poll (in press).

Calabrese EJ, Rubio-Casillas A. (2018). Biphasic effects of THC in memory and cognition. European Journal of Clinical Investigation 2018;e12920.

Calabrese V, Santoro A, Salinaro AT, Modafferi S, Scuto M, Albouchi F, Monti D, Giordano J, Zappia M, Franceschi C, Calabrese EJ. (2018). Hormetic approaches to the treatment of Parkinson's Disease: Perspective and possibilities. Journal of Neuroscience Research (in press).

Iavicoli I, Leso V, Fontana L, Calabrese, EJ. (2018). Nanoparticle exposure and hormetic dose-responses: An update. International Journal of Molecular Sciences (in press).

Calabrese EJ, Iavicoli I, Calabrese V, Cory-Slechta DA, Giordano J. (2018). Elemental mercury neurotoxicity and clinical recovery of function: A review of findings, and implications for occupational health. Environ Res 163:134-148.

Calabrese EJ. (2018). Post-conditioning hormesis creates a "subtraction to background" disease process: Biological, aging, and environmental risk assessment implications. Journal of Cell Communication and Signaling 12:31-34.

Salinaro AT, Pennisi M, DiPaola R, Scuto M, Crupi R, Cambria M, Ontario ML, Tomasello M, Uva M, Maiolino L, Calabrese EJ, Cuzzocrea S, Calabrese V. (2018). Neuroinflammation and neurohormesis in the pathogenesis of Alzheimer's Disease and Alzhemimer-linked pathologies: Modulation by nutritional mushrooms. Immunity & Ageing 15:1-8.

Calabrese V, Santoro A, Monti D, Crupi R, Di Paola R, Latteri S, Cuzzocrea S, Zappia M, Giordano J, Calabrese EJ, Franceschi C. (2018). Aging and Parkinsons's Disease: Inflammaging, neuroinflammation and biological remodeling as key factors in pathogenesis. Free Radical Biology and Medicine 115:80-91.

Hanekamp J, Calabrese EJ. (2018). Risk assessment and analysis: Part I. Risk assessment In: Encyclopedia of Chemical Law – Products, Soil, and Waste of Stanford UP (submitted).

Hanekamp J, Calabrese EJ. (2018). Risk assessment and analysis: Part 2. Decision tools In: Encyclopedia of Chemical Law – Products, Soil, and Waste of Stanford UP (submitted).

**2017**

Calabrese EJ. (2017). Originator of the hormesis concept: Rudolf Virchow or Hugo Schulz. Hum Exp Toxicol doi: 10.1177/096032711775-1237 (Epub ahead of print).

Calabrese EJ, Lehr J. (2017). The final demise of the linear no threshold (LNT) theory. Environ Clim News. Vol 20, Number 4.

Calabrese EJ. (2017). The mistaken birth and adoption of LNT: An abridged version. Dose-Response 2017:1-3.

Calabrese EJ, Mattson MP. (2017). How does hormesis impact biology, toxicology and medicine? Aging Mech Dis 3:13.

Calabrese EJ. (2017). Perspectives on hormesis and implications for pesticides. In: Pesticide Dose: Effects on the Environment and Target and Non-Target Organisms, Chapter 7 (SO Duke, P Kudsk, K Solomon, Editors). ACS Symposium Series, American Chemical Society 1249:83-100.

Calabrese EJ. (2017). Flaws in the LNT single-hit model for cancer risk: An historical assessment. Environ Res 158:773-788.

Calabrese V, Giordano J, Crupi R, Di Paola R, Ruggieri M, Bianchini R, Ontario ML, Cuzzocrea S, Calabrese EJ. (2017). Hormesis, cellular stress response and neuroinflammation in schizophrenia: Early onset versus late onset state. J Neurosci Res 95(5): 1182-1193.

Pennisi M, Crupi R, Di Paola R, Ontario ML, Bella R, Calabrese EJ, Crea R, Cuzocrea S, Calabrese V. (2017). Inflammasomes, hormesis, and antioxidants in neuroinflammation: Role of NRLP3 in Alzheimer disease. J Neurosci Res 95(7): 1360-1372.

Calabrese EJ. (2017). Hormesis commonly observed in the assessment of aneuploidy in yeast. Environ Poll, 225:713-728.

Calabrese EJ. (2017). Obituary notice: LNT dead at 89 years, a life in the spotlight. Environ Res 155:176-178. http://dx.doi.org/10.1016/j.envres.2017.02.031

Calabrese EJ, Calabrese V, Giordano J. (2017). The role of hormesis in the functional performance and protection of neural systems. Brain Circul 3:1-13.

Calabrese EJ. (2017). LNTgate: The ideological history of cancer risk assessment. Toxicol Res Appl 1-3; DOI: 10.1177/2397847317694998.

Calabrese EJ. (2017). The threshold vs LNT showdown: Dose rate findings exposed flaws in the

LNT model. Part I. The Russell-Muller debate. Environ Res 154:435-451.

Calabrese EJ. (2017). The threshold vs LNT showdown: Dose rate findings exposed flaws in the LNT model. Part 2. How a mistake led BEIR I to adopt LNT. Environ Res 154:452-458.

Giordano J, Bikson M, Kappenman ES, Clark VP, Coslett HB, Hamblin MR, Hamilton R, Jankord R, Kozumbo WJ, McKinley RA, Nitsche MA, Reilly JP, Richardson J, Wurzman R, Calabrese EJ. (2017). Mechanisms and effects of transcranial direct current stimulation (tDCS). Dose Response 1-22; DOI:10.1177/1559325816685467.

Nascarella MA, Calabrese EJ. (2017). Hazard assessment and the evaluation of rare earth element dose-response relationships. In: Rare Earth Elements in Human and Environmental Health: At Crossroads between Toxicity and Safety (Pagano G, Editor). Chapter 8, Pan Stanford Publishing Pte Ltd., pp 183-194.

Calabrese EJ, Dhawan G, Kapoor R. (2017). Radiotherapy for pertussis: An historical Assessment. Dose-Response 15(2): May 8.

Janiak MK, Wincenciak M, Cheda A, Nowosielska EM, Calabrese EJ. (2017). Cancer immunotherapy: How low-level ionizing radiation can play a key role. Cancer Immunology, Immunotherapy 66(7): 819-832.

Wang D, Calabrese EJ, Lian B, Lin Z, Calabrese V. (2017). A pharmacological rosetta stone: Hormesis as a mechanistic approach to understanding and describing herbal treatments of traditional Chinese medicine within a Western biomedical framework. Pharmacology and Therapeutics Epub 2017 Nov 8.

Calabrese EJ. (2017). Societal threats from ideologically driven science. Acad Quest J 30(4):405-418.

Calabrese EJ. (2017). A glance into how the cold war and governmental loyalty investigations came to affect a leading US radiation geneticist: Lewis J. Stadler's nightmare. Philos Ethics Human Med. 12:8.

Calabrese EJ. (2017). Hormesis and homeopathy: A step forward. Homeopathy 106:131-132.

Sun H, Calabrese E, Zheng M, Wang D, Pan Y, Lin Z, Liu Y. (2017). A swinging seesaw as a novel model mechanism for time-dependent hormesis under dose-dependent stimulatory and inhibitory effects: a case study on the toxicity of antibacterial chemicals to Aliivibrio fisheri. Arch Toxicol (submitted).

Calabrese V, Calabrese EJ, Carare RO, Cedazo-Minguez A, Frenkel D, Korczyn A, Popescu BO. (2017). Major pathogenic mechanisms in vascular cognitive impairment. BMC Med Manus (In Press).

31

Calabrese EJ, Nascarella MA. (2017). Hormesis: accessing low dose exposure to chemical warfare agents. In: Chemical Warfare Agents (tentative title). Chapter 12. (submitted).

Shamoun DY, Calabrese EJ. (2017). On objective risk. Risk Research (submitted).

Calabrese EJ. (2017). The linear no-threshold (LNT) dose response model: A comprehensive assessment of its historical and scientific foundations. Critical Reviews in Toxicology (submitted).

Calabrese V, Franceschi C, Aurelia S, Monti D, Calabrese EJ. (2017). Therapeutic strategies in the prevention and treatment of Parkinsons's Disease via hormesis. Journal Neurosci Res (Submitted)

Calabrese EJ. (2017). Scientific foundations of LNT challenged. (In Prep).

Shamoun DY, Calabrese EJ. Williams R, Broughel. (2017). The case against LNT. Mercatus Center at George Mason University. Arlington VA. Risk Analysis (In Prep).


**2016**

1. Calabrese EJ, Dhawan G, Kapoor R, Iavicoli I, Calabrese V. (2016). Hormesis: A fundamental concept with widespread biological and biomedical applications. Gerontology 62(5):530-535.

2. Calabrese V, Giordano J, Ruggieri M, Berritta D, Trovato A, Ontario ML, Bianchini R, Calabrese EJ. (2016). Hormesis, cellular stress response, and redox homeostasis in autism spectrum disorders. J Neurosci Res 94:12(SI):1488-1498.

3. Calabrese V, Giordano J, Signorile A, Ontario ML, Castorina S, De Pasquale C, Eckert G, Calabrese EJ. (2016). Major pathogenic mechanisms in vascular dementia: Role of cellular stress response and hormesis in neuroprotection. J Neurosci Res 94(SI12):1588-1603.

4. Calabrese EJ. (2016). The emergence of the dose-response concept in biology and medicine. Intern J Mol Sci 17(12): Article Number UNSP 2034.

5. Calabrese EJ. (2016). LNTgate: How scientific misconduct by the US NAS led to governments adopting LNT for cancer risk assessment – Rebuttal to Letter of Beyea (2016). Environ Res 148:535-546.

6. Calabrese EJ. (2016). Pre- and post-conditioning hormesis in elderly mice, rats, and humans: Its loss and restoration. Biogerontology 17(4):681-702.

7. Mollereau B, Rzechorzek NM, Roussel Bd, Sedru M, Van denBrink D, Bailly-Maitre B, Palladino F, Medinas DB, Domingos PM, Hunot S, Chandran S, Birman S, Baron T, Vivien D, Duarte CB, Ryoo HD, Steller H, Urano F, Chevet E, Kroemer G, Ciechanover A, Calabrese EJ, Kaufman RJ, Hetz C. (2016). Adaptive preconditioning in neurological diseases - Therapeutic insights from proteostatic perturbations. Brain Res 1648(SI):603-616.

8. Calabrese EJ, Shamoun DY, Hanekamp JC. (2016). The integration of LNT and hormesis for cancer risk assessment optimizes public health protection. Health Physics 110(3):256-259.

9. Calabrese EJ. (2016). Preconditioning is Hormesis. Part I. Documentation, dose-response features and mechanistic foundations. *Pharm Res* 110:242-264.

10. Calabrese EJ. (2016). Preconditioning is Hormesis. Part II: How the conditioning dose mediates protection. Dose optimization within temporal and mechanistic frameworks. Pharm Res 110:265-275.

11. Calabrese EJ. (2016). Model uncertainty via the integration of hormesis and LNT as the default in cancer risk assessment. Dose-Response 2015:1-5. DOI: 10.1177/1559325815621764.

12. Jonas WB, Calabrese EJ. (2016). Learning from the history of integrative preventive medicine to address our current health care challenges. In: Textbook of Integrative Preventive Medicine (R Carmona, M Liponis, Editors). Oxford Press.

13. LNTgate: How scientific misconduct by the US NAS led to governments adopting LNT for cancer risk assessment. Environ Res 148:535-546.

## 2015

1. Calabrese EJ. (2015). Hormesis: Principles and applications. Homeopathy 104(2):69-82.

2. Calabrese EJ. (2015). Historical foundations of hormesis. Homeopathy 104(2):83-89.

3. Calabrese EJ. (2015). Hormesis within a mechanistic context. Homeopathy 104(2):90-96.

4. Calabrese V, Scapagnini G, Davinelli S, Koverech G, Koverech A, De Pasquale C, Sallinaro AT, Scuto M, Calabrese EJ, Genazzani AR. (2015). Sex hormonal regulation and hormesis in aging and longevity: Role of vitagenes. J Cell Comm Sign 8:369-384.

5. Calabrese EJ. (2015) On the origins of the linear no-threshold (LNT) dogma by means of untruths, artful dodges and blind faith. Environ Res 142:432-442.

6. Calabrese EJ, Shamoun DY, Hanekamp JC. (2015). Cancer risk assessment: Optimizing human health through linear dose-response models. Fd Chem Toxic 81:137-140.

7. Calabrese EJ, Dhawan G, Kapoor R, Iavicoli I, Calabrese V. (2015). What is hormesis and its relevance to healty ageing and longevity. Biogerontology 16:693-707.

8. Calabrese EJ, Dhawan G, Kapoor R. (2015). The use of X rays in the treatment of bronchial asthma: A historical Assessment. Rad Res 184:180-192.

9. Calabrese V, Datilo S, Petralia A, Parenti R, Pennisi M, Koverech G, Calabrese V, Graziano A, Monte I, Maiolino L, Ferreri T, Calabrese EJ. (2015) Analytical approaches to the diagnosis and treatment of aging and aging-related disease: Redox status and proteomics. Free Rad Res 49:511-524.

10. Dattilo S, Mancuso C, Koverech G, Di Mauro P, Ontario ML, Petralla CC, Petralla A, Maiolino L, Serra A, Calabrese EJ, Calabrese V. (2015). Heat shock proteins and hormesis in the diagnosis and treatment of neurodegenerative disease. Immun Aging 12:20 DOI:10.1186/s12979-015-0046-8.

11. O'Connor MK, Calabrese EJ. (2015). Response to Comments on "Estimating Risks of Low Radiation Doses—A Critical Review of the BEIR VII Report and its Use of the Linear No-Threshold (LNT) Hypothesis" Rad Res 183:481-484.

12. Hanekamp JC, Bast A, Calabrese EJ. (2015). Nutrition and health – transforming research traditions. Crit Rev Food Sci Nutr, 55(8):1074-1080; doi: 10.1080/10408398.2012.680525.

13. Calabrese EJ. (2015). The dose response: Comparing hormesis and threshold models. In: Fundamentals of Ecotoxicology. The Science of Pollutions, 4th Edition (MC Newman, editor). CRC Press, Boca Raton, FL, pp 654.

14. Calabrese EJ. (2015). An abuse of risk assessment: how regulatory agencies improperly adopted LNT for cancer risk assessment. *Arch Toxicol*. 89:647-648. DOI 10.1007/s00204-015-1454-4. Supplemental Materials 204_2015_1454_MOESM1_ESM.pdf.

15. Calabrese EJ. (2015). LNT's Failed History: An abdicated responsibility – how the U.S. NAS BEAR I Committee Genetics Panel failed to assess LNT prior to recommending its use by U.S. regulatory agencies. Arch Toxicol DOI 10.1007/s00204-015-1454-4.

16. Calabrese EJ. (2015). Cancer risk assessment foundation unravelling: New historical evidence reveals that the U.S. NAS (National Academy of Sciences), BEAR (Biological Effects of Atomic Radiation) Committee Genetics Panel falsified the research record to promote acceptance of the LNT. Arch Toxicol DOI 10.1007/s00204-015-1455-3. Supplemental Materials 204_2015_1455_MOESM1_ESM.pdf

17. Calabrese EJ. (2015). Scientific misconduct the U.S. National Academy of Sciences in recommending LNT for risk assessment. Arch Toxicol DOI 10.1007/s00204-015-1455-3.

18. Calabrese V, Davinelli S, Luca M, Zella D, Calabrese EJ, Scapagnini G. (2015). Inflammaging, oxidative stress and carnosine: Role of hormetic vitagenes, Chapter 12. In: Food and Nutritional Components in Focus No. 8 Imidazole Dipeptides: Chemistry, Analysis, Function and Effects (VR Preedy, Editor). Royal of Society of Chemistry.

19. Calabrese EJ. (2015). Scientific misconduct the U.S. National Academy of Sciences in recommending LNT for risk assessment. Arch Toxicol DOI 10.1007/s00204-015-1455-3.


## 2014

1. Scapagnini G, Bracale R, Davinelli S, Kaneko T, Koverech G, Koverech A, Carruba MO, Nisoli E, Calabrese EJ, Calabrese V. (2014). Dose response biology of resveratrol in obesity. J Cell Comm Sign 8:385-391.

2. Calabrese V, Scapagnini G, Davinelli S, Koverech G, Koverech A, De Pasquale C, Scuto M, Calabrese EJ, Genazzani AR.. (2014). Sex hormonal regulation and hormesis in aging and longevity: Role of vitagenes. J Cell Comm Sign 8:369-384.

3. Calabrese EJ, O'Connor MK. (2014). Estimating risk of low radiation doses – A critical review of the BEIR VII report and its use of the linear-no-threshold (LNT) hypothesis. Rad Res 182:463-474.

4. Beck BD, Seeley M, Calabrese, E.J. (2014). Use of toxicology in the regulatory process. In: Principles and Methods of Toxicology, Sixth Edition (AW Hayes and CL Kruger, editors). CRC Press, 35-88.

5. Calabrese EJ. (2014). The dose-response: A fundamental concept in toxicology. In: Principles and Methods of Toxicology, Sixth Edition (AW Hayes and CL Kruger, editors). CRC Press, 89-140.

6. Calabrese V, Davinelli S, Luca M, Zella D, Calabrese EJ, Scapagnini G. (2014). Inflammaging, oxidative stress and carnosine: Role of hormetic vitagenes. Front Pharm 5(120) DOI: 10.3389/fphar.2014.00120.

7. Iavicoli I, Fontana L, Leso V, Calabrese E.J. (2014). Hormetic dose-response in nanotechnology studies. *Science for the Total Environment* 487:361-374.

8. Calabrese EJ, Dhawan G, Kapoor R. (2014). Use of X-rays to treat shoulder tendonitis/bursitis: a historical assessment. Arch Toxicol 88(8):1503-1517.

9. Calabrese EJ. (2014). The genetics panel of the NAS BEAR I Committee (1956): Epistolary evidence suggests self-interst may have prompted an exaggeration of radiation risks that led to the adoption fo the LNT cancer risk assessment model. Arch Toxicol 88(9):1631-1634.

10. Cornelius C, Graziano A, Perrotta R, DiPaola R, Cuzzocrea S, Calabrese EJ, Calabrese V. (2014). Cellular stress response, hormesis, and vitagens in aging and longevity: Role of mitochondrial "Chi", Chapter 26. In: Inflammation, Advancing Age and Nutrition, Academic Press/Elsevier pp. 309-321.

11. Calabrese EJ. (2014). Hormesis: A fundamental concept in biology. Microbial Cell 1(5):1-5.

12. Calabrese EJ. (2014). Dose-resonse relationship. In: Encyclopedia of Toxicology, Third Edition, Volume 2 (P. Wexler, Editor). Academic Press pp. 224-226.

13. Calabrese EJ. (2014). We need a new earth day to correct the old one. Commentary. Investors.com.

14. Cornelius C, Koverech G, Crupi R, Lodato F, Scuto M, Salinaro AT, Cuzzocrea S, Calabrese EJ, Calabrese V. (2014). Osteoporosis and Alzheimer pathology: Role of cellular stress response and hormetic redox signaling in aging and bone remodeling. Front Pharm 5(120):1-13.

15. Calabrese EJ. (2014). Brief history of hormesis and its terminology. In: Hormesis in Health and Disease (Rattan S and LeBourg E, Editors). CRC Press, Boca Raton FL, pp.3-12.

16. Calabrese EJ. (2014). Hormesis and risk assessment. In: Hormesis in Health and Disease (Rattan S and LeBourg E, Editors). CRC Press, Boca Raton FL, pp.339-356.

17. Calabrese E.J. (2014). The hormetic dose response often describes drug therapies for stroke and traumatic brain injury. In: Brain Injury and Stroke: Spectrum Effects and Implications, Chapter 14 (J. Giordano and P. Water, Editors). Potomac Institute Press, Arlington VA.

18. Calabrese EJ. (2014). Response to Letter of Ralph J Cicerone and Kevin Crowley regarding "How the US National Academy of Sciences misled the world community on cancer risk assessment: new findings challenge historical foundations of the linear dose response". Arch Toxciol 88:173-177.

19. Cicerone RJ, Crowley KD. (2014). Letter from Ralph J Cicerone regarding Edward Calabrese's paper published online first on August 4th: "How the US National Academy of Sciences misled the world community on cancer risk assessment: new findings challenge historical foundations of the linear dose response". Arch Toxicol 88:171-172.

20. Iavicoli I, Leso V, Fontana L, Marinaccio A, Bergamaschi A, Calabrese EJ. (2014). The effects of Rhodium on the renal function of female Wistar rats. Chemosphere 104:120-125.

21. Calabrese EJ, Dhawan G. (2014). Historical use of X-Rays: Treatment of inner ear infections and prevention of deafness. Hum Exper Toxicol 33(5):542-553.

22. Calabrese EJ. (2014). Hormesis: from mainstream to therapy. J Cell Comm Sign 8:289-291.

## 2013

1. Bast A, Briggs WM, Calabrese EJ, Fenech MF, Hanekamp JC, Heaney R, Rijkers G, Schwitters B.  (2013). Scientism, legalism and precaution - Contending with regulating nutrition and health claims in Europe. Eur J Food Feed Law 401-409.

2. Calabrese EJ. (2013). Low-dose radiation therapy induces antiinflammatory phenotype: Biomedical implications. Environ Mol Mut 54(S1):S19-S19.

3. Calabrese EJ, Dhawan G. (2013). How radiotherapy was historically used to treat pneumonia: Could it be useful today? Yale J Biol Med 86:1-16.

4. Calabrese EJ. (2013). Biphasic dose responses in biology, toxicology and medicine: Accounting for their generalizability and quantitative features. Environ Poll 182:452-460.

5. Cornelius C, Zanghi A, Perrotta R, Graziano A, Calabrese EJ, Calabrese V. (2013). Stress responses, vitagenes and hormesis as critical determinants in aging and longevity: Mitochondria as a "Chi". Immun Aging 10(1):15.

6. Cornelius C, Crupi R, Calabrese V, Perotta R, D'Agata V, Graziano A, Pennisi G, Milone P, Zanghi A, Radak Z, Calabrese EJ, Cuzzocrea S. (2013). Traumatic brain injury (TBI): Oxidative stress and neuroprotection. Antiox Redox Sign 19(8):836-853.

7. Calabrese E.J. (2013). Hormetic mechanisms. Crit Rev Toxicol 43(7):580-606.

8. Calabrese E.J. (2013). Origin of the linearity-no threshold (LNT) dose response concept. Arch Toxicol 87(9):1621-1633.

9. Calabrese EJ. (2013). How the U.S. National Academy of Sciences mislead the world community on cancer risk assessment: New findings challenge historical foundations of the linear dose response. Arch Toxicol 87(12):2063-2081.

10. Calabrese EJ, Dhawan G. (2013). The historical use of radiotherapy in the treatment of sinus infections. Dose-Response, 11(4):469-479.

11. Calabrese EJ. (2013). Low doses of radiation can enhance insect lifespans. Biogerontology 14(4):365-381.

12. Calabrese EJ. (2013). X-ray treatment of carbuncles and furuncles (boils): An historical assessment. Hum Exper Toxicl 32(8):817-827.

13. Calabrese EJ. (2013). Hormesis and the biphasic adaptive stress response – Interview by Craig Gustafson, Amercian Association of Neturopathic Physicians 2013 Conference. Integr Med 12(3):18-22.

14. Calabrese EJ. (2013). Historical foundations of wound healing and its potential for acceleration: Dose-response consideration. Wound Rep Regen 21(2):180-193.

15. Calabrese EJ, Calabrese V. (2013). Reduction of arthritic symptoms by low dose radiation therapy (LD-RT) is associated with an anti-inflammatory phenotype. *Intern J Rad Biol* 89(4):278-286.

16. Calabrese EJ, Calabrese V. (2013). Low dose radiation therapy (LD-RT) is effective in the treatment of arthritis: Animal model findings. Intern J Rad Biol, 89(4):287-294.

17. Calabrese EJ. (2013). Hormesis. In: *Encyclopedia of Environmetrics, Second Edition* (A.-H. El-Shaarawl and W. Piegorsch, Editors). John Wiley & Sons Ltd: Chichester, UK. DOI: 10.1002/9780470057339.vah014.pub2. Published online 1/15/2013.

18. Calabrese EJ. (2013). Food safety and security and the dose-response. Food Security, 5(1):95-102.

19. Calabrese EJ, Iavicoli I, Calabrese V. (2013). Hormesis: Its impact on medicine and health. Hum Exper Toxicol 32(2):120-152.

20. Calabrese EJ. (2013). Hormesis: Toxicological foundations and role in aging research. Exper Gerontol 48(1):99-102.

21. Calabrese EJ. (2013). Getting the dose-response wrong: A costly environmental problem. 21st Century Sci 26(1):57-65.

22. Cornelius C, Graziano A, Calabrese EJ, Calabrese V. (2013). Hormesis and vitagenes in aging and longevity: mitochondrial control and hormonal regulation. Horm Mol Biol Clin Invest 16(2):73-89.


## 2012

1. Stanek EJIII, Bo X, Calabrese EJ. (2012). Equation reliability of soil ingestion estimates in mass-balance soil ingestion studies. Risk Analysis 32(3):448-463.

2. Calabrese EJ. (2012). US Risk assessment policy: A history of deception. A response to Arden Rowell, *Allocating Pollution*, 79 *Univ. Chicago Law Rev* 79:17-24.

3. Calabrese EJ. (2012). The hormetic dose response. Mutagenesis 27(6):795-795.

4. Calabrese EJ, Cook RR, Hanekamp JC. (2012). Linear no threshold (LNT)-the new homeopathy. Environ Toxicol Chem 31(12):2723-2723.

5. Calabrese EJ. (2012). Hormesis: Improving predictions in the low-dose zone. Exper Suppl 101:551-564.

6. Calabrese EJ. (2012). NEPA, EPA and risk assessment: Has EPA lost its way? Reg Toxicol Pharm 64(2):267-268.

7. Calabrese EJ, Dhawan G.  (2012).  The role of x-rays in the treatment of gas gangrene: An historical assessment. Dose-Response 10(4):626-643.

8. Calabrese EJ, Ricci PF.  (2011).  How hormesis will change the risk assessment process. In: Nriagu JO (Editor) Encyclopedia of Environmental Health, Volume 3, pp. 95-99. Burlington:Elsevier.

9. Iavicoli I, Sgambato A, Fontana L, Marinaccio A, Leso V, Corbi M, Bergamaschi A, Calabrese EJ. (2012). Effects of sub-acute exposure to Rhodium (as Rh (III) chloride hydrate) on cytokines in female Wistar rats. Bull Environ Contam Toxicol 89:686-692.

10. Calabrese EJ.  (2012).  Guest Editorial: Hormesis. Gradient Trends Newletter, page 6.

11. Nascarella MA, Calabrese EJ. (2012). A method to evaluate hormesis in nanoparticle dose-responses. Dose-Response 10(3):344-354.

12. Calabrese EJ. (2012). The United States Environmental Protection Agency's linearity-based risk assessment practices: The new homeopathy. Editorial. Environ Toxicol Chem 9999(12):1.

13. Calabrese EJ, Stanek III EJ, Nascarella MA. (2012). A detailed re-assessment supports the conclusion of the Calabrese et al. 2011 paper that hormesis is commonly observed in the Ames assay. Reply to Letter to the Editor. Mut Res 747:157.

14. Stanek III EJ, Calabrese EJ, Xu B.  (2012).  Meta analysis of mass balance studies of soil ingestion in children. Risk Analysis 32(3):433-447.

15. Calabrese V, Cornelius C, Dinkova-Kostova AT, Iavicoli I, Di Paola R, Cuzzocrea S, Rizzarelli E, Calabrese EJ.  (2012).  Cellular stress responses, hormetic phytochemicals and vitagenes in aging and longevity. Biochim Biophy Acta 1822(5)SI:753-783.

16. Calabrese EJ.  (2012).  Muller's Nobel Prize lecture: When ideology prevailed over science. Tox Sci 126(1):1-4.

17. Calabrese EJ. (2012). Hormesis and the Salk polio vaccine. Dose-Response 10(1):91-95.

18. Calabrese EJ, Iavicoli I, Calabrese V.  (2012).  Hormesis: why it is important to biogerontologists. Biogerontology 13(3):215-235.

19. Calabrese EJ, Ives JA, Giordano J. (2012). Neuroprotective agents commonly display hormesis: Implications for Nano-neuropharmacology. In: Neurotechnology: Premises, Potential and Problems (J. Giordano, Editor).  CRC Press, Boca Raton, FL. Pp. 69-92.

## 2011

1.  Calabrese E. (2011). Improving the scientific foundations for estimating health risks from the Fukushima incident. Proc Nat Acad Sci USA, 108(49):19447-19448.

2. Calabrese V, Cornelius C, Cuzzocrea S, Iavicoli I, Rizzarelli E, Calabrese EJ. (2011). Hormesis: cellular stress response and vitagenes as critical determinants in aging and longevity. Mol Aspects Med 32:279-304.

3. Iavicoli I, Calabrese EJ. (2011). Redefining low lead levels. Environ Health Perspect 119(5):A202-A202.

4. Calabrese EJ. (2011). Key studies Used to support cancer risk assessment questioned. Environ Mol Mut 52(8):595-606.

5.  Calabrese EJ, Stanek EJ, Nascarella M. (2011). Evidence for hormesis in mutagenicity dose-response relationships. Mut Res 726(2):91-97.

6. Calabrese EJ. (2011). Muller's Nobel lecture on dose-response for ionizing radiation: ideology or science? Arch Toxicol 85(12):1495-1498.

7. Calabrese EJ, Blain R. (2011). The hormesis database: The occurrence of hormetic dose response in the toxicological literature. Reg Toxicol Pharm 61:73-81.

8. Calabrese EJ. (2011). Toxicology rewrites its history and rethinks its future: Giving equal focus to both harmful and beneficial effects. Environ Toxicol Chem 30(12):2658-2673.

9. Iavicoli I, Calabrese EJ, Fontana L, Marinaccio A, Alimonti M, Pino A, Bergamaschi A. (2011). The effects of iridium on the renal function of female Wistar rats. Ecotoxicol Environ Safety 74:1795-1799.

10. Calabrese EJ, Mattson MP. (2011). Hormesis provides a generalized quantitative estimate of biological plasticity. J Cell Comm Signal 5(1):25-38.

**2010**

1. Calabrese V, Cornelius C, Stella AMG, Calabrese EJ. (2010). Cellular stress responses, mitostress and carnitine insufficiencies as critical determinants in aging and neurodegenerative disorders: role of hormesis and vitagenes. Nuerochem Res 35(12-SI):1880-1915.

2.  Calabrese V, Cornelius C, Dinkova-Kostova AT, Calabrese EJ. (2010). Vitagenes, cellular stress response, and acetylcarnitine: Relevance to hormesis. Biofactors 35(2):146-160.

3. Calabrese EJ. (2010). Hormesis: A brief reply to an advocate response. Environ Health Perspect 118:A153-A154.

4. Calabrese EJ, Jonas WB. (2010). Evaluating homeopathic drugs within a biomedical framework. Hum Exper Toxicol 29:545-549.

5. Stanek EJ, Calabrese EJ, Barnes RM, Danku JMC, Zhou Y, Kostecki PT, Zillioux E.  (2010). Bioavailability of arsenic in soil: Pilot study results and design considerations. Hum Exper Toxicol 29(11):945-960.

6. Ricci PF, Calabrese EJ. (2010). Hormesis and cancer risks: Issues and resolution.  In: *Cancer Risk Assessment. Chemical Carcinogenesis, Hazard Evaluation, and Risk Quantification* (C-H. Hsu and T. Stedeford, Eds), (Chapter7).  John Wiley and Sons, Hoboken, NJ pp. 785.

7. Nascarella MA, Calabrese EJ. (2010). A comparison of multiple methods to evaluate biphasic (hormetic) dose-responses in high-throughput in vitro toxicology screens. In: *Toxicity Pathway-Based Risk Assessment: Preparing for Paradigm Change: A Symposium Summary*.  Standing Committee on Risk Analysis Issues and Reviews; National Research Council. The National Academy of Sciences, Washington, DC, p. 111-112 (ISBN: 0-309-15423-5).

8. Calabrese EJ. (2010). Resveratrol: An assessment of its dose response an introduction. Hum Exper Toxicol 29:977-979.

9. Calabrese EJ, Mattson MP, Calabrese V. (2010).  Resveratrol commonly displays hormeis: Occurrence and biomedical significance. Hum Exper Toxicol 29(12):980-1015.

10. Calabrese V, Cornelius C, Dinkova-Kostova AT, Calabrese EJ, Mattson MP. (2010). Cellular stress responses, the hormesis paradigm, and vitagenes: Novel targets for therapeutic intervention in neurodegenerative disorders. Antiox Redox Signal 13(11):1763-1811.

11. Calabrese EJ, Mattson MP, Calabrese V. (2010). Dose response biology: The case of resveratrol. Hum Exper Toxicol 29(12):1034-1037.

12. Iavicoli I, Fontana L, Marinaccio A, Bergamaschi A, Calabrese EJ. (2010). Iridium alters immune balance between t helper 1 and t helper 2 responses. Hum Exper Toxicol 29:213-219.

13. Calabrese EJ. (2010). A brief reply to an advocate response – Letter to the Editor. Environ Health Perspect 118:A153-A154.

14. Calabrese EJ, Nascarella M. (2010). Tumor resistance explained by hormesis. Dose-Response 8:80-82

15. Stanek EJ III, Calabrese EJ. (2010). Predicting low dose effects for chemicals in high through-put studies. Dose-Response 8:301-316.

16. Iavicoli I, Calabrese EJ, Nascarella MA. (2010). Exposure to nanoparticles and hormesis. Dose-Response 8:501-517.

17. Calabrese V, Mancuso C, Tovato A, Cornelius C, Cavallaro M, Di Rienzo L, Condorelli D, De Lorenzo A, Calabrese EJ. (2010). The hormetic role of dietary antioxidants in free radical-related diseases. Curr Pharm Design 16(7):877-883.

18. Calabrese EJ. (2010). BELLE: An Evolving Legacy. A Brief History of BELLE: Introduction. Hum Exper Toxicol 29:247-248.

19. Calabrese EJ. (2010). Hormesis in central to toxicology, pharmacology and risk assessment. Hum Exper Toxicol 29:249-261.

20. Calabrese EJ, Jonas WB. (2010). Homeopathy. Clarifying its relationship to hormesis. Hum Exper Toxicol 29:531-536.

21. Calabrese EJ. (2010). Hormesis and Homeopathy: Introduction. Hum Exper Toxicol 29:527-529.

22. Calabrese EJ, Hoffmann GR, Stanek III EJ, Nascarella MA. (2010).  Hormesis in high-throughput screening of antibacterial compounds in *E. coli*. Hum Exper Toxicol 29:667-677.

23. Mattson MP, Calabrese EJ. (Editors). (2010). Hormesis: A Revolution in Biology, Toxicology and Medicine. Humana Press Inc.  pp. 213.

24. Mattson MP, Calabrese EJ.  (2010). Hormesis: What it is and why it matters. In: Hormesis: A revolution in biology, toxicology and medicine. M.P. Mattson and E.J. Calabrese, Editors. Humana Press Inc. 1-13.

25. Calabrese EJ. (2010). Once marginalized, evidence now supports hormesis as the most fundamental dose response.  In: Hormesis: A revolution in biology, toxicology and medicine. M.P. Mattson and E.J. Calabrese, Editors. Humana Press Inc. pp. 15-56.

26. Calabrese EJ. (2010). The hormetic pharmacy: The future of natural products and man-made drugs in disease prevention and treatment. In: Hormesis: A revolution in biology, toxicology and medicine.  M.P. Mattson and E.J. Calabrese, Editors. Humana Press Inc. pp. 177-198.

27. Calabrese EJ. (2010). Toxicity Testing in the 21st Century – A view from BELLE. Hum Exper Toxicol  29:5-6.

**2009**

1. Calabrese EJ, and Ricci PF. (2009). Hormesis and risk assessment. In: General and Applied Toxicology (B. Ballantyne, T.C. Marrs, T. Syversen, Editors). Volume 5, Part 10, pp. 2717-2724.

2. Calabrese EJ. (2009). Hormesis as a basic concept. In: Pharmacology -Principles and Practice, (K. Bachmann, M. Hacker, and W. Messer, Editors). Chapter 5. Elsevier Publishers, pp.75-102.

3. Calabrese EJ. (2009). Hormesis: A conversation with a critic. Commentary. Environ Health Persp 117:1339-1343.

4. Nascarella MA, Calabrese EJ, Beck BD. (2009). Quantifying hormetic (biphasic) dose-responses in the assessment of nanoparticle toxicology. In: Conference Proceedings: International Conference on the Environmental Implications and Applications of Nanotechnology. June 9-11, 2009, University of Massachusetts, Amherst. pp. 67-73. Edited by The Environmental Institute 2009. Available: **http://scholarworks.umass.edu/tei**.

5. Nascarella MA, and Calabrese EJ. (2009). The relationship between the IC50, toxic threshold, and the magnitude of stimulatory response in biphasic (hormetic) dose-responses. Reg Toxicol Pharm 54:229-233.

6. Calabrese EJ. (2009). Hormesis, non-linearity, and risk communication. Hum Exper Toxicol 28:5-6.

7.  Calabrese EJ. (2009). Hormesis and ethics: Introduction. Hum Exper Toxicol 27:601-602.

8. Calabrese EJ. (2009). Getting the dose response wrong. Why hormesis became marginalized and the threshold model accepted. Arch Toxicol 83:227-247.

9. Calabrese EJ. (2009). The road to linearity: Why linearity at low doses became the basis for carcinogen risk assessment. Arch Toxicol 83:203-225.

10. Calabrese EJ, and Blain RB. (2009). Hormesis and plant biology. Environ Poll 157:42-48.

11. Calabrese V, Cornelius C, Dinkova-Kostova AT, Calabrese EJ. (2009). Vitagenes, cellular stress response and acetylcarnitine: Relevance to hormesis. BioFactors 35:146-160.

12. Nascarella MA, Stanek EJ, Hoffmann GR, Calabrese EJ. (2009). Quantification of hormesis in anticancer-agent dose-responses. Dose-Response 7:160-171.

13. Calabrese EJ. (2009). Hormetic Vignette – The dose response: Comparing hormesis and threshold models. In: Fundamentals of Ecotoxicology, Third Edition, Chapter 8, pp.274-281.

## 2008

1. Maynard K, Calabrese EJ. Rodricks J, Ochoa R. (2008). Hormesis: Introduction. Amer J Pharm Toxicol 3:1-3.

2. Calabrese EJ. (2008).  Hormesis: Principles and applications for pharmacology and toxicology. Amer J Pharm Toxicol 3:59-71.

3. Calabrese EJ, Stanek III EJ, Nascarella MA, Hoffmann GR. (2008). Hormesis predicts low-dose responses better than threshold models. Int J Toxicol 27:369-378.

4. Calabrese EJ. (2008). Hormesis and medicine. Brit J Clin Pharm  66:594-617.

5. Calabrese EJ. (2008). Hormesis. In: Encyclopedia of Quantitative Risk Assessment and Analysis (E. Melnick and B. Everitt, eds.), John Wiley & Sons Ltd, Chichester, UK, pp. 838-844.

