# EXHIBIT 13

Page 1

1              UNITED STATES DISTRICT COURT

2                        FOR THE

3                  DISTRICT OF VERMONT

4    * * * * * * * * * * * * * * * * * * *

5    JAMES D. SULLIVAN, LESLIE ADDISON,    *

6    SHARYN JONES, and BISHOP ROBIN HOOD   *

7    GREENE, individually, and on behalf   *

8    of a Class of persons similarly       *

9    situated,                             *

10       Plaintiffs,                       *  Case No.

11       vs.                               *  5:16-cv-00125

12   SAINT-GOBAIN PERFORMANCE PLASTICS     *

13   CORPORATION,                          *

14       Defendant.                        *

15   * * * * * * * * * * * * * * * * * * *

16

17

18              VIDEOTAPED DEPOSITION OF

19                ALAN DUCATMAN, M.D.

20                February 28, 2018

21

22

23

24

25

Page 2

1        VIDEOTAPED DEPOSITION

2                    OF

3   ALAN DUCATMAN, M.D., taken on behalf of the Defendant

4   herein, pursuant to the Rules of Civil Procedure, taken

5   before me, the undersigned, Danielle S. Ohm, a Court

6   Reporter and Notary Public in and for the Commonwealth

7   of Pennsylvania, at the law offices of Bailey &

8   Glasser, LLP, 6 Canyon Road, Suite 200, Morgantown,

9   West Virginia, on Wednesday, February 28, 2018,

10  beginning at 8:32 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                            Page 3
 1                A P P E A R A N C E S

 2

 3    JAMES S. WHITLOCK, ESQUIRE

 4    Davis & Whitlock

 5    21 Battery Park Avenue

 6    Suite 206

 7    Ashville, NC  28801

 8        COUNSEL FOR PLAINTIFFS

 9

10    BERT L. WOLFF, ESQUIRE

11    RACHEL PASSARETTI-WU, ESQUIRE

12    Quinn, Emanuel, Urquhart & Sullivan, LLP

13    51 Madison Avenue

14    22nd Floor

15    New York, NY  10010

16        CO-COUNSEL FOR DEFENDANT

17

18

19

20

21

22

23

24

25
```

Page 4

1                    I N D E X

2

3    DISCUSSION AMONG PARTIES                    8 -  9

4    WITNESS: ALAN DUCATMAN, M.D.

5    EXAMINATION

6        By Attorney Wolff                       9 - 227

7    CERTIFICATE                                     229

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                        EXHIBIT PAGE

2

3                                              PAGE

4    NUMBER         DESCRIPTION              IDENTIFIED

5    Exhibit 1   August 2015 ATSDR CDC Tox

6                Guide for Perfluoroalkysis     33

7    Exhibit 2   Expert Report Dated 9/1/17     40

8    Exhibit 3   Declaration                    41

9    Exhibit 4   Expert Merits Report, 12/15/17  41

10   Exhibit 5   Declaration                    42

11   Exhibit 6   7/13/17 Interrogatory Responses

12               From Linda Crawford and

13               Theodore Crawford             46

14   Exhibit 7   7/24/17 Interrogatory Responses

15               From Gordon Garrison          50

16   Exhibit 8   C8 and Clinical Conditions

17               And Diagnoses                 64

18   Exhibit 9   February 2015 PFOA Blood Data

19               Tables                        101

20   Exhibit 10  January 2017 ATSDR/CDC

21               Transcript                    106

22   Exhibit 11  Excerpt from U.S. Preventive

23               Services Task Force Procedure

24               Manual                        145

25   Exhibit 12  Excerpt                       150

Page 6

1                    EXHIBIT PAGE (cont'd)

2

3                                                PAGE

4     NUMBER         DESCRIPTION                  IDENTIFIED

5     Exhibit 13    Preventive Services Excerpt      178

6     Exhibit 14    American Thyroid Association

7                   Guidelines                       187

8     Exhibit 15    Clinical Preventive Services

9                   Excerpt                          203

10    Exhibit 16    Blood Levels in Children and

11                  Pregnant Women                   207

12    Exhibit 17    Dr. Ducatman's Report            209

13    Exhibit 18    4/7/17 Status Report             210

14    Exhibit 19    Website Excerpt                  215

15

16

17

18

19

20

21

22

23

24

25

Page 7

1                          OBJECTION PAGE

2

3    ATTORNEY                                          PAGE

4    Whitlock      11, 11, 12, 13, 20, 31, 36, 38, 47, 49,

5    55, 81, 82, 85, 87, 88, 90, 102, 104, 110, 122, 124,

6    127, 144, 154, 198, 201, 213, 224

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1                      P R O C E E D I N G S

2     ----------------------------------------------------------

3                  VIDEOGRAPHER:

4                  Good morning.

5                  We are going on the record at 8:32 a.m. on

6     February 28th, 2018.  Please note that the microphones

7     are sensitive and may pick up whispering, private

8     conversations and cellular interference.  Please turn

9     off all cell phones or place them away from the

10    microphones as they can interfere with the deposition

11    audio.  Audio and video recording will continue to take

12    place all parties agree to go off the record.

13                 This is Media Unit 1 of the video recorded

14    deposition of Alan Ducatman, M.D., taken by counsel for

15    the Defendant in the matter of James D. Sullivan, et

16    al. v. Saint-Gobain Performance Plastics Corp., et al.

17                 This deposition is being held at Bailey &

18    Glasser, located at 6 Canyon Road, Suite 200,

19    Morgantown, West Virginia, 26508.

20                 My name is Jacob Stock from the firm

21    Veritext, and I am the videographer.  The court

22    reporter is Danielle Ohm from the firm Veritext.

23                 I am not related to any party in this

24    action nor am I financially interested in the outcome.

25    Counsel and all present in the room and everyone

```
                                              Page 9

 1   attending remotely will now state their appearances and

 2   affiliations for the record.

 3                    ATTORNEY WOLFF:

 4                    Bert Wolff for Defendant.

 5                    ATTORNEY PASSARETTI-WU:

 6                    Rachel Passaretti-Wu for Defendant.

 7                    ATTORNEY WHITLOCK:

 8                    Jamie Whitlock with Davis and Whitlock on

 9   behalf of the Plaintiffs.

10                    VIDEOGRAPHER:

11                    Will the court reporter please swear in

12   the witness?

13                    COURT REPORTER:

14                    Doctor, will you please raise your right

15   hand?

16                            ---

17                    ALAN DUCATMAN, M.D.,

18   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

19   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

20   FOLLOWS:

21                            ---

22                    EXAMINATION

23                            ---

24   BY ATTORNEY WOLFF:

25   Q.   Please state your name.
```

```
                                          Page 10
 1    A.    Alan Ducatman.

 2    Q.    Do you consider yourself to be an expert in

 3    epidemiology?

 4    A.    No.

 5    Q.    Are you a toxicologist?

 6    A.    No.

 7    Q.    As a general principle, you would agree that

 8    physicians and scientific investigators should try to

 9    look at issues critically.

10         True?

11    A.    Yes.

12    Q.    And physicians and scientific investigators are

13    concerned about being accurate.

14         True?

15    A.    Yes.

16    Q.    As a physician and a scientific investigator, do

17    you subscribe to the principle that it is important to

18    use accuracy and precision in your writings?

19    A.    Yes.

20    Q.    Do you believe that scientists should describe

21    their methods and explain their reasoning so that

22    others can understand how the data were analyzed and

23    how the conclusions were reached?

24    A.    Yes.

25    Q.    You would agree that criticism and rigorous
```

1   attempts at refutation of a hypothesis being advanced

2   is an integral part of the scientific method.

3        Correct?

4   A.   It is the scientific method.

5   Q.   Would you agree that one of the hallmarks of

6   science is the requirement of valid and reliable data?

7   A.   Yes.

8   Q.   In your opinion, is it important to assess all of

9   the available data relevant to the question at hand

10  before arriving at a conclusion?

11  A.   Yes.

12  Q.   Do you agree that no study can be assessed in

13  isolation and that all evidence-based literature is

14  needed to form an opinion in evidence-based medicine?

15                 ATTORNEY WHITLOCK:

16                 Object to the form.

17  A.   Could you repeat that question?  It went on a bit.

18  BY ATTORNEY WOLFF:

19  Q.   Do you agree that no study can be assessed in

20  isolation and that all evidence-based literature is

21  needed to form an opinion in evidence-based medicine?

22                 ATTORNEY WHITLOCK:

23                 Same objection.  You can answer if you

24  understand.

25  A.   I think what you said is usually true.  It's

```
                                              Page 12
```

1    almost always true.  And then I can think of

2    exceptions.

3    BY ATTORNEY WOLFF:

4    Q.    Do you agree that all available papers are

5    considered in a scientific deliberation and that

6    selective consideration of the literature is not a

7    scientific procedure?

8    A.    So certainly the latter part --- that's a two-part

9    question.  So let's address the easy part first.  You

10   don't want to be selective.  You want to address what

11   you think is relevant.  The first part said all.  And

12   all is a tough nut to crack for any human because

13   there's just a lot.

14   Q.    Do you agree that selective cherry picking of data

15   is inconsistent with a valid and reliable scientific

16   methodology.

17                   ATTORNEY WHITLOCK:

18                   Object to the form, vague and ambiguous.

19   A.    Could you repeat the question?

20   BY ATTORNEY WOLFF:

21   Q.    Do you agree that selective cherry picking of data

22   is inconsistent with a valid and reliable scientific

23   methodology?

24   A.    No one wants to be just cherry picking when they

25   come up with a method.

1   Q.   In your opinion, is it scientifically valid to use

2   one hypothesis to prove another hypothesis?

3   A.   I don't know that I have an opinion about that

4   because I don't yet know what you mean by that.

5   Q.   In scientific writings what does the word suggests

6   mean?

7                    ATTORNEY WHITLOCK:

8                    Object to the form.

9   A.   I think it depends on the author.

10   BY ATTORNEY WOLFF:

11   Q.   How do you use the term?

12   A.   I try to use it to mean just what it says, that it

13   suggests something else is the case.  I think if you

14   wanted a synonym you could use the word supports.

15   Q.   In scientific parlance does the word suggests mean

16   that something is a hypothesis requiring further

17   scientific investigation and study?

18   A.   I don't think so.

19   Q.   You would agree there is a difference in expertise

20   between, A, diagnosing the presence of a medical

21   condition and, B, determining the cause of that

22   condition.

23        True?

24   A.   A different --- so the expertise to know the cause

25   and the expertise to know that it exists are different?

1   They're sometimes different and sometimes the same.

2   Q.   You would agree that in most cases and

3   particularly when considering environmental exposures

4   we do not --- strike that.

5       Wouldn't you agree that in most cases and

6   particularly when considering environmental exposures

7   we do not know what caused the given individual to

8   develop the disease identified in a differential

9   diagnosis.

10      Correct?

11  A.   That question is so broad I don't know how to

12  answer it.  Are we asking that question in the context

13  of a person who has a particular exposure known to

14  cause the disease or are we asking it in the context of

15  just the general population and you're saying a person

16  has this disease; therefore, did that cause it?

17  Q.   I'm asking a person comes in and gets diagnosed

18  with a disease.  Wouldn't you agree that in most cases

19  and particularly when considering environmental

20  exposures we don't know what caused that individual to

21  develop the disease?

22  A.   You know, I followed you through most cases,

23  because that made sense, up to the point when you said

24  and considering environmental exposures, at which point

25  you become wrong in a lot of cases.  So I agree with

Page 15

1    sort of half of your hypothesis or whatever you want to

2    call that, your statement, and the rest I think I'm

3    unsure about because I'm not sure I know what you mean.

4    Q.    Doctor, do you remember giving a deposition under

5    oath in the case of Wiley against Fairmont General

6    Hospital on June 17th, 1996?

7    A.    No.

8    Q.    Okay.

9         I'll give you a copy of the transcript of your

10   deposition from that case and direct your attention to

11   page 14, line three.

12                  ATTORNEY WHITLOCK:

13                  And I apologize.  That was page 14, line

14   three?

15                  ATTORNEY WOLFF:

16                  Correct.

17   BY ATTORNEY WOLFF:

18   Q.    And Doctor, do you remember me asking you this

19   question?  Question, Doctor, wouldn't you agree that in

20   most cases we do not know what caused the given

21   individual to develop the disease identified in the

22   differential diagnosis.  And your answer was what?

23   A.    Well, your question was actually different.  You

24   asked your question in two parts, so let's --- please,

25   excuse me, let's ask the court reporter to read back

Page 16

1    the entire question with the business about the

2    environment in the question when you asked it because

3    let's just get the specifics so it's clear to anybody

4    who might be ---.

5    Q.    Let me ---.

6    A.    Excuse me.  Let me finish.

7          Let's say that we have somebody --- I mean there's

8    --- there's examples everybody can relate to, so you

9    know, if you ask me this person has lung cancer, do we

10   know what caused the person's lung cancer, and we both

11   know where I'm going with this, the answer is no, we

12   don't know.  Okay.

13         But if you ask me this person caused lung cancer

14   and this person was a three-pack-a-day smoker for 30

15   years, do we know what caused this person's lung

16   cancer, the answer is, to a reasonable degree of

17   medical certainty, this person's lung cancer was caused

18   by cigarette smoking.

19         So when you ask the question and it's about the

20   entire population independent of an environmental

21   question, the answer is yes.  If you ask the question

22   and you get down to an environmental question where ---

23   which wasn't asked in 1996 and, you know, if I answered

24   it wrong in 1996 and answered it better today, that

25   would also be a detail.

1     But the point is you asked the question about an

2  environmental exposure tagged on at the end of the

3  question.  And I specifically stated in my response to

4  you that, in general, we often don't know, but where

5  you get into the environmental issue we sometimes do

6  know.

7  Q.   Do you remember being asked this question and

8  giving this answer?  Question, Doctor, wouldn't you

9  agree that in most cases we do not know what caused a

10  given individual to develop a disease identified in a

11  differential diagnosis?  And your answer was again, if

12  you are thinking about external etiologic agents

13  present in the environment, then I would agree with

14  you.  And if that's the purpose of your question then I

15  can say, yes.

16     Do you recall giving that testimony, sir?

17  A.   I do.  And the point of that answer is that we

18  generally don't know what the external agent is.  But

19  when we do know what the agent is, which is the way you

20  framed your question, okay, then sometimes that general

21  point about the population becomes --- becomes the

22  subpopulation and whom we do know the answer or we

23  suspect the answer.

24     So again, this question was asked differently.  It

25  was asked about the general population and whom we are

```
                                           Page 18
 1    not given any information about an etiologic agent, in
 2    which case we don't know if an etiologic agent has
 3    caused it.  So my answer actually was correct then and
 4    is correct today.
 5    Q.   Are you done?
 6    A.   Yes, sir.
 7    Q.   Good.  Would you agree that the word association
 8    is not a substitute for the word causation?
 9    A.   Yes.
10    Q.   In fact, wouldn't you agree that distinguishing
11    between the concepts of causation and association is an
12    important area of scientific discussion?
13    A.   Yes.
14    Q.   Wouldn't you agree that a number of different
15    relationships may exist between an exposure and an
16    outcome and in one type may be a spurious association
17    resulting from chance, bias or confounding?
18    A.   Yes,
19    Q.   Do you agree that three general categories of
20    phenomena can result in an association found in a study
21    to be erroneous, chance, bias and confounding?
22    A.   Could you repeat the question?
23    Q.   Sure.
24         Do you agree that there are three general things
25    that can result in an association that is found in a
```

1   study to be erroneous, chance, bias and confounding?

2   A.   I agree that all three of those can pertain.

3   Q.   Does a statistically significant finding in a

4   reliable epidemiological study that looks at disease as

5   a function of exposure necessarily mean that there is a

6   causal relationship?

7   A.   No.

8   Q.   Would you agree that if bias or confounding

9   affects a study it can invalidate an association that

10  the study found even if it was statistically

11  significant?

12  A.   It can.

13  Q.   Can confounders be both known and unknown?

14  A.   Yes.

15  Q.   And can there be both known and unknown sources of

16  bias in an epidemiological study?

17  A.   Yes.

18  Q.   When you read the report of an epidemiologic study

19  in order to determine whether the results are

20  supportive of a cause and effect relationship between

21  the exposure and the disease, besides the relative risk

22  ratio, will you consider the study design, the study

23  numbers, the accuracy of the study, whether the study

24  results have been replicated elsewhere, biological

25  plausibility, internal consistency, dose response, the

Page 20

1    confidence intervals, the statistical power, how well

2    the diagnoses were made and whether there is a

3    pathologic confirmation if the issue is cancer?

4                    ATTORNEY WHITLOCK:

5                    I'm going to object to the form to the ---

6    I don't even know the proper word for the type of

7    compound question that that was.

8                    If you understood it, Dr. Ducatman, you're

9    welcome to answer.

10   A.    There's one of them that you generally don't know

11   about because you have trouble discerning accuracy from

12   an external place.  However, all of those things are

13   important.  And the point I'm making is that those

14   things are important.

15   BY ATTORNEY WOLFF:

16   Q.    You would agree that the statistical significance

17   test is a test of the data and not of the hypothesis

18   being advanced.

19        Correct?

20   A.    Well, you're both --- you're right about that in a

21   narrow sense.  And then in the wrong sense, when enough

22   statistical tests have been done on a hypothesis in

23   enough different settings people begin to believe that

24   the things are related.

25             So in a narrow technical sense, in a one-time

1   study I think that you're right.  And then as

2   information piles up people begin to think that

3   statistical significance at some point begins to relate

4   to causation or at least to association and then

5   ultimately, in many cases, to causation.  So mostly

6   right, but there's a caveat there depending on how much

7   work has been done.

8   Q.   If the 95 percent confidence interval includes one

9   or, in fact, if the confidence interval for any

10  pre-determined level of statistical significance

11  includes one, then the data are not statistically

12  significant for that finding, are they?

13  A.   Well, okay.  That's a technical question in which

14  the answer can be wrong if the statistical significance

15  is set at a different level than 95 percent.  But if

16  it's set at 95 percent, then what you said is a

17  tautology.  It's a definition rather than additional

18  information.  Say you defined it that way and,

19  therefore, it's true.

20              ATTORNEY WHITLOCK:

21              Counsel, did you mark this as an exhibit?

22              ATTORNEY WOLFF:

23              No.

24              ATTORNEY WHITLOCK:

25              I'd ask that you do.  If you're going to

Page 22

1   continue reading prior testimony of the deponent,

2   Counsel, I ask that you mark that as an exhibit to the

3   deposition, please, sir.

4   BY ATTORNEY WOLFF:

5   Q.   Epidemiological studies never establish causation

6   in a particular person, do they?

7   A.   Epidemiologic studies are not intended to

8   establish causation in a particular person.  We do make

9   inferences that are based on epidemiology all the time.

10  Q.   Doctor Ducatman, do you recall being asked this

11  question and giving this answer on page 17, line 11, at

12  your deposition in the Wiley matter?  Question, do

13  epidemiological studies establish causation in a

14  particular person?  Answer, never.

15  A.   I think I just said that we do not use

16  epidemiologic studies to establish causation in a

17  particular person.  We use epidemiologic studies to

18  make inferences about causation, which then get applied

19  to people.

20  Q.   What is a cross-sectional study?

21  A.   It's a study which doesn't have a temporal

22  element.

23  Q.   And cross-sectional studies examine both the

24  exposure of interest and individuals with or without

25  the disease of interest at a single point in time.

Page 23

1      Correct?

2   A.    That's right.

3   Q.    And while cross-sectional studies can determine

4   the prevalence of disease, they do not determine the

5   incidence or the risk of disease.

6       True?

7   A.    You said two things.  Could you --- could you make

8   that easier on yourself by boiling it down to one thing

9   so that we don't get into tearing the sentence apart?

10  Q.    Yeah.  Let's do it --- let's do it two questions.

11      While cross-sectional studies can determine the

12  prevalence of disease, they do not determine the

13  incidence of disease.

14      True?

15  A.    Correct.

16  Q.    While cross-sectional studies can determine the

17  prevalence of disease, they do not determine the risk

18  of disease.

19      True?

20  A.    That's not necessarily correct.

21  Q.    When is it not necessarily correct?

22  A.    Cross-sectional studies can give you a risk ratio.

23  Q.    What are the limitations of cross-sectional

24  studies?

25  A.    There are many.

                                              Page 24

1    Q.    What are they?

2    A.    First of all, they don't give you incidence, just

3    as you've pointed out.

4         Secondly, they are subject to biases.  The

5    incidence studies are not very good at dealing with

6    diseases which take people out of the population before

7    the study is done.  So cross-sectional studies are bad

8    at looking at diseases that are rapidly fatal.

9         They also have problems with extremely common

10   diseases in some cases unless there are biomarkers, in

11   which case they actually become good.

12   Q.    Are you finished with your answer?

13   A.    I'm sure I can think of more if I sat --- I'm not

14   sure you want me to sit and think of more answers.

15   It's up to you.

16   Q.    Let me ask you this.  Are you comfortable with

17   your answer?

18   A.    I am comfortable with it, although I'm sure it's

19   incomplete.  I'm sure there's more things that we could

20   discuss.

21   Q.    In cross-sectional studies, because both exposure

22   and disease are determined at the same point in time,

23   such studies do not demonstrate that the exposure

24   preceded the disease, do they?

25   A.    That depends.  They often do.

1   Q.   Isn't it true that because cross-sectional studies

2   measure exposures and health conditions simultaneously

3   the temporal relationship between an exposure and a

4   disease cannot be inferred in a cross-sectional study?

5   A.   Again, that depends.  It depends on how the

6   cross-sectional study was done.

7   Q.   What about the design of a cross-sectional study

8   would allow a temporal relationship to be satisfied?

9   A.   If the --- if the study allowed you to know when

10  the diagnoses were made, even though you don't have an

11  incident population, and you also know when the

12  exposures occurred, even though you don't have an

13  incident population, you can make inferences about the

14  relationship between the exposures and the outcomes in

15  the study with limitations that have already been

16  mentioned and possibly some others.

17  Q.   Is it fair to say that cross-sectional studies are

18  rarely useful in identifying toxic agents?

19  A.   I have to think about that quite a bit because you

20  may know that I've written about --- fairly

21  extensively, I'm considered an expert on what --- how

22  new diseases are detected.  And it turns out that while

23  on average we don't detect a new disease or a new cause

24  of a disease very often, when we do detect one it's

25  more often not an incident study.  It's more often a

1    cross-sectional study or even simply a case report in

2    some cases which allows us to detect the initial

3    presence of a cause of a disease that we didn't know

4    about before.

5         So there's two ways to think about that.  If you

6    look at --- this is kind of like your population

7    question before.  If you look at when you don't know

8    anything and it's everything in the world is out there,

9    the answer to your question would be yes because it's

10   rare that we find new diseases.

11        But let's say that something new raises its head.

12   Let's --- let's take it away from this topic so it's

13   neutral.  Let's say it's bronchiolitis obliterans in

14   people who make flavorings for popcorn.

15   Q.   Yes, the diacetyl issue?

16   A.   Correct.

17   Q.   Okay.

18   A.   So there you have it exactly.  So it was not first

19   noticed because somebody did an incident study.

20   Q.   Right.  Alan Parnet came up with it?

21   A.   Well, there's actually some disagreement about who

22   thought of it first.  I'm not going to get into --- I

23   mean, generally, he's credited.  I've heard of others.

24   That's not important.  The point is that it depends on

25   context as to how useful the cross-sectional study is

Page 27

1   for identifying new diseases.  And it turns out that

2   where new diseases arise, that just happens to be one

3   of the ways we find them and it's not at all that

4   uncommon.

5   Q.   Let's switch gears for a moment.

6        Okay?

7        When we say that something is biologically

8   plausible that simply means that it makes biological

9   sense.

10       True?

11  A.   Yes.

12  Q.   You would agree that biologic plausibility is not

13  synonymous with causation, wouldn't you?

14  A.   Yes.

15  Q.   Does the dose response relationship stand for the

16  proposition that the greater the dose, the greater the

17  likelihood for the effect?

18  A.   That's generally how it's interpreted.

19  Q.   Is it fair to say that it is not ---?

20  A.   Excuse me.  Let me interrupt myself.  I apologize.

21       That is generally how it's interpreted when it's

22  monotonic.  And there are times when it's not.  They

23  are rarer and then people get into arguments.

24  Q.   Monotonic meaning what for the benefit of the

25  Judge?

1  A.   That it's either linear or log-linear or ---

2  increasing the dose leads to increasing outcomes.

3  There are these puzzling things that people see where

4  there are inverted U shapes and things like that and

5  you hear the head of NIEHS discuss these in public

6  places.  But generally when people talk about dose

7  response they're not talking about these puzzling

8  things.  They're generally talking about the historical

9  linear dose response curves.  So that's how I initially

10  answered the question.

11  Q.   So they're not talking about hormesis and things

12  like that?

13  A.   Well, hormesis is yet another question.

14  Q.   All right.

15       Let's defer that issue.

16  A.   Yeah, let's not get --- let's please not get into

17  --- hormesis has nothing to do with anything that

18  you're concerned about today that I can think of, so

19  let's not get into that.

20  Q.   Isn't it fair to say that it is not only important

21  to know that a substance is capable qualitatively of

22  causing something, but that is also important to know

23  the quantitative eligibility of the suspected agent?

24  A.   Could you say that a different way?

25  Q.   Sure.

Page 29

1      Is dose important?

2  A.   Yes.

3  Q.   Isn't there a classic saying that everything is

4  toxic and that it's just a matter of dose?

5  A.   Yes.

6  Q.   So then a sufficient dose of table salt can be

7  quite toxic.

8      True?

9  A.   Yes.

10  Q.   Oxygen can be toxic?

11  A.   Very.

12  Q.   What is a threshold?

13  A.   Threshold is generally the lower limit of

14  detection in --- it depends on if you're talking about

15  humans or all species.

16      Some --- and it's not stipulated in advance.  It's

17  just the lowest threshold you can find for some outcome

18  that is physiologically there and generally considered

19  to be detrimental.

20  Q.   Is it fair to say that the concept of a threshold

21  suggests that below a certain exposure something is not

22  toxic?

23  A.   That's a very simple sounding question with a very

24  complicated answer.  Do you want me to start into that?

25  Q.   If you could answer it yes or no, that would help?

1   A.   I will answer it no because you've implied that if

2   we have a threshold that we know is not toxic below

3   that threshold, and that's incorrect.

4   Q.   You would agree that cigarette smoking can cause

5   lung cancer.

6        Correct?

7   A.   Yes.

8   Q.   You would not consider smoking one cigarette in a

9   lifetime to pose a significant risk of lung cancer,

10  would you?

11  A.   I don't recommend smoking any cigarettes.  I'm not

12  sure what you mean by significant.  However, most

13  people who smoke one cigarette in their life don't get

14  lung cancer and also don't tell us about smoking that

15  one cigarette.

16  Q.   If someone did develop lung cancer after smoking

17  one cigarette, would you conclude there was a

18  significant probability that it was caused by the one

19  cigarette?

20  A.   No.

21  Q.   Do we agree that a temporal relationship does not

22  establish causation?  In other words, just because a

23  condition follows an exposure it does not necessarily

24  mean that the exposure caused the condition.

25       Correct?

1  A.   That's correct.  And in addition, to save time,

2  the opposite is very important, to say the exposure has

3  to precede the condition.

4  Q.   And when one considers the effects of exposure to

5  a chemical, isn't it important to distinguish between

6  effects that have been reported and those which are

7  merely feasible or theoretically possible?

8                    ATTORNEY WHITLOCK:

9                    Object to the form.

10 A.   I'm confused by the question.  Let me tell you why

11 I'm confused.  When we --- when we --- when we do

12 research we generally don't enter into some list of

13 things that are theoretically possible that are

14 unrelated to the topic.  We just generally don't even

15 go there.  So I'm not sure yet what the question means.

16 If you can give me a specific as to how you mean that

17 it might help me to answer the question better.

18 BY ATTORNEY WOLFF:

19 Q.   I'm just going to move on.  Thanks, Doctor.

20      Is it fair to you say that extrapolating data from

21 animal models to humans can be fraught with

22 difficulties?

23 A.   That's fair.

24 Q.   Is it fair to say that attempts to extrapolate

25 data from animal models to humans must be done with

Page 32

1  caution?

2  A.   It must be done with scientific capability.  It's

3  --- all of science is done with caution.  There's no

4  more caution needed for that extrapolation.  And ---

5  and I'm not totally sure that the word that you should

6  use or that I should use, since it's me answering the

7  question, is extrapolation.

8       Let's just say that animal models give us lots of

9  very important information.  And so that it's clear,

10 defense experts also use that information all the time,

11 okay.  And the information should be used as correctly

12 as we can and in the right context.

13 Q.   Okay.

14      Would you please turn with me to page 35, line one

15 of your deposition in the Wiley case.  And my question

16 to you is do you recall being asked this question and

17 giving this answer.  Question, isn't it fair to say

18 that attempts to extrapolate data from animals to

19 humans must be done with caution.  And your answer was

20 yes.

21      Correct?

22 A.   I'm sorry.  I still haven't found this.

23 Q.   Page 35, line one to line four.

24 A.   That's correct.

25 Q.   Isn't it fair to say that, among other things,

1    there can be interspecies differences in metabolic

2    rates, anatomy, cellular or biochemistry and in the

3    absorption, distribution, metabolism and elimination of

4    chemicals?

5    A.    Yes.

6    Q.    Wouldn't you agree that the results of an animal

7    study will be influenced in part by which species of

8    animals are used?

9    A.    Yes.  And it's --- to, be clear it's even finer

10   than species.  Within species there are specific

11   animals bred for specific purposes.  And the selection

12   of those are very important to studies.

13   Q.    So even different strains of the same species

14   sometimes experience different reactions to the same

15   substances.

16        True?

17   A.    Yes, that's --- that can be true.

18   Q.    And what is the ATSDR?

19   A.    The ATSDR is the Agency for Toxic Substances and

20   Disease Registry.  It's an important part of the U.S.

21   Centers for Disease Control and Prevention.

22                         ---

23                (Whereupon, Exhibit 1, August 2015 ATSDR

24                CDC Tox Guide for Perfluoroalkyls, was

25                marked for identification.)

```
                                              Page 34

 1                          ---

 2   BY ATTORNEY WOLFF:

 3   Q.    Dr. Ducatman, Exhibit 1 is a copy of the August

 4   2015 ATSDR CDC Tox Guide for Perfluoroalkyls.

 5         Have you seen this document before?

 6   A.    Yes.

 7   Q.    Please turn with me to the second page and the

 8   right-hand column and the second bullet point.

 9         Are you there?

10   A.    I think I'm on the second page because the other

11   one is labelled with a red one, but I'm not sure which

12   is one and which is two.

13   Q.    You're on the second page.

14         The second bullet points says, and I quote, the

15   primary effects observed in animals include liver

16   toxicity, developmental toxicity and immune toxicity.

17   There are profound differences in the toxicokinetics

18   and mode of action of perfluoroalkyls between humans

19   and experimental animals.  Many of the observed effects

20   in animals result from the ability of PFOA and PFOS to

21   activate peroxisome proliferatory-activated receptor

22   alpha, PPAR-alpha.

23         Humans are much less responsive to PPAR-alpha than

24   rodents and thus may not be as susceptible to these

25   types of effects, closed quote.
```

1      Have I read that correctly?

2   A.    I'm sorry.   I'm not reading it along with you.

3   I'm just listening to you read it.   And I assume you

4   read it correctly.

5   Q.    Do agree with that statement?

6   A.    I agree with much of the statement.   And there's a

7   piece of it that I'm sure --- I can't speak for ATSDR.

8   I used to advise them, but I can't speak for them.

9        There's a piece of it that if an ATSDR scientist

10  and I were sitting down together, we could discuss why

11  they wrote it that way and when they're going to change

12  it.

13  Q.    What would that be?

14  A.    Okay.

15       So let's go --- can you point to where this is?

16  Q.    Yes.

17  A.    Primary effects?   Okay.   Thank you.

18       So it is true that many of the effects in animals

19  are due to PPAR-alpha.   Okay.   It's also true that

20  effects in humans are due to PPAR-alpha.   And it's also

21  true that animal PPAR-alpha in many cases is much more

22  present and much stronger than it is in humans.   So

23  that's the piece of it that is true.

24       Now the issue is that actually well before 2015,

25  but certainly in the past couple of years, it's become

Page 36

1    clear that both in animals and in humans many of the

2    effects are not PPAR-alpha.  And despite the weaker

3    PPAR-alpha in humans, there are things that we see in

4    humans that it took us a while to figure out how to see

5    in animals.

6    Q.   Is it fair to say that all human beings are

7    exposed to thousands of chemicals and they have many

8    infectious diseases and they are a complex product of

9    their environment and their genetics?

10                  ATTORNEY WHITLOCK:

11                  Object to the form.  Compound question.

12   A.   So the syntax of that question in which I heard,

13   but you probably don't mean, that the chemicals have

14   infectious diseases is puzzling to me.  Could you

15   clarify what you mean?

16   BY ATTORNEY WOLFF:

17   Q.   Sure.

18        Is it fair to say that all human beings are

19   exposed to thousands of chemicals, that human beings

20   have many infections diseases and that human beings are

21   complex product of their environment and their

22   genetics?

23   A.   There's nothing terribly wrong with that

24   statement.  If I were describing human beings, that's

25   not how I'd do it, but that's --- there's nothing wrong

Page 37

1  with that statement.

2  Q.   When considering the effects of exposure to a

3  chemical, shouldn't one consider what is known, what is

4  not known and what the external risk factors are for

5  the individual?

6  A.   You know, I heard the question, but I don't

7  understand it.

8  Q.   Have you spoken to any of the individual

9  Plaintiffs?

10 A.   No.

11 Q.   Have you examined any of the individual

12 Plaintiffs?

13 A.   No.

14 Q.   Have you reviewed any medical records for any of

15 the individual Plaintiffs?

16 A.   No, save one possible exception.  I've seen a

17 couple of serum concentrations.

18 Q.   And that's the full extent of ---?

19 A.   That's correct.

20 Q.   Okay.

21     Different people drink different amounts of water

22 on average over the course of --- course of a day.

23     True?

24 A.   Yes.

25 Q.   Some people will typically drink only tap water,

1    some people will typically drink only bottled water and

2    some people will typically drink a combination of both.

3         True?

4    A.   Yes.

5    Q.   And the sources of tap water, even in the areas at

6    issue in this matter, can be different from house to

7    house.

8         Correct?

9              ATTORNEY WHITLOCK:

10             Objection.  Calls for speculation.

11   A.   I think you're asking me do these individuals,

12   some of them reside with private wells that are

13   different from each other.  And if that's the question,

14   the answer is yes.

15   BY ATTORNEY WOLFF:

16   Q.   And some of them also have water delivered from

17   the municipal supply as opposed to private wells.

18        True?

19   A.   I'm not aware of individual behaviors in that

20   regard, but it's a --- it would be speculation on my

21   part and I think it's probably --- especially now,

22   after contamination has been discovered, a very

23   reasonable speculation.

24   Q.   Different people will also use different sources

25   of water for cooking.

```
                                        Page 39
 1       Correct?
 2  A.    Yes.
 3  Q.    Some people will cook exclusively or primarily
 4  with tap water, whereas other people will cook
 5  exclusively or primarily with bottled water.
 6       Correct?
 7  A.    I think that's true.  I think there is probably
 8  fewer differences between people --- I know people who
 9  do cook with --- with delivered bottled water, but most
10  people cook with tap water.
11  Q.    At the time you issued either your first report or
12  your second report in this matter did you have any
13  Plaintiff-specific information as to the average daily
14  consumption of water by the individual Plaintiffs?
15  A.    No.
16  Q.    As of the time you issued either your first or
17  your second report in this matter did you have any
18  Plaintiff-specific information as to the percentages of
19  tap water versus bottled water typically consumed by
20  the individual Plaintiffs?
21  A.    No.
22  Q.    Do you know whether the water consumption
23  practices and patterns of the proposed class
24  representatives are typical of the water consumption
25  practices and patterns of the absent class members?
```

```
                                                        Page 40
 1   A.   I don't know for either class --- or group.   I
 2   should say group.
 3                         ---
 4                (Whereupon, Exhibit 2, Expert Report Dated
 5                9/1/17, was marked for identification.)
 6                         ---
 7   BY ATTORNEY WOLFF:
 8   Q.   Dr. Ducatman, Exhibit 2 is a copy of your expert
 9   report for class certification in this matter dated
10   September 1, 2017.
11        Correct?
12   A.   I won't --- I'll accept the date.  I don't
13   remember what the date is.  I assume you're correct.
14                ATTORNEY WHITLOCK:
15                For the record, what was Exhibit 1,
16   Counsel?
17                ATTORNEY WOLFF:
18                The ATSDR Tox Guide.
19                ATTORNEY WHITLOCK:
20                And you're not marking the deposition from
21   over 20 years ago that you repeated many of the
22   questions verbatim from.
23                Correct?
24                ATTORNEY WOLFF:
25                Correct.
```

Page 41

1          ATTORNEY WHITLOCK:

2          Okay.

3                         ---

4          (Whereupon, Exhibit 3, Declaration, was

5          marked for identification.)

6                         ---

7    BY ATTORNEY WOLFF:

8    Q.   Exhibit 3 is a copy of your Declaration in which

9    you declare that your class certification report

10   contains a complete statement of all opinions you will

11   express relevant to the issue of class certification

12   and the basis and reasons for them as well as the

13   materials you considered in forming these opinions.

14        Correct?

15   A.   Yes.

16                         ---

17          (Whereupon, Exhibit 4, Expert Merits

18          Report, 12/15/17, was marked for

19          identification.)

20                         ---

21   BY ATTORNEY WOLFF:

22   Q.   Exhibit 4 is a copy of your expert merits report

23   in this matter dated December 15, 2017.

24        Correct?

25   A.   I'll accept the date and it is my report.

Page 42

1   Q.   And in the opening words of your expert merits

2   report, in the first sentence you state that the

3   contents of your class certification report are

4   incorporated by reference into your merits report.

5        Correct?

6   A.   Yes.

7                        ---

8               (Whereupon, Exhibit 5, Declaration, was

9               marked for identification.)

10                       ---

11  BY ATTORNEY WOLFF:

12  Q.   Exhibit 5 is a copy of another Declaration in

13  which you declare that your expert merits report

14  contains a complete statement of all opinions you will

15  express relevant to the merits of this matter and the

16  basis and reasons for them as well as the materials you

17  considered in forming these opinions.

18       Correct?

19  A.   Yes.

20  Q.   Just as a housekeeping matter, in order to prevent

21  the questioning today from getting unwieldy, please

22  understand when I use the phrase your report I am going

23  to be referring generally to your class certification

24  report, which is Exhibit 3.

25       If I want to direct your attention specifically to

Page 43

1   your merits report, which is Exhibit 5, I will try to

2   use the phrase merits report.

3                 ATTORNEY WHITLOCK:

4                 Counsel, both of those exhibits you just

5   stated are wrong.  The merits ---.

6                 ATTORNEY WOLFF:

7                 I'm sorry.  You're absolutely right.

8                 Strike that.

9   BY ATTORNEY WOLFF:

10  Q.   In order to prevent the questioning from getting

11  unwieldy, Dr. Ducatman, please understand that when I

12  use the phrase your report I am referring generally to

13  your class certification report, which has been marked

14  as Exhibit 2.  And if I want to direct your attention

15  specifically to your merits report, which has been

16  marked as Exhibit 4, I'll try to use the phrase merits

17  report.

18       Okay?  Okay?

19  A.   Exhibit 2 is what you'll usually be referring to?

20  Q.   Correct.

21       Now, page 13 of your report, Exhibit 2, six lines

22  up from the top, you state that the Bennington

23  population is homogenous only in their exposure to PFOA

24  through their drinking water.  That's what you wrote.

25       Correct?

Page 44

1    A.    Yes.

2    Q.    What do you mean by homogenous?

3    A.    That the thing that makes them into a population

4    in a public health sense or medical sense is that the

5    common risk they share for those who --- let's leap

6    ahead and say that the class is certified and it's

7    certified consisting of people who have PFOA documented

8    to be in their bodies.  Those people will be homogenous

9    in the sense that they have been exposed to PFOA in

10   drinking water.

11   Q.    At any level?

12   A.    No.  There's a --- I don't recall that we said any

13   level.  I recall that there was actually ---.

14   Q.    You said above background?

15   A.    Yes.

16   Q.    Above back.

17         So when you say homogenous you mean that they have

18   been exposed to PFOA and have PFOA in their blood serum

19   above background levels?

20   A.    Correct.

21   Q.    At the time you issued your report had you

22   reviewed the Second Amended Complaint in this matter?

23   A.    Second --- so I should be able to answer that

24   question, but you're talking --- you're using legal

25   terms and I may need to figure out what you mean and

Page 45

1    the dates on things.

2    Q.   Have you reviewed any of the complaints in this

3    matter?

4    A.   I have reviewed the Second Amended Complaint.  But

5    do I recall when I saw it?  I do not.  This is a date

6    thing and I just don't remember in what sequence I saw

7    what.

8    Q.   Were you aware that the named Plaintiffs in this

9    matter have submitted sworn Answers to Interrogatories?

10   A.   I don't think so.  If I'm wrong, the Plaintiff

11   attorney can correct me, but I don't think I've seen or

12   known about their sworn answers.

13   Q.   Since it's not listed in your report, at the time

14   you issued your report, had you reviewed any of the

15   Interrogatory Answers from any of the named Plaintiffs?

16   A.   I don't think so.  I could stand corrected, but I

17   don't think I did.

18        Is that what --- is that what --- no, the Second

19   Amended Complaint can't be their Interrogatories, so

20   that's something else.

21   Q.   Have you reviewed any of the Interrogatory Answers

22   from any of the named Plaintiffs since you issued

23   either your class certification report or your merits

24   report in this matter?

25   A.   I think I already answered that.  I don't think I

1    have.  But if Plaintiff attorney says I have I could

2    stand corrected, but I don't remember seeing any of

3    their discussions about their histories.

4                          ---

5                (Whereupon, Exhibit 6, 7/13/17

6                Interrogatory Responses from Linda

7                Crawford and Theodore Crawford, was marked

8                for identification.)

9                          ---

10   BY ATTORNEY WOLFF:

11   Q.    Marked as Exhibit 6 I'm handing you a copy of the

12   July 13, 2017 Interrogatory Responses from Linda

13   Crawford and Theodore Crawford.  To the best of your

14   recollection, Dr. Ducatman, you have not seen these

15   before.

16        Correct?

17   A.    That's correct, I have not --- I do not recall

18   ever seeing these before.

19   Q.    Please turn with me to Response One on page three.

20   The Interrogatory Response states that Mr. and Mrs.

21   Crawford purchased their home at 643 West Road,

22   Bennington, Vermont, in 1985 and have lived there since

23   then.

24        Correct?

25   A.    That's what it says.

1   Q.   So they've been living at their home in Bennington

2   for more than 30 years.

3        True?

4   A.   This is what date?  Yes, it's got to be the last

5   couple of years, so that is true.

6   Q.   Please turn with me to Interrogatory Responses

7   Six, Seven and Eight on pages four and five.  In each

8   instance after the objections the responses state,

9   quote, our home has a private well that tested

10  nondetect for PFOA on September 21, 2016.  A more

11  recent test on April 13, 2017 showed PFOA at 4.1 parts

12  per trillion.  Our blood tests from 2016 appear to

13  indicate that we have not been exposed to PFOA in our

14  water.

15       Do you see that?

16  A.   Yes.

17  Q.   How do these sworn Interrogatory responses from

18  Mr. and Mrs. Crawford square with your assertion that

19  that the Bennington population is homogenous only in

20  their exposure to PFOA through their drinking water?

21                ATTORNEY WHITLOCK:

22                Objection to form, misleading.

23  A.   I actually don't understand your question because

24  it's not clear to me what their blood tests showed and

25  we already discussed who would be and who wouldn't be

1    in the population.  So I don't know --- I have no way

2    of knowing if your question is misleading by accident

3    or deliberately or if it has a correct implication in

4    it.  I just can't tell because the data are not there.

5    BY ATTORNEY WOLFF:

6    Q.    Okay.

7         Well, if you take a look at each --- the last

8    sentence in each response it says our blood tests from

9    2016 appear to indicate that we have not been exposed

10   to PFOA in our water.

11        Do you see that?

12   A.    Right.

13   Q.    And then ---.

14   A.    That's what they said.  Now, let's assume ---

15   let's go down the list.

16        I'm sorry.  Go ahead and ask your question.

17   Q.    On page seven there is a sworn statement that they

18   have read these Interrogatory Answers and swear under

19   the pains of penalties of perjury that the answers are

20   true and correct to the best of their knowledge,

21   information and belief.

22        Do you see that?

23   A.    Yes.

24   Q.    How do these sworn Interrogatory responses from

25   Mr. and Mrs. Crawford square with your assertion that

```
                                                        Page 49
 1    the Bennington population is homogenous only in their

 2    exposure to PFOA through their drinking water?

 3                    ATTORNEY WHITLOCK:

 4                    Same objection to the form, misleading.

 5    A.    I find your question to continue to be puzzling

 6    and --- and I'm trying to find a gentle word --- not

 7    just puzzling, I don't want to use the word misleading

 8    because it's already been used.  I don't know that

 9    these people, these two individuals who are actually

10    --- one is a healthcare professional I can see from

11    this document.  I don't know that they would be in the

12    population.  And you have put that question as if not

13    only do I know, but they definitely are in the

14    population, whereas all of the answers make it appear

15    that they are not.  But I can't be sure, so I mean ---

16    how to put this.

17         It's very difficult to answer question when they're

18    that --- is there a good synonym for misleading?

19    BY ATTORNEY WOLFF:

20    Q.    I don't know that it was misleading.  I thought I

21    was right up to you until you said it was misleading.

22    I thought it was a perfectly fine answer up until that

23    point.

24         Were you aware of the fact that in their Second

25    Amended Complaint in this matter the Plaintiffs
```

                                                            Page 50

1    affirmatively allege that the property in North

2    Bennington owned by Plaintiff Gordon Garrison receives

3    its drinking and domestic water not from a private well

4    but from the Town of Bennington?

5    A.    I'm sorry.  Are these people the Garrisons?

6    Q.    No.

7    A.    You're losing me.  Of course I'm not aware of what

8    you asked, but I'm not sure why you're asking me the

9    next question.  I don't --- I don't understand the

10   question yet, but I'm certainly not aware of anybody

11   saying that.

12   Q.    Okay.

13   A.    And I don't know why you're asking.

14   Q.    Okay.

15                        ---

16              (Whereupon, Exhibit 7, 7/24/17

17              Interrogatory Responses from Gordon

18              Garrison, was marked for identification.)

19                        ---

20   BY ATTORNEY WOLFF:

21   Q.    Marked as Exhibit 7 I'm handing you a copy of July

22   24, 2017 Interrogatory Responses from Gordon Garrison.

23   And based on what you've told me, to the best of your

24   recollection, you have not seen these before.

25        True?

                                                    Page 51

1    A.    True.

2    Q.    Please turn with me to Interrogatory Response

3    Number One on page three.  That response states that

4    Mr. Garrison purchased his home at 19 Hillside Street

5    in North Bennington, Vermont in 1994 and has resided

6    there since that time.

7          Correct?

8    A.    Yes.

9    Q.    So he's been living at his home in North

10   Bennington for more than 20 years.

11         True?

12   A.    True.

13   Q.    Please turn with me to Responses Six, Seven and

14   Eight on pages four and five.  And in each instance,

15   after the objections, the responses state, quote, my

16   home has town water and so I believe I have not been

17   exposed to PFOA in my water, closed quote.

18         Do you see that?

19   A.    Yes.

20   Q.    How do these sworn Interrogatory responses from

21   Mr. Garrison square with your assertion that the

22   Bennington population is homogenous only in their

23   exposure to PFOA through their drinking water?

24   A.    I don't even begin to see any contradiction.  And

25   I assume that you don't either.  But in any event, this

1    individual, if he's correct and he has been drinking

2    delivered water that's not contaminated, let's say

3    delivered from a municipal facility, is not

4    contaminated with PFOA, he would not be in the

5    population that we've discussed.

6    Q.    Were you aware that in their Second Amended

7    Complaint the Plaintiffs allege that the property in

8    North Bennington owned by James Sullivan and Leslie

9    Addison has a private drinking well that analytic

10   sampling showed to have 293 parts per trillion of PFOA?

11   A.    Do I have that in front of me?

12   Q.    No.

13   A.    No.

14   Q.    Were you aware that in the Second Amended

15   Complaint the Plaintiffs allege that the property in

16   North Bennington owned by William Sumner has a private

17   drinking well that analytic sampling showed to have 580

18   parts per trillion of PFOA?

19   A.    No.

20         Let me provide one question.  I have seen well

21   reports.  I do not remember if those well reports are

22   linked to individual names.  And if they are, I

23   certainly don't remember whose names they are.

24   Q.    Fair.

25         Do you have copies of those well reports with you?

```
                                                  Page 53
 1   A.    No.

 2   Q.    Back in your office?

 3   A.    No.

 4   Q.    When did you see them?

 5   A.    There are well reports that are --- I first saw

 6   some well reports on or about March of 2017.  And I was

 7   in my office at the time and they were given to me.

 8   Since that time my office has undergone a move and I

 9   was told I could get back into the old office and

10   everything in it was gone by the time I got back in, so

11   I don't have those well reports.

12                   ATTORNEY WOLFF:

13                   Off the record for half a second.  We can

14   stay on the video.

15                              ---

16   (WHEREUPON, AN OFF RECORD DISCUSSION WAS HELD.)

17                              ---

18                   ATTORNEY WOLFF:

19                   Back on.

20   BY ATTORNEY WOLFF:

21   Q.   Dr. Ducatman, were you aware that in their Second

22   Amended Complaint the Plaintiffs allege that the

23   property in North Bennington owned by Ronald Haustor

24   has a private drinking well that analytical sampling

25   showed to have 2,730 parts per trillion of PFOA?
```

Page 54

1  A.   I'm aware of high levels, but I don't relate them

2  to individual names.  I don't have a memory capable of

3  doing that.

4  Q.   In the first full paragraph on page four of your

5  class certification report you state that consistent

6  with the published literature of the Vermont Department

7  of Health has found that PFOA levels in the blood of

8  Bennington residents are strongly correlated with PFOA

9  levels in well water.

10     Correct?

11 A.   Yes.

12 Q.   And towards the bottom of page three of your

13 report you state that, as of January 27, 2017 the

14 average blood serum level of PFOA among Bennington

15 residents tested by DOH was 10 micrograms per liter.

16     Correct?

17 A.   That's in my reports.

18 Q.   And in contrast, at the top of page four of your

19 report you state that the blood serum levels of PFOA

20 measured in the Plaintiffs Sullivan, Addison, Sumner

21 and Haustor are --- are 24.8, 40.9, 305.1 and 204.1

22 micrograms per liter respectively.

23     Correct?

24 A.   Yes.

25 Q.   And at the low end, among the individual

```
                                              Page 55
 1    Plaintiffs whom you list, the 24.8 micrograms per liter
 2    from Mr. Sullivan is nearly two and half times greater
 3    the 10 micrograms per liter average among the
 4    Bennington residents who were tested.
 5         Correct?
 6    A.   Yes.
 7    Q.   And at the high end, among the individual
 8    Plaintiffs whom you list, the 204.1 micrograms per
 9    liter for Mr. Haustor is 20 times greater than 10
10    micrograms per liter average among the Bennington
11    residents who were tested.
12         Correct?
13    A.   Yes.
14    Q.   And even though they are named Plaintiffs, in your
15    report you do not address the PFOA levels in Mr.
16    Crawford, Mrs. Crawford and Mr. Garrison, do you?
17                   ATTORNEY WHITLOCK:
18                   Object to the form.
19    A.   They don't appear there.
20    BY ATTORNEY WOLFF:
21    Q.   Why did you choose not to address in your report
22    the PFOA levels in Mr. Crawford, Mrs. Crawford or Mr.
23    Garrison?
24    A.   I don't recall why I didn't.
25    Q.   Among the individuals residing within the areas at
```

```
                                            Page 56
 1    issue in this matter would you expect there to be
 2    considerable individual differences as to their amount
 3    and length of exposures to PFOA?
 4    A.   Yes.
 5    Q.   Would you expect there to be considerable
 6    individual differences as to what their PFOA blood
 7    serum levels would be?
 8    A.   Yes.
 9    Q.   Would you expect there to be considerable
10    individual differences as to what their
11    susceptibilities, if any, to PFOA might be?
12    A.   Yes.
13    Q.   As to those individual differences and exposure of
14    blood levels and susceptibilities, if any, would that
15    be a function of a number of different variables?
16    A.   Yes.
17    Q.   And those individual differences would be a
18    function of, among other things, their ages.
19         Correct?
20    A.   Age would be a variable.
21    Q.   And those individual differences would be a
22    function of, among other things, their gender.
23         True?
24    A.   Yes.
25    Q.   Those individual differences would be a function
```

Page 57

1   of, among other things, their physiology.

2       Correct?

3   A.   Yes.

4   Q.   Those individual differences would be a function

5   of, among other things, how long they lived in the

6   area.

7       True?

8   A.   Yes.

9   Q.   Those individual differences would be a function

10  of, among other things, their rates of daily water

11  consumption.

12      Correct?

13  A.   Yes.  And not just that, for the time that they

14  lived near the factory also, you know, their tidal

15  volume for breathing, because that's another route of

16  exposure.

17  Q.   Those would all be different?

18  A.   Yes.

19  Q.   And the individual differences would also be a

20  function of, among other things, the concentrations of

21  PFOA in the water they drank.

22      Correct?

23  A.   Yes.

24  Q.   And those individual differences would also be a

25  function of, among other things, their sources of

Page 58

1   water.

2        Correct?

3   A.   You're pointing out their different --- their

4   different wells when they had wells or if they weren't

5   on a well and got delivered city water, is that what

6   you mean?

7   Q.   Yes.

8   A.   Yes, that's correct.

9   Q.   And the individual differences would be a function

10  of, among other things, their diet and nutrition.

11       Correct?

12  A.   There are differences between all of us from PFOA

13  and PFOS contaminants based on diet and nutrition.  And

14  for most of us who don't have contaminated water, those

15  are the key ones, okay.  So if you and I are lucky

16  enough to live in an area that's not contaminated,

17  those would be the biggest differences between us

18  because our water wouldn't be the important source.

19  Q.   The individual differences would be a function of,

20  among other things, drug and alcohol use.

21       Correct?

22  A.   Are you now talking about PFOA concentrations or

23  are you talking about their health?

24  Q.   So I'm talking about their differences in

25  exposure, blood levels and susceptibilities, if any, to

Page 59

1    exposure to PFOA.

2    A.    Okay.

3          So if it's susceptibility, then the answer becomes

4    yes.  Those --- those --- you can actually see tiny

5    differences in PFOA based on some of those, but they're

6    actually not that important.  But --- but when you talk

7    about susceptibility for sure, that becomes an issue.

8    Q.    And those individual differences would be a

9    function of, among other things, their body weight and

10   Body Mass Index or BMI.

11         Correct?

12   A.    Yes.

13   Q.    And those individual differences would be a

14   function of, among other things, their general state of

15   health as well as other medical conditions.

16         Correct?

17   A.    Yes.

18   Q.    And those individual difference would be a

19   function of, among other things, their occupational

20   histories.

21         Correct?

22   A.    If their occupation had exposure to perfluoroalkyl

23   substances, that would be another and very important

24   route of exposure.

25   Q.    In your opinion, what else, if anything, would

1   those individual differences in either exposures, blood

2   levels or susceptibility to PFOA, if any, be a

3   functions of?

4   A.    Okay.

5         I don't remember all the things you mentioned, but

6   let me go down a list of things that we often adjust

7   for.  So --- and you may think you included these under

8   general health, but renal function would certainly be

9   one.  It turns out to actually not be as important as

10  you would expect.  Big differences in renal function

11  for humans make only pretty small differences in

12  perfluoroalkyl substance in your serum, but they make

13  some.

14        Then another one that you may have mentioned and I

15  simply don't remember is drugs.  There are some drugs

16  that can make a pretty substantial difference.  They're

17  actually fairly rare, but there are some that can make

18  a big difference, especially for PFOS more than PFOA.

19        You mentioned gender.  You mentioned age.  Within

20  gender the specific --- and technically, because I'm a

21  doctor, I should be saying sex and not gender.  Within

22  sex, the thing that --- the things that matter are very

23  specifically menstruation and lactation and pregnancy.

24  Menstruation is a way that PFOA leaves the body.  Very

25  unfortunately, so are lactation and pregnancy.  So

1   menstruation is a good way for it to leave the body.

2   Unfortunately, lactation and pregnancy are terrible

3   ways for it to leave the body because we're now passing

4   the contaminant to a fellow human being or to a child.

5        Let me see what else.  There are so many things.

6   I'm a little worried about not being complete.  Do you

7   want me to stop or do you want me to think of others?

8   Q.   If you think that --- you know, you say that's all

9   I can recall as I'm sitting here right now, I'm happy

10  to take your ---.

11  A.   Let's say that's all I recall as I'm sitting here

12  right now.

13  Q.   The drugs that you refer to that can make a

14  substantial difference, probably PFOS and maybe PFOA,

15  what drugs are you referring to?

16  A.   Well, really an older one was cholestyramine,

17  which used to be a pretty common drug.  If you're as

18  old as I am, you actually used to give it.  It's not

19  that effective for the condition we used to give it

20  for.  Now we give it for much rarer conditions.  And

21  it's sort of like kryptonite for PFOS.  It just really

22  does a good job getting rid of it.  And I have actually

23  published how well it works in the community.  I got

24  data on that that just happens to be there because we

25  looked at a large population, as you know.

Page 62

1    Q.    That's in the C8 population?

2    A.    Yes.

3    Q.    Switching gears ---.

4                ATTORNEY WOLFF:

5                Let me just ask --- we've been going for a

6    little bit more than an hour.  I'm perfectly prepared

7    to go a bit more unless anybody needs a break.

8    A.    I'm good for now.

9    BY ATTORNEY WOLFF:

10   Q.    Among other ailments, people have been

11   experiencing kidney cancer, testicular cancer, prostate

12   cancer, hepatitis, ulcerative colitis, osteoarthritis,

13   gout, pregnancy-induced hypertension and asthma for

14   hundreds of years and long before PFOA was ever

15   synthesized.

16        Correct?

17   A.    Yes.  We didn't necessarily make those diagnoses,

18   but, nonetheless, we can be pretty sure you're right.

19   Q.    You are not offering the opinion that the levels

20   of PFOA in the drinking water in the Bennington area is

21   a cause of any particular disease in humans, are you?

22   A.    I would prefer to answer that question in a very

23   different way.  It's --- I'm offering the opinion that

24   it increases the risk of those diseases and I do not

25   intend to get involved in people who are in the --- any

Page 63

1    disputes about individuals who actually want to have

2    their disease addressed in the legal setting on a

3    personal level.  But we do know about the increased

4    risk, so I think I'm going to try to keep my answers to

5    we know there is increased risk.

6    Q.    Even on a population basis, the phrase increases

7    the risk is not synonymous with the word causation, is

8    it?

9    A.    Again, causation, we're talking about individuals

10   and increases the risk we're talking about a

11   population.

12        If you want to say what is the equivalent word in

13   the population that isn't increases the risk and you

14   want to use we know it causes this in populations, then

15   I would accept that, but I markedly prefer increases

16   the risk because I don't like that confusion where

17   somebody thinks that I'm advocating for an individual

18   thing.  We're talking about population findings.

19   Q.    The word causation is often applied in scientific

20   literature to talk about population-based exposures.

21   For example, tobacco exposure is a cause of lung

22   disease, asbestos exposure is a cause of mesothelioma

23   and other examples like that.

24        Correct?

25   A.    Yes, you're correct.

Page 64

1   Q.   And I guess my question to you is increases the

2   risk is not synonymous with the word causation even at

3   a population level, is it?

4   A.   I prefer to use the word increases the risk.  But

5   if you prefer that I use the word causes, I can.

6   Q.   It's not a preference.  I'm just asking a

7   question.  Are they ---?

8   A.   They don't mean the same thing precisely.  I

9   prefer to use increases the risk because it's a much

10  more accurate population statement.

11  Q.   The West Virginia University C8 website that you

12  cite at the bottom of page seven of your report links

13  to another WVU Health Sciences Center page entitled C8

14  and Clinical Conditions and Diagnoses.

15       Correct?

16  A.   You're challenging my memory.  I have to go to the

17  website to be sure that it links to that.

18       Yes, that is the website of the Office of Research

19  and Graduate Education and it's a WVU site.

20  Q.   And when you said, yes, that was a result of me

21  handing you Exhibit 8, which is entitled C8 and

22  Clinical Conditions and Diagnoses.

23       Correct?

24                      ---

25            (Whereupon, Deposition Exhibit 8, C8 and

```
                                              Page 65
 1              Clinical Conditions and Diagnoses, was

 2              marked for identification.)

 3                          ---

 4   A.   Yes, that's correct.

 5   BY ATTORNEY WOLFF:

 6   Q.   And in the first paragraph the WVU web page says

 7   that none of the relationships between diagnoses and

 8   corresponding population serum PFOA were C8 levels can

 9   be taken to show an etiologic or a cause and effect

10   relationship or its absence without more work.

11        Correct?

12   A.   Yes, that's --- this --- this was taken from

13   actually something that we wrote in 2000 --- I'm going

14   to say '07 or so, give or take a year, when we put the

15   website up and reflected the current state of

16   knowledge.  And it's interesting to me that the Office

17   and Research and Graduate Education still has that

18   paragraph in there.

19   Q.   As the WVU web page describes it, these data

20   concern associations.

21        Correct?

22   A.   Yes.

23   Q.   And the WVU web page goes on to caution the reader

24   that when it comes to causes, scientists interpret the

25   preliminary data with deference to additional work that
```

Page 66

1    need to be done.

2         Correct?

3    A.    Yes.

4    Q.    Now, let's take a look again at Exhibit 1, which

5    is the August 2015 ATSDR CDC Tox Guide for

6    Perfluoroalkyls.  And please turn with me to the second

7    page.

8         Under the heading health effects, which is in the

9    third column, toward the bottom, the ATSDR states a

10   large number of studies have examined the possible

11   relationship between levels of perfluoroalkyls in blood

12   and adverse health effects in workers, residents living

13   near manufacturing facilities and in the general

14   population.  Although statistically significant

15   associations have been found, the studies do not

16   establish causality.

17        Additionally, the results were not always

18   consistent across studies.

19        Correct?

20   A.    It does say that.

21   Q.    Do you agree with that statement?

22   A.    No.

23   Q.    Why not?

24   A.    I think there is sufficient evidence to implicate

25   a number of outcomes.

1    Q.    What outcomes?

2    A.    Well, should we go back to my report and --- or do

3    you want me to try to do it from memory or what's the

4    best way to go through this?

5    Q.    If you need to refer to your report, refer to your

6    report.

7    A.    Okay.

8          The ones that we want to --- do you have a

9    preference if I go through the ones that are the ones

10   we're monitoring for or do you want to go through the

11   list of outcomes that I think are established?

12   Q.    The latter, the list of outcomes that you think

13   are established.  So if you don't think they're

14   established, please don't recite them.

15   A.    Okay.

16         So in my report there's --- I'll go from memory and

17   then I'll go back to the report to make sure I haven't

18   forgotten any.  There's alterations in lipid metabolism

19   related to cholesterol and LDL.  There's alterations in

20   uric acid metabolism.  There's alterations in

21   pregnancy-induced hypertension.  There's alterations in

22   liver functions.  There's --- the mechanism behind

23   those things together is highly likely to be steatosis,

24   which is what's been found in multiple animal models,

25   as has the elevated cholesterol of the animals if the

Page 68

1   right animal is fed the right diet.

2        There are also asthma and there's the cancer

3   outcomes, which include kidney cancer and testicular

4   cancer.  I think the Science Panel implicated prostate

5   cancer as well.  I'm kind of on the fence personally

6   about prostate cancer, but it's something that probably

7   would be a good thing to look for in both additional

8   studies and in monitoring populations to the degree

9   feasible.  We didn't look for it in our proposal.  And

10  we can go down --- we can go through why we didn't do

11  that at a later time unless you want me to start on

12  that now.

13       Let me go and see what I'm forgetting.

14  Q.   Please.

15  A.   I have to find a place in my report.

16               ATTORNEY WOLFF:

17               Why don't we just go off the record and

18  take a break.

19               VIDEOGRAPHER:

20               Okay.

21               Going off the record at 9:52 a.m.

22  OFF VIDEOTAPE

23                         ---

24  (WHEREUPON, A SHORT BREAK WAS TAKEN.)

25                         ---

```
                                             Page 69

 1   ON VIDEOTAPE

 2              VIDEOGRAPHER:

 3              Back on the record at 10:01 a.m.

 4   BY ATTORNEY WOLFF:

 5   Q.   Dr. Ducatman, is there anything you would like to

 6   add to your list based on a review of your report?

 7   A.   Yes, thank you.

 8        Thyroid abnormality is something I've actually

 9   published about is --- is in the list of --- found in

10   many studies.

11        I think I mentioned asthma already.  There's an

12   increasing evidence of lower birth weight.  Not every

13   study finds lower birth rate, but the more important

14   thing that follows lower birth weight that's coming out

15   in the literature now, which is not on my list and

16   will need to be attended to in the future is the

17   possibility, and it's not yet certain, of increased

18   evidence of obesity or difficulty with weight loss.

19   That's emerging literature.  Shorter duration of breast

20   feeding --- I mentioned steatohepatitis, I think.

21   Excess ulcerative colitis.  I can't recall if I

22   mentioned that or not.

23   Q.   But you would put that on your list of things that

24   you believe have been established?

25   A.   You're asking me about which one?
```

Page 70

1    Q.    Steatohepatitis --- all --- all of them, in

2    fact ---

3    A.    Okay.

4    Q.    --- that you're now going through.

5    A.    Yes.  Yeah.

6          Steatohepatitis is --- is --- is a underlying

7    mechanism which is seen in all of the animals, and it's

8    --- it is the overwhelmingly likely explanation for the

9    abnormalities of biochemical markers such as liver

10   function tests and lipids and uric acid seen in humans.

11         Osteoarthritis, there's literature about fecundity.

12   I'm a little uncertain about it at this point ---

13   delayed time to pregnancy.  I --- I don't want to add

14   that to a --- a list of things.  And then when it came

15   to by --- following this list, when it came time to

16   narrow it down to things that are really strong in the

17   literature and that have medical monitoring and other

18   things to recommend them, we have a shorter list of

19   things we're doing for the --- we're proposing to do

20   for the population.

21   Q.    Are you done with your answer?

22   A.    Yes.

23   Q.    Do you subscribe to the principal that generally,

24   researchers should be conservative when it comes to

25   assessing causal relationships?

1   A.    Yes.

2   Q.    Is it fair to say in assessing causation,

3   researchers first look for alternative explanations for

4   the association, such as chance bias or confounding?

5   A.    Right.

6         In fact, I've done a couple of papers that are

7   along that line.

8   Q.    At the top of page 15 of your report, you state

9   that no one has been declared to have a PFOA associated

10  condition by any formal body.

11        Correct?

12  A.    Yes, I did say that.

13  Q.    What does it mean when you say that no one has

14  been declared to have a PFOA associated condition by

15  any formal body?

16  A.    There is no formal body that has said to citizens

17  who are drinking contaminated water in Bennington, you

18  have this condition.  And therefore, under some formal

19  agreement, you are said to have a condition that stems

20  from this --- this exposure.

21        That --- that's --- for example, in contrast to

22  what we have, for example, for Vietnam Veterans, where

23  there's a formal body that says to them, okay.  You

24  have --- and picked whatever number of diseases.  We

25  needn't get into the specifics.

1          But there's a list of diseases where if you have

2     that disease and you're part of a population where it's

3     known that population has exposure to

4     2378-Tetrachlorodibenzo-dioxin, you will therefore ---

5     it will be a --- a linkage will be made in a formal way

6     between your previous exposure many years ago and your

7     present condition.

8     Q.    Would you describe the quality of the

9     epidemiological evidence between cigarette smoking and

10    lung cancer to be irrefutable?

11    A.    Yes.

12    Q.    Based on the published data, what is relative risk

13    between cigarette smoking and lung cancer?

14    A.    It varies a little bit.  It's usually around 10 or

15    11, if there isn't another risk factor.  It's --- so

16    it's usually about a 10 fold increase.

17    Q.    How would you describe the quality of the

18    epidemiological evidence between asbestos and

19    mesothelioma?

20    A.    Also, you use the word irrefutable and I think ---

21    I think that's a good --- that's a good example.  And

22    in addition, within my career and --- and not all that

23    long ago, I can remember reading many studies from

24    people who said well, the animals don't get

25    mesothelioma like humans.  Therefore, these human

Page 73

1   mesotheliomas aren't caused by asbestos.  I can

2   remember reading more than a few articles like that.

3        And it just --- it illustrates a point you've made,

4   that we sometimes can't find the problem in the animal

5   until we do it right, and then they found it.

6   Q.   Based on the published data, what is relative risk

7   between asbestos and mesothelioma?

8   A.   Again, you know, people can argue about the

9   details and --- and I hope you'll give me some leeway

10  on the details, but it's usually around five.  It's

11  usually considered --- mesothelioma, not lung cancer.

12  Q.   Mesothelioma.

13  A.   Oh, boy.

14       For --- for mesothelioma, that depends on how you

15  do it.  But if you look at the cause, I mean something

16  like 70 to 80 percent of all mesotheliomas have

17  asbestos in their background.  And we sometimes think

18  we just missed the others, but the --- the relative ---

19  mesothelioma is a disease of people who have been

20  exposed to asbestos.  And I don't remember the exact

21  number.  I apologize.  I thought --- I --- I

22  incorrectly heard lung cancer where we know the number.

23  Mesothelioma, it's very high, but I don't know the

24  number.

25  Q.   Can you compare and contrast the quality of the

1   epidemiological evidence between cigarette smoking and

2   lung cancer with the body of data on PFOA exposure and

3   kidney cancer?

4   A.    Yes.

5         The --- we've been going for so many more years

6   about cigarettes, and lung cancer is so much more a

7   common condition.  And the absolute certainty for lung

8   cancer is --- is not the case for PFOA and kidney

9   cancer.  It is at this point, more likely than not.

10  The data support it.  However, it --- it is reasonable

11  to believe that additional data could refute it in the

12  future.  That is the nature of --- of epidemiologic

13  studies in humans.

14  Q.    Compare and contrast the quality of the

15  epidemiological evidence between cigarette smoking and

16  lung cancer with the body of data on PFOA exposure and

17  testicular cancer.

18  A.    There's a little bit more for testicular cancer,

19  including a lot of physiologic evidence.  But the same

20  general answer pertains.  It's not nearly as strong for

21  testicular cancer as it is for cigarette smoking.  It's

22  just nowhere near as --- as strong.

23  Q.    Compare and contrast the quality of

24  epidemiological evidence between cigarette smoking and

25  lung cancer with the body of data on PFOA exposure and

Page 75

1   steatohepatitis?

2   A.    The animal data are irrefutable.  Animals get

3   steatosis when you give them PFOA, and they do it

4   routinely and they do it regularly.  And I --- I'm

5   thinking that that's undisputed.  I --- I would defer

6   to a toxicologist who can find someone who disputes it,

7   but I --- I believe it's undisputed.

8        In humans, because we're not going to liver biopsy

9   in person after person, and frankly won't be doing

10  that, what we have in humans is the animals do it and

11  the human biomarker data line up with it.  And

12  therefore, it looks like that's the underlying

13  mechanism that --- that starts steatosis.

14       In addition, there are emerging marker studies in

15  human that show that both the DNA markers and the

16  immune markers and the cell damage markers line up with

17  steatosis.  So it's pretty strong, but it's not at the

18  same level of --- as cigarette smoking and lung cancer

19  and --- and it may never be, because we're not going to

20  go in and do liver biopsies until people are very sick.

21  Q.    Are you or are you not recommending medical

22  monitoring for prostate cancer in males in this case?

23  A.    I'm not.

24       That doesn't mean that in some future thing, we'll

25  know some reason to change our minds.  But at

Page 76

```
 1    currently, my --- my sitting down, thinking about it
 2    and going through all the processes, I'm not
 3    recommending it.
 4    Q.   Are you aware of any statement in the peer
 5    reviewed scientific and medical literature which
 6    reports that PFOA is a cause of kidney cancer in
 7    humans?
 8    A.   I'm aware of a statement that says it's linked.
 9    I'm aware of a statement that describes linked, but I'm
10    not aware of a statement that says it's a cause.
11    Q.   Okay.
12         Are you aware of any statement in the peer review
13    scientific and medical literature which reports that
14    PFOA is a cause of testicular cancer in humans?
15    A.   Same answer.
16    Q.   Are you aware of any statement in the peer
17    reviewed scientific and medical literature which
18    reports that PFOA is cause of steatohepatitis in
19    humans?
20    A.   I have to think about that pretty carefully.
21    There are statements that DNA markers are there.  There
22    are statement that the biomarkers are there.  There are
23    clear statements that the animals get it.  And my
24    memory is not good enough to say yea or nay if somebody
25    has said we think, you know, it's in humans.  It's ---
```

Page 77

1    it's the consensus explanation at this point for what

2    underlies these biomarker abnormalities that are in

3    humans, and that I recommend we follow.

4    Q.   Are aware of any statement in the peer reviewed

5    scientific and medical literature which reports that

6    PFOA is a cause of any particular disease in humans?

7    A.   I --- I think that if we look at the literature,

8    if it doesn't say that PFOA is causing people to take

9    more --- to need to take more medication for lipids.  I

10   --- I believe the literature actually states that very

11   clearly and that's a code of diagnosis.  So that's the

12   one where, you know, depending on what you mean by

13   statement, I think the answer could be yes or no

14   depending on how you define statement.

15        I think there's emerging literature that you are

16   more likely to be diagnosed with gout.  So again, you

17   know, depending on what you say is a diagnosis, I think

18   it could be there.  And I think when you look at the

19   differences, if it doesn't already say that, you know,

20   it's a question of when it will.

21        I think it probably does say something like that

22   for cholesterol and it may already for gout.  But if it

23   doesn't, it will soon.  And I think it's more likely

24   than not for the others, but I'm not aware of

25   statements because the literature is slimmer.

1   Q.   Okay.

2        Based on the published literature, can you

3   identify the doses --- the dosage of exposure to PFOA

4   in terms of concentration and duration that is required

5   before you would expect to see signs and symptoms of

6   gout?

7   A.   I haven't seen the dose response curve, so I can't

8   --- I mean I --- I --- I looked at that in literature

9   we published.  But that literature was not adequate to

10  say we know that we have this threshold or there is no

11  threshold.

12       Okay?  We --- I --- I don't think there were enough

13  cases for hyperuricemia to do that.  And that ---

14  that's hyperuricemia and not gout literature.  For the

15  emerging gout literature, I don't know the answer to

16  your question.

17  Q.   Based on the published literature, can you

18  identify the dosage of exposure to PFOA, in terms of

19  concentration and duration, that is required before you

20  would expect to see signs and symptoms of the lipid and

21  cholesterol abnormalities that you described a moment

22  ago?

23  A.   Yes.  We --- we actually do have that in the

24  literature, and you can see it in the --- in the

25  exposure responses in several papers where --- you can

```
                                                  Page 79
 1    look at the figures.  And they're --- actually, an

 2    issue is that, you know, you don't know what the lower

 3    threshold is because it was kind of defined by the

 4    technology at the time in a large population.  But we

 5    can't see --- if you go from two to five, you can start

 6    to see it.

 7    Q.    Two to five what?

 8    A.    So those are nanograms per liter --- micro ---

 9    usually, human reporting doses --- and I always have to

10    look them up because that's a weakness I have.  So it's

11    --- it's a really small number.  It tends to be about

12    --- you know, if people are drinking water at a steady

13    state, it tends to be about a tenth of what's in their

14    drinking water.  But as you correctly pointed out,

15    there are huge variations around that mean.

16    Q.    And what's the duration of the exposure?  So you

17    gave me the concentration.

18    A.    Right.

19    Q.    What's the duration?

20    A.    You know, we don't know the answer because people

21    have been drinking this stuff for different periods of

22    time.  But I'll tell you this, you can see it in

23    children.  So it can't be all that long.  It takes

24    ---you don't --- you don't see it in the youngest of

25    the young children.  In fact, what you actually see is
```

1    opposite at first, it looks like, although we're not

2    sure of that.  And then it turns around and the kids

3    begin to go up.  So it's not vast amounts of time and I

4    can't give you a more --- a better thing except to say

5    we do see it in children.

6    Q.   Okay.

7         Just want to talk for a moment about regulatory

8    risk assessments.

9         While everything is toxic at some dose, the

10   exposure levels calculated in a regulatory risk

11   assessment do not tell you what that dose is.

12        Do they?

13   A.   It's an interesting question because it poses the

14   issue backwards.  So the usual way a risk assess ---

15   let's stipulate I'm not a risk assessor.

16   Q.   Okay.

17   A.   I work with information from risk assessors.  I

18   would be a terrible risk assessor.

19        What risk assessors do very basically, is they find

20   a threshold dose.

21        Okay?  Which is very responsive to your question.

22   So they say in the literature right now, this outcome

23   at this dose is the lowest thing we see.

24        Okay?  And that tends to only get lower over time.

25   It's very rare for that ever to get higher for a toxin.

Page 81

1   New information comes out, it gets lower.  And then

2   based on that dose and based on the route of exposure

3   and based on the outcome and based on something called

4   uncertainty factors which has to do with how much

5   information we have, you come up from that to the

6   regulatory issue.

7        Now the regulatory number is the outcome of that.

8   It's not the precipitating cause of those numbers.  You

9   asked the question sort of backwards to that.

10  Q.   Given the methods, the assumptions and the safety

11  factors that are used in regulatory risk assessments,

12  the permissible exposure levels that are calculated are

13  intended to be protective and not predictive.

14       True?

15  A.   Yes.

16  Q.   Given the methodology assumptions and safety

17  factors that characterize regulatory risk assessments,

18  the permissible exposure levels do not provide

19  predictive information about actual clinical risk or

20  medical causation for exposures that exceed such

21  levels.

22       Do they?

23              ATTORNEY WHITLOCK:

24              Object to the form.

25  A.   Yeah.  Again, that's the same --- it's the same

```
                                                  Page 82
1    backwards formulation.  So the --- the --- the

2    regulatory level is not predictive.  However, depending

3    on the type of data that's available, some of the data

4    can be.  It depends on what's available.

5    BY ATTORNEY WOLFF:

6    Q.   In your report, you do not recite any point

7    estimates, relative risks or confidence intervals for

8    any health end points including kidney cancer,

9    testicular cancer, asthma or steatohepatitis.

10        Do you?

11   A.   That's correct.

12   Q.   Why didn't you recite any of those in your report?

13   A.   They're --- they're in the literature.  The

14   literature is referenced, and I just didn't think that

15   there was a need to add to what's in the literature

16   beyond the --- beyond the findings that are there.

17   Q.   Beyond providing summary statements, some of which

18   are as short as one word and some of which are up to

19   two sentences, you do not discuss, analyze or explain

20   the methodological limitations or the particular data

21   from any of the studies that you cite through endnotes

22   on pages five and six of your report.

23        Do you?

24             ATTORNEY WHITLOCK:

25             Object to the form.
```

```
                                               Page 83
 1   A.    Could you repeat the question?
 2   BY ATTORNEY WOLFF:
 3   Q.    Sure.
 4         You do not discuss, analyze, or explain the
 5   methodological limitations or the particular data from
 6   any of the studies that you cite through endnotes on
 7   pages five and six of your report.
 8         Do you?
 9   A.    No.
10   Q.    Why not?
11   A.    I didn't think it was needed.  We were dealing
12   with excess risk, and the excess risk is present and I
13   thought that was what I was asked to do.
14   Q.    Asked to do by whom?
15   A.    By Plaintiff's attorneys.
16   Q.    The studies that you cite on pages five and six of
17   your report are not the totality of the published
18   studies from PFOA exposed human populations on each of
19   those end points.
20         Are they?
21   A.    No, there's probably another group of studies.
22   It's --- it's a lot of them.  At some point, you run
23   out of gas.  Some of them are not that relevant because
24   they studied the wrong population or at the wrong dose,
25   but there are others.
```

1   Q.   Are the particular studies that you cite for each

2   of the end points listed on pages five and six of your

3   report, the studies that you think support your

4   opinions?

5   A.   In some cases, they're not fully supportive.  In

6   many cases, they are supportive.  And there are other

7   studies in some cases that are supportive.  And studies

8   that I thought were less important, I didn't include.

9        And then you're asking, I think, about studies that

10   are not supportive.  And there some in the literature,

11   and I didn't include them.  And for the most part, I

12   don't think that they're very relevant either.

13   Q.   Let me just frame the question.

14        Do you cite the studies containing data that do

15   not support or are inconsistent with the propositions

16   you advance on pages five and six of your report?

17   A.   Actually, some of these are in some ways

18   inconsistent.

19   Q.   How is that?

20   A.   They don't always show that the --- that the dose

21   response curve is exactly the same way we found it.

22        Okay?  There are differences in the dose response

23   curve.  There are differences in which perfluoroalkyl

24   substance is the most powerful.  It's often the one

25   that's sort of a rule of thumb.  It's not always true,

```
                                                        Page 85
 1    but it's often true.

 2         At the higher dose --- when you get into the higher

 3    dose populations, the dominant perfluoroalkyl substance

 4    is the one that looks like it's the baddie, and other

 5    is less, which may be consistent with a --- saturation

 6    mechanism, some people think.  But we don't know.

 7         So it's --- they're --- they're --- they're not ---

 8    you know, it's --- it's not always fully supportive,

 9    but I also didn't cite, to be clear, the ones that I

10    think were less important, the ones that were out in

11    the way upper range of the exposure where it tends to

12    attenuate.  It still goes up, but not enough that you

13    can see it in the size population that it was done,

14    things like that.

15    Q.   What were the inclusion and exclusion criteria, if

16    any, for the studies you cite on pages five and six of

17    your report?

18    A.   I thought they were the best in class.

19    Q.   What method did you use to reach the opinions in

20    your report?

21                    ATTORNEY WHITLOCK:

22                    Object to the form, vague and ambiguous.

23    A.   The way we --- you're asking me about a literature

24    search strategy?

25    BY ATTORNEY WOLFF:
```

1  Q.   However you would describe it, so that's a pretty

2  broad question, but it's the one way I know how to ask

3  it.   What method did you use to reach the opinions in

4  your report?

5  A.   So for each of these questions, there is a --- a

6  literature.  That literature came almost completely ---

7  there are a couple of exceptions we found in the United

8  States National Library of Medicine where you can use

9  specific search terms with specific operators to find

10  --- or everything or to narrow down on the thing you

11  want.

12      You pull up all of those and you look at the ones

13  that address the question that you're asking, and then

14  you cite the ones that you think are the best within

15  those groups.

16  Q.   Anything else?

17  A.   I --- I absolutely think there are other things

18  that I do as a matter of intuition, but you may have to

19  ask me a more specific question for me to tell you what

20  else you --- you mean in your very broad question.

21  Q.   The phrase consistently established does not have

22  any recognized or generally accepted definition in the

23  medical and scientific community.

24      Does it?

25  A.   I --- I don't know the answer to that.  I'm not

Page 87

1    aware that it does, so we'll leave it at that.

2    Q.    Fair enough.

3          In your opinion, how long would a person have to

4    drink water containing PFOA to be at a significantly

5    increased risk of a serious latent disease?

6    A.    That's ---.

7                     ATTORNEY WHITLOCK:

8                     Object to the form.

9    A.    That's actually an important question, and I don't

10   think it's just like a few weeks, even if it's a high

11   dose.  I --- based on the physiology, it looks like

12   it's got to be for a period of time.

13         Okay?  You know, you could --- any time period you

14   pick is arbitrary.  If you say it's 365 days, someone

15   will argue it's 364 and someone else will say it's 366.

16         But I don't think that if you drink a bunch of PFOA

17   all at once --- you know, may make you sick.  You know,

18   you may not feel good for a day.  I don't think that's

19   what we're looking at in the people who have

20   abnormality.  I think it takes time to develop, even at

21   high dose.

22   BY ATTORNEY WOLFF:

23   Q.    Right.

24         So I'm not asking you to debate with anybody else

25   at the moment. And I know that you said that there were

```
                                                 Page 88
 1   some would say --- you 365, someone else will say 364.
 2        Okay?  Let's put those folks aside.  In your
 3   opinion, Alan Ducatman's opinion, how long would a
 4   person have to drink water containing PFOA to be at a
 5   significantly increased risk of a serious latent
 6   disease?
 7                  ATTORNEY WHITLOCK:
 8                  Object to the form.
 9   A.   The --- the --- the question is --- is
10   unanswerable because of course, we don't know.
11        Let's --- let's do it as a practical answer.  If I
12   were to choose a cutoff based on what we do and don't
13   know and --- and in terms of how long we mostly don't
14   know, I would choose a cutoff of a year.
15        Okay?  That's just a practical matter because I
16   don't think --- you know, let's say that something goes
17   wrong and one of the products that you're using gives
18   you a really big bolus of PFOA.  Well that's not how
19   people bioaccumulate.  And --- and this is about
20   bioaccumulation in people, and bioaccumulation is
21   something that takes time and invokes our own
22   metabolism.  And so I know it's not a day.  I don't
23   think it's a month, so I chose a year.
24        Okay?
25   BY ATTORNEY WOLFF:
```

```
                                                        Page 89
 1    Q.   If there is a risk associated with drinking water
 2    with PFOA, then the risk is different from individual
 3    to individual because their consumption of water is
 4    different.
 5         Correct?
 6    A.   Well that's one way to look at it.  But the other
 7    way to look at it is we can measure the
 8    bioconcentration in people and at that point, it's
 9    their bioconcentration.
10    Q.   Assuming there is a risk associated with PFOA
11    exposure, if you were to look at any individual class
12    member among the thousand or more individuals in this
13    proposed class, the risk to that individual is going to
14    be affected not only by the amount of water, but also
15    by the amount of PFOA in the water he or she has
16    consumed.
17         Correct?
18    A.   Yes, that's correct.
19    Q.   Is it fair to say that the risk of disease, if
20    any, is not proportional to the difference in the
21    amounts of water consumed because different individuals
22    have different susceptibilities to PFOA based on their
23    medical conditions and other behavioral factors ---?
24    A.   I --- I think you're right.  But the question is
25    pretty the long, so could you repeat it?  Just ---.
```

Page 90

```
 1   Q.   I want you to be sure.
 2        Is it fair to say that the risk of disease, if
 3   any, is not proportional to the difference in the
 4   amounts of water consumed because different individuals
 5   have different susceptibilities to PFOA based on their
 6   medical conditions and other behavioral factors?
 7   A.   Well I ---.
 8                  ATTORNEY WHITLOCK:
 9                  Object --- excuse me.
10                  I'm going to object to the form to the
11   compound question, and it's vague and ambiguous.
12                  Now you may answer.
13   A.   The --- the first part of that actually, now that
14   I've heard the whole thing, so there's about two to
15   three different questions in there, and one piece of it
16   is wrong.
17   BY ATTORNEY WOLFF:
18   Q.   Which piece is wrong?
19   A.   The --- the bit about the concentration in water.
20   You should repeat that because it doesn't make sense.
21        If you read the whole question, I'll write down the
22   part that doesn't make sense.
23   Q.   Okay.
24        Is it fair to say that the risk of disease, if
25   any, is not proportional to the difference in the
```

1    amounts of water consumed because different individuals

2    have different susceptibilities to PFOA based on their

3    medical conditions and other behavioral factors?

4    A.    Okay.

5          So ---.

6    Q.    So what part --- what part did I get wrong?

7    A.    It --- it's --- I'm trying to parse the double

8    negative.

9    Q.    Okay.

10   A.    And there is a double negative in there.

11              ATTORNEY WHITLOCK:

12              There's a double negative, there's four

13   questions.   There's ---.

14   A.    Yeah.

15         But when you say it's not proportional --- and I'm

16   paraphrasing, I may not have it exactly --- not

17   proportional to the difference in the amount of water

18   consumed --- well actually, the dose --- the exposure

19   dose is going to be --- people will have different

20   concentrations in their serum, but the exposure dose

21   will be proportional.

22         So your --- your question has an incorrect piece in

23   the middle of it that makes it's just --- or not ---

24   maybe misleading or difficult, and so you --- you

25   should probably just ask that question because you may

Page 92

```
 1   mean something important.  But you --- you can't do
 2   that proportion thing where the dose in the water
 3   somehow doesn't matter.
 4   BY ATTORNEY WOLFF:
 5   Q.   But the dose in the water does matter because ---
 6   A.   Right.
 7   Q.   --- because there are differences from well to
 8   well to well.
 9        Right?
10   A.   Right.
11        That --- but your question don't say that.
12   Q.   Is it fair ---?
13   A.   Your question's got the double negative in there
14   that doesn't say that when you parse it.
15   Q.   Okay.
16        I'm not sure where the double negative is, but I
17   --- I think we've spent enough time on this one.
18        Is it fair to say that individuals who are not
19   exposed to PFOA through their home's water supply
20   because for example, they're hooked up to the municipal
21   water system in Bennington, do not have that component
22   of PFOA in their PFOA body burden.  And thus, their
23   risk of exposure, if any, is less than those
24   individuals who have PFOA in their home's water supply?
25   A.   It's mostly correct, but it will be incorrect in
```

1    some cases.  And so --- so if you look at the C8 health

2    study, if you worked, if you went to school --- so I

3    don't have any information that any business was on a

4    well.  I don't have any information that a school was

5    on a well.  But since I don't have that information,

6    the point isn't where you live, so much as were you in

7    a place where you drank the water for a substantial

8    period of time?

9         And so your question is mostly correct.

10   Q.   Is an alteration in a biochemical marker itself a

11   clinical pathology?

12   A.   So you --- you were good until you used word

13   pathology, which is usually histopathologic.  But let's

14   use the word clinical disease.

15        Okay?  And then the answer is, it depends.  So it

16   depends on the marker.  Some of them, they're only

17   markers of disease.  And some of them, they are the

18   disease, so it depends.

19   Q.   Fair answer.

20        In --- in your opinion, are small but

21   statistically significant increases in liver

22   biochemical tests clinically significant?

23   A.   Good question.  I like that one.

24        Not necessarily in one individual at one time.

25        In populations, they are very significant for

1    indicating what's going on and that's where they become

2    very useful in a population.  And then you can go back

3    and use them for screening.  Also there's increasing

4    information that you can use them for screening.

5         So let's take the normal cut office of ALT.  Okay?

6    Which is a liver biomarker.  And say the normal cutoff

7    at my lab is 40 or 50, choose whichever one you want.

8    And say that my number, my personal number, is 30.  So

9    I'm clinically normal.  What that means is that I'm

10   within the distribution of 95th percentile.  It doesn't

11   say much about my liver.

12        Now we start to get interested in the past five

13   years about the --- the epidemic of steatosis in our

14   society, something like more than 20 percent and fewer

15   than 40 percent already have steatosis.  Looks like

16   this increases the risk associated mostly with obesity.

17        If you no longer go by 40 and you take other

18   cutoffs, people are finding this very useful.  Okay?

19   So the population research actually led to reevaluation

20   of the marker.

21   Q.   In your opinion, does every instance of an

22   abnormal liver biochemical test constitute a disease?

23   A.   No.

24        By definition ---- you --- you know the answer to

25   that.  By definition, an abnormal liver biochemical

Page 95

1    test isn't a disease.  And furthermore, even one

2    abnormal cholesterol test isn't a disease.  We have to

3    be sure that you're going to do it frequently before we

4    start to treat you for your high cholesterol.

5    Q.   Right.

6         So if you're going to be put on a statin, most

7    physicians would want to see a second cholesterol test?

8    A.   Most would.

9    Q.   Similar results?

10   A.   Yeah, most would.

11        They might not if --- you know, they might not if

12   --- if your --- if your --- if your whole family had

13   just died at a young age.  But most of the time, they

14   would repeat it and that would be a prudent thing to

15   do.

16   Q.   And once they've got the repeat test, they put you

17   on a statin and pretty much you're taking a statin for

18   the rest of your life.

19        Right?

20   A.   Until you get disgusted with taking it and stop,

21   which is one of the problems.

22   Q.   Got it.

23        At the bottom of page three of your report, you

24   state that the mean background blood serum level in the

25   U.S. population of 2.1 micrograms per liter.

```
                                             Page 96
 1        Right?
 2   A.    At the --- yes.
 3        That --- that --- that was the mean background
 4   level circa --- I'm trying to remember the time, but
 5   it's one of the NHANES reports.
 6   Q.    Yeah, 2011 to 2012, that was the geometric mean.
 7        Correct?
 8   A.    That's correct.  That sounds correct.  I think
 9   you're right about the years.
10   Q.    And we'll go through them.
11        In the second paragraph of Page Nine of your
12   report you make reference to Bennington residents who
13   have above background levels of PFOA in their blood.
14        Correct?
15   A.    Yes.
16   Q.    I'm not fussing when you say this, but your report
17   does not actually specify the cut point for what you
18   consider to be background levels of PFOA in blood.
19        Does it?
20   A.    This report or the other one?  I don't remember,
21   but if it --- if it doesn't I was thinking about 2.1 at
22   this time.
23   Q.    So for purposes of your opinion in this case what
24   do you consider the cut point to be for background
25   levels of PFOA in blood?
```

1   A.   Well, since I wrote this report NHANES published

2   another.   And there was a --- a disappointingly small

3   decrease --- I mean, it's actually --- people are not

4   coming down the way we hoped.  But there is a tiny

5   decrease in ---  you're going to test my memory here.

6   I think it's like 1.96 now.

7        If I'm off by, you know, a couple hundredths I

8   apologize, because --- but I did the report at 2.1 and,

9   you know, that's what I was thinking when I did the

10  report.

11  Q.   Then let's use 2.1 as the --- as the cut point.

12       Okay?  I just --- I need to have a sort of a

13  common thing to point to.  2.1 is what you intended

14  when you wrote your report?

15  A.   When I wrote that report I intended 2.1.

16  Q.   Okay.

17       So when you wrote your report and you made

18  reference to Bennington residents who have above

19  background levels of PFOA in their blood you meant

20  residents who have greater than 2.1 microliters of PFOA

21  in their blood.

22       Correct?

23  A.   That's what I meant when I wrote the report

24  honestly.

25  Q.   And then --- yeah, okay.

1      And then in the same paragraph on page nine of

2   your report you go on to assert that, to a reasonable

3   degree of medical certainty a medical monitoring

4   program is clinically necessary for this population to

5   detect known PFOA-related adverse health effects as

6   early as possible, in order to minimize disease and

7   improve health outcomes.  That's what you wrote.

8      Correct?

9   A.   Yes, that sounds right.

10  Q.   So to be clear, your inclusion criteria for what

11  you describe as a clinically necessary medical

12  monitoring program is anyone who has more than the

13  NHANES background levels of 2.1 microliters of PFOA in

14  their blood.

15     Correct?

16  A.   It's actually not that simple.  But what I

17  thinking --- but that's a fine cut point.

18  Q.   What were you thinking?

19  A.   It just so happens as we've already discussed that

20  if you look at the large population profiles for lipids

21  and perfluoroalkyl substances you can see the --- I

22  mean, it may happen lower.  Actually it looks like it

23  happens lower if you look at the curve.

24      You probably assume it happens lower, but you

25  can't see because the technology wasn't there.  But if

1   you go from two to five it goes up.

2   Q.   How can one tell which Bennington residents do or

3   do not have more than 2.1 microliters of PFOA in their

4   blood?

5   A.   I personally can't look at you and tell what your

6   perfluoroalkyl substance is by --- by any means other

7   than by testing.

8   Q.   So each individual living in Bennington would need

9   to be tested to determine whether they have more or

10  less than 2.1 microliters?

11  A.   Well, we've already had a little bit of this

12  confusion about all of Bennington versus the people who

13  have contaminated water.

14  Q.   Okay.

15  A.   So let's --- let's stick with this population.

16  Q.   Okay.

17       This --- so --- fair enough.  So in order to

18  determine who in this population has more than 2.1

19  microliters of PFOA in their blood each individual

20  would need to have a blood test?

21  A.   I think many have had, but perhaps not all.  And

22  it would be very appropriate to test folks to find out.

23  You know, you --- there's one other way to look at it

24  and I know epidemiologists who actually prefer the

25  models --- and the thing --- the nice thing about the

1  model from an epidemiologist's perspective is you can

2  start looking at the thing that you already mentioned,

3  which is the variation in the water.  Very likely it

4  was higher at some time, but maybe it wasn't.  Maybe,

5  you know, we have to model it and you get some idea of

6  what was in their blood over time.

7       Because I'm a clinician I'm very comfortable with

8  the idea.  We measure it in your blood and that

9  integrates your exposure and that's your exposure.

10  Because it's very concrete.  I don't have to deal with

11  a whole lot of math where people can argue.

12  Q.   Let's take a half step back, just a general

13  question.  You are aware that NHANES periodically

14  conducts and publishes the results of blood sampling.

15       Correct?

16  A.   Yes.

17  Q.   Is it fair to say that NHANES collects and

18  publishes data on human exposure to some 265

19  environmental chemicals?

20  A.   I don't know the number, but I'll take your word

21  for it.

22  Q.   Fair enough.

23  A.   And, you know, the --- the chemicals vary by the

24  way, even within the PFOA substances from test date to

25  test date.

Page 101

1       So it's not like it's this --- you mentioned 265.

2   It's not like you could say in 2004 it's the same

3   chemicals as in 2011 or 2014.

4   Q.   And I'm just going to get into that.  Okay.

5                             ---

6   (WHEREUPON, THERE WAS AN OFF RECORD DISCUSSION.)

7                             ---

8   BY ATTORNEY WOLFF:

9   Q.   Dr. Ducatman, Exhibit 9 contains the PFOA blood

10  data tables from the February 2015 NHANES Fourth

11  National Report on Human Exposure to Environmental

12  Chemicals.

13                            ---

14                        (Whereupon, Exhibit 9, February 2015

15                        PFOA Blood Data Tables, was marked

16                        for identification.)

17                            ---

18  BY ATTORNEY WOLFF:

19  Q.    Please turn with me to page 338, which is the

20  last page on this Exhibit, which contains the sampling

21  results for PFOA from 2011 to 2012.  Are you there?

22  A.   Yes.

23  Q.   And in the top line the geometric mean for the

24  total sample is 2.08 micrograms per liter, which

25  rounded up to the first decimal is your number of 2.1

```
                                            Page 102
```

1    micrograms per liter.

2        Correct?

3    A.   Yes.

4              ATTORNEY WHITLOCK:

5              Object to the form.

6    A.   I --- I --- I already mentioned that I might be a

7    couple hundredths off, but I just --- you you have to

8    remember a number.

9    BY ATTORNEY WOLFF:

10   Q.   I'm not fussing at you.  I just want to make sure

11   we're talking about the same data set.

12   A.   Right.  It's --- and it's a geometric mean and not

13   a mean.  And you may have said mean, which I didn't

14   catch at the moment.  But in any case it's --- it's a

15   median.  It's a --- it's a central tendency.

16   Q.   Okay.

17       And please turn to page 336 which contains the

18   sampling results for PFOA from five different surveys

19   taken between 1999 and 2010.

20       Correct?

21   A.   Yes.

22   Q.   And with the exception of the 2007 to 2008

23   sampling period in each successive survey the geometric

24   mean is going down from the prior survey.

25       Correct?

```
                                              Page 103
1    A.   Yes.
2    Q.   And so for 1999 to 2000 the geometry metric mean
3    was 5.21.
4         Correct?
5    A.   Yes.
6    Q.   For 2003 to 2004 the geometric mean was 3.95.
7         Correct?
8    A.   Yes.
9    Q.   From 2005 to 2006 the geometric mean was 3.92.
10        Correct?
11   A.   Yes.
12   Q.   From 2007 to 2008 the geometric mean was 4.12.
13        Correct?
14   A.   Yes.
15   Q.   And from 2009 to 2010 the geometric mean was 3.07.
16        Correct?
17   A.   Yes.
18   Q.   And as we know for 2011 to 2012 the geometric mean
19   was 2.08.
20        Correct?
21   A.   I think that's right.
22   Q.   Now since your inclusion criteria for what you say
23   is a clinically necessary medical monitoring program,
24   is anyone who has more than the background of 2.1
25   micrograms per liter you would say that millions and
```

Page 104

1    millions of Americans should have been getting this

2    medical monitoring as a clinical necessity in 1999 to

3    2000 when the background level was 5.21, which is two

4    and half times higher than 2.1.

5         Correct?

6    A.    Yeah.

7                    ATTORNEY WHITLOCK:

8                    Object --- object to the form.

9    A.    It would have --- your question is, would it have

10   been desirable for these people to ---.

11   BY ATTORNEY WOLFF:

12   Q.    Have that medical monitoring program?

13   A.    Yes, it would have been.

14   Q.    And the scientific data do not demonstrate that

15   2.1 micrograms per liter of PFOA is a threshold dose

16   for causing any disease in humans.

17        Do they?

18   A.    You mean, it could be lower?  It could be.

19   Q.    The scientific data did not demonstrate that

20   something less than 2.1 micrograms per liter of PFOA is

21   a threshold dose for causing any disease in humans.  Do

22   they?

23   A.    We don't know that.  Right.  Yeah, correct.

24   Q.    Okay.

25        Now let's use the 1999 to 2000 geometric mean as

Page 105

1    an example.   The scientific data do not demonstrate

2    that 5.2 micrograms per liter of PFOA is a threshold

3    dose for causing any disease in humans.   Do they?

4    A.    What we know about 5.2 is that we can see that

5    your cholesterol goes up.   And we also know that the

6    very assiduous search for confounders has been made in

7    multiple ways and not found.   We also know that the

8    right animal fed the right diet will get the same

9    result.

10       So I believe that it's much more likely than not

11   that we do know that people are more likely to need to

12   take lipid lowering medications at that dose.

13   Q.    Other than being an average background level 2.1

14   micrograms per liter of PFOA has no established

15   clinical significance.   Does it?

16   A.    For environmental chemicals we just generally

17   don't say that a level has a clinical significance.   We

18   --- we --- there are regulatory significances.   And

19   sometimes they're --- they're, you know, well known

20   like, you know, the cut off for children in lead.   And

21   there are regulatory --- so that's a biomarker.   And

22   there's regulatory thresholds for exposures.   But we

23   don't say that if you're above this level even for

24   something as toxic as lead that we know you're going to

25   be sick.

1    Q.    Other than being an average background level 2.1

2    micrograms per liter of PFOA has no established

3    scientific significance.  Does it?

4    A.    Well, again what we know is that when you go from

5    two to five you can see in both adults and children

6    that the serum lipids are going up.

7         We also know that --- here's the neat thing, if you

8    take a population where it's going down serum lipids

9    are coming down at --- I mean, you have to model

10   against age.  You have to do that because as we age our

11   lipids get worse but the cholesterol and LDL are

12   getting better when it comes down --- and that study's

13   been done too.

14   Q.    When considering risk are dose and the attendant

15   hazard important factors?

16   A.    Yes.

17   Q.    Dr. Ducatman, Exhibit 10 is a transcription of the

18   ATSDR/CDC's January 2017 PFAS Continuing Education for

19   Clinicians, which is available on video through the

20   ATSDR's website and which contains subtitles.

21                         ---

22                         (Whereupon, Exhibit 10, January 2017

23                         ATSDR/CDC Transcript, was marked for

24                         identification.)

25                         ---

1    BY ATTORNEY WOLFF:

2    Q.    And to be clear, our word processing department

3    prepared this transcription off of that video and its

4    subtitles.  I just want you to understand how this

5    document came to be.

6         Okay?

7    A.    Thank you.

8    Q.    And if you would please turn with me to page 28?

9         Are you there?

10   A.    Yes.

11   Q.    As recently as 2017 the ATSDR/CDC has told

12   clinicians that there is no health screening

13   recommended because of exposure to PFOA.

14        Correct?

15   A.    Right.  They're going --- there are no official

16   guidelines.

17   Q.    And please turn with me to page 27.  And we're

18   going to take this in stepwise fashion.

19        Okay?  Are you there?

20   A.    I'm here.

21   Q.    Okay.

22        As recently as 2017 the ATSDR/CDC has told

23   clinicians that PFAS are ubiquitous in both the U.S.

24   and globally.  There are no specific biomarkers of

25   health effects caused by or linked to PFAS blood

Page 108

1   concentrations.

2        The presence of PFAS in blood testing only

3   confirms exposure, which is present in greater than 95

4   percent of the U.S. population, based on representative

5   samples from NHANES studies.

6        Correct?

7   A.   That's what was written there.

8   Q.   Do you agree with that statement?

9   A.   I agree with parts of it.

10  Q.   What parts do you not agree with?

11  A.   When they say there are no specific biomarkers of

12  health effects I'm not sure I know what they mean.  If

13  they --- if they mean that PFAS is not linked with

14  elevated total cholesterol that literature is pretty

15  clear that they're wrong.  So it's unclear to me what

16  they mean by that.

17       What I agree with is the statements that PFAS are

18  ubiquitous in both the U.S. and globally.  If there are

19  places where people don't have PFAS in them it's got to

20  be both a pretty remote place and a place where people

21  aren't eating any seafood because PFAS gets into

22  certain types of seafood --- various PFASs get into

23  certain types of seafood.  So in places as remote as

24  the Faroe Islands, people have PFAS in them.

25       And the presence the PFAS in blood testing only

1    confirms exposure which is present in 95 percent of the

2    U.S. population based on representative samples.  And I

3    agree with that, the presence confirms exposure.  But I

4    don't know what they mean by only.

5    Q.   Let's continue.  The ATSDR/CDC further states

6    that, while higher blood concentrations of PFAS suggest

7    larger exposures PFAS blood concentrations cannot be

8    linked to any specific health effects.  And results

9    obtained from testing patients blood PFAS

10   concentrations would not guide medical decision making.

11        Correct?

12   A.   It does say that.

13   Q.   And the ATSDR further states that, even if a

14   patient is identified as having an extremely high PFAS

15   blood concentration this does not mean he or she will

16   suffer from any adverse health effects.

17        Correct?

18   A.   It says's that, yes.

19   Q.   Do agree with that statement?

20   A.   Which one?

21   Q.   Either of the two that we just read.

22   A.   Okay.

23        I --- I agree with the second one.  It is possible

24   to have a very high PFAS serum concentration and

25   nothing bad may happen.  That --- that is certainly

```
                                                  Page 110
 1    possible.  And we know that from other environmental

 2    exposures.  You can work with dioxin and not get one of

 3    dread diseases.  You can smoke cigarettes and lead a

 4    long life.  It's unwise, but you can do it.

 5         The one I disagree with and you anticipated this,

 6    is that they cannot be linked to any special health

 7    effects.  I actually think the literature is very clear

 8    and I think that this statement's going to be a black

 9    eye for ATSDR.  And it's only a matter of time before

10    they get tired of trying to defend it.

11                   ATTORNEY WHITLOCK:

12                   Just so the record's clear I'm just going

13    to object to the inference ATSDR and CDC continue,

14    given the transcription.  I don't --- I --- I certainly

15    am not questioning that it was accurately transcribed.

16    I just have no way of verifying that.

17                   You could --- Counselor, you're welcome to

18    read --- read from it and ask Dr. Ducatman whether he

19    agrees or disagrees and --- and you can --- and you're

20    welcome to continue attributing it ATSDR/CDR.  But I

21    just wanted to make that clear on the record.

22                   ATTORNEY WOLFF:

23                   Okay.  And we noted the link on the first

24    page.

25    BY ATTORNEY WOLFF:
```

Page 111

1    Q.    Okay.

2          Dr. Ducatman, let's just finish with this page.

3    The ATSDR/CDC further states that, likewise patients

4    with mildly elevated PFAS blood concentrations are not

5    immune from exposure-related health risks.

6          Management of patients exposed to PFAS should be

7    guided solely by patient symptoms and findings derived

8    through a health history and physical examination.

9          Correct?

10   A.    Yes, it say's that.

11   Q.    Do you agree with that statement?

12   A.    So there's two statements there.  Let's go --- is

13   it okay if I do them separately?

14   Q.    However you wish.

15   A.    Thank you.  So patients with mildly elevated blood

16   concentrations are not immune from exposure-related

17   risks, with the exception that they shouldn't have used

18   word immune.  Because immune means something else.

19          I agree with the direction they're taking that

20   statement.  You --- you --- if you are exposed you can

21   have health outcomes.  That's what they're saying.

22   They're just saying it in the negative.  And they

23   shouldn't have used the word immune.

24          By the way, if I forgot to include immune in my

25   first list of things I should have.  You just reminded

1   me.  Because we know that ---.

2   Q.   So I just ---- so the record is clear, what is

3   your first list of things?

4   A.   Yeah, immune is on it.

5   Q.   No, no. No, what --- what --- what were you

6   intending to describe on your first list of things?

7   A.   Yes, that was the question that you asked me.

8   And I can't remember if I added immune.  But if I

9   didn't it should be there.

10  Q.   Yeah, but are ---?

11  A.   There are immune --- there are immune findings.

12  Q.   Okay.

13       Now let me --- let me ask it this way.  Are immune

14  findings findings that you would say have been

15  demonstrated in humans?

16  A.   Yes, absolutely.

17  Q.   Okay.

18  A.   There's zero doubt to that at this point.

19  Q.   I just wanted to get clarity on what we were ---?

20  A.   Yeah, and if I --- if I forgot I apologize.

21  Q.   Yeah, I ---.

22  A.   There's no doubt of it.  It's --- it's kind of,

23  you know, when you're on a seat for like more than an

24  hour you just, you know --- sometimes you just don't

25  remember everything.  But back to this.

```
                                            Page 113
 1   Q.    Okay.
 2         Back to this.  I'm not fussing at you.  Are you
 3   done with your answer on page 27 or ---?
 4   A.    No.
 5   Q.    Okay.  Then please continue.
 6   A.    There's a second sentence there.
 7   Q.    Okay.  Go ahead.
 8   A.    Management of patients exposed to PFAS should be
 9   guided solely by patient symptoms and findings derived
10   from a thorough health history and physical
11   examination.
12         And here I --- I mostly agree.  Because what
13   they're talking about when they use the word management
14   is they're talking about what happens between you and
15   your doctor.  Okay?
16         But somebody reading this sentence could infer that
17   your doctor actually knows what to do with PFAS levels.
18   And actually we know that's not the case.  And so it's
19   --- it's got to be also based on what we find out about
20   your exposure.  And then will your doctor know what
21   things to think about?  Not necessarily.  And that's
22   true.  You know, that's not a critique of anybody.
23   There's plenty of things that --- I'm doctor that I
24   don't know --- I know in my area other doctors know
25   things in their area.  And the good thing that you can
```

1   do is to help them --- direct them to the things that

2   they should --- they should have information about.

3   And that can be done easily and cost-effectively ---

4   Q.   Yes.

5   A.   --- you know.

6   Q.   And --- and --- and --- and the issue of PFOA

7   exposure in the water in Bennington has been the

8   subject of countless reports in the news media, whether

9   in newspapers or television reports.

10       Correct?

11  A.   That's right.

12  Q.   And is it ---?

13  A.   Countless is wrong, but many.

14  Q.   At some point somebody could count them up, but it

15  would be a lot.

16       Right?

17  A.   It would be plenty.

18  Q.   And is --- is it fair to say that members of the

19  medical community in Bennington area are conscious of

20  these issues?

21  A.   I assume they're conscious of it.  I assume they

22  know that this is an issue their community.

23  Q.   And --- okay.

24       So we're done with page 27.  Please turn with me

25  to page 32.  And let me know when you're there.

1    A.    I think we were here before.

2    Q.    Maybe.  The ATSDR/CDC states that more than 95

3    percent of the represented U.S. population has

4    measurable blood levels of PFOA and PFOS.  The presence

5    of these PFAS in blood only confirms exposure.  This

6    does not mean your patient will suffer any adverse

7    health effects.  Routine blood tests for PFAS cannot be

8    extrapolated to any specific health effects and cannot

9    guide medical decision making.

10        Correct?

11   A.    It says that.

12   Q.    Do agree with that statement?

13   A.    PFAS tests alone should guide medical decision

14   making.  They're correct.  A PFAS test alone cannot

15   guide medical decision making, with one possible

16   exception but it's one that would be up for debate.  Do

17   you want to discuss that one?

18   Q.    If you do.

19   A.    You asked me the question, so it's up to you.

20   Q.    Okay.

21        I'm just --- I was asking you if you agree with

22   that statement.  And if you disagree with the

23   statement ---.

24   A.    There's --- there's one detail in which this could

25   be wrong in some clinicians' eyes and I don't think

1    it's important.  And I asked you if you want me to go

2    over ----.

3    Q.   Okay.  If it's ---- if it's not important then

4    let's not discuss it.

5    A.   Okay.

6    Q.   Is it fair to say that because biomonitoring

7    sampling results for PFOA cannot predict current or

8    future health outcomes or diseases the results are not

9    clinically actionable?

10   A.   Okay.

11        So we're back to that same thing.  Usually the

12   results themselves are not --- PFOA, PFOS, PFNA, PFHxS,

13   any one of them, they alone are not clinically

14   actionable, with that one exception.  It's probably ---

15   just --- let's get it out there so that it's --- it's

16   --- you'll understand that it's not --- that I said I'm

17   trying to be accurate.  And that is that some doctors,

18   and it's not a majority, think that we should be doing

19   things to get the ones out of people's bodies at a more

20   rapid rate where we have medicines that can do that.

21        And it's certainly a consideration.  It's a

22   legitimate consideration.  I think it's a research

23   question rather than a clinical question at this point.

24   So in my mind it's not a clinically actionable thing to

25   do.  But I know some patients really want it done.

1   Q.   Okay.

2        Let's turn back just for a moment to the average

3   blood levels of PFOA.  Merely having a blood level of

4   2.1 micrograms per liter of PFOA is not necessarily a

5   risk.

6        Is it?

7   A.   Yeah, it is.  I'm sorry.  It's --- it's a risk.

8   Q.   Why do you say that?

9   A.   It's a toxin, it has activity.  And you don't want

10  that activity in your body.  I don't want it in my

11  body.  It is a risk.  And not only that, it's a risk at

12  which you go above that level just --- you know, start

13  moving up the chain.  And we know that we can see that

14  you have higher cholesterol and LDL cholesterol in

15  pretty large studies.

16       And we also know that when people decrease from

17  those levels on average --- pick your levels --- as

18  people come down, your LDL and total cholesterol come

19  down in at least one study.

20       So I actually think it is a risk.  You don't want

21  it in your body.  It's an inappropriate thing to have

22  there.  It is a known toxin and it is a risk.

23       You may be asking the question in a different way,

24  in which case you should rephrase it.

25  Q.   What do you have in mind?

Page 118

1    A.    Okay.

2         You may be asking me about if you have this do we

3    know the relative risk of testicular cancer.  In which

4    case --- which you already asked.  In which case the

5    answer is no.

6    Q.    Bear with me just a moment.  I just need to confer

7    with my colleague.

8                   ATTORNEY WOLFF:

9                   Why don't we just go off the record.

10                  VIDEOGRAPHER:

11                  Going off the record at 11:02 a.m.

12   OFF VIDEO

13                        ---

14   (WHEREUPON, AN OFF RECORD DISCUSSION WAS HELD)

15                        ---

16   ON VIDEO

17                  VIDEOGRAPHER:

18                  Back on the record 11:12 a.m.

19   BY ATTORNEY WOLFF:

20   Q.    Dr. Ducatman, the reason why individuals who have

21   elevated cholesterol are prescribed statins is to

22   reduce the risk of adverse cardiovascular disease.

23         Correct?

24   A.    Yes.

25   Q.    Are the elevations in cholesterol that have been

1    seen in PFOA exposed populations clinically

2    significant?

3    A.    Yes.

4    Q.    Has there been a statistically significant

5    increase in adverse cardiovascular events among

6    populations exposed to PFOA?

7    A.    No.

8    Q.    How, if at all, do you describe --- do you ---

9    strike that.

10         How, if at all, do you explain that discrepancy?

11   A.    First we don't know for sure why there is a

12   discrepancy.  So that's the best explanation.

13   Q.    Okay.

14   A.    I'm not done.

15   Q.    Okay.  Please continue.

16   A.    In addition, we know that if you have been exposed

17   to this --- this compound, that you are more likely to

18   have higher cholesterol.  And in addition, you are more

19   likely to need to take a drug to lower your

20   cholesterol.  We have that.  We have that data in the

21   literature.  So it is clinically significant to people.

22   Now, what we don't know is why that hasn't led also to

23   higher rates of detectable heart disease.  I heard

24   three different hypotheses for that.  I can even go

25   through them or we can skip over them.  And we haven't

```
                                        Page 120
 1   found that increased risk.
 2   Q.    But I prefer to save that discussion for another
 3   day.   Thank you.
 4         Is it fair to say that medical monitoring in the
 5   form of medical screening is a systematic search for
 6   disease in people who have no signs or symptoms of that
 7   disease?
 8   A.    I've seen that definition and it's clearly wrong.
 9   Q.    What's wrong with it?
10   A.    Well, take hearing testing.   We do medical
11   monitoring for hearing testing all of the time in
12   people who have signs and symptoms of the disease.
13   Monitoring for hearing loss.
14   Q.    Okay.
15         So that person has then already a symptom or sign.
16   My question is a little bit different.   When you do
17   medical monitoring in the form of medical screening in
18   people who have neither signs nor symptoms of that
19   disease, you are attempting to make a systematic search
20   for disease in that population.
21         Correct?
22   A.    Leaving aside the word systematic and what it may
23   or may not mean, it's correct.   We're looking for ---
24   we're looking for early --- the goal is early
25   detection.
```

1   Q.   And when you commit asymptomatic plaintiff to

2   medical monitoring, you're making a medical decision

3   and are intervening in their lives medically.

4        True?

5   A.   So there's couple of assumptions in here that I

6   just need to go over.  First we are assuming that the

7   --- you said plaintiffs in this case.  But let's talk

8   about the population.

9   Q.   If I did, I misspoke.

10  A.   I thought you said.

11  Q.   I thought I said patients.  But okay.

12  A.   I heard plaintiff.  I apologize.

13  Q.   If I didn't, I misspoke.  I meant asymptomatic

14  patients.  Whatever I said.

15  A.   So when we do medical monitoring for a population,

16  some of them are symptomatic and some of them aren't.

17  And we don't distinguish.  And we don't say to the

18  people, if you already have symptoms, you're not going

19  to be in our program.  I mean, that's just generally

20  not the case.  We don't do that.

21       For the people who are asymptomatic, we don't

22  commit them.  Okay.  They understand what the program

23  is.  We tell them what the program is and they commit

24  themselves because they see a benefit.  I am not aware

25  of a program that I have conducted, with the exception

Page 122

1    of flu testing, where a person couldn't opt out.  Now,

2    also lead testing.  People can't opt out of lead

3    testing in some cases.  Children.  The parents can opt

4    the children out.  But there are some jobs where people

5    are required to be lead tested.

6         But in general people can opt out of testing, even

7    in work places for medical monitoring with certain

8    small exception.  Drugs, I just mentioned.  Lead in

9    some cases because they really need to be sure that

10   they got the environment right.

11   Q.   In an asymptomatic population, is it fair to say

12   that the vast majority of the people being screened

13   will not have the disease being sought?

14                  ATTORNEY WHITLOCK:

15                  Objection.  Calls for speculation.

16   A.   There are many populations in which that's true.

17   And I've also put populations in medical monitoring for

18   which that wasn't true.  Where we found the disease

19   actually in everybody we sought it.  That was medical

20   monitoring done later than it should have been.

21   BY ATTORNEY WOLFF:

22   Q.   Is it fair to say that medical screening in an

23   asymptomatic population is often up against staggering

24   odds?

25   A.   Are you asking me a legal question about getting

Page 123

1    it?

2    Q.    No, I'm asking a medical question.

3    A.    I don't understand the question.

4    Q.    Okay.

5          Is it fair so say that screening an asymptomatic

6    population must involve many people to potentially

7    benefit a few?

8    A.    Almost all preventive services are like that and

9    there are exceptions, which we've already discussed.

10   The benefit of the population level is very large.  And

11   not all of the people in the population are direct

12   beneficiaries.  Except in the sense that they share in

13   the, whatever benefits come to the population as a

14   whole.  They may not get them personally, except

15   indirectly because their neighbors, or their family, or

16   their friends have the benefit.  That's an indirect

17   benefit.

18   Q.    In assessing the utility of medical monitoring in

19   an asymptomatic population, wouldn't one have to take

20   its risk and benefits into account?

21   A.    Yes.  One should take both risks and benefits into

22   account.

23   Q.    Is it fair to say that in a population of 1,000

24   asymptomatic individuals being screened over a decade

25   in an older population, and even with a common cancer,

1   only a few, maybe 10 to 12, would be destined to die

2   from the cancer?

3   A.   Well, that question is just --- that question is

4   just not answerable.  It's --- it's not a good --- it's

5   not an okay question to answer.

6   Q.   Okay.

7        Is it fair to say that in assessing a medical

8   monitoring program in an asymptomatic population, the

9   population being screened should be at a significantly

10  higher risk for the undiagnosed disease?  That is the

11  disease should have a sufficiently high prevalence in

12  the population?

13                  ATTORNEY WHITLOCK:

14                  Object to the form.

15  A.   You asked two questions there.  Should I answer

16  them sequentially.

17  BY ATTORNEY WOLFF:

18  Q.   Please?

19  A.   Okay.

20       So we generally don't do this unless there is an

21  increased risk.  So that's first.  And that's correct.

22  And then you said that there has to be a high

23  prevalence of the disease in the population.  And

24  that's not always the case.  When we have the ability

25  to intervene early, sometimes we actually use the

1    screening to let, to show us how good a job we're doing

2    with the condition.  You want examples of that or do

3    you want me to leave it at that?

4    Q.   You can leave it at that.  Thanks.

5         Is it fair to say that in assessing a medical

6    monitoring program in an asymptomatic population, one

7    should consider the natural history of the disease and

8    the evidence for an improved clinical outcome as a

9    result of the medical monitoring for the given disease?

10   A.   Yes.

11   Q.   The goal of detecting disease earlier through

12   screening is to improve the outcome when compared to

13   the outcome of the same disease that is identified,

14   because the patient experiences symptoms and goes to

15   the doctor.

16        Correct?

17   A.   Yes.  Or doesn't go to the doctor, even worse.

18   The point is early detection can lead to earlier and

19   better treatment.

20   Q.   And early detection through screening should be

21   known to have an impact on the natural history of the

22   disease process.

23        Correct?

24   A.   Yes.  You should choose diseases in general where

25   you can have an impact.  There are some debates about

1   that.  But in general, most experts would say that's

2   the case.

3   Q.   Okay.

4       And the period of time between when a cancer

5   starts growing and when it causes symptoms is when

6   screening can catch the cancer.  True?

7   A.   That's partly true.  Sometimes you catch it in

8   symptomatic people who haven't mentioned it to anybody.

9   So you're partly right.  And of course, that's --- the

10  goal is to catch it pre-symptomatically.  But we also

11  catch it when they're symptomatic and they haven't

12  mentioned it to anybody because they're going through

13  the process.

14  Q.   And aggressive, fast growing cancers are often

15  missed by screening, aren't they?

16  A.   Yes.  That can happen.

17  Q.   And when?

18  A.   Often is not the word that I would use.  Leaving

19  out the often, it can happen.

20  Q.   And what population based cancer screening tests,

21  if any, have ever been shown to reduce overall

22  mortality?

23  Q.   Cancer screening in reduced mortality?  Certainly

24  every once --- about every --- about every decade to

25  two decades some wit, who's usually an epidemiologist,

1    points out that no one has ever proved that screening

2    reduces cervical cancer.  Okay.  And, you know, you

3    just read articles like that and you say yeah, okay.

4    Maybe you want your family to not get screened.  But

5    believe me, screening for cervical cancer not only

6    reduces disease, but it prevents death.  And it does so

7    extremely reliably.  We occasionally fail.  But the

8    difference in cervical cancer death rates before we

9    started and today are due to screening.  And so, you

10   know, you probably don't want me to keep going.  But

11   that's an example.

12   Q.   Okay.  Cervical cancer.  Got it.

13        As a physician.  Do you use subscribe to the

14   proposition that health is not only a physical state of

15   being, but is also a state of mind?

16   A.   Yes.  Health is absolutely more than just what we

17   can measure in people.

18   Q.   And do you agree that as a physician you have to

19   be careful not to undermine a person's state of health?

20                ATTORNEY WHITLOCK:

21                Object to the form.

22   A.   I'm not sure what you mean exactly.  But I'm going

23   to give you a sort of parallel answer.  Which is we are

24   trained from the first day of med school above all do

25   no harm.  So I think that's what you're getting at.

Page 128

1    BY ATTORNEY WOLFF:

2    Q.   It is.  Okay.  On page six of your report, if you

3    have that in front of you?  All right.  Let me know.

4    That looks like it could be it.

5    A.   Page six.

6    Q.   Page six.  You state that a medical monitoring

7    program for the individuals in Bennington who have been

8    exposed to PFOA through contaminated water should

9    include monitoring for each of these health effects to

10   the degree that useful testing exists.

11        Correct?

12   A.   Yes.

13   Q.   What do you mean by the qualifier to the degree

14   that useful testing exists?

15   A.   So there's a process you go through for medical

16   monitoring.  These are --- these are things that have

17   been established in the literature as increased risks.

18   Then you take that universe of diseases and diagnoses

19   where there are increased risks of disease.  And you

20   say which one of these do we have tests for which we

21   can detect the disease early.  That's actually not the

22   last step.  But it's the next step.  And it's what that

23   sentence is about.

24   Q.   Got it.

25        Would a component of whether a useful test exists

Page 129

1   for medical monitoring be the principle that the

2   benefits of the test outweigh its risks?

3   A.   I already mentioned the next step.  After a useful

4   test exists.  So after a useful text exists.  So there

5   is a test.  Now, we say to ourselves, okay.  This test

6   exists.  We're going to think about applying this test

7   in this population.  So many people will have

8   positives.  So many people will have negatives.  We

9   will find some outcome for this test.  Is the

10  population substantially better off because we did it?

11  Then as opposed to when you do a test, sometimes you

12  can get a wrong signal.  A person can get healthcare.

13  And then the healthcare can --- the upshot of the

14  healthcare is yeah, it's good you came.  But you don't

15  have a problem.  And that has a cost.  Okay.  So I

16  thought about all of those things.  And you have now

17  jumped to the third kind of thing that you do in what's

18  a multi-step process.

19  Q.   Okay.

20       Would a component of your multi-step process be an

21  assessment of the specificity and the sensitivity of

22  the test?

23  A.   We'll, yeah.  I didn't formally address

24  specificity and sensitivity in some cases.  What I

25  thought about instead, sensitivity was looked at. What

1    I should say is it wasn't the deciding factor in any

2    case.   In my mind, specificity was more interesting

3    than sensitivity.   If it had low sensitivity, but had

4    good specificity, it wasn't doing harm for example.

5    What you really want to think about is predictive value

6    within the population because you have to think about

7    increased risk.   And the thought about increased risk

8    is why every guideline has --- by the way if there's an

9    increase risk, you may do it differently than this

10   guideline.   And then some of them go on to say what you

11   will do if there's increased risk, depending on what

12   the nature of the increased risk is.

13   Q.    Okay.

14   A.    So sensitivity and specificity enter into it.

15   Predictive value would be a better concept.   And that's

16   still not the final arbiter because whether or not

17   you're doing harm, which is the next next step down,

18   is, you know, is an important consideration.   And that

19   doesn't fall seamlessly from just sensitivity,

20   specificity or even predictive value.

21   Q.    Would a component of your multi-step assessment be

22   that the early detection improves the outcome or the

23   natural history of the disease?

24   A.    Yes.

25   Q.    Just in the context of a clinical test, what is

Page 131

1   sensitivity?

2   A.   It's the ability to find the problem in people who

3   don't have it.   In people --- excuse me.   In people who

4   have it.   So your --- it's a --- it's a statement about

5   the test.   And it's less a statement about how the test

6   applies to the person.   As opposed to the predictive

7   value, which is more a statement about if this test is

8   positive, this is how likely it is in this population

9   to be a useful test.

10   Q.   And in the context of a clinical test, what is

11   specificity?

12   A.   So it's kind of --- the opposite may not be

13   technically correct.   But it's kind of the opposite.

14   It's the ability to say if you don't have this and

15   we're not going to find it.   Okay.   So it's about not

16   finding the problem accurately.

17   Q.   In assessing a medical monitoring program in an

18   asymptomatic population, should one consider the

19   sensitivity and specificity of the proposed medical

20   monitoring tests?

21   A.   You do think about it.   It just doesn't have to be

22   the final arbiter.

23   Q.   Is it fair to say there may be serious

24   consequences in the use of screening tests with poor

25   sensitivity or poor specificity?

1    A.    Well, okay, so I'm going to divide that into two

2    questions.    If the test will detect some cancers ---

3    you used the example of cancer.    Much of this isn't

4    about cancer.    But you used the example of cancer.    If

5    the test will detect some cancers and miss some.    So

6    it's sensitivity isn't that good, that's usually not a

7    reason to not do it because you still have improved.

8    Okay.    So sensitivity may not be an important arbiter

9    if you can improve things.    Provided that the

10   participant understands that we don't even warranty,

11   you know, make a warranty to the product.    In other

12   words, we can't promise that healthcare and medical

13   screening is always going to tell you that you're

14   healthy at this moment, even when we've done it.    It

15   just doesn't do that.    Just like the presence or

16   absence of PFOA.    It doesn't tell you you're definitely

17   going to be sick.    The presence or absence --- the

18   absence of a negative screening test doesn't say that

19   you can't be sick.    Okay.

20   Q.    Is there a second part?

21   A.    Yeah, there's a second part.    I'll come to that in

22   a second.    I want to finish about sensitivity first.

23   Q.    Okay.

24   A.    Okay.    The key there is that you improved things

25   and you're convinced that you can improve things.    And

1   then you go on to the fourth step in the process.

2   Q.    Okay.

3   A.    Imagine yourself sitting down with a primary care

4   doctor in Bennington.  And you say okay, here's the

5   program.  Here's what we thought.  Now, criticize me

6   for what's too much and what's too little.  What do you

7   think should be added?  And what do you think isn't

8   enough?  And you listen carefully because they're the

9   doctors on the ground.  Okay.  They're the ones who are

10  --- ending up going to have to, you know, implement in

11  some cases, or see in their offices in many cases

12  whatever comes out of the medical screening.  And you

13  want them to be comfortable with the process that's

14  going on in their community.  You want them to think

15  about it.  And they were taught in medical school, just

16  as the rest of us, about sensitivity, and specificity,

17  and predictive value.  They may not live with it

18  everyday like some of us do.  But they know about it.

19  And they'll have their opinions.  And you listen

20  carefully.  And that's a fourth step.

21  Q.    And let me ---.

22  A.    Now, onto your second part.

23  Q.    I know that.  I know that.  I'm just going to ask

24  a quick interjecting question.  And we'll get back to

25  it.  Have you done that fourth step?  Have you spoken

Page 134

1    with ---

2    A.    No.

3    Q.    --- practitioners in Bennington?

4    A.    No.  All I've done with that is I put everything

5    in my mind.  Here's the conversation in my mind.

6    Here's where I think, you know, reasonable doctors will

7    sit down and agree that were doing more good than harm.

8    And I think it would be really good to have that

9    conversation.  And in fact, it's actually written in

10   that we should have that consultation into the

11   proposal.

12   Q.    Got it.  Now, let's go to the second part, which

13   is the specificity.

14   A.    Okay.  So the specificity is, you know, you get a

15   test and you --- I'd rather talk about predictive

16   value.  But if you really want to stick with

17   specificity because specificity is not about the test.

18   Okay.  I would --- would you be ---?

19                ATTORNEY WHITLOCK:

20                Just answer his --- just answer his

21   question.

22   A.    Okay.  So the specificity is you get a test.

23   Okay.  You do the test.  And you want to know how well

24   a negative test reflects a reality.  And that's just

25   kind of an inverse way to think about it.  The way

Page 135

1  clinicians think about it, it's important

2  mathematically.  But it's not that great in terms of

3  doing medical surveillance.  It's less important to the

4  patients.  They want to know about --- they want to

5  know about something completely different, which is

6  called predictive value.

7  BY ATTORNEY WOLFF:

8  Q.   What is predictive value?

9  A.   Predictive value is we have the test.  The test is

10 negative.  How likely are you to not have the disease?

11 You have the test.  The test is positive.  How likely

12 are you to have the disease?  And that varies with the

13 amount of disease to be detected in the population.  So

14 it's a --- we call that a Bayesian problem, which is

15 informed by the amount of disease that's there in the

16 population.

17 Q.   What is a false positive?

18 A.   A false positive is a positive test in a patient

19 who doesn't have the disease.

20 Q.   Is a false positive a false alarm?

21 A.   It's possible to use that word.  I don't think

22 it's very informative because doctors don't do things

23 that alert and alarm their patients when they just get

24 a false positive.  They say we need to follow-up on

25 this and get more information.  They don't send out a

1   whole group of other doctors who are going to begin to
2   treat it on a specialty basis on the basis of one test.
3   I don't think the analogy is that good.  You could use
4   it if you want.  But as a doctor, I don't like it.  I
5   don't think it's a good comparison.
6   Q.   What is a false negative?
7   A.   A false negative is when you get a negative test
8   when the disease is present.
9   Q.   What is over diagnosis?
10  A.   Over diagnosis is when we diagnose disease where
11  it doesn't exist.  And the implication is we do it
12  routinely.
13  Q.   Is it fair to say that in the context of cancer,
14  over diagnosis is the detection of a cancer that is not
15  destined to ever cause symptoms or death?
16  A.   Okay.  You're talking about a different concept.
17  And you're talking about --- it's this is a really
18  prominent literature.  It's most prominent in prostate
19  cancer.  And in prostate cancer, they use the word
20  overdiagnoses.  So now, I know why you're using that
21  word.  You used it a different way then I did.
22       Okay.  Over diagnosis as you mean it is just what
23  you said.  The early detection of the disease for
24  diseases that do not necessarily lead to disability or
25  death.  And if you do that, the over diagnosis argument

1   is that since you detected that disease early, you

2   actually on average in a population, do patients more

3   harm than good.  And that's the over diagnosis

4   argument.  And it relates mostly to prostate cancer.

5   But there's also a type of thyroid cancer for which

6   it's also very clearly at issue.  And if we sat here

7   and thought about it, I can probably come up with some

8   others too.

9   Q.   Over diagnosis is also an issue with breast

10  cancer, is it not?

11  A.   So with breast cancer, that kind of over diagnosis

12  is an issue.  As it gets better and better, it's very

13  clear that early detection is really a great idea.  So

14  over diagnosis is a discussion.  But now we're using it

15  the way I used it initially.  And not the way you used

16  it.  Okay.  There are no arguments out there that we

17  shouldn't try to find breast cancer as early as

18  possible.  The only discussion is at what age do you

19  start.

20  Q.   Is it fair to say that over diagnosis is the

21  identification of slow-growing cancers that even if

22  untreated, would never cause symptoms or reduce

23  survival, because the screening test cannot distinguish

24  between the abnormal appearing cells that would become

25  cancerous from those that would never do so?

1   A.   For cancer, that's a good description.   The other

2   issue is whether they're actually neoplastic to begin

3   --- if they're neoplastic --- they are neoplastic by

4   definition, whether they're actually cancer.   Okay.   So

5   that's another subset of that discussion.

6   Q.   A false positive test effectively means that you

7   are sending a healthy patient to a doctor for some type

8   of follow-up.

9        Correct?

10  A.   Well, you sometimes don't send them depending on

11  what you think the signal is and who you think the

12  patient is.   But if you do send the patient, then

13  you're correct.

14  Q.   And a false negative test effectively means that

15  you are clearing a patient who should be referred to a

16  doctor for some type of follow-up.

17       Correct?

18  A.   In the context of what we're talking about.   And

19  actually, it doesn't specifically mean what you said.

20  But in the context of what you're talking about in

21  medical monitoring, that is what it means.

22  Q.   What are the harms related to a false positive

23  test result?

24  A.   Well, the common harm is the patient has an

25  additional evaluation.   The less common harm, but it's

1    not impossible, is that evaluation becomes invasive.

2    And the patient has harms of invasive diagnosis.  And

3    then still less common, but can happen is the patient

4    actually gets an important intervention for a disease

5    they don't have.  And implicit in all of this is cost.

6    Q.    Have you ever heard of the concept of labeling?

7    A.    You're talking about labeling patients?

8    A.    Yes.

9    Q.    So giving them a label that makes them feel

10   self-conscious is what you're getting at?

11   A.    Yes.

12   Q.    Is that a harm related to a false positive test?

13   A.    Well, it can be in some patients.  Most patients

14   are pretty resilient to that.  You do have to be, you

15   know, this is actually me.  I'm in the clinic.  I'm

16   with a patient.  You see, you size up the patient.

17   It's a fellow physician, you know.  We have a very

18   frank conversation.  It's somebody who I take to be

19   more fragile and so forth, I say look here's what we

20   found.  Here's what we need to do.  There's no reason

21   to worry now, you know.  So you either --- you take

22   what you know about the patient when you find a

23   problem.  But that doesn't mean that you back off from

24   finding the problem.  Patients are there to see you

25   because they want you to do your job.

1   Q.    What harms are related to a false negative test
2   result?
3   A.    There are fewer harms, but they still exist.  It's
4   the patient can think that they have been cleared for a
5   disease that they actually have.  And that can be
6   harmful.  You know, a well designed program won't in
7   general create that perception.  However with an
8   individual patient, perceptions are hard to predict.
9   Q.    What harms are related to over diagnosis?
10  A.    Over diagnosis can lead to --- you used it both
11  ways.  But I think you have now mean it in terms of a
12  disease where you're detecting both really important
13  and indolent cancers together.  And you're talking now
14  about the indolent cancers that would not necessarily
15  affect the patient in their lifetime.
16  Q.    Correct.  That's what I'm talking about.
17  A.    Thank you.  In that circumstance the harm is, and
18  this actually happened in one nation very routinely and
19  in the U.S. to some degree, for example, for thyroid
20  cancer.  The harm is that people get a surgery they
21  don't need.  And then they need healthcare and
22  follow-up to that surgery because the surgery may, for
23  example, take out the thyroid.
24  Q.    Can we go off for just a minute?
25             VIDEOGRAPHER:

1           Going off the record at is 11:44 a.m.

2    OFF VIDEO

3                        ---

4    (WHEREUPON, A SHORT BREAK WAS TAKEN.)

5                        ---

6    ON VIDEO

7           VIDEOGRAPHER:

8           Back on the record is 11:51 a.m.

9    BY ATTORNEY WOLFF:

10   Q.   Is it fair to say that false positive results can

11   result in follow-up testing that is uncomfortable,

12   expensive, and potentially harmful?

13   A.   That can happen.  All of that can happen.

14   Q.   Is it fair to say that persons with false negative

15   results may have delays in diagnosis and treatment?

16   A.   I don't know the answer to that.  I don't think we

17   know that a false negative.  Again, you're asking a

18   question in the context of medical surveillance.  So

19   it's certainly true outside of the context of medical

20   surveillance.  Because if you miss it and it's your

21   patient, then you do have a delay and it's a problem.

22   If medical surveillance also misses it, and you're

23   already at zero, you know.  And have you added to the

24   problem?  I don't know the answer to that.  So the

25   former is certainly the case.  The latter is kind of

1   philosophical question.

2   Q.   Is it fair to say that although screening may

3   prevent the development of disease related morbidity

4   and mortality, positive test results, both false

5   positive and true positive, may lead to interventions

6   that could be unnecessary or even risky because of over

7   diagnosis and over treatment?

8   A.   Without getting into the definitions, I think the

9   general answer is yes.  All of that is possible.

10  Medicine is imperfect.

11  Q.   Is it fair to say that the normal ranges for

12  biochemical tests are often based on the 95 percent

13  confidence intervals in a normal healthy population?

14  That is although everyone is healthy by convention, the

15  values outside the 2.5 percent lower, and 2.5 percent

16  upper extremes are considered to be abnormal?

17  A.   They're reported by the lab as abnormal when they

18  have been derived that way.  Not all tests are derived

19  that way.  There are some for which abnormals are

20  actually not about the 95th percentile.  For the ones

21  where it is the 95th percentile, the abnormals are

22  reported that way, and they're reported as abnormals.

23  As labs, they don't say that you have this disease.

24  They're reported as lab abnormals.  Does that answer

25  your question?

Page 143

1  Q.   It does.  Thank you.

2       Is it fair to say that ordering six blood tests in

3  a normal healthy individual yields only a 74 percent

4  chance that all six tests will be normal?  That is

5  there's a 26 percent chance that one or more may be

6  abnormal?

7  A.   Well, I have to sit down and do the regression.

8  My guess is that you're approximately right because

9  without doing the regression, that sounds in the

10 ballpark.

11 Q.   And when ordering 12 tests in a normal person,

12 there is a 54 percent chance that all 12 will be

13 normal.  And a 46 percent chance that one or more will

14 be abnormal.

15      Correct?

16 A.   Your general point is correct.  As to the

17 percents, you know, I'm not running the math through my

18 head right now.

19 Q.   Fair point.

20 A.   Probably nobody in this room could.

21 Q.   Is it fair to say that simply ordering tests in

22 healthy individuals or in the absence of clinical

23 suspicion of disease may result in many false positive

24 test results that can lead to false alarms, anxiety,

25 additional testing, and possible morbidity, or

1    mortality from subsequent testing or interventions?

2                   ATTORNEY WHITLOCK:

3                   Object to the form.

4    A.   The word many sound editorial.  Take out the many

5    and all of that is potentially true.

6    BY ATTORNEY WOLFF:

7    Q.   You are no doubt familiar with the U.S.

8    Preventative Services Task Force.

9         Correct?

10   A.   I am familiar with it.

11   Q.   The U.S. Preventive Services Task Force was

12   established by a congressional mandate.  And is

13   comprised of an independent volunteer panel of 16

14   national experts in prevention and evidence-based

15   medicine.

16        True?

17   A.   I didn't know the number.  If you say it's 16,

18   then I accept it.

19   Q.   And one of your former colleagues on the faculty

20   at West Virginia University School of Public Health,

21   Dr. Gilbert Ramirez recently served as a member of the

22   Task Force.

23   A.   I didn't know that.

24   Q.   You didn't know that?  Okay.

25        Is it fair to say that the task force is generally

Page 145

Page 145

Page 145

1  considered to be a reputable and reliable part of the

2  medical community?

3  A.   Yes.

4  Q.   Have you ever applied to be a member of the task

5  force?

6  A.   No.  And did you say medical community?

7  Q.   Yes.

8  A.   Okay.  So just a couple of points of

9  clarification.  One is that I think it's preventive and

10 not preventative.

11 Q.   Yes, preventive.  Yes.

12 A.   And the other is --- the other is that I don't

13 think Dr. Ramirez is a physician.

14 Q.   Dr. Ducatman, Exhibit 11 is an excerpt from the

15 U.S. Preventive Services Task Force procedure manual.

16 And if you would please turn with me to page 43, which

17 is the last page in this excerpt.  And the second

18 paragraph, which is section 6.6.2 under the heading of

19 general types of harm for consideration.  Do you see

20 that?

21                    ---

22             (Whereupon, Exhibit 11, Excerpt from U.S.

23             Preventive Services Task Force Procedure

24             Manual, was marked for identification.)

25                    ---

Page 146

1    A.    I do.

2    BY ATTORNEY WOLFF:

3    Q.    Do agree with the proposition that harms of

4    screening may include psychological harm from labeling,

5    the harms of diagnostic studies to confirm the presence

6    of the conditions, and over diagnosis of screen

7    detected conditions?

8    A.    That's the second paragraph, yes.

9    Q.    Was your answer yes?

10   A.    Yes.

11   Q.    Do you agree with the proposition that because

12   screening and other preventive interventions are

13   implemented in asymptomatic persons with the goal of

14   preventing future disease, one should place a high

15   priority on considering the harms of over diagnosis and

16   over treatment.  Whereby the preventive service has the

17   unintended consequence of creating disease that often

18   leads to unnecessary and ineffective treatment?

19   A.    I agree there's a caveat.  And that is that we're

20   talking here about when the screening is done and those

21   are asymptomatic.  And screening is done in both

22   asymptomatic and symptomatic people.

23   Q.    Do agree with the ---?

24   A.    Excuse me.  Monitoring.  I apologize.  Monitoring

25   is done in both asymptomatic and symptomatic people.

1    Q.    And this concept applies to an asymptomatic

2    individual?

3    A.    You know, it could also apply to a symptomatic

4    individual as well.  Just maybe less likely to.  But

5    this is only about the asymptomatic.  And that

6    specifies it.

7    Q.    Do agree with the proposition that harms of early

8    treatment and over diagnosis may a include a patient

9    whose condition might never have come to clinical

10   attention, or for whom the harms of treatment initiated

11   prior to routine clinical detection were different, or

12   occurred earlier, or over a longer period of time?  In

13   other words, these are harms of treatment that would

14   not have occurred in the absence of screening.  Do you

15   agree with that proposition?

16   A.    Yes.  The last one is kind of ambiguous because

17   they're saying it's necessarily --- it can be read.

18   They may not be saying it.  But it can be read to say

19   no longer treatment is necessarily bad.  And of course,

20   when treatment is helping, you want it over a longer

21   period of time.  It means you're living.  But yes, I

22   agree with all of those things provided we understand

23   what it says.

24   Q.    Please turn with me to page 42.  Section 6.6.1 on

25   the preceding page.  Are you there?

Page 148

1    A.    Yes.

2    Q.    And do agree with the conceptual notion that

3    screening is intended for asymptomatic individuals in

4    order to prevent or delay future health problems?

5    A.    I'm going to answer that question in two different

6    ways.  First, the answer is yes.  And secondly, that's

7    not all they're intended to do.

8    Q.    Do agree with the proposition that the burden of

9    proof that the benefits exceed the harms prior to

10   recommending implementation of screening for other

11   preventive services is thus higher than it is for

12   diagnosis or treatment of symptomatic conditions?

13   A.    That's their current stance.  There are people who

14   disagree with it.  And I'm kind of neutral about that.

15   I go to meetings about this.  And people argue about

16   whether we have --- so I go to quality assurance ---

17   quality improvement meetings.  It's one of my clinical

18   tasks.  And people argue about whether the pendulum has

19   swung much too far so that we've placed a much too high

20   of a value on over diagnosis.  And as a result, we are

21   missing diagnoses and hurting people that way.

22        Now, this sentence doesn't necessarily, you know,

23   tell you were you need to fit in that --- in that

24   continuum of yes, we should do it.  No, we shouldn't do

25   it because we're thinking about the competing harms and

Page 149

```
1    benefits.  However, it only addresses one side of it.
2    And people worry about that.  And they worry about that
3    a lot at meetings.  And they're very critical of the
4    U.S. --- this Task Force.
5    Q.    USPSTF.
6    A.    Thank you.  I appreciate that.  I'm impressed that
7    you can do that because I mess it up every time I try.
8    They're critical of the USP --- this task force because
9    of that focus on just one side of it.  And I hear that
10   continuously at meetings.  I'm kind of neutral about
11   it.  Both things are important.  And I don't know that
12   they're a competition, except insofar as we're just
13   trying to do the best we can.
14   Q.    Okay.  We're done with this document for the time
15   being.
16   A.    Thank you.
17   Q.    Is one of the fundamental precepts of preventive
18   testing that one should avoid doing more harm than
19   benefit?
20   A.    Yes.
21   Q.    Doesn't screening all comers in an asymptomatic
22   population mean that you increase the number of false
23   positives, each of which comes with an obligation to
24   follow-up?
25   A.    Not all positives come with an obligation to
```

```
                                            Page 150
 1    follow-up.  That's a decision.  However, that danger,

 2    then yeah.  That danger is there.  And again, you have

 3    discussed only an asymptomatic population.  And we

 4    screen asymptomatic and symptomatic populations.

 5                    ATTORNEY WOLFF:

 6                    Exhibit 12 is an excerpt from the U.S.

 7    PSTF Guide to Clinical Preventive Services.

 8                         ---

 9                    (Whereupon, Exhibit 12, Excerpt, was marked

10                    for identification.)

11                         ---

12    BY ATTORNEY WOLFF:

13    Q.   And if you would please turn with me to the

14    preface on page Roman VI immediately under the bullet

15    points.

16         Do agree with the proposition that clinical

17    decisions about patients involved more complex

18    considerations than the evidence alone, clinicians

19    should always understand the evidence, but

20    individualize decision making to the specific patient

21    and situation.  Do agree with that?

22    A.   Yes.

23    Q.   Do agree with the proposition that recommendations

24    for preventive services should be tailored to

25    individual patients?
```

1   A.   I don't know what you mean.  And the reason that I

2   don't know what you mean is in general, where we make

3   up --- where we do preventive services, we're generally

4   doing it for populations.  We try very hard to think

5   about individuals within those populations.  But the

6   services are generally tailored to a population.

7   Q.   Do you agree with the proposition that preventive

8   testing should be tailored to meet a specific risk?

9   A.   We like to tailor it to risks.  I'm not sure I

10  know what you mean by specific.  But I think it's okay

11  if you want to say specific.  And then if you mean

12  something different than what I think you mean, we'll

13  talk about it later.

14  Q.   Would you agree that if a false positive test

15  result leads to further testing, each of the follow-up

16  tests carries risks of false positive and false

17  negative test results?

18  A.   All tests regardless of their origin carry those

19  risks.  So you don't even have to stipulate with an

20  introductory phrase.  Any test can have a false

21  positive.  Any test can have a false negative.

22  Q.   Because cancer screening is typically a repetitive

23  process at regular intervals, such as an annual

24  screening, false positive test results will accumulate

25  over time.

1      Correct?

2    A.    I'm not sure I know what you mean by accumulate.

3    But there will be more.  The longer you do it, the more

4    you'll have.  I mean, we don't keep them in a box

5    somewhere.  And, you know, the weight of the box gets

6    bigger.  But there will be more of them.  I think

7    that's what you mean.

8    Q.    Are you familiar with the rate of false positive

9    results in screening mammography?

10   A.    The rate keeps changing depending on the

11   technique.  And I don't think there's a single rate.

12   There are false positives.  And the balance against

13   that is the remarkable improvement in breast cancer

14   survival that has occurred over the past 20 years.  So

15   yes, there's false positive.  And yes, so far the

16   battle is worth engaging.  And it looks like the longer

17   we do it, the better we get at it.

18   Q.    Are you familiar with the data demonstrating the

19   long term psycho-social consequences of false positive

20   screening mammography?

21   A.    Data and false positive?  I haven't read that

22   specific literature.  I've read about false positive

23   and emotional issues.  And whether I read it

24   specifically about breast cancer or other diseases is

25   not something I remember.  And I do not recall breast

Page 153

1    cancer specifically.

2    Q.   Is it fair to say that the harms of cancer

3    screening are more certain than the benefits?

4    A.   I don't think there's many people who would agree

5    with that at all.

6    Q.   In cancer screening in an asymptomatic population

7    as compared with avoiding a cancer death, false alarms

8    or false positives are much more common.

9        True?

10   A.   Could you repeat that question?  I just couldn't

11   follow it.

12   Q.   Sure.  In cancer screening in an asymptomatic

13   population, as compared with avoiding a cancer death,

14   false alarms or false positives are much more common.

15       True?

16   A.   Cancer screening has false positives.  I can't say

17   it's always the case if there's more than the true

18   positives.  It may be cancer specific.  In general, I

19   think there's a risk.  That statement is generally true

20   for many cancers.

21   Q.   Earlier today, we briefly discussed that over

22   diagnosis is a concept most widely understood in

23   prostate cancer screening.

24       Correct?

25   A.   Prostate or thyroid.  I would say those two.  And

Page 154

1    I think the general population is more aware of it in

2    prostate than it is in thyroid.  But I'm pretty sure

3    doctors are aware of it in both.

4    Q.   And over diagnosis is also recognized as a problem

5    associated with early detection of other cancers, such

6    as melanoma, kidney cancer, breast cancer, and lung

7    cancer.

8         Correct?

9    A.   Well, it is.  But for some of them, the real

10   problem is under diagnosis.  And nobody's terribly, you

11   know.  There are people who are focused on over

12   diagnosis because it's a problem and an issue.  But the

13   real problem is we don't --- we're not really good at

14   finding it for some of them.

15   Q.   All cancers have some harm, don't they?  I'm

16   sorry.  Strike that.

17        All cancer treatments have some harm, don't they?

18   A.   I can't think of exceptions.  There may be some,

19   but they don't come to mind.

20   Q.   And unnecessary cancer diagnosis is an obvious

21   harm, isn't it?

22              ATTORNEY WHITLOCK:

23              Object to the form.

24   A.   Any misdiagnosis is a harm.  When you say

25   unnecessary, I don't know if you mean misdiagnosis.

1    BY ATTORNEY WOLFF:

2    Q.    Over diagnosed cancers are typically treated

3    because doctors often cannot tell which ones they are

4    in an individual case.

5          True?

6    A.    That can happen.  They often are.  They aren't

7    always.  And that's why I didn't like your last ---

8    this is much better phrasing.

9    Q.    The treatment of an over diagnosed cancer is

10   treatment that cannot help that patient because there

11   is nothing to fix in that patient.

12         True?

13   A.    So there's two issues there.

14   Q.    Okay.

15   A.    Let's go over them.  The first is if you can know

16   --- and you already alluded to this.  The first is

17   knowing in advance.  We know in advance that this one

18   is not going to grow.  Well, darn it.  We're not going

19   to treat.  Or we know in advance that okay, this one

20   may grow a little.  But this patient is 80.  And we

21   know that its growth rate is such that this patient is

22   much more likely to get sick from something else first,

23   that's much more important.  We're not going to treat

24   it.  The key is knowing.  The key isn't that that's an

25   issue.  The key is knowing.  And it's hard.  And that's

1  what you're getting at.

2  Q.   Would you agree that the treatment of an

3  overdiagnosed cancer is a treatment that can only lead

4  to harm?

5  A.   If we accept that it's over diagnosed.  If we

6  accept that we know it.  So I mean, since you defined

7  it that way, yes.  The problem is knowing which ones to

8  define that way.

9  Q.   You do not use the terms sensitivity, specificity,

10  false positive, false negative, over diagnosis, or

11  prevalence in the text of your report, do you?

12  A.   I don't recall using any of them.

13  Q.   Why not?

14  A.   I didn't think that it helped with anything

15  regarding the outcome that I came to at the end of the

16  report.  At the end of the second report.

17                 ATTORNEY WOLFF:

18                 Let's go off the record.

19                 VIDEOGRAPHER:

20                 Going off the record 12:13 p.m.

21  OFF VIDEO

22                       ---

23  (WHEREUPON, A SHORT BREAK WAS TAKEN)

24                       ---

25  ON VIDEO

Page 157

1       VIDEOGRAPHER:

2          Back on the record 12:52 p.m.

3    BY ATTORNEY WOLFF:

4    Q.   On page nine of your report, at the end of the

5    second paragraph, you state that the earlier these

6    health conditions are detected, the more effectively

7    they can be treated.  My question is this.  Is that

8    statement true for each and every of the end points

9    that you list on pages five and six of your report?

10   A.   I have to think about that.  I can't assert that

11   it's true for each and every one of them.

12   Q.   Can medical monitoring through the clinical

13   laboratory tests that you list on pages seven and eight

14   of your report improve the shorter duration of breast

15   feeding?

16   A.   That's possible, but we don't know that.  It can.

17   Q.   Can medical monitoring through the clinical

18   laboratory tests you list on pages seven and eight of

19   your report, improve the outcome of developmental

20   abnormalities, including lower birth weights and more

21   markedly effective subsequent adiposity when compared

22   to the outcome of such developmental abnormalities that

23   are identified because the patient experienced symptoms

24   and goes to the doctor?

25   A.   You know, it could.  But that might not mean that

1    it's a great idea.  Okay.  And if you want me to

2    discuss that further, I can.  That's up to you.

3    Q.   So when you say that it could, but that it might

4    not be a great idea, what in general do you mean?

5    A.   With time.  As time passes, the amount of

6    contamination within people is going to decrease.  So

7    that's a good thing.  On the other hand, there is a

8    window of health for giving birth and also for other

9    things related to human development that, you know, you

10   don't want to be too young.  You don't want to be too

11   old.  And so I mean, it's not that you can't be.  It's

12   that ideally, and if you had your choice, you would

13   have --- you know, if everything else were equal you

14   would have a child at an age of maximum health.  And

15   delay might or might not and most often would not play

16   into that.  And so the answer is it could help.  But it

17   might not help.  And you have to think about it both

18   ways very carefully.

19   Q.   How could the clinical laboratory tests that you

20   list on pages seven and eight of your report improve

21   the shorter duration of breast feeding?

22   A.   I think I just answered that.  Do you want me to

23   expand on that?  I should expand.  It's clear I didn't

24   ---  I didn't get it all the way through.  So if you

25   --- the shorter duration of breastfeeding, if it's

Page 159

1  causally linked, okay.  And there's increasing evidence

2  that it looks like it may well be.  And there's also

3  animal evidence that the breast is altered.  And then

4  there's also a discussion about whether it's causally

5  linked through psychological means.  But whether it's

6  psychological, or physical, or both, there is this

7  link.  And if women choose to delay, and their

8  perfuoroalkyl substances go down, they may have, if

9  they improve and we don't know that they will.  They

10  might have better duration of breastfeeding, longer

11  duration of breastfeeding.  However, we don't know

12  that.  And balanced against --- you asked if it could.

13  Q.   Right.

14  A.   If it could.

15  Q.   And I guess the part I'm struggling with is you

16  have a list of clinical laboratory tests running from

17  albumin, right down through I think uric acid.  And so

18  what I'm just trying to figure out is how do any of

19  those particular tests improve the ---?

20  A.   I'm attempting to answer.

21  Q.   Yeah.

22  A.   So so now it's a mom.  And she says to herself I

23  want to delay my pregnancy because.  Now, I'm not

24  saying that's a good idea.

25  Q.   Because of what?

```
                                          Page 160
1    A.   Because of perfluoroalkyl substances would be
2    lower later.
3    Q.   What does that have to --- got to do with the
4    level of albumin or BUN?
5    A.   You didn't ask me albumin or BUN.  You asked me
6    about breastfeeding.
7    Q.   Right.  My question was how can these tests ---?
8    A.   If you want me to go through them one at a time, I
9    can.  But you asked me about breastfeeding.  I was
10   answering your question about breastfeeding, not about
11   albumin.
12   Q.   So I think we may be having a disconnect.  So my
13   question is, and you've got, you know, a series of
14   blood tests that you recommend.  How do those series of
15   blood tests improve the shorter duration of
16   breastfeeding, if at all?
17   A.   Well, you're confusing me because the end of the
18   second report, of course, we don't --- we don't do
19   anything other than ask questions about that.
20   However ---.
21   Q.   Okay.
22   A.   However, I will reiterate so that it's clear.  I'm
23   not asserting it's a good idea.  But it is the case
24   that it is possible that woman may delay.  I get calls
25   all of time about things like this in my office.  They
```

1    may delay their pregnancy and that might improve the

2    duration of their breastfeeding.  I will tell you also,

3    I don't recommend that course of action.  And that's

4    because if something that you also mentioned, which is

5    competing risks.  Okay.  So I don't recommend that

6    people delay pregnancy because of concentrations that

7    are in people's blood, or because of their fear that

8    they may have it, but they haven't been granted

9    testing.

10   Q.   But what that really kind of keys off of is that

11   there is a sort of half-life of PFOA in the blood.  And

12   that the blood levels decrease with time, as opposed to

13   being a function of the results of testing for albumin,

14   or BUN, or creatinine, or any of the others?

15   A.   And you're testing for PFOA in that case.  In each

16   one, you asked a question that was pertinent to the

17   testing of PFOA.  And not a question that was pertinent

18   to the testing of anything else.  If you want to ask a

19   question about anything else, I'll do my best to

20   answer.

21   Q.   Oh, I see.  So your question is in terms of what

22   the serum levels of PFOA are detected in the blood?

23   A.   Well, your question was about breastfeeding.  And

24   so the answer to have becomes about the PFOA serum

25   concentration.

1   Q.   Okay.  All right.  That's where the disconnect

2   was.  I now understand.  Thank you.

3        Can medical monitoring through the clinical

4   laboratory tests you list on pages seven and eight of

5   your report improve the outcome of kidney cancer when

6   compared to the outcome of kidney cancer that is

7   identified because the patient experiences symptoms and

8   goes to the doctor?

9   A.   Kidney cancer is a really tough disease.  Anything

10  we can do that will speed up the diagnoses gives a

11  patient a much better fighting chance.  In addition,

12  we're really bad at finding it.  Really, really bad.

13  If you can detect it through a means that isn't

14  imaging, then you have a --- then you have a good, low

15  risk approach to thinking about whether or not you want

16  to look at it.  And plus the urinalysis also addresses

17  another of the diseases that we're concerned with,

18  which has to do hyperuricemia.

19  Q.   Do any of the --- are any of the blood tests that

20  you list on pages seven and eight of your report

21  diagnostic of kidney cancer?

22  A.   None of them.  There is no diagnostic test for

23  kidney cancer.  There's nothing that lights up and says

24  you have kidney cancer.  And frankly, for most cancers,

25  there's nothing that's absolute even for a really bad

Page 163

1   looking mammography on breast cancer.  That's very,

2   very high risk.  It isn't always breast cancer.  But

3   when you get hematuria and you start to think about

4   whether or not there's additional need for evaluation,

5   that's a reasonable thing to do.  And it's something

6   that it would be a very reasonable discussion of the

7   doctors in Bennington.

8   Q.   Can medical monitoring through the clinical

9   laboratory tests that you list on pages seven and eight

10  of your report improve the outcome of testicular

11  cancer, when compared to the outcome of testicular

12  cancer that is identified because the patient

13  experiences symptoms and goes to the doctor?

14  A.   It can improve the outcome in this sense.  You may

15  have to do less to treat it.  The outcome of testicular

16  for a patient who goes to a, you know, a really good

17  hospital is so good already.  We do so well these days

18  with testicular cancer that if the outcome is only

19  mortality, then I don't know that we improve the

20  outcome.  On the other hand, if the outcome is how much

21  we have to treat to get to that outcome, then we can.

22  Q.   Can medical monitoring through the clinical

23  laboratory tests you list on pages seven and eight of

24  your report improve the outcome of gout, when compared

25   to the outcome of gout that is identified because the

1   patient experiences symptoms and goes to the doctor?

2   A.   Yes.   The problem with gout is not only what

3   people think of as gout alone.   It's the effects of

4   gout on the kidney.   Earlier detection allows doctors

5   to think about whether or not they need to be

6   protecting the kidney.

7        There's also the prevention aspects of gout.   You

8   don't want --- gouty attacks.   That's --- that's also

9   there.   But the kidney is the one where we actually

10  related to morbidity and mortality in a more direct

11  way.

12  Q.   Let's --- I'll freely confess this may be a little

13  bit tedious.   But I think it's just an exercise we need

14  to go through.   And that is addressing sort of in

15  order, the tests that you list on pages seven and eight

16  of your report.   Okay?

17  A.   Okay.

18  Q.   May I mention one thing about that?   Some of

19  things that you talked about, you know, what we're

20  doing isn't per se a test.   Okay.   For example, for ---

21  for pregnancy induced hypertension, for example, where

22  we have an outcome, we're talking about your blood

23  pressure monitoring.   It's not a lab test.   Some cases

24  what we're doing is recording something on a survey and

25  not ordering a lab test.

1  Q.   Is it fair to say that taking a blood sample with

2  a needle carries risks that include bleeding,

3  infection, bruising, dizziness, and soreness?

4  A.   Yes.

5  Q.   Albumin, if this test is positive, or in other

6  words abnormal, what specific disease, if any, is this

7  test for?

8  A.   The reason I listed albumin there was first

9  because it's associated.  And secondly because of its

10  association, which is actually non-causal.  It makes it

11  easier to think about the perfluoroalkyl substance

12  levels.  It's actually in the adjustment category that

13  people are concerned.  It helps you think about if

14  there's some other reason.  Some other contributing

15  reasons.

16  Q.   So is there are any specific disease that the

17  albumin test is for?

18  A.   There are.  There are, but not in this.  And we

19  didn't make it as a final recommendation.  I didn't

20  think there was of benefit.

21  Q.   So albumin dropped out in your merits report?

22  A.   That's correct.

23  Q.   Okay.

24      Alkaline phosphatase, if this test is positive,

25  what specific disease, if any, is this test for?

1    A.    It's not specific.  But you find it elevated in

2    several diseases, including biliary tract disease.  And

3    we've --- I don't recall, but I don't think we included

4    it in the final list.

5    Q.    Do you want to check that?

6    A.    We can check it.  It's not included.

7    Q.    Why did you not include it in the merits report,

8    but did include it in the class certification report?

9    A.    When I got to that last step, I was talking with

10   the doctors and Bennington in my mind.  It wasn't that

11   it would do harm.  It's that they would have patients

12   in their office with a question that wasn't directly

13   related to the major issues of concern.  It was more

14   peripheral.  And I thought they want to focus on the

15   major things.  It wasn't a question of harm.  It was

16   more a question of not enough benefits.

17   Q.    Alanine aminotransferase, if this test is

18   positive, what specific disease, if any, is this test

19   for?

20   A.    It's primarily for liver disease.  There are other

21   things that can affect it a little bit.  But it's a ---

22   it's called a liver enzyme.

23   Q.    Is there any particular liver disease that it's

24   diagnostic of?

25   A.    No, it's non specific.  People use ratios between

1    it and other diseases in other, excuse me, it and other

2    bio-markers, in order to think about which diseases are

3    likely the ones present.

4    Q.   What is the sensitivity and specificity of the

5    alanine aminotransferase test for diagnosing liver

6    disease?

7    A.   The literature says it's actually pretty good and

8    specific.  It's not perfect.  It's not as sensitive as

9    you would like.  And all that literature, and we

10   discussed that a little bit this morning, is based on

11   just as you framed it, 95 percent of the population

12   rather than the actual liver physiology.  As we have

13   gone into the epidemic that we're having now of fatty

14   liver disease, or steatosis, or the spectrum of

15   non-alcoholic fatty liver disease.  People have

16   rethought that approach.  And they're now starting to

17   use a much lower cut off to figure out who needs to get

18   follow-up testing for fatty liver disease.  And it's

19   very beneficial to know that at an earlier time.

20   Q.   So they're using a lower cut-off on the alanine

21   aminotransferase?

22   A.   ALT.

23   Q.   ALT.

24        What is the predictive value of the ALT test for

25   diagnosing liver disease?

1   A.   So that --- I know that sounds to you like a great

2   question, but it's not the test alone.  What they're

3   doing is they're using a test in combination with other

4   things and they're using markers.  However, there is

5   this very interesting paper that just came out.  That

6   people with an ALT above, I want to say 23.  And if

7   it's 25 or 26, I apologize, are that something like

8   when they went and evaluated these people, something

9   like 68 percent of them had the beginnings of fatty

10  liver disease.  Which is actually pretty impressive as

11  a screening test if that stands up under a bigger

12  population.

13  Q.   Is it fair to say that blood testing for ALT

14  levels is among the care that would be provided to

15  someone who sees a doctor regularly?

16  A.   No.

17  Q.   ALT levels are routinely checked as part of the

18  periodic physical exam.

19       Isn't that correct?

20  A.   Well, it's no actually not.  If you order an ALT

21  and you have an insurer involved, you kind of need to

22  say why you have done it.  You have to have a reason.

23  Q.   Would you find it unusual if several of the

24  Plaintiffs in this matter have had their ALT levels

25  routinely checked as part of a periodic physical exam?

1   A.   No.   There's some doctors who do that.   But it's

2   not a current recommendation of anybody that I know

3   about.   Now, you could see that change because of the

4   fatty liver disease question.   And I would be an

5   advocate for that change based on literature I've seen

6   so far, if it pans out.

7   Q.   Were you aware of the fact that several of the

8   Plaintiffs in this matter have had their ALT levels

9   routinely checked as part of the periodic physical

10  exam?

11  A.   No.   I think I already answered no, I am not

12  aware.

13  Q.   Bilirubin direct in total.   If this test is

14  positive, what specific disease, if any, is this test

15  for?

16  A.   These are actually --- this is sort of like the

17  last question.   These two things are different.   And

18  epidemiologists always want to consider them together.

19  And then clinicians say no, they're no good together.

20  One of them has a different indication than the other.

21  So the direct bilirubin relates to the --- direct and

22  indirect versus conjugated and unconjugated.   Come on,

23  Alan.   Memory.

24       Now, I apologize.   I'm having another memory lapse

25  right now of something that I've known for many, many

1   years.  But one of them is about the liver.  And the

2   other one is about the blood.  And I'm pretty sure that

3   direct and conjugated are about the liver.  But I know

4   I'm not even pretty sure.  That's my memory at this

5   moment.  But boy, I'm feeling a lot of uncertainty.

6   Q.   So what --- just liver disease ---?

7   A.   And blood disease.  You want to know the

8   difference?

9   Q.   No.  No. Liver disease sort of categorically, and

10  blood disease categorically?  Or any particular type of

11  liver diseases or blood diseases?

12  A.   Well, bilirubin will go up eventually in all liver

13  diseases eventually.  There's some that goes up even

14  more.  But when you look at a bilirubin, you need to

15  know both because a total bilirubin can confuse you

16  because you don't know which it is.

17  Q.   So what is the sensitivity and specificity of the

18  bilirubin test for diagnosing liver disease?

19  A.   There is a --- it is not very sensitive.  It

20  doesn't move much until much later.  It is specific.

21  But there's one really notable exception.  I'm looking

22  for the word exception.  And that exception is a pretty

23  common condition, which is called Gilbert syndrome.

24  Which is generally not dangerous.  But which captures

25  clinicians' attention, they're going to have to think

1   about it.  Because the bilirubin is elevated in that.

2   And those patients are pretty often healthy.  And

3   there's some literature.  And in some ways they're

4   healthier.  However, there also extreme cases of

5   Gilbert Syndrome which Gilbert itself to create a

6   problem.  So it's like everything else.  It's a

7   continuum.  G-I-L-B-E-R-T.  And is there an apostrophe

8   before the S?  That convention has changed. There used

9   to be.  But I'm not sure there still is.  And it may

10  not be Gilbert.

11  Q.   So what is the predictive value of the bilirubin

12  test for liver disease?

13  A.   The predictive value.  So if you get an elevated

14  bilirubin and it's the right one, there's something

15  wrong with that patient's biliary tree or liver.  And

16  it doesn't have Gilbert Syndrome or some other similar,

17  very rare genetic abnormality.  Gilbert is the common

18  one.

19  Q.   And if the bilirubin test is positive, what is the

20  sensitivity and specificity for diagnosing blood

21  disease?

22  A.   Okay.  So we've now flipped over to blood disease.

23  You're looking at specificity and sensitivity in a

24  population.  Well, if it's elevated enough, you can say

25  that they've got some hematologic problem pretty

Page 172

1   quickly.  But which one may require working with

2   additional, almost certainly will require additional

3   evaluation.  Not real common, but we do find it.

4   Q.   And what is the predictive value of the bilirubin

5   test for diagnosing blood disease?

6   A.   Disease isn't always the right word.  Sometimes

7   it's syndrome in people who aren't necessarily all that

8   sick.  But disease is more common.  And you get numbers

9   who prefer to say hematologic problems, so that we

10  understand it's not cancer, with elevated bilirubins.

11  It's pretty good for that when it gets high enough.

12  Q.   Is it fair to say that blood testing for bilirubin

13  levels is among the care that would be provided to

14  someone who sees a doctor regularly?

15  A.   No.

16  Q.   Bilirubin levels are routinely checked as part of

17  a periodic physical exam, aren't they?

18  A.   Not that I'm aware of.  I don't think that that's

19  usually the case.  There may be doctors who do it

20  because there's lots to be gained from it, but if you

21  look at those recommendations --- for example, you

22  know, whole population recommendations I don't think

23  you're going to see a bilirubin.

24  Q.   Would you find it unusual if several of the

25  Plaintiffs in this matter have had their bilirubin

1  levels routinely checked as part of a periodic physical

2  exam?

3  A.    No.

4  Q.    Were you aware of the fact that several of the

5  Plaintiffs in this matter have, in fact, had their

6  bilirubin levels routinely checked as part of the

7  periodic physical exam?

8  A.    No.

9  Q.    Blood urea nitrogen or BUN, if this test is

10  positive what specific disease, if any, is this test

11  for?

12  A.    In combination with creatinine.  That helps you to

13  look at liver functions.

14  Q.    Should we talk about both BUN and creatinine

15  together then?

16  A.    We should.

17  Q.    Okay.

18  A.    However, you're probably aware that only one of

19  them is in the final recommendation.

20  Q.    Which one is not in the final recommendation?

21  A.    BUN.

22  Q.    Why is BUN not in the final recommendation?

23  A.    I didn't think the determination --- again,

24  imagine myself sitting with Vermont doctors and they

25  said, you know, if you send us --- if you send a

1    patient with elevated creatinine to the office we're

2    going to do a BUN.  Take an extra step to figure it

3    out.  Wouldn't be --- wouldn't be necessarily be needed

4    up front.

5    Q.   If the test for creatinine is positive what

6    specific disease, if any, is this test for?

7    A.   Positive is the interesting word, but skipping

8    past that it's --- it's for kidney disease.

9    Q.   What is the sensitivity and specificity of this

10   test for diagnosing kidney disease?

11   A.   As the creatinine goes up it's pretty good for

12   diagnosing kidney disease.  Is it sensitive enough?  It

13   is in one sense when we see abnormality it's --- it's

14   --- it's sensitive.  The problem is it doesn't move as

15   fast as you would like and so you have to really be

16   thinking about it.  May I give you --- should I give

17   you an example of what I mean by that?  It's up to you.

18   Q.   Yes.

19   A.   Okay.  So we're monitoring maybe a group of

20   workers who have cadmium exposure, it's not in this

21   community exposure, it's a group of workers.  And

22   cadmium exposure is notorious for causing kidney

23   disease and we're checking creatinine and the

24   creatinine may or may not move.  But if they do move

25   the problem is kidney disease has already happened.

1  We're not happy then.  We would love a test that was

2  before that.  Okay?  So it's a good test, but it's not

3  super early.  It's once it starts moving it's --- it's

4  a problem.

5  Q.   Okay.  So then what's the predictive value of the

6  creatinine test for diagnosing kidney disease?

7  A.   When you get a positive test it's unfortunately

8  not too good.

9  Q.   Is it fair to say that blood testing for

10  creatinine levels is among the care that would be

11  provided to someone who sees a doctor regularly?

12  A.   We don't normally order that unless there's a

13  reason.  Some doctors, as you have pointed out, will do

14  that, but it may not be part of a routine

15  recommendation for a patient who doesn't have any signs

16  or symptoms of anything.

17  Q.   Would you find it unusual if several of the

18  Plaintiffs in this matter have had their creatinine

19  levels routinely checked ---

20  A.   No.

21  Q.   --- as part of the ---?

22  A.   It's a good test and doctors check it sometimes,

23  you know, insurance company approval permitted.

24  Q.   Were you aware that several of the Plaintiffs in

25  this matter have had their creatinine levels routinely

1    checked as part of the periodic physical exam?

2    A.    No.  May I add one thing that I neglected to add

3    earlier about creatinine?

4    Q.    Sure.

5    A.    So it has another use related to the

6    perfluoroalkyl substances besides the diagnosis of

7    disease.  This is like albumin but I decided it was

8    important enough to keep it in as well.  It's not the

9    only reason.  It's one of the reasons.  In kidney

10   failure we actually may be clearing less of these

11   things, so it's important to know that as well.  So

12   creatinine is a nice marker of kidney failure and the

13   anticipation that your PFAS is going to go down, maybe

14   mitigated if you have kidney failure because it's one

15   of the routes of excretion.

16   Q.    Okay.

17         Cholesterol testing whether total LDL, HDL if this

18   test is positive what specific disease, if any, is this

19   test for?

20   A.    Well, high cholesterol is ICD now 10 codeable

21   diagnosis and the risk factors are for vascular

22   disease, so that's heart disease, and stroke and other

23   vascular disease which by the way could include kidney

24   disease down the line.

25   Q.    Is it fair to say that blood testing for

 1   cholesterol levels is among the care that would be

 2   provided to someone who sees a doctor regularly?

 3   A.    It would depend on their age.

 4   Q.    Cholesterol levels are routinely checked as part

 5   of a periodic physical exam in individuals once they

 6   start getting into their 20s and --- and older?

 7   A.    You know, I don't think there's necessarily a

 8   recommendation at 20.  There may be doctors who do

 9   that.  We would have to go down and sit down with test

10   for recommendations for when you do that in a

11   asymptomatic individual, but I don't think that it's

12   20.

13   Q.    Cholesterol levels are frequently checked in lipid

14   panels along with triglycerides.

15         Correct?

16   A.    Yes, that's correct.

17                    VIDEOGRAPHER:

18                    Counsel, can I go off the record to change

19   the video?

20                    ATTORNEY WOLFF:

21                    Go ahead.

22                    VIDEOGRAPHER:

23                    Going off the record at 1:21 p.m.

24   OFF VIDEO

25                             ---

```
                                                  Page 178
 1        (WHEREUPON, A PAUSE IN THE RECORD WAS HELD.)

 2                              ---

 3    ON VIDEO

 4                 VIDEOGRAPHER:

 5                 Back on the record at 1:22 p.m.

 6    BY ATTORNEY WOLFF:

 7    Q.   Exhibit 13 is an excerpt from the USPSTF Clinical

 8    Guide to preventative services from 2014.

 9                              ---

10                 (Whereupon, Exhibit 13, Preventive

11                 Services Excerpt, was marked for

12                 identification.)

13                              ---

14    BY ATTORNEY WOLFF:

15    Q.   And if you take a look at page 45 the --- and then

16    it also continues I think with greater depth at pages

17    97 and 99.  The USPSTF recommends as a priority testing

18    blood serum level for total cholesterol, LDL and HDL in

19    men age 35 years and older, men ages 20 to 35 years who

20    are increased risk for coronary heart disease and women

21    ages 20 and older who are at increased risk for

22    coronary heart disease.

23        Correct?

24    A.   Yes, that's what it says.

25    Q.   And would you find it unusual if several of the
```

1   Plaintiffs in this matter have had their cholesterol

2   levels routinely checked as part of a periodic physical

3   exam?

4   A.    No.

5   Q.    Were you aware that several Plaintiffs in this

6   matter have, in fact, had their cholesterol levels

7   routinely checked as part of a periodic physical exam?

8   A.    No.

9   Q.    C reactive protein, did that make the cut in the

10  final merits report?

11  A.    No.

12  Q.    Why not?

13  A.    I didn't think it would help the patients enough.

14  We know it --- we know it's affected.  There is

15  evidence of that, but I didn't think it would help them

16  enough to do it.  It's one of the things we know, by

17  the way, that's good about PFOA exposure.  The

18  direction of the change is lower, which is good.

19  Q.    For C reactive protein?

20  A.    That's correct.

21  Q.    Which is a marker of inflammation.

22        Correct?

23  A.    That's right.  And that's not surprising when you

24  think of inflammation and immunization.  They're

25  essentially --- they're essentially two sides of one

Page 180

1    coin.

2    Q.   Gamma glutamyl transpeptidase, GGTP, if this test

3    is positive what specific disease, if any, is this test

4    for?

5    A.   It's good for liver.  There are a couple of other

6    things that move around with it, but it's --- it's ---

7    it's about liver and it's helpful in the evaluation of

8    different etiologic causes, underlying etiologic

9    causing of liver disease along with the ALT and AST.

10   And it's a more exotic test that I thought long and

11   hard about and didn't include.

12   Q.   What is the sensitivity and specificity of GGT

13   test for diagnosing liver disease?

14   A.   None of these tests alone are terribly sensitive

15   at the usual population cut off as we already

16   discussed.  They're --- they're much better about being

17   specific.

18   Q.   What is the predictive value of the GGT test for

19   diagnosing liver disease?

20   A.   That's where they kind of shine.  When you ---

21   when you get --- when you have a risk population you

22   start to use these tests.  Literature's really good

23   about saying, you know, the test is telling you that

24   there's a liver problem.

25   Q.   Is it fair to say that blood testing for GGT

1    levels is among the care that would be provided to

2    someone who sees a doctor regularly?

3    A.    No.

4    Q.    Would you find it unusual if some of the

5    Plaintiffs in this matter had their GGT levels

6    routinely checked as part of receiving regular care

7    from the physician?

8    A.    No.

9    Q.    Were you aware that some of the Plaintiffs in this

10   matter have had their GGT levels checked as part of

11   receiving regular care from a physician?

12   A.    No.

13   Q.    Globulin total.  If this test is positive what

14   specific disease, if any, is this test for?

15   A.    The test is --- is either for diseases or for

16   immune markers and when I was thinking about it I was

17   thinking about immune markers and subsequently decided

18   that it wasn't enough benefit to the population to

19   keep.  To answer your question, total globulins don't

20   diagnose any disease all by themselves.  You look at

21   these --- you look at the subpopulations and then you

22   start to see some diseases and that's not actually

23   relevant to the PFOA discussion, which is why --- which

24   is why I didn't include it.

25   Q.    So the globulin test dropped out once you got to

Page 182

1    the merits report.

2         Correct?

3    A.    That's correct.

4    Q.    Glucose, if this test is positive what specific

5    disease, if any, is this test for?

6    A.    We use glucose for diagnosing diabetes.  There are

7    a couple of other much rarer conditions that it's used

8    for, by and large this is about diabetes.

9    Q.    Is it fair to say that blood testing for glucose

10   level is among the care that would be provided to

11   someone who sees a doctor regularly?

12   A.    A fasting glucose?

13   Q.    Fasting glucose.

14   A.    Yeah.  Not necessarily.  They might more likely at

15   a certain age get a hemoglobin A1 C, ---

16   Q.    Uh-huh (yes).

17   A.    --- but I didn't include either in the final

18   because I thought --- this was actually the toughest

19   one that I came across.  There's tremendous advantages

20   to doing it, but my --- you know, I sat on the other

21   side of the table and I was a Bennington doctor and I

22   was saying to myself why do that, you know?  And so I

23   decided, okay, that's probably what people --- that's

24   probably what my fellow clinicians will say and so I

25   didn't add it.  Now, do they really do it in kids where

Page 183

1   we still have benefit and we want to find things

2   sooner?  You know, I don't know that, but I decided to

3   leave it out and it's --- it's a tough call.

4   Q.   So glucose and HBA1C tests dropped out by the time

5   you got to your merits report?

6   A.   They did.  I made every effort to be really

7   conservative and they dropped out, and those are the

8   ones I mentioned to you earlier that I could as easily

9   be criticized for too little as too much.  That's the

10  one where I imagine the doctor on the other side of the

11  table saying to me, why the heck didn't you do that?

12  That's the one where I really --- I really look in the

13  mirror and say was that a mistake?  It's just a tough

14  call.

15  Q.   Running down the list alphabetically.

16  Immunoglobin serum concentrations of IGA, IGE, IGG and

17  IGM.  Did those make the final cut?

18  A.   No.  They are effective, but they didn't make the

19  final cut.

20  Q.   Insulin, did insulin make the final cut?

21  A.   No.

22  Q.   Then non-alcoholic fatty disease, additional

23  marker.  What is that referring to?

24  A.   I was thinking about using whichever marker was

25  best, so this would be whatever was the up and coming

1    scout marker.  Examples would be cytokeratin fragments.

2    There's some others and I apologize I'm not remembering

3    their names, but there's a bunch of them that different

4    groups are using now to look for this.  And what I

5    decided after looking at them was I didn't have enough

6    literature.  There wasn't enough familiarity with them,

7    so then I thought it would be in that benefit in the

8    community.

9    Q.    So the test for markers of non-alcoholic fatty

10   liver disease dropped out of the merits report?

11   A.    Well, ALT and AST are --- and GGT are still in

12   there.  They're very conventional markers.  The up and

13   coming markers dropped out.

14   Q.    So the cleaved cytokeratin fragments test is gone?

15   A.    That's correct.

16   Q.    What about these T helper cytokines, interferon

17   gamma, interleukin 2 and interleukin 4, did those make

18   the final cut?

19   A.    No.

20   Q.    TA --- pardon me.  TSH, thyroid stimulating

21   hormones, did they make the final cut?

22   A.    Yes.

23   Q.    If the test for THS is positive what specific

24   disease, if any, is this test for?

25   A.    I'm going to say we're at the end, what it means

1    to be positive because it's variable, but the disease

2    --- it's thyroid disease.  Not thyroid cancer, thyroid

3    disease.  What I want to say about the positive is

4    laboratories report these things as one abnormal or

5    normal and the reality is when you go through the

6    literature they should probably report it as gender,

7    race and age specific normals and abnormals.  And that

8    would be more useful to clinicians, but few labs are

9    doing that yet.

10   Q.   What is the sensitivity and specificity of the TSH

11   test for diagnosing kidney disease?

12   A.   You mean ---?  Okay.

13        It's okay.  I know what you mean.  You mean thyroid

14   disease?

15   Q.   Thyroid disease, TSH.  Let me withdraw the

16   question then.

17        What is sensitivity and specificity of the TSH

18   test for diagnosing thyroid disease?

19   A.   Okay.

20        So it could challenge my memory here.  The

21   sensitivity is the thing that you really worry about

22   and there are --- there is a strong clinician minority

23   that says these things are not sensitive enough and we

24   need to be putting patients on medications who have

25   still normal TSH because they're not sufficiently

1    sensitive.  They can be --- they can be what we call,

2    you know, centrally normal and the patient can still be

3    ill.  That's the argument.  I don't buy the argument.

4    I think that these tests are --- they're not perfect.

5    They're pretty good and they're sufficiently sensitive

6    that we should pay attention to them and not try to

7    worry too much about patients who have rare TSHs.

8         If you do decide to worry about it, it requires a

9    reasonably high degree of additional verification to

10   show that there really is a T3 problem that would be

11   agreed to by an endocrinologist and not just somebody

12   saying that in the community.  It's a contentious

13   issue, but I think the majority opinion is that it is

14   reasonably sensitive.  Now, as to its specificity there

15   is variation over time.

16        Okay.

17        So if you get an abnormal you might want to repeat

18   it.  If you get --- if you got your test done at 9:00

19   in the morning and 3:00 in the afternoon there could be

20   like a 30 percent variation.  And as you already

21   correctly pointed out, 95 percent intervals are either

22   a bell shape or even an asymmetric curve.  You can slip

23   outside.  So you have to pay attention.  You have to

24   actually know what you're doing and not just look at

25   whether it's normal or abnormal.

1   Q.   What is the predictive value of the TSH test for

2   diagnosing thyroid disease?

3   A.   I think I already answered that, that controversy

4   that I discussed aside.  You get an abnormal TSH when

5   you repeat it, that's patient you should really

6   consider for thyroid disease.  Now, there's thyroid

7   diseases that are not responsive to TSH.  There are

8   different diseases.  They're less common.  Now we're

9   talking about something different.

10       Okay?

11  Q.   Is it fair to say that blood testing for THS (sic)

12  levels is among the care that would be provided to

13  someone who sees a doctor regularly?

14  A.   No.  Again, I don't think that's a routine

15  recommendation.  If I order a TSH I've got to associate

16  it with the diagnosis.

17  Q.   Well, let's see what some of the expert consensus

18  states.

19  Q.   Exhibit 14 is the American Thyroid Association

20  guidelines for detection of thyroid dysfunction and

21  please turn with me to the conclusion section on the

22  first page.

23                      ---

24              (Whereupon, Exhibit 14, American Thyroid

25              Association Guidelines, was marked for

1            identification.)

2                                    ---

3   BY ATTORNEY WOLFF:

4   Q.   Do you see that, Doctor?

5   A.   Yes.

6   Q.   And it states that the American Thyroid

7   Association recommends that adults be screened for

8   thyroid dysfunction by measurement of the THS

9   beginning at age 35 years and every five years

10   thereafter.  This indication for screening is

11   particularly compelling in women, but it can also be

12   justified in men as a relatively cost effective measure

13   in the context of the periodic health examination.

14        Correct?

15   A.   It does say that.

16   Q.   Do you agree with that?

17   A.   You know, I do.  And just for clarification, this

18   is not the USP, the United States Preventive Services,

19   task force who have different recommendations.  I

20   actually think these folks are right.  I think that

21   this is a better recommendation and I --- I'm not even

22   sure that every five years is good enough when risk

23   goes up, which is the point about medical monitoring.

24   Once risk goes up I think it should be more than every

25   five years.

1    Q.    Would you find it unusual if several of the

2    Plaintiffs in this matter have had their THS levels

3    routinely checked as part of the periodic physical

4    exam?

5    A.    If they did I would think that their doctors were

6    agreeing with me and so I wouldn't find it unusual at

7    all.

8    Q.    Okay.

9          Were you aware that several of the Plaintiffs in

10   this matter have had their THS levels routinely checked

11   as part of the periodic physical exam?

12   A.    No, I wasn't aware that they had a TSH level

13   checked.

14   Q.    Okay.

15         Triglycerides, if this test was positive what

16   specific disease, if any, is this test for?

17   A.    Triglycerides is --- again, it's another lipid.

18   Q.    Did the Triglyceride test make the final cut in

19   the merits report?

20   A.    No.

21   Q.    Uric acid, if this test is positive what specific

22   disease, if any, is this test for?

23   A.    Both hyperuricemia and gout are codeable and

24   that's what it's for.

25   Q.    And what is the sensitivity and specificity of

```
                                            Page 190
 1    this test for diagnosing hyperuricemia?
 2    A.    Sensitivity.   You didn't ask about predictive
 3    value.
 4    Q.    That'll be next.
 5    A.    Okay.
 6          So let's think about sensitivity.   That's a
 7    definitional one, so by definition we have cut offs and
 8    so the answer is sensitive because it's defined by
 9    itself.
10          Okay?
11          Does that make sense to you?
12    Q.    Uh-huh (yes).
13    A.    Okay.
14          Now, specificity, if the test is negative does the
15    person have hyperuricemia?   No.
16          Okay.
17          So it is specific and sensitive.   It still doesn't
18    help you much, so now you get to predictive value which
19    does.
20    Q.    What is the predictive value of the uric acid test
21    in diagnosing hyperuricemia?
22    A.    Okay.
23          First you have to get it and then when you get it
24    it's still definitional, but it's not definitional for
25    gout.
```

Page 191

1      Okay?

2      People can have hyperuricemia without having gout.

3   People can have hyperuricemia with its increased risk

4   for kidney disease without getting kidney disease.

5   Q.   What is the sensitivity and specificity of the

6   uric acid test for diagnosing gout?

7   A.   I should add one other thing about uric acid ---

8   Q.   Okay.

9   A.   --- because you asked me something before, which I

10  answered incompletely.  Uric acid also goes up with the

11  number of other cardiovascular risks, so it's not

12  absolutely specific for just what we're doing with our

13  uric acid handling and that whole --- whole pathway.

14      Okay?

15      And I should have mentioned that because that's one

16  of the things that we found to be the case with

17  perfluoroalkyl substances.

18  Q.   Okay.

19  A.   I'm sorry.

20  Q.   No, no.  That's okay.  So what is the sensitivity

21  and specificity of the uric acid test for diagnosing

22  gout?

23  A.   How many people with high uric acid get the

24  diagnosis of gout?  It's not the majority, but I don't

25  know the percent.

1  Q.   What is the predictive value of the uric acid test

2  for diagnosing gout?

3  A.   I thought --- I'm sorry.  I thought that's what

4  you asked me.  That's the question I answered.

5  Q.   Oh, okay.

6  A.   Because that's the logical question.  The other

7  questions are kind of actually --- they're interesting,

8  but not that important to patients.  But that one is

9  important.

10  Q.   Okay.

11       So ---?

12       All right.

13       So let me --- let me ask the question again.  What

14  is the sensitivity and the specificity of the uric acid

15  test for diagnosing gout?

16  A.   Okay.

17       So let's see.  So if you had a low uric acid and

18  you're not on medications, meaning you don't already

19  have a diagnosis of gout it's --- it's pretty darn

20  specific.

21       Okay.

22       Now, there's other kinds of gout.

23       All right.

24       Not limiting the answer to uric acid gout.

25       Okay.

```
                                              Page 193
1        So now let's say that the opposite is true and we
2    got a high one.
3        Okay?
4        So it's a high uric acid.  It's a positive test.
5    It's sort of definitional for --- for hyperuricemia,
6    but then the predictive value later down the road.  So
7    it's a hundred percent, but the predictive value later
8    down the road, which is the question you asked last, is
9    not a hundred percent.  It's much lower.  I can't give
10   you the percent, but it's less than half.
11   Q.   Is it fair to say that blood testing for uric acid
12   levels is among the care that would be provided to
13   someone who sees a doctor regularly?
14   A.   No.
15   Q.   Would you find it unusual if several of the
16   Plaintiffs in this matter have had their uric acid
17   levels routinely checked as part of a periodic physical
18   exam?
19   A.   No.
20   Q.   Were you aware of the fact that some of the
21   Plaintiffs in this matter have had their uric acid
22   levels checked as part of receiving medical care from a
23   physician?
24   A.   No.
25   Q.   Wouldn't you agree that pregnant women are
```

Page 194

1    routinely screened for pregnancy induced hypertension

2    as a standard part of prenatal care?

3    A.    Yes, enthusiastically.

4    Q.    And post menopausal women do not get pregnancy

5    induced hypertension.

6          Do they?

7    A.    We're not talking about anything that's really

8    weird or wild like, you know, implanted --- you know?

9    Generally not.

10   Q.    Not in the weird and wild.

11   A.    Yeah.   Okay.

12         I mean, you do know that there are techniques

13   capable of implanting a --- a --- a --- a developing

14   fetus in people who are no longer menstruating.   So

15   that can be done.   Whether it's smart or not is a

16   separate question, but in general you are correct.   I

17   mean, people --- people are of reproductive age for a

18   specific period in their life.   And it's defined by the

19   beginning and --- the beginning is a little tricky, but

20   at the end it gets less tricky, the beginning and end

21   of menstruation.

22   Q.    Are women who are in their mid 50s and in their

23   70s going to be breastfeeding infants?

24   A.    I've not seen a woman in their 50s breastfeeding

25   infants, but I have read about it and so that's just

1    something for you to know.  I've never seen it.  I

2    think it's probably pretty rare.

3    Q.   Are women in their 70s going to be breastfeeding

4    infants?

5    A.   I don't think so.

6    Q.   Are you aware of the fact that Linda Crawford is

7    in her 70s?

8    A.   No, I don't --- I don't think I know any of the

9    ages of --- or have seen any of those kinds of details

10   from any of the class.

11   Q.   So you didn't know that Leslie Addison, for

12   example, is in her middle 50s?

13   A.   No.

14   Q.   Leslie Addison, all other things being equal, is

15   not a woman of child bearing age.

16        Is she?

17   A.   There are some people in their early 50s who give

18   birth.  It's pretty rare in their late 50s and it's

19   pretty rare in the early 50s.  I think by mid 50 it's

20   next to zero.

21   Q.   And Linda Crawford at age 70 is not a woman of

22   child bearing age.

23        Is she?

24   A.   No.

25             ATTORNEY WOLFF:

Page 196

1          Let's go off the record, please?

2                VIDEOGRAPHER:

3                Going off the record at 1:44 p.m.

4     OFF VIDEO

5                          ---

6        (WHEREUPON, A SHORT BREAK WAS TAKEN.)

7                          ---

8     ON VIDEO

9                VIDEOGRAPHER:

10               Back on the record at 1:50 p.m.

11    BY ATTORNEY WOLFF:

12    Q.   Is it correct that if a clinical laboratory or

13    other test is not listed in your merits report that it

14    is no longer included in the medical monitoring program

15    that you are proposing?

16    A.   Yes.

17    Q.   And is it correct that the only outcomes that you

18    are proposing medical monitoring for are those

19    identified on pages 20 through 25 of your merits

20    report?

21                ATTORNEY WHITLOCK:

22                It's Exhibit 4.

23    A.   Yes.  That is why I'm proposing at this time.  Let

24    me add a small caveat to that.  I don't --- I don't see

25    harm in survey questions about other outcomes.  I don't

1    see any potential for harm in doing that, but in terms

2    of what we're directing the monitoring enterprise at

3    these are the listed conditions.

4    BY ATTORNEY WOLFF:

5    Q.    Sensitivity, when one talks about the sensitivity

6    of a clinical test sensitivity is typically expressed

7    numerically.

8          Is it not?

9    A.    Sensitivity, and specificity and predictive value

10   are all numerical concepts.

11   Q.    And is there a reason why when I asked you to

12   describe the sensitivity, and specificity or the

13   predictive value of various tests that you are

14   proposing your answers were qualitative rather than

15   quantitative?

16   A.    Yes.

17   Q.    What was the reason?

18   A.    Because it depends on the --- for predictive

19   value, of course, it depends upon population

20   prevalence.  For sensitivity and specificity it varies

21   depending on the specific test and for that test it's

22   always a moving target.  So your today sensitivity and

23   specificity doesn't have to be your tomorrow

24   sensitivity and specificity.

25          And to the patient --- let's get back to the

Page 198

1   patient, or the participant or the population.  To the

2   --- to the patient or the population the thing that

3   matters is the predictive value.

4   Q.   On page 15 of your class certification report you

5   refer to the example of medical monitoring of children

6   and communities for lead poisoning.

7        Correct?

8   A.   Yes.

9   Q.   And while we know that high levels of lead can be

10  a toxicant, public health screening is not done on the

11  basis of low levels of lead.

12       Is it?

13  A.   I find your question to be a non sequitur.  Could

14  you rephrase it?

15  Q.   Public health screening is not done on the basis

16  of low levels of lead.

17       Is it?

18                ATTORNEY WHITLOCK:

19                I'm going to object --- object to the

20  form.

21  A.   The way you've asked that question puts the cart

22  before the horse.

23       Okay?

24       So I can't look at a child unless I know quite a

25  bit of additional information and predict what that

Page 199

```
 1    child's lead test is going to be.  So I don't know in
 2    advance.  That's why I do the screening.
 3    BY ATTORNEY WOLFF:
 4    Q.   One must have a high enough level and have
 5    demonstrated toxicity to justify public health
 6    screening.
 7         Isn't that correct?
 8    A.   You're --- you're --- you're asking that question
 9    in a way that every physician who does this could
10    disagree with you.  I'm sure you're getting at
11    something important, but you've got something confused.
12    We screen children because we don't know their levels.
13    We don't screen children because we do.
14    Q.   We know that lead was one of the first metals used
15    by humans and was the cause of the first recorded
16    occupational disease, which was lead colic in a fourth
17    century BC metal worker.
18         Correct?
19    A.   I'm not going to debate the --- it's a great
20    literature about which is the first report.
21         Okay?
22         There's --- there's also some --- some people who
23    say there are earlier reports of something different in
24    the Bible.
25         Okay.
```

```
                                                        Page 200
 1         But whether --- which then you can then start to
 2    argue about how far back its antecedents are.  With
 3    that said, lead is a toxin of great antiquity and
 4    you're right that it's very toxic on a pound for pound
 5    basis.  It's --- it's up there or worse than arsenic,
 6    which people don't understand until you explain to them
 7    how toxic it really is.
 8    Q.   And we know that lead was banned from paints used
 9    in residential and public buildings in the United
10    States in 1977.
11         Correct?
12    A.   I think you're right about '77.  I was carrying
13    '79 in my mind, but I think that's more of an asbestos
14    number.  I think '77 is probably right for lead.
15    Q.   And we know that lead was phased out and then
16    banned from use in gasoline in the United States
17    between the 1980s and the mid 1990s.
18         Correct?
19    A.   Right.  There's still lead in very specific
20    specialty gasoline or fuels.  I think gasoline might
21    not be the right word for some of those specialty
22    fuels, but by and large you just don't buy lead for
23    your car anymore in the U.S.
24    Q.   We know that children younger than five are at
25    increased risk for elevated blood level --- blood lead
```

Page 201

1    levels and lead toxicity because of increased hand to

2    mouth activity, increased lead absorption from the

3    gastrointestinal tract and greater vulnerability of

4    developing central nervous system.

5        Correct?

6                ATTORNEY WHITLOCK:

7                Object to the form.

8    A.   He's correct about everything he said although you

9    put in the context of higher lead levels and central

10   nervous system is not about higher lead levels.  It's

11   about an outcome of the lead levels, but everything you

12   said is individually true.

13   BY ATTORNEY WOLFF:

14   Q.   And we we know that lead poisoning from

15   deteriorating old paint is the primary source of

16   elevated blood levels in children.

17       True?

18   A.   Yes.  I tell my --- we tell our residents and

19   medical students and even --- even the freshman taking

20   or sophomore taking introduction to environmental

21   health as undergraduates that 95 percent of the time

22   it's when you find lead poisoning and you look back the

23   answer is paint.  And then we go on and tell them the

24   other 5 percent, the really fun things that all the

25   myriad of places, the unbelievable panoply of things

1   that have led to lead poisoning that all of us have

2   seen once or twice.

3   Q.    What's the most unusual that you've seen?

4   A.    I have a publication which is entitled Home on the

5   Range and that's exactly what it was.  This is an

6   ancient publication, early '90s possibly and a family

7   decided that they needed --- that they wanted to have a

8   rifle range in their home.  And then they decided that

9   the kitchenette that they built to entertain neighbors

10  near the rifle range was a great place for them to have

11  their food, and that led to a series of consequences.

12       That's the most interesting, but things that people

13  don't know about are also interesting.  Somebody who

14  put a hose in a creek and then ran the hose for maybe

15  more than a quarter mile.  I mean, I didn't know before

16  that that lead was a common plasticizer.  That's how I

17  learned.

18       Okay.

19       And so, you know, you just find these things out as

20  you go.  And then everybody knows about the jewelry and

21  cosmetics, but they're rare.  You see them, but they're

22  rare.

23  Q.    Sure.  I mean, we know that the risk factors for

24  increased blood levels in children and adults are

25  largely socioeconomic and they include minority raised

1   ethnicity in urban residents, low income, low

2   educational attainment, older housing, recent or

3   ongoing home renovation, pica, the use of ethnic

4   remedies, cosmetics, exposure to lead glazed pottery,

5   occupational exposure and even recent immigration.

6        Correct?

7   A.   Yes.  I've not seen one in a recent immigrant

8   myself personally.  I've seen all of the above at some

9   time.

10  Q.   And we know that treatment options for elevated

11  blood --- blood lead levels include residential lead,

12  hazard control efforts including counseling and

13  education, dust or paint removal, and soil abatement as

14  well as chelation and nutritional interventions.

15       Correct?

16  A.   All of those things.  Some of them are way more

17  important than others.  All of those things are part of

18  the repertoire.  And just moving family out, you don't

19  just remediate the home.  You try to move --- move the

20  family out.

21  Q.   Exhibit 15 is an excerpt from the USPSTF Guide to

22  Clinical Preventive Services 2014.

23                         ---

24            (Whereupon, Exhibit 15, Clinical

25            Preventive Services Excerpt, was marked for

Page 204

1              identification.)

2                              ---

3     BY ATTORNEY WOLFF:

4     Q.    Please turn with me, Doctor, to page 67.

5                  ATTORNEY WHITLOCK:

6                  Counsel, I don't believe there is a page

7     67.

8                  ATTORNEY WOLFF:

9                  Which you're right.  My trusty legal

10    assistant is not so trusty.

11    BY ATTORNEY WOLFF:

12    Q.    Let me ask you this, Doctor.  The USPSTF does not

13    recommend testing asymptomatic children at ages one to

14    five years who are at average risk.

15          Does it?

16    A.    You're talking about for lead?

17    Q.    Yes, for lead.

18    A.    You know, I don't know the answer to that

19    question.  We --- it depends on what you mean by

20    average risk.  If by average risk you mean we know that

21    this child lives in a neighborhood where all the

22    housing and schools are built after 1977, which there

23    are plenty of places where that is the average, then

24    the recommendation we generally make is that you don't

25    need to screen in that neighborhood unless there's

1    other issues going on.  But I don't know that the

2    USPSTF says anywhere that you shouldn't screen children

3    for lead.  I --- if it's there, I missed it.

4    Q.    Were you aware that the USPSTF found there was

5    insufficient evidence to recommend screening in

6    asymptomatic children ages one to five who are at

7    increased risk?

8    A.    Insufficient evidence to screen the USPSTF, to my

9    knowledge USPSTF has never made a recommendation

10   against screening.  They may say that the evidence for

11   screening has holes in it, but they have never to my

12   knowledge made a recommendation against screening.  And

13   in most of the 50 states, so you're clear, we're doing

14   screening.

15   Q.    On page 16 of your report you allude to medical

16   monitoring for asbestos.

17        Correct?

18   A.    Yes.

19   Q.    The adverse health effects of asbestos exposure

20   have been known for decades.

21        Haven't they?

22   A.    Well, we add some more recently, but the most

23   important ones have been known since the '70s and

24   actually people are still fighting about them in the

25   '70s, but yeah they were known.  They were just some

Page 206

1   sort of rear guard people who said, no, it can't be
2   true, but I don't think they exist anymore.
3   Q.    And injuries caused or allegedly caused by
4   asbestos have for decades upon decades led to an
5   elephantine mass in asbestos cases in state and federal
6   courts.
7        Haven't they?
8   A.    I don't want to pretend that I'm an expert on
9   that.  A clinician's perspective is there's a lot of
10  legal activity around asbestos and I'll leave it at
11  that.  I don't want to --- in another life could I have
12  gone to law school?  Could be, but I didn't.
13  Q.    On pages two and seven of your report you make
14  reference to being involved with the C8 project
15  including being responsible for a website that provided
16  open access summary data from that project.
17       Correct?
18  A.    Yes.
19  Q.    You are aware that by a negotiated agreed upon
20  settlement Dupont has been funding a C8 health project
21  and a medical monitoring program.
22       Correct?
23  A.    I know about the settlement.  Medical monitoring
24  program, the details of that are not --- the details
25  that were back in 2005 and '06 I'm very aware of.  The

Page 207

1    details going forward I don't have that much in my mind

2    about, you know, what the medical monitoring is for

3    people today.

4    Q.   I apologize for blaming my legal assistant.  I'm

5    going to give a new exhibit.  Exhibit 16 is another

6    excerpt of the 2014 USPSTF Guide and if you would turn

7    to page 67 in this exhibit.

8                         ---

9                (Whereupon, Exhibit 16, Blood Levels in

10               Children and Pregnant Women, was marked for

11               identification.)

12                         ---

13   BY ATTORNEY WOLFF:

14   Q.   And this exhibit does contain page 67.

15               ATTORNEY WHITLOCK:

16               This exhibit does have a page 67.

17               ATTORNEY WOLFF:

18               Sixty-seven (67).  Yes, it does.

19   BY ATTORNEY WOLFF:

20   Q.   And you see that there's a chart entitled blood

21   levels in children and pregnant women?

22   A.   Yes.

23   Q.   And if you take a look in the second column it

24   says asymptomatic children ages one to five years who

25   are at average risk?

1  A.    Yes.

2  Q.    It says recommendation is do not screen for

3  elevated blood levels?

4  A.    I see that.  I have to figure out what they mean

5  by average risk.  They --- I --- I believe they must

6  mean that they know that the child's not where there is

7  lead paint.  That's the only thing that I can think of

8  because where there is lead paint we screen kids.  We

9  only don't screen kids in neighborhoods where there

10 isn't and that's sort of U.S. wide, so they must mean

11 --- I'd have to delve into the details of this.

12      The preventable consequences of lead poisoning are

13 such that where lead poisoning exists in a community we

14 screen for it.  And this recommendation probably has a

15 context in which something like average risk means that

16 there is no known possibility of exposure.  So that's

17 all I can think of.  Kids around lead paint, we screen

18 and if you live in a brand new suburb in a place where

19 there's never been lead paint and it's a population

20 that doesn't have any outcomes we may not screen.

21 Q.    And if you turn to the very bottom of that chart

22 in the same column when the USPSTF balances the

23 benefits and the harms, they say given the significant

24 potential harms of treatment and residential lead has

25 abatement and no evidence of treatment benefit.  The

1   harms of screening for elevated blood lead levels in

2   children at average risk outweigh the benefits.

3        Correct?

4   A.   I haven't read it, but I assume you read it --- I

5   assume you read it correctly.  So I assume they said

6   that.

7   Q.   Okay.

8        Exhibit 17 is a paper by Frisbee, you and others

9   entitled The C8 Health Project Design Methods and

10  Participants.

11                         ---

12              (Whereupon, Exhibit 17, Dr. Ducatman's

13              Paper, was marked for identification.)

14                         ---

15  BY ATTORNEY WOLFF:

16  Q.   Correct?

17  A.   Yes.

18  Q.   And in the C8 health project that you were

19  associated with participants provided a blood sample

20  one time.

21       Correct?

22  A.   That's partially correct, but the one that I was

23  associated with at the beginning had only one blood

24  sample.  Then later there were follow-up blood samples

25  for the subset of the population under the aegis of the

Page 210

1   science panel.

2   Q.    In this paper Frisbee it's a one time ---

3   A.    Yes.

4   Q.    --- sampling?

5   A.    That's correct.

6   Q.    Did you have any role with the C8 medical

7   monitoring program?

8   A.    Yes.

9   Q.    Exhibit 18 is the April 7, 2017 status report in

10  connection with the C8 medical monitoring program.

11                          ---

12              (Whereupon, Exhibit 18, 4/7/17 Status

13              Report, was marked for identification.)

14                          ---

15  BY ATTORNEY WOLFF:

16  Q.    Have you seen this document before?

17  A.    No.

18  Q.    Are you aware that since September of 2014 notice

19  packets were mailed to more than 99,000 potential class

20  members in connection with the C8 medical monitoring

21  program?

22  A.    I was generally aware that things have gone out to

23  people, but I don't know what's in them or how many

24  people got them.

25  Q.    Are you aware that between September 2014 and

1   April 7th, 2017 compared to the 99,065 notice packets

2   that were mailed only 6,681 registrations were

3   received?

4   A.   No, I wasn't aware of that.

5   Q.   Were you aware that of those 6,681 registrations

6   received 5,957 were deemed eligible for medical

7   monitoring?

8   A.   Not aware of that either.

9   Q.   Even if all 6,681 registrations received were

10  eligible that's a response rate of less than 7 percent.

11       Correct?

12  A.   You said it wrong, but I'm sure you've done your

13  math correctly.  You left out a digit there when you

14  were going over it, but I'm sure you calculated it

15  correctly and I'll accept it.  The percent you got

16  right.  You actually --- when you said the number if

17  you go back and read it ---.

18  Q.   6,681.  If that's not what I said, that's what I

19  meant to say.  Do you consider seven percent to be a

20  good response rate?

21  A.   No, that's not great.

22  Q.   Were you aware of the fact that between September

23  2014 and April 7th, 2017 compared to the 99,065 notice

24  packets that were mailed only 2,020 physician

25  appointments were made by eligible class members?

```
                                        Page 212
 1   A.    No.
 2   Q.    2,020 physician appointments is just two percent
 3   of the potential class members who were mailed notice
 4   packets.
 5        Right?
 6   A.    Sounds about right.
 7   Q.    Do you consider a collective utilization rate of
 8   just two percent over the course of more than two and
 9   half years to be a good utilization rate?
10   A.    No.
11   Q.    Since the medical monitoring comes at no monetary
12   cost to the class members do you know why the
13   utilization rate has been just two percent collectively
14   over the course of more than two and a half years?
15   A.    I've heard it discussed, but I don't have an
16   opinion other than what I heard discussed.  Do you want
17   me to discuss --- do you want me to review what I've
18   heard discussed?
19   Q.    No, I only want to know if you know.
20   A.    I don't know independent of what I heard
21   discussed.
22   Q.    Since screening and asymptomatic population must
23   involve many people to potentially benefit a few does a
24   collective utilization rate of just two percent over
25   more than two and a half years make the C8 medical
```

Page 213

1   monitoring program a success or a failure in your

2   opinion?

3                ATTORNEY WHITLOCK:

4                Object to the form.

5   A.   You said a couple of things.  One is a preamble of

6   that you need to screen many to find a few.  That's

7   sometimes true and sometimes not.  And then you talked

8   about this effort by actually the Rozen firm because

9   they're actually sort of in charge of it.  And I would

10  say that their part of this has been a notable problem

11  and failure.  I expected at some point that the people

12  who are in charge are going to find some way to get to

13  somebody who's better than this.  When we did the

14  screening you probably do know that it was for those

15  who --- for those who we can account to was in the

16  neighborhood between 80 and 81 percent.

17  BY ATTORNEY WOLFF:

18  Q.   Right.

19       That was a survey.

20       Correct?

21  A.   You pointed out correctly.  It was a one time

22  survey.

23  Q.   And they were paid money in order to complete the

24  survey.

25       Correct?

Page 214

1    A.    Right.

2         The settlement --- the settlement went to them as

3    money that came with the survey and then the science

4    panel followed up on a subset, which they chose

5    randomly.  And I think that you would have to go back,

6    but my recollection is that they got a better than 60

7    percent response rate.  But we'd have to check the

8    literature on that.  Those are the articles by --- for

9    example, Steenland, and that would be later in time and

10   I had no part in that.

11   Q.    Right.

12        I mean, if we take a look at your paper the

13   Frisbee paper on page 1875 in the middle column, smack

14   dab in the middle of the page it says each verified

15   participate received a $150 for completing the health

16   survey and an additional $250 for providing a blood

17   sample regardless of sample quantity or quality?

18   A.    Right.

19        That's how --- that's how participants got the

20   benefit when they participated.

21        That's exactly right.

22   Q.    On page seven of your class certification report

23   you recommend that the proposed medical monitoring

24   program include a medical survey.

25        Correct?

Page 215

1   A.    Yes.

2   Q.    Is it fair to say that this medical survey would

3   fit into the medical surveillance component of your

4   proposed medical monitoring program?

5   A.    Yes.

6   Q.    And you proposed to base this survey on one used

7   in the C8 health project.

8         Correct?

9   A.    It's a model.

10  Q.    Exhibit 19 is a document that comes from the

11  website identified in paragraph A on page seven of your

12  report.

13                         ---

14    (Whereupon, Plaintiff's Exhibit 19, Website Excerpt,

15     was marked for identification.)

16                         ---

17  BY ATTORNEY WOLFF:

18  Q.    Have you seen this document before?

19  A.    Yes, certainly on the web.  Probably even in paper

20  form, too, but for sure on the web.

21  Q.    The first page says notice this survey was

22  developed by Brookmar, Inc. for use solely by the C8

23  health project.

24        Correct?

25  A.    Yes.

1  Q.   And this survey was developed following the

2  settlement of a lawsuit against Dupont.

3       Correct?

4  A.   Yes.

5  Q.   And the scope of the medical monitoring program in

6  that case was set by the terms of a settlement

7  agreement between the parties.

8       Correct?

9  A.   Yes.

10 Q.   And this survey collects information on a number

11 of topics ranging from demographics, to employment

12 history, to military history as well as medical, social

13 and family history.

14      Correct?

15 A.   Yes.

16 Q.   Please turn with me to page three and in the

17 first ---.

18              ATTORNEY WHITLOCK:

19              Counsel is that the third ---

20              ATTORNEY WOLFF:

21              The third page.

22              ATTORNEY WHITLOCK:

23              --- page?

24              Okay.

25              Apparently they are not numbered.

```
                                              Page 217
 1                ATTORNEY WHITLOCK:
 2                Yeah, it does not look like it.
 3     BY ATTORNEY WOLFF:
 4     Q.   Okay.
 5          So the third page in this exhibit in the first
 6     full paragraph following the heading the purpose of
 7     this project.  Do you see that at the top, Doctor?
 8     A.   Yes.
 9     Q.   Okay.
10          Among other things it says the questions are a lot
11     like those you would find on a doctor's office form.
12     They cover many medical problems, but none of the
13     medical conditions asked about are known to have a
14     connection with C8.
15          Correct?
16     A.   Yes.
17     Q.   And if you would please turn the page to the next
18     page, page four.  Toward the bottom in the paragraph
19     labeled benefits it states that there are a few direct
20     benefits to you for taking part in this project.
21          Correct?
22     A.   Yes.
23     Q.   And the next paragraph labeled risks states that
24     some people who take this survey may become anxious or
25     concerned about their health.
```

1      Correct?

2   A.    Yes.

3   Q.    Is it fair to say that the purpose of this survey

4   was not to screen or diagnose any individuals for a

5   PFOA-related health condition?

6   A.    That is fair.

7   Q.    Would you agree that its purpose was only to

8   gather medical and social data to conduct a research

9   study?

10  A.    It ended up having more purposes than that,

11  however, I would say its intent was to be a population

12  community study.  Whether you characterize that as a

13  research study or not, I can debate it, but I don't

14  really care about the debate one way or the other.  It

15  was not intended as its primary function to deliver

16  healthcare.  It ended up doing that in the few very

17  specific instances which I'm prepared to discuss if you

18  want me to.

19  Q.    Let me just ask you this.  You would like to use a

20  survey based on the C8 health project survey as part of

21  a medical monitoring program in this litigation.

22      Correct?

23  A.    Yes.

24  Q.    And how, if at all, would a population based

25  survey such as this one improve the detection and

1    diagnosis in any particular individual of any of the

2    end points that remain as part of your merits opinion?

3    A.   Do you want me to go through the end points one at

4    a time again at this point or --- I'm not sure what you

5    want to do next because I feel like we've gone over it.

6    And I don't want to --- I don't want to belabor

7    anything, but I'm willing to go back over each --- each

8    thing that we do and discuss it and that's up to you.

9    Q.   I guess I'm just trying to grapple with the notion

10   of how a survey such as this one improves the detection

11   and diagnosis of disease in any particular individual?

12   A.   So at this time I think you're asking me about

13   history.  I mean, I'm going to think I understand your

14   question and talk about the passage of time, what we

15   knew then and what we know now and see if I --- see if

16   you think that gets at your question.

17       Then what we knew about PFOA --- and by the way

18   PFOS and PFHxS and PFNA was not a lot, especially not

19   in humans.  There was essentially no information and

20   there was a claim that it was physiologically inert in

21   humans  actually this time, which the survey shows.

22   And other things that were happening simultaneously

23   showed to be not correct.

24       Okay.

25       So the things that were found in this survey and in

1    other information, not just this survey, then provided

2    us with an idea of what are the human outcomes. This

3    --- this was early than others replicated or didn't

4    replicate depends on what outcome you're talking about.

5    For the replicated outcomes some of the things that are

6    in this survey are still the things that you would want

7    to ask.  The design is kind of nice.  It worked very

8    well on the web.

9         Virtually everybody who filled it out actually was

10   able to do it on the web and come in for help or

11   validation, which was very efficient, and so I kind of

12   like that design.  I think it was a good thing to

13   replicate in terms of sort of community friendliness.

14   Now, this covers topics that are no longer proposed

15   there.  They're now edited out because back then we

16   didn't know.

17        There's also mixed topics that, you know, I go you

18   got uric acid and you didn't ask about gout, you know.

19   So gout information is now coming out later.

20        Okay.

21        But you can't tell anything about gout from this

22   survey because we didn't ask.

23        All right.

24        So that's --- that's about the passage of time.  We

25   know things from this survey.  We know what to pull out

Page 221

```
 1   of it and what to ignore.  In addition really important

 2   concern of this survey is now much less of a concern

 3   based on lots and lots of additional information that

 4   this survey got and others.  And that is that if you

 5   have this in your water, water becomes the source of

 6   exposure.  That was not known at the time.

 7       Okay?

 8       We did not know that.  It was a hypothesis that it

 9   would be.  It was a hypothesis that was vigorously

10   disputed by some people.  We now know it's the case, so

11   we don't have to do some of the extensive questions

12   that we asked here about which job, and then which job,

13   and then which job.  And we could cut back on some of

14   the other things, too.  So we can streamline the survey

15   and add some things to it,  it will still be smaller.

16   Is that where you were going with your question or do

17   you want me address individual diagnoses again?

18   Q.   I --- no, no.  That was the spirit in which I

19   asked ---

20   A.   Okay.

21   Q.   --- the question.

22   A.   I apologize.  I also forgot.  We had an idea that

23   pregnancy was going to be important, but we also didn't

24   how it was going to be important.  We didn't know all

25   of the ways it was going to be important, so it may be
```

1    that we can streamline some of those pregnancy

2    questions.  This --- this has a lot of reiterated

3    information.  It's actually bigger than this printed

4    document suggests about how much pregnancy information

5    you could put into the survey.

6    Q.   On page --- the top of page five of your merits

7    report, which is Exhibit 4, you make reference to the

8    C8 science panel having found a, quote, probable link,

9    closed quote between PFOA exposure, and kidney cancer

10   and PFOA and testicular cancer.

11        Correct?

12   A.   Yes.

13   Q.   Are you relying on the probable link findings from

14   the C8 science panel in forming your opinions in this

15   case?

16   A.   I'm relying on the epidemiology, yes, that's been

17   published.  That's part of --- the probable link piece

18   of it is a kind of a term of art that was used in the

19   --- in the settlement and so I'm quoting the settlement

20   words because that's the technical correct thing that

21   happened in the community.  The publications themselves

22   didn't get to the words probable link.  The

23   publications were just what you would expect to see for

24   epidemiology.

25   Q.   Right.  So the C8 science panel made a number of

Page 223

1    probable link determinations for lack of a better

2    phrase, I mean, they took a look at maybe three dozen

3    or so end points and they said we don't think there is

4    a probable link for the vast majority of them and we

5    think there is a probable link for a handful of them.

6    And my question to you is are you relying on any of

7    those so-called probable link findings for that handful

8    of end points in forming the basis of your opinions in

9    this case?

10   A.    I think I've answered the question, but I'm happy

11   to repeat it in case repetition can bring clarity.

12   It's the studies, not the --- not the term of art.

13        Okay.

14        The term of art is something I merely quoted

15   because it's on us to understand that's what they were

16   asked to do for their formal role, but it's the

17   epidemiologic studies themselves and they're not the

18   only things.  They're the things that inform my

19   opinion.

20   Q.    So here's --- here's the disconnect and maybe we

21   can just clarify it.  Members of the C8 science panel,

22   Carl (sic) Steenland and others have submitted

23   manuscripts to peer review medical and scientific

24   journals.  And some of those manuscripts have now been

25   published in the medical and scientific literature, and

Page 224

```
 1    I know that you've cited a number of those in your
 2    report.
 3         Correct?
 4    A.   Yes.
 5    Q.   As distinguished from the papers that have been
 6    published in the peer reviewed literature the probable
 7    link findings are available only on a website.  They've
 8    not been submitted for peer review, they've not been
 9    published in a journal.
10         Correct?
11    A.   Well, I don't know the answer to that and let me
12    tell you why.  There is this one review article they
13    did in which they discussed some of that stuff and I
14    don't know if that's in the review or not.  So I just
15    can't answer.
16    Q.   My --- I guess my question is, are you relying on
17    these probable link reports that are found primarily if
18    --- or if not exclusively on the website in forming
19    your opinions?
20                   ATTORNEY WHITLOCK:
21                   Objection.  Asked and answered multiple
22    times.
23    A.   Objection aside I'm happy to repeat what I said
24    before.  Would that be helpful?
25    BY ATTORNEY WOLFF:
```

Page 225

1    Q.    Yeah, go ahead.

2    A.    Okay.

3          They published the epidemiology.

4    Q.    They published.  I get it that they published.

5    A.    And --- and those epidemiologic --- epidemiology

6    studies --- and it's Kyle Steenland.  You said Carl.

7    Q.    Oh, I thought I said Kyle.

8          Okay.

9    A.    Anyway --- and by the way, Kyle is actually

10   Nelson, which makes it even more complicated, but he

11   goes by Kyle.  And it's Kyle in the National Library of

12   Medicine.  So he's Kyle, but those epidemiology studies

13   are what I rely on and I --- I didn't mean to cause any

14   confusion.

15        I just wanted to be transparent that their role was

16   --- you know, their formal legal role as requested by

17   the settlement, which both sides agreed to, was, you

18   know, to find these probable links or to rule them out.

19   And that's what they did as you pointed out on the

20   website and that's not what I --- I don't think I

21   referred to those, and if I did I probably shouldn't

22   have.  But I don't think I did.

23   Q.    Okay.

24        Because I saw --- I saw the probable link

25   referenced at the top of page five of your report, your

1   merits report, which is why I'm asking these questions.

2   A.   Yeah.

3        Okay.

4        It's --- it's the studies.

5   Q.   The --- the published studies?

6   A.   The published studies.

7        Right.

8   Q.   So if I go to the archived peer reviewed published

9   literature that's what you're relying on?

10  A.   Correct.

11  Q.   Not the stuff that's on the website?

12  A.   It's --- it's nice to have that stuff.  It tells

13  you very succinctly what their opinion is and their

14  opinion is based upon their published studies.

15  Q.   Okay.

16  A.   There's one small topic not related to what we're

17  doing where actually you have to go to the website and

18  see what they thought and it's none of these things.

19  Do you want me to go over that?

20  Q.   No.

21  A.   Okay.

22       Well, you raised the point about what's on the

23  website --- what's on the website and what's --- what's

24  in the literature.  There is one topic that's only on

25  their website where I know they're correct because

```
 1  we've seen it and we're going to characterize it in a

 2  peer review because it's never been done.  But it's

 3  actually not related to anything that we've been

 4  discussing here.  It's indirectly related to one topic,

 5  but it won't be related to the proposed medical

 6  monitoring.

 7  Q.   Let me take a break because I'm either done, or

 8  just about done or want to confer with my colleague?

 9              VIDEOGRAPHER:

10              Going off the record 2:32 p.m.

11  OFF VIDEO

12                      ---

13    (WHEREUPON, A SHORT BREAK WAS TAKEN.)

14                      ---

15  ON VIDEO

16              VIDEOGRAPHER:

17              Back on the record at 2:39 p.m.  Dr.

18  Ducatman, thank you.  I have no further questions for

19  you at this time.

20  A.   Thank you.

21              ATTORNEY WHITLOCK:

22              No questions.

23                  * * * * * * *

24      VIDEOTAPED DEPOSITION CONCLUDED AT 2:39 P.M.

25                  * * * * * * *
```

Page 228

```
1            ACKNOWLEDGMENT OF DEPONENT

2         I, ALAN DUCATMAN, M.D., do hereby certify

3    that I have read the foregoing transcript of my

4    testimony taken on 2/28/18, and further certify

5    that it is a true and accurate record of my

6    testimony (with the exception of the corrections

7    listed below):

8    Page   Line                    Correction

9    ____|_____|_____|_____

10   ____|_____|_____|_____

11   ____|_____|_____|_____

12   ____|_____|_____|_____

13   ____|_____|_____|_____

14   ____|_____|_____|_____

15   ____|_____|_____|_____

16   ____|_____|_____|_____

17   ____|_____|_____|_____

18   ____|_____|_____|_____

19   ____|_____|_____|_____

20   ____|_____|_____|_____

21              _____

                    ALAN DUCATMAN, M.D.

22

     SUBSCRIBED AND SWORN TO BEFORE ME

23   THIS _____ DAY OF _____, 20___.

24

     _____    _____

25   (NOTARY PUBLIC)         MY COMMISSION EXPIRES:
```

Page 229

1   COMMONWEALTH OF PENNSYLVANIA)

2   COUNTY OF ALLEGHENY          )

3                    CERTIFICATE

4       I, Danielle Ohm, a Notary Public in and for the

5   Commonwealth of Pennsylvania, do hereby certify:

6       That the witness whose testimony appears in the

7   foregoing deposition, was duly sworn by me on said date

8   and that the transcribed deposition of said witness is

9   a true record of the testimony given by said witness;

10      That the proceeding is herein recorded fully and

11  accurately;

12      That I am neither attorney nor counsel for, nor

13  related to any of the parties to the action in which

14  these depositions were taken, and further that I am not

15  a relative of any attorney or counsel employed by the

16  parties hereto, or financially interested in this

17  action.

18

19

20

21                                        _____

                          Court Reporter

22                        Danielle Ohm

23

24

25

| & |
| --- |
| **&**   2:7 3:4,12 8:17 |

| 0 |
| --- |
| **00125**   1:11 |
| **06**   206:25 |
| **07**   65:14 |

| 1 |
| --- |
| **1**   5:5 8:13 33:23 |
| 34:3 40:10,15 |
| 66:4 |
| **1,000**   123:23 |
| **1.96**   97:6 |
| **10**   5:20 54:15 55:3 |
| 55:9 72:14,16 |
| 106:17,22 124:1 |
| 176:20 |
| **10010**   3:15 |
| **101**   5:19 |
| **102**   7:5 |
| **104**   7:5 |
| **106**   5:21 |
| **10:01**   69:3 |
| **11**   5:22 7:4,4 |
| 22:11 72:15 |
| 145:14,22 |
| **110**   7:5 |
| **11:02**   118:11 |
| **11:12**   118:18 |
| **11:44**   141:1 |
| **11:51**   141:8 |
| **12**   5:25 7:4 124:1 |
| 143:11,12 150:6,9 |
| **12/15/17**   5:9 41:18 |
| **122**   7:5 |
| **124**   7:5 |
| **127**   7:6 |
| **12:13**   156:20 |
| **12:52**   157:2 |
| **13**   6:5 7:4 43:21 |
| 46:12 47:11 178:7 |

| (column 2) |
| --- |
| 178:10 |
| **14**   6:6 15:11,13 |
| 187:19,24 |
| **144**   7:6 |
| **145**   5:24 |
| **15**   6:8 41:23 71:8 |
| 198:4 203:21,24 |
| **150**   5:25 214:15 |
| **154**   7:6 |
| **16**   6:10 144:13,17 |
| 205:15 207:5,9 |
| **17**   6:12 22:11 |
| 209:8,12 |
| **178**   6:5 |
| **17th**   15:6 |
| **18**   6:13 210:9,12 |
| **187**   6:7 |
| **1875**   214:13 |
| **19**   6:14 51:4 |
| 215:10,14 |
| **1977**   200:10 |
| 204:22 |
| **198**   7:6 |
| **1980s**   200:17 |
| **1985**   46:22 |
| **1990s**   200:17 |
| **1994**   51:5 |
| **1996**   15:6 16:23,24 |
| **1999**   102:19 103:2 |
| 104:2,25 |
| **1:21**   177:23 |
| **1:22**   178:5 |
| **1:44**   196:3 |
| **1:50**   196:10 |

| 2 |
| --- |
| **2**   5:7 40:4,8 43:14 |
| 43:19,21 184:17 |
| **2,020**   211:24 212:2 |
| **2,730**   53:25 |
| **2.08**   101:24 |

| (column 3) |
| --- |
| **2.08.**   103:19 |
| **2.1**   95:25 96:21 |
| 97:8,11,13,20 |
| 98:13 99:3,10,18 |
| 101:25 103:24 |
| 104:15,20 105:13 |
| 106:1 117:4 |
| **2.1.**   97:15 104:4 |
| **2.5**   142:15,15 |
| **2/28/18**   228:4 |
| **20**   7:4 40:21 51:10 |
| 55:9 94:14 152:14 |
| 177:8,12 178:19 |
| 178:21 196:19 |
| 228:23 |
| **200**   2:8 8:18 |
| **2000**   65:13 103:2 |
| 104:3,25 |
| **2003**   103:6 |
| **2004**   101:2 103:6 |
| **2005**   103:9 206:25 |
| **2006**   103:9 |
| **2007**   102:22 |
| 103:12 |
| **2008**   102:22 |
| 103:12 |
| **2009**   103:15 |
| **201**   7:6 |
| **2010**   102:19 |
| 103:15 |
| **2011**   96:6 101:3,21 |
| 103:18 |
| **2012**   96:6 101:21 |
| 103:18 |
| **2014**   101:3 178:8 |
| 203:22 207:6 |
| 210:18,25 211:23 |
| **2015**   5:5,18 33:23 |
| 34:4 35:24 66:5 |
| 101:10,14 |

| (column 4) |
| --- |
| **2016**   47:10,12 48:9 |
| **2017**   5:20 40:10 |
| 41:23 46:12 47:11 |
| 50:22 53:6 54:13 |
| 106:18,22 107:11 |
| 107:22 210:9 |
| 211:1,23 |
| **2018**   1:20 2:9 8:6 |
| **203**   6:9 |
| **204.1**   54:21 55:8 |
| **206**   3:6 |
| **207**   6:11 |
| **209**   6:12 |
| **20s**   177:6 |
| **21**   3:5 47:10 |
| **210**   6:13 |
| **213**   7:6 |
| **215**   6:14 |
| **224**   7:6 |
| **227**   4:6 |
| **229**   4:7 |
| **22nd**   3:14 |
| **23**   168:6 |
| **2378**   72:4 |
| **24**   50:22 |
| **24.8**   54:21 55:1 |
| **25**   168:7 196:19 |
| **250**   214:16 |
| **26**   143:5 168:7 |
| **265**   100:18 101:1 |
| **26508**   8:19 |
| **27**   54:13 107:17 |
| 113:3 114:24 |
| **28**   1:20 2:9 107:8 |
| **28801**   3:7 |
| **28th**   8:6 |
| **293**   52:10 |
| **2:32**   227:10 |
| **2:39**   227:17,24 |

**3**

**3**   5:8 41:4,8 42:24
**3.07.**   103:15
**3.92.**   103:9
**3.95.**   103:6
**30**   16:14 47:2 94:8
   186:20
**305.1**   54:21
**31**   7:4
**32**   114:25
**33**   5:6
**336**   102:17
**338**   101:19
**35**   32:14,23 178:19
   178:19 188:9
**36**   7:4
**364**   87:15 88:1
**365**   87:14 88:1
**366**   87:15
**38**   7:4
**3:00**   186:19

**4**

**4**   5:9 41:17,22
   43:16 184:17
   196:22 222:7
**4.1**   47:11
**4.12.**   103:12
**4/7/17**   6:13 210:12
**40**   5:7 94:7,15,17
**40.9**   54:21
**41**   5:8,9
**42**   5:10 147:24
**43**   145:16
**45**   178:15
**46**   5:13 143:13
**47**   7:4
**49**   7:4

**5**

**5**   5:10 42:8,12
   43:1 201:24
**5,957**   211:6
**5.2**   105:2,4
**5.21**   104:3
**5.21.**   103:3
**50**   5:15 94:7
   195:19 205:13
**50s**   194:22,24
   195:12,17,18,19
**51**   3:13
**54**   143:12
**55**   7:5
**580**   52:17
**5:16**   1:11

**6**

**6**   2:8 5:11 8:18
   46:5,11
**6,681**   211:2,5,9,18
**6.6.1**   147:24
**6.6.2**   145:18
**60**   214:6
**64**   5:17
**643**   46:21
**67**   204:4,7 207:7
   207:14,16,18
**68**   168:9

**7**

**7**   5:14 50:16,21
   210:9 211:10
**7/13/17**   5:11 46:5
**7/24/17**   5:14 50:16
**70**   73:16 195:21
**70s**   194:23 195:3,7
   205:23,25
**74**   143:3
**77**   200:12,14
**79**   200:13

**7th**   211:1,23

**8**

**8**   4:3 5:16 64:21
   64:25
**80**   73:16 155:20
   213:16
**81**   7:5 213:16
**82**   7:5
**85**   7:5
**87**   7:5
**88**   7:5
**8:32**   2:10 8:5

**9**

**9**   4:3,6 5:18 101:9
   101:14
**9/1/17**   5:7 40:5
**90**   7:5
**90s**   202:6
**95**   21:8,15,16
   108:3 109:1 115:2
   142:12 167:11
   186:21 201:21
**95th**   94:10 142:20
   142:21
**97**   178:17
**99**   178:17
**99,000**   210:19
**99,065**   211:1,23
**9:52**   68:21

**a**

**a.m.**   2:10 8:5
   68:21 69:3 118:11
   118:18 141:1,8
**a1**   182:15
**abatement**   203:13
   208:25
**ability**   34:20
   124:24 131:2,14
**able**   44:23 220:10

**abnormal**   94:22
   94:25 95:2 137:24
   142:16,17 143:6
   143:14 165:6
   185:4 186:17,25
   187:4
**abnormalities**
   70:9 77:2 78:21
   157:20,22
**abnormality**   69:8
   87:20 171:17
   174:13
**abnormals**   142:19
   142:21,22,24
   185:7
**absence**   65:10
   132:16,17,18
   143:22 147:14
**absent**   39:25
**absolute**   74:7
   162:25
**absolutely**   43:7
   86:17 112:16
   127:16 191:12
**absorption**   33:3
   201:2
**accept**   40:12 41:25
   63:15 144:18
   156:5,6 211:15
**accepted**   86:22
**access**   206:16
**accident**   48:2
**account**   123:20,22
   213:15
**accumulate**
   151:24 152:2
**accuracy**   10:18
   19:23 20:11
**accurate**   10:13
   64:10 116:17
   228:5

**accurately** 110:15
131:16 229:11
**acid** 67:20 70:10
159:17 189:21
190:20 191:6,7,10
191:13,21,23
192:1,14,17,24
193:4,11,16,21
220:18
**acknowledgment**
228:1
**action** 8:24 34:18
161:3 229:13,17
**actionable** 116:9
116:14,24
**activate** 34:21
**activated** 34:21
**activity** 117:9,10
201:2 206:10
**actual** 81:19
167:12
**add** 69:6 70:13
82:15 176:2,2
182:25 191:7
196:24 205:22
221:15
**added** 112:8 133:7
141:23
**addison** 1:5 52:9
54:20 195:11,14
**addition** 31:1
72:22 75:14
119:16,18 162:11
221:1
**additional** 21:17
65:25 68:7 74:11
138:25 143:25
163:4 172:2,2
183:22 186:9
198:25 214:16
221:3

**additionally** 66:17
**address** 12:9,10
55:15,21 86:13
129:23 221:17
**addressed** 63:2
**addresses** 149:1
162:16
**addressing** 164:14
**adequate** 78:9
**adiposity** 157:21
**adjust** 60:6
**adjustment**
165:12
**adults** 106:5 188:7
202:24
**advance** 29:16
84:16 155:17,17
155:19 199:2
**advanced** 11:1
20:18
**advantages** 182:19
**adverse** 66:12
98:5 109:16 115:6
118:22 119:5
205:19
**advise** 35:8
**advocate** 169:5
**advocating** 63:17
**aegis** 209:25
**affect** 140:15
166:21
**affiliations** 9:2
**affirmatively** 50:1
**afternoon** 186:19
**age** 56:20 60:19
95:13 106:10,10
137:18 158:14
177:3 178:19
182:15 185:7
188:9 194:17
195:15,21,22

**agency** 33:19
**agent** 17:18,19
18:1,2 28:23
**agents** 17:12 25:18
**ages** 56:18 178:19
178:21 195:9
204:13 205:6
207:24
**aggressive** 126:14
**ago** 40:21 72:6,23
78:22
**agree** 8:12 10:7,25
11:5,12,19 12:4,14
12:21 13:19 14:2
14:5,18,25 15:19
17:9,13 18:7,10,14
18:19,24 19:2,8
20:16 27:12 30:4
30:21 33:6 35:5,6
66:21 108:8,9,10
108:17 109:3,19
109:23 111:11,19
113:12 115:12,21
127:18 134:7
146:3,11,19,23
147:7,15,22 148:2
148:8 150:16,21
150:23 151:7,14
153:4 156:2
188:16 193:25
218:7
**agreed** 186:11
206:19 225:17
**agreeing** 189:6
**agreement** 71:19
216:7
**agrees** 110:19
**ahead** 44:6 48:16
113:7 177:21
225:1

**ailments** 62:10
**al** 8:16,16
**alan** 1:19 2:3 4:4
8:14 9:17 10:1
26:20 88:3 169:23
228:2,21
**alanine** 166:17
167:5,20
**alarm** 135:20,23
**alarms** 143:24
153:7,14
**albumin** 159:17
160:4,5,11 161:13
165:5,8,17,21
176:7
**alcohol** 58:20
**alcoholic** 167:15
183:22 184:9
**alert** 135:23
**alkaline** 165:24
**allege** 50:1 52:7,15
53:22
**allegedly** 206:3
**allegheny** 229:2
**allow** 25:8
**allowed** 25:9
**allows** 26:2 164:4
**allude** 205:15
**alluded** 155:16
**alpha** 34:22,22,23
35:19,20,21 36:2,3
**alphabetically**
183:15
**alt** 94:5 167:22,23
167:24 168:6,13
168:17,20,24
169:8 180:9
184:11
**alteration** 93:10
**alterations** 67:18
67:19,20,21

**altered** 159:3
**alternative** 71:3
**ambiguous** 12:18
   85:22 90:11
   147:16
**amended** 44:22
   45:4,19 49:25
   52:6,14 53:22
**american** 6:6
   187:19,24 188:6
**americans** 104:1
**aminotransferase**
   166:17 167:5,21
**amount** 56:2
   89:14,15 91:17
   135:13,15 158:5
**amounts** 37:21
   80:3 89:21 90:4
   91:1
**analogy** 136:3
**analytic** 52:9,17
**analytical** 53:24
**analyze** 82:19 83:4
**analyzed** 10:22
**anatomy** 33:2
**ancient** 202:6
**animal** 31:21,25
   32:8 33:6 35:21
   67:24 68:1 73:4
   75:2 105:8 159:3
**animals** 32:18
   33:8,11 34:15,19
   34:20 35:18 36:1
   36:5 67:25 70:7
   72:24 75:2,10
   76:23
**annual** 151:23
**answer** 11:23
   14:12 15:22 16:11
   16:16,21 17:8,11
   17:17,22,23 18:3

20:9 21:14 22:11
22:14 24:12,17
26:9 29:24,25
30:1 31:17 32:17
32:19 38:14 44:23
49:17,22 59:3
62:22 70:21 74:20
76:15 77:13 78:15
79:20 86:25 88:11
90:12 93:15,19
94:24 113:3 118:5
124:5,15 127:23
134:20,20 141:16
141:24 142:9,24
146:9 148:5,6
158:16 159:20
161:20,24 181:19
190:8 192:24
201:23 204:18
224:11,15
**answerable** 124:4
**answered** 16:23
   16:24 28:10 45:25
   158:22 169:11
   187:3 191:10
   192:4 223:10
   224:21
**answering** 32:6
   160:10
**answers** 24:14
   45:9,12,15,21
   48:18,19 49:14
   63:4 197:14
**antecedents** 200:2
**anticipated** 110:5
**anticipation**
   176:13
**antiquity** 200:3
**anxiety** 143:24
**anxious** 217:24

**anybody** 16:3
   50:10 62:7 87:24
   113:22 126:8,12
   169:2
**anymore** 200:23
   206:2
**anyway** 225:9
**apart** 23:9
**apologize** 15:13
   27:20 73:21 97:8
   112:20 121:12
   146:24 168:7
   169:24 184:2
   207:4 221:22
**apostrophe** 171:7
**apparently** 216:25
**appear** 47:12 48:9
   49:14 55:19
**appearances** 9:1
**appearing** 137:24
**appears** 229:6
**applied** 22:18
   63:19 145:4
**applies** 131:6
   147:1
**apply** 147:3
**applying** 129:6
**appointments**
   211:25 212:2
**appreciate** 149:6
**approach** 162:15
   167:16
**appropriate** 99:22
**approval** 175:23
**approximately**
   143:8
**april** 47:11 210:9
   211:1,23
**arbiter** 130:16
   131:22 132:8

**arbitrary** 87:14
**archived** 226:8
**area** 18:12 57:6
   58:16 62:20
   113:24,25 114:19
**areas** 38:5 55:25
**argue** 73:8 87:15
   100:11 148:15,18
   200:2
**argument** 136:25
   137:4 186:3,3
**arguments** 27:23
   137:16
**arriving** 11:10
**arsenic** 200:5
**art** 222:18 223:12
   223:14
**article** 224:12
**articles** 73:2 127:3
   214:8
**asbestos** 63:22
   72:18 73:1,7,17,20
   200:13 205:16,19
   206:4,5,10
**ashville** 3:7
**aside** 88:2 120:22
   187:4 224:23
**asked** 15:24 16:2
   16:23 17:1,7,24,25
   22:10 32:16 50:8
   81:9 83:13,14
   112:7 115:19
   116:1 118:4
   124:15 159:12
   160:5,9 161:16
   191:9 192:4 193:8
   197:11 198:21
   217:13 221:12,19
   223:16 224:21
**asking** 14:12,14,17
   15:18 38:11 50:8

50:13 64:6 69:25
84:9 85:23 86:13
87:24 115:21
117:23 118:2
122:25 123:2
141:17 199:8
219:12 226:1
**aspects** 164:7
**assert** 98:2 157:10
**asserting** 160:23
**assertion** 47:18
48:25 51:21
**assess** 11:8 80:14
**assessed** 11:12,19
**assessing** 70:25
71:2 123:18 124:7
125:5 131:17
**assessment** 80:11
129:21 130:21
**assessments** 80:8
81:11,17
**assessor** 80:15,18
**assessors** 80:17,19
**assiduous** 105:6
**assistant** 204:10
207:4
**associate** 187:15
**associated** 71:9,14
89:1,10 94:16
154:5 165:9
209:19,23
**association** 6:6
18:7,11,16,20,25
19:9 21:4 71:4
165:10 187:19,25
188:7
**associations** 65:20
66:15
**assume** 35:3 40:13
48:14 51:25 98:24
114:21,21 209:4,5

209:5
**assuming** 89:10
121:6
**assumptions** 81:10
81:16 121:5
**assurance** 148:16
**ast** 180:9 184:11
**asthma** 62:13 68:2
69:11 82:9
**asymmetric**
186:22
**asymptomatic**
121:1,13,21
122:11,23 123:5
123:19,24 124:8
125:6 131:18
146:13,21,22,25
147:1,5 148:3
149:21 150:3,4
153:6,12 177:11
204:13 205:6
207:24 212:22
**atsdr** 5:5,20 33:18
33:19,23 34:4
35:7,9 40:18 66:5
66:9 106:18,23
107:11,22 109:5
109:13 110:9,13
110:20 111:3
115:2
**atsdr's** 106:20
**attacks** 164:8
**attainment** 203:2
**attempting** 120:19
159:20
**attempts** 11:1
31:24 32:18
**attendant** 106:14
**attended** 69:16
**attending** 9:1

**attention** 15:10
42:25 43:14
147:10 170:25
186:6,23
**attenuate** 85:12
**attorney** 4:6 7:3
9:3,5,7,24 11:15
11:18,22 12:3,17
12:20 13:7,10
15:12,15,17 20:4
20:15 21:20,22,24
22:4 31:8,18 34:2
36:10,16 38:9,15
40:7,14,17,19,24
41:1,7,21 42:11
43:3,6,9 45:11
46:1,10 47:21
48:5 49:3,19
50:20 53:12,18,20
55:17,20 62:4,9
65:5 68:16 69:4
81:23 82:5,24
83:2 85:21,25
87:7,22 88:7,25
90:8,17 91:11
92:4 101:8,18
102:4,9 104:7,11
107:1 110:11,22
110:25 118:8,19
122:14,21 124:13
124:17 127:20
128:1 134:19
135:7 141:9 144:2
144:6 146:2 150:5
150:12 154:22
155:1 156:17
157:3 177:20
178:6,14 188:3
195:25 196:11,21
197:4 198:18
199:3 201:6,13

204:3,5,8,11
207:13,15,17,19
209:15 210:15
213:3,17 215:17
216:18,20,22
217:1,3 224:20,25
227:21 229:12,15
**attorneys** 83:15
**attributing** 110:20
**audio** 8:11,11
**august** 5:5 33:23
34:3 66:5
**author** 13:9
**available** 11:9
12:4 82:3,4
106:19 224:7
**avenue** 3:5,13
**average** 25:23
37:22 39:13 54:14
55:3,10 105:13
106:1 117:2,17
137:2 204:14,20
204:20,23 207:25
208:5,15 209:2
**avoid** 149:18
**avoiding** 153:7,13
**aware** 38:19 45:8
49:24 50:7,10
52:6,14 53:21
54:1 76:4,8,9,10
76:12,16 77:4,24
87:1 100:13
121:24 154:1,3
169:7,12 172:18
173:4,18 175:24
179:5 181:9 189:9
189:12 193:20
195:6 205:4
206:19,25 210:18
210:22,25 211:4,5
211:8,22

**b**

**b** 13:21 171:7
**back** 15:25 44:16
  53:2,9,10,19 67:2
  67:17 69:3 94:2
  100:12 112:25
  113:2 116:11
  117:2 118:18
  133:24 139:23
  141:8 157:2 178:5
  196:10 197:25
  200:2 201:22
  206:25 211:17
  214:5 219:7
  220:15 221:13
  227:17
**background** 44:14
  44:19 73:17 95:24
  96:3,13,18,24
  97:19 98:13
  103:24 104:3
  105:13 106:1
**backwards** 80:14
  81:9 82:1
**bad** 24:7 109:25
  147:19 162:12,12
  162:25
**baddie** 85:4
**bailey** 2:7 8:17
**balance** 152:12
**balanced** 159:12
**balances** 208:22
**ballpark** 143:10
**banned** 200:8,16
**base** 215:6
**based** 11:13,14,20
  11:21 22:9 50:23
  58:13 59:5 63:20
  69:6 72:12 73:6
  78:2,17 81:2,2,3,3
  87:11 88:12 89:22

90:5 91:2 108:4
109:2 113:19
126:20 142:12
144:14 167:10
169:5 218:20,24
221:3 226:14
**basically** 80:19
**basis** 41:12 42:16
  63:6 136:2,2
  198:11,15 200:5
  223:8
**battery** 3:5
**battle** 152:16
**bayesian** 135:14
**bc** 199:17
**bear** 118:6
**bearing** 195:15,22
**beginning** 2:10
  188:9 194:19,19
  194:20 209:23
**beginnings** 168:9
**begins** 21:3
**behalf** 1:7 2:3 9:9
**behavioral** 89:23
  90:6 91:3
**behaviors** 38:19
**beings** 36:6,18,19
  36:20,24
**belabor** 219:6
**belief** 48:21
**believe** 10:20
  20:23 51:16 69:24
  74:11 75:7 77:10
  105:10 127:5
  204:6 208:5
**bell** 186:22
**beneficial** 167:19
**beneficiaries**
  123:12
**benefit** 27:24
  121:24 123:7,10

123:16,17 149:19
  165:20 181:18
  183:1 184:7
  208:25 212:23
  214:20
**benefits** 123:13,20
  123:21 129:2
  148:9 149:1 153:3
  166:16 208:23
  209:2 217:19,20
**bennington** 43:22
  46:22 47:1,19
  49:1 50:2,4 51:5
  51:10,22 52:8,16
  53:23 54:8,14
  55:4,10 62:20
  71:17 92:21 96:12
  97:18 99:2,8,12
  114:7,19 128:7
  133:4 134:3 163:7
  166:10 182:21
**bert** 3:10 9:4
**best** 46:13 48:20
  50:23 67:4 85:18
  86:14 119:12
  149:13 161:19
  183:25
**better** 16:24 31:17
  80:4 106:12
  125:19 129:10
  130:15 137:12,12
  152:17 155:8
  159:10 162:11
  180:16 188:21
  213:13 214:6
  223:1
**beyond** 82:16,16
  82:17
**bias** 18:17,21 19:1
  19:8,16 71:4

**biases** 24:4
**bible** 199:24
**big** 60:10,18 88:18
**bigger** 152:6
  168:11 222:3
**biggest** 58:17
**biliary** 166:2
  171:15
**bilirubin** 169:13
  169:21 170:12,14
  170:15,18 171:1
  171:11,14,19
  172:4,12,16,23,25
  173:6
**bilirubins** 172:10
**bio** 167:2
**bioaccumulate**
  88:19
**bioaccumulation**
  88:20,20
**biochemical** 70:9
  93:10,22 94:22,25
  142:12
**biochemistry** 33:2
**bioconcentration**
  89:8,9
**biologic** 27:12
**biological** 19:24
  27:8
**biologically** 27:7
**biomarker** 75:11
  77:2 94:6 105:21
**biomarkers** 24:10
  76:22 107:24
  108:11
**biomonitoring**
  116:6
**biopsies** 75:20
**biopsy** 75:8
**birth** 69:12,13,14
  157:20 158:8

195:18
**bishop**  1:6
**bit**  11:17 25:19
  62:6,7 72:14
  74:18 90:19 99:11
  120:16 164:13
  166:21 167:10
  198:25
**black**  110:8
**blaming**  207:4
**bleeding**  165:2
**blood**  5:18 6:10
  44:18 47:12,24
  48:8 54:7,14,19
  56:6,14 58:25
  60:1 66:11 95:24
  96:13,18,25 97:19
  97:21 98:14 99:4
  99:19,20 100:6,8
  100:14 101:9,15
  107:25 108:2,25
  109:6,7,9,15 111:4
  111:15 115:4,5,7
  117:3,3 143:2
  160:14,15 161:7
  161:11,12,22
  162:19 164:22
  165:1 168:13
  170:2,7,10,11
  171:20,22 172:5
  172:12 173:9
  175:9 176:25
  178:18 180:25
  182:9 187:11
  193:11 200:25,25
  201:16 202:24
  203:11,11 207:9
  207:20 208:3
  209:1,19,23,24
  214:16

**bmi**  59:10
**bodies**  44:8 116:19
**body**  59:9,10
  60:24 61:1,3
  71:10,15,16,23
  74:2,16,25 92:22
  117:10,11,21
**boiling**  23:8
**bolus**  88:18
**bottled**  38:1 39:5,9
  39:19
**bottom**  54:12
  64:12 66:9 95:23
  208:21 217:18
**box**  152:4,5
**boy**  73:13 170:5
**brand**  208:18
**break**  62:7 68:18
  68:24 141:4
  156:23 196:6
  227:7,13
**breast**  69:19 137:9
  137:11,17 152:13
  152:24,25 154:6
  157:14 158:21
  159:3 163:1,2
**breastfeeding**
  158:25 159:10,11
  160:6,9,10,16
  161:2,23 194:23
  194:24 195:3
**breathing**  57:15
**bred**  33:11
**briefly**  153:21
**bring**  223:11
**broad**  14:11 86:2
  86:20
**bronchiolitis**
  26:13
**brookmar**  215:22

**bruising**  165:3
**buildings**  200:9
**built**  202:9 204:22
**bullet**  34:8,14
  150:14
**bun**  160:4,5
  161:14 173:9,14
  173:21,22 174:2
**bunch**  87:16 184:3
**burden**  92:22
  148:8
**business**  16:1 93:3
**buy**  186:3 200:22

**c**

**c**  3:1 8:1 179:9,19
  182:15
**c8**  5:16 62:1 64:11
  64:13,21,25 65:8
  93:1 206:14,20
  209:9,18 210:6,10
  210:20 212:25
  215:7,22 217:14
  218:20 222:8,14
  222:25 223:21
**cadmium**  174:20
  174:22
**calculated**  80:10
  81:12 211:14
**call**  15:2 135:14
  183:3,14 186:1
**called**  9:18 81:3
  135:6 166:22
  170:23 223:7
**calls**  38:10 122:15
  160:24
**cancer**  16:9,10,13
  16:16,17 20:3
  30:5,9,14,16 62:11
  62:11,12 68:2,3,4
  68:5,6 72:10,13
  73:11,22 74:2,3,6

74:8,9,16,17,18,21
74:25 75:18,22
76:6,14 82:8,9
118:3 123:25
124:2 126:4,6,20
126:23 127:2,5,8
127:12 132:3,4,4
136:13,14,19,19
137:4,5,10,11,17
138:1,4 140:20
151:22 152:13,24
153:1,2,6,7,12,13
153:16,18,23
154:6,6,7,17,20
155:9 156:3 162:5
162:6,9,21,23,24
163:1,2,11,12,18
172:10 185:2
222:9,10
**cancerous**  137:25
**cancers**  126:14
  132:2,5 137:21
  140:13,14 153:20
  154:5,15 155:2
  162:24
**canyon**  2:8 8:18
**capability**  32:2
**capable**  28:21
  54:2 194:13
**captures**  170:24
**car**  200:23
**cardiovascular**
  118:22 119:5
  191:11
**care**  133:3 168:14
  172:13 175:10
  177:1 181:1,6,11
  182:10 187:12
  193:12,22 194:2
  218:14

career 72:22
careful 127:19
carefully 76:20
  133:8,20 158:18
carl 223:22 225:6
carries 151:16
  165:2
carry 151:18
carrying 200:12
cart 198:21
case 1:10 13:13
  15:5,10 18:2
  24:11 26:1 32:15
  74:8 75:22 96:23
  102:14 113:18
  117:24 118:4,4
  121:7,20 124:24
  126:2 130:2
  141:25 153:17
  155:4 160:23
  161:15 172:19
  191:16 216:6
  221:10 222:15
  223:9,11
cases 14:2,5,18,22
  14:25 15:20 17:9
  21:5 24:10 26:2
  35:21 78:13 84:5
  84:6,7 93:1 122:3
  122:9 129:24
  133:11,11 164:23
  171:4 206:5
catch 102:14
  126:6,7,10,11
categorically
  170:9,10
categories 18:19
category 165:12
causal 19:6 70:25
  165:10

causality 66:16
causally 159:1,4
causation 18:8,11
  21:4,5 22:5,8,13
  22:16,18 27:13
  30:22 63:7,9,19
  64:2 71:2 81:20
cause 13:21,24
  14:14,16 19:20
  25:23 26:3 30:4
  62:21 63:21,22
  65:9 73:15 76:6
  76:10,14,18 77:6
  81:8 136:15
  137:22 199:15
  225:13
caused 14:7,20
  15:20 16:10,13,15
  16:17 17:9 18:3
  30:18,24 73:1
  107:25 206:3,3
causes 63:14 64:5
  65:24 126:5 180:8
causing 28:22 77:8
  104:16,21 105:3
  174:22 180:9
caution 32:1,3,4
  32:19 65:23
caveat 21:6 146:19
  196:24
cdc 5:5,20 33:24
  34:4 66:5 106:23
  107:11,22 109:5
  110:13 111:3
  115:2
cdc's 106:18
cdr 110:20
cell 8:9 75:16
cells 137:24
cellular 8:8 33:2

center 64:13
centers 33:21
central 102:15
  201:4,9
centrally 186:2
century 199:17
certain 29:21
  69:17 108:22,23
  122:7 153:3
  182:15
certainly 12:8
  35:25 50:10 52:23
  60:8 109:25
  110:14 116:21
  126:23 141:19,25
  172:2 215:19
certainty 16:17
  74:7 98:3
certificate 4:7
  229:3
certification 40:9
  41:9,11 42:3,23
  43:13 45:23 54:5
  166:8 198:4
  214:22
certified 44:6,7
certify 228:2,4
  229:5
cervical 127:2,5,8
  127:12
chain 117:13
challenge 185:20
challenging 64:16
chance 18:17,21
  19:1 71:4 143:4,5
  143:12,13 162:11
change 35:11
  75:25 169:3,5
  177:18 179:18
changed 171:8

changing 152:10
characterize 81:17
  218:12 227:1
charge 213:9,12
chart 207:20
  208:21
check 166:5,6
  175:22 214:7
checked 168:17,25
  169:9 172:16
  173:1,6 175:19
  176:1 177:4,13
  179:2,7 181:6,10
  189:3,10,13
  193:17,22
checking 174:23
chelation 203:14
chemical 31:5
  37:3
chemicals 33:4
  36:7,13,19 100:19
  100:23 101:3,12
  105:16
cherry 12:14,21
  12:24
child 61:4 158:14
  195:15,22 198:24
  204:21
child's 199:1
  208:6
children 6:10
  79:23,25 80:5
  105:20 106:5
  122:3,4 198:5
  199:12,13 200:24
  201:16 202:24
  204:13 205:2,6
  207:10,21,24
  209:2
choice 158:12

**cholesterol** 67:19
67:25 77:22 78:21
95:2,4,7 105:5
106:11 108:14
117:14,14,18
118:21,25 119:18
119:20 176:17,20
177:1,4,13 178:18
179:1,6
**cholestyramine**
61:16
**choose** 55:21
88:12,14 94:7
125:24 159:7
**chose** 88:23 214:4
**cigarette** 16:18
30:4,8,13,15,17,19
72:9,13 74:1,15,21
74:24 75:18
**cigarettes** 30:11
74:6 110:3
**circa** 96:4
**circumstance**
140:17
**cite** 64:12 82:21
83:6,16 84:1,14
85:9,16 86:14
**cited** 224:1
**citizens** 71:16
**city** 58:5
**civil** 2:4
**claim** 219:20
**clarification** 145:9
188:17
**clarify** 36:15
223:21
**clarity** 112:19
223:11
**class** 1:8 39:23,25
40:1,9 41:9,11
42:3,23 43:13

44:6 45:23 54:5
85:18 89:11,13
166:8 195:10
198:4 210:19
211:25 212:3,12
214:22
**classic** 29:3
**clear** 16:3 32:9
33:9 36:1 47:24
76:23 85:9 98:10
107:2 108:15
110:7,12,21 112:2
137:13 158:23
160:22 205:13
**cleared** 140:4
**clearing** 138:15
176:10
**clearly** 77:11
120:8 137:6
**cleaved** 184:14
**clinic** 139:15
**clinical** 5:16 6:8
64:14,22 65:1
81:19 93:11,14
104:2 105:15,17
116:23 125:8
130:25 131:10
143:22 147:9,11
148:17 150:7,16
157:12,17 158:19
159:16 162:3
163:8,22 178:7
196:12 197:6
203:22,24
**clinically** 93:22
94:9 98:4,11
103:23 116:9,13
116:24 119:1,21
**clinician** 100:7
185:22

**clinician's** 206:9
**clinicians** 106:19
107:12,23 115:25
135:1 150:18
169:19 170:25
182:24 185:8
**closed** 34:25 51:17
222:9
**code** 77:11
**codeable** 176:20
189:23
**coin** 180:1
**colic** 199:16
**colitis** 62:12 69:21
**colleague** 118:7
227:8
**colleagues** 144:19
**collective** 212:7,24
**collectively** 212:13
**collects** 100:17
216:10
**column** 34:8 66:9
207:23 208:22
214:13
**combination** 38:2
168:3 173:12
**come** 12:25 81:5
117:18,18 123:13
132:21 137:7
147:9 149:25
154:19 169:22
220:10
**comers** 149:21
**comes** 14:17 65:24
70:24 81:1 106:12
133:12 149:23
212:11 215:10
**comfortable** 24:16
24:18 100:7
133:13

**coming** 69:14 97:4
106:9 183:25
184:13 220:19
**commission**
228:25
**commit** 121:1,22
121:23
**common** 24:9 44:5
61:17 74:7 97:13
123:25 138:24,25
139:3 153:8,14
170:23 171:17
172:3,8 187:8
202:16
**commonwealth**
2:6 229:1,5
**communities**
198:6
**community** 61:23
86:23 114:19,22
133:14 145:2,6
174:21 184:8
186:12 208:13
218:12 220:13
222:21
**company** 175:23
**compare** 73:25
74:14,23
**compared** 125:12
153:7,13 157:21
162:6 163:11,24
211:1,23
**comparison** 136:5
**compelling** 188:11
**competing** 148:25
161:5
**competition**
149:12
**complaint** 44:22
45:4,19 49:25
52:7,15 53:22

complaints 45:2
complete 41:10
  42:14 61:6 213:23
completely 86:6
  135:5
completing 214:15
complex 36:8,21
  150:17
complicated 29:24
  225:10
component 92:21
  128:25 129:20
  130:21 215:3
compound 20:7
  36:11 90:11
  119:17
comprised 144:13
concentration
  78:4,19 79:17
  90:19 109:15,24
  161:25
concentrations
  37:17 57:20 58:22
  91:20 108:1 109:6
  109:7,10 111:4,16
  161:6 183:16
concept 29:20
  130:15 136:16
  139:6 147:1
  153:22
concepts 18:11
  197:10
conceptual 148:2
concern 65:20
  166:13 221:2,2
concerned 10:13
  28:18 162:17
  165:13 217:25
conclude 30:17
concluded 227:24

conclusion 11:10
  187:21
conclusions 10:23
concrete 100:10
condition 13:21,22
  30:23,24 31:3
  61:19 71:10,14,18
  71:19 72:7 74:7
  125:2 147:9
  170:23 218:5
conditions 5:16
  25:2 59:15 61:20
  64:14,22 65:1
  89:23 90:6 91:3
  146:6,7 148:12
  157:6 182:7 197:3
  217:13
conduct 218:8
conducted 121:25
conducts 100:14
confer 118:6 227:8
confess 164:12
confidence 20:1
  21:8,9 82:7
  142:13
confirm 146:5
confirmation 20:3
confirms 108:3
  109:1,3 115:5
confounders 19:13
  105:6
confounding
  18:17,21 19:1,8
  71:4
confuse 170:15
confused 31:10,11
  199:11
confusing 160:17
confusion 63:16
  99:12 225:14

congressional
  144:12
conjugated 169:22
  170:3
connection 210:10
  210:20 217:14
conscious 114:19
  114:21 139:10
consensus 77:1
  187:17
consequence
  146:17
consequences
  131:24 152:19
  202:11 208:12
conservative
  70:24 183:7
consider 10:2
  19:22 30:8 37:3
  96:18,24 125:7
  131:18 169:18
  187:6 211:19
  212:7
considerable 56:2
  56:5,9
consideration 12:6
  116:21,22 130:18
  145:19
considerations
  150:18
considered 12:5
  25:21 29:18 41:13
  42:17 73:11
  142:16 145:1
considering 14:3,6
  14:19,24 37:2
  106:14 146:15
considers 31:4
consistency 19:25
consistent 54:5
  66:18 85:5

consistently 86:21
consisting 44:7
constitute 94:22
consultation
  134:10
consumed 39:19
  89:16,21 90:4
  91:1,18
consumption
  39:14,22,24 57:11
  89:3
cont'd 6:1
contain 207:14
containing 84:14
  87:4 88:4
contains 41:10
  42:14 101:9,20
  102:17 106:20
contaminant 61:4
contaminants
  58:13
contaminated
  52:2,4 58:14,16
  71:17 99:13 128:8
contamination
  38:22 158:6
contentious
  186:12
contents 42:3
context 14:12,14
  26:25 32:12
  130:25 131:10
  136:13 138:18,20
  141:18,19 188:13
  201:9 208:15
continue 8:11 22:1
  49:5 109:5 110:13
  110:20 113:5
  119:15
continues 178:16

continuing   106:18
continuously
  149:10
continuum   148:24
  171:7
contradiction
  51:24
contrast   54:18
  71:21 73:25 74:14
  74:23
contributing
  165:14
control   33:21
  203:12
controversy   187:3
convention   142:14
  171:8
conventional
  184:12
conversation
  134:5,9 139:18
conversations   8:8
convinced   132:25
cook   39:3,4,9,10
cooking   38:25
copies   52:25
copy   15:9 34:3
  40:8 41:8,22
  42:12 46:11 50:21
coronary   178:20
  178:22
corp   8:16
corporation   1:13
correct   11:3 14:10
  15:16 18:3,4
  20:19 23:1,15,20
  23:21 26:16 30:6
  30:25 31:1 32:21
  32:24 37:19 38:8
  39:1,6 40:11,13,23
  40:25 41:14,24

42:5,18 43:20,25
44:20 45:11 46:16
46:17,24 48:3,20
51:7 52:1 54:10
54:16,23 55:5,12
56:19 57:2,12,22
58:2,8,11,21 59:11
59:16,21 62:16
63:24,25 64:15,23
65:4,11,21 66:2,19
71:11 82:11 89:5
89:17,18 92:25
93:9 96:7,8,8,14
97:22 98:8,15
100:15 102:2,20
102:25 103:4,7,10
103:13,16,20
104:5,23 107:14
108:6 109:11,17
111:9 114:10
115:10,14 118:23
120:21,23 124:21
125:16,23 128:11
131:13 138:9,13
138:17 140:16
143:15,16 144:9
152:1 153:24
154:8 165:22
168:19 177:15,16
178:23 179:20,22
182:2,3 184:15
188:14 194:16
196:12,17 198:7
199:7,18 200:11
200:18 201:5,8
203:6,15 205:17
206:17,22 209:3
209:16,21,22
210:5 211:11
213:20,25 214:25
215:8,24 216:3,8

216:14 217:15,21
218:1,22 219:23
222:11,20 224:3
224:10 226:10,25
corrected   45:16
  46:2
correction   228:8
corrections   228:6
correctly   32:11
  35:1,4 79:14
  186:21 209:5
  211:13,15 213:21
correlated   54:8
corresponding
  65:8
cosmetics   202:21
  203:4
cost   114:3 129:15
  139:5 188:12
  212:12
counsel   3:8,16
  8:14,25 21:21
  22:2 40:16 43:4
  177:18 204:6
  216:19 229:12,15
counseling   203:12
counselor   110:17
count   114:14
countless   114:8,13
county   229:2
couple   35:25
  37:17 47:5 71:6
  86:7 97:7 102:7
  121:5 145:8 180:5
  182:7 213:5
course   37:22,22
  50:7 88:10 126:9
  147:19 160:18
  161:3 197:19
  212:8,14

court   1:1 2:5 8:21
  9:11,13 15:25
  229:21
courts   206:6
cover   217:12
covers   220:14
crack   12:12
crawford   5:12,13
  46:7,7,13,13,21
  47:18 48:25 55:16
  55:16,22,22 195:6
  195:21
create   140:7 171:5
creating   146:17
creatinine   161:14
  173:12,14 174:1,5
  174:11,23,24
  175:6,10,18,25
  176:3,12
credited   26:23
creek   202:14
criteria   85:15
  98:10 103:22
critical   149:3,8
critically   10:9
criticism   10:25
criticize   133:5
criticized   183:9
critique   113:22
cross   22:20,23
  23:3,11,16,22,23
  24:7,21 25:1,4,6,7
  25:17 26:1,25
current   65:15
  116:7 148:13
  169:2
currently   76:1
curve   78:7 84:21
  84:23 98:23
  186:22

curves  28:9
cut  94:5 96:17,24
  97:11 98:17
  105:20 167:17,20
  179:9 180:15
  183:17,19,20
  184:18,21 189:18
  190:7 221:13
cutoff  88:12,14
  94:6
cutoffs  94:18
cv  1:11
cytokeratin  184:1
  184:14
cytokines  184:16

**d**

d  1:5 4:1 8:1,15
dab  214:14
daily  39:13 57:10
damage  75:16
danger  150:1,2
dangerous  170:24
danielle  2:5 8:22
  229:4,22
darn  155:18
  192:19
data  5:18 10:22
  11:6,9 12:14,21
  20:17 21:11 31:20
  31:25 32:18 48:4
  61:24 65:19,25
  72:12 73:6 74:2
  74:10,11,16,25
  75:2,11 82:3,3,20
  83:5 84:14 100:18
  101:10,15 102:11
  104:14,19 105:1
  119:20 152:18,21
  206:16 218:8
date  40:12,13
  41:25 45:5 47:4

100:24,25 229:7
dated  5:7 40:4,9
  41:23
dates  45:1
davis  3:4 9:8
day  16:14 37:22
  87:18 88:22 120:3
  127:24 228:23
days  87:14 163:17
deal  100:10
dealing  24:5 83:11
death  127:6,8
  136:15,25 153:7
  153:13
debate  87:24
  115:16 199:19
  218:13,14
debates  125:25
decade  123:24
  126:24
decades  126:25
  205:20 206:4,4
december  41:23
decide  186:8
decided  176:7
  181:17 182:23
  183:2 184:5 202:7
  202:8
deciding  130:1
decimal  101:25
decision  109:10
  115:9,13,15 121:2
  150:1,20
decisions  150:17
declaration  5:8,10
  41:4,8 42:8,12
declare  41:9 42:13
declared  71:9,14
decrease  97:3,5
  117:16 158:6
  161:12

deemed  211:6
defend  110:10
defendant  1:14
  2:3 3:16 8:15 9:4
  9:6
defense  32:10
defer  28:15 75:5
deference  65:25
define  77:14 156:8
defined  21:18 79:3
  156:6 190:8
  194:18
definitely  49:13
  132:16
definition  21:17
  86:22 94:24,25
  120:8 138:4 190:7
definitional  190:7
  190:24,24 193:5
definitions  142:8
degree  16:16 68:8
  98:3 128:10,13
  140:19 186:9
delay  141:21
  148:4 158:15
  159:7,23 160:24
  161:1,6
delayed  70:13
delays  141:15
deliberately  48:3
deliberation  12:5
deliver  218:15
delivered  38:16
  39:9 52:2,3 58:5
delve  208:11
demographics
  216:11
demonstrate
  24:23 104:14,19
  105:1

demonstrated
  112:15 199:5
demonstrating
  152:18
department  54:6
  107:2
depend  177:3
depending  21:6
  77:12,14,17 82:2
  130:11 138:10
  152:10 197:21
depends  13:9
  24:25 25:5,5
  26:24 29:14 73:14
  82:4 93:15,16,18
  197:18,19 204:19
  220:4
deponent  22:1
  228:1
deposition  1:18
  2:1 8:10,14,17
  15:4,10 22:3,12
  32:15 40:20 64:25
  227:24 229:7,8
depositions  229:14
depth  178:16
derived  111:7
  113:9 142:18,18
describe  10:20
  72:8,17 86:1
  98:11 112:6 119:8
  197:12
described  78:21
describes  65:19
  76:9
describing  36:24
description  5:4
  6:4 138:1
design  19:22 25:7
  209:9 220:7,12

designed 140:6
desirable 104:10
despite 36:2
destined 124:1
  136:15
detail 16:25
  115:24
details 73:9,10
  195:9 206:24,24
  207:1 208:11
detect 25:23,24
  26:2 98:5 128:21
  132:2,5 162:13
detectable 119:23
detected 25:22
  135:13 137:1
  146:7 157:6
  161:22
detecting 125:11
  140:12
detection 29:14
  120:25 125:18,20
  130:22 136:14,23
  137:13 147:11
  154:5 164:4
  187:20 218:25
  219:10
deteriorating
  201:15
determination
  173:23
determinations
  223:1
determine 19:19
  23:3,4,11,12,16,17
  99:9,18
determined 21:10
  24:22
determining 13:21
detrimental 29:19

develop 14:8,21
  15:21 17:10 30:16
  87:20
developed 215:22
  216:1
developing 194:13
  201:4
development
  142:3 158:9
developmental
  34:16 157:19,22
diabetes 182:6,8
diacetyl 26:15
diagnose 136:10
  181:20 218:4
diagnosed 14:17
  77:16 155:2,9
  156:5
diagnoses 5:17
  20:2 25:10 62:17
  64:14,22 65:1,7
  128:18 148:21
  162:10 221:17
diagnosing 13:20
  167:5,25 170:18
  171:20 172:5
  174:10,12 175:6
  180:13,19 182:6
  185:11,18 187:2
  190:1,21 191:6,21
  192:2,15
diagnosis 14:9
  15:22 17:11 77:11
  77:17 136:9,10,14
  136:22,25 137:3,9
  137:11,14,20
  139:2 140:9,10
  141:15 142:7
  146:6,15 147:8
  148:12,20 153:22
  154:4,10,12,20

156:10 176:6,21
  187:16 191:24
  192:19 219:1,11
diagnostic 146:5
  162:21,22 166:24
die 124:1
died 95:13
diet 58:10,13 68:1
  105:8
difference 13:19
  59:18 60:16,18
  61:14 89:20 90:3
  90:25 91:17 127:8
  170:8
differences 33:1
  34:17 39:8 56:2,6
  56:10,13,17,21,25
  57:4,9,19,24 58:9
  58:12,17,19,24
  59:5,8,13 60:1,10
  60:11 77:19 84:22
  84:23 92:7
different 13:24,25
  14:1 15:23 18:14
  20:23 21:15 28:24
  33:13,14 37:21,21
  38:6,13,24,24
  56:15 57:17 58:3
  58:4 62:23 79:21
  89:2,4,21,22 90:4
  90:5,15 91:1,2,19
  102:18 117:23
  119:24 120:16
  135:5 136:16,21
  147:11 148:5
  151:12 169:17,20
  180:8 184:3 187:8
  187:9 188:19
  199:23
differential 14:8
  15:22 17:11

differently 17:24
  130:9
difficult 49:17
  91:24
difficulties 31:22
difficulty 69:18
digit 211:13
dioxin 72:4 110:2
direct 15:10 42:25
  43:14 114:1
  123:11 164:10
  169:13,21,21
  170:3 217:19
directing 197:2
direction 111:19
  179:18
directly 166:12
disability 136:24
disagree 110:5
  115:22 148:14
  199:10
disagreement
  26:21
disagrees 110:19
disappointingly
  97:2
discerning 20:11
disconnect 160:12
  162:1 223:20
discovered 38:22
discrepancy
  119:10,12
discuss 24:20 28:5
  35:10 82:19 83:4
  115:17 116:4
  158:2 212:17
  218:17 219:8
discussed 47:25
  52:5 98:19 123:9
  150:3 153:21
  167:10 180:16

187:4 212:15,16
212:18,21 224:13
**discussing**   227:4
**discussion**   4:3
  18:12 53:16 101:6
  118:14 120:2
  137:14,18 138:5
  159:4 163:6
  181:23
**discussions**   46:3
**disease**   14:8,14,16
  14:18,21 15:21
  17:10 19:4,21
  22:25 23:4,5,12,13
  23:17,18 24:22,24
  25:4,23,24 26:3
  33:20,21 62:21
  63:2,22 72:2
  73:19 77:6 87:5
  88:6 89:19 90:2
  90:24 93:14,17,18
  94:22 95:1,2 98:6
  104:16,21 105:3
  118:22 119:23
  120:6,7,12,19,20
  122:13,18 124:10
  124:11,23 125:7,9
  125:11,13,22
  127:6 128:19,21
  130:23 135:10,12
  135:13,15,19
  136:8,10,23 137:1
  139:4 140:5,12
  142:3,23 143:23
  146:14,17 162:9
  165:6,16,25 166:2
  166:18,20,23
  167:6,14,15,18,25
  168:10 169:4,14
  170:6,7,9,10,18
  171:12,21,22

172:5,6,8 173:10
174:6,8,10,12,23
174:25 175:6
176:7,18,22,22,23
176:24 178:20,22
180:3,9,13,19
181:14,20 182:5
183:22 184:10,24
185:1,2,3,11,14,15
185:18 187:2,6
189:16,22 191:4,4
199:16 219:11
**diseases**   24:6,8,10
  25:22 26:10 27:1
  27:2 36:8,14,20
  62:24 71:24 72:1
  110:3 116:8
  125:24 128:18
  136:24 152:24
  162:17 166:2
  167:1,2 170:11,11
  170:13 181:15,22
  187:7,8
**disgusted**   95:20
**disputed**   221:10
**disputes**   63:1 75:6
**distinguish**   31:5
  121:17 137:23
**distinguished**
  224:5
**distinguishing**
  18:10
**distribution**   33:3
  94:10
**district**   1:1,3
**divide**   132:1
**dizziness**   165:3
**dna**   75:15 76:21
**doctor**   9:14 15:4
  15:18,19 17:8
  22:10 31:19 60:21

113:15,17,20,23
125:15,17 133:4
136:4 138:7,16
157:24 162:8
163:13 164:1
168:15 172:14
175:11 177:2
181:2 182:11,21
183:10 187:13
188:4 193:13
204:4,12 217:7
**doctor's**   217:11
**doctors**   113:24
  116:17 133:9
  134:6 135:22
  136:1 154:3 155:3
  163:7 164:4
  166:10 169:1
  172:19 173:24
  175:13,22 177:8
  189:5
**document**   34:5
  49:11 107:5
  149:14 210:16
  215:10,18 222:4
**documented**   44:7
**doh**   54:15
**doing**   54:3 70:19
  75:9 116:18 125:1
  130:4,17 134:7
  135:3 143:9
  149:18 151:4
  164:20,24 168:3
  182:20 185:9
  186:24 191:12
  197:1 205:13
  218:16 226:17
**domestic**   50:3
**dominant**   85:3
**dosage**   78:3,18

**dose**   19:25 27:15
  27:16 28:2,6,9
  29:1,4,6 78:7 80:9
  80:11,20,23 81:2
  83:24 84:20,22
  85:2,3 87:11,21
  91:18,19,20 92:2,5
  104:15,21 105:3
  105:12 106:14
**doses**   78:3 79:9
**double**   91:7,10,12
  92:13,16
**doubt**   112:18,22
  144:7
**dozen**   223:2
**dr**   6:12 20:8 34:3
  40:8 43:11 46:14
  53:21 69:5 101:9
  106:17 110:18
  111:2 118:20
  144:21 145:13,14
  209:12 227:17
**drank**   57:21 93:7
**dread**   110:3
**drink**   37:21,25
  38:1,2 87:4,16
  88:4
**drinking**   43:24
  44:10 47:20 49:2
  50:3 51:23 52:1,9
  52:17 53:24 62:20
  71:17 79:12,14,21
  89:1
**dropped**   165:21
  181:25 183:4,7
  184:10,13
**drug**   58:20 61:17
  119:19
**drugs**   60:15,15
  61:13,15 122:8

ducatman 1:19
2:3 4:4 8:14 9:17
10:1 20:8 22:10
34:3 40:8 43:11
46:14 53:21 69:5
101:9 106:17
110:18 111:2
118:20 145:14
227:18 228:2,21
ducatman's 6:12
88:3 209:12
due 35:19,20
127:9
duly 9:19 229:7
dupont 206:20
216:2
duration 69:19
78:4,19 79:16,19
157:14 158:21,25
159:10,11 160:15
161:2
dust 203:13
dysfunction
187:20 188:8

**e**

e 3:1,1 4:1 8:1,1
171:7
earlier 125:11,18
147:12 153:21
157:5 164:4
167:19 176:3
183:8 199:23
early 98:6 120:24
120:24 124:25
125:18,20 128:21
130:22 136:23
137:1,13,17 147:7
154:5 175:3
195:17,19 202:6
220:3

easier 23:8 165:11
easily 114:3 183:8
easy 12:9
eating 108:21
edited 220:15
editorial 144:4
education 64:19
65:17 106:18
203:13
educational 203:2
effect 19:20 27:17
65:9
effective 61:19
157:21 183:18
188:12
effectively 114:3
138:6,14 157:6
effects 31:4,6
34:15,19,25 35:17
35:18,20 36:2
37:2 66:8,12 98:5
107:25 108:12
109:8,16 110:7
115:7,8 128:9
164:3 205:19
efficient 220:11
effort 183:6 213:8
efforts 203:12
eight 47:7 51:14
157:13,18 158:20
162:4,20 163:9,23
164:15
either 28:1 39:11
39:16 40:1 45:23
51:25 60:1 84:12
109:21 139:21
181:15 182:17
186:21 211:8
227:7
element 22:22

elephantine 206:5
elevated 67:25
108:14 111:4,15
118:21 166:1
171:1,13,24
172:10 174:1
200:25 201:16
203:10 208:3
209:1
elevations 118:25
eligibility 28:23
eligible 211:6,10
211:25
elimination 33:3
emanuel 3:12
emerging 69:19
75:14 77:15 78:15
emotional 152:23
employed 229:15
employment
216:11
ended 218:10,16
endnotes 82:21
83:6
endocrinologist
186:11
engaging 152:16
enter 31:12 130:14
enterprise 197:2
entertain 202:9
enthusiastically
194:3
entire 16:1,20
entitled 64:13,21
202:4 207:20
209:9
environment 16:2
17:13 36:9,21
122:10
environmental
14:3,6,19,24 16:20

16:22 17:2,5
100:19 101:11
105:16 110:1
201:20
enzyme 166:22
epidemic 94:13
167:13
epidemiologic
19:18 22:7,16,17
74:12 223:17
225:5
epidemiological
19:4,16 22:5,13
72:9,18 74:1,15,24
epidemiologist
126:25
epidemiologist's
100:1
epidemiologists
99:24 169:18
epidemiology 10:3
22:9 222:16,24
225:3,5,12
equal 158:13
195:14
equivalent 63:12
erroneous 18:21
19:1
especially 38:21
60:18 219:18
esquire 3:3,10,11
essentially 179:25
179:25 219:19
establish 22:5,8,13
22:16 30:22 66:16
established 67:11
67:13,14 69:24
86:21 105:14
106:2 128:17
144:12

estimates  82:7
et  8:15,16
ethnic  203:3
ethnicity  203:1
etiologic  17:12
  18:1,2 65:9 180:8
  180:8
evaluated  168:8
evaluation  138:25
  139:1 163:4 172:3
  180:7
event  51:25
events  119:5
eventually  170:12
  170:13
everybody  16:8
  122:19 202:20
  220:9
everyday  133:18
evidence  11:13,14
  11:20,21 66:24
  69:12,18 72:9,18
  74:1,15,19,24
  125:8 144:14
  150:18,19 159:1,3
  179:15 205:5,8,10
  208:25
exact  73:20
exactly  26:18
  84:21 91:16
  127:22 202:5
  214:21
exam  168:18,25
  169:10 172:17
  173:2,7 176:1
  177:5 179:3,7
  189:4,11 193:18
examination  4:5
  9:22 111:8 113:11
  188:13

examine  22:23
examined  37:11
  66:10
example  63:21
  71:21,22 72:21
  92:20 105:1
  127:11 130:4
  132:3,4 140:19,23
  164:20,21 172:21
  174:17 195:12
  198:5 214:9
examples  16:8
  63:23 125:2 184:1
exceed  81:20
  148:9
exception  37:16
  102:22 111:17
  115:16 116:14
  121:25 122:8
  170:21,22,22
  228:6
exceptions  12:2
  86:7 123:9 154:18
excerpt  5:22,25
  6:5,9,14 145:14,17
  145:22 150:6,9
  178:7,11 203:21
  203:25 207:6
  215:14
excess  69:21 83:12
  83:12
exclusion  85:15
exclusively  39:3,5
  224:18
excretion  176:15
excuse  15:25 16:6
  27:20 90:9 131:3
  146:24 167:1
exercise  164:13
exhibit  5:1,5,7,8,9
  5:10,11,14,16,18

5:20,22,25 6:1,5,6
6:8,10,12,13,14
21:21 22:2 33:23
34:3 40:4,8,15
41:4,8,17,22 42:8
42:12,24 43:1,14
43:16,19,21 46:5
46:11 50:16,21
64:21,25 66:4
101:9,14,20
106:17,22 145:14
145:22 150:6,9
178:7,10 187:19
187:24 196:22
203:21,24 207:5,5
207:7,9,14,16
209:8,12 210:9,12
215:10,14 217:5
222:7
exhibits  43:4
exist  18:15 136:11
  140:3 206:2
exists  13:25
  128:10,14,25
  129:4,4,6 208:13
exotic  180:10
expand  158:23,23
expect  56:1,5,9
  60:10 78:5,20
  222:23
expected  213:11
expensive  141:12
experience  33:14
experienced
  157:23
experiences
  125:14 162:7
  163:13 164:1
experiencing
  62:11

experimental
  34:19
expert  5:7,9 10:2
  25:21 40:4,8
  41:17,22 42:1,13
  187:17 206:8
expertise  13:19,24
  13:25
experts  32:10
  126:1 144:14
expires  228:25
explain  10:21
  82:19 83:4 119:10
  200:6
explanation  70:8
  77:1 119:12
explanations  71:3
exposed  36:7,19
  44:9,18 47:13
  48:9 51:17 73:20
  83:18 92:19 111:6
  111:20 113:8
  119:1,6,16 128:8
exposure  14:13
  17:2 18:15 19:5
  19:21 22:24 24:21
  24:23 25:3 29:21
  30:23,24 31:2,4
  37:2 43:23 47:20
  49:2 51:23 56:13
  57:16 58:25 59:1
  59:22,24 63:21,22
  71:20 72:3,6 74:2
  74:16,25 78:3,18
  78:25 79:16 80:10
  81:2,12,18 85:11
  89:11 91:18,20
  92:23 100:9,9,18
  101:11 107:13
  108:3 109:1,3
  111:5,16 113:20

114:7 115:5
174:20,21,22
179:17 203:4,5
205:19 208:16
221:6 222:9
**exposures** 14:3,6
14:20,24 25:2,12
25:14 56:3 60:1
63:20 81:20
105:22 109:7
110:2
**express** 41:11
42:15
**expressed** 197:6
**extensive** 221:11
**extensively** 25:21
**extent** 37:18
**external** 17:12,18
20:12 37:4
**extra** 174:2
**extrapolate** 31:24
32:18
**extrapolated**
115:8
**extrapolating**
31:20
**extrapolation** 32:4
32:7
**extreme** 171:4
**extremely** 24:9
109:14 127:7
**extremes** 142:16
**eye** 110:9
**eyes** 115:25

**f**

**facilities** 66:13
**facility** 52:3
**fact** 18:10 21:9
49:24 70:2 71:6
79:25 134:9 169:7
173:4,5 179:6

193:20 195:6
211:22
**factor** 72:15 130:1
**factors** 37:4 81:4
81:11,17 89:23
90:6 91:3 106:15
176:21 202:23
**factory** 57:14
**faculty** 144:19
**fail** 127:7
**failure** 176:10,12
176:14 213:1,11
**fair** 25:17 27:19
28:20 29:20 31:20
31:23,24 32:17,25
36:6,18 52:24
71:2 87:2 89:19
90:2,24 92:12,18
93:19 99:17
100:17,22 114:18
116:6 120:4
122:11,22 123:5
123:23 124:7
125:5 131:23
136:13 137:20
141:10,14 142:2
142:11 143:2,19
143:21 144:25
153:2 165:1
168:13 172:12
175:9 176:25
180:25 182:9
187:11 193:11
215:2 218:3,6
**fairly** 25:20 60:17
**fairmont** 15:5
**fall** 130:19
**false** 135:17,18,20
135:20,24 136:6,7
138:6,14,22
139:12 140:1

141:10,14,17
142:4 143:23,24
149:22 151:14,16
151:16,20,21,24
152:8,12,15,19,21
152:22 153:7,8,14
153:14,16 156:10
156:10
**familiar** 144:7,10
152:8,18
**familiarity** 184:6
**family** 95:12
123:15 127:4
202:6 203:18,20
216:13
**far** 148:19 152:15
169:6 200:2
**faroe** 108:24
**fashion** 107:18
**fast** 126:14 174:15
**fasting** 182:12,13
**fatal** 24:8
**fatty** 167:13,15,18
168:9 169:4
183:22 184:9
**fear** 161:7
**feasible** 31:7 68:9
**february** 1:20 2:9
5:18 8:6 101:10
101:14
**fecundity** 70:11
**fed** 68:1 105:8
**federal** 206:5
**feeding** 69:20
157:15 158:21
**feel** 87:18 139:9
219:5
**feeling** 170:5
**fellow** 61:4 139:17
182:24

**fence** 68:5
**fetus** 194:14
**fewer** 39:8 94:14
140:3
**fighting** 162:11
205:24
**figure** 36:4 44:25
159:18 167:17
174:2 208:4
**figures** 79:1
**filled** 220:9
**final** 130:16
131:22 165:19
166:4 173:19,20
173:22 179:10
182:17 183:17,19
183:20 184:18,21
189:18
**financially** 8:24
229:16
**find** 26:10 27:3
29:17 49:5,6
68:15 73:4 75:6
80:19 86:9 99:22
113:19 129:9
131:2,15 137:17
139:22 166:1
168:23 172:3,24
175:17 178:25
181:4 183:1 189:1
189:6 193:15
198:13 201:22
202:19 213:6,12
217:11 225:18
**finding** 19:3 21:12
94:18 131:16
139:24 154:14
162:12
**findings** 63:18
82:16 111:7
112:11,14,14

113:9 222:13 223:7 224:7
**finds** 69:13
**fine** 49:22 98:17
**finer** 33:9
**finish** 16:6 111:2 132:22
**finished** 24:12
**firm** 8:20,22 213:8
**first** 9:19 12:9,11 24:2 26:18,22 39:11,16 42:2 53:5 54:4 65:6 71:3 80:1 90:13 101:25 110:23 111:25 112:3,6 119:11 121:6 124:21 127:24 132:22 148:6 155:15,16,22 165:8 187:22 190:23 199:14,15 199:20 215:21 216:17 217:5
**fit** 148:23 215:3
**five** 47:7 51:14 73:10 79:5,7 82:22 83:7,16 84:2,16 85:16 94:12 99:1 102:18 106:5 157:9 188:9 188:22,25 200:24 204:14 205:6 207:24 222:6 225:25
**fix** 155:11
**flavorings** 26:14
**flipped** 171:22
**floor** 3:14
**flu** 122:1

**focus** 149:9 166:14
**focused** 154:11
**fold** 72:16
**folks** 88:2 99:22 188:20
**follow** 77:3 135:24 138:8,16 140:22 141:11 149:24 150:1 151:15 153:11 167:18 209:24
**followed** 14:22 214:4
**following** 9:18 70:15 216:1 217:6
**follows** 9:20 30:23 69:14
**food** 202:11
**force** 5:23 144:8 144:11,22,25 145:5,15,23 149:4 149:8 188:19
**foregoing** 228:3 229:7
**forgetting** 68:13
**forgot** 111:24 112:20 221:22
**forgotten** 67:18
**form** 11:14,16,21 12:18 13:8 20:5 31:9 36:11 47:22 49:4 55:18 81:24 82:25 85:22 87:8 88:8 90:10 102:5 104:8 120:5,17 124:14 127:21 144:3 154:23 198:20 201:7 213:4 215:20 217:11

**formal** 71:10,15 71:16,18,23 72:5 223:16 225:16
**formally** 129:23
**former** 141:25 144:19
**forming** 41:13 42:17 222:14 223:8 224:18
**formulation** 82:1
**forth** 139:19
**forward** 207:1
**found** 18:20,25 19:10 32:22 54:7 66:15 67:24 69:9 73:5 84:21 86:7 105:7 120:1 122:18 139:20 191:16 205:4 219:25 222:8 224:17
**four** 32:23 47:7 51:14 54:4,18 91:12 217:18
**fourth** 101:10 133:1,20,25 199:16
**fragile** 139:19
**fragments** 184:1 184:14
**frame** 84:13
**framed** 17:20 167:11
**frank** 139:18
**frankly** 75:9 162:24
**fraught** 31:21
**freely** 164:12
**frequently** 95:3 177:13

**freshman** 201:19
**friendliness** 220:13
**friends** 123:16
**frisbee** 209:8 210:2 214:13
**front** 52:11 128:3 174:4
**fuels** 200:20,22
**full** 37:18 54:4 217:6
**fully** 84:5 85:8 229:10
**fun** 201:24
**function** 19:5 56:15,18,22,25 57:4,9,20,25 58:9 58:19 59:9,14,19 60:8,10 70:10 161:13 218:15
**functions** 60:3 67:22 173:13
**fundamental** 149:17
**funding** 206:20
**further** 13:16 109:5,13 111:3 151:15 158:2 227:18 228:4 229:14
**furthermore** 95:1
**fussing** 96:16 102:10 113:2
**future** 69:16 74:12 75:24 116:8 146:14 148:4

---

**g**

---

**g** 8:1 171:7
**gained** 172:20
**gamma** 180:2 184:17

**garrison** 5:15 50:2
50:18,22 51:4,21
55:16,23
**garrisons** 50:5
**gas** 83:23
**gasoline** 200:16,20
200:20
**gastrointestinal**
201:3
**gather** 218:8
**gears** 27:5 62:3
**gender** 56:22
60:19,20,21 185:6
**general** 10:7 14:15
15:5 17:4,20,25
18:19,24 59:14
60:8 66:13 74:20
100:12 122:6
125:24 126:1
140:7 142:9
143:16 145:19
151:2 153:18
154:1 158:4
194:16
**generally** 17:18
20:10 26:23 27:18
27:21 28:6,8
29:13,18 31:12,14
42:23 43:12 70:23
86:22 105:16
121:19 124:20
144:25 151:3,6
153:19 170:24
194:9 204:24
210:22
**genetic** 171:17
**genetics** 36:9,22
**gentle** 49:6
**geometric** 96:6
101:23 102:12,23
103:6,9,12,15,18

104:25
**geometry** 103:2
**getting** 42:21
43:10 61:22 104:1
106:12 122:25
127:25 139:10
142:8 156:1 177:6
191:4 199:10
**ggt** 180:12,18,25
181:5,10 184:11
**ggtp** 180:2
**gilbert** 144:21
170:23 171:5,5,10
171:16,17
**give** 15:9 23:22
24:2 31:16 32:8
61:18,19,20 65:14
73:9 75:3 80:4
127:23 174:16,16
193:9 195:17
207:5
**given** 14:7 15:20
17:10 18:1 53:7
81:10,16 110:14
125:9 208:23
229:9
**gives** 88:17 162:10
**giving** 15:4 17:8
17:16 22:11 32:17
139:9 158:8
**glasser** 2:8 8:18
**glazed** 203:4
**globally** 107:24
108:18
**globulin** 181:13,25
**globulins** 181:19
**glucose** 182:4,6,9
182:12,13 183:4
**glutamyl** 180:2
**go** 8:12 31:15
35:15 48:15,16

60:6 62:7 64:16
67:2,4,9,10,16,17
68:10,10,13,17
75:20 79:5 80:3
94:2,17 96:10
98:2 99:1 106:4
111:12 113:7
116:1 117:12
118:9 119:24
121:6 125:17
128:15 130:10
133:1 134:12
140:24 148:15,16
155:15 156:18
159:8 160:8
164:14 170:12
176:13 177:9,18
177:21 185:5
196:1 201:23
202:20 211:17
214:5 219:3,7
220:17 225:1
226:8,17,19
**goal** 120:24
125:11 126:10
146:13
**gobain** 1:12 8:16
**goes** 65:23 85:12
88:16 99:1 105:5
125:14 157:24
162:8 163:13,16
164:1 170:13
174:11 188:23,24
191:10 225:11
**going** 8:5 16:11
20:5 21:25 26:22
31:19 35:11 42:22
62:5 63:4 65:13
68:21 70:4 74:5
75:8,19 76:2
89:13 90:10 91:19

94:1 95:3,6 97:5
101:4 102:24
105:24 106:6,8
107:15,18 110:8
110:12 118:11
121:18 126:12
127:10,22 129:6
131:15 132:1,13
132:17 133:10,14
133:23 136:1
141:1 148:5
155:18,18,23
156:20 158:6
170:25 172:23
174:2 176:13
177:23 184:25
194:23 195:3
196:3 198:19
199:1,19 205:1
207:1,5 211:14
213:12 219:13
221:16,23,24,25
227:1,10
**good** 8:4 18:7 24:5
24:11 49:18 61:1
61:22 62:8 68:7
72:21,21 76:24
87:18 93:12,23
113:25 124:4
125:1 129:14
130:4 132:6 134:7
134:8 136:3,5
137:3 138:1
154:13 158:7
159:24 160:23
162:14 163:16,17
167:7 169:19
172:11 174:11
175:2,8,22 179:17
179:18 180:5,22
186:5 188:22

211:20 212:9
220:12
**gordon**   5:15 50:2
50:17,22
**gout**   62:13 77:16
77:22 78:6,14,15
163:24,25 164:2,3
164:4,7 189:23
190:25 191:2,6,22
191:24 192:2,15
192:19,22,24
220:18,19,21
**gouty**   164:8
**graduate**   64:19
65:17
**granted**   161:8
**grapple**   219:9
**great**   135:2 137:13
158:1,4 168:1
199:19 200:3
202:10 211:21
**greater**   27:16,16
55:2,9 97:20
108:3 178:16
201:3
**greene**   1:7
**ground**   133:9
**group**   40:1,2
83:21 136:1
174:19,21
**groups**   86:15
184:4
**grow**   155:18,20
**growing**   126:5,14
137:21
**growth**   155:21
**guard**   206:1
**guess**   64:1 143:8
159:15 219:9
224:16

**guide**   5:6 33:24
34:4 40:18 66:5
109:10 115:9,13
115:15 150:7
178:8 203:21
207:6
**guided**   111:7
113:9
**guideline**   130:8,10
**guidelines**   6:7
107:16 187:20,25

**h**

**half**   15:1 53:13
55:2 100:12 104:4
161:11 193:10
212:9,14,25
**hallmarks**   11:5
**hand**   9:15 11:9
34:8 158:7 163:20
201:1
**handful**   223:5,7
**handing**   46:11
50:21 64:21
**handling**   191:13
**happen**   98:22
109:25 126:16,19
139:3 141:13,13
155:6
**happened**   140:18
174:25 222:21
**happening**   219:22
**happens**   27:2
61:24 98:19,23,24
113:14
**happy**   61:9 175:1
223:10 224:23
**hard**   140:8 151:4
155:25 180:11
**harm**   127:25
130:4,17 134:7
137:3 138:24,25

139:12 140:17,20
145:19 146:4
149:18 154:15,17
154:21,24 156:4
166:11,15 196:25
197:1
**harmful**   140:6
141:12
**harms**   138:22
139:2 140:1,3,9
146:3,5,15 147:7
147:10,13 148:9
148:25 153:2
208:23,24 209:1
**haustor**   53:23
54:21 55:9
**hazard**   106:15
203:12
**hba1c**   183:4
**hdl**   176:17 178:18
**head**   26:11 28:5
143:18
**heading**   66:8
145:18 217:6
**health**   25:2 44:4
54:7 58:23 59:15
60:8 64:13 66:8
66:12 82:8 93:1
98:5,7 107:12,25
108:12 109:8,16
110:6 111:5,8,21
113:10 115:7,8
116:8 127:14,16
127:19 128:9
144:20 148:4
157:6 158:8,14
188:13 198:10,15
199:5 201:21
205:19 206:20
209:9,18 214:15
215:7,23 217:25

218:5,20
**healthcare**   49:10
129:12,13,14
132:12 140:21
218:16
**healthier**   171:4
**healthy**   132:14
138:7 142:13,14
143:3,22 171:2
**hear**   28:5 149:9
**heard**   26:23 36:12
37:6 73:22 90:14
119:23 121:12
139:6 212:15,16
212:18,20
**hearing**   120:10,11
120:13
**heart**   119:23
176:22 178:20,22
**heck**   183:11
**held**   8:17 53:16
118:14 178:1
**help**   29:25 31:17
114:1 155:10
158:16,17 179:13
179:15 190:18
220:10
**helped**   156:14
**helper**   184:16
**helpful**   180:7
224:24
**helping**   147:20
**helps**   165:13
173:12
**hematologic**
171:25 172:9
**hematuria**   163:3
**hemoglobin**
182:15
**hepatitis**   62:12

**hereto** 229:16
**high** 54:1 55:7
    73:23 87:10,21
    95:4 109:14,24
    124:11,22 146:14
    148:19 163:2
    172:11 176:20
    186:9 191:23
    193:2,4 198:9
    199:4
**higher** 80:25 85:2
    85:2 100:4 104:4
    109:6 117:14
    119:18,23 124:10
    148:11 201:9,10
**highly** 67:23
**hillside** 51:4
**histopathologic**
    93:13
**historical** 28:8
**histories** 46:3
    59:20
**history** 111:8
    113:10 125:7,21
    130:23 216:12,12
    216:13 219:13
**holes** 205:11
**home** 46:21 47:1,9
    51:4,9,16 202:4,8
    203:3,19
**home's** 92:19,24
**homogenous**
    43:23 44:2,8,17
    47:19 49:1 51:22
**honestly** 97:24
**hood** 1:6
**hooked** 92:20
**hope** 73:9
**hoped** 97:4
**hormesis** 28:11,13
    28:17

**hormones** 184:21
**horse** 198:22
**hose** 202:14,14
**hospital** 15:6
    163:17
**hour** 62:6 112:24
**house** 38:6,7
**housekeeping**
    42:20
**housing** 203:2
    204:22
**huge** 79:15
**huh** 182:16 190:12
**human** 12:12 36:6
    36:18,19,20,24
    61:4 72:25 75:11
    75:15 79:9 83:18
    100:18 101:11
    158:9 220:2
**humans** 29:15
    31:21,25 32:19
    34:18,23 35:20,22
    36:1,3,4 60:11
    62:21 70:10 72:25
    74:13 75:8,10
    76:7,14,19,25 77:3
    77:6 104:16,21
    105:3 112:15
    199:15 219:19,21
**hundred** 193:7,9
**hundreds** 62:14
**hundredths** 97:7
    102:7
**hurting** 148:21
**hypertension**
    62:13 67:21
    164:21 194:1,5
**hyperuricemia**
    78:13,14 162:18
    189:23 190:1,15
    190:21 191:2,3

    193:5
**hypotheses** 119:24
**hypothesis** 11:1
    13:2,2,16 15:1
    20:17,22 221:8,9

**i**

**icd** 176:20
**idea** 100:5,8
    137:13 158:1,4
    159:24 160:23
    220:2 221:22
**ideally** 158:12
**identification**
    33:25 40:5 41:5
    41:19 42:9 46:8
    50:18 65:2 101:16
    106:24 137:21
    145:24 150:10
    178:12 188:1
    204:1 207:11
    209:13 210:13
    215:15
**identified** 5:4 6:4
    14:8 15:21 17:10
    109:14 125:13
    157:23 162:7
    163:12,25 196:19
    215:11
**identify** 78:3,18
**identifying** 25:18
    27:1
**iga** 183:16
**ige** 183:16
**igg** 183:16
**igm** 183:17
**ignore** 221:1
**illustrates** 73:3
**imagine** 133:3
    173:24 183:10
**imaging** 162:14

**immediately**
    150:14
**immigrant** 203:7
**immigration**
    203:5
**immune** 34:16
    75:16 111:5,16,18
    111:18,23,24
    112:4,8,11,11,13
    181:16,17
**immunization**
    179:24
**immunoglobin**
    183:16
**impact** 125:21,25
**imperfect** 142:10
**implanted** 194:8
**implanting** 194:13
**implement** 133:10
**implementation**
    148:10
**implemented**
    146:13
**implicate** 66:24
**implicated** 68:4
**implication** 48:3
    136:11
**implicit** 139:5
**implied** 30:1
**important** 10:17
    11:8 18:12 20:13
    20:14 26:24 28:20
    28:22 29:1 31:2,5
    32:9 33:12,20
    58:18 59:6,23
    60:9 69:13 84:8
    85:10 87:9 92:1
    106:15 116:1,3
    130:18 132:8
    135:1,3 139:4
    140:12 149:11

155:23 176:8,11
192:8,9 199:11
203:17 205:23
221:1,23,24,25
**impossible** 139:1
**impressed** 149:6
**impressive** 168:10
**improve** 98:7
125:12 132:9,25
157:14,19 158:20
159:9,19 160:15
161:1 162:5
163:10,14,19,24
218:25
**improved** 125:8
132:7,24
**improvement**
148:17 152:13
**improves** 130:22
219:10
**inappropriate**
117:21
**incidence** 23:5,13
24:2,5
**incident** 25:11,13
25:25 26:19
**include** 34:15 68:3
84:8,11 111:24
128:9 146:4 147:8
165:2 166:7,8
176:23 180:11
181:24 182:17
202:25 203:11
214:24
**included** 60:7
166:3,6 196:14
**includes** 21:8,11
**including** 74:19
82:8 157:20 166:2
203:12 206:15

**inclusion** 85:15
98:10 103:22
**income** 203:1
**incomplete** 24:19
**incompletely**
191:10
**inconsistent** 12:15
12:22 84:15,18
**incorporated** 42:4
**incorrect** 30:3
91:22 92:25
**incorrectly** 73:22
**increase** 72:16
119:5 130:9
149:22
**increased** 63:3,5
69:17 87:5 88:5
120:1 124:21
128:17,19 130:7,7
130:11,12 178:20
178:21 191:3
200:25 201:1,2
202:24 205:7
**increases** 62:24
63:6,10,13,15 64:1
64:4,9 93:21
94:16
**increasing** 28:2,2
69:12 94:3 159:1
**independent** 16:20
144:13 212:20
**index** 59:10
**indicate** 47:13
48:9
**indicating** 94:1
**indication** 169:20
188:10
**indirect** 123:16
169:22
**indirectly** 123:15
227:4

**individual** 14:7,20
15:21 17:10 37:5
37:8,11,15 38:19
39:14,20 52:1,22
54:2,25 55:7 56:2
56:6,10,13,17,21
56:25 57:4,9,19,24
58:9,19 59:8,13,18
60:1 63:17 89:2,3
89:11,13 93:24
99:8,19 140:8
143:3 147:2,4
150:25 155:4
177:11 219:1,11
221:17
**individualize**
150:20
**individually** 1:7
201:12
**individuals** 22:24
38:11 49:9 55:25
63:1,9 89:12,21
90:4 91:1 92:18
92:24 118:20
123:24 128:7
143:22 148:3
151:5 177:5 218:4
**indolent** 140:13,14
**induced** 62:13
67:21 164:21
194:1,5
**ineffective** 146:18
**inert** 219:20
**infants** 194:23,25
195:4
**infection** 165:3
**infections** 36:20
**infectious** 36:8,14
**infer** 113:16
**inference** 110:13

**inferences** 22:9,18
25:13
**inferred** 25:4
**inflammation**
179:21,24
**influenced** 33:7
**inform** 223:18
**information** 18:1
21:2,18 32:9,10,11
39:13,18 48:21
80:17 81:1,5,19
93:3,4,5 94:4
114:2 135:25
198:25 216:10
219:19 220:1,19
221:3 222:3,4
**informative**
135:22
**informed** 135:15
**initial** 26:2
**initially** 28:9
137:15
**initiated** 147:10
**injuries** 206:3
**insofar** 149:12
**instance** 47:8
51:14 94:21
**instances** 218:17
**insufficient** 205:5
205:8
**insulin** 183:20,20
**insurance** 175:23
**insurer** 168:21
**integral** 11:2
**integrates** 100:9
**intend** 62:25
**intended** 22:7
81:13 97:13,15
148:3,7 218:15
**intending** 112:6

**intent** 218:11
**interest** 22:24,25
**interested** 8:24
  94:12 229:16
**interesting** 65:16
  80:13 130:2 168:5
  174:7 192:7
  202:12,13
**interfere** 8:10
**interference** 8:8
**interferon** 184:16
**interjecting**
  133:24
**interleukin** 184:17
  184:17
**internal** 19:25
**interpret** 65:24
**interpreted** 27:18
  27:21
**interrogatories**
  45:9,19
**interrogatory**
  5:11,14 45:15,21
  46:6,12,20 47:6,17
  48:18,24 50:17,22
  51:2,20
**interrupt** 27:20
**interspecies** 33:1
**interval** 21:8,9
**intervals** 20:1 82:7
  142:13 151:23
  186:21
**intervene** 124:25
**intervening** 121:3
**intervention** 139:4
**interventions**
  142:5 144:1
  146:12 203:14
**introduction**
  201:20

**introductory**
  151:20
**intuition** 86:18
**invalidate** 19:9
**invasive** 139:1,2
**inverse** 134:25
**inverted** 28:4
**investigation**
  13:17
**investigator** 10:16
**investigators** 10:8
  10:12
**invokes** 88:21
**involve** 123:6
  212:23
**involved** 62:25
  150:17 168:21
  206:14
**irrefutable** 72:10
  72:20 75:2
**islands** 108:24
**isolation** 11:13,20
**issue** 17:5 20:3
  26:15 28:15 35:24
  38:6 41:11 56:1
  59:7 79:2 80:14
  81:6 114:6,22
  137:6,9,12 138:2
  154:12 155:25
  186:13
**issued** 39:11,16
  44:21 45:14,22
**issues** 10:9 114:20
  152:23 155:13
  166:13 205:1

**j**

**jacob** 8:20
**james** 1:5 3:3 8:15
  52:8
**jamie** 9:8

**january** 5:20
  54:13 106:18,22
**jewelry** 202:20
**job** 61:22 125:1
  139:25 221:12,12
  221:13
**jobs** 122:4
**jones** 1:6
**journal** 224:9
**journals** 223:24
**judge** 27:25
**july** 46:12 50:21
**jumped** 129:17
**june** 15:6
**justified** 188:12
**justify** 199:5

**k**

**keep** 63:4 127:10
  152:4 176:8
  181:19
**keeps** 152:10
**key** 58:15 132:24
  155:24,24,25
**keys** 161:10
**kidney** 62:11 68:3
  74:3,8 76:6 82:8
  154:6 162:5,6,9,21
  162:23,24 164:4,6
  164:9 174:8,10,12
  174:22,25 175:6
  176:9,12,14,23
  185:11 191:4,4
  222:9
**kids** 80:2 182:25
  208:8,9,17
**kind** 26:6 68:5
  79:3 112:22
  129:17 131:12,13
  134:25 137:11
  141:25 147:16
  148:14 149:10

161:10 168:21
  180:20 192:7
  220:7,11 222:18
**kinds** 192:22
  195:9
**kitchenette** 202:9
**knew** 219:15,17
**know** 13:3,4,24,25
  14:7,11,20,22 15:3
  15:20 16:9,10,11
  16:12,15,23 17:4,6
  17:9,18,19,22 18:2
  20:6,10 25:9,11,20
  26:3,7 28:21,22
  30:2 37:6 39:8,22
  40:1 48:1 49:8,11
  49:13,20 50:13
  57:14 61:8,25
  63:3,5,14 73:8,22
  73:23 75:25 76:25
  77:12,17,19 78:10
  78:15 79:2,2,12,20
  79:20 85:6,8 86:2
  86:25 87:13,17,17
  87:25 88:10,13,14
  88:16,22 94:24
  95:11 97:7,9
  99:23,24 100:5,20
  100:23 103:18
  104:23 105:4,5,7
  105:11,19,20,24
  106:4,7 108:12
  109:4 110:1 112:1
  112:23,24 113:18
  113:20,22,24,24
  113:24 114:5,22
  114:25 116:25
  117:12,13,16
  118:3 119:11,16
  119:22 127:2,10
  128:3 130:18

132:11 133:10,18
133:23,23 134:6
134:14,23 135:4,5
136:20 139:15,17
139:21,22 140:6
141:16,17,23,24
143:17 144:17,23
144:24 147:3
148:22 149:11
151:1,2,10 152:2,5
154:11,25 155:15
155:17,19,21
156:6 157:16,25
158:9,13 159:9,11
160:13 163:16,19
164:19 167:19
168:1 169:2 170:3
170:7,15,16
172:22 173:25
175:23 176:11
177:7 179:14,14
179:16 180:23
182:20,22 183:2,2
185:13 186:2,24
188:17 191:25
194:8,8,12 195:1,8
195:11 198:9,24
199:1,12,14 200:8
200:15,24 201:14
202:13,15,19,23
203:10 204:18,18
204:20 205:1
206:23 207:2
208:6 210:23
212:12,19,19,20
213:14 219:15
220:16,17,18,25
220:25 221:8,10
221:24 224:1,11
224:14 225:16,18
226:25

**knowing** 48:2
155:17,24,25
156:7
**knowledge** 48:20
65:16 205:9,12
**known** 14:13
19:13,15 37:3,4
45:12 72:3 98:5
105:19 117:22
125:21 169:25
205:20,23,25
208:16 217:13
221:6
**knows** 113:17
202:20
**kryptonite** 61:21
**kyle** 225:6,7,9,11
225:11,12

**l**

**l** 3:10 171:7
**lab** 94:7 142:17,24
164:23,25
**label** 139:9
**labeled** 217:19,23
**labeling** 139:6,7
146:4
**labelled** 34:11
**laboratories** 185:4
**laboratory** 157:13
157:18 158:19
159:16 162:4
163:9,23 196:12
**labs** 142:23 185:8
**lack** 223:1
**lactation** 60:23,25
61:2
**lapse** 169:24
**large** 61:25 66:10
79:4 98:20 117:15
123:10 182:8
200:22

**largely** 202:25
**larger** 109:7
**late** 195:18
**latent** 87:5 88:5
**law** 2:7 206:12
**lawsuit** 216:2
**ldl** 67:19 106:11
117:14,18 176:17
178:18
**lead** 105:20,24
110:3 122:2,2,5,8
125:18 136:24
140:10 142:5
143:24 156:3
198:6,9,11,16
199:1,14,16 200:3
200:8,14,15,19,22
200:25 201:1,2,9
201:10,11,14,22
202:1,16 203:4,11
203:11 204:16,17
205:3 208:7,8,12
208:13,17,19,24
209:1
**leads** 28:2 146:18
151:15
**leap** 44:5
**learned** 202:17
**leave** 61:1,3 87:1
125:3,4 183:3
206:10
**leaves** 60:24
**leaving** 120:22
126:18
**led** 94:19 119:22
202:1,11 206:4
**leeway** 73:9
**left** 211:13
**legal** 44:24 63:2
122:25 204:9
206:10 207:4

225:16
**legitimate** 116:22
**length** 56:3
**leslie** 1:5 52:8
195:11,14
**level** 21:10,15
44:11,13 54:14
63:3 64:3 75:18
82:2 95:24 96:4
104:3 105:13,17
105:23 106:1
117:3,12 123:10
160:4 178:18
182:10 189:12
199:4 200:25
**levels** 6:10 44:19
54:1,7,9,19 55:15
55:22 56:7,14
58:25 60:2 62:19
65:8 66:11 80:10
81:12,18,21 96:13
96:18,25 97:19
98:13 113:17
115:4 117:3,17,17
161:12,22 165:12
168:14,17,24
169:8 172:13,16
173:1,6 175:10,19
175:25 177:1,4,13
179:2,6 181:1,5,10
187:12 189:2,10
193:12,17,22
198:9,11,16
199:12 201:1,9,10
201:11,16 202:24
203:11 207:9,21
208:3 209:1
**library** 86:8
225:11
**life** 30:13 95:18
110:4 161:11

194:18 206:11
**lifetime** 30:9
140:15
**lights** 162:23
**likelihood** 27:17
**likewise** 111:3
**limit** 29:13
**limitations** 23:23
25:15 82:20 83:5
**limiting** 192:24
**linda** 5:12 46:6,12
195:6,21
**line** 15:11,13
22:11 32:14,23,23
71:7 75:11,16
101:23 176:24
228:8
**linear** 28:1,1,9
**lines** 43:21
**link** 110:23 159:7
222:8,13,17,22
223:1,4,5,7 224:7
224:17 225:24
**linkage** 72:5
**linked** 52:22 76:8
76:9 107:25
108:13 109:8
110:6 159:1,5
**links** 64:12,17
225:18
**lipid** 67:18 78:20
105:12 177:13
189:17
**lipids** 70:10 77:9
98:20 106:6,8,11
**list** 31:12 48:15
55:1,8 60:6 67:11
67:12 69:6,9,15,23
70:14,15,18 72:1
111:25 112:3,6
157:9,13,18

158:20 159:16
162:4,20 163:9,23
164:15 166:4
183:15
**listed** 45:13 84:2
165:8 196:13
197:3 228:7
**listen** 133:8,19
**listening** 35:3
**liter** 54:15,22 55:1
55:3,9,10 79:8
95:25 101:24
102:1 103:25
104:15,20 105:2
105:14 106:2
117:4
**literature** 11:13
11:20 12:6 54:6
63:20 69:15,19
70:11,17 76:5,13
76:17 77:5,7,10,15
77:25 78:2,8,9,14
78:15,17,24 80:22
82:13,14,15 84:10
85:23 86:6,6
108:14 110:7
119:21 128:17
136:18 152:22
167:7,9 169:5
171:3 184:6 185:6
199:20 214:8
223:25 224:6
226:9,24
**literature's** 180:22
**litigation** 218:21
**little** 61:6 62:6
70:12 72:14 74:18
99:11 120:16
133:6 155:20
164:12 166:21
167:10 183:9

194:19
**live** 58:16 93:6
133:17 208:18
**lived** 46:22 57:5
57:14
**liver** 34:15 67:22
70:9 75:8,20
93:21 94:6,11,22
94:25 166:20,22
166:23 167:5,12
167:14,15,18,25
168:10 169:4
170:1,3,6,9,11,12
170:18 171:12,15
173:13 180:5,7,9
180:13,19,24
184:10
**lives** 121:3 204:21
**living** 47:1 51:9
66:12 99:8 147:21
**llp** 2:8 3:12
**located** 8:18
**log** 28:1
**logical** 192:6
**long** 57:5 62:14
72:23 79:23 87:3
88:3,13 89:25
110:4 152:19
180:10
**longer** 94:17
147:12,19,20
152:3,16 159:10
194:14 196:14
220:14
**look** 10:9 26:6,7
48:7 66:4 68:7,9
71:3 73:15 77:7
77:18 79:1,10
86:12 89:6,7,11
93:1 98:20,23
99:5,23 139:19

162:16 170:14
172:21 173:13
178:15 181:20,21
183:12 184:4
186:24 198:24
201:22 207:23
214:12 217:2
223:2
**looked** 61:25 78:8
129:25
**looking** 24:8 87:19
100:2 120:23,24
163:1 170:21
171:23 184:5
**looks** 19:4 75:12
80:1 85:4 87:11
94:15 98:22 128:4
152:16 159:2
**losing** 50:7
**loss** 69:18 120:13
**lot** 12:13 14:25
74:19 83:22
100:11 114:15
149:3 170:5 206:9
217:10 219:18
222:2
**lots** 32:8 172:20
221:3,3
**love** 175:1
**low** 54:25 130:3
162:14 192:17
198:11,16 203:1,1
**lower** 29:13 69:12
69:13,14 79:2
80:24 81:1 98:22
98:23,24 104:18
119:19 142:15
157:20 160:2
167:17,20 179:18
193:9

lowering 105:12
lowest 29:17 80:23
lucky 58:15
lung 16:9,10,13,15
16:17 30:5,9,14,16
63:21 72:10,13
73:11,22 74:2,6,7
74:16,25 75:18
154:6

**m**

m.d. 1:19 2:3 4:4
8:14 9:17 228:2
228:21
madison 3:13
mailed 210:19
211:2,24 212:3
major 166:13,15
majority 116:18
122:12 186:13
191:24 223:4
making 20:13
109:10 115:9,14
115:15 121:2
150:20
males 75:22
mammography
152:9,20 163:1
management
111:6 113:8,13
mandate 144:12
manual 5:24
145:15,24
manufacturing
66:13
manuscripts
223:23,24
march 53:6
mark 21:21 22:2
marked 33:25
40:5 41:5,18 42:9
43:13,16 46:7,11

50:18,21 65:2
101:15 106:23
145:24 150:9
178:11 187:25
203:25 207:10
209:13 210:13
215:15
markedly 63:15
157:21
marker 75:14
93:10,16 94:20
176:12 179:21
183:23,24 184:1
markers 70:9
75:15,16,16 76:21
93:17 167:2 168:4
181:16,17 184:9
184:12,13
marking 40:20
mass 59:10 206:5
materials 41:13
42:16
math 100:11
143:17 211:13
mathematically
135:2
matter 8:15 22:12
29:4 38:6 39:12
39:17 40:9 41:23
42:15,20 44:22
45:3,9,24 49:25
56:1 60:22 86:18
88:15 92:3,5
110:9 168:24
169:8 172:25
173:5 175:18,25
179:1,6 181:5,10
189:2,10 193:16
193:21
matters 198:3

maximum 158:14
mean 13:4,6,12,15
15:3 16:7 19:5
26:23 30:12,24
31:16 36:13,15
44:2,17,25 49:15
58:6 64:8 71:13
73:15 75:24 77:12
78:8 79:15 86:20
92:1 95:24 96:3,6
97:3 98:22 101:23
102:12,13,13,24
103:2,6,9,12,15,18
104:18,25 106:9
108:12,13,16
109:4,15 115:6
120:23 121:19
127:22 128:13
136:22 138:19
139:23 140:11
149:22 151:1,2,10
151:11,12 152:2,4
152:7 154:25
156:6 157:25
158:4,11 174:17
185:12,13,13
194:12,17 202:15
202:23 204:19,20
208:4,6,10 214:12
219:13 223:2
225:13
meaning 27:24
192:18
means 27:8 31:15
94:9 99:6 111:18
138:6,14,21
147:21 159:5
162:13 184:25
208:15
meant 97:19,23
121:13 211:19

measurable 115:4
measure 25:2 89:7
100:8 127:17
188:12
measured 54:20
measurement
188:8
mechanism 67:22
70:7 75:13 85:6
med 127:24
media 8:13 114:8
median 102:15
medical 13:20
16:17 37:14 44:4
59:15 70:17 75:21
76:5,13,17 77:5
81:20 86:23 89:23
90:6 91:3 98:3,3
98:11 103:23
104:2,12 109:10
114:19 115:9,13
115:15 120:4,5,10
120:17,17 121:2,2
121:15 122:7,17
122:19,22 123:2
123:18 124:7
125:5,9 128:6,15
129:1 131:17,19
132:12 133:12,15
135:3 138:21
141:18,19,22
145:2,6 157:12,17
162:3 163:8,22
188:23 193:22
196:14,18 198:5
201:19 205:15
206:21,23 207:2
210:6,10,20 211:6
212:11,25 214:23
214:24 215:2,3,4
216:5,12 217:12

217:13 218:8,21
223:23,25 227:5
**medically** 121:3
**medication** 77:9
**medications**
105:12 185:24
192:18
**medicine** 11:14,21
86:8 142:10
144:15 225:12
**medicines** 116:20
**meet** 151:8
**meetings** 148:15
148:17 149:3,10
**melanoma** 154:6
**member** 89:12
144:21 145:4
**members** 39:25
114:18 210:20
211:25 212:3,12
223:21
**memory** 54:2
64:16 67:3,16
76:24 97:5 169:23
169:24 170:4
185:20
**men** 178:19,19
188:12
**menopausal** 194:4
**menstruating**
194:14
**menstruation**
60:23,24 61:1
194:21
**mention** 164:18
**mentioned** 25:16
60:5,14,19,19
69:11,20,22 100:2
101:1 102:6 122:8
126:8,12 129:3
161:4 183:8

191:15
**merely** 31:7 117:3
223:14
**merits** 5:9 41:17
41:22 42:1,4,13,15
43:1,2,5,15,16
45:23 165:21
166:7 179:10
182:1 183:5
184:10 189:19
196:13,19 219:2
222:6 226:1
**mesothelioma**
63:22 72:19,25
73:7,11,12,14,19
73:23
**mesotheliomas**
73:1,16
**mess** 149:7
**metabolic** 33:1
**metabolism** 33:3
67:18,20 88:22
**metal** 199:17
**metals** 199:14
**method** 11:2,4
12:25 85:19 86:3
**methodological**
82:20 83:5
**methodology**
12:16,23 81:16
**methods** 10:21
81:10 209:9
**metric** 103:2
**micro** 79:8
**micrograms** 54:15
54:22 55:1,3,8,10
95:25 101:24
102:1 103:25
104:15,20 105:2
105:14 106:2
117:4

**microliters** 97:20
98:13 99:3,10,19
**microphones** 8:6
8:10
**mid** 194:22 195:19
200:17
**middle** 91:23
195:12 214:13,14
**mildly** 111:4,15
**mile** 202:15
**military** 216:12
**millions** 103:25
104:1
**mind** 116:24
117:25 127:15
130:2 134:5,5
154:19 166:10
200:13 207:1
**minds** 75:25
**minimize** 98:6
**minority** 185:22
202:25
**minute** 140:24
**mirror** 183:13
**misdiagnosis**
154:24,25
**misleading** 47:22
48:2 49:4,7,18,20
49:21 91:24
**missed** 73:18
126:15 205:3
**misses** 141:22
**missing** 148:21
**misspoke** 121:9,13
**mistake** 183:13
**mitigated** 176:14
**mixed** 220:17
**mode** 34:18
**model** 100:1,5
106:9 215:9

**models** 31:21,25
32:8 67:24 99:25
**mom** 159:22
**moment** 27:5
78:21 80:7 87:25
102:14 117:2
118:6 132:14
170:5
**monetary** 212:11
**money** 213:23
214:3
**monitoring** 67:10
68:8 70:17 75:22
98:3,12 103:23
104:2,12 120:4,11
120:13,17 121:2
121:15 122:7,17
122:20 123:18
124:8 125:6,9
128:6,9,16 129:1
131:17,20 138:21
146:24,24 157:12
157:17 162:3
163:8,22 164:23
174:19 188:23
196:14,18 197:2
198:5 205:16
206:21,23 207:2
210:7,10,20 211:7
212:11 213:1
214:23 215:4
216:5 218:21
227:6
**monotonic** 27:22
27:24
**month** 88:23
**morbidity** 142:3
143:25 164:10
**morgantown** 2:8
8:19

**morning** 8:4
167:10 186:19
**mortality** 126:22
126:23 142:4
144:1 163:19
164:10
**mouth** 201:2
**move** 31:19 53:8
170:20 174:14,24
174:24 180:6
203:19,19
**moving** 117:13
175:3 197:22
203:18
**multi** 129:18,20
130:21
**multiple** 67:24
105:7 224:21
**municipal** 38:17
52:3 92:20
**myriad** 201:25

**n**

**n** 3:1 4:1 8:1
**name** 8:20 9:25
**named** 45:8,15,22
55:14
**names** 52:22,23
54:2 184:3
**nanograms** 79:8
**narrow** 20:21,25
70:16 86:10
**nation** 140:18
**national** 86:8
101:11 144:14
225:11
**natural** 125:7,21
130:23
**nature** 74:12
130:12
**nay** 76:24

**nc** 3:7
**near** 57:14 66:13
74:22 202:10
**nearly** 55:2 74:20
**neat** 106:7
**necessarily** 19:5
23:20,21 30:23
62:17 93:24
113:21 117:4
136:24 140:14
147:17,19 148:22
172:7 174:3 177:7
182:14
**necessary** 98:4,11
103:23
**necessity** 104:2
**need** 44:25 66:1
67:5 69:16 77:9
82:15 97:12 99:8
99:20 105:11
118:6 119:19
121:6 122:9
135:24 139:20
140:21,21 148:23
163:4 164:5,13
168:21 170:14
185:24 204:25
213:6
**needed** 11:14,21
32:4 83:11 174:3
202:7
**needle** 165:2
**needn't** 71:25
**needs** 62:7 167:17
**negative** 91:8,10
91:12 92:13,16
111:22 132:18
134:24 135:10
136:6,7,7 138:14
140:1 141:14,17
151:17,21 156:10

190:14
**negatives** 129:8
**neglected** 176:2
**negotiated** 206:19
**neighborhood**
204:21,25 213:16
**neighborhoods**
208:9
**neighbors** 123:15
202:9
**neither** 120:18
229:12
**nelson** 225:10
**neoplastic** 138:2,3
138:3
**nervous** 201:4,10
**neutral** 26:13
148:14 149:10
**never** 22:5,14
75:19 137:22,25
147:9 195:1 205:9
205:11 208:19
227:2
**new** 3:15 25:22,23
25:23 26:10,11
27:1,2 81:1 207:5
208:18
**news** 114:8
**newspapers** 114:9
**nhanes** 96:5 97:1
98:13 100:13,17
101:10 108:5
**nice** 99:25 176:12
220:7 226:12
**niehs** 28:5
**nine** 96:11 98:1
157:4
**nitrogen** 173:9
**nobody's** 154:10
**non** 165:10 166:25
167:15 183:22

184:9 198:13
**nondetect** 47:10
**normal** 94:5,6,9
142:11,13 143:3,4
143:11,13 185:5
185:25 186:2,25
**normally** 175:12
**normals** 185:7
**north** 50:1 51:5,9
52:8,16 53:23
**notable** 170:21
213:10
**notary** 2:6 228:25
229:4
**note** 8:6
**noted** 110:23
**notice** 210:18
211:1,23 212:3
215:21
**noticed** 26:19
**notion** 148:2 219:9
**notorious** 174:22
**number** 5:4 6:4
18:14 51:3 56:15
66:10,25 71:24
73:21,22,24 79:11
81:7 94:8,8
100:20 101:25
102:8 144:17
149:22 191:11
200:14 211:16
216:10 222:25
224:1
**numbered** 216:25
**numbers** 19:23
81:8 172:8
**numerical** 197:10
**numerically** 197:7
**nut** 12:12
**nutrition** 58:10,13

nutritional   203:14
ny   3:15

**o**

o   8:1
oath   15:5
obesity   69:18
   94:16
object   11:16 12:18
   13:8 20:5 31:9
   36:11 55:18 81:24
   82:25 85:22 87:8
   88:8 90:9,10
   102:5 104:8,8
   110:13 124:14
   127:21 144:3
   154:23 198:19,19
   201:7 213:4
objection   7:1
   11:23 38:10 47:22
   49:4 122:15
   224:21,23
objections   47:8
   51:15
obligation   149:23
   149:25
obliterans   26:13
observed   34:15,19
obtained   109:9
obvious   154:20
occasionally   127:7
occupation   59:22
occupational
   59:19 199:16
   203:5
occurred   25:12
   147:12,14 152:14
odds   122:24
offering   62:19,23
office   53:2,7,8,9
   64:18 65:16 94:5
   160:25 166:12

174:1 217:11
offices   2:7 133:11
official   107:15
offs   190:7
oh   73:13 161:21
   192:5 225:7
ohm   2:5 8:22
   229:4,22
okay   15:8 16:12
   17:20 21:13 26:17
   27:6 32:11,13
   35:14,17,19 37:20
   41:2 43:18,18
   48:6 50:12,14
   58:15 59:2 60:4
   67:7,15 68:20
   70:3 71:23 76:11
   78:1,12 80:6,16,21
   80:24 84:22 87:13
   88:2,15,24 90:23
   91:4,9 92:15
   93:15 94:5,18
   97:12,16,25 99:14
   99:16 101:4
   102:16 104:24
   107:6,19,21
   109:22 110:23
   111:1,13 112:12
   112:17 113:1,5,7
   113:15 114:23
   115:20 116:3,5,10
   117:1 118:1
   119:13,15 120:14
   121:11,22 123:4
   124:5,6,19 126:3
   127:2,3,12 128:2
   129:5,15,19
   130:13 131:15
   132:1,8,19,23,24
   133:2,4,9 134:14
   134:18,22,23

136:16,22 137:16
138:4 144:24
145:8 149:14
151:10 155:14,19
158:1 159:1
160:21 161:5
162:1 164:16,17
164:20 165:23
171:22 173:17
174:19 175:2,5
176:16 182:23
185:12,13,19
186:16 187:10
189:8,14 190:5,10
190:13,16,22
191:1,8,14,18,20
192:5,10,16,21,25
193:3 194:11
198:23 199:21,25
202:18 209:7
216:24 217:4,9
219:24 220:20
221:7,20 223:13
225:2,8,23 226:3
226:15,21
old   53:9 61:18
   158:11 201:15
older   61:16 123:25
   177:6 178:19,21
   203:2
once   87:17 95:16
   126:24 175:3
   177:5 181:25
   188:24 202:2
ones   58:15 67:8,9
   67:9 85:9,10
   86:12,14 116:19
   133:9 142:20
   155:3 156:7 167:3
   183:8 205:23

ongoing   203:3
open   206:16
opening   42:1
operators   86:9
opinion   11:8,14,21
   13:1,3 59:25
   62:19,23 87:3
   88:3,3 93:20
   94:21 96:23
   186:13 212:16
   213:2 219:2
   223:19 226:13,14
opinions   41:10,13
   42:14,17 84:4
   85:19 86:3 133:19
   222:14 223:8
   224:19
opposed   38:17
   129:11 131:6
   161:12
opposite   31:2 80:1
   131:12,13 193:1
opt   122:1,2,3,6
options   203:10
order   19:19 42:20
   43:10 98:6 99:17
   148:4 164:15
   167:2 168:20
   175:12 187:15
   213:23
ordering   143:2,11
   143:21 164:25
origin   151:18
osteoarthritis
   62:12 70:11
outcome   8:24
   18:16 29:17 80:22
   81:3,7 125:8,12,13
   129:9 130:22
   156:15 157:19,22
   162:5,6 163:10,11

163:14,15,18,20
163:20,21,24,25
164:22 201:11
220:4
**outcomes** 25:14
28:2 66:25 67:1
67:11,12 68:3
98:7 111:21 116:8
196:17,25 208:20
220:2,5
**outside** 141:19
142:15 186:23
**outweigh** 129:2
209:2
**overall** 126:21
**overdiagnosed**
156:3
**overdiagnoses**
136:20
**overwhelmingly**
70:8
**owned** 50:2 52:8
52:16 53:23
**oxygen** 29:10

**p**

**p** 3:1,1 8:1
**p.m.** 156:20 157:2
177:23 178:5
196:3,10 227:10
227:17,24
**pack** 16:14
**packets** 210:19
211:1,24 212:4
**page** 5:1,3 6:1,3
7:1,3 15:11,13
22:11 32:14,23
34:7,10,13 43:21
46:19 48:17 51:3
54:4,12,18 64:12
64:13 65:6,19,23
66:7 71:8 95:23

96:11 98:1 101:19
101:20 102:17
107:8,17 110:24
111:2 113:3
114:24,25 128:2,5
128:6 145:16,17
147:24,25 150:14
157:4 178:15
187:22 198:4
204:4,6 205:15
207:7,14,16
214:13,14,22
215:11,21 216:16
216:21,23 217:5
217:17,18,18
222:6,6 225:25
228:8
**pages** 47:7 51:14
82:22 83:7,16
84:2,16 85:16
157:9,13,18
158:20 162:4,20
163:9,23 164:15
178:16 196:19
206:13
**paid** 213:23
**pains** 48:19
**paint** 201:15,23
203:13 208:7,8,17
208:19
**paints** 200:8
**panel** 68:4 144:13
210:1 214:4 222:8
222:14,25 223:21
**panels** 177:14
**panoply** 201:25
**pans** 169:6
**paper** 168:5 209:8
209:13 210:2
214:12,13 215:19

**papers** 12:4 71:6
78:25 224:5
**paragraph** 54:4
65:6,18 96:11
98:1 145:18 146:8
157:5 215:11
216:7,18,23
**parallel** 127:23
**paraphrasing**
91:16
**pardon** 184:20
**parents** 122:3
**park** 3:5
**parlance** 13:15
**parnet** 26:20
**parse** 91:7 92:14
**part** 11:2 12:8,8,9
12:11 33:7,20
38:21 72:2 84:11
90:13,22 91:6,6
132:20,21 133:22
134:12 145:1
159:15 168:17,25
169:9 172:16
173:1,6 175:14,21
176:1 177:4 179:2
179:7 181:6,10
189:3,11 193:17
193:22 194:2
203:17 213:10
214:10 217:20
218:20 219:2
222:17
**partially** 209:22
**participant** 132:10
198:1
**participants**
209:10,19 214:19
**participate** 214:15
**participated**
214:20

**particular** 14:13
22:6,8,14,17 62:21
77:6 82:20 83:5
84:1 159:19
166:23 170:10
219:1,11
**particularly** 14:3
14:6,19 188:11
**parties** 4:3 8:12
216:7 229:13,16
**partly** 126:7,9
**parts** 15:24 47:11
52:10,18 53:25
108:9,10
**party** 8:23
**passage** 219:14
220:24
**passaretti** 3:11 9:5
9:6
**passes** 158:5
**passing** 61:3
**pathologic** 20:3
**pathology** 93:11
93:13
**pathway** 191:13
**patient** 109:14
111:7 113:9 115:6
125:14 135:18
138:7,12,12,15,24
139:2,3,16,16,22
140:4,8,15 141:21
147:8 150:20
155:10,11,20,21
157:23 162:7,11
163:12,16 164:1
174:1 175:15
186:2 187:5
197:25 198:1,2
**patient's** 171:15
**patients** 109:9
111:3,6,15 113:8

116:25 121:11,14
135:4,23 137:2
139:7,13,13,24
150:17,25 166:11
171:2 179:13
185:24 186:7
192:8
**patterns** 39:23,25
**pause** 178:1
**pay** 186:6,23
**peer** 76:4,12,16
77:4 223:23 224:6
224:8 226:8 227:2
**penalties** 48:19
**pendulum** 148:18
**pennsylvania** 2:7
229:1,5
**people** 20:23 21:2
22:19 24:6 26:14
27:23 28:3,6
30:13 37:21,25
38:1,2,24 39:3,4,8
39:8,10 44:7,8
49:9 50:5 62:10
62:25 72:24 73:8
73:19 75:20 77:8
79:12,20 85:6
87:19 88:19,20
89:8 91:19 94:18
97:3 99:12 100:11
104:10 105:11
108:19,20,24
117:16,18 119:21
120:6,12,18
121:18,21 122:2,4
122:6,12 123:6,11
126:8 127:17
129:7,8 131:2,3,3
140:20 146:22,25
148:13,15,18,21
149:2 153:4

154:11 158:6
161:6 164:3
165:13 166:25
167:15 168:6,8
172:7 182:23
191:2,3,23 194:14
194:17,17 195:17
199:22 200:6
202:12 205:24
206:1 207:3
210:23,24 212:23
213:11 217:24
221:10
**people's** 116:19
161:7
**percent** 21:8,15,16
73:16 94:14,15
108:4 109:1 115:3
142:12,15,15
143:3,5,12,13
167:11 168:9
186:20,21 191:25
193:7,9,10 201:21
201:24 211:10,15
211:19 212:2,8,13
212:24 213:16
214:7
**percentages** 39:18
**percentile** 94:10
142:20,21
**percents** 143:17
**perception** 140:7
**perceptions** 140:8
**perfect** 167:8
186:4
**perfectly** 49:22
62:6
**perfluoroalkyl**
59:22 60:12 84:23
85:3 98:21 99:6
160:1 165:11

176:6 191:17
**perfluoroalkyls**
33:24 34:4,18
66:6,11
**perfluoroalkysis**
5:6
**performance** 1:12
8:16
**perfuoroalkyl**
159:8
**period** 87:12,13
93:8 102:23 126:4
147:12,21 194:18
**periodic** 168:18,25
169:9 172:17
173:1,7 176:1
177:5 179:2,7
188:13 189:3,11
193:17
**periodically**
100:13
**periods** 79:21
**peripheral** 166:14
**perjury** 48:19
**permissible** 81:12
81:18
**permitted** 175:23
**peroxisome** 34:21
**person** 14:13,15
14:17 16:9,13,14
22:6,8,14,17 75:9
75:9 87:3 88:4
120:15 122:1
129:12 131:6
143:11 190:15
**person's** 16:10,15
16:17 127:19
**personal** 63:3 94:8
**personally** 68:5
99:5 123:14 203:8

**persons** 1:8
141:14 146:13
**perspective** 100:1
206:9
**pertain** 19:2
**pertains** 74:20
**pertinent** 161:16
161:17
**pfas** 106:18
107:23,25 108:2
108:13,17,19,21
108:24,25 109:6,7
109:9,14,24 111:4
111:6 113:8,17
115:5,7,13,14
176:13
**pfass** 108:22
**pfhxs** 116:12
219:18
**pfna** 116:12
219:18
**pfoa** 5:18 34:20
43:23 44:7,9,18,18
47:10,11,13,20
48:10 49:2 51:17
51:23 52:4,10,18
53:25 54:7,8,14,19
55:15,22 56:3,6,11
57:21 58:12,22
59:1,5 60:2,18,24
61:14 62:14,20
65:8 71:9,14 74:2
74:8,16,25 75:3
76:6,14,18 77:6,8
78:3,18 83:18
87:4,16 88:4,18
89:2,10,15,22 90:5
91:2 92:19,22,22
92:24 96:13,18,25
97:19,20 98:5,13
99:3,19 100:24

101:9,15,21
102:18 104:15,20
105:2,14 106:2
107:13 114:6
115:4 116:7,12
117:3,4 119:1,6
128:8 132:16
161:11,15,17,22
161:24 179:17
181:23 218:5
219:17 222:9,10
**pfos** 34:20 58:13
60:18 61:14,21
115:4 116:12
219:18
**phased** 200:15
**phenomena** 18:20
**philosophical**
142:1
**phones** 8:9
**phosphatase**
165:24
**phrase** 42:22 43:2
43:12,16 63:6
86:21 151:20
223:2
**phrasing** 155:8
**physical** 111:8
113:10 127:14
159:6 168:18,25
169:9 172:17
173:1,7 176:1
177:5 179:2,7
189:3,11 193:17
**physician** 10:16
127:13,18 139:17
145:13 181:7,11
193:23 199:9
211:24 212:2
**physicians** 10:8,12
95:7

**physiologic** 74:19
**physiologically**
29:18 219:20
**physiology** 57:1
87:11 167:12
**pica** 203:3
**pick** 8:7 87:14
117:17
**picked** 71:24
**picking** 12:14,21
12:24
**piece** 35:7,9,23
90:15,18 91:22
222:17
**piles** 21:2
**place** 8:9,12 20:12
68:15 93:7 108:20
108:20 146:14
202:10 208:18
**placed** 148:19
**places** 28:6 108:19
108:23 122:7
201:25 204:23
**plaintiff** 39:13,18
45:10 46:1 50:2
121:1,12
**plaintiff's** 83:15
215:14
**plaintiffs** 1:10 3:8
9:9 37:9,12,15
39:14,20 45:8,15
45:22 49:25 52:7
52:15 53:22 54:20
55:1,8,14 121:7
168:24 169:8
172:25 173:5
175:18,24 179:1,5
181:5,9 189:2,9
193:16,21
**plasticizer** 202:16

**plastics** 1:12 8:16
**plausibility** 19:25
27:12
**plausible** 27:8
**play** 158:15
**please** 8:6,8 9:11
9:14,25 15:24
22:3 28:16 32:14
34:7 42:21 43:11
46:19 47:6 51:2
51:13 66:6 67:14
68:14 101:19
102:17 107:8,17
113:5 114:24
119:15 124:18
145:16 147:24
150:13 187:21
196:1 204:4
216:16 217:17
**plenty** 113:23
114:17 204:23
**plus** 162:16
**point** 14:23,24
17:1,17,21 20:13
21:3 22:25 24:22
26:24 34:8 35:15
49:23 70:12 73:3
74:9 77:1 82:6
83:22 89:8 93:6
96:17,24 97:11,13
98:17 112:18
114:14 116:23
125:18 143:16,19
188:23 213:11
219:4 226:22
**pointed** 24:3 79:14
175:13 186:21
213:21 225:19
**pointing** 58:3
**points** 34:14 82:8
83:19 84:2 127:1

145:8 150:15
157:8 219:2,3
223:3,8
**poisoning** 198:6
201:14,22 202:1
208:12,13
**poor** 131:24,25
**popcorn** 26:14
**population** 14:15
16:20 17:21,25
24:6 25:11,13
26:6 43:23 44:3
47:19 48:1 49:1
49:12,14 51:22
52:5 61:25 62:1
63:6,11,13,18,20
64:3,10 65:8
66:14 70:20 72:2
72:3 79:4 83:24
85:13 94:2,19
95:25 98:4,20
99:15,18 106:8
108:4 109:2 115:3
120:20 121:8,15
122:11,23 123:6
123:10,11,13,19
123:23,25 124:8,9
124:12,23 125:6
126:20 129:7,10
130:6 131:8,18
135:13,16 137:2
142:13 149:22
150:3 151:6 153:6
153:13 154:1
167:11 168:12
171:24 172:22
180:15,21 181:18
197:19 198:1,2
208:19 209:25
212:22 218:11,24

populations 63:14 68:8 83:18 85:3 93:25 119:1,6 122:16,17 150:4 151:4,5
pose 30:9
poses 80:13
positive 131:8 135:11,17,18,18 135:20,24 138:6 138:22 139:12 141:10 142:4,5,5 143:23 151:14,16 151:21,24 152:8 152:15,19,21,22 156:10 165:5,24 166:18 169:14 171:19 173:10 174:5,7 175:7 176:18 180:3 181:13 182:4 184:23 185:1,3 189:15,21 193:4
positives 129:8 149:23,25 152:12 153:8,14,16,18
possibility 69:17 208:16
possible 31:7,13 37:16 66:10 98:6 109:23 110:1 115:15 135:21 137:18 142:9 143:25 157:16 160:24
possibly 25:16 202:6
post 194:4
potential 197:1 208:24 210:19 212:3

potentially 123:6 141:12 144:5 212:23
pottery 203:4
pound 200:4,4
power 20:1
powerful 84:24
ppar 34:22,23 35:19,20,21 36:2,3
practical 88:11,15
practices 39:23,25
practitioners 134:3
pre 21:10 126:10
preamble 213:5
precede 31:3
preceded 24:24
preceding 147:25
precepts 149:17
precipitating 81:8
precisely 64:8
precision 10:18
predict 116:7 140:8 198:25
predictive 81:13 81:19 82:2 130:5 130:15,20 131:6 133:17 134:15 135:6,8,9 167:24 171:11,13 172:4 175:5 180:18 187:1 190:2,18,20 192:1 193:6,7 197:9,13,18 198:3
preface 150:14
prefer 62:22 63:15 64:4,5,9 99:24 120:2 172:9
preference 64:6 67:9

pregnancy 60:23 60:25 61:2 62:13 67:21 70:13 159:23 161:1,6 164:21 194:1,4 221:23 222:1,4
pregnant 6:11 193:25 207:10,21
preliminary 65:25
prenatal 194:2
prepared 62:6 107:3 218:17
prescribed 118:21
presence 13:20 26:3 108:2,25 109:3 115:4 132:15,17 146:5
present 8:25 17:13 35:22 72:7 83:12 108:3 109:1 136:8 167:3
pressure 164:23
pretend 206:8
pretty 60:11,16 61:17 62:18 75:17 76:20 86:1 89:25 95:17 108:14,20 117:15 139:14 154:2 167:7 168:10 170:2,4,22 171:2,25 172:11 174:11 186:5 192:19 195:2,18 195:19
prevalence 23:4 23:12,17 124:11 124:23 156:11 197:20
prevent 42:20 43:10 142:3 148:4

preventable 208:12
preventative 144:8 145:10 178:8
preventing 146:14
prevention 33:21 144:14 164:7
preventive 5:22 6:5,8 123:8 144:11 145:9,11 145:15,23 146:12 146:16 148:11 149:17 150:7,24 151:3,7 178:10 188:18 203:22,25
prevents 127:6
previous 72:6
primarily 39:3,5 166:20 224:17
primary 34:15 35:17 133:3 201:15 218:15
principal 70:23
principle 10:7,17 129:1
printed 222:3
prior 22:1 102:24 147:11 148:9
priority 146:15 178:17
private 8:7 38:12 38:17 47:9 50:3 52:9,16 53:24
probability 30:18
probable 222:8,13 222:17,22 223:1,4 223:5,7 224:6,17 225:18,24
probably 36:13 38:21 39:7 61:14

68:6 77:21 83:21
91:25 98:24
116:14 127:10
137:7 143:20
173:18 182:23,24
185:6 195:2
200:14 208:14
213:14 215:19
225:21
**problem** 73:4
129:15 131:2,16
135:14 139:23,24
141:21,24 154:4
154:10,12,13
156:7 164:2 171:6
171:25 174:14,25
175:4 180:24
186:10 213:10
**problems** 24:9
95:21 148:4 172:9
217:12
**procedure** 2:4
5:23 12:7 145:15
145:23
**proceeding** 9:18
229:10
**process** 125:22
126:13 128:15
129:18,20 133:1
133:13 151:23
**processes** 76:2
**processing** 107:2
**product** 36:8,21
132:11
**products** 88:17
**professional** 49:10
**profiles** 98:20
**profound** 34:17
**program** 98:4,12
103:23 104:12
121:19,22,23,25

124:8 125:6 128:7
131:17 133:5
140:6 196:14
206:21,24 210:7
210:10,21 213:1
214:24 215:4
216:5 218:21
**project** 206:14,16
206:20 209:9,18
215:7,23 217:7,20
218:20
**proliferatory**
34:21
**prominent** 136:18
136:18
**promise** 132:12
**proof** 148:9
**proper** 20:6
**property** 50:1
52:7,15 53:23
**proportion** 92:2
**proportional**
89:20 90:3,25
91:15,17,21
**proposal** 68:9
134:11
**proposed** 39:23
89:13 131:19
214:23 215:4,6
220:14 227:5
**proposing** 70:19
196:15,18,23
197:14
**proposition** 27:16
127:14 146:3,11
147:7,15 148:8
150:16,23 151:7
**propositions** 84:15
**prostate** 62:11
68:4,6 75:22
136:18,19 137:4

153:23,25 154:2
**protecting** 164:6
**protective** 81:13
**protein** 179:9,19
**prove** 13:2
**proved** 127:1
**provide** 52:20
81:18
**provided** 132:9
147:22 168:14
172:13 175:11
177:2 181:1
182:10 187:12
193:12 206:15
209:19 220:1
**providing** 82:17
214:16
**prudent** 95:14
**pstf** 150:7
**psycho** 152:19
**psychological**
146:4 159:5,6
**public** 2:6 28:5
44:4 144:20
198:10,15 199:5
200:9 228:25
229:4
**publication** 202:4
202:6
**publications**
222:21,23
**published** 54:6
61:23 69:9 72:12
73:6 78:2,9,17
83:17 97:1 222:17
223:25 224:6,9
225:3,4,4 226:5,6
226:8,14
**publishes** 100:14
100:18

**pull** 86:12 220:25
**purchased** 46:21
51:4
**purpose** 17:14
217:6 218:3,7
**purposes** 33:11
96:23 218:10
**pursuant** 2:4
**put** 49:12,16 65:14
69:23 88:2 95:6
95:16 122:17
134:4 201:9
202:14 222:5
**puts** 198:21
**putting** 185:24
**puzzling** 28:3,7
36:14 49:5,7

---

**q**

**qualifier** 128:13
**qualitative** 197:14
**qualitatively**
28:21
**quality** 72:8,17
73:25 74:14,23
148:16,17 214:17
**quantitative** 28:23
197:15
**quantity** 214:17
**quarter** 202:15
**question** 11:9,17
12:9,19 14:11,12
15:19,19,23,24
16:1,2,19,21,21,22
17:1,3,7,8,14,20
17:24 18:22 20:7
21:13 22:11,12
26:7,9 28:10,13
29:23 31:10,15,17
32:7,15,16,17
36:11,12 37:6
38:13 44:24 47:23

48:2,16 49:5,12,17
50:9,10 52:20
62:22 64:1,7
77:20 78:16 80:13
80:21 81:9 83:1
84:13 86:2,13,19
86:20 87:9 88:9
89:24 90:11,21
91:22,25 92:11
93:9,23 100:13
104:9 112:7
115:19 116:23,23
117:23 120:16
122:25 123:2,3
124:3,3,5 133:24
134:21 141:18
142:1,25 148:5
153:10 157:7
160:7,10,13
161:16,17,19,21
161:23 166:12,15
166:16 168:2
169:4,17 181:19
185:16 192:4,6,13
193:8 194:16
198:13,21 199:8
204:19 219:14,16
221:16,21 223:6
223:10 224:16
**question's** 92:13
**questioning** 42:21
43:10 110:15
**questions** 23:10
40:22 86:5 90:15
91:13 124:15
132:2 160:19
192:7 196:25
217:10 221:11
222:2 226:1
227:18,22

**quick** 133:24
**quickly** 172:1
**quinn** 3:12
**quite** 25:19 29:7
198:24
**quote** 34:14,25
47:9 51:15,17
222:8,9
**quoted** 223:14
**quoting** 222:19

**r**

**r** 3:1 8:1 171:7
**race** 185:7
**rachel** 3:11 9:6
**raise** 9:14
**raised** 202:25
226:22
**raises** 26:11
**ramirez** 144:21
145:13
**ran** 202:14
**randomly** 214:5
**range** 85:11 202:5
202:8,10
**ranges** 142:11
**ranging** 216:11
**rapid** 116:20
**rapidly** 24:8
**rare** 26:10 60:17
80:25 171:17
186:7 195:2,18,19
202:21,22
**rarely** 25:18
**rarer** 27:23 61:20
182:7
**rate** 69:13 116:20
152:8,10,11
155:21 211:10,20
212:7,9,13,24
214:7

**rates** 33:2 57:10
119:23 127:8
**ratio** 19:22 23:22
**ratios** 166:25
**reach** 85:19 86:3
**reached** 10:23
**reactions** 33:14
**reactive** 179:9,19
**read** 15:25 19:18
35:1,3,4 48:18
90:21 109:21
110:18,18 127:3
147:17,18 152:21
152:22,23 194:25
209:4,4,5 211:17
228:3
**reader** 65:23
**reading** 22:1 35:2
72:23 73:2 113:16
**real** 154:9,13
172:3
**reality** 134:24
185:5
**really** 61:16,21
70:16 79:11 88:18
116:25 122:9
130:5 134:8,16
136:17 137:13
140:12 154:13
161:10 162:9,12
162:12,12,25
163:16 170:21
174:15 180:22
182:25 183:6,12
183:12 185:21
186:10 187:5
194:7 200:7
201:24 218:14
221:1
**rear** 206:1

**reason** 75:25
118:20 132:7
139:20 151:1
165:8,14 168:22
175:13 176:9
197:11,17
**reasonable** 16:16
38:23 74:10 98:2
134:6 163:5,6
**reasonably** 186:9
186:14
**reasoning** 10:21
**reasons** 41:12
42:16 165:15
176:9
**recall** 17:16 22:10
32:16 44:12,13
45:5 46:17 55:24
61:9,11 69:21
152:25 156:12
166:3
**received** 211:3,6,9
214:15
**receives** 50:2
**receiving** 181:6,11
193:22
**receptor** 34:21
**recite** 67:14 82:6
82:12
**recognized** 86:22
154:4
**recollection** 46:14
50:24 214:6
**recommend** 30:11
70:18 77:3 160:14
161:3,5 204:13
205:5 214:23
**recommendation**
165:19 169:2
173:19,20,22
175:15 177:8

187:15 188:21
204:24 205:9,12
208:2,14
**recommendations**
150:23 172:21,22
177:10 188:19
**recommended**
107:13
**recommending**
75:21 76:3 148:10
**recommends**
178:17 188:7
**record** 8:5,12 9:2
40:15 53:13,16
68:17,21 69:3
101:6 110:21
112:2 118:9,11,14
118:18 141:1,8
156:18,20 157:2
177:18,23 178:1,5
196:1,3,10 227:10
227:17 228:5
229:9
**record's** 110:12
**recorded** 8:13
199:15 229:10
**recording** 8:11
164:24
**records** 37:14
**red** 34:11
**reduce** 118:22
126:21 137:22
**reduced** 126:23
**reduces** 127:2,6
**reevaluation**
94:19
**refer** 61:13 67:5,5
198:5
**reference** 42:4
96:12 97:18
206:14 222:7

**referenced** 82:14
225:25
**referred** 138:15
225:21
**referring** 42:23
43:12,19 61:15
183:23
**reflected** 65:15
**reflects** 134:24
**refutation** 11:1
**refute** 74:11
**regard** 38:20
**regarding** 156:15
**regardless** 151:18
214:17
**registrations**
211:2,5,9
**registry** 33:20
**regression** 143:7,9
**regular** 151:23
181:6,11
**regularly** 75:4
168:15 172:14
175:11 177:2
181:2 182:11
187:13 193:13
**regulatory** 80:7,10
81:6,7,11,17 82:2
105:18,21,22
**reiterate** 160:22
**reiterated** 222:2
**relate** 16:8 21:3
54:1
**related** 8:23 20:24
67:19 98:5 111:5
111:16 138:22
139:12 140:1,9
142:3 158:9
164:10 166:13
176:5 218:5
226:16 227:3,4,5

229:13
**relates** 137:4
169:21
**relationship** 19:6
19:20 25:3,8,14
27:15 30:21 65:10
66:11
**relationships**
18:15 65:7 70:25
**relative** 19:21
72:12 73:6,18
82:7 118:3 229:15
**relatively** 188:12
**relevant** 11:9
12:11 41:11 42:15
83:23 84:12
181:23
**reliable** 11:6 12:15
12:22 19:4 145:1
**reliably** 127:7
**rely** 225:13
**relying** 222:13,16
223:6 224:16
226:9
**remain** 219:2
**remarkable**
152:13
**remediate** 203:19
**remedies** 203:4
**remember** 15:4,18
17:7 40:13 45:6
46:2 52:21,23
60:5,15 72:23
73:2,20 96:4,20
102:8 112:8,25
152:25
**remembering**
184:2
**reminded** 111:25
**remote** 108:20,23

**remotely** 9:1
**removal** 203:13
**renal** 60:8,10
**renovation** 203:3
**repeat** 11:17 12:19
18:22 83:1 89:25
90:20 95:14,16
153:10 186:17
187:5 223:11
224:23
**repeated** 40:21
**repertoire** 203:18
**repetition** 223:11
**repetitive** 151:22
**rephrase** 117:24
198:14
**replicate** 220:4,13
**replicated** 19:24
220:3,5
**report** 5:7,9 6:12
6:13 19:18 26:1
39:11,12,17 40:4,9
41:9,18,22,25 42:2
42:3,4,13,22,24
43:1,2,12,13,15,17
43:21 44:21 45:13
45:14,23,24 54:5
54:13,19 55:15,21
64:12 67:2,5,6,16
67:17 68:15 69:6
71:8 82:6,12,22
83:7,17 84:3,16
85:17,20 86:4
95:23 96:12,16,20
97:1,8,10,14,15,17
97:23 98:2 101:11
128:2 156:11,16
156:16 157:4,9,14
157:19 158:20
160:18 162:5,20
163:10,24 164:16

165:21 166:7,8
179:10 182:1
183:5 184:10
185:4,6 189:19
196:13,20 198:4
199:20 205:15
206:13 210:9,13
214:22 215:12
222:7 224:2
225:25 226:1
**reported** 31:6
142:17,22,22,24
**reporter** 2:6 8:22
9:11,13 15:25
229:21
**reporting** 79:9
**reports** 52:21,21
52:25 53:5,6,11
54:17 76:6,13,18
77:5 96:5 114:8,9
199:23 224:17
**representative**
108:4 109:2
**representatives**
39:24
**represented** 115:3
**reproductive**
194:17
**reputable** 145:1
**requested** 225:16
**require** 172:1,2
**required** 78:4,19
122:5
**requirement** 11:6
**requires** 186:8
**requiring** 13:16
**research** 31:12
64:18 65:17 94:19
116:22 218:8,13
**researchers** 70:24
71:3

**reside** 38:12
**resided** 51:5
**residential** 200:9
203:11 208:24
**residents** 54:8,15
55:4,11 66:12
96:12 97:18,20
99:2 201:18 203:1
**residing** 55:25
**resilient** 139:14
**respectively** 54:22
**response** 17:3
19:25 27:15 28:7
28:9 46:19,20
48:8 51:2,3 78:7
84:21,22 211:10
211:20 214:7
**responses** 5:11,14
46:6,12 47:6,8,17
48:24 50:17,22
51:13,15,20 78:25
**responsible**
206:15
**responsive** 34:23
80:21 187:7
**rest** 15:2 95:18
133:16
**result** 18:20,25
34:20 64:20 105:9
125:9 138:23
140:2 141:11
143:23 148:20
151:15
**resulting** 18:17
**results** 19:19,24
33:6 66:17 95:9
100:14 101:21
102:18 109:8
116:7,8,12 141:10
141:15 142:4
143:24 151:17,24

152:9 161:13
**rethought** 167:16
**review** 69:6 76:12
212:17 223:23
224:8,12,14 227:2
**reviewed** 37:14
44:22 45:2,4,14,21
76:5,17 77:4
224:6 226:8
**rid** 61:22
**rifle** 202:8,10
**right** 9:14 20:20
21:1,6 23:2 26:20
28:14 32:12 34:8
43:7 48:12 49:21
61:9,12 62:18
68:1,1 71:5 73:5
79:18 80:22 87:23
89:24 92:6,9,10
95:5,19 96:1,9
98:9 102:12
103:21 104:23
105:8,8 107:15
114:11,16 122:10
126:9 128:3 143:8
143:18 159:13,17
160:7 162:1
169:25 171:14
172:6 179:23
188:20 192:12,23
200:4,12,14,19,21
204:9 211:16
212:5,6 213:18
214:1,11,18,21
220:23 222:25
226:7
**rigorous** 10:25
**risk** 19:21 23:5,17
23:22 30:9 37:4
44:5 62:24 63:4,5
63:7,10,13,16 64:2

64:4,9 72:12,15
73:6 80:8,10,14,15
80:17,18,19 81:11
81:17,19 83:12,12
87:5 88:5 89:1,2
89:10,13,19 90:2
90:24 92:23 94:16
106:14 117:5,7,11
117:11,20,22
118:3,22 120:1
123:20 124:10,21
130:7,7,9,11,12
151:8 153:19
162:15 163:2
176:21 178:20,21
180:21 188:22,24
191:3 200:25
202:23 204:14,20
204:20 205:7
207:25 208:5,15
209:2
**risks** 82:7 111:5
111:17 123:21
128:17,19 129:2
151:9,16,19 161:5
165:2 191:11
217:23
**risky** 142:6
**road** 2:8 8:18
46:21 193:6,8
**robin** 1:6
**rodents** 34:24
**role** 210:6 223:16
225:15,16
**roman** 150:14
**ronald** 53:23
**room** 8:25 143:20
**rounded** 101:25
**route** 57:15 59:24
81:2

**routes** 176:15
**routine** 115:7
  147:11 175:14
  187:14
**routinely** 75:4
  136:12 140:18
  168:17,25 169:9
  172:16 173:1,6
  175:19,25 177:4
  179:2,7 181:6
  189:3,10 193:17
  194:1
**rozen** 213:8
**rule** 84:25 225:18
**rules** 2:4
**run** 83:22
**running** 143:17
  159:16 183:15

**s**

**s** 2:5 3:1,3 8:1
  171:8
**safety** 81:10,16
**saint** 1:12 8:16
**salt** 29:6
**sample** 101:24
  165:1 209:19,24
  214:17,17
**samples** 108:5
  109:2 209:24
**sampling** 52:10,17
  53:24 100:14
  101:20 102:18,23
  116:7 210:4
**sat** 24:13 137:6
  182:20
**satisfied** 25:8
**saturation** 85:5
**save** 31:1 37:16
  120:2
**saw** 45:5,6 53:5
  225:24,24

**say's** 111:10
**saying** 14:15 29:3
  50:11 60:21
  111:21,22 147:17
  147:18 159:24
  180:23 182:22
  183:11 186:12
**says** 13:12 34:14
  46:1,25 48:8 65:6
  71:23 76:8,10
  115:11 147:23
  159:22 162:23
  167:7 178:21
  185:23 205:2
  207:24 208:2
  214:14 215:21
  217:10
**says's** 109:18
**school** 93:2,4
  127:24 133:15
  144:20 206:12
**schools** 204:22
**science** 11:6 32:3
  68:4 210:1 214:3
  222:8,14,25
  223:21
**sciences** 64:13
**scientific** 10:8,12
  10:16 11:2,4 12:5
  12:7,15,22 13:5,15
  13:17 18:12 32:2
  63:19 76:5,13,17
  77:5 86:23 104:14
  104:19 105:1
  106:3 223:23,25
**scientifically** 13:1
**scientist** 35:9
**scientists** 10:20
  65:24
**scope** 216:5

**scout** 184:1
**screen** 146:6 150:4
  199:12,13 204:25
  205:2,8 208:2,8,9
  208:14,17,20
  213:6 218:4
**screened** 122:12
  123:24 124:9
  127:4 188:7 194:1
**screening** 94:3,4
  107:12 120:5,17
  122:22 123:5
  125:1,12,20 126:6
  126:15,20,23
  127:1,5,9 131:24
  132:13,18 133:12
  137:23 142:2
  146:4,12,20,21
  147:14 148:3,10
  149:21 151:22,24
  152:9,20 153:3,6
  153:12,16,23
  168:11 188:10
  198:10,15 199:2,6
  205:5,10,11,12,14
  209:1 212:22
  213:14
**se** 164:20
**seafood** 108:21,22
  108:23
**seamlessly** 130:19
**search** 85:24 86:9
  105:6 120:5,19
**seat** 112:23
**second** 34:7,8,10
  34:13,14 39:12,17
  44:22,23 45:4,18
  49:24 52:6,14
  53:13,21 66:6
  95:7 96:11 109:23
  113:6 132:20,21

  132:22 133:22
  134:12 145:17
  146:8 156:16
  157:5 160:18
  207:23
**secondly** 24:4
  148:6 165:9
**section** 145:18
  147:24 187:21
**sectional** 22:20,23
  23:3,11,16,22,23
  24:7,21 25:1,4,6,7
  25:17 26:1,25
**see** 28:3 36:3,4
  47:15 48:11,22
  49:10 51:18,24
  53:4 59:4 61:5
  68:13 78:5,20,24
  79:5,6,22,24,25
  80:5,23 85:13
  95:7 98:21,25
  105:4 106:5
  117:13 121:24
  133:11 139:16,24
  145:19 161:21
  169:3 172:23
  174:13 181:22
  187:17 188:4
  192:17 196:24
  197:1 202:21
  207:20 208:4
  217:7 219:15,15
  222:23 226:18
**seeing** 46:2,18
**seen** 34:5 37:16
  45:11 46:14 50:24
  52:20 70:7,10
  78:7 119:1 120:8
  169:5 194:24
  195:1,9 202:2,3
  203:7,8 210:16

215:18 227:1

sees 168:15 172:14
175:11 177:2
181:2 182:11
187:13 193:13

selection 33:11

selective 12:6,10
12:14,21

self 139:10

send 135:25
138:10,12 173:25
173:25

sending 138:7

sense 14:23 20:21
20:21,25 27:9
44:4,4,9 90:20,22
123:12 163:14
174:13 190:11

sensitive 8:7 167:8
170:19 174:12,14
180:14 185:23
186:1,5,14 190:8
190:17

sensitivity 129:21
129:24,25 130:3,3
130:14,19 131:1
131:19,25 132:6,8
132:22 133:16
156:9 167:4
170:17 171:20,23
174:9 180:12
185:10,17,21
189:25 190:2,6
191:5,20 192:14
197:5,5,6,9,12,20
197:22,24

sentence 23:9 42:2
48:8 113:6,16
128:23 148:22

sentences 82:19

separate 194:16

separately 111:13

september 40:10
47:10 210:18,25
211:22

sequence 45:6

sequentially
124:16

sequitur 198:13

series 160:13,14
202:11

serious 87:5 88:5
131:23

serum 37:17 44:18
54:14,19 56:7
60:12 65:8 91:20
95:24 106:6,8
109:24 161:22,24
178:18 183:16

served 144:21

service 146:16

services 5:23 6:5,8
123:8 144:8,11
145:15,23 148:11
150:7,24 151:3,6
178:8,11 188:18
203:22,25

set 21:15,16
102:11 216:6

setting 63:2

settings 20:23

settlement 206:20
206:23 214:2,2
216:2,6 222:19,19
225:17

seven 47:7 48:17
51:13 64:12
157:13,18 158:20
162:4,20 163:9,23
164:15 206:13
207:18 211:19

214:22 215:11

sex 60:21,22

shape 186:22

shapes 28:4

share 44:5 123:12

sharyn 1:6

shine 180:20

short 68:24 82:18
141:4 156:23
196:6 227:13

shorter 69:19
70:18 157:14
158:21,25 160:15

show 65:9 75:15
84:20 125:1
186:10

showed 47:11,24
52:10,17 53:25
219:23

shown 126:21

shows 219:21

sic 187:11 223:22

sick 75:20 87:17
105:25 132:17,19
155:22 172:8

side 149:1,9
182:21 183:10

sides 179:25
225:17

sign 120:15

signal 129:12
138:11

signature 229:21

significance 20:16
21:3,10,14 105:15
105:17 106:3

significances
105:18

significant 19:3,11
21:12 30:9,12,18
66:14 93:21,22,25

119:2,4,21 208:23

significantly 87:4
88:5 124:9

signs 78:5,20
120:6,12,18
175:15

similar 95:9
171:16

similarly 1:8

simple 29:23
98:16

simply 26:1 27:8
60:15 143:21

simultaneously
25:2 219:22

single 22:25
152:11

sir 17:16 18:6 22:3

sit 24:14 134:7
143:7 177:9

site 64:19

sitting 35:10 61:9
61:11 76:1 133:3
173:24

situated 1:9

situation 150:21

six 43:21 47:7
51:13 82:22 83:7
83:16 84:2,16
85:16 128:2,5,6
143:2,4 157:9

sixty 207:18

size 85:13 139:16

skip 119:25

skipping 174:7

slimmer 77:25

slip 186:22

slow 137:21

smack 214:13

small 60:11 79:11
93:20 97:2 122:8

196:24 226:16
**smaller** 221:15
**smart** 194:15
**smoke** 30:13 110:3
**smoker** 16:14
**smoking** 16:18
30:4,8,11,14,16
72:9,13 74:1,15,21
74:24 75:18
**social** 152:19
216:12 218:8
**society** 94:14
**socioeconomic**
202:25
**soil** 203:13
**solely** 111:7 113:9
215:22
**somebody** 16:7
26:19 63:17 76:24
113:16 114:14
139:18 186:11
202:13 213:13
**soon** 77:23
**sooner** 183:2
**sophomore** 201:20
**soreness** 165:3
**sorry** 32:22 35:2
43:7 48:16 50:5
117:7 154:16
191:19 192:3
**sort** 15:1 61:21
81:9 84:25 97:12
127:23 161:11
164:14 169:16
170:9 193:5 206:1
208:10 213:9
220:13
**sought** 122:13,19
**sound** 144:4
**sounding** 29:23

**sounds** 96:8 98:9
143:9 168:1 212:6
**source** 58:18
201:15 221:5
**sources** 19:15 38:5
38:24 57:25
**speak** 35:7,8
**special** 110:6
**specialty** 136:2
200:20,21
**species** 29:15 33:7
33:10,10,13
**specific** 31:16
33:10,11 39:13,18
60:20 86:9,9,19
107:24 108:11
109:8 115:8
150:20 151:8,10
151:11 152:22
153:18 165:6,16
165:25 166:1,18
166:25 167:8
169:14 170:20
173:10 174:6
176:18 180:3,17
181:14 182:4
184:23 185:7
189:16,21 190:17
191:12 192:20
194:18 197:21
200:19 218:17
**specifically** 17:3
42:25 43:15 60:23
138:19 152:24
153:1
**specificity** 129:21
129:24 130:2,4,14
130:20 131:11,19
131:25 133:16
134:13,14,17,17
134:22 156:9

167:4 170:17
171:20,23 174:9
180:12 185:10,17
186:14 189:25
190:14 191:5,21
192:14 197:9,12
197:20,23,24
**specifics** 16:3
71:25
**specifies** 147:6
**specify** 96:17
**spectrum** 167:14
**speculation** 38:10
38:20,23 122:15
**speed** 162:10
**spent** 92:17
**spirit** 221:18
**spoken** 37:8
133:25
**spurious** 18:16
**square** 47:18
48:25 51:21
**staggering** 122:23
**stance** 148:13
**stand** 27:15 45:16
46:2
**standard** 194:2
**stands** 168:11
**start** 29:24 68:11
79:5 94:12 95:4
100:2 117:12
137:19 163:3
177:6 180:22
181:22 200:1
**started** 127:9
**starting** 167:16
**starts** 75:13 126:5
175:3
**state** 9:1,25 42:2
43:22 47:8 51:15
54:5,13,19 59:14

65:15 71:8 79:13
95:24 127:14,15
127:19 128:6
157:5 206:5
**stated** 17:3 43:5
**statement** 15:2
35:5,6 36:24 37:1
41:10 42:14 48:17
64:10 66:21 76:4
76:8,9,10,12,16,22
77:4,13,14 108:8
109:19 111:11,20
115:12,22,23
131:4,5,7 153:19
157:8
**statement's** 110:8
**statements** 76:21
76:23 77:25 82:17
108:17 111:12
**states** 1:1 46:20
51:3 66:9 77:10
86:8 109:5,13
111:3 115:2
187:18 188:6,18
200:10,16 205:13
217:19,23
**statin** 95:6,17,17
**statins** 118:21
**statistical** 20:1,16
20:22 21:3,10,14
**statistically** 19:3
19:10 21:11 66:14
93:21 119:4
**status** 6:13 210:9
210:12
**stay** 53:14
**steady** 79:12
**steatohepatitis**
69:20 70:1,6 75:1
76:18 82:9

**steatosis** 67:23
75:3,13,17 94:13
94:15 167:14
**steenland** 214:9
223:22 225:6
**stems** 71:19
**step** 100:12 128:22
128:22 129:3,18
129:20 130:17,21
133:1,20,25 166:9
174:2
**stepwise** 107:18
**stick** 99:15 134:16
**stimulating**
184:20
**stipulate** 80:15
151:19
**stipulated** 29:16
**stock** 8:20
**stop** 61:7 95:20
**strains** 33:13
**strategy** 85:24
**streamline** 221:14
222:1
**street** 51:4
**strike** 14:4 43:8
119:9 154:16
**stroke** 176:22
**strong** 70:16 74:20
74:22 75:17
185:22
**stronger** 35:22
**strongly** 54:8
**struggling** 159:15
**students** 201:19
**studied** 83:24
**studies** 22:5,7,13
22:16,17,23 23:3
23:11,16,22,24
24:5,7,21,23 25:1
25:17 33:12 66:10

66:15,18 68:8
69:10 72:23 74:13
75:14 82:21 83:6
83:16,18,21 84:1,3
84:7,7,9,14 85:16
108:5 117:15
146:5 223:12,17
225:6,12 226:4,5,6
226:14
**study** 11:12,19
13:17 18:20 19:1
19:4,9,10,16,18,22
19:22,23,23 21:1
22:20,21 24:7
25:4,6,7,9,15,25
26:1,19,25 33:7
69:13 93:2 117:19
218:9,12,13
**study's** 106:12
**stuff** 79:21 224:13
226:11,12
**subject** 24:4 114:8
**submitted** 45:9
223:22 224:8
**subpopulation**
17:22
**subpopulations**
181:21
**subscribe** 10:17
70:23 127:13
**subscribed** 228:22
**subsequent** 144:1
157:21
**subsequently**
181:17
**subset** 138:5
209:25 214:4
**substance** 28:21
60:12 84:24 85:3
99:6 165:11

**substances** 33:15
33:19 59:23 98:21
100:24 159:8
160:1 176:6
191:17
**substantial** 60:16
61:14 93:7
**substantially**
129:10
**substitute** 18:8
**subtitles** 106:20
107:4
**suburb** 208:18
**success** 213:1
**successive** 102:23
**succinctly** 226:13
**suffer** 109:16
115:6
**sufficient** 29:6
66:24
**sufficiently** 124:11
185:25 186:5
**suggest** 109:6
**suggests** 13:5,13
13:15 29:21 222:4
**suite** 2:8 3:6 8:18
**sullivan** 1:5 3:12
8:15 52:8 54:20
55:2
**summary** 82:17
206:16
**sumner** 52:16
54:20
**super** 175:3
**supply** 38:17
92:19,24
**support** 74:10
84:3,15
**supportive** 19:20
84:5,6,7,10 85:8

**supports** 13:14
**sure** 15:3 18:23
24:13,14,18,19
28:25 30:12 31:15
32:5 34:11 35:7
36:17 49:15 50:8
59:7 62:18 64:17
67:17 80:2 83:3
90:1 92:16 95:3
102:10 108:12
119:11 122:9
127:22 151:9
152:2 153:12
154:2 170:2,4
171:9 176:4
188:22 199:10
202:23 211:12,14
215:20 219:4
**surgery** 140:20,22
140:22
**surprising** 179:23
**surveillance** 135:3
141:18,20,22
215:3
**survey** 102:23,24
164:24 196:25
213:19,22,24
214:3,16,24 215:2
215:6,21 216:1,10
217:24 218:3,20
218:20,25 219:10
219:21,25 220:1,6
220:22,25 221:2,4
221:14 222:5
**surveys** 102:18
**survival** 137:23
152:14
**susceptibilities**
56:11,14 58:25
89:22 90:5 91:2

**susceptibility** 59:3
59:7 60:2
**susceptible** 34:24
**suspect** 17:23
**suspected** 28:23
**suspicion** 143:23
**swear** 9:11 48:18
**switch** 27:5
**switching** 62:3
**sworn** 9:19 45:9
45:12 47:17 48:17
48:24 51:20
228:22 229:7
**swung** 148:19
**symptom** 120:15
**symptomatic**
121:16 126:8,11
146:22,25 147:3
148:12 150:4
**symptomatically**
126:10
**symptoms** 78:5,20
111:7 113:9 120:6
120:12,18 121:18
125:14 126:5
136:15 137:22
157:23 162:7
163:13 164:1
175:16
**syndrome** 170:23
171:5,16 172:7
**synonym** 13:14
49:18
**synonymous**
27:13 63:7 64:2
**syntax** 36:12
**synthesized** 62:15
**system** 92:21
201:4,10
**systematic** 120:5
120:19,22

**t**

**t** 171:7 184:16
**t3** 186:10
**ta** 184:20
**table** 29:6 182:21
183:11
**tables** 5:19 101:10
101:15
**tagged** 17:2
**tailor** 151:9
**tailored** 150:24
151:6,8
**take** 8:11 24:6
26:12 48:7 61:10
65:14 66:4 68:18
77:8,9 94:5,17
100:12,20 105:12
106:8 107:18
119:19 120:10
123:19,21 128:18
139:18,21 140:23
144:4 174:2
178:15 207:23
214:12 217:24
227:7
**taken** 2:3,4 8:14
65:9,12 68:24
102:19 141:4
156:23 196:6
227:13 228:4
229:14
**takes** 79:23 87:20
88:21
**talk** 28:6 59:6
63:20 80:7 121:7
134:15 151:13
173:14 219:14
**talked** 164:19
213:7
**talking** 28:7,8,11
29:14 44:24 58:22

58:23,24 63:9,10
63:18 102:11
113:13,14 136:16
136:17 138:18,20
139:7 140:13,16
146:20 164:22
166:9 187:9 194:7
204:16 220:4
**talks** 197:5
**tap** 37:25 38:5
39:4,10,19
**target** 197:22
**task** 5:23 144:8,11
144:22,25 145:4
145:15,23 149:4,8
188:19
**tasks** 148:18
**taught** 133:15
**tautology** 21:17
**tearing** 23:9
**technical** 20:25
21:13 222:20
**technically** 60:20
131:13
**technique** 152:11
**techniques** 194:12
**technology** 79:4
98:25
**tedious** 164:13
**television** 114:9
**tell** 30:14 31:10
48:4 79:22 80:11
86:19 99:2,5
121:23 132:13,16
148:23 155:3
161:2 201:18,18
201:23 220:21
224:12
**telling** 180:23
**tells** 226:12

**temporal** 22:21
25:3,8 30:21
**tendency** 102:15
**tends** 79:11,13
80:24 85:11
**tenth** 79:13
**term** 13:11 152:19
222:18 223:12,14
**terms** 44:25 78:4
78:18 86:9 88:13
135:2 140:11
156:9 161:21
197:1 216:6
220:13
**terrible** 61:2 80:18
**terribly** 36:23
154:10 180:14
**test** 20:17,17 47:11
94:22 95:1,2,7,16
97:5 99:20,22
100:24,25 115:14
128:25 129:2,4,5,5
129:6,9,11,22
130:25 131:5,5,7,9
131:10 132:2,5,18
134:15,17,22,23
134:24 135:9,9,11
135:11,18 136:2,7
137:23 138:6,14
138:23 139:12
140:1 142:4
143:24 151:14,17
151:20,21,24
162:22 164:20,23
164:25 165:5,7,17
165:24,25 166:17
166:18 167:5,24
168:2,3,11 169:13
169:14 170:18
171:12,19 172:5
173:9,10 174:5,6

174:10 175:1,2,6,7
175:22 176:18,19
177:9 180:2,3,10
180:13,18,23
181:13,14,15,25
182:4,5 184:9,14
184:23,24 185:11
185:18 186:18
187:1 189:15,16
189:18,21,22
190:1,14,20 191:6
191:21 192:1,15
193:4 196:13
197:6,21,21 199:1
**tested**  47:9 54:15
55:4,11 99:9
122:5
**testicular**  62:11
68:3 74:17,18,21
76:14 82:9 118:3
163:10,11,15,18
222:10
**testified**  9:19
**testimony**  17:16
22:1 228:4,6
229:6,9
**testing**  99:7 108:2
108:25 109:9
120:10,11 122:1,2
122:3,6 128:10,14
141:11 143:25
144:1 149:18
151:8,15 161:9,13
161:15,17,18
167:18 168:13
172:12 175:9
176:17,25 178:17
180:25 182:9
187:11 193:11
204:13

**tests**  20:22 47:12
47:24 48:8 70:10
93:22 115:7,13
126:20 128:20
131:20,24 142:12
142:18 143:2,4,11
143:21 151:16,18
157:13,18 158:19
159:16,19 160:7
160:14,15 162:4
162:19 163:9,23
164:15 180:14,22
183:4 186:4
197:13
**tetrachlorodiben...**
72:4
**text**  129:4 156:11
**thank**  35:17 69:7
107:7 111:15
120:3 140:17
143:1 149:6,16
162:2 227:18,20
**thanks**  31:19
125:4
**theodore**  5:13
46:7,13
**theoretically**  31:7
31:13
**thing**  23:8 44:3
45:6 60:22 63:18
64:8 68:7 69:14
75:24 80:4,23
86:10 90:14 92:2
95:14 97:13 99:25
99:25 100:2 106:7
113:25 116:11,24
117:21 129:17
158:7 163:5
164:18 176:2
185:21 191:7
198:2 208:7 219:8

220:12 222:20
**things**  18:24 20:12
20:14,24 23:7
24:19 28:3,4,8,11
31:13 32:25 36:3
45:1 56:18,22
57:1,5,10,20,25
58:10,20 59:9,14
59:19 60:5,6,22
61:5 67:23 69:23
70:14,16,18,19
85:14 86:17
111:25 112:3,6
113:21,23,25
114:1 116:19
128:16 129:16
132:9,24,25
135:22 147:22
149:11 158:9
160:25 164:19
166:15,21 168:4
169:17 176:11
179:16 180:6
183:1 185:4,23
191:16 195:14
201:24,25 202:12
202:19 203:16,17
210:22 213:5
217:10 219:22,25
220:5,6,25 221:14
221:15 223:18,18
226:18
**think**  11:25 12:1
12:11 13:9,13,18
15:2 21:1,2 22:15
24:13,14 25:19
26:5 28:18 34:10
38:11,21 39:7,7
45:10,11,16,17,25
45:25 60:7 61:7,8
63:4 66:24 67:11

67:12,13 68:4
69:11,20 72:20,21
73:17 76:20,25
77:7,13,15,17,18
77:21,23 78:12
82:14 83:11 84:3
84:9,12 85:6,10
86:14,17 87:10,16
87:18,20 88:16,23
89:24 92:17 96:8
97:6 99:21 103:21
110:7,8 113:21
115:1,25 116:18
116:22 117:20
127:25 129:6
130:5,6 131:21
133:7,7,14 134:6,8
134:25 135:1,21
136:3,5 138:11,11
140:4,11 141:16
142:8 145:9,13
151:4,10,12 152:6
152:11 153:4,19
154:1,18 156:14
157:10 158:17,22
159:17 160:12
163:3 164:3,5,13
165:11,13,20
166:3 167:2
169:11 170:25
172:18,22 173:23
177:7,11 178:16
179:13,15,24
186:4,13 187:3,14
188:20,20,24
189:5 190:6 195:2
195:5,8,19 200:12
200:13,14,20
206:2 208:7,17
214:5 219:12,13
219:16 220:12

223:3,5,10 225:20
225:22
**thinking**   17:12
75:5 76:1 96:21
97:9 98:17,18
148:25 162:15
174:16 181:16,17
183:24
**thinks**   63:17
**third**   66:9 129:17
216:19,21 217:5
**thorough**   113:10
**thought**   26:22
49:20,22 73:21
83:13 84:8 85:18
121:10,11 129:16
129:25 130:7
133:5 137:7
166:14 180:10
182:18 184:7
192:3,3 225:7
226:18
**thousand**   89:12
**thousands**   36:7,19
**three**   15:11,14
16:14 18:19,24
19:2 46:19 51:3
54:12 90:15 95:23
119:24 216:16
223:2
**threshold**   29:12
29:13,17,20 30:2,3
78:10,11 79:3
80:20 104:15,21
105:2
**thresholds**   105:22
**ths**   184:23 187:11
188:8 189:2,10
**thumb**   84:25
**thyroid**   6:6 69:8
137:5 140:19,23

153:25 154:2
184:20 185:2,2,2
185:13,15,18
187:2,6,6,19,20,24
188:6,8
**tidal**   57:14
**time**   20:25 22:9,25
24:22 31:1 32:10
39:11,16 44:21
45:13 51:6 53:7,8
53:10 57:13 68:11
70:13,15 79:4,22
80:3,24 87:12,13
87:20 88:21 92:17
93:8,24 95:13
96:4,22 100:4,6
110:9 120:11
126:4 147:12,21
149:7,14 151:25
158:5,5 160:8,25
161:12 167:19
183:4 186:15
196:23 201:21
203:9 209:20
210:2 213:21
214:9 219:4,12,14
219:21 220:24
221:6 227:19
**times**   27:22 55:2,9
104:4 224:22
**tiny**   59:4 97:4
**tired**   110:10
**tobacco**   63:21
**today**   16:24 18:4
28:18 42:21 127:9
153:21 197:22
207:3
**told**   50:23 53:9
107:11,22
**tomorrow**   197:23

**top**   43:22 54:18
71:8 101:23 217:7
222:6 225:25
**topic**   26:12 31:14
226:16,24 227:4
**topics**   216:11
220:14,17
**total**   101:24
108:14 117:18
169:13 170:15
176:17 178:18
181:13,19
**totality**   83:17
**totally**   32:5
**tough**   12:12 162:9
183:3,13
**toughest**   182:18
**town**   50:4 51:16
**tox**   5:5 33:24 34:4
40:18 66:5
**toxic**   25:18 29:4,7
29:10,22 30:2
33:19 80:9 105:24
200:4,7
**toxicant**   198:10
**toxicity**   34:16,16
34:16 199:5 201:1
**toxicokinetics**
34:17
**toxicologist**   10:5
75:6
**toxin**   80:25 117:9
117:22 200:3
**tract**   166:2 201:3
**trained**   127:24
**transcribed**
110:15 229:8
**transcript**   5:21
15:9 106:23 228:3
**transcription**
106:17 107:3

110:14
**transparent**
225:15
**transpeptidase**
180:2
**treat**   95:4 136:2
155:19,23 163:15
163:21
**treated**   155:2
157:7
**treatment**   125:19
141:15 142:7
146:16,18 147:8
147:10,13,19,20
148:12 155:9,10
156:2,3 203:10
208:24,25
**treatments**   154:17
**tree**   171:15
**tremendous**
182:19
**tricky**   194:19,20
**triglyceride**
189:18
**triglycerides**
177:14 189:15,17
**trillion**   47:12
52:10,18 53:25
**trouble**   20:11
**true**   10:10,14
11:25 12:1 13:23
21:19 23:6,14,19
25:1 27:10 29:8
33:16,17 35:18,19
35:21,23 37:23
38:3,18 39:7 47:3
47:5 48:20 50:25
51:1,11,12 56:23
57:7 81:14 84:25
85:1 113:22 121:4
122:16,18 126:6,7

141:19 142:5
144:5,16 153:9,15
153:17,19 155:5
155:12 157:8,11
193:1 201:12,17
206:2 213:7 228:5
229:9
**trusty** 204:9,10
**try** 10:8 13:12
43:1,16 63:4 67:3
137:17 149:7
151:4 186:6
203:19
**trying** 49:6 91:7
96:4 110:10
116:17 149:13
159:18 219:9
**tsh** 184:20 185:10
185:15,17,25
187:1,4,7,15
189:12
**tshs** 186:7
**turn** 8:8 32:14
34:7 46:19 47:6
51:2,13 66:6
101:19 102:17
107:8,17 114:24
117:2 145:16
147:24 150:13
187:21 204:4
207:6 208:21
216:16 217:17
**turns** 25:22 27:1
60:9 80:2
**twice** 202:2
**two** 12:8 15:24
23:7,10 26:5
34:12 49:9 55:2
79:5,7 82:19
90:14 99:1 104:3
106:5 109:21

111:12 124:15
126:25 132:1
148:5 153:25
155:13 169:17
179:25 206:13
212:2,8,8,13,14,24
212:25
**type** 18:16 20:6
82:3 137:5 138:7
138:16 170:10
**types** 34:25 108:22
108:23 145:19
**typical** 39:24
**typically** 37:25
38:1,2 39:19
151:22 155:2
197:6

|  u  |
| --- |

**u** 28:4
**u.s.** 5:22 33:20
95:25 107:23
108:4,18 109:2
115:3 140:19
144:7,11 145:15
145:22 149:4
150:6 200:23
208:10
**ubiquitous** 107:23
108:18
**uh** 182:16 190:12
**ulcerative** 62:12
69:21
**ultimately** 21:5
**unanswerable**
88:10
**unbelievable**
201:25
**uncertain** 70:12
**uncertainty** 81:4
170:5

**unclear** 108:15
**uncomfortable**
141:11
**uncommon** 27:4
**unconjugated**
169:22
**undergone** 53:8
**undergraduates**
201:21
**underlies** 77:2
**underlying** 70:6
75:12 180:8
**undermine** 127:19
**undersigned** 2:5
**understand** 10:22
11:24 37:7 42:22
43:11 47:23 50:9
107:4 116:16
121:22 123:3
147:22 150:19
162:2 172:10
200:6 219:13
223:15
**understands**
132:10
**understood** 20:8
153:22
**undiagnosed**
124:10
**undisputed** 75:5,7
**unfortunately**
60:25 61:2 175:7
**unintended**
146:17
**unit** 8:13
**united** 1:1 86:7
188:18 200:9,16
**universe** 128:18
**university** 64:11
144:20

**unknown** 19:13,15
**unnecessary** 142:6
146:18 154:20,25
**unrelated** 31:14
**unsure** 15:3
**untreated** 137:22
**unusual** 168:23
172:24 175:17
178:25 181:4
189:1,6 193:15
202:3
**unwieldy** 42:21
43:11
**unwise** 110:4
**upper** 85:11
142:16
**upshot** 129:13
**urban** 203:1
**urea** 173:9
**uric** 67:20 70:10
159:17 189:21
190:20 191:6,7,10
191:13,21,23
192:1,14,17,24
193:4,11,16,21
220:18
**urinalysis** 162:16
**urquhart** 3:12
**use** 10:18 13:1,11
13:12,14 22:15,17
32:6,6,10 38:24
42:22 43:2,12,16
49:7 58:20 63:14
64:4,5,9 72:20
85:19 86:3,8
93:14 94:3,4
97:11 104:25
113:13 124:25
126:18 127:13
131:24 135:21
136:3,19 156:9

166:25 167:17
176:5 180:22
182:6 200:16
203:3 215:22
218:19
**useful** 25:18 26:25
94:2,18 128:10,14
128:25 129:3,4
131:9 185:8
**usp** 149:8 188:18
**uspstf** 149:5 178:7
178:17 203:21
204:12 205:2,4,8,9
207:6 208:22
**usual** 80:14
180:15
**usually** 11:25
43:19 72:14,16
73:10,11 79:9
93:13 116:11
126:25 132:6
172:19
**utility** 123:18
**utilization** 212:7,9
212:13,24

**v**

**v** 8:16
**vague** 12:18 85:22
90:11
**valid** 11:6 12:15
12:22 13:1
**validation** 220:11
**value** 130:5,15,20
131:7 133:17
134:16 135:6,8,9
148:20 167:24
171:11,13 172:4
175:5 180:18
187:1 190:3,18,20
192:1 193:6,7
197:9,13,19 198:3

**values** 142:15
**variable** 56:20
185:1
**variables** 56:15
**variation** 100:3
186:15,20
**variations** 79:15
**varies** 72:14
135:12 197:20
**various** 108:22
197:13
**vary** 100:23
**vascular** 176:21
176:23
**vast** 80:3 122:12
223:4
**verbatim** 40:22
**verification** 186:9
**verified** 214:14
**verifying** 110:16
**veritext** 8:21,22
**vermont** 1:3 46:22
51:5 54:6 173:24
**versus** 39:19 99:12
169:22
**veterans** 71:22
**vi** 150:14
**video** 8:11,13
53:14 106:19
107:3 118:12,16
141:2,6 156:21,25
177:19,24 178:3
196:4,8 227:11,15
**videographer** 8:3
8:21 9:10 68:19
69:2 118:10,17
140:25 141:7
156:19 157:1
177:17,22 178:4
196:2,9 227:9,16

**videotape** 68:22
69:1
**videotaped** 1:18
2:1 227:24
**vietnam** 71:22
**vigorously** 221:9
**virginia** 2:9 8:19
64:11 144:20
**virtually** 220:9
**volume** 57:15
**volunteer** 144:13
**vs** 1:11
**vulnerability**
201:3

**w**

**want** 12:10,10
15:1 24:14 29:24
42:25 43:14 49:7
61:7,7 63:1,12,14
67:3,8,10 68:11
70:13 80:7 86:11
90:1 94:7 95:7
102:10 107:4
115:17 116:1,25
117:9,10,20 125:2
125:3 127:4,10
130:5 132:22
133:13,14 134:16
134:23 135:4,4
136:4 139:25
147:20 151:11
158:1,10,10,22
159:23 160:8
161:18 162:15
164:8 166:5,14
168:6 169:18
170:7 183:1 185:3
186:17 206:8,11
212:16,17,19
218:18 219:3,5,6,6
220:6 221:17

226:19 227:8
**wanted** 13:14
110:21 112:19
202:7 225:15
**wants** 12:24
**warranty** 132:10
132:11
**water** 37:21,25
38:1,5,16,25 39:4
39:5,9,10,14,19,19
39:22,24 43:24
44:10 47:14,20
48:10 49:2 50:3
51:16,17,23 52:2
54:9 57:10,21
58:1,5,14,18 62:20
71:17 79:12,14
87:4 88:4 89:1,3
89:14,15,21 90:4
90:19 91:1,17
92:2,5,19,21,24
93:7 99:13 100:3
114:7 128:8 221:5
221:5
**way** 17:19 21:18
28:24 35:11 48:1
60:24 61:1 62:23
67:4 72:5 80:14
84:21 85:11,23
86:2 89:6,7 97:4
99:23 100:24
110:16 111:24
112:13 117:23
130:8 134:25,25
136:21 137:15,15
142:18,19,22
148:21 156:7,8
158:24 164:11
176:23 179:17
198:21 199:9
203:16 213:12

218:14 219:17
225:9
**ways** 26:5 27:3
61:3 84:17 105:7
140:11 148:6
158:18 171:3
221:25
**we've** 52:5 62:5
74:5 92:17 98:19
99:11 123:9
132:14 148:19
166:3 171:22
219:5 227:1,3
**weaker** 36:2
**weakness** 79:10
**web** 65:6,19,23
215:19,20 220:8
220:10
**website** 6:14 64:11
64:17,18 65:15
106:20 206:15
215:11,14 224:7
224:18 225:20
226:11,17,23,23
226:25
**wednesday** 2:9
**weeks** 87:10
**weight** 59:9 69:12
69:14,18 152:5
**weights** 157:20
**weird** 194:8,10
**welcome** 20:9
110:17,20
**wells** 38:12,17
58:4,4
**went** 11:17 93:2
168:8 214:2
**west** 2:9 8:19
46:21 64:11
144:20

**whichever** 94:7
183:24
**whispering** 8:7
**whitlock** 3:3,4 7:4
9:7,8,8 11:15,22
12:17 13:7 15:12
20:4 21:20,24
31:8 36:10 38:9
40:14,19 41:1
43:3 47:21 49:3
55:17 81:23 82:24
85:21 87:7 88:7
90:8 91:11 102:4
104:7 110:11
122:14 124:13
127:20 134:19
144:2 154:22
196:21 198:18
201:6 204:5
207:15 213:3
216:18,22 217:1
224:20 227:21
**wide** 208:10
**widely** 153:22
**wild** 194:8,10
**wiley** 15:5 22:12
32:15
**william** 52:16
**willing** 219:7
**window** 158:8
**wish** 111:14
**wit** 126:25
**withdraw** 185:15
**witness** 4:4 9:12
9:18 229:6,8,9
**wolff** 3:10 4:6 9:3
9:4,24 11:18 12:3
12:20 13:10 15:15
15:17 20:15 21:22
22:4 31:18 34:2
36:16 38:15 40:7

40:17,24 41:7,21
42:11 43:6,9
46:10 48:5 49:19
50:20 53:12,18,20
55:20 62:4,9 65:5
68:16 69:4 82:5
83:2 85:25 87:22
88:25 90:17 92:4
101:8,18 102:9
104:11 107:1
110:22,25 118:8
118:19 122:21
124:17 128:1
135:7 141:9 144:6
146:2 150:5,12
155:1 156:17
157:3 177:20
178:6,14 188:3
195:25 196:11
197:4 199:3
201:13 204:3,8,11
207:13,17,19
209:15 210:15
213:17 215:17
216:20 217:3
224:25
**woman** 160:24
194:24 195:15,21
**women** 6:11 159:7
178:20 188:11
193:25 194:4,22
195:3 207:10,21
**word** 13:5,14,15
18:7,8 20:6 32:5
49:6,7 63:7,12,19
64:2,4,5 72:20
82:18 93:12,14
100:20 107:2
111:18,23 113:13
120:22 126:18
135:21 136:19,21

144:4 170:22
172:6 174:7
200:21
**words** 30:22 42:1
132:12 147:13
165:6 222:20,22
**work** 21:7 65:10
65:25 80:17 110:2
122:7
**worked** 93:2 220:7
**worker** 199:17
**workers** 66:12
174:20,21
**working** 172:1
**works** 61:23
**world** 26:8
**worried** 61:6
**worry** 139:21
149:2,2 185:21
186:7,8
**worse** 106:11
125:17 200:5
**worth** 152:16
**write** 90:21
**writings** 10:18
13:5
**written** 25:20
108:7 134:9
**wrong** 14:25 16:24
20:21 21:14 36:23
36:25 43:5 45:10
83:24,24 88:17
90:16,18 91:6
108:15 114:13
115:25 120:8,9
129:12 171:15
211:12
**wrote** 35:11 43:24
65:13 97:1,14,15
97:17,23 98:7

**wu**  3:11 9:5,6
**wvu**  64:13,19 65:6
  65:19,23

**x**

**x**  4:1

**y**

**yea**  76:24
**yeah**  23:10 28:16
  70:5 81:25 91:14
  95:10 96:6 97:25
  104:6,23 112:4,10
  112:20,21 117:7
  127:3 129:14,23
  132:21 150:2
  159:21 182:14
  194:11 205:25
  217:2 225:1 226:2
**year**  65:14 88:14
  88:23
**years**  16:15 35:25
  40:21 47:2,5
  51:10 62:14 72:6
  74:5 94:13 96:9
  152:14 170:1
  178:19,19 188:9,9
  188:22,25 204:14
  207:24 212:9,14
  212:25
**yields**  143:3
**york**  3:15
**young**  79:25 95:13
  158:10
**younger**  200:24
**youngest**  79:24

**z**

**zero**  112:18
  141:23 195:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.