# EXHIBIT 20

Page 1

1        UNITED STATES DISTRICT COURT
              DISTRICT OF VERMONT

2

3

JAMES D. SULLIVAN, et   )
4   al., individually, and  )
on behalf of a Class of )
5   persons similarly       )
situated,               )   Civil Action No.
6                           )   5:16-cv-00125
          Plaintiffs,       )
7                           )
     vs.                    )
8                           )
SAINT-GOBAIN                )
9   PERFORMANCE PLASTICS    )
CORPORATION,                )
10                          )
          Defendant.        )
11

12

13          VIDEOTAPED DEPOSITION OF GORDON W.
14      GARRISON, JR., taken pursuant to notice before
15      Beth Gaige, Registered Professional Reporter,
16      at the offices of BarrSternberg Moss Silver &
17      Munson, P.C. 507 Main Street, Bennington, VT,
18      on April 16, 2018, commencing at 9:28 a.m.
19
20
21
22
23
24
25

```
 1              A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFFS:
 4          EMILY J. JOSELSON, ESQ.
            Langrock Sperry & Wool, L.L.P.
 5          111 S. Pleasant Street
            Middlebury, VT 05753
 6          Phone:  802.388.6356
            E-mail:  Ejoselson@langrock.com
 7
 8          DAVID F. SILVER, ESQ.
            Barr Sternberg Moss Silver & Munson, P.C.
 9          507 Main Street
            Bennington, VT 05201
10          Phone:  802.442.6341
            E-mail:  Dsilver@barrsternberg.com
11
12      FOR THE DEFENDANT:
13          MARINA SCHWARZ, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
14          51 Madison Avenue
            New York, NY 10010
15          Phone:  212.849.7000
            E-mail:  Marinaschwarz@quinnemanuel.com
16
17          NATHAN WILLIAMS, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
18          51 Madison Avenue
            New York, NY 10010
19          Phone:  212.849.7000
            E-mail: Nathanwilliams@quinnemanuel.com
20
21
22
23
24
25
```

Page 3

```
 1                    INDEX
 2  WITNESS:  GORDON W. GARRISON, JR.
 3     Direct Examination by Mr. Williams          7
        Cross-Examination by Ms. Joselson         151
 4
 5
 6
 7
                  E X H I B I T S
 8
    Exhibit No.    Exhibit Description          Page
 9
    Exhibit 1  Mortgage                          25
10
    Exhibit 2  Summary Appraisal Report dated    44
11             07/12/2007
12  Exhibit 3  Black and white photograph of home 71
               interior
13
    Exhibit 4  MMG Insurance Company Masters      98
14             Homeowner Policy
15  Exhibit 5  Third Amended Complaint           108
16  Exhibit 6  Declaration                       113
17  Exhibit 7  E-mail from Lynda Provencher to   121
               others dated February 29, 2016
18
    Exhibit 8  Interrogatories                   123
19
    Exhibit 9  E-mail from Shaina Kasper to Mr.  131
20             Garrison dated September 7, 2016
21  Exhibit 10 Town of Bennington Tax Bill       137
               2017-18
22
    Exhibit 11 Town of Bennington Tax Bill -     139
23             2016-17
24  Exhibit 12 Plaintiffs' Fourth Supplemental   140
               Disclosures on Merits Issues
25
```

1                    STIPULATION

2              (It is hereby agreed by and between the

3         parties that signature is not waived.)

4                - - - - - - - - - -

5              THE VIDEOGRAPHER:  Good morning.  We're

6         going on the record at 9:28 a.m.  Today's date

7         is April 16th, 2018.

8              Please note the microphones are sensitive

9         and may pick up whispering, private

10        conversations and cellular interference.

11        Please mute or place cell phones away from

12        microphones as they can interfere with

13        deposition audio.  Audio and video recording

14        will continue to take place unless all parties

15        agree to go off the record.

16             This is Media Unit 1 of the video

17        recorded deposition of Gordon Garrison taken

18        by defendants in the matter of James D.

19        Sullivan, et al, individually and on behalf of

20        a class of persons similarly situated,

21        Plaintiffs, versus Saint-Gobain Performance

22        Plastics Corporation, Defendants.

23             The case is filed in the United States

24        District Court, District of Vermont.  Our

25        deposition today is being held at the offices

Page 5

1       of BarrSternberg Moss Silver & Munson, P.C.,

2       located at 507 Main Street, Bennington,

3       Vermont 05201.

4           My name is Mati Kiin.  I'm a certified

5       legal video specialist, today representing

6       Veritext, New York, and I'm the videographer.

7           The court reporter is Beth Gaige also

8       representing Veritext.

9           I am not authorized to administrator an

10      oath, and I'm not related to any party in this

11      action, nor am I financially interested in the

12      outcome.

13          I will now ask counsel and all present in

14      the room and -- to state their appearances and

15      affiliations for the record.

16          If there are any objections to the

17      proceeding, please state them at the time of

18      your appearance, beginning with the noticing

19      attorney.

20          MR. WILLIAMS:  Nathan Williams for the

21      Defendant Saint-Gobain Performance Plastics

22      Corporation.

23          MS. SCHWARZ:  Marina Schwarz with Quinn

24      Emanuel for the defendant.

25          MR. SILVER:  David F. Silver for the

```
                                             Page 6

 1      plaintiffs.

 2           MS. JOSELSON:  Emily Joselson for the

 3      plaintiffs.

 4           And I did want to just state on the

 5      record before we started that pursuant to

 6      Judge Crawford's order dated November 28th,

 7      2017, which limited discovery on any issues

 8      related to the exposure class or medical

 9      monitoring to those intended to be included in

10      or representative of that class, Mr. Garrison

11      is not.  And so we would object pursuant to

12      Rule 30(c)(2) to any questions that address or

13      relate in any way to medical monitoring

14      issues.

15           MR. WILLIAMS:  Objection noted.

16           THE VIDEOGRAPHER:  Thank you.

17           May I ask Mr. Silver to please swear in

18      the witness.

19           (The Witness was administered the oath.)

20           THE VIDEOGRAPHER:  Thank you.

21      GORDON W. GARRISON, JR., having been duly

22      sworn by the Notary Public, was examined and

23      testified as follows:

24      //

25      //
```

```
 1                    DIRECT EXAMINATION
 2        BY MR. WILLIAMS:
 3   Q.   Mr. Garrison, thank you for being here.
 4             I know we made our introductions off the
 5        record already, but would you please state
 6        your full name for the record?
 7   A.   Yes.  Gordon William Garrison, Jr.
 8   Q.   And what is your date of birth?
 9   A.   December 19th, 1946.
10   Q.   Have you ever been deposed before, Mr.
11        Garrison?
12   A.   No.
13   Q.   I'm going to go over some ground rules right
14        now that will just help us to move along more
15        quickly and to make sure that we get full
16        answers and you're comfortable with how this
17        deposition goes.
18             First off, I'll try to be clear in my
19        questions; but if you don't understand a
20        question, please let me know, and I'll try to
21        clarify.
22             As you can see, this deposition is being
23        video recorded, but Miss Gaige here will also
24        be making a written transcription.  So please
25        provide verbal answers to my questions.  In
```

Page 8

```
 1          other words, a yes or a no is preferable to an
 2          mm-hmm or an uh-huh, no nodding or shaking
 3          your head, so forth.
 4               In addition, I trust that Miss Gaige can
 5          type very fast, but it is very difficult for
 6          her when we speak over each other or there are
 7          multiple people speaking.  So there will be
 8          times when I know you're going to know where
 9          my question is going, and it's going to be
10          very natural for you to cut in with an answer
11          just to move things along.  But I'm going to
12          ask, for Miss Gaige's benefit and for our
13          benefit, just to wait until I finish my
14          question.  Feel free to take a breath and then
15          provide your response.
16               (Outside wind blowing very loudly.)
17               MS. JOSELSON:  Strange times.
18       BY MR. WILLIAMS:
19    Q.  We've asked you to be here today because we
20          want to know more about your claims in this
21          litigation and -- that you brought against my
22          client, Saint-Gobain.  And I appreciate that
23          you are here, and I want to be respectful of
24          both your time and your patience, so I'll try
25          to move through my questions as quickly and
```

1      efficiently as possible.

2          If you need to take a break, just let

3      me or your attorney know, and we're happy to

4      give you five minutes, ten minutes to stand

5      up, walk around, get a drink of water, so

6      forth.

7          If you want to talk to your attorney,

8      that's also fine.  I'm just going to ask that

9      if there's a question pending or if you're in

10     the middle of an answer, that we complete that

11     response and then we can take a break.

12  A.  Okay.

13  Q.  Do you understand?

14  A.  Yes, I do.

15  Q.  Are you ready to start?

16  A.  Yes.

17  Q.  Mr. Garrison, what is the highest level of

18      education that you've completed?

19  A.  I have a master's degree.

20  Q.  So you went to college then?

21  A.  Yes.

22  Q.  And what -- where did you go to college?

23  A.  I went to Norwich University, the University

24      of Vermont and St. Michael's College.

25  Q.  Let's start with Norwich University.

```
                                                    Page 10
 1              What years did you attend Norwich?
 2    A.   1964 and 1965.
 3    Q.   And --
 4    A.   For one year.
 5    Q.   For one year.
 6              Is Norwich a military school?
 7    A.   It's a -- it is a military school, but it also
 8         has a nonmilitary component now.
 9    Q.   Okay.  And were -- was the nonmilitary
10         component existing when you attended?
11    A.   No.
12    Q.   Did you -- were you in the military at any
13         time?
14    A.   I continued in ROTC for -- well, for a total
15         of two-and-a-half years.  I had been sworn in
16         and so forth.
17    Q.   But you didn't serve in the military?
18    A.   I didn't complete, no.
19    Q.   Okay.  And you just testified that you
20         attended the University of Vermont; is that
21         correct?
22    A.   That's correct.
23    Q.   When did you attend the University of Vermont?
24    A.   1965 to 1969.
25    Q.   What did you study while you were there?
```

```
                                              Page 11

 1   A.   My major was philosophy with a minor in

 2        religion and art.

 3   Q.   And did you receive a degree?

 4   A.   Yes, I did.

 5   Q.   And what was that?

 6   A.   It was a Bachelor's of Arts.

 7   Q.   Bachelor of Arts.

 8             And you mentioned that you attended

 9        graduate school, as well.

10   A.   That's correct.

11   Q.   And where did you attend graduate school?

12   A.   St. Michael's College.

13   Q.   Did you receive a degree?

14   A.   I did.

15   Q.   And what was that in?

16   A.   It was a Master of Science in psychology.

17   Q.   Are you presently employed, Mr. Garrison?

18   A.   No.

19   Q.   Are you retired?

20   A.   Yes.

21   Q.   When did you retire?

22   A.   I retired 2010.

23   Q.   And where did you work before you retired?

24   A.   For 22 years I was a teacher at Mount Anthony

25        Union High School.
```

```
                                          Page 12
1    Q.  And what did you do when you were at Mount
2        Anthony Union School?
3    A.  I was a special education teacher primarily.
4    Q.  What type of courses did you teach as a high
5        school teacher?
6    A.  Well, I taught English, math, science,
7        history, social skills, study skills.
8    Q.  And what years were you employed by Mount
9        Anthony Union High School?
10   A.  From 1988 to the time of my retirement in
11       2010.
12   Q.  Where were you employed prior to Mount Anthony
13       Union High School?
14   A.  I was employed by a nonprofit agency in Los
15       Angeles, California, Indian Centers,
16       Incorporated, serving the native American
17       population in the county of Los Angeles.
18   Q.  What were your responsibilities in connection
19       with that job?
20   A.  Well, initially I -- I worked as a
21       psychologist, but because I had good
22       management and administrative skill, I ended
23       up doing mostly administrative work.
24   Q.  And how -- what years were you employed there?
25   A.  1964 to 19 -- no, excuse me -- 1984 to 1987.
```

Page 13

1    Q.   And did you live in Los Angeles during that

2         entire period?

3    A.   Yes.

4    Q.   Where were you employed prior to Indian

5         Service -- Indian Services?

6    A.   Los Angeles Indian Centers.

7              Prior to that, I served in a similar

8         capacity for a similar nonprofit serving

9         Native Americans in Boston.

10   Q.   What was the name of that organization?

11   A.   The Boston Indian Council.

12   Q.   And what years were that?

13   A.   That was 1978 to 1984.

14   Q.   And where were you employed prior to Boston

15        Indian Services?

16   A.   Boston Indian Council.

17   Q.   Excuse me.  Boston Indian Council.

18   A.   That's all right.

19             Prior to that I was in graduate school,

20        and prior to that I worked for a natural foods

21        corporation called Erewhon, E-r-e-w-h-o-n,

22        Erewhon, Incorporated, based in Boston.

23   Q.   Were you based in Boston during that time?

24   A.   Yes.

25   Q.   And what years did you work for Erewhon?

```
                                                 Page 14
 1    A.   1971 to 1974.
 2    Q.   And what were your responsibilities at
 3         Erewhon?
 4    A.   I ended up being the president and chief
 5         executive officer.
 6    Q.   Did you begin with Erewhon as the chief
 7         executive officer?
 8    A.   No, I did not.
 9    Q.   What was your starting role with Erewhon?
10    A.   Starting role I was a production worker and
11         then worked my way up to management.
12    Q.   What -- if you can, can you tell me what your
13         roles were progressively?
14    A.   Certainly.  So I worked in production for
15         about four months, and then I transitioned to
16         shipping and receiving, and a few months later
17         became head of the shipping and receiving
18         department.  And so after about a year of
19         doing those jobs, I was made general manager.
20         Then I became a vice-president, executive
21         vice-president and then president.
22    Q.   And what was your reason for leaving Erewhon?
23    A.   To go to graduate school.
24    Q.   And touching back on Boston Indian Council,
25         what was your reason for leaving Boston Indian
```

```
                                            Page 15
 1        Council?
 2    A.  Well, the main reason was it was time to move
 3        on.  I had been there five or six years, and I
 4        had done just about everything that I could do
 5        there, and it was time for me to find a
 6        different position.
 7    Q.  At which time you moved to Los Angeles Indian
 8        Centers; is that correct?
 9    A.  Yes.
10    Q.  And what was your reason for living Los
11        Angeles Indian Centers?
12    A.  My parents were getting older.  I'm originally
13        from Bennington, and they had continued to
14        live here.  And my time had come to an end at
15        the Los Angeles Indian Centers, and it was
16        time to come back here to be closer to my
17        parents.
18    Q.  And is it that point you joined Mount Anthony
19        Union High School?
20    A.  Shortly thereafter.
21    Q.  Are you familiar with Garrison Psychoeducation
22        Services?
23    A.  That's something that my brother put together,
24        yes.
25    Q.  Were you involved with that organization at
```

```
                                                 Page 16
 1        all?
 2   A.   No.
 3   Q.   Did you have any pro forma role with that
 4        organization?
 5   A.   Well, my brother had listed me as being a part
 6        of the organization, but I did not do any
 7        activity for the organization.
 8   Q.   Is that --
 9   A.   In fact -- in fact, my memory really isn't
10        very strong on the particulars regarding that.
11   Q.   Do you -- are you able to elaborate on what
12        that organization did?
13   A.   No, because that strictly was my brother.
14   Q.   Do you know if that organization is still an
15        active company?
16   A.   I don't know.
17   Q.   What is your current address, Mr. Garrison?
18   A.   19 Hillside Street in North Bennington.
19   Q.   Do you know whether your home at 19 Hillside
20        Street has also been known as 23 Hillside
21        Street?
22   A.   That's correct.
23   Q.   And has it also been known as 37 Hillside
24        Street?
25   A.   Not to my knowledge.
```

                                                    Page 17

1    Q.   Where did you live prior to your home at 19
2         Hillside Street?
3    A.   I lived in Cambridge, New York, for a year.
4    Q.   What were you doing in Cambridge?
5    A.   I was -- well, I was living there, and -- and
6         I was commuting to Mount Anthony Union High
7         School.
8    Q.   Understood.  And how -- you said that was for
9         one year?
10   A.   That's correct.
11   Q.   Do you recall what years those were, or what
12        year that was?
13   A.   Yes.  That was from the summer of '93 until
14        the end of May '94.
15   Q.   So would it be fair to say that you moved to
16        19 Hillside Street in May 1994?
17   A.   In June, yes.
18   Q.   In June.  And where did you live prior to
19        Cambridge, New York?
20   A.   I lived in Pownal, Vermont, on Northwest Hill
21        Road.
22   Q.   And what years were that -- were those?
23   A.   1992 to 1993.
24   Q.   And where did you live prior to Pownal,
25        Vermont?

1    A.   Well, prior to the particular house that I was

2         living in that I just mentioned, I also lived

3         further up Northwest Hill Road from 1988 to

4         1992.

5    Q.   And prior to that first home in North -- in --

6         on Hill Road --

7    A.   Northwest.

8    Q.   -- Northwest Hill Road --

9    A.   Yes.

10   Q.   -- were you living in Los Angeles?

11   A.   Yes.

12   Q.   You mentioned a few minutes ago that you are

13        from Bennington originally; is that correct?

14   A.   That's correct.  Not necessarily originally.

15        I said I grew up here.  Okay?  I was born in

16        New York City.

17   Q.   And when did you move to Bennington

18        originally?

19   A.   1949.

20   Q.   And so when did you move away from Bennington?

21             When you moved to -- how long did you

22        live in -- I withdraw the question.

23             You moved to Bennington in 1949; is that

24        correct?

25   A.   That's right.

Page 19

1    Q.   And how long did you live in Bennington?

2    A.   Until 1964 when I left Bennington for college.

3    Q.   Do you recall what your address was in

4         Bennington during the period 1949 to 1964?

5    A.   Well, there were several addresses.  The first

6         being on Silver Street for one year; and then

7         from about 1950 or so, give or take a year, we

8         were at 14 Monument Avenue in old Bennington.

9             And then about 19 -- let's see, about

10        1958, we moved down here to 204 Union Street,

11        and we stayed there until 1963 when my parents

12        bought a house on Imperial Avenue.  And, let's

13        see, that was -- I don't remember the actual

14        address.  And there we remained until I left

15        for college.

16   Q.   So in total can you estimate how long you have

17        lived in Bennington and North Bennington?

18            MS. JOSELSON:  Objection.

19   BY MR. WILLIAMS:

20   Q.   You can answer.

21   A.   I see.  Well, give me a moment or two while I

22        do the math in my head.

23            Approximately 28 years.

24   Q.   Thank you.

25            Let's talk about your current residence

```
                                            Page 20

 1        at 19 Hillside Street, if that's okay.

 2             Is that a single-family home?

 3   A.   It is.

 4   Q.   And do you know what the home construction is?

 5        Is it a, for example --

 6   A.   It's a wood frame.

 7   Q.   Wood frame.

 8             How many bedrooms are there?

 9   A.   Three.

10   Q.   And bathrooms?

11   A.   Two.

12   Q.   Two full bathrooms?

13   A.   One's a half bath.  Well, actually, excuse me.

14        Two full bathrooms because the second one has

15        a shower in it.  Yeah.

16   Q.   Do you know approximately how many square feet

17        your home has?

18   A.   Approximately 1800 to 2000 square feet.

19   Q.   What type of flooring does your home have?

20   A.   Wood flooring, except for ceramic flooring in

21        the bathrooms.

22   Q.   Has that been true for the entire time that

23        you've lived there?

24   A.   Yes.

25   Q.   What type of heating system do you use at your
```

```
                                                    Page 21
 1        home?
 2   A.   We have and use an oil furnace, but we also
 3        have a wood stove that we use very frequently
 4        in colder weather.
 5   Q.   Would the wood stove be used just to heat a
 6        single room?
 7   A.   No.  That can really heat the house.
 8   Q.   Is your home air conditioned?
 9   A.   No.
10   Q.   Do you use any system to cool your house?
11   A.   No.  Aside from fans.
12   Q.   Would those be celling fans?
13   A.   We have two ceiling fans.
14   Q.   Do you know when your home was built?
15   A.   Well, not exactly, but it appears on the local
16        map of 1835.  So it's -- so...
17   Q.   Do you have a reason to believe that the home
18        may have been built later or the -- that the
19        structure may have been built later?
20   A.   No, aside from the addition that was put on in
21        2007.
22   Q.   And what addition was that?
23   A.   That's an addition that my partner and I,
24        Kathy Griffith, built on to the structure I
25        had been living in, which about doubled the
```

Page 22

```
 1        size of the house.
 2   Q.   Can you describe in a little more detail what
 3        that addition was?
 4   A.   Yes.  It included a full basement, living
 5        room, screen porch, master bedroom, master
 6        bath, and there was additional window
 7        replacement in the old house, and the kitchen
 8        was rebuilt, and the downstairs bathroom, as
 9        well.
10   Q.   And when was this?
11   A.   2007.
12   Q.   Was construction commenced and completed in
13        2007?
14   A.   No.  Actually it commenced in the fall of 2006
15        and was completed in 2007.
16   Q.   And who performed that construction?
17   A.   MacDonald-Secor Corporation.
18   Q.   Was MacDonald-Secor responsible for the
19        design?
20   A.   Yes.
21   Q.   And they performed the construction
22        themselves?
23   A.   Yes.
24   Q.   Did you provide MacDonald-Secor any
25        specifications for what you wanted?
```

```
                                                    Page 23
 1    A.   Could you -- would you please say what
 2         specifications you're -- you might be
 3         considering?
 4    Q.   Sure.  Let me try to break that down a little
 5         bit.
 6              Did you tell MacDonald-Secor what rooms
 7         you wanted to add to your home?
 8    A.   Yes.
 9    Q.   Did you instruct them on the type of materials
10         that you wanted to use?
11    A.   Yes.
12    Q.   Did you approve the plans that they provided?
13    A.   Yes.
14    Q.   When did you purchase your property?
15    A.   June of 1994.
16    Q.   And did you start living in your home in 1994?
17    A.   I did.
18    Q.   Does anyone else live with you at 19 Hillside
19         Street?
20    A.   Yes.
21    Q.   And would that be Miss Griffith?
22    A.   Yes.
23    Q.   How long has Miss Griffith lived with you?
24    A.   11 years.
25    Q.   Has anyone else lived with you at 19 Hillside
```

```
                                        Page 24

 1      Street?

 2   A.   No.

 3   Q.   And you own your home; is that correct?

 4   A.   That's correct.

 5   Q.   And you acquired it by purchasing it, correct?

 6   A.   That's correct.

 7   Q.   Do you know who you acquired your home from?

 8   A.   The particular person who was the previous

 9        owner?

10   Q.   Correct.

11   A.   I don't remember her name.

12   Q.   So you didn't know her personally?

13   A.   No, I did not.

14   Q.   Did you know any of the prior owners?

15   A.   No.

16   Q.   Are you the sole owner, Mr. Garrison?

17   A.   No, both Kathleen and I co-own the house now.

18   Q.   Was title originally transferred to you only

19        when you purchased the property?

20   A.   Yes.

21   Q.   And so you subsequently transferred it to both

22        you and Ms. Griffith?

23   A.   That's correct.

24   Q.   Do you know what year that was?

25   A.   2007.
```

```
                                                 Page 25
 1    Q.   Do you recall how much you paid for your home
 2         in 1994?
 3    A.   Approximately $83,000.
 4    Q.   And how did you fund that purchase?
 5    A.   Primarily through a mortgage, although I did
 6         put down a modest down payment.
 7    Q.   Was your home appraised at that time?
 8    A.   I'm not sure.
 9              (Deposition Exhibit No. 1 was marked for
10         identification.)
11    Q.   Mr. Garrison, I'm handing you a document
12         that's been marked as Exhibit 1.
13    A.   Mm-hmm.
14    Q.   Could you take a look at it?
15    A.   Mm-hmm.
16    Q.   Give you a few moments to look it over -- few
17         moments to look it over.
18    A.   (Witness complying) Okay.
19    Q.   Do you recognize this document?
20    A.   I do.
21    Q.   What do you recognize it to be?
22    A.   Well, it looks like the mortgage agreement
23         from the time when I first purchased the
24         property.
25    Q.   So if you will look at the very bottom of that
```

```
                                            Page 26
 1       first page, do you see where it says the
 2       address of 23 Hillside Street?
 3   A.  Yes.
 4   Q.  That would be one of the addresses we
 5       discussed earlier.
 6   A.  That's right.
 7   Q.  And at the top it says:  Borrower owes lender
 8       the principal sum of 77,000 and no, slash,
 9       $100.
10           Do you see that?
11   A.  Yes.
12   Q.  Would that be the amount of your mortgage that
13       you took out?
14   A.  Yes.
15   Q.  So when you said approximately $83,000 your
16       purchase price, do you have any reason to
17       believe that it was 77,000, more or less?
18           MS. JOSELSON:  Objection.
19   A.  No.
20       BY MR. WILLIAMS:
21   Q.  Was there an additional mortgage that you took
22       out?
23   A.  No.  No.  I paid -- I paid -- my down payment
24       was about $6,000.
25   Q.  Okay.
```

Page 27

1    A.   That's why we end up --
2    Q.   That would be the difference then?
3    A.   Yes.
4    Q.   Thank you.
5              Have you ever refinanced your home, Mr.
6         Garrison?
7    A.   Yes.
8    Q.   Do you recall was that on multiple occasions
9         that you refinanced your home?
10   A.   It may have -- it was refinanced before the
11        addition was built to lower the -- take
12        advantage of lower interest rates.
13             My problem has been that the bank no
14        longer has records of these earlier
15        transactions, so I can't speak specifically
16        about them, until the time that we built the
17        addition.
18   Q.   Would you be able to recall approximately how
19        many times you refinanced your home?
20   A.   To the best of my knowledge, one or two times
21        prior to the addition.
22   Q.   Would it be consistent with your recollection
23        that you refinanced your home in 1999?
24   A.   I can't tell you one way or the other, but I
25        do believe that it was somewhere in that time

```
                                              Page 28
 1         period.
 2    Q.   Would you be able to recall why you would have
 3         refinanced your home at that time?
 4    A.   Again, to take advantage of a lower interest
 5         rate.
 6    Q.   And as you said, you refinanced your home in
 7         2006?
 8    A.   2007 with the addition, yes.
 9    Q.   And that was for the purpose of the addition?
10    A.   That's correct.
11    Q.   And that was also the time that you
12         transferred the property from yourself to you
13         and Ms. Griffith; is that correct?
14    A.   That's right.
15    Q.   Do you recall how much that refinancing was
16         for?
17    A.   Approximately for some $230,000.  Something in
18         that area.
19    Q.   Does 288 sound -- 288,000 sound --
20    A.   That would be with the additional amount of
21         money that I owed on the mortgage plus the
22         amount of the addition.
23    Q.   So in total it would have been --
24    A.   Yes.
25    Q.   -- 288,000?
```

```
                                              Page 29

 1    A.   Yes.   In that vicinity, yes.

 2    Q.   Have you paid off that mortgage?

 3    A.   No.

 4    Q.   And your home was apprised at that time; is

 5         that correct?

 6    A.   That's correct.

 7    Q.   Do you know what it was valued at?

 8    A.   $320,000.

 9    Q.   Do you believe that valuation was accurate at

10         that time?

11    A.   Yes.

12    Q.   Have you ever used your home as collateral for

13         a home equity line -- line of credit or loan?

14    A.   No.

15    Q.   Have you ever allowed others to use your home

16         as collateral for a loan?

17    A.   No.

18    Q.   Have you ever attempted to sell or lease your

19         property?

20    A.   No.

21    Q.   Have you ever listed it for sale?

22    A.   No.

23    Q.   Has a real estate sales agent or broker ever

24         given you an opinion as to the valuation of

25         your property?
```

```
                                        Page 30
 1    A.   No.  Let me just pause here for a minute.
 2              No.  No.  My answer is no.
 3              MS. JOSELSON:  Do you have any close
 4         trees?
 5         BY MR. WILLIAMS:
 6    Q.   Do you have any present plans to sell your
 7         home, Mr. Garrison?
 8    A.   Yes.
 9    Q.   Can you elaborate on that?
10    A.   Yes.  Going back -- first of all, the house
11         and the addition were -- was originally to be
12         our retirement home, but if at such a time we
13         needed to sell it, we would be willing to.
14         But then came the news of PFOA contamination,
15         and the state designated the whole area as an
16         area of contamination and -- so for many
17         reasons, we are now considering selling the
18         house at some point.
19    Q.   Have you spoken to a real estate agent or
20         broker?
21    A.   I have.
22    Q.   And when was that?
23    A.   That was a couple of months ago.
24    Q.   And what did you speak about?
25    A.   Just spoke in general terms about the real
```

Page 31

1        estate market.
2    Q.  Do you recall who you spoke to?
3    A.  I do.
4    Q.  And who was that?
5    A.  Suzy Yucht at Hoisington real estate.
6    Q.  That's Yucht?
7    A.  Yucht.
8            MR. SILVER:  Y-u-c-h-t.
9        BY MR. WILLIAMS:
10   Q.  And, I'm sorry, where does --
11   A.  Hoisington real estate agency here in
12       Bennington.
13   Q.  Did Ms. Yucht provide an opinion as to the
14       marketability of your home?
15   A.  No.
16   Q.  Did she provide an opinion as to the value of
17       your home?
18   A.  No.
19   Q.  And when you say you spoke in general terms
20       with Ms. Yucht, can you provide more content
21       to what you discussed?
22   A.  We spoke in general about the real estate
23       market in this area.
24   Q.  In your neighborhood specifically?
25   A.  Specifically in my neighborhood, but more

