# EXHIBIT 24

Page 1

1                UNITED STATES DISTRICT COURT

2                    DISTRICT OF VERMONT

3

4    Civil Action Number:  5:16-cv-0125

5

     ***************************************************
6    JAMES D. SULLIVAN, ET AL, INDIVIDUALLY AND ON

     BEHALF OF A CLASS OF PERSONS SIMILARLY SITUATED,

7                     Plaintiffs,

     vs

8    SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,

                     Defendant.

9    *********************************************

10

11         DEPOSITION OF PHILIPPE GRANDJEAN, a witness

12   called on behalf of the respective party, taken pursuant

13   to the applicable provisions of the Federal Rules

14   of Civil Procedure, before William M. Jackson,

15   Professional Court Reporter and Notary Public in and for

16   the Commonwealth of Massachusetts, at the Law Offices of

17   Sugarman and Sugarman, 800 Boylston Street, Boston,

18   Massachusetts, on October 10, 2018, commencing at 9:08

19   a.m.

20

21

22

23

24

Page 2

1

2   APPEARANCES:

3

4

5   COUNSEL FOR THE PLAINTIFFS:

6   DAVIS & WHITLOCK

7       (By James S. Whitlock, Esquire)

8       21 Battery Park Avenue - Suite 206

9       Asheville, North Carolina 28801

10      (828) 622-0044

11      jwhitlock@enviroattorney.com

12

13  COUNSEL FOR THE DEFENDANT:

14  DECHERT, LLP

15      (By Bert Wolff, Esquire and Rachel Passaretti-Wu,

16      Esquire)

17      Three Bryant Park

18      1095 Avenue of the Americas

19      New York, New York 10036

20      (212) 698-3647

21      rachel.passaretti-wu@dechert.com

22

23

24

Page 3

1

2                    I N D E X

3

4   PHILIPPE GRANDJEAN              DIRECT    CROSS

5   (By Mr. Wolff)                    5

6   (By Mr. Whitlock)                         197

7

8                 E X H I B I T S

9   No.            Description              Page

10  Exhibit 1      Report                   6

11  Exhibit 2      Transcript               9

12  Exhibit 3      Paper - Clear path       31

13  Exhibit 4      Copy August 2015         68

14  Exhibit 5      Letter dated 1-22-10     107

15  Exhibit 6      Letter dated 8-2-15      109

16  Exhibit 7      Chapter                  114

17  Exhibit 8      Study                    115

18  Exhibit 9      Paper                    116

19  Exhibit 10     Study                    118

20  Exhibit 11     Tables                   159

21  Exhibit 12     Transcription            163

22  Exhibit 13     General types           187

23

24

Page 4

1                    PROCEEDINGS

2                    THE VIDEOGRAPHER:  Good morning.  We are

3     going on the record at 9:08 a.m. on October 10, 2018.

4     Please note microphones are sensitive and may pickup

5     private conversations and cell phone interference.

6     Please turn off all cellphones and place them away from

7     the microphones.  Audio and video recording will

8     continue unless all parties agree to go off the record.

9     This is Media Unit 1 of the Video Recorded Deposition of

10    Philippe Grandjean in the matter of James D. Sullivan,

11    et al versus Saint-Gobain Performance Plastics

12    Corporation in the United States District Court,

13    District of Vermont.  516-CV-00125.

14                    This deposition is being held at Sugarman

15    and Sugarman, 800 Boylston Street, Boston,

16    Massachusetts.  My name is Gail Ashton from the firm

17    Veritext.  I am the videographer.  The court reporter is

18    William Jackson from the firm Veritext.  I am not

19    authorized to administer an oath.  I am not related to

20    any party in this action nor am I financially interested

21    in the outcome.

22                    Now counsel and all present in the room will

23    state their appearances and affiliations for the record.

24                    MR. WOLFF:  Bert Wolff for the Defendant.

```
                                                    Page 5
 1              MS. PASSARETTI-WU:  Rachel Passaretti-Wu for

 2     the Defendant.

 3              MR. WHITLOCK:  James Whitlock on behalf of

 4     the Plaintiffs.

 5                      PHILIPPE GRANDJEAN

 6     a witness called on behalf of the respective party,

 7     having been sufficiently identified and sworn to tell

 8     the truth, was examined and testified as follows:

 9                      DIRECT EXAMINATION

10       BY MR. WOLFF:

11       Q.  Please state your name.

12       A.  My name is Philippe Grandjean.

13       Q.  As a general principle, you would agree that

14     physicians and scientific investigators should try to

15     look at issues critically?

16       A.  That sounds reasonable.

17       Q.  And physicians and scientific investigators are

18     concerned about being accurate, true?

19              MR. WHITLOCK:  Objection to the form.

20       A.  I can say this much as a physician and scientist.

21     I myself is trying to be as accurate as possible.

22       Q.  And as a physician and scientific investigator,

23     do you subscribe to the principle that it is important

24     to use accuracy and precision in your writings?
```

                                                    Page 6

1        A.   In my writings, yes.   In my writings, in this

2    opinion for example, yes.

3        Q.   Do you believe that scientists should describe

4    their methods and explain their reasoning so others can

5    understand how the data were analyzed and how the

6    conclusions were reached?

7                    MR. WHITLOCK:   Objection to the form.

8        A.   This is a little too general.   Because we cannot

9    start with the principles of physics.   Before we do

10   anything.   In general terms, if we are, let's say, using

11   innovative methods, this is particularly important.

12       Q.   You would agree that criticism and rigorous

13   attempts at refutation of a hypothesis being advanced is

14   an integral part of the scientific method; is that

15   correct?

16                   MR. WHITLOCK:   Objection to the form.

17       A.   That was a very long sentence.   I need it again.

18       Q.   You would agree criticism and vigorous attempts

19   at refutation of the hypothesis being advanced is an

20   integral part of the scientific method, correct?

21       A.   I would say this is in accordance with Popper's

22   Philosophy.   The positivism that it is impossible to

23   approve usually is impossible to approve a hypothesis a

24   hundred percent.   But if we fail repeatedly, on refuting

Page 7

```
 1   it, that is support for the validity of that hypothesis.

 2   That is how I would state Popper's philosophy.  That is

 3   part of modern science.

 4                MR. WOLFF:  Mark this as Exhibit Number 1.

 5                (Report was marked as Exhibit Number 1 for

 6   identification)

 7       Q.  Exhibit Number 1 is a copy of your report in this

 8   matter dated August 1, 2018; is that correct?

 9       A.  That's sort of what it looks like.

10       Q.  In the first paragraph, you write that you have

11   been asked by counsel for the plaintiffs to provide from

12   a medical and epidemiological perspective an expert

13   rebuttal report responding to certain opinions authored

14   by three experts retained by Defendant Saint-Gobain and

15   that specifically you have been asked to provide an

16   evaluation of the human health risks associated with

17   environmental PFOA contamination from Saint-Gobain's

18   manufacturing and disposal operation in North Bennington

19   and Bennington, Vermont; is that correct?

20       A.  That's what it says here right on Page 1 on the

21   top.

22       Q.  On Page 3 of your report, you further state that

23   you have also reviewed the reports of the three experts

24   retained by Saint-Gobain to respond by Doctor Ducatman;
```

1  is that correct?

2      A.  That's correct.

3      Q.  You also state that you have benefited from

4  access to and review of Doctor Ducatman's two expert

5  reports as well as his expert rebuttal report; is that

6  correct?

7      A.  That's correct.

8      Q.  On Page 5 of your report, you state that you

9  concur with Doctor Ducatman's opinion concerning a

10  medical monitoring program; is that correct?

11      A.  Is that what it says here?

12      Q.  In the first bullet point here.

13      A.  Yes.  That a medical monitoring is appropriate.

14  Yes.

15      Q.  Ultimately, on Page 71 of your report in

16  Paragraph Number 9, you assert that Doctor Ducatman's

17  opinions are justifiable and reasonable on the basis of

18  current scientific and medical evidence; is that

19  correct?

20      A.  That's correct.

21      Q.  What is your understanding of your role in this

22  litigation?  In other words, how do you define your role

23  here?

24      A.  This is exactly the wording that you just read

Page 9

```
 1    out loud from Page 1.  The top paragraph.  That, I,
 2    medical and epidemiological expert to help rebut the
 3    three expert rebuttals from the defendant.
 4        Q.  Is it fair to say that you have also been asked
 5    to endorse the opinions of Doctor Ducatman in this case?
 6        A.  Not precisely.  Because that was not my task.
 7    But indirectly, I certainly have relied upon his
 8    opinion, and I think if you compare the reports, we are
 9    very much in agreement.
10        Q.  Are you aware that Doctor Ducatman was deposed in
11    this matter?
12        A.  I think I heard so.  I have not, I don't know
13    about the details.
14        Q.  Because I noticed that you did not list Doctor
15    Ducatman's deposition transcript among the materials
16    that you considered.  So have you seen that before?
17        A.  What's that -- no.  He was deposed recently.  It
18    must have been something way back.  I don't remember
19    frankly.
20              MR. WOLFF:  Mark this as Exhibit Number 2.
21              (Doctor Ducatman's Deposition Transcript was
22    marked as Exhibit Number 2 for identification).
23        Q.  Exhibit 2.
24        A.  I don't remember that one.
```

1    A.  Exhibit Number 2 is a copy of Doctor Ducatman's

2    deposition transcript dated February 28, 2018.  Would

3    you please turn with me to Pages 37 to 39 beginning at

4    Line 21.

5    A.  Repeat that.

6    Q.  37.  Line 21.  I want to ask you some questions

7    about the next two pages.

8    A.  Okay.

9    Q.  So you are free to sort of peruse the transcript

10   and look along.  I want to be clear that I am asking you

11   for your own opinions.  This is not a reading exercise.

12   A.  Right.  It is 200 something pages.

13   Q.  At this point, I am only asking you about two of

14   them.

15   A.  Okay.

16   Q.  Do you agree that different people drink

17   different amounts of water on average over the course of

18   a day?

19         MR. WHITLOCK:  Objection to the form.

20   A.  This agrees with EPA exposure perimeters.  I

21   would say this is true.

22   Q.  Do you agree that some people will typically

23   drink only tap water, some people will typically drink

24   only bottled water, and some people will drink a

Page 11

1    combination of both?

2              MR. WHITLOCK:  Objection to the form.

3        A.   I think it is difficult only to drink bottled

4    water, because you tend to use tap water, let's say, for

5    boiling potatoes or making gravy.  It would be hard to

6    avoid completely trying to use tap water.  I don't think

7    that is what EPA is assuming in their exposure tables.

8        Q.   In terms of, if we put cooking to the side,

9    because I will ask separate questions about cooking, do

10   you agree in terms of drinking in terms of a glass of

11   water, some people will typically drink only tap water,

12   some people will drink only bottled water, and some

13   people will drink a combination of both?

14             MR. WHITLOCK:  Objection to the form.

15       A.   Again, I don't think this is likely that you can

16   completely avoid tap water.  Again, I am referring to

17   EPA's tables, and I don't think they include people

18   drinking absolutely zero water, because you still have

19   to make tea and coffee.  It would be highly unusual for

20   people who make tea with bottled water.

21       Q.   The sources of tap water even at areas at issue

22   in this matter can be different from house to house?

23       A.   I would assume so based on -- let me hear the

24   question again.

1      Q.  The sources of tap water even in the areas at

2   issue in this matter can be different from house to

3   house, true?

4      A.  So the sources -- are you talking about the PFOA

5   water?

6      Q.  I am talking about where the water service comes

7   from in the home.

8      A.  So whether it is community water or well water,

9   is that what you are asking?

10     Q.  Yes.

11     A.  Yes.  Okay.  I understand that's true.  That's

12  true from the map of the community.

13     Q.  Different people will use different sources of

14  water for cooking; is that correct?

15     A.  Again, what do you mean sources?  Are you talking

16  if they have pipe water in the house from outside or if

17  they have their own well?  Is that what you are

18  referring to?

19     Q.  Some people will use tap water.  Some people will

20  use water that has been filtered with activated

21  charcoal.  Some people will use bottled water.  Is that

22  correct?

23              MR. WHITLOCK:  Objection to the form.  Calls

24  for speculation.  You may answer.

Page 13

1      A.  I can't answer that.  I don't know which houses

2   have filters.  So this is not part of my report.  I

3   can't guess.

4      Q.  Some people will cook exclusively or primarily

5   with tap water whereas other people will cook

6   exclusively or primarily with bottled water; is that

7   correct?

8              MR. WHITLOCK:  Same objection.  Speculation.

9      A.  It would be highly unusual to prepare food with

10  bottled water.  I have no knowledge of that existing in

11  this community.

12     Q.  One person might drink on average a glass of tap

13  water a day whereas another person might drink on

14  average a gallon of tap water a day; is that correct?

15     A.  I don't know if one glass is a good problem

16  anymore.  Again, I think we need to refer to EDA's

17  exposure tables and I think a gallon is a little bit on

18  the high side unless it is in the far south.  Again, a

19  glass is very little.  So these are really extremes.

20     Q.  There is a continuum of the amount of water that

21  an average person will drink over the course of a day;

22  is that correct?

23     A.  I would agree to that.

24     Q.  One person might typically drink only bottled

                                                        Page 14

1    water as a general rule; is that correct?

2        A.   Again, I think you are really pressing the issue

3    that I can't say that this is correct.  I would say it

4    is unlikely that a person would simply only drink

5    bottled water.  Because I refer to my comment before on

6    tea and coffee.

7        Q.   Some people will routinely use an activated

8    carbon based water filter before using tap water where

9    others might not, correct?

10               MR. WHITLOCK:  Objection to the form.

11   Foundation.

12       A.   I could say yes, but I don't know if that applies

13   to this community.

14       Q.   Please, turn with me to Page 69 of your report.

15   In the context of addressing medical monitoring, halfway

16   down the page, you state that every individual has his

17   or her own background risk of developing the diseases in

18   question; is that correct?

19       A.   That is what it says here.

20       Q.   And you further state that early life exposures

21   to PFOA will likely lead to greater risks as will

22   exposures occurring during pregnancies or at peak ages

23   for say cancer development?

24       A.   That's correct.

Page 15

1     Q.  And you also state that age should be considered;

2   is that correct?

3     A.  Right.  But look at it in this connection.

4     Q.  Are you done with your answer?

5     A.  Yes.

6     Q.  I was not sure.

7     A.  This is part of a whole paragraph.  Yes.

8     Q.  Due to obvious differences in gender and

9   physiology, you note that monitoring blood pressure

10  during pregnancy would not be needed for male residents

11  screening for prostate cancer is not needed for females;

12  is that correct?

13    A.  Exactly.

14    Q.  Please turn with me to Page 55 of Doctor

15  Ducatman's deposition transcript.  Beginning at the very

16  bottom of the page at Line 25.  Then carrying on to Page

17  61.  Are you there?

18    A.  Among the individuals?

19    Q.  Yes.

20    A.  Yes.

21    Q.  Let's briefly explore whether you and Doctor

22  Ducatman are on the same page and are in agreement with

23  one another.  Again, while you are free to read along, I

24  am asking you whether you also share these views.  Okay?

1    A.   Yes.

2    Q.   Among the individuals residing within the areas

3  at issue in this matter, would you expect there to be

4  considerable individual differences as to their amount

5  and length of exposures to PFOA?

6    A.   That's true.  I agree.

7    Q.   Would you expect there to be individual

8  differences as to what their blood PFOA serum levels

9  would be?

10    A.   Yes.  That is reasonable.  I agree.

11    Q.   Would you expect there to be individual

12  differences as to what their susceptibilities if any to

13  PFOA might be?

14            MR. WHITLOCK:  Objection to the form.

15  Susceptibilities.  Being vague and ambiguous.

16    A.   If I may just refer to my own writing.  Let me

17  explain my understanding of this.  That susceptibility

18  relates to men not developing hypertension during

19  pregnancy and issues like that I explained in my

20  paragraph that you read before.

21    Q.   As to those individual differences in exposure

22  blood levels and susceptible if any would that be a

23  function of a number of different variables?

24            MR. WHITLOCK:  Objection to the form.

Page 17

1    Vague.   Ambiguous.

2       A.   It is a very convoluted sentence.   It is not as

3    precise as I would explain it in science but it seems

4    reasonable in my understanding of it.

5       Q.   Let's see if we can drill down on that.   Among

6    those individual differences would be a function of

7    among other things their ages; is that correct?

8       A.   Function of duration?

9       Q.   Ages.

10      A.   Yes.

11      Q.   Among those individual differences would be a

12   function of among other things gender, true?

13      A.   Yes.

14      Q.   Those individual differences would be a function

15   of among other things their physiology; is that correct?

16      A.   What do you mean by physiology?

17      Q.   Well, physiology, the makeup of their body.

18      A.   I can't answer that.

19      Q.   The individual differences would be a function of

20   among other things how long they lived in the area; is

21   that true?

22      A.   Did you say differences in exposure?

23      Q.   Yes.   Among the individual differences in

24   exposure, blood levels and susceptibilities would be how

                                                    Page 18

1    long they lived in the area, true?

2        A.   I don't like the word susceptibility, because I

3    don't understand your --

4        Q.   Let's do it this way.  Among the considerable

5    individual differences in PFOA, exposure and blood

6    levels, those individual differences would be a function

7    of among other things how long they lived in the area,

8    true?

9        A.   In that meaning, I understand, it is true.

10       Q.   Among the individual differences and exposure and

11   blood levels for PFOA, those individual differences

12   would be a function of among other things their rates of

13   daily water consumption; is that true?

14       A.   I agree.

15       Q.   Among the considerable individual differences in

16   exposure to PFOA and blood levels of PFOA, the

17   individual differences would be a function of among

18   other things the concentrations of PFOA in the water

19   that they drank; is that correct?

20       A.   That's correct.

21       Q.   And those individual differences would be a

22   function of among other things their sources of water;

23   is that correct?

24               MR. WHITLOCK:  Objection to the form.

```
                                              Page 19
```

 1     A.   What do you mean by sources?

 2     Q.   In other words, where they take the water from.

 3   If they are drinking tap water, bottled water, if they

 4   are having water from activated carbon filter systems.

 5     A.   Yes.  Okay.  I mean, it is so easy to understand,

 6   well, any way, my answer is yes.

 7     Q.   Among the individual differences, that would also

 8   be a function of their diet and nutrition; is that

 9   correct?

10     A.   I would not say yes, because I am not sure how

11   that would affect their uptake of PFOA or their exposure

12   unless this is somebody eating soup every day.  So I

13   can't answer that.

14     Q.   Among the considerable individual differences and

15   susceptibilities if any to PFOA exposure, those

16   individual differences would be a function among other

17   things one's diet and nutrition; is that correct?

18             MR. WHITLOCK:  Objection to the term

19   considerable.

20     A.   I can't answer that.

21     Q.   The individual differences would be a function of

22   among other things their drug and alcohol use; is that

23   correct?

24     A.   I disagree with the way you phrase the question.

1    I can't answer it yes or no.

2       Q.  How can you answer it?

3       A.  If you are talking about, let's say, exposure

4    related liver damage, I would assume that alcoholism

5    would make a subject more vulnerable to the PFOA

6    associated adverse affects, but I don't have any

7    evidence to support that.  So this would be a medical

8    assumption and I am not sure this is what you are after.

9       Q.  Among the individual differences would be a

10   function of among other things body weight and body mass

11   index; is that correct?

12      A.  Again, I have the same problem in understanding

13   it.  Because body mass and obesity could be an affect of

14   PFOA exposure.  And therefore to say that obesity or

15   body weight determines the outcome would be to say that

16   the affect of PFOA exposure is affecting the affect of

17   the PFOA exposure.  So that sentence does not make

18   sense.

19      Q.  Please turn for me to Page 59.  Line 8 of Doctor

20   Ducatman's deposition transcript.

21      A.  (Witness complies).

22      Q.  Doctor Ducatman was asked this question and gave

23   this answer under oath at his deposition.  Question, and

24   those individual differences, would be a function of

                                                      Page 21

 1    among other things their body weight and body mass index

 2    or BMI, correct, and his answer was one word.  Yes.  Do

 3    you see that?

 4        A.  Yes.

 5        Q.  Was Doctor Ducatman wrong?

 6               MR. WHITLOCK:  Objection to the form.

 7        A.  Was Doctor Ducatman what?

 8        Q.  Was Doctor Ducatman wrong?

 9        A.  At the time, he was probably correct.  And at the

10    time that he wrote his expert report that very recently

11    I published a study that showed exactly what I just told

12    you and Doctor Ducatman may not have been, you know,

13    familiar with that study, and also a second study that

14    was just published as of one or two-weeks ago.

15        Q.  So when did you publish the first study that you

16    just referenced?

17        A.  I don't remember.  It may have been May or June

18    of this year.

19        Q.  What was its title?

20        A.  Can I -- I don't remember the title.  I can tell

21    you what it refers to.  It is a project called Pounds

22    Lost.  This was a clinical controlled trial where

23    overweight or obese individuals from Baton Rouge and

24    Boston used different approaches to dieting.  All of

Page 22

```
 1   them had calorie restriction and were therefore exposed

 2   to lose weight.  And they did over a six-month period.

 3   Then they were followed for another 18 months.  And

 4   during that time, I mean, they all basically used, lost

 5   the same amount of weight in the six months, but

 6   afterwards they sort of had different paths and some

 7   people essentially kept their weights low and some

 8   people increased their weight.  Do you want me to go on?

 9       Q.  No.  I believe your paper was actually published

10   prior to Doctor Ducatman's deposition.  Okay.  Let's

11   just move on.

12            In terms of the considerable individual

13   differences for exposure, PFOA blood levels, and

14   susceptibilities if any to PFOA and those individual

15   differences would be a function of among other things,

16   one's general state of health as well as other medical

17   conditions, correct?

18            MR. WHITLOCK:  Objection to the form.

19   Compound question.  I object to counsel's testimony as

20   to what is considerable and what is not.  You can answer

21   if you understood the question.

22       A.  Of course one's -- may I have the wording again?

23       Q.  Why don't we take a look at Doctor Ducatman's

24   deposition transcript.  Page 59.  Line 13.  The question
```

1   was, and those individual differences would be a function

2   of among other things their general state of health as

3   well as other medical conditions; is that correct?

4       A.   I would agree with Doctor Ducatman's answer,

5   which is yes.

6       Q.   Those individual differences would be a function

7   among other things their occupational histories; is that

8   correct?

9       A.   Do you mean individual differences in exposure to

10  PFOA?

11      Q.   Yes.

12      A.   There could be some occupational exposure to

13  PFOA.  I would agree to that.

14      Q.   In your opinion, among these considerable

15  individual differences and exposures, blood levels,

16  susceptibility to PFOA, if any, is there anything else

17  that those individual differences could be a function

18  of?

19              MR. WHITLOCK:  Objection.  Vague.

20      A.   Nothing that I can remember right now.  I think

21  we went through a long list already.

22      Q.   Fair enough.  Would you agree that one of the

23  hallmarks of science is the requirement of valid and

24  reliable data?

```
                                              Page 24
 1      A.   That's the way I practice research.
 2      Q.   In your opinion, is it important to assess all of
 3   the available data relevant to the question at hand
 4   before arriving at a conclusion?
 5              MR. WHITLOCK:   Objection to the form.
 6   Vague.
 7      A.   When you say relevant, it has to be considered
 8   relevant from a research point of view.  So in that
 9   sense, I agree with you.
10      Q.   Do you agree no study can be assessed in
11   isolation and that all evidence based literature is
12   needed to form a valid and reliable opinion in science
13   and medicine?
14      A.   With the exception of experimental astronomy
15   where we cannot repeat the experiment, climate change.
16   Within the narrow sense of my work at least, I would not
17   rely on a single study in isolation unless it is
18   supported directly or indirectly by other evidence.
19      Q.   So you would agree that all available papers
20   should be considered in a scientific deliberation and
21   that the selective consideration of the literature is
22   not a scientific procedure in the area in which you
23   worked; is that correct?
24      A.   I don't like it when you say available.  Because
```

                                                      Page 25

1    you may have a different understanding of that than I do

2    because I rely on the strength of evidence.  So I am

3    looking at the strongest evidence that is available and

4    I would not consider the studies that don't have much to

5    do with the conclusions that I need to consider.

6       Q.  Do you agree that selective cherry picking of

7    data is inconsistent with a valid and reliable

8    scientific methodology?

9       A.  That I would do.  That's what I have seen expert

10   witnesses do.

11      Q.  I am not sure I got an answer to that.  Do you

12   agree that selective cherry picking of data is

13   inconsistent with a valid and reliable and scientific

14   methodology?

15      A.  Right.  I agree in that sense that perhaps some

16   experts like the defense experts have their own way of

17   selecting the evidence and they may not call it cherry

18   picking, but I do if it is really picking the evidence

19   in accordance with the conclusions that they apparently

20   want.

21      Q.  In your opinion, is it scientifically valid to

22   use one hypothesis to prove another hypothesis?

23            MR. WHITLOCK:  Objection to the form.

24   Vague.  You can answer.

Page 26

1     A.  A hypothesis is just what it is.  It is a

2  hypothesis.  So if it is still a hypothesis, you cannot

3  rely on that when you want to draw conclusions about

4  another.

5     Q.  In scientific writings, what does the word

6  suggests or suggestive of mean?

7          MR. WHITLOCK:  Objection to the form.

8     A.  That's one of the words that we try to avoid.  It

9  says that the, there is a hypothesis here, and it may be

10  valid, but if it is valid, you would say, shows, but

11  suggests sort of a vaguer term that doesn't indicate

12  that the hypothesis is proven.

13     Q.  Would you agree that it is important to

14  continually re-assess one's conclusions as new

15  information becomes available?

16     A.  I would agree.

17     Q.  Have you ever been wrong or mistaken about

18  something that you believed to be true?

19     A.  I was wrong when I participated in the expert

20  panel on PFOS and PFOA on behalf of the European Food

21  Safety Authority under the European Union because at the

22  time, this was I believe in 2008, and I cite that report

23  in my expert opinion, we considered that PFOS and PFOA

24  were much less toxic than we understand they are now.

1    So I must admit I was wrong simply because we didn't

2    have enough evidence at that time.  So I had to take

3    that back.

4        Q.  When you say you had to take that back -- let me

5    ask you a general question.

6            When you recognized that you had been wrong

7    or mistaken about something that you had believed to be

8    true, what do you then do in those circumstances as a

9    general proposition?

10       A.  What I do is to publish as soon as I can my new

11   findings that cast out upon the previous conclusions,

12   but I cannot publish a new opinion on behalf of EFSAT

13   for example.  I think they need to be redone and they

14   are redoing it now.

15       Q.  What is the ad hominem fallacy?

16       A.  Ad hominem -- I think it is a legal term.  All I

17   can say is my understanding of it.  It is like you

18   blame, let's say, an expert rather than blaming the

19   opinion expressed by that expert.

20       Q.  Is it fair to say the ad hominem fallacy is a

21   strategy whereby one attacks the character, motive or

22   other attribute of the person making a logical statement

23   rather than attacking the substance of the statement

24   itself?

                                                      Page 28

1              MR. WHITLOCK:   Objection.   Asked and

2       answered.   Objection to the form.   Compound question.

3       Confusing.

4          A.   I think your explanation is just an extension of

5       what I gave before.   So I would agree.

6          Q.   In your opinion, is the use of the ad

7       hominem fallacy a proper part of scientific criticism?

8          A.   Let me answer it this way, because you have to

9       take into account that as some people may have vested

10      interests and they, if they are being confronted with

11      that, they may themselves call that an ad hominem attack

12      where it really is a matter of conflicts of interest.

13      So in that sense, I would say conflicts of interest are

14      very important in our judgment of evidence and writings.

15         Q.   What factors do you believe give rise to a

16      conflict of interest?

17         A.   I think it is preferable to refer to the

18      definitions given like the International Group of

19      Medical Journal Editors.   Because they refer to, well, I

20      don't know this by heart, but as a journal editor, I am

21      familiar with these issues, and we prefer to refer to

22      transparency so that readers can understand the

23      situation in which the author has expressed an opinion.

24      It may be that most readers will not see that as a

Page 29

1   conflict and other readers who may understand that this

2   was part of, let's say, a legal case that they will say,

3   there is a conflict of interest here.

4       Q.   In your opinion, does funding give rise to a

5   conflict of interest?

6       A.   It depends on the source of the funding.

7       Q.   In your opinion, is funding the only thing that

8   can give rise to a conflict of interest?

9       A.   No.  Again, I refer to the International

10  Committee of Medical Journal Editors.  They considered

11  for example stock ownership and they considered the

12  spouse's stock ownership and issues like that.

13      Q.   In your opinion, can an agenda to accomplish a

14  social or health care purpose no matter how well

15  intentioned give rise to a conflict of interest?

16      A.   I can't answer that in general.  Because it

17  depends on what you are really referring to here.

18      Q.   Is it fair to say ambition to find something

19  original is common among scientists?

20      A.   I would say so.

21      Q.   Would you agree that there is a certain amount of

22  pride that comes from being the first scientific

23  investigator to report a new finding?

24      A.   I would agree.

1      Q.  On Page 19 of your report, in the last paragraph,

2   you assert that several of Doctor Mandel's PFAS related

3   articles were published in a journal known favor to

4   submissions from industry doctors, and on Page 21 in the

5   carryover paragraph, you assert that some Dr. Calabrese's

6   articles are published in journals well known to

7   favor submissions from industry toxicologists; is that

8   correct?

9      A.  That's what I say here.

10     Q.  Based simply on where Doctors Mandel and

11  Calabrese have published their work, is it your opinion

12  that the findings that they reported in those articles

13  are invalid?

14     A.  No.  I have published in those very same journals

15  myself.

16     Q.  Does where they publish their work make their

17  opinions in this case any less accurate or valid?

18     A.  Not taken alone.

19     Q.  Isn't it true that more than 80 percent of drugs

20  discovered and developed over the past forty years have

21  come from industry?

22     A.  That I don't know.

23     Q.  On Page 21 of your report, you state that

24  according to the Web of Science, Professor Calabrese's

Page 31

1    work has been cited a several thousand times over the

2    years.  However, about twenty percent of the total are a

3    auto citation.  That is, where the author cites his own

4    work.

5              MR. WHITLOCK:  Where are you on Page 21?

6        A.  It is the last full paragraph on Page 21.

7    According.

8        Q.  Why if at all should the percentage of so called

9    auto citations influence your interpretation of another

10   expert report in this case?

11       A.  It does not by itself.  But it is part of the

12   whole picture that when Professor Calabrese has achieved

13   as many as several thousand citations, then it is

14   unusual that twenty percent of them come from his own

15   writings.

16       Q.  How did you come up with the twenty percent

17   figure?

18       A.  If you know the website called Web of Science,

19   what you do is to ask for the statistics of the

20   citations and the Web of Science will provide you with a

21   number of citations in the journals that they cover.  So

22   he may have many more quotations or citations like that

23   and they also provide the auto citations by number.  So

24   that's very easy to do.

1      Q.   Do you ever cite your prior papers in your

2    subsequently published papers?

3      A.   I do.

4      Q.   Have you ever calculated or checked the Web of

5    Science to determine what the percentage of auto

6    citation is for your own work?

7      A.   I have not checked the exact number.

8      Q.   On Page 22 of your report, in the second

9    paragraph, you cite the Ruden and Hanson paper that

10   addresses Doctor Guzelian and related positions about

11   evidence based causation toxicology; is that correct?

12     A.   That's correct.

13     Q.   Were you aware that Doctor Guzelian published the

14   response to Rudin and Hanson?

15     A.   I don't remember it by heart, but I think I saw

16   it.

17            MR. WOLFF:   Mark this as Exhibit Number 3.

18            (Clear Path Towards an Evidence Based

19   Toxicology EBT was marked as Exhibit Number 3 for

20   identification)

21     Q.   Exhibit 3 is a paper entitled Clear Path Towards

22   an Evidence Based Toxicology EBT.   Is this the paper

23   that you were referring to?

24     A.   Yes.

```
                                                    Page 33

 1       Q.  Did you read this paper, Exhibit 3?

 2       A.  It is a while ago.  I believe I read it.

 3       Q.  You do not discuss or cite Doctor Guzelian's

 4   response to Rudin and Hanson anywhere in your report, do

 5   you?

 6       A.  I don't remember.

 7       Q.  It is not listed on your reference list, is it?

 8       A.  If you say it is not, then I am willing to

 9   believe that.

10       Q.  Why don't you cite or discuss Doctor Guzelian's

11   response in your report?

12       A.  As I remember when I wrote this, there was not

13   anything new in this response than in his original

14   presentation of what he calls evidence based toxicology.

15       Q.  Please turn to Page 36 of Doctor Ducatman's

16   deposition transcript beginning at Line 18.

17       A.  36?

18       Q.  36.  Line 18.

19       A.  Okay.

20       Q.  Is it fair to say all human beings are exposed to

21   thousands of chemicals, that human beings have many

22   infectious diseases, and that human beings are a complex

23   product of their environment and their genetics?

24                 MR. WHITLOCK:  Is that a question for Doctor
```

```
                                        Page 34
 1    Grandjean?
 2              MR. WOLFF:  Yes, that is.
 3              MR. WHITLOCK:  Or are you reading it and
 4    asked him if he read it correctly?
 5              MR. WOLFF:  It is a question for the
 6    witness.
 7        A.  That sounds reasonable to me.
 8        Q.  When considering the effects of exposure to a
 9    chemical, shouldn't one consider what is known, what is
10    not known, and what the external risk factors are for
11    the individual?
12        A.  I would not phrase it that way.  It sounds
13    reasonable.
14        Q.  Have you spoken to any of the individual
15    plaintiffs?
16              MR. WHITLOCK:  Objection.
17        A.  From this case?
18        Q.  From this case.
19        A.  No.
20        Q.  Have you examined any of the individual
21    plaintiffs in this case?
22              MR. WHITLOCK:  Objection.  Outside of the
23    scope.
24        A.  No.  No, I have not.
```

1      Q.  Have you reviewed any medical records for the

2   individual plaintiffs in this case?

3               MR. WHITLOCK:  Same objection.

4      A.  It was not in my -- I was not asked to do that.

5      Q.  Have you reviewed any of the deposition

6   transcripts for any of the individual plaintiffs who

7   have been deposed in this case?

8               MR. WHITLOCK:  Same objection.

9      A.  I don't remember so.  If it is not listed in my

10  report, it is because I have not.

11     Q.  As of the time that you issued your report, did

12  you have any plaintiff specific information as to the

13  average daily consumption of water by the individual

14  plaintiffs?

15              MR. WHITLOCK:  Same objection.

16     A.  Not that I remember.  If I didn't state that in

17  my report, it is because I didn't have that information.

18     Q.  As of the time that you issued your report, did

19  you have any plaintiff specific information as to the

20  percentages of tap water versus bottled water versus

21  activated charcoal filtered water typically consumed

22  by the individual plaintiffs?

23     A.  The answer is the same.

24     Q.  Is the answer no?

```
 1      A.  The answer is that I didn't have that information
 2   as long as I remember.
 3              MR. WHITLOCK:  Objection to the question.
 4   Outside of the scope.
 5      Q.  Do you know whether the water consumption
 6   practice and patterns of the proposed class
 7   representatives are typical of the water consumption
 8   practices and patterns of absent class members?
 9      A.  Again, that was not in my charge and I don't
10   remember having seen any such information.
11      Q.  Were you aware that the individual named
12   plaintiffs in this matter have submitted sworn answers
13   to interrogatories?
14              MR. WHITLOCK:  Objection.  Calls for legal
15   conclusion.  Outside of the scope.
16      A.  Again, I am not aware of this.
17      Q.  So you have not reviewed any of the interrogatory
18   answers from any of the individual named plaintiffs; is
19   that correct?
20              MR. WHITLOCK:  Objection.  Asked and
21   answered.
22      A.  Because it was not in my charge.  So I have not
23   reviewed that information.
24      Q.  Starting at the bottom of Page 9 of your report,
```

1   you refer to a study of PFOA concentrations in the blood

2   of Bennington residents, and you note that the geometric

3   mean was ten micrograms per liters; is that correct?

4       A.   That's correct.

5       Q.   At the end of that paragraph, you refer to the

6   named plaintiffs and state that their blood serum values

7   are very high and range between 24.8 micrograms per

8   liter and 305.1 micrograms per liter?

9       A.   Yes.

10      Q.   At the low end, among the individual plaintiffs,

11  the 24.8 micrograms per liter is two-and-a-half times

12  greater than the ten microgram average among the

13  Bennington residents that were tested; is that correct?

14      A.   I think that is correct, yes.

15      Q.   At the high end among the individual plaintiffs,

16  the 305.1 micrograms per liter is thirty times greater

17  than the ten microgram per liter average among the

18  Bennington residents that were tested; is that correct?

19      A.   Right.  But it is also in the upper five

20  percentile.  So it is within the range.

21      Q.   Are you an immunologist?

22      A.   If I'm an immunologist?  No.  I am not.  I have

23  not claimed to be so.

24      Q.   Are you an internist?

Page 38

1    A.   No.

2    Q.   Are you a hepatologist?

3    A.   No.

4    Q.   Are you board certified in any particular field

5  of medicine?

6    A.   I decided not to go for that.

7    Q.   Do you hold any special certifications in

8  epidemiology?

9    A.   There was not such a thing when I started working

10  in this field.

11    Q.   The answer is that you do not?

12    A.   I don't know.   I do not.   I have taught people so

13  they could get those certifications.

14    Q.   Do you hold any special certifications in

15  toxicology?

16    A.   No.

17    Q.   Are you licensed to practice medicine anywhere in

18  the United States?

19    A.   No.

20    Q.   Have you ever been -- strike that.

21         Have you ever been licensed to practice

22  medicine in the United States?

23    A.   I have not.

24    Q.   Are you currently licensed to practice medicine?

```
                                                     Page 39
 1      A.  No.

 2      Q.  Following your graduation from medical school in

 3  January of 1974, did you ever complete a medical

 4  residency?

 5      A.  I got a research position right away.  So I

 6  skipped it, but I did work as a physician at Mount Sinai

 7  Hospital in New York City.

 8      Q.  Do you regularly see patients in a clinical

 9  setting?

10      A.  Only in connection with immunological studies.

11  They are not patients.  They are members of populations.

12      Q.  Do you physically lay hands on those patients?

13      A.  No.

14      Q.  How often do you see patients in a clinical

15  setting if at all?

16      A.  That is hard to answer because I worked at Mount

17  Sinai Hospital for two years.  Most of what I did was in

18  connection with population studies.

19      Q.  When was it that you worked at Mount Sinai?

20      A.  That was in 1978 and 1979.

21      Q.  So a while ago?

22      A.  A while ago.

23      Q.  As part of your current practice, do you diagnose

24  disease in patients?
```

```
                                              Page 40
 1      A.  No.
 2      Q.  As part of your current practice, do you
 3   prescribe medication or other therapies to patients?
 4      A.  I do.  I can.  And I do.  Only to my immediate
 5   family.
 6      Q.  How long has it been since you regularly saw
 7   patients in a clinical setting?
 8      A.  Again, I have to say I see subjects who are
 9   members of populations that we study.  I do not deal
10   with individual patients.
11      Q.  How long has it been since you regularly saw
12   individual patients in a clinical setting?
13      A.  I would say we have to go, formally we have to go
14   back to 1979.
15      Q.  When was the last time that you prescribed
16   medication to or other therapies to patients who were
17   not members of your immediate family?
18      A.  I try not to because I refer colleagues or
19   friends to their own physician; but I do occasionally if
20   it is a matter of urgency, I do prescribe what I believe
21   is medically responsible.  I don't remember if that is a
22   year ago, but something in that order of magnitude.
23      Q.  How long has it been since you regularly
24   diagnosed disease in particular patients in a clinical
```

```
                                              Page 41
 1   setting?
 2       A.  Well, I have to go back to Mount Sinai again.
 3       Q.  1978, 1979?
 4       A.  1979.  Yes.
 5       Q.  How long has it been since you regularly
 6   prescribed medications or other therapies to individual
 7   patients in a clinical setting?
 8       A.  I think, when you ask a question that way, I
 9   should say I did make a decision to leave clinical
10   practice very early.
11       Q.  How long has it been since you last prescribed
12   medicines or other therapies to individual patients in a
13   clinical setting, are we talking again the late 1970s?
14       A.  Yes.  Not counting my friends and family.
15       Q.  How long has it been since you last used a
16   stethoscope to listen to the hearts and lungs of an
17   individual patient in a clinical setting?
18       A.  That was a long time ago because I got some
19   hearing problems when I was in my forties.
20       Q.  So --
21       A.  I would have to go back to 1979.
22       Q.  So you are an epidemiologist?
23       A.  I am.  I am.
24       Q.  Epidemiology deals with the study of diseases in
```

Page 42

1    populations and factors associated with it, correct?

2        A.   Correct.

3        Q.   And clinical medicine is intended for

4    individuals; true?

5        A.   That's the way I look at it.

6        Q.   Have you ever designed a population based medical

7    monitoring program?

8        A.   I have.  Because I was part, I was the toxicology

9    expert for the, I am thinking of the translation.  It is

10   like the Board of Public Health within the Minister of

11   Health in Denmark.  I was in that position for over

12   thirty years, I believe, and helped the Board of Health

13   on matters like this.  I am not sure if we used the term

14   medical monitoring, because it always depends on what is

15   available already; but these were discussions that we

16   would have in the Board of Public Health.  And also

17   before that time when I was chief of occupational

18   medicine for the labor department, I helped decide on

19   the new regulation on lead exposure, occupational lead

20   exposure and that would be required of workers with such

21   exposure in regards to medical services, blood testing

22   that should be available to them.

23       Q.   When you said that the medical monitoring depends

24   on what is available already, what did you mean by

Page 43

1    that?

2        A.  Well, the setting in Denmark is different from

3    here, because it is a national health service.  What one

4    would request is something that's not available already.

5        Q.  For clinical laboratory tests, their sensitivity,

6    their specificity, positive predictive value in a

7    population at issue for diagnosing a particular health

8    endpoint are expressed numerically; is that correct?

9        A.  That's correct.

10       Q.  In terms of clinical laboratory tests, you do not

11   use the terms sensitivity or specificity in the text of

12   your report, do you?

13               MR. WHITLOCK:  Objection.  Outside of the

14   scope.

15       A.  I don't remember if I did.  This is not what I

16   was asked to do.

17       Q.  In terms of clinical laboratory tests, you only

18   use the term predictive value once in the text of your

19   report.  Why is that?

20               MR. WHITLOCK:  Same objection.

21       A.  It was not my primary charge.  Maybe I shouldn't

22   have even mentioned this.  Yes.

23       Q.  As to the various health endpoints, do you know

24   the sensitivity, specificity and positive predictive

```
                                                  Page 44
 1    value in the population at issue for each of the
 2    clinical laboratory tests that Doctor Ducatman suggests?
 3               MR. WHITLOCK:  Objection.  Form.  Compound
 4    question.  Outside of the scope.
 5        A.  If I needed to, I could look it up.  This was not
 6    what I was asked to do.
 7        Q.  As we sit here today, do you know the
 8    sensitivity, specificity or positive predictive value in
 9    the population for any of the clinical laboratory tests
10    that Doctor Ducatman suggests?
11               MR. WHITLOCK:  Objection to the form.
12    Vague.  Outside of the scope.
13        A.  I don't know it by heart.
14        Q.  Gamma-glutamyl trans peptidase, if this test is
15    positive, what specific disease if any is this test for?
16               MR. WHITLOCK:  Objection.  Outside of the
17    scope.
18        A.  I'm not sure I understand that word.
19        Q.  Gamma-glutamyl trans peptidase?
20        A.  Gamma what?  I think that is an error.  I don't
21    know.  I am not sure that exists.  If you mean the
22    transfer, it is a test that is routinely used for liver
23    function.  Pepsin is a stomach enzyme.  These are my
24    abbreviations.  Here it is.
```

                                                      Page 45

1       Q.   I see.   On Page 72 of your report, you refer to

2   GGT?

3       A.   Yes.

4       Q.   So if the GGT test is positive, what specific

5   disease if any is that test for?

6       A.   I am not prepared to answer that question because

7   it is outside of my report; but it is usually and has

8   been used here as an indicator of abnormal, if it is

9   elevated, abnormal liver function.

10      Q.   Do you know if it is a test of any particular

11  liver disease?

12      A.   I don't know that by heart.

13      Q.   Do you know the sensitivity and specificity of

14  the GGT test for diagnosing liver disease?

15           MR. WHITLOCK:   Objection.   Outside of the

16  scope.

17      A.   Again, it is not something that I know by heart.

18      Q.   Have you ever looked it up?

19      A.   That's a few years ago.   This is part of

20  everyone's medical education.

21      Q.   So when you say a few years ago, are we talking

22  the 1970s?

23      A.   No.   I checked those matters on occasion because

24  medical knowledge is of course expanding.

1      Q.  Do you know the positive predictive value of the

2    GGT test in the Bennington population?

3              MR. WHITLOCK:  Objection.  Outside of the

4    scope.

5      A.  My answer is the same.  I don't have any

6    information available on that.

7      Q.  Do you know whether blood testing for GGT levels

8    is among the care that would be provided to someone that

9    sees a doctor regularly?

10             MR. WHITLOCK:  Objection.  Outside of the

11    scope.  Calls for speculation.

12     A.  No.  I don't have that information available.

13     Q.  Would you find it unusual if some of the

14    plaintiffs in this matter have had their GGT levels

15    routinely checked as part of receiving regular care from

16    a physician?

17     A.  I don't have any knowledge available to allow me

18    to answer that question.

19             MR. WOLFF:  Off the record for a moment.

20             THE VIDEOGRAPHER:  The time is 10:10.  We

21    are off the record.

22             (Discussion off the record)

23             THE VIDEOGRAPHER:  Back on the record.  The

24    time is 10:11 a.m.

```
                                                     Page 47
 1              MR. WHITLOCK:  Bert, I was going to make the
 2    proffer that the plaintiffs will stipulate that we are
 3    not offering Doctor Grandjean as an expert in medical
 4    monitoring in an attempt to hopefully shortcut some of
 5    these questions that we were just going through.
 6              MR. WOLFF:  I appreciate that.  Let's take a
 7    break.
 8              THE VIDEOGRAPHER:  The time is 10:12.  We
 9    are going off the record.
10              (Whereupon a break was taken)
11              THE VIDEOGRAPHER:  We are back on the
12    record.  The time is 10:22 a.m.
13       Q.  Throughout your report, for example, on Pages 16,
14    23, 26, and 70, you level a criticism at the defense
15    experts for purportedly ignoring a number of prospective
16    studies, don't you?
17       A.  I believe that is what I say here.
18       Q.  While your report otherwise contains many end
19    noted citations and brackets with numbers, when you make
20    those assertions, you do not cite, list, or end note the
21    studies that the defense experts purportedly ignored, do
22    you?
23       A.  I thought I did.  If that is something you are
24    missing, it should be very easy to see.  They don't cite
```

Page 48

1   very many reports either of them.

2      Q.  So what perspective studies do you contend the

3   defense experts ignored?

4              MR. WHITLOCK:  Objection.  Vague.

5   Ambiguous.  Point to a specific place in his report if

6   you are going to ask him questions about that.

7      Q.  Page 16.  You say a substantial number of

8   perspective studies have emerged.  Although this has not

9   been acknowledged by the defense experts.  What studies

10  are those?

11     A.  When I say that there is a substantial number, it

12  is very clear, because I think that I have listed many

13  studies in my report here, and I simply have the

14  impression that those reports are superficial, and I

15  don't think that I should be asked to remember those or

16  to cite those numerous studies.  It is easy to check if

17  you want.

18     Q.  Please, give me the first ten studies that you

19  would include in that list by first named author and

20  year of publication?

21     A.  I don't think that is a reasonable request.  I am

22  sitting here with my report and without the references.

23     Q.  Your references are attached to your report, are

24  they not?

1      A.  I don't know what you mean by that question.

2      Q.  What I mean by the question, if we take a look at

3  your report, which has been marked as Exhibit Number 1,

4  Exhibit D contains your cited publications in the report

5  ranging from Numbers 1 through 277.  So among those 277

6  citations, please, list for me up to ten that you

7  contend are prospective studies that the defense experts

8  ignored.

9           MR. WHITLOCK:  Objection.  It implies these

10  studies are included in Exhibit D to Doctor Grandjean's

11  report.

12      A.  I can not do that on the spot.  If it is very

13  important to you, I can do so later this month and I can

14  report the result to counsel.

15      Q.  On Page 1 of your report, you state that you are

16  an adjunct professor at the Harvard School of Public

17  Health?

18      A.  That's correct.

19      Q.  Being an adjunct professor is not a tenured track

20  position; is it?

21      A.  I was offered a tenured, full professor position

22  at Harvard that would pay my salary and pension; but I

23  decided not to up for that because I wanted to keep my

24  laboratory and my cohort studies overseas.

```
                                                    Page 50

 1      Q.  Being an adjunct professor is not -- strike that.

 2             Being an adjunct professor is not a tenured

 3   track position, is it?

 4      A.  I have a ten -- not tenured track.  I have a full

 5   tenured lifetime position as full professor.  I decided

 6   to be adjunct at Harvard so that I would be able to work

 7   there and do my research there at my own pleasure.

 8      Q.  Being an adjunct professor is not a tenured track

 9   position, is it?

10             MR. WHITLOCK:  Objection.  Vague.  Asked and

11   answered twice.

12      A.  Already said that.  I chose, I was given the

13   option, and I chose to become an adjunct professor.

14      Q.  As adjunct faculty, your primary affiliation is

15   with another institution, and in this instance, in

16   Denmark, true?

17      A.  I was named professor when I was 32 and became

18   chairman and also have been vice dean at my medical

19   school overseas.

20      Q.  In Denmark?

21      A.  In Denmark.

22      Q.  And your title at Harvard is based on your title

23   at your institution in Denmark; is that correct?

24             MR. WHITLOCK:  Objection to the form.
```

```
                                                    Page 51

 1      A.  Well, if you want the whole story.  It went all

 2   the way to the chancellor's office to figure out if they

 3   could name me a full professor at Harvard because that

 4   is what they wanted.  Because I preferred to maintain at

 5   least a part-time access to my own laboratory and cohort

 6   studies, Harvard said that they would have to make me an

 7   adjunct professor which I accepted.

 8      Q.  So you are not engaged full-time at Harvard, are

 9   you?

10      A.  No.

11      Q.  You do not have the same rights and privileges as

12   the non-adjunct faculty at Harvard, do you?

13      A.  I think I do.

14      Q.  As an adjunct faculty member, you do not have the

15   privilege of voting in schoolwide faculty meetings, do

16   you?

17      A.  I think I do; but I rarely can attend.  It is not

18   relevant to me.

19      Q.  Do you have your own dedicated administrative

20   staff at Harvard or do you share the administrative

21   staff with others?

22      A.  I have my own staff.

23      Q.  Do you have your own dedicated office at Harvard

24   or do you share office space with others?
```

Page 52

```
 1     A.  This gentleman was in my office yesterday.  I do
 2  have my own office.
 3     Q.  Do you receive a salary from Harvard?
 4     A.  I do.
 5     Q.  Let's talk a little bit about scientific
 6  methodology.
 7     A.  Okay.
 8     Q.  Can we agree the essence of science is the
 9  scientific method?
10     A.  If you say so.
11     Q.  Would you say so?
12     A.  It depends on what you understand by method.  I
13  sort of hesitate this is always true.
14     Q.  Can we agree the essence of the scientific method
15  is hypothesis and refutation?
16     A.  Hypothesis refutation?
17     Q.  Yes.
18     A.  I don't get that.
19     Q.  The scientific method at its essence proposes a
20  hypothesis and then attempts to refute that hypothesis?
21     A.  In agreement with the -- yes.
22     Q.  At the bottom of Page 22 of your report, you
23  state that critique may be considered appropriate
24  for highly respected experts and may appear in
```

                                                          Page 53

1    accordance with their high methodological standards and

2    un-relenting scepticism to the work by younger

3    colleagues.  However a narrow focus on scientific

4    methodology is often coupled with blindness to

5    environmental degradation and social injustices.  Not

6    surprisingly, the strategy of criticizing research

7    methodologies has been vigorously explored by vested

8    interests often with the purpose of manufacturing doubt.

9    Although it may serve an educational purpose to demand an

10   almost unrealistic quality level of research, it usually

11   aims blocking prudent risk management while paving the

12   way for potentially toxic chemicals to be released in

13   the environment.  Close quote.

14            Do you see that?

15      A.  I see that.

16      Q.  What did you mean by that statement?

17      A.  I think exactly what I quoted here.  If you have

18   any questions about that statement, I am happy to answer

19   that.

20      Q.  In your view, is it inappropriate to assess

21   whether an opinion being advanced by scientists is the

22   product of reliable principles and methods?

23      A.  I need that again.

24      Q.  Sure.

1              In your view, is it inappropriate to assess

2    whether an opinion being advanced by a scientist is the

3    product of reliable principles and methods?

4        A.  It relies on -- it sounds reasonable.

5              MR. WHITLOCK:  Objection.  The question was

6    vague.

7        Q.  Is it appropriate to assess whether an opinion

8    being advanced by a scientist is the product of reliable

9    principles and methods, is that appropriate or

10   inappropriate?

11       A.  Am I using the methods or is it another scientist

12   using appropriate methods?  I don't quite understand.

13       Q.  Let's say a third party wants to come in and take

14   a look at your opinions in this case.  Is it appropriate

15   for a third party to assess whether the opinions that

16   you are advancing in this case are the product of

17   reliable principles and methods?

18       A.  Yes.  That's reasonable.

19       Q.  In your view, is it appropriate to assess whether

20   one has reasonably applied principles and methods to the

21   facts of the case?

22       A.  I agree with that, too.

23       Q.  Is it your position that in assessing potential

24   environment health-related disturbances, having high

1    methodological standards or a narrow focus on

2    scientific methodology or an almost unrealistic quality

3    of research is inimical to prudent risk management, and

4    doing so is tantamount for paving the way for

5    potentially toxic chemicals to be released in the

6    environment?

7        A.  I think you are citing from what I just said.  I

8    stand by that of course.

9        Q.  Is that your opinion?

10       A.  That is my opinion.

11       Q.  In making the assessments described in your

12   report, did you in any way lessen your focus on

13   scientific methodology in order to ensure a

14   precautionary risk assessment approach?

15            MR. WHITLOCK:  Objection to the form.

16       A.  I did not use different principles.

17       Q.  Was David Michael's article in Scientific

18   American a plea to use less than the highest quality

19   science possible in environmental risk management?

20       A.  That would be a misunderstanding.  I also -- he

21   wrote a book about this.  In addition to the Scientific

22   American article.

23       Q.  In your assessment of the defense expert reports,

24   do you contend that any of those experts did their work

Page 56

1   with the intent of producing doubt?

2       A.   It is something that appears to be so.   At least

3   in my judgment.

4       Q.   You are familiar with Karl Popper's scientific

5   theory of conjecture and refutation?

6       A.   Yes.

7       Q.   Do you disagree that refutation or theory

8   falsification should be used sparingly in matters of

9   environmental health?

10      A.   What I agree is that we should use, you know, the

11  strongest possible scientific methods to the extent

12  possible.

13      Q.   So you say to the extent possible.   What does

14  that mean?

15      A.   It means, for example, that we can't achieve the

16  highest level of scientific proof by dispensing PFOA to

17  experimental subjects.   That is unethical and illegal.

18      Q.   On Page 14 of your report in the first full

19  paragraph, you state that observational studies will

20  rarely if ever provide a one-hundred percent proof.   Do

21  you see that?

22      A.   I see that, yes.

23      Q.   Is there such a concept as 75 percent proof or

24  fifty percent proof?

Page 57

1      A.  No.

2      Q.  As used in the concept of your report, what is

3   your definition of proof?

4      A.  We don't use that term regularly but what we say

5   is that the evidence is convincing or not convincing.

6      Q.  How do you know when something has been proven?

7      A.  As I said before, it is not a term that we would

8   regularly use because you can always raise doubt which

9   means that the perfect proof does not exist.

10      Q.  Let's turn for a moment to words that you

11   regularly use.  The word association is not a substitute

12   for the word causation; is it?

13      A.  That's correct.

14      Q.  In fact, Doctor, wouldn't you agree that

15   distinguishing between concepts of causation and

16   association is an important area of scientific

17   discussion?

18      A.  Yes.  I would agree so in general terms.

19      Q.  Wouldn't you agree that a number of different

20   types of relationships may exist between an exposure and

21   an outcome and one type may be a spurious association

22   resulting from chance bias or confounding?

23      A.  It is possible.

24      Q.  Would you agree that three general categories of

1    phenomena can result in an association found in a study

2    to be erroneous, chance, bias and confounding?

3         A.  It is possible.

4         Q.  Does a statistically significant finding in a

5    reliable epidemiological study that looks at the disease

6    risk as a function of exposure necessarily mean that

7    there is a causal relationship?

8         A.  That is correct and I assessed that in my report.

9         Q.  When you say it is correct, are you saying that a

10   statistically significant association means that there

11   is a causal relationship?

12        A.  No.  It is an issue that one has to consider

13   whether it exists.  It is not a necessary condition.

14        Q.  Would you agree that if bias or confounding

15   affects a study, it can invalidate an association that

16   the study found even if it was a statistically

17   significant association?

18        A.  That is always possible.

19        Q.  Can confounders be both known and unknown?

20        A.  That is correct.

21        Q.  There can be known and unknown sources of bias in

22   an epidemiological study; true?

23        A.  I believe so.

24        Q.  When you read the report of an epidemiological

1    study, what factors do you consider in order to

2    determine whether the results are supportive of a cause

3    and effect relationship between the exposure and

4    disease?

5        A.  I think you mentioned at least most of the

6    factors that I would look at.

7        Q.  You would agree that the statistical significance

8    test is a test of the data and not of the hypothesis

9    being advanced; is that correct?

10       A.  That's correct.

11       Q.  In a study with a P value of 0.05, if the 95

12   percent confidence interval includes one, then the data

13   are not statistically significant for that finding, are

14   they?

15       A.  That is a correct interpretation.

16       Q.  Epidemiological studies never establish causation

17   in a particular person, do they?

18       A.  In a single person, no.

19       Q.  What is a cross sectional study?

20       A.  A cross sectional study is one where all the

21   relevant perimeters are obtained at the same time.

22       Q.  So cross sectional studies examine both the

23   exposure of interest and individuals with or without the

24   disease of interest at a single point in time; is that

Page 60

1    correct?

2        A.  That's correct.

3        Q.  While cross sectional studies can determine the

4    prevalence of disease, they do not determine the

5    incidence or risk of disease; true?

6        A.  I would not say so in general, because it depends

7    how cross sectional it is if you are just looking at

8    exactly the status today; but, maybe, you know, a time

9    varying of information that you are obtaining cross

10   sectionally.  So I can't say that this is always true.

11       Q.  What are the limitations of cross sectional

12   studies?

13       A.  What are verications?

14       Q.  No.  What are the limitations of cross section

15   studies?

16       A.  I think you mentioned the time factor.  That is

17   certainly important because in a study like this, you

18   would like the exposure to occur before the outcome in

19   order to support, possibly support hypothesis of

20   exposure being hazardous.

21       Q.  In cross sectional studies, because both exposure

22   and disease are determined at the same point in time,

23   such studies do not demonstrate that exposure precedes

24   the disease, do they?

```
 1      A.  Again, I hesitate to say yes, because if we talk
 2   about PFOA, we are here and if you mean the exposure in
 3   terms of the concentration in the water in the
 4   household, I would say the concentration of the water,
 5   let's say, it has changed over time.  For example,
 6   because a filter has been installed.  Then it would be
 7   wrong to associate the concentration of PFOA in the
 8   water exactly today with the health status of that
 9   household.  On the other hand, if you talk about blood
10   PFOA concentrations, then they are a result of
11   accumulations over time and it is not a typical cross
12   sectional study for that reason.  Because the blood
13   concentration reflects what has happened over several
14   years in the past.  Therefore, one should not just
15   ignore that information because it has to do with
16   accumulation and then perhaps it may be diseases where
17   the actual status today is also something that has been
18   established over time.  So it is not a typical example.
19      Q.  Merely because a person lives in an area for,
20   let's say, one year, that has PFOA in the water system
21   does not tell you how much PFOA is in their blood serum,
22   does it?
23      A.  It tells me that the concentration will be
24   elevated.  It does not tell me the exact number if that
```

Page 62

1    is what you are after.  It does not tell me the exact

2    number.

3       Q.  And the extent to which the concentration might

4    be elevated would be a function of the amount of PFOA in

5    the water system; is that correct?

6       A.  Right.  There is no doubt that it will be

7    elevated.

8       Q.  It is also a function of how much water an

9    individual drinks a day, for example, if an average

10   person, if a person on average drinks one glass a day

11   and another person drinks five glasses a day, their

12   blood serum levels are likely to be different; true?

13      A.  Yes, but they will all be elevated.  This is also

14   what the state found.

15      Q.  So, for example, in this case, among the

16   individual named plaintiffs, we have PFOA blood serum

17   values ranging from roughly 28 micrograms per liter all

18   the way up to 305 micrograms per liter; is that correct?

19      A.  That's what we went through before.

20      Q.  The geometric mean in the Bennington area for

21   the people tested was 10.1 micrograms per liter?

22      A.  Give me that number again.

23      Q.  10.1.

24      A.  I think so, yes.

1    Q.  So there is a wide range of blood serum levels?

2    A.  Yes.

3    Q.  Because cross sectional studies measure exposures

4    and health conditions simultaneously, isn't it fair to

5    say in cross sectional studies, the temporal

6    relationship between an exposure and a disease cannot be

7    inferred?

8    A.  I need to clarify this because, as I said before,

9    if the exposures are a matter of the consumed

10   concentration of PFOA, it does go years back and

11   therefore you cannot just conclude that it is a typical,

12   cross sectional study where everything is measured at

13   the same time and therefore it is not as strong.  In

14   this case with PFOA, it is actually stronger than a

15   typical cross sectional study.

16   Q.  Why is that?

17   A.  Well, because I explained before that the

18   concentration of PFOA that you have in your serum today,

19   that is a result of your exposure in recent years.

20   Therefore, it is not just something that you get right

21   today.  This is your build up in your body and therefore

22   a longer term than just today.

23   Q.  Is it fair to say that cross sectional studies

24   are rarely useful in identifying toxic agents?

1      A.  I think that is an overestimation for the reasons

2   I just told you.  In fact, many cross sectional studies

3   actually underestimate the degree of a hazard simply

4   because the association is more or less dwarfed by

5   noise.  Statistical noise and variations.  Therefore,

6   they are not as strong as prospective studies of course.

7      Q.  What is risk?

8      A.  Risk is the likelihood of an outcome, a

9   probability if you want.

10      Q.  What's the difference between relative risk and

11   absolute risk?

12      A.  Well, the relative in comparison to some

13   reference population say where the absolute risk is the

14   actual risk that the population of interest has.

15      Q.  What is absolute risk?

16      A.  Well, how should I explain this to you.  It is a

17   likelihood of this unwanted outcome.

18      Q.  When considering risk, are dose and the hazard

19   important factors?

20          MR. WHITLOCK:  Objection to the form.

21   Vague.  You can answer.

22      A.  Insofar as we are relating that risk to a

23   predictor.

24      Q.  What do you mean by a predictor?

Page 65

1    A.  A predictor would be a hazard.  A suspected

2    hazard.

3    Q.  Biological plausibility, when we say something is

4    biologically plausible, that simply means it makes

5    biological sense; isn't that true?

6    A.  That is a nice way of putting it.

7    Q.  You would agree biologic plausibility is not

8    synonymous with causation, wouldn't you?

9    A.  It is something that you take into regard when

10   you judge whether or not there is causation.

11   Q.  Biological plausibility itself is not sufficient

12   to establish causation; true?

13   A.  One would never do that.  It is an irrelevant

14   question.  I am sorry.

15   Q.  Does the dose response relationship stand for the

16   proposition that the greater the dose, the greater the

17   likelihood for the effect?

18   A.  That's reasonable, yes.

19   Q.  Is it fair to say that it is not only important

20   to know that a substance is capable qualitatively of

21   causing something, but that it is also important to know

22   the quantitative eligibility of the suspected agent?

23   A.  It is if possible.

24   Q.  And isn't there a classic saying that everything

Page 66

1    is toxic and it is just a matter of dose?

2       A.  Yes.  That's what Paracelsus said three hundred

3    years ago.  That you will see among my references that I

4    have more recently of course adjusted that statement

5    because it is kind of a blessing.

6       Q.  In sufficient doses, table salt can be quite

7    toxic; is that true?

8       A.  If you want to call it toxicity, you can claim

9    that you died from eating an enormous amount of salt.  I

10   would not consider that toxicity as such.

11      Q.  Oxygen can be toxic?

12      A.  If you want.

13      Q.  What is a threshold?

14      A.  Well, a threshold is the issue that an exposure

15   in this case below a certain level does not represent a

16   hazard.

17      Q.  You would agree that cigarette smoking can cause

18   lung cancer, correct?

19      A.  I would agree.

20      Q.  You would not consider smoking one cigarette in a

21   lifetime to pose a significant risk of lung cancer,

22   would you?

23      A.  Not one cigarette alone.  No.

24      Q.  If someone did develop lung cancer after smoking

1  one cigarette, would you conclude that there was a

2  significant probability that it was caused by the one

3  cigarette?

4      A.  No, I would not.

5      Q.  Do we agree that a temporal relationship does not

6  establish causation, in other words, just because a

7  condition follows an exposure, it does not necessarily

8  mean that the exposure caused the condition, does it?

9      A.  No.  It is like, these issues you could say they

10  are nonreciprocal in that it is important to know that

11  is the case, that the exposure comes before the outcome,

12  but the fact that it does not prove anything.

13      Q.  When one considers the effects to exposure to a

14  chemical, isn't it important to distinguish between that

15  effects have been reported and those which are merely

16  feasible or theoretically possible?

17          MR. WHITLOCK:  Objection to the form.

18      A.  I don't understand feasible.  What do you mean?

19      Q.  Okay.  Let me modify the question.

20          When one considers the effects of exposure

21  to a chemical, isn't it important to distinguish between

22  effects that have been reported and those which are

23  merely theoretically possible?

24      A.  That makes sense.

Page 68

```
 1      Q.  Let's talk a little bit about animal data.  Isn't
 2   it fair to say that extrapolating data from animal
 3   models to humans can be fraught with difficulties?
 4      A.  Yes.  I would agree.
 5      Q.  Isn't it fair to say that attempts to extrapolate
 6   data from animals to humans must be done with caution?
 7      A.  That's correct.
 8      Q.  Isn't it fair to say that among other things
 9   there can be interspecies differences in metabolic
10   rates, anatomy, cellular biochemistry and the absorption
11   distribution metabolism and the elimination of
12   chemicals?
13      A.  They can be, yes.?
14            MR. WHITLOCK:  Objection to the form.
15      Q.  Wouldn't you agree the results of an animal study
16   will be influenced in part by which species of animals
17   are used?
18      A.  That's correct.
19      Q.  Wouldn't you agree that even among experimental
20   animal models, different species can exhibit different
21   sensitivities or susceptibilities or reactions to
22   various substances?
23      A.  I agree.
24      Q.  Isn't it fair to say that even different strains
```

 1   of the same species sometimes experience different

 2   reactions to the same substance?

 3        A.  I would agree.

 4        Q.  Let's talk a little bit about the ATSDR which you

 5   referenced a bit in your report.

 6        A.  Yes.

 7        Q.  A what is the ATSDR?

 8        A.  The Agency for Toxic Substance and Disease

 9   Registry.

10        Q.  The ATSDR is a part of the Federal Centers for

11   Disease Control and Prevention; is that correct?

12        A.  That's correct.  And I am going there tomorrow.

13        Q.  Nice.  Where is that?

14        A.  In Georgia.  It is in Atlanta.

15                MR. WOLFF:  Mark this as Exhibit Number 4.

16                (Copy of the August 2015 ATSDR was marked as

17   Exhibit Number 4 for identification)

18        Q.  Exhibit 4 is a copy of the August 2015 ATSDR, CDC

19   tox guide for per perfluoroalkyls.  Have you seen this

20   document before?

21        A.  Yes.

22        Q.  Please turn with me to the second page.  In the

23   right-hand column in the second bullet point, are you

24   there?

Page 70

1     A.   Okay.

2     Q.   The CDC states that the primary effects observed

3  in animals include liver toxicity, developmental

4  toxicity, and immune toxicity.  There are profound

5  differences in the toxicokinetics and mode of action of

6  perfluoroalkyls between humans and experimental animals.

7  Many of the observed affects in animals result from the

8  ability of PFOA and PFOS to activate perisome

9  proliferator activated receptor alpha.  PPAR.  Alpha.

10 Humans are much less responsive to PPAR alpha than

11 rodents and thus may not be as susceptible to these

12 types of effects.  Do you see that language?

13    A.   I see that.

14    Q.   Do you agree with that statement?

15    A.   No.

16    Q.   Why not?

17    A.   Because this is a statement that was prepared in

18 2015, and that was from a draft toxicology profile from

19 ATSDR and they updated that in 2018.

20    Q.   Is there an updated tox guide for perfluoroalkyls

21 from ATSDR CDC?

22    A.   I don't remember.

23    Q.   When you say they updated that in 2018, what did

24 they update?

Page 71

1        A.   They updated the tox profile.

2        Q.   Is what you are referring to a several hundred

3    page document?

4        A.   That's correct.

5        Q.   Let's talk a little bit about regulatory standard

6    setting.   Okay?

7        A.   Okay.

8        Q.   In the regulatory context where public safety and

9    health policies are at issue, is an assumption of

10   causation often made as opposed to a clinical setting

11   where the criteria for causation are more stringent?

12            MR. WHITLOCK:   Objection to the form.

13       A.   I don't like the wording of that question because

14   in a clinical setting, you do not need to have foolproof

15   of a causation before you do this appendectomy.   So you

16   need to clarify what you mean.

17       Q.   Are there different standards for evaluating

18   causal hypotheses when one deals with matters of

19   regulatory public health policy as opposed to hypothesis

20   testing in experimental science?

21            MR. WHITLOCK:   Objection to the form.

22       A.   I am not sure I can answer that question.

23       Q.   Is it a basic tenet of regulatory public health

24   policy to in effect err on the side of caution?

1      A.  I would say so.

2      Q.  Do you agree that the government may regulate or

3   indeed prohibit the use of a chemical despite the low

4   probability of a causal relationship?

5             MR. WHITLOCK:  Objection to the form.

6   Vague.  Ambiguous.

7      A.  I would say you use the word may.  So I have to

8   say it is possible, but I am not sure I ever saw that

9   happening.

10     Q.  The manner in which one errs on the side of

11  caution in establishing regulatory public health policy

12  is not something that one has to do in a basic science

13  environment, is it?

14     A.  When you say so.  I would think that is not what

15  you want to do because no science is perhaps a major

16  input that the regulatory agencies would want.

17     Q.  Is there any reason to err on the side of caution

18  in a toxic tort suit where regulatory public health

19  policy is not at issue but rather than scientific

20  reliability?

21     A.  I can't answer that question.  It sounds to me

22  like it is a legal question.

23     Q.  What is the precautionary principle?

24     A.  There are various definitions of precautionary

1    principle.  One of them is from the United Nations.

2    Another one is from a European commission.  There is one

3    from the European Environment Agency, but I can

4    paraphrase if you want.

5        Q.  I know you have written on this subject a bit.

6        A.  I have.

7        Q.  How do you use the word precautionary principle,

8    what's your preferred definition of the term?

9        A.  Right.  I have to clarify.  I don't use it

10   myself.  I can discuss what it may mean in regard to

11   interpreting science.  I can enter that discussion.

12       Q.  Okay.  Please, have at it.

13       A.  So the precautionary principle essentially says

14   that in the face of uncertainty, one should not allow a

15   highly suspected hazard to continue if there are

16   substantial risks associated with that.

17       Q.  The precautionary principle can be summed up with

18   the axiom that it is better to be safe than to be sorry;

19   is that correct?

20       A.  I think that is a very popular term.  I would not

21   express it that way myself.  It relates to what you just

22   said.

23       Q.  Though you might not express it that way

24   yourself, that's a fair summary; is that correct?

Page 74

1     A.   No.

2     Q.   Why not?

3     A.   Because it is too far fetching to say better safe

4    than sorry and it is too loose.  I don't know what you

5    mean.  What do you mean by saying safe, what do you mean

6    by sorry?

7     Q.   Does the precautionary principle inform the

8    premise for regulatory public health policy?

9     A.   I don't think so.

10    Q.   The precautionary principle does not apply to

11   clinical medicine, does it?

12    A.   The way that the European Environment Agency has

13   fine tuned the definition, it is not in regard to

14   preventive medicine, I mean to clinical medicine, but I

15   would say that when a physician judges that child may

16   have appendicitis and we better operate on that, you

17   could say that is an application of the precautionary

18   principle.

19    Q.   Was your opinion in this case informed by the

20   precautionary principle?

21    A.   No.

22    Q.   On Page 63 of your report, you note that the

23   untested chemical assumption is a common concern in risk

24   assessments; is that correct?

1     A.   That's correct.

2     Q.   What is the untested chemical assumption?

3     A.   The wording comes from the National Research

4  Council in this country.  The wording means that it is

5  not logical and responsible to assume that an untested

6  hazard has absolutely no affects.  Meaning there is no

7  risk associated with it.

8     Q.   Is your criticism of the untested chemical

9  assumption rooted in the precautionary principle?

10    A.   I think those are two different matters.

11    Q.   The EPA's health advisory for PFOA in drinking

12 water is 70 parts per trillion or PPT?

13    A.   Yes.

14    Q.   The Vermont Department of Health has set its

15 drinking water advisory limit for PFOA at twenty PPT; is

16 that correct?

17    A.   That used to be correct, because now that limit

18 has changed to be the sum of PFOA and other major P

19 facets.

20    Q.   In your opinion, these advisory levels are too

21 high; is that correct?

22    A.   That's correct.

23    Q.   You estimate that the exposure limits should be

24 less than one part per trillion, is that correct?

1    A.  Yes.

2    Q.  You arrived at this proposed exposure limit based

3  on a reported association between PFOA exposure and

4  antibody concentrations?

5    A.  That is the evidence that we put forward.

6    Q.  At the top of Page 6 in your report, you wrote

7  PFOA concentrations in drinking water are known to

8  correlate with the serum concentrations of long term

9  residents in Ohio and West Virginia at an approximate

10 ratio of one to one hundred.  Do you see that?

11   A.  I don't see it, but I think this is correctly

12 quoted.

13   Q.  Using that ratio then, one part per trillion of

14 PFOA in drinking water would be equivalent to

15 approximately one hundred parts per trillion of PFOA in

16 the blood serum of an individual consuming that water;

17 is that correct?

18        MR. WHITLOCK:  Objection to the form.

19   A.  I am not sure I follow your calculations.  If you

20 talk about the ratio we just talked about, then I would

21 agree with you on average.

22   Q.  Just in terms of sort of leveling the various

23 units of measure, one hundred parts per trillion is

24 equivalent to 0.1 micrograms per liter; is that correct?

1      A.   I think so.

2      Q.   Is it your opinion that medical monitoring would

3   be reasonably necessary for individuals with PFOA

4   exposure greater than 0.1 micrograms per liter?

5           MR. WHITLOCK:   Objection.   Outside of the

6   scope.

7      A.   This is not what I stated.   I stated it would be

8   appropriate for those with an elevated exposure to PFOA.

9   So this is not in accordance with what I wrote in my

10  report.

11     Q.   Elevated in comparison to what?

12     A.   First of all, in comparison with that subject's

13  background.   I think that is what this report is about.

14  Because they have been exposed to contaminated drinking

15  water.   I am saying, it is the elevation that follows

16  from that exposure that then leads to the recommendation

17  of medical monitoring.

18     Q.   So over the years, NHANES has reported the

19  geometric means of PFOA in blood serum in Americans that

20  have been tested, and so I think that in your report at

21  Page 10, you make note that the current background

22  levels of PFOA in blood serum that the geometric mean is

23  2.1 micrograms per liter based on the overall US

24  population 2011 to 2012?

1      A.   That's correct.   I see that.

2      Q.   So is it your opinion then that an elevated blood

3   serum level for PFOA is something greater than 2.1

4   micrograms per liter?

5      A.   No.   That is not what I say in my report.   I

6   refer to the exposure.   This is a population that is

7   exposed to PFOA from Saint-Gobain in their drinking

8   water and that leads to an elevated exposure.

9      Q.   Elevated as compared to what?

10     A.   To compare to not being exposed to that drinking

11  water.   That is drinking water without PFOA

12  contamination in it.

13     Q.   So would you consider that if a person's blood

14  serum levels had a contribution of 0.1 micrograms per

15  liter from PFOA coming from the tap water, that that

16  would be an elevation as you used the term?

17     A.   I don't quite get the numbers.   What we talk

18  about here is a substantial contamination of the

19  drinking water, and where people that live there, and

20  residents, not just people visiting, but residents have

21  been exposed to this, that leads to an elevation.

22     Q.   What would you be consider to be quantitatively a

23  substantial elevation of PFOA blood serum levels against

24  what it would have been had there not been those

1    exposures?

2        A.  Right.  I mean, you can read my paper from 2013

3    where we calculate that the safe level should actually

4    be about or below 1 PPT.  And I stand by that.  So

5    meaning that an elevation, I mean, we talked about a

6    manmade compound that does not serve any purpose in

7    drinking water.  That these people unwittingly have been

8    drinking for years.  I would say that results in an

9    elevation because that substance is not meant to be

10   there.

11       Q.  I am asking what quantitatively is the elevation

12   in blood serum that you would consider to be a

13   substantial elevation as you used the term?

14       A.  I understand.  I have not calculated what that

15   might mean, but I refer to the drinking water

16   concentrations, and I have seen the map of all those

17   wells in the community water and it is very clear that

18   they are substantial elevations and exposure.

19       Q.  Well, since the background blood levels of PFOA

20   in the United States exceeds 0.1 micrograms per liter,

21   is it your opinion that every American should be

22   eligible to receive medical monitoring for that

23   exposure?

24       A.  Okay.  That's a misunderstanding.

Page 80

1      Q.  I am asking a question.

2      A.  No.  That is not my opinion.

3      Q.  Okay.  That was my question.  Is that your

4  opinion?

5      A.  Right.  My opinion is that is not the case.  This

6  is a very specific case with contaminated drinking

7  water.  I know the 2.1 is part of the classification,

8  what do you call it, the class definition.  That's part,

9  I understand that.

10              MR. WOLFF:  Off the record for a second.

11              THE VIDEOGRAPHER:  The time is 11:12.  Off

12  the record.

13          (Discussion off the record)

14              THE VIDEOGRAPHER:  We are back on the

15  record.  The time is 11:13.

16      Q.  In this case, are there substantial elevations of

17  PFOA in the community water supply or is that limited to

18  just private wells?

19      A.  As I recall the numbers, it is in particular in

20  certain private wells.

21      Q.  While everything is toxic at some dose, the

22  exposure levels calculated in a regulatory risk

23  assessment do not tell you what that dose is, do they?

24      A.  Let me try to rephrase the way I understand it.

1  That the regulatory guidelines or whatever they are

2  refer to particular water concentrations and they cannot

3  exactly be translated into serum levels or serum

4  concentrations or individual disease risks.

5      Q.  Do you consider yourself an expert on the

6  regulatory and administrative procedures for setting an

7  exposure limit?

8      A.  I would leave that to others to decide.  I have

9  certainly advised regulatory agencies on which decisions

10  to reach.

11      Q.  In the context of regulatory risk assessments and

12  the setting of regulatory exposure levels, what are

13  uncertainty factors?

14      A.  Well, uncertainty factors they are applied when

15  translating dose levels that have been applied in animal

16  studies to levels that may be considered virtually safe

17  in humans.

18      Q.  Does the EPA apply uncertainty factors to account

19  for the extrapolation of results in experimental animals

20  to humans, inter individual varability including

21  sensitive subgroups, extrapolation from a lowest

22  observed adverse effect level to a no observed adverse

23  affect level, extrapolation of results from subchronic

24  exposure to chronic exposures and database inadequacies?

```
                                                    Page 82
 1      A.  That is my understand.
 2      Q.  A risk assessment may incorporate multiple
 3   uncertainty factors to calculate a regulatory exposure
 4   level; is that correct?
 5      A.  That's my understanding.
 6      Q.  In the past, uncertainty factors have been
 7   described as safety factors; is that correct?
 8      A.  That's correct.
 9      Q.  Given the methods, assumptions, and uncertainty
10   factors that are used in regulatory risk assessments,
11   the permissible exposure levels that are calculated are
12   intended to be protective not predictive?
13      A.  No.  They are intend to be virtually protective
14   for the exposed population.
15      Q.  Virtually protective?
16      A.  I think we use the word virtually because you can
17   never completely exclude, that some adverse affect may
18   happen.
19      Q.  Given the methodology, assumptions and safety
20   factors that characterize regulatory risk assessments,
21   the permissible exposure levels do not provide
22   predictive information about actual clinical risks for
23   exposures that exceed such levels, do they?
24      A.  No.
```

Page 83

1      Q.  And given the methodology assumptions and safety

2   factors that characterize regulatory risk assessments,

3   the permissible exposure levels do not provide

4   predictive information about medical causation for

5   exposures, that exceed such levels, do they?

6      A.  I don't fully agree with you because medical

7   causation is probably part of the risk assessment made

8   by that.  I mean depending on the circumstances of the

9   agency.  So one is of course trying to define a

10  protective limit or guideline so that medical causation

11  would not be a problem.

12     Q.  On Page 4 and elsewhere throughout your report,

13  you note that your opinion was formed by using a weight

14  of the evidence approach; is that correct?

15     A.  Weight of the evidence, correct.

16     Q.  What is a weight of the evidence approach?

17     A.  This is the approach that is commonly used by

18  regulatory agencies in regard to weighing, using that

19  term, the evidence in regard to whether it is reliable

20  and solid and can be applied to in the risk assessment

21  process.

22     Q.  How if at all does a weight of the evidence

23  approach differ from Global Introspection?

24     A.  From Global?

1     Q.  Introspection?

2     A.  Introspection?

3     Q.  Yes,

4     A.  I don't understand the term in this regard.

5     Q.  At the bottom of Page 4 of your report, you

6   criticize the defense experts for using causality

7   criteria that are not in accordance with weight of the

8   evidence procedures, applied by regulatory agencies and

9   international organizations; is that correct?

10    A.  Correct.  That's what I said.

11    Q.  On Page 19 of your report, in the second

12  paragraph, you again criticize the defense expert

13  reports and write, this report's, referring to your

14  report, this report's previous sections described proper

15  evaluation of toxicity risks as used by regulatory

16  agencies and international organizations like the World

17  Health Organization; is that correct?

18    A.  That's correct.

19    Q.  And in sum, on Page 70 of your report in the

20  second numbered paragraph, you state that the defense

21  experts rely on strict criteria for causality rather

22  than an assessment of the weight of the evidence as

23  applied by agencies such as ATSDR, EPA, NTP, EFSA and

24  IARC, is that correct?

                                                              Page 85

1        A.  That's correct.

2        Q.  Does the weight of the evidence assessment you

3   performed in this litigation conform to the approaches

4   of the ATSDR, EPA, NTP, EFSA, and IARC in conducting

5   risk assessments?

6        A.  I believe so.

7        Q.  Is it fair to say that regulatory and advisory

8   bodies, such as IARC, OSHA, and EPA, utilize a weight of

9   the evidence method to assess the carcinogenicity of

10  various substances in human beings and suggest or make

11  prophylactic rules governing human exposure?

12       A.  I believe so.

13       Q.  Is it also fair to say that regulatory and

14  advisory bodies such as ATSDR, EPA, NTP, and EFSA

15  utilize a weight of the evidence method to assess

16  noncarcinogenic endpoints of various substance in human

17  being and suggests or make prophylactic rules governing

18  human exposure?

19       A.  I believe so.

20       Q.  Is it fair to say that this methodology results

21  from the preventive perspective the agencies adopt in

22  order to reduce public exposure to harmful substance?

23       A.  That I'm not sure I can answer.

24       Q.  Why is that?

Page 86

1       A.   I am a scientist.   Is not a regulator.

2       Q.   What is confirmation bias?

3       A.   Confirmation bias?

4       Q.   Yes.

5       A.   Well, I mean, I am not sure I can define it here.

6       Q.   Let me ask you this.   Confirmation bias can arise

7    when individuals tend to interpret, focus on, and

8    remember information in a way that conforms to their

9    preconceived notions; is that correct?

10              MR. WHITLOCK:   Objection to the form.

11      A.   I don't think that is a reasonable definition.

12      Q.   Confirmation bias can affect scientific

13   decisionmaking, true?

14      A.   It is a theoretical possibility.

15      Q.   Conclusion driven science is not really science

16   at all, is it?

17      A.   I disagree with that.

18      Q.   Why?

19      A.   Because decisionmaking in science, as I see it,

20   it's a product, it follows from an original examination

21   of the question, and, therefore, it's an integral part

22   of science as you try to draw conclusions.

23      Q.   Conducting science to conform with one's

24   preconceived notions is not really science at all, is

Page 87

1    it?

2        A.   If you can call it science.  But I would say it's

3    biased if it happens the way you describe it.

4        Q.   Where if at all in your report do you explain how

5    a weight of the evidence approach is implemented?

6        A.   I believe that I have done that in a whole

7    section of my report.

8        Q.   Can you please point me to that?

9        A.   Okay.  Methodological aspects, and risk evaluation.

10   It starts on Page 11.  You have to take the next

11   section, Section 4, knowledge, you have to consider that

12   as well.

13       Q.   Maybe you can point us to the pages where the

14   discussion appears in your report.

15       A.   Right.  11 and onwards to 15 and perhaps even up

16   to 19.

17       Q.   What objective standards, if any, did you use to

18   assign differing weights to different data sets?

19       A.   Exactly the standards that I have described in my

20   report in that I consider the power, the statistical

21   power of the study, magnitude of the study, whether it

22   is cross sectional or prospective and how potential bias

23   has been adjusted for or avoided and factors like that.

24       Q.   Did you employ a method of numerically weighting

1  or scoring the pieces of evidence you evaluated?

2     A.  No.  I decided not to simply because there are

3  several adverse effects.  The numbers of studies does

4  not justify an attempt to use particular numbers.

5     Q.  Was the weighting of the evidence a product of

6  your personal judgment?

7     A.  It is always a matter of a judgment.  I would say

8  that it is not my personal judgment, but it is a

9  judgment that would be similar to and I can see that

10  from ATSDR's report and up to its most recent report,

11  that it is, we are judging the weight similarly.

12     Q.  Do you set out in your report how much weight you

13  assign to each piece of evidence?

14          MR. WHITLOCK:  Objection to the form.

15     A.  Yes.  I believe so.

16     Q.  Where?

17     A.  In the section where I, well, in general terms in

18  the section that I just talked to you about; but then

19  when we go onto the, my description of (inaudible) at

20  individual end points, from Page 27 and onwards, that

21  whole section 8.

22     Q.  On Page 27 of your report, you write, I have

23  cited the most relevant studies.  Do you see that?

24     A.  I see that.

Page 89

1     Q.  How did you decide what the most relevant studies

2     are?

3     A.  This is a matter of the weight of the study

4     because I -- no matter what the conclusion was, whether

5     it contributed to weighty evidence to the basis of, I

6     mean, the scientific base for making an evaluation of

7     the evidence.

8     Q.  When you say weighty, that as you apply it, in

9     terms of your report, is a qualitative rather than a

10    quantitative assessment; is that correct?

11    A.  It is not quantitative, because as I said I am

12    not assigning a number to it but it is a relative

13    weight.

14    Q.  What types of evidence did you weigh in reaching

15    your opinion?

16    A.  I mainly relied on epidemiology, but I did take

17    toxicology studies into regard without reviewing them in

18    great detail and in particular I relied on the opinions

19    summarized by regulatory agencies.

20    Q.  What differing weights did you apply to

21    epidemiological studies as opposed to toxicological

22    studies?

23    A.  Because exactly what we talked about before.

24    Namely, that could be species differences.  I weighed

Page 90

1    the epidemiology evidence primarily and used the

2    toxicology information in regard to biological

3    plausibility.

4        Q.   Did you evaluate each piece of evidence on its

5    own to determine the weight to assign it?

6        A.   I did.

7        Q.   Was every piece of evidence that you weighed of

8    the same quality?

9        A.   No.

10       Q.   Did the studies you considered vary in quality?

11       A.   Yes.

12       Q.   Did they vary in their limitations?

13       A.   They did.

14       Q.   Is it fair to say that a study's statistical

15   method is important for determining the internal and

16   external validity of that study's findings?

17       A.   That is part of it.

18       Q.   Did every study that you weighed use the same

19   statistical method?

20            MR. WHITLOCK:   Objection to form.

21       A.   I mean, you have to use different statistical

22   methods, but, of course, it is all a matter of

23   probability testing, and you could say that is the same

24   methodology but certainly there are specific methods

Page 91

1    that vary from study to study.

2       Q.  Did you evaluate the statistical method used by

3    each study before including it in your analysis?

4       A.  I did.

5       Q.  What was your method for weighting studies

6    according to the statistical method that they used?

7       A.  I don't understand the question.

8       Q.  If you applied different weights to each study,

9    according to the statistical methods, how did you

10   determine what weight to apply?

11      A.  It was not the only aspect.  Clearly, if a faulty

12   statistical method was used for the case, I would take

13   that into consideration; but your question is so general

14   it is hard to answer it.

15      Q.  Do you agree -- strike that.

16              Is it your position that in order to be

17   convinced there is an actual hazard, one needs to have

18   statistical significance?

19      A.  In most cases I would agree.  I would also

20   emphasize that even if something is slightly different

21   from traditional statistical significance, we still need

22   to consider it as part of the database.

23      Q.  Did you evaluate the statistical significance of

24   each study before including it in your analysis?

```
                                                    Page 92
 1      A.  What do you mean evaluate the statistical

 2   significance, do you mean the methodology or the methods

 3   in general, what do you mean?

 4      Q.  I mean the findings.  Whether the findings were

 5   statistically significant.

 6      A.  It is part of my evaluation as I said before.

 7             MR. WHITLOCK:  Objection.  Asked and

 8   answered.

 9      Q.  If a study reported no significant association

10   between PFOA exposure and an endpoint while another

11   study reported a significant association, would you

12   weight both studies equally?

13      A.  No.

14      Q.  Why not?

15      A.  If there is more to take into account, for

16   example, the size of the study so you can't put that --

17   that is a misleading question.  I am sorry.

18      Q.  What was your method for weighing

19   studies according to whether they reported statistically

20   significant associations?

21      A.  It is part of the weight.  As I said to you

22   before, this is qualitative.  It is on a relative scale.

23   So it is part of the evaluation.

24      Q.  Relative risk is one measure of the strength for
```

Page 93

1   a statistical association; correct?

2       A.  Run that by me again.

3       Q.  Relative risk is one measure of the strength for

4   a statistical association; true?

5       A.  I would not say it that way, because clearly you

6   can have statistical significance with a small relative

7   risk if the study is large; but you may have a large

8   relative risk that is not significant if the study is

9   small.

10      Q.  Did you evaluate the relative risk or other

11  measures of statistical strength when assigning weight

12  to the evidence that you considered?

13              MR. WHITLOCK:  Objection to the form.

14      A.  Again, you are trying to put me down on the size

15  of a relative risk.  That is part of it.  It is

16  statistical significance or rather the P value and it is

17  a magnitude of the relative risk.  It all is part of

18  that evaluation.

19      Q.  How did you decide how much weight to assign?

20      A.  I think we have been through that because it has

21  to do with the methodology used, the time span covered,

22  the size of the population, the methods used.  Also, the

23  methods for ascertaining the outcome.  So it is a whole

24  range of parameters.  You cannot put the question down

Page 94

1   to that simple matter.

2       Q.  As I understand it, you took a look at those

3   factors and perhaps others and then sort of considered

4   them, and I am not saying this pejoratively, but

5   cogitated on them for a while and then came up with a

6   qualitative assessment of how much weight to apply?

7       A.  I would not express it that way.  I think you

8   understand it.  I would say I agree.

9       Q.  Did you consider evidence that reported findings

10  that were inconsistent with your opinion?

11      A.  I did.

12      Q.  How did you weight those studies?

13      A.  The same way all studies were weighted the same

14  way.

15      Q.  But they did not receive equal weight?

16      A.  No.

17      Q.  What factors did you decide to apply greater

18  weight to one study than another study when those

19  studies had findings that were inconsistent with your

20  opinions?

21              MR. WHITLOCK:  Objection.  Asked and

22  answered.

23      A.  Let me just say.  When we talk about opinion

24  here, it is not a matter of personal opinion, but it's

1    an opinion, a conclusion as expressed in this report.

2    So it is a conclusion rather than, so the word opinion

3    is not misunderstood.  Obviously, one would weigh those

4    studies equally no matter what the conclusions by the

5    authors, but I consider that in light of whatever else

6    is available in that field, the knowledge, the evidence

7    is available and then I would weigh the different

8    contributions and then emphasize those that were the

9    strongest.

10       Q.  Again, I don't mean this to be pejorative, but

11   the only way to, for somebody to audit independently how

12   you weighed the evidence would be to get inside your

13   head, true?

14       A.  That is not true, because the way that I have

15   evaluated the evidence here is very similar to like we

16   talked about before, what IARC has done, WHO, EFSA, EPA

17   ATSDR, so, I am very similar in my opinion.  So you

18   could say the audit is what groups of colleagues have

19   decided when working, and I have worked with those

20   agencies myself in the past, so it is a matter of, you

21   could say, consensus.

22       Q.  On Page 14 of your report, in the middle of the

23   paragraph below Table 1, you write that it is always

24   possible for someone critical of the weight of the

1    evidence to raise some type of doubt seeking to require

2    additional or improved data before a conclusion can be

3    drawn.  Do you see that?

4        A.  Yes.

5        Q.  Isn't it also possible for someone to use weight

6    of the evidence to over endorse an opinion?

7        A.  Theoretically, yes.

8        Q.  On Page 22 of your report, you write, that Doctor

9    Guzelian refers to the criteria for use of scientific

10   data in evidence based medicine as applied in regard to

11   proof of therapeutic effects of drugs for beneficial

12   human use and that his mistake is to apply the same

13   criteria in evidence based toxicology regarding proof of

14   harmful effects.  Do you see that?

15       A.  Yes.

16       Q.  Why in your opinion is that a mistake?

17       A.  Because the evidence will never be the same.  It

18   would not have the same strength.  With drugs, you can

19   conduct clinical control trials, which is the highest

20   level of evidence that we can achieve, and we cannot get

21   that level of evidence from looking at a toxic substance

22   like PFOA simply because it is, like we talked about

23   before, it is both unethical and illegal to those people

24   with PFOA, as a known toxic substance.  While we can do

Page 97

1  that in regard to drugs where we believe there is a

2  beneficial outcome that may be achieved by using that

3  particular drug.  That is certainly not the case for

4  PFOA.

5      Q.  Isn't if the method by which one assesses the

6  results of randomized clinical trials, and assesses the

7  results of observational epidemiological studies,

8  essentially the same?

9      A.  They are not the same, because in the clinical

10  control trial, you have a well defined population.  You

11  may even have controls, and blinded controls and you

12  know exactly what the dose is, because you are

13  dispensing it yourself.  In regard to environmental

14  toxicants, like PFOA, the dosage is something that can

15  be observed afterwards.  And that means that we are less

16  certain what the exact dosage was to those subjects.

17  That very population we talked about before.

18      Q.  In your opinion, should the standard for

19  scientific proof of causation be lower to achieve the

20  goal of preventing exposure to chemical substance?

21      A.  My opinion is that we have to achieve the highest

22  level of proof possible.  That is my opinion.

23      Q.  The highest level of proof possible for what?

24      A.  For observational studies, in this case with

1   PFOA, and then we have to judge that prudently in order

2   to reach a respectable decision on what would we allow

3   our fellow beings to be exposed to.

4       Q.  When you say we have to judge that prudently,

5   what do you mean by prudently?

6       A.  Well, exactly what I said.  That you will always

7   be able to raise doubt if you want.  Some people do that

8   because they may have a vested interest.  You still have

9   to reach a decision, I mean, at least that is what the

10  regulatory agencies have, but can be, and they use the

11  word tolerated.  Not accepted, but tolerated.

12      Q.  Are you done with your answer?

13      A.  I thought so.

14      Q.  I want to be sure.  I don't want to speak over

15  you.

16          In your opinion, is it appropriate to lower

17  the standard of scientific proof of causation when

18  exposure to a chemical has already occurred and the only

19  question is what effects if any will result from that

20  exposure?

21          MR. WHITLOCK:  Objection to the form.

22      A.  I think it is a very general question that is

23  hard to understand.  It depends on the circumstances.

24      Q.  How about in the circumstances of this case?

Page 99

1     A.   Can you the rephrase the question?

2     Q.   In your opinion, is it appropriate to lower the

3  standard of scientific proof of causation when exposure

4  to a chemical has already occurred and the only question

5  is what affects, if any, will result from that exposure?

6     A.   I think it is a very theoretical question.  I

7  don't think that has ever happened.  Not in my mind.

8               MR. WOLFF:  Let's go off the record.

9               THE VIDEOGRAPHER:  The time is 11:42.  Off

10  the record.

11               (Whereupon a break was taken)

12               THE VIDEOGRAPHER:  We are back on the

13  record.  The time is 11:53.

14     Q.   The plaintiffs in this case limit their

15  allegations to exposure to PFOA; is that correct?

16     A.   That is what I understand.

17     Q.   Your report's discussion of the epidemiological

18  and toxicological evidence concerning exposure to

19  perfluproalkyl substances was not limited to PFOA, was

20  it?

21     A.   It is focused on PFOA.  I take into account

22  relevant evidence on the related substances.

23     Q.   For example, your report also refers to PFOS,

24  PFHXS and PFNA; is that correct?

Page 100

1      A.   Correct.

2      Q.   Do you agree the biological response to chemical

3   substances may be different even though the two

4   chemicals are part of the same chemical class?

5      A.   It could be.

6      Q.   Do you know if that is the situation with respect

7   to the perfluoralkyl substances?

8      A.   This is not known in detail yet.  The state of

9   Vermont has decided to look at the total concentration

10   of PFOA and the related substance in regard to the water

11   limit.

12      Q.   Regardless of what the state of Vermont has done

13   as a matter of regulatory public health policy, as a

14   matter of scientific evidence are the biological

15   responses to PFOA identical to those for PFOS, PFHX,

16   HSXS, and PFNA?

17      A.   In some respects, they appear to be.

18      Q.   Are they in all respects?

19      A.   I don't think so; but it is a judgment call

20   because we don't have all of that comparative evidence

21   to be able to draw conclusions.

22      Q.   And in fact on Page 13 of your report, you write

23   that in studies of exposed communities, exposures are

24   usually mixed and it may be difficult to distinguish

1    between effects attributable to particular PFASs; is

2    that correct?

3        A.   That's correct.

4        Q.   Do you assign different weights to studies that

5    reported associations involving PFAS substances other

6    than PFOA?

7        A.   I believe just about all of them look at both

8    PFOA, PFOS, and some of these studies also looked at

9    others, but those are the two major PFASES.

10       Q.   Among other ailments, people have been

11   experiencing kidney cancer, testicular cancer, bladder

12   cancer, prostate cancer, steatohepatitis, ulcerative

13   colitis, osteoarthritis, gout, pregnancy induced

14   hypertension and asthma for hundreds of years and long

15   before PFOA was ever synthesized; isn't that correct?

16       A.   You are talking about the occurrence.  You are

17   not talking about the risk.  So this is correct.

18       Q.   On Page 14 of your report in the second

19   paragraph, you write in the present report, while

20   considering the extent of possible biases, my

21   conclusions are stated in terms of assessing elevated

22   exposure to PFOA results in increased risk of injury or

23   illnesses.  In many instances, the existing evidence of

24   hazard is much stronger than that, but I understand this

```
                                        Page 102
```

1   to be applicable legal standard; is that correct?

2       A.   That is what it says here.

3       Q.   You are not a lawyer, are you?

4       A.   No.

5       Q.   What is your understanding of the applicable

6   legal standard?

7              MR. WHITLOCK:   Objection.   Calls for a legal

8   conclusion.   You may answer.

9       A.   Again, my civil servant understanding is that it

10  is more likely than not that PFOA is associated with the

11  particular outcomes of interest.

12      Q.   What is your understanding of what the applicable

13  legal standard is based on?

14      A.   It is not really relevant here, because, I am,

15  what I am doing is to assess the weight of the evidence

16  based on the information that is available, and then it

17  is up to the court to figure out whether, whatever the

18  legal standard is, whether what I concluded here is

19  appropriate.

20      Q.   Do you know if there is a difference between the

21  legal standard for regulatory rulemaking and the

22  imposition of liability in tort?

23      A.   I would believe there would be.

24      Q.   Do you subscribe to the principle that generally

1  researchers should be conservative when it comes to

2  assessing causal relationships?

3      A.  I believe that researchers should be honest and

4  apply the weight of the evidence to reach reliable and

5  prudent conclusions.

6      Q.  Is it fair to say that in assessing causation,

7  researchers first look for alternative explanations for

8  the association, such as chance, bias or confounding?

9      A.  By confounding in my view is part of the bias.

10  So, yes.  That is part of the assessment of the weight

11  of evidence.

12      Q.  In Doctor Ducatman's report, he states that no

13  one has been declared to have a PFOA associated

14  condition by any formal body.  Do you agree with that

15  statement?

16      A.  You are talking about an individual.  That is

17  correct, because risk is something that operates on

18  populations.  It is a probability.

19      Q.  Would you describe the quality of epidemiological

20  evidence between cigarette smoking and lung cancer to be

21  irrefutable?

22      A.  I would say so.

23      Q.  Based on the published data, what is the relative

24  risk between cigarette smoking and lung cancer?

1      A.  I don't know.  I don't remember that by heart.

2      Q.  How would you describe the quality of

3  epidemiological evidence between asbestos exposure and

4  mesothelioma?

5      A.  I would say that it is much stronger.

6      Q.  Based upon the published data, what is the

7  relative risk between asbestos exposure and

8  mesothelioma?

9      A.  How was that different from the question before?

10     Q.  One was asking you to assess the quality and the

11  other is for a relative risk.

12     A.  A relative risk.  So an elevated relative risk,

13  are you asking me --

14     Q.  Let me ask you again.

15          Based upon the published data, what is the

16  relative risk between asbestos and mesothelioma?

17     A.  It is highly elevated and highly significant, but

18  I don't remember the exact magnitude.

19     Q.  When you say highly elevated, can you give me a

20  number and a range, a ballpark range that you're

21  thinking of?

22     A.  No.  Not by heart.

23     Q.  Can you compare and contrast the quality of the

24  epidemiological evidence between cigarette smoking and

1   lung cancer with the body of data on PFOA exposure and

2   kidney cancer?

3       A.   Which way do you want me to do that?

4       Q.   In any way you feel comfortable.

5       A.   Well, with regard to kidney cancer, we have to

6   say that there are much fewer studies.  Therefore, the

7   weight of the evidence is less than it is in regard to

8   tobacco smoking and lung cancer.

9       Q.   Compare and contrast the quality of the

10  epidemiological evidence between cigarette smoking and

11  lung cancer with the body of data on PFOA exposure and

12  testicular cancer?

13      A.   My answer is the same.  There are much fewer

14  studies.  Therefore, the evidence is less solid.

15      Q.   Compare and contrast the quality of the

16  epidemiological evidence between cigarette smoking and

17  lung cancer with the body of data on PFOA exposure and

18  prostate cancer?

19      A.   I would say that the quality of the studies are

20  generally not different.  It is just a number of studies

21  that have been conducted.

22      Q.   Compare and contrast the quality of the

23  epidemiological evidence between cigarette smoking and

24  lung cancer with the body of data on PFOA exposure and

Page 106

1    steatohepatitis?

2        A.  My answer is the same.

3        Q.  Compare and contrast the quality of

4    epidemiological evidence between cigarette smoking and

5    lung cancer with the body of data on PFOA exposure and

6    osteoarthritis?

7        A.  My answer is the same.  Much less evidence on

8    that.

9        Q.  Throughout your report, you refer to the C8

10   Health Project; is that correct?

11       A.  That's correct.

12       Q.  On Page 18 of your report in the third full

13   paragraph, you state that these data and the conclusions

14   released by the science panel constitute an important

15   basis for the present report.  Based on the results from

16   these studies and an evaluation of the literature, the

17   science panel delivered on, quote, probable links, close

18   quote as summarized in the file report from 2012.  True?

19       A.  Correct.

20       Q.  At the top of Page 18 of your report, you note

21   that as a result of a settlement with Dupont, the

22   settlement agreement created a science panel of three

23   epidemiologists that was to conduct research in the

24   community to evaluate probable links between PFOA

1    exposure and human disease; is that correct?

2        A.   That's correct.

3        Q.   Are you aware that by a negotiated agreed upon

4    settlement, Dupont has been funding a C8 Health Project

5    and a medical monitoring program?

6        A.   I don't remember the details; but I think this is

7    correct.

8        Q.   On Page 18 of your report in the third paragraph,

9    you state that based on the results from these studies

10   and an evaluation of the literature, the science panel

11   delivered reports on, quote, probable links, close

12   quote, as summarized in the report from 2012, correct?

13       A.   This is what you read before.   That's correct.

14       Q.   Why did you put the phrase probable links in

15   quotation marks?

16       A.   Because that was a wording that was chosen

17   between the experts and the court as far as I remember.

18   Therefore, it had a specific meaning in this connection.

19       Q.   Do you know what that specific meaning was?

20       A.   I don't remember it, but it was something that,

21   the meaning was in order to satisfy both the court and

22   the scientists.

23       Q.   In order to satisfy the scientists in connection

24   with the way that they would normally go about assessing

1   causal relationships or something else?

2       A.  I think that they assess the causal relationships

3   and the weight of the evidence the same way they would

4   have done otherwise, but the court clarified somehow to

5   them that they should not try to aim for some more or

6   less perfect proof, but that a probable link meaning

7   that there was a clearly greater risk associated with

8   particular outcomes at elevated exposures to these

9   substances.  That's my understanding.

10      Q.  Is it the same standards that the epidemiologists

11  would apply in their academic work?

12      A.  It may depend.  I can't vouch for all

13  epidemiologists but I can say that in general I would

14  think that we would aim for stronger evidence of causal

15  relationships and just a probable link.

16      Q.  In which scenario, in which context?

17      A.  In the scientific context.  We try to achieve the

18  best evidence possible.

19      Q.  Did you put the phrase probable links in

20  quotation marks because it is not a generally accepted

21  standard in epidemiology or clinical medicine?

22          MR. WHITLOCK:  Objection to the form.

23      A.  I don't have any knowledge of that, but the

24  reason that I did it was simply to indicate that it had

1   a specific meaning.  And if I had not put it in

2   quotation marks, people would say, oh, that's just

3   probable links and whatever popular understanding.  To

4   indicate that this was a wording that had been agreed

5   upon with the court.

6       Q.  So you are aware that a so called probable link

7   is an agreed to legal standard and not a scientific

8   standard between PFOA exposure and certain health

9   conditions?

10      A.  I think it is both.  It was something that was

11  agreed with the three scientists; but of course I was

12  not part of that discussion.  So I cannot be sure.

13      Q.  Were you aware that during its review, the C8

14  Science Panel was repeatedly reminded by the plaintiffs'

15  counsel not to imply typical scientific standards or

16  methods used to determine causation but rather something

17  quite different?

18      A.  I have no insight into this.

19              MR. WOLFF:  Mark this as Exhibit Number 5.

20              (Letter dated January 22, 2010 was marked as

21  Exhibit Number 5 for identification)

22      Q.  Exhibit Number 5 is a January 22, 2010 letter

23  from the plaintiffs' counsel in the Dupont litigation,

24  Robert Hillot to the C8 Science Panel.  Have you

Page 110

1    previously seen this letter?

2        A.  I don't think so.

3        Q.  Please turn with me to Page 5.  That is the last

4    page.  The last paragraph.  Were you aware that the

5    plaintiffs' counsel admonished the panel over the

6    distinction between the probable link standard and the

7    inapplicable causation standard that the panel may be

8    more familiar with from its prior academic and

9    scientific work?

10       A.  I can see that.

11       Q.  Were you aware that the plaintiffs' counsel told

12   the science panel to keep that distinction in mind?

13       A.  No.  That is not relevant to my opinion.

14       Q.  Please, turn with me to Page 3 in the first full

15   paragraph.  Were you aware that the plaintiffs' counsel

16   emphasized to the C8 Science Panel that the distinction

17   between the causation standard and the more lenient,

18   quote, probable link, close quote, standard of proof is

19   of utmost importance in that it is a fundamental

20   distinction in the level and quantity of evidence

21   necessary to make the determination at issue.  Were you

22   aware of that?

23       A.  No.  I can understand what it says here.  I think

24   my understanding that we discussed before is correct.

1    Q.   Please turn with me to Page 4 at the bottom.

2    Were you aware that the C8 Science Panel was instructed

3    by the plaintiffs' counsel that if there just enough

4    evidence to tip the scales towards a finding of any link

5    between PFOA exposure and any human disease even in the

6    slightest degree, then the probable link standard has

7    been met.  Were you aware of that?

8    A.   No.  Again, it is not relevant to my opinion.

9    Q.   Why do you say it is not relevant to your

10   opinion?

11   A.   Because we are now in 2018.  Most of the evidence

12   that was collected by the three scientists has been

13   published in peer review journals.

14             MR. WOLFF:  Mark this as Exhibit Number 6.

15             (Letter dated August 2, 2015 was marked as

16   Exhibit Number 6 for identification)

17   Q.   Exhibit Number 6 is an August 2, 2005 letter from

18   the plaintiffs' counsel in the Dupont C8 litigation.

19   Larry Winter, to the C8 Science Panel.  Have you

20   previously seen this letter?

21   A.   I don't believe so.

22   Q.   Please turn with me to Page 3.  The last

23   paragraph.  Were you aware that at least as early as

24   August of 2005, the plaintiffs' counsel told the C8

1   Science Panel members that we recognize that the

2   imposition of a legal standard on scientific analysis

3   presents various problems and we appreciate that the

4   science panel is accustomed to employing proof

5   requirements that are no doubt more stringent than those

6   that govern and control your work here.  You have each

7   confirmed that you can follow the unique, quote,

8   probable link, close quote, standard required in this

9   matter regardless of how inconsistent that standard may

10  be with traditional causation analysis.  Were you aware

11  that the science panel was told that?

12      A.  I think the general understanding that I

13  described before remains correct.  I was not aware of

14  this particular wording, but I don't think this changes

15  anything in what I just said before.

16      Q.  Were you aware that two members of the C8 science

17  panel subsequently testified under oath in 2011 that

18  their, quote, probable link, close quote, reports are

19  not susceptible to scientific peer review and would not

20  be submitted for publication and peer reviewed

21  scientific journals?

22              MR. WHITLOCK:  Objection to form.  Lack of

23  foundation.

24      A.  Well, this contrasts to my understanding, is that

1    most of what this evidence is about in regards to this

2    C8 panel has actually been submitted to peer review

3    journals and published.  This is what I am relying on.

4    I am not simply relying on the probable links reports.

5        Q.  Isn't it fair to say the so called probable link

6    findings do not establish causation between PFOA

7    exposure and any adverse health effects in humans?

8        A.  Again, what you are asking me is to repeat myself

9    that I have the understanding of what the probable links

10   are all about, and that it is something that has been

11   negotiated with the court.  So I was not part of that.

12   So I have not taken that into consideration.  Nor have I

13   considered these letters.

14       Q.  We are done with those letters.

15            Do you agree that attributing causation to a

16   particular chemical exposure in a specific instance is a

17   challenge when there has been exposure to multiple

18   chemicals?

19       A.  It is always a challenge.

20       Q.  In the real world, everyone is exposed to many

21   chemicals on any given day; is that correct?

22       A.  Yes, but you have to consider the order of

23   magnitude of those exposures.

24       Q.  Those exposures can be multiplied over a

Page 114

1   lifetime?

2      A.  I would not use the word multiply, but the number

3   would be of course larger.

4      Q.  What word would you use?

5      A.  I would just say the number would be greater.

6      Q.  Is it fair to say though some groups of people

7   are exposed to different combinations of chemicals in

8   different doses?

9      A.  That's true.

10     Q.  In your report, you cite several of your own

11  research articles reporting associations between PFAS

12  exposure and reduced antibody concentrations, increased

13  body mass, asthma, and shortened duration of breast

14  feeding based on studies in the Faroe Islands?

15     A.  Yes.

16     Q.  The Faroe Islands are a remote archipelago in the

17  North Atlantic, correct?

18     A.  Some people might say they are remote.  They are

19  in between Norway and Iceland.

20     Q.  The Faroese diet is traditionally high in whale

21  meat and whale blubber?

22     A.  I would say it used to be.

23     Q.  As of when?

24     A.  There have been advisories issued by the

```
                                         Page 115
 1    government or the medical director of the Faroe Islands

 2    to limit the populations use of whale meat and whale

 3    blubber.  I think the first one was issued, I try to

 4    recall, 1998.

 5        Q.  Not withstanding those advisories, the Faroese

 6    diet continues to be characterized by the consumption of

 7    whale meat and whale blubber among other things?

 8        A.  That is not correct.  It is a population that's

 9    characterized by marine food.  When I say marine, it is

10    primarily fish.  That is species of fish also eaten in

11    the US, and shellfish, and comparatively speaking, the

12    average daily intake at the peak was something like

13    fourteen grams of whale meat per day for adults.  So I

14    can't say this was a major contribution to the diet.

15        Q.  The marine based diet of the Faroese population

16    exposes them to a number of environmental chemicals; is

17    that correct?

18        A.  Yes.

19        Q.  Those chemicals exposures include methylmercury?

20        A.  Methylmercury occurs in the meat of whales just

21    like in tuna and other similar species eaten in the

22    United States.

23        Q.  The chemical exposures of the marine based diet

24    include PCBs, is that correct?
```

Page 116

1        A.   Yes.  PCBs occur in the blubber.

2        Q.   The marine based diet confers exposures to DDT;

3    is that correct?

4        A.   DDT often occurs along with PCBs in marine food.

5        Q.   The marine based diet confers exposures to DDE,

6    correct?

7        A.   DDE is a metabolic of DDT.

8        Q.   And the marine based diet confers exposures to

9    trans-nonachlor; is that correct?

10       A.   I don't believe so.  And, yes, it is a very small

11   contribution.

12                  MR. WOLFF:  Mark this as Exhibit Number 7.

13                  (Chapter on Human Health in the Faroe

14   Islands was marked as Exhibit Number 7 for

15   identification)

16       Q.   Exhibit Number 7 is a chapter on human health in

17   the Faroe Islands from a national report available from

18   the ministry of environment and food of Denmark.  Have

19   you seen this publication before?

20       A.   I'm sorry.  I can't remember.  I must have seen

21   it.

22       Q.   Help me with the pronunciation, the first named

23   authority?  Doctor Weihe, the lead author of this chapter

24   is someone that you have frequently collaborated with in

1   your studies of the Faroese; is that correct?

2      A.   That's correct.

3      Q.   On Page 177, in the last paragraph, the

4   investigators write that the amount of whale meat

5   consumed during pregnancy is the best predictor for

6   maternal methylmercury exposure; is that correct?

7      A.   Yes.

8      Q.   And continuing, they write that any form of

9   blubber, dried or fresh, seems to be the major source

10  not only for PCB but also for DDT, DDE, and

11  trans-nonachlor.

12     A.   All right.

13     Q.   Those last three chemicals had applications as

14  pesticides; is that correct?

15     A.   DDT did.   DDE is a metabolite so it wasn't used

16  by itself.   But it's a metabolic tran-nonachlor was used

17  as I understand.

18     Q.   As a pesticide?

19     A.   Yes.   It is all history.

20     Q.   The report also states that the Faroese exposure

21  to these chemicals is also associated with the

22  consumption of fulmar, a diet of sea mammals, fatty fish

23  and perhaps eggs from seabirds and Puffin; is that

24  correct?

 1      A.  That's what it says.

 2      Q.  Whale meat and blubber, seabirds and their eggs

 3   and Puffin are not typical components of the average

 4   diet in Vermont or New Hampshire, are they?

 5      A.  I think this is -- your statement is correct.

 6   This is a different diet.

 7               MR. WOLFF:  Mark this as Exhibit Number 8.

 8               (Study was marked as Exhibit Number 8 for

 9   identification)

10      Q.  Exhibit Number 8 is a study entitled Cohort

11   Studies of Faroese Children Concerning Potential Adverse

12   Health effects after mother's exposure to marine

13   contaminants during pregnancy; is that correct?

14      A.  Correct.

15      Q.  And the only two co-authors on this study are

16   Doctor Weihe and you; is that correct?

17      A.  That's correct.

18      Q.  On Page 4 in the first bolded heading, you wrote

19   the -- strike that.

20               On Page 4, the first bold heading you quote

21   the contaminants of the blubber adversely affect the

22   immune system so that the children react more poorly to

23   immunizations; is that correct?

24      A.  That's correct.

1          MR. WOLFF:  Mark this as Exhibit Number 9.

2          (Paper was marked as Exhibit Number 9 for

3     identification)

4     Q.  Exhibit Number 9 is a paper on which you are a

5     co-author.  First author is Kileman from 2010.  Serum

6     concentrations of antibodies against vaccine toxoids in

7     children; is that correct?

8     A.  That's correct.

9     Q.  On Page 1434, the bottom of the middle column,

10    you wrote that the Faroe Islands provide a unique

11    opportunity to study PCB immunotoxicity given the PCP

12    contamination of pilot whale blubber, a traditional food

13    item favored by many Faroese, correct?

14    A.  But not all.

15    Q.  That's what you wrote?

16    A.  Yes.

17          MR. WHITLOCK:  But not all.

18    A.  But not all.

19    Q.  You concluded that developmental PCB exposure is

20    associated with immunotoxic effect on serum

21    concentrations of specific antibodies against diptheria

22    and tetanus vaccinations.  The immune system

23    development during the first years of life appears to be

24    particularly vulnerable to this exposure.  That's what

```
                                               Page 120
1    you wrote; is that correct?

2        A.   That's correct.

3        Q.   And that is essentially the same hypothesis that

4    you are advancing in this case except that here it

5    concerns PFOA; is that correct?

6        A.   I need to explain this, because when we wrote

7    this paper, we had not yet measured the PFAS

8    concentrations.  So this is based alone on PCBs and we

9    have not taken into regard the potential confounding

10   from PFOA.

11       Q.   On Page 29 of your report, Paragraph C, you

12   describe reported findings from a Faroese birth cohort

13   for concentrations of antibodies against antibodies and

14   diptheria.

15       A.   Point me to it?

16       Q.   Paragraph C.

17       A.   Okay.  Can you repeat for me the question.

18       Q.   Well, you described a study that reported

19   findings from a Faroese birth cohort for concentrations

20   of antibodies against tetanus and diptheria.  Do you see

21   that?

22       A.   Yes.

23       Q.   You don't provide a reference or end note for

24   that study, do you?
```

                                        Page 121

1       A.  It may not have, well, it is elsewhere in the

2    report.  It may not have been published at the time but

3    it has been recently published.  Before August 1, it was

4    published.

5                MR. WOLFF:  Mark this as Exhibit Number 10.

6                (Study was marked as Exhibit Number 10 for

7    identification)

8       Q.  Exhibit Number 10, is this the study that you are

9    referring to?

10      A.  Yes.  That is the one.

11      Q.  Good.  In your report at Page 29, you write that

12   the association support the notion that the developing

13   adaptive immune system is particularly vulnerable to

14   immunotoxic exposures to for example PFOA during

15   infancy?

16      A.  Yes.

17      Q.  If you substitute PCBs for PFOAs as the example,

18   and the notion that developmental exposure to PCBs can

19   reduce vaccine responses in children, is essentially the

20   same hypothesis that you are advancing with respect to

21   PFOA here?

22      A.  That's fine.  There is no problem in having one

23   compound having the same or overlapping outcomes as

24   another one.  So I don't see a problem.

Page 122

1     Q.  The Faroese marine diet is the source of the

2  exposure to these chemicals; is that correct?

3               MR. WHITLOCK:  Objection to the form.

4  Vague.

5     A.  With PFOA, if I may focus on PFOA the association

6  with marine diet is not so strong.  It probably comes

7  from other consumer products and for example food

8  wrapping materials because it does not occur in drinking

9  water.

10    Q.  So if there is no PFOA in the drinking water in

11  the Faroe Islands, and the marine based diet is not the

12  source of the PFOA exposure, how are the Faroese being

13  exposed to PFOA?

14    A.  Right.  They expose exactly the same way as

15  American, and Danes, and other Europeans in that PFOA is

16  used for multiple purposes in society and the

17  concentrations that the Faroese have are similar to what

18  Americans have.

19    Q.  In your 2010 study, you reported that decreased

20  serum concentration of antibodies were attributable to

21  PCB exposure, correct?

22    A.  I need to make sure that you are talking about

23  Exhibit Number 9.

24    Q.  I am.

1    A.  Okay.  So I stand by that.  I also said we did

2   not measure PFAS at this time.  When we found out that

3   PFAS had the same affect and was much stronger, then we

4   adjusted the PFAS association, that is, PFOA and the

5   related compounds for PCB exposure.  That is what is in

6   my 2012 article in JAMA.

7    Q.  In your 2010 study, Exhibit Number 9, on Page

8   1438 in the middle column, you wrote, the Faroese

9   population is also exposed to contaminants other than

10  PCBs such as PPDDE, hexachlorobenzene and beta

11  hexachlorocyclohexane, because they correlate with PCB,

12  this study could not assess whether they played any

13  independent role; is that what you wrote?

14   A.  That's correct.

15   Q.  Exposure to PCB, mercury, and other chemicals is

16  a potential covariate and confounder of any reported

17  association between PFOA and a health-related endpoint

18  in your study on the Faroese; is that correct?

19   A.  Where do you have that wording from?

20   Q.  I am asking a question.

21   A.  This is your wording?

22   Q.  Yes.

23   A.  Let me then say that PCB would be a confounder

24  based on the degree of association with PFOA, because if

Page 124

1  there is no association, you will not have any

2  conformity.

3      Q.  Did all of your studies on PFAS exposure on the

4  Faroese control for exposure to multiple PCB congeners?

5      A.  I think we narrowed this down to total PCB.  We

6  did the calculations, also, for individual major

7  congeners and the findings were the system.

8      Q.  So it was not across the board?

9      A.  You can't, because some of them are not

10  detectable.  So you just have zero exposure.  And these

11  statistics are not very reliable.  If there is something

12  that you cannot measure.

13      Q.  Did all of your studies of PFAS exposure of the

14  Faroese control for exposure to mercury, DDT, DTE, and

15  hexochlorobenzene?

16      A.  Not necessarily.  Yes to mercury.  We looked at

17  it.  There is no reason to test for confounding if it is

18  not associated with PFOA exposure, and in this case,

19  mercury was not associated with the antibodies.  With

20  DDE, it is a little more difficult because it is so

21  closely associated with PCB, and if PCB is not a

22  confounder, then the conclusion is that then PDE is not

23  confounder.

24      Q.  Did any of your studies of PFAS exposure on the

                                                        Page 125

1    Faroese control for trans-nonachlor or

2    beta-hexachlorocyclohexane?

3        A.   It is not necessary to do so because we took into

4    account PCB as the major pollutant because the exposures

5    to those other substances that you are mentioning,

6    particularly trans-nonachlor is much, much lower and

7    highly questionable relevance.

8                 MR. WOLFF:  Off the record.

9                 THE VIDEOGRAPHER:  The time is 12:36.  Off

10   the record.

11                 (Whereupon a lunch break was taken)

12

13

14

15

16

17

18

19

20

21

22

23

24

                                                        Page 126

1                        AFTERNOON SESSION

2                        WITNESS RESUMED

3                 THE VIDEOGRAPHER:  Back on the record.  The

4        time is 1:29 p.m.

5            Q.  Mr. Whitlock, counsel for the plaintiffs

6        previously stipulated that the plaintiffs are not

7        proffering you as an expert in medical monitoring.  Do

8        you recall that?

9            A.  Right.

10           Q.  Do you agree with that assessment?

11           A.  Yes.  Because it is in accordance with my

12       introduction on Page 1.

13           Q.  Is that because you are an expert in epidemiology

14       and the substance and analysis in your report is

15       addressed to epidemiology as opposed to medical

16       monitoring?

17           A.  No.  It was just my understanding that what I

18       have done here is what was needed and I was asked to

19       challenge rebuttals from the three defense experts.

20           Q.  So rather than addressing a medical monitoring

21       program, your report speaks to epidemiological issues;

22       is that correct?

23           A.  And the need for medical monitoring.  It

24       certainly does but I did not delve into the details of

1   that.

2       Q.   Let's return to the Faroe Islands.

3       A.   Okay.

4       Q.   Can you point to epidemiological evidence that

5   PCB exposure is associated with an increase in the

6   number of cases of diptheria in children in the Faroe

7   Islands?

8       A.   I don't think diptheria has occurred in recent

9   years in the Faroes.

10      Q.   Can you point to epidemiological evidence that

11  PCB exposure is associated with an increase in the

12  number of cases of tetanus in children in the Faroe

13  Islands?

14      A.   Again, I am not aware of any cases of tetanus in

15  recent years in the Faroe Islands.

16      Q.   Can you point to epidemiological evidence that

17  PCB exposure is associated with an increase in mortality

18  from colds or fevers in children in the Faroe Islands?

19      A.   There may be such increase but I am not aware it

20  is associated with PCB exposure.

21      Q.   Now, I take it that since you not aware of any

22  increase in the number of cases of diptheria, you cannot

23  point to epidemiological evidence that PFOA exposure is

24  associated with an increase in the number of cases of

Page 128

1   diptheria in children; is that correct?

2       A.   That's correct.   If we are just looking at

3   diptheria.

4       Q.   Similarly, with respect to tetanus, you cannot

5   point that epidemiological evidence that PFOA exposure

6   was associated with an increase of number of cases of

7   tetanus in children, is that true?

8       A.   True.

9       Q.   Can you point to epidemiological evidence that

10  PFOA exposure is associated with an increase in

11  mortality from colds or fevers in children in the Faroe

12  Islands?

13      A.   There is no such evidence as it has not been

14  looked for.

15      Q.   Do you agree that antibody responses of normal

16  children to routine prophylactic vaccinations can vary

17  substantially?

18      A.   They can vary.   That's correct.

19      Q.   The reasons for this wide variation are poorly

20  understood; true?

21      A.   That is correct.   It is not greatly understood.

22      Q.   Do you agree that smoking during pregnancy can

23  have long term adverse health affects on a fetus?

24      A.   Do you mean beyond birth or do you mean during

Page 129

1    gestation?

2       Q.  Beyond birth.

3       A.  Beyond birth.  I agree, so, yes.

4       Q.  Would you agree that a person's genetic make up

5    plays a substantial role with regard to health and

6    longevity and mortality?

7               MR. WHITLOCK:  Objection to the form.

8    Vague.

9       A.  This is correct.  Genetic make up may even make a

10   subject more vulnerable to PFOA but we don't know the

11   detailed evidence yet.

12      Q.  The Faroe Islands are by definition insular; is

13   that correct?

14      A.  Yes.  The Faros are a number of islands in the

15   North Atlantic.

16      Q.  And the Faroese are a fairly homogenous

17   population; true?

18      A.  Yes.  This is what I have claimed at least.

19      Q.  In your opinion, these factors make the Faroese

20   an advantageous study population; is that correct?

21      A.  This is what I have written, yes.

22      Q.  Is it fair to say that you believe that this

23   makes the reported findings on developmental exposures

24   to be generalizable to other populations beyond the

```
                                               Page 130
 1    Faroe Islands?

 2        A.  I believe so.  Yes.

 3        Q.  The Faroese are a fairly genetically homogenous

 4    population; is that true?

 5        A.  That's what I understand.

 6        Q.  And an isolated and genetically homogeneous

 7    population can be particularly susceptible to higher

 8    rates of heritable disorders; is that correct?

 9        A.  Yes.  To some degree.

10        Q.  And the frequency of these heritable disorders in

11    the Faroe Islands is unlikely to be similar to that in

12    Vermont or New Hampshire; is that correct?

13        A.  Right.

14        Q.  And the Faroese are predisposed to primary

15    carnitine deficiency?

16        A.  Yes.  That has been discovered.

17        Q.  Carnitine is found in the acidity of fatty acids

18    and glucemic regulation; true?

19        A.  I am not sure how important it is in regards to

20    glucose metabolism, but certainly with regard to fatty

21    acid.

22        Q.  Do you agree when the body is unable to oxidize

23    fatty acids, that fats accumulate in the liver, skeletal

24    muscle and the heart?
```

1      A.  I would have to look it up.  I believe this is

2   correct.

3      Q.  Liver steatosis also has an affect on the liver's

4   failure to properly metabolize fats; is that true?

5      A.  I think so.

6      Q.  Did your studies of the Faroese control for the

7   incidents of carnitine deficiencies?

8      A.  Yes.  To the extent those cases were identified

9   we did not include them in the study.

10      Q.  Are you aware that researchers have reported that

11   the Faroese have the highest prevalence of glycogen

12   storage disease type 3A in the world?

13      A.  I don't remember.  It is likely true.

14      Q.  Isn't it true that beginning in infancy,

15   individuals with any type of glycogen storage disease

16   type 3 may have low blood sugar, excess amounts of fats

17   in the blood, and elevated blood levels of liver enzymes

18   and that as they get older, children with this condition

19   typically develop an enlarged liver?

20           MR. WHITLOCK:  Objection to the form.

21      A.  I think what you are saying is correct.  It is

22   not relevant to my studies.

23      Q.  Are you aware of any statement in the peer review

24   scientific and medical literature which reports PFOA is

1  a cause of kidney cancer?

2     A.  Not in the Faroes but in general?

3     Q.  In general.

4     A.  It is a cause, I think the wording that has been

5  used is risk factor.

6     Q.  And a risk factor is not synonymous with a cause,

7  is it?

8     A.  It depends on the circumstances.  Because in

9  scientific literature, we don't necessarily use the word

10  causation but use a risk factor as something that we

11  need to adjust for when we consider potential

12  confounding.

13     Q.  Is cigarette smoking a risk factor for cirrhosis

14  of the liver?

15     A.  I don't remember.  It may well be.

16     Q.  Does cigarette smoking cause cirrhosis of the

17  liver?

18     A.  Again, I can't give you an answer because it is

19  not something that I remember.

20     Q.  Isn't it true that people who tend to drink large

21  amounts of alcohol also tend to smoke cigarettes and for

22  that reason cigarette smoking is a risk factor for

23  cirrhosis?

24     A.  I would not use that wording.  I would say that

1   it is a potential confounder.

2       Q.  Are you aware of any statement in the peer

3   review, scientific and medical literature which reports

4   that purports PFOA is a cause of testicular cancer?

5       A.  Again, it may well be written somewhere in the

6   literature.  I do not remember it.  I would think the

7   wording used is a risk factor.

8       Q.  Are you aware of any statement in the peer review

9   scientific and medical literature which reports that

10  PFOA is a cause of steatohepatitis?

11      A.  Again, I don't remember.

12      Q.  Are you aware of any statement in the peer review

13  scientific and medical literature which reports that

14  PFOA is a cause of any particular disease in humans?

15      A.  Again, I can't answer you.  I don't remember.

16      Q.  You would agree that every individual has his or

17  her own background risk of developing the diseases that

18  you describe on Pages 27 through 62 of your report; is

19  that correct?

20      A.  Right.  We all have different background

21  depending on age, and sex, other factors.

22      Q.  Hereditary factors can contribute to an

23  individual's background risk; is that true?

24      A.  I agree.

1    Q.  And an individual's level of physical activity

2    can affect their background risk for some health

3    endpoints; is that correct?

4    A.  That's correct.

5    Q.  And eating habits affect and individual's

6    background risk as well, true?

7    A.  It depends on the outcome.  I would agree in

8    general for some outcomes, yes.

9    Q.  The individual's age at a given point in time is

10   also a factor when evaluating one's background risk; is

11   that true?

12   A.  I would agree.

13   Q.  Please assume with me that there are two

14   individuals.  Individual Number 1 is a forty-year old

15   male.  Never a smoker.  Individual Number 2 is a

16   forty-year old male, a pack a day cigarette smoker since

17   his teen years.  What would you estimate is the

18   approximate relative risk of non small cell lung cancer

19   of Individual Number 1 versus Individual Number 2?

20   A.  I can't give you that number.  I would have to

21   look it up.

22   Q.  Why can't you give that number?

23   A.  Well, because I don't remember it.  You can have

24   a small cell lung cancer if you are a non-smoker.  Those

1    cases occur.  It could perhaps be attributed to indirect

2    smoking.  It could be perhaps effected by occupational

3    exposure, could be effected by genetic susceptibility.

4    So that risk, who's non-smoker is not necessarily zero

5    or close to zero, but certainly everything else being

6    equal, the smoker would have a higher risk.

7        Q.  How would you know that?

8        A.  How would I know that?  I would rely on the

9    scientific literature and my judgment.

10       Q.  Are you referring to epidemiological studies or

11   something else?

12       A.  No.  This is based on epidemiology and I would

13   say the assessment of IARC.

14       Q.  Please assume that a 65 year old man is diagnosed

15   with non small cell lung cancer and that he has a forty

16   year pack cigarette smoking history.  Besides tobacco

17   smoking, what are the other possible causes of his lung

18   cancer?

19       A.  Again, I don't remember the details.  So I would

20   have to look it up.

21       Q.  Can you give me any possible other causes?

22       A.  Not at this point.  I have not looked at that

23   literature lately.

24       Q.  Would an unknown cause be a possible cause of his

1    lung cancer?

2        A.  Again, I have to make some assumptions.  So I

3    can't really give you a good answer today.

4        Q.  What would be the most probable cause of this

5    individual's lung cancer?

6        A.  The forty pack a year -- pack a day smoker.

7        Q.  So the sixty-five year old man, forty pack year

8    smoking history?

9        A.  Forty pack years?

10       Q.  Yes.  Not forty packs a day.

11       A.  Okay.  You are asking me to make assumptions.  I

12   would rather not answer the question.

13       Q.  Well, you understand that as an expert witness, I

14   can ask you to make assumptions?

15       A.  That is fair enough.  Let's stay with the topic

16   that is related to my expert report.

17       Q.  Please assume that a 65 year old man who has been

18   a metal worker for forty years develops COPD.  Please

19   further assume that OSHA and state agencies have

20   repeatedly cited his employer over the term of his

21   employment for violating occupational exposure standards

22   for mineral fumes, welding fumes, and sulfur dioxide,

23   what would you say are the possible causes of his COPD?

24       A.  Again, I have to reserve my judgment.  You are

1   giving me personal information and you are saying that

2   an agency has cited the employer, but I don't know what

3   the basis of that citation and I don't know what the

4   levels of exposure are and what, how they are compared

5   to regulatory guidelines.  So I can't answer that

6   question.

7       Q.  Other than the occupational exposure to the

8   substances mentioned, what are the other possible causes

9   of his COPD?

10              MR. WHITLOCK:  Objection.  Calls for

11  speculation.

12      A.  Yes.  Certainly smoking is a risk.  I am sure

13  that there is a genetic component as well.  I would like

14  to limit it to that because I have not prepared for

15  questions like this.

16      Q.  Is an unknown cause also a possible cause of the

17  COPD?

18      A.  Unknown causes are always possible until they

19  have been discovered because then they turn to be known

20  risk factors.

21      Q.  What is the probability that his COPD is due to a

22  cause other than occupational exposure?

23      A.  I would refer to my answer before that I have not

24  prepared to answer questions like this.

1      Q.   Please assume that there are two individuals.

2  Individual Number 1 is a 25 year old female with a BMI

3  of 31 living for the past three years in a town where

4  the PFOA level in the drinking level is 70 parts per

5  trillion.   Individual Number 2, 25 female with a BMI of

6  31 with no known exposure to PFOA.   What would you

7  estimate is the approximate relative risk of developing

8  Type 2 diabetes in Number 1 versus Number 2?

9              MR. WHITLOCK:   Objection to the form.

10     A.   Again, I am looking at this from a population

11 viewpoint.   I am not looking at individual risk.   So I

12 can give you information about epidemiology as we have

13 looked at female nurses in America and I'm sure some fom

14 Vermont in regard to their BMI and their blood

15 concentration of PFOA; but I would have to look up that

16 information because I don't remember the details on 25

17 years.   And BMI of 31.   I can't just offhand give you a

18 number.

19     Q.   Please assume that one year later, individual

20 Number 2, that is the woman with no known exposure to

21 PFOA develops Type 2 diabetes.   What are the possible

22 causes of her Type 2 diabetes?

23              MR. WHITLOCK:   Objection to the form.

24     A.   Let me just say that genetic predisposition is a

1    known factor.  And when we are talking about

2    individuals, we can't easily refer to particular

3    causation, but of course in this case if there is a

4    family history for Type 2 diabetes, it is obvious that

5    must somehow have contributed.

6        Q.  Are there any other possible causes of her Type 2

7    diabetes?

8        A.  Not that I wish to discuss right now.

9        Q.  Is an unknown cause a possible cause of her Type

10   2 diabetes?

11       A.  I refer to my previous response that unknown

12   causes is always possible until you find out what they

13   are and then they turn out to be known causes.

14       Q.  What is the most probable cause of her Type 2

15   diabetes?

16               MR. WHITLOCK:  Objection to the form.

17       A.  This all depends on sex and age.  I am not

18   prepared to give you a complete discourse on that.

19       Q.  So here we have a female who is 26 years old.

20       A.  What about it?

21       Q.  Well, I have just given you the sex and the age.

22       A.  Right.  What's your question?  I don't

23   understand.

24       Q.  What's the most probable cause of her Type 2

1   diabetes?  A 26 year old female with a BMI of 31 with no

2   known exposure to PFOA.

3                MR. WHITLOCK:  Objection to the form.

4       A.  Given that the BMI is elevated, I think it would

5   probably had a role in the causation.  That's all I can

6   say at this point.

7       Q.  Please, assume that five individuals, let's call

8   them A, B, C, D, and E, are males, all of the same age,

9   and BMI, who have lived in a town with the PFOA level in

10  the drinking water is seventy parts per trillion.  In

11  your opinion, do all five have the same probability of

12  developing ulcerative colitis or thyroid disease or

13  kidney cancer or hypercholesterolemia or testicular

14  cancer?

15      A.  From the information given to me, I would say

16  yes.

17      Q.  Why is that?

18      A.  Because they have exactly the same

19  characteristics.

20      Q.  Please assume that subject -- strike that.

21                How do you know they have the same

22  characteristics?

23                MR. WHITLOCK:  That's what your question

24  said.

```
                                                  Page 141
 1      A.  Yes.

 2              MR. WHITLOCK:  You are asking him to make

 3      assumptions.

 4              MR. WOLFF:  Jamie, if I wanted to hear your

 5      answer, I would swear you in.

 6      A.  But that was my answer.

 7      Q.  My question to you is, how do you know that five

 8      different individuals are otherwise identical in all

 9      respects?

10              MR. WHITLOCK:  Because you didn't ask him to

11      make that assumption.

12              MR. WOLFF:  Jamie, I am not asking you the

13      question.

14      A.  Well, let me answer it.  You have only given me

15      this limited information and it is all the same.  So I

16      have to assume that you want my answer based on that and

17      my answer is the same risk.

18      Q.  In your experience, are all individuals identical

19      from individual to individual?

20      A.  Okay.  We have to make something clear here.  You

21      are talking about individuals, either one, two, five.  I

22      am an epidemiologist.  I look risk which is population

23      based.  I am responding to you on the basis of human

24      populations.  Not on individuals.
```

1      Q.  So your analysis here would be an epidemiological

2   analysis because you deal with populations of people as

3   opposed to a clinical medicine prospective which deals

4   with individuals, is that fair?

5      A.  That is fair.

6      Q.  Please assume that Subject A develops ulcerative

7   colitis.  What are the causative or predisposing factors

8   known for ulcerative colitis?

9      A.  Very little is actually known.

10      Q.  Of those factors that are known, what are they?

11      A.  I mean, age is a factor because it is a disease

12   that often times develops in young people.  But then

13   there is as far as I remember a second peak later on in

14   life where the incidents increases again.  So it is age

15   dependent.  Whether there is a difference between men

16   and women, I don't remember.  I don't think it is very

17   big.  There may be one.

18      Q.  Anything else that you would put on the list?

19      A.  Well, I mean, one of the issues that is currently

20   being researched is the microbiome.  There have been

21   done, studies have been done of changing the microbiome

22   with fecal transportation.  So it looks like this are

23   aspects of microbiome that plays a role for the

24   causation of that disease.  But what they are is

Page 143

1    currently unclear.

2         Q.  Anything else that you would put on that list?

3         A.  I believe that there is a genetic component as

4    well.  That's all I can remember at this point.

5         Q.  Of those factors, which is the highest probable

6    causative or predisposing factors?

7         A.  Again, I would have to look that up.

8         Q.  What is the probability of PFOA as the causative

9    factor?

10        A.  I believe that there is substantial evidence that

11   it is.

12        Q.  What is the probability numerically?

13        A.  We don't know exactly what the probability is.

14   It is like a judgment call that the evidence is

15   substantial; but I do agree that we should try to get

16   more research on this and I am doing research on this.

17   So I hope that we can contribute some more evidence.

18        Q.  Are any other chemical or physical agents

19   potential causes of ulcerative colitis?

20             MR. WHITLOCK:  Objection to the form.

21        A.  Again, I would have to look it up.

22        Q.  Sitting here today, you do not know, is that

23   fair?

24        A.  Yes.  That's fair enough.

1    Q.  Please assume that Subject B develops

2   hypercholesterolemia, what are the predisposing factors

3   known for hypercholesterolemia?

4    A.  First of all, there is a genetic, a mutant that

5   predisposes to what is called familial

6   hypercholesterolemia that is easily recognized because

7   the concentrations are really, really high.  So that's a

8   genetic component.  There are obviously dietary and

9   physical activity aspects of that.

10    Q.  Sure.  Of those factors, what is the highest

11   probable causative or predisposing factor for the

12   hypercholesterolemia in Subject B?

13          MR. WHITLOCK:  Objection to the form.

14    A.  The point is that genetic can be very strong and

15   it is not that it is very common, but it is just that

16   when you see it, the concentrations are so high.  So

17   that's a strong factor.

18    Q.  What is the probability of PFOA as the causative

19   factor?

20    A.  Again, I think the evidence is substantial.

21    Q.  Can you quantitate that?

22          MR. WHITLOCK:  Objection to the form.

23    A.  What one can do, but it has not been done yet,

24   what, a meta analysis of the data that are available,

1    but not all of the study are as well conducted as they

2    should.  So one would have to go into detail to assess

3    the, you know, variety of studies that are available.

4    There are several.

5        Q.  Do you know how to conduct a meta analysis?

6        A.  I know and I have done that in the past, but I

7    didn't think is that I should spend my time doing that

8    for this purpose.

9        Q.  So just to be clear, you have not performed a

10   meta analysis with respect to PFOA exposure and any

11   health endpoint; is that correct?

12       A.  That's correct.

13       Q.  Are there any other chemical or physical agents

14   that are potential causes of hypercholesterolemia?

15       A.  I believe so.  I don't remember any of them.

16       Q.  Please assume Subject C develops thyroid disease.

17   What are the causative are predisposing factors known

18   for thyroid disease?

19       A.  I mean, there are several types of thyroid

20   disease.  Certainly, there are factors such as

21   radiation.  Say it is radioactive iodine, that's

22   certainly a risk factor that we are very much aware of.

23   Particularly in the Chernobyl area.

24       Q.  What are the other predisposing or causative

1   factors besides radioactive iodine?

2       A.  I mean, I teach this.  I usually use a

3   biomechanical depiction of what happens in the thyroid

4   gland and then I have a variety of chemical compounds.

5   How they interfere with this iodine, it interferes with

6   the enzyme and that.  Dioxin is one.  There is some

7   pesticides that interfere.

8       Q.  What pesticides?

9       A.  I would have to go back and refer to that.  I did

10  not prepare for that today.

11      Q.  Of those factors, which is the highest probable

12  causative or predisposing factor?

13      A.  You know, that depends on the level of the

14  exposure.  Dioxin is a risk factor.  Dioxin exposure has

15  gone down.  So I doubt that dioxin any longer is a major

16  factor.  Likewise with radioactive iodine far from

17  Chernobel.

18      Q.  What is the likelihood that the thyroid disease

19  is idiopathic?

20      A.  The word idiopathic means that there is no known

21  cause of it.  It is a difficult word that physicians use

22  when they don't know what to say.  So the word

23  idiopathic means thyroid disease of unknown cause.  It

24  is not very helpful.

1    Q.  What is the likelihood that the thyroid disease

2  has an unknown cause?

3    A.  I think that's very substantial.

4    Q.  What is the probability of PFOA as the causative

5  agent?

6    A.  Again, I refer to thyroid disease in my report

7  and I think I used the word substantial evidence.

8    Q.  Can you give me a point estimate for the relative

9  risk?

10   A.  No, I can't.  Because that type of detail does

11  not yet exist.

12   Q.  Please assume that Subject D develops kidney

13  cancer.  What are the causative or predisposing factors

14  known for kidney cancer?

15   A.  Well, I should say that the most common form of

16  kidney cancer, and I think that's what you refer to

17  hyperlymphoma.  Then we would have to refer to that and

18  note metastatic cancer.  Anyway, that disease is to a

19  substantial degree of unknown origin.  There is very

20  little occupational, for example, evidence of particular

21  chemicals causing hyperlymphoma.

22   Q.  What's the probability PFOA is the causative

23  agent?

24   A.  I have the same answer again.  That there is

1   substantial evidence with the exact probability in part

2   unknown and in part also depends on the subject who gets

3   the cancer.  Because other factors may play a role as

4   one age.  That is the only way I can answer that

5   question.

6       Q.  Finally, let's talk about Subject E.  Assume that

7   Subject E develops testicular cancer.  What are the

8   predisposing factors known for testicular cancer?

9       A.  Well, there are different forms of testicular

10  cancer.  At least there is one form that occurs at a

11  younger age and then picks up later on in life.

12  Although we don't know the details yet, it looks like.

13  So we do not know the details yet.  There is at least

14  one prominent factor that has been researched in recent

15  years and that is inter uterine exposure to endocrine

16  disrupters, particularly androgen disrupters

17      Q.  Is that some sort of an endocrine disorder?

18      A.  No.  It is because when the fetus is like eight

19  or nine weeks, that is when the sexual differentiation

20  begins.  Otherwise, all humans will become women.  So

21  there has to be the correct imprinting happening and for

22  the male it is that testicular cells develops so they

23  can generate testosterone that then tricks that

24  development.  If there is some interference, and we

1    don't know if PFOA does it, but it is possible if that

2    interference happens from an exogenous cause, then s

3    that can cause abnormalities which include testicular

4    cancer.

5       Q.  What is the probability of PFOA as the causative

6    agent?

7       A.  I believe it is substantial as I have written in

8    my report.

9       Q.  Can you give me a relative risk point estimate

10    for that?

11       A.  Again, I have to refer to my previous question

12    that that depends on the circumstances, the age, level

13    of the exposure; but there is no doubt, well, I will say

14    there is substantial evidence that testicular cancer is

15    an effect that can be attributed to PFOA.

16       Q.  What is the relative risk range?

17       A.  Again, I can't tell you what the exact relative

18    risk is.

19       Q.  I'm not asking exact.  What's the range?

20       A.  I can't.  I would have to sit down and look at

21    the exposure levels and do some calculations.  I can't

22    do that on the spot.

23       Q.  Is there a methodological difference between

24    identifying risk of an adverse effect from an

1     epidemiological study and identifying the cause of an

2     adverse event in a clinical trial?

3         A.   There is.   In the clinical trial as I understand

4     it, it is a controlled trial with blinding, where you

5     control the exposure.   So we are back to the question

6     you asked before that we essentially in the clinical

7     trial conducting an experiment where we know exactly the

8     dosage, but that's not what we do in exposure studies.

9     For example, of the Vermont population exposed to PFOA,

10    where we can only evaluate the exposure after the fact.

11        Q.   Are there any other methodological differences

12    between identifying a risk of an adverse effect from an

13    epidemiological study and identifying the cause of an

14    adverse event in a clinical trial?

15        A.   I think we already touched upon the major issues.

16    If there is anything specific, I am happy to comment on

17    that.

18        Q.   I want to make sure we are not leaving anything

19    on the table.   Thanks.

20             The studies that you cite on Pages 27

21    through 62 of your report are not the totality of the

22    published studies from PFOA exposed human populations on

23    each of those endpoints, are they?

24        A.   No.   They are, of course not, all of the studies,

Page 151

1    those are the major studies.

2        Q.   What were your inclusion and exclusion criteria

3    if any for the studies that you cite on Pages 27 to 62

4    of your report?

5              MR. WHITLOCK:   Objection.   Asked and

6    answered.

7        A.   What I did was to look through the complete

8    evidence essentially what I had access to.   There may

9    have been some in languages that I don't speak that I

10   have missed, but I looked at the accessible literature

11   and I also looked at FSA and ATSDR, and what I did was

12   to select the literature that I thought contributed to

13   the evaluation of a possible association of the outcome

14   with PFOA exposure.

15       Q.   In your opinion, how long would a person have to

16   drink water containing PFOA to be at an significantly

17   increased risk of a serious latent disease?

18             MR. WHITLOCK:   Objection to the form.

19       A.   Right.   So you are not giving me the full

20   information, because I would ask for the PFOA

21   concentration in the water.   I think that's very

22   important to judge whether there is more than a

23   background risk.   So what we talked about here, PFOA

24   exposure from the drinking water in the class, I assume

1   this is what we talked about, well, because any way, and

2   we talked about residents.  So they are not just having

3   exposure during their vacation, but they are residents.

4   We are talking about longer term exposure and that

5   totality in my mind adds to a clearly elevated risk,

6   elevated exposure, I should say.  Therefore an elevated

7   risk.

8       Q.  In your opinion, how long would a person have to

9   drink water containing 70 parts per trillion of PFOA to

10  be at an significantly increased greater risk of a

11  serious latent disease?

12      A.  I am not prepared to answer that.  Because I

13  would want to make some calculations before I answer.

14      Q.  In your opinion, how long would a person have to

15  drink water containing 140 parts per trillion of PFOA to

16  be at increased risk?

17      A.  The same answer.

18      Q.  If I was to ask you five or ten or one thousand

19  parts per trillion, your answer would still be the same;

20  is that correct?

21      A.  It would because it is all on a relative scale.

22  I think this is a question that has to be settled by the

23  court.  It is not my medical opinion that is important

24  here.

Page 153

1      Q.   Sorry.   What's the issue that has to be decided

2    by the court?

3      A.   If a subject who has, if a subject has to have an

4    exposure of a thousand like you mentioned in order to be

5    approved as a member of a class by the court, that's not

6    up to me.

7      Q.   That's not what I am asking.   I am not asking you

8    for who is included in a class definition or not.   I am

9    asking from a medical and scientific perspective.   Not a

10   legal one.

11     A.   Right.   Okay.   I can then give you a flat answer

12   which is sort of very general.   That is my opinion.

13   That is does all of the water in that area contain a

14   toxic and manmade substance that has nothing to do

15   there.   According to my calculations, I need to have

16   very, very low water levels, below one, as we discussed

17   before in order to be safe.

18     Q.   I appreciate that you discussed that.   My

19   question is a little bit different.

20          How long would a person have to drink water

21   containing PFOA, whether it is at five parts per

22   trillion, ten parts per trillion, a hundred parts per

23   trillion or a thousand parts per trillion to be at a

24   significantly increased risk of a serious latent

Page 154

1   disease?

2           MR. WHITLOCK:  Objection to form.  Calls for

3   legal conclusion.

4       A.  Again, I am a scientist.  I have to refer to what

5   I have studied and what I have read myself.  I have done

6   the calculations saying that the levels should be below

7   one and now you mentioned to me some very high levels in

8   comparison in asking me to say how long does it take.  I

9   can't do that calculation offhand.

10      Q.  How long would a person have to drink water

11  containing one part per trillion of PFOA?  In your

12  opinion, how long would a person have to drink water

13  containing one part per trillion of PFOA to be as a

14  significantly increased risk of a serious latent

15  disease?

16          MR. WHITLOCK:  Objection to form.  Calls for

17  legal conclusion.

18      A.  Again, I have suggested that the level should be

19  below one.  Now, you are giving me a number just before

20  that and I think that it is a theoretical issue of what

21  the actual risk may be.  It is clear that it will be

22  less than at seventy but it is not zero.

23      Q.  How long would a person have to drink water

24  containing just less than one part per trillion of PFOA

Page 155

1    to be at a significantly increased risk of a serious

2    latent disease?

3              MR. WHITLOCK:   Objection.

4      A.   I think I answered this in various ways.   I have

5    to refer to my previous answer.

6      Q.   If there is a risk associated with drinking water

7    with PFOA, then that risk is different from individual

8    to individual because their consumption of water is

9    different; is that correct?

10     A.   The consumption level, well, of course, in fact

11   the uptake at the same concentration in the water and

12   then that would then also relate to differences in risk.

13     Q.   Assuming there is a risk associated with PFOA

14   exposure, if you were to look at any individual putative

15   class member among the thousand or more individuals in

16   this proposed class, the risk to that individual is

17   going to be affected not only by the amount of water but

18   also by the amount of PFOA in the water he or she has

19   consumed; is that correct?

20     A.   Exactly.

21     Q.   Is it fair to say that the risk of disease if any

22   is not proportional to the difference in the amounts of

23   water consumed because different individuals have

24   different susceptibilities to PFOA based on their

1   medical conditions or other behavioral factors?

2       A.  I would not express it that way.  I would say

3   that of course there are factors such as sex and age

4   that play a role, but I am looking at this from a

5   population viewpoint, and the greater the exposure, the

6   greater the uptake, the greater the blood concentration,

7   the greater the risk.  That is my best answer to that

8   question.

9       Q.  Is it fair to say that individuals who are not

10  exposed to PFOA through their home's water supply

11  because for example they are hooked up to the municipal

12  water system in Bennington or because they have

13  activated carbon filter systems that they passed their

14  water through, do not have that component of PFOA in

15  their body burden and thus their risk of exposure if any

16  is less than those individuals who have PFOA in their

17  home water drinking supply?

18      A.  And they are drinking the same amount about, and,

19  yes.  Of course, I mean, again, I have to give you my

20  same answer.  The risk is not nil but clearly there are

21  relative differences.

22      Q.  Is an alteration of a biochemical marker itself a

23  clinical pathology?

24      A.  This is a matter of judgment.  This is something

1  that regulatory agencies are very much into.  As a

2  scientist, it is a whole lot easier to look at markers

3  because everybody has an enzyme at some level or

4  whatever that mark is, but it is not everybody that has

5  fatty liver disease.

6      Q.  In your opinion, are small but statistically

7  significant increase in liver biochemical tests

8  clinically significant?

9          MR. WHITLOCK:  Objection to the form.

10     A.  It depends.  If it occurs, you can discuss that

11  without the reference interval or if it is high, let's

12  say, a young person or a child, it may be more

13  significant than if it perhaps is for an elderly person

14  who has already been diagnosed hypercholesterolemia.  It

15  is really, I have to mention caveats like that.

16     Q.  In your opinion, does every instance of an

17  abnormal liver biomechanical test constitute a disease?

18     A.  I can't think of an example that it does, because

19  in my, according to my knowledge of clinical matters in

20  a diagnosis is never, oh, I can't say that because that

21  is not true.  A clinical diagnosis would rely on some

22  type of clinical findings that are usually beyond just

23  clinical pathology block tests.

24     Q.  So would you agree even if an individual's liver

1    panel test results are different from the normal value,

2    that the individual may not have a problem?

3        A.   Again, that's hard to say, because it could

4    perhaps be some genetic or constitution that makes this

5    person to be high in particular liver enzymes.  I mean,

6    I would not as a physician rely on that solely.

7        Q.   What else would you rely on?

8        A.   I would rely for example on a liver biopsy, on a

9    scanning.  I would rely on a whole battery of clinical

10   tests.  You can also, you can assess crudely the size of

11   the liver.

12       Q.   Is there any risk of performing a liver biopsy?

13       A.   There is of course a risk associated with that.

14   So this is what you like to do when there is a

15   substantial likelihood that there is something to find.

16   This is not something that I would ever do in a

17   population study of a healthy subject.

18       Q.   On Page 28 of your report in the fifth paragraph.

19   You write, my review of available epidemiological

20   studies demonstrates a strong link between PFAS exposure

21   and adverse effects on human immune system functions.

22   Do you see that?

23       A.   Yes.

24       Q.   What is a strong link?

1     A.  Well, it is another way of saying that there is

2   substantial evidence.

3     Q.  Is the phrase strong link synonymous with a cause

4   and effect relationship?

5     A.  It is pretty close.  It certainly is stronger

6   than a possible link that we talked about before.

7     Q.  It is close but not quite?

8     A.  This is a matter that would have to be discussed

9   with, you know, whoever the recipient is.  If this is

10   the US EPA, for example, if they would regard the

11   evidence strong enough to call it causal, and I would

12   not preclude what EPA would decide on that.

13     Q.  As you use the phrase strong link, are you using it

14   to denote a causal relationship?

15     A.  I didn't use that word.  I am saying that there

16   is substantial evidence.  That is as close as I can get

17   at this point.

18     Q.  Doctor Ducatman is not proposing monitoring of

19   serum antibodies or any immuno globulin concentrations,

20   is he?

21     A.  I think you are correct.  I don't remember it by

22   heart.

23     Q.  Doctor Ducatman is not proposing monitoring for

24   immune toxicity or immuno suppression, is he?

```
                                              Page 160
```

1    A.  Again, my answer is the same.  I think you are

2  correct.

3    Q.  On Page 34 in Paragraph E of your report, you

4  write I conclude that the human evidence strongly

5  supports the existence of PFAS dependent immuno toxicity

6  background exposure levels.  Correct?

7    A.  That's what I said here.

8    Q.  Is it your opinion that the average American

9  is experiencing immuno toxicity as you term it?

10    A.  I would say so.

11    Q.  Is an alteration of an immunological biomarker

12  itself a clinical pathology?

13    A.  It depends on what you consider clinical

14  pathology.  I consider it a marker of immune dysfunction

15  where we don't quite yet understand the reach of that

16  dysfunction to which degree this, for example, might be

17  linked to greater cancer risk.  Because the immune

18  system is involved in removing abnormal cells.  We don't

19  know that yet.

20    Q.  We don't know?

21    A.  This is what IARC says, is this the possible

22  mechanism.  We don't know the mechanism for PFOA to what

23  causes cancer.  But it is possible that the immune

24  system could play a role.

1    Q.  Is it fair to say for example that a reduction in

2    an individual's diptheria antibody concentration does

3    not mean that individual will necessarily contract the

4    diptheria?

5    A.  That's correct.  But you have also to consider

6    that we did not look at that antibody as such.  We

7    looked at the T cell dependent B cell function and

8    plasma cell generation of the specific antibodies.  So

9    as an integrated function of the immune system, what we

10   found in the immune system was deficient.  So we were

11   not interested in diptheria.

12   Q.  Let me ask you a couple of questions.  I think we

13   may have covered this before.  If we have, I apologize.

14   A.  No problem.

15   Q.  In the last paragraph on Page 10 of your report,

16   when you make reference to Bennington residents who have

17   an accumulation of PFOA in the body at above background

18   levels, you are referring there to residents who exceed

19   2.1 micrograms per liter, correct?

20   A.  That's what I say here.

21   Q.  How can one tell which Bennington residents do or

22   do not have more than 2.1 micrograms per liter of PFOA

23   in their blood?

24   A.  I can only guess, but I took this information

1    from the case definition or rather, what is it called,

2    the class definition.

3        Q.  So my question is a little bit different than

4    that.

5             Looking at the Bennington population at

6    issue, which are some one thousand or so individuals,

7    how can somebody tell whether any particular residents

8    do or do not have more than 2.1 micrograms per liter of

9    PFOA in their blood, how would one know that?

10       A.  You are asking an epidemiologist, and I would say

11   it is a great majority of those people who would have

12   more than 2.1.

13       Q.  How would one determine that?

14       A.  I would assume that, I mean, this is not, I have

15   not been into this.  The way to figure that out is to

16   take a blood sample and analyze it.

17       Q.  Fair enough.  We touched upon this very briefly

18   before.  You are aware that NHANES periodically conducts

19   and publishes results of blood sampling; is that

20   correct?

21       A.  I understand that very well.

22       Q.  Is it fair to say NHANES collects and publishes

23   data on human exposure to some 265 environmental

24   chemicals?

```
                                        Page 163

 1      A.  I don't remember the exact number, but that

 2   sounds right.

 3              MR. WOLFF:  Mark this as Exhibit Number 11.

 4              (PFOA blood data tables was marked as

 5   Exhibit Number 11 for identification)

 6      Q.  Exhibit 11 contains the PFOA blood data tables

 7   from the February 2015 NHANES fourth national report on

 8   human exposure to environmental chemicals.  If you

 9   would, please, turn with me to Page 338 which contains

10   the sampling results for PFOA from 2011 to 2012.  Are

11   you there?

12      A.  Yes.

13      Q.  Top line, the geometric mean for the total sample

14   is 2.08, which rounded up to the first decimal is the

15   number that you have been using and we have been using,

16   which is 2.1 micrograms per liter; is that correct?

17      A.  That's correct.

18      Q.  If you would please turn to Page 336, which

19   contains the sampling results for PFOA from five

20   different surveys taken between 1999 and 2010; is that

21   correct?

22      A.  Yes.

23      Q.  With the exception of the 2007 to 2008 sampling,

24   in each successive survey, the geometric mean is going
```

Page 164

1    down from a prior survey; is that correct?

2        A.  That's correct.

3        Q.  For 1999 to 2000, the geometric mean was 5.21

4    micrograms per liter; is that correct?

5        A.  Yes.

6        Q.  As we know, for 2011, 2012, the geometric mean

7    was 2.08; is that correct?

8        A.  Yes.

9        Q.  Since you say that anybody in this class who has

10   PFOA blood serum levels above 2.1 would require medical

11   monitoring, would you say that millions and millions of

12   Americans should have been getting this medical

13   monitoring as a medical necessity in 1999 to 2000 when

14   background level was 5.21 which is two-and-a-half times

15   higher than 2.1?

16              MR. WHITLOCK:  Objection to the form.

17       A.  I have to correct you because I am not saying

18   that.  You should refer to that paragraph that you

19   referred to before on Page 10.  The bottom paragraph.

20   Because I am referring to the class information.  That's

21   not mine.  What I am saying is that this population is

22   and has been exposed to an elevated exposure and

23   therefore elevated risk and because it is under those

24   local circumstances, I am saying that elevated risk

Page 165

```
1     should trigger medical monitoring.  So I am not talking
2     about all the United States here.
3         Q.  Let me ask you this.  Would you say that millions
4     and millions of Americans should have been getting this
5     medical monitoring as a medical necessity in 1999 to
6     2000 when the background level was 5.21 micrograms per
7     liter?
8         A.  I have never considered that question, but I can
9     tell you that one of the reasons is that these amounts,
10    these concentrations and serum is so high is that we
11    know water has been contaminated across the United
12    States on numerous sites and we know that at least in
13    one of the studies that we did, five or six million
14    Americans are exposed to elevated concentration of
15    PFASes in drinking water.  So parallel to the Vermont
16    case and those numbers are included here.  That's why
17    this is not really a proper background.  It is actually
18    too high.  Maybe it was even much too high in the past.
19        Q.  I guess my question is, if anybody in a
20    population has got 5.2 micrograms per liter of PFOA in
21    their blood, would you say that they need medical
22    monitoring as a medical necessity?
23        A.  I would not say that because that depends on the
24    circumstances.  I understand the circumstances here are
```

Page 166

1    quite specific in that there is a local source, and we

2    know exactly comes through drinking water.  We know

3    these are resident who have been exposed to this for

4    quite a while.

5        Q.  If the exposure level is the same from an

6    individual in Bennington and an individual in Peoria,

7    Illinois, they have the same identical blood levels,

8    what difference does that make as to whether they

9    require medical monitoring for potential future disease?

10       A.  I can't answer that.  Medical monitoring in this

11   particular case has been defined as it is here and all I

12   am saying that is reasonable.  I can support that.  And

13   the way that Doctor Ducatman has described it, I am in

14   favor of that.  I have not been asked to look the state

15   of Illinois and specific locations.  I would give you

16   that those elevations and serum concentrations will

17   result necessarily in an increased risk.  That relates

18   to my expert report here.

19       Q.  I guess what I am sort of having trouble getting

20   my head around is if a person has got 5.1 micrograms per

21   liter of PFOA in his or her blood in California or

22   Arizona or Texas or Missouri or Mississippi or New

23   Jersey or Vermont or New Hampshire, why should the

24   particular location where that person resides make a

Page 167

1   difference from a clinical perspective as to whether

2   they need medical monitoring for exposure to PFOA?

3       A.  I completely understand your question.  All I can

4   say, I didn't comment on medical monitoring.  I did look

5   at Doctor Ducatman's report and I think he argued that

6   convincingly.  I have not seen similar considerations on

7   other locations in the United States.  I do insist that

8   they have an increased risk as well, but whether that

9   should trigger perhaps a completely different

10  circumstances of medical monitoring, I have no opinion.

11      Q.  Have you ever expressed an opinion that any

12  particular population requires a medical monitoring

13  program?

14      A.  I don't remember so in this regard, I don't think

15  so.

16              MR. WOLFF:  Mark is this last Exhibit Number

17  12.

18              (Transcription was marked as Exhibit Number

19  12 for identification)

20      Q.  So Exhibit 12 is a transcription of the ATSDR,

21  CDCs January 2017 PFAS continuing education for

22  clinicians, which is available on video through the

23  ATSDR's website, and which contains subtitles.  I just

24  want you to be clear about this document.  This document

Page 168

1    was prepared by our word processing department using the

2    transcription off of that video and its subtitles.

3        A.   Okay.

4        Q.   Please, turn with me to Page 28.  As recently as

5    2017, the ATSDR, CDC has told clinicians that there is

6    no health screening recommended because of exposure to

7    PFOA; is that correct?

8        A.   I see that.

9        Q.   Please, turn with me to Page 27.  We are going to

10   take this in stepwise fashion.  As recently as 2017, the

11   ATSDR and CDC has told clinicians that PFAS are

12   ubiquitous in both the United States and globally.

13   There are no specific biomarkers of health affects

14   caused by or linked to PFAS blood concentrations.  The

15   presence of PFAS in blood testing only confirms exposure

16   which is present and greater than 95 percent of the

17   United States population based on representative samples

18   from the NHANES studies; is that correct?

19       A.   I see that.

20       Q.   Do you agree with that statement?

21       A.   I agree that PFAS is ubiquitous in the United

22   States.  It says there are no specific biomarkers of

23   health effects.  I wonder what they referred to.  It

24   just says biomarkers.  I would like to know what

Page 169

1    biomarkers they refer to.  And the presence of PFAS in

2    blood confirms exposure.  Well, that is a standard

3    expression from government or authorities.  While higher

4    blood --

5        Q.  I am getting there next.  I did not get there

6    yet.

7                MR. WHITLOCK:  What page are you on?

8                MR. WOLFF:  27.

9        Q.  Let's take that next statement, Doctor.  The

10   ATSDC, CDC further state, while higher blood

11   concentrations of PFAS express larger exposure, PFAS

12   blood concentrations cannot be linked to any specific

13   health effects and results obtained from testing

14   patients, blood PFAS concentrations would not guide

15   medical decisionmaking; is that correct?

16       A.  I see that, but you have to recognize that that

17   is a statement on behalf of the Centers for Disease

18   Control, which is always trying to, you know, provide a

19   statement that cannot be upsetting to anybody.  This is

20   a type of statement that they will say about fluoride in

21   drinking water.  This is just their interpretation which

22   has, you know, different, defensive, so to speak aspects

23   in addition to the science.  It is not just a pure

24   summary of the science.

1      Q.  Let's go to the next statement.  The ATSDR CDC

2   further states that even if a patient is identified as

3   having an extremely high PFAS blood concentration, this

4   does not mean he or she will suffer from any adverse

5   health affects; is that correct?

6      A.  That's what it says.  It is sort of a strange

7   statement.

8      Q.  Do you agree with that statement?

9      A.  I can agree in the sense that we talked about

10   before that on average, the risk is higher.  But the

11   fact that there is an elevated risk does not mean that a

12   specific individual will develop specifically that

13   disease.

14      Q.  The ATSDR, CDC further states that, likewise,

15   patients with mildly elevated PFAS blood concentrations

16   are not immune from exposure related health risks.

17   Management of patients exposed to PFAS should be guided

18   solely by patient symptoms and findings derived from a

19   thorough health history and physical examination; is

20   that correct?

21      A.  It is correct that that's what it says.

22      Q.  My next question is, do you agree with that

23   statement?

24      A.  I agree with it to the extent that I would take

Page 171

1   into account the PFAS exposure.

2       Q.  Do you agree with or disagree with anything else

3   in that statement?

4       A.  This very last, the management?

5       Q.  The very last one.

6       A.  I have difficulty with the one where they say the

7   management should be guided solely by the patient's

8   symptoms and findings deriving from a thorough physical

9   health history and physical examination.  That is not

10  enough.  For example, that could be physician reports on

11  something else and that's not just a health history.

12  That could be occupational exposure.  Similar things.  I

13  would not, what you said, this has been taken off a

14  tape.  I think this is not a proper complete statement

15  and I don't think CDC would give you that impression

16  that it is.

17      Q.  Please turn with me to Page 32.  Are you there?

18      A.  I am there.

19      Q.  The atsdr CDC states that more than 95 percent of

20  the represented United States population has measurable

21  blood levels of PFOA and PFOS.  The presence of these

22  PFAS in blood only confirms exposure.  This does not

23  mean your patient will suffer any adverse health

24  effects.  Routine blood test for PFAS cannot be

1   extrapolated to any specific health effects and cannot

2   guide medical decisionmaking; is that correct?

3       A.   That's what it says.

4       Q.   Do you agree with that statement?

5       A.   No.   In the present situation, Number 1, we know

6   more than they knew when they wrote this up, and what

7   they decided to say on that occasion later on in January

8   two years ago.   So that's one aspect.   I think that, I

9   mean, the statement that your patient will not

10  necessarily, they are missing the word necessarily,

11  suffer from any adverse affects.   That has to be

12  interpreted properly in that people who have elevated

13  exposures to PFAS have necessarily an elevated risk, and

14  in the situation in Vermont where you have the zone of

15  contamination, you have a confined population.   This is

16  where we have been arguing about medical monitoring.

17      Q.   Is it fair to say that because of biomonitoring

18  sampling results for PFOA cannot predict current or

19  future health outcomes or diseases, the results are not

20  clinically actionable?

21      A.   Again, I would say, we should ask CDC if that is

22  our view today, because it does not sound right that CDC

23  would issue that as guidance to physicians of this

24  country.   They should know better today.   Also, given

Page 173

1    the most recent ATSDR report.

2                MR. WOLFF:  Let's take a break.  Off the

3    record.

4                THE VIDEOGRAPHER:  The time is 2:45 p.m.  We

5    are going off the record.

6                (Whereupon a break was taken)

7                THE VIDEOGRAPHER:  We are back on the

8    record.  The time is 2:56.

9        Q.  So during the break, counsel had a discussion

10   sort of flush out the parameters of the stipulation from

11   the plaintiffs' counsel.  So while we understand that it

12   has been stipulated that the plaintiffs are not

13   proffering you as an expert in medical monitoring, and

14   as a result of that, we are going to forego questioning

15   about individual blood tests, specificity, sensitivity,

16   positive predictive value in the population, that you

17   are nevertheless endorsing as a general principle Doctor

18   Ducatman's recommendation for a medical monitoring

19   program, at least conceptually; is that correct?

20       A.  It is reasonable and pragmatic and I think

21   justified.

22       Q.  Is it fair to say that medical monitoring in the

23   form of medical screening is a systematic search for a

24   disease in people who have no signs or symptoms of that

Page 174

1   disease?

2      A.  I think that is reasonable.

3      Q.  When you commit asymptomatic patients to medical

4   monitoring, you are making a medical decision and are

5   intervening in their lives medically; true?

6      A.  It depends on what you think to intervene.  It is

7   a medical intervention.  But the degree to which it

8   intervenes with peoples' lives is a matter of judgment.

9      Q.  In an asymptomatic population, is it fair to say

10  that the vast majority of those people being screened

11  will not have the disease being sought?

12            MR. WHITLOCK:  Objection to the form.

13     A.  That may be true.  It may be different here in

14  Bennington.  Because people have an elevated exposure to

15  PFOA.

16     Q.  Is it fair to say that medical screening in an

17  asymptomatic population is often up against staggering

18  odds?

19            MR. WHITLOCK:  Objection to the form.

20     A.  I don't know what staggering odds are.  If this

21  can be conducted with the purpose of finding cases early

22  so that they can benefit from medical intervention at a

23  stage where there is a substantial benefit to gain, I

24  would say this is a good idea.

1    Q.  I am not fussing when I say that, but there are a

2  lot of ifs that are baked to that statement, true?

3    A.  The way you state it, that is correct.

4    Q.  Is it fair to say that if an asymptomatic

5  population is being screened, it must involve many

6  people to potentially benefit few?

7           MR. WHITLOCK:  Objection to the form.

8    A.  Again, that depends on the situation.  It may be

9  true on some situations but not on others.

10    Q.  In assessing the utility of the medical

11  monitoring program in an asymptomatic population,

12  wouldn't one have to take its risks and benefits into

13  account?

14    A.  That would be normal.

15    Q.  Is it fair to say that in a population of a

16  thousand asymptomatic individuals being screened over a

17  decade in an older population and even with a common

18  cancer, only a few may be ten to twelve would be

19  destined to die from a cancer?

20    A.  That sounds reasonable but as a physician, I have

21  to insist that every disease of subject, say, in among

22  the residents in the zone of contamination is one we

23  didn't do enough for to save.

24    Q.  Is it fair to say that in assessing a medical

1   monitoring program in an asymptomatic population, the

2   population being screened should be at a significantly

3   high risk for the undiagnosed disease, that is, the

4   disease should have a sufficiently high prevalence in

5   the population?

6       A.   Again, you are using the words significant and

7   sufficient that are sort of, I don't understand what

8   they mean, because you are speaking in general terms,

9   but I understand what you are aiming at and I agree with

10  that.  Not necessarily with the specific way that you

11  said it.

12      Q.   Is it fair to say that in assessing medical

13  monitoring program in an asymptomatic population, that

14  the disease being screened for should have a

15  sufficiently high prevalence in that population?

16      A.   When you say sufficient, it is again a matter of

17  consideration, and, you also, you continue to say the

18  whole population is asymptomatic.  That is very

19  unlikely.  So what we are dealing with here, we are

20  dealing with an exposed population which must have an

21  elevated risk.  So this is why it is reasonable to

22  consider medical monitoring to catch those cases that

23  can be caught early so they can benefit from medical

24  intervention.

1   Q.  Yet, sitting here today, you cannot quantify what

2   that elevated risk might be for any particular endpoint

3   in terms of giving a relative risk point estimate or 95

4   percent confidence intervals around the point estimates,

5   can you?

6   A.  We are talking two things here.  I am capable of

7   doing that, but I can't do it right here on the spot and

8   especially with the little information you give me.

9   Q.  Well, I put no constraints on the scope of your

10  report.  Your report does not provide that information?

11  A.  What information?  What the relative risk is?

12  Q.  Yes.

13  A.  No, it does not because that is something that

14  would depend on the circumstances like on the degree of

15  exposure, duration, etcetera.  That was not what I was

16  asked to do.  It is nothing that I would be able to do

17  in a jiffy.

18  Q.  Is it fair to say that in assessing a medical

19  monitoring program in an asymptomatic population, one

20  should consider the natural history of the disease and

21  the evidence for an improved clinical outcome as a

22  result of the medical monitoring for the given disease?

23          MR. WHITLOCK:  Objection to the form.

24  A.  What you refer to is the material that I have

1  been teaching myself.  I can only agree.  I would still

2  comment on your insistence that it is a nonsymptomatic

3  population.  I don't think that is likely.

4      Q.  The goal of the detecting disease early through

5  screening is to improve the outcome when compared to the

6  outcome of the same disease that is identified because

7  the patient experiences symptoms and goes to see the

8  doctor; is that correct?

9      A.  Let me hear that again.  There were several

10  components.

11      Q.  The goal of detecting disease earlier through

12  screening is to improve the outcome when compared to the

13  outcome of the same disease that is identified, because

14  the patient experiences symptoms and then goes to see

15  the doctor?

16      A.  Compared to those that were identified through

17  the screening, right, correct.

18      Q.  So that's a correct statement?

19      A.  It is.

20      Q.  Early detection through screening should be known

21  to have an impact on the natural history of the disease

22  process, true?

23      A.  Again, it depends on what you mean when you say

24  natural history.  I would say the course of the disease,

1    because you aim at identifying at early stage and then

2    you want to impact that rather than waiting until the

3    full blown clinical picture.

4        Q.  The period of time between when a cancer starts

5    growing and when it causes symptoms is when screening

6    can catch the cancer; is that true?

7        A.  That is at least the aim of screening.

8        Q.  Is it fair to say that one reason there is a

9    limited benefit to cancer screening is because there can

10   be cancers that are missed by screening?

11              MR. WHITLOCK:  Objection to the form.

12       A.  It is part of the story that you can only miss

13   some.  That you can also detect some that were never

14   meant to become a lethal cancer.  So there are issues

15   like that.  It is a little more complicated than you

16   stated.

17       Q.  Aggressive, fast growing cancers are often missed

18   by screening, aren't they?

19       A.  That is one possibility.  Yes.

20       Q.  What population based cancer screening tests, if

21   any, have ever been shown to reduce overall mortality?

22       A.  I don't remember that by heart.  I would refer to

23   the National Cancer Society or CDC for that information.

24       Q.  Are there any?

1    A.  I'm sure.

2    Q.  As a physician, do you subscribe to the

3  proposition that health is not only a physical state of

4  being, but is also a state of mind?

5    A.  Well, the WHO definition does not say state of

6  mind but it refers to mental health as well.

7    Q.  Do you believe that mental health is part of a

8  person's health status?

9    A.  I believe so.

10   Q.  Do you agree that as a physician, you must be

11  careful not to undermine a person's state of health?

12   A.  I don't think that is something every physician

13  would consider doing.  It certainly plays a role.

14   Q.  Do you agree that in order for medical screening

15  tests to be useful, their benefits must outweigh their

16  risks?

17   A.  I need to understand the word risk here.  Are you

18  referring to the risk, let's say, of a liver biopsy if

19  that is what is considered necessary for the screening,

20  is that the kind of risk?

21   Q.  That could be a risk.  There could be a risk of

22  adverse psychosocial sequelae?

23   A.  Fair enough.  I agree that one has to take the

24  whole range of possible risks into consideration as the

1   cost to the individual patients in addition to the

2   advantages.

3       Q.  Do you agree that to determine a test's

4   usefulness, one should consider its specificity and

5   sensitivity?

6       A.  Yes.

7       Q.  Do you agree that in the context of this case for

8   a test to be useful, early detection must improve the

9   outcome or the natural history of the disease?

10      A.  The question is when you say must improve, we may

11  not have that evidence available for a population like

12  this.  So it must at least judged to be beneficial.

13      Q.  Do you agree that for a test to be useful, it

14  must have a positive predictive value in a population at

15  issue?

16      A.  Yes.  I would say so.

17      Q.  Do you agree that knowledge of disease prevalence

18  is a necessary component of positive predictive value?

19      A.  Yes.  But the problem is we may not know that

20  exactly for a population.  This may have to be decided

21  on whatever information that there is available that can

22  be applied.

23      Q.  Is it fair to say that in assessing a medical

24  monitoring program, one should consider the sensitivity,

1    specificity, and positive predictive value of proposed

2    medical monitoring tests?

3        A.   Yes.   To the extent that's possible.

4        Q.   Is it fair to say there may be serious

5    consequences in the use of screening test with poor

6    sensitivity or poor specificity?

7                MR. WHITLOCK:   Counsel, for the record, we

8    are getting beyond what we agreed upon here.

9                MR. WOLFF:   I have not asked about specific

10   tests like BUN or globulin or albumin, or alkolene,

11   whatever it was.   So I think we are not departing.

12       A.   Could you repeat the question?   I'm happy to

13   answer.

14       Q.   Sure.

15            Is it fair to say there may be serious

16   consequences in the use of screening tests with poor

17   sensitivity or poor specificity?

18       A.   The question is in a word serious, what you mean

19   by serious.   Certainly there can be adverse questions.

20   The circumstances will then define whether they can be

21   considered serious.

22       Q.   What difference is there if for the data required

23   in determining the presence -- strike that.

24            What difference is there if any for the data

1   required in determining the prevalence of a health

2   disturbance in a population as opposed to conducting a

3   risk assessment for a health disturbance in a

4   population?

5       A.   I am a little confused about that.  You are

6   talking about risk assessment.  Is that now a risk

7   assessment for the PFOA or risk assessment for the

8   procedure?  I don't understand.

9       Q.   Okay.  In terms of an environmental exposure.

10      A.   Okay.  Like PFOA?

11      Q.   Like PFOA.

12      A.   Can you repeat the sentence?

13      Q.   What difference is there if any for the data

14   reuired in determining the presence of health

15   disturbance in a population as opposed to conducting a

16   risk assessment for a health disturbance in a

17   population?

18      A.   The first one descriptive epidemiology, you want

19   to know how frequent it is; and the second one is

20   analytic epidemiology where you are trying to relate

21   that to particular suspecting.

22      Q.   When you say how frequent it is in the

23   population, are you referring there to its prevalence?

24      A.   That would be the normal, that is, the occurrence

1    at a particular point.  That would be the usual measure.

2        Q.  In the context of a clinical or a laboratory

3    test, what is false positive?

4        A.  A false positive is one that indicates the

5    presence of an abnormality where other evidence confirms

6    or suggests that it is not present.

7        Q.  A false positive is a false alarm, isn't it?

8        A.  Yes.  You could call it that.

9        Q.  In the context of a clinical or a laboratory

10   test, what is a false negative?

11       A.  A false negative is one that is missed by the

12   test despite the fact that other evidence, perhaps even

13   later on documents that in fact is is present.

14       Q.  What is overdiagnosis?

15       A.  Overdiagnosis means that there are apparently

16   included cases of false positives or that subject are

17   being diagnosed without due justification.

18       Q.  Is it fair to say that overdiagnosis is sometimes

19   referred to as the detection of a cancer that is not

20   destined to ever cause symptoms or death?

21       A.  Right.  I have seen literature on that for

22   example with regard to breast cancer screening.  It is

23   an issue.

24       Q.  Is it fair to say that overdiagnosis is the

Page 185

1   diagnosis of a neoplasm that never would have clinical

2   significance?

3       A.  Well, it depends on the definition of whether you

4   are, will, accept that a neoplasm has some consequence

5   but not causing death.  It depends on your definition of

6   the situation.  I agree with you in general terms.

7       Q.  Is it fair to say that overdiagnosis is the

8   identification of slow growing cancer that even if

9   untreated would never cause symptoms or reduce survival

10  because the screening test cannot distinguish between

11  the abnormal appearing cells that would become cancerous

12  from those that would never do so?

13              MR. WHITLOCK:  Objection to the form.

14      A.  You have just mentioned an example of that.  That

15  could be with regard to breast cancer.  I agree that

16  this is an actual problem that needs to be considered.

17      Q.  A false positive test result effectively means

18  that you are sending a healthy patient to a doctor for

19  some type of follow-up; is that correct?

20      A.  So type of?

21      Q.  Follow-up.

22      A.  Follow-up, because of a positive test.  I assume

23  that is the case.

24      Q.  And a false negative test result, effectively

Page 186

 1   means that you are clearing a patient who should be

 2   referred to a doctor for some type of follow-up?

 3              MR. WHITLOCK:  Objection to form.

 4      A.  Right.  That would be the proper explanation of

 5   that.

 6      Q.  What are the harms related to a false positive

 7   test result?

 8      A.  It depends on the circumstances.

 9      Q.  What are the harms related to a false positive

10   test result for kidney cancer?

11      A.  It could be a follow-up at the family doctor.  If

12   he also has a false positive, then there could be

13   additional, therapeutic attempts on that kidney cancer,

14   but I would assume that rather than the family physician

15   referring the patient to radiation treatment or

16   something dramatic, I would assume that there would be

17   some additional steps so that the false alarm would be

18   caught in time before the kidney was removed.

19      Q.  Is it fair to say that another type of harm from

20   a false positive is that the patient will become labeled

21   with having a disease that is not present?

22      A.  I don't quite know what you mean by saying label.

23   Certainly, first of all, the patient can be scared

24   himself or herself, and that could theoretically be some

1   sort of stigma.  Talking about theory here.

2      Q.  What are the harms related to a false negative

3   test result?

4      A.  I think we are going over the same ground again.

5   Clearly, if worse comes to worse, the patient will

6   unreasonably believe to be free of disease and may not

7   take proper precautions potentially.  So we are all

8   trying to avoid false negatives clearly because we do

9   want to do proper diagnosis at the proper time.

10     Q.  That's because persons with false negative

11  results may have delays in diagnosis and treatment; is

12  that correct?

13     A.  That could be the consequence.

14     Q.  On the other hand, false positive results can

15  result in followup testing that is uncomfortable,

16  expensive, and potentially harmful?

17     A.  Potentially.  Yes.

18     Q.  Is it fair to say that although screening may

19  prevent the development of disease related morbidity and

20  mortality, positive test results, both false positive

21  and true positive may lead to interventions that could

22  be unnecessary or even risky because of overdiagnosis

23  and overtreatment?

24     A.  That's a theoretical possibility.

1      Q.   Is it fair to say the normal ranges for

2   biomechanical tests are often based on the 95 percent

3   confidence intervals in a normal healthy population,

4   that is, although everyone is healthy by convention,

5   values outside of the 2.5 percent lower and upper

6   extremes are considered to be abnormal?

7      A.   That is the standard practice in biochemistry.

8      Q.   It is fair to say that ordering six blood tests

9   in a normal, healthy individual yields only a 74 percent

10   chance that all six tests will be normal?  In other

11   words, there is a 26 percent chance that one or more may

12   be abnormal; is that true?

13      A.   On the condition, and you are not expressing the

14   circumstances properly.  Excuse me.  If the tests are

15   independent, you are correct; but oftentimes when for

16   example the doctor wants to diagnose a liver disease,

17   the doctor will select six related liver tests and under

18   those circumstances the calculation is not correct.  It

19   is an exaggeration.

20      Q.   With respect to independent tests, when ordering

21   twelve tests in a normal person, there is a 54 percent

22   chance that all twelve will be normal and a 46 percent

23   chance that one or more will be abnormal.  Is that true?

24      A.   Theoretically, that's true but I don't know of

1  any physicians who will prescribe twelve independent

2  tests.  Because you are always focused on something that

3  is relevant to the patient's circumstances and it could

4  be, you know, it PFOA exposure or it could be let's say

5  yellow sclera that would indicate a liver problem.

6      Q.  Do you know how many independent tests Doctor

7  Ducatman is recommending as part of his medical

8  monitoring program?

9      A.  I have not counted them but I think from my

10  reading he has selected an appropriate selection of

11  tests.

12      Q.  Do you know whether it is more than twelve or

13  less than twelve?

14      A.  I don't remember.

15      Q.  Is it fair to say that simply ordering tests in

16  healthy individuals or in the absence of clinical

17  suspicion of a disease may result in many false positive

18  tests that can lead to false alarms, anxiety, additional

19  testing, and possible morbidity or mortality from

20  subsequent testing or interventions?

21          MR. WHITLOCK:  Objection to the form.

22      A.  What you are saying is theoretically possible,

23  but I doubt that it is likely in this case.

24      Q.  Do you agree that some false positive tests can

 1    be in excess of fifty percent such as CAT scan for

 2    sub-clinical malignancies?

 3        A.   I don't have any specific knowledge so I can't

 4    give you a proper answer.

 5        Q.   Would you agree that across the spectrum of

 6    screening tests for sub-clinical disorders, it is not

 7    uncommon for the false positive rate to be at least five

 8    percent?

 9        A.   I would think this is correct; but I don't have

10    any detailed knowledge myself.

11        Q.   Would you agree that for a screening test to be

12    more likely than not predictive, the positive predictive

13    value should be greater than 0.5 or in other words

14    greater than fifty percent?

15        A.   I can't comment on that.  I don't have any

16    specific knowledge to relate this to.

17        Q.   If we assume that the false positive rate of a

18    screening test for a sub-clinical disorder is at least

19    five percent, in order for the positive predictive value

20    to be greater than 0.5, the prevalence of the disorder

21    in the population would have to be fifty out of a

22    thousand, do you agree?

23        A.   I have not done the math in my head.  The numbers

24    seem to be okay.

Page 191

1      Q.  Among all the potential disorders you opine on in

2   your report, is there any single one of them where you

3   would expect the PFA mediated incidents to be greater

4   than 0.5 or in other words greater than fifty percent?

5      A.  I mean, fifty percent in a prevalence?

6      Q.  Yes.

7      A.  Prevalence of at least fifty percent, I don't

8   expect any of them will.

9      Q.  You are no doubt familiar with the US

10  Preventive Services Task Force; is that correct?

11     A.  Yes.  I am familiar with it; but I can't remember

12  any quotes that I can relate to.

13     Q.  Are you aware that the US Preventive Services

14  Task Force was established by a congressional mandate

15  and is comprised of an independent volunteer panel of

16  sixteen national experts in prevention and evidence

17  based medicine?

18     A.  I don't remember.  It sounds correct.

19     Q.  Is it fair to say that the task force is

20  generally considered to be a reputable and reliable part

21  of the medical community?

22     A.  I would assume so.

23     Q.  Have you ever been a member of that task force?

24     A.  No.

```
                                              Page 192
```

1          MR. WOLFF:  Mark this as Exhibit Number 13.

2          (General types of harm for consideration was

3    marked as Exhibit Number 13 for identification)

4     Q.  Exhibit 13 is an excerpt from the US Preventive

5    Services Task force Procedure Manual.  Please turn with

6    me to Page 43.  The second paragraph in Section 6.6.2

7    under the heading of General Types of Harm for

8    Consideration.  Do you see that?

9     A.  I see that.

10    Q.  Do you agree with the proposition that harms of

11   screening may include psychological harm from the

12   labeling, the harms of diagnostic studies to confirm the

13   presence of the condition, and overdiagnosis of screen

14   protected conditions?

15    A.  This is a fair statement.  I can't disagree with

16   that.

17    Q.  Do you agree with the proposition that because

18   screening and other preventive interventions are

19   implemented in asymptomatic persons with the goal of

20   preventing future disease, one should place a high

21   priority on considering the harms of overdiagnosis and

22   overtreatment whereby the preventive service has the

23   unintended consequence of creating quote, diseases,

24   close quote, that often leads to unnecessary and

1    ineffective treatment?

2       A.  Right.  You read this.  It is a fair statement.

3    It is not in my report though.

4       Q.  Do you agree with the proposition that harms of

5    early treatment and overdiagnosis may accrued a patient

6    whose condition may never have come to clinical

7    attention or for whom the arms of treatment initiated

8    prior to routine clinical protection were different or

9    occurred earlier and/or over longer period of time?  In

10   other words, these are harms of treatment that would not

11   have occurred in the absence of screening.

12      A.  These are some general statements that I can't

13   disagree with.

14      Q.  Please turn with me to Page 42.  Section 6.6.1.

15   Are you there?

16      A.  I am there.

17      Q.  Do you agree with the conceptual notion that

18   screening is intended for asymptomatic individuals in

19   order to prevent or delay future health problems?

20      A.  That is reasonably stated.  Yes.

21      Q.  Do you agree with the proposition that the burden

22   of proof, that the benefits exceed the harms prior to

23   recommending implementation of screening or other

24   preventive services is thus higher than it is for

1    diagnosis or treatment of symptomatic conditions?

2              MR. WHITLOCK:  Objection to the form.

3       A.  I think that's a reasonable statement.  All I can

4    say is, I understand and I agree.

5       Q.  Isn't one of the fundamental precepts of

6    preventive testing is that one should avoid doing more

7    harm than benefit?

8       A.  That's correct.  I agree.

9       Q.  Doesn't screening all comers in an asymptomatic

10   population mean that you increase the number of false

11   positives each of which comes with an obligation to

12   follow-up?

13             MR. WHITLOCK:  Objection to the form.

14      A.  It is a theoretical question.  I understand what

15   you are saying.  It is not related to my report, though.

16      Q.  Why not, why do you say that it is not related to

17   your report?

18      A.  Because I did not assess the proposed

19   biomonitoring program in any detail.  I just assessed

20   the general appropriateness of the proposal.

21      Q.  What's the distinction that you are drawing?  So

22   I mean, Doctor Ducatman advanced a proposed medical

23   monitoring program in his reports.  You read those

24   reports and you basically say at a high level, you are

Page 195

1    giving those recommendations your stamp of approval; is

2    that correct?

3        A.  It is a stamp of approval in general terms.  I

4    have not evaluated those in detail, because that was not

5    what I was asked to do.  It says here in the first

6    paragraph on Page 1, we have been through that, and so I

7    have not essentially dissected his proposal and applied

8    those principles.  I would assume that he did.  I think

9    you should ask Doctor Ducatman about it.

10       Q.  Let me take it from the other direction.  While

11   you did not dissect Doctor Ducatman's proposal, on the

12   other side of the coin, you, yourself, have not created

13   or proposed a particular medical monitoring program for

14   PFOA exposed populations; is that correct?

15       A.  That is correct, because I was not asked to do that.

16       Q.  At any time?

17       A.  I mean all I was asked to do is here in that

18   paragraph on Page 1.

19       Q.  I mean look, I don't want to, you know, beat

20   around the bush.  You have not done this with respect to

21   any population anywhere in the world, have you?

22       A.  Done what?

23       Q.  You have not constructed, developed, specified,

24   created a medical monitoring program for PFOA exposed

Page 196

1    individuals?

2        A.  I have not done that.

3        Q.  I thought we were communicating, I just wanted

4    to make sure?

5        A.  One thing is you know the principles.  One thing

6    you know the risk assessment and the exposure related

7    outcomes.  I didn't consider that to be my task to do.

8    That's why I am asking the way that I am.

9            MR. WHITLOCK:  Counsel, can we go off the

10   record?

11           MR. WOLFF:  Sure.

12           THE VIDEOGRAPHER:  The time is 3:34.  We are

13   off the record.

14           (Discussion off the record)

15           THE VIDEOGRAPHER:  The time is 3:40.  We are

16   back on the record.

17       Q.  Let me just see if I understand this.  Is it your

18   opinion that medical monitoring is warranted based on

19   exposure to PFOA, but that you have not specifically

20   undertaken to determine whether any particular tests or

21   diseases for which Doctor Ducatman proposes to medically

22   monitor or warranted?

23       A.  I think that is correct interpretation.

24       Q.  You prepared a case in chief, expert report in

Page 197

1    support of the plaintiffs in PFOA litigation in New

2    Hampshire; is that correct?

3        A.  I did.

4        Q.  That report is dated June 22, 2018; is that

5    correct?

6        A.  I believe that is the correct date.

7        Q.  You prepared your case in chief report for the

8    New Hampshire litigation approximately six weeks before

9    your rebuttal report in this matter; is that correct?

10       A.  That's correct.  So they are quite similar.

11       Q.  My question is, did you use your case in chief

12   report in the New Hampshire litigation as a model for

13   your rebuttal report in this matter?

14       A.  I would not say I used it as a model, but I used

15   my wordings here and there because the evidence that I

16   am relying upon is the same and may have been updated

17   with, some, you know, recent publications that came out

18   after the June date.

19       Q.  Do you agree the majority of your rebuttal report

20   in this matter is the same as your case in chief report

21   in the New Hampshire litigation?

22       A.  I have not checked to which extent they are the

23   same.  I would say they are very similar because the

24   situations are similar, but in that case there were no

1    rebuttals I needed to confront.

2        Q.  Your case in chief report in New Hampshire was

3    not prepared to rebut another expert's opinion?

4        A.  That's correct.

5        Q.  Your case in chief report in the New Hampshire

6    litigation was not prepared to support any opinion by

7    Doctor Ducatman in that matter, true?

8        A.  I don't think he was involved in that case.

9        Q.  He is not.

10       A.  Okay.  So that explains that.

11       Q.  On Pages 44 and 45 of your report in this matter,

12   you discuss diabetes; is that correct?

13       A.  That's correct.

14       Q.  Diabetes is not an endpoint that Doctor Ducatman

15   is proposing to medically monitor for, is it?

16       A.  I don't remember so; but it is worthwhile

17   considering.

18       Q.  You also discuss obesity in your report; is that

19   correct?

20       A.  That's correct.

21       Q.  At the top of Page 55, you write that monitoring

22   of body weight and BMI is essential in preventing

23   cardiovascular disease recommendations for identifying

24   subjects for possible obesity interventions have been

Page 199

1    recently published; is that correct?

2        A.   That's correct.

3        Q.   Doctor Ducatman is not proposing that obesity

4    be medically monitored as an endpoint, is he?

5        A.   I don't remember, but you will see the references

6    here are from 2018.  So maybe he did not know the

7    references at the time that he wrote this report.

8        Q.   Monitoring BMI, monitoring body weight and

9    monitoring for obesity is something that happens as a

10   matter of routine medical care, virtually any time a

11   patient walks into a clinical setting; is that true?

12       A.   I don't know because there may be people not

13   covered by this kind of service.  I can't say that this

14   is true in general.

15       Q.   I don't mean to be flippant when I say this, but

16   I must say from the moment I was born I was weighed and

17   any other time I have ever stepped in a doctor's office,

18   I am asked to takeoff my shoes by the nurse and get on

19   the scale and be weighed.  So is that your experience,

20   too?

21       A.   But I still seem to remember that Doctor Ducatman

22   said that part of the medical monitoring was for the

23   patient or the subject to step on the scale.  So he is

24   still saying this should be part of it and I agree.

1    Q.  Stepping on the scale is no different than what

2   most patients experience when they go in for a routine

3   checkup, right?

4    A.  If they do.  So I have to side with Ducatman that

5   he designed a program that I think is appropriate.  Of

6   course, height and weight is part of that.  You cannot

7   just exclude it because you think that people will go

8   for a medical checkup because they may not.

9    Q.  On Page 62, you also describe monitoring

10   procedures for bladder cancer and prostate cancer; is

11   that correct?

12    A.  Right.

13    Q.  Doctor Ducatman is not proposing medical

14   monitoring for bladder cancer or for prostate cancer, is

15   he?

16    A.  I think you are correct.  He is not.

17    Q.  Well, why didn't you limit your opinions in your

18   rebuttal report to the endpoints that Doctor Ducatman is

19   proposing to medically monitor for?

20    A.  It was because I was not asked to do that.  I

21   mean, if we were going to compare ideas and proposals

22   for medical monitoring, I would have to share the

23   references that I was familiar with and that I had

24   picked up.  Also, those after he completed his report

1    and we did not do that.  It is clear that when I refer

2    to that, let's say, Swedish study on prostate cancer, he

3    may not have picked that up.  And so we may deviate a

4    little bit.  That is only natural.

5        Q.  Just to be fair and to state the obvious, the

6    scope of your report goes beyond the scope of what

7    Doctor Ducatman is proposing to medically monitor for;

8    is that true?

9        A.  That is not correct.  My report focuses on the

10   elevated exposure and elevated risks of what they are

11   and that can of course be used as part of a discussion

12   and decision on medical monitoring but that was not my

13   task.

14       Q.  What was your task?

15       A.  To review the exposure associated risks of

16   adverse health effects.

17       Q.  Your rebuttal report was not targeted solely at

18   the defense experts opinion, was it?

19       A.  Not solely.  Because I was looking at, I think

20   you call it general causation.  It was focused on what

21   do we know about the adverse health effects.

22       Q.  A general causation analysis was really the

23   primary focus of your report?

24              MR. WHITLOCK:  Objection to form.

Page 202

1      A.  We would have to ask a counsel about that.  I was

2   given the task as described here and clearly I spent

3   more space on evaluating the strength of the evidence

4   than I did on rebutting some report.  I think I spent a

5   page on each of them.  That is really a very small

6   component.

7               MR. WOLFF:  Let's go off the record for a

8   moment.

9               THE VIDEOGRAPHER:  The time is 3:49.  Going

10  off the record.

11              (Discussion off the record)

12              THE VIDEOGRAPHER:  Back on the record.  The

13  time is 3:50.

14              MR. WOLFF:  Thank you.  I have no further

15  questions at this time.

16                   CROSS EXAMINATION

17     BY MR. WHITLOCK:

18     Q.  Doctor Grandjean, I just have one question for

19  clarification purposes.  Towards the end there of

20  Mr. Wolff's questioning, there was several questions

21  about the scope of your testimony in regards to the

22  design of Doctor Ducatman's medical monitoring program.

23  There was a question asked about your, the level of your

24  review of the tests and the record will speak for

Page 203

1    itself, but I believe disease endpoints as recommended

2    by Doctor Ducatman in his medical monitoring program.  I

3    just want to be clear, on Pages 27 through 62, I

4    believe, of your report, Section 8, which is titled

5    Adverse Health Effects at Individual Endpoints, did you

6    in that section of your report evaluate the

7    epidemiological literature along with the toxicological

8    evidence as you discussed throughout your deposition

9    today in regards to the specific disease endpoints that

10   Doctor Ducatman chose for his medical monitoring

11   program?

12             MR. WOLFF:  Objection to form.

13     A.  I believe I covered the endpoints that he

14   assessed and considered appropriate for his monitoring.

15   I think I covered all of them.

16             MR. WHITLOCK:  Thank you.  That is my only

17   question.

18             MR. WOLFF:  We are done.  Thank you.

19             THE VIDEOGRAPHER:  The time is 3:52.  We are

20   going off the record.  This is the end of today's

21   deposition of Philippe Grandjean.

22

23

24

Page 204

1              C E R T I F I C A T E

2

3

4        I, Philippe Grandjean, having read the foregoing

5    transcript of my testimony, do hereby certify under the

6    pains and penalties of perjury.  The same contains a

7    true and accurate record of my answers to the questions

8    herein set forth, together with correction pages, if

9    any, attached.

10

11        _____

12                  PHILIPPE GRANDJEAN

13

14    Subscribed and sworn to before me

15    this ____ day of _____, 2018.

16

17    _____

18                  NOTARY PUBLIC

19

20

21

22

23

24

Page 205

```
 1                    C E R T I F I C A T E
 2
      Commonwealth of Massachusetts
 3    Suffolk, ss.
 4          I, William M. Jackson, a notary public in and for
      the Commonwealth of Massachusetts, do hereby certify:
 5
            That Philippe Grandjean, the witness whose
 6    testimony is hereinbefore set forth, was duly sworn by
      me, and that such testimony is a true and correct
 7    transcription of my stenotype notes taken in the
      foregoing matter, to the best of my knowledge, skill and
 8    ability.
 9          I FURTHER CERTIFY that the foregoing transcript
      is a true and correct record of the testimony given by
10    the said witness at the time and place specified
      hereinbefore.
11
            I FURTHER CERTIFY that I am neither a relative
12    nor employee of nor counsel for any of the parties, nor
      am I financially interested directly or indirectly in
13    the outcome this action.
14          IN WITNESS WHEREOF, I have hereunto set my hand
      and Notarial Seal this 13th day of November, 2018.
15
16
17                    William M. Jackson
                      Notary Public
18
      My Notary Commission expires:  October 26, 2018.
19
                            ****
20
      THIS TRANSCRIPT IS THE WORK PRODUCT OF THE CERTIFYING
21    COURT REPORTER; REPRODUCTION AND/OR DISTRIBUTION OF ANY
      PART THEREOF IS THE SOLE AND EXCLUSIVE RIGHT OF THE
22    CERTIFYING COURT REPORTER.  THE FOREGOING CERTIFICATION
      OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
23    AND/OR DISTRIBUTION OF THE SAME BY ANY MEANS UNLESS
      UNDER THE DIRECT CONTROL AND/OR SUPERVISION OF THE
24    CERTIFYING COURT REPORTER.
```

Page 206

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS

330 OLD COUNTRY ROAD

MINEOLA, NY 11501

800.727.6396

CASE: SULLIVAN VS. SAINT-GOBAIN PERFORMANCE

DEPOSITION DATE: OCTOBER 10, 2018

DEPONENT: PHILIPPE GRANDJEAN

PAGE LINE(S)   CHANGE              REASON

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____

PHILIPPE GRANDJEAN

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, 20___.

_____        _____

(NOTARY PUBLIC)             MY COMMISSION EXPIRES:

| & | | | |
|---|---|---|---|

**&**   2:6

**0**

**0.05**   59:11
**0.1**   76:24 77:4
   78:14 79:20
**0.5**   190:13,20
   191:4
**00125**   4:13
**0125**   1:4

**1**

**1**   3:10 4:9 7:4,5,7
   7:8,20 9:1 49:3,5
   49:15 79:4 95:23
   121:3 126:12
   134:14,19 138:2,8
   172:5 195:6,18
**1-22-10**   3:14
**10**   1:18 3:19 4:3
   77:21 121:5,6,8
   161:15 164:19
   206:4
**10.1**   62:21
**10.1.**   62:23
**10036**   2:19
**107**   3:14
**109**   3:15
**1095**   2:18
**10:10**   46:20
**10:11**   46:24
**10:12**   47:8
**10:22**   47:12
**11**   3:20 87:10,15
   163:3,5,6
**114**   3:16
**115**   3:17
**11501**   206:2
**116**   3:18
**118**   3:19

**11:12**   80:11
**11:13**   80:15
**11:42**   99:9
**11:53**   99:13
**12**   3:21 167:17,19
   167:20
**12:36**   125:9
**13**   3:22 22:24
   100:22 192:1,3,4
**13th**   205:14
**14**   56:18 95:22
   101:18
**140**   152:15
**1434**   119:9
**1438**   123:8
**15**   87:15
**159**   3:20
**16**   47:13 48:7
**163**   3:21
**17456**   205:16
**177**   117:3
**18**   22:3 33:16,18
   106:12,20 107:8
**187**   3:22
**19**   30:1 84:11
   87:16
**197**   3:6
**1970s**   41:13 45:22
**1974**   39:3
**1978**   39:20 41:3
**1979**   39:20 40:14
   41:3,4,21
**1998**   115:4
**1999**   163:20 164:3
   164:13 165:5
**1:29**   126:4

**2**

**2**   3:11 9:20,22,23
   10:1 111:15,17
   134:15,19 138:5,8
   138:8,20,21,22

**139**:4,6,10,14,24
**2.08**   163:14 164:7
**2.1**   77:23 78:3
   80:7 161:19,22
   162:8 163:16
   164:10,15
**2.1.**   162:12
**2.5**   188:5
**20**   206:22
**200**   10:12
**2000**   164:3,13
   165:6
**2005**   111:17,24
**2007**   163:23
**2008**   26:22 163:23
**2010**   109:20,22
   119:5 122:19
   123:7 163:20
**2011**   77:24 112:17
   163:10 164:6
**2012**   77:24 106:18
   107:12 123:6
   163:10 164:6
**2013**   79:2
**2015**   3:13 69:16,18
   70:18 111:15
   163:7
**2017**   167:21 168:5
   168:10
**2018**   1:18 4:3 7:8
   10:2 70:19,23
   111:11 197:4
   199:6 204:15
   205:14,18 206:4
**206**   2:8
**21**   2:8 10:4,6 30:4
   30:23 31:5,6
**212**   2:20
**22**   32:8 52:22 96:8
   109:20,22 197:4

**23**   47:14
**24.8**   37:7,11
**25**   15:16 138:2,5
   138:16
**26**   47:14 139:19
   140:1 188:11
   205:18
**265**   162:23
**27**   88:20,22 133:18
   150:20 151:3
   168:9 169:8 203:3
**277**   49:5,5
**28**   10:2 62:17
   158:18 168:4
**28801**   2:9
**29**   120:11 121:11
**2:45**   173:4
**2:56**   173:8

**3**

**3**   3:12 7:22 32:17
   32:19,21 33:1
   110:14 111:22
   131:16
**305**   62:18
**305.1**   37:8,16
**31**   3:12 138:3,6,17
   140:1
**32**   50:17 171:17
**330**   206:2
**336**   163:18
**338**   163:9
**34**   160:3
**36**   33:15,17,18
**37**   10:3,6
**39**   10:3
**3:34**   196:12
**3:40**   196:15
**3:49**   202:9
**3:50**   202:13
**3:52**   203:19

**3a** 131:12

**4**

**4** 3:13 69:15,17,18
83:12 84:5 87:11
111:1 118:18,20
**42** 193:14
**43** 192:6
**44** 198:11
**45** 198:11
**46** 188:22

**5**

**5** 3:5,14 8:8
109:19,21,22
110:3
**5.1** 166:20
**5.2** 165:20
**5.21** 164:3,14
165:6
**516** 4:13
**54** 188:21
**55** 15:14 198:21
**59** 20:19 22:24
**5:16** 1:4

**6**

**6** 3:10,15 76:6
111:14,16,17
**6.6.1.** 193:14
**6.6.2** 192:6
**61** 15:17
**62** 133:18 150:21
151:3 200:9 203:3
**622-0044** 2:10
**63** 74:22
**65** 135:14 136:17
**68** 3:13
**69** 14:14
**698-3647** 2:20

**7**

**7** 3:16 116:12,14
116:16
**70** 47:14 75:12
84:19 138:4 152:9
**71** 8:15
**72** 45:1
**74** 188:9
**75** 56:23

**8**

**8** 3:17 20:19 88:21
118:7,8,10 203:4
**8-2-15** 3:15
**80** 30:19
**800** 1:17 4:15
**800.727.6396**
206:3
**828** 2:10

**9**

**9** 3:11,18 8:16
36:24 119:1,2,4
122:23 123:7
**95** 59:11 168:16
171:19 177:3
188:2

**a**

**a.m.** 1:19 4:3
46:24 47:12
**abbreviations**
44:24
**ability** 70:8 205:8
**able** 50:6 98:7
100:21 177:16
**abnormal** 45:8,9
157:17 160:18
185:11 188:6,12
188:23
**abnormalities**
149:3

**abnormality** 184:5
**absence** 189:16
193:11
**absent** 36:8
**absolute** 64:11,13
64:15
**absolutely** 11:18
75:6
**absorption** 68:10
**academic** 108:11
110:8
**accept** 185:4
**accepted** 51:7
98:11 108:20
**access** 8:4 51:5
151:8
**accessible** 151:10
**accomplish** 29:13
**account** 28:9
81:18 92:15 99:21
125:4 171:1
175:13
**accrued** 193:5
**accumulate**
130:23
**accumulation**
61:16 161:17
**accumulations**
61:11
**accuracy** 5:24
**accurate** 5:18,21
30:17 204:7
**accustomed** 112:4
**achieve** 56:15
96:20 97:19,21
108:17
**achieved** 31:12
97:2
**acid** 130:21
**acidity** 130:17

**acids** 130:17,23
**acknowledged**
48:9
**action** 1:4 4:20
70:5 205:13
**actionable** 172:20
**activate** 70:8
**activated** 12:20
14:7 19:4 35:21
70:9 156:13
**activity** 134:1
144:9
**actual** 61:17 64:14
82:22 91:17
154:21 185:16
**ad** 27:15,16,20
28:6,11
**adaptive** 121:13
**addition** 55:21
169:23 181:1
**additional** 96:2
186:13,17 189:18
**addressed** 126:15
**addresses** 32:10
**addressing** 14:15
126:20
**adds** 152:5
**adjunct** 49:16,19
50:1,2,6,8,13,14
51:7,12,14
**adjust** 132:11
**adjusted** 66:4
87:23 123:4
**administer** 4:19
**administrative**
51:19,20 81:6
**admit** 27:1
**admonished** 110:5
**adopt** 85:21
**adults** 115:13

**advanced** 6:13,19
53:21 54:2,8 59:9
194:22
**advancing** 54:16
120:4 121:20
**advantageous**
129:20
**advantages** 181:2
**adverse** 20:6
81:22,22 82:17
88:3 113:7 118:11
128:23 149:24
150:2,12,14
158:21 170:4
171:23 172:11
180:22 182:19
201:16,21 203:5
**adversely** 118:21
**advised** 81:9
**advisories** 114:24
115:5
**advisory** 75:11,15
75:20 85:7,14
**affect** 19:11 20:13
20:16,16 81:23
82:17 86:12
118:21 123:3
131:3 134:2,5
**affiliation** 50:14
**affiliations** 4:23
**afternoon** 126:1
**age** 15:1 133:21
134:9 139:17,21
140:8 142:11,14
148:4,11 149:12
156:3
**agencies** 72:16
81:9 83:18 84:8
84:16,23 85:21
89:19 95:20 98:10
136:19 157:1

**agency** 69:8 73:3
74:12 83:9 137:2
**agenda** 29:13
**agent** 65:22 147:5
147:23 149:6
**agents** 63:24
143:18 145:13
**ages** 14:22 17:7,9
**aggressive** 179:17
**ago** 21:14 33:2
39:21,22 40:22
41:18 45:19,21
66:3 172:8
**agree** 4:8 5:13
6:12,18 10:16,22
11:10 13:23 16:6
16:10 18:14 23:4
23:13,22 24:9,10
24:19 25:6,12,15
26:13,16 28:5
29:21,24 52:8,14
54:22 56:10 57:14
57:18,19,24 58:14
59:7 65:7 66:17
66:19 67:5 68:4
68:15,19,23 69:3
70:14 72:2 76:21
83:6 91:15,19
94:8 100:2 103:14
113:15 126:10
128:15,22 129:3,4
130:22 133:16,24
134:7,12 143:15
157:24 168:20,21
170:8,9,22,24
171:2 172:4 176:9
178:1 180:10,14
180:23 181:3,7,13
181:17 185:6,15
189:24 190:5,11
190:22 192:10,17

193:4,17,21 194:4
194:8 197:19
199:24
**agreed** 107:3
109:4,7,11 182:8
**agreement** 9:9
15:22 52:21
106:22
**agrees** 10:20
**ailments** 101:10
**aim** 108:5,14
179:1,7
**aiming** 176:9
**aims** 53:11
**al** 1:6 4:11
**alarm** 184:7
186:17
**alarms** 189:18
**albumin** 182:10
**alcohol** 19:22
132:21
**alcoholism** 20:4
**alkolene** 182:10
**allegations** 99:15
**allow** 46:17 73:14
98:2
**alpha** 70:9,9,10
**alteration** 156:22
160:11
**alternative** 103:7
**ambiguous** 16:15
17:1 48:5 72:6
**ambition** 29:18
**america** 138:13
**american** 55:18,22
79:21 122:15
160:8
**americans** 77:19
122:18 164:12
165:4,14

**americas** 2:18
**amount** 13:20
16:4 22:5 29:21
62:4 66:9 117:4
155:17,18 156:18
**amounts** 10:17
131:16 132:21
155:22 165:9
**analysis** 91:3,24
112:2,10 126:14
142:1,2 144:24
145:5,10 201:22
**analytic** 183:20
**analyze** 162:16
**analyzed** 6:5
**anatomy** 68:10
**androgen** 148:16
**animal** 68:1,2,15
68:20 81:15
**animals** 68:6,16
70:3,6,7 81:19
**answer** 12:24 13:1
15:4 17:18 19:6
19:13,20 20:1,2,23
21:2 22:20 23:4
25:11,24 28:8
29:16 35:23,24
36:1 38:11 39:16
45:6 46:5,18
53:18 64:21 71:22
72:21 85:23 91:14
98:12 102:8
105:13 106:2,7
132:18 133:15
136:3,12 137:5,23
137:24 141:5,6,14
141:16,17 147:24
148:4 152:12,13
152:17,19 153:11
155:5 156:7,20
160:1 166:10

182:13 190:4
**answered** 28:2
  36:21 50:11 92:8
  94:22 151:6 155:4
**answers** 36:12,18
  204:7
**antibodies** 119:6
  119:21 120:13,13
  120:20 122:20
  124:19 159:19
  161:8
**antibody** 76:4
  114:12 128:15
  161:2,6
**anxiety** 189:18
**anybody** 164:9
  165:19 169:19
**anymore** 13:16
**anyway** 147:18
**apologize** 161:13
**apparently** 25:19
  184:15
**appear** 52:24
  100:17
**appearances** 2:2
  4:23
**appearing** 185:11
**appears** 56:2
  87:14 119:23
**appendectomy**
  71:15
**appendicitis** 74:16
**applicable** 1:13
  102:1,5,12
**application** 74:17
**applications**
  117:13
**applied** 54:20
  81:14,15 83:20
  84:8,23 91:8
  96:10 181:22

195:7
**applies** 14:12
**apply** 74:10 81:18
  89:8,20 91:10
  94:6,17 96:12
  103:4 108:11
  205:22
**appreciate** 47:6
  112:3 153:18
**approach** 55:14
  83:14,16,17,23
  87:5
**approaches** 21:24
  85:3
**appropriate** 8:13
  52:23 54:7,9,12,14
  54:19 77:8 98:16
  99:2 102:19
  189:10 200:5
  203:14
**appropriateness**
  194:20
**approval** 195:1,3
**approve** 6:23,23
**approved** 153:5
**approximate** 76:9
  134:18 138:7
**approximately**
  76:15 197:8
**archipelago**
  114:16
**area** 17:20 18:1,7
  24:22 57:16 61:19
  62:20 145:23
  153:13
**areas** 11:21 12:1
  16:2
**argued** 167:5
**arguing** 172:16
**arizona** 166:22

**arms** 193:7
**arrived** 76:2
**arriving** 24:4
**article** 55:17,22
  123:6
**articles** 30:3,6,12
  114:11
**asbestos** 104:3,7
  104:16
**ascertaining** 93:23
**asheville** 2:9
**ashton** 4:16
**asked** 7:11,15 9:4
  20:22 28:1 34:4
  35:4 36:20 43:16
  44:6 48:15 50:10
  92:7 94:21 126:18
  150:6 151:5
  166:14 177:16
  182:9 195:5,15,17
  199:18 200:20
  202:23
**asking** 10:10,13
  12:9 15:24 79:11
  80:1 104:10,13
  113:8 123:20
  136:11 141:2,12
  149:19 153:7,7,9
  154:8 162:10
  196:8
**aspect** 91:11 172:8
**aspects** 87:9
  142:23 144:9
  169:22
**assert** 8:16 30:2,5
**assertions** 47:20
**assess** 24:2 26:14
  53:20 54:1,7,15,19
  85:9,15 102:15
  104:10 108:2
  123:12 145:2

158:10 194:18
**assessed** 24:10
  58:8 194:19
  203:14
**assesses** 97:5,6
**assessing** 54:23
  101:21 103:2,6
  107:24 175:10,24
  176:12 177:18
  181:23
**assessment** 55:14
  55:23 80:23 82:2
  83:7,20 84:22
  85:2 89:10 94:6
  103:10 126:10
  135:13 183:3,6,7,7
  183:16 196:6
**assessments** 55:11
  74:24 81:11 82:10
  82:20 83:2 85:5
**assign** 87:18 88:13
  90:5 93:19 101:4
**assigning** 89:12
  93:11
**associate** 61:7
**associated** 7:16
  20:6 42:1 73:16
  75:7 102:10
  103:13 108:7
  117:21 119:20
  124:18,19,21
  127:5,11,17,20,24
  128:6,10 155:6,13
  158:13 201:15
**association** 57:11
  57:16,21 58:1,10
  58:15,17 64:4
  76:3 92:9,11 93:1
  93:4 103:8 121:12
  122:5 123:4,17,24
  124:1 151:13

**associations** 92:20 101:5 114:11

**assume** 11:23 20:4 75:5 134:13 135:14 136:17,19 138:1,19 140:7,20 141:16 142:6 144:1 145:16 147:12 148:6 151:24 162:14 185:22 186:14,16 190:17 191:22 195:8

**assuming** 11:7 155:13

**assumption** 20:8 71:9 74:23 75:2,9 141:11

**assumptions** 82:9 82:19 83:1 136:2 136:11,14 141:3

**asthma** 101:14 114:13

**astronomy** 24:14

**asymptomatic** 174:3,9,17 175:4 175:11,16 176:1 176:13,18 177:19 192:19 193:18 194:9

**atlanta** 69:14

**atlantic** 114:17 129:15

**atsdc** 169:10

**atsdr** 69:4,7,10,16 69:18 70:19,21 84:23 85:4,14 95:17 151:11 167:20 168:5,11 170:1,14 171:19 173:1

**atsdr's** 88:10 167:23

**attached** 48:23 204:9

**attack** 28:11

**attacking** 27:23

**attacks** 27:21

**attempt** 47:4 88:4

**attempts** 6:13,18 52:20 68:5 186:13

**attend** 51:17

**attention** 193:7

**attributable** 101:1 122:20

**attribute** 27:22

**attributed** 135:1 149:15

**attributing** 113:15

**audio** 4:7

**audit** 95:11,18

**august** 3:13 7:8 69:16,18 111:15 111:17,24 121:3

**author** 28:23 31:3 48:19 116:23 119:5,5

**authored** 7:13

**authorities** 169:3

**authority** 26:21 116:23

**authorized** 4:19

**authors** 95:5 118:15

**auto** 31:3,9,23 32:5

**available** 24:3,19 24:24 25:3 26:15 42:15,22,24 43:4 46:6,12,17 95:6,7 102:16 116:17 144:24 145:3

158:19 167:22 181:11,21

**avenue** 2:8,18

**average** 10:17 13:12,14,21 35:13 37:12,17 62:9,10 76:21 115:12 118:3 160:8 170:10

**avoid** 11:6,16 26:8 187:8 194:6

**avoided** 87:23

**aware** 9:10 32:13 36:11,16 107:3 109:6,13 110:4,11 110:15,22 111:2,7 111:23 112:10,13 112:16 127:14,19 127:21 131:10,23 133:2,8,12 145:22 162:18 191:13

**axiom** 73:18

**b**

**b** 3:8 140:8 144:1 144:12 161:7

**back** 9:18 27:3,4 40:14 41:2,21 46:23 47:11 63:10 80:14 99:12 126:3 146:9 150:5 173:7 196:16 202:12

**background** 14:17 77:13,21 79:19 133:17,20,23 134:2,6,10 151:23 160:6 161:17 164:14 165:6,17

**baked** 175:2

**ballpark** 104:20

**base** 89:6

**based** 11:23 14:8 24:11 30:10 32:11 32:18,22 33:14 42:6 50:22 76:2 77:23 96:10,13 102:13,16 103:23 104:6,15 106:15 107:9 114:14 115:15,23 116:2,5 116:8 120:8 122:11 123:24 135:12 141:16,23 155:24 168:17 179:20 188:2 191:17 196:15

**basic** 71:23 72:12

**basically** 22:4 194:24

**basis** 8:17 89:5 106:15 137:3 141:23

**baton** 21:23

**battery** 2:8 158:9

**beat** 195:19

**beginning** 10:3 15:15 33:16 131:14

**begins** 148:20

**behalf** 1:6,12 5:3,6 26:20 27:12 169:17

**behavioral** 156:1

**beings** 33:20,21,22 85:10 98:3

**believe** 6:3 22:9 26:22 28:15 33:2 33:9 40:20 42:12 47:17 58:23 85:6 85:12,19 87:6 88:15 97:1 101:7 102:23 103:3

111:21 116:10
129:22 130:2
131:1 143:3,10
145:15 149:7
180:7,9 187:6
197:6 203:1,4,13
**believed** 26:18
27:7
**beneficial** 96:11
97:2 181:12
**benefit** 174:22,23
175:6 176:23
179:9 194:7
**benefited** 8:3
**benefits** 175:12
180:15 193:22
**bennington** 7:18
7:19 37:2,13,18
46:2 62:20 156:12
161:16,21 162:5
166:6 174:14
**bert** 2:15 4:24
47:1
**best** 108:18 117:5
156:7 205:7
**beta** 123:10 125:2
**better** 73:18 74:3
74:16 172:24
**beyond** 128:24
129:2,3,24 157:22
182:8 201:6
**bias** 57:22 58:2,14
58:21 86:2,3,6,12
87:22 103:8,9
**biased** 87:3
**biases** 101:20
**big** 142:17
**biochemical**
156:22 157:7
**biochemistry**
68:10 188:7

**biologic** 65:7
**biological** 65:3,5
65:11 90:2 100:2
100:14
**biologically** 65:4
**biomarker** 160:11
**biomarkers**
168:13,22,24
169:1
**biomechanical**
146:3 157:17
188:2
**biomonitoring**
172:17 194:19
**biopsy** 158:8,12
180:18
**birth** 120:12,19
128:24 129:2,3
**bit** 13:17 52:5 68:1
69:4,5 71:5 73:5
153:19 162:3
201:4
**bladder** 101:11
200:10,14
**blame** 27:18
**blaming** 27:18
**blessing** 66:5
**blinded** 97:11
**blinding** 150:4
**blindness** 53:4
**block** 157:23
**blocking** 53:11
**blood** 15:9 16:8,22
17:24 18:5,11,16
22:13 23:15 37:1
37:6 42:21 46:7
61:9,12,21 62:12
62:16 63:1 76:16
77:19,22 78:2,13
78:23 79:12,19
131:16,17,17

138:14 156:6
161:23 162:9,16
162:19 163:4,6
164:10 165:21
166:7,21 168:14
168:15 169:2,4,10
169:12,14 170:3
170:15 171:21,22
171:24 173:15
188:8
**blown** 179:3
**blubber** 114:21
115:3,7 116:1
117:9 118:2,21
119:12
**bmi** 21:2 138:2,5
138:14,17 140:1,4
140:9 198:22
199:8
**board** 38:4 42:10
42:12,16 124:8
**bodies** 85:8,14
**body** 17:17 20:10
20:10,13,15 21:1,1
63:21 103:14
105:1,11,17,24
106:5 114:13
130:22 156:15
161:17 198:22
199:8
**boiling** 11:5
**bold** 118:20
**bolded** 118:18
**book** 55:21
**born** 199:16
**boston** 1:17 4:15
21:24
**bottled** 10:24 11:3
11:12,20 12:21
13:6,10,24 14:5
19:3 35:20

**bottom** 15:16
36:24 52:22 84:5
111:1 119:9
164:19
**boylston** 1:17 4:15
**brackets** 47:19
**break** 47:7,10
99:11 125:11
173:2,6,9
**breast** 114:13
184:22 185:15
**briefly** 15:21
162:17
**bryant** 2:17
**build** 63:21
**bullet** 8:12 69:23
**bun** 182:10
**burden** 156:15
193:21
**bush** 195:20

**c**

**c** 120:11,16 140:8
145:16 204:1,1
205:1,1
**c8** 106:9 107:4
109:13,24 110:16
111:2,18,19,24
112:16 113:2
**calabrese** 30:11
31:12
**calabrese's** 30:5
30:24
**calculate** 79:3
82:3
**calculated** 32:4
79:14 80:22 82:11
**calculation** 154:9
188:18
**calculations** 76:19
124:6 149:21
152:13 153:15

[calculations - chancellor's]                                    Page 7

154:6
**california**  166:21
**call**  25:17 28:11
66:8 80:8 87:2
100:19 140:7
143:14 159:11
184:8 201:20
**called**  1:12 5:6
21:21 31:8,18
109:6 113:5 144:5
162:1
**calls**  12:23 33:14
36:14 46:11 102:7
137:10 154:2,16
**calorie**  22:1
**cancer**  14:23
15:11 66:18,21,24
101:11,11,12,12
103:20,24 105:1,2
105:5,8,11,12,17
105:18,24 106:5
132:1 133:4
134:18,24 135:15
135:18 136:1,5
140:13,14 147:13
147:14,16,18
148:3,7,8,10 149:4
149:14 160:17,23
175:18,19 179:4,6
179:9,14,20,23
184:19,22 185:8
185:15 186:10,13
200:10,10,14,14
201:2
**cancerous**  185:11
**cancers**  179:10,17
**capable**  65:20
177:6
**carbon**  14:8 19:4
156:13

**carcinogenicity**
85:9
**cardiovascular**
198:23
**care**  29:14 46:8,15
199:10
**careful**  180:11
**carnitine**  130:15
130:17 131:7
**carolina**  2:9
**carrying**  15:16
**carryover**  30:5
**case**  9:5 29:2
30:17 31:10 34:17
34:18,21 35:2,7
54:14,16,21 62:15
63:14 66:15 67:11
74:19 80:5,6,16
91:12 97:3,24
98:24 99:14 120:4
124:18 139:3
162:1 165:16
166:11 181:7
185:23 189:23
196:24 197:7,11
197:20,24 198:2,5
198:8 206:4
**cases**  91:19 127:6
127:12,14,22,24
128:6 131:8 135:1
174:21 176:22
184:16
**cast**  27:11
**cat**  190:1
**catch**  176:22
179:6
**categories**  57:24
**caught**  176:23
186:18
**causal**  58:7,11
71:18 72:4 103:2

108:1,2,14 159:11
159:14
**causality**  84:6,21
**causation**  32:11
57:12,15 59:16
65:8,10,12 67:6
71:10,11,15 83:4,7
83:10 97:19 98:17
99:3 103:6 109:16
110:7,17 112:10
113:6,15 132:10
139:3 140:5
142:24 201:20,22
**causative**  142:7
143:6,8 144:11,18
145:17,24 146:12
147:4,13,22 149:5
**cause**  59:2 66:17
132:1,4,6,16 133:4
133:10,14 135:24
135:24 136:4
137:16,16,22
139:9,9,14,24
146:21,23 147:2
149:2,3 150:1,13
159:3 184:20
185:9
**caused**  67:2,8
168:14
**causes**  135:17,21
136:23 137:8,18
138:22 139:6,12
139:13 143:19
145:14 160:23
179:5
**causing**  65:21
147:21 185:5
**caution**  68:6 71:24
72:11,17
**caveats**  157:15

**cdc**  69:18 70:2,21
168:5,11 169:10
170:1,14 171:15
171:19 172:21,22
179:23
**cdcs**  167:21
**cell**  4:5 134:18,24
135:15 161:7,7,8
**cellphones**  4:6
**cells**  148:22
160:18 185:11
**cellular**  68:10
**centers**  69:10
169:17
**certain**  7:13 29:21
66:15 80:20 97:16
109:8
**certainly**  9:7
60:17 81:9 90:24
97:3 126:24
130:20 135:5
137:12 145:20,22
159:5 180:13
182:19 186:23
**certification**
205:22
**certifications**  38:7
38:13,14
**certified**  38:4
**certify**  204:5
205:4,9,11
**certifying**  205:20
205:22,24
**chairman**  50:18
**challenge**  113:17
113:19 126:19
**chance**  57:22 58:2
103:8 188:10,11
188:22,23
**chancellor's**  51:2

**change** 24:15
  206:6
**changed** 61:5
  75:18
**changes** 112:14
**changing** 142:21
**chapter** 3:16
  116:13,16,23
**character** 27:21
**characteristics**
  140:19,22
**characterize** 82:20
  83:2
**characterized**
  115:6,9
**charcoal** 12:21
  35:21
**charge** 36:9,22
  43:21
**check** 48:16
**checked** 32:4,7
  45:23 46:15
  197:22
**checkup** 200:3,8
**chemical** 34:9
  67:14,21 72:3
  74:23 75:2,8
  97:20 98:18 99:4
  100:2,4 113:16
  115:23 143:18
  145:13 146:4
**chemicals** 33:21
  53:12 55:5 68:12
  100:4 113:18,21
  114:7 115:16,19
  117:13,21 122:2
  123:15 147:21
  162:24 163:8
**chernobel** 146:17
**chernobyl** 145:23

**cherry** 25:6,12,17
**chief** 42:17 196:24
  197:7,11,20 198:2
  198:5
**child** 74:15 157:12
**children** 118:11
  118:22 119:7
  121:19 127:6,12
  127:18 128:1,7,11
  128:16 131:18
**chose** 50:12,13
  203:10
**chosen** 107:16
**chronic** 81:24
**cigarette** 66:17,20
  66:23 67:1,3
  103:20,24 104:24
  105:10,16,23
  106:4 132:13,16
  132:22 134:16
  135:16
**cigarettes** 132:21
**circumstances**
  27:8 83:8 98:23
  98:24 132:8
  149:12 164:24
  165:24,24 167:10
  177:14 182:20
  186:8 188:14,18
  189:3
**cirrhosis** 132:13
  132:16,23
**citation** 31:3 32:6
  137:3
**citations** 31:9,13
  31:20,21,22,23
  47:19 49:6
**cite** 26:22 32:1,9
  33:3,10 47:20,24
  48:16 114:10
  150:20 151:3

**cited** 31:1 49:4
  88:23 136:20
  137:2
**cites** 31:3
**citing** 55:7
**city** 39:7
**civil** 1:4,14 102:9
**claim** 66:8
**claimed** 37:23
  129:18
**clarification**
  202:19
**clarified** 108:4
**clarify** 63:8 71:16
  73:9
**class** 1:6 36:6,8
  80:8 100:4 151:24
  153:5,8 155:15,16
  162:2 164:9,20
**classic** 65:24
**classification** 80:7
**clear** 3:12 10:10
  32:18,21 48:12
  79:17 141:20
  145:9 154:21
  167:24 201:1
  203:3
**clearing** 186:1
**clearly** 91:11 93:5
  108:7 152:5
  156:20 187:5,8
  202:2
**climate** 24:15
**clinical** 21:22 39:8
  39:14 40:7,12,24
  41:7,9,13,17 42:3
  43:5,10,17 44:2,9
  71:10,14 74:11,14
  82:22 96:19 97:6
  97:9 108:21 142:3
  150:2,3,6,14

**156:23 157:19,21
  157:22,23 158:9
  160:12,13 167:1
  177:21 179:3
  184:2,9 185:1
  189:16 190:2,6,18
  193:6,8 199:11
**clinically** 157:8
  172:20
**clinicians** 167:22
  168:5,11
**close** 53:13 106:17
  107:11 110:18
  112:8,18 135:5
  159:5,7,16 192:24
**closely** 124:21
**coffee** 11:19 14:6
**cogitated** 94:5
**cohort** 49:24 51:5
  118:10 120:12,19
**coin** 195:12
**colds** 127:18
  128:11
**colitis** 101:13
  140:12 142:7,8
  143:19
**collaborated**
  116:24
**colleagues** 40:18
  53:3 95:18
**collected** 111:12
**collects** 162:22
**column** 69:23
  119:9 123:8
**combination** 11:1
  11:13
**combinations**
  114:7
**come** 30:21 31:14
  31:16 54:13 193:6

comers 194:9
comes 12:6 29:22
67:11 75:3 103:1
122:6 166:2 187:5
194:11
comfortable 105:4
coming 78:15
commencing 1:18
comment 14:5
150:16 167:4
178:2 190:15
commission 73:2
205:18 206:24
commit 174:3
committee 29:10
common 29:19
74:23 144:15
147:15 175:17
commonly 83:17
commonwealth
1:16 205:2,4
communicating
196:3
communities
100:23
community 12:8
12:12 13:11 14:13
79:17 80:17
106:24 191:21
comparative
100:20
comparatively
115:11
compare 9:8 78:10
104:23 105:9,15
105:22 106:3
200:21
compared 78:9
137:4 178:5,12,16
comparison 64:12
77:11,12 154:8

complete 39:3
139:18 151:7
171:14
completed 200:24
completely 11:6
11:16 82:17 167:3
167:9
complex 33:22
complicated
179:15
complies 20:21
component 137:13
143:3 144:8
156:14 181:18
202:6
components 118:3
178:10
compound 22:19
28:2 44:3 79:6
121:23
compounds 123:5
146:4
comprised 191:15
concentration
61:3,4,7,13,23
62:3 63:10,18
100:9 122:20
138:15 151:21
155:11 156:6
161:2 165:14
170:3
concentrations
18:18 37:1 61:10
76:4,7,8 79:16
81:2,4 114:12
119:6,21 120:8,13
120:19 122:17
144:7,16 159:19
165:10 166:16
168:14 169:11,12
169:14 170:15

concept 56:23
57:2
concepts 57:15
conceptual 193:17
conceptually
173:19
concern 74:23
concerned 5:18
concerning 8:9
99:18 118:11
concerns 120:5
conclude 63:11
67:1 160:4
concluded 102:18
119:19
conclusion 24:4
36:15 86:15 89:4
95:1,2 96:2 102:8
124:22 154:3,17
conclusions 6:6
25:5,19 26:3,14
27:11 86:22 95:4
100:21 101:21
103:5 106:13
concur 8:9
condition 58:13
67:7,8 103:14
131:18 188:13
192:13 193:6
conditions 22:17
23:3 63:4 109:9
156:1 192:14
194:1
conduct 96:19
106:23 145:5
conducted 105:21
145:1 174:21
conducting 85:4
86:23 150:7 183:2
183:15

conducts 162:18
confers 116:2,5,8
confidence 59:12
177:4 188:3
confined 172:15
confirm 192:12
confirmation 86:2
86:3,6,12
confirmed 112:7
confirms 168:15
169:2 171:22
184:5
conflict 28:16 29:1
29:3,5,8,15
conflicts 28:12,13
conform 85:3
86:23
conformity 124:2
conforms 86:8
confounder
123:16,23 124:22
124:23 133:1
confounders 58:19
confounding
57:22 58:2,14
103:8,9 120:9
124:17 132:12
confront 198:1
confronted 28:10
confused 183:5
confusing 28:3
congeners 124:4,7
congressional
191:14
conjecture 56:5
connection 15:3
39:10,18 107:18
107:23
consensus 95:21
consequence
185:4 187:13

192:23
**consequences**
182:5,16
**conservative**
103:1
**consider**  25:4,5
34:9 58:12 59:1
66:10,20 78:13,22
79:12 81:5 87:11
87:20 91:22 94:9
95:5 113:22
132:11 160:13,14
161:5 176:22
177:20 180:13
181:4,24 196:7
**considerable**  16:4
18:4,15 19:14,19
22:12,20 23:14
**consideration**
24:21 91:13
113:12 176:17
180:24 192:2,8
**considerations**
167:6
**considered**  9:16
15:1 24:7,20
26:23 29:10,11
52:23 81:16 90:10
93:12 94:3 113:13
165:8 180:19
182:21 185:16
188:6 191:20
203:14
**considering**  34:8
64:18 101:20
192:21 198:17
**considers**  67:13,20
**constitute**  106:14
157:17
**constitution**  158:4

**constraints**  177:9
**constructed**
195:23
**consumed**  35:21
63:9 117:5 155:19
155:23
**consumer**  122:7
**consuming**  76:16
**consumption**
18:13 35:13 36:5
36:7 115:6 117:22
155:8,10
**contain**  153:13
**containing**  151:16
152:9,15 153:21
154:11,13,24
**contains**  47:18
49:4 163:6,9,19
167:23 204:6
**contaminants**
118:13,21 123:9
**contaminated**
77:14 80:6 165:11
**contamination**
7:17 78:12,18
119:12 172:15
175:22
**contend**  48:2 49:7
55:24
**context**  14:15 71:8
81:11 108:16,17
181:7 184:2,9
**continually**  26:14
**continue**  4:8 73:15
176:17
**continues**  115:6
**continuing**  117:8
167:21
**continuum**  13:20
**contract**  161:3

**contrast**  104:23
105:9,15,22 106:3
**contrasts**  112:24
**contribute**  133:22
143:17
**contributed**  89:5
139:5 151:12
**contribution**
78:14 115:14
116:11
**contributions**  95:8
**control**  69:11
96:19 97:10 112:6
124:4,14 125:1
131:6 150:5
169:18 205:23
**controlled**  21:22
150:4
**controls**  97:11,11
**convention**  188:4
**conversations**  4:5
**convinced**  91:17
**convincing**  57:5,5
**convincingly**
167:6
**convoluted**  17:2
**cook**  13:4,5
**cooking**  11:8,9
12:14
**copd**  136:18,23
137:9,17,21
**copy**  3:13 7:7 10:1
69:16,18
**corporation**  1:8
4:12
**correct**  6:15,20
7:8,19 8:1,2,6,7,10
8:19,20 12:14,22
13:7,14,22 14:1,3
14:9,18,24 15:2,12
17:7,15 18:19,20

18:23 19:9,17,23
20:11 21:2,9
22:17 23:3,8
24:23 30:8 32:11
32:12 36:19 37:3
37:4,13,14,18 42:1
42:2 43:8,9 49:18
50:23 57:13 58:8
58:9,20 59:9,10,15
60:1,2 62:5,18
66:18 68:7,18
69:11,12 71:4
73:19,24 74:24
75:1,16,17,21,22
75:24 76:17,24
78:1 82:4,7,8
83:14,15 84:9,10
84:17,18,24 85:1
86:9 89:10 93:1
99:15,24 100:1
101:2,3,15,17
102:1 103:17
106:10,11,19
107:1,2,7,12,13
110:24 112:13
113:21 114:17
115:8,17,24 116:3
116:6,9 117:1,2,6
117:14,24 118:5
118:13,14,16,17
118:23,24 119:7,8
119:13 120:1,2,5
122:2,21 123:14
123:18 126:22
128:1,2,18,21
129:9,13,20 130:8
130:12 131:2,21
133:19 134:3,4
145:11,12 148:21
152:20 155:9,19
159:21 160:2,6

161:5,19 162:20
163:16,17,21
164:1,2,4,7,17
168:7,18 169:15
170:5,20,21 172:2
173:19 175:3
178:8,17,18
185:19 187:12
188:15,18 190:9
191:10,18 194:8
195:2,14,15
196:23 197:2,5,6,9
197:10 198:4,12
198:13,19,20
199:1,2 200:11,16
201:9 205:6,9
**correction**  204:8
**correctly**  34:4
76:11
**correlate**  76:8
123:11
**cost**  181:1
**council**  75:4
**counsel**  2:5,13
4:22 7:11 49:14
109:15,23 110:5
110:11,15 111:3
111:18,24 126:5
173:9,11 182:7
196:9 202:1
205:12
**counsel's**  22:19
**counted**  189:9
**counting**  41:14
**country**  75:4
172:24 206:2
**couple**  161:12
**coupled**  53:4
**course**  10:17
13:21 22:22 45:24
55:8 64:6 66:4

83:9 90:22 109:11
114:3 139:3
150:24 155:10
156:3,19 158:13
178:24 200:6
201:11
**court**  1:1,15 4:12
4:17 102:17
107:17,21 108:4
109:5 113:11
152:23 153:2,5
205:21,22,24
**covariate**  123:16
**cover**  31:21
**covered**  93:21
161:13 199:13
203:13,15
**created**  106:22
195:12,24
**creating**  192:23
**criteria**  71:11 84:7
84:21 96:9,13
151:2
**critical**  95:24
**critically**  5:15
**criticism**  6:12,18
28:7 47:14 75:8
**criticize**  84:6,12
**criticizing**  53:6
**critique**  52:23
**cross**  3:4 59:19,20
59:22 60:3,7,9,11
60:14,21 61:11
63:3,5,12,15,23
64:2 87:22 202:16
**crudely**  158:10
**current**  8:18 39:23
40:2 77:21 172:18
**currently**  38:24
142:19 143:1

**cv**  1:4 4:13

**d**

**d**  1:6 3:2 4:10 49:4
49:10 140:8
147:12
**daily**  18:13 35:13
115:12
**damage**  20:4
**danes**  122:15
**data**  6:5 23:24
24:3 25:7,12 59:8
59:12 68:1,2,6
87:18 96:2,10
103:23 104:6,15
105:1,11,17,24
106:5,13 144:24
162:23 163:4,6
182:22,24 183:13
**database**  81:24
91:22
**date**  197:6,18
206:4
**dated**  3:14,15 7:8
10:2 109:20
111:15 197:4
**david**  55:17
**davis**  2:6
**day**  10:18 13:13
13:14,21 19:12
62:9,10,11 113:21
115:13 134:16
136:6,10 204:15
205:14 206:22
**dde**  116:5,7
117:10,15 124:20
**ddt**  116:2,4,7
117:10,15 124:14
**deal**  40:9 142:2
**dealing**  176:19,20
**deals**  41:24 71:18
142:3

**dean**  50:18
**death**  184:20
185:5
**decade**  175:17
**dechert**  2:14
**dechert.com**  2:21
**decide**  42:18 81:8
89:1 93:19 94:17
159:12
**decided**  38:6
49:23 50:5 88:2
95:19 100:9 153:1
172:7 181:20
**decimal**  163:14
**decision**  41:9 98:2
98:9 174:4 201:12
**decisionmaking**
86:13,19 169:15
172:2
**decisions**  81:9
**declared**  103:13
**decreased**  122:19
**dedicated**  51:19
51:23
**defendant**  1:8
2:13 4:24 5:2 7:14
9:3
**defense**  25:16
47:14,21 48:3,9
49:7 55:23 84:6
84:12,20 126:19
201:18
**defensive**  169:22
**deficiencies**  131:7
**deficiency**  130:15
**deficient**  161:10
**define**  8:22 83:9
86:5 182:20
**defined**  97:10
166:11

**definition** 57:3
73:8 74:13 80:8
86:11 129:12
153:8 162:1,2
180:5 185:3,5
**definitions** 28:18
72:24
**degradation** 53:5
**degree** 64:3 111:6
123:24 130:9
147:19 160:16
174:7 177:14
**delay** 193:19
**delays** 187:11
**deliberation** 24:20
**delivered** 106:17
107:11
**delve** 126:24
**demand** 53:9
**demonstrate**
60:23
**demonstrates**
158:20
**denmark** 42:11
43:2 50:16,20,21
50:23 116:18
**denote** 159:14
**departing** 182:11
**department** 42:18
75:14 168:1
**depend** 108:12
177:14
**dependent** 142:15
160:5 161:7
**depending** 83:8
133:21
**depends** 29:6,17
42:14,23 52:12
60:6 98:23 132:8
134:7 139:17
146:13 148:2

149:12 157:10
160:13 165:23
174:6 175:8
178:23 185:3,5
186:8
**depiction** 146:3
**deponent** 206:5
**deposed** 9:10,17
35:7
**deposition** 1:11
4:9,14 9:15,21
10:2 15:15 20:20
20:23 22:10,24
33:16 35:5 203:8
203:21 206:4
**derived** 170:18
**deriving** 171:8
**describe** 6:3 87:3
103:19 104:2
120:12 133:18
200:9
**described** 55:11
82:7 84:14 87:19
112:13 120:18
166:13 202:2
**description** 3:9
88:19
**descriptive** 183:18
**design** 202:22
**designed** 42:6
200:5
**despite** 72:3
184:12
**destined** 175:19
184:20
**detail** 89:18 100:8
145:2 147:10
194:19 195:4
**detailed** 129:11
190:10

**details** 9:13 107:6
126:24 135:19
138:16 148:12,13
**detect** 179:13
**detectable** 124:10
**detecting** 178:4,11
**detection** 178:20
181:8 184:19
**determination**
110:21
**determine** 32:5
59:2 60:3,4 90:5
91:10 109:16
162:13 181:3
196:20
**determined** 60:22
**determines** 20:15
**determining** 90:15
182:23 183:1,14
**develop** 66:24
131:19 170:12
**developed** 30:20
195:23
**developing** 14:17
16:18 121:12
133:17 138:7
140:12
**development**
14:23 119:23
148:24 187:19
**developmental**
70:3 119:19
121:18 129:23
**develops** 136:18
138:21 142:6,12
144:1 145:16
147:12 148:7,22
**deviate** 201:3
**diabetes** 138:8,21
138:22 139:4,7,10
139:15 140:1

198:12,14
**diagnose** 39:23
188:16
**diagnosed** 40:24
135:14 157:14
184:17
**diagnosing** 43:7
45:14
**diagnosis** 157:20
157:21 185:1
187:9,11 194:1
**diagnostic** 192:12
**die** 175:19
**died** 66:9
**diet** 19:8,17
114:20 115:6,14
115:15,23 116:2,5
116:8 117:22
118:4,6 122:1,6,11
**dietary** 144:8
**dieting** 21:24
**differ** 83:23
**difference** 64:10
102:20 142:15
149:23 155:22
166:8 167:1
182:22,24 183:13
**differences** 15:8
16:4,8,12,21 17:6
17:11,14,19,22,23
18:5,6,10,11,15,17
18:21 19:7,14,16
19:21 20:9,24
22:13,15 23:1,6,9
23:15,17 68:9
70:5 89:24 150:11
155:12 156:21
**different** 10:16,17
11:22 12:2,13,13
16:23 21:24 22:6
25:1 43:2 55:16

57:19 62:12 68:20
68:20,24 69:1
71:17 75:10 87:18
90:21 91:8,20
95:7 100:3 101:4
104:9 105:20
109:17 114:7,8
118:6 133:20
141:8 148:9
153:19 155:7,9,23
155:24 158:1
162:3 163:20
167:9 169:22
174:13 193:8
200:1
**differentiation**
148:19
**differing** 87:18
89:20
**difficult** 11:3
100:24 124:20
146:21
**difficulties** 68:3
**difficulty** 171:6
**dioxide** 136:22
**dioxin** 146:6,14,14
146:15
**diptheria** 119:21
120:14,20 127:6,8
127:22 128:1,3
161:2,4,11
**direct** 3:4 5:9
205:23
**direction** 195:10
**directly** 24:18
205:12
**director** 115:1
**disagree** 19:24
56:7 86:17 171:2
192:15 193:13

**discourse** 139:18
**discovered** 30:20
130:16 137:19
**discuss** 33:3,10
73:10 139:8
157:10 198:12,18
**discussed** 110:24
153:16,18 159:8
203:8
**discussion** 46:22
57:17 73:11 80:13
87:14 99:17
109:12 173:9
196:14 201:11
202:11
**discussions** 42:15
**disease** 39:24
40:24 44:15 45:5
45:11,14 58:5
59:4,24 60:4,5,22
60:24 63:6 69:8
69:11 81:4 107:1
111:5 131:12,15
133:14 140:12
142:11,24 145:16
145:18,20 146:18
146:23 147:1,6,18
151:17 152:11
154:1,15 155:2,21
157:5,17 166:9
169:17 170:13
173:24 174:1,11
175:21 176:3,4,14
177:20,22 178:4,6
178:11,13,21,24
181:9,17 186:21
187:6,19 188:16
189:17 192:20
198:23 203:1,9
**diseases** 14:17
33:22 41:24 61:16

133:17 172:19
192:23 196:21
**disorder** 148:17
190:18,20
**disorders** 130:8,10
190:6 191:1
**dispensing** 56:16
97:13
**disposal** 7:18
**disrupters** 148:16
148:16
**dissect** 195:11
**dissected** 195:7
**distinction** 110:6
110:12,16,20
194:21
**distinguish** 67:14
67:21 100:24
185:10
**distinguishing**
57:15
**distribution** 68:11
205:21,23
**district** 1:1,2 4:12
4:13
**disturbance** 183:2
183:3,15,16
**disturbances**
54:24
**doctor** 7:24 8:4,9
8:16 9:5,10,14,21
10:1 15:14,21
20:19,22 21:5,7,8
21:12 22:10,23
23:4 30:2 32:10
32:13 33:3,10,15
33:24 44:2,10
46:9 47:3 49:10
57:14 96:8 103:12
116:23 118:16
159:18,23 166:13

167:5 169:9
173:17 178:8,15
185:18 186:2,11
188:16,17 189:6
194:22 195:9,11
196:21 198:7,14
199:3,21 200:13
200:18 201:7
202:18,22 203:2
203:10
**doctor's** 199:17
**doctors** 30:4,10
**document** 69:20
71:3 167:24,24
**documents** 184:13
**doing** 55:4 102:15
143:16 145:7
177:7 180:13
194:6
**dosage** 97:14,16
150:8
**dose** 64:18 65:15
65:16 66:1 80:21
80:23 81:15 97:12
**doses** 66:6 114:8
**doubt** 53:8 56:1
57:8 62:6 96:1
98:7 112:5 146:15
149:13 189:23
191:9
**dr** 30:5
**draft** 70:18
**dramatic** 186:16
**drank** 18:19
**draw** 26:3 86:22
100:21
**drawing** 194:21
**drawn** 96:3
**dried** 117:9
**drill** 17:5

**drink** 10:16,23,23
10:24 11:3,11,12
11:13 13:12,13,21
13:24 14:4 132:20
151:16 152:9,15
153:20 154:10,12
154:23
**drinking** 11:10,18
19:3 75:11,15
76:7,14 77:14
78:7,10,11,19 79:7
79:8,15 80:6
122:8,10 138:4
140:10 151:24
155:6 156:17,18
165:15 166:2
169:21
**drinks** 62:9,10,11
**driven** 86:15
**drug** 19:22 97:3
**drugs** 30:19 96:11
96:18 97:1
**dte** 124:14
**ducatman** 7:24
9:5,10 15:22
20:22 21:5,7,8,12
44:2,10 159:18,23
166:13 189:7
194:22 195:9
196:21 198:7,14
199:3,21 200:4,13
200:18 201:7
203:2,10
**ducatman's** 8:4,9
8:16 9:15,21 10:1
15:15 20:20 22:10
22:23 23:4 33:15
103:12 167:5
173:18 195:11
202:22

**due** 15:8 137:21
184:17
**duly** 205:6
**dupont** 106:21
107:4 109:23
111:18
**duration** 17:8
114:13 177:15
**dwarfed** 64:4
**dysfunction**
160:14,16

**e**

**e** 3:2,8 140:8 148:6
148:7 160:3 204:1
204:1 205:1,1
**earlier** 178:11
193:9
**early** 14:20 41:10
111:23 174:21
176:23 178:4,20
179:1 181:8 193:5
**easier** 157:2
**easily** 139:2 144:6
**easy** 19:5 31:24
47:24 48:16
**eaten** 115:10,21
**eating** 19:12 66:9
134:5
**ebt** 32:19,22
**eda's** 13:16
**editor** 28:20
**editors** 28:19
29:10
**education** 45:20
167:21
**educational** 53:9
**effect** 59:3 65:17
71:24 81:22
119:20 149:15,24
150:12 159:4

**effected** 135:2,3
**effectively** 185:17
185:24
**effects** 34:8 67:13
67:15,20,22 70:2
70:12 88:3 96:11
96:14 98:19 101:1
113:7 118:12
158:21 168:23
169:13 171:24
172:1 201:16,21
203:5
**efsa** 84:23 85:4,14
95:16
**efsat** 27:12
**eggs** 117:23 118:2
**eight** 148:18
**either** 48:1 141:21
**elderly** 157:13
**elevated** 45:9
61:24 62:4,7,13
77:8,11 78:2,8,9
101:21 104:12,17
104:19 108:8
131:17 140:4
152:5,6,6 164:22
164:23,24 165:14
170:11,15 172:12
172:13 174:14
176:21 177:2
201:10,10
**elevation** 77:15
78:16,21,23 79:5,9
79:11,13
**elevations** 79:18
80:16 166:16
**eligibility** 65:22
**eligible** 79:22
**elimination** 68:11
**emerged** 48:8

**emphasize** 91:20
95:8
**emphasized**
110:16
**employ** 87:24
**employee** 205:12
**employer** 136:20
137:2
**employing** 112:4
**employment**
136:21
**endocrine** 148:15
148:17
**endorse** 9:5 96:6
**endorsing** 173:17
**endpoint** 43:8
92:10 123:17
145:11 177:2
198:14 199:4
**endpoints** 43:23
85:16 134:3
150:23 200:18
203:1,5,9,13
**engaged** 51:8
**enlarged** 131:19
**enormous** 66:9
**ensure** 55:13
**enter** 73:11
**entitled** 32:21
118:10
**enviroattorney.c...**
2:11
**environment**
33:23 53:13 54:24
55:6 72:13 73:3
74:12 116:18
**environmental**
7:17 53:5 55:19
56:9 97:13 115:16
162:23 163:8
183:9

enzyme  44:23
  146:6 157:3
enzymes  131:17
  158:5
epa  10:20 11:7
  81:18 84:23 85:4
  85:8,14 95:16
  159:10,12
epa's  11:17 75:11
epidemiological
  7:12 9:2 58:5,22
  58:24 59:16 89:21
  97:7 99:17 103:19
  104:3,24 105:10
  105:16,23 106:4
  126:21 127:4,10
  127:16,23 128:5,9
  135:10 142:1
  150:1,13 158:19
  203:7
epidemiologist
  41:22 141:22
  162:10
epidemiologists
  106:23 108:10,13
epidemiology  38:8
  41:24 89:16 90:1
  108:21 126:13,15
  135:12 138:12
  183:18,20
equal  94:15 135:6
equally  92:12 95:4
equivalent  76:14
  76:24
err  71:24 72:17
errata  206:1
erroneous  58:2
error  44:20
errs  72:10
especially  177:8

esquire  2:7,15,16
essence  52:8,14,19
essential  198:22
essentially  22:7
  73:13 97:8 120:3
  121:19 150:6
  151:8 195:7
establish  59:16
  65:12 67:6 113:6
established  61:18
  191:14
establishing  72:11
estimate  75:23
  134:17 138:7
  147:8 149:9 177:3
estimates  177:4
et  1:6 4:11
etcetera  177:15
european  26:20,21
  73:2,3 74:12
europeans  122:15
evaluate  90:4 91:2
  91:23 92:1 93:10
  106:24 150:10
  203:6
evaluated  88:1
  95:15 195:4
evaluating  71:17
  134:10 202:3
evaluation  7:16
  84:15 87:9 89:6
  92:6,23 93:18
  106:16 107:10
  151:13
event  150:2,14
everybody  157:3,4
everyone's  45:20
evidence  8:18 20:7
  24:11,18 25:2,3,17
  25:18 27:2 28:14
  32:11,18,22 33:14

57:5 76:5 83:14
  83:15,16,19,22
  84:8,22 85:2,9,15
  87:5 88:1,5,13
  89:5,7,14 90:1,4,7
  93:12 94:9 95:6
  95:12,15 96:1,6,10
  96:13,17,20,21
  99:18,22 100:14
  100:20 101:23
  102:15 103:4,11
  103:20 104:3,24
  105:7,10,14,16,23
  106:4,7 108:3,14
  108:18 110:20
  111:4,11 113:1
  127:4,10,16,23
  128:5,9,13 129:11
  143:10,14,17
  144:20 147:7,20
  148:1 149:14
  151:8 159:2,11,16
  160:4 177:21
  181:11 184:5,12
  191:16 197:15
  202:3 203:8
exact  32:7 61:24
  62:1 97:16 104:18
  148:1 149:17,19
  163:1
exactly  8:24 15:13
  21:11 53:17 60:8
  61:8 81:3 87:19
  89:23 97:12 98:6
  122:14 140:18
  143:13 150:7
  155:20 166:2
  181:20
exaggeration
  188:19

examination  5:9
  86:20 170:19
  171:9 202:16
examine  59:22
examined  5:8
  34:20
example  6:2 27:13
  29:11 47:13 56:15
  61:5,18 62:9,15
  92:16 99:23
  121:14,17 122:7
  147:20 150:9
  156:11 157:18
  158:8 159:10
  160:16 161:1
  171:10 184:22
  185:14 188:16
exceed  82:23 83:5
  161:18 193:22
exceeds  79:20
exception  24:14
  163:23
excerpt  192:4
excess  131:16
  190:1
exclude  82:17
  200:7
exclusion  151:2
exclusive  205:21
exclusively  13:4,6
excuse  188:14
exercise  10:11
exhibit  3:10,11,12
  3:13,14,15,16,17
  3:18,19,20,21,22
  7:4,5,7 9:20,22,23
  10:1 32:17,19,21
  33:1 49:3,4,10
  68:20 69:15,17,18
  109:19,21,22
  111:14,16,17

116:12,14,16
118:7,8,10 119:1,2
119:4 121:5,6,8
122:23 123:7
163:3,5,6 167:16
167:18,20 192:1,3
192:4
**exist** 57:9,20
147:11
**existence** 160:5
**existing** 13:10
101:23
**exists** 44:21 58:13
**exogenous** 149:2
**expanding** 45:24
**expect** 16:3,7,11
191:3,8
**expensive** 187:16
**experience** 69:1
141:18 199:19
200:2
**experiences** 178:7
178:14
**experiencing**
101:11 160:9
**experiment** 24:15
150:7
**experimental**
24:14 56:17 68:19
70:6 71:20 81:19
**expert** 7:12 8:4,5
9:2,3 21:10 25:9
26:19,23 27:18,19
31:10 42:9 47:3
55:23 81:5 84:12
126:7,13 136:13
136:16 166:18
173:13 196:24
**expert's** 198:3
**experts** 7:14,23
25:16,16 47:15,21

48:3,9 49:7 52:24
55:24 84:6,21
107:17 126:19
191:16 201:18
**expires** 205:18
206:24
**explain** 6:4 16:17
17:3 64:16 87:4
120:6
**explained** 16:19
63:17
**explains** 198:10
**explanation** 28:4
186:4
**explanations**
103:7
**explore** 15:21
**explored** 53:7
**expose** 122:14
**exposed** 22:1
33:20 77:14 78:7
78:10,21 82:14
98:3 100:23
113:20 114:7
122:13 123:9
150:9,22 156:10
164:22 165:14
166:3 170:17
176:20 195:14,24
**exposes** 115:16
**exposure** 10:20
11:7 13:17 16:21
17:22,24 18:5,10
18:16 19:11,15
20:3,14,16,17
22:13 23:9,12
34:8 42:19,20,21
57:20 58:6 59:3
59:23 60:18,20,21
60:23 61:2 63:6
63:19 66:14 67:7

67:8,11,13,20
75:23 76:2,3 77:4
77:8,16 78:6,8
79:18,23 80:22
81:7,12,24 82:3,11
82:21 83:3 85:11
85:18,22 92:10
97:20 98:18,20
99:3,5,15,18
101:22 104:3,7
105:1,11,17,24
106:5 107:1 109:8
111:5 113:7,16,17
114:12 117:6,20
118:12 119:19,24
121:18 122:2,12
122:21 123:5,15
124:3,4,10,13,14
124:18,24 127:5
127:11,17,20,23
128:5,10 135:3
136:21 137:4,7,22
138:6,20 140:2
145:10 146:14,14
148:15 149:13,21
150:5,8,10 151:14
151:24 152:3,4,6
153:4 155:14
156:5,15 158:20
160:6 162:23
163:8 164:22
166:5 167:2 168:6
168:15 169:2,11
170:16 171:1,12
171:22 174:14
177:15 183:9
189:4 196:6,19
201:10,15
**exposures** 14:20
14:22 16:5 23:15
63:3,9 79:1 81:24

82:23 83:5 100:23
108:8 113:23,24
115:19,23 116:2,5
116:8 121:14
125:4 129:23
172:13
**express** 73:21,23
94:7 156:2 169:11
**expressed** 27:19
28:23 43:8 95:1
167:11
**expressing** 188:13
**expression** 169:3
**extension** 28:4
**extent** 56:11,13
62:3 101:20 131:8
170:24 182:3
197:22
**external** 34:10
90:16
**extrapolate** 68:5
**extrapolated**
172:1
**extrapolating** 68:2
**extrapolation**
81:19,21,23
**extremely** 170:3
**extremes** 13:19
188:6

| **f** |
| --- |

**f** 204:1 205:1
**face** 73:14
**facets** 75:19
**fact** 57:14 64:2
67:12 100:22
150:10 155:10
170:11 184:12,13
**factor** 60:16 132:5
132:6,10,13,22
133:7 134:10
139:1 142:11

143:9 144:11,17
144:19 145:22
146:12,14,16
148:14
**factors** 28:15
34:10 42:1 59:1,6
64:19 81:13,14,18
82:3,6,7,10,20
83:2 87:23 94:3
94:17 129:19
133:21,22 137:20
142:7,10 143:5,6
144:2,10 145:17
145:20 146:1,11
147:13 148:3,8
156:1,3
**facts** 54:21
**faculty** 50:14
51:12,14,15
**fail** 6:24
**failure** 131:4
**fair** 9:4 23:22
27:20 29:18 33:20
63:4,23 65:19
68:2,5,8,24 73:24
85:7,13,20 90:14
103:6 113:5 114:6
129:22 136:15
142:4,5 143:23,24
155:21 156:9
161:1 162:17,22
172:17 173:22
174:9,16 175:4,15
175:24 176:12
177:18 179:8
180:23 181:23
182:4,15 184:18
184:24 185:7
186:19 187:18
188:1,8 189:15
191:19 192:15

193:2 201:5
**fairly** 129:16
130:3
**fallacy** 27:15,20
28:7
**false** 184:3,4,7,7
184:10,11,16
185:17,24 186:6,9
186:12,17,20
187:2,8,10,14,20
189:17,18,24
190:7,17 194:10
**falsification** 56:8
**familial** 144:5
**familiar** 21:13
28:21 56:4 110:8
191:9,11 200:23
**family** 40:5,17
41:14 139:4
186:11,14
**far** 13:18 74:3
107:17 142:13
146:16
**faroe** 114:14,16
115:1 116:13,17
119:10 122:11
127:2,6,12,15,18
128:11 129:12
130:1,11
**faroes** 127:9 132:2
**faroese** 114:20
115:5,15 117:1,20
118:11 119:13
120:12,19 122:1
122:12,17 123:8
123:18 124:4,14
125:1 129:16,19
130:3,14 131:6,11
**faros** 129:14
**fashion** 168:10

**fast** 179:17
**fats** 130:23 131:4
131:16
**fatty** 117:22
130:17,20,23
157:5
**faulty** 91:11
**favor** 30:3,7
166:14
**favored** 119:13
**feasible** 67:16,18
**february** 10:2
163:7
**fecal** 142:22
**federal** 1:13 69:10
**feeding** 114:14
**feel** 105:4
**fellow** 98:3
**female** 138:2,5,13
139:19 140:1
**females** 15:11
**fetching** 74:3
**fetus** 128:23
148:18
**fevers** 127:18
128:11
**fewer** 105:6,13
**field** 38:4,10 95:6
**fifth** 158:18
**fifty** 56:24 190:1
190:14,21 191:4,5
191:7
**figure** 31:17 51:2
102:17 162:15
**file** 106:18
**filter** 14:8 19:4
61:6 156:13
**filtered** 12:20
35:21
**filters** 13:2

**finally** 148:6
**financially** 4:20
205:12
**find** 29:18 46:13
139:12 158:15
**finding** 29:23 58:4
59:13 111:4
174:21
**findings** 27:11
30:12 90:16 92:4
92:4 94:9,19
113:6 120:12,19
124:7 129:23
157:22 170:18
171:8
**fine** 74:13 121:22
**firm** 4:16,18
**first** 7:10 8:12
21:15 29:22 48:18
48:19 56:18 77:12
103:7 110:14
115:3 116:22
118:18,20 119:5
119:23 144:4
163:14 183:18
186:23 195:5
**fish** 115:10,10
117:22
**five** 37:19 62:11
136:7 140:7,11
141:7,21 152:18
153:21 163:19
165:13 190:7,19
**flat** 153:11
**flippant** 199:15
**fluoride** 169:20
**flush** 173:10
**focus** 53:3 55:1,12
86:7 122:5 201:23
**focused** 99:21
189:2 201:20

focuses   201:9
follow   76:19 112:7
  185:19,21,22
  186:2,11 194:12
followed   22:3
following   39:2
follows   5:8 67:7
  77:15 86:20
followup   187:15
fom   138:13
food   13:9 26:20
  115:9 116:4,18
  119:12 122:7
foolproof   71:14
force   191:10,14,19
  191:23 192:5
forego   173:14
foregoing   204:4
  205:7,9,22
form   5:19 6:7,16
  10:19 11:2,14
  12:23 14:10 16:14
  16:24 18:24 21:6
  22:18 24:5,12
  25:23 26:7 28:2
  44:3,11 50:24
  55:15 64:20 67:17
  68:14 71:12,21
  72:5 76:18 86:10
  88:14 90:20 93:13
  98:21 108:22
  112:22 117:8
  122:3 129:7
  131:20 138:9,23
  139:16 140:3
  143:20 144:13,22
  147:15 148:10
  151:18 154:2,16
  157:9 164:16
  173:23 174:12,19
  175:7 177:23

179:11 185:13
  186:3 189:21
  194:2,13 201:24
  203:12
formal   103:14
formally   40:13
formed   83:13
forms   148:9
forth   204:8 205:6
forties   41:19
forty   30:20 134:14
  134:16 135:15
  136:6,7,9,10,18
forward   76:5
found   58:1,16
  62:14 123:2
  130:17 161:10
foundation   14:11
  112:23
fourteen   115:13
fourth   163:7
frankly   9:19
fraught   68:3
free   10:9 15:23
  187:6
frequency   130:10
frequent   183:19
  183:22
frequently   116:24
fresh   117:9
friends   40:19
  41:14
fsa   151:11
full   31:6 49:21
  50:4,5 51:3,8
  56:18 106:12
  110:14 151:19
  179:3
fully   83:6
fulmar   117:22

fumes   136:22,22
function   16:23
  17:6,8,12,14,19
  18:6,12,17,22 19:8
  19:16,21 20:10,24
  22:15 23:1,6,17
  44:23 45:9 58:6
  62:4,8 161:7,9
functions   158:21
fundamental
  110:19 194:5
funding   29:4,6,7
  107:4
further   7:22 14:20
  136:19 169:10
  170:2,14 202:14
  205:9,11
fussing   175:1
future   166:9
  172:19 192:20
  193:19

**g**

gail   4:16
gain   174:23
gallon   13:14,17
gamma   44:14,19
  44:20
gender   15:8 17:12
general   3:22 5:13
  6:8,10 14:1 22:16
  23:2 27:5,9 29:16
  57:18,24 60:6
  88:17 91:13 92:3
  98:22 108:13
  112:12 132:2,3
  134:8 153:12
  173:17 176:8
  185:6 192:2,7
  193:12 194:20
  195:3 199:14
  201:20,22

generalizable
  129:24
generally   102:24
  105:20 108:20
  191:20
generate   148:23
generation   161:8
genetic   129:4,9
  135:3 137:13
  138:24 143:3
  144:4,8,14 158:4
genetically   130:3
  130:6
genetics   33:23
gentleman   52:1
geometric   37:2
  62:20 77:19,22
  163:13,24 164:3,6
georgia   69:14
gestation   129:1
getting   164:12
  165:4 166:19
  169:5 182:8
ggt   45:2,4,14 46:2
  46:7,14
give   28:15 29:4,8
  29:15 48:18 62:22
  104:19 132:18
  134:20,22 135:21
  136:3 138:12,17
  139:18 147:8
  149:9 153:11
  156:19 166:15
  171:15 177:8
  190:4
given   28:18 50:12
  82:9,19 83:1
  113:21 119:11
  134:9 139:21
  140:4,15 141:14
  172:24 177:22

202:2 205:9
**giving** 137:1
151:19 154:19
177:3 195:1
**gland** 146:4
**glass** 11:10 13:12
13:15,19 62:10
**glasses** 62:11
**global** 83:23,24
**globally** 168:12
**globulin** 159:19
182:10
**glucemic** 130:18
**glucose** 130:20
**glutamyl** 44:14,19
**glycogen** 131:11
131:15
**go** 4:8 22:8 38:6
40:13,13 41:2,21
63:10 88:19 99:8
107:24 145:2
146:9 170:1 196:9
200:2,7 202:7
**goal** 97:20 178:4
178:11 192:19
**gobain** 1:8 4:11
7:14,24 78:7
206:4
**gobain's** 7:17
**goes** 178:7,14
201:6
**going** 4:3 47:1,5,9
48:6 69:12 155:17
163:24 168:9
173:5,14 187:4
200:21 202:9
203:20
**good** 4:2 13:15
121:11 136:3
174:24

**gout** 101:13
**govern** 112:6
**governing** 85:11
85:17
**government** 72:2
115:1 169:3
**graduation** 39:2
**grams** 115:13
**grandjean** 1:11
3:4 4:10 5:5,12
34:1 47:3 202:18
203:21 204:4,12
205:5 206:5,20
**grandjean's** 49:10
**gravy** 11:5
**great** 89:18 162:11
**greater** 14:21
37:12,16 65:16,16
77:4 78:3 94:17
108:7 114:5
152:10 156:5,6,6,7
160:17 168:16
190:13,14,20
191:3,4
**greatly** 128:21
**ground** 187:4
**group** 28:18
**groups** 95:18
114:6
**growing** 179:5,17
185:8
**guess** 13:3 161:24
165:19 166:19
**guidance** 172:23
**guide** 69:19 70:20
169:14 172:2
**guided** 170:17
171:7
**guideline** 83:10
**guidelines** 81:1
137:5

**guzelian** 32:10,13
96:9
**guzelian's** 33:3,10

**h**

**h** 3:8
**habits** 134:5
**half** 37:11 164:14
**halfway** 14:15
**hallmarks** 23:23
**hampshire** 118:4
130:12 166:23
197:2,8,12,21
198:2,5
**hand** 24:3 61:9
69:23 187:14
205:14
**hands** 39:12
**hanson** 32:9,14
33:4
**happen** 82:18
**happened** 61:13
99:7
**happening** 72:9
148:21
**happens** 87:3
146:3 149:2 199:9
**happy** 53:18
150:16 182:12
**hard** 11:5 39:16
91:14 98:23 158:3
**harm** 186:19
192:2,7,11 194:7
**harmful** 85:22
96:14 187:16
**harms** 186:6,9
187:2 192:10,12
192:21 193:4,10
193:22
**harvard** 49:16,22
50:6,22 51:3,6,8
51:12,20,23 52:3

**hazard** 64:3,18
65:1,2 66:16
73:15 75:6 91:17
101:24
**hazardous** 60:20
**head** 95:13 166:20
190:23
**heading** 118:18,20
192:7
**health** 7:16 22:16
23:2 29:14 42:10
42:11,12,16 43:3,7
43:23 49:17 54:24
56:9 61:8 63:4
71:9,19,23 72:11
72:18 74:8 75:11
75:14 84:17
100:13 106:10
107:4 109:8 113:7
116:13,16 118:12
123:17 128:23
129:5 134:2
145:11 168:6,13
168:23 169:13
170:5,16,19 171:9
171:11,23 172:1
172:19 180:3,6,7,8
180:11 183:1,3,14
183:16 193:19
201:16,21 203:5
**healthy** 158:17
185:18 188:3,4,9
189:16
**hear** 11:23 141:4
178:9
**heard** 9:12
**hearing** 41:19
**heart** 28:20 32:15
44:13 45:12,17
104:1,22 130:24
159:22 179:22

**hearts** 41:16
**height** 200:6
**held** 4:14
**help** 9:2 116:22
**helped** 42:12,18
**helpful** 146:24
**hepatologist** 38:2
**hereditary** 133:22
**hereinbefore**
   205:6,10
**hereunto** 205:14
**heritable** 130:8,10
**hesitate** 52:13
   61:1
**hexachlorobenz...**
   123:10
**hexachlorocyclo...**
   123:11 125:2
**hexochlorobenz...**
   124:15
**high** 13:18 37:7,15
   53:1 54:24 75:21
   114:20 144:7,16
   154:7 157:11
   158:5 165:10,18
   165:18 170:3
   176:3,4,15 192:20
   194:24
**higher** 130:7
   135:6 164:15
   169:3,10 170:10
   193:24
**highest** 55:18
   56:16 96:19 97:21
   97:23 131:11
   143:5 144:10
   146:11
**highly** 11:19 13:9
   52:24 73:15
   104:17,17,19
   125:7

**hillot** 109:24
**histories** 23:7
**history** 117:19
   135:16 136:8
   139:4 170:19
   171:9,11 177:20
   178:21,24 181:9
**hold** 38:7,14
**home** 12:7 156:17
**home's** 156:10
**hominem** 27:15,16
   27:20 28:7,11
**homogeneous**
   130:6
**homogenous**
   129:16 130:3
**honest** 103:3
**hooked** 156:11
**hope** 143:17
**hopefully** 47:4
**hospital** 39:7,17
**house** 11:22,22
   12:2,3,16
**household** 61:4,9
**houses** 13:1
**hsxs** 100:16
**human** 7:16 33:20
   33:21,22 85:10,11
   85:16,18 96:12
   107:1 111:5
   116:13,16 141:23
   150:22 158:21
   160:4 162:23
   163:8
**humans** 68:3,6
   70:6,10 81:17,20
   113:7 133:14
   148:20
**hundred** 6:24
   56:20 66:2 71:2
   76:10,15,23

153:22
**hundreds** 101:14
**hypercholesterol...**
   140:13 144:2,3,6
   144:12 145:14
   157:14
**hyperlymphoma**
   147:17,21
**hypertension**
   16:18 101:14
**hypotheses** 71:18
**hypothesis** 6:13,19
   6:23 7:1 25:22,22
   26:1,2,2,9,12
   52:15,16,20,20
   59:8 60:19 71:19
   120:3 121:20

**i**

**iarc** 84:24 85:4,8
   95:16 135:13
   160:21
**iceland** 114:19
**idea** 174:24
**ideas** 200:21
**identical** 100:15
   141:8,18 166:7
**identification** 7:6
   9:22 32:20 69:17
   109:21 111:16
   116:15 118:9
   119:3 121:7 163:5
   167:19 185:8
   192:3
**identified** 5:7
   131:8 170:2 178:6
   178:13,16
**identifying** 63:24
   149:24 150:1,12
   150:13 179:1
   198:23

**idiopathic** 146:19
   146:20,23
**ifs** 175:2
**ignore** 61:15
**ignored** 47:21
   48:3 49:8
**ignoring** 47:15
**illegal** 56:17 96:23
**illinois** 166:7,15
**illnesses** 101:23
**immediate** 40:4,17
**immune** 70:4
   118:22 119:22
   121:13 158:21
   159:24 160:14,17
   160:23 161:9,10
   170:16
**immunizations**
   118:23
**immuno** 159:19
   159:24 160:5,9
**immunological**
   39:10 160:11
**immunologist**
   37:21,22
**immunotoxic**
   119:20 121:14
**immunotoxicity**
   119:11
**impact** 178:21
   179:2
**implementation**
   193:23
**implemented** 87:5
   192:19
**implies** 49:9
**imply** 109:15
**importance**
   110:19
**important** 5:23
   6:11 24:2 26:13

28:14 49:13 57:16
60:17 64:19 65:19
65:21 67:10,14,21
90:15 106:14
130:19 151:22
152:23
**imposition** 102:22
112:2
**impossible** 6:22,23
**impression** 48:14
171:15
**imprinting** 148:21
**improve** 178:5,12
181:8,10
**improved** 96:2
177:21
**inadequacies**
81:24
**inapplicable** 110:7
**inappropriate**
53:20 54:1,10
**inaudible** 88:19
**incidence** 60:5
**incidents** 131:7
142:14 191:3
**include** 11:17
48:19 70:3 115:19
115:24 131:9
149:3 192:11
**included** 49:10
153:8 165:16
184:16
**includes** 59:12
**including** 81:20
91:3,24
**inclusion** 151:2
**inconsistent** 25:7
25:13 94:10,19
112:9
**incorporate** 82:2

**increase** 127:5,11
127:17,19,22,24
128:6,10 157:7
194:10
**increased** 22:8
101:22 114:12
151:17 152:10,16
153:24 154:14
155:1 166:17
167:8
**increases** 142:14
**independent**
123:13 188:15,20
189:1,6 191:15
**independently**
95:11
**index** 20:11 21:1
**indicate** 26:11
108:24 109:4
189:5
**indicates** 184:4
**indicator** 45:8
**indirect** 135:1
**indirectly** 9:7
24:18 205:12
**individual** 14:16
16:4,7,11,21 17:6
17:11,14,19,23
18:5,6,10,11,15,17
18:21 19:7,14,16
19:21 20:9,24
22:12,14 23:1,6,9
23:15,17 34:11,14
34:20 35:2,6,13,22
36:11,18 37:10,15
40:10,12 41:6,12
41:17 62:9,16
76:16 81:4,20
88:20 103:16
124:6 133:16
134:14,15,19,19

138:2,5,11,19
141:19,19 155:7,8
155:14,16 158:2
161:3 166:6,6
170:12 173:15
181:1 188:9 203:5
**individual's**
133:23 134:1,5,9
136:5 157:24
161:2
**individually** 1:6
**individuals** 15:18
16:2 21:23 42:4
59:23 77:3 86:7
131:15 134:14
138:1 139:2 140:7
141:8,18,21,24
142:4 155:15,23
156:9,16 162:6
175:16 189:16
193:18 196:1
**induced** 101:13
**industry** 30:4,7,21
**ineffective** 193:1
**infancy** 121:15
131:14
**infectious** 33:22
**inferred** 63:7
**influence** 31:9
**influenced** 68:16
**inform** 74:7
**information** 26:15
35:12,17,19 36:1
36:10,23 46:6,12
60:9 61:15 82:22
83:4 86:8 90:2
102:16 137:1
138:12,16 140:15
141:15 151:20
161:24 164:20
177:8,10,11

179:23 181:21
**informed** 74:19
**inimical** 55:3
**initiated** 193:7
**injury** 101:22
**injustices** 53:5
**innovative** 6:11
**input** 72:16
**inside** 95:12
**insight** 109:18
**insist** 167:7 175:21
**insistence** 178:2
**insofar** 64:22
**installed** 61:6
**instance** 50:15
113:16 157:16
**instances** 101:23
**institution** 50:15
50:23
**instructed** 111:2
**insular** 129:12
**intake** 115:12
**integral** 6:14,20
86:21
**integrated** 161:9
**intend** 82:13
**intended** 42:3
82:12 193:18
**intent** 56:1
**intentioned** 29:15
**inter** 81:20 148:15
**interest** 28:12,13
28:16 29:3,5,8,15
59:23,24 64:14
98:8 102:11
**interested** 4:20
161:11 205:12
**interests** 28:10
53:8
**interfere** 146:5,7

**interference** 4:5
148:24 149:2
**interferes** 146:5
**internal** 90:15
**international**
28:18 29:9 84:9
84:16
**internist** 37:24
**interpret** 86:7
**interpretation**
31:9 59:15 169:21
196:23
**interpreted**
172:1
**interpreting** 73:11
**interrogatories**
36:13
**interrogatory**
36:17
**interspecies** 68:9
**interval** 59:12
157:11
**intervals** 177:4
188:3
**intervene** 174:6
**intervenes** 174:8
**intervening** 174:5
**intervention** 174:7
174:22 176:24
**interventions**
187:21 189:20
192:18 198:24
**introduction**
126:12
**introspection**
83:23 84:1,2
**invalid** 30:13
**invalidate** 58:15
**investigator** 5:22
29:23

**investigators** 5:14
5:17 117:4
**involve** 175:5
**involved** 160:18
198:8
**involving** 101:5
**iodine** 145:21
146:1,5,16
**irrefutable** 103:21
**irrelevant** 65:13
**islands** 114:14,16
115:1 116:14,17
119:10 122:11
127:2,7,13,15,18
128:12 129:12,14
130:1,11
**isolated** 130:6
**isolation** 24:11,17
**issue** 11:21 12:2
14:2 16:3 43:7
44:1 58:12 66:14
71:9 72:19 110:21
153:1 154:20
162:6 172:23
181:15 184:23
**issued** 35:11,18
114:24 115:3
**issues** 5:15 16:19
28:21 29:12 67:9
126:21 142:19
150:15 179:14
**item** 119:13

**j**

**jackson** 1:14 4:18
205:4,17
**jama** 123:6
**james** 1:6 2:7 4:10
5:3
**jamie** 141:4,12
**january** 39:3
109:20,22 167:21

172:7
**jersey** 166:23
**jiffy** 177:17
**journal** 28:19,20
29:10 30:3
**journals** 30:6,14
31:21 111:13
112:21 113:3
**judge** 65:10 98:1,4
151:22
**judged** 181:12
**judges** 74:15
**judging** 88:11
**judgment** 28:14
56:3 88:6,7,8,9
100:19 135:9
136:24 143:14
156:24 174:8
**june** 21:17 197:4
197:18
**justifiable** 8:17
**justification**
184:17
**justified** 173:21
**justify** 88:4
**jwhitlock** 2:11

**k**

**karl** 56:4
**keep** 49:23 110:12
**kept** 22:7
**kidney** 101:11
105:2,5 132:1
140:13 147:12,14
147:16 186:10,13
186:18
**kileman** 119:5
**kind** 66:5 180:20
199:13
**knew** 172:6
**know** 9:12 13:1,15
14:12 21:12 28:20

30:22 31:18 36:5
38:12 43:23 44:7
44:13,21 45:10,12
45:13,17 46:1,7
49:1 56:10 57:6
60:8 65:20,21
67:10 73:5 74:4
80:7 97:12 100:6
102:20 104:1
107:19 129:10
135:7,8 137:2,3
140:21 141:7
143:13,22 145:3,5
145:6 146:13,22
148:12,13 149:1
150:7 159:9
160:19,20,22
162:9 164:6
165:11,12 166:2,2
168:24 169:18,22
172:5,24 174:20
181:19 183:19
186:22 188:24
189:4,6,12 195:19
196:5,6 197:17
199:6,12 201:21
**knowledge** 13:10
45:24 46:17 87:11
95:6 108:23
157:19 181:17
190:3,10,16 205:7
**known** 30:3,6 34:9
34:10 58:19,21
76:7 96:24 100:8
137:19 138:6,20
139:1,13 140:2
142:8,9,10 144:3
145:17 146:20
147:14 148:8
178:20

**l**

label 186:22
labeled 186:20
labeling 192:12
labor 42:18
laboratory 43:5
 43:10,17 44:2,9
 49:24 51:5 184:2
 184:9
lack 112:22
language 70:12
languages 151:9
large 93:7,7
 132:20
larger 114:3
 169:11
larry 111:19
late 41:13
lately 135:23
latent 151:17
 152:11 153:24
 154:14 155:2
law 1:16
lawyer 102:3
lay 39:12
lead 14:21 42:19
 42:19 116:23
 187:21 189:18
leads 77:16 78:8
 78:21 192:24
leave 41:9 81:8
leaving 150:18
legal 27:16 29:2
 36:14 72:22 102:1
 102:6,7,13,18,21
 109:7 112:2
 153:10 154:3,17
 206:1
length 16:5
lenient 110:17

lessen 55:12
lethal 179:14
letter 3:14,15
 109:20,22 110:1
 111:15,17,20
letters 113:13,14
level 47:14 53:10
 56:16 66:15 78:3
 79:3 81:22,23
 82:4 96:20,21
 97:22,23 110:20
 134:1 138:4,4
 140:9 146:13
 149:12 154:18
 155:10 157:3
 164:14 165:6
 166:5 194:24
 202:23
leveling 76:22
levels 16:8,22
 17:24 18:6,11,16
 22:13 23:15 46:7
 46:14 62:12 63:1
 75:20 77:22 78:14
 78:23 79:19 80:22
 81:3,12,15,16
 82:11,21,23 83:3,5
 131:17 137:4
 149:21 153:16
 154:6,7 160:6
 161:18 164:10
 166:7 171:21
liability 102:22
licensed 38:17,21
 38:24
life 14:20 119:23
 142:14 148:11
lifetime 50:5 66:21
 114:1
light 95:5

likelihood 64:8,17
 65:17 146:18
 147:1 158:15
likewise 146:16
 170:14
limit 75:15,17 76:2
 81:7 83:10 99:14
 100:11 115:2
 137:14 200:17
limitations 60:11
 60:14 90:12
limited 80:17
 99:19 141:15
 179:9
limits 75:23
line 10:4,6 15:16
 20:19 22:24 33:16
 33:18 163:13
 206:6
link 108:6,15
 109:6 110:6,18
 111:4,6 112:8,18
 113:5 158:20,24
 159:3,6,13
linked 160:17
 168:14 169:12
links 106:17,24
 107:11,14 108:19
 109:3 113:4,9
list 9:14 23:21
 33:7 47:20 48:19
 49:6 142:18 143:2
listed 33:7 35:9
 48:12
listen 41:16
liter 37:8,8,11,16
 37:17 62:17,18,21
 76:24 77:4,23
 78:4,15 79:20
 161:19,22 162:8
 163:16 164:4

165:7,20 166:21
literature 24:11
 24:21 106:16
 107:10 131:24
 132:9 133:3,6,9,13
 135:9,23 151:10
 151:12 184:21
 203:7
liters 37:3
litigation 8:22
 85:3 109:23
 111:18 197:1,8,12
 197:21 198:6
little 6:8 13:17,19
 52:5 68:1 69:4
 71:5 124:20 142:9
 147:20 153:19
 162:3 177:8
 179:15 183:5
 201:4
live 78:19
lived 17:20 18:1,7
 140:9
liver 20:4 44:22
 45:9,11,14 70:3
 130:23 131:3,17
 131:19 132:14,17
 157:5,7,17,24
 158:5,8,11,12
 180:18 188:16,17
 189:5
liver's 131:3
lives 61:19 174:5,8
living 138:3
llp 2:14
local 164:24 166:1
location 166:24
locations 166:15
 167:7
logical 27:22 75:5

**long** 6:17 17:20
18:1,7 23:21 36:2
40:6,11,23 41:5,11
41:15,18 76:8
101:14 128:23
151:15 152:8,14
153:20 154:8,10
154:12,23
**longer** 63:22
146:15 152:4
193:9
**longevity** 129:6
**look** 5:15 10:10
15:3 22:23 42:5
44:5 49:2 54:14
59:6 94:2 100:9
101:7 103:7 131:1
134:21 135:20
138:15 141:22
143:7,21 149:20
151:7 155:14
157:2 161:6
166:14 167:4
195:19
**looked** 45:18
101:8 124:16
128:14 135:22
138:13 151:10,11
161:7
**looking** 25:3 60:7
96:21 128:2
138:10,11 156:4
162:5 201:19
**looks** 7:9 58:5
142:22 148:12
**loose** 74:4
**lose** 22:2
**lost** 21:22 22:4
**lot** 157:2 175:2
**loud** 9:1

**low** 22:7 37:10
72:3 131:16
153:16
**lower** 97:19 98:16
99:2 125:6 188:5
**lowest** 81:21
**lunch** 125:11
**lung** 66:18,21,24
103:20,24 105:1,8
105:11,17,24
106:5 134:18,24
135:15,17 136:1,5
**lungs** 41:16

**m**

**m** 1:14 205:4,17
**magnitude** 40:22
87:21 93:17
104:18 113:23
**maintain** 51:4
**major** 72:15 75:18
101:9 115:14
117:9 124:6 125:4
146:15 150:15
151:1
**majority** 162:11
174:10 197:19
**makeup** 17:17
**making** 11:5 27:22
55:11 89:6 174:4
**male** 15:10 134:15
134:16 148:22
**males** 140:8
**malignancies**
190:2
**mammals** 117:22
**man** 135:14 136:7
136:17
**management**
53:11 55:3,19
170:17 171:4,7

**mandate** 191:14
**mandel** 30:10
**mandel's** 30:2
**manmade** 79:6
153:14
**manner** 72:10
**manual** 192:5
**manufacturing**
7:18 53:8
**map** 12:12 79:16
**marine** 115:9,9,15
115:23 116:2,4,5,8
118:12 122:1,6,11
**mark** 7:4 9:20
32:17 69:15
109:19 111:14
116:12 118:7
119:1 121:5 157:4
163:3 167:16
192:1
**marked** 7:5 9:22
32:19 49:3 69:16
109:20 111:15
116:14 118:8
119:2 121:6 163:4
167:18 192:3
**marker** 156:22
160:14
**markers** 157:2
**marks** 107:15
108:20 109:2
**mass** 20:10,13
21:1 114:13
**massachusetts**
1:16,18 4:16
205:2,4
**material** 177:24
**materials** 9:15
122:8
**maternal** 117:6

**math** 190:23
**matter** 4:10 7:8
9:11 11:22 12:2
16:3 28:12 29:14
36:12 40:20 46:14
63:9 66:1 88:7
89:3,4 90:22 94:1
94:24 95:4,20
100:13,14 112:9
156:24 159:8
174:8 176:16
197:9,13,20 198:7
198:11 199:10
205:7
**matters** 42:13
45:23 56:8 71:18
75:10 157:19
**mean** 12:15 17:16
19:1,5 22:4 23:9
26:6 37:3 42:24
44:21 49:1,2
53:16 56:14 58:6
61:2 62:20 64:24
67:8,18 71:16
73:10 74:5,5,5,14
77:22 79:2,5,15
83:8 86:5 89:6
90:21 92:1,2,3,4
95:10 98:5,9
128:24,24 142:11
142:19 145:19
146:2 156:19
158:5 161:3
162:14 163:13,24
164:3,6 170:4,11
171:23 172:9
176:8 178:23
182:18 186:22
191:5 194:10,22
195:17,19 199:15
200:21

**meaning**  18:9 75:6
  79:5 107:18,19,21
  108:6 109:1
**means**  56:15 57:9
  58:10 65:4 75:4
  77:19 97:15
  146:20,23 184:15
  185:17 186:1
  205:23
**meant**  79:9 179:14
**measurable**
  171:20
**measure**  63:3
  76:23 92:24 93:3
  123:2 124:12
  184:1
**measured**  63:12
  120:7
**measures**  93:11
**meat**  114:21 115:2
  115:7,13,20 117:4
  118:2
**mechanism**
  160:22,22
**media**  4:9
**mediated**  191:3
**medical**  7:12 8:10
  8:13,18 9:2 14:15
  20:7 22:16 23:3
  28:19 29:10 35:1
  39:2,3 42:6,14,21
  42:23 45:20,24
  47:3 50:18 77:2
  77:17 79:22 83:4
  83:6,10 107:5
  115:1 126:7,15,20
  126:23 131:24
  133:3,9,13 152:23
  153:9 156:1
  164:10,12,13
  165:1,5,5,21,22

166:9,10 167:2,4
  167:10,12 169:15
  172:2,16 173:13
  173:18,22,23
  174:3,4,7,16,22
  175:10,24 176:12
  176:22,23 177:18
  177:22 180:14
  181:23 182:2
  189:7 191:21
  194:22 195:13,24
  196:18 199:10,22
  200:8,13,22
  201:12 202:22
  203:2,10
**medically**  40:21
  174:5 196:21
  198:15 199:4
  200:19 201:7
**medication**  40:3
  40:16
**medications**  41:6
**medicine**  24:13
  38:5,17,22,24 42:3
  42:18 74:11,14,14
  96:10 108:21
  142:3 191:17
**medicines**  41:12
**meetings**  51:15
**member**  51:14
  153:5 155:15
  191:23
**members**  36:8
  39:11 40:9,17
  112:1,16
**men**  16:18 142:15
**mental**  180:6,7
**mention**  157:15
**mentioned**  43:22
  59:5 60:16 137:8
  153:4 154:7

185:14
**mentioning**  125:5
**mercury**  123:15
  124:14,16,19
**merely**  61:19
  67:15,23
**mesothelioma**
  104:4,8,16
**met**  111:7
**meta**  144:24 145:5
  145:10
**metabolic**  68:9
  116:7 117:16
**metabolism**  68:11
  130:20
**metabolite**  117:15
**metabolize**  131:4
**metal**  136:18
**metastatic**  147:18
**method**  6:14,20
  52:9,12,14,19 85:9
  85:15 87:24 90:15
  90:19 91:2,5,6,12
  92:18 97:5
**methodological**
  53:1 55:1 87:9
  149:23 150:11
**methodologies**
  53:7
**methodology**  25:8
  25:14 52:6 53:4
  55:2,13 82:19
  83:1 85:20 90:24
  92:2 93:21
**methods**  6:4,11
  53:22 54:3,9,11,12
  54:17,20 56:11
  82:9 90:22,24
  91:9 92:2 93:22
  93:23 109:16

**methylmercury**
  115:19,20 117:6
**michael's**  55:17
**microbiome**
  142:20,21,23
**microgram**  37:12
  37:17
**micrograms**  37:3
  37:7,8,11,16 62:17
  62:18,21 76:24
  77:4,23 78:4,14
  79:20 161:19,22
  162:8 163:16
  164:4 165:6,20
  166:20
**microphones**  4:4,7
**middle**  95:22
  119:9 123:8
**mildly**  170:15
**million**  165:13
**millions**  164:11,11
  165:3,4
**mind**  99:7 110:12
  152:5 180:4,6
**mine**  164:21
**mineola**  206:2
**mineral**  136:22
**minister**  42:10
**ministry**  116:18
**misleading**  92:17
**missed**  151:10
  179:10,17 184:11
**missing**  47:24
  172:10
**mississippi**  166:22
**missouri**  166:22
**mistake**  96:12,16
**mistaken**  26:17
  27:7
**misunderstanding**
  55:20 79:24

**misunderstood**
95:3
**mixed**   100:24
**mode**   70:5
**model**   197:12,14
**models**   68:3,20
**modern**   7:3
**modify**   67:19
**moment**   46:19
57:10 199:16
202:8
**monitor**   196:22
198:15 200:19
201:7
**monitored**   199:4
**monitoring**   8:10
8:13 14:15 15:9
42:7,14,23 47:4
77:2,17 79:22
107:5 126:7,16,20
126:23 159:18,23
164:11,13 165:1,5
165:22 166:9,10
167:2,4,10,12
172:16 173:13,18
173:22 174:4
175:11 176:1,13
176:22 177:19,22
181:24 182:2
189:8 194:23
195:13,24 196:18
198:21 199:8,8,9
199:22 200:9,14
200:22 201:12
202:22 203:2,10
203:14
**month**   22:2 49:13
**months**   22:3,5
**morbidity**   187:19
189:19

**morning**   4:2
**mortality**   127:17
128:11 129:6
179:21 187:20
189:19
**mother's**   118:12
**motive**   27:21
**mount**   39:6,16,19
41:2
**move**   22:11
**multiple**   82:2
113:17 122:16
124:4
**multiplied**   113:24
**multiply**   114:2
**municipal**   156:11
**muscle**   130:24
**mutant**   144:4

**n**

**n**   3:2
**name**   4:16 5:11,12
51:3
**named**   36:11,18
37:6 48:19 50:17
62:16 116:22
**narrow**   24:16 53:3
55:1
**narrowed**   124:5
**national**   43:3 75:3
116:17 163:7
179:23 191:16
**nations**   73:1
**natural**   177:20
178:21,24 181:9
201:4
**necessarily**   58:6
67:7 124:16 132:9
135:4 161:3
166:17 172:10,10
172:13 176:10

**necessary**   58:13
77:3 110:21 125:3
180:19 181:18
**necessity**   164:13
165:5,22
**need**   6:17 13:16
25:5 27:13 53:23
63:8 71:14,16
91:21 120:6
122:22 126:23
132:11 153:15
165:21 167:2
180:17
**needed**   15:10,11
24:12 44:5 126:18
198:1
**needs**   91:17
185:16
**negative**   184:10
184:11 185:24
187:2,10
**negatives**   187:8
**negotiated**   107:3
113:11
**neither**   205:11
**neoplasm**   185:1,4
**never**   59:16 65:13
82:17 96:17
134:15 157:20
165:8 179:13
185:1,9,12 193:6
**nevertheless**
173:17
**new**   2:19,19 26:14
27:10,12 29:23
33:13 39:7 42:19
118:4 130:12
166:22,23 197:1,8
197:12,21 198:2,5
**nhanes**   77:18
162:18,22 163:7

168:18
**nice**   65:6 69:13
**nil**   156:20
**nine**   148:19
**noise**   64:5,5
**non**   51:12 134:18
134:24 135:4,15
**nonachlor**   116:9
117:11,16 125:1,6
**noncarcinogenic**
85:16
**nonreciprocal**
67:10
**nonsymptomatic**
178:2
**normal**   128:15
158:1 175:14
183:24 188:1,3,9
188:10,21,22
**normally**   107:24
**north**   2:9 7:18
114:17 129:15
**norway**   114:19
**notarial**   205:14
**notary**   1:15
204:18 205:4,17
205:18 206:24
**note**   4:4 15:9 37:2
47:20 74:22 77:21
83:13 106:20
120:23 147:18
**noted**   47:19
**notes**   205:7
**noticed**   9:14
**notion**   121:12,18
193:17
**notions**   86:9,24
**november**   205:14
**ntp**   84:23 85:4,14
**number**   1:4 7:4,5
7:7 8:16 9:20,22

10:1 16:23 31:21
31:23 32:7,17,19
47:15 48:7,11
49:3 57:19 61:24
62:2,22 69:15,17
89:12 104:20
105:20 109:19,21
109:22 111:14,16
111:17 114:2,5
115:16 116:12,14
116:16 118:7,8,10
119:1,2,4 121:5,6
121:8 122:23
123:7 127:6,12,22
127:24 128:6
129:14 134:14,15
134:19,19,20,22
138:2,5,8,8,18,20
154:19 163:1,3,5
163:15 167:16,18
172:5 192:1,3
194:10
**numbered** 84:20
**numbers** 47:19
49:5 78:17 80:19
88:3,4 165:16
190:23
**numerically** 43:8
87:24 143:12
**numerous** 48:16
165:12
**nurse** 199:18
**nurses** 138:13
**nutrition** 19:8,17
**ny** 206:2

**o**

**oath** 4:19 20:23
112:17
**obese** 21:23
**obesity** 20:13,14
198:18,24 199:3,9

**object** 22:19
**objection** 5:19 6:7
6:16 10:19 11:2
11:14 12:23 13:8
14:10 16:14,24
18:24 19:18 21:6
22:18 23:19 24:5
25:23 26:7 28:1,2
34:16,22 35:3,8,15
36:3,14,20 43:13
43:20 44:3,11,16
45:15 46:3,10
48:4 49:9 50:10
50:24 54:5 55:15
64:20 67:17 68:14
71:12,21 72:5
76:18 77:5 86:10
88:14 90:20 92:7
93:13 94:21 98:21
102:7 108:22
112:22 122:3
129:7 131:20
137:10 138:9,23
139:16 140:3
143:20 144:13,22
151:5,18 154:2,16
155:3 157:9
164:16 174:12,19
175:7 177:23
179:11 185:13
186:3 189:21
194:2,13 201:24
203:12
**objective** 87:17
**obligation** 194:11
**observational**
56:19 97:7,24
**observed** 70:2,7
81:22,22 97:15
**obtained** 59:21
169:13

**obtaining** 60:9
**obvious** 15:8
139:4 201:5
**obviously** 95:3
144:8
**occasion** 45:23
172:7
**occasionally** 40:19
**occupational** 23:7
23:12 42:17,19
135:2 136:21
137:7,22 147:20
171:12
**occur** 60:18 116:1
122:8 135:1
**occurred** 98:18
99:4 127:8 193:9
193:11
**occurrence** 101:16
183:24
**occurring** 14:22
**occurs** 115:20
116:4 148:10
157:10
**october** 1:18 4:3
205:18 206:4
**odds** 174:18,20
**offered** 49:21
**offering** 47:3
**offhand** 138:17
154:9
**office** 51:2,23,24
52:1,2 199:17
**offices** 1:16
**oftentimes** 188:15
**oh** 109:2 157:20
**ohio** 76:9
**okay** 10:8,15
12:11 15:24 19:5
22:10 33:19 52:7
67:19 70:1 71:6,7

73:12 79:24 80:3
87:9 120:17 123:1
127:3 136:11
141:20 153:11
168:3 183:9,10
190:24 198:10
**old** 134:14,16
135:14 136:7,17
138:2 139:19
140:1 206:2
**older** 131:18
175:17
**once** 43:18
**one's** 19:17 22:16
22:22 26:14 86:23
134:10
**onwards** 87:15
88:20
**operate** 74:16
**operates** 103:17
**operation** 7:18
**opine** 191:1
**opinion** 6:2 8:9 9:8
23:14 24:2,12
25:21 26:23 27:12
27:19 28:6,23
29:4,7,13 30:11
53:21 54:2,7 55:9
55:10 74:19 75:20
77:2 78:2 79:21
80:2,4,5 83:13
89:15 94:10,23,24
95:1,2,17 96:6,16
97:18,21,22 98:16
99:2 110:13 111:8
111:10 129:19
140:11 151:15
152:8,14,23
153:12 154:12
157:6,16 160:8
167:10,11 196:18

198:3,6 201:18
**opinions** 7:13 8:17
9:5 10:11 30:17
54:14,15 89:18
94:20 200:17
**opportunity**
119:11
**opposed** 71:10,19
89:21 126:15
142:3 183:2,15
**option** 50:13
**order** 40:22 55:13
59:1 60:19 85:22
91:16 98:1 107:21
107:23 113:22
153:4,17 180:14
190:19 193:19
**ordering** 188:8,20
189:15
**organization**
84:17
**organizations** 84:9
84:16
**origin** 147:19
**original** 29:19
33:13 86:20
**osha** 85:8 136:19
**osteoarthritis**
101:13 106:6
**outcome** 4:21
20:15 57:21 60:18
64:8,17 67:11
93:23 97:2 134:7
151:13 177:21
178:5,6,12,13
181:9 205:13
**outcomes** 102:11
108:8 121:23
134:8 172:19
196:7

**outside** 12:16
34:22 36:4,15
43:13 44:4,12,16
45:7,15 46:3,10
77:5 188:5
**outweigh** 180:15
**overall** 77:23
179:21
**overdiagnosis**
184:14,15,18,24
185:7 187:22
192:13,21 193:5
**overestimation**
64:1
**overlapping**
121:23
**overseas** 49:24
50:19
**overtreatment**
187:23 192:22
**overweight** 21:23
**ownership** 29:11
29:12
**oxidize** 130:22
**oxygen** 66:11

**p**

**p** 59:11 75:18
93:16
**p.m.** 126:4 173:4
**pack** 134:16
135:16 136:6,6,7,9
**packs** 136:10
**page** 3:9 7:20,22
8:8,15 9:1 14:14
14:16 15:14,16,16
15:22 20:19 22:24
30:1,4,23 31:5,6
32:8 33:15 36:24
45:1 48:7 49:15
52:22 56:18 69:22
71:3 74:22 76:6

77:21 83:12 84:5
84:11,19 87:10
88:20,22 95:22
96:8 100:22
101:18 106:12,20
107:8 110:3,4,14
111:1,22 117:3
118:18,20 119:9
120:11 121:11
123:7 126:12
158:18 160:3
161:15 163:9,18
164:19 168:4,9
169:7 171:17
192:6 193:14
195:6,18 198:21
200:9 202:5 206:6
**pages** 10:3,7,12
47:13 87:13
133:18 150:20
151:3 198:11
203:3 204:8
**pains** 204:6
**panel** 26:20
106:14,17,22
107:10 109:14,24
110:5,7,12,16
111:2,19 112:1,4
112:11,17 113:2
158:1 191:15
**paper** 3:12,18 22:9
32:9,21,22 33:1
79:2 119:2,4
120:7
**papers** 24:19 32:1
32:2
**paracelsus** 66:2
**paragraph** 7:10
8:16 9:1 15:7
16:20 30:1,5 31:6
32:9 37:5 56:19

84:12,20 95:23
101:19 106:13
107:8 110:4,15
111:23 117:3
120:11,16 158:18
160:3 161:15
164:18,19 192:6
195:6,18
**parallel** 165:15
**parameters** 93:24
173:10
**paraphrase** 73:4
**park** 2:8,17
**part** 6:14,20 7:3
13:2 15:7 28:7
29:2 31:11 39:23
40:2 42:8 45:19
46:15 51:5 68:16
69:10 75:24 76:13
80:7,8 83:7 86:21
90:17 91:22 92:6
92:21,23 93:15,17
100:4 103:9,10
109:12 113:11
148:1,2 154:11,13
154:24 179:12
180:7 189:7
191:20 199:22,24
200:6 201:11
205:21
**participated** 26:19
**particular** 38:4
40:24 43:7 45:10
59:17 80:19 81:2
88:4 89:18 97:3
101:1 102:11
108:8 112:14
113:16 133:14
139:2 147:20
158:5 162:7
166:11,24 167:12

177:2 183:21
184:1 195:13
196:20
**particularly**  6:11
119:24 121:13
125:6 130:7
145:23 148:16
**parties**  4:8 205:12
**parts**  75:12 76:15
76:23 138:4
140:10 152:9,15
152:19 153:21,22
153:22,23
**party**  1:12 4:20
5:6 54:13,15
**passaretti**  2:15 5:1
5:1
**passed**  156:13
**path**  3:12 32:18,21
**pathology**  156:23
157:23 160:12,14
**paths**  22:6
**patient**  41:17
170:2,18 171:23
172:9 178:7,14
185:18 186:1,15
186:20,23 187:5
193:5 199:11,23
**patient's**  171:7
189:3
**patients**  39:8,11
39:12,14,24 40:3,7
40:10,12,16,24
41:7,12 169:14
170:15,17 174:3
181:1 200:2
**patterns**  36:6,8
**paving**  53:11 55:4
**pay**  49:22
**pcb**  117:10 119:11
119:19 122:21

123:5,11,15,23
124:4,5,21,21
125:4 127:5,11,17
127:20
**pcbs**  115:24 116:1
116:4 120:8
121:17,18 123:10
**pcp**  119:11
**pde**  124:22
**peak**  14:22 115:12
142:13
**peer**  111:13
112:19,20 113:2
131:23 133:2,8,12
**pejorative**  95:10
**pejoratively**  94:4
**penalties**  204:6
**pension**  49:22
**people**  10:16,22,23
10:24 11:11,12,13
11:17,20 12:13,19
12:19,21 13:4,5
14:7 22:7,8 28:9
38:12 62:21 78:19
78:20 79:7 96:23
98:7 101:10 109:2
114:6,18 132:20
142:2,12 162:11
172:12 173:24
174:10,14 175:6
199:12 200:7
**peoples**  174:8
**peoria**  166:6
**pepsin**  44:23
**peptidase**  44:14
44:19
**percent**  6:24 30:19
31:2,14,16 56:20
56:23,24 59:12
168:16 171:19
177:4 188:2,5,9,11

188:21,22 190:1,8
190:14,19 191:4,5
191:7
**percentage**  31:8
32:5
**percentages**  35:20
**percentile**  37:20
**perfect**  57:9 108:6
**perfluoralkyl**
100:7
**perfluoroalkyls**
69:19 70:6,20
**perfluproalkyl**
99:19
**performance**  1:8
4:11 206:4
**performed**  85:3
145:9
**performing**
158:12
**perimeters**  10:20
59:21
**period**  22:2 179:4
193:9
**periodically**
162:18
**perisome**  70:8
**perjury**  204:6
**permissible**  82:11
82:21 83:3
**person**  13:12,13
13:21,24 14:4
27:22 59:17,18
61:19 62:10,10,11
151:15 152:8,14
153:20 154:10,12
154:23 157:12,13
158:5 166:20,24
188:21
**person's**  78:13
129:4 180:8,11

**personal**  88:6,8
94:24 137:1
**persons**  1:6
187:10 192:19
**perspective**  7:12
48:2,8 85:21
153:9 167:1
**peruse**  10:9
**pesticide**  117:18
**pesticides**  117:14
146:7,8
**pfa**  191:3
**pfas**  30:2 101:5
114:11 120:7
123:2,3,4 124:3,13
124:24 158:20
160:5 167:21
168:11,14,15,21
169:1,11,11,14
170:3,15,17 171:1
171:22,24 172:13
**pfases**  101:9
165:15
**pfass**  101:1
**pfhx**  100:15
**pfhxs**  99:24
**pfna**  99:24 100:16
**pfoa**  7:17 12:4
14:21 16:5,8,13
18:5,11,16,16,18
19:11,15 20:5,14
20:16,17 22:13,14
23:10,13,16 26:20
26:23 37:1 56:16
61:2,7,10,20,21
62:4,16 63:10,14
63:18 70:8 75:11
75:15,18 76:3,7,14
76:15 77:3,8,19,22
78:3,7,11,15,23
79:19 80:17 92:10

96:22,24 97:4,14
98:1 99:15,19,21
100:10,15 101:6,8
101:15,22 102:10
103:13 105:1,11
105:17,24 106:5
106:24 109:8
111:5 113:6 120:5
120:10 121:14,21
122:5,5,10,12,13
122:15 123:4,17
123:24 124:18
127:23 128:5,10
129:10 131:24
133:4,10,14 138:4
138:6,15,21 140:2
140:9 143:8
144:18 145:10
147:4,22 149:1,5
149:15 150:9,22
151:14,16,20,23
152:9,15 153:21
154:11,13,24
155:7,13,18,24
156:10,14,16
160:22 161:17,22
162:9 163:4,6,10
163:19 164:10
165:20 166:21
167:2 168:7
171:21 172:18
174:15 183:7,10
183:11 189:4
195:14,24 196:19
197:1
**pfoas** 121:17
**pfos** 26:20,23 70:8
99:23 100:15
101:8 171:21
**phenomena** 58:1

**philippe** 1:11 3:4
4:10 5:5,12
203:21 204:4,12
205:5 206:5,20
**philosophy** 6:22
7:2
**phone** 4:5
**phrase** 19:24
34:12 107:14
108:19 159:3,13
**physical** 134:1
143:18 144:9
145:13 170:19
171:8,9 180:3
**physically** 39:12
**physician** 5:20,22
39:6 40:19 46:16
74:15 158:6
171:10 175:20
180:2,10,12
186:14
**physicians** 5:14,17
146:21 172:23
189:1
**physics** 6:9
**physiology** 15:9
17:15,16,17
**picked** 200:24
201:3
**picking** 25:6,12,18
25:18
**picks** 148:11
**pickup** 4:4
**picture** 31:12
179:3
**piece** 88:13 90:4,7
**pieces** 88:1
**pilot** 119:12
**pipe** 12:16
**place** 4:6 48:5
192:20 205:10

**plaintiff** 35:12,19
**plaintiffs** 1:7 2:5
5:4 7:11 34:15,21
35:2,6,14,22 36:12
36:18 37:6,10,15
46:14 47:2 62:16
99:14 109:14,23
110:5,11,15 111:3
111:18,24 126:5,6
173:11,12 197:1
**plasma** 161:8
**plastics** 1:8 4:11
**plausibility** 65:3,7
65:11 90:3
**plausible** 65:4
**play** 148:3 156:4
160:24
**played** 123:12
**plays** 129:5 142:23
180:13
**plea** 55:18
**please** 4:4,6 5:11
10:3 14:14 15:14
20:19 33:15 48:18
49:6 69:22 73:12
87:8 110:3,14
111:1,22 134:13
135:14 136:17,18
138:1,19 140:7,20
142:6 144:1
145:16 147:12
163:9,18 168:4,9
171:17 192:5
193:14
**pleasure** 50:7
**point** 8:12 10:13
24:8 48:5 59:24
60:22 69:23 87:8
87:13 120:15
127:4,10,16,23
128:5,9 134:9

135:22 140:6
143:4 144:14
147:8 149:9
159:17 177:3,4
184:1
**points** 88:20
**policies** 71:9
**policy** 71:19,24
72:11,19 74:8
100:13
**pollutant** 125:4
**poor** 182:5,6,16,17
**poorly** 118:22
128:19
**popper's** 6:21 7:2
56:4
**popular** 73:20
109:3
**population** 39:18
42:6 43:7 44:1,9
46:2 64:13,14
77:24 78:6 82:14
93:22 97:10,17
115:8,15 123:9
129:17,20 130:4,7
138:10 141:22
150:9 156:5
158:17 162:5
164:21 165:20
167:12 168:17
171:20 172:15
173:16 174:9,17
175:5,11,15,17
176:1,2,5,13,15,18
176:20 177:19
178:3 179:20
181:11,14,20
183:2,4,15,17,23
188:3 190:21
194:10 195:21

populations  39:11
40:9 42:1 103:18
115:2 129:24
141:24 142:2
150:22 195:14
pose  66:21
position  39:5
42:11 49:20,21
50:3,5,9 54:23
91:16
positions  32:10
positive  43:6,24
44:8,15 45:4 46:1
173:16 181:14,18
182:1 184:3,4,7
185:17,22 186:6,9
186:12,20 187:14
187:20,20,21
189:17,24 190:7
190:12,17,19
positives  184:16
194:11
positivism  6:22
possibility  86:14
179:19 187:24
possible  5:21
55:19 56:11,12,13
57:23 58:3,18
65:23 67:16,23
72:8 95:24 96:5
97:22,23 101:20
108:18 135:17,21
135:24 136:23
137:8,16,18
138:21 139:6,9,12
149:1 151:13
159:6 160:21,23
180:24 182:3
189:19,22 198:24
possibly  60:19

potatoes  11:5
potential  54:23
87:22 118:11
120:9 123:16
132:11 133:1
143:19 145:14
166:9 191:1
potentially  53:12
55:5 175:6 187:7
187:16,17
pounds  21:21
power  87:20,21
ppar  70:9,10
ppdde  123:10
ppt  75:12,15 79:4
practice  24:1 36:6
38:17,21,24 39:23
40:2 41:10 188:7
practices  36:8
pragmatic  173:20
precautionary
55:14 72:23,24
73:7,13,17 74:7,10
74:17,20 75:9
precautions  187:7
precedes  60:23
precepts  194:5
precise  17:3
precisely  9:6
precision  5:24
preclude  159:12
preconceived  86:9
86:24
predict  172:18
predictive  43:6,18
43:24 44:8 46:1
82:12,22 83:4
173:16 181:14,18
182:1 190:12,12
190:19

predictor  64:23,24
65:1 117:5
predisposed
130:14
predisposes  144:5
predisposing
142:7 143:6 144:2
144:11 145:17,24
146:12 147:13
148:8
predisposition
138:24
prefer  28:21
preferable  28:17
preferred  51:4
73:8
pregnancies  14:22
pregnancy  15:10
16:19 101:13
117:5 118:13
128:22
premise  74:8
prepare  13:9
146:10
prepared  45:6
70:17 137:14,24
139:18 152:12
168:1 196:24
197:7 198:3,6
prescribe  40:3,20
189:1
prescribed  40:15
41:6,11
presence  168:15
169:1 171:21
182:23 183:14
184:5 192:13
present  4:22
101:19 106:15
168:16 172:5
184:6,13 186:21

presentation
33:14
presents  112:3
pressing  14:2
pressure  15:9
pretty  159:5
prevalence  60:4
131:11 176:4,15
181:17 183:1,23
190:20 191:5,7
prevent  187:19
193:19
preventing  97:20
192:20 198:22
prevention  69:11
191:16
preventive  74:14
85:21 191:10,13
192:4,18,22
193:24 194:6
previous  27:11
84:14 139:11
149:11 155:5
previously  110:1
111:20 126:6
pride  29:22
primarily  13:4,6
90:1 115:10
primary  43:21
50:14 70:2 130:14
201:23
principle  5:13,23
72:23 73:1,7,13,17
74:7,10,18,20 75:9
102:24 173:17
principles  6:9
53:22 54:3,9,17,20
55:16 195:8 196:5
prior  22:10 32:1
110:8 164:1 193:8
193:22

**priority** 192:21
**private** 4:5 80:18
  80:20
**privilege** 51:15
**privileges** 51:11
**probability** 64:9
  67:2 72:4 90:23
  103:18 137:21
  140:11 143:8,12
  143:13 144:18
  147:4,22 148:1
  149:5
**probable** 106:17
  106:24 107:11,14
  108:6,15,19 109:3
  109:6 110:6,18
  111:6 112:8,18
  113:4,5,9 136:4
  139:14,24 143:5
  144:11 146:11
**probably** 21:9
  83:7 122:6 140:5
**problem** 13:15
  20:12 83:11
  121:22,24 158:2
  161:14 181:19
  185:16 189:5
**problems** 41:19
  112:3 193:19
**procedure** 1:14
  24:22 183:8 192:5
**procedures** 81:6
  84:8 200:10
**proceedings** 4:1
**process** 83:21
  178:22
**processing** 168:1
**producing** 56:1
**product** 33:23
  53:22 54:3,8,16
  86:20 88:5 205:20

**products** 122:7
**professional** 1:15
**professor** 30:24
  31:12 49:16,19,21
  50:1,2,5,8,13,17
  51:3,7
**proffer** 47:2
**proffering** 126:7
  173:13
**profile** 70:18 71:1
**profound** 70:4
**program** 8:10
  42:7 107:5 126:21
  167:13 173:19
  175:11 176:1,13
  177:19 181:24
  189:8 194:19,23
  195:13,24 200:5
  202:22 203:2,11
**prohibit** 72:3
**project** 21:21
  106:10 107:4
**proliferator** 70:9
**prominent** 148:14
**pronunciation**
  116:22
**proof** 56:16,20,23
  56:24 57:3,9
  96:11,13 97:19,22
  97:23 98:17 99:3
  108:6 110:18
  112:4 193:22
**proper** 28:7 84:14
  165:17 171:14
  186:4 187:7,9,9
  190:4
**properly** 131:4
  172:12 188:14
**prophylactic**
  85:11,17 128:16

**proportional**
  155:22
**proposal** 194:20
  195:7,11
**proposals** 200:21
**proposed** 36:6
  76:2 155:16 182:1
  194:18,22 195:13
**proposes** 52:19
  196:21
**proposing** 159:18
  159:23 198:15
  199:3 200:13,19
  201:7
**proposition** 27:9
  65:16 180:3
  192:10,17 193:4
  193:21
**prospective** 47:15
  49:7 64:6 87:22
  142:3
**prostate** 15:11
  101:12 105:18
  200:10,14 201:2
**protected** 192:14
**protection** 193:8
**protective** 82:12
  82:13,15 83:10
**prove** 25:22 67:12
**proven** 26:12 57:6
**provide** 7:11,15
  31:20,23 56:20
  82:21 83:3 119:10
  120:23 169:18
  177:10
**provided** 46:8
**provisions** 1:13
**prudent** 53:11
  55:3 103:5
**prudently** 98:1,4,5

**psychological**
  192:11
**psychosocial**
  180:22
**public** 1:15 42:10
  42:16 49:16 71:8
  71:19,23 72:11,18
  74:8 85:22 100:13
  204:18 205:4,17
  206:24
**publication** 48:20
  112:20 116:19
**publications** 49:4
  197:17
**publish** 21:15
  27:10,12 30:16
**published** 21:11
  21:14 22:9 30:3,6
  30:11,14 32:2,13
  103:23 104:6,15
  111:13 113:3
  121:2,3,4 150:22
  199:1
**publishes** 162:19
  162:22
**puffin** 117:23
  118:3
**pure** 169:23
**purportedly** 47:15
  47:21
**purports** 133:4
**purpose** 29:14
  53:8,9 79:6 145:8
  174:21
**purposes** 122:16
  202:19
**pursuant** 1:12
**put** 11:8 76:5
  92:16 93:14,24
  107:14 108:19
  109:1 142:18

143:2 177:9
**putative**  155:14
**putting**  65:6

**q**

**qualitative**  89:9
92:22 94:6
**qualitatively**
65:20
**quality**  53:10 55:2
55:18 90:8,10
103:19 104:2,10
104:23 105:9,15
105:19,22 106:3
**quantify**  177:1
**quantitate**  144:21
**quantitative**  65:22
89:10,11
**quantitatively**
78:22 79:11
**quantity**  110:20
**question**  11:24
14:18 19:24 20:22
20:23 22:19,21,24
24:3 27:5 28:2
33:24 34:5 36:3
41:8 44:4 45:6
46:18 49:1,2 54:5
65:14 67:19 71:13
71:22 72:21,22
80:1,3 86:21 91:7
91:13 92:17 93:24
98:19,22 99:1,4,6
104:9 120:17
123:20 136:12
137:6 139:22
140:23 141:7,13
148:5 149:11
150:5 152:22
153:19 156:8
162:3 165:8,19
167:3 170:22

181:10 182:12,18
194:14 197:11
202:18,23 203:17
**questionable**
125:7
**questioning**
173:14 202:20
**questions**  10:6
11:9 47:5 48:6
53:18 137:15,24
161:12 182:19
202:15,20 204:7
**quite**  54:12 66:6
78:17 109:17
159:7 160:15
166:1,4 186:22
197:10
**quotation**  107:15
108:20 109:2
**quotations**  31:22
**quote**  53:13
106:17,18 107:11
107:12 110:18,18
112:7,8,18,18
118:20 192:23,24
**quoted**  53:17
76:12
**quotes**  191:12

**r**

**r**  204:1 205:1
**rachel**  2:15 5:1
**rachel.passaretti**
2:21
**radiation**  145:21
186:15
**radioactive**  145:21
146:1,16
**raise**  57:8 96:1
98:7
**randomized**  97:6

**range**  37:7,20 63:1
93:24 104:20,20
149:16,19 180:24
**ranges**  188:1
**ranging**  49:5
62:17
**rarely**  51:17 56:20
63:24
**rate**  190:7,17
**rates**  18:12 68:10
130:8
**ratio**  76:10,13,20
**reach**  81:10 98:2,9
103:4 160:15
**reached**  6:6
**reaching**  89:14
**react**  118:22
**reactions**  68:21
69:2
**read**  8:24 15:23
16:20 33:1,2 34:4
58:24 79:2 107:13
154:5 193:2
194:23 204:4
**readers**  28:22,24
29:1
**reading**  10:11
34:3 189:10
**real**  113:20
**really**  13:19 14:2
25:18 28:12 29:17
86:15,24 102:14
136:3 144:7,7
157:15 165:17
201:22 202:5
**reason**  61:12
72:17 108:24
124:17 132:22
179:8 206:6
**reasonable**  5:16
8:17 16:10 17:4

34:7,13 48:21
54:4,18 65:18
86:11 166:12
173:20 174:2
175:20 176:21
194:3
**reasonably**  54:20
77:3 193:20
**reasoning**  6:4
**reasons**  64:1
128:19 165:9
**rebut**  9:2 198:3
**rebuttal**  7:13 8:5
197:9,13,19
200:18 201:17
**rebuttals**  9:3
126:19 198:1
**rebutting**  202:4
**recall**  80:19 115:4
126:8
**receive**  52:3 79:22
94:15
**receiving**  46:15
**receptor**  70:9
**recipient**  159:9
**recognize**  112:1
169:16
**recognized**  27:6
144:6
**recommendation**
77:16 173:18
**recommendations**
195:1 198:23
**recommended**
168:6 203:1
**recommending**
189:7 193:23
**record**  4:3,8,23
46:19,21,22,23
47:9,12 80:10,12
80:13,15 99:8,10

99:13 125:8,10
126:3 173:3,5,8
182:7 196:10,13
196:14,16 202:7
202:10,11,12,24
203:20 204:7
205:9
**recorded** 4:9
**recording** 4:7
**records** 35:1
**redoing** 27:14
**redone** 27:13
**reduce** 85:22
121:19 179:21
185:9
**reduced** 114:12
**reduction** 161:1
**refer** 13:16 14:5
16:16 28:17,19,21
29:9 37:1,5 40:18
45:1 78:6 79:15
81:2 106:9 137:23
139:2,11 146:9
147:6,16,17
149:11 154:4
155:5 164:18
169:1 177:24
179:22 201:1
**reference** 33:7
64:13 120:23
157:11 161:16
**referenced** 21:16
69:5
**references** 48:22
48:23 66:3 199:5
199:7 200:23
**referred** 164:19
168:23 184:19
186:2
**referring** 11:16
12:18 29:17 32:23

71:2 84:13 121:9
135:10 161:18
164:20 180:18
183:23 186:15
**refers** 21:21 96:9
99:23 180:6
**reflects** 61:13
**refutation** 6:13,19
52:15,16 56:5,7
**refute** 52:20
**refuting** 6:24
**regard** 65:9 73:10
74:13 83:18,19
84:4 89:17 90:2
96:10 97:1,13
100:10 105:5,7
120:9 129:5
130:20 138:14
159:10 167:14
184:22 185:15
**regarding** 96:13
**regardless** 100:12
112:9
**regards** 42:21
113:1 130:19
202:21 203:9
**registry** 69:9
**regular** 46:15
**regularly** 39:8
40:6,11,23 41:5
46:9 57:4,8,11
**regulate** 72:2
**regulation** 42:19
130:18
**regulator** 86:1
**regulatory** 71:5,8
71:19,23 72:11,16
72:18 74:8 80:22
81:1,6,9,11,12
82:3,10,20 83:2,18
84:8,15 85:7,13

89:19 98:10
100:13 102:21
137:5 157:1
**relate** 155:12
183:20 190:16
191:12
**related** 4:19 20:4
30:2 32:10 54:24
99:22 100:10
123:5,17 136:16
170:16 186:6,9
187:2,19 188:17
194:15,16 196:6
**relates** 16:18
73:21 166:17
**relating** 64:22
**relationship** 58:7
58:11 59:3 63:6
65:15 67:5 72:4
159:4,14
**relationships**
57:20 103:2 108:1
108:2,15
**relative** 64:10,12
89:12 92:22,24
93:3,6,8,10,15,17
103:23 104:7,11
104:12,12,16
134:18 138:7
147:8 149:9,16,17
152:21 156:21
177:3,11 205:11
**released** 53:12
55:5 106:14
**relenting** 53:2
**relevance** 125:7
**relevant** 24:3,7,8
51:18 59:21 88:23
89:1 99:22 102:14
110:13 111:8,9
131:22 189:3

**reliability** 72:20
**reliable** 23:24
24:12 25:7,13
53:22 54:3,8,17
58:5 83:19 103:4
124:11 191:20
**relied** 9:7 89:16,18
**relies** 54:4
**rely** 24:17 25:2
26:3 84:21 135:8
157:21 158:6,7,8,9
**relying** 113:3,4
197:16
**remains** 112:13
**remember** 9:18,24
21:17,20 23:20
32:15 33:6,12
35:9,16 36:2,10
40:21 43:15 48:15
70:22 86:8 104:1
104:18 107:6,17
107:20 116:20
131:13 132:15,19
133:6,11,15
134:23 135:19
138:16 142:13,16
143:4 145:15
159:21 163:1
167:14 179:22
189:14 191:11,18
198:16 199:5,21
**reminded** 109:14
**remote** 114:16,18
**removed** 186:18
**removing** 160:18
**repeat** 10:5 24:15
113:8 120:17
182:12 183:12
**repeatedly** 6:24
109:14 136:20

**rephrase** 80:24
99:1
**report** 3:10 7:5,7
7:13,22 8:5,8,15
13:2 14:14 21:10
26:22 29:23 30:1
30:23 31:10 32:8
33:4,11 35:10,11
35:17,18 36:24
43:12,19 45:1,7
47:13,18 48:5,13
48:22,23 49:3,4,11
49:14,15 52:22
55:12 56:18 57:2
58:8,24 69:5
74:22 76:6 77:10
77:13,20 78:5
83:12 84:5,11,14
84:19 87:4,7,14,20
88:10,10,12,22
89:9 95:1,22 96:8
99:23 100:22
101:18,19 103:12
106:9,12,15,18,20
107:8,12 114:10
116:17 117:20
120:11 121:2,11
126:14,21 133:18
136:16 147:6
149:8 150:21
151:4 158:18
160:3 161:15
163:7 166:18
167:5 173:1
177:10,10 191:2
193:3 194:15,17
196:24 197:4,7,9
197:12,13,19,20
198:2,5,11,18
199:7 200:18,24
201:6,9,17,23

202:4 203:4,6
**report's** 84:13,14
99:17
**reported** 30:12
67:15,22 76:3
77:18 92:9,11,19
94:9 101:5 120:12
120:18 122:19
123:16 129:23
131:10
**reporter** 1:15 4:17
205:21,22,24
**reporting** 114:11
**reports** 7:23 8:5
9:8 48:1,14 55:23
84:13 107:11
112:18 113:4
131:24 133:3,9,13
171:10 194:23,24
**represent** 66:15
**representative**
168:17
**representatives**
36:7
**represented**
171:20
**reproduction**
205:21,22
**reputable** 191:20
**request** 43:4 48:21
**require** 96:1
164:10 166:9
**required** 42:20
112:8 182:22
183:1
**requirement**
23:23
**requirements**
112:5
**requires** 167:12

**research** 24:1,8
39:5 50:7 53:6,10
55:3 75:3 106:23
114:11 143:16,16
**researched** 142:20
148:14
**researchers** 103:1
103:3,7 131:10
**reserve** 136:24
**residency** 39:4
**resident** 166:3
**residents** 15:10
37:2,13,18 76:9
78:20,20 152:2,3
161:16,18,21
162:7 175:22
**resides** 166:24
**residing** 16:2
**respect** 100:6
121:20 128:4
145:10 188:20
195:20
**respectable** 98:2
**respected** 52:24
**respective** 1:12
5:6
**respects** 100:17,18
141:9
**respond** 7:24
**responding** 7:13
141:23
**response** 32:14
33:4,11,13 65:15
100:2 139:11
**responses** 100:15
121:19 128:15
**responsible** 40:21
75:5
**responsive** 70:10
**restriction** 22:1

**result** 49:14 58:1
61:10 63:19 70:7
98:19 99:5 106:21
166:17 173:14
177:22 185:17,24
186:7,10 187:3,15
189:17
**resulting** 57:22
**results** 59:2 68:15
79:8 81:19,23
85:20 97:6,7
101:22 106:15
107:9 158:1
162:19 163:10,19
169:13 172:18,19
187:11,14,20
**resumed** 126:2
**retained** 7:14,24
**return** 127:2
**reuired** 183:14
**review** 8:4 109:13
111:13 112:19
113:2 131:23
133:3,8,12 158:19
201:15 202:24
**reviewed** 7:23
35:1,5 36:17,23
112:20
**reviewing** 89:17
**right** 7:20 10:12
15:3 23:20 25:15
37:19 39:5 62:6
63:20 69:23 73:9
79:2 80:5 87:15
117:12 122:14
126:9 130:13
133:20 139:8,22
151:19 153:11
163:2 172:22
177:7 178:17
184:21 186:4

193:2 200:3,12
205:21
**rights** 51:11
**rigorous** 6:12
**rise** 28:15 29:4,8
29:15
**risk** 14:17 34:10
53:11 55:3,14,19
58:6 60:5 64:7,8
64:10,11,13,14,15
64:18,22 66:21
74:23 75:7 80:22
81:11 82:2,10,20
83:2,7,20 85:5
87:9 92:24 93:3,7
93:8,10,15,17
101:17,22 103:17
103:24 104:7,11
104:12,12,16
108:7 132:5,6,10
132:13,22 133:7
133:17,23 134:2,6
134:10,18 135:4,6
137:12,20 138:7
138:11 141:17,22
145:22 146:14
147:9 149:9,16,18
149:24 150:12
151:17,23 152:5,7
152:10,16 153:24
154:14,21 155:1,6
155:7,12,13,16,21
156:7,15,20
158:12,13 160:17
164:23,24 166:17
167:8 170:10,11
172:13 176:3,21
177:2,3,11 180:17
180:18,20,21,21
183:3,6,6,7,16
196:6

**risks** 7:16 14:21
73:16 81:4 82:22
84:15 170:16
175:12 180:16,24
201:10,15
**risky** 187:22
**road** 206:2
**robert** 109:24
**rodents** 70:11
**role** 8:21,22
123:13 129:5
140:5 142:23
148:3 156:4
160:24 180:13
**room** 4:22
**rooted** 75:9
**rouge** 21:23
**roughly** 62:17
**rounded** 163:14
**routine** 128:16
171:24 193:8
199:10 200:2
**routinely** 14:7
44:22 46:15
**ruden** 32:9
**rudin** 32:14 33:4
**rule** 14:1
**rulemaking**
102:21
**rules** 1:13 85:11
85:17
**run** 93:2

**s**

**s** 2:7 3:8 149:2
206:6
**safe** 73:18 74:3,5
79:3 81:16 153:17
**safety** 26:21 71:8
82:7,19 83:1
**saint** 1:8 4:11 7:14
7:17,24 78:7

206:4
**salary** 49:22 52:3
**salt** 66:6,9
**sample** 162:16
163:13
**samples** 168:17
**sampling** 162:19
163:10,19,23
172:18
**satisfy** 107:21,23
**save** 175:23
**saw** 32:15 40:6,11
72:8
**saying** 58:9 65:24
74:5 77:15 94:4
131:21 137:1
154:6 159:1,15
164:17,21,24
166:12 186:22
189:22 194:15
199:24
**says** 7:20 8:11
14:19 26:9 73:13
102:2 110:23
118:1 160:21
168:22,24 170:6
170:21 172:3
195:5
**scale** 92:22 152:21
199:19,23 200:1
**scales** 111:4
**scan** 190:1
**scanning** 158:9
**scared** 186:23
**scenario** 108:16
**scepticism** 53:2
**school** 39:2 49:16
50:19
**schoolwide** 51:15
**science** 7:3 17:3
23:23 24:12 30:24

31:18,20 32:5
52:8 55:19 71:20
72:12,15 73:11
86:15,15,19,22,23
86:24 87:2 106:14
106:17,22 107:10
109:14,24 110:12
110:16 111:2,19
112:1,4,11,16
169:23,24
**scientific** 5:14,17
5:22 6:14,20 8:18
24:20,22 25:8,13
26:5 28:7 29:22
52:5,9,14,19 53:3
55:2,13,17,21 56:4
56:11,16 57:16
72:19 86:12 89:6
96:9 97:19 98:17
99:3 100:14
108:17 109:7,15
110:9 112:2,19,21
131:24 132:9
133:3,9,13 135:9
153:9
**scientifically**
25:21
**scientist** 5:20 54:2
54:8,11 86:1
154:4 157:2
**scientists** 6:3
29:19 53:21
107:22,23 109:11
111:12
**sclera** 189:5
**scope** 34:23 36:4
36:15 43:14 44:4
44:12,17 45:16
46:4,11 77:6
177:9 201:6,6
202:21

**[scoring - sitting]**

**scoring** 88:1
**screen** 192:13
**screened** 174:10
175:5,16 176:2,14
**screening** 15:11
168:6 173:23
174:16 178:5,12
178:17,20 179:5,7
179:9,10,18,20
180:14,19 182:5
182:16 184:22
185:10 187:18
190:6,11,18
192:11,18 193:11
193:18,23 194:9
**sea** 117:22
**seabirds** 117:23
118:2
**seal** 205:14
**search** 173:23
**second** 21:13 32:8
69:22,23 80:10
84:11,20 101:18
142:13 183:19
192:6
**section** 60:14 87:7
87:11,11 88:17,18
88:21 192:6
193:14 203:4,6
**sectional** 59:19,20
59:22 60:3,7,11,21
61:12 63:3,5,12,15
63:23 64:2 87:22
**sectionally** 60:10
**sections** 84:14
**see** 17:5 21:3
28:24 39:8,14
40:8 45:1 47:24
53:14,15 56:21,22
66:3 70:12,13
76:10,11 78:1

86:19 88:9,23,24
96:3,14 110:10
120:20 121:24
144:16 158:22
168:8,19 169:16
178:7,14 192:8,9
196:17 199:5
**seeking** 96:1
**seen** 9:16 25:9
36:10 69:19 79:16
110:1 111:20
116:19,20 167:6
184:21
**sees** 46:9
**select** 151:12
188:17
**selected** 189:10
**selecting** 25:17
**selection** 189:10
**selective** 24:21
25:6,12
**sending** 185:18
**sense** 20:18 24:9
24:16 25:15 28:13
65:5 67:24 170:9
**sensitive** 4:4 81:21
**sensitivities** 68:21
**sensitivity** 43:5,11
43:24 44:8 45:13
173:15 181:5,24
182:6,17
**sentence** 6:17 17:2
20:17 183:12
**separate** 11:9
**sequelae** 180:22
**serious** 151:17
152:11 153:24
154:14 155:1
182:4,15,18,19,21
**serum** 16:8 37:6
61:21 62:12,16

63:1,18 76:8,16
77:19,22 78:3,14
78:23 79:12 81:3
81:3 119:5,20
122:20 159:19
164:10 165:10
166:16
**servant** 102:9
**serve** 53:9 79:6
**service** 12:6 43:3
192:22 199:13
**services** 42:21
191:10,13 192:5
193:24
**session** 126:1
**set** 75:14 88:12
204:8 205:6,14
**sets** 87:18
**setting** 39:9,15
40:7,12 41:1,7,13
41:17 43:2 71:6
71:10,14 81:6,12
199:11
**settled** 152:22
**settlement** 106:21
106:22 107:4
**seventy** 140:10
154:22
**sex** 133:21 139:17
139:21 156:3
**sexual** 148:19
**share** 15:24 51:20
51:24 200:22
**sheet** 206:1
**shellfish** 115:11
**shoes** 199:18
**shortcut** 47:4
**shortened** 114:13
**showed** 21:11
**shown** 179:21

**shows** 26:10
**side** 11:8 13:18
71:24 72:10,17
195:12 200:4
**signature** 205:16
**significance** 59:7
91:18,21,23 92:2
93:6,16 185:2
**significant** 58:4,10
58:17 59:13 66:21
67:2 92:5,9,11,20
93:8 104:17 157:7
157:8,13 176:6
**significantly**
151:16 152:10
153:24 154:14
155:1 176:2
**signs** 173:24
**similar** 88:9 95:15
95:17 115:21
122:17 130:11
167:6 171:12
197:10,23,24
**similarly** 1:6
88:11 128:4
**simple** 94:1
**simply** 14:4 27:1
30:10 48:13 64:3
65:4 88:2 96:22
108:24 113:4
189:15
**simultaneously**
63:4
**sinai** 39:6,17,19
41:2
**single** 24:17 59:18
59:24 191:2
**sit** 44:7 149:20
**sites** 165:12
**sitting** 48:22
143:22 177:1

situated   1:6
situation   28:23
  100:6 172:5,14
  175:8 185:6
situations   175:9
  197:24
six   22:2,5 165:13
  188:8,10,17 197:8
sixteen   191:16
sixty   136:7
size   92:16 93:14
  93:22 158:10
skeletal   130:23
skill   205:7
skipped   39:6
slightest   111:6
slightly   91:20
slow   185:8
small   93:6,9
  116:10 134:18,24
  135:15 157:6
  202:5
smoke   132:21
smoker   134:15,16
  134:24 135:4,6
  136:6
smoking   66:17,20
  66:24 103:20,24
  104:24 105:8,10
  105:16,23 106:4
  128:22 132:13,16
  132:22 135:2,16
  135:17 136:8
  137:12
social   29:14 53:5
society   122:16
  179:23
sole   205:21
solely   158:6
  170:18 171:7
  201:17,19

solid   83:20 105:14
solutions   206:1
somebody   19:12
  95:11 162:7
soon   27:10
sorry   65:14 73:18
  74:4,6 92:17
  116:20 153:1
sort   7:9 10:9 22:6
  26:11 52:13 76:22
  94:3 148:17
  153:12 166:19
  170:6 173:10
  176:7 187:1
sought   174:11
sound   172:22
sounds   5:16 34:7
  34:12 54:4 72:21
  163:2 175:20
  191:18
soup   19:12
source   29:6 117:9
  122:1,12 166:1
sources   11:21 12:1
  12:4,13,15 18:22
  19:1 58:21
south   13:18
space   51:24 202:3
span   93:21
sparingly   56:8
speak   98:14 151:9
  169:22 202:24
speaking   115:11
  176:8
speaks   126:21
special   38:7,14
species   68:16,20
  69:1 89:24 115:10
  115:21
specific   35:12,19
  44:15 45:4 48:5

80:6 90:24 107:18
  107:19 109:1
  113:16 119:21
  150:16 161:8
  166:1,15 168:13
  168:22 169:12
  170:12 172:1
  176:10 182:9
  190:3,16 203:9
specifically   7:15
  170:12 196:19
specificity   43:6,11
  43:24 44:8 45:13
  173:15 181:4
  182:1,6,17
specified   195:23
  205:10
spectrum   190:5
speculation   12:24
  13:8 46:11 137:11
spend   145:7
spent   202:2,4
spoken   34:14
spot   49:12 149:22
  177:7
spouse's   29:12
spurious   57:21
ss   205:3
staff   51:20,21,22
stage   174:23 179:1
staggering   174:17
  174:20
stamp   195:1,3
stand   55:8 65:15
  79:4 123:1
standard   71:5
  97:18 98:17 99:3
  102:1,6,13,18,21
  108:21 109:7,8
  110:6,7,17,18
  111:6 112:2,8,9

169:2 188:7
standards   53:1
  55:1 71:17 87:17
  87:19 108:10
  109:15 136:21
start   6:9
started   38:9
starting   36:24
starts   87:10 179:4
state   4:23 5:11 7:2
  7:22 8:3,8 14:16
  14:20 15:1 22:16
  23:2 30:23 35:16
  37:6 49:15 52:23
  56:19 62:14 84:20
  100:8,12 106:13
  107:9 136:19
  166:14 169:10
  175:3 180:3,4,5,11
  201:5
stated   77:7,7
  101:21 179:16
  193:20
statement   27:22
  27:23 53:16,18
  66:4 70:14,17
  103:15 118:5
  131:23 133:2,8,12
  168:20 169:9,17
  169:19,20 170:1,7
  170:8,23 171:3,14
  172:4,9 175:2
  178:18 192:15
  193:2 194:3
statements   193:12
states   1:1 4:12
  38:18,22 70:2
  79:20 103:12
  115:22 117:20
  165:2,12 167:7
  168:12,17,22

170:2,14 171:19
171:20
**statistical** 59:7
64:5 87:20 90:14
90:19,21 91:2,6,9
91:12,18,21,23
92:1 93:1,4,6,11
93:16
**statistically** 58:4
58:10,16 59:13
92:5,19 157:6
**statistics** 31:19
124:11
**status** 60:8 61:8,17
180:8
**stay** 136:15
**steatohepatitis**
101:12 106:1
133:10
**steatosis** 131:3
**stenotype** 205:7
**step** 199:23
**stepped** 199:17
**stepping** 200:1
**steps** 186:17
**stepwise** 168:10
**stethoscope** 41:16
**stigma** 187:1
**stipulate** 47:2
**stipulated** 126:6
173:12
**stipulation** 173:10
**stock** 29:11,12
**stomach** 44:23
**storage** 131:12,15
**story** 51:1 179:12
**strains** 68:24
**strange** 170:6
**strategy** 27:21
53:6

**street** 1:17 4:15
**strength** 25:2
92:24 93:3,11
96:18 202:3
**strict** 84:21
**strike** 38:20 50:1
91:15 118:19
140:20 182:23
**stringent** 71:11
112:5
**strong** 63:13 64:6
122:6 144:14,17
158:20,24 159:3
159:11,13
**stronger** 63:14
101:24 104:5
108:14 123:3
159:5
**strongest** 25:3
56:11 95:9
**strongly** 160:4
**studied** 154:5
**studies** 25:4 39:10
39:18 47:16,21
48:2,8,9,13,16,18
49:7,10,24 51:6
56:19 59:16,22
60:3,12,15,21,23
63:3,5,23 64:2,6
81:16 88:3,23
89:1,17,21,22
90:10 91:5 92:12
92:19 94:12,13,19
95:4 97:7,24
100:23 101:4,8
105:6,14,19,20
106:16 107:9
114:14 117:1
118:11 124:3,13
124:24 131:6,22
135:10 142:21

145:3 150:8,20,22
150:24 151:1,3
158:20 165:13
168:18 192:12
**study** 3:17,19
21:11,13,13,15
24:10,17 37:1
40:9 41:24 58:1,5
58:15,16,22 59:1
59:11,19,20 60:17
61:12 63:12,15
68:15 87:21,21
89:3 90:18 91:1,1
91:3,8,24 92:9,11
92:16 93:7,8
94:18,18 118:8,10
118:15 119:11
120:18,24 121:6,8
122:19 123:7,12
123:18 129:20
131:9 145:1 150:1
150:13 158:17
201:2
**study's** 90:14,16
**sub** 190:2,6,18
**subchronic** 81:23
**subgroups** 81:21
**subject** 20:5 73:5
129:10 140:20
142:6 144:1,12
145:16 147:12
148:2,6,7 153:3,3
158:17 175:21
184:16 199:23
**subject's** 77:12
**subjects** 40:8
56:17 97:16
198:24
**submissions** 30:4
30:7

**submitted** 36:12
112:20 113:2
**subscribe** 5:23
102:24 180:2
**subscribed** 204:14
206:21
**subsequent** 189:20
**subsequently** 32:2
112:17
**substance** 27:23
65:20 69:2,8 79:9
85:16,22 96:21,24
97:20 100:10
126:14 153:14
**substances** 68:22
85:10 99:19,22
100:3,7 101:5
108:9 125:5 137:8
**substantial** 48:7
48:11 73:16 78:18
78:23 79:13,18
80:16 129:5
143:10,15 144:20
147:3,7,19 148:1
149:7,14 158:15
159:2,16 174:23
**substantially**
128:17
**substitute** 57:11
121:17
**subtitles** 167:23
168:2
**successive** 163:24
**suffer** 170:4
171:23 172:11
**sufficient** 65:11
66:6 176:7,16
**sufficiently** 5:7
176:4,15
**suffolk** 205:3

sugar   131:16
sugarman   1:17,17
   4:14,15
suggest   85:10
suggested   154:18
suggestive   26:6
suggests   26:6,11
   44:2,10 85:17
   184:6
suit   72:18
suite   2:8
sulfur   136:22
sullivan   1:6 4:10
   206:4
sum   75:18 84:19
summarized   89:19
   106:18 107:12
summary   73:24
   169:24
summed   73:17
superficial   48:14
supervision
   205:23
supply   80:17
   156:10,17
support   7:1 20:7
   60:19,19 121:12
   166:12 197:1
   198:6
supported   24:18
supportive   59:2
supports   160:5
suppression
   159:24
sure   15:6 19:10
   20:8 25:11 42:13
   44:18,21 53:24
   71:22 72:8 76:19
   85:23 86:5 98:14
   109:12 122:22
   130:19 137:12

138:13 144:10
   150:18 180:1
   182:14 196:4,11
surprisingly   53:6
survey   163:24
   164:1
surveys   163:20
survival   185:9
susceptibilities
   16:12,15 17:24
   19:15 22:14 68:21
   155:24
susceptibility
   16:17 18:2 23:16
   135:3
susceptible   16:22
   70:11 112:19
   130:7
suspected   65:1,22
   73:15
suspecting   183:21
suspicion   189:17
swear   141:5
swedish   201:2
sworn   5:7 36:12
   204:14 205:6
   206:21
symptomatic
   194:1
symptoms   170:18
   171:8 173:24
   178:7,14 179:5
   184:20 185:9
synonymous   65:8
   132:6 159:3
synthesized
   101:15
system   61:20 62:5
   118:22 119:22
   121:13 124:7
   156:12 158:21

160:18,24 161:9
   161:10
systematic   173:23
systems   19:4
   156:13

**t**

t   3:8 161:7 204:1,1
   205:1,1
table   66:6 95:23
   150:19
tables   3:20 11:7,17
   13:17 163:4,6
take   19:2 22:23
   27:2,4 28:9 47:6
   49:2 54:13 65:9
   87:10 89:16 91:12
   92:15 99:21
   127:21 154:8
   162:16 168:10
   169:9 170:24
   173:2 175:12
   180:23 187:7
   195:10
taken   1:12 30:18
   47:10 99:11
   113:12 120:9
   125:11 163:20
   171:13 173:6
   205:7
takeoff   199:18
talk   52:5 61:1,9
   68:1 69:4 71:5
   76:20 78:17 94:23
   148:6
talked   76:20 79:5
   88:18 89:23 95:16
   96:22 97:17
   151:23 152:1,2
   159:6 170:9
talking   12:4,6,15
   20:3 41:13 45:21

101:16,17 103:16
   122:22 139:1
   141:21 152:4
   165:1 177:6 183:6
   187:1
tantamount   55:4
tap   10:23 11:4,6
   11:11,16,21 12:1
   12:19 13:5,12,14
   14:8 19:3 35:20
   78:15
tape   171:14
targeted   201:17
task   9:6 191:10,14
   191:19,23 192:5
   196:7 201:13,14
   202:2
taught   38:12
tea   11:19,20 14:6
teach   146:2
teaching   178:1
teen   134:17
tell   5:7 21:20
   61:21,24 62:1
   80:23 149:17
   161:21 162:7
   165:9
tells   61:23
temporal   63:5
   67:5
ten   37:3,12,17
   48:18 49:6 50:4
   152:18 153:22
   175:18
tend   11:4 86:7
   132:20,21
tenet   71:23
tenured   49:19,21
   50:2,4,5,8
term   19:18 26:11
   27:16 42:13 43:18

57:4,7 63:22 73:8
73:20 76:8 78:16
79:13 83:19 84:4
128:23 136:20
152:4 160:9
**terms**   6:10 11:8,10
11:10 22:12 43:10
43:11,17 57:18
61:3 76:22 88:17
89:9 101:21 176:8
177:3 183:9 185:6
195:3
**test**   44:14,15,22
45:4,5,10,14 46:2
59:8,8 124:17
157:17 158:1
171:24 181:8,13
182:5 184:3,10,12
185:10,17,22,24
186:7,10 187:3,20
190:11,18
**test's**   181:3
**tested**   37:13,18
62:21 77:20
**testicular**   101:11
105:12 133:4
140:13 148:7,8,9
148:22 149:3,14
**testified**   5:8
112:17
**testimony**   22:19
202:21 204:5
205:6,6,9
**testing**   42:21 46:7
71:20 90:23
168:15 169:13
187:15 189:19,20
194:6
**testosterone**
148:23

**tests**   43:5,10,17
44:2,9 157:7,23
158:10 173:15
179:20 180:15
182:2,10,16 188:2
188:8,10,14,17,20
188:21 189:2,6,11
189:15,18,24
190:6 196:20
202:24
**tetanus**   119:22
120:20 127:12,14
128:4,7
**texas**   166:22
**text**   43:11,18
**thank**   202:14
203:16,18
**thanks**   150:19
**theoretical**   86:14
99:6 154:20
187:24 194:14
**theoretically**
67:16,23 96:7
186:24 188:24
189:22
**theory**   56:5,7
187:1
**therapeutic**   96:11
186:13
**therapies**   40:3,16
41:6,12
**thereof**   205:21
**thing**   29:7 38:9
196:5,5
**things**   17:7,12,15
17:20 18:7,12,18
18:22 19:17,22
20:10 21:1 22:15
23:2,7 68:8 115:7
171:12 177:6

**think**   9:8,12 11:3
11:6,15,17 13:16
13:17 14:2 23:20
27:13,16 28:4,17
32:15 37:14 41:8
44:20 48:12,15,21
51:13,17 53:17
55:7 59:5 60:16
62:24 64:1 72:14
73:20 74:9 75:10
76:11 77:1,13,20
82:16 86:11 93:20
94:7 98:22 99:6,7
100:19 107:6
108:2,14 109:10
110:2,23 112:12
112:14 115:3
118:5 124:5 127:8
131:5,21 132:4
133:6 140:4
142:16 144:20
145:7 147:3,7,16
150:15 151:21
152:22 154:20
155:4 157:18
159:21 160:1
161:12 167:5,14
171:14,15 172:8
173:20 174:2,6
178:3 180:12
182:11 187:4
189:9 190:9 194:3
195:8 196:23
198:8 200:5,7,16
201:19 202:4
203:15
**thinking**   42:9
104:21
**third**   54:13,15
106:12 107:8

**thirty**   37:16 42:12
**thorough**   170:19
171:8
**thought**   47:23
98:13 151:12
196:3
**thousand**   31:1,13
152:18 153:4,23
155:15 162:6
175:16 190:22
**thousands**   33:21
**three**   2:17 7:14,23
9:3 57:24 66:2
106:22 109:11
111:12 117:13
126:19 138:3
**threshold**   66:13
66:14
**thyroid**   140:12
145:16,18,19
146:3,18,23 147:1
147:6
**time**   21:9,10 22:4
26:22 27:2 35:11
35:18 40:15 41:18
42:17 46:20,24
47:8,12 51:5,8
59:21,24 60:8,16
60:22 61:5,11,18
63:13 80:11,15
93:21 99:9,13
121:2 123:2 125:9
126:4 134:9 145:7
173:4,8 179:4
186:18 187:9
193:9 195:16
196:12,15 199:7
199:10,17 202:9
202:13,15 203:19
205:10

**times** 31:1 37:11
  37:16 142:12
  164:14
**tip** 111:4
**title** 21:19,20
  50:22,22
**titled** 203:4
**tobacco** 105:8
  135:16
**today** 44:7 60:8
  61:8,17 63:18,21
  63:22 136:3
  143:22 146:10
  172:22,24 177:1
  203:9
**today's** 203:20
**told** 21:11 64:2
  110:11 111:24
  112:11 168:5,11
**tolerated** 98:11,11
**tomorrow** 69:12
**top** 7:21 9:1 76:6
  106:20 163:13
  198:21
**topic** 136:15
**tort** 72:18 102:22
**total** 31:2 100:9
  124:5 163:13
**totality** 150:21
  152:5
**touched** 150:15
  162:17
**town** 138:3 140:9
**tox** 69:19 70:20
  71:1
**toxic** 26:24 53:12
  55:5 63:24 66:1,7
  66:11 69:8 72:18
  80:21 96:21,24
  153:14

**toxicants** 97:14
**toxicity** 66:8,10
  70:3,4,4 84:15
  159:24 160:5,9
**toxicokinetics**
  70:5
**toxicological**
  89:21 99:18 203:7
**toxicologists** 30:7
**toxicology** 32:11
  32:19,22 33:14
  38:15 42:8 70:18
  89:17 90:2 96:13
**toxoids** 119:6
**track** 49:19 50:3,4
  50:8
**traditional** 91:21
  112:10 119:12
**traditionally**
  114:20
**tran** 117:16
**trans** 44:14,19
  116:9 117:11
  125:1,6
**transcript** 3:11
  9:15,21 10:2,9
  15:15 20:20 22:24
  33:16 204:5 205:9
  205:20,22
**transcription** 3:21
  167:18,20 168:2
  205:7
**transcripts** 35:6
**transfer** 44:22
**translated** 81:3
**translating** 81:15
**translation** 42:9
**transparency**
  28:22
**transportation**
  142:22

**treatment** 186:15
  187:11 193:1,5,7
  193:10 194:1
**trial** 21:22 97:10
  150:2,3,4,7,14
**trials** 96:19 97:6
**tricks** 148:23
**trigger** 165:1
  167:9
**trillion** 75:12,24
  76:13,15,23 138:5
  140:10 152:9,15
  152:19 153:22,22
  153:23,23 154:11
  154:13,24
**trouble** 166:19
**true** 5:18 10:21
  12:3,11,12 16:6
  17:12,21 18:1,8,9
  18:13 26:18 27:8
  30:19 42:4 50:16
  52:13 58:22 60:5
  60:10 62:12 65:5
  65:12 66:7 86:13
  93:4 95:13,14
  106:18 114:9
  128:7,8,20 129:17
  130:4,18 131:4,13
  131:14 132:20
  133:23 134:6,11
  157:21 174:5,13
  175:2,9 178:22
  179:6 187:21
  188:12,23,24
  198:7 199:11,14
  201:8 204:7 205:6
  205:9
**truth** 5:8
**try** 5:14 26:8
  40:18 80:24 86:22
  108:5,17 115:3

  143:15
**trying** 5:21 11:6
  83:9 93:14 169:18
  183:20 187:8
**tuna** 115:21
**tuned** 74:13
**turn** 4:6 10:3
  14:14 15:14 20:19
  33:15 57:10 69:22
  110:3,14 111:1,22
  137:19 139:13
  163:9,18 168:4,9
  171:17 192:5
  193:14
**twelve** 175:18
  188:21,22 189:1
  189:12,13
**twenty** 31:2,14,16
  75:15
**twice** 50:11
**two** 8:4 10:7,13
  21:14 37:11 39:17
  75:10 100:3 101:9
  112:16 118:15
  134:13 138:1
  141:21 164:14
  172:8 177:6
**type** 57:21 96:1
  131:12,15,16
  138:8,21,22 139:4
  139:6,9,14,24
  147:10 157:22
  169:20 185:19,20
  186:2,19
**types** 3:22 57:20
  70:12 89:14
  145:19 192:2,7
**typical** 36:7 61:11
  61:18 63:11,15
  109:15 118:3

**typically** 10:22,23
  11:11 13:24 35:21
  131:19

**u**

**ubiquitous** 168:12
  168:21
**ulcerative** 101:12
  140:12 142:6,8
  143:19
**ultimately** 8:15
**un** 53:2
**unable** 130:22
**uncertainty** 73:14
  81:13,14,18 82:3,6
  82:9
**unclear** 143:1
**uncomfortable**
  187:15
**uncommon** 190:7
**underestimate**
  64:3
**undermine** 180:11
**understand** 6:5
  12:11 18:3,9 19:5
  26:24 28:22 29:1
  44:18 52:12 54:12
  67:18 79:14 80:9
  80:24 82:1 84:4
  91:7 94:2,8 98:23
  99:16 101:24
  110:23 117:17
  130:5 136:13
  139:23 150:3
  160:15 162:21
  165:24 167:3
  173:11 176:7,9
  180:17 183:8
  194:4,14 196:17
**understanding**
  8:21 16:17 17:4
  20:12 25:1 27:17

82:5 102:5,9,12
  108:9 109:3
  110:24 112:12,24
  113:9 126:17
**understood** 22:21
  128:20,21
**undertaken**
  196:20
**undiagnosed**
  176:3
**unethical** 56:17
  96:23
**unintended**
  192:23
**union** 26:21
**unique** 112:7
  119:10
**unit** 4:9
**united** 1:1 4:12
  38:18,22 73:1
  79:20 115:22
  165:2,11 167:7
  168:12,17,21
  171:20
**units** 76:23
**unknown** 58:19,21
  135:24 137:16,18
  139:9,11 146:23
  147:2,19 148:2
**unnecessary**
  187:22 192:24
**unrealistic** 53:10
  55:2
**unreasonably**
  187:6
**untested** 74:23
  75:2,5,8
**untreated** 185:9
**unusual** 11:19
  13:9 31:14 46:13

**unwanted** 64:17
**unwittingly** 79:7
**update** 70:24
**updated** 70:19,20
  70:23 71:1 197:16
**upper** 37:19 188:5
**upsetting** 169:19
**uptake** 19:11
  155:11 156:6
**urgency** 40:20
**use** 5:24 11:4,6
  12:13,19,20,21
  14:7 19:22 25:22
  28:6 43:11,18
  55:16,18 56:10
  57:4,8,11 72:3,7
  73:7,9 82:16
  87:17 88:4 90:18
  90:21 96:5,9,12
  98:10 114:2,4
  115:2 132:9,10,24
  146:2,21 159:13
  159:15 182:5,16
  197:11
**useful** 63:24
  180:15 181:8,13
**usefulness** 181:4
**usual** 184:1
**usually** 6:23 45:7
  53:10 100:24
  146:2 157:22
**uterine** 148:15
**utility** 175:10
**utilize** 85:8,15
**utmost** 110:19

**v**

**vacation** 152:3
**vaccinations**
  119:22 128:16
**vaccine** 119:6
  121:19

**vague** 16:15 17:1
  23:19 24:6 25:24
  44:12 48:4 50:10
  54:6 64:21 72:6
  122:4 129:8
**vaguer** 26:11
**valid** 23:23 24:12
  25:7,13,21 26:10
  26:10 30:17
**validity** 7:1 90:16
**value** 43:6,18 44:1
  44:8 46:1 59:11
  93:16 158:1
  173:16 181:14,18
  182:1 190:13,19
**values** 37:6 62:17
  188:5
**varability** 81:20
**variables** 16:23
**variation** 128:19
**variations** 64:5
**variety** 145:3
  146:4
**various** 43:23
  68:22 72:24 76:22
  85:10,16 112:3
  155:4
**vary** 90:10,12 91:1
  128:16,18
**varying** 60:9
**vast** 174:10
**verications** 60:13
**veritext** 4:17,18
  206:1
**vermont** 1:2 4:13
  7:19 75:14 100:9
  100:12 118:4
  130:12 138:14
  150:9 165:15
  166:23 172:14

**versus** 4:11 35:20
35:20 134:19
138:8
**vested** 28:9 53:7
98:8
**vice** 50:18
**video** 4:7,9 167:22
168:2
**videographer** 4:2
4:17 46:20,23
47:8,11 80:11,14
99:9,12 125:9
126:3 173:4,7
196:12,15 202:9
202:12 203:19
**view** 24:8 53:20
54:1,19 103:9
172:22
**viewpoint** 138:11
156:5
**views** 15:24
**vigorous** 6:18
**vigorously** 53:7
**violating** 136:21
**virginia** 76:9
**virtually** 81:16
82:13,15,16
199:10
**visiting** 78:20
**volunteer** 191:15
**voting** 51:15
**vouch** 108:12
**vs** 1:7 206:4
**vulnerable** 20:5
119:24 121:13
129:10

**w**

**waiting** 179:2
**walks** 199:11
**want** 10:6,10 22:8
25:20 26:3 48:17

51:1 64:9 66:8,12
72:15,16 73:4
98:7,14,14 105:3
141:16 150:18
152:13 167:24
179:2 183:18
187:9 195:19
203:3
**wanted** 49:23 51:4
141:4 196:3
**wants** 54:13
188:16
**warranted** 196:18
196:22
**water** 10:17,23,24
11:4,4,6,11,11,12
11:16,18,20,21
12:1,5,6,8,8,14,16
12:19,20,21 13:5,6
13:10,13,14,20
14:1,5,8,8 18:13
18:18,22 19:2,3,3
19:4 35:13,20,20
35:21 36:5,7 61:3
61:4,8,20 62:5,8
75:12,15 76:7,14
76:16 77:15 78:8
78:11,11,15,19
79:7,15,17 80:7,17
81:2 100:10 122:9
122:10 140:10
151:16,21,24
152:9,15 153:13
153:16,20 154:10
154:12,23 155:6,8
155:11,17,18,23
156:10,12,14,17
165:11,15 166:2
169:21
**way** 9:18 18:4
19:6,24 24:1

25:16 28:8 34:12
41:8 42:5 51:2
53:12 55:4,12
62:18 65:6 73:21
73:23 74:12 80:24
86:8 87:3 93:5
94:7,13,14 95:11
95:14 105:3,4
107:24 108:3
122:14 148:4
152:1 156:2 159:1
162:15 166:13
175:3 176:10
196:8
**ways** 155:4
**web** 30:24 31:18
31:20 32:4
**website** 31:18
167:23
**weeks** 21:14
148:19 197:8
**weigh** 89:14 95:3
95:7
**weighed** 89:24
90:7,18 95:12
199:16,19
**weighing** 83:18
92:18
**weight** 20:10,15
21:1 22:2,5,8
83:13,15,16,22
84:7,22 85:2,8,15
87:5 88:11,12
89:3,13 90:5
91:10 92:12,21
93:11,19 94:6,12
94:15,18 95:24
96:5 102:15 103:4
103:10 105:7
108:3 198:22
199:8 200:6

**weighted** 94:13
**weighting** 87:24
88:5 91:5
**weights** 22:7 87:18
89:20 91:8 101:4
**weighty** 89:5,8
**weihe** 116:23
118:16
**welding** 136:22
**wells** 79:17 80:18
80:20
**went** 23:21 51:1
62:19
**west** 76:9
**whale** 114:20,21
115:2,2,7,7,13
117:4 118:2
119:12
**whales** 115:20
**whereof** 205:14
**whitlock** 2:6,7 3:6
5:3,3,19 6:7,16
10:19 11:2,14
12:23 13:8 14:10
16:14,24 18:24
19:18 21:6 22:18
23:19 24:5 25:23
26:7 28:1 31:5
33:24 34:3,16,22
35:3,8,15 36:3,14
36:20 43:13,20
44:3,11,16 45:15
46:3,10 47:1 48:4
49:9 50:10,24
54:5 55:15 64:20
67:17 68:14 71:12
71:21 72:5 76:18
77:5 86:10 88:14
90:20 92:7 93:13
94:21 98:21 102:7
108:22 112:22

119:17 122:3
126:5 129:7
131:20 137:10
138:9,23 139:16
140:3,23 141:2,10
143:20 144:13,22
151:5,18 154:2,16
155:3 157:9
164:16 169:7
174:12,19 175:7
177:23 179:11
182:7 185:13
186:3 189:21
194:2,13 196:9
201:24 202:17
203:16
**wide** 63:1 128:19
**william** 1:14 4:18
205:4,17
**willing** 33:8
**winter** 111:19
**wish** 139:8
**withstanding**
115:5
**witness** 1:11 5:6
20:21 34:6 126:2
136:13 205:5,10
205:14
**witnesses** 25:10
**wolff** 2:15 3:5 4:24
4:24 5:10 7:4 9:20
32:17 34:2,5
46:19 47:6 69:15
80:10 99:8 109:19
111:14 116:12
118:7 119:1 121:5
125:8 141:4,12
163:3 167:16
169:8 173:2 182:9
192:1 196:11
202:7,14 203:12

203:18
**wolff's** 202:20
**woman** 138:20
**women** 142:16
148:20
**wonder** 168:23
**word** 18:2 21:2
26:5 44:18 57:11
57:12 72:7 73:7
82:16 95:2 98:11
114:2,4 132:9
146:20,21,22
147:7 159:15
168:1 172:10
180:17 182:18
**wording** 8:24
22:22 71:13 75:3
75:4 107:16 109:4
112:14 123:19,21
132:4,24 133:7
**wordings** 197:15
**words** 8:22 19:2
26:8 57:10 67:6
176:6 188:11
190:13 191:4
193:10
**work** 24:16 30:11
30:16 31:1,4 32:6
39:6 50:6 53:2
55:24 108:11
110:9 112:6
205:20
**worked** 24:23
39:16,19 95:19
**worker** 136:18
**workers** 42:20
**working** 38:9
95:19
**world** 84:16
113:20 131:12
195:21

**worse** 187:5,5
**worthwhile**
198:16
**wrapping** 122:8
**write** 7:10 84:13
88:22 95:23 96:8
100:22 101:19
117:4,8 121:11
158:19 160:4
198:21
**writing** 16:16
**writings** 5:24 6:1
6:1 26:5 28:14
31:15
**written** 73:5
129:21 133:5
149:7
**wrong** 21:5,8
26:17,19 27:1,6
61:7
**wrote** 21:10 33:12
55:21 76:6 77:9
118:18 119:10,15
120:1,6 123:8,13
172:6 199:7
**wu** 2:15,21 5:1,1

**x**

**x** 3:2,8

**y**

**year** 21:18 40:22
48:20 61:20
134:14,16 135:14
135:16 136:6,7,7
136:17 138:2,19
140:1
**years** 30:20 31:2
39:17 42:12 45:19
45:21 61:14 63:10
63:19 66:3 77:18
79:8 101:14

119:23 127:9,15
134:17 136:9,18
138:3,17 139:19
148:15 172:8
**yellow** 189:5
**yesterday** 52:1
**yields** 188:9
**york** 2:19,19 39:7
**young** 142:12
157:12
**younger** 53:2
148:11

**z**

**zero** 11:18 124:10
135:4,5 154:22
**zone** 172:14
175:22

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.