# EXHIBIT 30

Page 1

1          UNITED STATES DISTRICT COURT
              DISTRICT OF VERMONT
2

3

   JAMES D. SULLIVAN, et  )
4  al., individually, and )
   on behalf of a Class of )
5  persons similarly       )
   situated,               )    Civil Action No.
6                          )    5:16-cv-00125
           Plaintiffs,     )
7                          )
      vs.                  )
8                          )
   SAINT-GOBAIN            )
9  PERFORMANCE PLASTICS    )
   CORPORATION,            )
10                         )
           Defendant.      )
11

12

13          VIDEOTAPED DEPOSITION OF RONALD S.
14     HAUSTHOR, taken pursuant to notice before Beth
15     Gaige, Registered Professional Reporter, at
16     the offices of BarrSternberg Moss Silver &
17     Munson, P.C. 507 Main Street, Bennington, VT,
18     on April 24, 2018, commencing at 9:36 a.m.
19

20

21

22

23

24

25

Page 2

1                A P P E A R A N C E S
2
3       FOR THE PLAINTIFFS:
4
            DAVID F. SILVER, ESQ.
5           Barr Sternberg Moss Silver & Munson, P.C.
            507 Main Street
6           Bennington, VT 05201
            Phone:  802.442.6341
7           E-mail:  Dsilver@barrsternberg.com
8
        FOR THE DEFENDANT:
9
10          NATHAN WILLIAMS, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
11          51 Madison Avenue
            New York, NY 10010
12          Phone:  212.849.7000
            E-mail: Nathanwilliams@quinnemanuel.com
13
14          PAUL A. LAFATA, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
15          51 Madison Avenue
            New York, NY 10010
16          Phone:  212.849.7000
            E-mail:  PaulLaFata@quinnemanuel.com
17
18
19
20
21
22
23
24
25

Page 3

```
 1                    INDEX
 2   WITNESS:  RONALD S. HAUSTHOR
 3     Direct Examination by Mr. Williams          7
       Cross-Examination by Mr. Silver           236
 4
 5
 6
 7
 8
 9               E X H I B I T S
10   Exhibit No.    Exhibit Description        Page
11   Exhibit 1  Warranty Deed as to Lot 2 and    30
                right of First Refusal as to Lot 3
12
     Exhibit 2  Construction Agreement to install  47
13              water service and related work on
                private property
14
     Exhibit 3  Exterior photos of home          61
15
     Exhibit 4  Interior photos of home          72
16
     Exhibit 5  Homeowners insurance policy      91
17
     Exhibit 6  Policy Change Declarations       91
18
     Exhibit 7  July 21, 2016, letter from Vermont  114
19              Department of Health
20   Exhibit 8  Third Amended Complaint - Jury    120
                trial demanded document
21
     Exhibit 9  Declaration                     123
22
     Exhibit 10 Interrogatories                 132
23
     Exhibit 11 E-mail forward including Shaina   139
24              Kasper
25   Exhibit 12 Tax Bill                        150
```

Page 4

1   Exhibit 13 Appraisal                              152

2   Exhibit 14 Result of Grievance Day Appeal         153

3   Exhibit 15 Results of 2001 formal grievance       155
                hearing

4

    Exhibit 16 Plaintiffs' Fourth Supplemental        157

5                Disclosures of Merits Issues

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                        STIPULATION

2          (It is hereby agreed by and between the

3      parties that signature is not waived.)

4                - - - - - - - - - -

5          THE VIDEOGRAPHER:   Good morning.  We are

6      now going on the record at 9:36 a.m.  Today's

7      date is April 24, 2018.

8          Please note microphones are sensitive and

9      may pick up whispering and private

10     conversations and cellular inference, and

11     please mute or keep your cell phones away from

12     microphones as they are known to interfere

13     with deposition audio at times.  Audio and

14     video recording will continue to take place

15     unless all parties agree to go off the record.

16         This begins media unit one of the video

17     recorded deposition of Ronald A. Hausthor

18     taken by counsel for defendants in the matter

19     of James D. Sullivan et al, individually and

20     on behalf of a class of persons similarly

21     situated, plaintiffs, versus Saint-Gobain

22     Performance Plastics Corporation, defendants.

23         This case is filed in the United States

24     District Court, District of Vermont and our

25     deposition today is being held at the offices

                                            Page 6

1        of BarrSternberg Moss Silver & Munsom, P.C.,

2        located at 507 Main Street, Bennington,

3        Vermont, 05201.

4             My name is Mati Kiin.  I'm a certified

5        video specialist representing the firm of

6        Veritext New York, and I'm the videographer.

7        Our court reporter is Beth Gaige who is also

8        representing Veritext.

9             I am not authorized to administer an

10       oath, and that will be shortly delivered by

11       Mr. Silver.  And I am not related to any party

12       in this action, nor am I financially

13       interested in the outcome.

14            Counsel and all present in the room and

15       everyone will now state their appearances and

16       affiliations for the record.  If there are any

17       objections to the proceeding, please state

18       them at the time of your appearance and now

19       beginning with the noticing attorney.

20            MR. WILLIAMS:  Nathan Williams for

21       defendant Saint-Gobain Performance Plastics

22       Corporation.

23            MR. LAFATA:  Paul LaFata from Quinn

24       Emanuel for Saint-Gobain.

25            MR. SILVER:  David F. Silver for the

1      plaintiffs.

2            THE VIDEOGRAPHER:  Thank you all.  I will

3      now ask our notary to please swear in the

4      witness and we can proceed.

5            (The Witness was administered the oath.)

6                  DIRECT EXAMINATION

7      BY MR. WILLIAMS:

8   Q.  Mr. Hausthor, would you please state your

9      name -- full name for the record?

10  A.  Ronald S. Hausthor.

11  Q.  And what is your date of birth?

12  A.  11/11/61.

13  Q.  Have you ever been deposed before, Mr.

14      Hausthor?

15  A.  No.

16            (Off-the-record colloquy.)

17            THE VIDEOGRAPHER:  At 9:39 we are going

18      off the record.

19            (Brief recess taken.)

20            THE VIDEOGRAPHER:  At 9:44 a.m. we are

21      back on the record.

22      BY MR. WILLIAMS:

23  Q.  Just to have a clean record, would you please

24      state your name?

25  A.  Sure.  Ronald S. Hausthor.

```
                                              Page 8

 1    Q.   And your date of birth?

 2    A.   11/11/61.

 3    Q.   And have you been deposed before, Mr.

 4         Hausthor?

 5    A.   No.

 6    Q.   So I'm just going to give -- explain some

 7         general good practices to help us move cleanly

 8         and easily through this deposition.  I will

 9         try to be clear with my questions, but if you

10         don't understand a question or you need me to

11         clarify, just let me know and I am happy to

12         try to restate the question for you.

13              As you can see, the deposition is being

14         video recorded, but Ms. Gaige here is also

15         making a written transcription, so please

16         provide verbal answers.  In other words, a yes

17         or a no, rather than an mm-hmm or uh-huh or

18         shaking or nodding your head.

19              Do you understand?

20    A.   Yes.

21    Q.   In addition, although I trust Ms. Gaige types

22         very fast, it can be very difficult for her to

23         transcribe conversation where we have

24         overlapping voices.  So there will be times

25         where you know where my question might be
```

1      going.  I'm going to ask that you wait until I

2      finish my question before you respond.

3           We have asked you here today because we

4      want to know more about the claims that you

5      have brought against my client, and I

6      appreciate that you are here and taking the

7      time to speak with us.  And I want to be

8      respectful of your time and your patience as

9      well.  So I will try to move through my

10     questions as quickly as I can, but if you need

11     to take a break, just let me or your attorney

12     know.  We're happy to take five minutes.  You

13     can get up, get some water and we can start

14     again.

15           And if you want to speak to your

16     attorney, that's also fine.  I just ask that

17     if there is a question pending that you answer

18     the question and then we'll take a break.

19           Do you understand?

20  A.  Yes.

21  Q.  Would you please tell me what the highest

22     level of education you've obtained is?

23  A.  College education.

24  Q.  And what type of degree would that be?

25  A.  Bachelor of science in physics.

```
                                                    Page 10

 1    Q.   And where did you go to college?

 2    A.   State University of New York, Brockport.

 3    Q.   Do you recall what years you attended?

 4    A.   That college was not the only college I

 5         attended, but I graduated in '85.

 6    Q.   Did you attend a college prior to that, prior

 7         to SUNY Brockport?

 8    A.   I did.  It was Suffolk County Community

 9         College.

10    Q.   And what years did you attend Suffolk County

11         Community College?

12    A.   '80 through '82.

13    Q.   Did you receive a degree from Suffolk County?

14    A.   No.

15    Q.   And you studied physics at SUNY Brockport; is

16         that correct?

17    A.   Is correct.

18    Q.   Are you presently employed, Mr. Hausthor?

19    A.   I am.

20    Q.   And where do you work?

21    A.   E-Enable, Incorporated.

22    Q.   And what do you do at E-Enable?

23    A.   Businessman.  I do computer consulting.

24    Q.   Does E-Enable do any other business besides

25         computer consulting?
```

```
                                           Page 11

 1    A.   We sell hardware.  We have a break, fix-it

 2         shop.  Right?

 3    Q.   Would you describe your responsibilities at

 4         E-Enable?

 5    A.   I consult for -- manage networks, sell

 6         hardware, install hardware.  That kind of

 7         stuff.

 8    Q.   And how long have you worked at E-Enable?

 9    A.   15 years.

10    Q.   Did you found E-Enable?

11    A.   I did.

12    Q.   Did you found it with anyone else?

13    A.   I didn't, but I did purchase another company.

14    Q.   What company was that?

15    A.   I can't remember the name of it, but it was --

16         it was a fellow, a single guy.

17    Q.   Do you recall when that was?

18    A.   I don't.

19    Q.   Was it within the last five years?

20    A.   No, it was about ten years ago.

21    Q.   And where is E-Enable physically located?

22    A.   160 Benmont Avenue, Suite 2, in Bennington.

23    Q.   Are there other businesses located at that

24         location?

25    A.   Many other.
```

```
                                              Page 12
 1    Q.   Could you estimate how many businesses
 2         might -- are located in that building?
 3    A.   Approximately 80.
 4    Q.   Where did you work prior to E-Enable?
 5    A.   Prior to E-Enable, my own business called
 6         Thorcon, T-h-o-r-c-o-n, another computer
 7         consulting business.
 8    Q.   Was that here in Bennington?
 9    A.   It was.  That was the name of the business
10         prior to me purchasing the other company.
11    Q.   So when you purchased the other company, you
12         just changed the name to E-able?
13    A.   We did.  E-Enable.
14    Q.   Were you -- where did you work prior to
15         Thorcon?
16    A.   San Francisco.
17    Q.   Was that -- did you work for a company in San
18         Francisco?
19    A.   A company called MicroFinancial.
20    Q.   And what did you do at MicroFinancial?
21    A.   Computer work.
22    Q.   I'm sorry.  You said computer work?
23    A.   (Nod).
24    Q.   Were you based in San Francisco when you
25         worked for --
```

```
                                                   Page 13
 1    A.   I was.

 2    Q.   And what years were you in San Francisco?

 3    A.   '87 -- actually maybe '85 to -- to '87, '88.

 4         Something there about.  I don't remember.

 5    Q.   Did you work at MicroFinancial for that entire

 6         period?

 7    A.   No.

 8    Q.   Where else did you work?

 9    A.   A company called JK Sound.

10    Q.   And what did you do at JK Sound?

11    A.   I was a sound engineer.

12    Q.   Did you work anywhere else while you lived in

13         San Francisco?

14    A.   No.

15    Q.   Did you -- did you move back to Bennington in

16         around '87, 88'?

17    A.   Yeah.  I've got to think about that.  '87,

18         right around there, when we moved.

19    Q.   When you moved back to Bennington, where did

20         you work?

21    A.   I didn't move back to Bennington.  I never had

22         been in Bennington.

23    Q.   Oh, pardon me.  When you moved to Bennington,

24         where did you work?

25    A.   Self-employed.
```

```
                                          Page 14
 1    Q.   Was that with a company that you --
 2    A.   I eventually started Thorcon.
 3    Q.   Do you recall when you started Thorcon?
 4    A.   I don't.
 5    Q.   Was it shortly after you moved to Bennington?
 6    A.   It was.
 7    Q.   Have you been associated with any other
 8         companies since you moved to Bennington?
 9    A.   I work for other companies as an employee of
10         Thorcon.
11    Q.   Are you familiar with Group II Manufacturing
12         Limited?
13    A.   I am.
14    Q.   What is Group II?
15    A.   My father's company.
16    Q.   What do you do with -- what is the nature of
17         your association with Group II?
18    A.   I essentially inherited it, but I -- I am
19         going to take this off.  I inherited it.
20              MR. SILVER:  Why don't you take it off
21         first and then answer the question.
22              THE WITNESS:  Okay.  I need to spin this
23         around.
24              THE VIDEOGRAPHER:  Want some help with
25         it?
```

```
                                             Page 15

 1            THE WITNESS:  I do.  Oh, I can -- I can

 2      pull it out.

 3            (Off-the-record colloquy.)

 4   A.  Okay.  Group II Manufacturing.

 5      BY MR. WILLIAMS:

 6   Q.  What is the nature of your association with

 7      Group II?

 8   A.  I worked for Group II with my father when I

 9      was a young man.

10   Q.  Have you worked at Group II since living in

11      Bennington?

12   A.  When my father moved out of Long Island, he

13      moved into essentially my home with his

14      business, so I worked for both -- both

15      companies during those times.

16   Q.  And what does Group II do?

17   A.  What do they do?  They maintained a laser

18      system to engrave diamonds 10 microns high on

19      the girdle for identification purposes.

20   Q.  Did Group II do the actual --

21   A.  Engraving?

22   Q.  Yes.

23   A.  No.  There was a machine.  We manufactured the

24      machine.

25   Q.  Were there facilities for --
```

1    A.   In Long Island?   In Long Island there were.

2    Q.   So you were managing that company -- your

3         father was managing that company from your

4         home when you --

5    A.   And in my office.   There was a lot of

6         equipment.   A lot of it was in my basement and

7         a lot of it was in my office, and he continued

8         that business -- I know you are going to ask

9         me --

10            MR. SILVER:   Answer the question.

11       Don't --

12            THE WITNESS:   Okay.   Sorry.

13       BY MR. WILLIAMS:

14   Q.   What type of equipment is it?

15   A.   Laser -- laser table, laser computer, lenses.

16   Q.   The equipment that you had at your home, did

17        you ever operate it when it was in your home?

18            THE VIDEOGRAPHER:   I am sorry.   I've got

19       to go off the record.   I'm terribly sorry.

20            9:56, we have to go off the record.

21            (Off-the-record colloquy.)

22            THE VIDEOGRAPHER:   At 10:00 a.m. we're

23       coming back on the record after a technical

24       difficulty.   We will continue this deposition

25       at the point where we went off.   We are back

```
 1        on the record.
 2        BY MR. WILLIAMS:
 3   Q.   Let me just pick up with our last question.
 4             Can you tell me again what type of
 5        equipment you had in your home from Group II?
 6   A.   What kind of equipment.  Manufacturing
 7        equipment, steel, nuts, bolts, lenses, laser
 8        equipment, testing equipment.  Those kind of
 9        things.
10   Q.   Did you ever operate that equipment in your
11        home?
12   A.   No.
13   Q.   Were you just storing it in your home?
14   A.   Yeah, in the home.
15   Q.   Were you -- did you ever operate the equipment
16        in your office?
17   A.   We manufactured the machine in our office.
18   Q.   And previously you manufactured the machines
19        in Long Island, on Long Island.
20   A.   My father did.  My father had to get out of
21        Long Island.
22   Q.   Did he move the manufacturing -- the
23        manufacturing operations to your office in
24        Bennington?
25   A.   Yes.
```

```
                                            Page 18
 1    Q.   Are those operations still ongoing?
 2    A.   No.   No.   The company folded shortly
 3         thereafter.
 4    Q.   When was that?
 5    A.   I don't remember.   I am guessing approximately
 6         15 or 18 years ago.   It wasn't there very
 7         long.
 8    Q.   Can you tell me why you moved from San
 9         Francisco to Bennington?
10    A.   My wife.
11    Q.   Can you elaborate on that?
12    A.   My wife's sister has a one-room schoolhouse,
13         and my wife became a teacher at that
14         schoolhouse.
15    Q.   In Bennington?
16    A.   In North Bennington.
17    Q.   So you relocated to allow her to take that
18         position?
19    A.   She came -- she came approximately a year
20         before I did.
21    Q.   Are you familiar with a business named Long
22         Trail Wireless?
23    A.   Yeah.
24    Q.   Can you tell me about Long Trail?
25    A.   Long Trail.   It wasn't a business.   It was --
```

Page 19

```
 1          it was a group of guys trying to pour internet
 2          access into the streets for tourists and for
 3          people who didn't have internet.
 4    Q.    Is it fair to say they were trying to make
 5          public internet?
 6    A.    Is correct.
 7    Q.    What was the nature of your association with
 8          Long Trail?
 9    A.    Me and another fellow started it.  We were
10          trying to recycle old computers.  We would
11          rebuild them as routers with multiple Ethernet
12          cards in them to protect a proprietor's
13          bandwidth from the bandwidth that was being
14          provided to the -- to the community.
15    Q.    Did you have any success in building a public
16          internet?
17    A.    Oh, yeah.  Yeah.  There was about 15 of them.
18          The hardest part was convincing proprietors to
19          let us use their bandwidth and convincing them
20          that we would protect them from the public
21          network, but it wasn't too difficult.
22    Q.    Were you building on the backbone of the
23          private internet?
24    A.    Is correct.  We would convince a proprietor
25          that it was in their best interest to allow
```

```
                                                    Page 20
```

1          others to use their bandwidth.

2     Q.   Is Long Trail Wireless still operating?

3     A.   There are people who are using it, and we

4          still maintain the domain name; but it's not

5          actively being created any longer.  We are not

6          putting new hot spots out.

7     Q.   Do you maintain the old hot spots?

8     A.   Do we maintain it?  I guess we do, but there

9          is no -- if hardware goes, there is much

10         better hardware than old computers to route

11         public network.

12    Q.   Are you familiar with the business named Rad

13         Technologies?

14    A.   Rad, yes.

15    Q.   Can you tell me about Rad?

16    A.   Sure.  Me and the same fellah who started Long

17         Trail and another person who had access to the

18         international shipping were bringing back

19         solar panels or bringing solar panels

20         across -- across the pond from China.  But

21         that failed miserably.

22    Q.   Who were the two individuals you worked with?

23    A.   David Pearson and Alan Karyo, and that's a k.

24    Q.   Sorry.  Can you spell the second name?

25    A.   I could if I can pull my phone out.  Do you

```
                                              Page 21
 1        need it or can I get it to you?
 2   Q.   You can get it to me.
 3             Which of those individals did you work
 4        with at Long Trail?
 5   A.   David Pearson, who still works with me once in
 6        a while.
 7             MR. SILVER:  I think Karyo is spelled
 8        K-a-r-y-o.
 9             THE WITNESS:  Is correct.
10             MR. SILVER:  Is that who owns Catamount
11        Glass?
12             THE WITNESS:  Catamount Glass, yeah.
13        BY MR. WILLIAMS:
14   Q.   Were you successful in bringing any solar
15        panels into the U.S.?
16   A.   No.  The first shipment got lost, and it was
17        too much for us to fight it.
18   Q.   What do you mean it got lost?
19   A.   We only hired a partial container, and that
20        container got shipped elsewhere, and to locate
21        it was going to be difficult.  We each put
22        $10,000 in, and it wasn't worth finding.
23   Q.   Do you recall about when that was?
24   A.   12 years ago.  Many efforts.
25   Q.   What's your home address, Mr. Hausthor?
```

```
                                                      Page 22

 1    A.   301 Harrington Road.

 2    Q.   How long have you lived there?

 3    A.   22 years.

 4    Q.   Where did you live prior to 301 Harrington?

 5    A.   Owl Hill Road, Pownal, Vermont.

 6    Q.   Do you recall how long you lived at Owl Hill?

 7    A.   Approximately two years.

 8    Q.   What type of residence was Owl Hill?

 9    A.   What type of residence?

10    Q.   Was it an apartment?  Was it a house?

11    A.   It was a house.

12    Q.   Did you own Owl Hill or the house at Owl Hill?

13    A.   We did not.

14    Q.   Did you rent it?

15    A.   We did.

16    Q.   And where did you live prior to that?

17    A.   White Creek in New York.

18    Q.   And how long did you live at White Creek, in

19         White Creek?

20    A.   Just over a year and I am guessing.

21              MR. SILVER:  Don't guess, please.

22    A.   I don't know.

23         BY MR. WILLIAMS:

24    Q.   Was that a house as well?

25    A.   It -- it was an apartment.
```

```
                                            Page 23

 1    Q.   And where did you live prior to White Creek?

 2    A.   Shushan, New York.

 3    Q.   And how long did you live in Shushan?

 4    A.   I don't remember.

 5    Q.   Did you live in a house there?

 6    A.   We did.

 7    Q.   Where did you live prior to Shushan?

 8    A.   With my sister-in-law.

 9    Q.   Where was that?

10    A.   River Road in North Bennington.

11    Q.   Was that in a house or an apartment?

12    A.   In a house.

13    Q.   Do you recall how long you lived there?

14    A.   Not long.

15    Q.   On the order of months?

16    A.   Yes.

17    Q.   And where did you live prior to that?

18    A.   San Francisco.

19    Q.   Were you in San Francisco proper?

20    A.   Yes.

21    Q.   What was your reason for moving to San

22         Francisco?

23    A.   To be with my wife.

24    Q.   Is she from San Francisco?

25    A.   No.
```

```
                                          Page 24
1    Q.  Did you -- I assume you knew her before you
2        moved to San Francisco?
3    A.  No.
4    Q.  How did you meet your wife?
5    A.  She took me to a Grateful Dead concert.
6    Q.  Very great story there.
7    A.  You'd run out of tape.
8    Q.  Where by chance was that Grateful Dead
9        concert?
10   A.  Laguna Seca, California.
11   Q.  Did you go to California for the concert?
12   A.  No.  No.
13   Q.  What took you to California?
14   A.  I had a friend who lived in Reno, and there
15       was another concert that I went to California
16       for.
17   Q.  So what were the circumstances of meeting your
18       wife?
19           MR. SILVER:  I'm just going object.  I
20       don't see how this could lead to any relevant
21       information, but you can answer.
22   A.  State the question again.
23       BY MR. WILLIAMS:
24   Q.  What were the circumstances of when you met
25       your wife?
```

```
                                                      Page 25

 1    A.   She gave me a lift through mutual friends.

 2    Q.   To the Grateful Dead concert?

 3    A.   Yeah.

 4    Q.   Where did you live prior to San Francisco?

 5    A.   Reno.

 6    Q.   Was that with the friend you went to see the

 7         concert with?

 8    A.   Who I went to visit.

 9    Q.   How long did you live in Reno?

10    A.   Approximately a year.

11    Q.   Where did you live prior to Reno?

12    A.   Dayton, Ohio.

13    Q.   And how long did you live in Dayton?

14    A.   A year and a half.

15    Q.   Where did you live prior to Dayton?

16    A.   SUNY Brockport.

17    Q.   Where did you live prior to SUNY Brockport?

18    A.   Smithtown, New York.  Long Island.

19    Q.   Is Smithtown where you grew up?

20    A.   Is correct.

21    Q.   Were you born there?

22    A.   No.  I was born in Long Beach.

23    Q.   Long beach, New York?

24    A.   Is correct.

25    Q.   Let's talk about your residence at 301
```

```
 1        Harrington.
 2              Is that a single-family home?
 3    A.   Is correct.
 4    Q.   And what is the home construction?
 5              MR. SILVER:  Could you repeat the
 6         question?  I didn't hear.
 7         BY MR. WILLIAMS:
 8    Q.   What is the home construction?
 9    A.   Wood, I guess.
10    Q.   Like a wood frame?
11    A.   Wood frame, thank you.
12    Q.   How many bedrooms does the home have?
13    A.   Three.
14    Q.   And bathrooms?
15    A.   Two.  One and a half.
16    Q.   Do you -- do you know how many square feet
17         approximately the home is?
18    A.   I don't.
19    Q.   What type of flooring does your home have?
20    A.   Wood.
21    Q.   Does your home have any carpeting?
22    A.   A little.
23    Q.   Where is the carpeting?
24    A.   The upstairs hallway.  We took it out of the
25         stairs, took it off the stairs.
```

```
                                              Page 27
 1    Q.   Was there carpeting anywhere else when you
 2         moved in?
 3    A.   The living room but we took it out.
 4    Q.   What type of heating system does your home
 5         have?
 6    A.   Oil burner.  Oil boiler and pellet stove.
 7    Q.   Were both those systems already installed in
 8         your home when you moved in?
 9    A.   No.
10    Q.   Was the oil boiler installed when you moved
11         in?
12    A.   Is correct.
13    Q.   I assume that means the pellet stove you
14         installed after you moved in?
15    A.   Is correct.
16    Q.   Did you install it yourself?
17    A.   Is correct.
18    Q.   Do you know when that was?
19    A.   Seven years ago.
20    Q.   Where do you get the pellets for the stove?
21    A.   Local merchants.
22    Q.   Are they just wood pellets?
23    A.   Is correct.
24    Q.   Is your home air conditioned?
25    A.   No.
```

Page 28

1    Q.   Do you have any cooling system in your home,

2         fans?

3    A.   We have fans.

4    Q.   Are they ceiling fans?

5    A.   No.

6    Q.   Floor fans?

7    A.   Floor fans.

8    Q.   Do you know when your home was built?

9    A.   No.

10   Q.   Is it more than 30 years would you

11        approximate?

12   A.   Approximately 30 years ago.

13   Q.   Do you know how many individuals lived in your

14        home -- how many prior owners there were

15        before you moved in?

16   A.   One.

17   Q.   Did you know the prior owners?

18   A.   We did.

19   Q.   Who were they?

20   A.   Paul Scott.

21   Q.   Did Mr. Scott build the home himself?

22   A.   Is correct.

23   Q.   And when did you purchase the property?

24   A.   1995.

25   Q.   Does anyone else presently live with you at

```
                                            Page 29

 1      301 Harrington?

 2  A.  My wife.

 3  Q.  What is her name?

 4  A.  Coleen, C-o-l-e-e-n, Healy, H-e-a-l-y.

 5  Q.  Has Ms. Healy lived at the home with you since

 6      you moved in?

 7  A.  Is correct.

 8  Q.  Does -- has anyone lived with you at 301

 9      Harrington?

10  A.  My children.

11  Q.  How many children do you have?

12  A.  Two.

13  Q.  What are their names?

14  A.  Dylan, D-y-l-a-n, and Autumn, A-u-t-u-m-n.

15  Q.  What years did Dylan live at the home at 301

16      Harrington?

17  A.  From '95 to 2012.

18  Q.  And what years did Autumn live there?

19  A.  Autumn still lives there, but she is off to

20      college.

21  Q.  When did she leave for college?

22  A.  Four years ago.

23  Q.  2014?

24  A.  Yes.

25  Q.  And when did she begin living at 301
```

```
                                            Page 30

 1        Harrington?

 2   A.   '95.

 3   Q.   Do you own your home?

 4   A.   We do.

 5   Q.   Are you the sole owner?

 6   A.   We are.  Like, does the bank?  Do I have a

 7        mortgage?

 8   Q.   Do you have any coowners?

 9   A.   My wife.

10   Q.   Did Ms. Healy acquire title to the property at

11        the same time you did?

12   A.   Is correct.

13   Q.   Did you acquire title by deed?

14   A.   I think so.

15   Q.   When you purchased 301 Harrington, did you

16        acquire rights to any other real property as

17        part of that property transfer?

18   A.   The land we are on.

19             (Deposition Exhibit No. 1 was marked for

20        identification.)

21   Q.   You have been handed a document that has been

22        marked as Exhibit 1.  Just take a moment to

23        look at that document if you will.

24   A.   (Witness complying).  Okay.

25   Q.   Do you recognize this document?
```

```
                                                    Page 31
 1     A.   I do.

 2     Q.   What do you recognize it to be?

 3     A.   The right of first refusal.

 4     Q.   Is it also the deed for the property you live

 5          on?

 6     A.   The deed.  I think so, but I will have to

 7          refer to my attorney, which is you.

 8     Q.   So you mentioned that it was a right of first

 9          refusal, correct?

10     A.   Is correct.

11     Q.   What was it a right of first refusal for?

12     A.   The lot next to our home.

13     Q.   Was that Lot 3?

14     A.   I don't know.  There were two lots.

15     Q.   So you didn't --

16     A.   That was not the lot my house was on.

17     Q.   Did you ever acquire Lot 3?

18     A.   I don't know what lot I acquired.

19     Q.   Did you ever acquire the lot next to yours?

20     A.   No, I did not.

21     Q.   Do you know what happened to that lot?

22     A.   I do.

23     Q.   What happened to it?

24     A.   Both lots were sold or gifted to The Fund for

25          North Bennington.
```

```
                                                      Page 32
 1     Q.   What is The Fund for North Bennington?
 2     A.   What is The Fund -- land acquisition,
 3          nonprofit, can't use the land for anything
 4          other than what it's there for.  Sorry.
 5     Q.   What do you mean by can't -- you can't use the
 6          land for anything but what it's there for?
 7     A.   It's protected land.
 8     Q.   You mean it can't be developed?
 9     A.   Is correct.
10     Q.   Can it be used for residential purposes?
11     A.   I don't think so.
12     Q.   And did you say that both properties were
13          gifted to The Fund for North Bennington?
14     A.   Is correct.
15     Q.   Including the lot you live on?
16     A.   No, not my lot.
17     Q.   So when you say both lots --
18     A.   The -- I don't know what lot I am on, but
19          there were three in total.  I am on one.
20     Q.   And two others were gifted?
21     A.   Is correct.
22     Q.   Okay.  Thank you.
23     A.   I am assuming I am on Lot 1.
24               MR. SILVER:  No --
25               THE WITNESS:  Okay.
```

```
                                                        Page 33

  1            THE VIDEOGRAPHER:  Mr. Silver, your --
  2            MR. SILVER:  Sorry.
  3        BY MR. WILLIAMS:
  4    Q.  I'm sorry.  Did you say you knew what had
  5        happened to lot -- the other two lots?  Have
  6        those lots been developed for any purpose?
  7    A.  No.
  8    Q.  They're just vacant land?
  9    A.  Is correct.
 10    Q.  Do you recall how much you paid for your home?
 11    A.  I do.
 12    Q.  What was that?
 13    A.  $150,000.
 14    Q.  Did you pay any amount of that in cash?
 15    A.  I don't recall.
 16    Q.  Was any of that amount funded by a bank loan?
 17    A.  Yes.
 18    Q.  Do you recall how much?
 19    A.  No.
 20    Q.  Do you recall how much your home was valued at
 21        at the time you purchased it?
 22    A.  I don't.
 23    Q.  Have you ever refinanced your home?
 24    A.  I have.
 25    Q.  Do you recall how many times?
```

```
                                            Page 34
 1    A.   Twice.
 2    Q.   When was that?
 3    A.   I don't recall.
 4    Q.   The first time you refinanced your home, what
 5         was the reason for that refinancing?
 6    A.   Interest rates.
 7    Q.   You were taking advantage of a better interest
 8         rate?
 9    A.   Is correct.
10    Q.   And the second time, what was the reason?
11    A.   Consolidate debt.
12    Q.   Was the debt you were consolidating, did it
13         relate solely to your home?
14    A.   Yeah.
15    Q.   Did you have multiple loans for your property?
16    A.   I did.
17    Q.   Do you recall when you took out those loans?
18    A.   I don't.
19    Q.   Were they between the first time you
20         refinanced and the -- were they after the
21         first refinancing?
22    A.   I think so.
23    Q.   Do you recall the reason for the multiple
24         loans?
25    A.   I don't.
```

```
                                            Page 35
 1    Q.   Have you ever taken out a home equity credit
 2         line on your house?
 3    A.   An equity credit line?
 4    Q.   Yes.
 5    A.   A line -- yeah.
 6    Q.   Yes.
 7    A.   Yes, that was the -- that was the second --
 8         that's what I tried to --
 9    Q.   That was part of the second refinancing?
10    A.   Is correct.
11    Q.   Did you draw from the line of credit?
12    A.   We did.
13    Q.   What did you use that credit for?
14    A.   Home repairs.
15    Q.   Can you tell me a little bit more about what
16         repairs you performed?
17    A.   What repairs.  We had to repair the driveway,
18         a long driveway.
19    Q.   What did you do to the driveway?
20    A.   We had it graded and gravel brought in.
21    Q.   It was a gravel driveway before you performed
22         the repairs?  Is it still a gravel driveway?
23    A.   It is.
24    Q.   Did you perform any other repairs with the
25         line of credit?
```

```
                                              Page 36

 1    A.   Small -- small house repairs.

 2    Q.   Upkeep type repairs?

 3    A.   Yeah.  Siding kind of stuff.

 4    Q.   What type of siding does your home have?

 5    A.   I think it's called clapboard.

 6    Q.   Is that wood?

 7    A.   It is.

 8    Q.   Was it wood clapboard before you did the

 9         repairs?

10    A.   Yes.

11    Q.   Have you paid your mortgage off?

12    A.   Do I still have a mortgage?

13    Q.   Yes.

14    A.   I still have a mortgage.

15    Q.   Do you still have the credit line?

16    A.   I still have a credit line.

17    Q.   Have you ever allowed others to use your home

18         as collateral for a loan?

19    A.   I don't think so.

20    Q.   Have you ever attempted to sell or lease your

21         property?

22    A.   No.

23    Q.   Have you ever listed your property for sale?

24    A.   No.

25    Q.   Have you ever spoken to a real estate agent or
```

```
                                                Page 37
 1        broker about selling your home?
 2    A.  We have.
 3    Q.  When was that?
 4    A.  Two years ago.
 5    Q.  2016?
 6    A.  When we found out.
 7    Q.  Would that have been the spring of 2016?
 8    A.  I don't recall.
 9    Q.  And what was the nature of that discussion?
10    A.  We were concerned about the value of our
11        property.
12    Q.  Did the -- who was it that you spoke with?
13    A.  I think it was -- it was a friendly
14        conversation.  I think it was with Suzie
15        Yucht.
16    Q.  Can you spell the last name for me?
17            MR. SILVER:  Y-u-c-h-t.
18        BY MR. WILLIAMS:
19    Q.  Does that sound correct?
20    A.  Yeah.  I think it was with Suzie.
21    Q.  Do you recall who Suzie Yucht works for?
22    A.  I think Hoisington.
23    Q.  What did Ms. Yucht tell you about the
24        marketability of your property?
25    A.  She said there was no concern.
```

```
 1   Q.   Did you understand that to mean she didn't
 2        believe there would be any difficulty selling
 3        your property?
 4             MR. SILVER:  Objection.  You can answer.
 5   A.   What was the question?
 6        BY MR. WILLIAMS:
 7   Q.   Did you understand her to believe there would
 8        be no difficulty selling your property?
 9   A.   That's what I understood.
10   Q.   Did she tell you that the value of your home
11        would be affected?
12   A.   She didn't commit.  It was really just a
13        casual conversation in passing.
14   Q.   What was the context in which you spoke with
15        Ms. Yucht?
16   A.   Social.
17   Q.   At like a party?
18   A.   On the street.  It was really very fast.
19   Q.   Did you know Ms. Yucht prior to that
20        discussion?
21   A.   Yes.
22   Q.   Do you know her socially?
23   A.   Yes.  It was -- there was another -- what was
24        his name.  Troy.
25   Q.   Did he also work with Hoisington?
```

```
                                              Page 39

 1    A.   No, but these were just casual conversations.

 2         We didn't contract anybody.

 3    Q.   Did Mr. Troy ever give an opinion on the value

 4         of your home?

 5    A.   No.

 6    Q.   Did he give an opinion on the marketability of

 7         your home?

 8    A.   He said we could sell it.

 9    Q.   Did he tell you that you would have any

10         difficulty selling your home?

11              MR. SILVER:  Objection.  Go ahead.

12    A.   No.  Again casual conversation.

13         BY MR. WILLIAMS:

14    Q.   Do you have any present plans to sell your

15         home?

16    A.   No.

17    Q.   Why not?

18    A.   Can't afford to move and my wife has a

19         one-room schoolhouse.  She likes her job.

20              MR. SILVER:  Can we take a break now,

21         please?

22              MR. WILLIAMS:  Let me just ask one more

23         question and then we can move on.  We can take

24         a break.

25         BY MR. WILLIAMS:
```

```
                                            Page 40

 1    Q.   If you were to sell your home, do you believe

 2         you would have to make a disclosure to a

 3         prospective buyer?

 4    A.   Of course.

 5    Q.   What do you understand -- what disclosure do

 6         you think you would need to make?

 7    A.   That my land is polluted.

 8              MR. WILLIAMS:  Let's take a break.

 9              MR. SILVER:  Okay.

10              THE VIDEOGRAPHER:  It's 10:36 a.m.  we

11         are going off the record and this will

12         conclude media unit number one of the

13         deposition.  We are off the record.

14                   (Brief recess taken.)

15              THE VIDEOGRAPHER:  At 10:44 a.m. we are

16         coming back on the record, now beginning media

17         unit number two in your deposition with Ronald

18         Hausthor.  We're on the record.

19    BY MR. WILLIAMS:

20    Q.   Mr. Hausthor, you are ready to continue?

21    A.   I am.

22    Q.   Besides your home -- your property at 301

23         Harrington, do you own any other real

24         property?

25    A.   I do.
```

```
                                                    Page 41
 1    Q.   Where is that?

 2    A.   In Florida.

 3    Q.   Where is Florida is that?

 4    A.   North Port.

 5    Q.   Is there a home on that property?

 6    A.   No.

 7    Q.   Is it vacant land?

 8    A.   It is.

 9    Q.   What was the reason for purchasing that

10         property?

11    A.   Investment.

12    Q.   When did you purchase it?

13    A.   I don't recall.

14    Q.   Was it within the last five years?

15    A.   No.

16    Q.   Last ten years?

17    A.   Yes.

18    Q.   Are you the sole owner of that property?

19    A.   No.

20    Q.   Who owns that property with you?

21    A.   John Franciosa.

22    Q.   Who is Mr. Franciosa?

23    A.   A childhood friend.

24    Q.   Does Mr. Franciosa live in Florida?

25    A.   Does not.
```

```
                                              Page 42
 1     Q.   Does he live in Bennington?

 2     A.   No.

 3     Q.   Do you spend much time in Florida?

 4     A.   No.

 5     Q.   Have you been to this property?

 6     A.   I have.

 7     Q.   Do you visit the property with any regularity?

 8     A.   No.

 9     Q.   Do you have plans to sell that property?

10     A.   Yes.

11     Q.   Can you elaborate on that?

12     A.   Eventually I will sell that land.

13     Q.   Do you have a time frame in mind?

14     A.   No.

15     Q.   Does E-Enable own or rent property?

16     A.   Rent.

17     Q.   Where is that?

18     A.   160 Benmont.

19     Q.   Is the rental agreement in E-Enable's name or

20          your name?

21     A.   E-Enable's name.

22     Q.   Can you describe the physical space where

23          E-Enable operates?

24     A.   South wing, third floor.

25     Q.   How many rooms are there in that office or
```

```
                                             Page 43
 1      facility?
 2   A.   Four.
 3   Q.   Does anyone else work at E-Enable --
 4   A.   Yes.
 5   Q.   -- besides you?  How many people?
 6   A.   Two and a half.
 7   Q.   Can you elaborate on the half?
 8   A.   Part-time.
 9   Q.   Is the office at 160 Benmont, is that on town
10      water?
11   A.   I assume it is.
12   Q.   How large is your property at 301 Harrington?
13   A.   Five acres.
14   Q.   Do you have a front yard?
15   A.   We do.
16   Q.   How far from the road is your house set back?
17   A.   I don't know.
18   Q.   Would you say that your house is centered on
19      the property?
20   A.   No.
21   Q.   Is it situated closer to the front or the back
22      of the property relative to the road?
23   A.   Back.
24   Q.   Is your front yard grass?
25   A.   Yes.
```

```
                                                Page 44
 1      Q.   Do you have a back yard?

 2      A.   Yes.

 3      Q.   What is the surface of your back yard composed

 4           of?

 5      A.   Grass.

 6      Q.   Is the surface of your yard uniformly grass?

 7      A.   Yes.

 8      Q.   Do you have any wooded property or wooded

 9           areas on your property?

10      A.   Yes.

11      Q.   Approximately how much of your property is

12           wooded?

13      A.   Two acres.

14      Q.   Do the wooded areas extend beyond your

15           property?

16      A.   Yes.

17      Q.   What is directly in front of your yard?

18      A.   Wooded property.

19      Q.   Just so I can orient myself, does the front of

20           your house face in a northern direction,

21           southern direction?

22      A.   Northern.

23      Q.   Faces northern?

24      A.   Yeah.

25      Q.   What borders the northern side of your
```

```
                                            Page 45
 1       property?
 2   A.   My driveway.
 3   Q.   And beyond that?
 4   A.   Land trust.
 5           MR. SILVER:  His road faces the northern
 6       part or the southern part?
 7           MR. WILLIAMS:  Northern.
 8       BY MR. WILLIAMS:
 9   Q.   Does your driveway cut through someone else's
10       property to get to Harrington?
11   A.   I think it does.
12   Q.   So your property does not extend all the way
13       to Harrington Road?
14   A.   Is correct.
15   Q.   What borders the southern side of your
16       property?
17   A.   One of these lots.
18   Q.   And is that wooded?
19   A.   It is.
20   Q.   And on the western side of your property?
21   A.   Another lot.
22   Q.   And is that wooded as well?
23   A.   It's a field.  No.
24   Q.   Is anything grown on that field?
25   A.   No.
```

```
                                                Page 46
1     Q.   And to the eastern side of your property?
2     A.   A field.
3     Q.   Is anything grown there?
4     A.   No.
5     Q.   Does your property have a slope to it?
6     A.   Very gradual.
7     Q.   Where do you get your water from?
8     A.   Our well.
9     Q.   Do you know where on your property the well is
10         located?
11    A.   I do.
12    Q.   Where is that?
13    A.   Southeastern corner of the house.
14    Q.   Is it physically adjacent to the house?
15    A.   Yes.
16    Q.   Do you know when that well was installed?
17    A.   No.
18    Q.   Do you know how deep your well is?
19    A.   I do not.
20    Q.   Do you know what your well is made of?
21    A.   I do not.
22    Q.   Do you perform any maintenance on your well?
23    A.   I do not.
24    Q.   Did you perform any maintenance prior to 2016
25         on your well?
```

```
                                            Page 47

 1    A.   Have I?

 2    Q.   Yes.

 3    A.   No.

 4    Q.   Besides the well, do you receive water from

 5         any other source?

 6    A.   No.

 7    Q.   In the past, have you ever received water from

 8         another source while living at the property?

 9    A.   In the past, no.

10    Q.   Prior to 2016, did you ever consider seeking

11         to connect your property to town water?

12    A.   No.

13    Q.   Why is that?

14    A.   The well was working well.

15    Q.   Are you now seeking to have your property

16         connected to town water?

17    A.   Yes.

18    Q.   And why is that?

19    A.   Because our water is polluted.

20              (Deposition Exhibit No. 2 was marked for

21         identification.)

22    Q.   You have been handed a document that has been

23         marked Exhibit 2.  Take a moment to look at

24         that.

25    A.   (Witness complying).
```

Page 48

1    Q.   And let me know when you are ready.

2    A.   (Witness complying). I am ready.

3    Q.   Do you recognize this document?

4    A.   I do.

5    Q.   What do you recognize it to be?

6    A.   A construction agreement.

7    Q.   Did you sign this document?

8    A.   I did.

9    Q.   What was the purpose of this agreement?

10   A.   To be provided water from -- from the

11        municipality.