6. Iavicoli I, Carelli G, Marinacio A, Fontana L, Calabrese EJ. (2008). Effects of sub-chronic exposure to palladium (as potassium hexachloro-palladate) on cytokines in male Wistar rats. Hum Exper Toxicol 27:493-497.

7. Mattson MP, and Calabrese EJ. (2008). Best in Small Doses. The New Scientists 199:36-39.

8. Calabrese EJ. (2008). Pain and U-shaped dose responses: Occurrence, mechanisms and clinical implications. Crit Rev Toxicol 38(7):579-590.

9. Calabrese EJ. (2008). U-shaped dose response in behavioral pharmacology: Historical foundations. Crit Rev Toxicol 38(7):591-598.

10. Calabrese EJ. (2008). Addiction and dose response: The psychomotor stimulant theory of addiction reveals that hormetic dose responses are dominant. Crit Rev Toxicol 38(7): 599-618.

11. Calabrese EJ. (2008). An assessment of anxiolytic drug screening tests: Hormetic dose responses predominate. Crit Rev Toxicol 38(6):489-542.

12. Calabrese EJ. (2008). Modulation of the epileptic seizure threshold: Implications of biphasic dose responses. *Crit Rev Toxicol* 38(6):543-556.

13. Calabrese EJ. (2008). Drug therapies for stroke and traumatic brain injury often display U-shaped dose responses: Occurrence, mechanisms and clinical implications  Crit Rev Toxicol 38(6):557-577.

14. Calabrese EJ. (2008). Alzheimer's disease drugs: An application of the hormetic dose response model. Crit Rev Toxicol 38(5):419-451

15. Calabrese,EJ. (2008). Stress biology and hormesis: The Yerkes-Dodson law in psychology: A special case of the hormesis dose-response. Crit Rev Toxicol 38(5):453-462.

16. Calabrese EJ. (2008). Astrocytes. Adaptive responses to low doses of neurotoxins. Crit Rev Toxicol 38(5):463-471.

17. Calabrese EJ. (2008). P-glycoprotein efflux transporter activity often displays biphasic dose response relationships. Crit Rev Toxicol 38(5):473-487.

18. Calabrese EJ. (2008). Neuroscience and hormesis. Overview and general findings. Crit Rev Toxicol 38(4):249-252.

19. Calabrese EJ. (2008). Dose-response features of neuroprotective agents: An integrative summary. Crit Rev Toxicol 38(4):253-348.

20. Calabrese EJ. (2008). Pharmacological enhancement of neuronal survival. Crit Rev Toxicol 38(4):349-389.

21. Calabrese EJ. (2008). Enhancing and regulating neurite otugrowth. Crit Rev Toxicol 38(4):391-418.

22. Calabrese EJ. (2008). What is hormesis?  In: Mild Stress and Healthy Aging: Applying Hormesis in Aging Research and Interventions  (E. Le Bourg, S. Rattan, Editors) Springer publications, pp. 5-19.

23. Calabrese EJ, Ji LL, Kristense T, Le Bourg E, Loeschcke V, Morris B, Rattan S, Safwat A, Sarup P, Sorensen J, Vaiserman A. (2008). Conclusion. Mild stress and healthy aging: Perspective for human beings. In: Mild Stress and Healthy Aging: Applying Hormesis in Aging Research and Interventions.

24. Calabrese EJ. (2008). Another California Milestone: The first application of hormesis in litigation and regulation. Intl J Toxicol 27:31-33.

25. Calabrese EJ. (2008). Converging concepts: adaptive response, preconditioning, and the Yerkes-Dodson law are manifestations of hormesis. Aging Res Rev 7:8-20.

26. Calabrese EJ. (2008). Hormesis and mixtures. Toxicol Appl Pharm 229:262-263.

27. Calabrese EJ. (2008). Hormesis: Why it is important to toxicology and toxicologists. Environ Toxicol Chem 27:1451-1474.

28. Calabrese EJ. (2008). Hormesis and the law: introduction. Hum Exp Toxicol 27:95-96.

29. Calabrese EJ. (2008). Biomedical implications of hormesis: Part II. Hum Exper Toxicol 27:149.

30. Calabrese EJ. (2008). Biomedical implications of hormesis: Part I. Hum Exper Toxicol 27:121.

31. Gonzalez GJD, Calabrese EJ, Blain R. (2008). Aflatoxicosis in chickens (gallus gallus): An example of hormesis. Poul Sci 87:727-732.


## 2007

1. Calzolai L, Ansorge W, Calabrese E, Denslow N, Part P, Lettieri T. (2007). DNA Microarray and Proteomics. Application to Ecotoxicology. Comp Biochem Physiol Part D2:245-249.

2. Calabrese EJ. (2007). Elliott's ethics of expertise proposal and application: A dangerous precedent. J Sci Eng Ethics 13:139-145.

3. Calabrese EJ, Staudenmayer JW, Stanek III EJ, Hoffmann GR. (2007). Hormesis and high throughput studies: Crump's analysis lacks credibility. Tox Sci 98:602-603.

4. Calabrese EJ. (2007). A dose of common sense. Good Clin Prac J, July:12-16.

5. Calabrese EJ. (2007). Threshold dose response model – RIP: 1911 to 2006. BioEssays 29:686-688.

6. Beck B, Calabrese EJ, Slayton TM, Rudel T. (2007).  The use of toxicology in the regulatory process. In: Principles and Methods of Toxicology, 5th Edition  pp. 45-102.

7. Hanekamp JC, Calabrese E. (2007). Chloramphenicol, European legislation and hormesis. Dose-Response 5:91-93.

8. Calabrese EJ et al. – more than 50 authors. (2007).  Biological stress terminology: Integrating the concepts of adaptive response and preconditioning stress within a hormetic dose-response framework. Tox Appl Pharmacol 222:122-128.

9. Johnson BL, Calabrese EJ. (2007). Announcement of HERA's Paper of the year 2006 – Debate & Commentary: Polycyic aromatic hydrocarbons in sediments: An overview of risk-related issues. Hum Ecolog Risk Assmnt 13:251-253.

**2006**

1. Calabrese EJ. (2006). The failure of dose-response models to predict low dose effects: a major challenge for biomedical, toxicological and aging research. Biogerontology 7:119-122.

2. Calabrese EJ. (2006). Harzards and hormesis. Chem Indus 3:15.

3. Calabrese EJ. (2006). What is the purpose of a risk assessment? Hum Exper Toxicol 25:1.

4. Calabrese EJ, Staudenmayer JW, Stanek EJ. (2006). Drug development and hormesis: changing conceptual understanding of the dose response creates new challenges and opportunities for more effective drugs. Cur Opin Drug Disc Develop 9:117-123.

5. Iavicoli I, Carelli G, Stanek EJ, Castellino N, Calabrese EJ. (2006). Below background levels of blood lead impact cytokine levels in male and female mice. Toxicol Appl Pharmacol 210:94-99.

6. Iavicoli I, Carelli G, Stanek EJ, Castellino N, Li Z, Calabrese EJ. (2006). Low doses of dietary lead are associated with a profound reduction in the time to the onset of puberty in female mice. Reprod Toxicol 22:586-590.

7. Calabrese EJ. (2006). Hormesis: Scientific Foundations. Europ Journal  .

8. Calabrese EJ. (2006). Hormesis: a key concept in toxicology. In: Biological Concepts and Techniques in Toxicology: An Integrated Approach. JE Riviere, Editor.

9. Calabrese EJ, Staudenmayer JW, Stanek EJ, Hoffmann GR. (2006). Hormesis outperforms threshold model in NCI anti-tumor drug screening data. Tox Sci 94:368-378.

10. Cook RR, and Calabrese E.J. (2006). The importance of hormesis to public health. Env Hlth Perspect 114:1631-1635. Reprinted in: Cien Saude Colet, 2007; 12:955-963.

11. Cook RR, and Calabrese EJ. (2006). Hormesis is biology, not religion. Env Health Perspect 114:A688-A688.

12. Stanek E, and Calabrese E. (2006). Response. Risk Analysis 26:865-865.

13. Pagano G, Guida M, Calabrese EJ. (2006). Toxicity vs. hormesis in evaluating health effects: Applications to bioassays using marine organisms. Marine Sciences and Public Health – Some Major Issues, Geneva, September 27-30, 2006. CIESM Workshop Monographs n 31.

**2005**

1. Calabrese EJ. (2005). Challenging dose-response dogma. Scientist, 19:2-23.

2. Calabrese EJ. (2005). Historical blunders: how toxicology got the dose-response relationship half right. Cell Mol Biol  51:643-654.

3. Calabrese EJ. (2005). Hormesis: Implications for risk assessment. In: Inhalation Toxicology, (H. Salem, Editor). Taylor & Francis, Philadelphia, PA., pp.335-348.

4. Calabrese EJ. (2005). Should hormesis be the default model in risk assessment? Hum Exper Toxicol 24(5):243.

5. Calabrese EJ. (2005). The emergence of hormesis as the dominant dose-response model. The Scientist 19:22-23.

6. Calabrese EJ. (2005). Factors affecting the historical rejection of hormesis as a fundamental dose response model in toxicology and the broader biomedical sciences. Toxicol Appl Pharmacol 206(3):365-366.

7. Calabrese EJ. (2005). An allegation of scientific misconduct in the Bucci et al. article concerning the effects of DIMP on mink. Repro Toxicol 19:443-446.

8. Calabrese EJ. (2005). Paradigm lost, paradigm found: The re-emergence of hormesis as a fundamental dose response model in the toxicological sciences. Env Poll 138:378-411.

9. Calabrese EJ. (2005). Hormesis – Basic, generalizable, central to toxicology and a method to improve the risk assessment process. Int J Occup Env Health 10:476-477.

10. Calabrese EJ. (2005). Toxicological awakenings: The rebirth of hormesis as a central pillar of toxicology. Toxicol Appl Pharmacol 204:1-8.

11. Calabrese EJ. (2005). Factors affecting the historical rejection of hormesis as a fundamental dose response model in toxicology and the broader biomedical sciences. Letter to the Editor. Toxicol Appl Pharmacol 206:365-366.

12. Calabrese EJ, and Cook RR. (2005). Hormesis: how it could affect the risk assessment process. Hum Exper Toxicol 24:486-486.

13. Calabrese EJ. (2005). Cancer biology and hormesis:  Human tumor cell lines   commonly display hormetic (biphasic) dose responses. Crit Rev Toxicol 35:463-582.

14. Calabrese EJ. (2005). Hormetic dose-response relationships in immunology: Occurrence, quantitative features of the dose-response, mechanistic foundations and clinical implications. Crit Rev Toxicol 35:89-306.

15. Calabrese EJ, and Blain R. (2005). The occurrence of hormetic dose responses in the toxicological literature, the hormesis database: an overview. Toxicol Appl Pharmacol 202:289-301.

## 2004

1. Calabrese EJ. (2004). Hormesis – Basic, generalizable, central to toxicology and a method to improve the risk-assessment process. Int Occup Env Health 10:466-467.

2. Calabrese EJ. (2004). Bystander effects and the dose response. Hum Exper Toxicol 23:59.

3. Calabrese EJ. (2004). Erratum to The effects of diisopropylmethylphosphonate, a by-product of the production of sarin and a contaminant in drinking water at the Rocky Mountain Arsenal, on female mink. Reg Toxicol Pharmacol 39:409.

4. Calabrese EJ. (2004). Economics and hormesis. Hum Exper Toxicol 23:265.

5. Calabrese EJ. (2004). Hormesis: implications for risk assessment. In: Inhalation Toxicology, 2nd Edition, (H. Salem and S. Katz, Editors). Marcel Dekker Inc.

6. Iavicoli I, Careli G, Stanek EJ, Castellino N, Calabrese EJ. (2004). Effects of  low doses of dietary lead on puberty onset in female mice. Reprod Toxicol 19:35-41.

7. Calabrese EJ.  (2004). Hormesis: A revolution in toxicology, risk assessment and medicine. Eur Mol Biol Org 5:S37-S40.

8. Calabrese EJ. (2004). Hormesis: A model for non-carcinogen and carcinogen risk assessment. World Health Organization.

9. Calabrese EJ. (2004). Hormesis: from marginalization to mainstream. A case for hormesis as the default dose-response model in risk assessment. Toxicol Appl Pharmacol 197:125-136.

10. Calabrese EJ, and Blain R. (2004). Metals and hormesis. J Env Monit 6:14N-19N.

## 2003

1. Calabrese EJ. (2003). The LNT hypothesis: can it withstand recent developments in molecular radiobiology and in adaptive protection mechanisms? Hum Exp Toxicol 22:289-289.

2. Calabrese EJ. (2003). Toxicological diversity: making room for the U-shaped dose-response. Hum Exper Toxicol  22:465-466.

3. Calabrese EJ. (2003). The maturing of hormesis as a credible dose-response model. Nonlinearity Biol Toxicol Med 1:319-343.

4. Calabrese EJ. (2003). The effects of diisopropylmethylphosphonate on female mink: how medical intervention biased mortality data. Reg Toxicol Pharmacol 38:260-268.

5. Calabrese EJ. (2003). Editorial. Nonlinearity Biol Toxicol Med 1:1.

6. Calabrese EJ, and Baldwin LA. (2003). Hormesis at the National Toxicology Program (NTP): Evidence of hormetic dose responses in NTP dose-range studies. Nonlinearity Biol Toxicol Med 1:455-467.

7. Finley BL, Iannuzzi J, Wilson ND, Kimmell JL, Craven V, Lemeshow S, Teaf CM, Calabrese EJ, Kostecki PT. (2003). The Passiac River Creel/Angler Survey: Expert panel review, findings and recommendations. Hum Ecol Risk Assess 9(3):829-855.

8. Calabrese EJ. (2003). Risk communication and the challenge of hormesis. Hum Exp Toxicol 22(1):1-2.

9. Calabrese EJ, and Baldwin LA. (2003). Toxicology rethinks its central belief – Hormesis demands a reappraisal of the way risks are assessed. Nature 421(6924):691-692.

10. Iavicolli I, Carelli G, Castellino N, Stanek III EJ, Calabrese EJ. (2003). Effects of low doses of dietary lead on red blood cell production in male and female mice. Tox Letters 137(3):193-199.

11. Calabrese EJ. (2003). Special issue: Hormesis: Environmental and biomedical perspectives – Introduction. Crit Rev Toxicol 33(3-4):213-214.

12. Calabrese EJ, and Baldwin LA. (2003). Inorganics and hormesis. Crit Rev Toxicol 33(3-4):215-304.

13. Calabrese EJ, and Baldwin LA. (2003). Chemotherapeutic and hormesis. Crit Rev Toxicol 33(3-4):305-353.

14. Calabrese EJ, and Baldwin LA. (2003). Peptides and hormesis. Crit Rev Toxicol 33(3-4):355-405.

15. Calabrese EJ, and Baldwin LA. (2003). Ethanol and hormesis. Crit Rev Toxicol 33(3-4):407-424.

16. Calabrese EJ, and Baldwin LA. (2003). The hormetic dose response model is more common than the threshold model in toxicology. Tox Sci 71(2):246-250.

17. Calabrese EJ. (2003). he effects of diiosopropylmethylphosphonate (DIMP), a by-product of the production of Sarin and a contaminant in drinking water at the Rocky Mountain Arsenal, on female mink. Reg Toxicol Pharm 37(2):191-201.]

18. Nascarella MA, Stoffolano Jr JG, Stanek III EJ, Kostecki PT, Calabrese EJ. (2003). Hormesis and stage specific toxicity induced by cadmium in an insect model, the black blowfly. *Environ. Poll.*, 124(2):257-262.

19. Calabrese EJ, and Baldwin LA. (2003).  Hormesis: the dose-response revolution. *Ann Rev Pharm Toxicol* 43:175-197.

20. Nascarella MA, Stoffolano JG, Stanek III EJ, Kostecki PT, Calabrese EJ. (2003). Hormesis and stage specific toxicity induced by cadmium in an insect model, the queen blowfly, *Phormia regina* Meig. Env Poll 124:257-262.

## **2002**

1. Calabrese EJ. (2002). Introduction to BELLE newsletter: The role of hormesis in industrial hygiene/occupational health. Hum Exp Toxicol 21(7):383-383.

2. Calabrese EJ. (2002). Untitled. Tox Sci 69(1):286-287.

3. Calabrese EJ. (2002).  Part 1. The role of ROS in health disease: Part 2. Proposing a definition of hormesis. Hum Exp Toxicol 21(2):59.

4. Calabrese EJ. (2002). Hormesis: Changing views of the dose response. Mut Res 511(3):181-189.

5. Johnson BL, and Calabrese EJ. (2002). Editorial. Hum Ecol Risk Assess 8(3):CP3-CP3.

6. Calabrese EJ, and Baldwin LA. (2002). Hormesis and high risk groups. Reg Tox Pharmacol 35:414-428.

7. Iavicoli I, Carelli G, Stanek III EJ, Castellino N, Calabrese EJ. (2002). Effects of *per os* lead acetate administration on mouse hepatocyte survival. Toxicol Letters 129(1-2):143-149.

8. Calabrese EJ, and Baldwin LA. (2002).  Applications of hormesis in toxicology, risk assessment and chemotherapeutics. Trends Pharmacol Sci 23(7):331-337.

9. Calabrese EJ. (2002). Profound reduction in food ingestion in female mink and risk of mortality.

10. Calabrese EJ, and Baldwin LA. (2002). Radiation hormesis and cancer. Hum Ecolog Risk Assmnt 8:327-353.

11. Calabrese EJ, and Baldwin LA. (2002). Defining Hormesis. Hum Exper Toxicol 21:91-97.

12. Calabrese EJ, and Baldwin LA.  (2002). Response to expert commentators. Hum Exper Toxicol 21:113-114.

13. Kostecki PT, Calabrese E, Nascarella M. (2002). Survey of states' 2001 soils cleanup standards for petroleum contamination. Soil Sed Contam 11(2):117-239.

14. Nascarella MA, Kostecki P, Calabrese E, Click D. (2002). AEHS's 2001 survey of states' soil and groundwater cleanup standards. Contam Soil Sed Water, January/February, pp. 15-68.

15. Calabrese EJ. (2002). The dose-response revolution. School of Public Health & Health Sciences (SPHHS) Alumni News, Spring, pp. 1-3.

## **2001**

1. Mundt KA, Calabrese EJ, Baldwin LA. (2001). The history of chemical hormesis and potential implications for modern risk assessment and epidemiology. Tox Lett Suppl:1/123.

2. Calabrese E. (2001). Hormesis and environmental regulation: views from the legal profession. Introduction. Hum Exp Toxicol 20(3):121-121.

3. Calabrese E.J. (2001). The role of hormesis in ecotoxicology and ecological risk assessment. Hum Exp Toxicol 20(10):497.

4. Calabrese EJ. (2001). Biological switching mechanisms and the biphasic dose responses of hormesis. Hum Ecol Risk Assess 7(6):1565-1567.

5. Calabrese EJ, and Marchant G. (2001). Recognizing and incorporating health benefits of pollutants in risk assessment. Hum Ecol Risk Assess 7(4):639-640.

6. Calabrese EJ. (2001). Low doses of toxic substances: impacts on the aging process. Hum Exp Toxicol 20(6):279. (see 2001 BELLE Newsletter 9(3):1)

7. Calabrese EJ. (2001). When the control group fails to control: A toxicological dilemma of risk assessment proportions. Hum Ecol Risk Assess 7(3):473-474.

8. Calabrese EJ.  (2001). U-shaped dose responses in biology, toxicology, and public health. Ann Rev Publ Health 22:15-33.

9. Calabrese EJ. (2001). Young's old uncertainty factor formula for the young – Reply to Fitzgerald. Hum Ecol Risk Assess 7(2):471-472.

10. Ewald K., and Calabrese EJ. (2001). Induction of acute phase proteins protects rats from hepatotoxins. *Tox Sci* 48(2):215-218.

11. Calabrese, E.J., and Baldwin, L.A.  (2001).  Hormesis and harmonization.  Letter to the Editor.  *Toxicol. Sci.*, 63:149.

12. Calabrese, E.J., and Baldwin, L.A.  (2001).  The frequency of U-shaped dose-responses in the toxicological literature.  *Tox. Sci.*, 62:330-338.

13. Stanek, III, E.J., Calabrese, E.J., and Zorn, M.  (2001).  Biasing factors for simple soil ingestion estimates in mass balance studies of soil ingestion.  *Hum. Ecolog. Risk Assmnt.*, 7(2):329-355.

14. Stanek, III, E.J., Calabrese, E.J., and Zorn, M.  (2001).  Soil ingestion distributions for Monte Carlo risk assessment in children.  *Hum. Ecolog. Risk Assmnt.*, 7(2):357-368.

15. Calabrese, E.J.  (2001).  Book Review: Permissible Dose.  *Endeavour,* 25(2):89.

16. O'Hara, T.M., Calabrese, E.J., Borzelleca, J.F., and Rowles, T.  (2001).  Hormesis and the interpretation of cetacean tissue contaminants data for both impacts to cetaceans and consumers of whale products. *Intern'l. Whaling Commission*, Proceedings.

17. Calabrese, E.J.  (2001).  Hormesis.  *Encyclopedia Env. Metrics*, Wiley, New York.

18. Calabrese, E.J., and Kostecki, P.T.  (2001).  Background and Biology.  *J. Env. Forensics,* 2:113.

19. Calabrese, E.J., and Baldwin, L.A.  (2001).  Hormesis: U-shaped dose-response and their centrality in toxicology.  *Trends in Pharmacol. Sciences*, 22(6):285-291.

20. Calabrese, E.J., and Baldwin, L.A. (Editors). (2001).  Introduction: Scientific foundations of hormesis.  *Crit. Rev. Toxicol.*, 31:351-352.

21. Calabrese, E.J., and Baldwin, L.A.  (2001).  Hormesis: A generalizable and unifying hypothesis.  *Crit. Rev. Toxicol.*, 31:353-424.

22. Calabrese, E.J.  (2001).  Overcompensation stimulation: A mechanism for hormetic effects. *Crit. Rev. Toxicol.,* 31:425-470.

23. Calabrese, E.J., and Baldwin, L.A.  (2001).  Agonist concentration gradients as a generalizable regulatory implementation strategy.  *Crit. Rev. Toxicol.*, 31:471-474.

24. Calabrese, E.J.  (2001).  Prostaglandins: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:475-488.

25. Calabrese, E.J.  (2001).  Nitric Oxide (NO):  Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:489-502.

26. Calabrese, E.J.  (2001).  Estrogen and related compounds: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:503-516.

27. Calabrese, E.J.  (2001).  Androgens:  Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:517-522.

28. Calabrese, E.J.  (2001).  Adrenergic receptors:  Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:523-538.

29. Calabrese, E.J.  (2001).  Adenosine:  Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:539-552.

30. Calabrese, E.J.  (2001).  5-Hydoxytryptamine (5-HT) (serotonin): Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:553-562.

31. Calabrese, E.J.  (2001).  Dopamine: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:563-584.

32. Calabrese, E.J.  (2001).  Opiates:  Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:585-604.

33. Calabrese, E.J.  (2001).  Amyloid β-peptide: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:605-606.

34. Calabrese, E.J.  (2001).  Apoptosis: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:607-614.

35. Calabrese, E.J.  (2001).  Cell migration/chemotaxis: Biphasic dose responses.  *Crit. Rev. Toxicol.*, 31:615-624.

36. Calabrese, E.J.  (2001).  The future of hormesis: Where do we go from here?  *Crit. Rev. Toxicol.*, 31:637-648.

37. Ewald, K., and Calabrese, E.J.  (2001).  Lead reduces  the nephrotoxicity of mercury chloride.  *Ecotox. Environ. Safety.*  48:215-218.

38. Calabrese, E.J.  (2001).  Animal soil ingestion and animal rights.  *Hum. Ecol. Risk Assess.*, 7(1):3-4.

39. Calabrese, E.J.  (2001).  Assessing the default assumption that children are always at risk.  *Hum. Ecol. Risk Assess.*, 7(1):37-60.

40. Kostecki, P.T., Calabrese, E.J., and Simmons, K.  (2001).  Survey of states' 2000 soils cleanup standards for petroleum contamination.  *Soil Sediment Contam.*, 117-196.

41. Simmons, K., Click, D., Kostecki, P., and Calabrese, E.  (2001).  AEHS's 2000 survey of states' soil and groundwater cleanup standards.  *Contam. Soil Sed. Water*, February, pp. 22-77.

42. Calabrese, E.J.  (2001).  Letter to Editor – Reply to Fitzgerald.  *Hum. Ecol. Risk Assmnt.*, 7(2):471-472.


**2000**

1. Calabrese, E.J.  (2000).  Introduction to BELLE Newsletter: Special issue on chemical carcinogenesis epigenetic mechanisms and dose response.  *Hum. Exp. Toxicol.*, 19(10):541-541.

2. Calabrese, E.J.  (2000).  Uncertainty factor for children: historical precedent.  *Hum. Ecolog. Risk Assmnt.*, 6(5):729-730.

3. Calabrese, E.J.  (2000).  Introduction to the BELLE Newsletter: Special issue on caloric restriction and hormesis.  *Hum. Exp. Toxicol.*, 19(6):319-319.

4. Calabrese, E.J., and Baldwin, L.A.  (2000).  Radiation hormesis: the demise of a legitimate hypothesis.  *Hum. Exp. Toxicol.*, 19(1):76-84.

5. Calabrese, E.J., and Baldwin, L.A.  (2000).  U-shaped dose-responses in biology, toxicology and public health.  *Folia Med.*, 71(S1):7-19. (Reprinted from 2001 ARPH, citation #8).

6. Calabrese, E.J.  (2000).  A toxicological disconnect.  *Hum. Ecol. Risk Assess.*, 6(6):911-912.

7. Johnson, B.L., and Calabrese, E.J.  (2000).  Editorial changes and future directions for HERA.  *Hum. Ecol. Risk Assess.*, 6(5):727-728.

8. Calabrese, E.J., and Baldwin, L.A.  (2000).  Hormesis and risk assessment: A risky proposal – Reply.  *Bioscience*, 50(4):293-293.

9. Calabrese, E.J., and Baldwin, L.A.  (2000).  Reevaluation of the fundamental dose-response relationship.  *Bioscience*, 50(1):6-6.

10. Calabrese, E.J.  (2000).  Guest Editor of dedicated issue on hormesis.  *J. Appl. Toxicol.*, 20(2):89-163.

11. Calabrese, E.J.  (2000).  Societal implications of hormesis.  *J. Appl. Toxicol.*, 20:91.

12. Calabrese, E.J., and Baldwin, L.A.  (2000).  The effects of gamma-rays on longevity.  *Biogerontology*, 1:309-319.

13. Stanek III, E.J. and Calabrese, E.J.  (2000).  Daily soil ingestion estimates for children at a super-fund site.  *Risk Analysis,* 20:627-635.

14. Hood, T.E., Calabrese, E.J., and Zuckerman, B.M.  (2000).  Detection of an estrogen receptor in two nematode species and inhibition of binding and development by environmental chemicals. *Ecotox. Env. Safety*, 47(1):74-81.

15. Calabrese, E.J., and Baldwin, L.A.  (2000).  Reproductive toxicity and hormetic responses. *Toxicology in Risk Assessment*, (H. Salem, ed.).  Taylor & Francis, Publishers, Philadelphia. pp. 95-106.

16. Calabrese, E.J., and Baldwin, L.A.  (2000).  Chemical hormesis: its historical foundations as a biological hypothesis.  *Hum. Exp. Toxicol.*, 19(1):2-31.

17. Calabrese, E.J., and Baldwin,L.A.  (2000a).  The marginalization of hormesis.  *Hum. Exp. Toxicol.*, 19(1):32-40.

18. Calabrese, E.J. and Baldwin, L.A.  (2000b).  Radiation hormesis:  Its historical foundations as a biological hypothesis.  *Human Exp. Toxicol.*, 19:41-75.

19. Calabrese, E.J. and Baldwin, L.A.  (2000c).  Radiation hormesis:  Part 2 – the demise of a legitimate hypothesis.  *Human Exp. Toxicol.*, 19:76-84.

20. Calabrese, E.J. and Baldwin, L.A.  (2000d).  Tales of two similar hypotheses:  the rise and fall of chemical and radiation hormesis.  *Human Exp. Toxicol.*, 19:86-97.

21. Beck, B., Slayton, T.M., Calabrese, E.J., Baldwin, L.A., and Rudel, R.  (2000).  The use of toxicology in the regulatory process.  In:  *Principles and Methods of Toxicology*.  4th edition. A.W. Hayes  (Editor).  Raven Press, 23-76.

22. Simmons, K., Kostecki, P., and Calabrese, E.  (2000).  AEHS's 1999 survey of states' groundwater cleanup standards.  *Soil Seiment & Groundwater*, April/May, pp. 30-52.

## **1999**

1. Stanek, III, E.J., Calabrese, E.J., and Zorn, M.  (1999).  *Development of Exposure Distribution Parameters for Use in Monte Carlo Risk Assessment of Exposure Due to Soil Ingestion.*  Final Report.  Department of Biostatistics and Epidemiology/Department of Environmental Health. University of Massachusetts, Amherst, MA.  Sponsored by the US EPA R8 Ecosystems Protection & Remediation.  Contract: LOR056 1998 T 08L.  pp. 1-145.

2. Calabrese, E.J., and Baldwin, L.A.  (1999).  Re-evaluation of the fundamental dose-response relationship – A new database suggests that the U-shaped, rather than the sigmoidal, curve predominates.  *BioScience*, 49(9):725-732.

3. Calabrese, E.J., Baldwin, L.A., and Holland, C.D.  (1999).  Hormesis: A highly generalizable and reproducible phenomenon with important implications for risk assessment.  *Risk Analysis*, 19(2):261-281.

4. Calabrese, E.J., and Baldwin, L.A.  (1999).  Implementing hormetic effects in the risk assessment process: Differentiating beneficial and adverse hormetic effects in the RfD derivation process.  *Human Ecol. Risk Assmnt.*, 5(5):965-971.

5. Calabrese, E.J., and Baldwin, L.A.  (1999).  Application of chemical hormesis concept to risk assessment: reproductive toxicity as an example.  In: *Toxicology in Risk Assessment*, (M.E. Eggerts, Editor).  Taylor and Francis,  pp. 95-106.

6. Stanek, E.J., III, Calabrese, E.J., and Barnes, R.M.  (1999).  Soil ingestion estimates for children in Anaconda using trace element concentrations in different particle size fractions.  *Human and Ecologic. Risk Assmtn.*, 5(3):547-558.

7. Calabrese, E.J., and Blain, R.B.  (1999).  The single exposure carcinogen database: assessing the circumstances during which a single exposure to a carcinogen can cause cancer.  *Toxicol. Sci.*, 50:169-185.

8. Blain, R., Reeves, R., Ewald, K.A., Leonard, D., and Calabrese, E.J.  (1999).  Susceptibility to chlordecone-carbon tetrachloride induced hepatotoxicity and lethality is both age and sex dependent.  *Toxicol. Sci.*, 50:280-286.

9. Calabrese, E.J.  (1999).  Evidence that hormesis represents an "overcompensation" response to a disruption in homeostasis.  *Ecotoxicol. & Environ. Safety*, 42:135-137.

10. Potter, T.L., Simmons, K., Wu, J., Sanchez-Olvera, M., Kostecki, P., and Calabrese, E.  (1999).  Static die-away of a nonylphenol ethoxylate surfactant in estuarine water samples.  *Environ. Sci. Technol.*, 33:113-118.

11. Calabrese, E.J., and Baldwin, L.A.  (1999).  The marginalization of hormesis.  *Toxicol. Pathol.*, 27(2):187-194.  (Reprinted in Human and Experimental Toxicology, 19:2-31, 2000).

12. Calabrese, E.J., and Baldwin, L.A.  (1999).  Chemical hormesis: Its historical foundations as a biological hypothesis.  *Toxicol. Pathol.*, 27(2):195-216.  (Reprinted in Human and Experimental Toxicology, 19:31-40, 2000).

13. Simmons, K., Kostecki, P., and Calabrese, E.  (1999).  9th Annual state by state groundwater cleanup standards.  *Soil & Groundwater Cleanup*, April/May, pp. 10-41.

14. Simmons, K., Kostecki, P., and Calabrese, E.  (1999/2000).  State soil standards survey.  *Soil & Groundwater*, December/January, pp. 24-51.

15. Kostecki, P.T., and Calabrese, E.J.  (1999).  National survey for cleanup standards for petroleum contaminated groundwater.  *Soil and Groundwater Cleanup Magazine*.  April/May, pp. 10-18.

## 1998

1. Calabrese, E.J., Baldwin L.A. (1998). Hormesis: Improving insights on the biological effects of low level exposures. Risk Policy Report 5(1):33-37.

2. Calabrese, E.J.  (1998).  Extrapolation from animal data.  Chapter 11.  In:  *Principles of Risk Assessment*.  (Title of book maybe incorrect).  pp. 269-280.

3. Kostecki, P.T., and Calabrese, E.J.  (1998).  9th Annual national survey for cleanup standards for petroleum contaminated soils.  *Soil and Groundwater Cleanup Magazine*.  November, pp. 12-40.

4. Calabrese, E.J.  (1998).  Soil ingestion estimation in children and adults: a dominant influence in site-specific risk assessment.  *Environ. Law Reporter*, 28:10660-10671.

5. Calabrese, E.J.   (1998).  The cancer risk assessment paradigm: Rethinking the role of animal extrapolation and human data in human risk assessment.  *Comments on Toxicol.,* 6:289-294.

6. Davis, M., and Calabrese, E.J.  (1998).  Biological effects of low level exposures.  *Comments on Toxicol.*, 6:241-246.

7. Calabrese, E.J.  (1998).  Guest editor of issue of BELLE.  *Comments on Toxicol.,* 6:235-336.

8. Stanek, E.J. III, Calabrese, E.J., Mundt, K., Pekow, P., and Yeatts, K.B.  (1998). Prevalence of soil mouthing/ingestion among health children 1-6.  *J. Soil Contam.,* 7:227-242.

9. Anderton, D.L., Anderson, A.B., Rossi, P.H., Oakes, J.M., Fraser, M.R., Weber, E.W., and Calabrese, E.J.  (1998).  Minority communities are not unfairly exposed to hazardous waste industries.  *Evaluation Review*, 18(2):123-140.

10. Calabrese, E.J., and Baldwin, L.A.  (1998).  A general classification of U-shaped dose-response relationships.  *Human and Exper. Toxicol.*, 17:353-364.

11. Cohen, J.T., Beck, B.D., Bowers, T.S., Bornschein, R.L., and Calabrese, E.J.  (1998).  An arsenic exposure model: Probablistic validation using empirical data.  *Human Ecolog. Risk Assmnt.,* 4(2):341-377.

12. Stanek III, E.J., Calabrese, E.J., and Xu, L.  (1998).  A caution for Monte Carlo risk assessment of long term exposures based on short term exposure study data.  *Human Ecolog. Risk Assment*, 4(2):409-422.

13. Calabrese, E.J. (1998). Toxicological defense mechanisms and the shape of dose-response relationships -- Introduction. *Environ. Health Perspect.*, 106:275-276.

14. Calabrese, E.J. (1998). Toxicological defense mechanisms and the shape of dose-response relationships -- Hormesis as a biological hypothesis. *Environ. Health Perspect.,* 106:357-362.

15. Calabrese, E.J., and Blain, R. (1998). An assessment of whether single exposures to many carcinogens can cause cancer. *Environ. Law Reporter*, 28(5):10254-10262.

16. Moghaddam, A.P., Eggers, J., and Calabrese, E.J. (1998). Evaluation of sex difference in tissue repair following acute carbon tetrachloride toxicity in male and female Sprague-Dawley rats. *Toxicology*, 130:95-105.

17. Calabrese, E.J. (1998). The toxicological implications of hormesis: Introduction. *Human Exper. Toxicol.,* 17:246.

18. Calabrese, E.J., and Baldwin, L.A. (1998). Developing insights on the nature of the dose-response relationship in the low dose zone: Hormesis as a biological hypothesis. *Biotherapy*, 16:235-240.

19. Calabrese, E.J., and Baldwin, L.A. (1998). Hormesis as a default parameter in RfD derivation. *BELLE Newsletter*, 7(1):1-35. Reprinted in *Human and Exper. Toxicol.*, Summer 1998, 17:444-447.

20. Calabrese, E.J., and Blain, R. (1998). A single exposure to many carcinogens can cause cancer. *ELR News & Analysis*, 28 ELR 10254/5-98.

21. Simmons, K., Kostecki, P., and Calabrese, E. (1998). 9th Annual state by state soil cleanup standards. *Soil & Groundwater Cleanup*, November, pp. 12-40.

22. Calabrese, E.J., and Baldwin, L.A. (1999). Can the concept of hormesis be generalized to carcinogenesis. *Reg. Toxicol. and Pharm.,* 28:230-241.


**1997**

1. Calabrese, E.J., and Baldwin, L.A. (1997). A quantitatively-based methodology for the evaluation of chemical hormesis. *Hum. Ecol. Risk Assess.*, 3(4):545-554.

2. Calabrese, E.J., Stanek, E.J., and Barnes, R. (1997). Soil ingestion rates in children identified by parental observations as likely high soil ingesters. *J. Soil Contam.*, 6(3):271-279.

3. Calabrese, E.J., Stanek, E.J., Pekow P., et al. (1997). Soil ingestion estimates for children residing on a superfund site. *Ecotox. Environ. Safe.*, 36(6):258-268.

4. Kostecki, P.T., and Calabrese, E.J.  (1997).  State-by-state survey of soil cleanup levels for petroleum constituents.  *Soil and Groundwater Cleanup Magazine.*  November, pp. 10-34.

5. Calabrese, E.J.  (1997).  Genetic predisposition to environmental induced diseases.  *Environ. Toxicol. Pharm.,* 4:273-276.

6. Calabrese, E.J.  (1997).  Striking the balance between the role of animal model and human data in hazard assessment.  *Human & Exp. Toxicol.,* 16:86-187

7. Calabrese, E.J., and Baldwin, L.  (1997).  The dose determines the stimulation (and poison): Development of a chemical hormesis data base.  *International J. Toxicol.,* 16:545-559.

8. Calabrese, E.J., and Baldwin, L.  (1997).  A toxicologically based weight-of-evidence methodology for the relative ranking of chemicals of endocrine disruption potential.  *Reg. Toxicol. & Pharmacol.,* 26:36-40.

9. Calabrese, E.J., Stanek, E., and Barnes, R.  (1997).  Soil ingestion by children residing on a superfund site.  *Ecotox. Environ. Safety,* 36:258-268.

10. Calabrese, E.J., Stanek, E., and Barnes.  (1997).  Soil ingestion in adults--Results of a second pilot study.  *Ecotox. Environ. Safety,* 36:249-257.

11. Calabrese, E.J.  (1997).  Hormesis revisited: New insights concerning the biological effects of low dose exposures to toxins.  *Environ. Law Reporter,* 27:526-232.

12. Calabrese, E.J., Stanek, E.J., James, R.C., and Roberts, S.M.  (1997).  Soil ingestion: A concern for acute toxicity in children.  *Environ. Health Perspect.,*  105(12):1354-1358.

13. Calabrese, E.J.  (1997).  Development of a chemical hormesis data base: Strengths, limitations, and generalized ability. *The Toxicology Forum, Annual Summer Meeting,* July 7-11. Given Institute, Aspen, Colorado.