                                                      Page 32

1          generally in the entire area of Bennington and
2          North Bennington.
3      Q.   And what did she tell you?
4      A.   She told me that it's a variable market right
5          now.
6      Q.   What does that mean?
7      A.   Well, to me it meant that there was a wide
8          range of interest in the market and houses on
9          the market.
10     Q.   Did you understand that to mean that there's
11         some -- some areas there -- for some areas
12         there is more interest in purchase than other
13         areas?
14              MS. JOSELSON:  Objection.
15     BY MR. WILLIAMS.
16     Q.   You can answer.
17     A.   I'm not sure if I can actually offer an
18         opinion on that.
19              Can you say that another way, please?
20     Q.   Sure.  Let me try.
21              When you said -- when you stated that
22         there -- you understood there to be
23         variability in the market --
24     A.   Yes.
25     Q.   -- what did you understand the variability to

```
                                              Page 33
 1        be?
 2   A.   Well, I was in -- in particular interested in
 3        the impact of this being a zone of
 4        contamination and how that might affect the
 5        market.
 6   Q.   So was the variability whether PFOA had been
 7        detected at a property versus not detected at
 8        a property?
 9   A.   It was a more general conversation about the
10        impact of PFOA that might -- might have
11        included what you're just mentioning but may
12        have included other -- a -- a sense of the
13        impact of PFOA.
14   Q.   So was it your understanding that PFOA was the
15        driver of the variability, or were there other
16        factors that you discussed?
17            MS. JOSELSON:  Objection.
18        BY MR. WILLIAMS:
19   Q.   You can answer.
20            MS. JOSELSON:  You can answer.
21   A.   Yeah.  Say that again, please.
22        BY MR. WILLIAMS:
23   Q.   Sure.  Was it your understanding that PFOA was
24        the driver of that variability, or were there
25        other considerations that you discussed?
```

```
                                            Page 34
 1    A.   I don't know.

 2    Q.   You don't know because you don't recall?

 3    A.   I don't know because the real specifics of the

 4         conversation for me are -- I can't rely on

 5         them necessarily because it was a very quick

 6         visit for me to just get a very general sense.

 7    Q.   Have you spoken with Ms. Yucht again?

 8    A.   No.

 9    Q.   Have you taken any steps to put your home on

10         the market?

11    A.   No.

12    Q.   What circumstance would lead you to do so?

13    A.   From my point of view, there needs to be a

14         resolution of this particular case; there

15         needs to be a resolution regarding all of

16         the -- just very disruptive construction work

17         that's going -- going on all over town to put

18         in new waterlines, which in my case includes

19         work bordering my property.

20    Q.   Can you elaborate on what you mean by

21         resolution of this case?

22    A.   I think the whole area has been stigmatized by

23         the, first of all, it being a state identified

24         zone of contamination, as well as ongoing

25         litigation.  I think that if I was a potential
```

```
 1         buyer, I would want to see these things
 2         resolved at least, along with the
 3         construction, and so I think about that from
 4         the standpoint of a buyer, as well as the
 5         standpoint of a seller.  So I don't feel this
 6         is the best time to be putting my house on the
 7         market.
 8    Q.   What disclosure, if any, do you think you
 9         would have to make to a prospective buyer of
10         your home?
11    A.   Well, for one thing I would have to let them
12         know that the house is in a state identified
13         zone of contamination; that even though my
14         soil has not been tested, there have been
15         tests on soil around my house; and,
16         nevertheless, I do not feel totally confident
17         that the PFOA is out of my soil.  I would have
18         to let them know about that.
19    Q.   Do you understand the term zone of
20         contamination to be a term the state has used?
21    A.   Yes.
22    Q.   You testified also a few moments ago that you
23         would like the disruptive work all over town
24         to be resolved before you market your house;
25         is that correct?
```

Page 36

```
 1    A.   That's correct.
 2    Q.   Have your activities been disrupted by the
 3         work around town?
 4    A.   Yes.
 5    Q.   Can you describe what you mean by that?
 6    A.   Sure.  First of all, let's talk specifically
 7         about the work being performed on Park Street.
 8              My house is at the corner of Park Street
 9         and Hillside Street.  So from the first of
10         November through Christmas, there was a very,
11         very intensive activity, all kinds of heavy
12         equipment, front-end loaders, bulldozers,
13         various kinds of powered shovels and the like.
14              The first thing they needed to do was
15         blast rock ledge.  So a week of blasting took
16         place, followed by work that sometimes was as
17         much as 12 hours a day, six days a week.
18              So I couldn't really enjoy my property
19         outside or inside with the level of noise and
20         commotion that was going on.  Very large
21         trucks, dump trucks, hauling away potentially
22         contaminated material to disposal sites, that
23         kind of thing.
24              Park Street is also a recreation path, as
25         it were.  It's not a direct route.  It's
```

                                                              Page 37

1         mostly dirt.  And myself, Kathy, and many of

2         my neighbors and friends use it for

3         recreation.  That was disrupted during the

4         time, and we're anxiously looking forward to

5         what's going to happen in the spring and

6         summer.

7              So there's not been peace when the work

8         has been going on.  It's been stressful.  It's

9         been kind of hard to deal with frankly.  And

10        so even -- otherwise the disruption has been

11        for me not to be able to access other parts of

12        town, not to drive through them, not to go and

13        walk through them, because many of the actual

14        sites of digging are really recreation areas

15        where people walk a lot and bike a lot -- I

16        also bike -- as well as where -- the sites

17        where they're disposing of all of this debris,

18        too, because those are other sites throughout

19        the area.

20             THE WITNESS:  At this point I would like

21        to take a break and use the restroom, if

22        that's okay?

23             MR. WILLIAMS:  That's perfectly fine.

24        We'll take a --

25             THE VIDEOGRAPHER:  At 10:14 a.m. we're

```
                                                    Page 38
 1        going off the record.
 2             (Brief recess taken.)
 3             THE VIDEOGRAPHER:  At 10:26 a.m. we're
 4        coming back on the record.
 5             MR. WILLIAMS:  Are you ready to continue,
 6        Mr. Garrison?
 7             THE WITNESS:  I am.
 8        BY MR. WILLIAMS:
 9   Q.   Before our break we were discussing the
10        construction around town, correct?
11   A.   The -- the road construction; is that what
12        you're referring to?
13   Q.   Yes.
14   A.   Yes.
15   Q.   And that road construction is in connection
16        with remediation of PFOA.
17             Is that your understanding?
18   A.   Yes.  In fact, my understanding it's to
19        install water pipe.
20   Q.   Is it -- did you testify that this
21        construction has made it difficult for you to
22        access other parts of town?
23   A.   On occasion, yes.  Definitely.
24   Q.   Does it make it more difficult to access your
25        own property?
```

Page 39

1    A.   It has.

2    Q.   Can you elaborate on that?

3    A.   Well, they've blocked the roads off, except

4         for local traffic; but that, of course, is

5         dependent upon what particular piece of

6         construction equipment might be sitting in the

7         middle of the road at any one time.

8              So even though we have access to our

9         homes, with the construction equipment going

10        up and down the road and being parked in the

11        road, sometimes it's been difficult to access

12        my home.

13   Q.   Does it ever prevent you from accessing your

14        home?

15   A.   It prevents me from accessing it when I have

16        wanted it to -- wanted to.  And I've had to

17        wait, you know, a few minutes or a half an

18        hour in order to be able to get home.

19   Q.   And did you testify that it's -- makes it more

20        difficult for you to bike?

21   A.   Oh, yes, and walk.

22   Q.   Can you elaborate on that?

23   A.   Well, again, with the type of construction

24        that's been going on where they have literally

25        had to dig up a lot of dirt and road, you

```
                                                Page 40
 1          can -- sometimes even on foot you could not

 2          get around the construction work.

 3      Q.  Mr. Garrison, do you know where they are

 4          disposing of the material that they dig up?

 5      A.  I know of at least two places where they are

 6          doing that.

 7      Q.  And where are those places?

 8      A.  One on Silk Road, and the other on Airport

 9          Road.

10      Q.  For the location on Silk Road, where is that

11          in relation to your property?

12      A.  It's up the Walloomsac River a couple of

13          miles.

14      Q.  And the Airport Road site?

15      A.  That's about 4 miles from where I live.

16      Q.  Does the road work affect others in your

17          neighborhood to the same extent as it affects

18          you?

19      A.  Oh, yes, and in some cases more.

20      Q.  How would it affect others more?

21      A.  Well, as I said, I'm on the corner of Hillside

22          and Park, so I have access to my property up

23          Hillside Street.  Whereas some of my neighbors

24          on Park Street are at the mercy of whether the

25          construction is taking place on either side of
```

```
                                              Page 41
 1         their house or in front of it and whether or
 2         not the equipment is blocking the road.   Some
 3         have had to just stay in place for a period of
 4         time because of it.
 5    Q.   Do you believe that it affects others in the
 6         community to the same extent?
 7              MS. JOSELSON:   Objection.
 8    A.   I don't know.
 9         BY MR. WILLIAMS:
10    Q.   Do you know if it affects others in the zone
11         of contamination to the same extent it affects
12         you?
13              MS. JOSELSON:   Objection.
14         BY MR. WILLIAMS:
15    Q.   You can answer.
16    A.   I don't know for sure.   Commonsense does tell
17         me that they are affected.
18    Q.   Do you own any other real property besides
19         your home at 19 Hillside Street?
20    A.   No.
```

Page 42



Page 43



Page 44

8   Q.  Do you know approximately how large your

9       property is?

10  A.  Yes.

11  Q.  How -- how big is that?

12  A.  It's listed at .62 acres.

13  Q.  Do you believe that is an accurate number?

14  A.  Yes.

15          (Deposition Exhibit No. 2 was marked for

16      identification.)

17          THE WITNESS:  Thank you.

18      BY MR. WILLIAMS:

19  Q.  Give you a few moments to look at that

20      document.

21  A.  Mm-hmm.

22  Q.  Which we've marked as Exhibit 2.

23  A.  Mm-hmm. (Witness complying) Okay.

24  Q.  Do you recognize this document, Mr. Garrison?

25  A.  I do.

```
                                              Page 45
 1    Q.   What do you recognize it to be?
 2    A.   It's the appraisal that was done at the end of
 3         the addition, at the time the addition was
 4         built.
 5    Q.   Was that in 2007?
 6    A.   Yes.
 7    Q.   Would you please turn to the page -- you can
 8         see in the lower right-hand corner some
 9         numbers?
10    A.   Yes.
11    Q.   GAR sequentially numbered.  Please turn to the
12         page that's labeled GAR-0118.
13    A.   (Witness complying) Yes.
14    Q.   Are these photos of your home?
15    A.   Yes.
16    Q.   And looking at the top photo --
17    A.   Mm-hmm.
18    Q.   -- is that the front of your home?
19    A.   Yes, it is.
20    Q.   Is that your front yard?
21    A.   Yes.
22    Q.   What is the surface of your front yard
23         composed of?
24    A.   The surface?
25    Q.   Is it grass?
```

```
                                              Page 46
 1    A.   Yes.
 2    Q.   Has the landscaping depicted in this photo
 3         changed since it was taken?
 4    A.   The only thing that really has changed is
 5         there are bushes in the front and that
 6         certainly -- they've grown.  They were just
 7         put in when this photo was taken, so they --
 8         they're much larger.
 9    Q.   Do the bushes now obscure the front of your
10         home from the street?
11    A.   To some degree, yes.  Yes.
12    Q.   So is it fair to say they provide some privacy
13         for your home?
14    A.   Yes, they do.
15    Q.   Looking at the second photo on that page.
16    A.   (Witness complying)
17    Q.   What do you recognize that photo to be?
18    A.   That's the west side of the house.
19    Q.   Would that be from -- the view from Park Road?
20    A.   Park Street, yes.
21    Q.   Park Street?
22              And does that provide a view of your
23         backyard?
24    A.   No.
25    Q.   So we're just looking at the side of your
```

```
                                                    Page 47

 1        house then?
 2    A.  That's correct.
 3    Q.  Has the landscaping in this -- has the
 4        landscaping from this perspective changed --
 5    A.  No.
 6    Q.  -- since -- do you have a backyard, Mr.
 7        Garrison?
 8    A.  I do.
 9    Q.  And what is the surface of your backyard
10        composed of?
11    A.  Dirt.
12    Q.  Is there any grass?
13    A.  There's grass.  This is where I have a garden.
14    Q.  So is it a combination of dirt and grass then,
15        is it fair to say?
16    A.  Yes.
17    Q.  Is it predominantly dirt?
18            MS. JOSELSON:  Objection.
19        BY MR. WILLIAMS:
20    Q.  You can answer, if you can.
21    A.  No, it's not predominantly dirt.
22    Q.  Is it predominately grass?
23    A.  Yes.
24    Q.  Is this -- do you have any wooded sections of
25        your property?
```

```
                                            Page 48

 1     A.  No.

 2     Q.  Do you have trees on your property?

 3     A.  Yes.

 4     Q.  Can you estimate how many trees you have on

 5         your property?

 6     A.  I would say that there are at least 20 trees,

 7         20 deciduous trees.

 8     Q.  Are these full-grown trees?

 9     A.  Yes.

10     Q.  What is directly in front of your front yard?

11     A.  Hillside Street.

12     Q.  Is there a home on the other side of Hillside

13         Street?

14     A.  Yes.

15     Q.  And what's directly behind your property?

16     A.  The gardens.

17     Q.  And beyond that?

18     A.  A neighbor -- house.  Neighbor's house.

19         Mm-hmm.

20     Q.  And you testified that on the west side of

21         your property is Park Street?

22     A.  Yes.

23     Q.  On the east side is there a property?

24     A.  Yes, there is a property on the east side.

25     Q.  And is there a home on that property?
```

```
                                                    Page 49
 1    A.   Yes.

 2    Q.   Would you describe your land as flat?

 3    A.   Yes.

 4    Q.   Are there any slopes on your property?

 5    A.   There is a -- a slight slope from where the

 6         house -- from where the house is to where the

 7         garden is.

 8    Q.   Would you describe that slope as steep?

 9    A.   No.

10    Q.   Where do you get your water from, Mr.

11         Garrison?

12    A.   The village of North Bennington.  It's a

13         municipal supply.

14    Q.   Is the town your only source of water for your

15         home?

16    A.   Yes.

17    Q.   And how long has your home been connected to

18         town water?

19    A.   Well, it's been connected as long as I've

20         owned the property, and I imagine for some

21         time prior to that; but I don't know for sure.

22    Q.   Do you know whether there is a well, water

23         well on your property?

24    A.   I do not.

25    Q.   You've never seen one?
```

```
                                                    Page 50
 1    A.   No.
 2    Q.   Besides your home and the garden you just
 3         mentioned --
 4    A.   Mm-hmm.
 5    Q.   -- are there any other physical features on
 6         your property --
 7              MS. JOSELSON:  Objection.
 8         BY MR. WILLIAMS:
 9    Q.   -- that are notable -- notable?
10              MS. JOSELSON:  Objection.
11              You can answer.
12         BY MR. WILLIAMS:
13    Q.   You can answer.
14    A.   Yes.
15    Q.   Can you describe them, please?
16    A.   A garage and a small outbuilding, which may
17         have been an outhouse at one time, plus many
18         plantings of fruit trees, fruit bushes,
19         raspberries, blueberries, plus a variety of
20         ornamental plants and perennials.  I've
21         invested a considerable amount of money in the
22         landscaping of my property.
23    Q.   Did the garage exist on your property when you
24         purchased it?
25    A.   Yes.
```

```
                                            Page 51
 1    Q.  Did the outbuilding?
 2    A.  Mm-hmm.  Yes.
 3    Q.  Do you currently use your garage as a garage?
 4    A.  No.
 5    Q.  Do you use it as storage?
 6    A.  Yes.
 7    Q.  Is the outbuilding currently used for
 8        anything?
 9    A.  Storage.
10    Q.  Are the garage and the outbuilding insulated?
11    A.  No.
12    Q.  Are they wood structures?
13    A.  Yes.
14    Q.  Did you plant the fruit trees that are on your
15        property?
16    A.  Yes.
17    Q.  Are they full-grown?
18    A.  Well, let me back up a minute.  There are two
19        old, old apple trees that I did not plant on
20        the property still, but all the other fruit
21        trees I did plant, some going back to within a
22        year or two of when I purchased the property.
23        Others I've planted, in addition to the ones
24        that are there, since then, as recently even
25        as last year.
```

```
                                               Page 52
 1    Q.   What do you do with the fruit from those
 2         trees?
 3    A.   Well, if I'm able to get any fruit that the
 4         squirrels don't get and that have been able to
 5         be produced with our erratic springs, I, with
 6         the apples, usually make applesauce with
 7         those.
 8    Q.   Do you give away any of the fruit from your
 9         trees?
10    A.   No.
11    Q.   Do you sell any of the fruit from your trees?
12    A.   No.
13    Q.   Did you grow the fruit bushes that are on your
14         property?
15    A.   Yes.
16    Q.   What kind of fruit bushes are those?
17    A.   Raspberries and blueberries.
18    Q.   And what do you do with the fruit from those
19         bushes?
20    A.   Consume it.
21    Q.   Do you give any of them away -- any of the
22         fruit away?
23    A.   Not usually, no.
24    Q.   Do you sell any of the fruit?
25    A.   No.
```

```
                                              Page 53
 1    Q.   Can you tell me a bit about the ornamental
 2         plants that you have on your property?
 3    A.   Yes.  For example, I've put in a great variety
 4         of lilac bushes, many different varieties,
 5         colors and the like, have put in crabapple
 6         trees, have put in the viburnum out front
 7         and -- yeah, that's some of what I've done.
 8    Q.   And can you tell me about the perennials that
 9         you have on your property?
10    A.   Perennial plants?
11    Q.   Yes.
12    A.   Perennial plants, a variety of flowering
13         perennial plants.
14    Q.   And that would be different from the lilac
15         bushes that you --
16    A.   Yes.
17    Q.   -- just described?
18    A.   Yes.
19    Q.   You testified a moment ago about sporadic
20         spring and the -- the fruit that is produced
21         on your -- from your trees.
22              Do you find it difficult to grow these
23         plants on your property?
24              MS. JOSELSON:  Objection.
25    A.   A personal point of view?
```

```
                                              Page 54
 1        BY MR. WILLIAMS:
 2   Q.   Yes.
 3   A.   Given the environment it can be challenging.
 4        Not always but it can be.
 5   Q.   Are these plants thriving?
 6   A.   Yes.
 7   Q.   If you'll turn back to Exhibit 2, and turn the
 8        page from where we were.
 9   A.   (Witness complying) Mm-hmm.
10   Q.   So we are looking at the page with the Bates
11        No. GAR-0119.
12            Do you see that?
13   A.   Yes.  Mm-hmm.
14   Q.   And there are three photos on that page,
15        correct?
16   A.   Yes.
17   Q.   If you look at the top photo, what do you
18        recognize that?
19   A.   That's the garage.
20   Q.   And does the garage look any different from
21        now than it does in this picture?
22   A.   No.  Except for the pallets that are stacked
23        next to the garage.  Those are -- those were
24        repositioned shortly after that.
25   Q.   What do you use those pallets for?
```

```
                                              Page 55
 1   A.   Those have been used for stacking of wood.   I
 2        stack wood on them.
 3   Q.   What do you use that wood for?
 4   A.   Burning in the wood stove in the house.
 5   Q.   And where do you get the wood from?
 6   A.   Wood supplier.
 7   Q.   If you look at the second photo on that
 8        page --
 9   A.   Mm-hmm.
10   Q.   -- what do you recognize that to be?
11   A.   That's the backyard and garden.
12   Q.   Are those fruit bushes in that picture?
13   A.   Well, on the lower left that's an asparagus
14        patch.   Then moving farther up the picture,
15        there's a line -- a couple of beds of flowers.
16        Then beyond that are the actual vegetable
17        garden areas.   And then on the lower right,
18        there's part of another vegetable garden area
19        with fruit bushes on the left-hand side of the
20        photograph and on the right-hand of the
21        photograph that you really can't see very much
22        of.
23   Q.   So you also grow vegetables then?
24   A.   Yes.
25   Q.   Do you continue to grow vegetables?
```

                                                            Page 56

1    A.   Not as much as I did before learning of the

2         contamination.

3    Q.   What vegetables do you currently grow?

4    A.   Generally salad greens.

5    Q.   And what do you do with those salad greens?

6    A.   Consume them.

7    Q.   Do you give any of them away?

8    A.   No.

9    Q.   Do you sell any of them?

10   A.   No.

11   Q.   When you grew asparagus, did you -- what did

12        you do with that asparagus?

13   A.   Consumed it.

14   Q.   If you look at the bottom photograph on that

15        page --

16   A.   Mm-hmm.

17   Q.   -- what do you recognize that to be?

18   A.   Well, that's part of the north side of the

19        house and a deck that's attached.

20   Q.   Does that deck currently exist as it is

21        depicted in this photo?

22   A.   Yes.

23   Q.   And what do you use that deck for?

24   A.   Pleasure and recreation.

25   Q.   Do you ever entertain on the deck?

```
                                            Page 57
 1    A.   Occasionally, yes.
 2    Q.   Can you estimate how frequently you entertain?
 3              MS. JOSELSON:  Objection.
 4    A.   I would say infrequently.
 5         BY MR. WILLIAMS:
 6    Q.   In addition to the outbuilding and the garage,
 7         are there any other structures on the
 8         property?
 9    A.   No.
10    Q.   Do either the outbuilding or the garage have a
11         foundation?
12    A.   The garage, as far as I can tell, sits on a
13         cement pad, and the other building does not
14         have any kind of foundation, as far as I can
15         tell.
16    Q.   Does it have a dirt floor then?
17    A.   No.  It has a wooden floor.
18    Q.   Do you have a fence on your property?
19    A.   Yes.
20    Q.   And where does that fence run?
21    A.   That fence runs on the east side of the
22         property, the south side of the property, and
23         then I have deer netting on the west side of
24         the property.
25    Q.   Do you have a problem with deer?
```

Page 58

```
 1    A.   Yes.

 2    Q.   Does the netting keep them out?

 3    A.   Yes.

 4    Q.   Do you know when the fence was installed on

 5         your property?

 6    A.   Well, I installed the netting, but as far as

 7         the other sections of fencing that I referred

 8         to, I don't know.

 9    Q.   Did they preexist your --

10    A.   Yes.

11    Q.   -- acquisition?

12              Is your garden irrigated?

13    A.   No, not unless I water it myself.

14    Q.   And how frequently do you water it?

15    A.   Infrequently.

16    Q.   Would that be once a week?

17    A.   Well, it depends on the season.  I usually

18         do -- I need to do watering in the spring when

19         I'm initially seeding plants in or

20         transplanting plants.  But after that, because

21         I mulch, I rarely have to use water.

22    Q.   And when you do water, do you use water from

23         the town?

24    A.   Yes.

25    Q.   What months of the year do you have a garden?
```

```
                                          Page 59

 1    A.   Generally from April until November.

 2    Q.   Do you know what type of soil is beneath your

 3         home?

 4    A.   No.

 5    Q.   Do you know what type of foundation your home

 6         sits on?

 7    A.   Yes.

 8    Q.   What type is that?

 9    A.   The old section has a stone foundation, and

10         the -- the foundation and cellar under the

11         addition is concrete.

12    Q.   Do you have any utility lines that run beneath

13         your property?

14    A.   I don't know.

15    Q.   Would you look at Exhibit 2 again --

16    A.   Mm-hmm. (Witness complying)

17    Q.   -- and turn back two pages to -- Bates number

18         is GAR-0117?

19    A.   Yes.

20    Q.   Do you see that?

21    A.   Yes.

22    Q.   What do you recognize this to be?

23    A.   This is a basic floor plan of my house.

24    Q.   Has this floor plan changed since 2007?

25    A.   No.
```

Page 60

1    Q.  Do you have a pen?

2    A.  Yes.

3    Q.  Could you mark on your copy which sections of

4        that floor plan are part of the old

5        construction?

6    A.  Yes.  Want me to do that now?

7    Q.  Please.

8    A.  (Witness complying)

9    Q.  And you're currently marking the second floor

10       floor plan, correct?

11   A.  I am.  Okay.

12   Q.  So would it be fair to say that the old

13       construction covers what is currently labeled

14       dining room and kitchen?

15   A.  Yes.

16   Q.  And then the second -- on -- that would

17       correspond to the second floor one of the

18       bedrooms and a study, correct?

19   A.  Yes, even though the -- the room labeled study

20       is really a bedroom.

21   Q.  Do you have to pass through the study to reach

22       the bedroom?

23   A.  To -- to the room marked bedroom?

24   Q.  Correct.

25   A.  Yes.

```
                                            Page 61
 1    Q.   So the new addition, just to round that out,
 2         would include the room currently labeled
 3         living room; is that correct?
 4    A.   Yes.
 5    Q.   As well as screen porch and deck?
 6    A.   Yes.
 7    Q.   And that would correspond to the second floor,
 8         those rooms that are labeled master bedroom,
 9         master bath and hall, correct?
10    A.   That's correct.
11    Q.   Did you have to install a new set of stairs?
12    A.   Yes.
13    Q.   Are they in the same place that they were
14         prior to --
15    A.   No.
16    Q.   Where were the stairs before you
17         reinstalled -- before you installed them?
18    A.   The stairs -- the way I had them set up, the
19         stairs were -- the stairs go up into the new
20         addition in a northerly direction.  Whereas
21         the former stairs really went up in an
22         easterly direction into the area marked as
23         study.
24    Q.   So is it fair to say they ran perpendicular to
25         where the -- the stairs currently run?
```

```
                                                    Page 62
 1    A.   Yes.

 2    Q.   Thank you.

 3              Do you have a septic tank, Mr. Garrison?

 4    A.   A septic tank?  No.

 5    Q.   Are your sewage services provided by the city?

 6    A.   By the town, yes.

 7    Q.   By the town.

 8              And you have a basement; is that correct?

 9    A.   That's correct.

10    Q.   Did you install that basement?

11    A.   I -- there was a basement with the house when

12         I bought it; and then when we built the

13         addition, a full basement was put in under the

14         addition.

15    Q.   Did it expand the size of the basement?

16    A.   Oh, yes.

17    Q.   By how much would you estimate?

18    A.   I would say that it -- it more than doubled

19         the area.

20    Q.   Have you ever had to dig in your yard?

21              MS. JOSELSON:  Objection.

22    A.   Yes.

23         BY MR. WILLIAMS:

24    Q.   And when you dig, do you tend to hit roots?

25    A.   No.
```

```
                                                Page 63
 1    Q.  Do you hit rocks?
 2    A.  Yes.
 3    Q.  How often do you hit rocks?
 4    A.  Every time I dig.
 5    Q.  Can you estimate the size of the rocks that
 6        you will hit?
 7    A.  Yes.  Anywhere from rocks that might be 10
 8        inches diameter to those that are smaller.
 9    Q.  And have you been able to determine how deep
10        those rocks go?
11    A.  No.
12    Q.  So as far as you have dug, you continue to hit
13        rocks; is that correct?
14    A.  That's correct.
15    Q.  Given the age of your home, do you find that
16        you have to perform significant repairs or
17        improvements to the structure?
18            MS. JOSELSON:  Objection.
19    A.  Can you clarify that giving a period of time?
20        BY MR. WILLIAMS:
21    Q.  Sure.  Since your -- the construction in 2006,
22        do you find that your home requires more
23        physical upkeep than a newer home requires?
24            MS. JOSELSON:  Objection.
25    A.  Well, I don't have any knowledge of what a new
```

```
                                             Page 64
 1        home would require.  I just have to base my
 2        experience on my present home.
 3        BY MR. WILLIAMS:
 4   Q.   How frequently do you have to perform some
 5        repair to your home?
 6             MS. JOSELSON:  Objection.
 7             But you can answer.
 8   A.   From my experience, owning any kind of home,
 9        particularly my home presently, requires
10        ongoing maintenance.  I have to keep an eye to
11        what needs work.
12        BY MR. WILLIAMS:
13   Q.   When you say particularly your home, what do
14        you mean by that?
15   A.   I mean that's the home that I have experience
16        with.
17   Q.   Can you describe some of the repairs or
18        improvements you've made to the exterior of
19        your home since the 2006 construction?
20             MS. JOSELSON:  Objection.
21             But you can answer.
22   A.   The front porch was rebuilt a couple of years
23        back.  I've also had minor carpentry,
24        replacing some window screening supports and
25        other supports on the screen porch.  I've had
```

```
                                                   Page 65

  1          painting done.  Plus I've done, you know, that
  2          kind of work myself.
  3          BY MR. WILLIAMS:
  4    Q.    Was the work on the porch performed by you?
  5    A.    No.  Actually I had a carpenter do it.
  6    Q.    Do you recall who that was?
  7    A.    Larry Murray.
  8    Q.    What was the reason for that -- that work?
  9    A.    Well, that was a porch on the original house,
 10          and one corner of the house had degraded
 11          because the bricks that were holding up the
 12          support had given way, and there was some rot
 13          in that, and that had to all be rebuilt.
 14    Q.    Was that the porch that we were looking at in
 15          Exhibit 2?
 16    A.    I'm not sure which Exhibit 2 was, but that's
 17          the front porch.
 18    Q.    The -- the 2007 appraisal on page 0119 two
 19          pages past where you are.
 20    A.    Yeah.  No, not in that picture.  On 0118,
 21          front view of subject property.
 22    Q.    So it was the front porch that you had
 23          repaired?
 24    A.    Yes.
 25    Q.    Does this picture depict the porch as it was
```

Page 66

```
 1        repaired, or is this prior to the repair?
 2   A.   This is prior to the repair.
 3   Q.   Does the porch still appear as it's depicted
 4        in this photo?
 5   A.   Yes.
 6   Q.   And you testified a moment ago that you've had
 7        some minor carpentry work done?
 8   A.   Yes.
 9   Q.   Can you describe what kind of carpentry work
10        that is?
11   A.   Yes.  Specifically, as I said, it pertained to
12        the screen porch area, which is open to the
13        weather.  So there were some 2x4s that were
14        part of the framework that needed replacing,
15        as well as some of the wood holding in the
16        screening.
17   Q.   Was that work also performed by Mr. Murray?
18   A.   Yes, it was.
19   Q.   Was that performed at the same time?
20   A.   No.
21   Q.   How recently was that work performed?
22   A.   Last summer.
23   Q.   When you stated that you performed minor
24        repairs around the house --
25   A.   Yes.
```

```
                                          Page 67
 1    Q.   -- what types of repairs are you describing?
 2    A.   Well, for instance, like refinishing the deck
 3         and painting.  I do as much painting as I can.
 4         And let's see, what else would I include in
 5         that?
 6              Well, that basically covers it, yeah.
 7    Q.   Did you repaint the exterior of your house
 8         yourself?
 9    A.   No.
10    Q.   Have you repainted the exterior -- have --
11         have you had the exterior of your house
12         repainted?
13    A.   Well, let's take -- can we make that a couple
14         of questions --
15    Q.   Sure, we can.
16    A.   -- instead of just one complete answer --
17         question?
18    Q.   Since 2006 --
19    A.   Yes.
20    Q.   -- how many times have you had the exterior of
21         your house repainted?
22    A.   Once.
23    Q.   And when was that?
24    A.   2007.
25    Q.   And did you do that yourself?
```

Page 68

1    A.   No.

2    Q.   And who did that?

3    A.   Robert LaPorte.

4    Q.   Do you know how much the repairs to your porch

5         cost?