12   Q.   So was this an agreement giving your

13        permission to connect your home to town water?

14   A.   I am assuming it is.

15   Q.   Did you have that understanding when you

16        signed the agreement?

17   A.   I did.

18   Q.   Has any construction commenced on your

19        property?

20   A.   It has.

21   Q.   When was that?  When did it commence?

22   A.   Last fall.

23   Q.   Has construction completed -- been completed?

24   A.   I am hoping not.

25   Q.   Why do you hope not?

Page 49

1   A.   They haven't finished cleaning up the ditch.

2   Q.   Would you describe what construction has

3        occurred already?

4   A.   There was a ditch laid down from the road

5        along the driveway through my yard to the

6        house.

7   Q.   Do you know if your home has been connected to

8        the town water yet?

9   A.   I do not.

10  Q.   Have you had any communication, further

11       communications, regarding the construction of

12       the water connections?

13  A.   We have.

14  Q.   What were -- what was the nature of those

15       communications?

16  A.   The driveway had a sinkhole.

17  Q.   Was that something you identified?

18  A.   It was.

19  Q.   Who did you communicate with?

20  A.   I think it was Otter Creek.

21  Q.   And what did you tell them?

22  A.   To fill the sinkhole.

23  Q.   Has that been addressed?

24  A.   Mostly.

25  Q.   Can you elaborate on that?

```
                                              Page 50

 1    A.   They need to clean up the ditch along the

 2         driveway.

 3    Q.   Did you communicate that request to anyone?

 4    A.   We have.

 5    Q.   And did you receive a response?

 6    A.   I don't know.  My wife communicated.

 7    Q.   Do you know whether any of your neighbors have

 8         signed similar agreements to this document?

 9    A.   Yes.

10    Q.   Do you know who?

11    A.   Yes.

12    Q.   Can you tell me their names?

13    A.   Greg -- Greg.  I don't remember his last name.

14    Q.   Where does Greg live?

15    A.   Next door.  And I should.

16    Q.   Is that on the southern side of your property?

17    A.   West.

18    Q.   Who else signed agreements of your neighbors?

19    A.   I don't know.

20    Q.   Is Greg's property a residential property?

21    A.   It is.

22    Q.   Besides your home, your well, and the wooded

23         areas of your property, what other physical

24         features are on your property?

25    A.   Garden.
```

```
                                             Page 51
 1    Q.   Where is your garden?
 2    A.   There is a vegetable garden on the east side,
 3         and there is a flower garden on the south
 4         side, and a tree growth on the east side.
 5    Q.   What vegetables do you grow from your garden?
 6              MR. SILVER:  Can you put a time frame on
 7         that, please?
 8         BY MR. WILLIAMS:
 9    Q.   What vegetables have you grown on your garden
10         since you have lived on your property?
11    A.   Tomatoes, kale, spinach, lettuce, squash,
12         jalapenos, peppers, brussels sprouts.  Too
13         many to name.
14    Q.   Are you currently growing any vegetables in
15         your garden?
16    A.   Not now.  There is hopes to.
17    Q.   Do you plan to plant any vegetables in the
18         next growing season?
19    A.   No.
20    Q.   Do you plan to grow anything in the vegetable
21         garden during the next growing season?
22    A.   Flowers.
23    Q.   It's fair to say you're converting the
24         vegetable garden to a flower garden?
25    A.   Yes.
```

```
                                                Page 52
 1    Q.   When was the last time that you grew
 2         vegetables in that garden?
 3    A.   Last year.
 4    Q.   When you grew vegetables in the garden, what
 5         did you do with the produce?
 6    A.   Canned.
 7    Q.   Was that all for personal consumption?
 8    A.   Yes.
 9    Q.   Did you give any of the canned vegetables
10         away?
11    A.   Yes.
12    Q.   Did you sell any of it?
13    A.   No.
14    Q.   How did you water the vegetable garden?
15    A.   With the well.
16    Q.   Is the garden irrigated?
17    A.   No, although we have a sprinkler.
18    Q.   How many months out of the year would you
19         water the vegetable garden?
20    A.   As long as there were vegetables.
21    Q.   Typically how many months out of the year were
22         there vegetables?
23    A.   Six.
24    Q.   Is it fair to say that you water the garden in
25         six months out of the year?
```

```
                                                Page 53
 1    A.   Yeah.
 2    Q.   Do you have anything growing in your flower
 3         garden on the south side of the house?
 4    A.   Flowers.
 5    Q.   What flowers?
 6    A.   Yeah.  You would have to talk to the wife.
 7    Q.   Does she do the gardening?
 8    A.   We both garden.
 9    Q.   Does she select what will be gardened?
10    A.   She does.  Yeah.  Yeah.
11    Q.   How many months out of the year do you grow
12         flowers in the flower garden?
13    A.   As long as it will grow.
14    Q.   In the past how long -- how many months has
15         that been?
16    A.   Eight.
17    Q.   How did you water that garden?
18    A.   Sprinklers.
19    Q.   Do you have plans to grow flowers this growing
20         season?
21    A.   We do.
22    Q.   Can you tell me about the grove on the east
23         side of your house?
24    A.   Peaches.
25    Q.   How long have you been growing peaches on your
```

```
                                              Page 54

 1       property?

 2   A.  Two years.

 3   Q.  Did you plant those trees?

 4   A.  We did.

 5   Q.  When is peach season?

 6   A.  I don't know.  We haven't -- they haven't

 7       fruited.

 8   Q.  Are they relatively young trees then?

 9   A.  They are.

10   Q.  Did you plant them as saplings?

11   A.  We did.

12   Q.  Do you know when they are expected to reach

13       maturity to grow peaches?

14   A.  I don't.  A few years.

15   Q.  Do you water those trees?

16   A.  We do.

17   Q.  How do you water them?

18   A.  Sprinkler.

19   Q.  Do you know how many trees there are?

20   A.  Three or four.

21   Q.  Do you mow your lawn?

22   A.  I do.

23   Q.  Do you do it yourself?

24   A.  I do.

25   Q.  How often do you mow the lawn?
```

```
                                                    Page 55
 1    A.   Once a week.
 2    Q.   Are there other structures on your property?
 3    A.   Yes.
 4    Q.   What are they?
 5    A.   Wood shed, wooden shed and a playhouse.
 6    Q.   A playhouse?
 7    A.   (Nod).
 8    Q.   Is that your playhouse?
 9    A.   My daughter's playhouse.
10    Q.   What is the wood shed used for?
11    A.   Storage.
12    Q.   What do you store there?
13    A.   Garden supplies, bicycles, potting soil.
14    Q.   Fertilizer?
15    A.   No.
16    Q.   Do you use fertilizer on your garden?
17    A.   No.
18    Q.   Do you have any other structures on your
19         property?
20    A.   No.
21    Q.   Does the wooden shed have a foundation?
22    A.   No.  Brick cinder block.
23    Q.   Is that cinder block just laid out on the
24         ground?
25    A.   Gravel.
```

```
                                            Page 56

 1    Q.   Is the playhouse currently used for anything?

 2    A.   No.

 3    Q.   Did you build the shed?

 4    A.   No.

 5    Q.   How about the playhouse?

 6    A.   Did I?  No.

 7    Q.   Did you pay to have it installed?

 8    A.   No.  My brother-in-law built it.

 9    Q.   Did he happen to also build the wooden shed?

10    A.   No.

11    Q.   Did that exist on your property when you

12         purchased it?

13    A.   No.

14    Q.   When did you have the wooden shed installed?

15    A.   Two years after we bought the property.

16    Q.   Fair to say '97, '98?

17    A.   Yes.

18    Q.   Do you have a solar water heater?

19    A.   I do.

20    Q.   Where on your property is that?

21    A.   Southeast corner of the house.

22    Q.   And that's adjacent to the physical structure

23         of the house?

24    A.   Yes.

25    Q.   When did you install that?
```

```
                                                       Page 57
 1    A.   Approximately ten years ago.

 2    Q.   Did you install it yourself?

 3    A.   With the assistance of a plumber.

 4    Q.   What do you use the solar water heater for?

 5    A.   Hot water.

 6    Q.   Is all the water supplied by the -- heated by

 7         the solar water heater?

 8    A.   It has supplemental oil heat.

 9    Q.   Do you have a fence on your property?

10    A.   There is barbed wire.

11    Q.   Where is that barbed wire located?

12    A.   The north side.

13    Q.   Was that installed after you moved into the

14         property?

15    A.   No.

16    Q.   Is the barbed wire designed to keep anything

17         specific out of the property?

18    A.   No.

19    Q.   Do you have a retaining wall?

20    A.   No.

21    Q.   Do you have a swimming pool or spa?

22    A.   Hot tub.

23    Q.   Where is that hot tub?

24    A.   Southeast corner of the house.

25    Q.   Is that built-in or above-ground?
```

```
                                            Page 58
 1    A.   Above ground.
 2    Q.   Does it sit on a foundation?
 3    A.   Of gravel.
 4    Q.   What is the soil beneath your home like,
 5         beneath your property?
 6    A.   What is it like?  Has clay.
 7    Q.   Is it uniformly clay?
 8    A.   No.  There is topsoil.
 9    Q.   If you dig in your yard, how quickly do you
10         hit the clay?
11    A.   Relatively quickly.
12    Q.   Within a few inches?
13    A.   Yeah.
14    Q.   Do you hit many rocks when you dig in your
15         yard?
16    A.   Yes.
17    Q.   How often?
18    A.   Often.
19    Q.   Have you noticed that the rocks run to a
20         certain depth of your property or start at a
21         certain depth on your property?
22    A.   Haven't noticed.
23    Q.   What about roots?
24    A.   Depends where you are.  In the tree growth,
25         there are roots.
```

```
                                              Page 59
 1    Q.   What type of foundation does your home sit on?
 2    A.   Concrete.
 3    Q.   Do you know how deep it goes?
 4    A.   No.
 5    Q.   Are there any structures below the surface of
 6         your land?
 7    A.   A septic.
 8    Q.   Where on your property is the septic tank
 9         located?
10    A.   South side.
11    Q.   Do you perform maintenance on your septic
12         tank?
13    A.   We do.
14    Q.   How frequently do you maintain -- perform
15         maintenance?
16    A.   Ten years.
17              MR. SILVER:  What did you say?
18              THE WITNESS:  Ten years.
19         BY MR. WILLIAMS:
20    Q.   When You perform maintenance, what do you do?
21    A.   Pump it.
22    Q.   Do you contract with a company to come in and
23         do that?
24    A.   We do.
25    Q.   Have you ever had to replace your septic tank?
```

```
                                              Page 60

 1    A.   Have not.

 2    Q.   Do you have a basement in your house?

 3    A.   We do.

 4    Q.   How large is your basement?

 5    A.   Full size of the house.

 6    Q.   What do you use your basement for?

 7    A.   Storage.

 8    Q.   What do you store there?

 9    A.   Pellets.

10    Q.   For the stove?

11    A.   Yeah.  Furniture.  Ping pong table.

12              MR. SILVER:  You any good?

13              THE WITNESS:  I am.

14         BY MR. WILLIAMS:

15    Q.   Do you have any utility lines that are buried

16         on your land?

17    A.   Yes.

18    Q.   What types of utility lines?

19    A.   Electric and telephone.

20              MR. SILVER:  He needs a bathroom break,

21         but thinks he can go a little longer.

22              How much longer do you want to go before

23         we break for lunch?

24              THE WITNESS:  Lunch?  What time is it?

25              MR. SILVER:  It's about 11:20 now.
```

```
                                              Page 61

 1              THE WITNESS:  I can wait.

 2              MR. WILLIAMS:  Can you go 20 minutes?

 3              MR. SILVER:  Can you wait that long?

 4              THE WITNESS:  Sure.

 5              MR. SILVER:  If you're uncomfortable --

 6              MR. WILLIAMS:  We can --

 7              MR. SILVER:  Yeah, we can break.

 8              MR. WILLIAMS:  We can take a quick break.

 9              THE WITNESS:  Sure.  I'll take you up on

10       it.

11              MR. WILLIAMS:  Okay.  Let's take a quick

12       break.

13              THE VIDEOGRAPHER:  At 11:20 we are going

14       off the record.

15                  (Brief recess taken.)

16              (Deposition Exhibit No. 3 was marked for

17       identification.)

18              THE VIDEOGRAPHER:  At 11:22 we are back

19       on the record.

20       BY MR. WILLIAMS:

21   Q.  Are you ready to continue, Mr. Hausthor?

22   A.  I am.  Thank you.

23   Q.  So you have been handed a document that has

24       been marked as Exhibit 3.  Do you recognize

25       this document?
```

```
                                                Page 62
 1     A.   I do.

 2     Q.   What do you recognize it to be?

 3     A.   My pictures of my home.

 4     Q.   Do you know when these photos were taken?

 5     A.   Not specifically.

 6     Q.   Can you approximate?

 7     A.   Within the -- six months.

 8     Q.   Did you take these photos?

 9     A.   I did.

10     Q.   Looking at the first page, what does this

11          photo depict?

12     A.   The north side of my home.

13     Q.   Is that the front of your home?

14     A.   It is.

15     Q.   On the left side of the photo, is that the

16          front entrance to your home?

17     A.   It is correct.

18     Q.   And that entrance is through a porch, correct?

19     A.   Yeah.

20     Q.   Have you ever had to perform any maintenance

21          or repairs on the front porch?

22     A.   Yeah.

23     Q.   What types of repairs or maintenance?

24     A.   Waterproofing.

25     Q.   What would that involve?
```

```
                                              Page 63
 1    A.   The siding, painting.
 2    Q.   And is that the clapboard that we discussed
 3         earlier?
 4    A.   Yeah.  I don't know if it's called clapboard.
 5    Q.   Is this painted?
 6    A.   It's oiled.
 7    Q.   How often do you have to reoil it?
 8    A.   Depends who you ask.  How often?  Once every
 9         five years.
10    Q.   Do you follow that routine?
11    A.   As best I can.
12    Q.   Does that mean it's not always every five
13         years?
14    A.   Is correct, yes.
15    Q.   What room does that front entrance open into?
16    A.   Hallway.
17    Q.   Is that a chimney on the left side of the
18         house?
19    A.   Is correct.
20    Q.   Is that chimney for a fireplace?
21    A.   The oil burner.
22    Q.   If you look on the right side of the photo, is
23         that a side entrance into the house?
24    A.   It is.
25    Q.   And where does that entrance lead to?
```

```
                                              Page 64

 1    A.   What would you call it.   The study but it's

 2         not used.

 3    Q.   It's not used at all?

 4    A.   No.

 5    Q.   Is anything stored in that room?

 6    A.   Yeah.

 7    Q.   What do you store in that room?

 8    A.   Bottles of water, pellets, guitars.

 9    Q.   The next page, what does that photo depict?

10    A.   Which one are you looking at?

11    Q.   I am sorry.

12    A.   Okay.  Got it.  Okay.

13    Q.   What does that photo depict?

14    A.   West side.

15    Q.   Is that just a different angle of --

16    A.   Is correct.

17    Q.   And just beyond the side entrance we were

18         discussing, is that an entrance to that

19         basement?

20    A.   Is correct.

21    Q.   Was that entrance installed after you moved

22         in?

23    A.   No.

24    Q.   Have you had to perform any repairs or

25         maintenance of the stairs leading to the side
```

```
                                              Page 65
 1       entrance?
 2   A.  No.
 3   Q.  If you turn the page again, what does this
 4       photo depict?
 5   A.  South side.
 6   Q.  Is it the back side of your house?
 7   A.  Is correct.
 8   Q.  Is the back side of your house have a raised
 9       patio?
10   A.  It does.
11   Q.  Have you ever had to perform any maintenance
12       or repairs on the back patio?
13   A.  Not as of -- well, it's newly added, so I
14       haven't had to do maintenance or repairs.
15   Q.  When did you add the patio?
16   A.  Last two years.
17   Q.  Did you install it yourself?
18   A.  I did.
19   Q.  Did you replace a patio that was already
20       there?
21   A.  A much smaller patio.
22   Q.  How much larger is this patio would you
23       estimate than your prior one?
24   A.  How much larger?  Four times.
25   Q.  Do you store anything underneath the patio?
```

```
                                              Page 66

 1    A.  No.

 2    Q.  What rooms exit off the patio?

 3    A.  The living room.

 4    Q.  Only the living room?

 5    A.  No.

 6    Q.  What other room?

 7    A.  The east side also has a patio and an exit

 8        from the kitchen.

 9    Q.  Does that patio wrap around the house?

10    A.  Just the two sides.

11    Q.  Are these two doors just above the stairs in

12        the patio in this photo?

13    A.  No.  The -- the deck is 12 feet from the

14        stairs.  The doors are 12 feet from the

15        stairs.

16    Q.  Sorry.  Let me rephrase the question.

17    A.  Okay.

18    Q.  There are two doors exiting onto the deck; is

19        that correct?

20    A.  Is correct.

21    Q.  Do they both lead from the living room?

22    A.  Is correct, yeah.

23    Q.  If you turn the page again, just flip it over,

24        what -- oh, I am sorry.  Just if you turn the

25        page?
```

```
                                            Page 67
 1    A.   Which one?  Okay.

 2    Q.   What does this photo show?

 3    A.   Southeast corner of the home, which shows my

 4         solar panels and my hot tub.

 5    Q.   Is this another angle of the back side of your

 6         home?

 7    A.   Yeah, and the chicken house, which is no

 8         longer there.

 9    Q.   When did you remove the chicken house?

10    A.   Last year.

11    Q.   Did you ever raise chickens on your property?

12    A.   We did.

13    Q.   How many years did you raise chickens?

14    A.   Two years.

15    Q.   Why did you stop?

16    A.   We were feeding the foxes.

17    Q.   What was your original intention of raising

18         the chickens?

19    A.   Eggs.

20    Q.   Were you ever successful with that?

21    A.   Two years.

22    Q.   Did you run out of chickens?

23    A.   We did.

24    Q.   Does anything sit on that area now, now that

25         the chicken hut is gone?
```

```
                                          Page 68

 1    A.  No.  No.

 2    Q.  Was it fenced in at the time?

 3    A.  Yeah.

 4    Q.  Do you perform any maintenance on the solar

 5        water heater?

 6    A.  Very little.

 7    Q.  What about the panels themselves?

 8    A.  Very little.  None to speak of.

 9    Q.  Do you perform any maintenance on the hot tub?

10    A.  We do.  Keep it sanitized.

11    Q.  Do you do that yourself?

12    A.  We do.

13    Q.  Do you use chemicals to sanitize it?

14    A.  We do.

15    Q.  Where do you store those chemicals?

16    A.  Next to the hot tub.  There is a little tub

17        there.  There is a little Tupperware kind of

18        storage thing.  You can't really see it.

19        Between the two sets of stairs.

20    Q.  And the bottom of the photo, just a little bit

21        to the left of center --

22    A.  Yeah.

23    Q.  -- what is that structure?

24    A.  That's my septic.

25    Q.  Does that normally -- is that cover normally
```

```
 1       exposed?
 2   A.  It is.
 3   Q.  How often do you use your hot tub?
 4   A.  Three to four times a week.
 5   Q.  Year round?
 6   A.  Yeah.
 7   Q.  If you flip to the next photo?
 8   A.  Okay.
 9   Q.  What does that photo show?
10   A.  The east side of my home.
11   Q.  And is that the portion of the wraparound
12       deck?
13   A.  Yes, but it's not completed.
14   Q.  Were you in the process of constructing it
15       when you took the photo?
16   A.  It's a work in progress.
17   Q.  Is it still a work in progress?
18   A.  Always.
19   Q.  What further construction have you performed
20       since this photo was taken?
21   A.  Railing, pretty much railing.
22   Q.  Have you installed railing on the rest of the
23       deck as well?
24   A.  Yes, I have.
25   Q.  And that's not depicted in the photos we have
```

```
                                                Page 70

 1       seen?

 2   A.  Is correct.

 3   Q.  Have you performed any other construction

 4       on -- of the deck since these photos were

 5       taken?

 6   A.  No.  No.  It looks pretty good.

 7   Q.  Where does that entrance lead?

 8   A.  To the kitchen.

 9   Q.  Was there a deck there before you constructed

10       it?

11   A.  There was not.

12   Q.  Were there just stairs leading to the

13       entrance?

14   A.  Yes.

15   Q.  And on the right side of the photo, what

16       structure is that?

17   A.  The shed.

18   Q.  Which you use for storage, correct?

19   A.  Is correct.

20   Q.  Does the storage extend beyond -- outside of

21       the shed?

22   A.  Yeah, I put a little roof on it.

23   Q.  Just to the right of the entrance to the

24       kitchen there is something -- an object that

25       is covered.  What is that?
```

```
                                               Page 71
```

1    A.   The barbecue.

2    Q.   How often do you barbecue?

3    A.   Once every two months.

4    Q.   Year round?

5    A.   Not -- no.  During the summer, spring, fall.

6    Q.   What do you typically barbecue?

7    A.   Vegetables.

8              MR. SILVER:  What?

9              THE WITNESS:  Vegetables.

10   BY MR. WILLIAMS:

11   Q.   The vegetables that you've grown in your

12        garden?

13   A.   Possibly.

14   Q.   Do you grow meat?

15   A.   We don't eat meat.

16   Q.   Since purchasing your home, in addition to the

17        deck, what improvements have you made to the

18        exterior?

19   A.   Just the things I have mentioned.

20   Q.   Have you replaced the roof?

21   A.   No.

22   Q.   Have you performed any repairs of the roof?

23   A.   No.

24   Q.   Have you replaced any of the windows?

25   A.   Just the windowpanes.

```
                                                    Page 72

 1    Q.   When was that?

 2    A.   Five years ago.   Just to one.

 3    Q.   Just one window?

 4    A.   It was cloudy.

 5    Q.   Have you replaced any of the doors?

 6    A.   No.

 7    Q.   How did you finance the exterior work that you

 8         have done?

 9    A.   There was a death in the family.   An

10         inheritance.

11    Q.   Have you ever obtained an opinion of how the

12         work you have performed on the house has

13         affected its value?

14    A.   No.

15              (Deposition Exhibit No. 4 was marked for

16         identification.)

17              THE WITNESS:   Thank you.

18         BY MR. WILLIAMS:

19    Q.   You have been handed a document that has been

20         marked as Exhibit 4.   Just take a moment to

21         look through that and let me know when you are

22         ready.

23    A.   (Witness complying).   Okay.

24    Q.   Do you recognize this document?

25    A.   I do.
```

```
                                        Page 73
 1    Q.   What do you recognize it to be?

 2    A.   To be the rooms in my home.

 3    Q.   Do you know when those photos were taken?

 4    A.   I do.

 5    Q.   When was that?

 6    A.   The same time the other photos were taken.

 7         Eight months.

 8    Q.   If you look at the first photo, what does this

 9         photo depict?

10    A.   My son's bedroom.

11    Q.   That would be Dylan, correct?

12    A.   Is correct.

13    Q.   Does he reside at home?

14    A.   Does not.

15    Q.   Do you use this room for anything else while

16         he is away?

17    A.   Guests.

18    Q.   Is this carpeted flooring?

19    A.   It is.

20    Q.   Is it still carpeted?

21    A.   It is.

22    Q.   Have you replaced this carpeting?

23    A.   No.

24    Q.   Have you performed any renovations or repairs

25         to this room?
```

```
                                               Page 74
 1    A.   Paint.
 2    Q.   Are those snowboards on the wall?
 3    A.   Skateboards.
 4    Q.   Skateboards.  I assume he is not skateboarding
 5         down your driveway?
 6    A.   No.
 7    Q.   Flip to the backside of that photo to the
 8         second page.
 9              What does this photo depict?
10    A.   The kitchen.
11    Q.   And so the door on the left side leads out to
12         the side deck; is that right?
13    A.   Yeah.  Yeah.  I guess it wasn't at the same
14         time.  There is a lot more snow.
15    Q.   You are saying that these photos weren't taken
16         at the same time as the exterior photos?
17    A.   Most likely.
18    Q.   What is the flooring in this room?
19    A.   Wood.
20    Q.   Have you ever replaced the flooring in this
21         room?
22    A.   No.
23    Q.   Have you replaced any of the appliances in
24         this room?
25    A.   Yes.  The stove.
```

```
                                                     Page 75

 1    Q.   When did you replace that?

 2    A.   Last year.

 3    Q.   And the stove that you replaced, was that the

 4         stove that was in the house when you moved in?

 5    A.   It was.

 6    Q.   Do you know how much that cost?

 7    A.   1800 or something.

 8    Q.   Have you replaced any other appliances in this

 9         room?

10    A.   No.  The faucet.

11    Q.   Have you done any plumbing work in the

12         kitchen?

13    A.   Very little.

14    Q.   When you say very little?

15    A.   I put the faucet in.

16    Q.   What is -- what are the countertops made out

17         of?

18    A.   Butcher block.

19    Q.   Did you have that installed?

20    A.   No.

21    Q.   That was in the house when you moved in?

22    A.   Is correct.

23    Q.   Are you responsible for washing the dishes at

24         home?

25    A.   I am.
```

Page 76

1    Q.   Do you wash them by hand?

2    A.   No.   There is a dishwasher there.

3    Q.   And is that the same dishwasher that was there

4         when you moved in?

5    A.   I don't know.   Yes.

6    Q.   Have you replaced the dishwasher?

7    A.   We have but not in this picture.

8    Q.   When did you replace the dishwasher?

9    A.   Eight months ago.

10   Q.   Do you know how much that cost?

11   A.   A thousand dollars.

12   Q.   Have you replaced any of the cabinets in your

13        home?

14   A.   No.

15   Q.   If you turn to the third page, it's flipping

16        over the --

17   A.   Got it.

18   Q.   -- stack.   What does this photo depict?

19   A.   The bathroom, the half bath.

20   Q.   Where in your home is the half bath located?

21   A.   Just off the hallway from the entrance to the

22        house.

23   Q.   Is that between the front entrance and the

24        kitchen?