14. Judge, C., Kostecki, P., and Calabrese, E.  (1997).  State summaries of soil cleanup standards.  *Soil & Groundwater Cleanup,* November, pp. 10-34.

## 1996

1. Calabrese, E.J.  (1996).  Expanding the reference dose concept to incorporate and optimize beneficial effects while preventing toxic responses from nonessential toxicants.  *Reg. Toxicol. Pharm.,* 24(1):S68-S75, Part 2.

2. Kostecki, P.T., Calabrese, E.J., and Oliver, T.  (1996).  A summary of state-by-state groundwater and soil cleanup levels.  *J. Soil Contam.,* 5(4):400-425.

3. Blain, R.B., Moholkar, M., Lakshmanan, Leonard, D., Zhao, X., and Calabrese, E.J.  (1996).  Effects of repeat dosing and multiple blood drawing separately and together on carbon tetrachloride-induced hepatotoxicity.  *J. Amer. College Toxicol.*, 15(5):381-393.

4. Calabrese, E.J.  (1996).  Expanding the RfD concept to incorporate and optimize beneficial effects while preventing toxic responses from non-essential toxicants.  *Ecotox. Environ. Safety*, 34(1):94-101.

5. Calabrese, E.J. and Baldwin, L.A.  (1996).  Toxicological and biostatistical foundations for the derivation of a generic interspecies uncertainty factor for application in noncarcinogen risk assessment.  In:  *Interconnections*.  Chapman & Hall.  pp. 149-158.

6. Calabrese, E.J., Leonard, D.A., Zhao, X., and Lakshmanan, K.  (1996).  Role of tissue repair in carbon tetrachloride hepatotoxicity in male and female Sprague-Dawley and Wistar rats.  *J. Am. Coll. Toxicol.*, 15(1):62-69.

7. Calabrese, E.J., and Mehendale, H.M.  (1996).  A review of the role of tissue repair as an adaptive strategy: Why low doses are often non-toxic and why high doses can be fatal.  *Fd. Chem. Toxic.,* 34(3):301-311.

8. Calabrese, E.J.  (1996).  Letter to the editor.  *Toxicol. Appl. Pharm.*, 136:208-209.

9. Johnson, R., Leonard, D.A., and Calabrese, E.J.  (1996).  Enhanced CCl$_4$-induced hepatotoxicity by repeated exposures to CCl$_4$ and by blood drawing.  *J. Amer. College Toxicol.*, 15(5):381-393.

10. Calabrese, E.J., Stanek, E.J., and Barnes, R.  (1996).  Methodology to estimate the amount and particle size of soil ingested by children: Implications for exposure assessment at waste sites. *Reg. Toxicol. Pharm.,* 24:264-268.

11. Calabrese, E.J.  (1996).  Biochemical individuality: The next generation.  *Reg. Toxicol. Pharmacol.*, 24:S58-S67.

12. Calabrese, E.J.  (1996).  A toxicological basis to derive generic interspecies uncertainty factors for application in human and ecological risk assessment.  *Human & Ecolog. Risk Assessement*, 1(5):555-564.

13. Calabrese, E.J.  (1996).  Incorporating beneficial responses from non-essential toxicants in the RfD process.  *BELLE Newsletter*, 5(11):1-15.

14. Davis, J.M., and Calabrese, E.J.  (1996).  The biological effects of low-level exposures. *Health and Environment Digest.*

15. Potter, T., Kostecki, P., Calabrese, E., and Stanek, E. (1996). Determination of background concentrations of selected metals in Massachusetts wetland soils: Phase II sampling and analysis. *Mass Dept. of Env. Protection.*

16. Calabrese, E.J. (1996). Biological effects of low level exposures. *Human and Exp. Toxicol.*, 15:67-70.

17. Calabrese, E.J. (1996). Untitled. *Toxicol. Appl. Pharm.*, 136(1):208-209.

## **1995**

1. Stanek, E.J., and Calabrese, E.J. (1995). Daily estimates of soil ingestion in children. *Env. Health Persp.*, 103(3):276-285.

2. Kostecki, P., Calabrese, E., and Oliver, T. (1995). A summary of state-by-state groundwater and soil cleanup levels. *Soils Magazine*, 5(8):12-58.

3. Stanek, E.J. and Calabrese, E.J. (1995). Improved soil ingestion estimates via the "best" tracer method. *Human and Ecolog. Risk Assmnt.*, 1(2):133-156.

4. Calabrese, E.J., Horton, H.M., and Gentile, T. (1995). Attempts to validate a possible predictive animal model for human erythrocyte G-6-PD deficiency. In: *World Congress on Alternatives and Animal Use in the Life Sciences*. A.M. Goldberg and L.M. vanZutphen. Mary Ann Liebert, Inc., NY. pp. 391-401.

5. Calabrese, E.J. (1995). Chemical interactions: An introduction. In: *Principles of Risk Assessments*, Marcel Dekker Publishers, NY. pp. 311-312.

6. Calabrese, E.J., Baldwin, L.A., and Leonard, D.A. (1995). Decrease in hepatotoxicity by lead exposure is not explained by its mitogenic response. *J. Applied Toxic.*, 15(2):129-132.

7. French, C., Baldwin, L., Leonard, D., and Calabrese E.J. (1995). Potency ranking of methemoglobin-forming agents. *J. Appl. Toxicol.,* 15(3):167-174.

8. Stewart, J., and Calabrese, E.J. (1995). The median effect equation: A useful mathematical model for assessing interaction of carcinogens and low dose cancer quantitative risk assessment. In: *Chemical Interactions*, Marcel Dekker Publisher, NY. pp. 353-365.

9. Stanek, E.J., and Calabrese, E.J. (1995). Daily soil ingestion estimates in children. *Env. Health Perspectives*, 103:276-285.

10. Calabrese, E.J. (1995). Dose-response studies of genotoxic rodent carcinogens: threshold, hockey sticks, hormesis or straight lines? *BELLE Newsletter,* 3(3):1-5.

11. Calabrese, E.J., and Stanek, E.J.  (1995).  A dog's tale: soil ingestion by a canine.  *Ecotox. Environ. Safety,*  32(1):93-95.

12.Calabrese, E.J.  (1995).  Toxicological consequences of multiple chemical interactions:  a primer.  *Toxicology* , 105:121-135.

13. Calabrese, E.J.  (1995).  Predicting the toxicological consequences of multiple chemical interactions.  In:  *Chemical Interactions*.  Marcel Dekker Publishers. pp. 313-328.

14. Calabrese, E.J.  (1995).  Incorporating beneficial responses into the RfD derivation process.  *BELLE Newsletter*, 4(1):1-21.

15. Langlois, C.J., Garreffi, J.A., Baldwin, and Calabrese, E.J.  (1995).  The effect of combined exposures of chlorine, copper and nitrite on methemoglobin formation in red blood cells of Dorset sheep.  In:  *Chemical Interactions*, Marcel Dekker Publishers.  pp. 401-410.

16. Calabrese, E.J., and Stanek, E.J.  (1995).  Resolving intertracer inconsistencies in soil ingestion estimation.  *Env. Hlth. Perspectives*, 103(5):454-457.

17. Calabrese, E.J., Leonard, D.A., and Zhao, X.  (1995).  Susceptibility of mink to methemoglobin formation.  *Bull. Env. Contam. & Toxic.,*  55:439-445.

18. Calabrese, E.J. and Baldwin, L.  (1995).  A toxicological and biostatistical basis for the interspecies UF with application to human and ecological risk assessment.  *Human and Ecological Risk Assessment*, 1(5):555-564.

## 1994

1.  Sacco, C. and Calabrese, E.J.  (1994).  Selective inhibition of gastrointestinal B-glucuronidase by polyvinylbenzyl D-glucaro(1,4)lactonate.  Part 2.  Polyvinylbenzyl D-glucaro(1,4)lactonate in vitro inhibition studies.  *Human and Experimental Toxicol.*, 13:759-763.

2. Stanek, E.J., and Calabrese, E.J.  (1994).  Bias and the detection limit model for soil ingestion.  *J. Soil Contam.,*  3(2):183-189.

3. Stanek, E.J., and Calabrese, E.J.  (1994).  Limits in soil ingestion estimation:  The potential for imputing data when soil ingestion estimates are below the detection limits. *J. Soil Contam.,*  3(3):225-229.

4. Kenyon, E.M., and Calabrese, E.J.  (1994).  Comparison of three methods of expressing B-glucuronidase activity in intestinal contents.  *J. Environ. Sci. Hlth.*,  29:1305-1316.

5. Kenyon, E.M., and Calabrese, E.J.  (1994).  Comparison of B-glucuronidase activity in the small intestine and cecum under aerobic versus anaerobic incubation conditions.  *J. Environ. Sci. Hlth.,* 29:1317-1330.

6. Calabrese, E.J., and Baldwin, L.  (1994).  A toxicological basis to derive a generic interspecies uncertainty factor.  *Environ. Health Perspect.,*  102(1):14-17.

7. Calabrese, E.J., and Baldwin, L.  (1994).  Improved method for selection of NOAEL.  *Regulatory Tox. Pharm.*, 19:48-50.

8. Calabrese, E.J., and Stanek, E.J.  (1994).  Soil ingestion issues and recommendations.  *Journal of Environmental Science and Health,*  A29(3):517-530.

9. Anderton, D.L., Anderson, A.B., Rossi, P.H., Oakes, J.M., Fraser, M.R., Weber, E.W., and Calabrese, E.J.  (1994).  Hazardous waste facilities:  "environmental equity" issues in metropolitan areas.  *Evaluation Review*, 18(2):123-140.

10. Baldwin, L. and Calabrese, E.  (1994).  The effect of peroxisome proliferators on s-phase synthesis in primary cultures of high hepatocytes.  *Ecotox.  Environ. Safety*, 25(2):193-201.

11. Baldwin, L., and Calabrese, E.  (1994).  Gap junction-mediated intercellular communication in primary cultures of rainbow trout hepatocytes.  *Ecotox. Environ. Safety,*  28(2):201-207.

12. Calabrese, E.J., and Stanek, E.J.  (1994).  Soil ingestion issues and recommendations.  In: *Hydrocarbon Contaminated Soils,* Vol. 4.  Amherst Scientific Publishers.  pp. 239-253.

13. Calabrese, E.J.  (1994).  Tissue repair:  A critical determinant in $CCl_4$ hepatotoxicity.  *Ecotox. & Env. Safety*, 27(1):105-106.

14. Calabrese, E.J. (1994).  High-risk population groups: Protecting those with genetic predisposition to adverse effects following exposure to chemicals.  In:  *Occupational Medicine.*  Mosby-Year Book, Inc., St. Louis, Missouri.  pp. 800-812.

15. Martin, D.G., Lagutchik, M.S., Guertler, A.T., Woodard, C.L., Leonard, D.A., Zhao, X., and Calabrese, E.J.  (1994).  Investigation of benzocaine-induced methemoglobinemia in sheep:  Comparison of RBC glucose-6-phosphate dehydrogenase, glutathione or methemoglobin reductase activity in methemoglobin "responders" and "non-responders".  *J. Amer. Vet. Med. Assoc.*

16. Calabrese, E.J.  (1994).  Commentary.  Biological effects of low level exposures.  *AIHC Journal,*  2(1):7-11.

17. Scarano, L.J., Calabrese, E.J., Kostecki, P.T., Baldwin, L.A., and Leonard, D.A.  (1994).  Evaluation of a rodent peroxisome proliferator in two species of freshwater fish: rainbow trout (Onchorynchus mykiss) and japanese medaka (Oryzias latipes).  *Ecotox & Env. Safety,* 29(1):13-19.

18. Calabrese, E.J. and Stanek, E.J.  (1994).  Soil ingestion issues and recommendations.  In: *Hydrocarbon Contaminated Soils*. Vol. IV.  E.J. Calabrese, P.T. Kostecki, M. Bonazountas (Editors).  Amherst Scientific Publishers, pp.39.

19. Robens, J.F., Calabrese E.J., Peigorsch, W.W., Schueler, R.L., and Hayes, A.W.  (1994).  Principles of testing for carcinogenicity.  In:  *Principles and Methods of Toxicology.*  3rd edition.  A.W. Hayes (Editor).  Raven Press, pp. 697.

20. Beck, B.D., Rudel, R., and Calabrese, E.J.  (1994).  The use of toxicology in the regulatory process.  In:  *Principles and Methods of Toxicology*.  3rd edition.  A.W. Hayes (Editor).  Raven Press, pp. 19.

21. Calabrese, E.J.  (1994).  Primer on BELLE.  Conference proceedings on the biological effects of low level exposures.  Lewis Publishers, Chelsea, MI. Pp. 27-42.

## 1993

1. Calabrese, E.J., and Stanek, E.J.  (1993).  High-levels of exposure to vanadium by children aged 1-4.  *J. Environ. Sci. Health*, A28(10):2359-2371.

2. Sacco, C., Mc Ewan, W.E. and Calabrese, E.J.  (1993).  Selective inhibition of gastrointestinal B-glucuronidase by polyvinylbenzyl D-glucaro(1,4)lactonate.  Part 1.  Attachment of D-Glucaro(1,4) lactone to polyvinylbenzyl chloride.  *Human and Experimental Toxicol.,* 12:181-184.

3. Donahue, M., Baldwin, L., Leonard, D., Kostecki, P., and Calabrese, E.J.  (1993).  Effect of hypolipidemic drugs gemfibrozil, ciprofibrate and clofibric acid on peroxisomal β-oxidation in primary cultures of rainbow trout hepatocytes.  *Ecotox. Environ. Safety*, 26(2):127-132.

4. Calabrese, E.J., Baldwin, L.A., and Mehendale, H.  (1993).  G2 subpopulation in rat liver induced into mitosis by low level exposure to CCl4:  An adaptive response.  *Toxicol. And Appl. Pharm.*, 121(1):1-7.

5. Baldwin, L., and Calabrese, E.J.  (1993).  Mitogenicity in fish hepatocytes.  *Environ. Toxic. and Safety*, 25(2):193-201.

6. Calabrese, E.J., Stanek, E.J., and Gilbert, C.  (1993).  Lead exposure in a soil pica child.  *J. Environ. Hlth. Sci.*, 28(2):353-362.

7. Calabrese, E.J., Leonard, D., Baldwin, L., and Kostecki, P. (1993). Elevated hepatic ODC in Medaka. *Ecotoxicol. and Environ. Safety,* 25(1):19-24.

8. Wysynski, A.M., Baldwin, L.A., Leonard, D.A., and Calabrese, E.J. (1993). Interactive potential of omega-3 fatty acids with clofibrate or DEHP on hepatic peroxisome proliferation in male wistar rats. *Human & Exper. Toxic.*, 12(4):337-340.

9. Kenyon, E.M., and Calabrese, E.J. (1993). The extent and implications of interspecies differences in the intestinal hydrolysis of certain glucuronide conjugates. *Xenobiotica,* 23(4):373-381.

10. Bell, C.E., Kostecki, T., Baldwin, L.A., and Calabrese, E.J. (1993). Comparative response of rainbow trout and rat to the liver mitogen, lead. *Ecotox. and Environ. Safety*, 26(3):280-284.

11. Calabrese, E.J., and Stanek, E.J. (1993). An improved method for estimating soil ingestion in children and adults. *J. Environ. Sci. Hlth.,* 28(2):363-371.

12. Calabrese E.J., and Stanek, E.J. (1993). Soil pica: Not a rare event. *J. Environ. Sci. Hlth.*, A28(2):373-384.

13. Calabrese, E.J., and Baldwin, L.A. (1993). A possible example of chemical hormesis. *J. Appl. Tox.*, 13(3):169-172.

14. Calabrese, E.J., and Stanek, E.J. (1993). High levels of exposure to vanadium by children aged 1-4. *J. Environ. Sci. and Health*, A28(10):2359-2371.

15. Kostecki, P., Calabrese E.J., and Horton, H. (1993). Review of present risk assessment models for petroleum contaminated soils. In: *Principles and Practices of Soil Contamination*. Lewis Publishers. pp. 553-590.

16. Oliver, T., Kostecki, P., and Calabrese, E. (1993). State summary of soil and groundwater cleanup standards. *Soils*, December. pp. 12-30.

17. Calabrese, E.J., Kostecki, P.T., and Baldwin, L.A. (1993). Fish as a predictive model for epigenetic carcinogens. In: *Compendium of the FY1988 & 1989 Research Reviews for the Research Methods Branch*, U.S. Army Biomedical Research & Development Laboratory, Fort Detrick, MD. Technical Report 9306. pp. 34-39.

18. Calabrese, E.J., Kostecki, P., Yang, J-H, and Baldwin, L. (1993). Evaluation of epigenetic carcinogens in rainbow trout by assessing peroxisome proliferation potential. In: *Compendium of the FY1988 & 1989 Research Reviews for the Research Methods Branch*, U.S. Army Biomedical Research & Development Laboratory, Fort Detrick, MD. Technical Report 9306. pp. 120-138.

19. Calabrese, E.J., and Baldwin, L.A.  (1993).  The effect of peroxisome proliferation on s-phase synthesis in primary cultures of fish hepatocytes.  *Ecotox. Env. Safety*, 25:193-201.

20. Martin, D.G., Guertler, A.T., Lagutchik, M.S., Woodard, C.L., Leonard, D.A., Zhao, X., and Calabrese, E.J.  (1993).  Marked differences in drug induced methemoglobinemia is not due to RBC glucose-6-phosphate dehydrogenase, glutathione or methemoglobin reductase activity. *Proceedings of the 1993 Medical Defense Bioscience Review*, 2:951-963.

21. Martin, D.G., Guertler, A.T., Lagutchik, M.S., and Calabrese, E.J.  (1993).  Relationship of susceptibility of benzocaine-induced methemoglobinemia to RBC enzyme activity in sheep. *Proc. of the AVMA Meetings, LP13*.

22. Martin, D.G., Lagutchik, M.S., Guertler, A.T., Leonard, D.A., Zhao, X., and Calabrese, E.J. (1993).  Benzocaine-induced methemoglobinemia in sheep in not due to RBC glucose-6-phosphate dehydrogenase, glutathione or methemoglobin reductase activity.  *Contemp. Topics in Lab. Anim. Sci.,* 32(4):19.

23. Kostecki, P., Calabrese, E.J. et al.  (1993).  *Hydrocarbon Contaminated Soils:  Current References 1991-1992*.  Assoc. Environ. Health of Soils, Amherst, MA.  pp. 267.

24. Calabrese, E.J., and Gilbert, C.E.  (1993).  Lack of total independence of uncertainty factors (Ufs)-implications for the size of the total uncertainty factor.  *Regul. Toxicol. Pharm.*, 17(1):44-51.

25. Calabrese, E.J., Leonard, D.A., Baldwin, L.A., et al.  (1993).  Ornithine decarboxylase (ODC) activity in the liver of individual medaka (Oryzias-latipes) of both sexes.  *Ecotox. Environ. Safe.*, 25(1):19-24.

## **1992**

1. Sacco, C. and Calabrese, E.J.  (1992).  *In vivo* inhibition of B-glucuronidase of mouse small intestinal contents by polyvinylbenzyl D-glucaro(1,4)lactonate.  *J. Environ. Health Sci.*, A27(5):1249-1272.

2. Calabrese, E.J. and Stanek, E.J.  (1992).  Distinguishing outdoor soil ingestion from indoor dust ingestion in a soil pica child.  *Reg. Toxicol. Pharm.*, 15:83-85.

3. Calabrese, E.J. and Stanek, E.J.  (1992).  A preliminary decision framework for deriving soil ingestion rate.  In:  *Principles and Practices of Soil Contamination*.  Lewis Publishers. pp. 613-624.

4. Calabrese, E.J., and Stanek, E.J.  (1992).  What proportion of household dust is derived from outdoor dust?  *J. Soil Contam.*, 1:1-28.

5. Ochs, J., Baldwin, L., Leonard, D., Kostecki, P. and Calabrese, E.J. (1992). Effects of joint exposures to selected peroxisome proliferators on Hepatic Acyl-CoA. *Human and Experimental Toxicology,* 11:83-88.

6. Langlois, C. and Calabrese, E.J. (1992). The interactive effect of chlorine, copper, and nitrite on methemoglobin formation in red blood cells of Dorset sheep. *Human and Experimental Toxicol.*, 11:223-228.

7. Calabrese, E.J., Aulerich, R., and Padget, G. (1992). Mink as a predictive model in toxicology. *Drug Metab. Rev.,* 24:559-578.

8. Stanek, E., and Calabrese, E.J. (1992). A guide to interpret soil ingestion studies. I. A model to estimate the soil ingestion detection level of soil ingestion studies. *Chem. Speciation and Bioavailability*, 3(3/4):43-54.

9. Calabrese, E.J. and Baldwin, L.A. (1992). Does exceeding the MTD increase or decrease the cancer incidence in rodent studies? A testable hypothesis. *Drug Metab. Rev.* 24(4):421-424.

10. Calabrese, E.J., Baldwin, L., Scarano, L., and Kostecki, P. (1992). Epigenetic carcinogenesis in fish. *CRC Review in Aquatic Sciences*, 6(2):89-96.

11. Calabrese, E.J. (1992). Pharmacodynamics/pharmacokinetics of malathion. A discussion of risk assessment models and animal data extrapolation including physiologically-based models in the evaluation of malathion human toxicity. In: Proceedings of APHIS Labat-Anderson Malathion Workshop, pp. 48-60.

12. Calabrese, E.J., Beck, B., and Chapell, W. (1992). Does the interspecies UF take into account allometric differences between species. *Reg. Toxic. Pharm.*, (15:172-179).

13. Calabrese, E.J., and Gilbert, G. (1992). Lack of independence of UF's: Implications for risk assessment. *Reg. Toxic. Pharm.*, 17:44-51.

14. Calabrese, E.J., and Gordon, D. (1992). The in vitro effect of acetaldehyde and tert-butanol on 1-napthol-induced oxidant stress in human sheep erythrocyte. *J. Environ. Sci. Health*, A27(2):301-316.

15. Kostecki, P., and Calabrese, E.J. et al. (1992). *Hydrocarbon Contaminated Soils: Current References 1990*. Assoc. Environ. Health of Soils, Amherst, MA. pp. 250.

16. Calabrese, E.J. and Baldwin, L. (1992). Lead-induced cell proliferation and organ-specific tumorigenicity. *Reviews in Drug Metabolism*, 24(3):409-416.

17. Calabrese, E.J., Garreffi, J.A., and Stanek, E.J. (1992). The effects of joint exposures to environmental oxidants on methemoglobin formation – copper nitrite and copper chlorite. *J. Environ. Sci. Heal.*, A27(3):629-642.

**1991**

1. Kostecki, P.T., and Calabrese, E.J.  (1991).  CHESS – How the military community can benefit from this national coalition on soil contamination.  In: *Proceedings from USATHAMA's 14th Annual Army Environmental R & D symposium*.  (Report No. – CETHA-TE-JR-90055).  Williamsbury, VA.

2. Kostecki, P.T., and Calabrese, E.J.  (1991).  CHESS – A national coalition for soil cleanup in the U.S.  In: *Hydrocarbon Contaminated Soil and Groundwater*.  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

3. Calabrese, E.J., and Kostecki, P.T.  (1991).  A critical evaluation of soil ingestion estimates in children and adults.  In: *Hydrocarbon Contaminated Soils and Groundwater*.  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

4. Kostecki, P.T., and Calabrese, E.J.  (1991).  A report on CHESS activities.  In: *Hydrocarbon Contaminated Soils*, Volume 1.  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

5. Bell, C.E., Kostecki, P.T., and Calabrese, E.J.  (1991).  Soil cleanup levels for western states.  In: *Hydrocarbon Contaminated Soils and Groundwater*.  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

6. Bell, C., Kostecki, P. and Calabrese, E.J.  (1991).  Petroleum contaminated soils survey: clean-up levels for western states.  In: *Hydrocarbon Contaminated Soils and Groundwater*.  Kostecki, P., Calabrese, E.J. and Bell, C. (eds).  Lewis Publishers, Chelsea, MI.  pp. 77-90.

7. Edmiston, G., Calabrese, E.J. and Harris, R.  (1991).  Health risks associated with the remediation of contaminated soils.  In*: Hydrocarbon Contaminated Soils and Groundwater*.  Kostecki, P., Calabrese, E.J. and Bell, C. (eds).  Lewis Publishers, Chelsea, MI.  pp. 293-301.

8. Kostecki, P.T. and Calabrese, E.J.  (1991).  Council for Health and Environmental Safety of Soils-CHESS.  In: *Hydrocarbon Contaminated Soils and Groundwater*.  Kostecki, P., Calabrese, E.J. and Bell, C. (eds).  Lewis Publishers, Chelsea, MI.  pp. 331-338.

9. Langlois, C. and Calabrese, E.J.  (1991).  The effects of joint exposures of copper, chlorite and nitrite on methemoglobin formation.  Conference Proceedings.  *Chemical Oxidation*. W.W. Eckenfelder, A.R. Bowers, and J.A. Roth, eds.  Technomic Pub. Co.  pp. 194-204.

10. Stanek, E. and Calabrese, E.  (1991).  A guide to interpreting soil ingestion studies.  I.  Development of a model to estimate the soil ingestion detection level of soil ingestion studies.  *Reg. Toxic. and Pharm.*, 13:263-277.

11. Stanek, E., Calabrese, E.J. and Zheng, L. (1991). Soil ingestion estimates in children. Influence of sex and age. *Trace Substances in Env. Health,* 25:33-43.

12. Stanek, E. and Calabrese, E.J. (1991). Methodological considerations in assessing soil ingestion. *Chem. Speciation and Bioavailability*, 3(3/4):65-68.

13. Calabrese, E.J., Stanek, E.J. and Gilbert, C.E. (1991). Evidence of soil-pica behavior and quantification of soil ingested. *Hum. Exp. Toxicol.,* 10:245-249.

14. Calabrese, E.J. and Stanek, E. (1991). A guide to interpreting soil ingestion studies. II. Qualitative and quantitative estimates of soil ingestion. *Reg. Toxicol. Pharm.*, 13:278-292.

15. Gordon, D., and Calabrese, E.J. (1991). The effect of ethanol and tri-butyl alcohol on nitrite induced methemoglobin formation. *J. Environ. Sci. Health,* A27(2):301-316.

16. Calabrese, E.J. and Stanek, E.J. (1991). A guide to interpret soil ingestion studies. II. qualitative and quantitative evidence of soil ingestion. *Chem. Speciation and Bioavailability*, 3(3/4):55-64.

17. Calabrese, E.J. (1991). Risk communication and public skepticism. In: *Proceedings of APHIS Labat-Anderson Malathion Workshop*. pp. 188-194.

18. Calabrese, E.J. (1991). Lack of total independence of UFs. Implications for the size of the total UF for selected malathion toxic endpoints. In: *Proceedings of APHIS Labat-Anderson Malathione Workshop*, pp. 8.

19. Calabrese, E.J., and Stanek, E.J. (1991). Assessment of Heavy Metals in Soils. Vol. 2. Second report of the DECHEMA working group "Assessment of risk potentials in soil protection: and expert meeting on Pb, As, and Cd in urban soils.

20. Calabrese, E.J., Stanek, E. and Barnes, R. (1991). Soil ingestion estimates in children identified by parents as high soil ingesters. *J. Soil Contam.*

## **1990**

1. Calabrese, E.J., Kostecki, P.T., and Coler, R.A. (1990). Fish as a predictive model for epigenetic carcinogens. *Proc. of Workshop on Non-mammalian Toxicity Assessment.* Ft. Detrick, MD. 23-28 pp.

2. Bell, C.E., Kostecki, P.T., and Calabrese, E.J. (1990). National survey of states research: cleanup standards. In: *Petroleum Contaminated Soil-Volume III.* (Eds. P.T. Kostecki and E.J. Calabrese). Lewis Publishers, Chelsea, MI.

3. Young, J., Kenyon, E., and Calabrese, E.J. 1990. Inhibition of B-glucuronidase in human urine by ascorbic acid. *Human and Experimental Toxicology,* 9(3):165-170.

4. Nolan, K. and Calabrese, E.J.  (1990).  The effect of ascorbic acid on beta-glucuronidase activity in the gastrointestinal tract and urine of the rat.  *J. Environ. Sci. and Health.*, 25(3):299-316.

5. Calabrese, E.J., Stanek, E.J., Gilbert, C., and Barnes, R.  (1990).  A clinical epidemiological study to assess how much soil adults ingest.  *Reg. Tox. Pharm.*, 12:88-95.

6. Yang, J., Calabrese, E.J.  et al.  (1990).  Induction of peroxisome proliferation in Rainbow trout exposed to cliprofibrate.  *Toxicol. Appl. Pharm.*, 104:476-482.


7. Calabrese, E.J., Stanek, E., and Gilbert, C.  (1990).  Soil ingestion in adults.  In: *Petroleum Contaminated Soils*.  Vol. 3.  P. Kostecki and E. Calabrese (eds.).  Lewis Publishers, Chelsea, MI pp. 349-358.

8. Stanek, E., Calabrese, E.J. and Gilbert, C.  (1990).  Estimating soil ingestion in children.  Best measures of central tendency.  In:  *Petroleum Contaminated Soils*.  Vol. 3.  P. Kostecki and E. Calabrese, (eds.).  Lewis Publishers, Chelsea, MI. pp.341-348.

9. Gilbert, C. and Calabrese, E.J.  (1990).  Methods for selection of indicator compounds for number 2 heating oil.  In:  *Petroleum Contaminated Soils*.  Vol. 3.  P. Kostecki and E. Calabrese (eds.).  Lewis Publishers, Chelsea, MI.  pp. 253-282.

10. Bell, C., Kostecki, P. and Calabrese, E.J.  (1990).  State survey of regulatory approaches for remediating soil contaminated with petroleum.  In: *Petroleum Contaminated Soils*. Vol. 3.  P. Kostecki and E. Calabrese (eds.).  Lewis Publishers, Chelsea, MI. pp. 49-74.

11. Yang, J., Calabrese, E.J. and Kostecki, P.  (1990).  Peroxisome proliferation in aquatic models.  ASTM.  Series on Aquatic Toxicology. pp. 309-330.

12. Kostecki, P. and Calabrese, E.J.  (1990).  CHESS:  Goals and applications.  Proc. 14th Annual Conference USATHAMA.

13. Calabrese, E.J.  (1990).  How to address human interindividual variation in the process of animal extrapolation.  *ICEM-5 Carcinogenesis*,  Alan Liss Pub., NY.  pp. 315-322.

14. Baldwin, L., Calabrese, E.J., Kostecki, P. and Yang J.  (1990).  Isolation of peroxisomal enoyl-CoA hydratase in rainbow trout and immunochemical identification with the bifunctional enzyme.  *Fish Biochem. Physiol.*, 8(4):347-351.

15. Calabrese, E.J.  (1990).  Protection of high risk groups with genetic predisposition to adverse effects following exposure to chemicals.  In:  *Occupational Safety and Health* (J. LaDou ed.) 2nd edition, Yearbook Medical Publications.

16. Calabrese, E.J.  (1990).  Genetic predisposition to occupationally related diseases:  current status and future directions.  In:  *Factors Affecting Susceptibility to Occupationally-Induced Disease*.  Chapman, London.

17. Canada, A.T. and Calabrese, E.J.  (1990).  Superoxide dismutase.  *Encyclopedia of Pharmaceutics and Therapeutics*.

18. Calabrese, E.J.  and Canada, A.T.  (1990).  Catalase.  *Encyclopedia of Pharmaceutics and Therapeutics*.

19. Calabrese, E.J., Stanek, E., Gilbert, C., et al.  (1990).  Methodological approaches for estimating soil ingestion in humans.  In:  *Hydrocarbon Contaminated Soils and Groundwater*.  Kostecki, P., Calabrese, E.J. and Bell, C. (eds).  Lewis Publishers, Chelsea, MI.  pp. 301-312.

20. Calabrese, E.J. and Baldwin, L. (1990).  Review of methemoglobinemia as an adverse health endpoint for TSCA chemicals.  Final report prepared for EPA, pp. 149.

21. Kostecki, P. and Calabrese, E.J.  (1990).  CHESS - Goals and progress in the clean-up of contaminated soils.  *Proc. Conference on Environmental Public Health Officials*.

22. Calabrese, E.J., Kostecki, P.T. and Coler, R.A.  (1990).  Fish as a predictive model for epigenetic carcinogens.  *Proc. of Workshop on Non-mammalian Toxicity Assessment*.  Ft. Detrick, MD.  pp. 23-28.

23. Kostecki, P.T. and Calabrese, E.J.  (1990).  CHESS - How the military community can benefit from this national coalition on soil contamination.  In:  Proceedings from USATHAMA's 14th Annual Army Environmental R & D Symposium.  Williamsburg, VA.

24. Calabrese, E.J., Stanek, E.J., Gilbert, C.E., and et al.  (1990).  Preliminary adult soil ingestion estimates – results of a pilot study.  *Reg. Toxicol. Pharm.*, 12(1):88-95.

25. Bell, C., Kostecki, P., and Calabrese, E.J.  (1990).  State clean-up levels for contaminated soil.  November-December issue SOILS.  Group III Communications publishers, Independence, MO.

## **1989**

1.  Tuthill, R.W., and Calabrese, E.J.  (1989).  Reducing drinking water sodium concentrations did not influence adolescent blood pressure.  *J. Environ. Sci. Health*, A24(7):711-729.

2.  Calabrese, E.J., and Kenyon, E.M.  (1989).  The perils of state air toxics programs. 2.  (1989).  *Environ. Sci. Technol.*, 23(11):1323-1328.

3.  Calabrese, E.J., Barnes, R., Stanek, E.J. and et al.  (1989).  How much soil do young children ingest – an epidemiologic study.  *Reg. Toxicol. Pharm.*, 10(2):123-137.

4. Pastides, H., Hosmer, D.W., Calabrese, E.J., and Harris, D.R. (1989). Reproductive hazards of semiconductor industry – replies. *J. Occup. Env. Med.*, 31(3):281.

5. Pastides, H., Calabrese, E.J., Hosmer, D.W., and Harris, D.R. (1989). Spontaneous-abortions among semi-conductor manufacturers – reply. *J. Occup. Env. Med.*, 31(2):201.

6. Bell, C.E., Kostecki, P.T., and Calabrese, E.J. (1989). State of the states research and approaches on petroleum contaminated soils issues. In: *Petroleum Contaminated Soils: Volume II*. Lewis Publishers, Chelsea, MI.

7. Tuthill, R.W. and Calabrese, E.J. (1989). Effect of reducing sodium levels in community drinking water on blood pressure of children. *Jour. Env. Hlth. and Sci.*, A24(7):711-729.

8. Ken, R., Calabrese, E.J. and Tuthill, R.W. (1989). Sex differences in susceptibility to lead induced hematological changes? *Human Toxicology,* 8:105-109.

9. Canada, A., Calabrese, E.J. (1989). Catalase and its role in xenobiotic detoxification. *Pharmacology and Therapeutics*, 44:297-307.

10. Canada, A., Calabrese, E.J. (1989). Superoxide dismutase - its role in xenobiotic detoxification. *Pharmacology and Therapeautics*, 44:285-295.

11. Pastides, H., Calabrese, E.J., Hosmer, D., and Harris, R. (1989). Validation of work histories obtained interviews. *Amer. J. Epi.*, 129(3):640-641.

12. Pastides, H., Calabrese, E.J., et al. (1989). Methodological approaches to occupational reproduction studies. *Journal Occup. Med.*, (In Letter).

13. Calabrese, E.J. et al. (1989). An epidemiological study estimating the amount of soil ingested by children. *Reg. Tox. Pharm.*, 10(2):123-138.

14. Kostecki, P., Bell, C., and Calabrese, E.J. (1989). National survey of state regulatory approaches for dealing with petroleum contamination. In: *Environmental and Public Health Effects of Soils Contaminated with Petroleum*. Vol. 2. (E.J. Calabrese and P. Kostecki (eds). Lewis Pub., Chelsea, Michigan. pp. 73-96.

15. Calabrese, E.J. et al. (1989). Soil ingestion in children. In: *Environmental and Public Health Effects of Soils Contaminated with Petroleum*. Vol. 2. (E.J. Calabrese and P. Kostecki (eds). Lewis Pub., Chelsea, Michigan. pp. 363-398

16. Kostecki, P. and Calabrese, E.J. (1989). CHESS - Council for Health and Environmental Safety of Soils. In: *Environmental and Public Health Effects of Soils Contaminated with Petroleum*. Vol. 2. (E.J. Calabrese and P. Kostecki (eds). Lewis Pub., Chelsea, Michigan. pp. 485-496.

17. Stanek, E.J., Calabrese, E.J. et al. (1989). Ingestion of trace elements from food among preschool children: Al, Ba, Mn, Si, ti, V, Y, and Zr. *Jour. Trace Elements in Experimental Medicine,* 1:179-190.

18. Calabrese, E.J., and Gilbert, C. (1989). Drinking water quality and water treatment practices: Charting the future. In: *Safe Drinking Water Act*. Calabrese, E.J., Gilbert, C., and Pastides, H. (eds.). Lewis Publishers, Inc. pp. 113-142.

19. Pastides, H., Calabrese, E.J. et al. (1989). Spontaneous abortion and general illness symptoms among semiconductor manufactures. In: *Hazard Assessment and Control Technology in Semiconductor Manufacturing*. American Conference of Governmental Industrial Hygienists Inc. Cincinnati, OH.

20. Calabrese, E.J. (1989). The public health implications of infectious waste disposal. Prepared for the Rockefeller Institute of Government, Albany, NY. In: *Perspectives on Medical Waste*, Chapter 2, 36 pp.

21. Calabrese, E.J. (1989). A single exposure to a carcinogen can cause cancer. Documentation, limitations and implication for risk assessment. *Proc. Chem. Defense Research Conference,* pp. 19-615.

22. Calabrese, E.J. (1989). Genetic factors affecting susceptibility to occupationally induced illness. Final report to the U.S. Office of Technology Assessment. Washington, DC. approx. 80 pp.

23. Calabrese, E.J. (1989). Protection of high risk population groups with genetic predisposition to adverse effects following exposure to chemicals. Final Report to the World Health Organization, approx. 50 pp.

24. Calabrese, E.J. (1989). *Literature Review and National Survey of Health Based Siting Criteria for Waste Facilities.* Northeast Regional Environmental Public Health Center, University of Massachusetts, Amherst, MA. pp. 1-146.

25. Ken, R., Calabrese,E.J., and Tuthill, R.W. (1989). An evaluation of the hypothesis that females are more susceptible than males to lead-induced hematological alterations. *Hum. Toxicol.*, 8(2):105-109.

## **1988**

1. Pastides, H., Calabrese, E.J., Hosmer, D.W., and Harris, D.R. (1988). Spontaneous-abortion and general illness symptoms among semi-conductor manufacturers. *J. Occup. Env. Med.*, 30(7):543-551.

2. Kostecki, P.T., Calabrese, E.J., and Horton, H.M.  (1988).  Analysis and critique of present risk assessment models for petroleum contaminated soil.  In:  *Petroleum Contaminated Soils: Volume I.*  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

3. Kostecki, P.T., Calabrese, E.J., and Fleischer, E.J.  (1988).  Potential asphalt batching as a viable remedial option for contaminated soils.  In:  *Petroleum Contaminated Soils: Volume I.*  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

4.  Calabrese, E.J., Kostecki, P.T., and Gilbert, C.  (1988).  Epidemiological study estimating the amount of soil ingested by children.  In: *Petroleum Contaminated Soils: Volume I.*  (Eds. P.T. Kostecki and E.J. Calabrese).  Lewis Publishers, Chelsea, MI.