6    A.   Couple thousand.

7    Q.   And how did you finance that -- those repairs?

8    A.   Out of pocket.

9    Q.   And how much has the minor carpentry work

10        cost?

11   A.   Two or three hundred thou -- two or $300.

12   Q.   I might quibble with the minor description if

13        it cost a couple hundred thousand dollars.

14   A.   Right.

15   Q.   And the minor repairs, how much did those

16        cost?

17   A.   Oh, just, like I said, two or $300.

18   Q.   And you testified that you refinished the deck

19        yourself?

20   A.   Yeah.  A couple of times.

21   Q.   Can you describe what -- what you did?

22   A.   Yes.  I -- I cleaned the deck.  I used an

23        anti-mold mixture on it.  I pressure washed

24        it, and then I restained it.

25   Q.   And when was that?

```
                                                      Page 69
 1     A.   The last time was two years ago.
 2     Q.   How many times have you done that at your
 3          property?
 4     A.   Two, maybe three times since the addition was
 5          built.
 6     Q.   So since 2006?
 7     A.   Yes.
 8     Q.   So do you have to do that every two to
 9          three years?
10     A.   Yes.
11     Q.   Do you consider that regular upkeep?
12     A.   Yes.
13     Q.   Since the 2006 construction, what repairs or
14          improvements have you made to the interior?
15     A.   I painted the cellar walls of the new
16          addition, and that's about it.
17     Q.   When you refer to the cellar walls, are you
18          distinguishing that from the basement that
19          we've described?
20     A.   As I said, in the cellar that was constructed
21          during the addition work.
22     Q.   Are those two separate rooms?
23     A.   Well, they're not separate rooms in there's no
24          wall between them.
25     Q.   But you distinguish between --
```

```
                                                       Page 70
 1    A.   Yes.
 2    Q.   -- the two areas?
 3    A.   Because one has stone walls, and the other has
 4         concrete walls.
 5    Q.   Thank you.
 6    A.   And it's the concrete walls that I was
 7         painting.
 8    Q.   Thank you.
 9             In addition to painting the cellar walls,
10         have you performed any repairs or improvements
11         in -- in the house since 2006?
12    A.   I don't believe so.  To the best of my
13         knowledge, no.  There might be some
14         exceptions, but I don't think so.
15    Q.   Have you ever had to --
16    A.   Because at the time when the addition was
17         built, the interior of the house was painted,
18         as well.
19    Q.   In addition to painting the interior of the
20         house in 2006 during the construction, were
21         any of the existing rooms -- let me withdraw
22         that.
23             In 2006 during the construction, what
24         renovations were done to the existing rooms?
25    A.   The kitchen was rebuilt, as well as the
```

Page 71

1       bathroom that was off the kitchen and still is

2       off the kitchen; new windows were put in

3       throughout the old house; and insulation was

4       installed; the front door was repositioned

5       from entering the kitchen area to now entering

6       the dining room area.  And with the new

7       basement, when that construction was done,

8       there was a hatch entrance installed, as well,

9       to the basement.

10   Q.   Is that a hatch entrance from the outside?

11   A.   Yes.

12   Q.   Any other work?

13   A.   Not to my knowledge.

14          THE WITNESS:  I need to use the restroom

15       again.

16          MR. WILLIAMS:  Sure.

17          THE WITNESS:  Can I just take a quick

18       break?

19          MR. WILLIAMS:  Happy to take a break.

20          THE WITNESS:  Thank you.

21          THE VIDEOGRAPHER:  At 11 -- at 11:10

22       we're going off the record.

23          (Brief recess taken.)

24          (Deposition Exhibit No. 3 was marked for

25       identification.)

```
                                                   Page 72

 1              THE VIDEOGRAPHER:  At 11:16 we're back on

 2         the record.

 3              MR. WILLIAMS:  You ready to continue, Mr.

 4         Garrison?

 5              THE WITNESS:  I am.

 6         BY MR. WILLIAMS:

 7    Q.   I'm handing you a document that has been

 8         marked as Exhibit 3.

 9              Would you take a look at that?

10    A.   Mm-hmm. (Witness complying) Okay.

11    Q.   Do you recognize this document?

12    A.   I do.

13    Q.   What do you recognize it to be?

14    A.   A series of photographs that Kathleen took of

15         our house.

16    Q.   Do those photos show the interior of your

17         house?

18    A.   They do.

19    Q.   Do you know when they were taken?

20    A.   I can't give you a specific date, but sometime

21         in the last six months.

22    Q.   If you look at the first page that's --

23    A.   Mm-hmm.

24    Q.   -- labeled GAR-0124, what do you recognize

25         this photo to depict?
```

```
1    A.   It's a photograph of our kitchen with the
2         bathroom in -- in the back part.
3    Q.   And this room would have been rebuilt --
4    A.   Yes.
5    Q.   -- as you previously -- and when you -- when
6         you rebuilt it, did you put in new floors?
7    A.   Yes.
8    Q.   And these are wood floors, correct?
9    A.   Yes.
10   Q.   And you put in new cabinets?
11   A.   Yes.
12   Q.   And new appliances?
13   A.   Yes.
14   Q.   Did you put in new plumbing?
15   A.   Some new plumbing, yes.
16   Q.   Can you describe what new plumbing you put in?
17   A.   Basically it was to move the toilet from where
18        it had been in the old bathroom to where it is
19        presently located, to take out the plumbing
20        that was for a bathtub that was in the old
21        bathroom and then install new plumbing for the
22        new shower that was put in and sink, as well.
23   Q.   The sink in the bathroom?
24   A.   Yes.
25   Q.   Did you change any of the plumbing in the
```

Page 74

```
 1      kitchen proper?

 2  A.  No.

 3  Q.  If you turn to the next page, it's the page

 4      labeled 0215.

 5  A.  Mm-hmm.  (Witness complying)

 6  Q.  Is this the bathroom that is off the kitchen?

 7  A.  Yes.

 8  Q.  And when you rebuilt this bathroom, did you

 9      put in new flooring?

10  A.  Yes.

11  Q.  And this is ceramic tile?

12  A.  Yes.

13  Q.  And is that a space heater off to the side?

14  A.  No.  That's baseboard heat that runs

15      throughout the house.

16          MS. JOSELSON:  Sorry.

17          THE VIDEOGRAPHER:  Thank you.

18      BY MR. WILLIAMS:

19  Q.  If you turn to the next page --

20  A.  Mm-hmm.

21  Q.  -- labeled 0216?

22  A.  Mm-hmm.  (Witness complying)

23  Q.  What does this photo depict?

24  A.  The dining room.

25  Q.  And I -- is that a -- that's a couch in the
```

```
                                           Page 75

 1        background, correct?
 2   A.   It is.
 3   Q.   Do you use your dining room for -- as a family
 4        room, as well?
 5   A.   Not so much.  That couch -- actually love seat
 6        was moved there because actually these photos
 7        were taken around Christmastime, and where we
 8        put the Christmas tree in the living room,
 9        made it necessary for us to move the love seat
10        there temporarily.
11   Q.   So the love seat is normally in the living
12        room?
13   A.   That's correct.
14   Q.   And is this a support beam at the top of the
15        photo?
16   A.   Yes.  These are beams from the original house
17        that are exposed.
18   Q.   Did you expose these beams as part of the
19        construction in 2006?
20   A.   No.
21   Q.   So they -- they were visible when you
22        purchased the property?
23   A.   Yes.
24   Q.   If you turn the page to the page labeled 0217.
25   A.   (Witness complying)
```

```
                                            Page 76
 1    Q.  These are the stairs leading to the second
 2        floor; is that correct?
 3    A.  Yes.
 4    Q.  And did you salvage any of the stairs, any of
 5        the wood from the stairs that preexisted the
 6        2006 construction?
 7    A.  No.
 8    Q.  So this is all new material?
 9    A.  Yes.
10    Q.  If you turn the page again, the page labeled
11        0218.
12    A.  (Witness complying)
13    Q.  What does this photo depict?
14    A.  That's part of the master bathroom facing --
15        with the photograph facing north.
16    Q.  And this is part of the new construction; is
17        that right?
18    A.  Yes, it is.
19    Q.  And this is a wood floor?
20    A.  Yes.
21    Q.  Turn the page again.  This is the page labeled
22        0219.
23    A.  (Witness complying)
24    Q.  What does this photo depict?
25    A.  Part of the bathroom, master bathroom.
```

```
                                              Page 77
 1   Q.  And again, that's ceramic tile on the floor?
 2   A.  Yes, it is.
 3   Q.  And this was all new construction?
 4   A.  Yes.
 5   Q.  Do you have a tub in the master bath?
 6   A.  Yes.
 7   Q.  And where would the tub be --
 8   A.  You can see a little bit of the tub.  It's --
 9       it's an old clawfoot tub, and that's just a
10       little bit of it there.
11   Q.  On the right side?
12   A.  On the right side, yes.
13   Q.  And where would the sink be in relation to --
14   A.  On the left-hand side.
15           MS. JOSELSON:  Bill, I'll just tell you
16       that for Beth's sake, wait until Nathan
17       finishes his question --
18           THE WITNESS:  Oh, okay.
19           MS. JOSELSON:  -- until you answer.
20           THE WITNESS:  Thank you.
21           MS. JOSELSON:  It will just be easier for
22       her.
23           THE WITNESS:  Thank you.
24       BY MR. WILLIAMS:
25   Q.  If you turn the page again, it's the page
```

Page 78

```
 1        labeled 0220.
 2   A.   (Witness complying)
 3   Q.   What does this photo depict?
 4   A.   That's an additional bedroom on the west side
 5        of the house.
 6   Q.   And is this part of the original construction?
 7   A.   Yes.
 8   Q.   And that's a wood floor, as well?
 9   A.   Yes, it is.
10   Q.   Is that the original flooring?
11   A.   Yes.  Original?
12   Q.   Excuse me.  Let me rephrase that.
13             Is -- did that flooring predate the 2006
14        construction?
15   A.   Yes.
16   Q.   Have you done anything to the flooring to
17        refinish it?
18   A.   Yes.  In fact, when I bought the house, it was
19        covered with carpet, and we pulled the carpet
20        off and had the flooring refinished.
21   Q.   When did you pull the carpeting up?
22   A.   In the summer of 1994.
23   Q.   So pretty soon after you moved in?
24   A.   Yes.
25   Q.   Were any other rooms in the house carpeted
```

```
 1        when you moved in?
 2   A.   Yes.  The other small bedroom indicated as a
 3        study, that also had --
 4   Q.   Was the first floor carpeted?
 5   A.   No.
 6   Q.   If you turn the page again to the page labeled
 7        0221.
 8             Do you see that?
 9   A.   (Witness complying) Mm-hmm.
10   Q.   What room -- what does that photo depict?
11   A.   Well, that's the study, slash, other bathroom.
12   Q.   And this flooring predates the 2006
13        construction, as well?
14   A.   Yes.
15   Q.   Are there any other furnishings in that room?
16   A.   Yes.  There's a scroll top desk.
17   Q.   And that's not in -- in view, correct?
18   A.   That's not in view.
19   Q.   If you turn the page again to the one labeled
20        0222?
21   A.   (Witness complying) Mm-hmm.
22   Q.   What does this photo depict?
23   A.   This is the sink in the master bath.
24   Q.   And just you -- we -- you can orient us
25        relative to the prior photo of the master
```

```
                                              Page 80
 1        bath --
 2   A.   Yes.
 3   Q.   -- is this sort of to the left of that photo?
 4   A.   Yes, it is.
 5   Q.   And is that Kathy in -- reflected in the --
 6   A.   Yes.  Your official photographer.
 7   Q.   And is -- what is the surface of the
 8        countertop?
 9   A.   That's marble.
10   Q.   If you turn the page again to the one labeled
11        0223?
12   A.   (Witness complying) Mm-hmm.
13   Q.   What does that photo depict?
14   A.   Living room.
15   Q.   And is this part of the original construction?
16   A.   No.  This is part of the addition.
17   Q.   And where do those doors in the background
18        lead?
19   A.   Those doors lead to the screen porch.
20   Q.   And this flooring was installed in 2006,
21        correct?
22   A.   Yes.
23   Q.   Is -- and you testified earlier that you use
24        ceiling fans to cool some of the rooms; is
25        that correct?
```

```
                                            Page 81

 1    A.   That's correct.

 2    Q.   And this is one of those rooms that you cool?

 3    A.   Yes.

 4    Q.   Which other room do you have a ceiling --

 5    A.   The master bedroom.

 6    Q.   Any other rooms?

 7    A.   No.

 8    Q.   If you turn the page to the one labeled 0224?

 9    A.   (Witness complying)

10    Q.   Is this another angle of that same room?

11    A.   Yes.

12    Q.   And is that the wood stove you referred to --

13    A.   Yes, it is.

14    Q.   -- earlier?

15             How often do you use your wood stove?

16    A.   In the wintertime, daily.

17    Q.   Do you use it at the same time as the other

18         heat -- heating system you use?

19    A.   No.

20    Q.   You use one or the other at any given time?

21    A.   Yes.  Although, more specifically, I adjust

22         the thermostat in different zones so that when

23         the wood stove dies down at night, if it gets

24         too cold, the other heat automatically kicks

25         on.
```

1   Q.   And do you see the stairs in the background of
2        this photo?
3   A.   Yes.
4   Q.   Where do those stairs lead?
5   A.   Into the dining room.
6   Q.   If you turn the page again to the one labeled
7        0225?
8   A.   (Witness complying)
9   Q.   Is this again another angle of the living
10       room?
11  A.   It is.
12  Q.   And the window about the middle of the photo
13       slightly to the right, what is that looking
14       out on?
15  A.   The deck.
16  Q.   That's the back deck; is that correct?
17  A.   Yes.
18  Q.   Turn the photo -- turn the page once again.
19  A.   (Witness complying) Mm-hmm.
20  Q.   This is the one labeled 0226.
21            Where do these doors lead?
22  A.   To the screen porch.
23  Q.   And we saw those in a prior photo?
24  A.   We did.
25  Q.   If you turn the page once more.

```
                                                    Page 83
 1    A.   (Witness complying)
 2    Q.   This is page labeled 0227.
 3              Is -- is this another photo of your
 4         dining room?
 5    A.   Yes.
 6    Q.   And the door on the left-hand side of the
 7         photo, where does that lead?
 8    A.   That leads to the original front porch which
 9         has been, prior to me buying the place,
10         enclosed and insulated.
11    Q.   Okay.  And the door to the -- on the right
12         side of the photo, where does that lead?
13    A.   That leads to the front porch.  That was --
14         that's the new positioning of the front door
15         that I referred to earlier.
16    Q.   And so the front door leads into that porch?
17    A.   It leads to the front porch, the porch at the
18         front of the house.  Not this other enclosed
19         porch, which we also call sunroom.
20    Q.   Understood.  Turn the page once more.
21    A.   (Witness complying)
22    Q.   This is the page labeled 0228.
23    A.   Mm-hmm.
24    Q.   Is this another angle of the dining room?
25    A.   It is.
```

Page 84

1    Q.   And are those the stairs leading up to the

2         second floor?

3    A.   Yes.

4    Q.   And we have another view of the exposed

5         support beams; is that correct?

6    A.   Yes.

7    Q.   If you turn the page again.

8    A.   Mm-hmm.  (Witness complying)

9    Q.   This is the page labeled 0229.

10   A.   Mm-hmm.

11   Q.   What room is this shown here?

12   A.   That's the enclosed sun porch.

13   Q.   And do you store your outdoor plants here

14        during the winter?

15   A.   No.   This is where there are a number of house

16        plants.

17   Q.   So do these plants stay here --

18   A.   Year-round.

19   Q.   -- throughout the year?

20   A.   That's right.   And with some exceptions.   It

21        may be taken outside during the summer, but

22        yes.

23   Q.   Turn the page again.   This one is labeled

24        0230.

25   A.   (Witness complying) Mm-hmm.

```
                                            Page 85
 1    Q.   Is this another view of the sun porch?

 2    A.   Yes.

 3    Q.   And is that a space heater on the lower

 4         right-hand side?

 5    A.   It is a space heater, portable space heater.

 6    Q.   Do you -- does your heating system require

 7         additional heat source?

 8    A.   For this porch.  Because of the way the

 9         baseboard heat is run into it, there are a

10         couple of spots that can freeze when the

11         temperature is below zero.  So that's just

12         some backup.  If we know it's going to be

13         cold, we keep it on to be on the safe side.

14    Q.   Turn the page once more.

15    A.   (Witness complying) Mm-hmm.

16    Q.   And this one is labeled 0231.

17              What do you recognize this photo to be?

18    A.   This is the cellar portion of the new

19         addition.

20    Q.   And do you use this portion as storage?

21    A.   Yes.

22    Q.   What kind of storage do you -- what do you

23         store -- store there?

24    A.   Well, part of my library is still in storage

25         there.  I'm in the process of sorting through
```

```
                                               Page 86
 1         a lot of these things and -- and in the
 2         process of reconfiguring the whole situation
 3         down there.
 4               But also, you'll see in the distance
 5         some -- some potatoes being stored.
 6    Q.   Do you store -- do you typically store your
 7         produce?
 8    A.   Yes.
 9    Q.   Is this a heated basement?
10    A.   There's no direct heat in the basement.
11    Q.   So any heat would be ambient from the other
12         parts of the house?
13    A.   Yes.
14    Q.   And when you said that part of your library is
15         down here, you're referring to a book library?
16    A.   Yes.
17    Q.   If you turn the page, it's the one labeled
18         0232?
19    A.   (Witness complying) Mm-hmm.
20    Q.   Is this another portion of the basement?
21    A.   Yes.
22    Q.   And is this the original construction -- the
23         portion of this basement that was part of the
24         original construction?
25    A.   Mostly, yes.
```

```
                                             Page 87
 1    Q.   Are the two portions of the basement on
 2         different levels?
 3    A.   Yes.
 4    Q.   And is the portion that is the old
 5         construction higher than the new construction?
 6    A.   It is.
 7    Q.   And are these your washing machines?
 8    A.   Washer and dryer.
 9    Q.   Washer and dryer.  Do you hang-dry you're
10         clothes at all?
11    A.   Not usually, no.
12    Q.   Turn the page again to the one labeled 0233.
13    A.   (Witness complying)
14    Q.   What does this photo depict?
15    A.   Okay.  Your question?
16    Q.   What does this photo depict?
17    A.   That depicts our furnace in the old portion of
18         the cellar.
19    Q.   The furnace being in the background?
20    A.   In the background is the oil tank.
21    Q.   The oil tank.
22    A.   And the hot water heater.
23    Q.   So the -- the mechanism in the foreground,
24         that's part of your heater?
25    A.   Yes, that's the furnace itself.
```

```
                                        Page 88
 1   Q.   The furnace.
 2             Do you store chemicals in your basement,
 3        as well?
 4             MS. JOSELSON:   Objection.
 5   A.   Paint.
 6             MS. JOSELSON:   I objected.
 7             But you can answer.
 8   A.   Yeah.  If paint is considered is a chemical,
 9        then yes.
10        BY MR. WILLIAMS:
11   Q.   If you turn the page.
12   A.   Mm-hmm. (Witness complying)
13   Q.   It's the one labeled 0234.
14             Do you know what that photo depicts?
15   A.   Yes.  That's the shower in the downstairs
16        bathroom.
17   Q.   That's off the kitchen?
18   A.   That's correct.
19   Q.   If you turn the page again.
20   A.   (Witness complying)
21   Q.   This one's labeled 0235.
22             What is depicted in this photo?
23   A.   This is a photograph from the master bedroom
24        down the hall to the other smaller bedroom,
25        slash, study.
```

```
                                              Page 89

 1    Q.  Okay.

 2    A.  And the stairway, as well.

 3    Q.  So this closest that we're -- excuse me.  Let

 4        me withdraw that.

 5            The -- is the door that is depicted on

 6        the left side of the photo to a closet?

 7    A.  It is.

 8    Q.  Which is in the master bedroom?

 9    A.  Correct.

10    Q.  Turn the page again to the one labeled 0236.

11    A.  (Witness complying) Mm-hmm.

12    Q.  What's this photo depict?

13    A.  This is in the west -- westerly bedroom in the

14        old addition, and it depicts a bureau and a

15        doorway into a closet.

16    Q.  And is that closet closed with an accordion

17        door?

18    A.  Yes.

19    Q.  And this is the room that you currently use as

20        a bedroom?

21    A.  That's correct.

22    Q.  Not the study?

23    A.  That's correct.

24    Q.  Turn the page again to the one labeled 0237.

25    A.  (Witness complying)
```

```
                                              Page 90
 1   Q.   Is that another photo of that same room?
 2   A.   It is.
 3   Q.   And is that shelf on the right side built into
 4        the wall?
 5   A.   It is.
 6   Q.   And was that part of the original
 7        construction?
 8   A.   Yes.  Well, that was part of the
 9        construction -- that was part of the house
10        when I bought it originally.
11   Q.   Turn the page one last time.
12   A.   (Witness complying)
13   Q.   And this one is labeled 0238.
14            What does this photo depict?
15   A.   This is a photo of the door in the kitchen
16        that leads to the deck.  It faces north.
17   Q.   And this leads from the living room; is
18        that --
19   A.   From the kitchen.
20   Q.   From the kitchen.
21   A.   Mm-hmm.
22   Q.   Thank you.
23            Mr. Garrison, do you know how many homes
24        in your neighborhood have wood stoves?
25   A.   I do not.
```

1   Q.   Do you know if that's a typical feature of

2        homes in your neighborhood?

3             MS. JOSELSON:  Objection.

4   A.   I can't really say if it's typical or not.

5        BY MR. WILLIAMS:

6   Q.   Do you know of other homes that have wood

7        stoves in your neighborhood?

8   A.   I do.

9   Q.   Do you know how many homes?

10            MS. JOSELSON:  Objection.

11  A.   No, I don't.

12            MR. WILLIAMS:  How much time do we have

13       left?

14            THE VIDEOGRAPHER:  About eight minutes.

15            MR. WILLIAMS:  I think now is a good

16       time.

17            THE VIDEOGRAPHER:  Okay.  Fair enough.

18            At 11 -- at 11:37 a.m., we are now

19       reaching the end of Media Unit 1 with our

20       deposition of Gordon Garrison, and we're going

21       off the record.

22            (Lunch recess taken.)

23            THE VIDEOGRAPHER:  At 12:45 p.m. we're

24       coming back on the record now beginning Media

25       Unit No. 2 of our deposition with Gordon

```
                                                    Page 92
 1        Garrison.

 2             We're on the record.

 3             MR. WILLIAMS:  Are you ready to continue,

 4        Mr. Garrison?

 5             THE WITNESS:  I am.

 6        BY MR. WILLIAMS:

 7   Q.   I just want to ask a few questions on some

 8        topics that we've already covered just to

 9        round out my understanding.

10             You testified earlier that you used the

11        garage and the outbuilding on your property

12        for storage, correct?

13   A.   That's correct.

14   Q.   What do you store in those buildings?

15   A.   Well, in the garage is the second part of my

16        library, and I also store my power equipment

17        in there.

18   Q.   What kind of power equipment do you store?

19   A.   Two rototillers and one lawnmower.
```

█   █   ████████████████████████████████████

█      ███████

█   █   █████████████████

█   █   ██████████████████████

█   █   ███████

█   █   ███████████████

Page 93

14   Q.   Is the sun porch insulated at your home?

15   A.   Yes.

16   Q.   What is it insulated with?

17   A.   I don't know.

18   Q.   Was it -- was that insulation added during the

19        new construction in 2006?

20   A.   No.

21   Q.   Would it be the same insulation that existed

22        at the time you purchased the property?

23   A.   Yes.

24   Q.   You also testified that you met with Ms. Yucht

25        a couple months ago, correct?

```
                                              Page 94
 1    A.   Yes.
 2    Q.   What triggered that meeting with Ms. Yucht?
 3    A.   Well, what basically triggered the meeting was
 4         simply that I feel my property is
 5         contaminated, and that at some point in the
 6         future, unlike our plans to use that as our
 7         retirement home, we had invested in it as a
 8         retirement home for both of us when we came to
 9         retire, that we will need to look elsewhere at
10         some point.  And I wanted to begin to get a
11         sense of the market.
12    Q.   Did something change between when you joined
13         this litigation and when you had that meeting
14         that caused you to reach out to Ms. Yucht?
15    A.   No.
16              MS. JOSELSON:  Objection.
17         BY MR. WILLIAMS:
18    Q.   Did you learn something in that time period
19         that caused you to reach out to Ms. Yucht?
20    A.   No.
21    Q.   We talked about the renovations to your home
22         that have -- that happened in 2006, and the
23         repairs since that time.
24              Were there any renovations between 1994
25         and 2016?
```

```
                                          Page 95

 1    A.   No.

 2    Q.   So would you -- is it fair to say that your

 3         home was in basically the same condition

 4         between 1994 and 2006?

 5    A.   No.

 6    Q.   Can you elaborate on --

 7    A.   Yes.

 8    Q.   -- what that difference would be?

 9    A.   Yes.

10              Your prior question before this last one

11         was what; do you recall?

12    Q.   Having met with Ms. Yucht.

13    A.   Yes.  No, beyond that.  There was another one.

14    Q.   The sun porch?

15              MS. JOSELSON:  Home in the same

16         condition?

17              THE WITNESS:  Something like that.

18              MR. WILLIAMS:  Oh, I see.

19    A.   Because you asked if any other renovation had

20         been done, I believe, and I answered, no,

21         there were no renovations, per se.  Although I

22         did have a roof put on, and that was -- and

23         then myself and a friend of mine painted the

24         house.

25         //
```

```
                                                      Page 96
 1        BY MR. WILLIAMS:
 2    Q.  Is that -- are those two items the only work
 3        that you did on your home between '94 and
 4        2006?
 5    A.  Refinished the deck and -- to the best of my
 6        knowledge, yes.
 7    Q.  Thank you.
 8            We also discussed the construction on --
 9        in your neighborhood that is currently going
10        on, and you testified that the -- that that
11        construction is in connection with waterline
12        connections; is that correct?
13    A.  That's right.
14    Q.  Can you elaborate on your understanding of
15        what the goal of that construction is?
16    A.  Yes, I can.
17    Q.  Would you please elaborate on --
18    A.  Yes.
19    Q.  -- on that?
20    A.  The goal of that is essentially to connect
21        people who have been on wells, particularly
22        those wells that have been deemed
23        contaminated, to hook them up to the municipal
24        water supply so they no longer have to deal
25        with a well.
```

```
                                        Page 97
1   Q.  Do you know if a result of this construction
2       is to connect homes in your neighborhood to
3       municipal water?
4           MS. JOSELSON:  Objection.
5       BY MR. WILLIAMS:
6   Q.  You can answer.
7   A.  It's my belief that's the purpose, yes.
8   Q.  Do you know how many homes in your
9       neighborhood rely on a well?
10          MS. JOSELSON:  Objection.
11  A.  No.
12      BY MR. WILLIAMS:
13  Q.  Do you know how many homes on your street rely
14      on a well?
15  A.  No.
16  Q.  Do you know whether any homes on your street
17      rely on a well?
18  A.  When you say your street, which street are you
19      referring to?
20  Q.  Hillside.
21  A.  I don't know.
22  Q.  What about Park?
23  A.  I know of one neighbor who has a well.
24  Q.  How far away from your home is that?
25  A.  That's about half a mile away.
```

```
1   Q.   And as far as you know, has your home always
2        relied on municipal water?
3   A.   I can only speak for the time that I've been
4        there, and the answer is yes.
5   Q.   Do you have homeowners insurance, Mr.
6        Garrison?
7   A.   Yes, I do.
8   Q.   How many policies do you have?
9   A.   One policy.
10  Q.   And who is your insurer?
11  A.   Maine Mutual Insurance.
12            (Deposition Exhibit No. 4 was marked for
13       identification.)
14  Q.   Mr. Garrison, you've been handed what is --
15       has been labeled Exhibit 4.
16            Would you take a moment to look at that
17       document?
18  A.   (Witness complying) Mm-hmm.
19  Q.   Do you recognize this --
20  A.   Yes.  Yes, I do.
21  Q.   You recognize this document?
22  A.   Yes, I do.
23  Q.   What do you recognize it to be?
24  A.   This is a copy of our homeowners insurance
25       policy.
```

Page 99

1    Q.   Is this your current policy?

2    A.   Yes.

3    Q.   And it -- it's been -- it's effective from

4         June 2017 through June of this year, correct?

5    A.   That's correct.

6    Q.   If you look under section 1, property

7         coverage, you can see there are four items

8         listed there?