25   A.   You would come in the front entrance and make

```
                                              Page 77
 1        an immediate right and -- and the half bath is
 2        right there.
 3   Q.   Does the hallway from the -- where does the
 4        hallway from the front entrance lead?
 5   A.   From the kitchen, or if you make an immediate
 6        right, to this study or the bathroom.
 7   Q.   What is the flooring in this bathroom?
 8   A.   Linoleum.
 9   Q.   Have you replaced the flooring since you moved
10        in?
11   A.   I have not.
12   Q.   Have you performed any maintenance or repairs
13        in this bathroom?
14   A.   No.
15   Q.   Have you refurbished or renovated the bathroom
16        at all?
17   A.   Paint.
18   Q.   What is the sink countertop made from?
19   A.   I have no idea.  I don't know.
20   Q.   If you turn the page over, what does this
21        photo depict?
22   A.   The children's bathroom.
23   Q.   And where in the home is this bathroom?
24   A.   I have two and a half baths.
25   Q.   Instead of one and a half baths?
```

```
1    A.   Instead of one and a half baths.  Tell you how
2         often I use this one.
3    Q.   So this is the children's -- children's bath?
4    A.   Is correct, yes.
5    Q.   And where in the home is this located?
6    A.   Next to my daughter's bedroom.
7    Q.   Is that on the first floor or the second
8         floor?
9    A.   Second floor.  So this is the second floor.
10   Q.   What is the flooring made out of?
11   A.   Linoleum.
12   Q.   And have you replaced that flooring?
13   A.   No.
14   Q.   Have you performed any maintenance or repairs
15        in this bathroom?
16   A.   Paint.
17   Q.   Any renovations or refurbishing?
18   A.   We replaced the lamp.
19   Q.   Where is the lamp located?
20   A.   It's above the mirror to the left.
21   Q.   Have you done any plumbing work in this
22        bathroom?
23   A.   No.
24   Q.   How about the half bathroom downstairs?
25   A.   No.
```

```
                                            Page 79

1    Q.  If you flip back -- excuse me.  I missed it

2        again -- turn the page over to --

3    A.  Okay.

4    Q.  -- the fifth page.

5            What does this photo depict?

6    A.  My daughter's bedroom.

7    Q.  And do you use this room for anything else

8        while she is away at college?

9    A.  Nothing.

10   Q.  Does she come home during breaks?

11   A.  She does.

12   Q.  And what flooring is in this room?

13   A.  This is also that same carpet.

14   Q.  And your son's room was also this kind of

15       floor; is that correct?

16   A.  Is correct.

17   Q.  Is this a bunkbed or just a raised bed?

18   A.  A loft.

19   Q.  Did you customized this bed?

20   A.  I built it.

21   Q.  Did you have any assistance building this bed?

22   A.  It depends.  My kids.

23   Q.  Have you performed any maintenance or repair

24       in this room?

25   A.  Paint.
```

```
                                                    Page 80

 1    Q.   Any refurbishment or renovations?

 2    A.   No.

 3    Q.   If you turn the page to the back side, the

 4         sixth page, what room -- or what does this

 5         photo depict?

 6    A.   My bedroom.

 7    Q.   And where in the house is this room located?

 8    A.   The top of the stairs.

 9    Q.   And what is the flooring in this room?

10    A.   Wood.

11    Q.   Was it originally carpeted when you moved in?

12    A.   No.

13    Q.   Have you replaced the wood since you have

14         lived there?

15    A.   No.

16    Q.   Have you performed any maintenance or repairs

17         in this room?

18    A.   Paint.

19    Q.   Any refurbishment or renovation?

20    A.   No.

21    Q.   If you turn to the next page, it is the

22         seventh page?

23    A.   The bathroom, yeah.

24    Q.   What does this photo depict?

25    A.   My bathroom.
```

```
                                              Page 81
1    Q.   And does this bathroom -- is the entrance off
2         of the master bedroom?
3    A.   Is correct.
4    Q.   And what is the flooring?
5    A.   Linoleum.
6    Q.   Have you replaced the linoleum?
7    A.   I have not.
8    Q.   Have you done any plumbing work in this
9         bathroom?
10   A.   There was a problem with the shower.  I fixed
11        the drain.
12   Q.   Have you performed any other maintenance or
13        repair in the bathroom?
14   A.   Paint, paint and wallpaper.
15   Q.   Any other refurbishment or renovation?
16   A.   The lamp.
17   Q.   Above the --
18   A.   Is correct.
19   Q.   -- sink?
20   A.   Yes.
21   Q.   If you flip to the back side of that page,
22        it's the eighth page.
23             What does this photo depict?
24   A.   This is the study.
25   Q.   And this is the room that you were saying you
```

```
                                                   Page 82
 1         don't use anymore?
 2    A.   Well, we use it.  The exit we don't use.
 3         The -- the plant rack is in front of the exit.
 4    Q.   And what do you use this room for?
 5    A.   Storage and guitars and water.
 6    Q.   The bottom of the photo, what are those --
 7    A.   Pellets.
 8    Q.   Those are pellets.  What is the flooring in
 9         this room?
10    A.   It's carpet.
11    Q.   And have you replaced the carpet?
12    A.   Have not.
13    Q.   This is the original --
14    A.   It is.
15    Q.   -- when you moved in?
16    A.   Yes.
17    Q.   Have you performed any maintenance or repairs
18         in this room?
19    A.   Paint.
20    Q.   Any refurbishment or renovation?
21    A.   Nothing.
22    Q.   If you turn the page, flip -- flip it over?
23    A.   Yeah.
24    Q.   The ninth page.
25    A.   Yeah.
```

```
                                            Page 83
 1    Q.   What does this photo depict?
 2    A.   The laundry room.
 3    Q.   Where in the house is the laundry room
 4         located?
 5    A.   Off the front entrance hallway to the kitchen
 6         on the left.
 7    Q.   Would that be across from the half bath?
 8    A.   No.  The -- off the entrance you make a right
 9         to the half bath.
10    Q.   Okay.
11    A.   If you continue on through the entrance and
12         make a left, this is that room.
13    Q.   Before you reach the kitchen?
14    A.   Is correct.
15    Q.   Have you replaced any of the appliances in
16         this room since you moved in?
17    A.   The -- since -- yes, both the washer and the
18         dryer.
19    Q.   When did you replace those?
20    A.   Early on.  '99.
21    Q.   Who is responsible for doing the laundry at
22         your home?
23    A.   My wife.
24    Q.   And how often does she do laundry?
25    A.   All the time.
```

```
                                            Page 84

 1    Q.   How many times per week would you estimate?
 2    A.   Three, four.
 3    Q.   What's the flooring in this room?
 4    A.   Rug.
 5    Q.   Is the rug contiguous with the entire the
 6         room?
 7    A.   Yeah, we had it cut.
 8    Q.   And beneath the rug is?
 9    A.   Wood.
10    Q.   Wood.  Was it originally carpeted when you
11         moved in?
12    A.   I don't think so.  I think it was a similar
13         carpet.  Not carpet, a rug.  I have a feeling
14         it was wood actually, but I don't remember.
15    Q.   If you look on the right side of the photo, is
16         that an animal?
17    A.   It's a guinea pig.
18    Q.   Do you keep guinea pigs as pets?
19    A.   No.  This was -- this was an animal that came
20         from school.  There is a lot of -- there is a
21         lot of animals.
22    Q.   From your wife's work?
23    A.   Yeah.
24    Q.   Do you often keep animals from the school?
25    A.   Yeah.  Yes, we do.
```

```
                                        Page 85
 1   Q.  How frequently would you say that is?
 2   A.  How frequently do we bring the animals back
 3       from school?  Three times a year.  You know,
 4       during the summer, winter vacation.
 5   Q.  When you bring them back, how long do you keep
 6       them for?
 7   A.  Not very long.
 8   Q.  Would it be the entire length of the break?
 9   A.  Yeah.
10   Q.  So during the summer it might be for
11       three-months.  Is that fair?
12   A.  Yeah.
13   Q.  What other animals do you bring home from
14       school, or does your wife bring home from
15       school?
16   A.  Birds.
17   Q.  Anything else?
18   A.  Bunny.
19   Q.  Anything else?
20   A.  There are a lot of chicks.
21   Q.  Any full-grown chicks?
22   A.  No.  No, just little.
23   Q.  Anything else?
24   A.  No.
25   Q.  If you flip to -- flip that back over, the
```

```
                                              Page 86
 1        last photo, page ten?
 2    A.  Oh, mm-hmm.
 3    Q.  What does that photo depict?
 4    A.  A living room.
 5    Q.  And what is the flooring in this room?
 6    A.  So there is cherry in the dining room, which
 7        is vertical in the picture, and there is oak
 8        horizontal in the living room.
 9    Q.  So looking at the living room flooring --
10    A.  Yes.
11    Q.  -- is that -- did you replace that flooring?
12    A.  We did.
13    Q.  When did you replace that flooring?
14    A.  Two, three years ago.  Three years.
15    Q.  And you replaced it with oak; is that correct?
16    A.  We did, yes.
17    Q.  And in the portion of the dining room that we
18        can see --
19    A.  Yes.
20    Q.  -- that's the cherry wood; is that correct?
21    A.  It's the cherry wood.
22    Q.  And is that -- did you replace that flooring?
23    A.  No, that was original.
24    Q.  Was this room carpeted when you moved in?
25    A.  It was.
```

```
                                              Page 87
 1     Q.   When did you pull up the carpeting?
 2     A.   Three years ago.
 3     Q.   And in the middle of the photo, in the
 4          background, is that a door?
 5     A.   It is.
 6     Q.   Where does that lead?
 7     A.   Where does it lead?  It leads to the bellco,
 8          to the entrance of the basement from outside.
 9          We don't use it.  We -- we closed it off.  Bad
10          place to put a door.
11     Q.   Were there previously stairs leading --
12     A.   (Nod).  I think -- the architect put the house
13          on backwards.
14     Q.   On the left side of the photo, is that your
15          TV?
16     A.   Yeah.
17     Q.   And on the floor in front of the TV, what is
18          that?
19     A.   The stereo.
20     Q.   And below that, just in front of the stair
21          area?
22     A.   The dog bed.
23     Q.   Do you have a dog?
24     A.   We do.  We have two.
25     Q.   What are their names?
```

```
                                              Page 88
 1    A.   Their names?  Stella and Finn.

 2    Q.   What kind of dog is Stella?

 3    A.   They are both Australian shepherds.

 4    Q.   Are they primarily indoor dogs?

 5    A.   No.

 6    Q.   Do you have a dog door?

 7    A.   We don't.

 8    Q.   So anytime they want to go out you have to --

 9    A.   We do.

10    Q.   -- physically let them out.

11             How old is Stella and Finn?

12    A.   Five human years.

13    Q.   Each one is five?

14    A.   Yeah.  Yeah.  They are brother and sister.

15    Q.   Have you had them for that entire time?

16    A.   We -- they were very little.

17    Q.   Have any other dogs lived at --

18    A.   Yeah.

19    Q.   -- this property?

20    A.   Yeah.

21    Q.   How many other dogs?

22    A.   One.

23    Q.   On the left side of the photo, are those the

24         two doors leading out to the --

25    A.   Is correct.
```

```
                                               Page 89

 1    Q.  -- patio?

 2    A.  Yeah.

 3    Q.  Other than the flooring, have you performed

 4        any renovations or refurbishments?

 5    A.  Paint.

 6    Q.  Any repairs?

 7    A.  No.

 8    Q.  Do you wax the floor?

 9    A.  I have never, no.

10    Q.  Have you upgraded any of your utility systems?

11    A.  Like the wood -- the oil burner?

12    Q.  Sure.

13    A.  No.

14    Q.  Have you upgraded the plumbing?

15    A.  No.

16    Q.  The electrical?

17    A.  No.

18    Q.  Have you had to repair any of the electrical

19        systems?

20    A.  No.  No.

21    Q.  Other than replacing the faucet in the

22        kitchen, have you performed any plumbing

23        repairs?

24    A.  The -- the shower in the master bedroom.

25    Q.  Other than those two, anything else?
```

```
                                              Page 90
 1    A.   No.

 2    Q.   In the center of the photo, in the background,

 3         just in front of that closed-off door that

 4         you -- entrance that you don't use, in the --

 5         if you look at the green chair or teal chair?

 6    A.   Yeah.

 7    Q.   What is in the chair?

 8    A.   I think it's a cat.  I can't tell.  Yes, it's

 9         a cat.

10    Q.   Do you have any cats as pets?

11    A.   We do.

12    Q.   How many cats?

13    A.   Depends when you ask.

14    Q.   At this time.  At the time the photo was taken

15         how many cats?

16    A.   At the time the photo was taken.  Ah, four.

17    Q.   Are they primarily indoor cats?

18    A.   No.

19    Q.   How frequently do you bring them inside?

20    A.   To sleep.

21    Q.   That would just be overnight?

22    A.   Yeah, whenever they want a -- they are -- it's

23         free reign.

24    Q.   Currently how many cats do you have as pets?

25    A.   Three.
```

```
                                              Page 91

 1    Q.  I hate to ask, but what happened to the

 2        fourth?

 3    A.  My son.  My son took him.

 4    Q.  Were the cats and the dogs acquired as pets

 5        for your children?

 6    A.  Yeah.  Yeah.  My wife likes pets.

 7            MR. SILVER:  It's noon.  Any chance we

 8        could break for lunch now?

 9            MR. WILLIAMS:  Yeah.  Just one more

10        question.

11        BY MR. WILLIAMS:

12    Q.  Since you have made the -- updated the

13        flooring, have you received an opinion on how

14        that interior work has affected the value of

15        your home?

16    A.  I have not, no.

17            MR. WILLIAMS:  Now is a good time to stop

18        for lunch.

19            THE VIDEOGRAPHER:  We are now going off

20        the record at 12 noon p.m.  This notes the end

21        of media unit number two and we are off the

22        record.

23            (Lunch recess taken.)

24        (Deposition Exhibit No. 5 was marked for

25        identification.)
```

```
                                                 Page 92

 1            (Deposition Exhibit No. 6 was marked for

 2       identification.)

 3            THE VIDEOGRAPHER:  At 1:03 p.m. we are

 4       now coming back on the record and beginning

 5       media unit number three in our deposition.  We

 6       are on the record.

 7       BY MR. WILLIAMS:

 8   Q.  Are you ready to continue, Mr. Hausthor?

 9   A.  I am.

10   Q.  Do you have homeowners insurance?

11   A.  I do.

12   Q.  How many policies do you have?

13   A.  I don't know.

14   Q.  Do you know who your insurer is?

15   A.  Concord Group maybe.

16   Q.  I am handing you a document that has been

17       marked as Exhibit 5.  Just take a moment to

18       look at that.

19   A.  Mm-hmm.

20            MR. SILVER:  Can I have a copy?

21            MR. WILLIAMS:  Sorry.  It's my copy.

22            MR. SILVER:  You get the highlights?

23            MR. WILLIAMS:  I am sorry.

24   A.  Okay.

25            BY MR. WILLIAMS:
```

```
                                                    Page 93
 1     Q.  Do you recognize this document?
 2     A.  I do.
 3     Q.  What do you recognize it to be?
 4     A.  Our homeowners insurance.
 5     Q.  Is this policy for the current year?
 6     A.  Good question.
 7             MR. SILVER:  Can I see yours, please?
 8             I just would like to note for the record
 9         that it's barely legible.
10     A.  Effective date 6/18/2017.
11         BY MR. WILLIAMS:
12     Q.  Is it your understanding this would be the
13         current policy?
14     A.  To my understanding.
15     Q.  If you look under section one, coverages, do
16         you see that?
17     A.  I do.
18     Q.  Do you see, A, dwelling, the first line?
19     A.  Yeah.
20     Q.  And then there is a column to the right that
21         says -- it looks like 350,000 or thereabouts.
22         Is that fair to say?
23     A.  Okay.  Yeah.
24     Q.  Is that the amount of coverage you have on
25         your dwelling?
```

Page 94

```
 1    A.   I would assume.
 2    Q.   Do you know how this number was calculated?
 3    A.   I don't.
 4    Q.   Are you the person responsible in your family
 5         for renewing the insurance policies?
 6    A.   No.
 7    Q.   Would your wife be the person responsible?
 8    A.   Yeah.
 9    Q.   Have you ever provided input on what the limit
10         should be, the limit of coverage should be for
11         your home?
12    A.   Have I what?
13    Q.   Provided any input in what you believe the
14         limit of coverage should be on your home?
15    A.   No.
16    Q.   If you look at the second line just below
17         dwelling, it says, B, other structures.
18              Do you see that?
19    A.   I do.
20    Q.   And the column to the right says -- looks like
21         35,000?
22    A.   Okay.
23    Q.   Do you know what other structures are insured
24         on your property?
25    A.   I would assume the shed.
```

```
                                              Page 95
 1             MR. SILVER:  Don't guess.
 2    A.  I don't.
 3        BY MR. WILLIAMS:
 4    Q.  Thank you.
 5             Handing you another document marked
 6        Exhibit 6.
 7    A.  Okay.  2016.
 8             MR. SILVER:  So where -- Exhibit?
 9             MR. WILLIAMS:  Six.
10        BY MR. WILLIAMS:
11    Q.  Do you recognize this document, Mr. Hausthor?
12    A.  I do.
13    Q.  What do you recognize it to be?
14    A.  Homeowners insurance for last year.
15    Q.  And if you look under section one on this
16        document, the line with, A, dwelling, do you
17        see that?
18    A.  I do.
19    Q.  Do you see the limit is listed as $337,224?
20    A.  I do.
21    Q.  Do you know how that number was set?
22    A.  I don't.
23    Q.  Were you responsible for setting the -- or
24        were you responsible for getting this policy
25        with the insurance company?
```

Page 96

```
 1    A.   I was not.

 2    Q.   Was that your wife's responsibility?

 3    A.   Is correct.

 4    Q.   Do you believe 337,224 is a coverage -- a

 5         limit of that amount would fully insure your

 6         home?

 7              MR. SILVER:  Objection.  You can answer

 8         it if you can.

 9    A.   I have no idea.

10         BY MR. WILLIAMS:

11    Q.   Do you identify your home as being part of a

12         neighborhood?

13    A.   Sure.

14    Q.   Does your neighborhood have a name?

15    A.   Town of North Bennington.

16    Q.   Do you consider your neighborhood to be the

17         entire town?

18    A.   I do.

19    Q.   Approximately how many other homes are on your

20         street?

21    A.   15.

22    Q.   Are they all -- are all the properties on your

23         street on the same sized lot?

24    A.   No.

25    Q.   How do they differ?
```

```
1    A.  Distance from road, distance from each other.
2    Q.  Do they differ in size?
3    A.  They do.
4    Q.  Are there any lots that are larger than yours?
5    A.  I have no idea.
6    Q.  Do you know if there are any lots that are
7        smaller than yours?
8    A.  No idea.
9    Q.  Do you know if all of the other homes on your
10       street are construct -- or have wood frame?
11   A.  Do I know that they have wood frame?
12   Q.  Yes.
13   A.  I don't know.
14   Q.  Do you know if there are any homes on your
15       street that are not wood frame?
16   A.  I don't know.
17   Q.  Have you been in any of the other homes on
18       your street?
19   A.  I have.
20   Q.  Do you know if any of the other homes on your
21       street have a fewer -- fewer number of
22       bedrooms than your home?
23   A.  I do.
24   Q.  How many -- how many homes do you know have
25       fewer bedrooms than your home?
```

```
                                        Page 98
 1    A.  At least one.
 2    Q.  Do you know of any homes on your street that
 3        have more bedrooms than your home?
 4    A.  I don't.
 5    Q.  The home that you know of that has fewer
 6        bedrooms than yours, how many bedrooms does it
 7        have?
 8    A.  I don't know.
 9    Q.  You just know that it's fewer bedrooms than
10        yours?
11    A.  It's a much smaller house.
12    Q.  Do you know the address of that house?
13    A.  I don't.
14    Q.  But it's on Harrington Street or Harrington
15        Road?
16    A.  It's my neighbor, Greg.
17    Q.  Did you happen to recall his last name?
18    A.  No, I don't.
19    Q.  Do you know whether any of the homes on your
20        street have more bathrooms than your home?
21    A.  I don't.
22    Q.  Do you know if any of the homes on your street
23        have fewer bathrooms than yours?
24    A.  I do.
25    Q.  How many homes have fewer bathrooms than yours
```

```
                                                  Page 99
 1        that you know of?
 2    A.  One.
 3    Q.  Is that Greg's home?
 4    A.  It is.
 5    Q.  Do you know how many bathrooms he has?
 6    A.  I don't.
 7    Q.  Does Greg's home have a smaller square footage
 8        than your home?
 9    A.  Yes.
10    Q.  Do you know what the square footage is
11        approximately?
12    A.  I don't.
13    Q.  Could you estimate percentage wise how much
14        smaller his home is than yours?
15    A.  Half.
16    Q.  Do you know if his lot is approximately the
17        same size as yours?
18    A.  No idea.
19    Q.  Do you know approximately how many homes on
20        your street are older than your home?
21    A.  Do I know how many are older?  I would say
22        most.
23    Q.  Most of the homes on your street are older
24        than yours?
25    A.  (Nod).
```

```
                                                    Page 100
 1     Q.   Do you know approximately how much older?
 2     A.   No.
 3     Q.   Do you know of any homes on your street that
 4          are newer than your home?
 5     A.   I know of no homes.
 6     Q.   How would you describe the architectural style
 7          of your home?
 8     A.   Saltbox maybe.
 9     Q.   Do you know of any other saltbox style homes
10          on your street?
11     A.   I don't.
12     Q.   Do you know of any other saltbox homes in
13          Bennington?
14     A.   Not personally.
15     Q.   When you say not personally, what do you mean?
16     A.   I don't.
17     Q.   What other styles -- architectural styles of
18          homes are there on your street?
19     A.   I don't know too many architectural styles.
20          Ranch.
21     Q.   Are there any ranch homes on your street?
22     A.   I don't know.
23     Q.   Any other -- any colonial homes on your
24          street?
25               MR. SILVER:  Objection.
```

```
                                          Page 101

 1    A.   Colonial means what?

 2         BY MR. WILLIAMS:

 3    Q.   Colonial style?

 4    A.   I don't know what a colonial style is.

 5    Q.   Do you know if any of the homes on your street

 6         are air conditioned?

 7    A.   No idea.

 8    Q.   Do you know if any of the other homes on your

 9         street use an oil boiler?

10    A.   Yes.

11    Q.   Do you know how many?

12    A.   Greg.

13    Q.   Do you know of any other homes on your street

14         that have a pellet stove?

15    A.   I don't.

16    Q.   Are there any commercial properties located in

17         your -- on your street?

18    A.   Yes.

19    Q.   Can you tell me what kinds?

20    A.   Pembroke Landscaping.

21    Q.   What is Pembroke Landscaping?

22    A.   What is Pembroke Landscaping?  Landscaping, a

23         nursery.

24    Q.   Is it a store?

25    A.   You can buy things there, yes.
```

1    Q.   Do you buy equipment there, or can you buy
2         equipment there?
3    A.   I don't think so.
4    Q.   Do they run landscaping services out of --
5    A.   Yes.
6    Q.   -- that location?
7    A.   Yes.
8    Q.   Are there any religious institutions on your
9         street?
10   A.   No.
11   Q.   Are there any government buildings?
12   A.   Yes.  The water treatment plant.
13   Q.   Where is the water treatment plant?
14   A.   Toward the river.
15   Q.   What direction from your home would that be?
16   A.   South.
17   Q.   About how far from your house is the water
18        treatment plant?
19   A.   Half a mile.
20   Q.   Are there any other government buildings on
21        your street?
22   A.   No.
23   Q.   No post office?
24   A.   (Nod).
25   Q.   No school?

```
                                                  Page 103
 1    A.   There is a daycare.

 2    Q.   Where is the daycare?

 3    A.   West of us.

 4    Q.   How far is that from your property?

 5    A.   Two miles.

 6    Q.   Was the waste water treatment plant -- did the

 7         wastewater treatment plant exist when you

 8         purchased your property?

 9    A.   Yes.

10    Q.   Have you had any issues or concerns about

11         operations at that facility?

12    A.   We did.

13    Q.   Can you expand on that?

14    A.   We could smell it, but it turned out not to be

15         the wastewater treatment plant.

16    Q.   What did it end up being?

17    A.   A vent through our roof.

18    Q.   The vent through your roof?

19    A.   Yeah.  We had a problem with the vent.

20    Q.   So was the source of the smell on your

21         property then --

22    A.   It was.

23    Q.   Did you have any other issues or concerns with

24         the wastewater treatment plant?

25    A.   No.
```

```
                                              Page 104
1    Q.  How did you find out that the source of the
2        smell was on your property?
3    A.  We had somebody come and look.
4    Q.  Did you hire --
5    A.  We did.
6    Q.  An inspector?
7    A.  Not an inspector, a contractor who went up
8        into the attic and noticed it but not for that
9        reason.
10   Q.  What did you hire the contractor to do?
11   A.  I don't remember.
12   Q.  Do you know what type of contracting work --
13   A.  Construction.
14   Q.  Do you recall who that was?
15   A.  No.
16   Q.  Do any of the homes on your street not have a
17       front yard?
18   A.  No.
19   Q.  Do any of the homes on your street have a
20       smaller front yard than yours?
21   A.  Yes.
22   Q.  Which home?
23   A.  I don't know.  There is a lot of homes, and I
24       wouldn't know how to identify the home.
25   Q.  How many homes would you estimate had a
```

```
                                          Page 105
 1        smaller front yard than yours?
 2   A.   Three.
 3   Q.   Do any of the homes on your street have larger
 4        front yards than yours?
 5   A.   Yes.
 6   Q.   About how many?
 7   A.   12.
 8   Q.   Approximately how big is the largest front
 9        yard on -- on your street?
10   A.   Five acres.
11   Q.   And how big is the smallest front yard on your
12        street?
13   A.   30 feet.
14   Q.   Are there any homes on your street that don't
15        have a backyard?
16   A.   I don't know.
17   Q.   Do you know of any homes on your street that
18        have a smaller backyard than yours?
19   A.   I don't.
20   Q.   Do you know if any homes on your street have a
21        larger backyard than yours?
22   A.   I don't.
23   Q.   Do you know of any homes on your street that
24        do not have a grass surface of their yard?
25   A.   I don't.
```

```
                                                Page 106
 1    Q.   Do you know how many homes in your
 2         neighborhood are connected to town water?
 3    A.   No idea.
 4    Q.   Do you know if any are connected to town
 5         water?
 6              MR. SILVER:  When you say neighborhood,
 7         are you using the same definition?
 8              MR. WILLIAMS:  Excuse me.  Let me
 9         rephrase.
10    BY MR. WILLIAMS:
11    Q.   Do you know how many homes on your street
12         are -- do you know how many homes on your
13         street are connected to town water?
14    A.   I don't.
15    Q.   Do you know if any homes on your street are
16         connected to town water?
17    A.   No.
18    Q.   Do you know whether any homes on your street
19         use private wells?
20    A.   I don't know that for sure.
21    Q.   Do any of the homes on your street have
22         fences?
23    A.   Fences?
24    Q.   Around the property.
25    A.   Do I know?  No.
```

1    Q.   Do you know if any homes on your street have

2         barns on their property?

3    A.   Yes, I do know.

4    Q.   How many do you know have barns on their

5         property?

6    A.   At least one.

7    Q.   Do you know whether that barn -- the barn on

8         that property is used for livestock?

9    A.   No idea.

10   Q.   Do you know whether any of the home --

11        properties on your street have tool sheds?

12   A.   I do.

13   Q.   How many?

14   A.   At least one.

15   Q.   Do you know which home that is?

16   A.   Greg's.

17   Q.   What community amenities in North Bennington

18        enhance the value of your home?

19   A.   Community amenities?

20   Q.   Yeah.

21            MR. SILVER:  Objection.  You can answer

22        if you can.

23   A.   Amenities.  Can you give me a different word

24        for that?

25        BY MR. WILLIAMS:

1   Q.   Are there any services in your -- that your

2        community offers that enhance the value of

3        your home?

4   A.   Sure.

5   Q.   Can you describe them?

6   A.   Lake Paran.

7   Q.   What is Lake Paran?

8   A.   Recreational lake.

9   Q.   Is that a public park?

10  A.   It's a nonprofit.  I don't think it's public.

11  Q.   What do people do at Lake Paran?

12  A.   Swim, fish, socialize, camp, ping pong.

13  Q.   Did you say ping pong?

14  A.   (Nod).

15  Q.   Do they have facilities at Lake Paran?

16  A.   They do.  Bathrooms.  WiFi.  Food, snacks.

17  Q.   Are there food stalls?

18  A.   Food stalls?

19  Q.   Where do you -- where do you get the food at

20       Lake Paran?

21  A.   At the window.

22  Q.   There's a restaurant?

23  A.   It's not a restaurant.  It's just snacks.

24  Q.   Are there any other services in your community

25       that enhance the value of your home?

1    A.   Park-McCullough.

2    Q.   What is Park-McCullough?

3    A.   Historic location for a Vermont governor from

4         many years ago.

5    Q.   Is it a museum?

6    A.   I guess you could call it a museum.

7    Q.   What do people do at Park-McCullough?

8    A.   They have a carriage barn.  They have weddings

9         and parties and music and tours of the

10        gardens, Croquet.  What else.  Holiday

11        celebrations.

12   Q.   Are there any other services in your community

13        that enhance the value of your home?

14   A.   Post office, locations that you -- walking by

15        the river.  There is a park by the river.

16        Good fishing.  Bennington College.

17   Q.   How far is your home from Lake Paran?

18   A.   Three miles.

19   Q.   And how far is your home from Park-McCullough?

20   A.   Three miles.

21   Q.   And how far the closest post office?

22   A.   Four miles.

23   Q.   And how far is the park by the river from your

24        home?

25   A.   Half a mile.

```
                                        Page 110
 1    Q.   Which river is that?
 2    A.   Walloomsac.
 3    Q.   And how far is Bennington College from your
 4         home?
 5    A.   Two miles.
 6    Q.   What factors in your community detract from
 7         the value of your home?
 8    A.   ChemFab.
 9    Q.   Anything else?
10    A.   Detract from the community.
11              MR. SILVER:  The value of your home.
12    A.   What detracts from the value of my home.  The
13         pollution, my soil, my water.  That's about
14         it.
15         BY MR. WILLIAMS:
16    Q.   When did you first hear about PFOA?
17    A.   A year and a half, two years ago.
18    Q.   And what did you hear about it?
19    A.   I heard it was in my soil, in my water.
20    Q.   Did you hear that it was in the soil on your
21         property?
22    A.   I didn't know that at that point, when I first
23         heard about it.
24    Q.   When you say that you heard that it was in
25         your water, did you hear that it was in
```

```
                                              Page 111

 1        your -- the water coming through your taps?
 2   A.   No.  When I first heard about it or heard it,
 3        it was in -- just in the water in general.
 4   Q.   In Bennington?
 5   A.   In North Bennington.
 6   Q.   North Bennington.
 7             Did you have any immediate concerns about
 8        PFOA?
 9   A.   A lot of them.
10   Q.   What types of concerns?
11   A.   Health concerns.
12   Q.   Can you describe the health concerns that you
13        had?
14             MR. SILVER:  Are you taking about now or
15        when he first heard about it?
16        BY MR. WILLIAMS:
17   Q.   Can you describe the health concerns you had
18        when you first heard about PFOA?
19   A.   Can I describe the health concerns, yes.
20        Nobody knew what they were, which concerned me
21        greatly.
22   Q.   Were you told that there were health concerns
23        generally when you first heard about PFOA?
24             MR. SILVER:  Objection.  Go ahead.
25   A.   Say again?
```

```
 1        BY MR. WILLIAMS:
 2   Q.  Were you told that there were health concerns
 3        generally when you first heard about PFOA?
 4   A.  Generally, yes.
 5   Q.  Who told you that?
 6   A.  That was my assumption.  Nobody was telling me
 7        that.  Nobody could tell me anything about it.
 8   Q.  Did you take any action based on the
 9        information you received about PFOA initially?
10   A.  I contacted David.  I also contacted a doctor
11        friend of mine.
12   Q.  Is the doctor you contacted your regular
13        physician?
14   A.  No.  He is my drummer.
15   Q.  Are you in a band?
16   A.  I am.
17   Q.  What's his name?
18   A.  Steven Lefebvre.
19   Q.  Would you mind spelling Lefebvre for me?
20   A.  I could if you want me to pull my phone out.
21        I know it's in my book.
22   Q.  We can get that later.
23   A.  Okay.  Through his e-mails.
24   Q.  What did Steven tell you about --
25   A.  He didn't know anything about it and was going
```

```
                                              Page 113

 1         to look into it.

 2    Q.   Did Steve follow up with you?

 3    A.   He did.

 4    Q.   And what did he tell you?

 5    A.   He sent me e-mails.

 6              MR. SILVER:  What did he tell you.

 7    A.   What did he tell me?  He followed up -- he

 8         told me he found some e-mails.  I am sorry.

 9         He told me he found some documents through the

10         state of Vermont about PFOA concerns.

11         BY MR. WILLIAMS:

12    Q.   Did he forward you those documents?

13    A.   He did.

14    Q.   What did those documents tell you?

15              MR. SILVER:  Objection.  Go ahead.

16    A.   Documents tell me.  That I should be fairly

17         concerned.

18         BY MR. WILLIAMS:

19    Q.   Was that your interpretation of the documents?

20    A.   Is correct.

21    Q.   Did the documents say you should be concerned?

22    A.   Yes.

23    Q.   Did Steve advise you to take any action?

24    A.   No.

25    Q.   Have you had your blood tested for PFOA?
```

1    A.   I have.

2    Q.   When were you tested?

3    A.   During the state campaign.  I am assuming a

4         year and a half ago, but I don't know when.

5    Q.   Approximately 2016, is that fair to say?

6    A.   Fair to say.

7    Q.   Do you remember what the results were?

8    A.   207 something or other.  I don't know the

9         units.

10   Q.   You don't know the unit of measurement?

11   A.   I don't know the unit of measurement.  I

12        should know the unit of measurement, but I

13        don't.  But it was high.

14            MR. SILVER:  Just wait until there is a

15        question before you talk.

16            THE WITNESS:  Sorry.

17            (Deposition Exhibit No. 7 was marked for

18        identification.)

19            MR. SILVER:  We on Exhibit 7 now?

20            MR. WILLIAMS:  Yes, this is Exhibit 7; is

21        that correct?  Yes.

22        BY MR. WILLIAMS:

23   Q.   I handed you a document marked as Exhibit 7.

24        Just take a moment to look at that?

25            (Off-the-record colloquy.)

1       BY MR. WILLIAMS:

2   Q.  You have been handed a document now that has

3       been marked as Exhibit 7.  Would you take a

4       moment to look at that?

5   A.  (Witness complying).  Okay.

6   Q.  Do you recognize this document?

7   A.  I do.

8   Q.  What do you recognize it to be?

9   A.  My blood serum test.

10  Q.  These are the results of your blood test?

11  A.  Yes.

12  Q.  And did you receive this from the state of

13      Vermont?

14  A.  I did.

15  Q.  And at the top of the first page, do you see

16      it's dated July 21, 2016?

17  A.  Yes.

18  Q.  Does that fit your recollection of --

19  A.  It does.

20  Q.  If you turn the page over to the second page?

21  A.  Yeah.

22  Q.  At the top, PFOA blood test result.

23          Do you see that?

24  A.  I do.

25  Q.  And your test result was listed as 204.1

Page 116

1        microgams per liter?

2   A.   Is correct.

3   Q.   Does that fit your recollection of --

4   A.   It does.

5   Q.   -- the blood test results?

6   A.   Yes.

7   Q.   If you look at the bottom of the first page,

8        it says, if you have any questions about your

9        test result, please call us, and it provides a

10       number.

11           Do you see that at the bottom of the

12       first page?

13  A.   I do.

14  Q.   Did you reach out to the state?

15  A.   I didn't have any questions.

16  Q.   Were you told any information beyond what was

17       contained in this letter about your results?

18           MR. SILVER:  Told by whom?

19  A.   No.

20           MR. SILVER:  I object to that question.

21       You already answered it.

22       BY MR. WILLIAMS:

23  Q.   Did you ask your doctor about the results,

24       your primary care physician?

25  A.   I did.

```
                                              Page 117

 1    Q.   What did your doctor say?

 2    A.   They didn't know much about it.

 3    Q.   When was that?

 4    A.   That was pretty much -- pretty much it.

 5    Q.   When was -- when was that conversation?

 6    A.   After I got the results.

 7    Q.   Approximately how long after you got the

 8         results?

 9    A.   I don't recall.

10    Q.   Was it a matter of days?

11    A.   No.  It was a health exam of -- a checkup.

12    Q.   Was it part of your regular annual --

13    A.   Yes.

14    Q.   -- exam?

15    A.   Yeah.

16    Q.   Would it have been within a month or two?

17    A.   I can -- I don't recall.

18    Q.   Did your doctor recommend any followup based

19         on the results?

20    A.   No.

21    Q.   Did your doctor schedule any future

22         appointments due to your results?

23    A.   No.

24    Q.   Did your doctor prescribe any blood test or

25         treatment based on your PFOA results?
```

```
 1    A.   No.

 2    Q.   Has your wife had her blood tested?

 3    A.   She has.

 4    Q.   Was she tested around the same time as you?

 5    A.   Yes.

 6    Q.   Do you recall what her levels were?

 7    A.   447 micrograms per liter.

 8    Q.   Have your children had their blood tested?

 9    A.   They have.

10    Q.   Do you recall what the results were?

11    A.   Not specifically.  I was the lowest; my wife

12         was the highest; they were in between.

13    Q.   What is your understanding of what this

14         lawsuit is about?

15    A.   Whether or not we can have a class, class

16         action suit.

17    Q.   And what do you understand the class action

18         suit to be about?

19    A.   To compensate for damages that have been --

20         that have harmed us.

21    Q.   Do you -- what do you understand you're asking

22         the court to do?

23              MR. SILVER:  Objection.  Go ahead.

24    A.   To take care of our health, to continue to

25         provide water through the municipality, to
```

1          compensate us for the loss of value.
2          BY MR. WILLIAMS:
3     Q.   When you say you're asking the court to
4          provide for your health -- I'm paraphrasing --
5               MR. SILVER:  Objection.
6     Q.   -- what do you understand that to mean?
7     A.   To test for things that are specific to PFOA
8          poisoning.
9     Q.   What kind of testing do you mean?
10    A.   High cholesterol, thyroid disease, kidney
11         cancer, testicular cancer.
12    Q.   When you say you're asking the court to
13         provide for municipal water -- I'm
14         paraphrasing -- what do you understand you are
15         asking the court to do?
16    A.   We have no other choice, to be on municipal
17         water.  I want to have that be guaranteed to
18         us, that there is going to be financial --
19         there is going to be support, financial
20         support, to continue to provide us water.
21    Q.   When you say that you are asking the court to
22         address loss of value -- I am paraphrasing --
23         what do you understand that you are asking the
24         court to do?
25    A.   Saint-Gobain harmed our ability to sell our

1         property for what it is valued at.

2    Q.   Are you seeking monetary compensation?

3    A.   Yeah, but I will let the jury decide on that.

4              (Deposition Exhibit No. 8 was marked for

5         identification.)

6    Q.   I'm handing you a document that has been

7         marked as Exhibit 8.  Take a moment to look at

8         that.

9    A.   (Witness complying).  Okay.

10   Q.   Do you recognize this document?

11   A.   I do.

12   Q.   What do you recognize it to be?

13   A.   A complaint -- complaint class action.  What

14        do I recognize this document to be.  I will

15        refer to my lawyer on that.

16   Q.   Do you understand this to be the complaint in

17        this action?

18   A.   That's what this document states.

19   Q.   Have you reviewed this document before?

20   A.   I have seen it.

21   Q.   Turn to paragraph seven?

22   A.   Paragraph seven.

23   Q.   It's on page four.

24   A.   Okay.  Yes, I see it.

25   Q.   Is this paragraph about you?

Page 121

1    A.   It is.

2    Q.   If you look at the last sentence of that

3         paragraph, that's approximately the last four

4         lines, it reads --

5    A.   As a result.

6    Q.   -- as a result of the contamination of the

7         private drinking water well, groundwater and

8         soil, Mr. Hausthor has suffered, amongst other

9         damages set out herein, diminution in property

10        value, loss of use and enjoyment of property,

11        annoyance, upset, aggravation and

12        inconvenience.

13             Did I read that correctly?

14   A.   Yes, you did.

15   Q.   Do you agree with that statement?

16   A.   I do.

17   Q.   We'll get into this in a little more detail

18        shortly, but for now can you describe how your

19        property value has been diminished?

20             MR. SILVER:  Objection to form.  Go

21        ahead.  You can answer that.

22   A.   I fear that being on my land is damaging me

23        and my family.

24        BY MR. WILLIAMS:

25   Q.   How -- can you describe how it's affected the

Page 122

1          property value though?

2    A.    The property value.  I would have to disclose

3          the poisoning of my property to whomever had

4          any interest in buying it.  I would not buy

5          this property if I had the opportunity.

6    Q.    Can you describe how you have experienced a

7          loss of use and enjoyment of your property?

8    A.    I don't feel comfortable eating the vegetables

9          that grow out of the ground.  I don't feel

10         comfortable playing in the dirt.  I don't feel

11         comfortable watering my plants.  My animals.

12         I fear for my health.

13   Q.    How have you experienced annoyance, upset,

14         aggravation and inconvenience?

15   A.    I have to come to these things.  I have to

16         meet with my lawyers.  I have to talk to other

17         community members who are so upset that they

18         are beside themselves.  It's just not fair.



Page 123

▮          ████████████████████████

▮   ██   ██████████████████████████████████████████

▮          ████████████████████████████████████

▮                   █████████████████████████████████████

▮          ████████████████████████████████████████████████

▮          ████████████████████

7    A.   I don't know.  I just know I have it.

8    Q.   Do you understand that you are a named

9         representative in this class action?

10   A.   I do.

11   Q.   Do you believe that your claims and injuries

12        are representative of other class members?

13   A.   Every one I talk to is in the same boat.

14   Q.   What do you understand to be your duty or

15        duties as a representative of this proposed

16        class?

17   A.   My duties.  To understand the case, to

18        understand what my rights are, to present them

19        to you and to defend people in my community.

20             (Deposition Exhibit No. 9 was marked for

21        identification.)

22   Q.   I've handed you a document marked as

23        Exhibit 9.  Take a moment to look at that,

24        please?

25   A.   Yeah.  (Witness complying).  Okay.

1    Q.  Do you recognize this document?

2    A.  I do.

3    Q.  What do you recognize it to be?

4    A.  To be set up as a class representative.

5           MR. SILVER:  He wants you to identify the

6        document.

7    A.  I'm sorry.  Declaration of Ron Hausthor in

8        support for plaintiffs' motion for class

9        certification.

10       BY MR. WILLIAMS:

11   Q.  Did you have a role in preparing this

12       document?

13   A.  I don't know that, although I was asked to be

14       a class rep.

15   Q.  If you look at the very last page, page four.

16       That's your signature; is that right?

17   A.  It is.

18   Q.  Did you review this document before you

19       signed?

20   A.  I did.

21   Q.  If you look at paragraph two, it's on the

22       first page.  It says I own and live in a home

23       located at 301 Harrington Road in North

24       Bennington, Vermont, 05257, which is located

25       within the state of Vermont designated zone of

Page 125

1          contamination where I have resided since 1996.
2              Did I read that correctly?
3   A.   Yes, you did.
4   Q.   Do you agree with that statement?
5   A.   I do.
6   Q.   What do you understand the term zone of
7        contamination to mean?
8   A.   The terms of contamination.
9   Q.   The term zone of contamination?
10  A.   What do I interpret that to mean?
11  Q.   What do you understand that to mean?
12  A.   What do I understand that to mean.  The
13       state's identification of the area which has
14       well water or water over 20 parts per billion.
15  Q.   So is it your understanding that that term
16       applies to properties that have a groundwater
17       concentration above that number?
18  A.   I do.
19  Q.   Is it your understanding that anyone with
20       property meeting that criteria is a member of
21       this class?
22  A.   Is it my -- no.  I don't think everybody who
23       has water over 20 parts per billion are a
24       member of the class.  Not everybody is.
25  Q.   What else would be required to make them a

Page 126

1        member of this class?
2              MR. SILVER:  Objection.  Calling for a
3        legal conclusion.
4    A.  I'm assuming they would have to reach out.
5        BY MR. WILLIAMS:
6    Q.  If you look at paragraph six?  It's on the
7        second page.  That paragraph reads:  As a
8        result of the elevated levels of PFOA in my
9        blood serum, I am concerned about my increased
10       risk of developing medical conditions and/or
11       diseases associated with PFOA exposure and
12       seek the establishment of a medical monitoring
13       fund to pay for the necessary testing and
14       early detection of such conditions for myself
15       and all those in Bennington and North
16       Bennington exposed to PFOA by drinking well
17       water contaminated with PFOA.
18             Did I read that correctly?
19   A.  Yes, you did.
20   Q.  Do you still agree with that statement?
21   A.  I do.
22   Q.  What medical conditions or diseases do you
23       believe you are at an increased risk of
24       developing based on exposure to PFOA?
25   A.  High cholesterol, thyroid disease, kidney

Page 127

1      cancer, testicular cancer.