5. Fleischer, E.J., Kostecki, P.T. and Calabrese, E.J.  (1988).  Historical record of petroleum mobility and stability in contaminated soils.  In:  *Petroleum Contaminated Soils:  An* Overview. The Environmental Institute.  University of Massachusetts, Amherst.  Pub. No. 88-4, pp. 82-83.

6. Calabrese, E.J.  (1988).  Principles of animal extrapolation.  In: Principles of Health Hazard Evaluation (J. Rodicks and R. Tardiff, eds.).  Plenum Press.

7. Calabrese, E.J., Kostecki, P.T., and Leonard, D.A.  (1988).  Public health implications of soils contaminated by petroleum products.  In:  *Environmental and Public Health Effects of Soils Contaminated with Petroleum Products*, E.J. Calabrese and P.T. Kostecki (eds.), John Wiley and Sons, New York.

8. Kostecki, P.T. and Calabrese, E.J.  (1988).  A national survey of state regulatory approaches to dealing with soil contaminated with petroleum contaminants.  In: *Environmental and Public Health Effects of Soils Contaminated with Petroleum Products*, E.J. Calabrese and P.T. Kostecki (eds.).  John Wiley and Sons, New York.

9. Calabrese, E.J. and Kostecki, P.T.  (1988).  Conference summary and conclusions. In: *Environmental and Public Health Effects of Soils Contaminated with Petroleum Products*, E.J. Calabrese and P.T. Kostecki (eds.).  John Wiley and Sons, New York.

10. Calabrese, E.J.  (1988).  Animal extrapolation and the challenge of human interindividual variation.  In:  *Carcinogen Risk Analysis*.  C.C. Travis (ed.).  Plenum Press.  pp. 115-122.

11. Calabrese, E.J.  (1988).  Are rats relevant?  *Bridgewater Review*,  6(1):3-6.

12. Calabrese, E.J., Barrett, T.J., Leonard, D.A., Horton, H.M., and Kenyon, E.M. (1988). The effect of 3-methylcholanthrene induced increases in ascorbic acid levels on tissue B-glucuronidase activity in rats.  *J. Environ. Sci. Health,*  A23(1):23-33.

13. Bott, M. and Calabrese, E.J. (1988).  The effect of BCNU on the responses of human erythrocytes to six oxidant stressors.  *J. Environ. Sci. Health,*  A23(3):219-230.

14. Calabrese, E.J. and Bott, M. (1988).  The effect of ethanol on hematotoxic agents.  *J. Environ. Sci. Health,*  A23(3):231-250.

15. Calabrese, E.J. and Tilli, F. (1988).  The effect of ethanol on the hematotoxic agents.  Part 2.  *J. Environ. Sci. Health,*  A23:359-367.

16. Calabrese, E.J. and Yang, J. (1988).  The effect of ethanol on nitrite and 1-naphthol induced oxidant stress in human and sheep erythrocytes.  Part 3.  *J. Environ. Sci. Health,* A23(3):273-292.

17. Dominguez, T., Calabrese, E.J., Kostecki, P. and Coler, R.  (1988).  The effects of trichloroacetic and dichloroacetic acids on the oxygen consumption of the dragon fly nymph Aeschna umbrosa.  *J. Environ. Sci. Health,*  A23(3):251-272.

18. Calabrese, E.J. and Kenyon, E. (1988).  The development of a methodology for an Air Toxics Program.  Rohm & Hass.  130 pp.

19. Calabrese, E.J.  (1988).  Comparative biology of test species *Environ. Health Perspect*., 77:57-60.

20. Pastides, H., Calabrese, E.J. et al.  (1988).  Miscarriage risk amongst semi conductor employees.  *Jour. Occup Med*., 30(7):1-9.

21. Beck, B.D., Calabrese, E.J. and Anderson, P.D.  (1988).  The use of toxicology in the regulatory process.  *Principles of Modern Toxicology* - W.A. Hayes (ed.), Raven Press.  p. 1-28.

22. Pastides, H., Calabrese, E.J., Hosmer, D., and Harris, R.  (1988).  Semi-conductor manufacture and miscarriage.  *Journal Occup. Med*.,  (In  Letter).

23. Calabrese, E.J. and Kostecki, P.T. (eds.).  (1988).  Petroleum contaminated soils: an overview.  The Environmental Institute.  University of Massachusetts, Amherst.  Pub. No. 88-4, pp. 84.

24. Kostecki, E.J. and Calabrese, E.J.  (1988).  Definition of petroleum.  In:  *Petroleum Contaminated Soils:  An Overview.*  The Environmental Institute.  University of Massachusetts, Amherst.  Pub. No. 89-4.  pp.  1-16.

25. Leonard, D.A., Calabrese, E.J., and Kostecki, P.T.  (1988).  Overview:   Health effects of petroleum products in relation to soil contamination.  In:  *Petroleum Contaminated Soils:  An Overview. The Environmental Institute*.  University of Massachusetts, Amherst.  Pub. No. 88-4, pp. 41-51.

26. Fleischer, E.J., Kostecki, P.T. and Calabrese, E.J.  (1988).  Handling, reuse, and disposal options. In:  *Petroleum Contaminated Soils:  An Overview.*  The Environmental Institute.  University of Massachusetts, Amherst.  Pub. No. 88-4, pp. 52-81.

**1987**

1. Calabrese, E.J., and Gilbert, C.E.  (1987).  *Risk Assessment of 4-nitro-3-trifluoromethylphenol (TFM).*  Northeast Regional Environmental Public Health Center. University of Massachusetts, Amherst, MA. pp. 1-28.

2. Calabrese, E.J., McCarthy, M., and Kenyon, E.  (1987).  The occurrence of chemical hormesis.  *Health Physics*, 57:531-542.

3.  Horton, H. and Calabrese, E.J.  (1987).  A Model *in vitro* system for assessing the effects of oxidant stressor agents on red cells with chemically-induced superoxide dismutase deficiency.  *J. Environ. Sci. Health,*  A21:249-265.

4. Calabrese, E.J., Horton, H., and Leonard, D.A.  (1987).  The effects of four steroids on G-6-PD activity of human and C57L/J mouse erythrocytes.  *J. Environ. Sci. Hlth.,* A22(6):563-574.

5. Calabrese, E.J., and McCarthy, M.E.  (1987).  The occurrence of trace metal induced hormesis. *Trace Substances in Environmental Health,*  Vol.  20.

6. Calabrese, E.J., and Kostecki, P.  (1987).  Regulatory approaches for addressing soil contaminated with petroleum products.  *Trace Substances in Environmental Health,*  Vol. 20.

7. Calabrese, E.J.  (Co-author)  Air Cabin Health and Safety.  National Academy of Sciences Committee.  NAS Press, Washington, D.C.

8. Calabrese, E.J.  (1987).  (Co-author)  Drinking Water Disinfectants.  National Academy of Sciences Committee.  NAS Press, Washington, D.C. pp.  207.

9. Calabrese, E.J.  (1987).  Limitations of the Amoroso et al. Study in assessing risk of G-6-PD deficient humans to ozone exposure.  *Jour. of Occup. Med*.,  22:88,90.

10. Calabrese, E.J., Stoddard, A., Leonard, D.A., and DiNardi, S.  (1987).  The effects of vitamin C supplementation on blood and hair levels of cadmium, lead and mercury.  *Ann. N.Y. Acad. Sci*., 498:347-353.

11. Calabrese, E.J. and Gentile, T.  (1987).  Further a validation of an *in vitro* predictive animal model for human erythrocyte G-6-PD deficient responses to hemolytic agents.  *J. Environ. Sci. Health,*  22A:321-336.

12. Calabrese, E.J., Kostecki, P., and Gilbert, C.  (1987).  How much dirt do children eat?  an emerging environmental health question. *Comments on Toxicology,* 1(3-4):229-241.

13. Calabrese, E.J., Chamberlain, C.C., Coler, R. (1987). The effects of trichloroacetic acid, a widespread product of chlorine disinfection, on the dragonfly nymph respiration *J. Environ. Sci. and Health,* 22A:343-356.

14. Calabrese, E.J., and Gilbert, C.E. (1987). Uncertainties in predictive toxicology and risk assessment. Third National Water Conference. *Phil. Acad. of Natural Sciences,* Phil., PA. pp. 21-46.

15. Calabrese, E.J. (1987). Animal extrapolation: Looking inside the toxicologists' black box. *Environ. Sci. Tech.,* 21(7):618-623.

16. Gentile, T.J. and Calabrese, E.J. (1987). Screening for potential hemolytic responses to environmental agents using a bioactivation system, evaluation of six pesticides. *J. Environ. Sci. and Hlth*, A22(5):427-444.

17. Calabrese, E.J. (1987). Current issues in environmental risk assessment. Halogenated Solvents Indus. *Alliance Newsletter.* Winter Issue.

18. Canada, A.T., Chow, C.K., Airriess, G.R. and Calabrese, E.J. (1987). Lack of ozone effect on plasma concentrations of retinol, ascorbic acid, and tocopherol. *Nutrit. Res.,*

19. Calabrese, E.J. (1987). Assessing public health risks at hazardous waste sites: Selection of the most appropriate methodology. Prepared for the Colorado Department of Health. Denver, CO.

20. Calabrese, E.J. (1987). A comparison and analysis of the methodologies used by the EPA and the Army to identify indicator compounds at hazardous waste sites with particular relevance to the Rocky Mountain Arsenal. Prepared for the Colorado Department of Health. Denver, CO.

**1986**

1. Calabrese, E.J. and Kostecki, P.T. (1986). Regulatory approaches for addressing soil contaminated with petroleum products. *Trace Substances in Environmental Heatlh, Vol. 20.*

2. Calabrese, E.J., and Kostecki, P.T. (1986). Public health effects of contaminated soils. *Proceedings: Trace Substances in Environmental Health.* Society for Environmental Geochemistry and Health.

3. Calabrese, E.J. (1986). High risk groups. In: *Occupational Safety and Health* (J. LaDou, ed.). Yearbook Medical Pub.

4. Calabrese, E.J. (1986). Toxicokinetics and risk assessment. An overview. *EPRI,* 2:1-5.

5. Canada, A.T., Wilson, J., and Calabrese, E.J. (1986). Theoplylline elimination kinetics in the rabbit: Effects of age and sex. *Drug Metabolism and Disposition,* 14:71-72.

6. Canada, A.T., Calabrese, E.J., and Leonard, D.  (1986).  Age-dependent inhibition of pentobarbital sleeping time by ozone in mice and rats.  *J. Gerontol.*, 41(5):587-589.

7. Calabrese, E.J. and Geiger, C.P.  (1986).  Low erythrocyte G-6-PD activity and susceptibility to carbaryl-induced methemoglobin formation and glutathione depletion.  *Bull. Environ. Contam. and Toxicol.*,  36:506-509.

8. Calabrese, E.J. and Canada, A.  (1986).  Toxicological foundations for assessing carcinogens in drinking water.  In:  *Organic Carcinogens in Drinking Water.*  N. Ram, E.J. Calabrese, and R. Christman (eds.).  John Wiley and Sons, New York.  pp. 293-316.

9. Calabrese, E.J. and Gilbert, C.E.  (1986).  Unresolved issues in cancer risk assessment with particular emphasis on VOCs in drinking water.  In:  *Organic Carcinogens in Drinking Water.*  N. Ram, E.J. Calabrese and R. Christman (eds.).  John Wiley and Sons, New York.  pp. 437-460.

10. Calabrese, E.J.  (1986).  Inorganics and cardiovascular disease -- a conference summary.  *Water Research Quarterly,* 3(3):12-14.

11. Calabrese, E.J.  (1986).  Validation attempts of a generic approach for regulating air toxics.  *Reg. Toxicol. Pharmacol.,* 6:55-59.

12. Horton, H. and Calabrese, E.J.  (1986).  Use of a bioactivation system for assessing the hemolytic potential of chemical agents in normal and G-6-PD deficient blood.  *J. Environ. Sci. and Health,*  A21:215-233.

13. Horton, H. and Calabrese, E.J.  (1986).  Validation of an animal model for G-6-PD deficiency.  *J. Environ. Sci. and Health,* A21(3):235-248.

14. Chronic Hazard Advisory Board (member).  (1986).  Chronic hazard advisory panel on Di(2-ethylhexyl)phthalate (DEHP).  U.S. CPSC.   Washington, D.C.

15. Horton, H. and Calabrese, E.J.  (1986).  The effects of chlorite on human erythrocytes with a chemically-induced deficiency of superoxide dismutase deficiency.  *J. Environ. Sci. Health,* 21(6):513-522.

16. Calabrese, E.J.  (1986).  Recent scientific and technological developments.  In:  *Managing High-Risk Workers:  Scientific, Ethical and Policy Problems*, R. Kasperson et al. (eds.).

17. Kostecki, P.T., Byrne, K., and Calabrese, E.J.  (1986).  Reproductive failure due to environmental pH and toxic factors in landlocked rainbow smelt (*Osmerus mordax*).  *Water Research Resource Center.*

18. Horton, H., and Calabrese, E.J.  (1986).  Predictive models for human glucose-6-phosphate-dehydrogenase deficiency.  *Drug Metab. Rev.*,  17:261-281.

19. Calabrese, E.J. (1986). The biology of test species. *Proceedings of the FDA Conference on Animal Extrapolation*.

20. Calabrese, E.J. (1986). Differences between men and women in response to industrial toxic agents. *Brit. J. Indus. Med*., 43(9):577.

21. Calabrese, E.J. (1986). A critique of the arsenic RMCL. *U.S. Navy Project Report*.

22. Calabrese, E.J. (1986). Animal extrapolation and the challenge of human heterogeneity. *J. Pharm. Science,* 75(11):1041-1045.

23. Calabrese, E.J., Horton, H., and Leonard, D.A. (1986). The effects of dehydroepiandrosterone and ethanol on acetylphenylhydrazine-stressed human erythrocytes. *J. Environ. Sci. Hlth*., 21(6):499-511.

24. Calabrese, E.J. and McCarthy, M. (1986). Hormesis: A new challenge for estimating low dose cancer risks. *Water Research Quarterly,* 4(3):12-15.

25. Stanek, E.J., Stoddard, A.M., Wilke, D., Edzwald, J., Kenyon, E., and Calabrese, E.J. (1986). Evaluation of surrogate parameters as an indicator of water quality. *AWWARF Final Report*.

26. Calabrese, E.J. (1986). Public health risks of soils contaminated with PCBs. Report for Pacific Power and Light. Portland, Oregon, 22 pp.

27. Calabrese, E.J. (1986). Chemical interactions and their implications for primary drinking water standards. *Water Research Quarterly,* 5(1):9-12.

28. Calabrese, E.J. (1986). The Woburn case: the public health implications. *U.S. Water News,* 3(5):7.

29. Calabrese, E.J. (1986). Ecogenetics: Historical foundations and current status. *J. Occup. Med.,*. 28(10):1096-1102.

## **1985**

1. Calabrese, E.J. (1985). Does exposure to ubiquitous environmental pollutants increase our need for vitamin C. In: *Advances in Nutrition,* Pathotox Publishers.

2. Connor, P., Moore, G.S., Calabrese, E.J., and Howe, G.R. (1985). "The renal effects of sodium chlorite in the drinking water of C57L/J male mice*. "J. Environ. Pathol. Toxicol. Oncol.,* 6(2):253-260.

3. Calabrese, E.J., Moore, G.S., and Grinberg-Funes, R. (1985). Ozone induced hematological changes in mouse strains with differential levels of erythrocyte G-6-PD activity and vitamin E status. *J. Environ. Toxicol. and Pathol. Oncol.*, 6(2):283-291. (Nov. - Dec.).

4. Calabrese, E.J. (1985). Groups vulnerable to pollutant exposure. In: *An Introduction to Environmental Medicine* (Alyce Tarcher, ed.).

5. Calabrese, E.J., Victor, J., and Stoddard A. (1985). Effects of vitamin E supplementation in humans on the toxicity of a possible toxic ozone intermediate, hydrogen peroxide. *Bull. Environ. Toxicol. Contam.*, 34:417-422.

6. Birden, H., Calabrese, E.J., and Stoddard, M.A. (1985). The contribution of the type of solder to the lead levels in drinking water. *AWWAJ,* 77(11):66-70.

7. Calabrese, E.J. and Tuthill, R.W. (1985). The Massachusetts blood pressure studies - I. *Advances in Modern Environ. Toxicol,* 9:1-10. Concurrently published in *Toxicology and Industrial Health,* 1(1):1-10, 1985.

8. Tuthill, R.W. and Calabrese, E.J. (1985). The Massachusetts blood pressure studies - II. *Advances in Modern Environ. Toxicol.*, 9:11-18. Concurrently published in *Toxicology and Industrial Health,* 1(1):11-19, 1985.

9. Calabrese, E.J. and Tuthill, R.W. (1985). The Massachusetts blood pressure studies - III. *Advances in Modern Environ. Toxicol.*, 9:19-34. Concurrently published in *Toxicology and Industrial Health,* 1(1):19-34, 1985.

10. Tuthill, R.W. and Calabrese, E.J. (1985). The Massachusetts blood pressure studies - IV. *Advances in Modern Environ. Toxicol.*, 9:35-44. Concurrently published in *Toxicology and Industrial Health,* 1(1):35-44, 1985.

11. Wilkins, J. and Calabrese, E.J. (1985). The health implications of a 3-5 month increase in blood pressure in a community. *Advances in Modern Environ. Toxicol.*, 9:85-100.

12. Rowan, C. and Calabrese, E.J. (1985). The uptake of sodium into food cooked in water with high sodium levels. *Advances in Modern Environ. Toxicol.*, 9:251-258.

13. Calabrese, E.J. (1985). Inorganics in drinking water and cardiovascular disease - A conference summary. *Advances in Modern Environ. Toxicol.*, 9:313-316.

14. Calabrese, E.J. and Kemp, J. (1985). The effects of ascorbic acid supplementation on copper-induced oxidative changes in human erythrocytes. *J. Environ. Sci. Hlth.*, A20(2):239-250.

15. Calabrese, E.J., Victor, J., and Stoddard M.A. (1985). The effects of dietary vitamin C and E supplementation on the toxicity of methyl oleate hydroperoxide, a proposed ozone intermediate. *J. Environ. Sci. Hlth.*, A20(3):251-267.

16. Calabrese, E.J. and Horton, H.M. (1985). The effects of vitamin E on ozone and nitrogen dioxide toxicity. *World Review of Nutrition and Dietetics,* 46:124-147.

17. Calabrese, E.J., Canada, A.T., and Sacco, C. (1985). Trace elements and public health. *Ann. Rev. Pub. Health,* 6:131-146.

18. Canada, A.T. and Calabrese, E.J. (1985). Ozone-induced inhibition of theophylline elimination in rabbits: Effect of age and sex. *Toxicolo. App Pharmacol.,* 81(1):43-49.

19. Calabrese, E.J. (as part of NATO Countries Safe Drinking Water Committee). (1985). Nato Countries' Report on the Safety of Drinking Water -- Present and Future. (co-author).

20. Calabrese, E.J. (1985). Uncertainty factors and interindividual variation. *Regul. Toxicol., Pharmacol.,* 5:190-196.

21. Geiger, C.P. and Calabrese, E.J. (1985). The effects of five widely used pesticides on erythrocytes of the Dorset sheep, an animal model with low G-6-PD activity. *J. Environ. Sci. Hlth.*, A20(5):521-528.

22. Calabrese, E.J. (1985). The risks of cancer from consumption of drinking water. *Water Research Quarterly,* 3(2):8-10.

23. Calabrese, E.J. and Dorsey, M.W. January, (1985). How to insure your health in a dangerous world. *Redbook,* 94-95, 146-147.

24. CEQ Interagency Subcabinet Committee (Member). March (1985). Report on long-term environmental research and development. CEQ, Executive office of the President.

25. Correa, M., Calabrese, E.J., and Coler, R.A. (1985). Effect of TCA, a new contaminant found from chlorinating water with organic materials, on dragonfly nymph. *Bull. Environ. Contamin. Toxicol.,* 34:271-274.

26. Kostecki, P.T., and Calabrese, E.J. (1985). The regulation of petroleum contaminated soils – a question of environmental and public health effects. *J. Am. Coll. Toxicol.,* 4(6):373-373.

27. Connor, P.M., Moore, G.S., Calabrese, E.J., et al. (1985). The renal effects of sodium chlorite in the drinking water of C57L/J male mice. *J. Enviorn. Pathol. Tox.*, 6(2):253-260.

28. Birden, H.H., Calabrese, E.J., and Stoddard, A. (1985). Lead dissolution from soldered joints. *J. Am. Water Works Ass.*, 77(11):66-70.

29. Calabrese, E.J. (1985). Does exposure to environmental pollutants increase the need for vitamin C. *J. Environ. Pathol. Tox.*, 5(6):81-90.

30. Stoddard, A.M., and Calabrese, E.J. (1985). The use of hair lead level as a predictor for blood lead level. *Biometrics*, 41(2):584-585.

31. Canada, A.T., Calabrese, E.J., and Leonard, D. (1985). Age related difference in pentobarbital sleeping time following oxidant stress. *Age*, 8(3):96.

32. Canada, A.T., and Calabrese, E.J. (1985). Age related sensitivity to ozone-induced inhibition of P450 metabolism. *J. Am. Coll. Toxicol.*, 4(2):218-218.

## **1984**

1. Calabrese, E.J. and Furst, E. (1984). Guinea pig heterologous model: Its application to environmental pathology. Cold Springs Harbor Conference on Chemical Sensitivities (New York), pp. 213-216.

2. Calabrese, E.J. (1984). Suitability of animal models for predictive toxicity: Theoretical and practical considerations. *Drug Metabolism Reviews,* 15:505-523.

3. Calabrese, E.J. (1984). Gastrointestinal and dermal absorption: Interspecies differences. *Drug Metabolism Reviews,* 15:1013-1032.

4. Moore, G.S., Calabrese, E.J., and Forti, A. (1984). The lack of nephrotoxicity in the rat, a possible by-product of chlorine dioxide disinfection in drinking water. *J. Environ. Sci. Hlth*., A19(6):643-661.

5. Calabrese, E.J. (1984). Environmental validation of the homocystine theory of atherosclerosis. *Medical Hypotheses,* 15:361-371.

6. Mediros, C., Coler, R.A., and Calabrese, E.J. (1984). A laboratory assessment of the toxicity of urban run off on the fathead minnow (Pimphales promelas). *J. Environ. Sci. and Hlth.,* A19(7):847-861.

7. Decker, D.D., DiNardi, S.R., and Calabrese, E.J. (1984). Does chloroform exposure while showering pose a serious public health concern? *Medical Hypotheses*. 15(2):119-123.

8. Calabrese, E.J. (1984). The environmental gender gap: Sex differences in susceptibility to pollutant toxicity. University of North Carolina at Chapel Hill Institute for Environmental Studies - The Carolina Essay.

9. Calabrese, E.J. and Leonard, D.A. (1984). The effect of tri- and dichloroacetic acid on G-6-PD deficient erythrocytes. *Reg. Toxicol. and Pharm*., 4:261-264.

10. Kemp, J. and Calabrese, E.J. (1984). The effects of ascorbic acid on copper-induced oxidative changes in human erythrocytes: Example of a biphasic dose response relationship. *J. Environ. Science and Health,* A20(1):21-35.

11. Moore, G.S., Calabrese, E.J., and Molteni, K.H. (1984). Plasmodium berghei infection in mice: Effect of low-level ozone exposure. *Bull. Environ. Contam. Toxicol*., 33:99-105.

12. Moore, G.S., Calabrese, E.J., and Schultz, E. (1984). The effect of *in vivo* ozone exposure to Dorset sheep, an animal model with low levels of erythrocyte G-6-PD activity. *J. Environ. Pathol. Toxicol. and Oncol*., 5(4-5):71-78.

## **1983**

1. Calabrese, E.J. (as part of the NAS Drinking Water Committee). (1983). *Drinking Water and Health*, Vol. 5. National Academy of Sciences, Washington, D.C.

2. Calabrese, E.J. (1983). The role of epidemiological studies in deriving drinking water standards for metals. *Environ. Health Perspect*., 52.

3. Calabrese, E.J. (1983). High risk groups in industry. *WHO Encyclopedia on Occupational Health,*

4. Calabrese, E.J. (1983). An expanded operational concept of high risk groups and its role in standard setting. *Environ. Health Persp*., 52:257-260.

5. Williams, P.S., Calabrese, E.J., and Moore, G.S. (1983). The effect of methyloleate hydroperoxide, a possible toxic ozone intermediate, on the red blood cells of normal and G-6-PD deficient persons. *Ecotoxicol. and Environ. Safety,* 7:242-248.

6. Williams, P.S., Calabrese, E.J., and Moore, G.S. (1983). The effect of methyllinoleate hydroperoxide (MLHP), a possible toxic intermediate of ozone, on normal and glucose-6-phosphate dehydrogenase (G-6-PD) deficient erythrocytes. *J. Environ. Sci. Health,* A18:37-49.

7. Calabrese, E.J. and Tuthill, R.W. (1983). The school lunch program as a contributor to elevated blood pressure in elementary school children. *Clinical Ecology,* 1:145-149.

8. Calabrese, E.J., Moore G.S., and McCarthy, M.S. (1983). Effect of ascorbic acid on copper-induced oxidative changes in erythrocytes of individuals with glucose-6-phosphate dehydrogenase deficiency. *Bull. Environ. Contam. Toxicol*., 30:323-330.

9. Calabrese, E.J., Moore, G.S., and McCarthy, M.S. (1983). The effect of ascorbic acid on sodium nitrite induced methemoglobin formation in G-6-PD deficient erythrocytes. *Ecotox. and Environ. Safety,* 7:410-416.

10. Calabrese, E.J., Williams, P.S., and Moore, G.S.  (1983).  An evaluation of the dorset sheep as a predictive animal model for the response of G-6-PD deficient human erythrocytes to a proposed systemic toxic ozone intermediate, methyl oleate ozonide.  *Ecotox. and Environ. Safety,*  7:416-420.

11. Calabrese, E.J., Moore, G.S., and McCarthy, M.S.  (1983).  The effect of ascorbic acid on copper-induced oxidative changes in the erythrocytes of rats, sheep, and normal humans. *Pharmacology and Regulatory Toxicology,*  3:179-183.

12. Calabrese, E.J., Moore, G.S., and McCarthy, M.S.  (1983).  The effect of ascorbic acid on nitrite-induced methemoglobin formation in rats, sheep, and normal human erythrocytes. *Pharmacology and Regulatory Toxicology,*  3:184-188.

13. Calabrese, E.J., Moore, G.S., and Williams, P.S.  (1983).  An evaluation of the Dorset sheep as a predictive animal model for the response of G-6-PD deficient human erythrocytes to a proposed systemic toxic ozone intermediate, methyl oleate hydroperoxide.  *Vet.* and Human Toxicol.,  25:241-246.

14. Calabrese, E.J.  (1983).  Combating environmental hysteria - an ACS responsibility. *Environ. Sci. and Technol*., 17:63A.

15. Ballew, M., Calabrese, E.J., and Moore, G.S.  (1983).  The effect of dietary vitamin C on ozone-induced oxidative changes in guinea pig erythrocytes.  *J. Environ. Sci. Hlth*., A18(4):597-610.

16. Calabrese, E.J.  (1983).  Tetrachloroethylene in community drinking water associated with vinyl toluene lined asbestos cement pipes:  Risk assessment.  *AWWAJ,* 75(4):190.

17. Calabrese, E.J.  (1983).  Risk assessment:  How it is done and how valid is it?  *Water Research Quarterly,* 1(2):10-14.

18. Calabrese, E.J.  (1983).  The health basis of the primary drinking water standards in the U.S. Part 1.  *Water Research Quarterly,* 1(6):5-7, 10-13.

19. Calabrese, E.J.  (1983).  The health basis of the primary drinking water standards in the U.S. Part 2.  *Water Research Quarterly,* 1(4).

20. Calabrese, E.J.  (1983).  Comparison between U.S. and Canadian approaches to deriving drinking water standards.  *Pharmacology and Regulatory Toxicol*., 3:417-427.

21. Calabrese, E.J.  (1983).  Future directions for research on animal extrapolation.   Conference Proceedings:  *Animal Models for Inhalation Toxicology,*

22. Calabrese, E.J.  (1983).  The role of toxicokinetics in safety evaluation of chemicals. EPRI. Conference on Animal Extrapolation and Risk Assessment.

**1982**

1. Calabrese, E.J.  (1982).  The role of exposure data in setting environmental health standards. *Toxic Substances Journal,* 4(1):12-22.

2. Rowan, C.A., Zajicek, O.T., and Calabrese, E.J.  (1982).  Measurements of sodium and potassium in vegetables by dry ashing.  *Analytical Chem.,* 54:149-151.

3. Calabrese, E.J. and Tuthill, R.W.  (1982).  The role of elevated levels of sodium in drinking water in human hypertension.  *Proceedings of the Conference on Salt and Hypertension.* 33-48. Monell Chemical Senses Center.  Academic Press, NY.

4. Kane, G.A. and Calabrese, E.J.  (1982).  Seasonal changes of dissolved sodium in the Connecticut River near Northfield, MA.  *New England Water Works Assoc. J.,* 96(2):127-134.

5. Moore, G.S. and Calabrese, E.J.  (1982).  Toxicological effects of chlorite in the mouse. *Environ. Health Perspectives,* 46:31-37.

6. Calabrese, E.J.  (1982).  The relevance of occupational health for high school students.  *Amer. Biology Teacher,* 44:111.

7. Calabrese, E.J.  (1982).  Does consumption of oral contraceptives enhance the gastrointestinal tract absorption of lead? *Medical Hypotheses,* 8(1):11-15.

8. Calabrese, E.J.  (1982).  Evolutionary lose of ascorbic acid synthesis:   Did this enhance human survival interests? *Medical Hypotheses,* 8:173-175.

9. Calabrese, E.J.  (1982).  Human breast milk contamination in the U.S. and Canada by chlorinated hydrocarbon insecticide and industrial pollutants:  Current status.  *J. American College of Toxicology,* 1(3):91-98.

10. Calabrese, E.J., Moore, G.S., and Grunwald, E.L.  (1982).  The effect of ozone on rabbit erythrocytes.  In:  *Proceedings of an International Conference on Ozone Toxicity.  Advances in Modern Environmental Toxicology,* 5:103-117.

11. Calabrese, E.J.  (1982).  High neonatal plasma ascorbic acid levels as a contributing cause of Hyperbilirubinemia amongst G-6-PD deficient infants.  *Medical Hypotheses,* 9(3):311-312.

12. Calabrese, E.J.  (1982).  The use of genetic markers to predict susceptibility to occupational diseases.  U.S. Congress' Office of Technology Assessment.  Peer Review Report accepted.

13. Calabrese, E.J., Moore, G.S., and Grunwald, E.L.  (1982).  Protection by ascorbate against acetylphenylhydrazine induced heinz body formation in normal human and sheep erythrocytes. *J. Environ. Sci. and Health,* 17(6):897-902.

14. Calabrese, E.J.  (1982).  Does consumption of mega-doses of ascorbic acid pose a hemolytic risk to persons with sickle cell trait/disease?  *Medical Hypotheses,*  9(6):647-649.

15. Calabrese, E.J., Moore, G.S., and Williams, P.S.  (1982).  Effect of methyl oleate ozonide, a possible ozone intermediate, on normal and G-6-PD deficient erythrocytes.  *Bull. Environ. Contam. Toxicol.*, 29:498-504.

6. Calabrese, E.J.  (1982).  Problems and pitfalls in the derivation of drinking water standards for carcinogens.  *Proceedings of the Conference on Drinking Water Quality.* 84-85.  Sponsored by the Academy of Engineers.

17. Calabrese, E.J., Moore, G.S., Weeks, B.L., and Stoddard, A.  (1982).  The effect of ozone exposure upon hepatic and serum ascorbic acid levels in male Sprague-Dawley rats.  *J. Environ. Sci. Health,* A18:79-93.

18. Calabrese, E.J., Moore, G.S., and McCarthy, M.S.  (1982).  Ascorbic acid enhances the occurrence of copper-induced methemoglobin formation in normal human erythrocytes *in vitro*.  *Bull. Environ. Contam. Toxicol.*, 29:704-710.

19. Williams, P.S., Calabrese, E.J., and Moore, G.S.  (1982).  An evaluation of the dorset sheep as a predictive animal model for the response of G-6-PD deficient human erythrocytes to a proposed systemic toxic ozone intermediate, methyl linoleate hydroperoxide.  *J. Environ. Sci. Health,* A18(1):1-17.

20. Calabrese, E.J.  (1982).  Using animal studies to predict human cancer risk.  *Water Research Quarterly,* 1(1):9-12.

## **1981**

1. Moore, G.S., and Calabrese, E.J.  (March 1981).  Effect of chlorine dioxide, chlorite and nitrite on mice with low and high levels of G-6-PD in their erythrocytes.  EPA-600/SJ-81-014.

2. Rowan, C. and Calabrese, E.J.  (1981).  The effect of cooking with water having elevated sodium levels upon the concentration of sodium and potassium in vegetables.  *J. Environ. Sci. Hlth.*, A16(2):125-137.

3. Tuthill, R.W. and Calabrese, E.J.  (1981).  The influence of elevated levels of sodium in community drinking water on elementary school children.  *Amer. J. Pub. Health,* 71:722-729.

4. Moore, G.S., Calabrese, E.J., Schultz, E.N.  (1981).  The effect of an *in vivo* ozone exposure to dorset sheep, an animal model with low levels of erythrocyte glucose-6-phosphate dehydrogenase activity.  *Bull. Environ. Contam. Toxicol.*, 26:273-280.

5. Calabrese, E.J. and Moore G.S.  (1981).  Does exposure to cadmium reduce the metabolism of ethanol?  *Medical Hypotheses,* 7(6):703-706.

6. Moore, G.S., Calabrese, E.J., and Labato, F.  (1981).  The effects of ozone on erythrocyte survival of the sheep.  *Bull. Environ. Contam. Toxicol*., 27:126-138.

7. Tuthill, R.W., Moore, G.S., Calabrese, E.J., and Guisti, R.  (1981).  The effects of chlorine dioxide treatment of community drinking water on newborns  An historical cohort study. *Environ. Hlth.  Perspect*., 46:39-46.

8. Davis, J.M., Svendsgaard, D.J., and Calabrese, E.J.  (1981).  U-Shaped dose-response relationships in toxicology.  *Medichem Congress Proceedings*.

9. Calabrese, E.J., Moore, G.S., Guisti, R.A., Rowan, C.A., and Schultz, E.N.  (1981).  The health effects of diesel fuel on human populations.   Proceedings of the International Symposium on Diesel Fuel.  *Environment International,* 5:473-477.

10. Calabrese, E.J.  (1981).  Genetic screening of hypersusceptibles in industry.  *Medical Hypotheses,* 7:393-400.

11. Calabrese, E.J. and Tuthill, R.W.  (1981).  The influence of elevated levels of sodium in drinking water on elementary and high school students in Massachusetts.  *Proceedings of the International Conference on Water Supply (Amsterdam).  Science for Total Environment,* 18:117-133.

## 1980

1. Moore, G.S., Calabrese, E.J., and McGee, M.  (1980).  Health-effects of monochloramines in drinking water.  *J. Env. Sci. Hlth, Part A*, 15(3):239-258.

2. Calabrese, E.J.  (1980).  Does use of oral-contraceptives enhance the toxicity of carbon-disulfide through interactions with pyridoxine and tryptophan metabolism.  *Med. Hypoth.*, 6:21-33.

3. Calabrese, E.J., and Moore, G.S.  (1980).  Does the rodent model adequately predict the effects of ozone induced changes to human erythrocytes.  *Med. Hypoth.*, 6:505-507.

4. Calabrese, E.J.  (1980).  Does nutritional status affect benzene induced toxicity and-or leukemia.  *Med. Hypoth.*, 6:535-544.

5. Calabrese, E.J., Moore, G.S., and Ho, S.C.  (1980).  Low glucose-6-phosphate-dehydrogenase (G-6-PD) activity in red blood cells and susceptibility to copper induced oxidative damage.  *Env. Res.*, 21:366-372.

6. Calabrese, E.J., Moore, G.S., and Ho, S.C.  (1980).  Low glucose-6-phosphate-dehydrogenase activity and increased sensitivity to paraquat toxicity.  *Bull. Env. Contam. Toxicol.*, 24:369-373.

7. Calabrese, E.J., Tuthill, R.W., Klar, J.M., et al.  (1980).  Elevated levels of sodium in community drinking water.  *JAWWA*, 72:645-649.

8. Calabrese, E.J., Tuthill, R.W., Sieger, T.L., et al.  (1980).  The role of elevated levels of sodium in diet and drinking water on the development of hypertension in animal models and humans.  *J. Env. Pathol. Toxicol.*, 4:143-150.

9. Calabrese, E.J., and Tuthill, R.W.  (1980).  The influence of elevated levels of sodium in drinking water on elementary and high school students in Massachusetts.  *J. Env. Pathol. Toxicol.*, 4:151-165.

10. Calabrese, E.J., Cech, I., Datri, D., et al.  (1980).  Panel discussion – the influence of elevated levels of sodium in drinking water on human health.  *J. Env. Pathol. Toxicol.*, 4:187-193.

11. Moore, G.S., and Calabrese, E.J.  (1980).  G6PD deficiency – a potential high risk group to copper and chlorite ingestion.  *J. Env. Pathol. Toxicol.*, 4:271-279.

12. Calabrese, E.J., and Moore, G.S.  (1980).  Conference on cardiovascular disease and drinking water factors – principal findings and future research needs.  *J. Env. Pathol. Toxicol.*, 4:323-326.

13. Moore, G.S., Calabrese, E.J., and Ho, S.C.  (1980).  Groups at potentially high risk from chlorine dioxide treated water.  *J. Env. Pathol. Toxicol.*, 4:465-470.

14. Moore, G.S., and Calabrese, E.J.  (1980).  The effects of chlorine dioxide and sodium chlorite on erythrocytes of A-J and C57L-J mice.  *J. Env. Pathol. Toxicol.*, 4:513-524.

15. Calabrese, E.J., Moore, G.S., and Ho, S.C.  (1980).  Low erythrocyte glucose-6-phosphate-dehydrogenase (G-6-PD) activity and susceptibility to nitrite induced methemoglobin formation. *Bull. Env. Contam. Toxicol.*, 25:837-840.

16. Moore, G.S., Calabrese, E.J., and Leonard, D.A.  (1980).  Effects of chlorite exposure on conception rate and litters of A-J strain mice.  *Bull. Env. Contam. Toxicol.*, 25:689-696.

17. Moore, G.S., and Calabrese, E.J.  (1980).  The health effects of chloramines in potable water supplies – A literature review.  *J. Env. Pathol. Toxicol.*, 4:257-263.

18. Moore, G.S., Calabrese, E.J., and Grinbergfunes, R.A.  (1980).  The C57L-J mouse strain as a model for extra pulmonary effects of ozone exposure.  *Bull. Env. Contam. Toxicol.*, 25:578-585.

19. Tuthill, R.W., and Calabrese, E.J.  (1980).  Experimental reduction of H2O NA intake in normotensive children.  *Amer. J. Epid.*, 112:428-428.