9    A.   Mm-hmm.

10   Q.   The first one is dwelling.

11             Do you see that?

12   A.   Yes, I do.

13   Q.   And you have under a -- a column for coverage,

14        it's listed $325,000, correct?

15   A.   That's correct.

16   Q.   Where did that number come from?

17   A.   Well, as I recollect, when we originally took

18        this particular policy out, it had to do with

19        not only what the property had been assessed

20        at, but what I considered the property to be

21        worth, and so that went into my thinking to

22        arrive at this figure for coverage.

23   Q.   And so that's a number that you gave to the

24        insurance company, correct?

25   A.   Yes.

```
                                              Page 100

 1    Q.   In prior -- in -- did you have a policy
 2         last -- last year?
 3    A.   Before this one?
 4    Q.   Yes.
 5    A.   Yes.
 6    Q.   And was the coverage amount the same?
 7    A.   Yes.
 8    Q.   Does it ever -- or has it ever been lower?
 9    A.   Since the addition was put on, no.
10    Q.   It's been roughly the same that entire time?
11    A.   Yes.
12    Q.   The second line says other structures.
13              Do you see that?
14    A.   Yes, I do.
15    Q.   And you have a coverage amount of $32,500?
16    A.   Yes.
17    Q.   What does that cover?
18    A.   The garage and that other outbuilding I
19         mentioned.
20    Q.   Any other structures?
21    A.   No.
22    Q.   Do you identify your home as being part of a
23         neighborhood?
24    A.   Yes.
25    Q.   Does your neighborhood have a name?
```

Page 101

1    A.   No.

2    Q.   Informally?

3    A.   Not really.

4    Q.   How many -- approximately how many other homes

5         are on your street, Hillside?

6    A.   Six or seven.

7    Q.   And when you consider your home to be part of

8         a neighborhood, what do you consider roughly

9         the boundaries of that neighborhood to be?

10            MS. JOSELSON:   Objection.

11            You can answer.

12   A.   Oh, I would say the neighborhood includes

13        neighbors going down Park Street a half a mile

14        or more, and then other neighbors in the

15        immediate vicinity within that half mile

16        radius.

17        BY MR. WILLIAMS:

18   Q.   So is it fair to say that your neighborhood is

19        roughly a half mile radius in all directions?

20   A.   I -- I would say so, yes.

21   Q.   Are all the homes within that half mile radius

22        roughly the same -- on roughly the same size

23        lot?

24   A.   I don't know.

25   Q.   Are there any homes in that area that are on a

```
                                              Page 102
 1        different size lot?
 2   A.   Yes.
 3   Q.   Do you know whether all of the homes in that
 4        area are constructed with the same material?
 5             MS. JOSELSON:  Objection.
 6             But you can answer.
 7   A.   I don't know.
 8        BY MR. WILLIAMS:
 9   Q.   Do you know of any homes in that area that are
10        constructed of a different material than your
11        home?
12   A.   I don't know.
13   Q.   Have you been in any of the other homes in
14        your neighborhood?
15   A.   Yes.
16   Q.   Do you know whether -- do you know whether the
17        homes in your neighborhood are approximately
18        the same age as your home?
19             MS. JOSELSON:  Objection.
20        BY MR. WILLIAMS:
21   Q.   You can answer.
22             MS. JOSELSON:  But you can answer.
23   A.   I don't know.
24        BY MR. WILLIAMS:
25   Q.   Do you know whether any of the homes are
```

```
                                              Page 103
 1        newer?
 2   A.   I know some are newer, yes.
 3   Q.   Do you know whether some are older?
 4   A.   I don't know that.
 5   Q.   How would you describe the architectural style
 6        of your home?
 7   A.   I don't know how I would describe the
 8        architecture of my home frankly.
 9   Q.   Would you say that -- would you be able to
10        describe the architectural style of your home
11        as it existed in 1994?
12   A.   No.
13   Q.   Do you know whether the rest of the homes in
14        your neighborhood are of a particular
15        architectural style?
16             MS. JOSELSON:  Objection.
17             But you can answer.
18   A.   I don't know.
19        BY MR. WILLIAMS:
20   Q.   Are any of the homes in your neighborhood air
21        conditioned?
22   A.   I don't know.
23   Q.   Do you know whether any of the homes in your
24        neighborhood have the same type of heating
25        system that yours does?
```

Page 104

1    A.   I don't know that either.

2    Q.   Are there any commercial properties located in

3         your neighborhood?

4    A.   Yes.

5    Q.   What kinds of commercial properties are those?

6    A.   Well, Pembroke Landscaping.

7    Q.   Any others?

8    A.   And then -- and I don't know of any others.

9    Q.   Are there any religious institutions in your

10        neighborhood?

11   A.   Yes.

12   Q.   Which one?

13   A.   There's a stone church at the bottom of

14        Hillside Street, the old stone church.

15   Q.   Any other religious institutions?

16   A.   No.

17   Q.   Are there any government buildings in your

18        neighborhood?

19   A.   No.

20   Q.   Do all of the homes in your neighborhood have

21        a front yard?

22             MS. JOSELSON:   Objection.

23   A.   Restate the question again, please.

24        BY MR. WILLIAMS:

25   Q.   Do you want me to repeat the question or --

```
                                            Page 105

 1     A.   Yes.
 2     Q.   Do all of the homes in your neighborhood have
 3          a front yard?
 4     A.   I don't know.
 5     Q.   Do you know of any homes in your neighborhood
 6          that do not have a front yard?
 7     A.   I don't know.
 8     Q.   Do you know of any homes in your neighborhood
 9          that do not have a backyard?
10              MS. JOSELSON:   Objection.
11     A.   I don't know.
12          BY MR. WILLIAMS:
13     Q.   And you testified that the property to the
14          east of your home -- that there is a home on
15          the property to the east of your home,
16          correct?
17     A.   That's right.
18     Q.   Can you tell me about your neighbor's
19          landscaping on that property?
20     A.   The -- that particular piece of property sits
21          on a larger piece of property than mine.  I
22          can say that.  And most of it, aside from a
23          few trees, is open.
24     Q.   Does that neighbor have a garden?
25     A.   Yes.
```

1    Q.   Do you know what he or she grows?

2    A.   No, I don't.

3    Q.   And you also testified that there is a

4         property to the north of yours, correct?

5    A.   That's correct.

6    Q.   And there's a home on that property?

7    A.   Yes.

8    Q.   Can you describe the landscaping there?

9    A.   That's mixed landscaping.  They have a garden.

10        They have bushes, trees, that kind of thing.

11        Yeah.

12   Q.   And across Hillside from you, is there a

13        property?

14   A.   Yes.

15   Q.   And is there a home on that property?

16   A.   Yes.

17   Q.   Can you describe that landscaping, please?

18   A.   That too is mixed between some bushes and

19        trees, some lawn.  Yeah.

20   Q.   And across Park to the west, is there a home

21        directly across from you?

22   A.   Yes.  In fact, that particular parcel of land

23        is a large one, and the home is slightly up

24        the hill away from the road.  Yes.

25   Q.   Do you know how far set back from the road it

Page 107

1        is?

2    A.  I couldn't give you an accurate figure.

3    Q.  Would you tell me when you first heard about

4        PFOA?

5    A.  It was in the late -- late winter of 2016.

6    Q.  And what did you hear about it at that time?

7    A.  I heard that there was a rising concern.  I

8        had been aware of PFOA being discovered in

9        Hoosick Falls, and then -- and I was concerned

10       about that.  And then people started -- the

11       state started to investigate the possibility

12       of PFOA in my area.

13   Q.  Did you have any immediate concerns about PFOA

14       at that time?

15   A.  Well, I did in part because I'm approximately

16       a quarter mile from the former ChemFab plant,

17       and I had concerns about that particular

18       business going back to the time when I moved

19       in.  Yeah.

20   Q.  Have you ever had your blood tested for PFOA?

21   A.  No.

22   Q.  Has Ms. Griffith ever had her blood tested for

23       PFOA?

24   A.  No.

25   Q.  What is your understanding of what this

```
                                                    Page 108
 1         lawsuit is about?
 2    A.   Well, the lawsuit seeks to -- seeks damages
 3         with regard to the contamination of our area
 4         from PFOA in two regards; in particular, one,
 5         property, and the other to monitor long-term
 6         health concerns.
 7    Q.   And what is your understanding of what the
 8         lawsuit alleges that Saint-Gobain did wrong?
 9    A.   That Saint-Gobain permitted PFOA to be
10         exhausted into the atmosphere from their
11         plant.
12              (Deposition Exhibit No. 5 was marked for
13         identification.)
14              MS. JOSELSON:  5?
15    BY MR. WILLIAMS:
16    Q.   You've been handed a document, Mr. Garrison,
17         labeled as Exhibit 5.
18              Just take a moment to review that.
19    A.   Mm-hmm. (Witness complying) Okay.
20    Q.   Do you recognize this document?
21    A.   I believe I do.
22    Q.   What do you recognize this to be?
23    A.   Well, this particular document is the third
24         amended complaint of the class action suit.
25    Q.   Have you reviewed this document before today?
```

1   A.   I have I believe.  There have been many

2        similar looking documents that have come my

3        way, but I believe I've reviewed this

4        particular one.

5   Q.   Do you recall when you last reviewed this

6        document?

7   A.   Not exactly, no.

8   Q.   Would it have been since it was filed on -- in

9        October 2017?

10  A.   Yes, it would have been since that time.

11  Q.   Would you please turn to paragraph 8, which is

12       on page 4.

13  A.   (Witness complying)

14  Q.   If you look at the last sentence, which is

15       approximately the last five lines, four or

16       five lines, says:  As a result of his

17       property's location within the zone of

18       contamination and as a result of the actual or

19       threatened contamination of his groundwater,

20       property and soils with PFOA, Garrison has

21       suffered, amongst other damages set out

22       herein, diminution in property value, loss of

23       use and enjoyment of property, annoyance,

24       upset, aggravation and inconvenience.

25            Did I read that correctly?

```
                                        Page 110
 1    A.   Yes.
 2    Q.   Do you agree with that statement?
 3    A.   Yes.
 4    Q.   What is your understanding of the term zone of
 5         contamination?
 6              MS. JOSELSON:  Asked and answered.
 7              But you can answer it again.
 8              THE WITNESS:  What did you say?
 9              MS. JOSELSON:  I said asked and answered,
10         but you can answer it again.
11              THE WITNESS:  Okay.
12    A.   Now state that question again, please.
13         BY MR. WILLIAMS:
14    Q.   What is your understanding of the term zone of
15         contamination?
16    A.   Zone of contamination, as I understand it to
17         be, is a state term to describe the area here
18         in Bennington and North Bennington that has
19         been contaminated by PFOA.
20    Q.   Would it be your understanding that to fall
21         within that area, levels of PFOA must be above
22         a certain level?
23              MS. JOSELSON:  Objection.  Calls for a
24         legal conclusion.
25              But you can answer it if you're able.
```

Page 111

```
1    A.   State the question again, please.

2         BY MR. WILLIAMS:

3    Q.   Is it your understanding that for an area to

4         fall within that term zone of contamination,

5         the level of PFOA would be -- have to be above

6         a certain threshold?

7              MS. JOSELSON:  Objection.

8    A.   It's my understanding, yes.

9         BY MR. WILLIAMS:

10   Q.   And what would that level be?

11             MR. SILVER:  Can you just clarify level

12        where?  In the ground?  In the water?  In the

13        air.

14             THE WITNESS:  In the blood?

15        BY MR. WILLIAMS:

16   Q.   Let's -- let's say in the groundwater.

17   A.   I'm not an expert on this, so I'm not going to

18        claim to have specific knowledge of the

19        contamination levels.

20   Q.   Do you know whether to fall within that area,

21        it would matter whether PFOA has been detected

22        at a property at all?

23             MS. JOSELSON:  Same objection.

24             But you can answer.

25   A.   And what do you mean by that area?
```

```
 1         BY MR. WILLIAMS:
 2    Q.   A lot.  For a -- would it matter whether --
 3         let me withdraw that.  I'll move on.
 4              Do you understand that you are a named
 5         representative in this class action lawsuit?
 6    A.   Yes.
 7    Q.   Do you believe that your claims and injuries
 8         are representative of the class members in
 9         that lawsuit?
10    A.   I do.
11    Q.   What do you understand to be your duty or
12         duties as a representative?
13    A.   My basic duty as a representative is to
14         represent the people in my class.
15    Q.   Is it your understanding that that's -- status
16         as a representative obligates you to undertake
17         any activities?
18    A.   It does.
19    Q.   And what -- what activities do you understand
20         those to be?
21    A.   Well, to meet with my attorneys, to prepare
22         and participate in this deposition, and to
23         continue to represent my particular class as
24         best I can into the future.
25    Q.   Who do you understand to be within the class
```

1           of people that you represent?

2    A.    People who are, first of all, who are on

3          municipal water presently but yet feel that

4          because of being in a zone of contamination,

5          the property values have gone down

6          appreciably, along with the personal suffering

7          that people are experiencing because of all of

8          this.

9               (Deposition Exhibit No. 6 was marked for

10         identification.)

11              MS. JOSELSON:  6?

12              MR. WILLIAMS:  Yes.

13   BY MR. WILLIAMS:

14   Q.    Would you take a moment to look at the

15         document that's been handed to you and marked

16         as Exhibit 6?

17   A.    Mm-hmm. (Witness complying) Okay.

18   Q.    Do you recognize this document?

19   A.    I do.

20   Q.    What do you recognize it to be?

21   A.    Well, it's a -- it's a declaration naming me

22         in support of the plaintiffs' motion for class

23         certification.

24   Q.    Did you prepare this document?

25   A.    No, I did not.

Page 114

1    Q.   Did you have a role in preparing it?

2    A.   I imagine I did because it -- it has

3         information that I have given freely.

4    Q.   Do you know who prepared this document?

5    A.   Well, I imagine the attorneys that I've been

6         working with.

7    Q.   Did you review this document before you signed

8         it?

9    A.   Yes, I did.

10   Q.   If you look at paragraph 5, which starts at

11        the bottom of the first page, it reads:  As a

12        result of -- of the PFOA contamination, I have

13        suffered unreasonable harm to the groundwater

14        beneath my property, and I seek and support

15        all reasonable steps to protect the security,

16        quality and quantity of the North Bennington

17        municipal water supply, which is now the only

18        alternative water source on which I must rely.

19            Did I read that correctly?

20   A.   Yes, you did.

21   Q.   Do you still agree with that statement?

22   A.   I do.

23   Q.   Through this lawsuit how are you seeking to,

24        quote, protect the security, quality and

25        quantity of the North Bennington municipal

Page 115

```
 1        water supply?
 2            MS. JOSELSON:  Objection.  Calls for a
 3        legal conclusion.
 4            But you can -- you can answer it if you
 5        understand it.
 6   A.   I understand the question.  I don't know,
 7        since I'm not an expert in the field, what
 8        reasonable steps would actually need to be
 9        taken.  Yet I know because this is my only
10        water supply now, that I want to make sure
11        that from now going into the future, that I
12        can rely on this water for my purposes and for
13        the purposes of all the people in the class.
14        BY MR. WILLIAMS:
15   Q.   Is it your belief that the relief you've
16        requested in this lawsuit would ensure the
17        security, quality and quantify of the North
18        Bennington water supply?
19   A.   Define relief for me in this case.
20   Q.   The -- what you've asked the Court to direct
21        Saint-Gobain to do or provide you.
22   A.   I don't know.
23   Q.   Did you have a different water supply than the
24        municipal water at any point since purchasing
25        the property in 1994?
```

1           MS. JOSELSON:  Objection.  Asked and

2       answered.

3           You can answer it again.

4   A.  No.

5       BY MR. WILLIAMS:

6   Q.  Are there any sources -- other sources of

7       water that you can no longer rely on?

8   A.  Where?

9   Q.  Anywhere.

10          MS. JOSELSON:  Objection.

11          But you can answer it, if you understand

12      it.

13  A.  I understand it, but it seems very broad to

14      me.  Can you kind of --

15      BY MR. WILLIAMS:

16  Q.  Let me connect --

17  A.  -- say it again in a different way?

18  Q.  Let me connect it to your statement.

19  A.  Yes.

20  Q.  The last clause of paragraph 5 says --

21      referring to the North Bennington municipal

22      water supply, which you call the only

23      alternative water source on which I must rely.

24          So my question is what -- is there an

25      alternative water source on which you can no

Page 117

1      longer reply -- rely?

2  A.  To the best of my knowledge, no.

3  Q.  If you'll look at paragraph 7, that paragraph

4      states:  I decided -- I decided to serve

5      others similarly situated in my community as

6      one of the representative plaintiffs in this

7      class action lawsuit against the defendant to

8      seek compensation for the class members for

9      the damage caused by defendant's PFOA

10     contamination of our properties, the

11     groundwater beneath our properties, and for

12     those who ingested PFOA in their well water,

13     their bodies.

14         Did I read that correctly?

15 A.  Yes, you did.

16 Q.  Do you still agree with that statement?

17 A.  Yes.

18 Q.  Do you understand yourself to be representing

19     the class of individuals whose properties and

20     groundwater were exposed to PFOA?

21 A.  Yes.

22 Q.  Do you understand yourself to be representing

23     the class of individuals who were personally

24     exposed to PFOA?

25 A.  No.

```
                                          Page 118
 1    Q.  So would you like to amend paragraph 7?
 2             MS. JOSELSON:  Objection.  What -- it's
 3         an inappropriate question.  I object to the
 4         form.
 5             You can answer it if you understand it.
 6    A.  Would you say that again, please?
 7         BY MR. WILLIAMS:
 8    Q.  Would you like to amend -- based on your prior
 9         response, would you like to amend paragraph 7?
10             MS. JOSELSON:  Same objection.
11    A.  No.
12         BY MR. WILLIAMS:
13    Q.  So is it -- so you testified that you do not
14         believe that you were representing the class
15         of individuals who were personally exposed to
16         PFOA, correct?
17             MS. JOSELSON:  Objection.  Asked and
18         answered.
19             You can answer it again.
20    A.  What do you mean by personally exposed?  That
21         covers quite a bit of territory here.
22         BY MR. WILLIAMS:
23    Q.  Do you believe you are representing people who
24         have ingested PFOA?
25    A.  No.
```

```
1    Q.  But you --
2    A.  Although -- although -- I have to amend what I
3        just said -- although there may be some who
4        have.  I don't know.
5    Q.  Can you expand upon your statement in
6        paragraph 7 then when you say that you are --
7        you decided to serve others similarly situated
8        in your community as one of the representative
9        plaintiffs in the class action lawsuit to seek
10       compensation for those who ingested PFOA in
11       their well -- who ingested PFOA in their well
12       water -- and for those who ingested PFOA in
13       their well water, their bodies?
14   A.  Mm-hmm.  So you're asking me to --
15   Q.  Can you elaborate on what you meant by that?
16           MS. JOSELSON:  Objection.  Asked and
17       answered.
18           You can answer it again, if you
19       understand it.
20   A.  Hmm.  My overall response would be that my
21       concern is for all of the people who have been
22       affected by PFOA contamination.  I am
23       representing a very specific group of people
24       in my class.
25       //
```

```
 1        BY MR. WILLIAMS:
 2    Q.  Which does not include people who ingested
 3        PFOA?
 4    A.  That is not the essence of our class, but some
 5        of those may have ingested PFOA.  I don't
 6        know.
 7    Q.  To your knowledge, have you ingested PFOA?
 8    A.  I don't know.
 9    Q.  Do you believe that Ms. Griffith is a member
10        of the class of individuals who ingested PFOA?
11            MS. JOSELSON:  Same objection.
12            You can answer it, if you understand it.
13    A.  I don't know.
14        BY MR. WILLIAMS:
15    Q.  Do you believe Ms. Griffith is a member of the
16        class of individuals who have experienced
17        property damage?
18    A.  Yes.
19    Q.  Do you know who the other named plaintiffs in
20        this lawsuit are?
21    A.  Do I know their names?  They're listed here on
22        the document.
23    Q.  Do you know them personally?
24    A.  I've met them, and I've -- and I know a couple
25        of them a little more than just casually
```

```
                                                    Page 121
 1         but -- yeah.
 2    Q.   Have you discussed this litigation with them?
 3              MS. JOSELSON:   Are you asking for times
 4         that he was with attorneys when he met with
 5         any --
 6         BY MR. WILLIAMS:
 7    Q.   Without disclosing any information privileged
 8         by the attorney/client privilege.
 9    A.   No.
10    Q.   Have you had any discussions with other
11         Bennington residents about PFOA?
12    A.   Yes.
13              (Deposition Exhibit No. 7 was marked for
14         identification.)
15    Q.   You've been handed what's been marked as
16         Exhibit 7.
17              Just take a moment to look at that.
18    A.   (Witness complying) Okay.
19    Q.   Do you recognize this document?
20    A.   No.
```

Page 122

9    Q.  Do you know whether you received this e-mail?

10   A.  I can't say for sure.

11   Q.  Do you know why your e-mail address might be

12       listed on -- as a recipient of this e-mail?

13   A.  Yes.

14   Q.  Why is that?

15   A.  Chances are there had been a previous meeting

16       on PFOA, and I signed up to be on the mailing

17       list -- a couple of mailing lists from state

18       government, from Vermont state.

19   Q.  If you look at the end of that block of text,

20       it says subject, colon, water pickup

21       locations.

22          Do you see that?

23   A.  Yes, I do.

24   Q.  Did you participate in the water pickup

25       program?

```
                                                    Page 123
 1    A.  No, I did not.
 2            (Deposition Exhibit No. 8 was marked for
 3        identification.)
 4    Q.  You've been handed a document that has been
 5        marked as Exhibit 8.
 6            Just take a moment to look at that.
 7    A.  (Witness complying) Okay.
 8    Q.  Do you recognize this document?
 9    A.  I do.
10    Q.  What do you recognize it to be?
11    A.  Well, this contains responses to a set of
12        questions that were presented by your side,
13        and I submitted answers to -- to them.
14    Q.  Did you assist in the preparation of this
15        document?
16    A.  I participated in giving my responses to the
17        questions I was asked.
18    Q.  Thank you.
19            Let's turn to page 5.
20    A.  (Witness complying)
21    Q.  And looking at request No. 9 --
22    A.  Mm-hmm.
23    Q.  -- that request asks you to identify each
24        meeting plaintiffs have attended, whether
25        public or private, excluding meetings
```

```
                                          Page 124
 1        exclusively with plaintiffs' attorneys, in
 2        which there was any discussion of PFOA,
 3        Saint-Gobain, plaintiffs' alleged property
 4        damage or in -- or this case, including for
 5        each such meeting, the date, location,
 6        sponsors, speakers, persons who invited
 7        plaintiffs or made plaintiffs aware of the
 8        meeting, other attendees and describe the
 9        substance of the meeting.
10            Did I read that correctly?
11   A.   Yes.
12   Q.   If you look under response, the last paragraph
13        of the response, you say:  As far as I recall,
14        I attended meetings all at various locations
15        at Bennington College on the following dates,
16        colon, March 16, 2016; April 18, 2016;
17        September 28, 2016; January 26, 2017.
18            Did I read that correctly?
19   A.   Yes.
20   Q.   Did you attend one meeting on each of these
21        dates; is that fair --
22   A.   Yes.
23   Q.   -- to say?
24            So four meetings in total?
25   A.   That I can recall.
```

1   Q.   Do you recall who organized the meeting on
2        March 16, 2016?
3   A.   No.
4   Q.   Do you know how you learned about it?
5   A.   I believe it was posted in the Bennington
6        Banner.
7   Q.   Do you know what the purpose of that meeting
8        was?
9   A.   No, not specifically.
10  Q.   Do you recall whether you spoke to anyone at
11       the meeting?
12  A.   I don't.
13  Q.   Do you recall who organized the meeting on
14       April 18, 2016?
15  A.   I don't.
16  Q.   Do you recall how you learned about it?
17  A.   I think by that time I was receiving e-mails
18       from the state, and I probably was notified
19       that way, and it was also posted in the
20       Banner.
21  Q.   Do you recall whether you spoke to anyone at
22       that meeting?
23  A.   I don't recall.
24  Q.   Do you recall who organized the meeting on
25       September 28, 2016?

```
                                            Page 126
 1    A.   No.

 2    Q.   Do you recall how you learned about it?

 3    A.   Again, either/or the Banner and memos from the

 4         state.

 5    Q.   And do you recall what the purpose of that

 6         meeting was?

 7    A.   Not specifically.

 8    Q.   Do you recall who organized the meeting on

 9         January 26, 2017?

10    A.   Not specifically, no.

11    Q.   Do you recall how you learned about it?

12    A.   Similarly by e-mail and/or Banner.

13    Q.   And do you recall what the purpose of that

14         meeting was?

15    A.   Not specifically, no.

16    Q.   If we look at the request directly below

17         that --

18    A.   Mm-hmm.

19    Q.   -- No. 10.

20    A.   (Witness complying)

21    Q.   It states excluding any document that

22         plaintiffs produced in discovery, describe any

23         communication with any other members of the

24         purported classes described in the complaints

25         relating to these proceedings or the claims
```

Page 127

```
 1          alleged therein, including, but not limited

 2          to, the date of the communication, the content

 3          and the identity of the class members.

 4              Did I read that correctly?

 5     A.   Yes, you did.

 6     Q.   If you turn the page, your response continues

 7          on to page 6, and the first real paragraph of

 8          that page states:  I spoke casually with

 9          attendees at various public meetings, but I do

10          not know all their names.  I attended some

11          meetings with my brother Paul Garrison.

12              II do recall speaking with Sandy Sumner

13          and Marie-Pierre Huguet -- Huguet --

14     A.   Huguet.

15     Q.   -- Peter Crabtree, Ron Pembroke.  I also

16          recall speaking with neighbors Michael and

17          Lynn McCann, Bill and Carolyn Bratcher, Katie

18          Crabtree.

19              Did I read that correctly?

20     A.   Yes.

21     Q.   Does your brother Paul live in North

22          Bennington?

23     A.   He does.

24     Q.   Where does he live in relation to you?

25     A.   He lives on Polygraphic Lane, which is a
```

```
 1          street that intersects with Hillside Street.
 2          So he lives about three houses away.
 3     Q.   Do you know whether Paul is a class member in
 4          this lawsuit?
 5               MS. JOSELSON:  Objection.  Calls for a
 6          legal conclusion.
 7               But you can answer it if you understand
 8          it.
 9     A.   I don't know.
10          BY MR. WILLIAMS:
11     Q.   Sandy Sumner is another class representative
12          in this lawsuit; is that correct?
13     A.   That's correct.
14     Q.   Do you know Mr. Sumner -- did you know Mr.
15          Sumner prior to commencing this lawsuit?
16     A.   I did.
17     Q.   And where does Mr. Sumner live relative to
18          you?
19     A.   He lives to the east of me.  On the other side
20          of where the Saint-Gobain plant is.
21     Q.   Do you know about how far that would be?
22     A.   From my house --
23     Q.   Yes.
24     A.   -- or from the plant?
25     Q.   From your house.
```

```
                                              Page 129
1     A.   I would say maybe three-quarters of a mile.
2     Q.   And who is Marie-Pierre Huguet?
3     A.   Sandy's wife.
4     Q.   Do you know whether Ms. Huguet is a class
5          member in this lawsuit?
6     A.   I do not.
7               MS. JOSELSON:  Same objection.
8               THE REPORTER:  Did you say I don't?
9               MS. JOSELSON:  Did you say I don't?
10              THE WITNESS:  Yes, I know.  I'm -- I
11         said -- what was the question; if she's a
12         member?
13              MR. WILLIAMS:  That's correct.
14    A.   Yeah, I don't know.
15         BY MR. WILLIAMS:
16    Q.   Do you know who Peter Crabtree is?
17    A.   I do.
18    Q.   Who is he?
19    A.   Peter Crabtree and his wife, Katie Crabtree,
20         live on -- in the house and property just
21         north of mine.
22    Q.   That would be the property that borders yours?
23    A.   Yes.
24    Q.   Do you know whether Mr. and Mrs. Crabtree are
25         class members in this lawsuit?
```

```
                                            Page 130

 1              MS. JOSELSON:  Same objection.

 2    A.  I do not know.

 3         BY MR. WILLIAMS:

 4    Q.  Who is Ron Pembroke?

 5    A.  Ron Pembroke is the owner and operator of

 6         Pembroke Landscaping, a business -- the

 7         business I mentioned earlier.

 8    Q.  Does Mr. Pembroke live near you, as well?

 9    A.  He does live on Park Street.  Probably

10         three-quarters of a mile from where I live.

11    Q.  Do you know whether Mr. Pembroke is a class

12         member of the lawsuit?

13    A.  I do not.

14              MS. JOSELSON:  Same objection.

15         BY MR. WILLIAMS:

16    Q.  And who are Michael and Lynn McCann?

17    A.  They're neighbors who live on Park Street.

18    Q.  And where do they live relative to you?

19    A.  About a half a mile away.

20    Q.  And do you know whether the McCanns are class

21         members of the lawsuit?

22              MS. JOSELSON:  Same objection.

23    A.  I do not know.

24         BY MR. WILLIAMS:

25    Q.  Who are Bill and Carolyn Bratcher?
```

Page 131

1    A.   They're also neighbors --

2    Q.   Where do --

3    A.   -- on Park Street.

4    Q.   And how far do they live from you?

5    A.   They're about a half a mile away also.

6    Q.   Do you know whether the Bratchers are class

7         members of this lawsuit?