2   Q.  Anything else?

3   A.  I don't know that.  I'd have to refer to my

4       doctor.  That's the problem.  I don't know.

5   Q.  What do you believe the value of medical -- a

6       medical monitoring fund is?

7           MR. SILVER:  Objection.  Go ahead.

8   A.  Say again.

9       BY MR. WILLIAMS:

10  Q.  What do you believe the value of a medical

11      monitoring fund is?

12  A.  The value.  Early detection of any of those

13      health concerns and doctors who know how to

14      address them because of the PFOA

15      contamination.

16  Q.  Do you believe that you or anyone in your home

17      has developed a medical or health condition

18      that you would attribute to PFOA exposure?

19  A.  Do I believe?

20  Q.  Yes.

21  A.  Sure.

22  Q.  What medical or health conditions?

23  A.  I don't know that.

24  Q.  But you believe that there are medical

25      conditions that have been developed by you or

```
                                        Page 128
 1        someone in your household?
 2             MR. SILVER:  Objection to form.
 3   A.   If having high PFOA in my blood serum can lead
 4        to these things, I do believe I have health
 5        concerns.
 6        BY MR. WILLIAMS:
 7   Q.   And my question is slightly different than --
 8   A.   Okay.
 9   Q.   -- than that.
10   A.   I am sorry.
11   Q.   See if I can clarify.
12             Do you believe that you or anyone in your
13        household has already developed a health
14        condition or medical condition?
15   A.   I don't know that.
16   Q.   You don't know?
17   A.   I don't know.  We haven't been tested for any
18        of those things I don't think.
19   Q.   Look at paragraph ten, which is at the very
20        bottom of page two.
21   A.   I see.
22   Q.   It says:  I decided to serve others similarly
23        situated in my community as one of the
24        representative plaintiffs in this class action
25        lawsuit against the defendant to seek
```

1          compensation for class members for the damages
2          caused by defendant's PFOA contamination of
3          our properties, the groundwater beneath our
4          properties, and for those of us who ingested
5          PFOA in our well water, our bodies.
6               Did I read that correctly?
7     A.   Yes, you did.
8     Q.   Do you still agree with that statement?
9     A.   Yes, I do.
10    Q.   Do you understand yourself to be representing
11         the class of individuals whose property and
12         groundwater were exposed to PFOA?
13    A.   I do.
14    Q.   Do you understand yourself to be representing
15         the class of individuals who were personally
16         exposed to PFOA?
17    A.   I do.
18    Q.   Do you believe your wife is a member of the
19         exposure class in this lawsuit?
20    A.   Very much so.
21    Q.   Do you believe she is a member of the property
22         damage class in this lawsuit?
23    A.   Very much so.
24    Q.   Do you believe your daughter is a member of
25         this class?  Excuse me.  Do you believe your

1       daughter is a member of the exposure class in

2       this lawsuit?

3   A.  Yes.

4   Q.  Do you believe your son is a member of the

5       exposure class?

6   A.  Yes.

7   Q.  Do you know who the other named plaintiffs in

8       this lawsuit are?

9   A.  I do.

10  Q.  Do you know Mr. Sullivan?

11  A.  Oh, do I -- do I know them personally?

12  Q.  Yes.

13  A.  I am sorry.  I do.  I know -- I do know Mr.

14      Sullivan.

15  Q.  Do you know any of the others personally?

16  A.  I don't but may.

17  Q.  You may know them personally?

18  A.  I may know them by face.

19          MR. SILVER:  Can we take a break?  It's 1

20      o'clock -- 2 o'clock.

21          MR. WILLIAMS:  Sure, we can take a short

22      break.

23          MR. SILVER:  Thanks.

24          THE VIDEOGRAPHER:  At 2 p.m. we are going

25      off the record.

1              (Brief recess taken.)

2              THE VIDEOGRAPHER:   At 2:09 p.m. we are

3         now back on the record.

4         BY MR. WILLIAMS:

5    Q.   Are you ready to continue, Mr. Hausthor?

6    A.   I am.

7    Q.   Before we went off the record we were talking

8         about other named plaintiffs in this

9         litigation.

10             Without revealing any privileged

11        communications you've had with your attorneys,

12        have you discussed this litigation with other

13        named plaintiffs?

14   A.   I have.

15   Q.   Who have you spoken with?

16   A.   James Sullivan.

17   Q.   In what context have you spoken with Mr.

18        Sullivan?

19   A.   I asked him how his deposition went.

20   Q.   What did he tell you?

21   A.   It was long and difficult.

22   Q.   Have you had discussions with any other named

23        plaintiffs besides Mr. Sullivan?

24   A.   I have not.

25   Q.   Have you had discussions with any other

```
                                              Page 132
 1        Bennington residents about PFOA or

 2        Saint-Gobain?

 3   A.   I have.

 4   Q.   Who have you spoken with?

 5   A.   Greg.  Within the zone?  Within the zone of --

 6   Q.   We can start there, yeah.

 7   A.   Steve Lefebvre, Krista Spurling, my doctors.

 8        That is about it.

 9   Q.   Have you spoken with any other Bennington

10        residents who you understand to be outside the

11        zone of contamination?

12   A.   Yeah.

13   Q.   Who would those be?

14   A.   I'm not sure.

15   Q.   Where does Steve Lefebvre live?

16   A.   In Bennington.

17   Q.   How far from your house approximately does he

18        live?

19   A.   Five miles.

20   Q.   How about Krista Spurling?

21   A.   Ten miles.

22   Q.   Do you know where your doctors live?

23   A.   I don't.

24           (Deposition Exhibit No. 10 was marked for

25        identification.)
```

```
                                             Page 133

 1            THE WITNESS:  Thank you.

 2        BY MR. WILLIAMS:

 3   Q.   You have been handed a document that has been

 4        marked as Exhibit 9.  Just take a moment to

 5        look over that.

 6   A.   Exhibit 10.

 7   Q.   Oh, excuse me.  Exhibit 10.

 8   A.   Okay.

 9   Q.   Do you recognize this document?

10   A.   I do.

11   Q.   What do you recognize it to be?

12   A.   Plaintiff's Responses to Saint-Gobain

13        Performance Plastics Corporation First Set of

14        Interro -- how do you say that?

15        Interrogories?

16   Q.   We won't make this a reading test for you.

17   A.   Say it?

18   Q.   Interrogatories?

19   A.   Interrogatories to Plaintiffs On Class

20        Certification Issues.  Thank you.

21   Q.   Do you understand this document to be about

22        you?

23   A.   I do.

24   Q.   Can you turn to page five?

25   A.   Page five.  Page five.  Yes.
```

1    Q.   And there is -- in the middle of the page
2         there is a response to paragraph nine?
3    A.   I see it.
4    Q.   Do you see that?
5    A.   I do.
6    Q.   And the second paragraph of that response
7         says:  I attended public meetings at
8         Bennington College but did not keep records of
9         the dates.
10            Do you see that?
11   A.   I do.
12   Q.   Do you recall the general time frame that you
13        attended these meetings?
14   A.   In -- during the day or after -- after
15        business mostly.
16   Q.   And do you remember the time of the year or
17        which year?
18   A.   I think it was '16.  I think it was early
19        after us realizing there was a problem.
20   Q.   Do you recall what the meetings were about?
21   A.   About the community's fear and how the state
22        was going to address it.
23   Q.   Who organized these meetings?
24   A.   If I understand correctly, the state.
25   Q.   Is that true of all of the meetings you were

```
                                              Page 135
 1          referring to at --
 2     A.   No.
 3     Q.   -- Bennington College?
 4     A.   No.   There was -- there was some from -- from
 5          Mr. Campion and Sears at a town meeting.
 6               THE REPORTER:  I'm sorry.
 7               THE WITNESS:  Senator Campion.
 8               THE REPORTER:  Thank you.
 9               THE WITNESS:  And Senator Sears.
10     BY MR. WILLIAMS:
11     Q.   Of the meetings, the public meetings at
12          Bennington College, is it your understanding
13          all of those were organized by the state?
14     A.   It's my understanding.
15     Q.   How did you learn of these meetings?
16     A.   Mostly my wife.
17     Q.   Do you know how she learned of the meetings?
18     A.   I don't really.  I think we got on a Listserv.
19     Q.   Do you understand how you got on the Listserv?
20     A.   It would have been my wife.
21     Q.   Who did you attend the meetings with?
22     A.   My wife.
23     Q.   Did you speak with anyone at the meetings?
24     A.   I did.
25     Q.   Who did you speak with?
```

```
                                          Page 136
 1    A.  Greg and many others.
 2    Q.  Do you recall specifically who in addition to
 3        Greg?
 4    A.  Brian, Brian Campion.  I don't recall.
 5    Q.  And you already touched on this actually.  The
 6        second sentence of that paragraph says:  I
 7        also attended a meeting with state senators
 8        Campion and Sears at Senator Campion's house
 9        to complain about the PFOA contamination, but
10        again I do not recall date of that meeting.
11            Did I read that correctly?
12    A.  Yeah.  To complain, sounds horrible.
13    Q.  Is Mr. Campion your state senator?
14    A.  He is.
15    Q.  Is Mr. Sears also your state senator?
16    A.  He is.
17    Q.  Do you know Mr. Campion personally?
18    A.  I do.
19    Q.  Do you know him socially?
20    A.  I don't.
21    Q.  How do you know Mr. Campion?
22    A.  Through the rotary club.
23    Q.  What's your assocation with the rotary club?
24    A.  I am a rotarian.
25    Q.  Do you have a leadership role in the rotary
```

Page 137

```
 1      club?
 2  A.  I do.
 3  Q.  What is that role?
 4  A.  I'm on the board.
 5  Q.  How long have you been on the board?
 6  A.  On the board.  Three, four years.
 7  Q.  How long have you been a member of the rotary
 8      club?
 9  A.  20 years.
10  Q.  I take it then that Mr. Campion is a member of
11      the rotary club?
12  A.  He is a member.
13  Q.  What was the purpose of the meeting at Mr.
14      Campion's house?
15  A.  What was the purpose.  I think he was looking
16      for a reaction from the community.
17  Q.  Do you recall when the meeting was
18      approximately?
19  A.  It was nice weather.  Spring, I think we were
20      coming into spring.  He was very concerned
21      about his gardens.
22  Q.  Do you understand Mr. Campion to be a member
23      of this class?
24  A.  Do I?  No, I don't.
25  Q.  Did you discuss this litigation at that
```

```
                                                    Page 138
 1        meeting?
 2   A.   No.
 3   Q.   Had this litigation been filed?
 4   A.   I don't think it had.
 5   Q.   How did you learn about the meeting at Mr.
 6        Campion's house?
 7   A.   My wife.
 8   Q.   Did you attend the meeting with her?
 9   A.   No, I didn't.
10   Q.   Did you attend with anyone?
11   A.   My brother-in-law.
12   Q.   Is your brother-in-law living in Bennington?
13   A.   Yes.  No.  He lives in North Bennington,
14        within the zone of contamination.
15   Q.   What's his name?
16   A.   My brother-in-law's name is Michael
17        Fitzgerald.
18   Q.   And do you understand him to be a member of
19        this class?
20             MR. SILVER:  I object, calling for a
21        lawyer conclusion, but go ahead and answer if
22        you can.
23   A.   He is within the zone of contamination.
24        BY MR. WILLIAMS:
25   Q.   Do you know if his groundwater has been
```

Page 139

```
1        tested?
2    A.   I do.
3    Q.   And do you understand it to be above --
4    A.   I do.
5    Q.   -- the level?
6             Who else was at the meeting at Mr.
7        Campion's house?
8    A.   I couldn't -- I couldn't rattle off any name.
9        There was about 15 of us, maybe 20.
10   Q.   Have you attended any meetings to discuss PFOA
11       or Saint-Gobain that was organized by any of
12       your neighbors on your street?
13   A.   No.
14            (Deposition Exhibit No. 11 was marked for
15       identification.)
16            THE WITNESS:  Thank you.
17       BY MR. WILLIAMS:
18   Q.   You've been handed a document marked as
19       Exhibit 11.  Take a moment just to review that
20       document.
21   A.   (Witness complying).  Oh, these people.  Okay.
22   Q.   Do you recognize this document?
23   A.   I do.
24   Q.   What do you recognize it to be?
25   A.   An e-mail from a couple of young women who
```

```
                                                    Page 140

 1          stayed at our house.

 2     Q.   Would that be Shaina Kasper?

 3     A.   Yeah.

 4     Q.   And who else stayed at your house?

 5     A.   I don't remember.

 6     Q.   Someone that Shaina worked with?

 7     A.   Yeah.

 8     Q.   What was the context for them staying at your

 9          house?

10     A.   You know, I don't know.  I don't remember.  I

11          I think they were writing an article or

12          something, and they wanted to spend some time

13          with us.

14     Q.   Did they interview you for the article?

15     A.   They did.

16     Q.   What was the nature of that interview?

17     A.   What we knew.  I think they -- I think they

18          really just needed a place to stay.  I don't

19          think it was -- it was us they were looking

20          for.

21     Q.   Do you know how they came to --

22     A.   That would be my wife.  Refer to my lawyers.

23     Q.   Do you understand this e-mail to have been

24          forwarded to you by your wife -- yes,

25          forwarded to you by your wife?
```

1   A.   Do I understand that?  I don't.  I don't see
2        that it was.
3   Q.   If you look at the --
4   A.   Was it cc'd me?
5   Q.   If you look at the third line, it says to Ron
6        Hausthor?
7   A.   Okay.  Okay.  Okay.
8   Q.   Is it fair to say that she forwarded it to
9        you?
10  A.   I would assume.
11  Q.   And then the message itself from Shaina
12       Kasper --
13  A.   Yeah.
14  Q.   -- it says:  Hi, Coleen.  I hope you had a
15       good summer.  I wanted to reach out because
16       Vermont is setting long-term drinking water
17       rules for PFOAs for the first time and public
18       comments are due Friday.  You can send a
19       comment in by signing here.  Be sure to sign
20       by Friday at four.
21           Did I read that correctly?
22  A.   Yes.
23  Q.   Do you know whether you or your wife submitted
24       comments?
25  A.   I don't.

Page 142

```
 1    Q.   If you look at the last paragraph of that
 2         e-mail, it says:  I'm also going to be hosting
 3         a Northeastern University student
 4         September 27th and 28th, Tuesday and
 5         Wednesday, who is studying PFOA responses by
 6         communities, government and companies.  She
 7         wants to interview a dozen of (sic) so people
 8         while she is here.  Would you be interested
 9         and have about an hour free during one of
10         those days?
11              Did I read that correctly?
12    A.   Yes, you did.
13    Q.   Did you ever -- were you ever interviewed by
14         this Northeastern University student?
15    A.   I think -- I think so.
16    Q.   Is that the interview you were referring to
17         earlier?
18    A.   Yeah.  Yeah, yeah.
19    Q.   Do you know whether an article was ever
20         published?
21    A.   I don't, yeah.
22    Q.   Besides Mr. Campion and Mr. Sears, have you
23         communicated with any member of any government
24         agency regarding PFOA or Saint-Gobain?
25    A.   No.
```

```
 1    Q.   Have you submitted any testimony to state
 2         legislature, for example, the senate committee
 3         or assembly committee?
 4    A.   No.
 5    Q.   Have you ever communicated with any
 6         Saint-Gobain or ChemFab employee regarding
 7         PFOA?
 8    A.   No.
 9    Q.   Besides Ms. Kasper and her colleague, have you
10         ever given an interview to a journalist about
11         PFOA or Saint-Gobain?
12    A.   No, but I did communicate with a reporter from
13         Vermont Public Radio, but it never -- it never
14         came to fruition.
15    Q.   Did that reporter reach out to you?
16    A.   He did.  I know you are going to ask me who he
17         is.  Sorry.
18    Q.   What is Howard Weiss-Tisman?
19    A.   Thank you.  Yes, it was.
20    Q.   And you said that interview never occurred?
21    A.   It never occurred.
22    Q.   Do you know what the purpose of the interview
23         was?
24              MR. SILVER:  Objection.
25         BY MR. WILLIAMS:
```

```
 1    Q.  You can answer.
 2    A.  He just wanted me to tell him how I was
 3        feeling.
 4    Q.  Did he interview your wife?
 5    A.  I don't know that.
 6    Q.  Prior to 2016, did you ever have your well
 7        tested for PFOA?
 8    A.  Prior, no.
 9    Q.  Do you recall when your well was first tested
10        for PFOA?
11    A.  Do I know when?  I don't know --
12    Q.  Approximately.
13    A.  Yeah.  Right at the beginning.  Early '16 I am
14        assuming.
15    Q.  Do you know who performed that test?
16    A.  I don't.
17    Q.  Was it the state?
18    A.  I think it was.  Big tall guy.
19    Q.  What were the results of that test?
20    A.  2900 parts per trillion.  We were -- we had
21        PFOA in our water at 290 parts per trillion.
22    Q.  Has your well been tested since that time,
23        that first testing?
24    A.  Yeah.
25    Q.  About how many times?
```

```
                                        Page 145
1    A.  I think right around six.

2    Q.  Is it a periodic testing?

3    A.  There were a lot of people -- there was not

4        only the state but the -- somebody came and

5        opened our septic to test, but it wasn't the

6        well.  It was -- the well mostly was the

7        state.  Yeah.  Sorry.

8    Q.  Do you have a POET on your property?

9    A.  We do.

10   Q.  When was that POET installed?

11   A.  Shortly after the test results.

12   Q.  Who installed that POET?

13   A.  Culligan.

14   Q.  Did you request the installation of the POET?

15   A.  I don't think so.

16   Q.  Did you pay for the POET to be installed?

17   A.  No.

18   Q.  Did Saint-Gobain pay for the POET to be

19       installed?

20   A.  I think they did.

21   Q.  Since the POET was installed on your property,

22       has PFOA been detected in your tap water?

23   A.  No.

24           MR. SILVER:  I'd just note that I object

25       to that question, but it's already been
```

Page 146

```
 1        answered.
 2        BY MR. WILLIAMS:
 3   Q.   Since the POET has been installed on your
 4        property, have you had any issues with its
 5        operation?
 6   A.   We have.
 7   Q.   Can you describe that for me, please?
 8   A.   We had, I think it was arsenic in the water,
 9        that was outflowing.  We had problems with an
10        alarm that was going off, and we had to have
11        the tanks replaced.
12   Q.   Were the tank replaced all at once?
13   A.   I don't know that.  We left the -- the
14        basement open, and they came and did it, but
15        we weren't there.
16   Q.   Was it that you had issues with the tanks on
17        different occasions or --
18   A.   No.  They just had to be replaced.  But there
19        was an alarm -- there was a problem, and my
20        wife called, and they told her how to turn off
21        the alarm, which she was alarmed, and they
22        couldn't come for two weeks.  And she said
23        that was unacceptable.  And somebody came and
24        did something.  We didn't -- we don't know
25        what happened, but the alarm hasn't -- hasn't
```

Page 147

```
 1        gone off since.
 2   Q.   Do you understand what the nature of the alarm
 3        was?
 4   A.   No.  We -- we got no documentation.  We knew
 5        nothing about the POET system, except the
 6        water pressure dropped drastically.
 7   Q.   The water pressure dropped after the POET was
 8        installed?
 9   A.   That's correct.
10   Q.   Do you recall when that alarm went off?
11   A.   Probably three or four months ago.
12   Q.   When you said that the -- that arsenic was in
13        the outflow, was that detected as part of the
14        sampling?
15   A.   Yes.  And I guess they did something.
16   Q.   When you say you guess they did something,
17        what makes you believe they -- what
18        understanding do you have of the fact they did
19        something?
20   A.   They came and tested it again.
21   Q.   And --
22   A.   And others were having similar problems and
23        they had gotten those fixed.
24   Q.   Has arsenic been detected in your water since
25        that time?
```

```
                                            Page 148
 1    A.  No.
 2             MR. SILVER:  Objection.  Go ahead.  You
 3        already answered it.
 4        BY MR. WILLIAMS:
 5    Q.  Have you had your soil tested for PFOA?
 6    A.  Yes.
 7    Q.  When was that?
 8    A.  I don't know.
 9    Q.  Was the state -- did the state do the testing?
10    A.  I think so.
11    Q.  Do you know approximately when that would have
12        been?
13    A.  Shortly after the -- the testing of the water.
14        There was -- there were other people who had
15        tested, Bennington College.  I don't remember.
16    Q.  What were the results of that test?
17    A.  I don't remember.
18    Q.  Did you take any action based on those
19        results?
20    A.  What action could I take?
21    Q.  Does that mean you didn't take any action?
22    A.  I didn't take any action.  I am sorry.
23    Q.  I believe you testified earlier that your
24        septic tank was tested; is that correct?
25    A.  Is correct.
```

```
                                            Page 149
1     Q.   When was that?
2     A.   About a -- about eight months after we
3          realized that we had been contaminated.
4     Q.   Who conducted that testing?
5     A.   I think the state did.
6     Q.   Why was your septic tank tested?
7     A.   I have no idea, but we brought somebody in to
8          pump the septic after that.
9     Q.   What were the results of the test?
10    A.   I don't know.
11    Q.   Did the --
12    A.   I am sorry.
13    Q.   Did the state recommend any action based on
14         the testing?
15    A.   No.
16    Q.   Has the state followed up with you to conduct
17         further testing?
18    A.   Yes.
19    Q.   Of the septic tank?
20    A.   Not of the septic tank, no.
21    Q.   Has any other testing been carried out on your
22         land to measure PFOA?
23    A.   Not that I know of.
24    Q.   Besides the arsenic that you mentioned, has
25         any testing revealed the presence of substance
```

```
                                                  Page 150
 1        other than PFOA on your property?
 2   A.   Repeat the question?
 3   Q.   Other than the arsenic you mentioned, has any
 4        testing revealed the presence of a substance
 5        other than PFOA on your property?
 6   A.   Not that I know of.
 7             (Deposition Exhibit No. 12 was marked for
 8        identification.)
 9   Q.   You have been handed a document marked as
10        Exhibit 12.  Take a moment to look at that
11        document.
12   A.   (Witness complying).  Okay.
13   Q.   Do you recognize this document?
14   A.   I do.
15   Q.   What do you recognize it to be?
16   A.   The town of Bennington tax bill.
17   Q.   Did you receive this tax bill last month or
18        this month?
19   A.   Recently, yes.
20   Q.   Is the tax bill for the 2017, 2018 year?
21   A.   Is correct.
22   Q.   If you look just below the address, there is a
23        heading titled assessed value.
24             Do you see that?
25   A.   I do.
```

Page 151

1    Q.   And below that there's a line that says real,

2         227,500.

3              Do you see that?

4    A.   I do.

5    Q.   Do you understand that to mean that the town

6         of Bennington has assessed your property value

7         at $227,500?

8    A.   I do.

9    Q.   Do you believe that valuation is accurate?

10   A.   The worth of my home?  No.

11   Q.   What's the basis for that belief?

12   A.   I think prior to PFOA contamination that my

13        house would be worth more based on the -- the

14        the upgrades to the house and what other

15        properties are selling for in the area.

16   Q.   Do you know whether this value -- valuation

17        takes into account the detection of PFOA in

18        your community?

19   A.   I'm pretty sure it does not.

20   Q.   What is the basis for that belief?

21   A.   We called the town and asked them -- or at

22        least I think my wife spoke to somebody who is

23        part of the town, and asked them if there was

24        any reduction in our tax burden, and they said

25        no.

```
                                              Page 152
```

1   Q.   Any reduction in tax burden based on the

2        detection of PFOA?

3   A.   Is correct.

4   Q.   And they said it has not -- they have not

5        reduced the tax based on that?

6   A.   Is correct.

7            (Deposition Exhibit No. 13 was marked for

8        identification.)

9            THE WITNESS:   Thank you.

10  Q.   You have been handed a document that has been

11       marked as Exhibit 13.   Take a moment to look

12       at that.

13  A.   (Witness complying).   Okay.

14  Q.   Do you recognize this document?

15  A.   I do.

16  Q.   What do you recognize this to be?

17  A.   An assessment of my property dated August 2,

18       2011.

19  Q.   Do you know why this assessment was performed?

20  A.   I think it was a refinance.

21  Q.   Do you understand that your home was appraised

22       in connection with that --

23  A.   I do.

24  Q.   -- refinance?

25  A.   Yeah.

```
 1    Q.   If you look at the middle of that first
 2         page --
 3    A.   Yes.
 4    Q.   -- it says:  In my opinion, the market value
 5         of this -- of the property as August 2, 2011,
 6         is $275,000.
 7              Do you see that?
 8    A.   I do.
 9    Q.   Do you believe that was an accurate valuation
10         as of August 2011?
11    A.   I do.
12    Q.   And that number is approximately $50,000 more
13         than the town of Bennington's assessment,
14         correct?
15    A.   Is correct.
16    Q.   Do you know why the town of Bennington valued
17         your home $50,000 less than this appraisal?
18              MR. SILVER:  Objection.  Go ahead.
19    A.   I have no idea.
20              (Deposition Exhibit No. 14 was marked for
21         identification.)
22              THE WITNESS:  We are done with this.
23         Thank you.
24         BY MR. WILLIAMS:
25    Q.   We handed you a documented marked as
```

1       Exhibit 14.  Take a moment to look at that.

2   A.  Mm-hmm.

3   Q.  Do you recognize this document?

4   A.  Yeah.

5   Q.  What do you recognize it to be?

6   A.  The town of Bennington tax grievance,

7       grievance day appeal, result of grievance day

8       appeal.

9   Q.  Did you file a grievance based on your tax?

10  A.  We were hoping to get to have to pay less tax.

11          MR. SILVER:  He asked you if you filed a

12      tax grievance.

13  A.  We did.  I am sorry.

14      BY MR. WILLIAMS:

15  Q.  And your -- you said that you were hoping to

16      get to pay less tax, correct?

17  A.  Is correct.

18  Q.  Did you believe that their valuation was too

19      high?

20  A.  For the time.

21  Q.  And that was in 2008, correct?

22  A.  Yes.

23  Q.  If you look at the middle of the page it says:

24      Appeal denied, fair market value remains

25      $227,500.  Correct?

Page 155

1   A.   Is correct.

2   Q.   It was -- it's your belief that in 2008

3        $227,500 was too high a valuation of your

4        home?

5   A.   True.

6   Q.   What was the basis for that belief?

7   A.   I think -- I think we were trying to take into

8        account like market crash and stuff.

9   Q.   In connection with this grievance, did you

10       obtain the opinion of a real estate broker?

11  A.   No.

12  Q.   Was that belief based on your own valuation of

13       the market?

14  A.   We were hoping to pay less tax.

15  Q.   Is there a specific amount that you had in

16       mind?

17  A.   No.  We just thought it was high.

18  Q.   Did you appeal this decision higher?

19  A.   No.

20  Q.   And this $227,500, that is the same number as

21       the town of Bennington has assessed your

22       property this year, correct?

23  A.   Is correct.

24  Q.   Do you know if that number changed in those

25       ten years?

```
                                          Page 156
 1    A.   I don't think it has.
 2            (Deposition Exhibit No. 15 was marked for
 3         identification.)
 4    Q.   You have been handed a document that has been
 5         marked as Exhibit 15.  Just take a moment to
 6         review that, please.
 7    A.   Okay.
 8    Q.   Do you recognize this document?
 9    A.   I -- I don't.
10    Q.   The document in the top left corner is dated
11         September 5, 2001.
12            Do you see that?
13    A.   I do.
14    Q.   And below that says, results of 2001 formal
15         grievance hearing.
16            MR. SILVER:  What exhibit is this,
17         please?
18            MR. WILLIAMS:  15.
19    A.   Okay.
20         BY MR. WILLIAMS:
21    Q.   And below that to the left it has your name
22         and address and your wife's name; is that
23         correct?
24    A.   Is correct.
25    Q.   Do you recall filing a grievance in 2001 based
```

Page 157

```
 1      on your tax?
 2   A.  I don't recall.  I guess my wife did.
 3          MR. SILVER:  Don't guess, please.
 4      BY MR. WILLIAMS:
 5   Q.  It says about a third of the way down the
 6      page, prior 2001 assessment before hearing,
 7      174,600.  Do you see that?
 8   A.  I do.
 9   Q.  Do you understand -- do you recall whether in
10      2001 your home or your property had been
11      valued by the town as $174,600?
12   A.  I don't remember.
13   Q.  Do you recall that your tax assessment was
14      lowered after 2001?
15   A.  I don't recall.
16   Q.  Do you believe at that time in 2001 that your
17      home would have been worth approximately
18      $167,200?
19   A.  Do I --
20   Q.  Do you believe the $167,200 is an -- was an
21      accurate valuation of your home in 2001?
22   A.  Do I believe that?  Sure.  Yes.
23   Q.  What causes you to believe that would be an
24      accurate valuation of your home at that time?
25   A.  I don't know.
```

1    Q.   Have you had your home appraised since 2016?

2    A.   No.

3              (Deposition Exhibit No. 16 was marked for

4         identification.)

5    Q.   You have been handed a document marked as

6         Exhibit 16.  Please take a moment to review

7         that.

8    A.   (Witness complying).

9              MR. SILVER:  The whole document, please.

10        Read the whole document.

11   A.   (Witness complying).  Okay.

12        BY MR. WILLIAMS:

13   Q.   Do you recognize this document?

14   A.   I do.

15   Q.   What do you recognize it to be?

16   A.   Plaintiff's Fourth Supplemental Disclosures on

17        Merits Issues.

18   Q.   Did you have a role in the preparation of this

19        document?

20   A.   I did.

21   Q.   What was that role?

22   A.   I provided documents to the lawyers.

23   Q.   If you would look at page three, in the middle

24        of the page there is a subparagraph D?

25   A.   Yeah.

Page 159

```
 1    Q.   Do you see that?

 2    A.   I do.

 3    Q.   And its says:  Plaintiff Hausthor will testify

 4         to the value of his property assuming no PFOA

 5         contamination from defendant's operations is

 6         $290,000 to $300,000.

 7              Did I read that correctly?

 8    A.   You did.

 9    Q.   Is it your testimony that your home would be

10         worth 290,000 to 300,000 if there was no PFOA

11         at your property?

12    A.   Yes.

13    Q.   And that number is approximately $70,000 more

14         than what the town of Bennington has valued

15         your home, correct?

16              MR. SILVER:  Objection.  Go ahead.

17    A.   Yes.

18         BY MR. WILLIAMS:

19    Q.   How did you arrive at that value?

20    A.   The assessment dated 2011 says my house is

21         worth $275,000, and that was almost 10,

22         11 years ago.  And as the markets bear and I

23         know what my house is worth in the community

24         and I know the things that I put into the

25         home, bring me to the conclusion that the home
```

Page 160

1        is worth 290 to 300,000.
2   Q.   You said a component of that estimation was
3        knowing what your house is worth in the
4        community, correct?
5   A.   Yes.
6   Q.   How do you know what your house is worth in
7        the community?
8   A.   From other -- from the sale of other homes
9        around.
10  Q.   So a component of that estimation was
11       comparing your home to sales of other homes in
12       the community?
13  A.   Prior to the PFOA.
14  Q.   So that would have been the --
15  A.   2015.
16  Q.   -- market?
17  A.   Is correct.
18  Q.   Did you evaluate how, if at all, the real
19       estate market has changed since 2015?
20  A.   Have I taken into consideration how it's
21       changed?
22  Q.   Yes.
23  A.   I keep an ear to things, but I can't get a
24       good handle on things because of the PFOA
25       contamination.

1   Q.   You also said that a component of that

2        estimation is knowing what you put into the

3        house, correct?

4   A.   That's correct.

5   Q.   What would those components of things you put

6        into the house be?

7   A.   The deck, hot tub, the solar panels, wood

8        flooring, driveway.

9   Q.   Did you compare your home to specific other

10       homes?

11  A.   No, just knowing -- knowing the community, not

12       specific.

13  Q.   Are you or your wife a licensed real estate

14       appraiser?

15  A.   No.

16  Q.   Are you a licensed real estate agent?

17  A.   No.

18  Q.   Have either of you had any education, training

19       or expertise as to real estate valuation?

20  A.   No.

21  Q.   Do you have experience valuing real property?

22  A.   Nope.

23  Q.   Have you appraised your own property in the

24       past?

25  A.   No.

```
 1    Q.   Have you appraised any other property?
 2    A.   No.
 3    Q.   Have you ever estimated the list price for a
 4         property?
 5    A.   No.
 6    Q.   Have you listed or sold a property in the
 7         past?
 8    A.   No.
 9    Q.   Looking back at the fourth -- this fourth
10         supplemental disclosures, the rest of
11         paragraph -- sub paragraph D says:  The value
12         of his property given PFOA contamination from
13         defendant's operation is $200,000 to $210,000.
14              Did I read that correctly?
15    A.   Yes.
16    Q.   Is it your testimony that your home is
17         presently worth 200 to $210,000?
18    A.   Yes.
19    Q.   How did you arrive at that range of value?
20    A.   I would have to reduce the price.  How did
21         I -- how did I -- say again?  How did I come
22         to that?
23    Q.   Yes.
24    A.   I would have to reduce the price of my home
25         just to have it sell.
```

```
                                              Page 163
 1    Q.   And you believe that reduction would be
 2         approximately $90,000?
 3    A.   Approximately $90,000.
 4    Q.   Did you arrive at that number on your own or
 5         through consultation with another person?
 6              MR. SILVER:  I object that it calls for
 7         any kind of privileged communication.
 8         BY MR. WILLIAMS:
 9    Q.   You can answer as long as you don't reveal
10         privileged communications.
11    A.   I'll pass.
12    Q.   Did you consult with your wife regarding that
13         value estimation?
14    A.   Yes.
15    Q.   In arriving at that value estimation, did you
16         compare your home with other homes where PFOA
17         has been detected?
18    A.   Yes.
19    Q.   Did you compare your home to other homes that
20         have been sold -- other homes where PFOA has
21         been detected that have been sold?
22    A.   I don't know that.
23    Q.   Was that diminished range of value based on
24         research or analysis of any market data?
25    A.   No.
```

```
 1    Q.   In reaching that diminished range of value,
 2         did you assess the value of other properties
 3         located near your own?
 4    A.   We looked at some.
 5    Q.   Which properties were those?
 6    A.   I don't know specifically.
 7    Q.   And how did assessing -- did you assess the
 8         value of those other properties?
 9    A.   How did I assess the values?
10              MR. SILVER:  Did you assess the value is
11         what he asked.
12    A.   Did I?  No.
13         BY MR. WILLIAMS:
14    Q.   When you looked at those other properties,
15         what was the purpose of looking at them?
16    A.   Curious.
17    Q.   What were you looking for?
18    A.   To see how much they've had to reduce their
19         prices.
20    Q.   So these were listings of other properties?
21    A.   Yeah.
22    Q.   Do you know if any of them were sold?
23    A.   I don't.
24    Q.   Have you incurred any expenses due to PFOA in
25         your groundwater that have not been
```

```
                                                  Page 165
 1        reimbursed?
 2   A.   No.
 3   Q.   Do you believe that you will incur any
 4        expenses in the future due to PFOA in your
 5        groundwater?
 6   A.   Yes.
 7   Q.   What do you believe those are?
 8   A.   Having to pay for water.
 9             MR. SILVER:  I've run out of paper.  Can
10        I take a quick break so I can get another pad?
11             THE VIDEOGRAPHER:  At 2:57 p.m. we're
12        going off the record.
13                  (Brief recess taken.)
14             THE VIDEOGRAPHER:  At 3:02 p.m. we are
15        back on the record.
16        BY MR. WILLIAMS:
17   Q.   Are you ready to continue, Mr. Hausthor?
18   A.   I am.
19   Q.   Before we went off the record I had asked if
20        you believe that you have -- that you will
21        incur any expenses in the future due to PFOA
22        in your groundwater, and you responded you
23        will have to pay for the water; is that
24        correct?
25   A.   Is correct.
```

Page 166

```
 1    Q.   Are there any other expenses that you believe
 2         you will have to pay in the future due to PFOA
 3         in your water?
 4    A.   No.
 5    Q.   Do you know how much you will have to pay for
 6         your water?
 7    A.   I don't.
 8    Q.   Does your belief that you will have to pay for
 9         water based on the fact that you will get your
10         water from the town?
11    A.   Yes.
12    Q.   How do you believe the use of your property
13         has been affected by PFOA in your groundwater?
14    A.   How did I believe the use of my property -- I
15         am much more concerned with spending time in
16         the soil and in the water.
17    Q.   Do you spend less time in your hot tub?
18    A.   Do I spend less time in the hot tub?  Not
19         likely.
20    Q.   Do you spend less time working in the garden?
21    A.   Probably.
22    Q.   Do you spend less time working on the
23         landscaping at your home?
24    A.   Yeah, landscaping, working on the buildings.
25    Q.   How do you believe the POET on your property
```

```
                                            Page 167

 1        affects the value of your home?
 2   A.   I don't think it changes the value of my home.
 3   Q.   Do you believe that having your property
 4        connected to town water will affect the value
 5        of your home?
 6   A.   I don't think it affects it.  I had clean
 7        water before and I will have clean water
 8        after.
 9   Q.   Do you believe that having your property
10        connected to town water will affect the value
11        of your home as it currently is?
12   A.   I don't think so.  I think I had clean water
13        before and I'll have clean water after.
14   Q.   I asked that a little bit -- so you had
15        previously testified that you believe that
16        given PFOA contamination in your water your
17        home is currently worth 200 to $210,000,
18        correct?
19   A.   Yes.
20   Q.   Do you believe connecting your property to
21        town water will increase that -- that value?
22   A.   I think it will make me whole again.
23   Q.   You believe connecting to town water will make
24        you whole again; is that right?
25   A.   Yes.
```

```
                                                 Page 168
 1   Q.   Besides -- let me withdraw that.
 2            Do you entertain socially at your house?
 3   A.   We do.
 4   Q.   How often?
 5   A.   Two, three times a year.
 6   Q.   Are these indoor gatherings?
 7   A.   No, not always.
 8   Q.   Who do you have over?
 9   A.   Family members, friends.
10   Q.   Do you use your home for any commercial
11        activity?
12   A.   No.
13   Q.   Do you ever work from home?
14   A.   Sometimes.
15   Q.   Do you have a home office?
16   A.   No.
17   Q.   Do you play sports on your property other than
18        ping pong?
19   A.   Sometimes.
20   Q.   What sports do you play?
21   A.   Frisbee, badminton.
22   Q.   Has the presence of PFOA in your well water
23        affected your ability to entertain socially?
24   A.   Sure.
25   Q.   In what way?
```

```
                                                  Page 169

 1    A.   We don't want to risk people being on the

 2         property.

 3    Q.   Do you entertain less frequently?

 4    A.   We may.

 5    Q.   Have you ever cancelled a social function at

 6         your home out of concern for PFOA in the

 7         water?

 8    A.   No.

 9    Q.   Does the presence of PFOA in your well water

10         affect your ability to work from home?

11    A.   To work from home?  I don't work from home.

12    Q.   I am sorry.  You do not work from home; is

13         that correct?

14    A.   (Nod).

15              MR. SILVER:  You have to answer verbally.

16         BY MR. WILLIAMS:

17    Q.   You do not work from home.

18    A.   Correct.

19    Q.   Has the presence of PFOA in your well water

20         affected your ability to play sports on your

21         property?

22    A.   I feel less comfortable asking people to play

23         sports on my property, yes.

24    Q.   Does the presence of PFOA in your well water

25         affect your ability to engage in any other
```

```
                                            Page 170

 1        activities on your property?

 2   A.   Yes.

 3   Q.   What other activities?

 4   A.   Gardening.

 5   Q.   Anything else?

 6   A.   Landscaping.

 7   Q.   Anything else?

 8   A.   No.

 9   Q.   Since PFOA was first detected in your well

10        water have you taken any action to prevent it

11        from reaching your soil?

12             MR. SILVER:  Objection.  You can answer

13        if you can.

14   A.   What -- I don't know what actions I would

15        take.

16        BY MR. WILLIAMS:

17   Q.   Is that a no?

18   A.   No.

19   Q.   Have you taken any steps to have PFOA in your

20        groundwater or soil removed?

21   A.   No.  I don't know what actions I would take.

22   Q.   Do you know for a fact whether PFOA has been

23        detected at your neighbor's properties on your

24        street?

25   A.   Do I know for a fact?
```

1    Q.   Yes?

2    A.   I do.

3    Q.   How many neighbors do you know that for a

4         fact?