20. Calabrese, E.J., and Moore, G.S.  (1980).  Erythrocyte glucose-6-phosphate-dehydrogenase (G-6-PD) deficiency and enhanced susceptibility to environmental oxidant stressors – an animal model.  *Toxicol. Let.*, 1:98-98.

21. Moore, G.S., and Calabrese, E.J.  (1980).  The effect of in vivo ozone exposure to Dorset sheep, an animal model with low levels of erythrocyte glucose-6-phosphate-dehydrogenase activity.  *Toxicol. Let.*, 1:99-99.

2. Moore, G.S., and Calabrese, E.J.  (1980).  Epidemiologic and laboratory animal studies on chlorite toxicity.  *Toxicol. Let.*, 1:112-112.

23. Obom, K., Calabrese, E.J., Peters, H., and Hayward, G.  (1980).  Automobile inspection and maintenance programs: their role in reducing air pollution.  *Rev. Environ. Health*, 3:149-168.


**1979**

1. Calabrese, E.J., Moore, G.S., and Ho, Soon-Ching.  (1979).  Low glucose-6-phosphate dehydrogenase (G-6-PD) activity in human and sheep red blood cells and susceptibility to copper induced oxidative damage.  *Environ. Res*., 21:366-372.

2. Moore, G.S., Calabrese, E.J., and Ho, Soon-Ching.  (1979).  The effects of chlorite on sheep and human (normal and G-6-PD deficient) red blood cells.  *J. Environ. Pathol. and Toxicol.*, 4:465-470.

3. Moore, G.S. and Calabrese, E.J.  (1979).  The effects of chlorine dioxide and sodium chlorite on erythrocytes of A/J and C57L/J mice.  *J. of Environ. Pathol. and Toxicol*., 4:513-524.

4. Calabrese, E.J.  (1979).  The role of high risk groups in the derivation of environmental health standards.  *Reviews of Environmental Health,*  3(2):131-147.

5. Moore, G.S. and Calabrese, E.J.  (1979).  Differential susceptibility to oxidant stress (sodium chlorite) in mice with different levels of erythrocyte G-6-PD activity.  *J. of Env. Science and Health,*  A14(7):593-608.

6. Calabrese, E.J. and Tuthill, R.W.  (1979).  Community water and elevated blood pressure in children and adolescents.  *Proceedings of National Conference of the American Water Works Association*. Pp. 661-670.

7. Moore, G.S., Calabrese, E.J., and Lafond, M.  (1979).  A sequential sampling system for multiple exposure chambers. *Journal of the Air Pollution Control Association,* 29(11):1165-1166.

8. Calabrese, E.J. (1979). Should the concept of the RDA be altered to incorporate interactive effects of ubiquitous pollutants? *Medical Hypotheses,* 5:1273-1289.

9. Lafond, M. and Calabrese, E.J. (1979). Is the selenium drinking water standard justified? *Medical Hypotheses,* 5(8):977.

10. Calabrese, E.J., Tuthill, R.W., Sieger, T., and Klar, J. (1979). Lead and cadmium contamination of drinking water during the acidification process. *Bulletin of Environ. Contam. and Toxicol.*, 23(1-2):107.

11. Gilbert, C., Tuthill, R.W., Calabrese, E.J., and Peters, H.A. (1979). A comparison of lead hazards in housing environment of lead poisoned children versus non poisoned controls. *J. Environ. Science and Health,* A14(3):145-168.

12. Calabrese, E.J. (1979). Conjoint use of laetrile and megadoses of ascorbic acid in cancer treatment: Possible side effects. *Medical Hypotheses*, 5:995.

13. Calabrese, E.J. (1979). the influence of lead on sodium induced hypertension. *Medical Hypotheses,* 5(7):817.

14. Calabrese, E.J. (1979). Feline porphyria: A possible animal model for studying lead toxicity on the hematopoietic system. *Medical Hypotheses,* 5:649-652.

15. Moore, G.S. and Calabrese, E.J. (1979). The possible role of hypertension in aggravating hemolytic episodes in G-6-PD deficient persons. *Medical Hypotheses*, 5(4):453-457.

16. Calabrese, E.J. (1979). Pollutants and high risk groups: A conference summary. *Proceedings of the XIX International Congress on Occupational Health*. World Health Organization.

17. Tuthill, R.W. and Calabrese, E.J. (1979). Age as a function in the development of sodium related hypertension. *Environmental Health Perspectives,* 29:35-44.

18. Calabrese, E.J., Moore, G.S., and Brown, Regina. (1979). The effects of environmental oxidant stressors on individuals with a G-6-PD deficiency with particular reference to an animal model. *Environmental Health Perspectives,* 29:49-56.

19. Calabrese, E.J. (1979). Introduction to conference on pollutants and high risk groups. *Environmental Health Perspectives,* 29:1.

20. Calabrese, E.J. (1979). The influence of ambient ozone on the incidence of bone fractures especially among the elderly. *Medical Hypotheses,* 5(2):201-209.

21. Calabrese, E.J. (1979). Is the role of environment overestimated in carcinogenesis? *Medical Hypotheses,* 5:5-12.

22. Calabrese, E.J.  (1979).  Can drinking water standards be reliably derived from industrial TLVs?  *Medical Hypotheses,* 6:653-660.

23. Tuthill, R.W. and Calabrese, E.J.  (1979).  Elevated levels of sodium in drinking water and community blood pressure patterns.  *Arch. of Environ. Health,* Sept-Oct. 35(5):197-203.

24. Calabrese, E.J.  (1979).  Possible adverse side effects from treatment with laetrile.  *Medical Hypotheses,* 5:1045.

## **1978**

1. Calabrese, E.J. and Tuthill, R.W.  (1978).  Elevated blood pressure levels and community drinking water characteristics.  *J. Environ. Health Science,*  A13(10):781-802.

2. Calabrese, E.J. and Moore G.S.  (1978).  Can elevated levels of copper in drinking water precipitate acute hemolysis in G-6-PD deficient individuals?  *Medical Hypotheses,* 5(4):493-499.

3. Reichman, F. and Calabrese, E.J.  (1978).  Animal extrapolation in environmental health:  Its theoretical basis and application.  *Reviews on Environmental Health,* 3(1):59-78.

4. Calabrese, E.J., Moore, G.S., and Tuthill, R.W.  (1978).  The health effects of chlorine dioxide as a disinfectant in potable water:  A literature survey.  *J. of Env. Hlth.,* July-August 41(1):26-31.

5. Calabrese, E.J. and Tuthill, R.W.  (1978).  Sources of elevated sodium levels in drinking water and recommendation for reduction.  *Jour. of Environ. Health,* 41(3):151-155.

6. Calabrese, E.J. and Tuthill, R.W.  (1978).  The effects of elevated levels of sodium in community drinking water on blood pressure distribution patterns.  *Water Resources Research Center,* 94:1-28.

7. Calabrese, E.J. and Tuthill, R.W.  (1978).  Water treatment processes as a contributor to elevated levels of sodium in drinking water.  *J. Environ.l Sci. Health,* A13(3):253-260.

8. Moore, G.S., Calabrese, E.J., DiNardi, S.R., and Tuthill, R.W.  (1978).  Potential health effects of chlorine dioxide as a disinfectant in potable water supplies.  *Medical Hypotheses,* 4(5):481-496.

9. Calabrese, E.J.  (1978).  Will elevated levels  of lead exposure precipitate clinical symptoms of porphyria in individuals with the latent condition.  *Medical Hypotheses,* 4(3):282-289.

10. Calabrese, E.J. and Sorenson, A.J.  (1978).  Dispersal and recolonization by *Myzus persicae* following aphid alarm pheromone exposure.  *Annals of the Entomological Society,* 71(2):181-182.

11. Yao, J., Calabrese, E.J., and DiNardi, S.R.  (1978).  Does ambient ozone pose a serious public health concern as a widespread environmental mutagen?  *Medical Hypotheses,* 4(2):165-172.

12. Calabrese, E.J.  (1978).  Mice with low levels of G-6-PD:  A model to study a human high risk group to ozone.  *The Amer. Jour. of Pathol.*, 91(20):409-411.

13. Calabrese, E.J.  (1978).  Gunn rats:  Animal model to simulate exposure of human high risk groups to polychlorinated biphenyls.  *The American Jour. of Pathol.*, 91(2):405-407.

## 1977

1. Calabrese, E.J.  (1977).  Further comments on novel work schedule TLVs.  *Amer. Indus. Hyg. Assoc. Jour.*, 38:443-446.

2. Calabrese, E.J. and Tuthill, R.W.  (1977).  The toxicological and epidemiologic basis for a sodium drinking water standard.  *Jour. Environ. Health*., 40(2):80-83.

3. Calabrese, E.J. and Tuthill, R.W.  (1977).  The effects of elevated levels of sodium in community drinking water on the blood pressure distribution patterns of high school sophomores.  *Arch. Environ. Health,* 32(5):200-202.

4. Calabrese, E.J.  (1977).  Environmental quality indices predicted by evolutionary theory. *Medical Hypotheses,* 3(6):241-244.

5. Calabrese, E.J. and DiNardi, S.R.  (1977).  APCA Special Conference - Toxic substances in the air environment.  *Proceedings of the Conference.  Air Poll. Control Assoc.*

6. Calabrese, E.J., Riddiough, D., and Musselman, R.  (1977).  Is EPA's radium-226 drinking water standard justified?  *Medical Hypotheses,*  3(5):171-174.

7. Calabrese, E.J.  (1977).  Insufficient conjugate glucuronidation:  A possible factor in PCB toxicity.  *Medical Hypotheses,* 3(4):162-165.

8. Calabrese, E.J. and Sorenson, A.J.  (1977).  The health effects of PCB's with particular emphasis on high risk groups.  *Reviews on Environmental Health,* 2(4):285-304.

9. Friedman, L. and Calabrese, E.J.  (1977).  The carcinogenic potential of open leaf burning. *Reviews of Environmental Health,* 2(4):257-283.

10. Calabrese, E.J.  (1977).  Excessive levels of barium and radium-226 in Illinois drinking water.  *J. Environ. Health,*  39(5):366-369.

11. Calabrese, E.J., Kojola, W., and Carnow, B.W.  (1977).  Ozone:  A possible cause of hemolytic anemia in glucose-6-phosphate dehydrogenase deficient individuals.  *J. Toxicol. Environ. Health,* 2:709-712.

## 1976

1. Calabrese, E.J. and Edwards, L.J.  (1976).  Of light and gravity in leaf-side selection by *Myzus Persicae*, the green peach aphid.  *Annals of the Entomological Society,* 698(2):1145-1146.

2. Calabrese, E.J., Jensen, S.J. and Sorenson, A.J.  (1976).  A model useful in deriving standards for environmental pollutants.  *Jour. Biol. Educ.*, 10(5):249-257.

3. Calabrese, E.J.  (1976).  The evolutionary basis of environmental indices.  *J. Environ. Education,*  Spring Issue, 7(3):20-27.

4. Calabrese, E.J. and Howe, K.J.  (1976).  The effects of phosfon on the growth of peppermint (*Mentha piperita* L.) *Physiologica Plantarum,*  37:163-165.

5. Calabrese, E.J.  (1976).  Student involvement in governmental decision-making.  *Science Activities*. March/April.  pp. 33-35.

## 1975

1. Calabrese, E.J. and Sorenson, A.J.  (1975).  Potential public health problems from the catalytic activity of atmospheric manganese. *J. Air. Poll. Cont. Assoc.,* 25:81-82.

2. Calabrese, E.J. (co-author).  (1975).  The health implications of the catalytic converter.  IIEQ Document Number 13.

## 1974

1. Calabrese, E.J. (co-author).  (1974).  Development of an ambient standard for mercury.  IIEQ Document Number 18.

2. Calabrese, E.J. (co-author).  (1974).  Advisory report on the health effects of polychlorinated biphenyls.  IIEQ Document Number 17.

3. Calabrese, E.J. (co-author).  (1974).  The health effects and recommended air standard for chlorine.  IIEQ Document Number 16.

4. Calabrese, E.J. (co-author).  (1974).  The health effects and recommended air standard for manganese.  IIEQ Document Number 15.

5. Calabrese, E.J. (co-author).  (1974).  The health effects and recommended air standard for ozone.  IIEQ Document Number 14.

6. Calabrese, E.J. (co-author). (1974). The health effects of vanadium and recommended air standard. Illinois Institute for Environmental Quality (IIEQ) Document Number 12.

7. Calabrese, E.J. and Stoffolano, J.G. (1974). The effects of diapause on respiration of the adult black blowfly, *Phormia regina* (Meigen). *Ann. Ent. Soc. Amer.*, 67(4):715-717.

8. Stoffolano, J.G., Calabrese, E.J., and Greenberg, S. (1974). Diapause induction in the blowfly, *Phormia regina* (Meigen). *Ann. Ent. Soc. Amer.*, 67(2):430-432.

9. Calabrese, E.J. and Stoffolano, J.G. (1974). The effects of diet and age on the respiratory rate of adult male and female black blowflies, *Phormia regina* (Meigen). *J. Insect. Physiol.,* 20:383-393.

10. Calabrese, E.J. (1974). The evolutionary basis of logotherapy. Ed.D. Dissertation, University of Massachusetts at Amherst, Massachusetts.


## 1973

1. Calabrese, E.J. (1973). The effects of diet, age and diapause on the respiratory rates of adult male and female black blowflies, *Phormia regina* (Meigen). Ph.D. Dissertation, University of Massachusetts at Amherst, Massachusetts.

## 1972

1. Calabrese, E.J. (1972). The effects of phosfon on the growth of *Mentha piperita* L. Master's thesis at State College at Bridgewater, Massachusetts.

## 1968

1. Calabrese, E.J. (1968). The effects of a phosphon on *Mentha piperita* L. in different growth media. Eastern College Science Conference. Yale University, New London, CT. April 20th.


## XIII.   PRESENTATIONS AT MAJOR CONFERENCES/INVITED SEMINARS

## 2018

Cottrell M, Mills W, Calabrese EJ. Funding trends in hormetic research. Climate Leaderhsip Summit. Univeristy of Massachusetts, Amherst MA. April 8, 2018.

Kozumbo WJ, Leak RK, Calabrese EJ, and 13 other co-authors. Enhancing the amplitude and duration of hormesis-induced resilience: Workshop summary October 2017. The 17th Annual

International Dose-Response Conference. Preconditioning: in Biology and Medicine. Mechanisms and Translational Research. Univeristy of Massachusetts, Amherst MA. April 17-18, 2018.

Agathokleous E, Kitao M, Calabrese EJ. Lanthanum induces hormesis in plants: A perspective for agronomy. The 17th Annual International Dose-Response Conference. Preconditioning: in Biology and Medicine. Mechanisms and Translational Research. Univeristy of Massachusetts, Amherst MA. April 17-18, 2018.

Agathakleous E, Calabrese EJ, and 8 other co-authors. Hormesis for predicting the effect of ozone on vegetation. The 17th Annual International Dose-Response Conference. Preconditioning: in Biology and Medicine. Mechanisms and Translational Research. Univeristy of Massachusetts, Amherst MA. April 17-18, 2018.

Cottrell M, Mills W, Calabrese EJ. Funding trends in hormetic research. The 17th Annual International Dose-Response Conference. Preconditioning: in Biology and Medicine. Mechanisms and Translational Research. Univeristy of Massachusetts, Amherst MA. April 17, 2018.

Calabrese EJ. Linear no-threshold (LNT) dose-response and what it means to you. University of Rhode Island, Kingston RI. April 6, 2018.

Calabrese EJ. Hormesis: How it can improve public health and medicine. Bridgewater State University, Bridgewater MA. April 5, 2018.
Calabrese EJ. Linear no-threshold (LNT) dose-response and what it means to you. Bridgewater State University, Bridgewater MA. April 5, 2018

Calabrese EJ. Hormesis: How it can improve public health and Medicince. International Academy of Oral Medicine & Toxicology. Fundamentals of Biological Dentistry. Denver, CO, March 23-24, 2018.

Calabrese EJ. Hormesis: The linear dose response for cancer risk assessment: New findings challenge its scientific foundations and use by regulatory and public health agencies. International Academy of Oral Medicine & Toxicology. Fundamentals of Biological Dentistry. Denver, CO, March 23-24, 2018.


**2017**

Calabrese EJ. Hormesis: enhancing performance and building biological shields. Defense Advanced Research Projects Agencys (DARPA), Washington, DC. December 20, 2017.

Calabrese EJ. Homeopathy Conference. Hormesis in biology and medicine: Why it needs to be taught in medical school. University of Massachusetts, Amherst, MA. November 11, 2017.

Calabrese EJ. Hormesis in biology and medicine: Why it needs to be taught in medical school. School of Medicine. Georgetown University, Washington DC. November 7, 2017.

Calabrese EJ. Linear no-threshold (LNT) dose-response and what it means to you. MICB 702 Course, Georgetown University, Washington DC. November 6, 2017.

Calabrese EJ. LNT and its history Mount Holyoke College. October 24, 2017.

Calabrese EJ. Conference Moderator. AF Hormesis Conf. October 21 & 22, 2017.

Calabrese EJ. Overview to Air Force Hormesis Workshop. UMass October 21, 2017.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. EHSC Seminar Series, University of Rochester, Rochester NY. September 21, 2017.

Calabrese EJ. The search for truth in regulatory science; How LNT was born and sustained – a story of mistakes, deceptions, and failed public policy. CATO Institute, Washington DC. July 21, 2017.

Calabrese EJ. Hormesis overview. Annual International Conference on Dose-Response: Preconditioning in biology and medicine. Mechanisms and translational research. April 18, 2017.

Dhawan G, Calabrese EJ. Radiotherapy for pertussis: An historical assessment. Annual International Conference on Dose-Response: Preconditioning in biology and medicine. Mechanisms and translational research. April 18, 2017.

Calabrese EJ. Hormesis: what it means for toxicology and risk assessment. Scientific Session, Low-dose non-monotonic responses. Society of Toxicology 56th Annual Meeting and ToxExpo, Baltimore, MD. March 14, 2017.

Calabrese EJ. How LNT was born and sustained - A Story of Mistakes, Deceptions, and Failed Public Policy. MA Department of Public Health. Boston, MA. January 9, 2017

**2016**

Calabrese EJ. How LNT was born and sustained. A story of mistakes, deceptions, and failed public policy. Toxicology School of Pharmacy - University of Connecticut, Storrs, CT. November 28, 2016.

Calabrese EJ. Dose-response models, hormesis and implications for regulations. Podcast Intervew. Center for Industrial Progress. November 16, 2016.

Calabrese EJ. Hormesis: Its biological foundation and implications for pharmacology, medicine

and public health. American Course on Drug Development and Regualtory Sciences Session 3. Washington DC. November 9, 2016.

Calabrese EJ. Seminar series. Hormesis: Role in biology, medicine, and public health. Environmental Health Sciences, University of Massachusetts, Amherst, MA. November 7, 2016.

Kozumbo WJ, Calabrese EJ. Enhancing biological performance: occurrence, mechanisms and applications. Wright Patterson Air Force Base, Ohio. November 7, 2016.

Calabrese EJ. Hormesis: Role in Biology, Medicine, and Public Health. Institut fur Molekular Zellbiologie, CMB. Jenna, Germany. October 27, 2016.

Calabrese EJ. Hormesis: Role in biology, medicine, and public health. Arnold School of Public Health, University of South Carolina, Columbia, SC. October 21, 2016.

Calabrese EJ. Hormesis: Role in Biology, Medicine, and Public HealthBridgewater State University, Bridgewater, MA. October 14, 2016.

Calabrese EJ. Hormesis: Role in Biology, Medicine, and Public HealthCollege of Nursing, University of Massachusetts, Amherst, MA. October 11, 2016.

Calabrese EJ. How LNT was born and sustained. A story of mistakes, deceptions, and failed public policy. Health Canada, Canada. September 29, 2016.

Calabrese EJ. Hormesis: Role in biology, medicine, and public health. University of Ottawa, Ottawa, ON. September 28, 2016.

Calabrese EJ. Hormesis: Role in biology, medicine, and public health. Canadian Nuclear Laboratories, Petawawa, ON. September 27, 2016.

Calabrese EJ. The road to linearity. Canadian Nuclear Laboratories, Petawawa, ON. September 27, 2016.

Calabrese EJ. Hormesis: Adaptive Responses in Biology and MedicineSociety for Cancer Research and Communication, Department of Radiation Oncology, Dr Balabhai Nanavati Hospital, Vile Parle, Mumbai, India. August 6, 2016.

Calabrese EJ. Linear No Threshold Model. Wall Street Journal Interview. June 28, 2016

Calabrese EJ. Atomic Insights. Interview. June 6, 2016.

Calabrese EJ. Interview. City Univerity, London UK. May 19, 2016.

Calabrese EJ, Dhawan G, Kapoor R. Preconditioning is hormesis Part I: documentation, dose-response features and mechanistic foundations. Presented at the Annual Conference of the

International Dose Response Society. University of Massachusetts. Amherst MA. April 20, 2016.

Calabrese EJ, Dhawan G, Kapoor R. How the conditioning dose mediate protection: dose optimization within temporal and mechanistic frameworks. Presented at the Annual Conference of the International Dose Response Society. University of Massachusetts. Amherst MA. April 20, 2016.

Calabrese EJ. How the US NAS misled the world community on cancer risk assessment. Hartford University. Hartford CT. April 26, 2016.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. Dalhousie University, Faculty of Agriculture. Truro NS, Canada. April 1, 2016.

Calabrese EJ. Preconditioning is hormesis. Dalhousie University, Special Seminar, Community Health & Epidemiology. Halifax NS, Canada. March 31, 2016.

Calabrese EJ. International Life Sciences Institute (North America). Conundrum: How do we define the continuum - from perturbation to adverse effects? Lessons Learned: Hormesis. St. Petersburg, FL. Jan 25-26, 2016.


## 2015

Shamoun DY, Calabrese EJ. On objective risk. Society for Risk Analysis. Arlington, VA. December 9, 2015

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. Boston College Biology Seminar. Chestnut Hill, MA. November 3, 2015.

Calabrese EJ. The integration of LNT and hormesis for cancer risk assessment optimizes public health protection. Risk Assessment Speciality Section. Reston, VA. October 14, 2015.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. University of Massachusetts, Food Science Department. Amherst, MA. September 23, 2015.

Shamoun DY, Calabrese EJ. On objective risk. The Science, Policy and Risk Forums. ORACBA and National Capital Area Chper of the Society of Risk Analysis at the USDA. Washinton DC. September 15, 2015.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. American Chemical Society AGRO Session. Boston, MA. August 16-20, 2015.

Calabrese EJ. How the US NAS misled the wold community on cancer risk assessment. Doctors for Disaster. July 31-August 1, 2015.

Calabrese EJ. Hormesis: Its scientific foundations and biochemical regulatory applications. Doctors for Disaster. July 31-August 1, 2015.

Calabrese EJ. Introduction to hormesis: Adaptive responses in biology and medicine. Air Force Planning Meeting: Dosimetry and mechanisms mediating response to tDCS. Univeristy of Massachusetts. Amherst MA. July 8 & 9, 2015.

Calabrese EJ. How the US NAS misled the world community on cancer risk assessment. Polymer Science, University of Massachusetts. Amherst MA. 2015.

Calabrese EJ. How the linear dose response became the default model for cncer risk assessment. New England Chapter of the American Association of Physicists in Medicine. Sturbridge, MA. May 29, 2015.

Calabrese EJ. History of LNT. New England Chapter of the Health Physics Society. Westford, MA. May 27, 2015.

Calabrese EJ. How the linear dose response became the default model for cancer risk assessment. Eastern Research Group-Health Effects Institute. Boston MA. May 20, 2015.
Calabrese EJ, Blain R. . Hormetic Mechanism-Receptor/Cell Signaling Pathways.
Society of Toxicology. Phoenix, AZ.  March, 2015.

## **2014**

Calabrese EJ, Shamoun DY. The case against LNT. Part I: History, origin, and competing evidence. Soceity of Risk Analysis, Denver CO. December, 2014.

Shamoun DY, Calabrese EJ. Guidelines for objective risk assessment practices. Society for Risk Analysis. Denver, CO. December 10, 2014.

Calabrese EJ. Australasian Radiation Protection Society Conference. How the US NAS misled the world community on cancer risk assessment, Hobart Tasmania Australia.   October 28, 2014.

Calabrese EJ. Duke University, Integrated Toxicology and Enviornmental Health Program Symposium. Biphasic dose responses in biology, toxicology and medicine. October 24, 2014.

Calabrese EJ. Michigan State University, Department of Pharmacology and Toxicology. How the US NAS misled the world community on cancer risk assessment.  September 19, 2014.

Calabrese EJ. Michigan State University, Entomology Department. Hormesis: Adaptive responses in biology and medicine. September 18, 2014.

Calabrese EJ. Hormesis and homeopathy. Lecture 3. Hormetic mechanisms. 4th Australian Conference of Bioregulatory Medicine, Adelaide, Australia. September 12-15, 2014.

Calabrese EJ. Hormesis and homeopathy. Lecture 4. Hormetic applications. 4th Australian Conference of Bioregulatory Medicine, Adelaide, Australia. September 12-15, 2014.

Calabrese EJ. Thematic Session 3: Hormesis: Adaptive Response in Biology and Medicine. NAALT/WALT Joint Session Conference, Arlington VA. September 12, 2014.

Calabrese EJ. Enhancing Biological Performance: Occurrence, Mechanisms and Applications. Human Performance Program Review, Basic Research Innovation Collaboration Center, Arlington VA. September 11, 2014.

Calabrese EJ. Hormesis: Its scientific foundations and biochemical regulatory applications. Physicians for Civil Defense, Oregon Institute of Science and Medicine, Knoxville, TN. July 26, 2014.

Calabrese EJ. LNT theory: How the NAS misled the world on cancer risk assessment. Physcians for Civil Defense, Oregon Institute of Science and Medicine, Knoxville, TN. July 26, 2014.

Calabrese EJ. Optimizing pre- and post-conditioning clinical outcomes: A dose response perspective. 13th Annual International Conference on Dose-Response. Preconditioning Adaptive Responses in Biology and Medicine. Building Biological Shields Against Disease and Injury. April 22, 2014.

Shamoun DY, Calabrese EJ. Risk assessment report card. 13th Annual International Conference on Dose-Response. Preconditioning Adaptive Responses in Biology and Medicine. Building Biological Shields Against Disease and Injury. April 22, 2014.

Shamoun DY, Calabrese EJ. Model uncertainty in cancer risk assessment. 13th Annual International Conference on Dose-Response. Preconditioning Adaptive Responses in Biology and Medicine. Building Biological Shields Against Disease and Injury. April 22, 2014.

Calabrese EJ. Hormesis: A looming scientific revolution in environmental regulation? Clark University, Worcester, MA. April 10, 2014.

Calabrese EJ. Hormesis and homeopathy. Lecture 1. Hormesis: biological foundations. Brauer Professional Conference, Adelaid, Australia. March, 2014.

Calabrese EJ. Hormesis and homeopathy. Lecture 2. Historical foundations of hormesis. Brauer Professional Conference, Adelaide, Australia. March, 2014.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. Office of Food Additives, CFSAN, FDA, College Park MD. March 19, 2014.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. Bridgewater State University, Bridgewater MA. February 21, 2014.

Calabrese EJ. Problems in the analysis used in launching the linear extrapolation approach for cancer risk assessment. American Chemical Council. February 20, 2014.

Calabrese EJ. Hormesis: Adaptive responses in biology and medicine. Duquesne University, Pittsburgh PA. February 13, 2014.

Calabrese EJ. How the US NAS misled the world community on cancer risk assessment. Bettis Atomic Power Lab, Pittsburgh, PA. February 12, 2014.

Calabrese EJ. Overthrowing the regulatory paradigm for carcinogens. Cato Institute, Capital Hill Briefing,Washington, DC. January 28, 2014

Calabrese EJ. Hormesis and the development of biological shields. TNO/Samueli Institute, The Netherlands. January 13, 2014.


## 2013

Calabrese EJ, Yazigi D. (2013). New methods in cancer risk assessment. Society of Risk Analysis, Baltimore MD. December 10, 2013.

Calabrese EJ. (2013). Comment at the Convocation for the Faculties of Engineering, Health Sciences, and Science of an honorary doctrate. Hormesis: How i got started. McMaster University, Hamilton, ON. November 22, 2013.

Calabrese EJ. (2013). Origins of the LNT: Department of Radiological Science, McMaster University, Hamilton ON. November 21, 2013.

Calabrese EJ. (2013). Hormesis: A basic biological concept. University of Michigan. November 15, 2013.

Calabrese EJ. (2013). Hormesis: Its role in toxicology and radiological health. University of Michigan. November 15, 2013.

Calabrese EJ. (2013). How the US NAS misled the world community on cancer risk assessment. MI American Nuclear Society. Ann Arbor, MI. November 14, 2013.

Calabrese EJ. (2013). Hormesis: Toxicological foundations, mechanisms and biomedical/clinical applications. Air Force Office of Scientific Research Human Performance and Biosystems Program. Basic Research Innovation Collaboration Center. Arlington, VA. October 30, 2013.

Calabrese EJ. (2013). Soil ingestion rates in children and adults: Implications for human health risk assessment. International Conference on Soils, Sediments, Water and Energy. University of Massachusetts, Amherst, MA. October 22, 2013.

Calabrese EJ. (2013). Soil, sediment, and dust ingestion pathway in human health and ecological risk assessment. International Conference on Soils, Sediments, Water and Energy. University of Masachusetts, Amherst, MA. October 22, 2013.

Calabrese EJ. (2013). Hormesis: Its toxicological foundations and therapeutic implications. School of Pharmacy, University of Connecticut, Storrs, CT. October 9, 2013.

Calabrese EJ. (2013). Low dose radiation therapy induces and anti-inflammatory phenotype: Biomedical implications. Environmental Mutagen Society Inflammation Symposium. September 23, 2013.

Calabrese EJ. (2013). Evolution of the linear no threshold model of radiation injury. American Association of Physicists in Medicine, 54th Annual Meeting. Indianapolis. August 5, 2013.

Calabrese EJ. (2013). Hormesis: Its biomedical foundations and therapeutic implications. American Association of Naturopathic Physicans. Keystone, Colorado. July 10-13, 2013.

Calabrese EJ. (2013). Hormesis theory. The revolution of diet: stay hungry, stay healthy. SBS TV Network (S. Korea). June 14, 2013.

Calabrese EJ. (2013). A method to evaluate hormesis in nanoparticle dose-response. 5th International Symposium - Nutrition, Oxygen Biology and Medicine. Paris France. June 5-7, 2013.

Calabrese EJ. (2013). Does it or doesn't it? Evidence for the existence of non-monotonic dose resonse. Webinar. Society of Toxicology Risk Assessment Specialty Section. San Antonio, TX. May 8, 2013.

Calabrese EJ. (2013). Origin of the linearity-no threshold (LNT) dose response concept. Dose-Response 2013: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts, Amherst. April 23, 2013.

Calabrese EJ, Calabrese V. (2013). Low dose radiation therapy (LD-RT) is effective in the treatment of arthritis: Animal model findings. Dose-Response 2013: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts, Amherst. April 23, 2013.

Calabrese EJ, Dhawan G. (2013). The historical use of radiotherapy in the treatment of sinus infections. Dose-Response 2013: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts, Amherst. April 23, 2013

Calabrese EJ. (2013). History of the dose response. Web interview and presentation. Atoms for Peace, Italy. April 11, 2013

Calabrese EJ. (2013). Hormesis: Scientific revolution in environmental regulations. Department

of International Development, Community and Environment. Clark University, Worcester, MA. April 2, 2013.

Calabrese EJ. (2013). A looming scientific rebolutionin environmental regulations? Cato Institute. Washington DC. March 21, 2013.

Calabrese EJ. (2013). Hormesis. Research Training Group Annual Meeting. Jena, Germany. January, 2013.

## 2012

Calabrese, E.J. (2012). Chemical and radiation hormesis: Toxicological foundations and biomedical applications. Uniformed Services University, Armed Forces Radiobiology Research Institute. Bethesda, MD. November 30, 2012.

Calabrese, E.J. (2012). Hormesis: Toxicological and Risk Assessment Implications.  University of Massachusetts, School of Public Health and Health Sciences. Presented to medical students and faculty from Russia, Novgorod State University.  Amherst, MA. October 26, 2012.

Calabrese, E.J. (2012). The hormesis dose response. University of Louisville, Louisville. KY. October 24, 2012.

Calabrese, E.J. (2012). Hormesis: Its biological foundations and therapeutic implications. European Society of Integrative Medicine. Florence, Italy. September 20-21, 2012.

Calabrese, E.J. (2012). Hormesis: Its significance for toxicology, risk assessment and medicine. Plymouth Marine Laboratory. Plymouth, UK. July 18, 2012.

Calabrese, E.J. (2012). The hormetic dose response. United Kingdom Environmental Mutagen Society, Taliesin Arts Centre, Swansea Univeristy. Swansea Wales. July 15-18,2012.

Calabrese, E.J. (2012). How the LNT myth was launched. American Nuclar Society Annual Meeting. Hyatt Regency Hotel. Chicago, IL. June 25, 2012.

Calabrese, E.J. (2012). The hometic dose response. European Food Safety Authority Scientific Colloquium XVII on Low Dose Response in Toxicology and Risk Assessment. Parma, Italy. June 14, 2012 (video presentation).

Calabrese, E.J. (2012). Muller's deceptive Nobel Prize lecture and its risk assessment implications. New England Health Physics Society Symposium, Westford, MA. May 24, 2012.

Golden, R., and Calabrese, E.J. (2012).  Re-evaluation of the LNT. Society of Toxicology Annual Meeting, San Francisco, CA. March 11-15, 2012.

Calabrese, E.J. (2012). Hormesis and the Salk polio vaccine.  International Conference on Dose-Response 2012, University of Massachusetts. Amherst, MA. April 24-25, 2012.

Calabrese, E.J. (2012). Key historical studies serving as the basis for the linear dose response challenged.  International Conference on Dose-Response 2012, University of Massachusetts. Amherst, MA. April 24-25, 2012.

Calabrese, E.J., and Dhawan, G.  (2012). The role of x-rays in the treatment of gas gangrene: A historical assessment.  International Conference on Dose-Response 2012, University of Massachusetts. Amherst, MA. April 24-25, 2012.

Golden, R., and Calabrese, E.J. (2012). Revisiting assumptions of linearity for radiation-induced cancer: Implications for chemical cancer risk assessment.  International Conference on Dose-Response 2012, University of Massachusetts. Amherst, MA. April 24-25, 2012.

Sarill, M.A., and Calabrese, E.J. (2012). Biphasic dose responses to phytoestrogens: An evaluation of mechanisms.  International Conference on Dose-Response 2012, University of Massachusetts. Amherst, MA. April 24-25, 2012.

Calabrese, E.J. (2012). Hormesis: Its significant for toxicology, pharmacology and drug development. Tufts University, Medford/Somerville, MA. April 17, 2012.

Calabrese, E.J.  (2012).  The hormetic dose response.  Hormesis Research Training Group at the Friedrich-Schiller-University, Jena, Germany.  Opening Ceremonies February 14, 2012.

Calabrese, E.J. (2012). Hormesis: Its significance for toxicology, pharmacology and drug development. Computer Science Department, University of Massachusetts. Amherst, MA. April 10, 2012.

Calabrese, E.J. (2012).  School of Marine Sciences, University of Massachusetts, Amherst, MA. February 1, 2012.

Calabrese, E.J.  (2012).  Hormesis: a dose response revolution.  IMMAG, Georgia Health Sciences University.  Augusta, GA, January 23, 2012.


## 2011

Calabrese, E.J.  (2011).  Hormesis: Its significance for toxicology, pharmacology, and risk assessment.  43rd Society of Toxicology of Canada.  Montreal, Canada, December 4-6,  2011.

Calabrese, E.J.  (2011).  When science fails society: Toxicology's 20th century legacy.  Joint Meeting of the New England Sections of American Physical Society, American Association of Physics Teachers and the Soceity of Physics Student, Physics Department, University of Massachusetts, Amherst MA.  November 19, 2011.

Calabrese, E.J.  (2011).  How toxicology got the dose response half right.  FISH/BSU seminar. Bridgewater State University, Bridgewater, MA. November 18, 2011.

Calabrese, E.J.  (2011).  Hormesis: enhancing biological performance. Department of the Air Force – Photo-Electric-Magnetic-Bio-Stimulation (PEMB) Workshop. San Antonio, TX. October 31-November 1, 2011.

Calabrese, E.J. (2011).  Harvard School of Public Health, Harvard University, JBL Symposium. Boston, MA. October 29, 2011.

Calabrese, E.J.  (2011).  Hormesis: Its significance for risk assessment and regulatory agencies. Mary Kay O'Connor Process Safety Center. Texas A&M University, College Station, Texas. October 25-26, 2011.

Calabrese, E.J.  (2011).  Hormesis: Its significance for toxicology, pharmacology and risk assessment.  University of Connecticut, Advanced Toxicology Seminar.  Connecticut.  October 12, 2011

Calabrese, E.J.  (2011).  Hormesis: Its significance for food safety.  Food Safety versus Food Secutiry – A Global Challenge. Wageningen, The Netherlands. October 4, 2011.

Calabrese, E.J.  (2011).  U-Shaped dose response curves.  RIKILT, Wageningen, The Netherlands. October 3, 2011.

Calabrese, E.J.  (2011).  Hormesis: Its significance for toxicology, pharmacology and risk assessment. Prevention and Intervention: From Molecular Biology to Clinical Perspectives, Halle, Germany.  September 16-18, 2011.

Calabrese, E.J.  (2011).  Hormesis; Its significance for toxicology, pharmacology and drug development.  FDA Center for Drug Evaluation and Research (CDER), Rockville, MD. September 12, 2011.

Calabrese, E.J.  (2011).  Hormesis: Its significance for toxicology, pharmacology and risk assessment.  Colloque ARET, Museaum National d'Histoire Naturelle, Paris, France. June 20-21, 2011.

Calabrese, E.J.  (2011).  Hormesis: Its significance for toxicology, pharmacology and riak assessment.  Mary Kay O'Connor Process Safety Center, Texas A & M University, College Station, TX.  May 5, 2011.

Nascarella, M.A., and Calabrese, E.J.  (2011).  Characterization of the biphasic antioxidant response of human cells to multi-walled carbon nanotubes.  The 10th Annual International Conference on Dose-Response 2011: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA. April 26-27, 2011.

Calabrese, E.J., and Stanek III, E.J.  (2011).  Hormesis demonstrated for mutagenicity. The 10th Annual International Conference on Dose-Response 2011: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA. April 26, 2011.

Nascarella, M.A., and Calabrese, E.J.  (2011).  Case study: Quantitative assessment of the biphasic dose-response of polyN-isoproplacrylamide (PNIPAM) nanoparticles.  The 10th Annual International Conference on Dose-Response 2011: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA. April 26, 2011.

Stanek III, E.J., and Calabrese, E.J.  (2011).  Simulation studies to complement observational data: what can we learn? How should they be used?  The 10th Annual International Conference on Dose-Response 2011: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA. April 27, 2011.

Calabrese, E.J.  (2011).  Hormesis: Changing how we think about toxicology, medicine and risk assessment.  Endocrine Disruptive Effects of Pesticides from Low Dose Exposure: Evidence for Non-Monotonic Dose Response Curves? The SAFE Consortium. Brussels, Belgium, March 12-17.