8              MS. JOSELSON:   Same objection.

9    A.   I don't.

10        BY MR. WILLIAMS:

11   Q.   Have you ever attended a meeting to discuss

12        PFOA or Saint-Gobain that was organized by any

13        of your neighbors?

14   A.   No.

15   Q.   Have you attended a meeting to discuss PFOA or

16        Saint-Gobain that was organized by other class

17        members?

18   A.   No.

19             (Deposition Exhibit No. 9 was marked for

20        identification.)

21   Q.   You've been handed a document that has been

22        marked as Exhibit 9.

23             Just take a moment to look at that.

24   A.   (Witness complying)

25   Q.   Do you recognize this document?

```
                                              Page 132
 1    A.   No.
 ▐    ▐    ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
 ▐    ▐    ▟▟▟▟▟▟
 ▐         ▟▟▟▟▟▟▟▟▟▟▟▟
 ▐    ▐    ▟▟▟▟
 ▐    ▐    ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
 ▐         ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟
 ▐         ▟▟▟▟▟▟▟▟▟▟
 ▐    ▐    ▟▟▟
 ▐    ▐    ▟▟▟▟▟▟▟▟▟▟▟▟▟▟
 ▐    ▐    ▟▟▟

12    Q.   Do you believe that you received this e-mail
13         at that e-mail address?
14    A.   I can only say that I imagine I did.  I'm --
15         I'm not sure I did, but I imagine I did.
16    Q.   Do you know who Shaina Kasper is?
17    A.   Well, she works for the state, I know that.
18         Or actually she doesn't, no.  This was -- she
19         works for a particular non-state organization
20         that was interested in this situation from the
21         beginning.
22              Yes, now I remember.  Mm-hmm.
23    Q.   If you look at the -- the first line says:
24         Hi, Bill, I hope you've had a good summer,
25         correct?
```

```
                                          Page 133
 1    A.   Mm-hmm, mm-hmm.
 2    Q.   And the second paragraph reads:  I wanted to
 3         reach out because Vermont is setting long-term
 4         drinking water rules for PFOAs for the first
 5         time, and public comments are due Friday.  You
 6         can send a comment in by signing here.  Be
 7         sure to sign by Friday at 4.
 8              Do you -- did I read that correctly?
 9    A.   Yes.
10    Q.   Did you ever submit a comment on the long-term
11         drinking water rules?
12    A.   No.
13    Q.   If you look at the second paragraph, it
14         states:  We want to make sure that the state
15         isn't just hearing from corporations but is
16         also hearing from real Vermonters, dash,
17         parents, children, those affected by PFOA
18         contamination and those who are just concerned
19         for their friends and neighbors.  Feel free to
20         share this link with any Vermonter, and you
21         can edit the comments to include your story.
22              Did I read that correctly?
23    A.   Yes.
24    Q.   Did you forward this e-mail or the link to
25         anyone?
```

```
 1    A.   No.
 2    Q.   And then the last paragraph says:  I'm going
 3         to be hosting a Northeastern University
 4         student September 27th and 28th, and in
 5         parentheses, Tuesday and Wednesday, who is
 6         studying PFOA responses by communities,
 7         government and companies.  She wants to
 8         interview a dozen of so people while she's
 9         here.  Would you be interested and have about
10         an hour free during one of those days?
11              Did I read that correctly?
12    A.   Yes.
13    Q.   Did you volunteer to be interviewed?
14    A.   No.
15    Q.   Have you ever communicated with any member of
16         any government agency regarding PFOA?
17    A.   Be more specific when you say communicate.
18    Q.   Have you ever exchanged e-mails with a
19         government -- member of any government agency
20         regarding PFOA?
21    A.   No.
22    Q.   Have you ever met in person with a member of
23         any government agency regarding PFOA?
24    A.   Only at the meetings.
25    Q.   And would those be -- those meetings be one of
```

```
                                           Page 135
 1        those four that we discussed?
 2   A.   Yes.
 3   Q.   And what agency was that or agencies?
 4   A.   It would have probably been a combination of
 5        the health department and the environmental
 6        department.
 7   Q.   Do you recall who you spoke to?
 8   A.   No.
 9   Q.   Have you ever communicated with any
10        Saint-Gobain or ChemFab employee regarding
11        PFOA?
12   A.   No.
13             MS. JOSELSON:  Whenever you're ready, I
14        have to take a break.
15             MR. WILLIAMS:  Sure.
16             MS. JOSELSON:  But any time.
17             THE WITNESS:  Yeah, me too.
18             MR. WILLIAMS:  This is a good stopping
19        point.
20             Okay.  Take a break.
21             THE VIDEOGRAPHER:  At 1:41 p.m. we are
22        off the record.
23             (Brief recess taken.)
24             THE VIDEOGRAPHER:  1:52 p.m. we are back
25        on the record.
```

```
 1            MR. WILLIAMS:  Are you ready to continue,
 2       Mr. Garrison?
 3            THE WITNESS:  I am.
 4       BY MR. WILLIAMS:
 5   Q.  Previously you testified that your brother
 6       lives on Polygraphic Lane; is that correct?
 7   A.  That's correct.
 8   Q.  Are you aware of any commercial property that
 9       existed or currently exists on Polygraphic
10       Lane?
11   A.  No.
12   Q.  To your knowledge, has the groundwater below
13       your property ever been tested for PFOA?
14   A.  Directly beneath my property is the question?
15   Q.  Yes.
16   A.  I don't know.
17   Q.  To your knowledge has the groundwater adjacent
18       to your property ever been tested for PFOA?
19   A.  I don't know for sure, but I do know that what
20       I've heard is groundwater has been tested in
21       the area.
22   Q.  To your knowledge, has the soil on your
23       property ever been tested for the presence of
24       PFOA?
25   A.  No.
```

1    Q.   To your knowledge, has any other testing been

2         carried out on your property to measure PFOA?

3    A.   To the best of my knowledge, no.

4    Q.   Have you had your home appraised since 2007?

5    A.   No.

6              (Deposition Exhibit No. 10 was marked for

7         identification.)

8    Q.   You've been handed a document marked

9         Exhibit 10.

10             Take a moment to look at that, please.

11   A.   Mm-hmm. (Witness complying) I have.

12   Q.   Do you recognize this document?

13   A.   I do.

14   Q.   What do you recognize it to be?

15   A.   This is the tax bill for the town of

16        Bennington dated 8/9/17 for the current tax

17        year.

18   Q.   And that's the tax year 2017-2018, correct?

19   A.   That's correct.

20   Q.   If you look just below where your address is

21        listed, do you see the heading assessed value?

22   A.   Yes.

23   Q.   And the line below that says real, 163,900.

24             Do you see that?

25   A.   Yes, I do.

```
                                              Page 138
1    Q.   Do you understand from this document that the
2         town of Bennington has assessed the value of
3         your property at $163,900 -- $163,900 for this
4         tax year?
5    A.   Yes.
6    Q.   Do you believe that valuation is accurate?
7    A.   No.
8              MS. JOSELSON:  Objection.
9         BY MR. WILLIAMS:
10   Q.   Have you challenged or protested that amount
11        with the town of Bennington?
12   A.   No.
13   Q.   Why not?
14             MR. SILVER:  You want him to pay more
15        taxes?
16   A.   It's -- it's undervalued --
17        BY MR. WILLIAMS:
18   Q.   Do you know --
19   A.   -- from my point of view.
20   Q.   Do you have any understanding of why the town
21        of Bennington has assessed the value of your
22        home at this level?
23             MS. JOSELSON:  Objection.  You can answer
24        it if you know.
25   A.   I don't know.
```

1           (Deposition Exhibit No. 11 was marked for
2       identification.)
3   Q.  You've been handed a document marked as
4       Exhibit 11.
5           Take a moment to look at that, please.
6   A.  (Witness complying) Okay.
7   Q.  Do you recognize this document?
8   A.  I do.
9   Q.  What do you recognize it to be?
10  A.  It's a revised tax bill covering the years
11      2016-2017.
12  Q.  So this would be for the prior tax year; is
13      that correct?
14  A.  Yes.
15  Q.  If you look again under the heading assessed
16      value, it says real, 163,900.
17          Do you see that?
18  A.  I do.
19  Q.  And is it your understanding from this
20      document that the town of Bennington has
21      assessed the value of your home at $163,900?
22  A.  Yes.
23  Q.  And that's the same as the current tax year,
24      correct?
25  A.  Yes.

```
                                        Page 140
 1    Q.   Do you believe that was an accurate valuation
 2         at that time?
 3              MS. JOSELSON:  Objection.
 4    A.   I don't think it's accurate.
 5         BY MR. WILLIAMS:
 6    Q.   Do you believe it was accurate at that time?
 7    A.   Well, I need to ask you a question.
 8              When you say accurate, do you mean
 9         accurate reporting on this piece of paper or
10         that it accurately reflects the value of my
11         house?
12    Q.   Do you believe that that's -- number $163,900
13         accurately reflects the value of your house at
14         that time?
15    A.   No.
16    Q.   Did you file any challenge or protest with the
17         town of Bennington?
18    A.   No.
19    Q.   Why not?
20    A.   Because it's undervalued.  I would challenge
21         it if it was overvalued.
22              (Deposition Exhibit No. 12 was marked for
23         identification.)
24    Q.   You've been handed a document marked as
25         Exhibit 12.
```

1           Just take a moment to look at that,

2      please.

3           MS. JOSELSON:  Is it 12?

4           MR. SILVER:  Yeah, it is 12.  That's 11.

5      This is 10.  That's 11.

6   A.  (Witness complying) Okay.

7      BY MR. WILLIAMS:

8   Q.  Do you recognize this document, Mr. Garrison?

9   A.  I do.

10  Q.  What do you recognize it to be?

11  A.  Well, this is Plaintiffs' Fourth Supplemental

12      Disclosures on Merit Issues.

13  Q.  Did you assist in the preparation of this

14      document?

15  A.  I did.

16  Q.  How did you assist in the preparation?

17  A.  Met with my attorneys.

18  Q.  Did you provide information contained in this

19      document?

20  A.  I did.

21  Q.  Would you look at page 3, please, and

22      subparagraph F there about the middle of the

23      page?

24  A.  (Witness complying)

25  Q.  Do you see that -- that subparagraph F?

Page 142

1    A.   I do.

2    Q.   And subparagraph F states:  Plaintiff Garrison

3         will testify that the value of his property,

4         assuming no PFOA contamination from

5         defendant's operations, is 323 -- excuse me --

6         320,000 to 330,000.  The value of his property

7         given PFOA contamination from defendant's

8         operations is 255,000 to $265,000.

9              Did I read that correctly?

10   A.   You did.

11   Q.   Do you believe that estimate of 255,000 to

12        $265,000 is accurate?

13   A.   Yes.

14   Q.   Did you arrive at your opinion of the value on

15        your own or through consultation with anyone

16        else?

17   A.   I consulted with Kathleen and my attorneys

18        about this.

19   Q.   How did you estimate that diminished range of

20        value?

21   A.   Well, I arrived at it by looking at what I

22        believe the house to be worth and then taking

23        into consideration that it now sits in a zone

24        of contamination established by the state, and

25        I feel it's worth now much less because of it.

```
                                            Page 143
 1    Q.   Does your valuation assume that PFOA is
 2         actually present on your property?
 3    A.   I don't know if it's present or not, but I do
 4         know it's present in the area, and the area
 5         has been stigmatized by that fact.
 6    Q.   So to -- to put my question a different way,
 7         would you still estimate the value of your
 8         property at 255,000 to $265,000 if it were
 9         established there were no PFOA on your
10         property?
11              MS. JOSELSON:  Objection.
12         BY MR. WILLIAMS:
13    Q.   You can answer.
14    A.   Okay.  If there was no PFOA -- if this PFOA
15         situation had not arose, I imagine it would be
16         different.  Okay.
17    Q.   It's not quite my question.
18    A.   Yes.  Okay.
19    Q.   You've testified that to your knowledge no
20         testing has been done of the soil on your
21         property, correct?
22    A.   That's correct.
23    Q.   And to your knowledge no testing of the
24         groundwater below your property has been
25         conducted, correct?
```

```
                                            Page 144
 1            MS. JOSELSON:  Objection.
 2   A.   Well, that would assume immediately below my
 3        property, correct?
 4        BY MR. WILLIAMS:
 5   Q.   Correct.
 6   A.   And -- and I said no.
 7   Q.   So does this range, this diminished range of
 8        value, does that assume that PFOA has been --
 9        is present on your property?
10   A.   It is an unknown, and I would have to
11        faithfully report that to any potential buyer.
12   Q.   So this range takes into account the fact that
13        you do not know whether PFOA is currently
14        present on your property?
15   A.   Yeah.
16            MS. JOSELSON:  Objection.
17        BY MR. WILLIAMS:
18   Q.   Okay.  Thank you.
19            In estimating that range, did you compare
20        your home with homes where PFOA has been
21        detected?
22   A.   No.
23            MS. JOSELSON:  Objection.
24            But you can answer.
25        //
```

```
                                            Page 145
 1        BY MR. WILLIAMS:
 2   Q.   Did you research or analyze any market data to
 3        develop your diminished range of value?
 4             MS. JOSELSON:  Same objection.
 5   A.   No.
 6        BY MR. WILLIAMS:
 7   Q.   Have you assessed the value of other
 8        properties located near your own property?
 9   A.   No.
10   Q.   You testified that to your knowledge your home
11        was built in the 19th century, correct?
12   A.   The older part, yes.
13   Q.   And you also testified that there's been at
14        least one renovation since you purchased the
15        property, correct?
16   A.   That's correct.
17   Q.   And that renovation in 2006 was based on the
18        custom design specifications, correct?
19             MS. JOSELSON:  Objection.
20             But you can answer.
21   A.   Yes.
22        BY MR. WILLIAMS:
23   Q.   Do you believe that -- that your home is
24        comparable to other homes in your
25        neighborhood?
```

```
                                            Page 146
 1             MS. JOSELSON:  Objection.
 2    A.  Comparable in what way?
 3        BY MR. WILLIAMS:
 4    Q.  That to understand the value of your home you
 5        can take into account the value of other homes
 6        surrounding you?
 7             MS. JOSELSON:  Objection.
 8             But you can answer, if you understand.
 9    A.  The way I view it is that all of us in the
10        zone of contamination are dealing with the
11        stigma of being in that zone, and so therefore
12        everyone is affected.
13        BY MR. WILLIAMS:
14    Q.  Have you incurred any expenses due to PFOA in
15        groundwater that have not been reimbursed?
16             MS. JOSELSON:  Objection.
17             But you can answer it, if you understand
18        it.
19    A.  No.
20        BY MR. WILLIAMS:
21    Q.  Do you believe that you will incur any
22        expenses in the future due to PFOA in the
23        groundwater?
24             MS. JOSELSON:  Same objection.
25             But you can answer.
```

Page 147

1    A.   I don't know.

2         BY MR. WILLIAMS:

3    Q.   Do you believe that a prospective buyer would

4         pay less for your property because of PFOA,

5         even though you were connected to town water?

6              MS. JOSELSON:  Objection.

7              But you can answer it.

8    A.   I don't know for sure.

9         BY MR. WILLIAMS:

10   Q.   Do you or Mrs. -- or Ms. Griffith use your

11        home for any commercial activity?

12   A.   No.

13   Q.   Does Ms. Griffith work from home?

14   A.   No.

15   Q.   Since PFOA was first detected in North

16        Bennington, have you taken any action to

17        prevent it from reaching your soil?

18   A.   No.

19   Q.   Did you live in your home at the time the

20        former ChemFab facility in North Bennington at

21        1030 Water Street was active?

22   A.   Yes.

23   Q.   Were you aware of the facility at that time?

24   A.   Yes.

25   Q.   I believe you testified previously that you

```
 1        had concerns about ChemFab back when you first
 2        moved in; is that correct?
 3    A.  At the time I -- at the specific time I moved
 4        in, I didn't have large concerns until time
 5        went on and I became more concerned.
 6    Q.  Can you elaborate on what caused you to be
 7        concerned?
 8    A.  What caused me concern was aside from the
 9        unusual amount of traffic that employees of
10        ChemFab were part of, getting to work and from
11        work, I also had problems with their exhaust
12        stacks.  They made a lot of noise that I could
13        hear, and I did hear from -- from time to time
14        that people had issues with some smells coming
15        from them.  I also smelled odd smells.  I
16        wasn't quite sure where they were coming from,
17        but I was concerned.
18    Q.  Did you ever submit a complaint to ChemFab or
19        Saint-Gobain?
20    A.  I spoke to them on the telephone.
21    Q.  Do you recall who you spoke with?
22    A.  No.
23    Q.  Do you know when that would have been?
24    A.  Not specifically.
25    Q.  Approximately?
```

Page 149

1    A.   Approximately between 1994 and 2006.

2    Q.   Did you live in your home at the time the

3         former ChemFab facility in Bennington at 108

4         North Side Drive was active?

5    A.   No.

6    Q.   Are you familiar with the Bennington landfill?

7    A.   Yes.

8    Q.   Where is the Bennington landfill in relation

9         to your property at 19 Hillside?

10   A.   To the east.

11   Q.   Do you know how far it is?

12   A.   I would say that it's perhaps approximately 5

13        miles.

14   Q.   What impressions do you have of the landfill?

15            MS. JOSELSON:  Objection.

16            You can answer, if you understand it.

17   A.   Well, the landfill, per se, has been capped

18        several years ago, and that's about as much as

19        I know.

20        BY MR. WILLIAMS:

21   Q.   Do you have any concerns with regard to your

22        property's proximity to the landfill?

23   A.   No.

24   Q.   Touching back on the complaint that you -- the

25        discussion you had with a ChemFab or

```
                                        Page 150
 1        Saint-Gobain employee between '94 and 2016,
 2        what was the nature of that complaint?
 3   A.   That was specific to the sound of the --
 4        their -- the sound of evidently the scrubbers
 5        on their smoke stacks.
 6   Q.   Was there any follow-up from that discussion,
 7        either from you or from ChemFab or
 8        Saint-Gobain?
 9   A.   I may have placed two calls, and I wouldn't
10        necessarily say it was a follow-up.  I suppose
11        it could have been a follow-up but --
12   Q.   Can you elaborate?
13   A.   Yes.  Again, I was asking if they would
14        remediate the problem.  I remember the last
15        conversation I had with them they said, in
16        fact, that they were remediating the problem.
17   Q.   Was there any response from Saint-Gobain or
18        ChemFab?
19   A.   Response other than that?
20   Q.   Excuse me.  Let me rephrase that.
21             Was -- are you aware of any activity that
22        took place to address your complaint?
23   A.   Not specifically, no.
24             MR. WILLIAMS:  Can we take a five-minute
25        break?
```

Page 151

```
1              MR. SILVER:  Yeah.
2              THE VIDEOGRAPHER:  At 2:12 p.m. we're off
3         the record.
4              (Brief recess taken.)
5              THE VIDEOGRAPHER:  At 2:18 p.m. we're
6         back on the record.
7              MR. WILLIAMS:  Pass my questions off to
8         plaintiffs.
9              MS. JOSELSON:  Okay.
10                  CROSS-EXAMINATION
11        BY MS. JOSELSON:
12   Q.   I just had one follow-up question, Bill.
13             You were asked a question something like
14        do you believe a prospective buyer would pay
15        less for your property because of PFOA, even
16        though you're connected with town water.  I
17        don't have that exactly right, but it is
18        something like that.
19             And what was your response?
20   A.   I don't know.
21   Q.   What do you mean by that?
22   A.   Well, I was thinking about that I specifically
23        don't know how all the prospective buyers
24        would look at this situation, but the facts
25        are the property, even though it's on
```

Page 152

```
 1        municipal water, is in the zone of
 2        contamination, and that stigma covers
 3        everybody.  Everybody is affected, and that
 4        information would be out to any prospective
 5        buyer, and I think the prospective buyer would
 6        want to pay a heck of a lot less than what I
 7        would value the house and property at.
 8     Q. What do you understand are your obligations to
 9        disclose information about your property to
10        prospective purchasers?
11     A. Well, there's -- I have to be perfectly honest
12        with the property, the -- and that this is a
13        property now that's in a zone of
14        contamination.  That has to be said up front.
15             MS. JOSELSON:  That's all I have.
16             MR. WILLIAMS:  I have no further
17        questions.
18             MR. SILVER:  All right.
19             THE WITNESS:  Okay.
20             MR. SILVER:  Set a new record.
21             THE VIDEOGRAPHER:  We are off -- going
22        off the record at 2:20 p.m., and this
23        concludes today's testimony provided by Gordon
24        Garrison.
25             Total number of media units is two and
```

1      will be retained by Veritext, New York.

2           We are now off the record, and today's

3      deposition is closed.

4                * * * * * * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 154

1              ACKNOWLEDGMENT OF DEPONENT

2

3          I have read the foregoing transcript of

4     my deposition and except for any corrections or

5     changes noted on the errata sheet, I hereby

6     subscribe to the transcript as an accurate record

7     of the statements made by me.

8

9          _____

10                    GORDON W. GARRISON, JR.

11

12          SUBSCRIBED AND SWORN before and to me

13     this _____ day of _____, 20___.

14

15

16              _____

17                    NOTARY PUBLIC

18

19

20     My Commission expires:

21

22

23

24

25

Page 155

1                        CERTIFICATE
2              I, Beth Gaige, a Registered
3        Professional Reporter, hereby certify that the
4        within-named deponent was sworn to testify the
5        truth, the whole truth, and nothing but the
6        truth in the aforementioned cause of action.
7              I further certify that this deposition
8        was stenographically reported by me and later
9        reduced to print through computer-aided
10       transcription, and the foregoing is a full and
11       true record of the testimony given by the
12       deponent.
13             I further certify that I am a
14       disinterested person in the event or outcome
15       of the above-named cause of action.
16             IN WITNESS WHEREOF, I subscribe my hand
17       and affix my seal this 17TH day of April 2018.
18
19
20       _____
         Beth Gaige, RPR
21       Notary Public
22       My commission expires:
         August 22, 2019
23
24
25

Page 156

1              E R R A T A   S H E E T

2    IN RE:  SULLIVAN, et al. vs. SAINT-GOBAIN

3    DATE:   4/16/2018

4    PAGE     LINE     CORRECTION AND REASON

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23

24   _____    _____

25   (DATE)                 GORDON W. GARRISON, JR.

**[& - 2x4s]**                                                    Page 1

### &

**&**   1:16 2:4,8,13,17
5:1

### 0

**00125**   1:6
**0117**   59:18
**0118**   45:12 65:20
**0119**   54:11 65:18
**0124**   72:24
**0215**   74:4
**0216**   74:21
**0217**   75:24
**0218**   76:11
**0219**   76:22
**0220**   78:1
**0221**   79:7
**0222**   79:20
**0223**   80:11
**0224**   81:8
**0225**   82:7
**0226**   82:20
**0227**   83:2
**0228**   83:22
**0229**   84:9
**0230**   84:24
**0231**   85:16
**0232**   86:18
**0233**   87:12
**0234**   88:13
**0235**   88:21
**0236**   89:10
**0237**   89:24
**0238**   90:13
**05201**   2:9 5:3
**05753**   2:5
**07/12/2007**   3:11

### 1

**1**   3:9 4:16 25:9,12
91:19 99:6

**10**   3:21 63:7
126:19 137:6,9
141:5
**100**   26:9
**10010**   2:14,18
**1030**   147:21
**108**   3:15 149:3
**10:14**   37:25
**10:26**   38:3
**11**   3:22 23:24
71:21 91:18 139:1
139:4 141:4,5
**111**   2:5
**113**   3:16
**11:16**   72:1
**11:37**   91:18
**12**   3:24 36:17
140:22,25 141:3,4
**121**   3:17
**123**   3:18
**12:45**   91:23
**131**   3:19
**137**   3:21
**139**   3:22
**14**   19:8 121:25
**140**   3:24
**151**   3:3
**16**   1:18 124:16
125:2
**163,900**   137:23
138:3,3 139:16,21
140:12
**16th**   4:7
**17th**   155:17
**18**   124:16 125:14
**1800**   20:18
**1835**   21:16
**19**   12:25 16:18,19
17:1,16 19:9 20:1
23:18,25 41:19
93:2,8,12 149:9

**1946**   7:9
**1949**   18:19,23 19:4
**1950**   19:7
**1958**   19:10
**1963**   19:11
**1964**   10:2 12:25
19:2,4
**1965**   10:2,24
**1969**   10:24
**1971**   14:1
**1974**   14:1
**1978**   13:13
**1984**   12:25 13:13
**1987**   12:25
**1988**   12:10 18:3
**1992**   17:23 18:4
**1993**   17:23
**1994**   17:16 23:15
23:16 25:2 78:22
94:24 95:4 103:11
115:25 149:1
**1999**   27:23
**19th**   7:9 145:11
**1:41**   135:21
**1:52**   135:24

### 2

**2**   3:10 6:12 44:15
44:22 54:7 59:15
65:15,16 91:25
**20**   48:6,7 154:13
**2000**   20:18
**2006**   22:14 28:7
63:21 64:19 67:18
69:6,13 70:11,20
70:23 75:19 76:6
78:13 79:12 80:20
93:19 94:22 95:4
96:4 145:17 149:1
**2007**   21:21 22:11
22:13,15 24:25
28:8 45:5 59:24

**65:18 67:24 137:4**
**2010**   11:22 12:11
**2016**   3:17,20 43:21
44:3,4,6 94:25
107:5 124:16,16
124:17 125:2,14
125:25 150:1
**2016-17**   3:23
**2016-2017**   139:11
**2017**   6:7 44:3 99:4
109:9 124:17
126:9
**2017-18**   3:21
**2017-2018**   137:18
**2018**   1:18 4:7
155:17
**2019**   155:22
**204**   19:10
**212.849.7000**   2:15
2:19
**22**   11:24 155:22
**23**   16:20 26:2
**230,000**   28:17
**25**   3:9
**255,000**   142:8,11
143:8
**26**   124:17 126:9
**265,000**   142:8,12
143:8
**27th**   134:4
**28**   19:23 124:17
125:25
**288**   28:19
**288,000**   28:19,25
**28th**   6:6 134:4
**29**   3:17
**2:12**   151:2
**2:18**   151:5
**2:20**   152:22
**2x4s**   66:13

**3**

**3**  3:12 71:24 72:8
141:21
**30**  6:12
**300**  68:11,17
**32,500**  100:15
**320,000**  29:8 142:6
**323**  142:5
**325,000**  99:14
**330,000**  142:6
**37**  16:23

**4**

**4**  3:13 40:15 98:12
98:15 109:12
133:7
**4/16/2018**  156:3
**44**  3:10

**5**

**5**  3:15 108:12,14
108:17 114:10
116:20 123:19
149:12
**507**  1:17 2:9 5:2
**51**  2:14,18
**5:16**  1:6

**6**

**6**  3:16 113:9,11,16
127:7
**6,000**  26:24
**62**  44:12

**7**

**7**  3:3,17,20 117:3
118:1,9 119:6
121:13,16
**71**  3:12
**77,000**  26:8,17

**8**

**8**  3:18 109:11
123:2,5
**8/9/17**  137:16
**802.388.6356**  2:6
**802.442.6341**  2:10
**83,000**  25:3 26:15

**9**

**9**  3:19 123:21
131:19,22
**93**  17:13
**94**  17:14 96:3
150:1
**98**  3:13
**9:28**  1:18 4:6

**a**

**a.m.**  1:18 4:6
37:25 38:3 91:18
**able**  16:11 27:18
28:2 37:11 39:18
52:3,4 63:9 103:9
110:25
**access**  37:11 38:22
38:24 39:8,11
40:22
**accessing**  39:13,15
**accordion**  89:16
**account**  144:12
146:5
**accurate**  29:9
44:13 107:2 138:6
140:1,4,6,8,9
142:12 154:6
**accurately**  140:10
140:13
**acknowledgment**
154:1
**acquired**  24:5,7
**acquisition**  58:11

**acres**  44:12
**action**  1:5 5:11
108:24 112:5
117:7 119:9
147:16 155:6,15
**active**  16:15
147:21 149:4
**activities**  36:2
42:5,7,16,17
112:17,19
**activity**  16:7 36:11
147:11 150:21
**actual**  19:13 37:13
55:16 109:18
**add**  23:7
**added**  93:18
**addition**  8:4 21:20
21:22,23 22:3
27:11,17,21 28:8,9
28:22 30:11 45:3
45:3 51:23 57:6
59:11 61:1,20
62:13,14 69:4,16
69:21 70:9,16,19
80:16 85:19 89:14
100:9
**additional**  22:6
26:21 28:20 78:4
85:7
**address**  6:12
16:17 19:3,14
26:2 122:3,7,11
132:13 137:20
150:22
**addresses**  19:5
26:4
**adjacent**  136:17
**adjust**  81:21
**administered**  6:19
**administrative**
12:22,23