5    A.   At least two.

6    Q.   Which two would those be?

7    A.   Greg and Dr. -- I can't remember his last

8         name.  Nag -- Nof -- Nofsliger.

9    Q.   Where is Dr. Nofsliger's property relative to

10        yours?

11            MR. SILVER:  Want me to tell you his

12        name?  It's Nofziger.

13            THE WITNESS:  Nofziger, yeah.

14        BY MR. WILLIAMS:

15   Q.   Where is Dr. Nofziger's property relative to

16        yours?

17   A.   East of my house and Greg is west of my house.

18   Q.   Is Dr. Nofziger's property adjacent to yours?

19   A.   Yes.

20   Q.   And Greg's is also adjacent to yours?

21   A.   Yes.

22   Q.   Do you know whether Dr. Nofziger and Greg's

23        property have been physically impacted in the

24        same way as yours?

25   A.   Yes.

```
 1    Q.   Is that based on conversations you've had with
 2         them?
 3    A.   They are within -- well, yes.
 4    Q.   Any other way that you know that they have
 5         been physically impacted in the same way as
 6         yours?
 7    A.   They are within the zone.
 8    Q.   Is it your belief that any property within the
 9         meaning of that term have been physically
10         impacted in the same way as yours?
11    A.   Do I think what?
12    Q.   Do you believe that any property within the
13         zone of contamination has been physically
14         impacted in the same way as your property?
15    A.   I do.
16    Q.   Do you believe Dr. Nofziger's and Greg's
17         properties has been physically impacted to the
18         same degree as yours?
19    A.   I have no idea.
20    Q.   Did you live in your home at the time the
21         former ChemFab facility in North Bennington on
22         Water Street was active?
23    A.   Yes.
24    Q.   Were you aware of the facility at that time?
25    A.   Yes.
```

```
                                                  Page 173
 1   Q.   What impressions, if any, did you have of that
 2        facility at that time?
 3   A.   Smoke.
 4   Q.   Did you observe smoke?
 5   A.   Yes.
 6             THE VIDEOGRAPHER:  Five minutes, counsel.
 7        BY MR. WILLIAMS:
 8   Q.   Did you contact ChemFab or Saint-Gobain
 9        regarding any smoke?
10   A.   No.
11   Q.   Did the detection of smoke affect the use of
12        your home?
13   A.   Yeah.
14   Q.   In what way?
15   A.   Difficult to breathe.
16   Q.   Did you contact anyone within municipal or
17        state government regarding the smoke?
18   A.   I don't think we did.
19   Q.   What was the reason for that?
20   A.   I'm not sure who we would have contacted.
21   Q.   When did -- when -- did the smoke resolve
22        after a period of time?
23   A.   Yeah.  Once they left.
24   Q.   Are you familiar with the Bennington landfill?
25   A.   No.
```

Page 174

1            MR. WILLIAMS:  We can change the tape.

2            THE VIDEOGRAPHER:  Okay.  At 3:13 p.m. we

3       are going off the record.  This marks the end

4       of media unit number three.  We are now off

5       the record.

6                 (Brief recess taken.)

7            THE VIDEOGRAPHER:  The time now is

8       3:19 p.m.  We're coming back on the record

9       beginning media unit number four to today's

10       deposition.  We're on the record.

11       BY MR. WILLIAMS:

12  Q.  Are you ready to continue, Mr. Hausthor?

13  A.  I am.



[redacted]

[redacted]



[redacted]



[redacted]





[redacted]





[redacted]

[redacted]



[redacted]



[redacted]





[redacted]



[redacted]

[redacted]



[redacted]



[redacted]



Page 190



Page 191



[redacted]



[redacted]



Page 194

[REDACTED]

13   A.   CCV.

14   Q.   What do you teach at CCV?

15   A.   Network security.

16   Q.   What does CCV stand for?

17   A.   Community College of Vermont.

18   Q.   How often do you teach network security?

19   A.   Well, that's what I am teaching now.  How

20        often?  One night a week for three hours.

21   Q.   Have you taught other classes in the past?

22   A.   I have.

23   Q.   What have you taught?

24   A.   What have I taught?  Web design, C-plus-plus

25        programming, micro computer applications.

Page 195

1          Others I can't think of right now.

2    Q.    How often -- or how long have you been

3          teaching at CCV?

4    A.    30 years.

5    Q.    30 years?

6    A.    Just got the computer ball.

7    Q.    And is it generally one course per semester?

8    A.    Yeah.  Yeah.



[redacted]



[redacted]



[redacted]







[redacted]

[redacted]





[redacted]

[redacted]



[redacted]



[redacted]





Page 207

[redacted]



[redacted]



Page 210



**Page 211**





Page 213



Page 214





**Page 215**

Page 216





Page 218



**Page 219**



Page 220



**Page 221**





[redacted]

[redacted]



Page 224



Page 225





Page 227



[redacted]







Page 230

18    Q.    We're in the home stretch, I promise you.

19    A.    Yeah.

20            Are these all the things that

21    Saint-Gobain --

22            MR. SILVER:  Will you just -- will you

23    just like really --

24            THE WITNESS:  Huh?

25            MR. SILVER:  No comments.

Page 231

1            THE WITNESS:  Sorry.

2            MR. SILVER:  I'm the only one allowed to

3       make comments.

4            THE WITNESS:  Okay.

5       BY MR. WILLIAMS:







Page 234



Page 235

13   Q.   Are you a member of any organizations other
14        than the rotary club?
15   A.   Organizations.  I am a member of the I, triple
16        E.
17   Q.   What's the I, triple E?
18   A.   Institute for Electrical -- Electronics and
19        Electrical Engineers.
20   Q.   Are there any meetings of the I, triple E that
21        you attend?
22   A.   No.  It's all -- I vote through e-mail.
23   Q.   It this like a national organization?
24   A.   It is.  It's the standards.
25   Q.   Is that in connection with your work?

Page 236

1    A.   Yeah.

2         MR. WILLIAMS:  I'm ready to cede my

3         questions.  Before I pass off the questions, I

4         thank you very much for being here and your

5         patience.

6         THE WITNESS:  Yeah.  Sorry I lost my

7         temper there.

8         MR. SILVER:  Let's -- let me ask you a

9         couple questions.

10        THE WITNESS:  Okay.

11              CROSS-EXAMINATION

12   BY MR. SILVER:

13   Q.   Let me show you what has been marked by the

14        defense.  Plaintiffs' Fourth Supplemental

15        Disclosures on Merits Issues.  It's

16        Exhibit 16, and I would like you to look on

17        page three.  And it's paragraph small d on

18        page three.  Okay?

19   A.   Yes.

20   Q.   Mr. Williams asked you some questions about

21        that and I want to followup.

22             You gave as a -- in that Exhibit 16, you

23        gave as an estimated value of your home given

24        PFOA contamination of 200,000 to 210,000; is

25        that right?

Page 237

```
 1    A.  Is correct.

 2    Q.  Does that valuation assume that your house is

 3        connected to town water?

 4    A.  Yes.

 5    Q.  Okay.  And earlier you had said that -- when

 6        Mr. Williams asked you, does the presence of a

 7        POET system in your house affect the value of

 8        your house, you said it didn't affect the

 9        value of your house.  What did you mean by

10        that?

11    A.  Well, they were going to take it away once I

12        got connected to municipal.

13    Q.  All right.  So I want you to assume that they

14        aren't taking it away or that you have to sell

15        your house now with the POET system not hooked

16        up --

17    A.  Okay.

18    Q.  -- to town water.  Do you think the presence

19        of the POET system would affect your valuation

20        of the house?

21    A.  Yes.

22    Q.  Why?

23    A.  Well, it has to be maintained.  The tanks have

24        to be replaced once they get dirty.  It

25        affects the pressure of the water.  Alarms go
```

```
 1        off.  And I don't very much trust it.
 2   Q.   Why don't you trust it?
 3   A.   Well, if you don't -- if you don't know when
 4        they get dirty, you don't know when to replace
 5        them.  I don't know when to replace them.  I
 6        would assume somebody would know when to
 7        replace them --
 8   Q.   And you said --
 9   A.   -- depends on how dirty they get.
10   Q.   I'm sorry.  I didn't mean to interrupt you.
11   A.   That's all right.
12   Q.   When you say you don't know when they get
13        dirty, what do you mean by dirty?
14   A.   Well, PFOA.
15   Q.   Okay.
16   A.   So at some point they would pass that.
17   Q.   You have the POET system in your house, but
18        you still drink bottled water; is that right?
19   A.   It is.
20   Q.   Why is that?
21   A.   I don't have a lot of faith.
22   Q.   In the POET system, is that what you're
23        talking about?
24   A.   Yeah.  I mean at what point do I -- do I not
25        trust it?  At what point does it let PFOA
```

Page 239

```
 1        pass.
 2   Q.   All right.  Just moving on, in answer to Mr.
 3        Williams' question about -- well, let me
 4        withdraw that.
 5             Mr. Williams asked you if the effect of
 6        your -- what the effect of the value on your
 7        house would be if you had town water, and you
 8        said something to the effect that it would
 9        make you whole to have town water.
10             Can you explain what you meant by that?
11   A.   Well, I don't have a choice.  My well is being
12        capped with cement.  So it would just give me
13        an opportunity to have clean water.
14   Q.   All right.  When -- when you said that having
15        town water would make you whole, did you
16        take -- were you taking into account the
17        diminution of property value that you claim --
18   A.   No.
19   Q.   -- you suffered?
20   A.   No.  I would --
21             MR. LAFATA:  Object.
22   A.   -- still think it's polluted.
23        BY MR. SILVER:
24   Q.   Let me finish the question.
25             Were you taking into account the property
```

Page 240

```
1          diminution value that you claim that you
2          suffered because of the PFOA contamination in
3          the zone of contamination when you said it
4          would make you whole?
5     A.   No.  It would just get me water.  It wouldn't
6          make me -- it wouldn't -- they can't make me
7          whole again.  I am still polluted.
8     Q.   All right.  When you say your house is worth
9          210,000 to 200,000 with town water, why do you
10         think there is still a property value
11         diminution if you have town water?
12    A.   I am still -- I am still polluted.  I have to
13         tell somebody that I am polluted to try to
14         sell my house, and if somebody else is going
15         to be trying to buy a house within the same
16         area, I am going to have to reduce my price to
17         get them to buy my house.
18    Q.   Why do you think you have to reduce your
19         price?  What is it about where your house or
20         what --
21    A.   It's commonsense.
22              MR. LAFATA:  Object to the form.
23              THE WITNESS:  Excuse me?
24              MR. LAFATA:  You can answer.  I object to
25         the form.
```

1           MR. SILVER:  Let me -- let me state the

2       question again.

3       BY MR. SILVER:

4    Q.  Tell me what it is about the circumstances of

5       your house, even after town water, that would

6       lead you to reduce the price of your house, or

7       not lead you to reduce the price but make you

8       think it's -- you would have to reduce the

9       price to sell it?

10   A.  Because I am still having to disclose the

11      pollution that is in my soil.  I don't -- I

12      would have to let somebody know and have to

13      make it so that somebody could offer a price

14      that would be -- they would be willing to

15      accept the pollution included in my house.

16   Q.  Do you feel you'd have to disclose to a

17      potential buyer that you have a well that has

18      contaminated water in it?

19   A.  I would have to.  I would have to just to --

20      just clean conscience, but I mean they are

21      going to fill up my well with cement.

22   Q.  You at -- you were asked about why you

23      attempted to grieve the -- the tax assessment

24      value of your house back in 2008, and you said

25      you were trying to take into consideration

Page 242

1           market crash and stuff.

2                 What did you mean by that?

3    A.   Hmm.   Trying to get my taxes reduced and allow

4         for what the market would bear.   The -- the

5         worth of my home was reduced because the

6         market had lowered.

7    Q.   What was happening with the economy back in

8         2008, if you remember?

9    A.   The dot.com bust.   The market -- the market

10        was failing, and I thought my house could be

11        assessed for less compared to what -- if

12        anything was being sold.

13   Q.   Okay.   Just one other thing.   You were asked a

14        whole list of questions about stuff that you

15        had been exposed to, and one of them was

16        arsenic, and you said no.

17   A.   Arsenic.

18   Q.   I seem to remember you saying that they had

19        found arsenic in your water after the POET

20        system was --

21   A.   Oh, that is true.

22   Q.   -- after the POET system was installed.

23                 So do you feel like you have been exposed

24        to arsenic?