Calabrese, E.J.  (2011).  When Science Fails Society: Toxicology's 20th Century Legacy. Howard University, Washington, DC.  March 30, 2011.

## 2010

Calabrese, E.J.  (2010).  Hormesis: Its scientific foundations and biomedical implications. L'Oreal, Clichy, France. November 3, 2010.

Calabrese, E.J.  (2010).  Hormesis: A revolution in toxicology, medicine, and risk assessment. Clark University, November 18, 2010.

Calabrese, E.J.  (2010).  6th International Workshop on the CCN Family of Genes. International CCN Society.  Belfast, Northern Ireland. October 20, 2010.

Calabrese, E.J.  (2010).  Hormesis: Its scientific foundations and biomedical implications.  State University of New York, Albany, New York.  October 8, 2010.

Calabrese, E.J.  (2010).  Hormesis: A revolution in toxicology, medicine, and risk assessment. Skidmore College, Skidmore, New York.  October 7, 2010.

Calabrese, E.J.  (2010).  Historical blunders: How EPA got the dose response half right.  Iona College, New Rochells, New York.  September 30, 2010.

Calabrese, E.J.  (2010).  Historical blunders: The road to linearity.  McMaster Univeristy, International Scientific Symposium, Ontario, Canada.  August 26, 2010.

Calabrese, E.J. (2010). Hormesis: Scientific foundations and public health implications. Fermented Beverages and Health: Enhancement of Biological Responses Relevant for Human Health. Madrid, Spain. July 14, 2010.

Calabrese, E.J. (2010). Hormesis applications for neurodegenerative diseases. Drug Development for Neurodegenerative Diseases, Boston, MA. May 18, 2010.

Calabrese, E.J., Baldwin, L.A., and Leonard, D.A. (2010). The history of chemical hormesis. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Calabrese, E.J., Baldwin, L.A., and Leonard, D.A. (2010). The history of radiation hormesis. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Calabrese, E.J. (2010). Hormesis Update 2010. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Calabrese, E.J., and Nascarella, M.A. (2010). The frequency of hormetic responses in the Ames Assay. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Mosakowski, T., and Calabrese, E.J. (2010). Hormesis research in the People's Republic of China: Past trends in the academic literature and future directions. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Iavicoli, I., Calabrese, E.J., and Nascarella, M.A. (2010). Exposure to nanoparticles and hormesis. Presented at the 9th Annual International Conference: Dose-Response: Implications for Toxicology, Medicine, and Risk Assessment. University of Massachusetts-Amherst, MA. April 27-28, 2010.

Nascarella, M.A., and Calabrese, E.J. (2010). A Case Study: the risk of a hormetic response chemotherapy treatment. Society of Risk Analysis – New England Meeting. Camp, Dresser, Mckee, Cambridge, MA. April 1, 2010.

Calabrese, E.J. (2010). Hormesis in Toxicology and Pharmacology. Maastricht University. The Netherlands, March 26, 2010.

Calabrese, E.J. (2010). The limits of legislation. Koopman International European Commission and Parliament and joint Centre for European Policy Studies. Brussels, March 25, 2010.

Calabrese, E.J., and Nascarella, M.A. (2010). Estimating the frequency of hormesis in the Ames assay. Presented at the Society of Toxicology Annual Meeting, Salt Lake City, UT. March 10, 2010.

Calabrese, E.J. (2010). Estimating the frequency of hormesis in the Ames Assay. To be presented at the 49th Annual Meeting of the Society of Toxicology. Salt Lake City, UT. March 7-11, 2010.

Calabrese, E.J. (2010). Hormesis: Why it Transforms Toxicology, Molecular Biology and Clinical Medicine. Brown University, Providence, RI. March 3, 2010.

Calabrese, E.J. (2010). Hormesis: Why it transforms toxicology and risk assessment. Presented at Worcester Polytechnic Institute-REACH. February 5, 2010.

Calabrese, E.J. (2010). Hormesis is central to pharmacology and toxicology. Northeastern University, Boston MA. January 21, 2010.

**2009**

Calabrese, E.J. (2009). Hormesis: State of the science. Presented at the Society for Risk Analysis Annual Meeting, Baltimore, MD. December 9, 2009.

Calabrese, E.J., and Nascarella, M.A. (2009). Hormesis: Scientific foundations and risk assessment implications. Presented at the Society for Risk Analysis Annual Meeting, Baltimore, MD. December 9, 2009.

Lewis, S.C., and Calabrese, E.J. (2009). Hormesis: Barriers for regulatory risk assessment. Presented at the Society for Risk Analysis Annual Meeting, Baltimore, MD. December 6-9, 2009.

Jones, A.C., Anderton, D.L., Stanek, E.J., and Calabrese, E.J. (2009). Survey Results for the hormesis knowledge and opinion survey administered to risk assessment and toxicology professionals. Presented at the Society for Risk Analysis Annual Meeting, Baltimore, MD. December 6-9, 2009.

Calabrese,E.J. (2009). Hormesis Enhances Environmental Toxicology Research and its Applications. Presented at William & Mary, Virginia Institute of Marine Science. Gloucester Point, VA. November 6, 2009.

Calabrese, E.J. (2009). Hormesis: Why it should transform toxicology and pharmacology. Northeast Chapter of the Society of Toxicology, Cambridge, MA. October 16, 2009.

Calabrese, E.J. (2009). Hormesis is central to biology and medicine. University of Rhode Island, Kingston, RI. October 13, 2009.

Calabrese, E.J. (2009). Hormesis is central to biology and medicine. 8th LOWRAD International Conference, Rio de Janeiro, Brazil. September 28-30, 2009.

Calabrese, E.J. (2009). Hormesis: Scientific foundations and risk assessment implications. ExxonMobil Biomedical Sciences, Inc., Iselin, NJ. September 15, 2009.

Calabrese, E.J. (2009). Hormesis: A central concept in biology and carcinogenesis. The University of Vermont, Department of Pathology, Burlington, VT. September 14, 2009.

Calabrese, E.J. (2009). Hormesis and Medicine. Boiron. Lyon, France. June 22-23, 2009

Nascarella, M., Beck, B., and Calabrese, E.J. (2009). Quantifying Hormetic (Biphasic) Dose-Responses in the Assessment of Nanoparticle Toxicology. International Conference on the Environmental Implications and Applications of Nanotechnology, June 9-11, 2009

Calabrese, E.J. (2009). Hormesis: A dose response revolution. New England Chapter of the Health Physics Society annual meeting, Westford, MA. June 4, 2009.

Nascarella, M.A., and Calabrese, E.J. (2009). A Comparison of Multiple Methods to Evaluate Biphasic (Hormetic) Dose Responses in High-Throughput In Vitro Toxicology Screens. NRC Symposium on Toxicity Pathway-Based Risk Assessment: Preparing for Paradigm Change. May 11-13, 2009.

Calabrese, E.J. (2009). Hormesis: A dose response revolution. Binghamton University, State University of New York. April 17, 2009.

Calabrese, E.J. (2009). Challenging the assumptions about toxicological dose response: Scientific, ethical and policy implications of hormesis. Clark University. March 20, 2009.

Stanek, E.J. III and Calabrese, E.J. (2009).  Meta Analysis of Soil Ingestion Intake for Childhood Risk Assessment, Eastern North American Region Biometrics Meetings, March 16, 2009, San Antonio, Texas.

Nascarella, M.A., and Calabrese, E.J. (2009).  The relationship between IC50, toxic threshold, and the magnitude of stimulatory response in biphasic (hormetic) dose-responses.  Society of Toxicology Annual Meeting, Baltimore, MD.  March 15-19, 2009.

Jones, A.C., Anderton, D.L., Stanek, E.J., and Calabrese, E.J. (2009).  Hormesis knowledge and opinion survey results.  Presented at the Society of Toxicology Annual Meeting, Baltimore, MD.  March 15-19, 2009.

Calabrese, E.J. (2009).  Hormesis: What it means for toxicology, the environment and public health.  FISH Spring 2009, Biology Department Seminar Hour.  Bridgewater State University.  Februaru 27, 2009.

Calabrese, E.J. (2009).  Hormesis: What it means for toxicology, the environment and public health.  Plant and Soil Science, University of Massachusetts, Amherst, MA.  February 3, 2009.

## 2008

Stanek, E.J. III and Calabrese, E.J. (2008).  Exposure Assessment for Children: Soil Ingestion, Indian Statistical Institute Seminar, Oct 31, 2008, ISI Kolkata, India.

Nascarella, M.A., and Calabrese, E.J. (2008).  Characterizing the quantitative features of hormetic dose-responses in a single high-throughput assay evaluating anticancer agents.  To be presented at the Society for Risk Analysis Annual Meeting, Boston, MA.  December 8, 2008.

Stanek, E., and Calabrese, E.J. (2008).  Exposure assessment in children: Soil ingestion.  Indian Statistical Institute, Kolkata, India.  October 31, 2008.

Jones, A.C., Anderton, D.L., Stanek, E.J., and Calabrese, E.J. (2008).  Hormesis knowledge and opinion survey results.  Presented at the Society of Toxicology Northeast Regional Chapter Fall Meeting, Shrewsbury, MA.  October 24, 2008.

Nascarella, M.A., and Calabrese, E.J. (2008).  Toxic potency and hormesis in dose-response assessment.  Presented at the Society of Toxicology Northeast Regional Chapter Fall Meeting, Shrewsbury, MA.  October 24, 2008.

Calabrese, E.J. (2008).  Hormesis: a central concept in biology, the biomedical sciences and toxicology.  University of Connecticut, Storrs, CT.  October 22, 2008.

Waters, D.J., and Calabrese, E.J. (2008).  The U-shaped curve: when more is not better.  Environmental Mutagen Society.  Puerto Rico.  October 21, 2008.

Calabrese, E.J.  (2008).  Hormesis: What it means for pharmacology and toxicology.  The Boston Area Pharmaceutical Toxicology Group (BAPTG).  Novartis Institutes of Biomedical Research, Inc., Cambridge, MA.  September 18, 2008.

Calabrese, E.J.  (2008).  Why I think hormesis is the most fundamental dose response relationship in biology.  McMasters University, Hamilton, Canada.  September 15, 2008.

Calabrese, E.J.  (2008).  Hormesis: Its significant to toxicology, risk assessment and Medicine.  North American Congress of Clinical Toxicology, Toronto, Canada.  September 14, 2008.

Calabrese, E.J.  (2008).  Hormesis and the pharmaceutical industry.  Millennium Pharmaceuticals, Inc, Cambridge, MA.  June 16, 2008.

Calabrese, E.J.  (2008).  Separating stimulant and impairing function in hormetic profiles with independent component analysis (ICA).  The 7th Annual International Conference – Session II: Biomedical.  Dose-Response 2008: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA.  April 29, 2008.

Calabrese, E.J.  (2008).  Hormesis – 2008 – Current Status.  The 7th Annual International Conference – Session I:  Plenary.  Dose-Response 2008: Implications for Toxicology, Medicine, and Risk Assessment.  University of Massachusetts, Amherst, MA.  April 29, 2008.

Nascarella, M.A., Stanek, E.J., and Calabrese, E.J.  (2008).  Evaluating stimulatory cell proliferation in anticancer drug dose-responses.  University of Massachusetts School of Public Health and Health Sciences, 11th Annual Poster Session.  University of Massachusetts, Amherst, MA.  March 27, 2008

Nascarella, M.A., Stanek, E.J., and Calabrese, E.J.  (2008).  The quantitative evaluation of hormesis in anticancer drug dose-response.  Society of Toxicology Annual Meeting.  Seattle, WA.  March 19, 2008.

Calabrese, E.J.  (2008).  Hormesis: The most fundamental dose response model.  University of Ottawa Seminar, Ottawa, Canada.  February 1, 2008.

Calabrese, E.J.  (2008).  Hormesis: Improving health reducing costs.  Health Canada Seminar, Ottawa, Canada.  January 31, 2008.

## **2007**

Nascarella, M.A., and Calabrese, E.J.  (2007).  The quantitative characterization of the dose-response relationship of a panel of yeast (*Saccharomyces cerevisiae*) strains to prospective anticancer agents.  Society for Risk Analysis Annual Meeting.  San Antonio, TX.  December 12, 2007.

Calabrese, E.J. (2007). Hormesis: The most fundamental dose response model. Department of Kinesiology, University of Massachusetts, Amherst, MA. October 29, 2007.

Nascarella, M.A., Stanek, E.J., and Calabrese, E.J. (2007). The quantitative characterization of hormesis in the National Cancer Institute's Yeast Anticancer Drug Screen Data. Society of Toxicology Northeast Regional Chapter, Fall Meeting. Groton, CT. October 26, 2007.

Calabrese, E.J. (2007). Hormesis and its relevance for clinical psychology. Harvard Medical School, Newton, MA. March 12, 2007.


## 2006

Calabrese, E.J. (2006). Hormesis: How it may affect toxicology and pharmacology. Sanofi-Aventis U.S. Inc. Bridgewater, MA. November 15, 2006.

Calabrese, E.J., and Stanek, E.J. (2006). Arsenic bioavailability in humans. The Gradient Corporation. Cambridge, MA. October 5, 2006.

Calabrese, E.J. (2006). Historical foundations of hormesis. University of Kansas Medical Center, Kansas City, KS. October 3, 2006.

Calabrese, E.J. (2006). Hormesis scientific foundations. University of Kansas Medical Center, Kansas City, KS. October 3, 2006.

Calabrese, E.J. (2006). Hormesis as a vehicle for therapeutic agents. Therapeutic Discovery Conference. Rensillierville, NY. September 10, 2006.

Staudenmayer, J. and Calabrese, E.J. (2006). Hormesis is more common than the threshold model in large NCI yeast database study. International Hormesis Society Conference. University of Massachusetts, Amherst, MA. June 7, 2006.

Calabrese, E.J. (2006). Hormesis: scientific foundations. Florence, Italy. April 7, 2006.

Calabrese, E.J. (2006). Hormesis: A challenge to the linear dose-response model, and its implications in risk assessment, regulatory policy, and biomedical research. Society of Toxicology 2006 45th Annual Meeting & ToxExpo. San Diego, CA. March 8, 2006.

Calabrese, E.J. (2006). Hormesis: Toxicological update and potential applications to the air force. Air Force Office of Scientific Research, Arlington, VA. January 31, 2006.

Calabrese, E.J. (2006). Experimental data relevant to single dose cancer assessment. 31st Annual Winter Toxicology Forum, Washington, DC. January 31, 2006.

Calabrese, E.J.  (2006).  Hormesis: Scientific development and implications for risk assessment.  31st Annual Winter Toxicology Forum, Washington, DC.  January 31, 2006.

Calabrese, E.J.  (2006).  Hormesis: Common, generalizable and significant.  Eli Lilly Research Laboratories, Greenfield, IN.  January 11, 2006.

## 2005

Calabrese, E.J.  (2005).  Hormones is Important for Toxicologists and Risk Assessors: The Case for Hormesis as the Most Fundamental Dose Response Relations. Michigan State University, MI.  December 8, 2005.

Calabrese, E.J.  (2005).  Historical Foundations of the Dose Response.  Michigan State University, MI.  December 8, 2005.

Calabrese, E.J.  (2005).  Soil Ingestion in Children and Adults.  RIVM, Utrecht, The Netherlands.  November 7, 2005.

Calabrese, E.J.  (2005).  Introduction of the Concept of Hormesis: Implications for Risk Assessment..  Utrecht University, Utrecht, The Netherlands.  November 8, 2005.

Calabrese, E.J.  (2005).  Hormesis: Historical Perspectives, and Recent Advances.  Health Council of the Netherlands, The Hague, The Netherlands.  November 9, 2005.

Calabrese, E.J.  (2005).  Hormesis: Societal Implications.  International Policy Network & the Institute of Economic Affairs.  London, United Kingdom.  November 10, 2005.

Calabrese, E.J.  (2005).  Hormesis and Its Impact on Future Toxicity Testing Strategies.  National Research Council, Committee on Toxicity Testing and Assessment of Environmental Agents, Washington, DC.  October 20-21, 2005.

Calabrese, E.J.  (2005).  Hormesis Its Impact on Toxicology and Risk Assessment.  Yale University, New Haven, CT.  October 6, 2005.

Calabrese, E.J.  (2005).  Is There Non-Random Biological Activity Below the NOAEL?  Center for Risk Science and Communications.  University of Michigan, Ann Arbor, MI. September 16, 2005.

Calabrese, E.J.  (2005).  Hormesis: Challenging the EPA Dose Response Paradigm.  Environmental Management Association.  Annual Sound Science Seminar, Michigan. September 15, 2005.

Calabrese, E.J.  (2005).  The Emergence of Hormesis in Biology, Toxicology and Medicine.  4th International BELLE Conference, University of Massachusetts, Amherst, MA.  June 6, 2005.

Calabrese, E.J.  (2005).  Scientific underpinnings of hormesis.  European Union.  Video Presentation.  Italy, May 19, 2005.

Calabrese, E.J.  (2005). Costing the Earth.  BBC Radio interview.  April 5, 2005.

Calabrese, E.J.  (2005).  Biomedical and Clinical Implications of Hormesis (Guest Speaker).  Annual Meeting Franklin and Hampshire Districts of Massachusetts Medical Society.  Sunderland, MA.  April 20, 2005

Calabrese, E.J.  (2005).  Hormesis Seminar.  US EPA.  Research Triangle Park, NC.  April 26-27, 2005.

Calabrese, E.J.  (2005).  Soil Ingestion Estimation in Children and Adults: A Dominant Influence in Site-Specific Assessment.  Health Canada Environmental and Occupational Toxicology Seminar Series.  March 23, 2005.

Calabrese, E.J.  (2005).  Hormesis: The Dose-Response Revolution.  Health Canada Environmental and Occupational Toxicology Seminar Series.  March 24, 2005.


## 2004

Calabrese, E.J.  (2004).  Hormesis as a biological concept.  Amherst College.  October 25, 2004.

Calabrese, E.J.  (2004).  Hormesis as a concept in Toxicology.  Holy Cross College.  Worcester, MA.  October 20, 2004.

Calabrese, E.J.  (2004).  Hormesis Roundtable.  American Industrial Hygiene Conference and Exposition.  Atlanta, GA.  May 13, 2004.

Calabrese, E.J.  (2004).  Hormesis and the LNT.  MIT.  Cambridge, MA.  April 1, 2004.

Stanek III, E.J., and Calabrese, E.J.  (2004).  Arsenic bioavailability in humans.  Environmental Institute, University of Massachusetts.  March 26, 2004.

Blain, R.R., and Calabrese, E.J.  (2004).  Hormesis database.  Society of Toxicology 43rd Annual Meeting.  Baltimore, MD.  March 24, 2004.

Calabrese, E.J.  (2004).  Hormesis: Its implications for hazard and risk assessment.  Society of Toxicology 43rd Annual Meeting.  Baltimore, MD.  March 22, 2004.

Ewald, K.A., and Calabrese, E.J.  (2004).  Protection against mechanistically distinct hepatotoxicants is associated with acute phase response.  Society of Toxicology 43rd Annual

Meeting.  Baltimore, MD.  March 22, 2004.

Calabrese, E.J.  (2004).  Hormesis and its implications for State health departments (Video Conference).  Marin County Health Department.  California.  February 27, 2004.

Calabrese, E.J.  (2004).  Hormesis and its implications for aging.  National Institute of Aging.  Baltimore, MD.  February 26, 2004.

Calabrese, E.J.  (2004).  Hormesis and new developments in assessing the dose-response. Johns Hopkins University.  Baltimore, MD.  February 25, 2004.

Calabrese, E.J.  (2004).  Hormesis and public health.  Environmental Media Services.  Washington, DC.  February 25, 2004.

## 2003

Nascarella, M.A., and Calabrese, E.J.  (2003).  Stage specific toxicity and the hormetic dose response relationship in the black blowfly.  3rd Annual Institute of Environmental and Human Health Toxicology Exposition.  Lubbock, TX.  April 4, 2003.

Calabrese, E.J.  (2003).  Toxicological Foundations of Hormesis.  Canadian Society of Toxicology.  Plenary Address.  Montreal, Canada.  December 2003.

Calabrese, E.J.  (2003).  Hormesis and its role in Toxicology.  Society of Toxicology of Canada.  Plenary Session.  Montreal, Canada.  December 8, 2003.

Calabrese, E.J.  (2003).  The dose-response relationship: A new paradigm with broad biomedical implications.  University of Massachusetts School of Public Health.  Amherst, MA.  November 25, 2003.

Calabrese, E.J.  (2003).  Hormesis. Hazard and risk assessment.  Texas Tech University (Video Conference).  November 7, 2003.

Calabrese, E.J.  (2003).  Hormesis.  College of the Holy Cross.  Worcester, MA.  October 14, 2003.

Calabrese, E.J.  (2003). Hormesis and risk assessment.  The Dow Foundation.  Midland, MI.  September 17, 2003.

Calabrese, E.J., and Baldwin, L.A.  (2003).  Hormesis at the NTP.  Second Non-Linearity Dose Response Relationships in Biology, Toxicology and Medicine Conference.  Amherst, MA.  June 8, 2003.

Calabrese, E.J.  (2003).  Biomedical implications of hormesis.  Second Non-Linearity Dose Response Relationships in Biology, Toxicology and Medicine Conference.  Amherst, MA.  June 8, 2003.

Calabrese, E.J.  (2003).  Non-Linearity Dose-Response Relationships in Biology, Toxicology and Medicine, International Conference. Amherst, MA.  May 28, 2003.

Calabrese, E.J.  (2003).  Bowdoin College, Department of Chemistry.  Hormesis: New Concepts in our Understanding of the Dose Response.  Brunswick, ME.  May 2, 2003.

Calabrese, E.J.  (2003). Tufts University, Department of Environmental Engineering.  Hormesis: Occurrence and Mechanistic Foundations. Medford, MA.  April 17, 2003.

Calabrese, E.J.  (2003).  Tufts University Medical School.  Medical Implications of Hormesis. Boston, MA. April 17, 2003.

Calabrese, E.J.  (2003).  Society of Environmental Toxicology and Chemistry (SETAC) North Atlantic Chapter, Annual Meeting.  Hormesis: Occurrence, Generalizability and Applications to Toxicology and Risk Assessment.  Mystic, CT.  April 24, 2003.

Calabrese, E.J.  (2003). Columbia University, School of Education.  Hormesis: Conceptual Framework and Application to Environmental Science Curriculum.  New York. February 17, 2003.

Calabrese, E.J.  (2003).  Boston University School of Public Health.  Biphasic Dose Response Relationships in Biology, Toxicology and Medicine.  February 21, 2003.

Calabrese, E.J. (2003).  Are Human Exposure Limits Too Conservative? Non-Linear Dose Response Relationships and "Hormesis".  Aberdeen Proving Grounds.  January 14, 2003.

## 2002

Nascarella, M.A., and Calabrese, E.J.  (2002).  A model system to explore the hormesis dose response relationship.  Society for Risk Analysis Annual Meeting.  New Orleans, LA.  December 9, 2002.

Nascarella, M.A., Stoffolano, J.G., and Calabrese, E.J.  (2002).  Hormesis and stage specific toxicity induced by cadmium in an insect model, the queen blowfly, *Phormia regina* Meig. Society for Environmental Toxicology and Chemistry Annual North American Meeting.  Salt Lake City, UT.  November 19, 2002.

Calabrese, E.J.  (2002).  International Conference on Chemical Mixtures (ICCM).  Atlanta, GA. September 11, 2002.

Calabrese, E.J.  (2002).  Toxicological Risk Assessment of DIMP.  Colorado Water Quality Control Commission.  Denver, CO.  December 10, 2002.

Calabrese, E.J.  (2002).  Hormesis and High Risk Groups.  UMDNJ – New Jersey Medical School.  November 14, 2002.

Calabrese, E.J.  (2002).  The Hormetic or Threshold Model:  Which is the Most Common Phenomenon in Toxicology.  Cornell University.  November 7, 2002.

Calabrese, E.J.  (2002).  Federal-State and Risk Analysis Committee (FSTRAC).  (2002). U-Shaped Dose Responses in Toxicology and their Risk Assessment Implications.  October 23, 2002.

Calabrese, E.J.  (2002).  ATSDR.  The Hormetic Dose-Response Model is More Common Than the Threshold Model in Toxicology.  Atlanta, GA.  September 11, 2002.

Calabrese, E.J.  (2002).  NCAC-SOT.  U-shaped Dose Responses Curves – What, Why and How?.  May 16, 2002.

Calabrese, E.J.  (2002).  Toxicological Foundation of Hormesis.  Bates College.
 February 14, 2002.

Calabrese, E.J.  (2002).  Applications of Hormesis in Environmental Science.  Bates College.  February 15, 2002.

Calabrese, E.J.  (2002).  AMEC Corp.  Risk Assessment and Hormesis.  February 14, 2002.

Calabrese, E.J.  (2002).  Hormesis as Generalizable Hypothesis. General Electric.  February 2, 2002.

Calabrese, E.J.  (2002).  Applications of Hormesis in Toxicology, Risk Assessment and Chemotherapeutics.  University of Rhode Island.  January 30, (2002).

## 2001

Nascarella, M.A., and Calabrese, E.J.  (2001).  The development of toxicological bioassay using black blow fly *Phromia regina* (Diptera: Calliphordae) larvae to evaluate physiological response to low level environmental stress.  University of Massachusetts, School of Public Health and Health Sciences 4th Annual Poster Session.  Amherst, MA.  March, 2001.

Nascarella, M.A., Stoffolano, J.G., and Calabrese, E.J.  (2001).  Stage specific and hormetic effects induced by cadmium in the black blowfly.  American Public Health Association 129th Annual Meeting.  Atlanta, GA.  October, 2001.

Calabrese, E.J.  (2001).  Hormesis: Current Status.  Medical College of New York, Department of Animal Science. November 28, 2002.  November , 14 2001, GE S

Calabrese, E.J.  (2001).  U-shaped dose responses in biology, toxicology and medicine: frequency, quantitative features and possible significance.  Yale University.  October 3, 2001.

Calabrese, E.J.  (2001).  The history of the dose-response relationship: reassessing the foundation of toxicology.  Yale University.  October 3, 2001.

Nascarella, M.A., Stoffolano, J.G., and Calabrese, E.J.  (2001).  Stage specific toxicity and hormetic effects induced by cadmium in the black blowfly phormia regina.  *Academic Public Health Caucus,* Poster Presentation.  Abstract#:31416.

Calabrese, E.J.  (2001).  Harvard University.  Hormesis.  September 21, 2001.

Calabrese, E.J.  (2001).  Hormesis: Pharmacological and Toxicological Foundations. University of Rhode Island.  June 31, 2001.

**2000**

Calabrese, E.J.  (2000).  Scientific data on low dose radiation and cancer.  Health Benefits of Low Dose Radiation.  Radiation, Science, and Health, Inc.  Washington, DC.  November 15, 2000.

Calabrese, E.J.  (2000).  Radiation Hormesis.  BEIR VII Committee meeting.  National Academy of Sciences, Washington, DC.  September 20, 2000.

Calabrese, E.J.  (2000).  When adults are at greater risk than children.  Conference on 10X factors.  Hoffman-LaRoche, Nutley, NJ.  May 3, 2000.

Calabrese, E.J.  (2000).  Hormesis as a biological phenomenon.  Dept. of Entomology, University of Massachusetts, Amherst, MA.  March 22.

Calabrese, E.J.  (2000).  The historical foundations of chemical hormesis.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J.  (2000).  The historical foundations of radiation hormesis. Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J.  (2000).  Factors contributing to the marginalization of both hypotheses. Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J.  (2000).  Establishment of quantitative evaluative criteria for assessing hormesis. Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J.  (2000).  Description of the chemical and radiation hormesis database. Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J.  (2000).  Why is hormesis not always seen? Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Apoptosis and biphasic response.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Cancer and U-shaped curves.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Alcohol and U-shaped curves.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  The history of chemical hormesis.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  The history of radiation hormesis.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Quantitative evaluation method for hormesis.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Reproductive toxicity & U-shaped curves.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Adenosine: Biphasic receptor binding via allosteric enhancement.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Adenosine: Adenosine induces biphasic responses in renal vasculature.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Adenosine: Apomorphine induced biphasic penile erection: Occurrence and mechanistic basis.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic response of estrogens: Angiogenesis, bone formation, and immunostimulation. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic response of estrogens: Human breast cell proliferation, and DNA synthesis in human vascular cells. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic response of estrogens: Phytoestrogen and clot formation. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Cadmium induced biphasic responses. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of amyloid β-peptide. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic dose-response relationship between peripheral corticosterone and memory. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of nitric oxide: Osteoclast differentiation, macrophase synthesis of vitamin D3, and vasodilation in the human forearm. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of nitric oxide: Myocardial contraction, and calcium current in the heart. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of nitric oxide: Methylene blue and behavior, excitatory amino acids, and neutrophil migration. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of nitric oxide: Carbon monoxide induces a biphasic release of NO, biphasic effects of neuroleptic drugs on NOS, and NO and sperm function. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of testosterone: Chondrocytes, and sertoli cell function. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of testosterone: Prolactin, and prostate cancer cells (LNCaP). Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of prostaglandins: $PGE_2$ and verapamil, a calcium channel blocker, and bone formation. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of nonsteroidal anti-inflammatory drugs (NSAIDS): Prostaglandin production and transport. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of prostaglandins: neutrophil migration, corticosteroids, and transforming growth factor β. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of opiates: Cardiovascular and respiratory effects. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of opiates: Cardiovascular and respiratory effects fetal breathing movements (FBM) in the lamb, neutrophil migration, peripheral blood lymphocyte (PBL) natural killer-activity, and corticosterone production. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of opiates: hCG secretion, HIV growth, and behavioral responses pain/euphoria. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic effects of opiates: binding to brain receptors. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic chemotaxis effects of alcohol, alpha-1 proteinase inhibitor (API), FMLP, and mouse nerve growth factor. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A. (2000). Biphasic chemotaxis effects on neutrophils, tumor cells, and fibroblasts. Poster presentation. Chemical and Radiation Hormesis Scientific Foundations. Amherst, MA. January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Biphasic effects of dopamine: Background and biomedical significance, and prolactin secretion.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Biphasic effects of dopamine: artery relaxation.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Biphasic effects of dopamine: Apomorphine on pain, and locomotion.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Biphasic effects of dopamine agonists on memory.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

Calabrese, E.J., and Baldwin, L.A.  (2000).  Apoptosis and biphasic response.  Poster presentation.  Chemical and Radiation Hormesis Scientific Foundations.  Amherst, MA.  January 19-20.

**1999**

Calabrese, E.J.  (1999).  Toxicology of DIMP.  National Academy of Sciences.  Washington, DC.  November 22.

Calabrese, E.J.  (1999).  Radiation hormesis: current status.  U.S. Nuclear Regulatory Commission.  Rockville, MD.  March 29.

Calabrese, E.J.  (1999).  Hormesis and adaptation.  NIH.  Bethesda, MD.  April 26.

Calabrese, E.J.  (1999).  Single exposure carcinogen database.  U.S. EPA.  Washington, DC.  June 12.

Stanek, E.J., and Calabrese, E.J.  (1999).  Soil ingestion in children.  U.S. EPA.  Research Triangle Park, NC.   June 14.

Calabrese, E.J.  (1999).  Health effects of DIMP.  U.S. National Academy of Science.  Washington, DC.  November 4.

Calabrese, E.J.  (1999).  Radiation hormesis.  NE Radiology Society.  Boston, MA.  June 18.

**1998**

Calabrese, E.J.  (1998).  New developments on hormesis.  AIHC.  Washington, DC.  January 13.

Calabrese, E.J.  (1998).  Scientific foundations of hormesis.  North Carolina Chapter of the Society of Risk Analysis.  Carey, NC.  April 27.

Calabrese, E.J.  (1998).  Chair – conference on societal implications of hormesis.  Research Triangle Park, NC.  October 5-6.

Calabrese, E.J.  (1998).  Historical foundations of chemical hormesis.  Conference on societal implications of hormesis.  Research Triangle Park, NC.  October 5-6.

Calabrese, E.J.  (1998).  Implications of hormesis for risk assessment.  10X uncertainty factor conference.  Medical College of New Jersey.  Newark, NJ.  November 11.

Calabrese, E.J.  (1998).  Non-monotonic dose-response relationships and their risk assessment implications.  EPA National Symposium.  Carey, NC.  April 28.

Calabrese, E.J.  (1998).  Single exposure carcinogens and its implications for state public health risk assessors.  National Teleconference Presentations for the ATHO Foundation.  May 7.

Calabrese, E.J.  (1998).  U-shaped dose-response relationship.  EPA Drinking Water Office-FASTAC.  Boston, MA.  May 8.

Calabrese, E.J.  (1998).  Hormesis and its risk assessment implications.  Pfizer.  Groton, CT.  May 21.

Calabrese, E.J.  (1998).  Low dose responses to chemical stressor agents.  General Electric.  Schenectady, NY.  July 30.

Calabrese, E.J.  (1998).  Hormesis and the biological effects of low level exposures.  Occupational Safety and Health Group.  Washington, DC.  August 4-5.

## 1997

Calabrese, E.J.  (1997).  Dose-response relationships and endocrine disruption.  Conference on Endocrine Disruption.  Research Triangle Park, NC.  January 13.

Calabrese, E.J.  (1997).  Single exposure carcinogen data base.  NIOSH.  Cincinnati, OH.  January 23.

Calabrese, E.J., Blain, R.B., Leonard, D., and Ewald, K.  (1997).  Role of neutrophils and acute phase proteins in the hepatotoxic interaction between kepone and carbon tetrachloride.  SOT Annual Meeting.  Cincinnati, OH.  March 10.

Calabrese, E.J., and Stanek, E.J.  (1997).  The amount of particle size of soil ingested by children.  SOT Annual Meeting.  Cincinnati, OH.  March 12.

124

Calabrese, E.J., and Blain, R.B. (1997). Stress effects on carbon tetrachloride toxicity. SOT Annual Meeting. Cincinnati, OH. March.

Calabrese, E.J. (1997). Role of hormesis in risk management. DOD conference at NIH, Bethesda, MD. May 15.

Calabrese, E.J. (1997). Development of a chemical hormesis database: strengths, limitations, and generalized ability. Toxicology Forum. Aspen, CO. July 7-11.

Calabrese, E.J. (1997). Hormesis: Database and underlying mechanisms. Toxicology Forum, Aspen, CO. July 13.

Calabrese, E.J. (1997). Development of a chemical hormesis data base: Strengths, limitations, and generalized ability. Toxicology Forum. Aspen, CO. July 11.

Calabrese, E.J. (1997). Acute episodes of soil ingestion. Society of Risk Analysis. Washington, DC. December 7.

Calabrese, E.J. (1997). Single exposure carcinogens. Society of Risk Analysis. Washington, DC. December 7.

**1996**

Calabrese, E.J. (1996). Adaptive mechanisms and dose-response relationships. Texas A&M University. Texas. February, 19.

Calabrese, E.J. (1996). Acute exposures to genotoxic carcinogens. University of Montreal. Canada. April 10.

Calabrese, E.J. (1996). Current issues in risk assessment. Harvard University. Boston, MA. August 5.

Calabrese, E.J. (1996). Acute exposures to chemical carcinogens. National Academy of Sciences. Washington, DC. September 17.

Calabrese, E.J. (1996). Chemical hormesis. Texas Chemical Industry Association. Houston, TX. September 23.

Calabrese, E.J. (1996). Chaired session on genetic factors and environmental exposures. EPA Conference. Durham, NC. September 25.

Calabrese, E.J. (1996). Ecogenetics: genetic predisposition to toxic substances. EPA conference on interindividual differences in susceptibility. Durham, NC.

Calabrese, E.J.  (1996).  Single exposure carcinogens.  New England Society for Occupational and Environmental Medicine.  Boston, MA.  December 5.

Calabrese, E.J.  (1996).  Chemical Hormesis.  Safety factors in risk assessment.  Nutley, NJ. December 6.

## **1995**

Calabrese, E.J.  (1995).  Single exposure carcinogens. Society of Toxicology. Baltimore, MD. March 5-9.

Calabrese, E.J.  (1995).  Retrieval database on single exposure carcinogens.  Society of Toxicology. Baltimore, MD. March 5-9.

Calabrese, E.J.  (1995).  Development of annual soil ingestion distributional estimates of 64 children based on daily soil ingestion values.  Society of Toxicology.  Baltimore, MD. March 5-9.

Schmidt, C.W., Leonard, D.A., Baldwin, L.A., Zhao, X.Q., and Calabrese, E.J.  (1995). Administration of G2 activating agents modulates carbon tetrachloride induced hepatotoxicity. Society of Toxicology.  Baltimore, MD. March 5-9.

Johnson, R.B., and Calabrese, E.J.  (1995).  The effects of repeat dosing and repeat blood withdrawal on carbon tetrachloride toxicity.  Society of Toxicology.  Baltimore, MD. March 5-9.

Calabrese, E.J.  (1995).  Uncertainty factors: their toxicological bases.  Conference on Uncertainty Factors in Risk Assessment.  NJ Medical School.  Nutley, NJ.  April 7.

Calabrese, E.J.  (1995).  Carcinogens that cause cancer with an single dose.  Clark University. Worcester, MA. April 16.

Calabrese, E.J.  (1995).  Single exposure carcinogens.  Risk Science Institute/Brookings Institute. l Washington, DC.   April 23.

Calabrese, E.J.  (1995).  Soil ingestion in children and adults.  Louisiana Department of Environmental Quality. Baton Rouge, LA. June 28.

Calabrese, E.J.  (1995).  Soil ingestion estimates.  10th Annual Soil Contamination Conference. University of Massachusetts. Amherst, MA. October 23.

Calabrese, E.J.  (1995).  Variability in response to toxic substances.  Conference on Multiple Chemical Sensitivity.  Baltimore, MD. October 30.

Calabrese, E.J.  (1995).  BELLE-An overview and a long-term view.  Texas Chemical Industry

Institute.  Houston, TX. November 7.

Calabrese, E.J.  (1995).  Tissue repair as a toxicological principle.  American College of Toxicology.  Vienna, VA.  November 12.

## **1994**

Calabrese, E.J.  (1994).  Biological effects of low level exposures to chemicals and radiation.  Society of Risk Analysis. Baltimore, MD. December 7.

Calabrese, E.J.  (1994).  Chemical mixtures - a primer.  US EPA.  Raleigh, NC.  November 7.

Calabrese, E.J.  (1994).  Current soil ingestion estimates.  Louisiana State University. New Orleans, LA.  November 2.

Calabrese, E.J.  (1994).  Children and adult soil ingestion.  9th Conference on Hydrocarbon Contaminated Soils. Amherst, MA.  October 20.

Calabrese, E.J.  (1994).  BELLE as a concept.  American College of Toxicology.  Williamsburg, VA.  October 26.

Calabrese, E.J.  (1994).  How to derive daily estimates of soil ingestion.  U.S. EPA Exposure Assessment Group.  Washington, DC.  June 1.

Calabrese, E.J.  (1994).  Recent developments in soil ingestion.  International Association for Lead and Zinc Industries.  Chapel Hill, NC.  May 26.

Calabrese, E.J.  (1994).  Biological effects of low level exposures (BELLE).  American Occupational Health Conference.  Chicago, IL. April 21.