**administrator**  5:9
**advantage**  27:12
28:4
**affect**  33:4 40:16
40:20
**affiliations**  5:15
**affix**  155:17
**aforementioned**
155:6
**age**  63:15 102:18
**agencies**  135:3
**agency**  12:14
31:11 134:16,19
134:23 135:3
**agent**  29:23 30:19
**aggravation**
109:24
**ago**  18:12 30:23
35:22 53:19 66:6
69:1 93:25 149:18
**agree**  4:15 110:2
114:21 117:16
**agreed**  4:2
**agreement**  25:22
**aided**  155:9
**air**  21:8 103:20
111:13
**airport**  40:8,14
**al**  1:4 4:19 156:2
**alleged**  124:3
127:1
**alleges**  108:8
**allowed**  29:15
**alternative**  114:18
116:23,25
**ambient**  86:11
**amend**  118:1,8,9
119:2
**amended**  3:15
108:24

**american** 12:16
**americans** 13:9
**amount** 26:12
  28:20,22 50:21
  100:6,15 138:10
  148:9
**analyze** 145:2
**angeles** 12:15,17
  13:1,6 15:7,11,15
  18:10
**angle** 81:10 82:9
  83:24
**annoyance** 109:23
**answer** 8:10 9:10
  19:20 30:2 32:16
  33:19,20 41:15
  43:17 47:20 50:11
  50:13 64:7,21
  67:16 77:19 88:7
  97:6 98:4 101:11
  102:6,21,22
  103:17 110:7,10
  110:25 111:24
  115:4 116:3,11
  118:5,19 119:18
  120:12 128:7
  138:23 143:13
  144:24 145:20
  146:8,17,25 147:7
  149:16
**answered** 95:20
  110:6,9 116:2
  118:18 119:17
**answers** 7:16,25
  123:13
**anthony** 11:24
  12:2,9,12 15:18
  17:6
**anti** 68:23
**anxiously** 37:4

**appear** 66:3
**appearance** 5:18
**appearances** 5:14
**appears** 21:15
**apple** 51:19
**apples** 52:6
**applesauce** 52:6
**appliances** 73:12
**applies** 43:13
**appraisal** 3:10
  45:2 65:18
**appraised** 25:7
  137:4
**appreciably** 113:6
**appreciate** 8:22
**apprised** 29:4
**approve** 23:12
**approximately**
  19:23 20:16,18
  25:3 26:15 27:18
  28:17 44:8 101:4
  102:17 107:15
  109:15 148:25
  149:1,12
**april** 1:18 4:7 59:1
  124:16 125:14
  155:17
**architectural**
  103:5,10,15
**architecture** 103:8
**area** 28:18 30:15
  30:16 31:23 32:1
  34:22 37:19 42:18
  55:18 61:22 62:19
  66:12 71:5,6
  101:25 102:4,9
  107:12 108:3
  110:17,21 111:3
  111:20,25 136:21
  143:4,4

**areas** 32:11,11,13
  37:14 55:17 70:2
**arose** 143:15
**arrive** 99:22
  142:14
**arrived** 142:21
**art** 11:2
**arts** 11:6,7
**aside** 21:11,20
  42:23 105:22
  148:8
**asked** 8:19 95:19
  110:6,9 115:20
  116:1 118:17
  119:16 123:17
  151:13
**asking** 119:14
  121:3 150:13
**asks** 123:23
**asparagus** 55:13
  56:11,12
**assessed** 99:19
  137:21 138:2,21
  139:15,21 145:7
**assist** 123:14
  141:13,16
**assume** 143:1
  144:2,8
**assuming** 142:4
**atmosphere**
  108:10
**attached** 56:19
**attempted** 29:18
**attend** 10:1,23
  11:11 124:20
**attended** 10:10,20
  11:8 123:24
  124:14 127:10
  131:11,15
**attendees** 124:8
  127:9

**attorney** 5:19 9:3
  9:7 121:8
**attorneys** 112:21
  114:5 121:4 124:1
  141:17 142:17
**audio** 4:13,13
**august** 44:3,4
  155:22
**authorized** 5:9
**automatically**
  81:24
**avenue** 2:14,18
  19:8,12
**aware** 107:8 124:7
  136:8 147:23
  150:21

**b**

**b** 3:7
**bachelor** 11:7
**bachelor's** 11:6
**back** 14:24 15:16
  30:10 38:4 51:18
  51:21 54:7 59:17
  64:23 72:1 73:2
  82:16 91:24
  106:25 107:18
  135:24 148:1
  149:24 151:6
**background** 75:1
  80:17 82:1 87:19
  87:20
**backup** 85:12
**backyard** 46:23
  47:6,9 55:11
  105:9
**bank** 27:13
**banner** 125:6,20
  126:3,12
**barr** 2:8
**barrsternberg**
  1:16 5:1

barrsternberg.com
2:10
**base**  64:1
**baseboard**  74:14
85:9
**based**  13:22,23
118:8 145:17
**basement**  22:4
62:8,10,11,13,15
69:18 71:7,9 86:9
86:10,20,23 87:1
88:2
**basic**  59:23 112:13
**basically**  67:6
73:17 94:3 95:3
**basis**  41:25
**bates**  54:10 59:17
**bath**  20:13 22:6
61:9 77:5 79:23
80:1
**bathroom**  22:8
71:1 73:2,18,21,23
74:6,8 76:14,25,25
79:11 88:16
**bathrooms**  20:10
20:12,14,21
**bathtub**  73:20
**beam**  75:14
**beams**  75:16,18
84:5
**bedroom**  22:5
60:20,22,23 61:8
78:4 79:2 81:5
88:23,24 89:8,13
89:20
**bedrooms**  20:8
60:18
**beds**  55:15
**beginning**  5:18
43:12,21 91:24
132:21

**behalf**  1:4 4:19
**belief**  97:7 115:15
**believe**  21:17
26:17 27:25 29:9
41:5 44:13 70:12
95:20 108:21
109:1,3 112:7
118:14,23 120:9
120:15 125:5
132:12 138:6
140:1,6,12 142:11
142:22 145:23
146:21 147:3,25
151:14
**beneath**  59:2,12
114:14 117:11
136:14
**benefit**  8:12,13
**bennington**  1:17
2:9 3:21,22 5:2
15:13 16:18 18:13
18:17,20,23 19:1,2
19:4,8,17,17 31:12
32:1,2 42:18
49:12 110:18,18
114:16,25 115:18
116:21 121:11
124:15 125:5
127:22 137:16
138:2,11,21
139:20 140:17
147:16,20 149:3,6
149:8
**best**  27:20 35:6
70:12 96:5 112:24
117:2 137:3
**beth**  1:15 5:7
155:2,20
**beth's**  77:16
**beyond**  48:17
55:16 95:13

**big**  44:11
**bike**  37:15,16
39:20
**bill**  3:21,22 77:15
127:17 130:25
132:24 137:15
139:10 151:12
**birth**  7:8
**bit**  23:5 53:1 77:8
77:10 118:21
**black**  3:12
**blast**  36:15
**blasting**  36:15
**block**  122:19
**blocked**  39:3
**blocking**  41:2
**blood**  107:20,22
111:14
**blowing**  8:16
**blueberries**  50:19
52:17
**bodies**  117:13
119:13
**book**  86:15
**bordering**  34:19
**borders**  129:22
**born**  18:15
**borrower**  26:7
**boston**  13:9,11,14
13:16,17,22,23
14:24,25
**bottom**  25:25
56:14 104:13
114:11
**bought**  19:12
62:12 78:18 90:10
**boundaries**  101:9
**bratcher**  127:17
130:25
**bratchers**  131:6

**break**  9:2,11 23:4
37:21 38:9 71:18
71:19 135:14,20
150:25
**breath**  8:14
**bricks**  65:11
**brief**  38:2 71:23
135:23 151:4
**broad**  116:13
**broker**  29:23
30:20
**brother**  15:23
16:5,13 127:11,21
136:5
**brought**  8:21
**building**  57:13
**buildings**  92:14
104:17
**built**  21:14,18,19
21:24 27:11,16
45:4 62:12 69:5
70:17 90:3 145:11
**bulldozers**  36:12
**bureau**  89:14
**burning**  55:4
**bushes**  46:5,9
50:18 52:13,16,19
53:4,15 55:12,19
106:10,18
**business**  107:18
130:6,7
**buyer**  35:1,4,9
144:11 147:3
151:14 152:5,5
**buyers**  151:23
**buying**  83:9

| c |

**c**  2:1 6:12 31:8
**cabinets**  73:10
**california**  12:15

call 83:19 116:22
called 13:21
calls 110:23 115:2
  128:5 150:9
cambridge 17:3,4
  17:19 42:24 92:20
capacity 13:8
capped 149:17
carolyn 127:17
  130:25
carpenter 65:5
carpentry 64:23
  66:7,9 68:9
carpet 78:19,19
carpeted 78:25
  79:4
carpeting 78:21
carried 137:2
case 4:23 34:14,18
  34:21 115:19
  124:4
cases 40:19
casually 120:25
  127:8
cause 42:2 155:6
  155:15
caused 94:14,19
  117:9 148:6,8
ceiling 21:13
  80:24 81:4
cell 4:11
cellar 59:10 69:15
  69:17,20 70:9
  85:18 87:18
celling 21:12
cellular 4:10
cement 57:13
center 42:9
centers 12:15 13:6
  15:8,11,15

century 145:11
ceramic 20:20
  74:11 77:1
certain 110:22
  111:6
certainly 14:14
  46:6
certificate 155:1
certification
  113:23
certified 5:4
certify 155:3,7,13
challenge 140:16
  140:20
challenged 138:10
challenging 54:3
chances 122:15
change 73:25
  94:12
changed 46:3,4
  47:4 59:24
changes 154:5
chemfab 107:16
  135:10 147:20
  148:1,10,18 149:3
  149:25 150:7,18
chemical 88:8
chemicals 88:2
chief 14:4,6
child 93:7
children 93:4,6,10
  133:17
christmas 36:10
  75:8
christmastime
  75:7
church 104:13,14
circumstance
  34:12
city 18:16 62:5

civil 1:5
claim 111:18
claims 8:20 112:7
  126:25
clarify 7:21 63:19
  111:11
class 1:4 4:20 6:8
  6:10 42:13 108:24
  112:5,8,14,23,25
  113:22 115:13
  117:7,8,19,23
  118:14 119:9,24
  120:4,10,16 127:3
  128:3,11 129:4,25
  130:11,20 131:6
  131:16
classes 42:11
  126:24
clause 116:20
clawfoot 77:9
cleaned 68:22
clear 7:18
client 8:22 121:8
close 30:3
closed 89:16 153:3
closer 15:16
closest 89:3
closet 89:6,15,16
clothes 87:10
cold 81:24 85:13
colder 21:4
collateral 29:12,16
college 9:20,22,24
  11:12 19:2,15
  124:15
colon 122:20
  124:16 132:2,6
colors 53:5
column 99:13
combination
  47:14 135:4

comcast.net. 122:4
  132:7
come 15:14,16
  99:16 109:2
comfortable 7:16
coming 38:4 91:24
  148:14,16
comma 121:22
commenced 22:12
  22:14
commencing 1:18
  128:15
comment 133:6,10
comments 133:5
  133:21
commercial 104:2
  104:5 136:8
  147:11
commission
  154:20 155:22
commonsense
  41:16
commotion 36:20
communicate
  134:17
communicated
  134:15 135:9
communication
  126:23 127:2
communities
  134:6
community 41:6
  42:15 117:5 119:8
commuting 17:6
companies 134:7
company 3:13
  16:15 99:24
comparable
  145:24 146:2
compare 144:19

compensation
117:8 119:10
complaint 3:15
108:24 148:18
149:24 150:2,22
complaints 126:24
complete 9:10
10:18 67:16
completed 9:18
22:12,15
complying 25:18
44:23 45:13 46:16
54:9 59:16 60:8
72:10 74:5,22
75:25 76:12,23
78:2 79:9,21
80:12 81:9 82:8
82:19 83:1,21
84:8,25 85:15
86:19 87:13 88:12
88:20 89:11,25
90:12 98:18
108:19 109:13
113:17 121:18
123:7,20 126:20
131:24 137:11
139:6 141:6,24
component 10:8
10:10
composed 45:23
47:10
computer 155:9
concern 107:7
119:21 148:8
concerned 107:9
133:18 148:5,7,17
concerns 107:13
107:17 108:6
148:1,4 149:21
concludes 152:23

conclusion 110:24
115:3 128:6
concrete 59:11
70:4,6
condition 95:3,16
conditioned 21:8
103:21
conducted 143:25
confident 35:16
connect 96:20
97:2 116:16,18
connected 49:17
49:19 147:5
151:16
connection 12:18
38:15 96:11
connections 96:12
consider 69:11
101:7,8
considerable
50:21
consideration
142:23
considerations
33:25
considered 88:8
99:20
considering 23:3
30:17
consistent 27:22
constructed 69:20
102:4,10
construction 20:4
22:12,16,21 34:16
35:3 38:10,11,15
38:21 39:6,9,23
40:2,25 60:5,13
63:21 64:19 69:13
70:20,23 71:7
75:19 76:6,16
77:3 78:6,14

79:13 80:15 86:22
86:24 87:5,5 90:7
90:9 93:19 96:8
96:11,15 97:1
consultation
142:15
consulted 142:17
consume 52:20
56:6
consumed 56:13
contained 141:18
contains 123:11
contaminated
36:22 94:5 96:23
110:19
contamination
30:14,16 33:4
34:24 35:13,20
41:11 56:2 108:3
109:18,19 110:5
110:15,16 111:4
111:19 113:4
114:12 117:10
119:22 133:18
142:4,7,24 146:10
152:2,14
content 31:20
127:2
continue 4:14 38:5
55:25 63:12 72:3
92:3 112:23 136:1
continued 10:14
15:13
continues 127:6
conversation 33:9
34:4 150:15
conversations
4:10
cool 21:10 80:24
81:2

copy 60:3 98:24
corner 36:8 40:21
45:8 65:10
corporation 1:9
4:22 5:22 13:21
22:17
corporations
133:15
correct 10:21,22
11:10 15:8 16:22
17:10 18:13,14,24
24:3,4,5,6,10,23
28:10,13 29:5,6
35:25 36:1 38:10
43:5 47:2 54:15
60:10,18,24 61:3,9
61:10 62:8,9
63:13,14 73:8
75:1,13 76:2
79:17 80:21,25
81:1 82:16 84:5
88:18 89:9,21,23
92:12,13,21 93:25
96:12 99:4,5,14,15
99:24 105:16
106:4,5 118:16
128:12,13 129:13
132:10,25 136:6,7
137:18,19 139:13
139:24 143:21,22
143:25 144:3,5
145:11,15,16,18
148:2
correction 156:4
corrections 154:4
correctly 109:25
114:19 117:14
124:10,18 127:4
127:19 133:8,22
134:11 142:9

**correspond** 60:17
61:7
**cost** 68:5,10,13,16
**couch** 74:25 75:5
**council** 13:11,16
13:17 14:24 15:1
**counsel** 5:13
**countertop** 80:8
**county** 12:17
**couple** 30:23
40:12 55:15 64:22
67:13 68:6,13,20
85:10 93:25
120:24 122:17
**course** 39:4 42:15
**courses** 12:4
**court** 1:1 4:24 5:7
115:20
**cover** 100:17
**coverage** 99:7,13
99:22 100:6,15
**covered** 78:19
92:8
**covering** 139:10
**covers** 60:13 67:6
118:21 152:2
**crabapple** 53:5
**crabtree** 127:15
127:18 129:16,19
129:19,24
**crawford's** 6:6
**credit** 29:13
**cross** 3:3 151:10
**current** 16:17
19:25 99:1 137:16
139:23
**currently** 51:3,7
56:3,20 60:9,13
61:2,25 89:19
96:9 136:9 144:13

**custom** 145:18
**cut** 8:10
**cv** 1:6

**d**

**d** 1:3 4:18
**daily** 81:16
**damage** 117:9
120:17 124:4
**damages** 108:2
109:21
**dash** 133:16
**data** 145:2
**date** 4:6 7:8 72:20
124:5 127:2 156:3
156:25
**dated** 3:10,17,20
6:6 137:16
**dates** 124:15,21
**daughter** 93:7,7
**david** 2:8 5:25
**day** 36:17 154:13
155:17
**days** 36:17 44:5
134:10
**deal** 37:9 96:24
**dealing** 146:10
**debris** 37:17
**december** 7:9
**decided** 117:4,4
119:7
**deciduous** 48:7
**deck** 56:19,20,23
56:25 61:5 67:2
68:18,22 82:15,16
90:16 96:5
**declaration** 3:16
113:21
**deemed** 96:22
**deep** 63:9
**deer** 57:23,25

**defendant** 1:10
2:12 5:21,24
117:7
**defendant's** 117:9
142:5,7
**defendants** 4:18
4:22
**define** 115:19
**definitely** 38:23
**degraded** 65:10
**degree** 9:19 11:3
11:13 46:11
**department** 14:18
135:5,6
**dependent** 39:5
**depends** 58:17
**depict** 65:25 72:25
74:23 76:13,24
78:3 79:10,22
80:13 87:14,16
89:12 90:14
**depicted** 46:2
56:21 66:3 88:22
89:5
**depicts** 87:17
88:14 89:14
**depo** 43:13
**deponent** 154:1
155:4,12
**deposed** 7:10
**deposition** 1:13
4:13,17,25 7:17,22
25:9 44:15 71:24
91:20,25 98:12
108:12 112:22
113:9 121:13
123:2 131:19
137:6 139:1
140:22 153:3
154:4 155:7

**describe** 22:2 36:5
42:7 49:2,8 50:15
64:17 66:9 68:21
73:16 103:5,7,10
106:8,17 110:17
124:8 126:22
**described** 42:17
53:17 69:19
126:24
**describing** 67:1
**description** 3:8
68:12
**design** 22:19
145:18
**designated** 30:15
**desk** 79:16
**detail** 22:2
**detected** 33:7,7
111:21 144:21
147:15
**determine** 63:9
**develop** 145:3
**diameter** 63:8
**dies** 81:23
**difference** 27:2
95:8
**different** 15:6 53:4
53:14 54:20 81:22
87:2 102:1,10
115:23 116:17
143:6,16
**difficult** 8:5 38:21
38:24 39:11,20
53:22
**dig** 39:25 40:4
62:20,24 63:4
**digging** 37:14
**diminished** 142:19
144:7 145:3
**diminution** 109:22

**dining** 60:14 71:6
74:24 75:3 82:5
83:4,24
**direct** 3:3 7:1
36:25 86:10
115:20
**direction** 61:20,22
**directions** 101:19
**directly** 48:10,15
106:21 126:16
136:14
**dirt** 37:1 39:25
47:11,14,17,21
57:16
**disclose** 152:9
**disclosing** 121:7
**disclosure** 35:8
**disclosures** 3:24
141:12
**discovered** 107:8
**discovery** 6:7
126:22
**discuss** 131:11,15
**discussed** 26:5
31:21 33:16,25
96:8 121:2 135:1
**discussing** 38:9
**discussion** 124:2
149:25 150:6
**discussions** 121:10
**disinterested**
155:14
**disposal** 36:22
**disposing** 37:17
40:4
**disrupted** 36:2
37:3
**disruption** 37:10
**disruptive** 34:16
35:23

**distance** 86:4
**distinguish** 69:25
**distinguishing**
69:18
**district** 1:1,1 4:24
4:24
**document** 25:11
25:19 44:20,24
72:7,11 98:17,21
108:16,20,23,25
109:6 113:15,18
113:24 114:4,7
120:22 121:19
123:4,8,15 126:21
131:21,25 137:8
137:12 138:1
139:3,7,20 140:24
141:8,14,19
**documents** 109:2
**doing** 12:23 14:19
17:4 40:6
**dollars** 68:13
**door** 71:4 83:6,11
83:14,16 89:5,17
90:15
**doors** 80:17,19
82:21
**doorway** 89:15
**doubled** 21:25
62:18
**downstairs** 22:8
88:15
**dozen** 134:8
**drink** 9:5
**drinking** 133:4,11
**drive** 37:12 149:4
**driver** 33:15,24
**dry** 87:9
**dryer** 87:8,9
**dsilver** 2:10

**due** 133:5 146:14
146:22
**dug** 63:12
**duly** 6:21
**dump** 36:21
**duties** 112:12
**duty** 112:11,13
**dwelling** 99:10

**e**

**e** 2:1,1,6,10,15,19
3:7,17,19 13:21,21
122:3,7,9,11,12
125:17 126:12
132:12,13 133:24
134:18 156:1,1,1
**earlier** 26:5 27:14
80:23 81:14 83:15
92:10 130:7
**easier** 77:21
**east** 48:23,24
57:21 105:14,15
128:19 149:10
**easterly** 61:22
**edit** 133:21
**education** 9:18
12:3
**effective** 99:3
**efficiently** 9:1
**eight** 91:14
**either** 40:25 57:10
104:1 126:3 150:7
**ejoselson** 2:6
**elaborate** 16:11
30:9 34:20 39:2
39:22 95:6 96:14
96:17 119:15
148:6 150:12
**emanuel** 2:13,17
5:24
**emily** 2:4 6:2

**employed** 11:17
12:8,12,14,24 13:4
13:14
**employee** 135:10
150:1
**employees** 148:9
**enclosed** 83:10,18
84:12
**ended** 12:22 14:4
**english** 12:6
**enjoy** 36:18
**enjoyment** 109:23
**ensure** 115:16
**entering** 71:5,5
**entertain** 56:25
57:2
**entire** 13:2 20:22
32:1 100:10
**entirety** 43:14
**entrance** 71:8,10
**environment** 54:3
**environmental**
135:5
**equipment** 36:12
39:6,9 41:2 92:16
92:18
**equity** 29:13
**erewhon** 13:21,22
13:25 14:3,6,9,22
**errata** 154:5
**erratic** 52:5
**esq** 2:4,8,13,17
**essence** 120:4
**essentially** 96:20
**established** 142:24
143:9
**estate** 29:23 30:19
31:1,5,11,22
**estimate** 19:16
48:4 57:2 62:17
63:5 142:11,19

143:7
estimating 144:19
et 1:3 4:19 156:2
event 155:14
everybody 152:3,3
evidently 150:4
exactly 21:15
109:7 151:17
examination 3:3,3
7:1 151:10
examined 6:22
example 20:5 53:3
exceptions 70:14
84:20
exchanged 134:18
excluding 123:25
126:21
exclusively 124:1
excuse 12:25
13:17 20:13 78:12
89:3 142:5 150:20
executive 14:5,7
14:20
exhaust 148:11
exhausted 108:10
exhibit 3:8,8,9,10
3:12,13,15,16,17
3:18,19,21,22,24
25:9,12 44:15,22
54:7 59:15 65:15
65:16 71:24 72:8
98:12,15 108:12
108:17 113:9,16
121:13,16 123:2,5
131:19,22 137:6,9
139:1,4 140:22,25
exist 50:23 56:20
existed 93:21
103:11 136:9
existing 10:10
70:21,24

exists 136:9
expand 62:15
119:5
expenses 146:14
146:22
experience 64:2,8
64:15
experienced
120:16
experiencing
113:7
expert 111:17
115:7
expires 154:20
155:22
expose 75:18
exposed 75:17
84:4 117:20,24
118:15,20
exposure 6:8
extent 40:17 41:6
41:11
exterior 64:18
67:7,10,11,20
eye 64:10

**f**

f 2:8 5:25 141:22
141:25 142:2
faces 90:16
facility 42:11
147:20,23 149:3
facing 76:14,15
fact 16:9,9 38:18
78:18 106:22
143:5 144:12
150:16
factors 33:16
facts 151:24
fair 17:15 46:12
47:15 60:12 61:24
91:17 95:2 101:18

124:21
faithfully 144:11
fall 22:14 110:20
111:4,20
falls 107:9
familiar 15:21
149:6
family 20:2 75:3
fans 21:11,12,13
80:24
far 57:12,14 58:6
63:12 97:24 98:1
106:25 124:13
128:21 131:4
149:11
farther 55:14
fast 8:5
feature 91:1
features 50:5
february 3:17
feel 8:14 35:5,16
94:4 113:3 133:19
142:25
feet 20:16,18
fence 57:18,20,21
58:4
fencing 58:7
field 115:7
figure 99:22 107:2
file 140:16
filed 4:23 109:8
finance 68:7
financially 5:11
find 15:5 53:22
63:15,22
fine 9:8 37:23
finish 8:13
finishes 77:17
first 7:18 18:5
19:5 25:23 26:1
30:10 34:23 36:6

36:9,14 72:22
79:4 99:10 107:3
113:2 114:11
121:22 127:7
132:2,23 133:4
147:15 148:1
five 9:4 15:3
109:15,16 150:24
flat 49:2
floor 57:16,17
59:23,24 60:4,9,10
60:17 61:7 76:2
76:19 77:1 78:8
79:4 84:2
flooring 20:19,20
20:20 74:9 78:10
78:13,16,20 79:12
80:20
floors 73:6,8
flowering 53:12
flowers 55:15
follow 150:6,10,11
151:12
followed 36:16
following 124:15
follows 6:23
foods 13:20
foot 40:1
foregoing 154:3
155:10
foreground 87:23
form 118:4
forma 16:3
former 61:21
107:16 147:20
149:3
forth 8:3 9:6 10:16
42:6
forward 37:4
133:24

**foundation** 57:11
57:14 59:5,9,10
**four** 14:15 99:7
109:15 124:24
135:1
**fourth** 3:24 141:11
**frame** 20:6,7
**framework** 66:14
**frankly** 37:9 103:8
**free** 8:14 133:19
134:10
**freely** 114:3
**freeze** 85:10
**frequently** 21:3
57:2 58:14 64:4
**friday** 133:5,7
**friend** 95:23
**friends** 37:2
133:19
**front** 36:12 41:1
45:18,20,22 46:5,9
48:10,10 53:6
64:22 65:17,21,22
71:4 83:8,13,14,16
83:17,18 104:21
105:3,6 152:14
**fruit** 50:18,18
51:14,20 52:1,3,8
52:11,13,16,18,22
52:24 53:20 55:12
55:19
**full** 7:6,15 20:12
20:14 22:4 48:8
51:17 62:13
155:10
**fund** 25:4
**furnace** 21:2
87:17,19,25 88:1
**furnishings** 79:15
**further** 18:3
152:16 155:7,13

**future** 94:6 112:24
115:11 146:22

**g**

**gaige** 1:15 5:7 7:23
8:4 155:2,20
**gaige's** 8:12
**gar** 45:11,12 54:11
59:18 72:24
**garage** 50:16,23
51:3,3,10 54:19,20
54:23 57:6,10,12
92:11,15 100:18
**garden** 47:13 49:7
50:2 55:11,17,18
58:12,25 105:24
106:9
**gardens** 48:16
**garrison** 1:14 3:2
3:20 4:17 6:10,21
7:3,7,11 9:17
11:17 15:21 16:17
24:16 25:11 27:6
30:7 38:6 40:3
44:24 47:7 49:11
62:3 72:4 90:23
91:20 92:1,4,25
98:6,14 108:16
109:20 127:11
136:2 141:8 142:2
152:24 154:10
156:25
**general** 14:19
30:25 31:19,22
33:9 34:6
**generally** 32:1
56:4 59:1
**getting** 15:12
148:10
**gibman** 93:1,2
**give** 9:4 19:7,21
25:16 44:19 52:8

52:21 56:7 72:20
107:2
**given** 29:24 54:3
63:15 65:12 81:20
114:3 142:7
155:11
**giving** 63:19
123:16
**go** 4:15 7:13 9:22
14:23 37:12 42:9
42:10,22,23 43:4,7
43:9 61:19 63:10
**goal** 96:15,20
**gobain** 1:8 4:21
5:21 8:22 108:8,9
115:21 124:3
128:20 131:12,16
135:10 148:19
150:1,8,17 156:2
**goes** 7:17
**going** 4:6 7:13 8:8
8:9,9,11 9:8 30:10
34:17,17 36:20
37:5,8 38:1 39:9
39:24 43:11 51:21
71:22 85:12 91:20
96:9 101:13
107:18 111:17
115:11 134:2
152:21
**good** 4:5 12:21
91:15 132:24
135:18
**gordon** 1:13 3:2
4:17 6:21 7:7
91:20,25 152:23
154:10 156:25
**government**
104:17 122:18
134:7,16,19,19,23

**graduate** 11:9,11
13:19 14:23
**grass** 45:25 47:12
47:13,14,22
**great** 53:3
**greens** 56:4,5
**grew** 18:15 56:11
**griffith** 21:24
23:21,23 24:22
28:13 93:10
107:22 120:9,15
147:10,13
**ground** 7:13
111:12
**groundwater**
109:19 111:16
114:13 117:11,20
136:12,17,20
143:24 146:15,23
**group** 119:23
**grow** 52:13 53:22
55:23,25 56:3
**grown** 46:6 48:8
51:17
**grows** 106:1
**gwgarrison** 122:4
132:7

**h**

**h** 3:7 13:21 31:8
156:1
**half** 10:15 20:13
39:17 97:25
101:13,15,19,21
130:19 131:5
**hall** 61:9 88:24
**hand** 45:8 55:19
55:20 77:14 83:6
85:4 122:1 155:16
**handed** 98:14
108:16 113:15
121:15 123:4