25   A.   Yes.   Yes.   Once they tested it for arsenic.

```
                                              Page 243
 1    Q.  All right.
 2            MR. SILVER:  I think that might be it.
 3        Let me just see.  Oh, yeah.
 4        BY MR. SILVER:
 5    Q.  When you were talking about the ways in which
 6        the PFOA contamination has affected you --
 7    A.  Mm-hmm.
 8    Q.  -- one of the things you said was it's making
 9        you sick, and I am wondering what you meant by
10        that.
11            Are you talking about physically sick or
12        emotionally sick?
13    A.  I worry about physically sick, but it's
14        just -- it makes me crazy.  It makes me
15        emotionally sick that I have to -- that I have
16        to bear his burden.
17    Q.  What is it about the PFOA contamination that
18        is making you emotionally sick or troubled?
19    A.  I worry, worry about my children, worry about
20        playing in the sand.  I --
21    Q.  Go ahead.
22    A.  I'm sick with fear.  I get -- in this --
23        sorry -- in this forum I have to -- I have to
24        get my dander up, and, you know, I got too
25        emotional, I guess.  And that -- that's not
```

```
 1       good for me.
 2   Q.  Are you worried about your wife's health?
 3   A.  Yeah.
 4   Q.  Are you worried about your own?
 5   A.  Yes.
 6            MR. SILVER:  That's all I have.
 7            MR. WILLIAMS:  We're done.
 8            THE VIDEOGRAPHER:  Good.  Okay.  At 4:55
 9       p.m. we are now coming to the end of media
10       unit number four and herein closing out
11       today's deposition with Ronald Hausthor.  It
12       is 4:55 and we are off the record, and this
13       deposition is closed.
14                 * * * * * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

Page 245

1      ACKNOWLEDGMENT OF DEPONENT

2

3            I have read the foregoing transcript of

4      my deposition and except for any corrections or

5      changes noted on the errata sheet, I hereby

6      subscribe to the transcript as an accurate record

7      of the statements made by me.

8

9            _____

10                   RONALD S. HAUSTHOR

11

12            SUBSCRIBED AND SWORN before and to me

13      this _____ day of _____, 20___.

14

15

16            _____

17                     NOTARY PUBLIC

18

19

20      My Commission expires:

21

22

23

24

25

Page 246

1                    CERTIFICATE

2              I, Beth Gaige, a Registered

3     Professional Reporter, hereby certify that the

4     within-named deponent was sworn to testify the

5     truth, the whole truth, and nothing but the

6     truth in the aforementioned cause of action.

7              I further certify that this deposition

8     was stenographically reported by me and later

9     reduced to print through computer-aided

10    transcription, and the foregoing is a full and

11    true record of the testimony given by the

12    deponent.

13             I further certify that I am a

14    disinterested person in the event or outcome

15    of the above-named cause of action.

16             IN WITNESS WHEREOF, I subscribe my hand

17    and affix my seal this 25th day of April 2018.

18

19

20    _____

      Beth Gaige, RPR

21    Notary Public

22    My commission expires:

      August 22, 2019

23

24

25

Page 247

1                  E R R A T A   S H E E T

2     IN RE:   SULLIVAN, et al. vs. SAINT-GOBAIN

3     DATE:   4/24/2018

4     PAGE     LINE     CORRECTION AND REASON

5     _____    _____    _____

6     _____    _____    _____

7     _____    _____    _____

8     _____    _____    _____

9     _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23

24    _____    _____

25    (DATE)                    RONALD S. HAUSTHOR

**[& - 6/18/2017]**                                                     Page 1

| & |
| --- |
| **&**   1:16 2:5,10,14<br>6:1 |

| 0 |
| --- |
| **00125**   1:6<br>**05201**   2:6 6:3<br>**05257**   124:24 |

| 1 |
| --- |

**1**   3:11 30:19,22
32:23 130:19
**1,3**   231:6
**10**   3:22 15:18
132:24 133:6,7
159:21
**10,000**   21:22
**100**   194:3
**10010**   2:11,15
**10:00**   16:22
**10:36**   40:10
**10:44**   40:15
**11**   3:23 139:14,19
159:22
**11/11/61**   7:12 8:2
**114**   3:18
**11:20**   60:25 61:13
**11:22**   61:18
**11th**   189:10
**12**   3:25 21:24
66:13,14 91:20
105:7 150:7,10
**120**   3:20
**123**   3:21
**13**   4:1 152:7,11
**132**   3:22
**139**   3:23
**14**   4:2 153:20
154:1 228:17
**140**   194:3
**15**   4:3 11:9 18:6
19:17 96:21 139:9

156:2,5,18 181:1,3
**150**   3:25
**150,000**   33:13
**152**   4:1
**153**   4:2
**155**   4:3
**157**   4:4
**16**   4:4 134:18
144:13 158:3,6
236:16,22
**160**   11:22 42:18
43:9
**167,200**   157:18,20
**170**   175:18
**174,600**   157:7,11
**18**   18:6 189:22
**1800**   75:7
**1920s**   189:12
**1995**   28:24
**1996**   125:1
**1:03**   92:3

| 2 |
| --- |

**2**   3:11,12 11:22
47:20,23 130:20
130:24 152:17
153:5
**2,4**   231:10
**2,4,5**   231:8
**20**   61:2 125:14,23
137:9 139:9
175:22 177:17
245:13
**200**   162:17 167:17
**200,000**   162:13
236:24 240:9
**2001**   4:3 156:11,14
156:25 157:6,10
157:14,16,21
**2008**   154:21 155:2
241:24 242:8

**2011**   152:18 153:5
153:10 159:20
**2012**   29:17
**2014**   29:23
**2015**   160:15,19
**2016**   3:18 37:5,7
46:24 47:10 95:7
114:5 115:16
144:6 158:1
**2017**   150:20
**2018**   1:18 5:7
150:20 246:17
**2019**   246:22
**204.1**   115:25
**207**   114:8
**21**   3:18 115:16
**210,000**   162:13,17
167:17 236:24
240:9
**212.849.7000**   2:12
2:16
**21st**   189:19
**22**   22:3 246:22
**227,500**   151:2,7
154:25 155:3,20
**236**   3:3
**24**   1:18 5:7 194:2
**25th**   246:17
**275,000**   153:6
159:21
**27th**   142:4
**28th**   142:4
**290**   144:21 160:1
**290,000**   159:6,10
**2900**   144:20
**2:09**   131:2
**2:57**   165:11

| 3 |
| --- |

**3**   3:11,14 31:13,17
61:16,24

**30**   3:11 28:10,12
105:13 177:17
195:4,5
**300,000**   159:6,10
160:1
**301**   22:1,4 25:25
29:1,8,15,25 30:15
40:22 43:12
124:23
**30s**   189:15
**337,224**   95:19 96:4
**35,000**   94:21
**350,000**   93:21
**3:02**   165:14
**3:13**   174:2
**3:19**   174:8
**3:43**   191:24
**3:51**   192:2

| 4 |
| --- |

**4**   3:15 72:15,20
**4/24/2018**   247:3
**40**   194:3
**40s**   189:14,15
**447**   118:7
**47**   3:12

| 5 |
| --- |

**5**   3:16 91:24 92:17
156:11
**50**   188:11
**50,000**   153:12,17
**507**   1:17 2:5 6:2
**51**   2:11,15
**52**   191:8
**53**   191:6
**5:16**   1:6

| 6 |
| --- |

**6**   3:17 92:1 95:6
194:10
**6/18/2017**   93:10

**61** 3:14
**6:30** 194:10

**7**

**7** 3:3,18 114:17,19
114:20,23 115:3
**70,000** 159:13
**72** 3:15

**8**

**8** 3:20 120:4,7
**80** 10:12 12:3
189:11,17,18,19
194:4,5
**802.442.6341** 2:6
**82** 10:12 189:25
190:1
**83** 189:22,24
**85** 10:5 13:3
**87** 13:3,3,16,17
**88** 13:3,16
**8:30** 195:13

**9**

**9** 3:21 123:20,23
133:4
**90,000** 163:2,3
**91** 3:16,17
**95** 29:17 30:2
**97** 56:16
**98** 56:16
**99** 83:20
**9:00** 195:13
**9:36** 1:18 5:6
**9:39** 7:17
**9:44** 7:20
**9:56** 16:20

**a**

**a.m.** 1:18 5:6 7:20
16:22 40:10,15
**ability** 119:25
168:23 169:10,20

169:25
**able** 12:12
**abrasive** 229:15
229:16
**abuse** 224:4
**accept** 241:15
**access** 19:2 20:17
**account** 151:17
155:8 239:16,25
**accurate** 151:9
153:9 157:21,24
245:6
**acetaminophen**
224:10,13
**aches** 222:7,8
**acid** 187:10
222:18
**acknowledgment**
245:1
**acl** 187:17,20
189:1,5
**acquire** 30:10,13
30:16 31:17,19
**acquired** 31:18
91:4
**acquisition** 32:2
**acres** 43:13 44:13
105:10
**acrylamide** 231:14
**actinomycin**
224:17
**action** 1:5 6:12
112:8 113:23
118:16,17 120:13
120:17 123:9
128:24 148:18,20
148:21,22 149:13
170:10 188:17
246:6,15
**actions** 170:14,21

**active** 172:22
**actively** 20:5
**activities** 170:1,3
**activity** 168:11
**actual** 15:20
**acute** 193:11
**add** 65:15
**added** 65:13
**addition** 8:21
71:16 136:2 178:2
**address** 21:25
98:12 119:22
127:14 134:22
150:22 156:22
223:12
**addressed** 49:23
**adjacent** 46:14
56:22 171:18,20
**administer** 6:9
**administered** 7:5
**advantage** 34:7
**advise** 113:23
188:16,16
**advised** 190:10
**aerosols** 231:12
**affect** 167:4,10
169:10,25 173:11
237:7,8,10
**affiliations** 6:16
**affix** 246:17
**afford** 39:18
**aforementioned**
246:6
**agency** 142:24
**agent** 36:25
161:16 231:16
**agents** 233:10
**aggravation**
121:11 122:14
**ago** 11:20 18:6
21:24 27:19 28:12

29:22 37:4 57:1
72:2 76:9 86:14
87:2 109:4 110:17
114:4 147:11
159:22 175:20,22
180:4 186:9 188:6
189:6
**agree** 5:15 121:15
125:4 126:20
129:8
**agreed** 5:2
**agreement** 3:12
42:19 48:6,9,12,16
**agreements** 50:8
50:18
**ah** 90:16
**ahead** 39:11
111:24 113:15
118:23 121:21
127:7 138:21
148:2 153:18
159:16 184:15
243:21
**aided** 246:9
**air** 27:24 101:6
230:13
**airplanes** 208:14
**al** 1:4 5:19 247:2
**alan** 20:23
**alarm** 146:10,19
146:21,25 147:2
147:10
**alarmed** 146:21
**alarms** 237:25
**albany** 195:25
196:1 198:1
**alcohol** 178:22,24
208:16,18 224:4
**aldrin** 231:19
**ale** 227:1

alive  190:3
alka  222:19,20
allergies  222:2,4
allison  181:7
allow  18:17 19:25
  242:3
allowed  36:17
  231:2
almonds  208:20
  208:22
alternative  174:19
amended  3:20
amenities  107:17
  107:19,23
amount  33:14,16
  93:24 96:5 155:15
analysis  163:24
anesthetic  231:21
angle  64:15 67:5
animal  84:16,19
animals  84:21,24
  85:2,13 122:11
anise  220:21
annoyance  121:11
  122:13
annual  117:12
  181:12 201:23
answer  9:17 14:21
  16:10 24:21 38:4
  96:7 107:21
  121:21 138:21
  144:1 163:9
  169:15 170:12
  184:16 239:2
  240:24
answered  116:21
  146:1 148:3
answers  8:16
antabuse  225:6
antibiotics  224:15

antiseptic  229:5
anybody  39:2
anymore  82:1
  203:22
anytime  88:8
apartment  22:10
  22:25 23:11
appeal  4:2 154:7,8
  154:24 155:18
appearance  6:18
appearances  6:15
apple  209:1,3,5,7
  209:8,9,11,14
apples  209:13
appliances  74:23
  75:8 83:15
applications
  194:25
applies  125:16
appointments
  117:22
appraisal  4:1
  153:17
appraised  152:21
  158:1 161:23
  162:1
appraiser  161:14
appreciate  9:6
approximate
  28:11 62:6
approximately
  12:3 18:5,19 22:7
  25:10 26:17 28:12
  44:11 57:1 96:19
  99:11,16,19 100:1
  105:8 114:5 117:7
  121:3 132:17
  137:18 144:12
  148:11 153:12
  157:17 159:13
  163:2,3 176:20

189:15 198:10
apricots  209:16
april  1:18 5:7
  246:17
architect  87:12
architectural
  100:6,17,19
area  67:24 87:21
  125:13 151:15
  195:20 240:16
areas  44:9,14
  50:23
arnica  222:10
arrive  159:19
  162:19 163:4
arriving  163:15
arsenic  146:8
  147:12,24 149:24
  150:3 231:24
  242:16,17,19,24
  242:25
arthritis  223:16
article  140:11,14
  142:19
arugula  209:20,21
asbestos  232:1
asked  9:3 124:13
  131:19 151:21,23
  154:11 164:11
  165:19 167:14
  236:20 237:6
  239:5 241:22
  242:13
asking  118:21
  119:3,12,15,21,23
  169:22
asks  181:21
asparagus  210:2,3
  210:4
asphalt  232:3

assembly  143:3
assess  164:2,7,9,10
assessed  150:23
  151:6 155:21
  242:11
assessing  164:7
assessment  152:17
  152:19 153:13
  157:6,13 159:20
  241:23
assistance  57:3
  79:21
assocation  136:23
associated  14:7
  126:11
association  14:17
  15:6 19:7
assume  24:1 27:13
  43:11 74:4 94:1
  94:25 141:10
  199:1 237:2,13
  238:6
assuming  32:23
  48:14 114:3 126:4
  144:14 159:4
  203:4
assumption  112:6
asthma  222:25
attack  192:21
attempted  36:20
  241:23
attend  10:6,10
  135:21 138:8,10
  235:21
attended  10:3,5
  134:7,13 136:7
  139:10
attic  104:8
attorney  6:19 9:11
  9:16 31:7

**attorneys** 131:11
**attribute** 127:18
**audio** 5:13,13
**august** 152:17
  153:5,10 246:22
**australian** 88:3
**authorized** 6:9
**auto** 227:6
**autumn** 29:14,18
  29:19 198:17,21
**autumn's** 193:14
**avenue** 2:11,15
  11:22
**average** 194:1,5
**avoid** 176:4
**aware** 172:24

**b**

**b** 3:9 94:17 186:1
**b's** 210:15
**bachelor** 9:25
**back** 7:21 13:15
  13:19,21 16:23,25
  20:18 40:16 43:16
  43:21,23 44:1,3
  61:18 65:6,8,12
  67:5 79:1 80:3
  81:21 85:2,5,25
  92:4 131:3 162:9
  165:15 174:8
  192:3 201:21
  241:24 242:7
**backbone** 19:22
**background** 87:4
  90:2
**backside** 74:7
**backwards** 87:13
**backyard** 105:15
  105:18,21
**bad** 87:9
**badminton** 168:21

**ball** 195:6
**bananas** 210:6,8
**band** 112:15 200:6
  200:8,11,18,19,21
  201:7
**bands** 200:7 201:1
  201:6
**bandwidth** 19:13
  19:13,19 20:1
**bank** 30:6 33:16
**barbecue** 71:1,2,6
**barbed** 57:10,11
  57:16
**barely** 93:9
**barium** 188:19,19
**barn** 107:7,7
  109:8
**barns** 107:2,4
**barr** 2:5
**barrsternberg**
  1:16 6:1
**barrsternberg.com**
  2:7
**based** 12:24 112:8
  117:18,25 126:24
  148:18 149:13
  151:13 152:1,5
  154:9 155:12
  156:25 163:23
  166:9 172:1 192:3
**basement** 16:6
  60:2,4,6 64:19
  87:8 146:14
**basil** 210:10,12
**basis** 151:11,20
  155:6
**bath** 76:19,20 77:1
  78:3 83:7,9
**bathroom** 60:20
  76:19 77:6,7,13,15
  77:22,23 78:15,22

78:24 80:23,25
  81:1,9,13
**bathrooms** 26:14
  98:20,23,25 99:5
  108:16
**baths** 77:24,25
  78:1
**beach** 25:22,23
  199:10 203:3
**beans** 197:16
  215:23
**bear** 159:22 242:4
  243:16
**bed** 79:17,19,21
  87:22
**bedroom** 73:10
  78:6 79:6 80:6
  81:2 89:24
**bedrooms** 26:12
  97:22,25 98:3,6,6
  98:9
**beer** 179:3 201:8
  208:16,18
**beginning** 6:19
  40:16 92:4 144:13
  174:9
**begins** 5:16
**behalf** 1:4 5:20
**belief** 151:11,20
  155:2,6,12 166:8
  172:8
**believe** 38:2,7 40:1
  94:13 96:4 123:5
  123:11 126:23
  127:5,10,16,19,24
  128:4,12 129:18
  129:21,24,25
  130:4 147:17
  148:23 151:9
  153:9 154:18
  157:16,20,22,23

163:1 165:3,7,20
  166:1,12,14,25
  167:3,9,15,20,23
  172:12,16
**bellco** 87:7
**beneath** 58:4,5
  84:8 129:3
**benefit** 179:8
**benmont** 11:22
  42:18 43:9
**bennington** 1:17
  2:6 6:2 11:22 12:8
  13:15,19,21,22,23
  14:5,8 15:11
  17:24 18:9,15,16
  23:10 31:25 32:1
  32:13 42:1 96:15
  100:13 107:17
  109:16 110:3
  111:4,5,6 124:24
  126:15,16 132:1,9
  132:16 134:8
  135:3,12 138:12
  138:13 148:15
  150:16 151:6
  153:16 154:6
  155:21 159:14
  172:21 173:24
  195:19 198:8
  201:10,17 202:15
**bennington's**
  153:13
**benomyl** 232:5
**benzene** 232:7
**beryllium** 232:9
**best** 19:25 63:11
**beth** 1:14 6:7
  246:2,20
**better** 20:10 34:7
**beyond** 44:14 45:3
  64:17 70:20

116:16
**bicycles** 55:13
**big** 105:8,11
　144:18 198:2
**bike** 180:8,9,11
**biking** 180:25
**bill** 3:25 150:16,17
　150:20
**billion** 125:14,23
**bin** 226:8
**birds** 85:16
**birth** 7:11 8:1
　189:9,19
**bit** 35:15 68:20
　167:14
**black** 178:4,15
　210:17,18,19
　232:13
**bleach** 229:13,14
**block** 55:22,23
　75:18 234:21
**blood** 113:25
　115:9,10,22 116:5
　117:24 118:2,8
　122:20,24 123:2,4
　126:9 128:3
　181:16,19 182:8
　182:10,25 184:12
　184:25 185:18
　186:20 191:18
　192:20,25 193:4
　223:4
**board** 137:4,5,6
**boat** 123:13
**bodies** 129:5
**body** 207:5
**boiler** 27:6,10
　101:9
**bok** 210:21
**bolts** 17:7

**bondville** 203:13
**bone** 188:22
**book** 112:21
**booth** 205:6
**borders** 44:25
　45:15
**boring** 207:13
**born** 25:21,22
　189:21
**bottle** 196:10
**bottled** 196:6,7,7
　196:12 238:18
**bottles** 64:8
**bottom** 68:20 82:6
　116:7,11 128:20
**bought** 56:15
**bourbon** 179:5,7
　210:25 211:1
　221:18
**box** 198:2
**boxes** 206:3
**boynton** 199:10
**brand** 180:23
　197:23
**brandies** 215:9,10
**brazil** 211:2
**bread** 219:24,25
　220:1,2,2 221:20
**break** 9:11,18 11:1
　39:20,24 40:8
　60:20,23 61:7,8,12
　85:8 91:8 130:19
　130:22 165:10
**breakfast** 212:13
**breakfasts** 197:7
**breaks** 79:10
**breath** 230:16,17
**breathe** 173:15
**brian** 136:4,4
　191:2,7,11,13

**brick** 55:22
**brief** 7:19 40:14
　61:15 131:1
　165:13 174:6
**bring** 85:2,5,13,14
　90:19 159:25
**bringing** 20:18,19
　21:14
**broccoli** 211:6
**brockport** 10:2,7
　10:15 25:16,17
　202:23
**broker** 37:1
　155:10
**bromley** 203:10
　203:11
**brother** 56:8
　88:14 138:11,12
　138:16
**brothers** 199:19
**brought** 9:5 35:20
　149:7
**brown** 211:10
**brussel** 211:12
**brussels** 51:12
**bug** 229:7
**bugs** 174:25
**build** 28:21 56:3,9
**building** 12:2
　19:15,22 79:21
**buildings** 102:11
　102:20 166:24
**built** 28:8 56:8
　57:25 79:20
**bulk** 197:24,25
**bullets** 208:12
**bunch** 182:10
**bunkbed** 79:17
**bunny** 85:18
**burden** 151:24
　152:1 243:16

**buried** 60:15
**burner** 27:6 63:21
　89:11
**burning** 208:10
**business** 10:24
　12:5,7,9 15:14
　16:8 18:21,25
　20:12 134:15
**businesses** 11:23
　12:1 195:18,19
**businessman**
　10:23
**bust** 242:9
**butadiene** 231:6
**butcher** 75:18
　200:10 234:21
**butchers** 200:9,15
　201:9
**butter** 211:16,18
　211:19,20 217:3
　218:9,10
**buy** 101:25 102:1
　102:1 122:4
　206:16,16 240:15
　240:17
**buyer** 40:3 241:17
**buying** 122:4

**c**

**c** 2:1 12:6 29:4
　37:17 194:24
**c's** 213:21
**cabbage** 211:22,24
**cabinets** 76:12
**cadmium** 232:11
**calculated** 94:2
**california** 24:10
　24:11,13,15
**call** 64:1 109:6
　116:9
**called** 12:5,19 13:9
　36:5 63:4 146:20

151:21
calling 126:2
  138:20
calls 163:6
calories 176:13
camp 108:12
campaign 114:3
campion 135:5,7
  136:4,8,13,17,21
  137:10,22 142:22
campion's 136:8
  137:14 138:6
  139:7
canada 202:4,5
cancelled 169:5
cancer 119:11,11
  127:1,1 191:19
  192:8,10,11,12,13
  192:14,16
candle 207:1
canned 52:6,9
cape 201:15
capped 239:12
car 196:20,22
  204:21 207:5
carbon 232:13,15
cards 19:12
care 116:24
  118:24 181:4
  208:1
carpet 79:13 82:10
  82:11 84:13,13
  204:12 230:9
carpeted 73:18,20
  80:11 84:10 86:24
carpeting 26:21
  26:23 27:1 73:22
  87:1
carpets 204:15
carriage 109:8

carried 149:21
carrots 212:1
case 5:23 123:17
cash 33:14
cast 204:1
castile 175:2
casual 38:13 39:1
  39:12
cat 90:8,9
catamount 21:10
  21:12
cats 90:10,12,15
  90:17,24 91:4
cauliflower 212:5
cause 246:6,15
caused 129:2
causes 157:23
cc'd 141:4
ccv 194:13,14,16
  195:3
cede 236:2
ceiling 28:4
celebrations
  109:11
celery 212:9
cell 5:11
cellular 5:10
cement 239:12
  241:21
center 68:21 90:2
centered 43:18
ceramics 206:20
cereals 212:13
certain 58:20,21
  196:19
certificate 246:1
certification 124:9
  133:20
certified 6:4
certify 246:3,7,13

chair 90:5,5,7
chance 24:8 91:7
change 3:17 174:1
changed 12:12
  155:24 160:19,21
  182:2
changes 167:2
  245:5
channeling 213:20
characterize
  176:18 179:14,21
checkup 117:11
cheese 212:20,21
  212:22
chemfab 110:8
  143:6 172:21
  173:8
chemical 227:8
chemicals 68:13
  68:15
cherries 212:15
cherry 86:6,20,21
chew 178:18
chewing 178:18
chicken 67:7,9,25
  205:17,20,23,24
chickens 67:11,13
  67:18,22
chicks 85:20,21
childhood 41:23
children 29:10,11
  91:5 118:8 198:12
  243:19
children's 77:22
  78:3,3
chili 212:25,25
chilies 212:24
  213:1
chillens 198:12
chimney 63:17,20

china 20:20
chinese 177:8
chips 219:6
chlorambucil
  224:19
chlordane 232:17
chloride 235:6
chloroform
  232:19
chloroquine
  232:21
chocolate 213:3,5
choice 119:16
  239:11
cholesterol 119:10
  122:25 126:25
  183:12,14,20,22
  183:23 184:8,10
  184:13,14 190:7
  190:11,12
choy 210:21
chromium 232:23
chronic 181:14
  193:11,17,22
cider 209:1,3
cigarettes 178:16
cigars 178:16
cinder 55:22,23
cinnamon 213:7
circumstances
  24:17,24 241:4
citrus 213:11
civil 1:5
claim 239:17
  240:1
claims 9:4 123:11
clapboard 36:5,8
  63:2,4
clarify 8:11
  128:11

class 1:4 5:20
118:15,15,17
120:13 123:9,12
123:16 124:4,8,14
125:21,24 126:1
128:24 129:1,11
129:15,19,22,25
130:1,5 133:19
137:23 138:19
classes 194:21
clay 58:6,7,10
clean 7:23 50:1
167:6,7,12,13
205:20 239:13
241:20
cleaned 204:10,13
cleaner 230:5,7
cleaners 229:15,16
229:17
cleaning 49:1
205:18 207:14
228:3
cleanly 8:7
clear 8:9
client 9:5
clofibrate 226:21
closed 87:9 90:3
244:13
closer 43:21
closest 109:21
closing 244:10
clothes 204:10
clothing 203:14,19
230:3
cloudy 72:4
club 136:22,23
137:1,8,11 235:14
clue 176:15
coal 232:25 233:1
233:2

cocoa 213:15,16
coconuts 213:17
cod 201:15
coffee 177:9,11,14
178:2,14
cold 225:16
coleen 29:4 141:14
collard 213:19,23
collateral 36:18
colleague 143:9
collect 206:2,5
college 9:23 10:1,4
10:4,6,9,11 29:20
29:21 79:8 109:16
110:3 134:8 135:3
135:12 148:15
194:17
colloquy 7:16 15:3
16:21 114:25
192:1
colonial 100:23
101:1,3,4
colonoscopy 188:1
188:3,18 192:17
223:8,10
coltsfoot 213:24
214:1
column 93:20
94:20
come 59:22 76:25
79:10 104:3
122:15 146:22
162:21 231:16
233:14 234:14,24
235:3,10
comfortable 122:8
122:10,11 169:22
comfrey 214:3,4
coming 16:23
40:16 92:4 111:1
137:20 174:8

244:9
commence 48:21
commenced 48:18
commencing 1:18
comment 141:19
comments 141:18
141:24 230:25
231:3
commercial
101:16 168:10
commission
245:20 246:22
commit 38:12
committee 143:2,3
commonsense
240:21
communicate
49:19 50:3 143:12
communicated
50:6 142:23 143:5
communication
49:10 163:7
communications
49:11,15 131:11
163:10
communities
142:6
community 10:8
10:11 19:14
107:17,19 108:2
108:24 109:12
110:6,10 122:17
123:19 128:23
137:16 151:18
159:23 160:4,7,12
161:11 194:17
community's
134:21
companies 14:8,9
15:15 142:6

company 11:13,14
12:10,11,17,19
13:9 14:1,15 16:2
16:3 18:2 59:22
95:25 175:8
compare 161:9
163:16,19 175:19
compared 242:11
comparing 160:11
compensate
118:19 119:1
compensation
120:2 129:1
complain 136:9,12
complaint 3:20
120:13,13,16
completed 48:23
48:23 69:13
complying 30:24
47:25 48:2 72:23
115:5 120:9
123:25 139:21
150:12 152:13
158:8,11
component 160:2
160:10 161:1
components 161:5
composed 44:3
computer 10:23
10:25 12:6,21,22
16:15 194:25
195:6 246:9
computers 19:10
20:10
concentration
125:17
concern 37:25
169:6
concerned 37:10
111:20 113:17,21
126:9 137:20

166:15

concerns 103:10
103:23 111:7,10
111:11,12,17,19
111:22 112:2
113:10 127:13
128:5 183:9

concert 24:5,9,11
24:15 25:2,7

conclude 40:12

conclusion 126:3
138:21 159:25

concord 92:15

concrete 59:2

condition 127:17
128:14,14

conditioned 27:24
101:6

conditions 126:10
126:14,22 127:22
127:25 181:15
190:6,18 191:14
193:12,17,23
224:2

conduct 149:16

conducted 149:4

connect 47:11
48:13

connected 47:16
49:7 106:2,4,13,16
167:4,10 237:3,12

connecting 167:20
167:23

connection 152:22
155:9 187:20
189:1 235:25

connections 49:12

conscience 241:20

consider 47:10
96:16

consideration
160:20 241:25

consolidate 34:11

consolidating
34:12

constipation 223:7

construct 97:10

constructed 70:9

constructing
69:14

construction 3:12
26:4,8 48:6,18,23
49:2,11 69:19
70:3 104:13
227:10

consult 11:5
163:12

consultation 163:5

consulting 10:23
10:25 12:7

consume 176:14
178:22,24 220:7

consumption 52:7

contact 173:8,16
231:16 233:14
234:14,24 235:3
235:10

contacted 112:10
112:10,12 173:20

contained 116:17

container 21:19
21:20

contaminated
126:17 149:3
241:18

contamination
121:6 125:1,7,8,9
127:15 129:2
132:11 136:9
138:14,23 151:12
159:5 160:25

162:12 167:16
172:13 236:24
240:2,3 243:6,17

context 38:14
131:17 140:8
234:20

contiguous 84:5

continue 5:14
16:24 40:20 61:21
83:11 92:8 118:24
119:20 131:5
165:17 174:12
192:5

continued 16:7

contract 39:2
59:22

contracting
104:12

contractor 104:7
104:10

control 175:8

conversation 8:23
37:14 38:13 39:12
117:5

conversations
5:10 39:1 172:1

converting 51:23

convince 19:24

convincing 19:18
19:19

cook 197:4,10,14
217:1 230:1

cooked 197:13
210:13

cooking 211:16,18
213:16 229:25

cooks 197:12

cookware 203:25
204:2

cooler 196:13,13

cooling 28:1

coop 205:17,21,23
205:24 206:4,5

coowners 30:8

copy 92:20,21

corn 214:5

corner 46:13
56:21 57:24 67:3
156:10

corporation 1:9
5:22 6:22 133:13

correct 10:16,17
19:6,24 21:9
25:20,24 26:3
27:12,15,17,23
28:22 29:7 30:12
31:9,10 32:9,14,21
33:9 34:9 35:10
37:19 45:14 62:17
62:18 63:14,19
64:16,20 65:7
66:19,20,22 70:2
70:18,19 73:11,12
75:22 78:4 79:15
79:16 81:3,18
83:14 86:15,20
88:25 96:3 113:20
114:21 116:2
147:9 148:24,25
150:21 152:3,6
153:14,15 154:16
154:17,21,25
155:1,22,23
156:23,24 159:15
160:4,17 161:3,4
165:24,25 167:18
169:13,18 178:3
183:19 184:20
189:2 190:4
196:15 199:3
209:22 237:1

correction  247:4
corrections  245:4
correctly  121:13
  125:2 126:18
  129:6 134:24
  136:11 141:21
  142:11 159:7
  162:14
cost  75:6 76:10
counsel  5:18 6:14
  173:6
counter  186:12
  225:16 234:21
countertop  77:18
countertops  75:16
county  10:8,10,13
couple  139:25
  236:9
course  40:4 195:7
  197:15 209:8
  224:12
court  1:5 5:24 6:7
  118:22 119:3,12
  119:15,21,24
cover  68:25
coverage  93:24
  94:10,14 96:4
coverages  93:15
covered  70:25
cranberry  214:7
crash  155:8 242:1
crazy  210:14
  243:14
cream  214:9,10,11
  222:14
creasote  233:4
created  20:5
creatine  187:6
credit  35:1,3,11,13
  35:25 36:15,16

creek  22:17,18,19
  23:1 49:20 202:11
criteria  125:20
critters  174:25
crop  233:6
croquet  109:10
cross  3:3 236:11
cucumbers  214:13
  214:14
culligan  145:13
cups  177:11,24
  178:1,2
curious  164:16
current  93:5,13
  175:17,19 190:17
currently  51:14
  56:1 90:24 167:11
  167:17
customized  79:19
cut  45:9 84:7
cv  1:6

**d**

d  1:3 5:19 29:14
  158:24 162:11
  186:1 224:17
  231:10 236:17
daily  177:22 178:6
  184:3 185:14
  208:24 212:23
  218:18 219:23
  221:13,17
damage  129:22
damages  118:19
  121:9 129:1
damaging  121:22
dander  243:24
dapson  224:25
data  163:24
date  5:7 7:11 8:1
  93:10 136:10
  189:9,19 247:3,25

dated  115:16
  152:17 156:10
  159:20
dates  134:9
daughter  129:24
  130:1 198:16
daughter's  55:9
  78:6 79:6
dave  199:14
david  2:4 6:25
  20:23 21:5 112:10
  182:1
day  4:2 134:14
  154:7,7 176:14
  177:12 179:1
  186:11 196:16,19
  196:25 197:14
  206:3 218:12
  221:7 245:13
  246:17
daycare  103:1,2
days  117:10
  142:10 180:14
  194:10 201:25
dayton  25:12,13
  25:15 202:21
ddt  233:8
dead  24:5,8 25:2
death  72:9
debt  34:11,12
decades  177:16,17
  180:4
december  189:10
decide  120:3
decided  128:22
decision  155:18
deck  66:13,18
  69:12,23 70:4,9
  71:17 74:12 161:7
declaration  3:21
  124:7

declarations  3:17
decoupage  206:22
  206:23
deed  3:11 30:13
  31:4,6
deep  46:18 59:3
defend  123:19
defendant  1:10
  2:8 6:21 128:25
defendant's  129:2
  159:5 162:13
defendants  5:18
  5:22
defense  236:14
definition  106:7
degreasing  233:10
degree  9:24 10:13
  172:18
delivered  6:10
  196:14 197:3
demanded  3:20
denied  154:24
dentist  181:25
deodorant  229:1
department  3:19
depends  58:24
  63:8 79:22 90:13
  238:9
depict  62:11 64:9
  64:13 65:4 73:9
  74:9 76:18 77:21
  79:5 80:5,24
  81:23 83:1 86:3
depicted  69:25
deponent  245:1
  246:4,12
deposed  7:13 8:3
deposition  1:13
  5:13,17,25 8:8,13
  16:24 30:19 40:13
  40:17 47:20 61:16

72:15 91:24 92:1
92:5 114:17 120:4
123:20 131:19
132:24 139:14
150:7 152:7
153:20 156:2
158:3 174:10
244:11,13 245:4
246:7
**depth** 58:20,21
**des** 225:2
**describe** 11:3
42:22 49:2 100:6
108:5 111:12,17
111:19 121:18,25
122:6 146:7
175:24,24 190:14
190:20 191:16
193:9,14,19
**description** 3:10
**design** 194:24
**designated** 124:25
**designed** 57:16
**detail** 121:17
**detected** 145:22
147:13,24 163:17
163:21 170:9,23
**detection** 126:14
127:12 151:17
152:2 173:11
**detract** 110:6,10
**detracts** 110:12
**developed** 32:8
33:6 127:17,25
128:13
**developing** 126:10
126:24
**development**
207:20
**device** 186:17

**devices** 186:14
**dhea** 226:19
**diamonds** 15:18
**diarrhea** 223:6
**diazepam** 224:21
**dieldrin** 233:12
**diesel** 233:14
**diet** 175:25 176:1
176:2,8,11 178:12
**differ** 96:25 97:2
**difference** 216:23
**different** 64:15
107:23 128:7
146:17
**difficult** 8:22
19:21 21:21
131:21 173:15
**difficulties** 223:21
**difficulty** 16:24
38:2,8 39:10
**dig** 58:9,14
**diisocyanate**
235:4
**diminished** 121:19
163:23 164:1
**diminution** 121:9
239:17 240:1,11
**dining** 86:6,17
**dinner** 197:8,10
**dioxin** 233:17
**direct** 3:3 7:6
**direction** 44:20,21
102:15
**directly** 44:17
**dirt** 122:10
**dirty** 237:24 238:4
238:9,13,13
**disclose** 122:2
241:10,16
**disclosure** 40:2,5

**disclosures** 4:5
158:16 162:10
236:15
**discuss** 137:25
139:10
**discussed** 63:2
131:12 201:18
**discussing** 64:18
**discussion** 37:9
38:20
**discussions** 131:22
131:25
**disease** 119:10
126:25 182:9,12
182:17,22,24
224:16
**diseases** 126:11,22
**dishes** 75:23
**dishwasher** 76:2,3
76:6,8 228:16,18
**disinterested**
246:14
**distance** 97:1,1
**district** 1:1,1 5:24
5:24
**disulfiram** 225:4
**ditch** 49:1,4 50:1
**doctor** 112:10,12
116:23 117:1,18
117:21,24 127:4
182:7 184:21
186:21,25 187:3,6
187:9 188:7,9,12
188:16 190:10
**doctors** 127:13
132:7,22 181:24
182:1,5
**document** 3:20
30:21,23,25 47:22
48:3,7 50:8 61:23
61:25 72:19,24

92:16 93:1 95:5
95:11,16 114:23
115:2,6 120:6,10
120:14,18,19
123:22 124:1,6,12
124:18 133:3,9,21
139:18,20,22
150:9,11,13
152:10,14 154:3
156:4,8,10 158:5,9
158:10,13,19
**documentation**
147:4
**documented**
153:25
**documents** 113:9
113:12,14,16,19
113:21 158:22
**dog** 87:22,23 88:2
88:6
**dogs** 88:4,17,21
91:4
**doing** 83:21 201:4
**dollars** 76:11
**domain** 20:4
**donuts** 176:22
**door** 50:15 74:11
87:4,10 88:6 90:3
**doors** 66:11,14,18
72:5 88:24
**dot.com** 242:9
**doubt** 179:9
**downstairs** 78:24
**doxycyline** 182:15
**dozen** 142:7
**dr** 171:7,9,15,18
171:22 172:16
181:8,10,14,19
182:7,25 183:7,9
185:17

**drain** 81:11 230:7
**drapes** 204:12,16
**drastically** 147:6
**draw** 35:11
**dried** 214:15
**drink** 177:9,12,18
177:20,22,24
178:4,8,10,12
179:1,3,6,12,19,23
179:24 196:7,16
196:18,18 197:1,2
201:8 203:6
208:16,18 209:1,3
209:5 220:23
238:18
**drinking** 121:7
126:16 141:16
177:14
**driveway** 35:17,18
35:19,21,22 45:2,9
49:5,16 50:2 74:5
161:8 204:21
**dropped** 147:6,7
**drug** 184:11 224:4
**drugs** 180:1,3
**drummer** 112:14
200:24
**dry** 204:10 228:3
**dryer** 83:18
**dsilver** 2:7
**due** 117:22 141:18
164:24 165:4,21
166:2 190:10
**dunkin** 176:22
**dust** 233:6 235:10
**duties** 123:15,17
**duty** 123:14
**dwelling** 93:18,25
94:17 95:16
**dye** 229:21

**dyes** 233:19
**dylan** 29:14,15
73:11 199:1
**dylan's** 193:9

### e

**e** 2:1,1,7,12,16 3:9
3:23 10:21,22,24
11:4,8,10,21 12:4
12:5,12,13 29:4,4
29:4 42:15,19,21
42:23 43:3 112:23
113:5,8 139:25
140:23 142:2
186:1 235:16,17
235:20,22 247:1,1
247:1
**ear** 160:23
**earlier** 63:3
142:17 148:23
237:5
**early** 83:20 126:14
127:12 134:18
144:13
**easily** 8:8
**east** 51:2,4 53:22
66:7 69:10 171:17
**eastern** 46:1
**eat** 71:15 176:16
176:20,21,23,25
177:2,2,4,5 197:13
197:17,19 208:20
208:22 209:7,8,9
209:11,13 210:3,4
210:6,8,10,12,19
211:24 212:22
213:1,5 214:20
215:4,6 216:1,14
218:19,21,23
219:10,12,18
220:2,13,15

**eating** 122:8
**economy** 242:7
**education** 9:22,23
161:18
**effect** 239:5,6,8
**effective** 93:10
**effects** 182:21
**efforts** 21:24
**eggplant** 214:21
214:22
**eggs** 67:19 206:1,2
214:17,19,20
**eight** 53:16 73:7
76:9 149:2 183:5
200:2 201:4
**eighth** 81:22
**either** 161:18
190:5 191:13
200:25
**elaborate** 18:11
42:11 43:7 49:25
**electric** 60:19
**electrical** 89:16,18
235:18,19
**electronics** 235:18
**elevated** 126:8
**else's** 45:9
**emanuel** 2:10,14
6:24
**emily** 213:20
**emotional** 223:18
243:25
**emotionally**
243:12,15,18
**employed** 10:18
13:25
**employee** 14:9
143:6
**emulsion** 174:21
174:22

**enable** 10:21,22,24
11:4,8,10,21 12:4
12:5,13 42:15,23
43:3
**enable's** 42:19,21
**endives** 214:23
**enema** 188:20
**engage** 169:25
**engine** 233:14
**engineer** 13:11
**engineers** 235:19
**engrave** 15:18
**engraving** 15:21
**enhance** 107:18
108:2,25 109:13
**enjoyment** 121:10
122:7
**entertain** 168:2,23
169:3
**entire** 13:5 84:5
85:8 88:15 96:17
**entrance** 62:16,18
63:15,23,25 64:17
64:18,21 65:1
70:7,13,23 76:21
76:23,25 77:4
81:1 83:5,8,11
87:8 90:4
**enzymes** 187:1
**equipment** 16:6
16:14,16 17:5,6,7
17:8,8,10,15 102:1
102:2
**equity** 35:1,3
**errata** 245:5
**eryzole** 226:15
**esq** 2:4,10,14
**essentially** 14:18
15:13
**establishment**
126:12

estate 36:25
155:10 160:19
161:13,16,19
estimate 12:1
65:23 84:1 99:13
104:25 176:13
177:11
estimated 162:3
236:23
estimation 160:2
160:10 161:2
163:13,15
et 1:3 5:19 247:2
ethernet 19:11
evaluate 160:18
evening 198:23
event 246:14
eventually 14:2
42:12
everybody 125:22
125:24
exam 117:11,14
183:4,18
examination 3:3,3
7:6 236:11
example 143:2
excedrin 224:11
excuse 79:1 106:8
129:25 133:7
240:23
exercise 180:5,7
exhaust 233:15
exhibit 3:10,10,11
3:12,14,15,16,17
3:18,20,21,22,23
3:25 4:1,2,3,4
30:19,22 47:20,23
61:16,24 72:15,20
91:24 92:1,17
95:6,8 114:17,19
114:20,23 115:3

120:4,7 123:20,23
132:24 133:4,6,7
139:14,19 150:7
150:10 152:7,11
153:20 154:1
156:2,5,16 158:3,6
236:16,22
exist 56:11 103:7
exit 66:2,7 82:2,3
exiting 66:18
expand 103:13
expected 54:12
expenses 164:24
165:4,21 166:1
experience 161:21
experienced 122:6
122:13
expertise 161:19
expires 245:20
246:22
explain 8:6 239:10
exposed 69:1
126:16 129:12,16
231:21 242:15,23
exposure 126:11
126:24 127:18
129:19 130:1,5
express 183:9
extend 44:14
45:12 70:20
exterior 3:14
71:18 72:7 74:16
extract 221:10
226:23,24,25
227:2,4

**f**

f 2:4 6:25
fabric 229:23
face 44:20 130:18
faces 44:23 45:5

facilities 15:25
108:15
facility 43:1
103:11 172:21,24
173:2
fact 147:18 166:9
170:22,25 171:4
factors 110:6
failed 20:21
failing 242:10