Calabrese, E.J.  (1994).  Discussion of the key risk assessment issues.  Symposium on Synthetic Vitreous Fibers:  Scientific and Public Policy Issues.  ISRTP.  Arlington, VA.  March 2-3.

Calabrese, E.J., and Mehendale, H.M.  (1994).  Cellular repair processes-the role of tissue repair as an adaptive strategy:  why low doses are often non-toxic and why high doses can be fatal.  Society of Toxicology 33rd Annual Meeting.  Dallas, TX.  March 1994.

Calabrese, E.J.  (1994).  Discussion of the key public policy issues and discussion of issues identified and recommendations made.  Symposium on Synthetic Vitreous Fibers:  Scientific and Public Policy Issues.  ISRTP.  Arlington, VA. March 2-3.

Calabrese, E.J.  (1994).  Chair session on unusual dose-response curves and implications for risk assessment.  Society of Toxicology.  Dallas, TX. March 17.

Calabrese, E.J.  (1994).  Cellular repair processes--the role of tissue repair as an adaptive strategy:  why low doses are often non-toxic and why high doses can be fatal.  Society of Toxicology Annual Meeting, Poster Discussion Session: Unusual Dose-Response Relationships: Mechanisms and Implications for Risk Assessment. Dallas, TX. March 17.

Calabrese, E.J.  (1994).  Session Chair.  Unusual shaped dose-response curves.  Society of Toxicology Annual Meeting, Poster Discussion Session: Unusual Dose-Response Relationships: Mechanisms and Implications for Risk Assessment.  Dallas, TX. March 17.

Calabrese, E.J.  (1994).  A single exposure to certain chemical carcinogens can cause cancer: documentation, limitations and implications for risk assessment.  US EPA Environmental Criteria and Assessment Office Seminar.  Cincinnati, OH. March 30.

Calabrese, E.J.  (1994).  Single exposure carcinogens.  Massachusetts Attorney's General. Boston, MA. January 13.

## 1993

Calabrese, E.J.  (1993).  The use of in vitro studies in the pursuit of improved animal extrapolation.  World Congress on Alternative and Animal Use in the Life Sciences. Baltimore, MD. November, 14-19.

Calabrese, E.J.  (1993).  Soil ingestion estimates.  ERM Corporation.  Cambridge, MA. September 27.

Calabrese, E.J.  (1993).  How valid are EPA's soil ingestion estimates.  8th Annual Soil Contamination Conference.  Amherst, MA. September 23.

Calabrese, E.J.  (1993).  Soil ingestion studies reviewed.  Amer. Indust. Health Council. Amherst, MA.  September 22.

Calabrese, E.J.  (1993).  G2 hepatocytes in $CCl_4$ toxicity.  Annual Society of Toxicology. New Orleans, LA.

Calabrese, E.J.  (1993).  Hepatic ODC activity in fish models.  Annual Society of Toxicology. New Orleans, LA.

Calabrese, E.J.  (1993).  Supercarcinogens.  National Center for Toxicological Research (NCTR).  Jefferson, Arkansas. September 16.

Calabrese, E.J.  (1993).  Lead as a mitogen:  Effects on $CCl_4$ hepatotoxicity.  NCTR. Jefferson, Arkansas. September 16.

Calabrese, E.J.  (1993).  $G_2$ hepatocytes:  A new hepatic cellular triage system in response to toxic agents.  NCTR.  Jefferson, Arkansas. September 16.

Calabrese, E.J.  Single exposure carcinogens.  (1993).  New Jersey Medical School.  Newark, NJ.  March 3.

Calabrese, E.J.  (1993).  Toxicological Risk Assessment of DIMP.  Colorado Water Quality Control Commission.  Denver, CO.  March, 1993.

**1992**

Calabrese, E.J., Leonard, D.A., Baldwin, L.A., Kostecki, P.T.  (1992).  Ornithine decarboxylase (ODC) activity in the liver of individual medaka (*Oryzias Latipes*).  SETAC 13th Annual Meeting.  Cincinnati, OH. November 8-12.

Calabrese, E.J., Leonard, D.A., and Baldwin, L.A., (1992).  Activated G-2 hepatocytes:  A cellular triage system effective against hepatotoxins.  SETAC 13th Annual Meeting. Cincinnati, OH.  November 8-12.

Bell, C.E., Baldwin, L.A., Kostecki, P.T., and Calabrese, E.J.  (1992).  Comparative response of rainbow trout and rat to the liver mitogen, lead.  SETAC 13th Annual Meeting. Cincinnati, OH. November 8-12.

Calabrese, E.J., Leonard, D.A., and Baldwin, L.A.  (1992).  Potentiation of CCl4-induced hepatotoxicity by blood drawing.  Presented at the SETAC 13th Annual Meeting, November 8-12, Cincinnati, OH.

Calabrese, E.J., Leonard, D.A. and Baldwin, L.A.  (1992).  Hepatic ornithine decarboxylase (ODC) activity in individual medaka (Oryzias latipes).  Annual meeting of the American College of Toxicology, San Francisco, CA.  October, 1992.

Calabrese, E.J., Leonard, D.A. and Baldwin, L.A.  (1992).  Reduction in CCl$_4$-induced hepatotoxicity by prior treatment with diatomaceous earth. Annual meeting of the American College of Toxicology, San Francisco, CA. October, 1992.

Calabrese, E.J., Leonard, D.A. and Baldwin, L.A.  (1992).  Reduction in hepatotoxicity by repeated injections of DMN at doses exceeding the MTD.  Annual meeting of the American College of Toxicology, San Francisco, CA.  October, 1992.

Calabrese, Leonard, D.A. and Baldwin,L.A.  (1992).  Activated G2 hepatocytes:  A cellular triage system effective against hepatotoxins.  Annual meeting of the American College of Toxicology, San Francisco, CA. October, 1992.

Calabrese, E.J. (1992). Animal Extrapolation: Future issues. Pfizer, Inc. Groton, CT. September 3, 1992.

Calabrese, E.J. (1992). Chairperson and introductory comments to session on ecological risk assessment. Seventh Annual Hydrocarbon Contaminated Soil Conference, University of Massachusetts, Amherst, MA.

Calabrese, E.J. (1992). Uncertainty factors in ecological risk assessment. Seventh Annual Hydrocarbon Contaminated Soil Conference, University of Massachusetts, Amherst, MA.

Calabrese, E.J. (1992). Effects of peroxisome proliferators on trout and Medaka. U.S. Army Research and Development Lab Annual Research Symposium. Frederick, MD. April 23, 1992.

Calabrese, E.J. (1992). Single exposure carcinogens. Joint EPA, NIEHS Seminar, Research Triangle Park, NC. April 14, 1992.

Calabrese, E.J. (1992). The interdependence of some uncertainty factors: Implications for risk assessment. Conference on New Issues in Occupational Health, Duke University. April 13, 1992.

Calabrese, E.J. (1992). Soil ingestion. Health and Welfare Canada. Toronto, Canada. March 24, 1992.

Calabrese, E.J. (1992). Differentiating soil vs dust ingestion. Third Annual Hydrocarbon Conference. Long Beach, CA. March 12, 1992.

Calabrese, E.J. (1992). Can a single exposure to a chemical carcinogen cause cancer. 3M Corporation, Minneapolis, MN. January 20, 1992.

Calabrese, E.J. (1992). Soil Ingestion in Children. 3M Corporation. Minneapolis, MN. January 20, 1992.

Calabrese, E.J. (1992). Multiple chemical sensitivities. 3M Corporation. Minneapolis, MN. January 20, 1992.

Calabrese, E.J. (1992). Current lead ingestion estimates. Presented at ENSOR Corp., Boston, MA. January 15, 1992.

Calabrese, E.J. (1992). What do we know about soil ingestion? Ensor Corp., Cambridge, MA. January 10, 1992.

**1991**

Calabrese, E.J. and Kostecki, P. (1991). Soil contaminant research priorities for the 1990's. Department of Engineering, University of Massachusetts. November 23, 1991.

Stewart, J.H., Hosmer, D.W., and Calabrese, E.J.  (1991).  Estimation  and use of the TD50 with the median effect equation in cancer  quantitative risk assessment.  Society for Risk Analysis. McLean VA.   November 16, 1991.

Stewart, J.H., Hosmer, D.W., and Calabrese, E.J.  (1991).  The median  effect equation; its biological plausibility as a model for cancer  quantitative risk assessment.  Society for Risk Analysis.  McLean VA.   November 16, 1991.

Calabrese, E.J.  (1991).  A single dose carcinogens.  Health Effects  Institute.  Cambridge, MA. Oct., 30, 1991.

Calabrese, E.J.  (1991).  Single doses of carcinogens and cancer risk.   Presented at U.S. EPA. Duluth, MN.  October 24, 1991.

Calabrese, E.J.  (1991).  The effects of peroxisome proliferators and  mitogens on fish.  U.S. EPA.  Duluth, MN.  October 23, 1991.

Calabrese, E.J., and Stanek, E.J.  (1991).  Workshop on estimating how  much soil children ingest.  Presented at the 6th Annual Hydrocarbon  Conference.  Amherst, MA.  September 24, 1991.

Calabrese, E.J. (1991).  Soil ingestion estimates:  An update presented  to the International Lead and Zinc Research Institute.  Research  Triangle Park, NC.  September 9, 1991.

Calabrese, E.J.  (1991).  A large number of carcinogens can cause cancer  with a single dose. ATSDR Guest Seminar.  September 6, 1991.

Calabrese, E.J.  (1991).  How reliable are soil ingestion estimates?   ATSDR Guest Seminar. September 6, 1991.

Calabrese, E.J., and Kostecki, P.T.  (1991).  An update on activities of  the council for health and environmental safety of soil (CHESS).  ATSDR  Guest Seminar.  September 6, 1991.

Calabrese, E.J.  (1991).  Risk communication and public skepticism.   U.S. Forest Service, sponsored Malathion Workshop.  Arlington, VA.   August 27, 1991.

Calabrese, E.J.  (1991).  Pharmacodynamics/pharmacokinetics of  malathion: A discussion of risk assessment models and animal data  extrapolation including physiologically-based models in evaluation of  malathion human toxicity.  U.S. Forest Service sponsored Malathion  Workshop. Arlington, VA.  August 26, 1991.

Bell, C.E., Kostecki, P.T., and Calabrese, E.J.  (1991).  Role of
risk assessment in state regulatory programs for contaminated soils.   Risk-based standards workshop.  U.S. Department of Energy.  Baltimore,  MD.  July 9-10, 1991.

131

Calabrese, E.J. and Stanek, E.J.  (1991).  Qualitative and quantitative  evidence of soil ingestion. Presented at the 15th annual army  environmental R & D Symposium.  Williamsbury, VA.  June 25, 1991.

Calabrese, E.J.  (1991).  The role pharmacokinetics in facilitating  interspecies extrapolation.  7th International Symposium on  Radiopharmaceutics.  Boston, MA.  June 6, 1991.

Calabrese, E.J.  (1991).  Current issues in risk assessment.  Presented  at the WHO sponsored course on Toxicology and Risk Assessment.  Ottawa,  Canada.  May 22, 1991.

Calabrese, E.J.  (1991).  Single exposure carcinogens.  Guest seminar  for Health and Welfare Canada.  Ottawa, Canada.  May 22, 1991.

Donohue, M., Baldwin, L., Kostecki, P. and Calabrese, E.J.  (1991).  The  effects of peroxisome proliferators on primary trout hepatocytes.   Conference of the American Association on Cancer Research, Houston,  Texas.  May, 1991.

Scarano, L., Baldwin, L., Kostecki, P., and Calabrese, E.J.  (1991).   Interactions of peroxisome proliferators in rat.  American Association  on Cancer Research.  Houston, Texas.  May, 1991.

Calabrese, E.J.  (1991).  Short term exposures to potent carcinogens.   Invited presentation to the Committee on Toxicology, National Academy of  Sciences, Washington, DC.  May 15, 1991.

Donahue, M. and Calabrese, E.J.  (1991).  Peroxisome proliferation in  trout.  Proceedings of the conference on Regulating Drinking Water in  the 1990's.  University of Massachusetts, Amherst.  April 4, 1990.

Calabrese, E.J.  (1991).  Uncertainty factors in risk assessment.   Presented at Conference on Regulating Drinking Water in the 1990's.   University of Massachusetts, Amherst.  April 3, 1991.

Gilbert, C.E. and Calabrese, E.J.  (1991).  Public health risks from  SOCs in drinking water. Presented at the Conference on Drinking Water  in the 1990's.  University of Massachusetts, Amherst.  April 3, 1991.

Wysynski, A. and Calabrese, E.J.  (1991).  Peroxisome proliferators and  public health concerns. Presented at the Conference on Regulating  Drinking Water in the 1990's.  University of Massachusetts.  April 3,  1991.

Witko, J. and Calabrese, E.J.  (1991).  Regulating compliances and SOCs.   Proceedings of the conference on Regulating Drinking Water in the  1990's.  University of Massachusetts, Amherst. April 3, 1991.

Wysynski, A., Baldwin, L. Kostecki, P. and Calabrese, E.J. (1991).   Peroxisomal proliferators: Omega-3 fatty acids, clofibrate and DEHP: the interactive potential.  Society of Toxicology. Dallas, February 27,  1991.

Calabrese, E.J.  (1991).  Chemical carcinogens causing cancer with a  single exposure. Implications for risk assessment.  University of  Oklahoma, School of Public Health.  Oklahoma City, Oklahoma.  February  27, 1991.

Gilbert, C. and Calabrese, E.J.  (1991).  Hyperbilirubinemia.  A new  animal model.  Society of Toxicology.  Dallas, TX.  February, 26, 1991.

Kenyon, E. and Calabrese, E.J.  (1991).  Interspecies differences in  enterohepatic circulation. Society of Toxicology.  Dallas, TX.   February, 26.

Langlois, C. and Calabrese, E.J.  (1991).  The interaction of copper,  nitrite and chlorite on red blood cells.  Presented at the Chemical  Oxidation:  Technology for the 1990's Conference. Nashville, TN.   February 23, 1991.

Calabrese, E.J.  (1991).  New challenges for risk assessment:  What to  do about carcinogens causing cancer with a single dose.  University of  Michigan, School of Public Health.  Ann Arbor, MI.  February 21, 1991.

## **1990**

Wysynski, A., Baldwin, L., Leonard, D., and Calabrese, E.  (1990).  The  interaction of omega-3 fatty acids with peroxisome proliferators in the  rat model.  Presented at the New England SOT Regional meeting.  Boston,  MA.  December, 1990.

Kostecki, P. and Calabrese, E.J. (1990).  The relevance of CHESS to the oil industry.  Presented at an API sponsored meeting in Cleveland, OH.   November 20, 1990.

Bell, C.E., P.T. Kostecki and E.J. Calabrese.  (1990).  UST Cleanup:  Concepts, Problems and Alternatives.  Paul Smiths College.   Paul Smiths, NY.  November 13, 1990.

Scarano, L., Baldwin, L., Calabrese, E.J. and Kostecki, P.  (1990).   Lack of peroxisomal proliferation in Japanese Medaka exposed to DEHP on  2,4-D.  Presented at the Society for Environmental Toxicology and  Chemistry.  Washington, DC.  November, 12, 1990.

Yang, J., Calabrese, E.J., Kostecki, P. and Baldwin, L.  (1990).  Effect  of rodent hepatic peroxisomal proliferation on Rainbow Trout.  Presented  at the Society for Environmental Toxicology and Chemistry.  Washington,  DC.  November 12, 1990.

Calabrese, E.J.  (1990).  Estimating soil ingestion in children:  methodological issues.  National Conference on Minority Issues in  Environmental Health.  Atlanta, GA.

Gilbert, C. and Calabrese, E.J. (1990).  Development of a neonatal  hyperbilirubinemia rat model for toxicity studies.  Presented at the  Conference Similarities and Differences Between Children and Adults:  Implications for Risk Assessment.  Hunt Valley, MN.  November 7, 1990.

Gilbert, C. and Calabrese, E.J.  (1990).  The development of  methemoglobin reductase in the neonatal rat.  Presented at the  Conference on Similarities and Differences Between Children and Adults:  Implications for Risk Assessment.  Hunt Valley, MN.  November 7, 1990.

Kostecki, P., and Calabrese, E.J.  (1990).  CHESS: An Review of  Program.  Presented at the 5th Annual Hydrocarbon Contaminated Soil  Conference.  University of Massachusetts, Amherst. September 26, 1990.

Bell, C., Kostecki, P., and Calabrese, E.J.  (1990).  Survey of State  Approaches for Soil Cleanup Levels.  Presented at the 5th Annual  Hydrocarbon Contaminated Soil Conference.  University of Massachusetts, Amherst.  September 26, 1990.

Calabrese, E.J., and Stanek, E.J.  (1990).  Methodological Advances in  Estimating Soil Ingestion.  EPA sponsored conference on Lead Exposures  to Children.  Research Triangle Park, NC.  September 24, 1990.

Gilbert, C.E., and Calabrese, E.J., (1990).  Educating Youth on the Dangers of Childhood Lead Poisoning.  Environmental Health Risk  Education for Youth:  Curricula Concepts, Strategies and Resources.   Interagency Task Force on Environmental Cancer and Lung Disease. September 12-14, 1990.  Arlington, VA.

Gilbert, C.E., Jones, T., Calabrese, E.J., and Winder, A.  (1990).   Environmental Curricula Concerning Waste Management.  Environmental  Health Risk Education for Youth:  Curricula Concepts, Strategies and  Resources.  Interagency Task Force on Environmental Cancer and Lung  Disease.  September 12-14, 1990.  Arlington, VA.

Langlois, C., Leonard, D., and Calabrese, E.J. (1990).  Interactions of multiple methemoglobin-forming agents. New England SOT Regional Meeting, Boston.   June 1, 1990.

Gilbert, C., and Calabrese, E.J.  (1990).  Development of a neonatal  hyperbilirubinemia model. Maine Biological Symposium, Mt. Dessert  Island.  May 30, 1990.

Stewart, J., and Calabrese.  (1990).  The median effect principle in  toxicology and risk assessment.  Maine Biological Symposium, Mt. Dessert  Island.  May 30, 1990.

Calabrese, E.J.  (1990).  A toxicological appraisal drinking water  disinfectants and implications for risk assessment.  National Conference  on Drinking Water and Health, Amherst, MA.  April 30, 1990-May 2, 1990.

134

Gilbert, C., and Calabrese, E.J.  (1990).  MTBE-a critical evaluation of  its toxicological data base.  National Conference on Drinking Water and  Health, Amherst, MA.  April 30, 1990-May 2, 1990.

Langlois, C., Leonard, D., and Calabrese, E.J.  (1990).  The effects of  multiple exposure of the drinking water oxidants, chlorite, nitrite and  copper on red blood cells.  National Conference on Drinking Water and  Health, Amherst, MA.  April 30, 1990-May 2, 1990.

Stewart, J., and Calabrese, E.J.  (1990).  The application of the median  effect principle for assessing risk to drinking water contaminants.   National Conference on Drinking Water and Health, Amherst, MA.  April  30, 1990-May 2, 1990.

Calabrese, E.J.  (1990).  Acute toxicities and cancer risks:  the  problem of single exposures. Presented at the U.S. Environmental  Protection Agency, Washington, DC.  April 11, 1990.

Calabrese, E.J.  (1990).  A single exposure to a carcinogen can cause  cancer.  Presented at the Center for Environmental Toxicology, Michigan  State University, East Lansing, MI. April 3, 1990.

Calabrese, E.J.  (1990).  Single exposures and cancer risks.  Presented  to the participants of the EPA sponsored workshop on Acute Toxicities.   Washington, DC.  March 12, 1990.

Bell, C., Kostecki, P. and Calabrese, E.J.  (1990).  Petroleum  contaminated soils survey: clean-up levels for western states.   Presented at conference on Hydrocarbon Contaminated Soils and  Groundwater.  Newport Beach, CA.  February 19-22, 1990.

Kostecki, P. and Calabrese, E.J.  (1990).  Council for Health and  Environmental Safety of Soils-CHESS.  Presented at conference on  Hydrocarbon Contaminated Soils and Groundwater. Newport Beach, CA.   February 19-22, 1990.

Edmisten, G., Calabrese, E.J. and Harris, P.  (1990).  Health risks  associated with the remediation of contaminated soils.  Presented at  conference on Hydrocarbon Contaminated Soils and Groundwater.  Newport  Beach, CA.  February 19-22, 1990.

Calabrese, E.  (1990).  Methodological approaches for assessing soil  ingestion.  Presented at conference on Hydrocarbon Contaminated Soils  and Groundwater.  Newport Beach, CA. February 19-22, 1990.

Calabrese, E.J.  (1990).  Methodological approaches to assessing  chemical interactions of toxicological significance.  Presented at the  Aberdeen Proving Ground, Maryland, Department of Defense.  June 24,  1990.

Calabrese, E.J.  (1990).  Soil ingestion in children.  Environ Corp.,  Princeton, NJ.  January  26, 1990.

**1989**

Calabrese, E.J.  (1989).  Interspecies variations in enterohepatic  recirculation of PCBs and the implications for cancer risk.  General  Electric Sponsored Research Seminar.  Arlington, VA. November 29, 1989.

Kostecki, E.J.  (1989).  CHESS:  Its role in assessing soil cleanup  levels.  Dept. of Defense Environ. Conference.  Williamsburg, VA.   (November 16, 1989.

Calabrese, E.J.  (1989).  Can a single exposure to a carcinogen cause  cancer.  Presented at the Chemical Defense Research Conference.   Auberdeen, MD.  November 14, 1989.

Bell, C., Kostecki, P. and Calabrese, E.J.  (1989).  Survey of state  regulatory programs for soil clean-up.  EPA sponsored conference on  state regulatory programs for underground storage tanks.  Alberque, New  Mexico.  November 11, 1989.

Calabrese, E.J.  (1989).  The health effects of DIMP.  Colorado  Department of Health.  Denver, CO.  November 8, 1989.

Calabrese, E.J.  (1989).  One exposure study and chemical  carcinogenesis.  Seminar, Department of Environmental Engineering,  University of Massachusetts, Amherst, MA. October 13, 1989.

Ochs, J., Calabrese, E.J. et al.  (1989).  The joint exposure of two  peroxisome proliferation agents on hepatic fatty acid oxidase activity  in mice.  Presented at New England Regional Chapter of the Society of  toxicology.  Sturbridge, MA.  October 20, 1989.

Scarano, G., Calabrese, E.J.  et al.  (1989).  The capacity of Rainbow  Trout to display hepatic peroxisome proliferation.  Presented at New  England Regional Chapter of the Society of toxicology.  Sturbridge, MA.   October 20, 1989.

Nolan, K. and Calabrese, E.J.  (1989).  The effect of vitamin C on  intestinal, cecal, and urinary B-glucuronidase activity in the rodent.   Presented at New England Regional Chapter of the Society of toxicology.   Sturbridge, MA.  October 20, 1989.

Calabrese, E.J. and Sonich-Mullin C.  (1989).  Genetic factors and  susceptibility to occupational illness.  Presented at WHO Conference,  Drefeld Federal Republic of Germany.  October 17-20, 1989.

Calabrese, E.J. et al.  (1989).  Results of a pilot study to estimate  soil ingestion in adults.  In: National Conference on Petroleum  Contaminated Soils Conference.  University of Massachusetts, Amherst,  MA.  September 25-29, 1989.

Stanek, E.J., Calabrese, E.J. et al.  (1989).  Improved estimates of  soil ingestion in children.  In: National Conference on Petroleum  Contaminated Soils Conference.  University of Massachusetts, Amherst,  MA.  September 25-29, 1989.

Bell, C., Kostecki, P. and Calabrese, E.J.  (1989).  National survey of regulatory approaches to remediation of petroleum contaminated soils.   In:  National Conference on Petroleum Contaminated Soils Conference.   University of Massachusetts, Amherst, MA.  September 25-29, 1989.

Gilbert, C. and Calabrese, E.J.  (1989).  Methodological approaches for selecting indicator compounds for home heat fuel number 2.  In:   National Conference on Petroleum Contaminated Soils Conference.   University of Massachusetts, Amherst, MA.  September 25-29, 1989.

Calabrese, E.J.  (1989).  Toxicological Risk Assessment of DIMP.  Colorado Water Quality Control Commission.  Denver, CO.  September, 1989.

Calabrese, E.J.  (1989).  Peroxisome proliferation in fish.  Annual  Aquatic Toxicology Research meeting.  Department of Defense.  Ft.  Detrick, Maryland.  August, 9, 1989.

Calabrese, E.J.  (1989).  Toxicological Risk Assessment of DIMP.  Colorado Water Quality Control Commission.  Denver, CO.  July,1989.

Calabrese, E.J.  (1989).  The role of toxicology in assessing risks for  naturally occurring toxins in the food supply.  Food and Nutrition Board  of the National Academy of Sciences.  Falmouth, MA.  July, 23, 1989.

Bell, C., Kostecki, P. and Calabrese, E.J.  (1989).  State approaches  for the clean-up of petroleum contaminated soil.  Maine Biological  Science Conference, Portland, Maine.  June 3, 1987.

Calabrese, E.J., and Kostecki, P.  (1989).  Biomarkers for toxicology  studies in fish.  Procter and Gamble, Cincinnati.  June 12, 1989.

Kostecki, P., and Calabrese, P.  (1989).  International approaches for  assessing health risks from contaminated soils.  National Public Health  Association Conference, San Antonio, Texas.  June 21, 1989.

Calabrese, E.J.  (1989).  Peroxisomes proliferation, carcinogenesis, and  implications for risk assessment.  Annual Conference on Aquatic  Toxicology, ASTM, Atlanta, Georgia.  April 18, 1989.

Calabrese, E.J.  (1989).  Single exposures to chemical carcinogens can  cause cancer.  Agency for Toxic Substances and Disease Registry,  Atlanta, Georgia.  April, 1989.

Calabrese, E.J.  (1989).  Assessing cancer risk when a single exposure  to a carcinogen causes cancer.  Amer-Indus. Health Council, Washington,  DC.  April, 1989.

Calabrese, E.J.  (1989).  Predicting toxicological responses from  multiple chemical exposures. University of Illinois, Champaigne/Urbana,  Illinois.   April 5, 1989.

Calabrese, E.J.  (1989).  Less than lifetime exposure to carcinogens and  risk assessment methodologies.  Dartmouth Medical School, Hanover, NH.

Calabrese, E.J.  (1989).  Public health concerns of medical waste  disposal.  Sponsored by the Rockefeller Institute of Government.  New  York, NY.  March 9, 1989.

Calabrese, E.J.  (1989).  Genetic susceptibility to  occupationally-induced disease.  Regional chapter of the American  Industrial Hygiene Association (Conn. and NY).  Stanford, CT. February  14, 1989.

Kostecki, E.J., and Calabrese, E.J.  (1989).  Leaking underground  storage tanks and public health concerns.  Annual New England Water  Pollution Control Assoc., Boston, MA.  (Jan. 23, 1989).

Calabrese, E.J.  (1989).  The role of genetic screening in the  prevention of occupationally-induced disease.  Johns Hopkins University,  Baltimore, Maryland.  January 9, 1989.

## **1988**

Bell, C.E., Calabrese, E.J., Kostecki, P.T.  (1988).  State of research  and regulatory approach of state agencies for cleanup of petroleum  contaminated soils.  Presented at the First Annual Real Estate Site  Assessment Conference, Resource Education Institute.  Sturbridge,  Massachusetts. December 1988.

Kenyon, E., and Calabrese, E.J.  (1988).  Inter-species differences in  gastrointestinal B-glucuronidase activity.  New England Mutagen Society,  Kingston, Rhode Island.  October 1988.

Kostecki, P., and Calabrese, E.J.  (1988).  Peroxisome proliferation in  fish.  New England Mutagen Society.  Kingston, Rhode Island.  October  1988.

Yang, J., Calabrese, E.J., and Kostecki, P.  (1988).  Peroxisome  proliferation in the rainbow trout.  New England Chapter of the Society  of Toxicology. Boston, Massachusetts.  October 1988.

Bell, C.E., Kostecki, P. and Calabrese, E.J.  (1988).  National survey  of state approaches for regulating petroleum contaminated soil.  Third  Conference on Environmental and Public Health Effects of Soils  Contaminated with Petroleum.  Amherst, MA.  September 19-21, 1988.

Calabrese, E.J.  (1988).  Determining the health hazard associated with  complex mixtures such a petroleum products.  Third Conference on  Environmental and Public Health Effects of Soils Contaminated with  Petroleum.  Amherst, MA.  September 19-21, 1988.

Calabrese, E.J. et al.  (1988).  Soil ingestion in children.  Third  Conference on Environmental and Public Health Effects of Soils  Contaminated with Petroleum.  Amherst, MA.  September 19-21, 1988.

Kostecki, P. and Calabrese, E.J.  (1988).  Council for the Health and  Environmental Safety of Soils (CHESS).  Third Conference on  Environmental and Public Health Effects of Soils Contaminated with  Petroleum.  Amherst, MA.  September 19-21, 1988.

Calabrese, E.J.  (1988).  Soil ingestion and implications for risk  assessment.  Annual Risk Assessment Conference sponsored by the Center  for Energy and Environmental Management.  Alexandria, Virginia.

Calabrese, E.J.  (1988).  Peroxisome proliferation in fish.  U.S. Army  Biomedical Corp.  Annual Meeting.  Fort Detrick, MD.  August 23, 1988.

Calabrese, E.J.  (1988).  Air toxic - a new methodology.  Chemical  Manufacturers Association sponsored conference on Community Exposures.   Boston, MA.  August 17, 1988.

Calabrese, E.J.  (1988).  The problem of soil ingestion by children.   Annual EPA Risk Assessment Conference.  Philadelphia, PA.  June 27,  1988.

Calabrese, E.J.  (1988).  Exposure quantification: soil ingestion.   Future Technologies Conference.  Clark Univ./WPI.  Worcester, MA.  June  15, 1988.

Calabrese, E.J.  (1988).  Recent epidemiological evidence of soil  ingestion by children.  Univ. Michigan, Ann Arbor, MI.  June 13, 1988.

Calabrese, E.J.  (1988).  Soil ingestion by children.  American  Industrial Health Assoc. Washington, DC.  June 9, 1988.

Calabrese, E.J.  (1988).  Principles of animal extrapolation and their application.  Amer. Chem. Society.  Short Course on Toxicology.   Clearwater, Florida.  June 3, 1988.

Calabrese, E.J.  (1988).  Estimating Soil Ingestion in Children.  Agency  for Toxic Substances and Disease Prevention.  Atlanta, Georgia.  June 2,  1988.

Coler, R., Kostecki, P. and Calabrese, E.J.  (1988).  Assessment of the  effect of chlorination practices on selected aquatic communities.   Northeast Regional Environ. Conference.  Amherst, MA.  May 28, 1988.

Kostecki, P., Calabrese, E.J. and Coler, R.  (1988).  The aquatic  toxicology program of the Massachusetts Fisheries and Wildlife  Department. Regional Environ. Conference.  Amherst, MA.  May 28, 1988.

Calabrese, E.J.  (1988).  Municipal solid waste disposal - Introductory  Remarks.  Conference sponsored by the Northeast Regional Environmental  Public Health Center.  April 19, 1988.  Amherst, MA.

Calabrese, E.J. (1988).  Estimating soil ingestion in children. EPA Special Colliquium.  Washington, DC.   March 23, 1988.

Calabrese, E.J. (1988).  Sodium:  A Changing Public Health Perspective?  Annual Meeting of the American R. Water Association.  Reno, NV.  March 19, 1988.

Kostecki, P.K. and Calabrese, E.J. (1988).  Developing a consistent approach for assessing public health risks from contaminated soil.   American Conference of Governmental Industrial Hygienist sponsored  conference, at Arlington, VA.  March 1, 1988.

Gilbert, C.E. and Calabrese, E.J. (1988).  Regional approaches for risk management.  National Conference of the Mosquito Control Association.   Denver, CO. February 23, 1988.

Calabrese, E.J.  (1988).  Soil ingestion in children:  Methodological approaches.  Mobil Oil Company.  Princeton, NJ.  January 7, 1988.

## 1987

Calabrese, E.J.  (1987).  Recent advances in animal extrapolation. Presented at the Agency for Toxic Substances and Disease Registry.   Atlanta, GA.  December 4, 1987.

Calabrese, E.J.  (1987).  Estimates of soil ingestion in children:  A proposed methodology.  U.S. Public Health Service Conference.  Hyannis,  MA.  December 1, 1987.

Calabrese, E.J. et al.  (1987).  Reproductive health outcome study at a DEC facility.  National Conference on Semi-Conductor Health.  Cincinnati,  OH.  Oct. 21, 1987.

Calabrese, E.J.  (1987).  A model air toxins program.  Rohm & Haas, Inc.  Phil.  Oct. 15, 1987.

Calabrese, E.J. (1987).  Introductory and chairman remarks on session on inhalation toxicology at conference on Animal Extrapolation.  Duke  University, N.C.  Oct. 9, 1987.

Calabrese, E.J. (1987).  Report on the health assessment of drinking treatment technologies.  Environmental Scientific Advisory Board (SAB),  Washington, D.C.  Oct. 8, 1987.

Calabrese, E.J.  (1987).  Reproductive hazards in the semi-conductor industry.  National Safety Council Annual Meeting, Chicago.  (Oct. 5, 1987).

Kostecki, P., Horton, H.M. and Calabrese, E.J. (1987).  Comparison of models to protect health effects from soil contamination.  Second  Conference on Environmental and Public Health Effects of Petroleum  Contaminated Soils.  Amherst, MA.  September 30, 1987.

Calabrese, E.J.  (1987).  Epidemiologic study to estimate soil ingestion in children.  Second Conference on Environmental and Public Health  Effects of Petroleum Contaminated Soils. Amherst, MA.  September 29,  1987.

Calabrese, E.J.  (1987).  Predictive Toxicology. American Chemical Society Meeting. Cincinnati. June 18.

Calabrese, E.J.  (1987).  The toxicologist and risk communication.  Conference on Environmental Risk Communication.   Amherst, Massachusetts.  June 9.

Yang, J. and Calabrese, E.J.  (1987).  Studies on the in vitro capacity of ethanol to enhance sodium nitrite and l-naphthol-induced  oxidant stress in human and sheep erythrocytes. Biomedical Science  Conference, Bowdoin College, Maine.  June 4.

Tilli, F. and Calabrese, E.J.  (1987).  The effect of ethanol on the response of normal human erythrocytes to 12 oxidant stressors.   Biomedical Science Conference.  Bowdoin College, Maine.  June 4.

Kenyon, E.M., Young, J., and Calabrese, E.J.  (1987).  Inhibition  of B-glucuronidase in human urine by ascorbic acid.  Biomedical Science  Conference.  Bowdoin College, Maine.  June 3.

Kenyon, E.M. and Calabrese, E.J.  (1987).  B-glucuronidation activity in the small intestine of mice, rats and rabbits.  Biomedical  Science Conference.  Bowdoin College, Maine.  June 3.

Calabrese, E.J.  (1987).  Public health concerns and high technology.  Conference on Technology and Public Health, Worcester,  Massachusetts.  May 28.

Calabrese, E.J.  (1987).  Conference Summary on Ozone Toxicology.  Ozone Risk Communication Conference. Amherst,  Massachusetts.  April 22.

Fleischer, E. and Calabrese, E.J.  (1987).  Soil Venting and Public Health Risks.  Soil Remediation/Technology Conference.  Sturbridge, Massachusetts.  April 6.

Kostecki, P.T.  and Calabrese, E.J.  (1987).  Petroleum Contamination of Soils - State of the art for environmental and public  health assessment.  Soil Remediation/Technology Conference. Sturbridge,  Massachusetts.  April 6.

Calabrese, E.J.  (1987). Toxicology and Drinking Water Regulations.  N.E. AWWA Meeting. Windsor Locks, Connecticut.  March 19.

Calabrese, E.J.  (1987).  Principles of Animal Extrapolation  U.S.D.A.
Toxicology and Risk Assessment Conference.  Atlanta Georgia.  February 11.

Calabrese, E.J.  (1987).  Asbestos in Play Sand?  Introductory remarks to conference.
Conference on Asbestos in Play  Sand.  Northeast Regional Environmental Public Health Center,
University  of Massachusetts, Amherst.  February 10.

Calabrese, E.J., Pastides, H. and Hosmer, D.  (1987).  Health surveillance assessment in the semi
conductor industry.  Windsor  Locks, Connecticut.  January 23.

Calabrese, E.J.  (1987).  Health concerns from groundwater contaminants.  Third National
Drinking Water Conference.  Philadelphia, Pennsylvania.   January 13, 1987.

**1986**

Calabrese, E.J.  (1986).  Predictive Toxicology.  U.S.  Army, Fort Detrick, Maryland.  December
14, 1986.

Calabrese, E.J.  (1986).  Advances in animal extrapolation.  Regional Meeting of the
Halogenated Solvents Industry Alliance  Atlanta, Georgia.  December 10, 1986.

Kostecki, P. and Calabrese, E.J.  (1986).  A review of formal and informal soil standards within
the U.S.  Amer. Soc. of Agronomy.  78th  Annual Meeting, New Orleans, Louisiana.  December
4, 1986.

Calabrese, E.J.  (1986).  Regional approaches for addressing environmental health concerns.
U.S.  Public Health Service Region 1,  Annual Conference.  Hyannis, Massachusetts.  December
3, 1986.

Calabrese, E.J.  (1986).  Chemical interactions in environmental health.  American College of
Toxicology Annual Meeting.  November 17, 1986.   Philadelphia, Pennsylvania.

Calabrese, E.J.  (1986).  Chairman - Session on Drug/Chemical Interactions.  American College
of Toxicology Annual Meeting.  November,  17, 1986.

Calabrese, E.J.  (1986).  Predictive toxicology; principles and applications.  Amer. Chem. Soc.
Ann. Meeting.  November 14, 1986,  Florida.

Kostecki, P.T., Calabrese, E.J. and Garnick, E.  (1986).  A national census of how petroleum
contamination is being assessed.  Soc. Environ.  Chem. and Tox.  November 5, 1986.
Washington, D.C.

Calabrese, E.J.  (1986).  Principles of animal extrapolation and their application for pesticide risk
assessment.  Soc. Environ. Chem. and Tox.  November 5, 1986, Washington, DC.

Kostecki, P.T. and Calabrese, E.J.  (1986).  The importance of environmental factors on the reproductive success of smelt (Osmerus  mordax).  Soc. Environ. Chem. Tox.  November 4, 1986, Washington, D.C.

Calabrese, E.J.  (1986).  The effect of vitamin C supplementation of the body burden of heavy metals.  Third International Conference on  Vitamin C.  October 6, 1986.  New York.

Calabrese, E.J.  (1986).  Inhibitor of urinary B-glucuronidase activity in human subjects by vitamin C supplementation.  Third International  Conference on Vitamin C.  October 6, 1986.  New York.

Calabrese, E.J.  (1986).  The toxicological basis for establishing National Primary Drinking Water Standards.  Conference on the Safe  Drinking Water Act.  September, 23, 1986.  Amherst, Massachusetts.

Calabrese, E.J.  (1986).  Regional approaches for environmental public health policy.  Annual meeting of the New England Interstate Water  Commission, Kennebunkport, Maine.  September 9, 1986.