131:21 137:8
139:3 140:24
**handing** 25:11
72:7
**hang** 87:9
**happen** 37:5
**happened** 94:22
**happy** 9:3 71:19
**hard** 37:9
**harm** 114:13
**hatch** 71:8,10
**hauling** 36:21
**head** 8:3 14:17
19:22
**heading** 137:21
139:15
**health** 108:6 135:5
**hear** 107:6 148:13
148:13
**heard** 107:3,7
136:20
**hearing** 133:15,16
**heat** 21:5,7 74:14
81:18,24 85:7,9
86:10,11
**heated** 86:9
**heater** 74:13 85:3
85:5,5 87:22,24
**heating** 20:25
81:18 85:6 103:24
**heavy** 36:11
**heck** 152:6
**held** 4:25
**help** 7:14
**hi** 132:24
**high** 11:25 12:4,9
12:13 15:19 17:6
**higher** 87:5
**highest** 9:17
**hill** 17:20 18:3,6,8
106:24

**hillside** 16:18,19
16:20,23 17:2,16
20:1 23:18,25
26:2 36:9 40:21
40:23 41:19 48:11
48:12 93:2,8,12
97:20 101:5
104:14 106:12
128:1 149:9
**history** 12:7
**hit** 62:24 63:1,3,6
63:12
**hmm** 8:2 25:13,15
44:21,23 45:17
48:19 50:4 51:2
54:9,13 55:9
56:16 59:16 72:10
72:23 74:5,20,22
79:9,21 80:12
82:19 83:23 84:8
84:10,25 85:15
86:19 88:12 89:11
90:21 98:18 99:9
108:19 113:17
119:14,20 122:2
123:22 126:18
132:22 133:1,1
137:11
**hoisington** 31:5,11
**holding** 65:11
66:15
**home** 3:12 16:19
17:1 18:5 20:2,4
20:17,19 21:1,8,14
21:17 23:7,16
24:3,7 25:1,7 27:5
27:9,19,23 28:3,6
29:4,12,13,15 30:7
30:12 31:14,17
34:9 35:10 39:12
39:14,18 41:19,21

41:23 42:5,8
45:14,18 46:10,13
48:12,25 49:15,17
50:2 59:3,5 63:15
63:22,23 64:1,2,5
64:8,9,13,15,19
93:14 94:7,8,21
95:3,15 96:3
97:24 98:1 100:22
101:7 102:11,18
103:6,8,10 105:14
105:14,15 106:6
106:15,20,23
137:4 138:22
139:21 144:20
145:10,23 146:4
147:11,13,19
149:2
**homeowner** 3:14
**homeowners** 98:5
98:24
**homes** 39:9 90:23
91:2,6,9 97:2,8,13
97:16 101:4,21,25
102:3,9,13,17,25
103:13,20,23
104:20 105:2,5,8
144:20 145:24
146:5
**honest** 152:11
**hook** 96:23
**hoosick** 107:9
**hope** 132:24
**hosting** 134:3
**hot** 87:22
**hour** 39:18 134:10
**hours** 36:17
**house** 18:1 19:12
21:7,10 22:1,7
24:17 30:10,18
35:6,12,15,24 36:8

41:1 42:15 46:18
47:1 48:18,18
49:6,6 55:4 56:19
59:23 62:11 65:9
65:10 66:24 67:7
67:11,21 70:11,17
70:20 71:3 72:15
72:17 74:15 75:16
78:5,18,25 83:18
84:15 86:12 90:9
95:24 128:22,25
129:20 140:11,13
142:22 152:7
**houses** 32:8 128:2
**huguet** 127:13,13
127:14 129:2,4
**huh** 8:2
**hundred** 68:11,13

**i**

**identification**
25:10 44:16 71:25
98:13 108:13
113:10 121:14
123:3 131:20
137:7 139:2
140:23
**identified** 34:23
35:12
**identify** 100:22
123:23
**identity** 127:3
**ii** 127:12
**imagine** 49:20
114:2,5 132:14,15
143:15
**immediate** 101:15
107:13
**immediately** 144:2
**impact** 33:3,10,13
**imperial** 19:12

impressions
149:14
improvements
63:17 64:18 69:14
70:10
inappropriate
118:3
inches 63:8
include 61:2 67:4
120:2 133:21
included 6:9 22:4
33:11,12
includes 34:18
101:12
including 124:4
127:1
inconvenience
109:24
incorporated
12:16 13:22
incur 146:21
incurred 146:14
index 3:1
indian 12:15 13:4
13:5,6,11,15,16,17
14:24,25 15:7,11
15:15
indicated 79:2
individually 1:4
4:19
individuals 117:19
117:23 118:15
120:10,16
informally 101:2
information 114:3
121:7 141:18
152:4,9
infrequently 57:4
58:15
ingested 117:12
118:24 119:10,11

119:12 120:2,5,7
120:10
initially 12:20
58:19
injuries 112:7
inside 36:19
install 38:19 61:11
62:10 73:21
installed 58:4,6
61:17 71:4,8
80:20
instance 67:2
institutions 104:9
104:15
instruct 23:9
insulated 51:10
83:10 93:14,16
insulation 71:3
93:18,21
insurance 3:13
98:5,11,24 99:24
insurer 98:10
intended 6:9
intensive 36:11
interest 27:12 28:4
32:8,12
interested 5:11
33:2 132:20 134:9
interfere 4:12
interference 4:10
interior 3:12
69:14 70:17,19
72:16
interrogatories
3:18
intersects 128:1
interview 134:8
interviewed
134:13
introductions 7:4

invested 50:21
94:7
investigate 107:11
invited 124:6
involved 15:25
irrigated 58:12
issues 3:24 6:7,14
141:12 148:14
italian 42:13
items 96:2 99:7

**j**

j 2:4
james 1:3 4:18
january 124:17
126:9
job 12:19
jobs 14:19
joined 15:18 94:12
joselson 2:4 3:3
6:2,2 8:17 19:18
26:18 30:3 32:14
33:17,20 41:7,13
43:11 47:18 50:7
50:10 53:24 57:3
62:21 63:18,24
64:6,20 74:16
77:15,19,21 88:4,6
91:3,10 94:16
95:15 97:4,10
101:10 102:5,19
102:22 103:16
104:22 105:10
108:14 110:6,9,23
111:7,23 113:11
115:2 116:1,10
118:2,10,17
119:16 120:11
121:3 128:5 129:7
129:9 130:1,14,22
131:8 135:13,16
138:8,23 140:3

141:3 143:11
144:1,16,23 145:4
145:19 146:1,7,16
146:24 147:6
149:15 151:9,11
152:15
jr 1:14 3:2 6:21
7:7 154:10 156:25
judge 6:6
june 17:17,18
23:15 44:3,6 99:4
99:4

**k**

kasper 3:19 132:3
132:16
kathleen 24:17
72:14 142:17
kathy 21:24 37:1
80:5
katie 127:17
129:19
keep 58:2 64:10
85:13
kicks 81:24
kiin 5:4
kind 36:23 37:9
52:16 57:14 64:8
65:2 66:9 85:22
92:18 106:10
116:14
kinds 36:11,13
42:14 104:5
kitchen 22:7 60:14
70:25 71:1,2,5
73:1 74:1,6 88:17
90:15,19,20
know 7:4,20 8:8,8
8:20 9:3 16:14,16
16:19 20:4,16
21:14 24:7,12,14
24:24 29:7 34:1,2

**[know - long]**  Page 13

34:3 35:12,18
39:17 40:3,5 41:8
41:10,16 44:8
49:21,22 58:4,8
59:2,5,14 65:1
68:4 72:19 85:12
88:14 90:23 91:1
91:6,9 93:17 97:1
97:8,13,16,21,23
98:1 101:24 102:3
102:7,9,12,16,16
102:23,25 103:2,3
103:4,7,13,18,22
103:23 104:1,8
105:4,5,7,8,11
106:1,25 111:20
114:4 115:6,9,22
119:4 120:6,8,13
120:19,21,23,24
122:9,11 125:4,7
127:10 128:3,9,14
128:14,21 129:4
129:10,14,16,24
130:2,11,20,23
131:6 132:16,17
136:16,19,19
138:18,24,25
143:3,4 144:13
147:1,8 148:23
149:11,19 151:20
151:23
**knowledge** 16:25
27:20 63:25 70:13
71:13 96:6 111:18
117:2 120:7
136:12,17,22
137:1,3 143:19,23
145:10
**known** 16:20,23

**l**

**l.l.p.** 2:4
**labeled** 45:12
60:13,19 61:2,8
72:24 74:4,21
75:24 76:10,21
78:1 79:6,19
80:10 81:8 82:6
82:20 83:2,22
84:9,23 85:16
86:17 87:12 88:13
88:21 89:10,24
90:13 98:15
108:17
**land** 49:2 106:22
**landfill** 149:6,8,14
149:17,22
**landscaping** 46:2
47:3,4 50:22
104:6 105:19
106:8,9,17 130:6
**lane** 127:25 136:6
136:10
**langrock** 2:4
**langrock.com** 2:6
**language** 42:13
**laporte** 68:3
**large** 36:20 44:8
106:23 148:4
**larger** 46:8 105:21
**larry** 65:7
**late** 107:5,5
**lawn** 106:19
**lawnmower** 92:19
**lawsuit** 108:1,2,8
112:5,9 114:23
115:16 117:7
119:9 120:20
128:4,12,15 129:5
129:25 130:12,21
131:7

**lead** 34:12 80:18
80:19 82:4,21
83:7,12
**leading** 76:1 84:1
**leads** 83:8,13,16
83:17 90:16,17
**learn** 94:18
**learned** 125:4,16
126:2,11
**learning** 56:1
**lease** 29:18
**leave** 42:20,22
**leaving** 14:22,25
**ledge** 36:15
**left** 19:2,14 55:13
55:19 77:14 80:3
83:6 89:6 91:13
122:1
**legal** 5:5 110:24
115:3 128:6
**leif** 92:24,25 93:1
**lender** 26:7
**level** 9:17 36:19
110:22 111:5,10
111:11 138:22
**levels** 87:2 110:21
111:19
**library** 85:24
86:14,15 92:16
**lilac** 53:4,14
**limited** 6:7 127:1
**line** 29:13,13
43:13 55:15
100:12 121:22
132:2,6,23 137:23
156:4
**lines** 59:12 109:15
109:16 121:25
**link** 133:20,24
**list** 122:17

**listed** 16:5 29:21
44:12 99:8,14
120:21 122:12
137:21
**lists** 122:17
**literally** 39:24
**litigation** 8:21
34:25 94:13 121:2
**little** 22:2 23:4
41:22 77:8,10
120:25
**live** 13:1 15:14
17:1,18,24 18:22
19:1 23:18 40:15
127:21,24 128:17
129:20 130:8,9,10
130:17,18 131:4
147:19 149:2
**lived** 17:3,20 18:2
19:17 20:23 23:23
23:25 93:2,8,12
**lives** 92:20 127:25
128:2,19 136:6
**living** 15:10 17:5
18:2,10 21:25
22:4 23:16 61:3
75:8,11 80:14
82:9 90:17
**llp** 2:13,17
**loaders** 36:12
**loan** 29:13,16
**local** 21:15 39:4
42:9
**located** 5:2 73:19
104:2 145:8
**location** 40:10
109:17 124:5
**locations** 122:21
124:14
**long** 18:21 19:1,16
23:23 43:2,9 44:4

49:17,19 108:5
133:3,10
**longer**  27:14 96:24
116:7 117:1
**look**  25:14,16,17
25:25 44:19 54:17
54:20 55:7 56:14
59:15 72:9,22
94:9 98:16 99:6
109:14 113:14
114:10 117:3
121:17,21,25
122:19 123:6
124:12 126:16
131:23 132:23
133:13 137:10,20
139:5,15 141:1,21
151:24
**looking**  37:4 45:16
46:15,25 54:10
65:14 82:13 109:2
123:21 142:21
**looks**  25:22
**los**  12:14,17 13:1,6
15:7,10,15 18:10
**loss**  109:22
**lot**  37:15,15 39:25
86:1 101:23 102:1
112:2 148:12
152:6
**loudly**  8:16
**love**  75:5,9,11
**lower**  27:11,12
28:4 45:8 55:13
55:17 85:3 100:8
**lunch**  91:22
**lynda**  3:17 121:23
**lynn**  127:17
130:16

**m**

**macdonald**  22:17
22:18,24 23:6
**machines**  87:7
**madison**  2:14,18
**mail**  2:6,10,15,19
3:17,19 122:3,7,9
122:11,12 126:12
132:12,13 133:24
**mailing**  122:16,17
**mails**  125:17
134:18
**main**  1:17 2:9 5:2
15:2
**maine**  98:11
**maintenance**
64:10
**major**  11:1
**making**  7:24
**management**
12:22 14:11
**manager**  14:19
**map**  21:16
**marble**  80:9
**march**  124:16
125:2
**marie**  127:13
129:2
**marina**  2:13 5:23
**marinaschwarz**
2:15
**mark**  60:3
**marked**  25:9,12
44:15,22 60:23
61:22 71:24 72:8
98:12 108:12
113:9,15 121:13
121:15 123:2,5
131:19,22 137:6,8
139:1,3 140:22,24

**market**  31:1,23
32:4,8,9,23 33:5
34:10 35:7,24
94:11 145:2
**marketability**
31:14
**marking**  60:9
**massachusetts**
42:24
**master**  11:16 22:5
22:5 61:8,9 76:14
76:25 77:5 79:23
79:25 81:5 88:23
89:8
**master's**  9:19
**masters**  3:13
**material**  36:22
40:4 76:8 102:4
102:10
**materials**  23:9
**math**  12:6 19:22
**mati**  5:4
**matter**  4:18
111:21 112:2
**mccann**  127:17
130:16
**mccanns**  130:20
**mean**  32:6,10
34:20 36:5 64:14
64:15 111:25
118:20 140:8
151:21
**meant**  32:7 119:15
**measure**  137:2
**mechanism**  87:23
**media**  4:16 91:19
91:24 152:25
**medical**  6:8,13
**meet**  112:21
**meeting**  94:2,3,13
122:15 123:24

124:5,8,9,20 125:1
125:7,11,13,22,24
126:6,8,14 131:11
131:15
**meetings**  123:25
124:14,24 127:9
127:11 134:24,25
**member**  120:9,15
128:3 129:5,12
130:12 134:15,19
134:22
**members**  112:8
117:8 126:23
127:3 129:25
130:21 131:7,17
**memory**  16:9
**memos**  126:3
**mentioned**  11:8
18:2,12 42:20
43:12 50:3 100:19
130:7
**mentioning**  33:11
**mercy**  40:24
**merit**  141:12
**merits**  3:24
**met**  93:24 95:12
120:24 121:4
134:22 141:17
**michael**  127:16
130:16
**michael's**  9:24
11:12
**microphones**  4:8
4:12
**middle**  9:10 39:7
82:12 141:22
**middlebury**  2:5
**mile**  97:25 101:13
101:15,19,21
107:16 129:1
130:10,19 131:5

**miles** 40:13,15
149:13
**military** 10:6,7,12
10:17
**mine** 95:23 105:21
129:21
**minor** 11:1 64:23
66:7,23 68:9,12,15
**minute** 30:1 51:18
150:24
**minutes** 9:4,4
18:12 39:17 91:14
**mixed** 106:9,18
**mixture** 68:23
**mm** 8:2 25:13,15
44:21,23 45:17
48:19 50:4 51:2
54:9,13 55:9
56:16 59:16 72:10
72:23 74:5,20,22
79:9,21 80:12
82:19 83:23 84:8
84:10,25 85:15
86:19 88:12 89:11
90:21 98:18 99:9
108:19 113:17
119:14 122:2
123:22 126:18
132:22 133:1,1
137:11
**mmg** 3:13
**modest** 25:6
**mold** 68:23
**moment** 19:21
53:19 66:6 98:16
108:18 113:14
121:17 123:6
131:23 137:10
139:5 141:1
**moments** 25:16,17
35:22 44:19

**money** 28:21
50:21
**monitor** 108:5
**monitoring** 6:9,13
**month** 43:1
**months** 14:15,16
30:23 58:25 72:21
93:25
**monument** 19:8
**morning** 4:5
**mortgage** 3:9 25:5
25:22 26:12,21
28:21 29:2
**moss** 1:16 2:8 5:1
**motion** 113:22
**mount** 11:24 12:1
12:8,12 15:18
17:6
**move** 7:14 8:11,25
15:2 18:17,20
73:17 75:9 112:3
**moved** 15:7 17:15
18:21,23 19:10
75:6 78:23 79:1
107:18 148:2,3
**moving** 55:14
**mulch** 58:21
**multiple** 8:7 27:8
**municipal** 49:13
96:23 97:3 98:2
113:3 114:17,25
115:24 116:21
152:1
**munson** 1:17 2:8
5:1
**murray** 65:7
66:17
**mute** 4:11
**mutual** 98:11

## n

**n** 2:1 13:21
**name** 5:4 7:6
13:10 24:11 92:23
100:25
**named** 112:4
120:19 155:4,15
**names** 120:21
127:10
**naming** 113:21
**nathan** 2:17 5:20
77:16
**nathanwilliams**
2:19
**native** 12:16 13:9
**natural** 8:10 13:20
**nature** 150:2
**near** 130:8 145:8
**necessarily** 18:14
34:5 150:10
**necessary** 75:9
**need** 9:2 58:18
71:14 94:9 115:8
140:7
**needed** 30:13
36:14 66:14
**needs** 34:13,15
64:11
**neighbor** 48:18
97:23 105:24
**neighbor's** 48:18
105:18
**neighborhood**
31:24,25 40:17
90:24 91:2,7 96:9
97:2,9 100:23,25
101:8,9,12,18
102:14,17 103:14
103:20,24 104:3
104:10,18,20
105:2,5,8 145:25

**neighbors** 37:2
40:23 101:13,14
127:16 130:17
131:1,13 133:19
**netting** 57:23 58:2
58:6
**never** 49:25
**nevertheless** 35:16
**new** 2:14,18 5:6
17:3,19 18:16
34:18 61:1,11,19
63:25 69:15 71:2
71:6 73:6,10,12,14
73:15,16,21,22
74:9 76:8,16 77:3
83:14 85:18 87:5
93:19 152:20
153:1
**newer** 63:23 103:1
103:2
**news** 30:14
**night** 81:23
**nights** 43:3
**nodding** 8:2
**noise** 36:19 148:12
**non** 132:19
**nonmilitary** 10:8
10:9
**nonprofit** 12:14
13:8
**normally** 75:11
**north** 16:18 18:5
19:17 32:2 49:12
56:18 76:15 90:16
106:4 110:18
114:16,25 115:17
116:21 127:21
129:21 147:15,20
149:4
**northeastern**
134:3

**northerly**  61:20
**northwest**  17:20
18:3,7,8
**norwich**  9:23,25
10:1,6
**notable**  50:9,9
**notary**  6:22
154:17 155:21
**note**  4:8
**noted**  6:15 43:15
154:5
**notice**  1:14
**noticing**  5:18
**notified**  125:18
**november**  6:6
36:10 59:1
**number**  44:13
59:17 84:15 99:16
99:23 140:12
152:25
**numbered**  45:11
**numbers**  45:9
**ny**  2:14,18

**o**

**o**  13:21
**oath**  5:10 6:19
**object**  6:11 118:3
**objected**  88:6
**objection**  6:15
19:18 26:18 32:14
33:17 41:7,13
43:12,15 47:18
50:7,10 53:24
57:3 62:21 63:18
63:24 64:6,20
88:4 91:3,10
94:16 97:4,10
101:10 102:5,19
103:16 104:22
105:10 110:23
111:7,23 115:2

116:1,10 118:2,10
118:17 119:16
120:11 128:5
129:7 130:1,14,22
131:8 138:8,23
140:3 143:11
144:1,16,23 145:4
145:19 146:1,7,16
146:24 147:6
149:15
**objections**  5:16
**obligates**  112:16
**obligations**  152:8
**obscure**  46:9
**occasion**  38:23
**occasionally**  57:1
**occasions**  27:8
**october**  109:9
**odd**  148:15
**offer**  32:17
**officer**  14:5,7
**offices**  1:16 4:25
**official**  80:6
**oh**  39:21 40:19
43:1,8 62:16
68:17 77:18 95:18
101:12
**oil**  21:2 87:20,21
**okay**  9:12 10:9,19
18:15 20:1 25:18
26:25 37:22 44:23
60:11 72:10 77:18
83:11 87:15 89:1
91:17 108:19
110:11 113:17
121:18 123:7
135:20 139:6
141:6 143:14,16
143:18 144:18
151:9 152:19

**old**  19:8 22:7
51:19,19 59:9
60:4,12 71:3
73:18,20 77:9
87:4,17 89:14
104:14
**older**  15:12 103:3
145:12
**once**  42:13 43:8
58:16 67:22 82:18
82:25 83:20 85:14
**one's**  20:13 88:21
**ones**  51:23
**ongoing**  34:24
64:10
**open**  66:12 105:23
**operations**  142:5,8
**operator**  130:5
**opinion**  29:24
31:13,16 32:18
142:14
**order**  6:6 39:18
**organization**
13:10 15:25 16:4
16:6,7,12,14
132:19
**organized**  125:1
125:13,24 126:8
131:12,16
**orient**  79:24
**original**  65:9
75:16 78:6,10,11
80:15 83:8 86:22
86:24 90:6
**originally**  15:12
18:13,14,18 24:18
30:11 90:10 99:17
**ornamental**  50:20
53:1
**outbuilding**  50:16
51:1,7,10 57:6,10

92:11 100:18
**outcome**  5:12
155:14
**outdoor**  84:13
**outhouse**  50:17
**outside**  8:16 36:19
71:10 84:21
**overall**  119:20
**overvalued**  140:21
**owed**  28:21
**owes**  26:7
**owned**  49:20
**owner**  24:9,16
130:5
**owners**  24:14
**owning**  64:8

**p**

**p**  2:1,1
**p.c.**  1:17 2:8 5:1
**p.m.**  91:23 135:21
135:24 151:2,5
152:22
**pad**  57:13
**page**  3:8 26:1 45:7
45:12 46:15 54:8
54:10,14 55:8
56:15 65:18 72:22
74:3,3,19 75:24,24
76:10,10,21,21
77:25,25 79:6,6,19
80:10 81:8 82:6
82:18,25 83:2,20
83:22 84:7,9,23
85:14 86:17 87:12
88:11,19 89:10,24
90:11 109:12
114:11 123:19
127:6,7,8 141:21
141:23 156:4
**pages**  59:17 65:19

**paid** 25:1 26:23,23 29:2
**paint** 88:5,8
**painted** 69:15 70:17 95:23
**painting** 65:1 67:3 67:3 70:7,9,19
**pallets** 54:22,25
**paper** 140:9
**paragraph** 109:11 114:10 116:20 117:3,3 118:1,9 119:6 124:12 127:7 133:2,13 134:2
**parcel** 106:22
**parentheses** 134:5
**parents** 15:12,17 19:11 133:17
**park** 36:7,8,24 40:22,24 46:19,20 46:21 48:21 97:22 101:13 106:20 130:9,17 131:3
**parked** 39:10
**part** 16:5 55:18 56:18 60:4 66:14 73:2 75:18 76:14 76:16,25 78:6 80:15,16 85:24 86:14,23 87:24 90:6,8,9 92:15 100:22 101:7 107:15 145:12 148:10
**participate** 112:22 122:24
**participated** 123:16
**particular** 18:1 24:8 33:2 34:14

39:5 99:18 103:14 105:20 106:22 107:17 108:4,23 109:4 112:23 132:19
**particularly** 64:9 64:13 96:21
**particulars** 16:10
**parties** 4:3,14
**partner** 21:23
**parts** 37:11 38:22 86:12
**party** 5:10
**pass** 60:21 151:7
**patch** 55:14
**path** 36:24
**patience** 8:24
**paul** 127:11,21 128:3
**pause** 30:1
**pay** 138:14 147:4 151:14 152:6
**payment** 25:6 26:23
**peace** 37:7
**pembroke** 104:6 127:15 130:4,5,6,8 130:11
**pen** 60:1
**pending** 9:9
**people** 8:7 37:15 96:21 107:10 112:14 113:1,2,7 115:13 118:23 119:21,23 120:2 134:8 148:14
**perennial** 53:10 53:12,13
**perennials** 50:20 53:8

**perfectly** 37:23 152:11
**perform** 63:16 64:4
**performance** 1:9 4:21 5:21
**performed** 22:16 22:21 36:7 65:4 66:17,19,21,23 70:10
**period** 13:2 19:4 28:1 41:3 63:19 94:18
**permitted** 108:9
**perpendicular** 61:24
**person** 24:8 134:22 155:14
**personal** 53:25 113:6
**personally** 24:12 117:23 118:15,20 120:23
**persons** 1:5 4:20 124:6
**perspective** 47:4
**pertained** 66:11
**peter** 127:15 129:16,19
**pfoa** 30:14 33:6,10 33:13,14,23 35:17 38:16 107:4,8,12 107:13,20,23 108:4,9 109:20 110:19,21 111:5 111:21 114:12 117:9,12,20,24 118:16,24 119:10 119:11,12,22 120:3,5,7,10 121:11 122:16

124:2 131:12,15 133:17 134:6,16 134:20,23 135:11 136:13,18,24 137:2 142:4,7 143:1,9,14,14 144:8,13,20 146:14,22 147:4 147:15 151:15
**pfoas** 133:4
**philosophy** 11:1
**phone** 2:6,10,15 2:19
**phones** 4:11
**photo** 45:16 46:2,7 46:15,17 54:17 55:7 56:21 66:4 72:25 74:23 75:15 76:13,24 78:3 79:10,22,25 80:3 80:13 82:2,12,18 82:23 83:3,7,12 85:17 87:14,16 88:14,22 89:6,12 90:1,14,15
**photograph** 3:12 55:20,21 56:14 73:1 76:15 88:23
**photographer** 80:6
**photographs** 72:14
**photos** 45:14 54:14 72:16 75:6
**physical** 50:5 63:23
**pick** 4:9
**pickup** 122:20,24
**picture** 54:21 55:12,14 65:20,25

piece  39:5 105:20
  105:21 140:9
pierre  127:13
  129:2
pipe  38:19
place  4:11,14
  36:16 40:25 41:3
  61:13 83:9 150:22
placed  150:9
places  40:5,7
plaintiff  142:2
plaintiffs  1:6 2:3
  3:24 4:21 6:1,3
  113:22 117:6
  119:9 120:19
  123:24 124:1,3,7,7
  126:22 141:11
  151:8
plan  59:23,24 60:4
  60:10
plans  23:12 30:6
  94:6
plant  51:14,19,21
  107:16 108:11
  128:20,24
planted  51:23
plantings  50:18
plants  50:20 53:2
  53:10,12,13,23
  54:5 58:19,20
  84:13,16,17
plastics  1:9 4:22
  5:21
pleasant  2:5
please  4:8,11 5:17
  6:17 7:5,20,24
  23:1 32:19 33:21
  45:7,11 50:15
  60:7 96:17 104:23
  106:17 109:11
  110:12 111:1

118:6 137:10
  139:5 141:2,21
pleasure  56:24
plumbing  73:14
  73:15,16,19,21,25
plus  28:21 50:17
  50:19 65:1
pocket  68:8
point  15:18 30:18
  34:13 37:20 53:25
  94:5,10 115:24
  135:19 138:19
policies  98:8
policy  3:14 98:9
  98:25 99:1,18
  100:1
polygraphic
  127:25 136:6,9
population  12:17
porch  22:5 61:5
  64:22,25 65:4,9,14
  65:17,22,25 66:3
  66:12 68:4 80:19
  82:22 83:8,13,16
  83:17,17,19 84:12
  85:1,8 93:14
  95:14
portable  85:5
portion  85:18,20
  86:20,23 87:4,17
portions  87:1
position  15:6
positioning  83:14
possibility  107:11
possible  9:1
posted  125:5,19
potatoes  86:5
potential  34:25
  144:11
potentially  36:21

power  92:16,18
powered  36:13
pownal  17:20,24
predate  78:13
predates  79:12
predominantly
  47:17,21
predominately
  47:22
preexist  58:9
preexisted  76:5
preferable  8:1
preparation
  123:14 141:13,16
prepare  112:21
  113:24
prepared  114:4
preparing  114:1
presence  136:23
present  5:13 30:6
  64:2 143:2,3,4
  144:9,14
presented  123:12
presently  11:17
  64:9 73:19 113:3
president  14:4,20
  14:21,21
pressure  68:23
pretty  78:23
prevent  39:13
  147:17
prevents  39:15
previous  24:8
  122:15
previously  73:5
  136:5 147:25
price  26:16
primarily  12:3
  25:5
principal  26:8

print  155:9
prior  12:12 13:4,7
  13:14,19,20 17:1
  17:18,24 18:1,5
  24:14 27:21 49:21
  61:14 66:1,2
  79:25 82:23 83:9
  95:10 100:1 118:8
  128:15 139:12
privacy  46:12
private  4:9 123:25
privilege  121:8
privileged  121:7
pro  16:3
probably  125:18
  130:9 135:4
problem  27:13
  57:25 150:14,16
problems  148:11
proceeding  5:17
proceedings
  126:25
process  85:25 86:2
produce  86:7
produced  52:5
  53:20 126:22
production  14:10
  14:14
professional  1:15
  155:3
program  122:25
progressively
  14:13
proper  74:1
properties  104:2,5
  117:10,11,19
  145:8
property  23:14
  24:19 25:24 28:12
  29:19,25 33:7,8
  34:19 36:18 38:25