fair 19:4 51:23
52:24 56:16 85:11
93:22 114:5,6
122:18 141:8
154:24 179:3
fairly 113:16
faith 238:21
fake 217:3
fall 48:22 71:5
familiar 14:11
18:21 20:12
173:24
family 26:2 72:9
94:4 121:23 168:9
192:8
fans 28:2,3,4,6,7
far 43:16 102:17
103:4 109:17,19
109:21,23 110:3
132:17 180:11
farming 228:1
fast 8:22 38:18
176:16,20
father 15:8,12
16:3 17:20,20
189:18 190:17
father's 14:15
faucet 75:10,15
89:21
fear 121:22 122:12
134:21 243:22

features 50:24
feeding 67:16
feel 122:8,9,10
169:22 241:16
242:23
feeling 84:13
144:3
feet 26:16 66:13
66:14 105:13
fellah 20:16
fellow 11:16 19:9
fence 57:9
fenced 68:2
fences 106:22,23
fertilize 208:7
fertilizer 55:14,16
fewer 97:21,21,25
98:5,9,23,25
fiberglass 233:21
fiddlehead 214:25
field 45:23,24 46:2
195:16 196:4
198:7
fifth 79:4
fight 21:17
figs 215:2,3
file 154:9
filed 5:23 138:3
154:11
filing 156:25
fill 49:22 204:5
241:21
film 207:20
finance 72:7
financial 119:18
119:19
financially 6:12
find 104:1 196:18
finding 21:22
fine 9:16

finish   9:2 239:24
finished   49:1
finn   88:1,11
fireplace   63:20
fireworks   207:16
firm   6:5
first   3:11 14:21
   21:16 31:3,8,11
   34:4,19,21 62:10
   73:8 78:7 93:18
   110:16,22 111:2
   111:15,18,23
   112:3 115:15
   116:7,12 124:22
   133:13 141:17
   144:9,23 153:1
   170:9 200:8
fish   108:12 174:21
   174:22 186:4,6
   215:4,6,7 218:19
   219:18
fishing   109:16
fit   115:18 116:3
fitzgerald   138:17
five   9:12 11:19
   41:14 43:13 63:9
   63:12 72:2 88:12
   88:13 105:10
   132:19 133:24,25
   133:25 173:6
   175:14,15 178:25
   189:6 199:22,24
   214:18,19 229:8
fix   11:1
fixed   81:10 147:23
flip   66:23 69:7
   74:7 79:1 81:21
   82:22,22 85:25,25
flipping   76:15
floor   28:6,7 42:24
   78:7,8,9,9 79:15

87:17 89:8
flooring   26:19
   73:18 74:18,20
   77:7,9 78:10,12
   79:12 80:9 81:4
   82:8 84:3 86:5,9
   86:11,13,22 89:3
   91:13 161:8
florida   41:2,3,24
   42:3 199:10
flower   51:3,24
   53:2,12
flowers   51:22 53:4
   53:5,12,19
folded   18:2
follow   63:10 113:2
followed   113:7
   149:16
followup   117:18
   236:21
food   108:16,17,18
   108:19 176:7,16
   176:20 177:4
   198:6
foods   176:3,3,21
   222:3
footage   99:7,10
foregoing   245:3
   246:10
form   121:20 128:2
   218:1 219:8
   240:22,25
formal   4:3 156:14
former   172:21
forum   243:23
forward   3:23
   113:12
forwarded   140:24
   140:25 141:8
found   11:10,12
   37:6 113:8,9

184:7 242:19
foundation   55:21
   58:2 59:1
four   29:22 43:2
   54:20 65:24 69:4
   84:2 90:16 109:22
   120:23 121:3
   124:15 137:6
   141:20 147:11
   174:9 180:10
   199:5 208:19,25
   209:11 211:15
   213:6 216:3
   217:23 244:10
fourth   4:4 91:2
   158:16 162:9,9
   236:14
foxes   67:16
frame   26:10,11
   42:13 51:6 97:10
   97:11,15 134:12
franciosa   41:21,22
   41:24
francisco   12:16,18
   12:24 13:2,13
   18:9 23:18,19,22
   23:24 24:2 25:4
   202:17
free   90:23 142:9
   208:16,18
french   176:22
frequently   59:14
   85:1,2 90:19
   169:3 186:9
fresheners   230:13
friday   141:18,20
fried   176:7
friend   24:14 25:6
   41:23 112:11
friendly   37:13

friends   25:1 168:9
fries   176:22
frisbee   168:21
front   43:14,21,24
   44:17,19 62:13,16
   62:21 63:15 76:23
   76:25 77:4 82:3
   83:5 87:17,20
   90:3 104:17,20
   105:1,4,8,11
fruit   213:11 215:9
   215:10
fruited   54:7
fruition   143:14
full   7:9 60:5 85:21
   246:10
fully   96:5
fumes   235:8
fun   201:16,22
function   169:5
fund   31:24 32:1,2
   32:13 126:13
   127:6,11
funded   33:16
fungal   224:6
furniture   60:11
   204:13,18 207:18
   229:19
furosemide   225:8
further   49:10
   69:19 149:17
   246:7,13
future   117:21
   165:4,21 166:2

g

gaige   1:15 6:7 8:14
   8:21 246:2,20
garage   200:19,21
   201:7 204:21,22
garden   50:25 51:1
   51:2,3,5,9,15,21

51:24,24 52:2,4,14
52:16,19,24 53:3,8
53:12,17 55:13,16
71:12 166:20
174:15,18
**gardened** 53:9
**gardening** 53:7
170:4 174:19
**gardens** 109:10
137:21
**garlic** 215:11
227:2
**gas** 204:3,8,9
223:14 228:9
231:22
**gasoline** 205:8,12
233:23
**gatherings** 168:6
**geez** 202:24
**general** 8:7 111:3
134:12 190:14
193:9,14,19
229:17
**generally** 111:23
112:3,4 179:17
190:20 191:16
192:12 194:8
195:7,11 201:20
203:9
**generator** 205:12
**getting** 95:24
**gifted** 31:24 32:13
32:20
**gin** 215:15,16
**ginger** 226:25
227:1,1
**ginko** 227:4
**ginseng** 226:23,24
**girdle** 15:19
**give** 8:6 39:3,6
52:9 107:23

239:12
**given** 143:10
162:12 167:16
236:23 246:11
**giving** 48:12 179:8
**glass** 21:11,12
207:3
**go** 5:15 10:1 16:19
16:20 24:11 39:11
60:21,22 61:2
88:8 111:24
113:15 118:23
121:20 127:7
138:21 148:2
153:18 159:16
180:11 184:15
194:6,6 195:17
201:20,23,24
203:8,9 205:24
206:3,4,11 211:19
237:25 243:21
**gobain** 1:8 5:21
6:21,24 119:25
132:2 133:12
139:11 142:24
143:6,11 145:18
173:8 230:21
247:2
**god** 189:10
**goes** 20:9 59:3
181:13
**going** 5:6 7:17 8:6
9:1,1 14:19 16:8
21:21 24:19 40:11
61:13 91:19
112:25 119:18,19
122:19 123:1
130:24 134:22
142:2 143:16
146:10 165:12
174:3 189:17,18

195:13 206:10
223:8 237:11
240:14,16 241:21
**good** 5:5 8:7 60:12
70:6 91:17 93:6
109:16 141:15
160:24 190:16
193:10,16,21
226:12 244:1,8
**goodness** 214:12
**gore** 203:19,20
**gotten** 147:23
**gout** 222:22,23
**government**
102:11,20 142:6
142:23 173:17
**governor** 109:3
**graded** 35:20
**gradual** 46:6
**graduated** 10:5
**granola** 215:21
**grapes** 215:19
**grass** 43:24 44:5,6
105:24
**grateful** 24:5,8
25:2
**gravel** 35:20,21,22
55:25 58:3
**great** 24:6 201:16
201:22
**greatly** 111:21
**green** 90:5 177:21
177:22,24 178:1
209:21,21 215:23
218:13
**greens** 213:19,23
214:25 217:12,13
**greg** 50:13,13,14
98:16 101:12
132:5 136:1,3
171:7,17

**greg's** 50:20 99:3
99:7 107:16
171:20,22 172:16
**grew** 25:19 52:1,4
**grievance** 4:2,3
154:6,7,7,9,12
155:9 156:15,25
**grieve** 241:23
**ground** 55:24
57:25 58:1 122:9
**groundwater**
121:7 125:16
129:3,12 138:25
164:25 165:5,22
166:13 170:20
**group** 14:11,14,17
15:4,7,8,10,16,20
17:5 19:1 92:15
200:14
**grove** 53:22
**grow** 51:5,20
53:11,13,19 54:13
71:14 122:9
**growing** 51:14,18
51:21 53:2,19,25
**grown** 45:24 46:3
51:9 71:11 85:21
**growth** 51:4 58:24
**guaranteed**
119:17
**guard** 203:15
**guess** 20:8 22:21
26:9 74:13 95:1
109:6 147:15,16
157:2,3 220:22
243:25
**guessing** 18:5
22:20
**guests** 73:17
**guinea** 84:17,18

**guitars** 64:8 82:5
206:16
**guy** 11:16 144:18
**guys** 19:1

**h**

**h** 3:9 12:6 29:4
37:17 247:1
**habit** 205:1
**hadley** 191:10
200:1,2,2
**hair** 228:24
229:21
**half** 25:14 26:15
43:6,7 76:19,20
77:1,24,25 78:1,24
83:7,9 99:15
102:19 109:25
110:17 114:4
196:25
**hallway** 26:24
63:16 76:21 77:3
77:4 83:5
**hand** 76:1 246:16
**handed** 30:21
47:22 61:23 72:19
114:23 115:2
123:22 133:3
139:18 150:9
152:10 153:25
156:4 158:5
**handing** 92:16
95:5 120:6
**handle** 160:24
228:24 231:12
233:19,21 234:10
234:12,20 235:1
**handled** 231:6
234:17
**happen** 56:9 98:17
**happened** 31:21
31:23 33:5 91:1

146:25
**happening** 242:7
**happy** 8:11 9:12
**hard** 179:19,23,24
**hardest** 19:18
**hardware** 11:1,6,6
20:9,10
**harmed** 118:20
119:25
**harrington** 22:1,4
26:1 29:1,9,16
30:1,15 40:23
43:12 45:10,13
98:14,14 124:23
**hate** 91:1
**hausthor** 1:14 3:2
5:17 7:8,10,14,25
8:4 10:18 21:25
40:18,20 61:21
92:8 95:11 121:8
124:7 131:5 141:6
159:3 165:17
174:12 175:13
192:5 244:11
245:10 247:25
**head** 8:18
**heading** 150:23
**health** 3:19 111:11
111:12,17,19,22
112:2 117:11
118:24 119:4
122:12 127:13,17
127:22 128:4,13
182:21 190:15,20
191:16 193:9,15
193:20 198:6
244:2
**healthy** 176:1,2
190:21 191:17
**healy** 29:4,5 30:10

**hear** 26:6 110:16
110:18,20,25
**heard** 110:19,23
110:24 111:2,2,15
111:18,23 112:3
**hearing** 4:3
156:15 157:6
**heart** 122:19
192:20
**heat** 57:8
**heated** 57:6
**heater** 56:18 57:4
57:7 68:5
**heating** 27:4
**heavier** 175:23
**held** 5:25
**help** 8:7 14:24
**herbal** 178:8,10
214:1,3
**herbicides** 174:14
174:17 175:3
**hi** 141:14
**high** 15:18 114:13
119:10 122:19,24
123:2,4 126:25
128:3 154:19
155:3,17 183:12
183:20,21,23
184:24 187:1,4,7
187:10 190:11,12
192:25 193:4
227:22
**higher** 155:18
**highest** 9:21
118:12
**highlights** 92:22
**hill** 22:5,6,8,12,12
202:7
**hire** 104:4,10
**hired** 21:19

**historic** 109:3
**history** 192:8
**hit** 58:10,14
**hmm** 8:17 86:2
92:19 154:2 242:3
243:7
**hobbies** 206:8
**hobby** 206:17
**hodgkin's** 191:22
**hoisington** 37:22
38:25
**holiday** 109:10
**holistic** 222:10
223:22
**home** 3:14,15
15:13 16:4,16,17
17:5,11,13,14
21:25 26:2,4,8,12
26:17,19,21 27:4,8
27:24 28:1,8,14,21
29:5,15 30:3
31:12 33:10,20,23
34:4,13 35:1,14
36:4,17 37:1
38:10 39:4,7,10,15
40:1,22 41:5
48:13 49:7 50:22
58:4 59:1 62:3,12
62:13,16 67:3,6
69:10 71:16 73:2
73:13 75:24 76:13
76:20 77:23 78:5
79:10 83:22 85:13
85:14 91:15 94:11
94:14 96:6,11
97:22,25 98:3,5,20
99:3,7,8,14,20
100:4,7 102:15
104:22,24 107:10
107:15,18 108:3
108:25 109:13,17

109:19,24 110:4,7
110:11,12 124:22
127:16 151:10
152:21 153:17
155:4 157:10,17
157:21,24 158:1
159:9,15,25,25
160:11 161:9
162:16,24 163:16
163:19 166:23
167:1,2,5,11,17
168:10,13,15
169:6,10,11,11,12
169:17 172:20
173:12 175:4,9,11
177:3 193:25
194:4,6,7,8 196:10
197:1,4 204:20
205:9 230:18
236:23 242:5
**homeowners** 3:16
92:10 93:4 95:14
**homes** 96:19 97:9
97:14,17,20,24
98:2,19,22,25
99:19,23 100:3,5,9
100:12,18,21,23
101:5,8,13 104:16
104:19,23,25
105:3,14,17,20,23
106:1,11,12,15,18
106:21 107:1
160:8,11 161:10
163:16,19,20
**honey** 215:25
216:1
**hooked** 237:15
**hope** 48:25 141:14
**hopes** 51:16
**hoping** 48:24
154:10,15 155:14

**horizontal** 86:8
**hormonal** 224:2
**hormone** 187:4
**horrible** 136:12
**horseradish** 216:2
**hosting** 142:2
**hot** 20:6,7 57:5,22
57:23 67:4 68:9
68:16 69:3 161:7
166:17,18
**hour** 142:9 196:25
**hour's** 195:21
**hours** 194:2,5,20
195:10 196:3
**house** 22:10,11,12
22:24 23:5,11,12
31:16 35:2 36:1
43:16,18 44:20
46:13,14 49:6
53:3,23 56:21,23
57:24 60:2,5
63:18,23 65:6,8
66:9 67:7,9 72:12
75:4,21 76:22
80:7 83:3 87:12
98:11,12 102:17
132:17 136:8
137:14 138:6
139:7 140:1,4,9
151:13,14 159:20
159:23 160:3,6
161:3,6 168:2
171:17,17 208:1
230:13 237:2,7,8,9
237:15,20 238:17
239:7 240:8,14,15
240:17,19 241:5,6
241:15,24 242:10
**household** 128:1
128:13 197:9
229:17

**houses** 195:17
**howard** 143:18
**huh** 8:17 230:24
**human** 88:12
**hut** 67:25

**i**

**idea** 77:19 96:9
97:5,8 99:18
101:7 106:3 107:9
149:7 153:19
172:19 203:16,18
214:24 224:18,20
224:22 225:1,3,5,7
225:9,11,13,15,23
225:25 226:2,4,6
226:12,14,16,18
226:20,22
**identification**
15:19 30:20 47:21
61:17 72:16 91:25
92:2 114:18 120:5
123:21 125:13
132:25 139:15
150:8 152:8
153:21 156:3
158:4
**identified** 49:17
**identify** 96:11
104:24 124:5
**ii** 14:11,14,17 15:4
15:7,8,10,16,20
17:5
**immediate** 77:1,5
111:7
**impacted** 171:23
172:5,10,14,17
**implanted** 186:17
**impotence** 224:8
**impressions** 173:1
**improvements**
71:17

**inches** 58:12
**included** 241:15
**including** 3:23
32:15 211:21
**inconvenience**
121:12 122:14
**incorporated**
10:21
**increase** 167:21
**increased** 126:9
126:23 190:12
**incur** 165:3,21
**incurred** 164:24
**index** 3:1
**indian** 177:6
**individually** 1:4
5:19
**individuals** 20:22
21:3 28:13 129:11
129:15
**indoor** 88:4 90:17
168:6 208:1
**industry** 227:8,16
228:14,20
**infection** 224:6
**inference** 5:10
**information** 24:21
112:9 116:16
**ingested** 129:4
188:19
**inheritance** 72:10
**inherited** 14:18,19
**initially** 112:9
**injuries** 123:11
**input** 94:9,13
**insect** 229:3
**insecticides**
174:14,17 175:3
**inside** 90:19
**inspector** 104:6,7

**install** 3:12 11:6 27:16 56:25 57:2 65:17
**installation** 145:14
**installed** 27:7,10 27:14 46:16 56:7 56:14 57:13 64:21 69:22 75:19 145:10,12,16,19 145:21 146:3 147:8 242:22
**institute** 235:18
**institutions** 102:8
**insulation** 233:25
**insurance** 3:16 92:10 93:4 94:5 95:14,25
**insure** 96:5
**insured** 94:23
**insurer** 92:14
**intention** 67:17
**interest** 19:25 34:6 34:7 122:4 205:5
**interested** 6:13 142:8
**interfere** 5:12
**interior** 3:15 91:14
**international** 20:18
**internationally** 202:1
**internet** 19:1,3,5 19:16,23
**interpret** 125:10
**interpretation** 113:19
**interro** 133:14
**interrogatories** 3:22 133:18,19

**interrogories** 133:15
**interrupt** 238:10
**interview** 140:14 140:16 142:7,16 143:10,20,22 144:4
**interviewed** 142:13
**intestinal** 223:14
**investment** 41:11
**involve** 62:25 208:3
**ireland** 202:4
**iron** 204:1
**irrigated** 52:16
**island** 15:12 16:1 16:1 17:19,19,21 25:18
**issues** 4:5 103:10 103:23 133:20 146:4,16 158:17 190:7 193:2 236:15
**italian** 177:6

## j

**jalapenos** 51:12
**james** 1:3 5:19 131:16
**jasmine** 216:4
**jeff** 191:2,5,9,13 191:22
**jk** 13:9,10
**job** 39:19
**john** 41:21
**journalist** 143:10
**juice** 209:5 217:24
**july** 3:18 115:16
**jury** 3:20 120:3

## k

**k** 20:23 21:8
**kale** 51:11 216:6
**kansas** 191:12 199:20,21,23
**karyo** 20:23 21:7
**kasper** 3:24 140:2 141:12 143:9
**keep** 5:11 57:16 68:10 84:18,24 85:5 134:8 160:23
**kid** 191:23 207:6
**kidney** 119:10 126:25
**kids** 79:22
**kiin** 6:4
**kind** 11:6 17:6,8 36:3 68:17 79:14 88:2 119:9 163:7 176:8 177:20 180:19 203:24 234:22
**kinds** 101:19 174:21
**king** 182:1,3
**kitchen** 66:8 70:8 70:24 74:10 75:12 76:24 77:5 83:5 83:13 89:22
**knee** 187:15,16,19
**knew** 24:1 33:4 111:20 140:17 147:4
**know** 8:11,25 9:4 9:12 16:8 22:22 26:16 27:18 28:8 28:13,17 31:14,18 31:21 32:18 38:19 38:22 43:17 46:9 46:16,18,20 48:1 49:7 50:6,7,10,19

54:6,12,19 59:3 62:4 63:4 72:21 73:3 75:6 76:5,10 77:19 85:3 92:13 92:14 94:2,23 95:21 97:6,9,11,13 97:14,16,20,24 98:2,5,8,9,12,19 98:22 99:1,5,10,16 99:19,21 100:1,3,5 100:9,12,19,22 101:4,5,8,11,13 104:12,23,24 105:16,17,20,23 106:1,4,11,12,15 106:18,20,25 107:1,3,4,7,10,15 110:22 112:21,25 114:4,8,10,11,12 117:2 122:21,25 123:7,7 124:13 127:3,4,13,23 128:15,16,17 130:7,10,11,13,13 130:15,17,18 132:22 135:17 136:17,19,21 138:25 140:10,10 140:21 141:23 142:19 143:16,22 144:5,11,11,15 146:13,24 148:8 148:11 149:10,23 150:6 151:16 152:19 153:16 155:24 157:25 159:23,24 160:6 163:22 164:6,22 166:5 170:14,21 170:22,25 171:3 171:22 172:4

182:23 184:16,17
184:19,21 185:2,4
185:7,7,12 186:22
186:23 187:19
188:9 189:12,14
189:21,23 192:15
193:7 206:23
214:2,2 216:25,25
217:1 238:3,4,5,6
238:12 241:12
243:24
**knowing** 160:3
161:2,11,11
**known** 5:12
**krista** 132:7,20

**l**

**l** 29:4,4,14
**laboratory** 227:24
**laden** 226:8
**lafata** 2:14 6:23,23
239:21 240:22,24
**laguna** 24:10
**laid** 49:4 55:23
**lake** 108:6,7,8,11
108:15,20 109:17
**lamp** 78:18,19
81:16
**land** 30:18 32:2,3
32:6,7 33:8 40:7
41:7 42:12 45:4
59:6 60:16 121:22
149:22
**landfill** 173:24
**landscaping**
101:20,21,22,22
102:4 166:23,24
170:6
**large** 43:12 60:4
**larger** 65:22,24
97:4 105:3,21

**largest** 105:8
**laser** 15:17 16:15
16:15,15 17:7
**laundry** 83:2,3,21
83:24 229:13,14
**law** 23:8 56:8
138:11,12 206:14
206:15
**law's** 138:16
**lawn** 54:21,25
175:9
**lawsuit** 118:14
128:25 129:19,22
130:2,8
**lawyer** 120:15
138:21
**lawyers** 122:16
140:22 158:22
**laying** 205:1
**lead** 24:20 63:25
66:21 70:7 77:4
87:6,7 128:3
234:2 241:6,7
**leadership** 136:25
**leading** 64:25
70:12 87:11 88:24
**leads** 74:11 87:7
**leafy** 209:21
**learn** 135:15 138:5
**learned** 135:17
**lease** 36:20
**leather** 207:22,24
207:25
**leave** 29:21 198:8
201:17
**leaves** 235:1
**lefebvre** 112:18,19
132:7,15 186:22
200:12
**left** 62:15 63:17
68:21 74:11 78:20

83:6,12 87:14
88:23 146:13
156:10,21 173:23
**legal** 126:3
**legible** 93:9
**legislature** 143:2
**length** 85:8
**lenses** 16:15 17:7
**letter** 3:18 116:17
207:23
**lettuce** 51:11
216:10
**level** 9:22 139:5
187:7,10
**levels** 118:6 126:8
**licensed** 161:13,16
**life** 205:22
**lifetime** 204:24
**lift** 25:1
**likes** 39:19 91:6
**limit** 94:9,10,14
95:19 96:5
**limited** 14:12
**line** 35:2,3,5,11,25
36:15,16 93:18
94:16 95:16 141:5
151:1 247:4
**lines** 60:15,18
121:4
**linoleum** 77:8
78:11 81:5,6
**liquor** 179:19,23
179:24 215:16
**list** 162:3 242:14
**listed** 36:23 95:19
115:25 162:6
**listings** 164:20
**listserv** 135:18,19
**liter** 116:1 118:7
**litigation** 131:9,12
137:25 138:3

**little** 26:22 35:15
60:21 68:6,8,16,17
68:20 70:22 75:13
75:14 85:22 88:16
121:17 167:14
185:11
**live** 22:4,16,18
23:1,3,5,7,17 25:4
25:9,11,13,15,17
28:25 29:15,18
31:4 32:15 41:24
42:1 50:14 124:22
132:15,18,22
172:20 191:9
**lived** 13:12 22:2,6
23:13 24:14 28:13
29:5,8 51:10
80:14 88:17 202:7
202:17 203:5
**liver** 186:25
**lives** 29:19 138:13
**livestock** 107:8
**living** 15:10 27:3
29:25 47:8 66:3,4
66:21 86:4,8,9
138:12
**llp** 2:10,14
**loan** 33:16 36:18
**loans** 34:15,17,24
**lobster** 216:14
**local** 27:21 198:5
**locate** 21:20
**located** 6:2 11:21
11:23 12:2 46:10
57:11 59:9 76:20
78:5,19 80:7 83:4
101:16 124:23,24
164:3
**location** 11:24
102:6 109:3

**locations** 109:14 195:14 203:5
**loft** 79:18
**long** 11:8 15:12 16:1,1 17:19,19,21 18:7,21,24,25 19:8 20:2,16 21:4 22:2 22:6,18 23:3,13,14 25:9,13,18,22,23 35:18 52:20 53:13 53:14,25 61:3 85:5,7 117:7 131:21 137:5,7 141:16 163:9 177:14,15 180:11 180:25 182:16 184:5 185:15 195:2 198:21 199:6,16,18,24 200:3 201:23 203:2 204:7 228:18
**longer** 20:5 60:21 60:22 67:8
**look** 30:23 47:23 63:22 72:21 73:8 84:15 90:5 92:18 93:15 94:16 95:15 104:3 113:1 114:24 115:4 116:7 120:7 121:2 123:23 124:15,21 126:6 128:19 133:5 141:3,5 142:1 150:10,22 152:11 153:1 154:1,23 158:23 236:16
**looked** 164:4,14
**looking** 62:10 64:10 86:9 137:15

140:19 162:9 164:15,17
**looks** 70:6 93:21 94:20
**loss** 119:1,22 121:10 122:7 222:16
**lost** 21:16,18 236:6
**lot** 3:11,11 16:5,6 16:7 31:12,13,16 31:17,18,19,21 32:15,16,18,23 33:5 45:21 74:14 84:20,21 85:20 96:23 99:16 104:23 111:9 145:3 176:7 197:20 205:14 214:20,22 238:21
**lots** 31:14,24 32:17 33:5,6 45:17 97:4 97:6
**low** 187:1,4,7,10
**lowered** 157:14 242:6
**lowering** 184:11
**lowest** 118:11
**lunch** 60:23,24 91:8,18,23
**lyme's** 182:9,12,16 182:22,24
**lymes** 224:16

---

**m**

**m** 29:14
**mace** 216:16
**machine** 15:23,24 17:17
**machines** 17:18
**madison** 2:11,15
**mail** 2:7,12,16 3:23 139:25

140:23 142:2 235:22
**mails** 112:23 113:5,8
**main** 1:17 2:5 6:2 197:15
**maine** 198:14 199:2,4,7
**maintain** 20:4,7,8 59:14
**maintained** 15:17 237:23
**maintenance** 46:22,24 59:11,15 59:20 62:20,23 64:25 65:11,14 68:4,9 77:12 78:14 79:23 80:16 81:12 82:17 180:17,19
**making** 8:15 122:20,22 199:13 206:19 207:1,3 243:8,18
**malathion** 234:4
**malt** 179:25
**man** 15:9
**manage** 11:5
**managing** 16:2,3
**manchester** 200:22 201:13,14 203:12
**mango** 216:18
**manufactured** 15:23 17:17,18
**manufacturing** 14:11 15:4 17:6 17:22,23
**maple** 178:15
**march** 189:19,19 189:24 190:1

**margarine** 216:22 217:2
**marjoram** 216:20 216:24
**marked** 30:19,22 47:20,23 61:16,24 72:15,20 91:24 92:1,17 95:5 114:17,23 115:3 120:4,7 123:20,22 132:24 133:4 139:14,18 150:7,9 152:7,11 153:20 153:25 156:2,5 158:3,5 236:13
**market** 153:4 154:24 155:8,13 160:16,19 163:24 242:1,4,6,9,9
**marketability** 37:24 39:6
**markets** 159:22
**marks** 174:3
**massachusetts** 191:10 195:24 200:1
**master** 81:2 89:24
**math** 189:12
**mati** 6:4
**matter** 5:18 117:10
**maturity** 54:13
**mccullough** 109:1 109:2,7,19
**meals** 197:4,12
**mean** 21:18 32:5,8 38:1 63:12 100:15 119:6,9 122:23 125:7,10,11,12 148:21 151:5 186:21 189:17

194:6 200:13
237:9 238:10,13
238:24 241:20
242:2
**meaning**  172:9
**means**  27:13 101:1
**meant**  239:10
243:9
**measure**  149:22
**measurement**
114:10,11,12
**meat**  71:14,15
176:5 197:17,19
**media**  5:16 40:12
40:16 91:21 92:5
174:4,9 244:9
**medical**  126:10,12
126:22 127:5,6,10
127:17,22,24
128:14 181:9
186:14,16 190:5
190:17 191:14
193:12,17,22
**medication**  183:23
183:24
**medications**
184:24 185:10,19
222:1 225:16
**meet**  24:4 122:16
**meeting**  24:17
125:20 135:5
136:7,10 137:13
137:17 138:1,5,8
139:6
**meetings**  134:7,13
134:20,23,25
135:11,11,15,17
135:21,23 139:10
235:20
**member**  125:20
125:24 126:1

129:18,21,24
130:1,4 137:7,10
137:12,22 138:18
142:23 235:13,15
**members**  122:17
123:12 129:1
168:9
**mentioned**  31:8
71:19 149:24
150:3
**merchants**  27:21
**mercury**  234:6
**merits**  4:5 158:17
236:15
**message**  141:11
**met**  24:24
**metal**  208:9
227:18
**methimazole**
225:12
**methods**  174:19
174:20
**metronidazole**
225:14
**michael**  138:16
**micro**  194:25
**microfinancial**
12:19,20 13:5
**micrograms**  116:1
118:7
**microns**  15:18
**microphones**  5:8
5:12
**middle**  87:3 134:1
153:1 154:23
158:23
**mile**  102:19
109:25
**miles**  103:5 109:18
109:20,22 110:5
132:19,21 180:12

**milk**  214:15 217:6
**mill**  200:17
**mind**  42:13 112:19
155:16
**mine**  112:11
**mineral**  205:16
234:17,19,20,22
234:23
**mining**  228:5
**mink**  230:6
**minutes**  9:12 61:2
173:6
**mirror**  78:20
**miserably**  20:21
**missed**  79:1 198:3
**mix**  209:19
**mm**  8:17 86:2
92:19 154:2 243:7
**model**  208:14
**models**  208:14
**mold**  229:9,10
**moment**  30:22
47:23 72:20 92:17
114:24 115:4
120:7 123:23
133:4 139:19
150:10 152:11
154:1 156:5 158:6
**monetary**  120:2
**monitor**  181:19
**monitored**  192:14
**monitoring**  126:12
127:6,11 181:14
**mont**  202:6
**month**  117:16
150:17,18 176:19
176:21 177:1
179:22 182:18,20
196:2,3,3 198:10
198:18 201:5
210:5,9,13,24

211:11,15,15,25
212:4,8,12,14
213:10,14,16,18
214:10 215:3
216:1 217:15,17
217:19,25 218:2,4
218:16,24 219:1,3
219:5,7 220:4,22
221:3,5,15,19,23
221:25 222:21
224:14
**monthly**  209:24
**months**  23:15
52:18,21,25 53:11
53:14 62:7 71:3
73:7 76:9 85:11
147:11 149:2
183:6 186:8,9
188:6 208:19
228:19 229:20
**montreal**  202:6
**morning**  5:5
195:12 197:20
**mortgage**  30:7
36:11,12,14
**moss**  1:16 2:5 6:1
**mother**  190:7
193:1,4 218:2
**mother's**  190:11
190:14
**motion**  124:8
**mouse**  229:11
**move**  8:7 9:9
13:15,21 17:22
39:18,23
**moved**  13:18,19
13:23 14:5,8
15:12,13 18:8
24:2 27:2,8,10,14
28:15 29:6 57:13
64:21 75:4,21

76:4 77:9 80:11
82:15 83:16 84:11
86:24
**moving** 23:21
239:2
**mow** 54:21,25
**multiple** 19:11
34:15,23
**multivitamin**
186:2
**municipal** 119:13
119:16 173:16
202:18,20,22,24
203:2,4 237:12
**municipality**
48:11 118:25
**munsom** 6:1
**munson** 1:17 2:5
**muscle** 222:7,8
**museum** 109:5,6
**mushroom** 214:11
**mushrooms** 217:8
**music** 109:9
200:10 206:7
**mustard** 211:10
217:12,13,14
**mute** 5:11
**mutual** 25:1

**n**

**n** 2:1 12:6 29:4,14
29:14
**nag** 171:8
**name** 6:4 7:9,9,24
11:15 12:9,12
20:4,24 29:3
37:16 38:24 42:19
42:20,21 50:13
51:13 96:14 98:17
112:17 138:15,16
139:8 156:21,22
171:8,12 198:3

200:8,18,19,20,21
**named** 18:21
20:12 123:8 130:7
131:8,13,22 246:4
246:15
**names** 29:13 50:12
87:25 88:1 189:7
191:1 197:23
**nancy** 182:4
**nathan** 2:10 6:20
**nathanwilliams**
2:12
**national** 235:23
**nature** 14:16 15:6
19:7 37:9 49:14
140:16 147:2
**near** 164:3
**necessary** 126:13
**nectarines** 217:16
**need** 8:10 9:10
14:22 21:1 40:6
50:1
**needed** 140:18
**needs** 60:20
**neighbor** 98:16
**neighbor's** 170:23
**neighborhood**
96:12,14,16 106:2
106:6
**neighbors** 50:7,18
139:12 171:3
**nervousness**
223:19
**network** 19:21
20:11 194:15,18
**networks** 11:5
**never** 13:21 89:9
143:13,13,20,21
204:11 205:7
214:16 216:21
217:5,7,13 218:6

221:21 228:25
234:16
**new** 2:11,15 6:6
10:2 20:6 22:17
23:2 25:18,23
198:14 201:13,14
201:21 202:11,13
203:1,3 215:7
**newer** 100:4
**newly** 65:13
**nice** 137:19 198:1
198:4,5
**nickel** 234:8
**niemi** 181:7,8,10
181:14,19 182:3,7
182:25 183:7,9
185:17
**night** 194:20
198:23 199:8
200:4
**nine** 134:2 175:14
175:15 194:11
**ninth** 82:24
**nod** 12:23 55:7
87:12 99:25
102:24 108:14
169:14 206:6
**nodding** 8:18
**nof** 171:8
**nofsliger** 171:8
**nofsliger's** 171:9
**nofziger** 171:12,13
171:22
**nofziger's** 171:15
171:18 172:16
**nonprofit** 32:3
108:10
**nonstick** 203:25
204:2 229:25
**noon** 91:7,20

**nope** 161:22
**normally** 68:25,25
**north** 18:16 23:10
31:25 32:1,13
41:4 57:12 62:12
96:15 107:17
111:5,6 124:23
126:15 138:13
172:21 202:6,15
**northeastern**
142:3,14
**northern** 44:20,22
44:23,25 45:5,7
**notary** 7:3 245:17
246:21
**note** 5:8 93:8
145:24
**noted** 245:5
**notes** 91:20
**notice** 1:14
**noticed** 58:19,22
104:8
**noticing** 6:19
**november** 189:10
**number** 40:12,17
91:21 92:5 94:2
95:21 97:21
116:10 125:17
153:12 155:20,24
159:13 163:4
174:4,9 244:10
**nursery** 101:23
**nutmeg** 217:18
**nuts** 17:7 211:2
219:2,22
**ny** 2:11,15
**nylon** 203:23
**nyquil** 225:21

[o - p.m.]                                                                     Page 22

| **o** |
| --- |

**o**   12:6,6 21:8 29:4
**o'clock**   130:20,20
**oak**   86:7,15
**oath**   6:10 7:5
**object**   24:19 70:24
   116:20 138:20
   145:24 163:6
   239:21 240:22,24
**objection**   38:4
   39:11 96:7 100:25
   107:21 111:24
   113:15 118:23
   119:5 121:20
   126:2 127:7 128:2
   143:24 148:2
   153:18 159:16
   170:12 184:15
   185:5
**objections**   6:17
**observe**   173:4
**obtain**   155:10
**obtained**   9:22
   72:11
**occasions**   146:17
**occurred**   49:3
   143:20,21
**offer**   196:6 241:13
**offers**   108:2
**office**   16:5,7 17:16
   17:17,23 42:25
   43:9 102:23
   109:14,21 168:15
   195:9,11,13,15
   196:11,13 200:17
**offices**   1:16 5:25
**oh**   13:23 15:1
   19:17 66:24 86:2
   130:11 133:7
   139:21 180:16
   189:10 214:12

215:16 216:17,25
   242:21 243:3
**ohio**   25:12 202:21
**oil**   27:6,6,10 57:8
   63:21 89:11 101:9
   186:4,6 220:11
   228:14 230:2,6
   233:23 234:19,20
   234:22,23
**oiled**   63:6
**oils**   234:18
**okay**   14:22 15:4
   16:12 30:24 32:22
   32:25 40:9 61:11
   64:12,12 66:17
   67:1 69:8 72:23
   79:3 83:10 92:24
   93:23 94:22 95:7
   112:23 115:5
   120:9,24 123:25
   128:8 133:8
   139:21 141:7,7,7
   150:12 152:13
   156:7,19 158:11
   174:2 185:7 190:3
   231:4 236:10,18
   237:5,17 238:15
   242:13 244:8
**old**   19:10 20:7,10
   88:11 189:14
   191:5,7
**older**   99:20,21,23
   100:1
**olive**   230:2
**olives**   217:20,21
**once**   21:5 55:1
   63:8 71:3 146:12
   173:23 176:19,20
   179:16 181:11,21
   183:17 187:21,25
   188:4 197:7

199:21,22,23
   200:6 201:4,15,19
   204:6,17 205:22
   206:3 210:9,13,24
   211:11,15 212:14
   212:19 213:2,10
   213:14,16,18
   214:6,8,10,12,14
   215:1,3,14,20
   216:1,15,17
   217:15,17,19,21
   217:25 218:2,4,12
   219:3,5,7,15 220:4
   220:6,22 221:1,3,5
   221:7,11,19
   222:21 224:14
   229:8,14,18,20
   237:11,24 242:25
**ongoing**   18:1
**onions**   217:22
**open**   63:15 146:14
**opened**   145:5
**operate**   16:17
   17:10,15
**operates**   42:23
**operating**   20:2
**operation**   146:5
   162:13
**operations**   17:23
   18:1 103:11 159:5
**opinion**   39:3,6
   72:11 91:13 153:4
   155:10
**opportunity**   122:5
   239:13
**orange**   217:24
   231:17
**oranges**   218:1
**order**   23:15 182:8
   182:25 198:1

**organic**   176:1
**organization**
   235:23
**organizations**
   235:13,15
**organized**   134:23
   135:13 139:11
**orient**   44:19
**original**   67:17
   82:13 86:23
**originally**   80:11
   84:10
**orleans**   201:21
   215:7
**otter**   49:20
**outcome**   6:13
   246:14
**outflow**   147:13
**outflowing**   146:9
**outside**   70:20 87:8
   132:10 201:9
   206:5
**overlapping**   8:24
**overnight**   90:21
   198:24
**owl**   22:5,6,8,12,12
   202:7
**owner**   30:5 41:18
   200:24
**owners**   28:14,17
**owns**   21:10 41:20
**oxazepam**   225:22
**oysters**   220:15

| **p** |
| --- |

**p**   2:1,1
**p.c.**   1:17 2:5 6:1
**p.m.**   91:20 92:3
   130:24 131:2
   165:11,14 174:2,8
   191:24 192:2
   244:9

pad 165:10
page 3:10 62:10
64:9 65:3 66:23
66:25 74:8 76:15
77:20 79:2,4 80:3
80:4,21,22 81:21
81:22 82:22,24
86:1 115:15,20,20
116:7,12 120:23
124:15,15,22
126:7 128:20
133:24,25,25
134:1 153:2
154:23 157:6
158:23,24 236:17
236:18 247:4
paid 33:10 36:11
pain 222:7
pains 222:8
paint 74:1 77:17
78:16 79:25 80:18
81:14,14 82:19
89:5 205:14
painted 63:5
painter 227:12
painting 63:1
207:12
paints 205:8,13
234:10
pam 229:25
pancakes 201:8
panels 20:19,19
21:15 67:4 68:7
161:7
paper 165:9
paragraph 120:21
120:22,25 121:3
124:21 126:6,7
128:19 134:2,6
136:6 142:1
162:11,11 236:17

paran 108:6,7,11
108:15,20 109:17
paraphrasing
119:4,14,22
parasites 222:5
pardon 13:23
parents 189:7
190:3 199:9,11,16
park 108:9 109:1
109:2,7,15,19,23
204:20,20
parsley 218:3
parsnips 218:5
part 19:18 30:17
35:9 43:8 45:6,6
96:11 117:12
147:13 151:23
183:18 186:2
200:13,14 223:9
partial 21:19
parties 5:3,15
109:9
parts 125:14,23
144:20,21
party 6:11 38:17
pass 163:11 236:3
238:16 239:1
passing 38:13
patience 9:8 236:5
patio 65:9,12,15
65:19,21,22,25
66:2,7,9,12 89:1
paul 2:14 6:23
28:20
paullafata 2:16
pay 33:14 56:7
126:13 145:16,18
154:10,16 155:14
165:8,23 166:2,5,8
207:6

peach 54:5
peaches 53:24,25
54:13 218:7,8
peanut 218:9,10
peanuts 218:11
pears 218:15
pearson 20:23
21:5
peas 218:13
pecans 218:17
pellet 27:6,13
101:14
pellets 27:20,22
60:9 64:8 82:7,8
pembroke 101:20
101:21,22
pending 9:17
people 19:3 20:3
43:5 108:11 109:7
123:19 139:21
142:7 145:3
148:14 169:1,21
196:6 207:6
people's 195:17
200:9
pepper 210:17,18
210:19 212:25
peppers 51:12
percentage 99:13
perform 35:24
46:22,24 59:11,14
59:20 62:20 64:24
65:11 68:4,9
200:25 201:9,12
performance 1:9
5:22 6:21 133:13
performances
201:3
performed 35:16
35:21 69:19 70:3
71:22 72:12 73:24

77:12 78:14 79:23
80:16 81:12 82:17
89:3,22 144:15
152:19
period 13:6
173:22 182:11
periodic 145:2
permission 48:13
person 20:17 94:4
94:7 163:5 246:14
personal 52:7
personally 100:14
100:15 129:15
130:11,15,17
136:17
persons 1:5 5:20
pest 175:8
petroleum 227:16
228:14
pets 84:18 90:10
90:24 91:4,6
pfoa 110:16 111:8
111:18,23 112:3,9
113:10,25 115:22
117:25 119:7
123:6 126:8,11,16
126:17,24 127:14
127:18 128:3
129:2,5,12,16
132:1 136:9
139:10 142:5,24
143:7,11 144:7,10
144:21 145:22
148:5 149:22
150:1,5 151:12,17
152:2 159:4,10
160:13,24 162:12
163:16,20 164:24
165:4,21 166:2,13
167:16 168:22
169:6,9,19,24

170:9,19,22
186:20 236:24
238:14,25 240:2
243:6,17
pfoas 141:17
phenacetin 225:24
phenobarbital
226:1
phenoxybennaza...
226:5
phenoxybenzam...
226:7,11
phone 2:6,12,16
20:25 112:20
phones 5:11
photo 62:11,15
63:22 64:9,13
65:4 66:12 67:2
68:20 69:7,9,15,20
70:15 73:8,9 74:7
74:9 76:18 77:21
79:5 80:5,24
81:23 82:6 83:1
84:15 86:1,3 87:3
87:14 88:23 90:2
90:14,16 228:12
photos 3:14,15
62:4,8 69:25 70:4
73:3,6 74:15,16
physical 42:22
50:23 56:22 183:3
183:10
physically 11:21
46:14 88:10
171:23 172:5,9,13
172:17 243:11,13
physician 112:13
116:24 176:10
181:4 192:7
physics 9:25 10:15

pick 5:9 17:3
pickled 218:19,21
218:23
picture 76:7 86:7
pictures 62:3
pie 209:7,8,10,12
209:14 219:10,12
pig 84:17
pigs 84:18
pill 185:11,13,15
pills 122:24 123:2
123:5
pineapple 218:25
ping 60:11 108:12
108:13 168:18
206:9
pinkish 204:25
pint 179:2,5,6
pipe 178:16
pistachio 219:2
pistol 207:14
place 5:14 87:10
140:18
places 201:18
plaintiff 159:3
plaintiff's 133:12
158:16
plaintiffs 1:6 2:3
4:4 5:21 7:1 124:8
128:24 130:7
131:8,13,23
133:19 236:14
plan 51:17,20
plans 39:14 42:9
53:19
plant 51:17 54:3
54:10 82:3 102:12
102:13,18 103:6,7
103:15,24
plants 122:11
208:1,4,5

plastics 1:9 5:22
6:21 133:13
play 168:17,20
169:20,22 201:7
played 201:13,15
playhouse 55:5,6
55:8,9 56:1,5
playing 122:10
206:7 243:20
please 5:8,11 6:17
7:3,8,23 8:15 9:21
22:21 39:21 51:7
93:7 116:9 123:24
146:7 156:6,17
157:3 158:6,9
175:24
plumber 57:3
plumbing 75:11
78:21 81:8 89:14
89:22 227:20
plums 219:4,5
plus 194:3,24,24
poet 145:8,10,12
145:14,16,18,21
146:3 147:5,7
166:25 237:7,15
237:19 238:17,22
242:19,22
point 16:25 110:22
238:16,24,25
poison 229:11
poisoning 119:8
122:3
policies 92:12 94:5
policy 3:16,17
93:5,13 95:24
polish 230:5
polishes 229:19
polluted 40:7
47:19 239:22
240:7,12,13

pollution 110:13
241:11,15
polyps 188:14
pond 20:20
pong 60:11 108:12
108:13 168:18
206:9
pool 57:21
porch 62:18,21
port 41:4
portion 69:11
86:17
portland 198:14
199:2,4,7
position 18:18
possibly 71:13
post 102:23
109:14,21
potato 219:6
potatoes 219:8,9
potential 241:17
pottery 206:19
potting 55:13
pound 211:20
pour 19:1
pownal 22:5 202:8
practice 181:8
182:2 200:23
practices 8:7
precancerous
188:15
preferred 180:23
preparation
158:18 223:10
preparing 124:11
prescribe 117:24
185:17 188:7
prescribed 176:10
184:22 188:9
presence 149:25
150:4 168:22

169:9,19,24 237:6
237:18
**present**  6:14 39:14
123:18
**presently**  10:18
28:25 162:17
**pressure**  122:20
122:25 123:3,4
147:6,7 181:16,20
184:12,25 185:18
192:25 193:5
237:25
**pretty**  69:21 70:6
117:4,4 151:19
186:1
**prevent**  170:10
**previously**  17:18
87:11 167:15
**price**  162:3,20,24
240:16,19 241:6,7
241:9,13
**prices**  164:19
**primarily**  88:4
90:17 197:13
204:1
**primary**  116:24
181:4
**print**  246:9
**prior**  10:6,6 12:4,5
12:10,14 22:4,16
23:1,7,17 25:4,11
25:15,17 28:14,17
38:19 46:24 47:10
65:23 144:6,8
151:12 157:6
160:13 186:9
**private**  3:13 5:9
19:23 106:19
121:7
**privileged**  131:10
163:7,10

**probably**  147:11
166:21 194:3