Calabrese, E.J.  (1986).  Assessing the effects of toxic substances.  The Samuel Johnson Memorial Lecture.  Connecticut Agricultural Research Station.  August 6, 1986.  New Haven, Connecticut.

Calabrese, E.J.  (1986).  Inhibition of B-glucuronidase activity and susceptibility to cancer.  Proctor and Gamble.  June 30, 1986.   Cincinnati, Ohio.

Calabrese, E.J.  (1986).  Role of academia in reducing exposure to toxic substances.  National Environmental Health  Association.  June 16, 1986.  Hartford, Connecticut.

Calabrese, E.J.  (1986).  Regional approaches for assessing environmental contamination.  New England Laboratory Directors Quarterly Meeting.   June 3, 1986.  Oqunquit, Maine.

Calabrese, E.J., and McCarthy, M.E.  (1986).  The occurrence of trace-metal induced hormesis.  20th Annual Conference on Trace  Substances in Environmental Health  June 2-5, 1986.  University of  Missouri, Columbia.

Calabrese, E.J., and Kostecki, P.  (1986).  Approaches for assessing the public health significance of soil contaminated with toxic agent.   20th Annual Conference on Trace Substances in Environmental Health.  June 2-5, 1986.  University of Missouri, Columbia.

Calabrese, E.J. and McCarthy, M.E.  (1986).  The occurrence of trace-metal induced hormesis.  Presented at the Maine Biological and  Medical Sciences Symposium.  May 29, 1986, Portland, Maine.

143

Byrne, K., Kostecki, P.T., and Calabrese, E.J.  (1986).  The importance of environmental factors on reproductive success of smelt.  Presented at  the Maine Biological and Medical Sciences Symposium.  May 29, 1986,  Portland, Maine.

Kostecki, P., Calabrese, E.J., and Garnick, E.  (1986).  A national survey of regulatory approaches for addressing soil contaminated with  petroleum products.  Presented at the Maine Biological and Medical  Science Symposium.  May 28, 1986.  Portland, Maine.

Calabrese, E.J.  (1986).  Animal extrapolation and the problem of human interindividual variation.  Presented to the New England  Mutagenesis Society.  May 16, 1986.  Amherst, Massachusetts.

Calabrese, E.J. (1986).  Age and susceptibility to pollutant induced toxicity.  National Academy of Science.  May 15, 1986.  Washington, D.C.

Calabrese, E.J. (1986).  Predicting human health risks from exposure to contaminated soil. Presented at the EPA-sponsored Conference.  May  8, 1986, Andover, Massachusetts.

Calabrese, E.J.  (1986).  Animal extrapolation and its regulatory implications.  Presented to the Air Pollution Control Association.   April 22, 1986, Providence, Rhode Island.

Calabrese, E.J.  (1986).  Principles of inter-, intra-species extrapolation.  Presented to the Society of Risk Analysis.  April 9,  1986, Washington, D.C.

Calabrese, E.J.  (1986).  The effects of toxic substances on males and females.  Annual Digital Equipment Corporation Conference.  April, 1986.  Merrimack, New Hampshire.

Calabrese, E.J.  (1986).  Risk assessment methodologies: Strengths and limitations.  Annual Digital Equipment Corporation Conference.   April, 1986.  Merrimack, New Hampshire.

Canada, A.T., Chow, C.K., and Calabrese, E.J.  (1986).  Effect of O3 on serum concentrations of vitamins A, C and E in mature female rabbits.  Presented to the Annual Meeting of the Society of Toxicology.  March  1986, New Orleans, Louisiana.

Calabrese, E.J.  (1986).  How relevant is the rat?  presented to the American Industrial Hygiene Association.  Meridan, Connecticut.

Calabrese, E.J.  (1986).  Interspecies differences in xenobiotic metabolism.  Presented to the American Pharmaceutical Association.   March 18, 1986, San Francisco, California.

Calabrese, E.J.  (1986).  New approaches for animal extrapolation.  Presented to the Electric Power Research Institute.  March 17, 1986,  Palo Alto, California.

Calabrese, E.J.  (1986).  Regional strategies for assessing risk from environmental toxins.  Presented to the State of Connecticut's  Department of Environmental Analysis.  January 11, 1986, New Haven,  Connecticut.

Calabrese, E.J.  (1986).  Animal extrapolation and the challenge of human heterogeneity.  Presented to an FDA-sponsored conference.  January  6, 1986, Bethesda, Maryland.


**1985**

Calabrese, E.J.  (1985).  Regional approaches for addressing environmental problems.  Presented to the CDC Annual Region 1  Conference.  December 1985, Hyannis, Massachusetts.

Kostecki, P.T. and Calabrese, E.J.  (1985).  Environmental and public health effects of petroleum contaminated soils.  Presented at the Annual  Meeting of the American College of Toxicology.  November 1985, Amherst,  Massachusetts.

Kostecki, P.T. and Calabrese, E.J.  (1985).  Problems associated with petroleum contaminated soils.  Presented at the Annual Meeting of the  Society of Environmental Toxicology and Chemistry.  November 1985, St.  Louis, Missouri.

Kostecki, P.T. and Calabrese, E.J.  (1985).  Environmental and public health effects of petroleum contaminated soils:  Towards a better  understanding.  Presented at the Annual Meeting of the American Public  Health Association.   November 1985, Washington, D.C.

Calabrese, E.J.  (1985).  New approaches to risk assessment and risk communication.  Presented at Dow Chemical Company.  November 1985,  Midland, Michigan.

Calabrese, E.J.  (1985).  Issues in animal extrapolation:  How relevant is the rat?  Presented to the Regional Council.  November 1985,  Philadelphia, Pennsylvania.

Calabrese, E.J.  (1985).  Uncertainty factors and interindividual variation.  Presented to the Society of Environmental Toxicology and  Chemistry.  October 5, 1985, Alexandria, Virginia.

Calabrese, E.J., Kostecki, P.T., and Leonard, D.A.  (1985).  Public health implications of soils contaminated with petroleum products.   Presented at the Conference on Environmental and Public Health Effects  of Petroleum Contaminated Soils.  October 1985, Amherst, Massachusetts.

Kostecki, P.T. and Calabrese, E.J.  (1985).  Regulatory policies for petroleum contaminated soils -- how states have traditionally dealt with  the problem.  Presented at the Conference on Environmental and Public  Health Effects of Petroleum Contaminated Soils.  October 1985, Amherst,  Massachusetts.

Calabrese, E.J., McCarthy, M., and Kenyon, E.  (1985).  The occurrence of chemical hormesis.
Presented at a national conference on Radiation  Hormesis.  August 14, 1985, Oakland,
California.

Kostecki, P.T. and Calabrese, E.J.  (1985).  Emerging environmental problems -- contaminating
soils.  Presented to the Edison Electric Institute's Utilities Solid Waste Action Group.  August
1985, Boston,  Massachusetts.

Canada, A.T., Calabrese, E.J. and Leonard, D.A.  (1985).  Age-related differences in
pentobarbital sleeping time following oxidant stress.   Presented at the First International
Congress of Biomedical Gerontology,  American Aging Association.  July 10-11, 1985.

Calabrese, E.J.  (1985).  New approaches for animal extrapolation.  Presented at Proctor and
Gamble.  June 12, 1985, Cincinnati, Ohio.

Gilbert, C. and Calabrese, E.J.  (1985).  The health effects of insecticides with particular
emphasis on animal extrapolation.   Presented at Northeast Regional Meeting of Commissioners
of Agriculture.   June 12, 1985, Portland, Maine.

Calabrese, E.J.  (1985).  Health effects and risk assessment.  Presented at the Northeastern States
Agent Training on Groundwater Protection.   June 10, 1985, Chicopee, Massachusetts.

Gilbert, C.E. and Calabrese, E.J.  (1985).  Animal extrapolation:  Principles and problems.
Presented at the AAAS Annual Conference.  May  30, 1985, Los Angeles, California.

Calabrese, E.J. and Gilbert C.E.  (1985).  The effect of pollutants in drinking water on human
health.  Presented at the University of  Connecticut  May 15, 1985, Storrs, Connecticut.

Calabrese, E.J.  (1985).  Approaches to risk assessment in environmental health.  Presented at the
State of Connecticut Science Advisory Board.   May 13, 1985, Wallingford, Connecticut.

Calabrese, E.J.  (1985).  The removal of chloroform from the water to air during the showering
process.  Presented at the Specialty Conference  on Drinking Water and Indoor Air
Contamination.  April 25, 1985,  University of Pittsburgh, Pittsburgh, Pennsylvania.

Calabrese, E.J.  (1985).  The application of risk assessment analysis to water pollution and
groundwater contamination problems.  Presented at  the 8th Annual Technical Program of the
Water Pollution Control  Association of Pennsylvania.  March 25, 1985, Philadelphia,
Pennsylvania.

Gilbert, C.E. and Calabrese, E.J.  (1985).  Impacts of toxic pollutants on human receptors.
Presented at the 8th Annual Technical Program of  the Water Pollution Control Association of
Pennsylvania.  March 24,  1985, Philadelphia, Pennsylvania.

Calabrese, E.J.  (1985).  The effects of ozone on human high risk groups.  Presented at the Conference on Ozone Toxicity.  March 7, 1985,  Department of Environmental Protection, State of Maine.

Canada, A.T. and Calabrese, E.J.  (1985).  Ozone-induced inhibition of theophylline metabolism: Effect of age and sex.  Presented at the  Society of Toxicology Annual Meeting.  March 1985, San Diego,  California.

Stoddard, A.M. and Calabrese, E.J.  (1985).  The use of hair lead level as a predictor for blood lead level.  Presented to the Biostatistical  Society.  March 1985, Raleigh, North Carolina.

Calabrese, E.J.  (1985).  Principles of animal extrapolation.  Lecture in a Toxicology Course for the USDA.  February 12, 1985, Albuquerque,  New Mexico.

## 1984

Calabrese, E.J.  (1984).  Vitamin E and air pollution.  Presented at Hoffmann-LaRoche. December 1984, Nutley, New Jersey.

Calabrese, E.J.  (1984).  Inorganic constituents in drinking water and CVD.  Presented at the 5th Annual Meeting of the American College of  Toxicology.  November 29, 1984, Washington, D.C.

Calabrese, E.J.  (1984).  Approaches to animal extrapolation with particular emphasis on differential susceptibility and sex differences.   Presented to the National Academy of Sciences Board on Toxicology.   November 28, 1984, Washington, D.C.

Calabrese, E.J.  (1984).  Allometry -- a useful technique in interspecies extrapolation of animal data.  Presented at the 5th Annual Meeting of  the American College of Toxicology.  November 27, 1984, Washington, D.C.

Sorensen, A.A. and Calabrese, E.J.  (1984).  The use of schools of public  health in solving state health problems:  A case study of EDB standards  in New England.  Presented at the Annual Meeting of the American Public  Health Association.  November 13, 1984, Anaheim, California.

Calabrese, E.J.  (1984).  The effects of nutritional supplementation on pollutant toxicity. Presented at Hoffmann-LaRoche.  October 17,  1984, New Jersey.

Calabrese, E.J.  (1984).  Pharmacology and Toxicology:  Approaches to Animal Extrapolation. Presented at the University of Connecticut  Seminar Series.  September 28, 1984.

Gilbert, C. and Calabrese, E.J.  (1984).  Predictive toxicology.  Lecture in American Chemical Society's Course.  August 30, 1984,  Philadelphia, Pennsylvania.

Calabrese, E.J.  (1984).  Environmental and occupational toxicology -- General principles.  Presented at the Conference <u>Understanding  Toxicology and Chemical Risk Assessment</u>.  July 26, 1984, Portland,  Maine.

Calabrese, E.J.  (1984).  Establishing of human risk using animal studies.  Presented at the Conference <u>Understanding Toxicology and  Chemical Risk Assessment</u>.  July 26, 1984, Portland, Maine.

Calabrese, E.J.  (1984).  The influence of genetic status on susceptibility to environmental pollutants -- An overview.  Published in  abstract booklet of the Conference on Medical Screening and Biological  Monitoring for the Effects of Exposure in the Workplace.  July 11, 1984,  Cincinnati, Ohio.

DiNardi, S.R. and Calabrese, E.J.  (1984).  Monitoring for chloroform in a highly humid atmosphere.  Presented at the Annual Industrial Hygiene  Association Conference.  May 19, 1984, Detroit, Michigan.

Calabrese, E.J.  (1984).  Are rats relevant?  Address to the Plenary Session of the Annual Industrial Hygiene Association Conference.  May  16, 1984, Detroit, Michigan.

Calabrese, E.J. and Tuthill, R.W.  (1984).  The effects of elevated  levels of sodium in drinking water on blood pressure in children - Part  1.  Presented at the International Conference on Inorganics on Drinking  Water and Cardiovascular Disease.  May 1-3, 1984, Amherst, Massachusetts.

Tuthill, R.W. and Calabrese, E.J.  (1984).  The effects of elevated levels of sodium in drinking water on blood pressure in children - Part  2.  Presented at the International Conference on inorganics in Drinking  Water and Cardiovascular Disease.  May 1-3, 1984, Amherst, Massachusetts.

Calabrese, E.J.  (1984).  Making quantitative risk assessments for carcinogens more biologically relevant.  Presented at Exxon, Inc.  April  1984, New Jersey.

Calabrese, E.J.  (1984).  The environmental gender gap:  Sex-related differences in response to pollutants.  March 1984, University of North  Carolina, Chapel Hill, North Carolina.

DiNardi, S.R. and Calabrese, E.J.  (1984).  The stripping of chloroform from shower water into air during the showering process.  Presented at  the International Conference on Health and Environment.  February 1984,  Dallas, Texas.

**1983**

Calabrese, E.J.  1983.  Gastrointestinal and dermal absorption:  Interspecies differences.  Presented at the EPA Conference on Safer  Chemicals Through Molecular Design.  September, Washington, D.C.

Burden, H.H., Calabrese, E.J., and Stoddard, M.A.  1983.  Lead in drinking water:  Contribution for solder joints in residential plumbing  systems.  Presented at the American Public Health Association.  October,  Dallas, Texas.

Calabrese, E.J.  1983.  Suitability of animal models for predictive toxicology:  Theoretical and practical considerations.  Presented at the  EPA Conference on Safer Chemicals Through Molecular Design.  September,  Washington, D.C.

Calabrese, E.J.  1983.  Genetic monitoring in the workplace.  Presented  at the 5th Annual New England Occupational Health Conference.  Boston,  Massachusetts.

Calabrese, E.J.  1983.  Toxicokinetics and risk assessment.  Presented at the Electric Power Research Institute Conference on Toxicokinetics.

**1982**

Calabrese, E.J., Moore, G.S., and McCarthy, M.  1982.  The effect of ascorbic acid on copper acetate and sodium nitrite induced red cell  oxidative stress.  Presented at the Annual Conference of Clinical  Ecologists.  October 1982, Baniff, Canada.

Calabrese, E.J., Moore, G.S., and Williams, P.  1982. The effect of proposed ozone intermediates (in vitro) on normal and G-6-PD deficient  erythrocytes in humans and in sheep.  Presented at the 1982 Annual  Meeting of the Society of Toxicology.  Boston, Massachusetts.

Calabrese, E.J., Moore, G.S., and McCarthy, M.  1982.  The effect of ascorbic acid on copper and nitrite-induced oxidative changes in erythrocytes:   Interspecies differences.  Presented at the 1982 Annual Meeting of the  Society of Toxicology.  Boston, Massachusetts.

Moore, G.S. and Calabrese, E.J.  1982.  The effects of low-level ozone exposure upon the course of P. berghei infection in female A/J strain  mice.  Presented at the 1982 Annual Meeting of the Society of  Toxicology.  Boston, Massachusetts.

Calabrese, E.J. and Tuthill, R.W.  1982.  The effect of an experimental reduction of sodium in drinking water on blood pressure distribution  patterns of elementary students.  Presented at the Annual Meeting of the  Society of Toxicology.  Boston, Massachusetts.

Calabrese, E.J., Moore, G.S., and Grunwald, E.  1982. The effect of ozone on rabbit erythrocytes (in vitro).  Presented at the International  Ozone Symposium.  March 15, Pinehurst, North Carolina.

149

Calabrese, E.J.  1982.  The biomedical basis for the present EPA primary drinking water standards.  Presented at the American Water Works  Association.  May 16, 1982, Miami, Florida.

Calabrese, E.J.  1982.  The effect of elevated levels of sodium in drinking water on sensitive populations.  Presented at an Invited  "Brainstorming" Session of the Environmental Health Center.  April 24,  1982, Dallas, Texas.

Calabrese, E.J.  1982.  The effects of ozone on sensitive population subgroups.  Presented at an Invited "Brainstorming" Session of the  Environmental Health Center.  April 24, 1982, Dallas, Texas.

Calabrese, E.J.  1982.  The effects of ozone on red blood cells.  Presented at an Invited Seminar of the Department of Pharmacology,  University of Massachusetts Medical Center.  Worcester, Massachusetts.

Calabrese, E.J. and Canada, A.T.  1982.  The role of high risk groups in the development of novel work schedule TLVs.  Presented at the Annual  Conference of the American Industrial Hygiene Association.  Cincinnati,  Ohio.

Calabrese, E.J., Moore, G.S., Grunwald, E., and Labato, F.  1982.  The effect of ozone on red blood cell survival.  Presented at the Annual  Conference of Clinical Ecologists.  October 1982, Baniff, Canada.

## **1981**

Calabrese, E.J. and Tuthill, R.W.  1981.  The influence of elevated levels of sodium on blood pressure to young children and adolescents.   Presented at the Salt and Hypertension Conference. Monell Chemical  Senses Center.  Philadelphia, Pennsylvania.

Calabrese, E.J., Moore, G.S., and Tuthill, R.W.  1981. The effects of chlorine dioxide and chloramines on rodent models.  Presented at the  EPA-sponsored Conference on Alternatives to Chlorination.  Cincinnati,  Ohio.

Tuthill, R.W., Moore, G.S., Calabrese, E.J., and Guisti, R.  1981.  Epidemiological investigations on the effects of chlorine dioxide on  birth outcomes.  Presented at the EPA-sponsored Conference on  Alternatives to Chlorination, Cincinnati, Ohio.

Calabrese, E.J.  1981.  The role of epidemiological studies on the derivation of drinking water standards for metals.  Presented at the Second Annual Conference on Environmental Epidemiology.  University of  Pittsburgh.

Calabrese, E.J.  1981.  An expanded operational concept of high risk groups and its role in standard setting.  Presented at the West Coast  Chapter of AAAS Annual Meeting.  June 15, 1981, Eugene, Oregon.

Calabrese, E.J.  1981.  The influence of nutritional status on pollutant toxicology and carcinogenicity.  Presented at the Invited  Seminar of Hoffmann-LaRoche, Inc.  November 2, Nutley, New Jersey.

Brown, H., Rowan, C., and Calabrese, E.J.  1981.  The health effects of trichloroeythlene.  Presented at the Water Quality Conference,  National Academy of Engineers.  Washington, D.C.

Calabrese, E.J. and Tuthill, R.W.  1981.  Human health issues regarding  elevated levels of sodium in drinking water.  Presented at the Specialty  Conference on Road Salt and Water Supply.  Sponsored by the  Massachusetts Department of Environmental Quality Engineering and the  Audubon Society.  Holyoke, Massachusetts.

## **1980**

Calabrese, E.J., Tuthill, R.W., Sieger, T., and Klar, J.  1980.  Community drinking water - A contribution to increased blood pressure.   Presented at the AAAS Annual Conference.  San Francisco, California.

Calabrese, E.J. and Tuthill, R.W.  1980.  Effects of sodium in drinking  water on blood pressure.  Presented at the National Academy of Sciences  Summer Residence in Falmouth, Massachusetts to the NATO Countries' Safe  Drinking Water Committee.

Calabrese, E.J. and Tuthill, R.W., Sieger, T., and Klar, J.  1980.  Comparison of drinking water constituents in geographically adjacent  communities with markedly different blood pressure levels.  Presented at  the AAAS Annual Conference.  San Francisco, California.

Calabrese, E.J.  1980.  Special sensitivities of the young to pollutant toxicity.  Presented at the 10th World Assembly of the World  Organization for Preschool Education.  July 29, Quebec, Canada.

Calabrese, E.J.  1980.  Diesel exhaust and human health effects.  Presented at the International Association of Machinists Symposium for  Railroad Workers.  July 30, Toronto, Canada.

Moore, G.S. and Calabrese, E.J.  1980.  Epidemiologic and laboratory animal studies on chlorite toxicity.  Presented at the Second  International Congress on Toxicology.  July 1980, Brussels.

Calabrese, E.J. and Moore, G.S.  1980.  Erythrocyte G-6-PD deficiency and enhanced susceptibility to environmental oxidant stressors:  An  animal model.  Presented at the Second International Congress on  Toxicology.  July 1980, Brussels.

Moore, G.S. and Calabrese, E.J.  1980.  The effect of in vivo ozone exposure to Dorset sheep, an animal model with low levels of erythrocyte  G-6-PD activity.  Presented at the Second International Congress on  Toxicology.  July 1980, Brussels.

Rowan, C. and Calabrese, E.J.  1980.  The effects of elevated levels of sodium in drinking water on the retention of sodium by products  cooked in such water.  Presented at Trace substances in the Environment.  June 1980, Columbia, Missouri.

Tuthill, R.W. and Calabrese, E.J.  1980.  Experimental reduction in sodium levels in drinking water and blood pressure changes in children.   Presented at the Annual Meeting of the Society for Epidemiologic  Research.  June 1980, Minneapolis, Minnesota.

Calabrese, E.J.  1980.  The role of high risk groups in the development  of human health criteria for drinking water standards.  Presented at an  International Conference sponsored by the U.S. EPA on the Use,  Development, and Value of Water Quality criteria and Standards.   June 23-25, Washington, D.C.

Kane, G. and Calabrese, E.J.  1980.  The influence of highway de-icing  operations on the sodium levels of the Connecticut River.  Presented at  the Specialty Symposium entitled, The Connecticut River:  Stewardship.  March 7, 1980.

## 1979

Calabrese, E.J. and Moore, G.S.  1979.  The health effects of diesel  fuel exhaust on human populations.  Presented at the International  Symposium on Diesel Fuel Exhaust.  Cincinnati, Ohio.

Gilbert, C., Tuthill, R.W., Calabrese, E.J., and Peters, H.A.  1979.   The relationship of house hold lead characteristics and childhood lead  intoxication.  Presented at the Annual American Public Health  Association Meeting.  Los Angeles, California.

Calabrese, E.J.  1979.  The relationship of sodium in the diet and drinking water to development of hypertension in animal models and  humans.  Presented at the EPA-sponsored International Conference on  Drinking Water Factors and Cardiovascular Disease.  October 1979, Amherst, MA.

Calabrese, E.J.  1979.  The influence of drinking water factors on blood  pressure in children. Presented at the EPA-sponsored International  Conference on Drinking water factors and Cardiovascular Disease.   October 1979, Amherst, MA.

Moore, G.S. and Calabrese, E.J.  1979.  The effects of copper and  chlorite on normal and G-6-PD deficient human erythrocytes.  Presented  at the EPA-sponsored International Conference on Drinking Water Factors  and Cardiovascular Disease.  October 1979, Amherst, MA.

Calabrese, E.J. and Tuthill, R.W.  1979.  Drinking water as a factor in increased blood pressure among elementary and high school students.   Presented at the American Water Works Association Conference.  June  1979, San Francisco, California.

Tuthill, R.W. and Calabrese, E.J.  1979.  Research methodology for determining the influence of drinking water factors on blood pressure  distribution patterns in human population studies. Presented at the  Society of Epidemiology Research-Annual Meeting.  June 1979, New Haven, Connecticut.

Calabrese, E.J.  1979.  High risk groups in occupational medicine.  Presented at the Annual Conference of the Occupational Safety and Health  Administration - Region I.  June 1979, Hyannis, Massachusetts.

DiNardi, S.R. and Calabrese, E.J.  1979.  The university campus as an occupational health field training site.  Presented at the American  Industrial Hygiene Association Conference.  May 1979, Chicago, Illinois.

Tuthill, R.W. and Calabrese, E.J.  1979.  The effects of elevated levels of sodium in drinking water on elementary school children.   Presented at the AAAS Conference.  January 1979, Houston, Texas.

Gilbert, C., Peters, H.A., Calabrese, E.J., and Tuthill, R.W.  1979.  Estimating health risks from lead toxicity according to source of  exposure:  A case-control study.  Presented at the AAAS Conference.   January 1979, Houston, Texas.

## **1978**

Calabrese, E.J., Moore, G.S., and Brown, R.  1978.  The effects of environmental oxidant stressors on individuals with a G-6-PD deficiency  with particular reference to an animal model. Presented at the  Conference on Pollutants and High Risk groups.  June 5 and 6, 1978, Amherst, MA.

Tuthill, R.W. and Calabrese, E.J.  1978.  Age as a function in the development of sodium related hypertension.  Presented at the Conference  on Pollutants and High Risk Groups.  June 5 and 6, 1978, Amherst, MA.

Calabrese, E.J.  1978.  Pollutants and high risk groups.  Presented at the XIX International Congress on Occupational Health.  September 27,  1978, Dubrovnik, Yugoslavia

Calabrese, E.J.  1978.  The effects of nutritional status on pesticide toxicity.  Presented at the Annual Conference of the Society of  Occupational and Environmental health.  December, Washington, D.C.

**1977**

Riddiough, C., Musselman, R., and Calabrese, E.J.  1977.  EPA's  radium-226 drinking water standard:  A re-evaluation.  Presented at the  AAAS Conference.  February 1977, Denver, Colorado.

Calabrese, E.J. and Tuthill, R.W.  1977.  Elevated blood pressure levels  and community drinking water characteristics.  Presented at the AAAS  Conference.  February 1978, Washington, DC.

Calabrese, E.J. and Tuthill, R.W.  1977.  Elevated sodium levels in  community drinking water and increased blood pressure in high school  students.  Presented at the American Public Health Association  Conference.  November 1977, Washington, DC.


**1968**

Calabrese, E.J.  1968.  The effects of phosfon on the growth of <u>Mentha</u>  <u>Piperita</u> L.  in different growth media.  Presented at the Eastern  States Science Conference.  Yale University.


## XIV.  BOOKS

1. Ricci, P.F., and Calabrese, E.J.  (2010).  *Cancer Risk Assessment. Chemical Carcinogenesis, Hazard Evaluation, and Risk Quantification* (C-H. Hsu and T. Stedeford, Eds).  John Wiley and Sons, Hoboken, NJ pp. 785.

2. Mattson, M.P., and Calabrese, E.J.  (2010).  *A Revolution in Biology, Toxicology and Medicine*.  Humana Press. Pp. 213 (in press).

3. Calabrese, E.J., and Baldwin, L.A.  (1998).  *Chemical Hormesis: Concept, Scientific Foundation and Risk Assessment Implications.*  Texas Institute for Advanced Chemical Technology (TIACT).  Texas A&M University.  College Station, TX.  pp. 700.

4. Bonazountas, M., Hendrick, R., Calabrese, E., and Kostecki P. (eds.).  (1997).  *SESOIL: Theoretical Basis and Application to Risk Assessment*.  Amherst Sci. Publ.  Amherst, MA.  pp. 620.

5. Calabrese, E.J.  (1996).  *Gender Differences in Susceptibility to Toxic Substances*.  US EPA. Washington, DC.

6. Calabrese, E.J., and Baldwin, L.A.  (1993).  *How to Conduct an Ecological Risk Assessment*. Lewis Publishers.

7. Calabrese, E.J., and Kostecki, P.T. (editors).  (1992).  *Principles of Assessing and Remediating Hydrocarbon Contaminated Soils*.  pp. 700.

8. Kostecki, P. and Calabrese, E.J.  (1992).  *Contaminated Soils Remediation:  Current references for 1990*.  Assoc. Environ. Health of Soils. pp.1-113.

9. Calabrese, E.J., and Kostecki, P.T.  (1992).  *Risk Assessment and Environmental Fate Methodologies*.  Lewis Publishers, Chelsea, MI.  pp. 150.

10. Calabrese, E.J.  (1991).  *Principles of Animal Extrapolation:  Predicting Human Responses from Animal Studies*.  Lewis Publishers, Inc.,  Chelsea, MI.

11. Calabrese, E.J. and Kenyon, E. (1991).  *Air Toxics and Risk Assessment*.  Lewis Publishers pp. 650.

12. Calabrese, E.J.  (1991).  *Multiple Chemical Interactions*.  Lewis  Publishers. Chelsea, MI. pp. 704.

13. Calabrese, E.J., and Kostecki, P.T. (editors).  (1991).  *A Critical  Evaluation of Environmental Fate and Risk Assessment Model/Approaches for Petroleum Contaminated Soils*. Lewis Publishers, Chelsea, MI.  pp. 250.

14. Calabrese, E.J.  (1991).  *Interaction of Alcohols with Chemicals and  Drugs*.  Lewis Publishers, Chelsea, MI.  pp. 85.

15. Calabrese, E.J. (co-author).  (1990).  *Comparative Health Effects Assessment of Drinking Water Treatment Technologies*.  Government  Printing Office, Washington, D.C.  approx. 600 pages. (Lewis  Publishers).

16. Jones, T., Calabrese, E.J., Gilbert, C. and Winder, A.  (1990).  *Environmental Curricula Concerning Waste Management*.  Lewis Publishers.

17. Fleischer, E., Kostecki, P.T., and Calabrse, E.J.  et al.  (1988).  *Remedial Technologies for Leaking Underground Storage Tanks*.  Lewis Publishers, Chelsea, MI.  pp. 216.

18. Fleischer, E., Kostecki, P., Calabrese, E.J. et al.  (1987).  *Remedial Activities and Public Health Risks for Soil Contamination*.  Lewis  Publishers.

19. Ram, N., Calabrese, E.J., and Christman, R., editors.  (1986).  *Organic Carcinogens in Drinking Water*.  John Wiley and Sons, New York.   pp. 465.

20. Calabrese, E.J.  (1986).  *Age and Susceptibility to Toxic Substances*.  John Wiley and Sons, Inc., New York.  370 pp.

21. Calabrese, E.J.  (1985).  *Toxic Susceptibilities:  Male and Female Differences*.  John Wiley and Sons, Inc., New York.  350 pp.

22. Calabrese, E.J. and Dorsey, M.  (1984).  *Healthy Living in an Unhealthy World*.  Simon and Schuster, New York.  (Paperback, 1985). (Translated  into Spanish in 1987.)

23. Calabrese, E.J.  February (1984).  *Ecogenetics*.  John Wiley and Sons, Inc., New York.  300 pp.

24. Calabrese, E.J. (1983).  *Principles of Animal Extrapolation*.  John Wiley and Sons, Inc., New York.  pp. 603.

25. Calabrese, E.J.  (1981).  *Nutrition and Environmental Health:  The Influence of Nutritional Status on Pollutant Toxicity.  Volume II.  The  Mineral and Maconutrients*.  John Wiley and Sons, Inc., New York.  500  pp.

26. Calabrese, E.J.  (1980).  *Nutrition and Environmental Health:  The Influence of Nutritional Status on Pollutant Toxicity.*  Volume I.  The  Vitamins.  John Wiley and Sons, Inc., New York.  pp. 600.

27. Calabrese, E.J.  (1978).  *Methodological Approaches to the Development of Environmental and Occupational Health Standards*.  John Wiley and  Sons, Inc., New York.  402 pp. (Also translated into Chinese in 1984 for  use in the People's Republic of China.).

28. Calabrese, E.J.  (1978).  *Pollutants and High Risk Groups*.  John Wiley and Sons, Inc., New York. 200 pp.

## XV.   CONFERENCE PROCEEDINGS - EDITORSHIP

1. Calabrese, E.J. (Editor-in-Chief). (2005-Present). Dose-Response Journal. An International Journal of the Dose-Response Society formerly the Non-Linearity in Biology, Toxicology and Medicine. www.dose-response.org.

2. Calabrese, E.J. (Editor-in-Chief).  (2003-2004).  An International Journal - Non-Linearity in Biology, Toxicology and Medicine. Taylor & Francis.

3. Kostecki, P.T., Calabrese, E.J., and Dragun, J.  (2003).  Contaminated Soils, Sediments and Water, Vol. VIII.  Amherst Scientific Publishers.  Amherst, MA.  471 pp.

4. Kostecki, P.T., Calabrese, E.J., and Dragun, J.  (2002).  Contaminated Soils, Vol. VII. Amherst Scientific Publishers.  Amherst, MA.  545 pp.

5. Calabrese, E.J., and Baldwin, L.A.  (2001).  Scientific Foundations of Hormesis.  In:  *Critical Reviews in Toxicology*, 31:351-695.

6. Kostecki, P.T., Calabrese, E.J., and Dragun, J.  (2001).  Contaminated Soils, Vol VI. Amherst Scientific Publishers.  Amherst, MA.

7. Kostecki, P.T., Calabrese, E.J., and Dragun, J.  (2000).  Contaminated Soils, Vol V.  Amherst Scientific Publishers.  Amherst, MA.

8. Kostecki, P.T., Calabrese, E.J., and Bonazountas, M.  (1999).  Contaminated Soils, Vol. IV.  Amherst Scientific Publishers.  Amherst, MA.  pp. 479.

9. Kostecki, P.T., Calabrese, E.J., and Bonazountas.  (1998).  Contaminated Soils, Vol III.  Amherst Scientific Publishers.  Amherst, MA.  654 pp.

10. Barkan, C., Kostecki, P.T., and Calabrese, E.J.  (1998).  Principles and Practices for Diesel Contaminated Soils, Vol. 7.  Amherst Scientific Publishers.  Amherst, MA.  pp. 164.

11. Calabrese, E.J., and Kostecki, P.T., and Bonazouotas, M.  (1997).  Contaminated Soils, Vol. 2.  Amherst Scientific Publishers.  Amherst, MA pp. 760.

12. Barkan, C., Calabrese, E.J., and Kostecki, P.T.  (1997).  Principles and Practices for Diesel Contaminated Soils, Vol. VI.  Amherst Scientific Publishers, Amherst, MA.  pp. 201.

13. Calabrese, E.J., and Kostecki, P.T., and Bonazountas, M.  (1996).  Contaminated Soils, Vol. I.  Amherst Scientific Publishers.  Amherst, MA pp. 734.

14. Barkan, C., Calabrese, E.J., and Kostecki, P.T.  (1996).  Principles and Practices for Diesel Contaminated Soils, Vol. V.  Amherst Scientific Publishers, Amherst, MA.  pp. 204.

15. Kostecki, P.T., and Calabrese, E.J., and Bonazountas, M.  (1995).  Hydrocarbon Contaminated Soils, Vol. V.  Amherst Scientific Publishers. Amherst, MA.  pp. 593.

16. Barkan, C., Calabrese, E.J., and Kostecki, P.T.  (1995).  Principles and Practices for Diesel Contaminated Soils, Vol. IV.  Amherst Scientific Publishers, Amherst, MA.  pp. 210.

17. Calabrese, E.J.  (1994).  Biological Effects of Low Level Exposures.  Lewis Publishers, Chelsea, MI.  pp. 325.

18. Kostecki, P.T, Calabrese, E.J., and Barkan, C.  (1994).  Principles and Practices for Diesel Contaminated Soils, Vol. III.   Amherst Scientific Publishers, Amherst, MA.  pp. 241.

19. Calabrese, E.J., and Kostecki, P.T.  (1994).  Hydrocarbon Contamination of Soil and Groundwater.  AEHS Publications.  Amherst, MA.

20. Calabrese, E.J., Kostecki, P. and Bonazountas, M.  (1994).  Hydrocarbon Contaminated Soils, Vol. IV.  Amherst Scientific Publishers.  Amherst, MA.  pp. 488.

21. Calabrese, E.J., and Kostecki, P.T. (1993). Hydrocarbon contaminated soils, Vol. III. Lewis Publishers, Chelsea, MI.

22. Kostecki, P.T., Calabrese, E.J., and Barkan, C. (1993). Principles and Practices for Diesel Contaminated Soils, Vol. 2. Amherst Scientific Publishers, Amherst, MA. pp. 137.

23. Calabrese, E.J. (1992). (ed.). Toxicological Implications of biological Adaptations. Lewis Publishers, Inc. pp. 300.

24. Calabrese, E.J. and Kostecki, P.T. (1992). Hydrocarbon Contaminated soils and Groundwater. Analysis, Fate, Environmental and Public Health Effects and Remediation. Lewis Publishers, Chelsea, MI. pp. 500.

25. Kostecki, P., and Calabrese, E.J. (1992). Contaminated Soils: Diesel Fuel Contamination, Volume 1. Lewis Publishers, Chelsea, MI. pp. 224.

26. Calabrese, E.J. (1991). Environmental and Public Health Risks of Hydrocarbon Contaminated Soils. Lewis Publishers, Chelsea, MI.

27. Kostecki, P.T., and Calabrese, E.J. (eds.) (1991). Hydrocarbon Contaminated Soils and Groundwater. Analysis, Fate, Environmental and Public Health Effects and Remediation. Lewis Publishers, Chelsea, MI. pp. 354.

28. Kostecki, P. and Calabrese, E.J. (1990). Environmental and Public Health Risks of Petroleum Contaminated Soils. Lewis Publishers, Chelsea, MI.

29. Calabrese, E.J. (co-editor). Ozone Risk Communication. Lewis Publishers. 1990.

30. Calabrese, E.J., and Kostecki, P. (1989). Environmental and Public Health Risks of Petroleum Contaminated Soils. Lewis Publishers, Chelsea, MI.

31. Kostecki, P. and Calabrese (ed.) (1988). Environmental and Public Health Risks of Petroleum Contaminated Soils. Lewis Publishers, Chelsea, MI.

32. Calabrese, E.J. and Kostecki, P.T. (editors). 1987. Environmental Public Risks of Petroleum Contaminated Soil. John Wiley and Sons, Inc. 1000 pp.

33. Calabrese, E.J., Cotruvo, J., Pastides, H. and Gilbert, C. (editors). 1987. Safe Drinking Water Act: Amendments, Regulations. Lewis Publishers, Ann Arbor, Michigan. pp. 300.

34. An EPA-sponsored international conference on Inorganics in Drinking Water and Cardiovascular Disease. Published within Advances in Modern Environmental Toxicology, 1985.

158

35. Advances in Nutrition.  Volume 2.  1985.  Pathotox Publishers.

36. An EPA-sponsored international conference on The Influence of Drinking Water on the Occurrence of Cardiovascular Disease.  Published  within the Journal of Environmental Pathology and Toxicology.  4:1-326,  1981.

37. An EPA-sponsored international conference on The Effects of Pollutants on Human High Risk Groups.  Published within Environmental Health Perspectives.  29:1-77, 1979.

## XVI.   NEWSPAPER COLUMNIST

I wrote a bimonthly column for the *Amherst Record* on general topics in  environmental health from May 1982-1985.  On occasion, I write a guest  column for other newspapers including the *Hartford Courant*.

## XVII.   NEWSLETTER

1.      Health Effects Section Writer - for the 4500 members of the American  Water Works Association, 1982/1983.

2.      Biological Effects of Low Level Exposures (BELLE) Newsletter.  A publication of the Northeast Regional Environmental Public Health Center, University of Massachusetts, School of Public Health. 11,000 circulation; 1992 - 2010.

3.      Council for Health and Environmental Safety of Soils – CHESS Newsletter.  Published by the International Society of Regulatory Toxicology and Pharmacology.  1989-1993.