40:11,22 41:18
44:9 47:25 48:2,5
48:15,21,23,24,25
49:4,20,23 50:6,22
50:23 51:15,20,22
52:14 53:2,9,23
57:8,18,22,22,24
58:5 59:13 65:21
69:3 75:22 92:11
93:22 94:4 99:6
99:19,20 105:13
105:15,19,20,21
106:4,6,13,15
108:5 109:20,22
109:23 111:22
113:5 114:14
115:25 120:17
124:3 129:20,22
136:8,13,14,18,23
137:2 138:3 142:3
142:6 143:2,8,10
143:21,24 144:3,9
144:14 145:8,15
147:4 149:9
151:15,25 152:7,9
152:12,13
**property's** 109:17
149:22
**prospective** 35:9
147:3 151:14,23
152:4,5,10
**protect** 114:15,24
**protest** 140:16
**protested** 138:10
**provencher** 3:17
121:22
**provide** 7:25 8:15
22:24 31:13,16,20
46:12,22 115:21
141:18

**provided** 23:12
62:5 152:23
**proximity** 149:22
**psychoeducation**
15:21
**psychologist** 12:21
**psychology** 11:16
**public** 6:22 123:25
127:9 133:5
154:17 155:21
**pull** 78:21
**pulled** 78:19
**purchase** 23:14
25:4 26:16 32:12
**purchased** 24:19
25:23 50:24 51:22
75:22 93:22
145:14
**purchasers** 152:10
**purchasing** 24:5
115:24
**purported** 126:24
**purpose** 28:9 97:7
125:7 126:5,13
**purposes** 115:12
115:13
**pursuant** 1:14 6:5
6:11
**put** 15:23 21:20
25:6 34:9,17 46:7
53:3,5,6 62:13
71:2 73:6,10,14,16
73:22 74:9 75:8
95:22 100:9 143:6
**putting** 35:6

**q**

**quality** 114:16,24
115:17
**quantify** 115:17
**quantity** 114:16
114:25

**quarter** 107:16
**quarters** 129:1
130:10
**question** 7:20 8:9
8:14 9:9 18:22
67:17 77:17 87:15
95:10 104:23,25
110:12 111:1
115:6 116:24
118:3 129:11
136:14 140:7
143:6,17 151:12
151:13
**questioning** 43:13
**questions** 6:12
7:19,25 8:25
67:14 92:7 123:12
123:17 151:7
152:17
**quibble** 68:12
**quick** 34:5 71:17
**quickly** 7:15 8:25
**quinn** 2:13,17 5:23
**quinnemanuel.c...**
2:15,19
**quite** 118:21
143:17 148:16
**quote** 114:24

**r**

**r** 2:1 13:21 156:1,1
**radius** 101:16,19
101:21
**ran** 61:24
**range** 32:8 142:19
144:7,7,12,19
145:3
**rarely** 58:21
**raspberries** 50:19
52:17
**rate** 28:5

**rates** 27:12
**reach** 60:21 94:14
94:19 133:3
**reaching** 91:19
147:17
**read** 109:25
114:19 117:14
124:10,18 127:4
127:19 133:8,22
134:11 142:9
154:3
**reads** 114:11
133:2
**ready** 9:15 38:5
72:3 92:3 135:13
136:1
**real** 29:23 30:19
30:25 31:5,11,22
34:3 41:18 127:7
133:16 137:23
139:16
**really** 16:9 21:7
36:18 37:14 41:23
46:4 55:21 60:20
61:21 91:4 101:3
**reason** 14:22,25
15:2,10 21:17
26:16 65:8 156:4
**reasonable** 114:15
115:8
**reasons** 30:17
**rebuilt** 22:8 64:22
65:13 70:25 73:3
73:6 74:8
**recall** 17:11 19:3
25:1 27:8,18 28:2
28:15 31:2 34:2
65:6 95:11 109:5
124:13,25 125:1
125:10,13,16,21
125:23,24 126:2,5

126:8,11,13
127:12,16 135:7
148:21
**receive** 11:3,13
**received** 122:9
132:12
**receiving** 14:16,17
125:17
**recess** 38:2 71:23
91:22 135:23
151:4
**recipient** 122:12
**recognize** 25:19
25:21 44:24 45:1
46:17 54:18 55:10
56:17 59:22 72:11
72:13,24 85:17
98:19,21,23
108:20,22 113:18
113:20 121:19
123:8,10 131:25
137:12,14 139:7,9
141:8,10
**recollect** 99:17
**recollection** 27:22
**reconfiguring**
86:2
**record** 4:6,15 5:15
6:5 7:5,6 38:1,4
71:22 72:2 91:21
91:24 92:2 135:22
135:25 151:3,6
152:20,22 153:2
154:6 155:11
**recorded** 4:17
7:23
**recording** 4:13
**records** 27:14
**recreation** 36:24
37:3,14 42:9
56:24

**reduced** 155:9
**refer** 69:17
**referred** 58:7
81:12 83:15
**referring** 38:12
86:15 97:19
116:21
**refinanced** 27:5,9
27:10,19,23 28:3,6
**refinancing** 28:15
**refinish** 78:17
**refinished** 68:18
78:20 96:5
**refinishing** 67:2
**reflected** 80:5
**reflects** 140:10,13
**regard** 108:3
149:21
**regarding** 16:10
34:15 134:16,20
134:23 135:10
**regards** 108:4
**registered** 1:15
155:2
**regular** 69:11
**reimbursed**
146:15
**reinstalled** 61:17
**relate** 6:13
**related** 5:10 6:8
**relating** 126:25
**relation** 40:11
77:13 127:24
149:8
**relative** 79:25
128:17 130:18
**relied** 98:2
**relief** 115:15,19
**religion** 11:2
**religious** 104:9,15

**rely** 34:4 97:9,13
97:17 114:18
115:12 116:7,23
117:1
**remained** 19:14
**remediate** 150:14
**remediating**
150:16
**remediation** 38:16
**remember** 19:13
24:11 132:22
150:14
**renovation** 95:19
145:14,17
**renovations** 70:24
94:21,24 95:21
**repaint** 67:7
**repainted** 67:10
67:12,21
**repair** 64:5 66:1,2
**repaired** 65:23
66:1
**repairs** 63:16
64:17 66:24 67:1
68:4,7,15 69:13
70:10 94:23
**repeat** 104:25
**rephrase** 78:12
150:20
**replacement** 22:7
**replacing** 64:24
66:14
**reply** 117:1
**report** 3:10 144:11
**reported** 155:8
**reporter** 1:15 5:7
129:8 155:3
**reporting** 140:9
**repositioned** 54:24
71:4

**represent** 112:14
112:23 113:1
**representative**
6:10 112:5,8,12,13
112:16 117:6
119:8 128:11
**representing** 5:5,8
117:18,22 118:14
118:23 119:23
**request** 123:21,23
126:16
**requested** 115:16
**require** 64:1 85:6
**requires** 63:22,23
64:9
**research** 145:2
**residence** 19:25
**residents** 121:11
**resolution** 34:14
34:15,21
**resolved** 35:2,24
**respectful** 8:23
**response** 8:15 9:11
118:9 119:20
124:12,13 127:6
150:17,19 151:19
**responses** 123:11
123:16 134:6
**responsibilities**
12:18 14:2
**responsible** 22:18
**rest** 103:13
**restained** 68:24
**restate** 104:23
**restroom** 37:21
71:14
**result** 97:1 109:16
109:18 114:12
**retained** 153:1
**retire** 11:21 94:9

retired  11:19,22
11:23 41:22
retirement  12:10
30:12 94:7,8
review  108:18
114:7
reviewed  108:25
109:3,5
revised  139:10
right  7:13 13:18
18:25 26:6 28:14
32:4 45:8 55:17
55:20 68:14 76:17
77:11,12 82:13
83:11 84:20 85:4
90:3 92:22 96:13
105:17 151:17
152:18
rising  107:7
river  40:12
road  17:21 18:3,6
18:8 38:11,15
39:7,10,11,25 40:8
40:9,10,14,16 41:2
46:19 106:24,25
roads  39:3
robert  68:3
rock  36:15
rocks  63:1,3,5,7
63:10,13
role  14:9,10 16:3
114:1
roles  14:13
ron  127:15 130:4,5
roof  95:22
room  5:14 21:6
22:5 60:14,19,23
61:2,3 71:6 73:3
74:24 75:3,4,8,12
79:10,15 80:14
81:4,10 82:5,10

83:4,24 84:11
89:19 90:1,17
rooms  23:6 61:8
69:22,23 70:21,24
78:25 80:24 81:2
81:6
roots  62:24
rot  65:12
rotc  10:14
rototillers  92:19
roughly  100:10
101:8,19,22,22
round  61:1 84:18
92:9
route  36:25
rpr  155:20
rule  6:12
rules  7:13 133:4
133:11
run  57:20 59:12
61:25 85:9
runs  57:21 74:14

**s**

s  2:1,5 3:7 156:1
safe  85:13
saint  1:8 4:21 5:21
8:22 108:8,9
115:21 124:3
128:20 131:12,16
135:10 148:19
150:1,8,17 156:2
sake  77:16
salad  56:4,5
sale  29:21
sales  29:23
salvage  76:4
sandy  127:12
128:11
sandy's  129:3
saw  82:23

says  26:1,7 100:12
109:16 116:20
121:22 122:20
132:2,6,23 134:2
137:23 139:16
school  10:6,7 11:9
11:11,25 12:2,5,9
12:13 13:19 14:23
15:19 17:7
schwarz  2:13 5:23
5:23
science  11:16 12:6
screen  22:5 61:5
64:25 66:12 80:19
82:22
screening  64:24
66:16
scroll  79:16
scrubbers  150:4
se  95:21 149:17
seal  155:17
season  58:17
seat  75:5,9,11
second  20:14
46:15 55:7 60:9
60:16,17 61:7
76:1 84:2 92:15
100:12 133:2,13
secor  22:17,18,24
23:6
section  59:9 99:6
sections  47:24
58:7 60:3
security  114:15,24
115:17
see  7:22 19:9,13
19:21 26:1,10
35:1 45:8 54:12
55:21 59:20 67:4
77:8 79:8 82:1
86:4 95:18 99:7

99:11 100:13
121:21 122:5,22
132:4,8 137:21,24
139:17 141:25
seeding  58:19
seek  114:14 117:8
119:9
seeking  114:23
seeks  108:2,2
seen  49:25
sell  29:18 30:6,13
52:11,24 56:9
seller  35:5
selling  30:17
send  133:6
sense  33:12 34:6
94:11
sensitive  4:8
sentence  109:14
separate  69:22,23
september  3:20
124:17 125:25
134:4
septic  62:3,4
sequentially  45:11
series  72:14
serve  10:17 117:4
119:7
served  13:7
service  13:5
services  13:5,15
15:22 62:5
serving  12:16 13:8
set  61:11,18
106:25 109:21
123:11 152:20
setting  133:3
seven  101:6
sewage  62:5
shaina  3:19 132:2
132:16

shaking 8:2
share 133:20
sheet 154:5
shelf 90:3
shipping 14:16,17
shortly 15:20
  54:24
shovels 36:13
show 72:16
shower 20:15
  73:22 88:15
shown 84:11
side 40:25 46:18
  46:25 48:12,20,23
  48:24 55:19 56:18
  57:21,22,23 74:13
  77:11,12,14 78:4
  83:6,12 85:4,13
  89:6 90:3 122:1
  123:12 128:19
  149:4
sign 133:7
signature 4:3
  155:19
signed 114:7
  122:16
significant 63:16
signing 133:6
silk 40:8,10
silver 1:16 2:8,8
  5:1,25,25 6:17
  19:6 31:8 111:11
  138:14 141:4
  151:1 152:18,20
similar 13:7,8
  109:2
similarly 1:5 4:20
  117:5 119:7
  126:12
simply 94:4

single 20:2 21:6
sink 73:22,23
  77:13 79:23
site 40:14
sites 36:22 37:14
  37:16,18
sits 57:12 59:6
  105:20 142:23
sitting 39:6
situated 1:5 4:20
  117:5 119:7
situation 86:2
  132:20 143:15
  151:24
six 15:3 36:17
  72:21 101:6
size 22:1 62:15
  63:5 101:22 102:1
skill 12:22
skills 12:7,7
slash 26:8 79:11
  88:25
slight 49:5
slightly 82:13
  106:23
slope 49:5,8
slopes 49:4
small 50:16 79:2
smaller 63:8 88:24
smelled 148:15
smells 148:14,15
smoke 150:5
social 12:7
soil 35:14,15,17
  59:2 136:22
  143:20 147:17
soils 109:20
sole 24:16
son 42:24,25 92:20
soon 78:23

sorry 31:10 74:16
sort 80:3
sorting 85:25
sound 28:19,19
  150:3,4
source 49:14 85:7
  114:18 116:23,25
sources 116:6,6
south 57:22
space 74:13 85:3,5
  85:5
speak 8:6 27:15
  30:24 98:3
speakers 124:6
speaking 8:7
  127:12,16
special 12:3
specialist 5:5
specific 72:20
  111:18 119:23
  134:17 148:3
  150:3
specifically 27:15
  31:24,25 36:6
  66:11 81:21 125:9
  126:7,10,15
  148:24 150:23
  151:22
specifications
  22:25 23:2 145:18
specifics 34:3
spend 41:21,22
sperry 2:4
spoke 30:25 31:2
  31:19,22 125:10
  125:21 127:8
  135:7 148:20,21
spoken 30:19 34:7
sponsors 124:6
sporadic 53:19

spots 85:10
spring 37:5 53:20
  58:18
springs 52:5
square 20:16,18
squirrels 52:4
st 9:24 11:12
stack 55:2
stacked 54:22
stacking 55:1
stacks 148:12
  150:5
stairs 61:11,16,18
  61:19,19,21,25
  76:1,4,5 82:1,4
  84:1
stairway 89:2
stand 9:4
standpoint 35:4,5
start 9:15,25 23:16
started 6:5 107:10
  107:11
starting 14:9,10
starts 114:10
state 5:14,17 6:4
  7:5 30:15 34:23
  35:12,20 107:11
  110:12,17 111:1
  122:17,18 125:18
  126:4 132:17,19
  133:14 142:24
stated 32:21 66:23
statement 110:2
  114:21 116:18
  117:16 119:5
statements 154:7
states 1:1 4:23
  117:4 126:21
  127:8 133:14
  142:2

**status**  112:15
**stay**  41:3 43:2
  84:17
**stayed**  19:11
**steep**  49:8
**stenographically**
  155:8
**steps**  34:9 114:15
  115:8
**sternberg**  2:8
**stigma**  146:11
  152:2
**stigmatized**  34:22
  143:5
**stipulation**  4:1
**stone**  59:9 70:3
  104:13,14
**stopping**  135:18
**storage**  51:5,9
  85:20,22,24 92:12
**store**  84:13 85:23
  85:23 86:6,6 88:2
  92:14,16,18
**stored**  86:5
**story**  133:21
**stove**  21:3,5 55:4
  81:12,15,23
**stoves**  90:24 91:7
**strange**  8:17
**street**  1:17 2:5,9
  5:2 16:18,20,21,24
  17:2,16 19:6,10
  20:1 23:19 24:1
  26:2 36:7,8,9,24
  40:23,24 41:19
  46:10,20,21 48:11
  48:13,21 97:13,16
  97:18,18 101:5,13
  104:14 128:1,1
  130:9,17 131:3
  147:21

**stressful**  37:8
**strictly**  16:13
**strong**  16:10
**structure**  21:19,24
  63:17
**structures**  51:12
  57:7 100:12,20
**student**  134:4
**study**  10:25 12:7
  60:18,19,21 61:23
  79:3,11 88:25
  89:22
**studying**  134:6
**style**  103:5,10,15
**subject**  65:21
  122:20
**submit**  133:10
  148:18
**submitted**  123:13
**subparagraph**
  141:22,25 142:2
**subscribe**  154:6
  155:16
**subscribed**  154:12
**subsequently**
  24:21
**substance**  124:9
**suffered**  109:21
  114:13
**suffering**  113:6
**suit**  108:24
**sullivan**  1:3 2:13
  2:17 4:19 156:2
**sum**  26:8
**summary**  3:10
**summer**  17:13
  37:6 66:22 78:22
  84:21 132:24
**sumner**  127:12
  128:11,14,15,17

**sun**  84:12 85:1
  93:14 95:14
**sunroom**  83:19
**supplemental**  3:24
  141:11
**supplier**  55:6
**supply**  49:13
  96:24 114:17
  115:1,10,18,23
  116:22
**support**  65:12
  75:14 84:5 113:22
  114:14
**supports**  64:24,25
**suppose**  150:10
**sure**  7:15 23:4
  25:8 32:17,20
  33:23 36:6 41:16
  42:9 49:21 63:21
  65:16 67:15 71:16
  115:10 122:10
  132:15 133:7,14
  135:15 136:19
  147:8 148:16
**surface**  45:22,24
  47:9 80:7
**surrounding**
  146:6
**suzy**  31:5
**swear**  6:17
**swimming**  42:10
**sworn**  6:22 10:15
  154:12 155:4
**system**  20:25
  21:10 81:18 85:6
  103:25

**t**

**t**  3:7 31:8 156:1,1
**take**  4:14 8:14 9:2
  9:11 19:7 25:14
  27:11 28:4 37:21

37:24 42:5,8,14
  67:13 71:17,19
  72:9 73:19 98:16
  108:18 113:14
  121:17 123:6
  131:23 135:14,20
  137:10 139:5
  141:1 146:5
  150:24
**taken**  1:14 4:17
  34:9 38:2 43:20
  43:23 46:3,7
  71:23 72:19 75:7
  84:21 91:22 115:9
  135:23 147:16
  151:4
**takes**  144:12
**talk**  9:7 19:25 36:6
**talked**  94:21
**tank**  62:3,4 87:20
  87:21
**taught**  12:6
**tax**  3:21,22 137:15
  137:16,18 138:4
  139:10,12,23
**taxes**  138:15
**teach**  12:4
**teacher**  11:24 12:3
  12:5
**telephone**  148:20
**tell**  14:12 23:6
  27:24 32:3 41:16
  53:1,8 57:12,15
  77:15 105:18
  107:3
**temperature**
  85:11
**temporarily**  75:10
**ten**  9:4 44:5
**tend**  62:24

term 35:19,20
108:5 110:4,14,17
111:4 133:3,10
terms 30:25 31:19
territory 118:21
tested 35:14
107:20,22 136:13
136:18,20,23
testified 6:23
10:19 35:22 43:4
48:20 53:19 66:6
68:18 80:23 92:10
93:24 96:10
105:13 106:3
118:13 136:5
143:19 145:10,13
147:25
testify 38:20 39:19
142:3 155:4
testimony 152:23
155:11
testing 137:1
143:20,23
tests 35:15
text 122:19
thank 6:16,20 7:3
19:24 27:4 44:17
62:2 70:5,8 71:20
74:17 77:20,23
90:22 96:7 123:18
144:18
thermostat 81:22
thing 35:11 36:14
36:23 42:4,4 46:4
106:10
things 8:11 35:1
42:14 86:1
think 34:22,25
35:3,8 70:14
91:15 125:17
140:4 152:5

thinking 99:21
151:22
third 3:15 108:23
132:6
thou 68:11
thousand 68:6,13
threatened 109:19
three 20:9 42:10
43:18 54:14 68:11
69:4,9 128:2
129:1 130:10
threshold 111:6
thriving 54:5
tile 74:11 77:1
time 5:17 8:24
10:13 12:10 13:23
15:2,5,7,14,16
20:22 25:7,23
27:16,25 28:3,11
29:4,10 30:12
35:6 37:4 39:7
41:4,21,23 45:3
49:21 50:17 63:4
63:19 66:19 69:1
70:16 81:17,20
90:11 91:12,16
93:22 94:18,23
98:3 100:10 107:6
107:14,18 109:10
125:17 133:5
135:16 140:2,6,14
147:19,23 148:3,3
148:4,13,13 149:2
times 8:8,17 27:19
27:20 42:10,12
67:20 68:20 69:2
69:4 121:3
title 24:18
today 4:25 5:5
8:19 108:25

today's 4:6 152:23
153:2
toilet 73:17
told 32:4
top 26:7 45:16
54:17 75:14 79:16
121:25
topics 92:8
total 10:14 19:16
28:23 124:24
152:25
totally 35:16
touching 14:24
149:24
town 3:21,22
34:17 35:23 36:3
37:12 38:10,22
42:3,20,22 49:14
49:18 58:23 62:6
62:7 137:15 138:2
138:11,20 139:20
140:17 147:5
151:16
traffic 39:4 148:9
transactions 27:15
transcript 154:3,6
transcription 7:24
155:10
transferred 24:18
24:21 28:12
transitioned 14:15
transplanting
58:20
tree 75:8
trees 30:4 48:2,4,6
48:7,8 50:18
51:14,19,21 52:2,9
52:11 53:6,21
105:23 106:10,19
triggered 94:2,3

trucks 36:21,21
true 20:22 155:11
trust 8:4
truth 155:5,5,6
try 7:18,20 8:24
23:4 32:20
tub 77:5,7,8,9
tuesday 134:5
turn 45:7,11 54:7
54:7 59:17 74:3
74:19 75:24 76:10
76:21 77:25 79:6
79:19 80:10 81:8
82:6,18,18,25
83:20 84:7,23
85:14 86:17 87:12
88:11,19 89:10,24
90:11 109:11
123:19 127:6
two 10:15 19:21
20:11,12,14 21:13
27:20 40:5 43:1,3
43:24 44:7 51:18
51:22 59:17 65:18
68:11,11,17 69:1,4
69:8,22 70:2 87:1
92:19 96:2 108:4
150:9 152:25
type 8:5 12:4
20:19,25 23:9
39:23 59:2,5,8
103:24
types 67:1
typical 91:1,4
typically 43:9 86:6

**u**

u 31:8
uh 8:2
understand 7:19
9:13 32:10,25
35:19 110:16

112:4,11,19,25
115:5,6 116:11,13
117:18,22 118:5
119:19 120:12
128:7 138:1 146:4
146:8,17 149:16
152:8
**understanding**
33:14,23 38:17,18
92:9 96:14 107:25
108:7 110:4,14,20
111:3,8 112:15
138:20 139:19
**understood** 17:8
32:22 83:20
**undertake** 112:16
**undervalued**
138:16 140:20
**union** 11:25 12:2,9
12:13 15:19 17:6
19:10
**unit** 4:16 91:19,25
**united** 1:1 4:23
**units** 152:25
**university** 9:23,23
9:25 10:20,23
134:3
**unknown** 144:10
**unreasonable**
114:13
**unusual** 148:9
**upkeep** 63:23
69:11
**upset** 109:24
**urquhart** 2:13,17
**use** 20:25 21:2,3
21:10 23:10 29:15
37:2,21 51:3,5
54:25 55:3 56:23
58:21,22 71:14
75:3 80:23 81:15

81:17,18,20 85:20
89:19 94:6 109:23
147:10
**usually** 43:3 52:6
52:23 58:17 87:11
**utility** 59:12

**v**

**vacation** 43:9 44:4
44:6
**vacations** 42:23
43:4,7,20,23
**valuation** 29:9,24
138:6 140:1 143:1
**value** 31:16
109:22 137:21
138:2,21 139:16
139:21 140:10,13
142:3,6,14,20
143:7 144:8 145:3
145:7 146:4,5
152:7
**valued** 29:7
**values** 113:5
**variability** 32:23
32:25 33:6,15,24
**variable** 32:4
**varies** 41:24,24
**varieties** 53:4
**variety** 50:19 53:3
53:12
**various** 36:13
124:14 127:9
**vary** 41:25 42:2
**vegetable** 55:16,18
**vegetables** 55:23
55:25 56:3
**verbal** 7:25
**veritext** 5:6,8
153:1
**vermont** 1:1 4:24
5:3 9:24 10:20,23

17:20,25 122:18
133:3
**vermonter** 133:20
**vermonters**
133:16
**versus** 4:21 33:7
**viburnum** 53:6
**vice** 14:20,21
**vicinity** 29:1
101:15
**video** 4:13,16 5:5
7:23
**videographer** 4:5
5:6 6:16,20 37:25
38:3 71:21 72:1
74:17 91:14,17,23
135:21,24 151:2,5
152:21
**videotaped** 1:13
**view** 34:13 46:19
46:22 53:25 65:21
79:17,18 84:4
85:1 138:19 146:9
**village** 49:12
**visible** 75:21
**visit** 34:6 42:23,25
43:2
**volunteer** 134:13
**vs** 1:7 156:2
**vt** 1:17 2:5,9

**w**

**w** 1:13 3:2 6:21
13:21 154:10
156:25
**wait** 8:13 39:17
77:16
**waived** 4:3
**walk** 9:5 37:13,15
39:21
**wall** 69:24 90:4

**walloomsac** 40:12
**walls** 69:15,17
70:3,4,6,9
**want** 6:4 8:20,23
9:7 35:1 60:6 92:7
104:25 115:10
133:14 138:14
152:6
**wanted** 22:25 23:7
23:10 39:16,16
94:10 133:2
**wants** 134:7
**washed** 68:23
**washer** 87:8,9
**washing** 87:7
**water** 9:5 38:19
49:10,14,18,22
58:13,14,21,22,22
87:22 96:24 97:3
98:2 111:12 113:3
114:17,18 115:1
115:10,12,18,23
115:24 116:7,22
116:23,25 117:12
119:12,13 122:20
122:24 133:4,11
147:5,21 151:16
152:1
**watering** 58:18
**waterline** 96:11
**waterlines** 34:18
**way** 6:13 14:11
27:24 32:19 61:18
65:12 85:8 109:3
116:17 125:19
143:6 146:2,9
**we've** 8:19 44:22
69:19 92:8
**weather** 21:4
66:13

**wednesday** 134:5
**week** 36:15,17
 42:10,12,13 43:18
 58:16
**weekly** 41:25 42:4
 42:7
**weeks** 43:19 44:7
**weightlifting**
 42:11
**wells** 96:21,22
**went** 9:20,23
 61:21 99:21 148:5
**west** 46:18 48:20
 57:23 78:4 89:13
 106:20
**westerly** 89:13
**whereof** 155:16
**whispering** 4:9
**white** 3:12
**wide** 32:7
**wife** 129:3,19
**william** 7:7
**williams** 2:17 3:3
 5:20,20 6:15 7:2
 8:18 19:19 26:20
 30:5 31:9 32:15
 33:18,22 37:23
 38:5,8 41:9,14
 43:15,16 44:18
 47:19 50:8,12
 54:1 57:5 62:23
 63:20 64:3,12
 65:3 71:16,19
 72:3,6 74:18
 77:24 88:10 91:5
 91:12,15 92:3,6
 94:17 95:18 96:1
 97:5,12 101:17
 102:8,20,24
 103:19 104:24
 105:12 108:15

110:13 111:2,9,15
112:1 113:12,13
115:14 116:5,15
118:7,12,22 120:1
120:14 121:6
128:10 129:13,15
130:3,15,24
131:10 135:15,18
136:1,4 138:9,17
140:5 141:7
143:12 144:4,17
145:1,6,22 146:3
146:13,20 147:2,9
149:20 150:24
151:7 152:16
**willing** 30:13
**wind** 8:16
**window** 22:6
 64:24 82:12
**windows** 71:2
**winter** 84:14
 107:5
**wintertime** 81:16
**withdraw** 18:22
 70:21 89:4 112:3
**witness** 3:2 6:18
 6:19 25:18 37:20
 38:7 44:17,23
 45:13 46:16 54:9
 59:16 60:8 71:14
 71:17,20 72:5,10
 74:5,22 75:25
 76:12,23 77:18,20
 77:23 78:2 79:9
 79:21 80:12 81:9
 82:8,19 83:1,21
 84:8,25 85:15
 86:19 87:13 88:12
 88:20 89:11,25
 90:12 92:5 95:17
 98:18 108:19

109:13 110:8,11
111:14 113:17
121:18 123:7,20
126:20 129:10
131:24 135:17
136:3 137:11
139:6 141:6,24
152:19 155:16
**wood** 20:6,7,20
 21:3,5 51:12 55:1
 55:2,3,4,5,6 66:15
 73:8 76:5,19 78:8
 81:12,15,23 90:24
 91:6
**wooded** 47:24
**wooden** 57:17
**wool** 2:4
**words** 8:1
**work** 11:23 12:23
 13:25 34:16,19
 35:23 36:3,7,16
 37:7 40:2,16
 64:11 65:2,4,8
 66:7,9,17,21 68:9
 69:21 71:12 96:2
 147:13 148:10,11
**worked** 12:20
 13:20 14:11,14
**worker** 14:10
**working** 114:6
**works** 132:17,19
**worth** 99:21
 142:22,25
**written** 7:24
**wrong** 108:8

**x**

**x** 3:7

**y**

**y** 31:8

**yard** 45:20,22
 48:10 62:20
 104:21 105:3,6
**yeah** 20:15 33:21
 53:7 65:20 67:6
 68:20 88:8 106:11
 106:19 107:19
 121:1 129:14
 135:17 141:4
 144:15 151:1
**year** 10:4,5 14:18
 17:3,9,12 19:6,7
 24:24 43:8 51:22
 51:25 58:25 84:18
 84:19 99:4 100:2
 137:17,18 138:4
 139:12,23
**years** 10:1,15
 11:24 12:8,24
 13:12,25 15:3
 17:11,22 19:23
 23:24 64:22 69:1
 69:9 139:10
 149:18
**yoga** 42:11
**york** 2:14,18 5:6
 17:3,19 18:16
 153:1
**yucht** 31:5,6,7,13
 31:20 34:7 93:24
 94:2,14,19 95:12

**z**

**zero** 85:11
**zone** 33:3 34:24
 35:13,19 41:10
 109:17 110:4,14
 110:16 111:4
 113:4 142:23
 146:10,11 152:1
 152:13

**zones**   81:22

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.