195:10 198:19
199:5 200:2 201:5
211:19 212:18
215:7 219:9
**problem**  81:10
103:19 127:4
134:19 146:19
**problems**  146:9
147:22 186:24
223:19
**procedure**  188:7
188:10,13
**proceed**  7:4
**proceeding**  6:17
**process**  69:14
**processed**  197:17
**produce**  52:5
**product**  197:20
**products**  197:21
**professional**  1:15
246:3
**professionally**
204:13
**programming**
194:25
**progress**  69:16,17
**promise**  230:18
**proper**  23:19
**properties**  32:12
96:22 101:16
107:11 125:16
129:3,4 151:15
164:2,5,8,14,20
170:23 172:17
**property**  3:13
28:23 30:10,16,17
31:4 34:15 36:21
36:23 37:11,24
38:3,8 40:22,24

41:5,10,18,20 42:5
42:7,9,15 43:12,19
43:22 44:8,9,11,15
44:18 45:1,10,12
45:16,20 46:1,5,9
47:8,11,15 48:19
50:16,20,20,23,24
51:10 54:1 55:2
55:19 56:11,15,20
57:9,14,17 58:5,20
58:21 59:8 67:11
88:19 94:24 103:4
103:8,21 104:2
106:24 107:2,5,8
110:21 120:1
121:9,10,19 122:1
122:2,3,5,7 125:20
129:11,21 145:8
145:21 146:4
150:1,5 151:6
152:17 153:5
155:22 157:10
159:4,11 161:21
161:23 162:1,4,6
162:12 166:12,14
166:25 167:3,9,20
168:17 169:2,21
169:23 170:1
171:9,15,18,23
172:8,12,14
239:17,25 240:10
**proposed**  123:15
**proprietor**  19:24
**proprietor's**  19:12
**proprietors**  19:18
**prospective**  40:3
**protect**  19:12,20
**protected**  32:7
**protein**  197:22
**provide**  8:16
118:25 119:4,13

119:20
**provided**  19:14
48:10 94:9,13
158:22
**provides**  116:9
**public**  19:5,15,20
20:11 108:9,10
134:7 135:11
141:17 143:13
245:17 246:21
**published**  142:20
**pull**  15:2 20:25
87:1 112:20
**pump**  59:21 149:8
204:3
**pumping**  204:7,9
**pumpkin**  219:10
219:12,14
**purchase**  11:13
28:23 41:12 196:8
**purchased**  12:11
30:15 33:21 56:12
103:8
**purchasing**  12:10
41:9 71:16
**purpose**  33:6 48:9
137:13,15 143:22
164:15
**purposes**  15:19
32:10
**pursuant**  1:14
**put**  21:21 51:6
70:22 75:15 87:10
87:12 159:24
161:2,5 202:24
**putting**  20:6

**q**

**quantify**  196:24
**question**  8:10,12
8:25 9:2,17,18
14:21 16:10 17:3

24:22 26:6 38:5
39:23 66:16 91:10
93:6 114:15
116:20 128:7
145:25 150:2
239:3,24 241:2
**questions**  8:9 9:10
116:8,15 185:6
236:3,3,9,20
242:14
**quick**  61:8,11
165:10
**quickly**  9:10 58:9
58:11
**quinn**  2:10,14 6:23
**quinnemanuel.c...**
2:12,16

**r**

**r**  2:1 12:6 21:8
247:1,1
**rack**  82:3
**rad**  20:12,14,15
**radiation**  223:2
**radio**  143:13
**radius**  195:21
**railing**  69:21,21
69:22
**railroad**  228:22
**raise**  67:11,13
**raised**  65:8 79:17
**raising**  67:17
**raisins**  219:16
**ranch**  100:20,21
**range**  162:19
163:23 164:1
**rarely**  179:13,15
179:20,21 209:23
212:14 216:15
**rat**  229:11
**rate**  34:8 122:19

**rates**  34:6
**rattle**  139:8
**raw**  197:13 219:18
**ray**  187:12,14,18
**rayed**  187:16,20
187:24
**rays**  187:22
**reach**  54:12 83:13
116:14 126:4
141:15 143:15
**reaching**  164:1
170:11
**reaction**  137:16
**read**  121:13 125:2
126:18 129:6
136:11 141:21
142:11 158:10
159:7 162:14
245:3
**reading**  133:16
**reads**  121:4 126:7
**ready**  40:20 48:1,2
61:21 72:22 92:8
131:5 165:17
174:12 192:5
236:2
**real**  30:16 36:25
40:23 151:1
155:10 160:18
161:13,16,19,21
**realized**  149:3
**realizing**  134:19
**really**  38:12,18
68:18 135:18
140:18 207:13
230:23
**reason**  23:21 34:5
34:10,23 41:9
104:9 173:19
205:25 247:4

**reasons**  198:9,11
**rebuild**  19:11
**recall**  10:3 11:17
14:3 21:23 22:6
23:13 33:10,15,18
33:20,25 34:3,17
34:23 37:8,21
41:13 98:17
104:14 117:9,17
118:6,10 134:12
134:20 136:2,4,10
137:17 144:9
147:10 156:25
157:2,9,13,15
183:5 202:8
**receive**  10:13 47:4
50:5 115:12
150:17
**received**  47:7
91:13 112:9
186:19
**recess**  7:19 40:14
61:15 91:23 131:1
165:13 174:6
**recognize**  30:25
31:2 48:3,5 61:24
62:2 72:24 73:1
93:1,3 95:11,13
115:6,8 120:10,12
120:14 124:1,3
133:9,11 139:22
139:24 150:13,15
152:14,16 154:3,5
156:8 158:13,15
**recollection**
115:18 116:3
**recommend**
117:18 149:13
**record**  5:6,15 6:16
7:9,16,18,21,23
15:3 16:19,20,21

16:23 17:1 40:11
40:13,16,18 61:14
61:19 91:20,22
92:4,6 93:8
114:25 130:25
131:3,7 165:12,15
165:19 174:3,5,8
174:10 191:25
192:1,3 244:12
245:6 246:11
**recorded**  5:17
8:14
**recording**  5:14
**records**  134:8
**recreational**  108:8
180:1,3
**recycle**  19:10
**red**  179:17,18
183:25 184:3,5
185:9,11,13,15,22
**reduce**  162:20,24
164:18 240:16,18
241:6,7,8
**reduced**  152:5
242:3,5 246:9
**reduces**  184:7
**reduction**  151:24
152:1 163:1
**refer**  31:7 120:15
127:3 140:22
**referring**  135:1
142:16 175:1
**refinance**  152:20
152:24
**refinanced**  33:23
34:4,20
**refinancing**  34:5
34:21 35:9
**refining**  227:18
228:14

**refinishing** 207:18
**refurbished** 77:15
**refurbishing** 78:17
**refurbishment** 80:1,19 81:15 82:20
**refurbishments** 89:4
**refusal** 3:11 31:3,9 31:11
**regarding** 49:11 142:24 143:6 163:12 173:9,17
**registered** 1:15 246:2
**regular** 112:12 117:12
**regularity** 42:7
**regularly** 180:5 181:24 183:14 186:11 208:23
**rehearsal** 194:7
**rehearse** 194:10 200:5,15,16,20
**reign** 90:23
**reimbursed** 165:1
**relate** 34:13
**related** 3:13 6:11
**relative** 43:22 171:9,15
**relatively** 54:8 58:11
**relatives** 191:18 192:20
**relevant** 24:20
**religious** 102:8
**relocated** 18:17
**remains** 154:24
**remember** 11:15 13:4 18:5 23:4

50:13 84:14 104:11 114:7 134:16 140:5,10 148:15,17 157:12 171:7 184:4 242:8 242:18
**remove** 67:9
**removed** 170:20 188:14
**renewing** 94:5
**reno** 24:14 25:5,9 25:11 202:19
**renovated** 77:15
**renovation** 80:19 81:15 82:20
**renovations** 73:24 78:17 80:1 89:4
**rent** 22:14 42:15 42:16
**rental** 42:19
**reoil** 63:7
**rep** 124:14
**repair** 35:17 79:23 81:13 89:18 207:5 227:6
**repairs** 35:14,16 35:17,22,24 36:1,2 36:9 62:21,23 64:24 65:12,14 71:22 73:24 77:12 78:14 80:16 82:17 89:6,23
**repeat** 26:5 150:2
**repellant** 229:3
**rephrase** 66:16 106:9 123:3
**replace** 59:25 65:19 75:1 76:8 83:19 86:11,13,22 238:4,5,7

**replaced** 71:20,24 72:5 73:22 74:20 74:23 75:3,8 76:6 76:12 77:9 78:12 78:18 80:13 81:6 82:11 83:15 86:15 146:11,12,18 237:24
**replacing** 89:21
**reported** 246:8
**reporter** 1:15 6:7 135:6,8 143:12,15 246:3
**repot** 208:5
**representative** 123:9,12,15 124:4 128:24
**representing** 6:5,8 129:10,14
**request** 50:3 145:14
**required** 125:25
**research** 163:24
**reserpine** 226:13
**reside** 73:13 199:9
**resided** 125:1
**residence** 22:8,9 25:25
**residential** 32:10 50:20
**residents** 132:1,10
**resolve** 173:21 182:16
**respectful** 9:8
**respond** 9:2
**responded** 165:22
**response** 50:5 134:2,6
**responses** 133:12 142:5

**responsibilities** 11:3
**responsibility** 96:2
**responsible** 75:23 83:21 94:4,7 95:23,24
**rest** 69:22 162:10
**restate** 8:12
**restaurant** 108:22 108:23 209:25
**restricted** 176:8
**restrictive** 176:11
**result** 4:2 115:22 115:25 116:9 121:5,6 123:6 126:8 154:7 182:22 183:9 188:17
**results** 4:3 114:7 115:10 116:5,17 116:23 117:6,8,19 117:22,25 118:10 144:19 145:11 148:16,19 149:9 156:14 186:19,21 188:12
**retaining** 57:19
**retention** 223:12
**retired** 182:6
**reveal** 163:9
**revealed** 149:25 150:4
**revealing** 131:10
**review** 124:18 139:19 156:6 158:6
**reviewed** 120:19
**rheumatism** 223:16

rice 197:16 219:20
rifampin 226:3
rifle 207:14
right 3:11 11:2
  13:18 31:3,8,11
  63:22 70:15,23
  74:12 77:1,2,6
  83:8 84:15 93:20
  94:20 124:16
  144:13 145:1
  167:24 195:1
  215:17 236:25
  237:13 238:11,18
  239:2,14 240:8
  243:1
rights 30:16
  123:18
risk 126:10,23
  169:1 190:12
  192:7,12,13
river 23:10 102:14
  109:15,15,23
  110:1 202:15
road 22:1,5 23:10
  43:16,22 45:5,13
  49:4 97:1 98:15
  124:23 202:7,15
roasted 219:22
roberta 189:8
roberta's 189:9
rochester 198:14
  198:15,22
rocks 58:14,19
role 124:11 136:25
  137:3 158:18,21
rolls 219:24,25
  220:1,2
ron 124:7 141:5
ronald 1:13 3:2
  5:17 7:10,25
  40:17 244:11

245:10 247:25
roof 70:22 71:20
  71:22 103:17,18
room 6:14 18:12
  27:3 39:19 63:15
  64:5,7 66:3,4,6,21
  73:15,25 74:18,21
  74:24 75:9 79:7
  79:12,14,24 80:4,7
  80:9,17 81:25
  82:4,9,18 83:2,3
  83:12,16 84:3,6
  86:4,5,6,8,9,17,24
rooms 42:25 66:2
  73:2
root 223:23,24
roots 58:23,25
rotarian 136:24
rotary 136:22,23
  136:25 137:7,11
  235:14
round 69:5 71:4
route 20:10
routers 19:11
routine 63:10
routinely 182:8,25
rpr 246:20
rubber 228:20,21
rug 84:4,5,8,13
  230:9
rules 141:17
run 24:7 58:19
  67:22 102:4 165:9

**s**

s 1:13 2:1 3:2,9
  7:10,25 245:10
  247:1,25
sage 220:3,4
saint 1:8 5:21 6:21
  6:24 119:25 132:2
  133:12 139:11

142:24 143:6,11
  145:18 173:8
  230:21 247:2
saki 220:5
salad 197:14
sale 36:23 160:8
sales 160:11
salt 220:7
saltbox 100:8,9,12
sampling 147:14
san 12:16,17,24
  13:2,13 18:8
  23:18,19,21,24
  24:2 25:4 202:17
sand 243:20
sanitize 68:13
sanitized 68:10
saplings 54:10
sassafras 220:9
sauce 214:7
  220:17
sawdust 235:11
sawmill 227:14
saying 74:15 81:25
  242:18
says 93:21 94:17
  94:20 116:8
  124:22 128:22
  134:7 136:6 141:5
  141:14 142:2
  151:1 153:4
  154:23 156:14
  157:5 159:3,20
  162:11
scan 188:22
scares 192:16
scattergood 182:4
schedule 117:21
school 84:20,24
  85:3,14,15 102:25
  227:22

schoolhouse 18:12
  18:14 39:19
science 9:25
scotch 179:25
  203:15 221:19
scott 28:20,21
seal 246:17
sears 135:5,9
  136:8,15 142:22
season 51:18,21
  53:20 54:5 180:14
  180:22 203:8
  209:4 212:18
  218:8
seca 24:10
second 20:24
  34:10 35:7,9 74:8
  78:7,9,9 94:16
  115:20 126:7
  134:6 136:6
section 93:15
  95:15
security 194:15,18
see 8:13 24:20
  25:6 68:18 86:18
  93:7,16,18 94:18
  95:17,19 115:15
  115:23 116:11
  120:24 128:11,21
  134:3,4,10 141:1
  150:24 151:3
  153:7 156:12
  157:7 159:1
  164:18 181:24
  187:17 243:3
seeds 219:14
  220:25
seek 126:12
  128:25
seeking 47:10,15
  120:2

seen  70:1 120:20
select  53:9
self  13:25
sell  11:1,5 36:20
  39:8,14 40:1 42:9
  42:12 52:12
  119:25 162:25
  237:14 240:14
  241:9
selling  37:1 38:2,8
  39:10 151:15
seltzer  222:19,20
semester  195:7
  198:20
senate  143:2
senator  135:7,9
  136:8,13,15
senators  136:7
send  141:18
sends  218:2
sensitive  5:8
sent  113:5
sentence  121:2
  136:6
separate  186:3
september  142:4
  156:11
septic  59:7,8,11,25
  68:24 145:5
  148:24 149:6,8,19
  149:20 229:6
serious  204:23,25
serum  115:9 126:9
  128:3
serve  128:22
service  3:13
services  102:4
  108:1,24 109:12
sesame  220:11
set  43:16 95:21
  121:9 124:4

133:13
sets  68:19
setting  95:23
  141:16 207:16
seven  27:19
  120:21,22 194:3
  197:11
seventh  80:22
shaftsbury  181:9
shaina  3:23 140:2
  140:6 141:11
shaking  8:18
shampoo  230:9
shed  55:5,5,10,21
  56:3,9,14 70:17,21
  94:25 205:10,11
sheds  107:11
sheet  245:5
shell  203:20,21,23
shellfish  220:13
shepherds  88:3
shipment  21:16
shipped  21:20
shipping  20:18
shipyards  228:7
shoe  230:5,5
shooting  207:14
shop  11:2 228:12
short  130:21
  192:17
shortly  6:10 14:5
  18:2 121:18
  145:11 148:13
show  67:2 69:9
  236:13
shower  81:10
  89:24
shows  67:3
shushan  23:2,3,7
  202:13

siblings  190:22,24
sic  142:7
sick  122:20,22
  123:1 243:9,11,12
  243:13,15,18,22
sid  189:8
side  44:25 45:15
  45:20 46:1 50:16
  51:2,4,4 53:3,23
  57:12 59:10 62:12
  62:15 63:17,22,23
  64:14,17,25 65:5,6
  65:8 66:7 67:5
  69:10 70:15 74:11
  74:12 80:3 81:21
  84:15 87:14 88:23
sides  66:10
siding  36:3,4 63:1
sign  48:7 141:19
signature  5:3
  124:16 246:19
signed  48:16 50:8
  50:18 124:19
signing  141:19
silica  234:12,13
silkscreening
  206:24
silver  1:16 2:4,5
  3:3 6:1,11,25,25
  14:20 16:10 21:7
  21:10 22:21 24:19
  26:5 32:24 33:1,2
  37:17 38:4 39:11
  39:20 40:9 45:5
  51:6 59:17 60:12
  60:20,25 61:3,5,7
  71:8 91:7 92:20
  92:22 93:7 95:1,8
  96:7 100:25 106:6
  107:21 110:11
  111:14,24 113:6

113:15 114:14,19
  116:18,20 118:23
  119:5 121:20
  124:5 126:2 127:7
  128:2 130:19,23
  138:20 143:24
  145:24 148:2
  153:18 154:11
  156:16 157:3
  158:9 159:16
  163:6 164:10
  165:9 169:15
  170:12 171:11
  175:15 179:5
  184:15 185:5
  199:13 206:10,14
  210:15 213:20,22
  226:8 230:22,25
  231:2 236:8,12
  239:23 241:1,3
  243:2,4 244:6
similar  50:8 84:12
  147:22 175:21
similarly  1:5 5:20
  128:22
single  11:16 26:2
  179:25
sink  77:18 81:19
sinkhole  49:16,22
sirup  178:15
sister  18:12 23:8
  88:14
sister's  202:16
sit  58:2 59:1 67:24
situated  1:5 5:21
  43:21 128:23
six  52:23,25 62:7
  95:9 126:6 145:1
  197:11 208:19
  229:20

sixth 80:4
size 60:5 97:2
   99:17
sized 96:23
skateboarding
   74:4
skateboards 74:3
   74:4
ski 180:8,13
skiing 181:2 203:8
   203:8
skis 180:15,17,21
sleep 90:20 194:6
sleeping 223:21
slightly 128:7
slope 46:5
small 36:1,1
   236:17
smaller 65:21 97:7
   98:11 99:7,14
   104:20 105:1,18
smallest 105:11
smell 103:14,20
   104:2
smithtown 25:18
   25:19 203:1
smoke 173:3,4,9
   173:11,17,21
   178:16
smoker 178:20
snacks 108:16,23
snow 74:14
snowboards 74:2
soap 174:25 175:1
   175:2
social 38:16 169:5
socialize 108:12
socially 38:22
   136:19 168:2,23
soda 178:12

softener 229:23
soil 55:13 58:4
   110:13,19,20
   121:8 148:5
   166:16 170:11,20
   241:11
solar 20:19,19
   21:14 56:18 57:4
   57:7 67:4 68:4
   161:7
sold 31:24 162:6
   163:20,21 164:22
   242:12
soldering 208:9
sole 30:5 41:18
solely 34:13
solvents 205:8,15
   234:15,16
somebody 104:3
   145:4 146:23
   149:7 151:22
   238:6 240:13,14
   241:12,13
son 91:3,3 130:4
son's 73:10 79:14
soots 234:17
sorry 12:22 16:12
   16:18,19 20:24
   32:4 33:2,4 64:11
   66:16,24 92:21,23
   113:8 114:16
   124:7 128:10
   130:13 135:6
   143:17 145:7
   148:22 149:12
   154:13 169:12
   182:19 185:2
   189:14 191:3
   198:3,23 216:24
   231:1 236:6
   238:10 243:23

sound 13:9,10,11
   37:19 199:13
   207:13
sounds 136:12
soup 214:11
source 47:5,8
   103:20 104:1
   202:8
south 42:24 51:3
   53:3 59:10 65:5
   102:16
southeast 56:21
   57:24 67:3
southeastern
   46:13
southern 44:21
   45:6,15 50:16
soy 220:17
spa 57:21
space 42:22
speak 9:7,15 68:8
   135:23,25
specialist 6:5
specific 57:17
   119:7 155:15
   161:9,12 176:3
   234:22
specifically 62:5
   118:11 136:2
   164:6
spell 20:24 37:16
spelled 21:7
spelling 112:19
spend 42:3 140:12
   166:17,18,20,22
   193:25 194:3
   195:9 196:1,22
   205:18
spending 166:15
spent 206:19

spice 198:1,3,4,5
   216:16,24,25
spin 14:22
spinach 51:11
   220:19,20
spirits 205:16
spoke 37:12 38:14
   151:12 186:22
spoken 36:25
   131:15,17 132:4,9
   186:20
sports 168:17,20
   169:20,23
spots 20:6,7
spray 228:24
   229:1 230:1,13,16
   230:17
sprays 229:5,6,7,9
   233:6
spring 37:7 71:5
   137:19,20
sprinkler 52:17
   54:18
sprinklers 53:18
sprouts 51:12
   211:12
spurling 132:7,20
square 26:16 99:7
   99:10
squash 51:11
stack 76:18
stained 207:3
stainmaster
   203:17
stains 233:19
stair 87:20
stairs 26:25,25
   64:25 66:11,14,15
   68:19 70:12 80:8
   87:11

**stalls** 108:17,18
**stand** 194:16
**standards** 235:24
**star** 197:20 220:21
**starch** 230:3
**start** 9:13 58:20
  132:6
**started** 14:2,3 19:9
  20:16
**state** 6:15,17 7:8
  7:24 10:2 24:22
  113:10 114:3
  115:12 116:14
  124:25 134:21,24
  135:13 136:7,13
  136:15 143:1
  144:17 145:4,7
  148:9,9 149:5,13
  149:16 173:17
  241:1
**state's** 125:13
**statement** 121:15
  125:4 126:20
  129:8
**statements** 245:7
**states** 1:1 5:23
  120:18
**statin** 184:10,12
  184:19,22
**statins** 184:13,14
**station** 228:9
**stay** 140:18 198:21
  198:24 199:6,17
  199:24 200:3
**stayed** 140:1,4
**staying** 140:8
**steam** 204:15,18
**steamer** 204:14
**steel** 17:7 200:9
**stella** 88:1,2,11

**stenographically**
  246:8
**steps** 170:19
**stereo** 87:19
**sternberg** 2:5
**steve** 113:2,23
  132:7,15 186:22
  200:11
**steven** 112:18,24
**stimulated** 187:4
**stipulation** 5:1
**stomach** 222:18
  222:18
**stop** 67:15 91:17
**stopped** 185:20
**storage** 55:11 60:7
  68:18 70:18,20
  82:5
**store** 55:12 60:8
  64:7 65:25 68:15
  101:24 196:8
  198:6 205:8,11,14
**stored** 64:5
**storing** 17:13
**story** 24:6
**stove** 27:6,13,20
  60:10 74:25 75:3
  75:4 101:14
**stratton** 203:12
**street** 1:17 2:5 6:2
  38:18 96:20,23
  97:10,15,18,21
  98:2,14,20,22
  99:20,23 100:3,10
  100:18,21,24
  101:5,9,13,17
  102:9,21 104:16
  104:19 105:3,9,12
  105:14,17,20,23
  106:11,13,15,18
  106:21 107:1,11

**139:12 170:24
  172:22
**streets** 19:2
**stretch** 230:18
**stroke** 192:23
**structure** 56:22
  68:23 70:16
**structures** 55:2,18
  59:5 94:17,23
**student** 142:3,14
**studied** 10:15
**studio** 200:22,23
**study** 64:1 77:6
  81:24 206:14,15
**studying** 142:5
**stuff** 11:7 36:3
  155:8 242:1,14
**style** 100:6,9 101:3
  101:4
**styles** 100:17,17
  100:19
**sub** 162:11
**submitted** 141:23
  143:1
**subparagraph**
  158:24
**subscribe** 245:6
  246:16
**subscribed** 245:12
**substance** 149:25
  150:4
**substitutes** 197:17
  197:19
**success** 19:15
**successful** 21:14
  67:20
**successfully**
  182:12
**suffer** 191:13
  193:11,22

**suffered** 121:8
  182:21 183:12
  204:23 239:19
  240:2
**suffolk** 10:8,10,13
**suit** 118:16,18
**suite** 11:22
**sulfisox** 226:17
**sulfisoxazole**
  226:17
**sullivan** 1:3 2:10
  2:14 5:19 130:10
  130:14 131:16,18
  131:23 247:2
**summer** 71:5 85:4
  85:10 141:15
**sun** 205:1
**sunburn** 204:23
**sunflower** 220:25
**suny** 10:7,15
  25:16,17 202:23
**supplemental** 4:4
  57:8 158:16
  162:10 236:14
**supplementals**
  185:23
**supplements**
  186:12
**supplied** 57:6
**supplies** 55:13
**support** 119:19,20
  124:8
**sure** 7:25 20:16
  61:4,9 89:12
  96:13 106:20
  108:4 127:21
  130:21 132:14
  141:19 151:19
  157:22 168:24
  173:20 197:6

**surface** 44:3,6
  59:5 105:24
**surgeries** 189:3
**surgery** 186:16
  188:24 189:5
**suzie** 37:14,20,21
**swear** 7:3
**sweet** 220:23,24
**sweeten** 178:14
**swim** 108:12
**swimming** 57:21
**sworn** 245:12
  246:4
**system** 15:18 27:4
  28:1 147:5 237:7
  237:15,19 238:17
  238:22 242:20,22
**systems** 27:7
  89:10,19

**t**

**t** 3:9 12:6 29:14
  37:17 231:8 247:1
  247:1
**table** 16:15 60:11
**tacos** 176:22
**take** 5:14 9:11,12
  9:18 14:19,20
  18:17 30:22 39:20
  39:23 40:8 47:23
  61:8,9,11 62:8
  72:20 92:17 112:8
  113:23 114:24
  115:3 118:24
  120:7 122:24
  123:2,23 130:19
  130:21 133:4
  137:10 139:19
  148:18,20,21,22
  150:10 152:11
  154:1 155:7 156:5
  158:6 165:10

170:15,21 181:21
  181:22 182:16
  183:23 184:3,9
  185:4,9,11,13,20
  185:22 186:4,6,7
  186:10 188:16
  195:22 222:8,16
  222:20,22 223:24
  224:13 225:16,18
  225:20 237:11
  239:16 241:25
**taken** 1:14 5:18
  7:19 35:1 40:14
  61:15 62:4 69:20
  70:5 73:3,6 74:15
  90:14,16 91:23
  131:1 160:20
  165:13 170:10,19
  174:6 184:10,19
  184:24 185:3
  186:8 222:1,23
  223:4,6,12,18
  224:1
**takes** 151:17
  181:23
**talk** 25:25 53:6
  114:15 122:16
  123:13
**talking** 131:7
  238:23 243:5,11
**tall** 144:18 175:13
**tank** 59:8,12,25
  146:12 148:24
  149:6,19,20 204:5
**tanks** 146:11,16
  237:23
**tanning** 205:6
**tap** 145:22 197:1
  203:6
**tapazole** 225:10

**tape** 24:7 174:1
**taps** 111:1
**tar** 232:3 233:2
**tarragon** 221:2
**tars** 234:17
**taught** 194:21,23
  194:24
**tax** 3:25 150:16,17
  150:20 151:24
  152:1,5 154:6,9,10
  154:12,16 155:14
  157:1,13 241:23
**taxes** 242:3
**tce** 234:24
**tea** 177:18,20,22
  177:24 178:1,4,8
  178:10,14,15
  214:1,3 216:4
  220:9
**teach** 194:11,12,14
  194:18
**teacher** 18:13
  227:22
**teaching** 194:19
  195:3
**teal** 90:5
**tear** 187:20 189:1
**technical** 16:23
**technologies** 20:13
**teeth** 187:23,24
**telephone** 60:19
**tell** 9:21 17:4 18:8
  18:24 20:15 35:15
  37:23 38:10 39:9
  49:21 50:12 53:22
  78:1 90:8 101:19
  112:7,24 113:4,6,7
  113:14,16 122:23
  131:20 144:2
  171:11 188:12
  240:13 241:4

**telling** 112:6
**temper** 236:7
**ten** 11:20 41:16
  57:1 59:16,18
  86:1 128:19
  132:21 155:25
  175:20 180:12
  181:1 184:6
  195:10 201:25
  202:3,4
**term** 125:6,9,15
  141:16 172:9
**termites** 175:11
**terms** 125:8
**terribly** 16:19
**test** 115:9,10,22,25
  116:5,9 117:24
  119:7 133:16
  144:15,19 145:5
  145:11 148:16
  149:9 209:9
**tested** 113:25
  114:2 118:2,4,8
  128:17 139:1
  144:7,9,22 147:20
  148:5,15,24 149:6
  183:14,16 242:25
**testicular** 119:11
  127:1
**testified** 148:23
  167:15 200:5
**testify** 159:3 246:4
**testimony** 143:1
  159:9 162:16
  246:11
**testing** 17:8 119:9
  126:13 144:23
  145:2 148:9,13
  149:4,14,17,21,25
  150:4 182:24
  186:19

**tests** 182:8,10,25
**tetrachloride**
232:15
**tex** 203:19,20
**textured** 197:22
**thank** 7:2 26:11
32:22 61:22 72:17
95:4 133:1,20
135:8 139:16
143:19 152:9
153:23 179:10
236:4
**thanks** 130:23
199:14
**therapy** 223:2
**thereabouts** 93:21
**thieves** 200:9,15
201:9
**thin** 223:4
**thing** 68:18 174:21
203:24 223:23
242:13
**things** 17:9 71:19
101:25 119:7
122:15 128:4,18
159:24 160:23,24
161:5 177:3
210:13 230:20
243:8
**think** 13:17 21:7
30:14 31:6 32:11
34:22 36:5,19
37:13,14,20,22
40:6 45:11 49:20
84:12,12 87:12
90:8 102:3 108:10
125:22 128:18
134:18,18 135:18
137:15,19 138:4
140:11,17,17,19
142:15,15 144:18

145:1,15,20 146:8
148:10 149:5
151:12,22 152:20
155:7,7 156:1
167:2,6,12,12,22
172:11 173:18
183:21 184:2
193:6 195:1 200:5
203:22 204:1
237:18 239:22
240:10,18 241:8
243:2
**thinks** 60:21
**third** 3:20 42:24
76:15 141:5 157:5
**thorcon** 12:6,15
14:2,3,10
**thought** 155:17
184:12 185:1,18
242:10
**thousand** 76:11
**three** 26:13 32:19
54:20 69:4 84:2
85:3,11 86:14,14
87:2 90:25 92:5
105:2 109:18,20
137:6 147:11
158:23 168:5
174:4 178:11
180:14,22 185:16
188:6 194:20
198:20 199:12
205:22 210:20
215:8,22 228:19
236:17,18
**thyme** 221:4
**thyroid** 119:10
126:25 187:3
193:2 224:2
**time** 6:18 9:7,8
30:11 33:21 34:4

34:10,19 42:3,13
43:8 51:6 52:1
60:24 68:2 73:6
74:14,16 83:25
88:15 90:14,14,16
91:17 118:4
134:12,16 140:12
141:17 144:22
147:25 154:20
157:16,24 166:15
166:17,18,20,22
172:20,24 173:2
173:22 174:7
177:15 183:3
189:16 194:8
195:9,11 196:1,22
196:23 198:17
205:18 206:19
208:7
**times** 5:13 8:24
15:15 33:25 65:24
69:4 84:1 85:3
144:25 168:5
178:11,25 180:10
180:22 187:19
188:3 193:25
194:2 196:19
198:20 199:5,12
200:2 205:22
208:19,25 209:11
210:20 211:15
213:6 215:8,22
216:3 217:23
**tisking** 199:13
**tisman** 143:18
**title** 30:10,13
**titled** 150:23
**toast** 221:6
**tobacco** 178:18
235:1

**today** 5:25 9:3
**today's** 5:6 174:9
244:11
**tofu** 197:20
**told** 111:22 112:2
112:5 113:8,9
116:16,18 146:20
186:25 187:3,6,9
192:7
**toluene** 235:3
**tomatoes** 51:11
221:8
**tool** 107:11
**top** 80:8 115:15,22
156:10 222:13
**topeka** 191:12
199:20,21,23
**topical** 222:14
**topsoil** 58:8
**tore** 187:17
**total** 32:19 201:6
**touched** 136:5
**tough** 189:20
**tourists** 19:2
**tours** 109:9
**town** 43:9 47:11
47:16 48:13 49:8
96:15,17 106:2,4
106:13,16 135:5
150:16 151:5,21
151:23 153:13,16
154:6 155:21
157:11 159:14
166:10 167:4,10
167:21,23 237:3
237:18 239:7,9,15
240:9,11 241:5
**trail** 18:22,24,25
19:8 20:2,17 21:4
209:19

train 228:22
training 161:18
transcribe 8:23
transcript 245:3,6
transcription 8:15
246:10
transfer 30:17
trap 174:25
traps 174:23,24
travel 198:13
202:1
traveling 198:7
treat 175:8 223:6
223:18 224:4,6,8
treated 175:11
182:12,14 183:20
183:21 193:4,7
treatment 102:12
102:13,18 103:6,7
103:15,24 117:25
tree 51:4 58:24
trees 54:3,8,15,19
tremblant 202:6
trial 3:20
tried 35:8
trillion 144:20,21
triple 235:15,17
235:20
troubled 243:18
troy 38:24 39:3
201:13,14
true 134:25 155:5
242:21 246:11
trust 8:21 45:4
238:1,2,25
truth 246:5,5,6
try 8:9,12 9:9
226:9 240:13
trying 19:1,4,10
155:7 240:15
241:25 242:3

tub 57:22,23 67:4
68:9,16,16 69:3
161:7 166:17,18
tuesday 142:4
tupperware 68:17
turn 65:3 66:23,24
76:15 77:20 79:2
80:3,21 82:22
115:20 120:21
133:24 146:20
turned 103:14
189:18,24
tv 87:15,17
tvp 197:22,23
twice 34:1 177:1
179:16,22 198:10
199:12 200:7
201:5 208:19
209:15,19,25
210:5 211:5,9,25
212:4,8,12 214:4
214:22 215:18,24
216:5,9,13,19
217:11 218:8,10
218:14,16,24
219:1,9,13,17,19
219:21 220:2,12
220:14,16,18,20
221:9,15,23,25
223:25 225:19
230:12 234:11
two 20:22 22:7
26:15 29:12 31:14
32:20 33:5 37:4
40:17 43:6 44:13
54:2 56:15 65:16
66:10,11,18 67:14
67:21 68:19 71:3
77:24 86:14 87:24
88:24 89:25 91:21
103:5 110:5,17

117:16 124:21
128:20 146:22
168:5 171:5,6
177:13,25 178:1,2
180:22 186:8,9
187:25 190:25
194:10 196:3
198:19 200:7
201:6 211:20
tylenol 224:10
type 9:24 16:14
17:4 22:8,9 26:19
27:4 36:2,4 59:1
104:12 174:20
175:1 179:23
192:10,11 197:19
types 8:21 60:18
62:23 111:10
176:3,21 177:4
185:25
typical 175:25
176:1
typically 52:21
71:6 200:3,16
203:6

**u**

u 29:14,14 37:17
u.s. 21:15
uh 8:17
unacceptable
146:23
uncomfortable
61:5
underneath 65:25
understand 8:10
8:19 9:19 38:1,7
40:5 118:17,21
119:6,14,23
120:16 123:8,14
123:17,18 125:6
125:11,12 129:10

129:14 132:10
133:21 134:24
135:19 137:22
138:18 139:3
140:23 141:1
147:2 151:5
152:21 157:9
understanding
48:15 93:12,14
118:13 125:15,19
135:12,14 147:18
understood 38:9
uniformly 44:6
58:7
unit 5:16 40:12,17
91:21 92:5 114:10
114:11,12 174:4,9
244:10
united 1:1 5:23
units 114:9
university 10:2
142:3,14
updated 91:12
upgraded 89:10
89:14
upgrades 151:14
upholstery 203:14
upkeep 36:2
upset 121:11
122:13,17 222:18
upstairs 26:24
uric 187:9
urquhart 2:10,14
use 19:19 20:1
32:3,5 35:13
36:17 55:16 57:4
60:6 68:13 69:3
70:18 73:15 78:2
79:7 82:1,2,2,4
87:9 90:4 101:9
106:19 121:10

122:7 166:12,14
168:10 173:11
174:14,19 175:3
180:1 186:14
203:25 205:6
211:16,18,19
225:20 229:25
230:3,5,7,16
233:10
**usually** 177:2
**utility** 60:15,18
89:10

**v**

**vacant** 33:8 41:7
**vacation** 85:4
201:17,23
**valerian** 223:23,24
**valium** 224:23
**valsartan** 185:3
**valuation** 151:9,16
153:9 154:18
155:3,12 157:21
157:24 161:19
237:2,19
**value** 37:10 38:10
39:3 72:13 91:14
107:18 108:2,25
109:13 110:7,11
110:12 119:1,22
121:10,19 122:1,2
127:5,10,12
150:23 151:6,16
153:4 154:24
159:4,19 162:11
162:19 163:13,15
163:23 164:1,2,8
164:10 167:1,2,4
167:10,21 236:23
237:7,9 239:6,17
240:1,10 241:24

**valued** 33:20
120:1 153:16
157:11 159:14
**values** 164:9
**valuing** 161:21
**vanilla** 221:10
**vegetable** 51:2,20
51:24 52:14,19
197:22
**vegetables** 51:5,9
51:14,17 52:2,4,9
52:20,22 71:7,9,11
122:8 197:13,15
218:21,23
**vegetarian** 176:1
**vent** 103:17,18,19
**verbal** 8:16
**verbally** 169:15
**veritext** 6:6,8
**vermont** 1:1 3:18
5:24 6:3 22:5
109:3 113:10
115:13 124:24,25
141:16 143:13
194:17 195:22
200:23 201:14
**versus** 5:21
**vertical** 86:7
**vests** 203:23,23
**video** 5:14,16 6:5
8:14
**videographer** 5:5
6:6 7:2,17,20
14:24 16:18,22
33:1 40:10,15
61:13,18 91:19
92:3 130:24 131:2
165:11,14 173:6
174:2,7 191:24
192:2 244:8

**videotaped** 1:13
**vinegar** 221:12
**vinyl** 235:6
**visit** 25:8 42:7
181:10,12 182:7
198:12,17,21
199:1,4,6,11,16,19
199:21,23 200:1
**visiting** 198:15
**vitamins** 185:24
185:25
**vodka** 221:14
**voices** 8:24
**vote** 235:22
**vs** 1:7 247:2
**vt** 1:17 2:6

**w**

**wait** 9:1 61:1,3
114:14
**waived** 5:3
**walking** 109:14
**wall** 57:19 74:2
**walloomsac** 110:2
**wallpaper** 81:14
**walnuts** 221:16
**want** 9:4,7,15
14:24 60:22 88:8
90:22 112:20
119:17 169:1
171:11 236:21
237:13
**wanted** 140:12
141:15 144:2
**wants** 124:5 142:7
**warranty** 3:11
**wash** 76:1
**washer** 83:17
**washing** 75:23
**waste** 103:6
**wastewater** 103:7
103:15,24

**water** 3:13 9:13
43:10 46:7 47:4,7
47:11,16,19 48:10
48:13 49:8,12
52:14,19,24 53:17
54:15,17 56:18
57:4,5,6,7 64:8
68:5 82:5 102:12
102:13,17 103:6
106:2,5,13,16
110:13,19,25
111:1,3 118:25
119:13,17,20
121:7 125:14,14
125:23 126:17
129:5 141:16
144:21 145:22
146:8 147:6,7,24
148:13 165:8,23
166:3,6,9,10,16
167:4,7,7,10,12,13
167:16,21,23
168:22 169:7,9,19
169:24 170:10
172:22 196:5,6,7,8
196:10,12,13,14
196:16,18,19,20
197:1,2 202:9,18
202:20,22,24
203:2,4 223:12
237:3,18,25
238:18 239:7,9,13
239:15 240:5,9,11
241:5,18 242:19
**watering** 122:11
208:4
**waterproofing**
62:24
**wax** 89:8 180:20
180:21

**way** 45:12 157:5
168:25 171:24
172:4,5,10,14
173:14
**ways** 243:5
**wear** 203:21
**weather** 137:19
**weaving** 207:10
**web** 194:24
**weddings** 109:8
**wednesday** 142:5
**week** 55:1 69:4
84:1 178:11,25
179:16,16 180:10
180:14 181:21
193:25 194:2,5,9
194:10,20 195:10
197:8,12 199:18
199:25 200:6,7
201:4,25 204:5,6
208:25 209:15,19
210:20 211:5,9
212:19 213:2,6
214:6,14,18,19,22
215:14,20,22,24
216:5,9,13,17,19
217:11,21,23
218:8,10,14 219:9
219:17,21 220:2
220:18,20 221:1,9
221:11 229:18
**weekend** 199:18
**weeks** 146:22
201:5 211:20
**weight** 175:17,19
175:20 222:16
**weiss** 143:18
**welder** 227:12
**welding** 208:9
235:8

**wellness** 181:12
183:18
**wells** 106:19
**went** 16:25 24:15
25:6,8 104:7
131:7,19 147:10
165:19
**west** 50:17 64:14
103:3 171:17
**western** 45:20
**whereof** 246:16
**whiskey** 221:19
**whiskeys** 210:25
221:18
**whispering** 5:9
**white** 22:17,18,19
23:1 179:17
202:11 221:20
**wife** 18:10,13
23:23 24:4,18,25
29:2 30:9 39:18
50:6 53:6 83:23
85:14 91:6 94:7
118:2,11 129:18
135:16,20,22
138:7 140:22,24
140:25 141:23
144:4 146:20
151:22 157:2
161:13 163:12
183:24 211:21
**wife's** 18:12 84:22
96:2 156:22
193:19 244:2
**wifi** 108:16
**williams** 2:10 3:3
6:20,20 7:7,22
15:5 16:13 17:2
21:13 22:23 24:23
26:7 33:3 37:18
38:6 39:13,22,25

40:8,19 45:7,8
51:8 59:19 60:14
61:2,6,8,11,20
71:10 72:18 91:9
91:11,17 92:7,21
92:23,25 93:11
95:3,9,10 96:10
101:2 106:8,10
107:25 110:15
111:16 112:1
113:11,18 114:20
114:22 115:1
116:22 119:2
121:24 124:10
126:5 127:9 128:6
130:21 131:4
133:2 135:10
138:24 139:17
143:25 146:2
148:4 153:24
154:14 156:18,20
157:4 158:12
159:18 163:8
164:13 165:16
169:16 170:16
171:14 173:7
174:1,11 175:16
179:8,11 184:18
185:8 192:4
199:15 206:12,18
210:16 226:9,10
231:5 236:2,20
237:6 239:3,5
244:7
**willing** 241:14
**window** 72:3
108:21
**windowpanes**
71:25
**windows** 71:24

**wine** 179:12,17
**wines** 220:23,24
**wing** 42:24
**winter** 85:4
**wipe** 234:21
**wire** 57:10,11,16
**wireless** 18:22
20:2
**wise** 99:13
**withdraw** 168:1
239:4
**witness** 3:2 7:4,5
14:22 15:1 16:12
21:9,12 30:24
32:25 47:25 48:2
59:18 60:13,24
61:1,4,9 71:9
72:17,23 114:16
115:5 120:9
123:25 133:1
135:7,9 139:16,21
150:12 152:9,13
153:22 158:8,11
171:13 179:6,10
199:14 206:15
213:21 228:11
230:24 231:1,4
236:6,10 240:23
246:16
**women** 139:25
**wondering** 243:9
**wood** 26:9,10,11
26:20 27:22 36:6
36:8 55:5,10
74:19 80:10,13
84:9,10,14 86:20
86:21 89:11 97:10
97:11,15 161:7
234:23 235:10
**wooded** 44:8,8,12
44:14,18 45:18,22

50:22
**wooden**   55:5,21
56:9,14
**woodworking**
207:8
**word**   107:23
**words**   8:16
**work**   3:13 10:20
12:4,14,17,21,22
13:5,8,12,20,24
14:9 21:3 38:25
43:3 69:16,17
72:7,12 75:11
78:21 81:8 84:22
91:14 104:12
168:13 169:10,11
169:11,12,17
194:7,8 195:14
198:7 206:16
207:5 228:18
230:14 235:25
**worked**   11:8 12:25
15:8,10,14 20:22
140:6 227:6,12,14
227:24 228:1,5,7,9
228:12,16,20
**working**   47:14
166:20,22,24
207:22,24
**works**   21:5 37:21
**worms**   222:5
**worried**   244:2,4
**worry**   243:13,19
243:19,19
**worth**   21:22
151:10,13 157:17
159:10,21,23
160:1,3,6 162:17
167:17 240:8
242:5

**wow**   194:2 213:23
215:10
**wrap**   66:9
**wraparound**
69:11
**writing**   140:11
**written**   8:15
**wrong**   181:13

**x**

**x**   3:9 187:12,14,16
187:18,20,22,24

**y**

**y**   21:8 29:4,14
37:17
**yacht**   201:15
**yard**   43:14,24
44:1,3,6,17 49:5
58:9,15 104:17,20
105:1,9,11,24
175:4 228:22
**yards**   105:4
**yeah**   13:17 17:14
18:23 19:17,17
21:12 25:3 34:14
35:5 36:3 37:20
44:24 53:1,6,10,10
58:13 60:11 61:7
62:19,22 63:4
64:6 66:22 67:7
68:3,22 69:6
70:22 74:13,13
80:23 82:23,25
84:7,23,25 85:9,12
87:16 88:14,14,18
88:20 89:2 90:6
90:22 91:6,6,9
93:19,23 94:8
103:19 107:20
115:21 117:15
120:3 123:25

132:6,12 136:12
140:3,7 141:13
142:18,18,18,21
144:13,24 145:7
152:25 154:4
158:25 164:21
166:24 171:13
173:13,23 176:5,5
177:17 180:16,16
181:3,13,23 182:2
182:6 183:8,13
185:18 186:13,23
189:17,17 190:2
194:6 195:8,8,16
198:5 200:13,13
200:13 201:11
208:6 213:22
214:20 216:17,17
222:15 223:11,22
228:17 229:18
230:10,19 236:1,6
238:24 243:3
244:3
**year**   18:19 22:20
25:10,14 52:3,18
52:21,25 53:11
67:10 69:5 71:4
75:2 85:3 93:5
95:14 110:17
114:4 134:16,17
150:20 155:22
168:5 181:11
183:17 188:18
189:21 199:5,12
199:21 200:2
201:19 204:17
205:22 208:19
209:11,25 214:4,8
214:12 215:1,8,18
216:3,15 219:13
219:15,19 220:6

220:12,14,16
223:25 225:19
229:14 230:12
234:11
**years**   10:3,10 11:9
11:19,20 13:2
18:6 21:24 22:3,7
27:19 28:10,12
29:15,18,22 37:4
41:14,16 54:2,14
56:15 57:1 59:16
59:18 63:9,13
65:16 67:13,14,21
72:2 86:14,14
87:2 88:12 109:4
110:17 137:6,9
155:25 159:22
175:20,22 177:17
181:1,3 184:6,6
185:16 187:25
189:6 195:4,5
199:22,24 202:3,4
229:8
**yeast**   183:25 184:3
184:5 185:9,22
**yellow**   217:14
**yogurt**   221:22
**york**   2:11,15 6:6
10:2 22:17 23:2
25:18,23 198:14
201:14,14 202:11
202:13 203:1,3
**young**   15:9 54:8
139:25
**younger**   205:2
**yucht**   37:15,21,23
38:15,19

**z**

**zone**   124:25 125:6
125:9 132:5,5,11
138:14,23 172:7

**[zone - zucchini]**

172:13 240:3
**zucchini** 221:24
221:25

Veritext Legal Solutions
www.veritext.com

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.