# EXHIBIT 34

```
1            UNITED STATES DISTRICT COURT

2                      FOR THE

3                DISTRICT OF VERMONT

4    _____

5    JAMES D. SULLIVAN, LESLIE ADDISON,

6    SHARYN JONES and BISHOP ROBIN HOOD

7    GREENE, individually, and on behalf of

8    a Class of persons similarly situated,

9                    Plaintiffs,

10       -vs-                    5:16-cv-00125

11   SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,

12                   Defendant.

13   _____

14            VIDEOTAPED DEPOSITION OF

15             PHILIP K. HOPKE, Ph.D.

16              April 3, 2018

17

18

19   Reported by:  Pamela Palomeque, RPR, CRR, NYRCR

20

21

22

23

24

25
```

Page 2

1

2

3                    Videotaped Deposition of

4            PHILIP K. HOPKE, Ph.D, held at the offices

5            of FARACI LANGE, LLP, Rochester, New York,

6            on April 3, 2018, before PAMELA PALOMEQUE,

7            NYRCR, RPR, CRR, and Notary Public in and

8            for the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1   APPEARANCES:
2

    For the Plaintiffs:
3     DAVIS & WHITLOCK
      Attorneys at Law
4     21 Battery Park Avenue
      Suite 206
5     Asheville, NC 28801
      BY:  GARY A. DAVIS, ESQ.
6     828.622.0044
      gadavis@enviroattorney.com
7
8
9   For the Defendant:
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
10    Attorneys at Law
      51 Madison Avenue
11    22nd Floor
      New York, New York  10010
12    BY:  DOUGLAS E. FLEMING, III ESQ.
      212.849.7401
13    DouglasFleming@quinnemanuel.com
14             -and-
15    BY:  NICHOLAS LoCASTRO, ESQ.
      212.849.7365
16    nicholaslocastro@quinnemanuel.com
17
18  Also Present:
19  Kenneth Williamson
    Videographer
20
    Lyle Chinkin
21
22
23
24
25
```

```
                                              Page 4

 1                     EXAMINATIONS
 2
                                    Page      Line
 3
    1.   Philip K. Hopke, Ph.D.
 4
      EXAMINATION BY MR. FLEMING         8      4
 5    EXAMINATION BY MR. DAVIS          236     11
      EXAMINATION BY MR. FLEMING        237     15
 6
 7
                      *       *         *
 8
 9
                      EXHIBITS
10
11   Hopke
     No.        Description            Page         Line
12
13
     Exh 1   9/1/17 Class Certification .......  10      12
14           Expert Report
     Exh 2   10/2/17 Declaration of Philip K. .  10      24
15           Hopke, Ph.D.
     Exh 3   Class Certification Expert .......  14      24
16           Report and Supporting Documents
     Exh 4   12/15/17 Merits Report of Philip .  17      10
17           K. Hopke
     Exh 5   Merits Expert Report and .........  38       9
18           Supporting Documents
     Exh 6   DuPont Information Bulletin, .....  63      16
19           SGPPLVT04002877-883
     Exh 7   two calculations.................  69      25
20   Exh 8   Summer 2008 "Measurement .........  80       3
             Partitioning, and Near-Field
21           Modeling of Perflurooctanoate
             (PFO) In Air," Catherine Arundel
22           Barton
     Exh 9   additional materials considered ..  89      12
23           by Hopke in writing his reports
     Exh 10  transcript of Gary Thomas Yoder, .  91       3
24           MS
     Exh 11  ChemFab Inspection Reports, ......  91      13
             1992-2000
25   Exh 12  2004 article by Krusic and Roe....  92       9
```

Page 5

| 1 | Exh 13 | 2005 paper by Krusic, Marchione, . | 96 | 16 |
| | | and Roe | | |
| 2 | Exh 14 | Barr, "Process Material Balance .. | 103 | 22 |
| | | Report Glass Cloth Coating" | | |
| 3 | Exh 15 | Barr, "Dispersion Processor ...... | 108 | 19 |
| | | Material Balance Project, Final | | |
| 4 | | Report," February 2005 | | |
| | Exh 16 | e-mail chain, 6/23/17-6/25/17 ... | 123 | 1 |
| 5 | Exh 17 | 8/30/99 letter, Prohaska to ..... | 128 | 20 |
| | | Jones SGPPLVT13001769-772 | | |
| 6 | Exh 18 | Barr 2017 "Draft Conceptual ...... | 145 | 5 |
| | | Modeling of PFOA Fate and | | |
| 7 | | Transport:  North Bennington, | | |
| | | Vermont, Prepared for | | |
| 8 | | Saint-Gobain Performance | | |
| | | Plastics" | | |
| 9 | Exh 19 | Table 6; Table 7 Actual Raw ...... | 157 | 12 |
| | | Material Use, Saint-Gobain, | | |
| 10 | | Merrimack, NH and Bennington, | | |
| | | VT | | |
| 11 | Exh 20 | Bates number 13000019 with ....... | 165 | 12 |
| | | spreadsheet | | |
| 12 | Exh 21 | e-mail chain, 8/28/17 .......... | 170 | 20 |
| | Exh 22 | spreadsheet of historical ........ | 174 | 11 |
| 13 | | information from Dare 8/28/17 | | |
| | | e-mail | | |
| 14 | Exh 23 | April 1992 Alliance ChemFab ...... | 183 | 22 |
| | | Corporation Diagnostic Test | | |
| 15 | | Program Results | | |
| | Exh 24 | Expert Report of Gary T. Yoder, .. | 189 | 5 |
| 16 | | 9/1/17 | | |
| | Exh 25 | Statutes and Regulations ........ | 198 | 12 |
| 17 | | Concerning Air Pollution | | |
| | | Control, State of Vermont, | | |
| 18 | | 11/4/79 | | |
| | Exh 26 | 11/27/89 telephone memorandum, ... | 200 | 9 |
| 19 | | Skip Crego to Chris Jones, Bates | | |
| | | 13002573 | | |
| 20 | Exh 27 | Memo from Bill Bress to Harold ... | 206 | 21 |
| | | Garabedian SGPPLVT13000321 | | |
| 21 | Exh 28 | 1/20/88 Chemical Fabrics ........ | 208 | 15 |
| | | Corporation, North Bennington, | | |
| 22 | | Vermont, Toxic Air Contaminant | | |
| | | Impact Study | | |
| 23 | Exh 29 | 2/1/88 letter, Garabedian to ..... | 209 | 19 |
| | | Robert McWaters, | | |
| 24 | | SGPPLVT13002583-584 | | |
| 25 | | | | |

Page 6

1          (8:47 a.m.)

2          THE VIDEOGRAPHER:  Good morning, we are

3     on the record.  The time is approximately

4     8:47 a.m. on Tuesday, April 3rd, 2018.

5     Please note the microphones are sensitive and

6     will pick up whispering and private

7     conversations.  Please silence or turn off

8     all cell phones.  Audio and video recording

9     will take place unless all parties agree to

10     go off the record.

11          This is media unit 1 of the video

12     recorded deposition of Philip K. Hopke, Ph.D.

13     taken by the defense in the matter of

14     James D. Sullivan, et al., individually and

15     on behalf of a class of persons similarly

16     situated, Plaintiffs versus Saint-Gobain

17     Performance Plastics Corporation, Defendants.

18     Civil action number 5:1-C-CV-00125.  The case

19     is filed in the United States District Court,

20     district of Vermont.

21          The deposition is being held at the law

22     offices of Faraci & Lange, 28 East Main

23     street, Rochester, New York.  I am Ken

24     Williamson, the videographer for Veritext.

25     Our Court Reporter is Pamela Palomeque also

```
                                                      Page 7

 1              for Veritext.

 2                   I am not authorized to administer the

 3              oath.  And I am not related to any party in

 4              this action nor am I financially interested

 5              in the outcome.  Counsel and all present in

 6              the room and everyone attending, please state

 7              your appearances and affiliations for the

 8              record.

 9                   MR. FLEMING:  Sure.  Doug Fleming for

10              the Defendant Saint-Gobain Performance

11              Plastics.

12                   MR. LoCASTRO:  Nicholas LoCastro for the

13              Defendant Saint-Gobain.

14                   MR. CHINKIN:  Lyle Chinkin for the

15              Defendant.

16                   MR. DAVIS:  Gary Davis for the Sullivan

17              Plaintiffs in a class.

18                   DR. HOPKE:  Philip Hopke for Sullivan

19              Plaintiffs.

20                   THE VIDEOGRAPHER:  Please swear our

21              witness.

22

23

24

25
```

                                                        Page 8

1    P H I L I P   K.   H O P K E,  Ph.D., having been

2    called as a witness, being duly sworn by the notary

3    public present, testified as follows:

4    EXAMINATION BY MR. FLEMING:

5        Q.    Good morning.  Could you just state your full

6    name for the record?

7        A.    Philip Karl Hopke.

8        Q.    And again, I'm Doug Fleming; I represent the

9    Defendant, Saint-Gobain Performance Plastics, and I'll

10   be taking your deposition today.

11       A.    Okay.

12       Q.    We haven't met before right; we just met this

13   morning before the deposition a few minutes ago.  Have

14   you ever been deposed before, Dr. Hopke?

15       A.    No, I have not.

16       Q.    Okay.  So I'm sure your attorney has

17   discussed it with you but maybe I can discuss a few

18   basic sort of ground rules.  You understand this is an

19   opportunity for the Defendant to ask you about your

20   opinions that you intend to offer in this case?

21       A.    Yes.

22       Q.    If there are any questions that I ask you

23   today that you don't understand, would you let me know

24   that?

25       A.    Sure.

1          Q.    If you don't let us know that, we're going to

2     assume you understood the question.  Is that fair?

3          A.    Absolutely.

4          Q.    I'll do my best and you can do your best but

5     we should try not to speak over each other.

6          A.    Mm-hmm.

7          Q.    So I'll try to wait until you finish and

8     answer before asking the next question and try to let me

9     finish my questions before you answer.

10         A.    Okay.

11         Q.    If we're both talking at the same time, it's

12    hard for the Court Reporter to take it down.

13         A.    Right, and probably both of us to understand

14    each other.

15         Q.    Excellent point.  In addition to that, try to

16    answer audibly.  We do have a videotape here but it will

17    hard for the Court Reporter to get down if you shake

18    your head yes or no.  If you audibly say "yes" or "no"

19    if you mean yes or no.

20         A.    Yep.

21         Q.    Ah-ha and uh-uh is hard.

22         A.    Yes and no is the appropriate responses.

23         Q.    Very good.  Is there any -- are you taking

24    any medication today that would impair your ability to

25    testify to the best of your ability?

Page 10

1        A.    No.  Takes lots of medications; I'm an old

2    guy.

3        Q.    But nothing --

4        A.    Nothing that's going to affect it.

5        Q.    Is there any reason, as you sit here today,

6    you can't testify truthfully and accurately to the best

7    of your ability?

8        A.    No.

9        Q.    Dr. Hopke, I'm going to hand you a document

10   that we're going to mark as Exhibit 1 and it's your

11   Class Certification Expert Report in this case.

12                (Hopke Exhibit 1, 9/1/17 Class

13                Certification Expert Report, marked for

14                identification, this date.)

15       Q.    So Dr. Hopke, this is a report with

16   TRM Environmental Consultants on the cover with your

17   signature, right?

18       A.    Yes, it is.

19       Q.    It's dated September 1st, 2007 (sic)?

20       A.    Yes, it is.

21       Q.    It's your Class Certification Report?

22       A.    Mm-hmm, yes, it is.

23       Q.    I would like to mark Exhibit 2.

24                (Hopke Exhibit 2, 10/2/17 Declaration of

25                Philip K. Hopke, Ph.D., marked for

```
                                                    Page 11

 1              identification, this date.)

 2       Q.    And Dr. Hopke, this is a Declaration of

 3   Philip K. Hopke, Ph.D. signed by you with a filed date

 4   of October 2nd, 2017.  Right?

 5       A.    Yes.

 6       Q.    And was this a Declaration that you offered

 7   in support of class certification?

 8       A.    Yes.

 9       Q.    If you could take a look at your Declaration

10   there, Dr. Hopke, at the first page, about the fifth

11   line down, it says, "I have prepared an expert report

12   attached as Exhibit 1."  Is that the Exhibit 1 that we

13   just discussed to this deposition?

14       A.    Yes.

15       Q.    "And it contains a complete statement of all

16   opinions I will express on the issue of class

17   certification and the basis and reasons for them as well

18   as the facts or data I considered in forming these

19   opinions."  Do you see that?

20       A.    Yes.

21       Q.    Is that statement still correct today?

22       A.    No.

23       Q.    How is it incorrect today, Dr. Hopke?

24       A.    We have gotten some additional documents

25   since that time and so I want to reserve my opportunity
```

1    to potentially revise this once I have a chance to fully

2    digest the most recent Barr report and other associated

3    documents.

4         Q.    Okay.  And the most recent Barr report that

5    you just mentioned is what?

6         A.    March of 2018, it came about a week or so

7    ago.

8         Q.    And I think you mentioned that you haven't

9    reviewed that yet?

10        A.    Not completely, no, didn't have time.

11        Q.    Okay.  You've reviewed it partially?

12        A.    I've looked at it briefly.  I just haven't

13   had a chance to dig into it.

14        Q.    You haven't evaluated it for purposes of

15   amending your opinion here today?

16        A.    Right.

17        Q.    And I think you mentioned -- did you mention

18   associated documents in addition to the Barr report?

19        A.    Yes, because the appendices now list some

20   new references that I need to get and read and fully

21   understand relative to the Barr report.

22        Q.    Based on the -- based on looking at the Barr

23   report, did you see anything in it that changes your

24   opinion as you sit here today?

25        A.    In a cursory, review, no, there was nothing

Page 13

1    dramatically different but I -- again, I just want to

2    make sure that I've reviewed the most recent and

3    complete report.

4         Q.    Other than reviewing that March 2018 Barr

5    report and any new documents to you cited in the

6    appendices, do you plan on doing any other work relating

7    to your class certification opinion in this case?

8         A.    Not that I know of at this time but there's

9    still discovery going on, as I understand it, and so

10   that leads to the possibility of needing to review

11   additional material.

12        Q.    As you sit here, you understand it's my

13   opportunity to find out what your intensions are as

14   you're sitting here today?

15        A.    Sure.

16        Q.    You're not sitting there today thinking I

17   know I'm going to be X but I'm not telling him about.

18   Is there anything you're planning on doing today

19   specifically in addition to reading the Barr report and

20   the appendices other than the documents you mentioned?

21        A.    No, I'm sorry, no.

22        Q.    Is there anything else about that statement

23   that we read in your Declaration on page 1 that is no

24   longer accurate as we sit here today?

25        A.    No.

1          Q.     Is there anything in your Class Certification

2     Report that you want to correct?

3          A.     Let's see.  Yeah --

4          Q.     You're flipping through Exhibit 1 now?

5          A.     Right.  There is a couple of errors that

6     we've caught.

7          Q.     As you do that, Dr. Hopke, unless you were

8     going to say something else, I was going to note for the

9     record you're reviewing from a binder right now, not the

10    Exhibit 1?

11         A.     I can do it from here.  I haven't marked

12    this one up either.

13         Q.     Sure, you can do whatever you like.  I was

14    going to ask you what is that binder?

15         A.     This is a binder of all of the supporting

16    documents that were referenced, so that when we need to

17    look at them, we have them available.

18                   MR. FLEMING:  Okay.  We'll probably mark

19              that as an exhibit and have it copied.

20                   MR. DAVIS:  That's fine.

21         A.     I won't have to carry it back.

22         Q.     We can mark the binder you brought with you

23    as Exhibit 3.

24                   (Hopke Exhibit 3, Class Certification

25              Expert Report and Supporting Documents,

Page 15

1          marked for identification, this date.)

2     Q.     Are there any notes or writings within the

3   documents in the binder, Dr. Hopke?

4     A.     No.   On page 6.

5     Q.     Page 6 of Exhibit 1, right?

6     A.     Right.   At the bottom of the page, it says

7   "based on these five factors" and there are four, so

8   that five should be a four.

9     Q.     Okay.   I see.   So it says, "in summary

10   particulate and gaseous PFOA emissions from the

11   Bennington and North Bennington facilities were

12   uncontrolled based on these five factors."   You're

13   pointing out that five should be four.   There's only

14   numbered 1 through 4 below it, right?

15     A.     Exactly.   Okay.   On page 4, in the third

16   paragraph, it's the fourth line where it starts 1968 to

17   '78 and nearly 3,000 --

18     Q.     I'm sorry, I'm not with you.   On page 4 --

19     A.     Maybe it got printed differently here.

20     Q.     What does the paragraph begin with?

21     A.     Paragraph begins with "based on the lack."

22     Q.     I see the paragraph now.

23     A.     Fourth line down.

24     Q.     Okay.

25     A.     The 3,000 should be 2,500.

Page 16

1        Q.    Okay.  And if I may follow up, Dr. Hopke, why
2    should the 3,000 be 2,500 there?
3        A.    Because I made a mistake putting it in when
4    I did this last summer.  I have the calculation but
5    somehow I miswrote it when I wrote the report.
6        Q.    It's just a calculation error?  What figure
7    was calculated to be an error, what input?
8        A.    Okay.  This input came from a 2001
9    spreadsheet that we obtained from Saint-Gobain with
10   regard to estimations of emissions that were going to
11   support their permit application for Merrimack.
12       Q.    Was there a specific figure that was input
13   incorrectly?  What --
14       A.    No, I just miscopied from my spreadsheet
15   into the report.
16       Q.    Was it one number or a series of numbers?
17       A.    Just what one number?
18       Q.    What was that one number?
19       A.    The total -- the total was 2,441 and I
20   should have put in 2,500 instead of 3,000.
21       Q.    Okay.  Was it a rounding error?
22       A.    Yeah.
23       Q.    Okay.  Thank you for pointing that out.  When
24   did you realize that, Dr. Hopke?
25       A.    Yesterday when we reviewed it.

```
                                                          Page 17
```

1          Q.    And who is the "we" who reviewed it?

2          A.    Mr. Davis and myself.

3          Q.    Is there anything else in your Class

4    Certification Report that you'd like to correct?

5          A.    No.

6          Q.    Okay.  Let's mark as Exhibit 4, this document

7    dated December 15, 2017 and it's entitled Merits Report

8    of Philip K. Hopke, correct?

9          A.    That's correct.

10                    (Hopke Exhibit 4, 12/15/17 Merits Report

11                    of Philip K. Hopke, marked for

12                    identification, this date.)

13         Q.    Does your Merits Report contain a complete

14   statement of all the opinions you intend to express on

15   the merits of the case?

16         A.    Again, up to this point.  Again, we want to

17   be in a position to utilize any new information

18   available to potentially modify it.

19         Q.    And are you intending on gathering any new

20   information beyond that Barr report from March 2018 that

21   we discussed previously as well as documents cited

22   within it?

23         A.    Again, I've been told there are potentially

24   additional depositions coming that may reflect on this

25   Merits Report and so if there are, if there is

                                                            Page 18

1    additional information, I want to be in a position to

2    fully utilize it.

3         Q.    I'd like to do as best we can, identify

4    anything and everything that you're considering

5    reviewing after you leave today's deposition.  We've got

6    the Barr report?

7         A.    Right.

8         Q.    We've got the documents cited within it,

9    right?  We've got depositions to be taken in this case.

10   Is there anything else that you have on your mind that

11   you may be reviewing as we move forward?

12        A.    Not that I know of.

13                  MR. FLEMING:  To the extent that

14              Dr. Hopke does any additional work in support

15              of his opinions after today's deposition,

16              we'd request notice of that and an

17              opportunity to ask Dr. Hopke questions about

18              it.

19                  MR. DAVIS:  We'll provide a supplemental

20              opinion as per the rules.

21              BY MR. FLEMING:

22        Q.    And as with your Class Certification Report,

23   does your Merits Report also explain all the facts or

24   data that you considered when forming the opinions

25   expressed in your Merits Report?

                                                    Page 19

1        A.    Yes.

2        Q.    The same is true for your Class Certification

3   Report?

4        A.    Yes.

5        Q.    Did I ask you, is there anything in your

6   Merits Report dated December 15, 2017 that you'd like to

7   correct?

8        A.    No.

9        Q.    And appended to both Exhibit 1 and Exhibit 4,

10  so your Class Certification Report and your Merits

11  Report, is a CV, right?

12       A.    Yes.

13       Q.    Is that your most complete and up-to-date CV?

14       A.    No.  Again, I keep publishing papers so

15  we're now up to 659 so I've provided the most recent one

16  to Mr. Davis and if you need one, I'm sure he can

17  provide it or I can --

18            MR. FLEMING:  We'd request a copy of

19       Dr. Hopke's current CV.

20            MR. DAVIS:  Sure.

21       Q.    As you sit here today I haven't seen it so I

22  don't know but --

23            MR. DAVIS:  I just got it yesterday.

24       Q.    -- are you able to identify how it's

25  different from what was given counsel?

```
                                                    Page 20

 1        A.    Okay.  I don't know exactly when you got it

 2   but, again, I -- last year I published 51 journal papers

 3   and one book chapter so I get a paper coming out --

 4   paper coming out roughly once a week so it gets updated

 5   regularly.

 6                  MR. DAVIS:  Let the record reflect that

 7             the CV that we have here attached to

 8             Exhibit 4 and Exhibit 1 does not have a list

 9             of publications so...

10                  THE WITNESS:  Oh, okay, I didn't realize

11             that.

12        Q.    So it doesn't have any of that 650 something

13   that you're mentioning; it's got zero?

14        A.    I don't remember what.

15        Q.    Do you have another CV in a different format

16   as compared to the one that was given to counsel?

17        A.    Sure.

18                  MR. FLEMING:  Okay.  We have -- will you

19             provide that to us, Gary.

20                  MR. DAVIS:  Yeah.  Is that what you

21             provided to me?

22                  THE WITNESS:  Yeah, that's what I sent

23             to you over the weekend.

24                  MR. DAVIS:  Sure, I'll just forward it

25             to you when I get the chance.
```

```
                                              Page 21
1                    THE WITNESS:  It has a list of all the
2               publications and conference presentations,
3               et cetera.
4               BY MR. FLEMING:
5       Q.    Dr. Hopke, how did you come to be retained in
6    this case?
7       A.    I got a call from Emily Joselson of the -- I
8    don't remember what the law firm in Vermont, indicating
9    they were looking for somebody who could help them with
10   particularly the air dispersions and deposition from
11   this -- these plants and would I be interested in doing
12   that?  And I indicated, yes, but I really wasn't running
13   a dispersion model on a routine basis and so I wanted to
14   bring in TRM, which is a small consulting firm that I'm
15   a 15 percent partner in, because we could then engage
16   Gary Yoder, who I knew was routinely running AERMOD, had
17   it all up to date, could do the modeling much more
18   easily than I could in terms of setting up the model and
19   running it, and so they agreed, ultimately agreed to
20   that, and they engaged TRM to do the work with Mr. Yoder
21   doing the AERMOD modeling and I doing the rest that's
22   described in the reports.
23      Q.    When was that, Dr. Hopke?
24      A.    It started in December of '16 with the
25   calls.  We went through some negotiations in January and
```

Page 22

1   February of last year and by the end of February, they

2   engaged TRM to assist them.

3       Q.   What type of negotiations did you engage in

4   before -- with Plaintiffs' counsel?

5       A.   Most of that was done by the managing

6   partner, Cathy Dare.  Mostly a matter of rate sheets and

7   scope of work in a phased manner.  So we had a phase 1

8   where we started basically scoping out what would need

9   to be done and subsequent phases as we got more engaged.

10      Q.   And when you were first approached, were you

11  asked to do a -- to provide an opinion in support of

12  class certification only or were you asked to provide an

13  opinion in support of class certification and the

14  merits?

15      A.   Initially class certification and the merits

16  came afterward.

17      Q.   When were you first retained by Plaintiffs'

18  counsel to offer an opinion on the merits?

19      A.   It would have been around October.  I don't

20  know for certain.  October '17 because it took a while

21  to get it written and submitted by December.

22      Q.   And what was the ultimate scope of your

23  assignment, starting with class certification?

24      A.   Again, to look at the -- particularly the

25  emissions, you know, what was the effect -- effective

Page 23

1    emissions rates, what was the nature of the process that

2    would lead to the emissions rate, what was the, you

3    know, our view of the other opinions with regards to the

4    emissions that would be coming in terms of the

5    partitioning between stack emissions and destruction,

6    other aspects of the physical chemistry of the process,

7    and then also an assessment of the control -- the

8    pollution control system.

9         Q.    Anything else, Dr. Hopke?

10        A.    Again, helping to provide that kind of input

11   data to Mr. Yoder and also reviewing the results from

12   Mr. Yoder's modeling to see whether those made

13   reasonable sense, cross check on the modeling effort.

14        Q.    How about on the merits, Dr. Hopke, what was

15   the scope of your assignment there?

16        A.    Again, looking at these various aspects of

17   the -- how the plant was operated over time in terms of

18   their behavior relative to the pertinent rules and

19   regulations, the normal approach to maintaining and

20   utilizing effective pollution controls, what you would

21   normally think of in terms of needs for effective

22   controls for this type of facility and -- you know, so

23   basically the kinds of things that are outlined in the

24   merit report.

25        Q.    And if we could turn back to Exhibit 1,

Page 24

1    Dr. Hopke, your Class Certification Report, at the

2    second paragraph there on page 1, you see the first line

3    there, second paragraph at page 1 begins "the

4    accompanying expert report has been prepared by TRM in

5    support of Sullivan" and has the case name, right?

6         A.    Mm-hmm.

7         Q.    Who at TRM prepared this report?

8         A.    Me.

9         Q.    Are all of the opinions stated in this report

10    yours?

11        A.    Yes.

12        Q.    Are there any opinions in this report that

13    are someone else's?

14        A.    No.

15        Q.    What is TRM?  Did you say you owned 15

16    percent of it?

17        A.    Yeah.  It is a woman-owned consulting

18    company that consists of three people, Catherine Dare,

19    who's the majority partner, Timothy McAuley, and myself.

20    Tim McAuley was a Ph.D. student at Clarkson, not mine.

21    He started another consulting firm which I was a partner

22    with for a while and then withdrew, but he had brought

23    Cathy in at that point and he had started TRM as a

24    separate company that he used for his expert consulting

25    but we decided that the best approach would be if we

                                                          Page 25

1    could have a woman-owned business.  So he sold a

2    majority share to Cathy and I bought in for 15 percent.

3         Q.    How many employees does TRM have?

4         A.    I'm not exactly sure but I think we have two

5    at the moment.

6         Q.    Who are they?

7         A.    I don't know.  I don't really get involved

8    with the day-to-day management of the business.  I'm

9    primarily there for helping with these kinds of

10   projects.

11        Q.    What is Mr. Yoder's relationship with TRM?

12        A.    He's an independent consultant.

13        Q.    To TRM?

14        A.    To TRM.

15        Q.    How often does he provide consulting services

16   to --

17        A.    Well, this is the only case for TRM.  He had

18   previously worked with CHANGE, the other company, in --

19   with response -- in a case where we were looking at the

20   dispersion of fracking sand in Pennsylvania.

21        Q.    Did you provide any testimony in that case?

22        A.    No.

23        Q.    Or any expert reports?

24        A.    I provided Gary with information on

25   emissions but I never got -- I never was involved in

Page 26

1    writing any of the reports.

2        Q.    And I think you referred to this CHANGE as

3    the other what?

4        A.    Right.  That's the other consulting company

5    that Dr. McCauley owns; he's the majority partner there

6    and Cathy is the minority partner.

7        Q.    I didn't see any reference on the CV that was

8    provided to us.

9        A.    I'm not part of CHANGE anymore.  I haven't

10   been for three years now.

11       Q.    You typically list things on a CV that you're

12   no longer a part of; it's sort of a historic document,

13   right?

14       A.    Well, it was an academic CV.

15       Q.    For example, you list your education.  You're

16   no longer at that education, right?  Your list your

17   prior jobs.  I'm just asking, CHANGE was not on the CV

18   that was provided to us?

19       A.    Right and, again, I didn't think of it as

20   being particularly pertinent to -- as I said, my vitae

21   is normally for academic purposes, for proposals and

22   other kinds of things like that, so it wasn't terribly

23   relevant.

24       Q.    So what is CHANGE?

25       A.    Consulting for health and environment and

Page 27

1    greener something.

2         Q.    How long were you a part of it?

3         A.    About two years.

4         Q.    What was your role with it?

5         A.    I was again a partner, when Dr McAuley was

6    getting it going, he was looking for people to basically

7    help put some money in to get it going, and so I did

8    that and helped him get started.

9         Q.    Did it have any stated mission?

10        A.    Again, it's an environmental consulting firm

11   that's trying to do a, support work for whatever client.

12        Q.    It didn't have any stated mission?

13        A.    Not that I remember.

14        Q.    Did anyone else aside from yourself

15   contribute to your Class Certification Report?

16        A.    Only, you know, by basically Gary Yoder's

17   report as part of the overall.

18        Q.    I'm not sure I follow that, forgive me,

19   Doctor.

20        A.    Again, there's no opinions based on that but

21   I had reviewed it and that's why there's the statement

22   in there with regards to, you know, the Section 4 on

23   page 7 saying that we reviewed his report and adopt and

24   rely on those methodologies and opinions.

25        Q.    I think you said "we."

Page 28

1        A.    It's the -- me.  Imperial we.  Faculty are

2    used to doing that.  We think of ourselves as imperial.

3        Q.    How about Ms. Dare, did she have any part in

4    this Class Certification Report of yours?

5        A.    No.  She just handled the billing.

6        Q.    I think you mentioned before that you've

7    never been deposed?

8        A.    Mm-hmm.

9        Q.    Have you ever offered any kind of testimony

10   in any lawsuit, a trial?

11       A.    No.

12       Q.    Have you ever submitted an expert report in

13   any kind of lawsuit?

14       A.    Yes.  I was part of a class action suit

15   against Stelco, which is the -- which had bought the

16   steel plant component of the LaRouge complex in

17   Dearborn.  We had previously done some source

18   identification and the apportionment at the nearby EPA

19   speciation network site, and so the law firm that was

20   engaged in a class action suit against Stelco engaged me

21   to basically present that material as part of their

22   input and -- but Stelco settled before it ever got to

23   the point of deposition and trials.

24       Q.    And when was this, Dr. Hopke?

25       A.    2010.

Page 29

1      Q.    And what was the name of the law firm who

2   retained you?

3      A.    I don't remember.  I'd have to look it up.

4            MR. DAVIS:  I'm going to object to the

5            question because it's beyond the four years

6            that's required by the federal rules but he

7            can answer questions if he knows.

8      Q.    Any other examples where you've offered an

9   expert report in connection with litigation?

10     A.    Never actually wrote a report but I provided

11  materials in two patent cases, one on behalf of

12  Honeywell and one on behalf of IBM and, again, I don't

13  remember the law firms but, again, that was five or six

14  years ago.

15     Q.    Did any of those patent cases have anything

16  to do with fluorinated compounds?

17     A.    No.

18     Q.    Same question on Stelco did that have

19  anything to do with fluorinated compounds?

20     A.    No.

21     Q.    Any other work you've done in connection with

22  litigation?

23     A.    No.  I try to avoid it, stay out of

24  depositions.

25     Q.    If you turn to page 8 of your Class

```
                                                  Page 30
 1    Certification Report, Dr. Hopke.  Thank you, so Exhibit
 2    1 again, I was going to ask you a question about the
 3    citations on page 8 there under number 5.
 4         A.    Mm-hmm.
 5         Q.    Are those nine citations the materials you
 6    relied on for forming your opinions on class
 7    certification in this report?
 8         A.    Yes.
 9         Q.    Are there any other documents you relied on
10    to express your class certification opinion that are not
11    listed on this page 8 at number 5?
12         A.    No.
13         Q.    How did you come to gather these particular
14    citations that are listed on page 8 of number 5?
15         A.    The bulk of these were provided by counsel.
16    We got an enormous number of documents, which I spent a
17    fair amount of time sorting through to find things that
18    were relevant and, see, we do have the Barr report in
19    here, don't we?  Yeah, must have.  Mm-hmm, do we have it
20    in here?  Have we listed the Barr --
21         Q.    You have to speak a little bit more audibly.
22              MR. DAVIS:  Speak up to him, please.
23         A.    It doesn't look like we listed the Barr
24    report which is obviously in here.  Clearly we looked at
25    that.
```

Page 31

1        Q.    And, again, when you say "we" --

2        A.    Me.

3        Q.    -- that's the imperial professor; that's

4    Dr. Hopke?

5        A.    Yes.

6        Q.    The Barr report, which version of the Barr

7    report did --

8        A.    This would have been the June 2017 report,

9    which is what's in --

10       Q.    So you relied on the Barr report from June

11   2017.  You'd like to add that to your citations here?

12       A.    Yes.

13       Q.    Anything else you'd like to add that you

14   relied on in forming your opinions?

15       A.    I don't think so.  I should have caught that

16   yesterday.

17       Q.    Who selected these particular documents to

18   include on page 8 at number 5?

19       A.    I did.

20       Q.    Did you mention that you were given documents

21   by counsel?

22       A.    Right.

23       Q.    Can you describe to me what you were given?

24       A.    We were given, you know, all of the Vermont

25   documents that I'm aware of; in other words, the permit

Page 32

1    applications, the inspection reports.  We were provided,

2    again, a lot of the material -- the material that they

3    had obtained through discovery, and then the Barton --

4    you know, again, started doing literature searches and

5    came upon Barton and went and got her thesis as well and

6    several derivative papers but everything is really in

7    the thesis.

8         Q.    Let's see if I can break that down.  You were

9    given documents by counsel?

10        A.    Mm-hmm.

11        Q.    You obtained the Barton on your own?

12        A.    Yeah.

13        Q.    And some citations within Barton you obtained

14   on your own?

15        A.    Yeah.  Again, they're just really chapters

16   in the Barton thesis.

17        Q.    Aside from what counsel gave you, did you

18   obtain anything else on your own other than the Barton

19   thesis and the citations that you mentioned?

20        A.    Yeah, I obtained, you know, some background,

21   other background journal papers on Teflon decomposition

22   and other kinds of things so I could get

23   some background -- improve my background on fluorocarbon

24   compound processing.

25        Q.    So in terms of what you obtained, you've got

                                              Page 33

1     the Barton, some citations in the Barton report or

2     thesis, right?  Some other background journal papers.

3     Anything other than that as you're sitting here right

4     now that you can identify that you obtained outside of

5     what counsel gave you?

6          A.    No.

7          Q.    Did counsel describe to you what they were

8     giving to you?

9          A.    No, not in detail.  Again, indications that

10    these were documents obtained from Saint-Gobain.  These

11    were documents obtained from Vermont DEC but just

12    general category.

13         Q.    Did you have any understanding as to why they

14    were providing that to you?

15         A.    Well, that it provided a host of the

16    background material and then, you know, letting me look

17    through and decide what was going to be relevant for the

18    development of the report.

19         Q.    Did they provide you a complete set of all

20    the documents that Saint-Gobain has produced in this

21    lawsuit?

22         A.    I don't know that one way or the other.

23         Q.    You didn't ask them to do that?

24         A.    No.

25         Q.    So you relied on them for their selection of

1   documents to provide to you to form your expert opinion?

2       A.    Yes.

3       Q.    How about the background documents from

4   Vermont?  Do you have any understanding of the criteria

5   that Plaintiffs' counsel applied in giving you

6   documents?

7       A.    Well, basically a bunch of those documents

8   were available -- we got via downloading from the

9   Vermont website.  So I assume that the website contained

10  all of the relevant documents or at least all of the

11  documents that Vermont was willing to release.

12      Q.    Do you know if the Vermont website has all of

13  the documents that Saint-Gobain has produced in this

14  lawsuit?

15      A.    I don't know.

16      Q.    You didn't ask that, right?

17      A.    No.

18      Q.    What criteria did you use in searching the

19  Vermont website?

20      A.    Basically I just downloaded everything that

21  was -- that was included and then looked through them to

22  try and find the ones that were most relevant to what I

23  needed to do.

24      Q.    So you downloaded the entirety of what from

25  the Vermont website?

```
                                                        Page 35

 1         A.     Again, there were inspection reports; there

 2    were permit applications; there were comments on the

 3    Barr reports.  There were -- I think that was most of

 4    it.  I don't remember anything else.

 5         Q.     Going back to the documents that Plaintiffs'

 6    counsel provided to you, were they organized in any way?

 7         A.     Not particularly.

 8         Q.     Were any of the documents that Plaintiffs'

 9    counsel provided you also ones that were on the Vermont

10    website?

11         A.     I don't know.  There could well have been

12    duplicates but all this was coming last spring and it

13    just took a lot to just get them all together and look

14    through and find the ones that were going to be most

15    pertinent to what I needed to do.

16         Q.     What was the volume of material that

17    Plaintiffs' counsel provided you?

18         A.     It was hundreds of documents.

19         Q.     Was it a box, two boxes?

20         A.     All electronic.

21         Q.     Okay.  Did you print it out?

22         A.     A few.  Again, for the initial review I

23    could do it faster electronically with being able to

24    search the documents than I could trying to kill a lot

25    of trees.
```

1      Q.     How about the volume of material that you
2    printed out from the Vermont website?
3      A.     Very little of that I printed out anything.
4    Again, it didn't have a lot of the process description
5    or other things that needed to go into the class
6    certification.
7      Q.     Do you remember anything you printed out from
8    the Vermont website?
9      A.     I think the only thing was the 1990 permit
10   application.
11     Q.     Other than the 1990 permit application, did
12   you print anything else out?
13     A.     Not that I remember.
14     Q.     Why did you choose to print out that 1990
15   permit application?
16     A.     Because that was what I wanted to see, is
17   what they were describing in terms of their control
18   technology.
19     Q.     And turning to your Merits Report, Dr. Hopke.
20   As you do that, if I could just ask one last question on
21   your Class Certification Report, have we discussed
22   everything you considered or relied on in terms of your
23   Class Certification Report?
24     A.     Yes.
25     Q.     Turning to your Merits Report, which is

Page 37

1    Exhibit 2?

2         A.    Yeah.

3                   MR. DAVIS:  I think it's 4.

4         A.    4.

5         Q.    I was close, sorry.  Exhibit 4, thank you for

6    that correction.  Are all of the materials that you

7    relied on in forming your opinions in this merit report

8    cited within the report, Dr. Hopke?

9         A.    Yes.

10        Q.    And how about the materials that you

11   considered in putting together this report?  Are they

12   the same documents we already discussed?

13        A.    No, this is really -- there really are sort

14   of a separate set of documents for the Merits Report

15   because it was much more involved than a number of the

16   internal memos and other materials that weren't directly

17   relevant to the process.

18        Q.    And you were pointing out another binder

19   there, right?

20        A.    Yeah, I'm hoping to get rid of that one,

21   too.

22        Q.    We'll mark that as an exhibit as well.  If

23   you could describe what it is and mark it as the next

24   exhibit.

25        A.    Yes.  It's the merit report and copies of

Page 38

1    each and every of the things that are cited on the

2    citation page or, you know -- well, they're -- in this

3    case they aren't cited but in the report you'll note

4    there are a number of references to specific documents

5    and all of those documents are there so --

6                    MR. FLEMING:  Okay.  Could we mark as

7              Exhibit 5, the binder that Dr. Hopke just

8              described relating to his Merits Report.

9                    (Hopke Exhibit 5, Merits Expert Report

10             and Supporting Documents, marked for

11             identification, this date.)

12                   THE WITNESS:  Get rid of my

13             weightlifting kit.

14             BY MR. FLEMING:

15        Q.    Are those all the documents that you

16    considered in your -- in forming your report in your

17    merits opinion?

18        A.    Again, I looked through a number of other

19    documents but they weren't relevant so I, you know,

20    again did a lot of scanning to see where I could find

21    things that I needed to include and reference and those

22    which weren't relevant, I didn't include.

23        Q.    So did Plaintiffs' counsel provide you

24    documents relating to your Merits Report as well?

25        A.    Yes, again, all of this material that came

Page 39

1    originally and in the spring of '17 were there but,

2    again, I first culled them for things which were

3    relevant to the process and then culled them for things

4    that were relevant to the merits.

5         Q.    You started with that same universe of

6    documents that Plaintiffs' counsel provided you?

7         A.    Yes.

8         Q.    You culled from that things that you thought

9    were relevant for your class certification opinion and

10   then documents that you felt were relevant to your

11   merits opinion, right?

12        A.    Yes.

13        Q.    Did you collect any documents yourself in

14   support of your merits opinion aside from what

15   Plaintiffs' counsel provided to you?

16        A.    No.

17        Q.    Okay.  Maybe if WE could shift gears just a

18   little bit, Dr. Hopke.  You have a Ph.D. in chemistry,

19   correct?

20        A.    Yes.

21        Q.    So you're a chemist; is that fair?

22        A.    Yeah.

23        Q.    Are you a hydrogeologist?

24        A.    No.

25        Q.    Are you an engineer?

1      A.    Again, yes.  I have had appointments in the

2    Department of Civil and Environmental Engineering at the

3    University of Illinois at Urbana-Champaign and the

4    Department of Nuclear Engineering at Urbana-Champaign.

5    Since 2000 and to the time I retired I was in the

6    Department of Chemical and Biomolecular Engineering at

7    Clarkson.  I had a joint appointment in civil and

8    environmental engineering from the time I went to

9    Clarkson in 1989.  I directed Ph.D.s in environmental

10   engineering, nuclear engineering, chemical engineering,

11   engineering science.

12            We have just developed and in the process of

13   patenting the process to suppress carbon monoxide

14   emissions from stored wood pellets that's being actually

15   implemented at a pellet mill in Massena, New York.  So

16   I've done a lot of engineering.  I've published a lot of

17   engineering.  You know, I haven't gone and gotten a PE

18   or any of that sort of thing but, you know, I've been a

19   member of engineering faculty and supervised multiple

20   engineering Ph.Ds.

21      Q.    Are you a materials scientist?

22      A.    No, although I've taught a course in

23   introduction to materials science.

24      Q.    You don't hold yourself out as an expert in

25   materials science?

```
                                                  Page 41

 1         A.    No.

 2         Q.    Correct?

 3         A.    Yes.

 4         Q.    How about an experimental kineticist?

 5         A.    Yes.

 6         Q.    When you say, yes, do you hold yourself out

 7    as an expert as an experimental kineticist?

 8         A.    Yes, I am -- for example, developed the

 9    kinetics of this carbon monoxide suppression process.

10         Q.    How about a biochemist; do you consider

11    yourself to be a biochemist?

12         A.    No.

13         Q.    Are you an expert on stack testing?

14         A.    We have done a number of stack tests.  We

15    have done stack testing for a small coal-fired power

16    plant, for multiple biomass combustion systems, for

17    chassis dynamometers.  I certainly understand and have

18    done it, done it routinely.  You know, again, it depends

19    on how you want to define "expert."

20         Q.    Have you ever held yourself out as an expert

21    in stack testing?

22         A.    No.

23         Q.    You're not a toxicologist, right?

24         A.    No.

25         Q.    You mean correct --
```

```
                                                Page 42

1        A.    Right.

2        Q.    -- you're not a toxicologist?

3        A.    Not a toxicologist.

4        Q.    Are you an epidemiologist?

5        A.    No, I'm not.

6        Q.    Are you a medical doctor?

7        A.    No.

8        Q.    Are you a lawyer?

9        A.    No.

10       Q.    You're grateful for that.  Are you an

11   historian?

12       A.    No. I have done archeology.

13       Q.    But you're not an historian?

14       A.    No.

15       Q.    Correct?

16       A.    Correct.

17             MR. FLEMING:  Want to take a two-minute

18             break as we shift gears a little bit?

19             MR. DAVIS:  Sure.

20             THE VIDEOGRAPHER:  Time is approximately

21             9:41.  We are off the record.

22             (A recess was then taken.)

23             THE VIDEOGRAPHER:  We are on the record.

24             The time is approximately 9:51.  Please

25             continue.
```

```
                                                          Page 43

 1              BY MR. FLEMING:

 2      Q.    Ready to go ahead, Dr. Hopke?

 3      A.    Yes.

 4      Q.    Before, when we were talking about the

 5   materials you relied on or considered in connection with

 6   your Class Certification Report and your Merits Report,

 7   do you recall getting a subpoena requesting those

 8   documents to be produced to us?

 9      A.    Yes.

10      Q.    Have those documents been produced to us?

11      A.    Yes.

12      Q.    And I think before, Dr. Hopke, you were

13   mentioning that part of your class certification opinion

14   relates to alleged emissions rates from Saint-Gobain or

15   ChemFab's facility in Vermont, right?

16      A.    Yes.

17      Q.    Your report doesn't express any opinion,

18   right, on where those emissions went; am I correct about

19   that?

20      A.    That's correct.

21      Q.    Your report doesn't express an opinion on

22   whether or how much of any air emissions got into

23   groundwater; is that correct?

24      A.    That's correct.

25      Q.    Did you visit any of the sites where these
```

```
                                                Page 44

 1   former plants are located?

 2        A.    No.

 3        Q.    Did you visit any of the Plaintiffs or anyone

 4   else's homes in the area?

 5        A.    No.

 6        Q.    Did you conduct any testing yourself?

 7        A.    No.

 8        Q.    Did you visit any facilities to assess the

 9   operating conditions as they may have existed at these

10   former plants?

11        A.    No.

12        Q.    Did you rely on testing for PFOA or APFO at

13   any ChemFab or Saint-Gobain facility?

14        A.    Yes.  We looked at the Merrimack

15   measurements and we looked at the lack of APFO/PFOA

16   measurements at the Bennington plants.

17        Q.    Okay.  See if we can break that down.  I

18   asked if you relied on any testing for PFOA or APFO for

19   any Saint-Gobain or ChemFab facility, right?

20        A.    Right.

21        Q.    You mentioned Vermont and you mentioned

22   Vermont didn't have any such testing, right?

23        A.    Right.

24        Q.    You obviously you didn't rely on that

25   testing?
```

Page 45

1          A.    Well, I relied on the -- it's one of the

2     things we comment on is that they did not measure for

3     either of those compounds in their set of -- in the

4     stack tests that they did do.

5          Q.    Let me see if I can ask it more clearly.  Did

6     you rely on any testing for PFOA or APFO at any

7     Saint-Gobain or ChemFab facility in Vermont?

8          A.    No.

9          Q.    You mentioned Merrimack, right?

10          A.    Right.

11          Q.    Did you rely on the testing data that was

12     performed at the facility in New Hampshire?

13          A.    I reviewed it.  I didn't rely on it because

14     that was a different control system and, therefore, not

15     relevant to the Bennington plant.

16          Q.    I think that answered my question.  You

17     reviewed that data but you did not rely on it, correct?

18          A.    Right.

19          Q.    Is there any data that you relied on of

20     testing any ChemFab or Saint-Gobain facility for PFOA or

21     APFO?

22          A.    No.

23          Q.    Prior to this case did you have any

24     experience with PTFE coating towers?

25          A.    Not directly, no.

1      Q.    Did you have indirect experience with PTFE
2  coating towers?
3      A.    No, just again, reading the material and
4  understanding the process.
5      Q.    That was after you were retained, right?
6      A.    Yes.
7      Q.    So before you were retained --
8      A.    No, no knowledge whatsoever.
9      Q.    How about PFOA or APFO, before you were
10 retained did you have any experience with APFO or PFOA?
11     A.    Yes.  I'm part of the Clarkson team that
12 runs the Great Lakes Fish Monitoring Surveillance
13 Program for the Great Lakes National Program Office of
14 the EPA, and we are in the process of developing
15 analytical procedures for looking at PFOA in fish tissue
16 and components of the food web in the Great Lakes.
17     Q.    Did any of that work involve estimating
18 emissions from facilities for PFOA or APFO?
19     A.    No.
20     Q.    Your reports don't reflect any assessment of
21 the scientific literature by you to offer an expert
22 opinion on whether PFOA or APFO causes any adverse
23 health effects in humans, right?
24     A.    Right.
25     Q.    And you're not going to be offering an

Page 47

1   opinion on any of those subjects, right?

2        A.    No.

3        Q.    You mean correct?

4        A.    Correct.

5        Q.    So I've mentioned APFO and PFOA.  What is

6   APFO, let's start there?

7        A.    Ammonium perfluorooctanoic acid; octane

8   actually because it's neutral salt.

9        Q.    What is PFOA?

10       A.    That's perfluorooctanoic acid.

11       Q.    Are they different chemical substances?

12       A.    Yeah.  You have the basic carbon chain with

13  the carboxylic acid.  The question is what's an acid?

14  If it's hydrogen, it's PFOA, and if it's an ammonium

15  moiety, then it's ammonium APFO.

16       Q.    So am I right that the chemical properties

17  for APFO and PFOA are not the same, correct?

18       A.    Correct.

19       Q.    How about PFO-, what is that?

20       A.    That's the ion that would be in the

21  solution.

22       Q.    Are the chemical properties of PFOA minus

23  different from APFO and PFOA?

24       A.    They're interrelated by their -- again, it's

25  an ion in solution as opposed to potentially a salt or

Page 48

1    an acid which could stand on its own.

2         Q.    So in terms of the chemical properties of

3    PFOA -- strike that.

4              In terms of comparing the chemical properties

5    of PFO-, are they the same as or different from APFO?

6         A.    There are differences, yeah.

7         Q.    And are there also differences between PFO-

8    and PFOA in terms of their chemical properties?

9         A.    Yes.

10        Q.    Do the three turn into gases at the same

11   temperature?

12        A.    At different rates.

13        Q.    So let me break that down.  The three turn

14   into gases, meaning PFO minus, APFO and PFOA, at the

15   same temperature, is that your testimony?

16        A.    Okay.  In other words, APFO will sublime;

17   PFOA will evaporate.  PFO minus would have to pick up a

18   hydrogen in order to be able to volatilize.  That all

19   would be possible at a given temperature but at

20   different rates.

21        Q.    Are they all volatile to the same extent or

22   to a different extent?  You mention PFO minus -- I'm

23   sorry, go ahead.

24        A.    Yeah, to a different extent.

25        Q.    Have you heard that PFO minus is not volatile

```
                                               Page 49
 1   in solution?

 2        A.    Yes.

 3        Q.    Do you agree with that?

 4        A.    Yes.

 5        Q.    Does APFO volatilize as much as PFOA while

 6   being heated in solution?

 7        A.    Does what?

 8        Q.    Does APFO volatilize as much as PFOA while

 9   being heated in solution?

10        A.    APFO would not -- would not be in solution.

11   It would disassociate into an ammonium ion and PFOA

12   minus at reasonable solubility.

13        Q.    Have you ever read that APFO does not

14   volatilize as much as PFOA?

15        A.    Yes.

16        Q.    Does it in fact volatilize significantly less

17   than PFOA?

18        A.    Yes.

19        Q.    Can you estimate how much less APFO

20   volatilizes as compared to PFOA?

21        A.    Yes.  You know, when you look up the

22   saturation vapor pressures at a given temperature, we

23   can apply that to an equation to estimate what it is as

24   a function of temperature.

25        Q.    Do you have any quantification of what that
```

```
                                                Page 50
 1    relationship would be?

 2         A.    Hum?

 3         Q.    Can you quantify that at all?

 4         A.    I could given enough -- given time and

 5    access --

 6         Q.    As you sit here today?

 7         A.    No, I can't off the top of my head.

 8         Q.    Would it be accurate to estimate that APFO

 9    volatilizes about one-one thousandth as fast as PFOA?

10              MR. DAVIS:  Object to the form of the

11              question.

12         A.    I don't know right offhand; I'd have to look

13    it up.

14         Q.    As you sit here today, does that sound wrong

15    to you?  Do you have an opinion on that?

16              MR. DAVIS:  Objection.

17         A.    I don't have an opinion.

18         Q.    In forming your opinions in this case, did

19    you come to any judgment on the different rate at which

20    APFO volatilizes as compared to PFOA; in other words,

21    did you ever know that?

22         A.    Yeah, I looked at it in detail last summer

23    but I don't remember the numbers in specific detail

24    right now.

25         Q.    So you think last summer you would have
```

```
                                              Page 51
 1   calculated the different rate --
 2        A.    Well, I didn't calculate.  I mean, I
 3   examined the potential for volatilization and felt that,
 4   you know -- and provided the opinion that I've written.
 5        Q.    But you recall enough to know that APFO
 6   volatilizes significantly less as compared to PFOA?
 7                  MR. DAVIS:  Objection to the question.
 8        Q.    Is that fair?
 9        A.    Yes.
10        Q.    What is PTFE, Dr. Hopke?
11        A.    Okay, trying to remember exactly what --
12   it's the polyethylene polymer of fluorocarbon,
13   perflouronated something, ethylene.  It's the solvent
14   polymer, the Teflon.
15        Q.    What are its properties?
16        A.    It's a solid at room temperature.  It's
17   obviously hydrophobic.  It's slippery and nonstick.
18        Q.    Do you know what -- in what form it would
19   have come to ChemFab or Saint-Gobain?
20        A.    A fine powder, 25 micron size powder if I
21   remember correctly.
22        Q.    Do you know if it came in any other form?
23        A.    Not that I'm aware of.
24        Q.    Do you know how many different kinds of PTFE
25   there are by any chance?
```

```
                                                    Page 52
 1        A.     No.
 2        Q.     Do you know if it's base or acidic?
 3        A.     I don't know.
 4        Q.     What's a surfactant?
 5        A.     A surfactant is a material which allows
 6   the -- to reduce the interaction between materials so
 7   that you can support a suspension.  Typically it's used
 8   to take a material and solubilize it.
 9        Q.     Do you know what -- in what form a surfactant
10   came to Saint-Gobain or ChemFab?
11        A.     It came as solutions of these fluorocarbon
12   materials.  The FC and the materials from 3M or FC and
13   the material from DuPont was another solution of these
14   perfluorocarbons.
15        Q.     Do you know how many different kinds of
16   surfactants Saint-Gobain or ChemFab used?
17        A.     You know, the list that we had, it was
18   something of the order of five or six but that may be an
19   underestimate.
20        Q.     And were the surfactants base or acidic?
21        A.     Could be either depending on what it's used
22   for.
23        Q.     The ones that you reviewed, did you determine
24   the pH level of any of those?
25        A.     They're on the MSDS.  They run from 4 to 10.
```

Page 53

1       Q.    As you sit here today, can you identify any

2    surfactant that had a pH of 4?

3       A.    FC-170 had 4 to 7.  I don't remember what

4    143 was.  I'd have to go back and look at the MSDSes.

5       Q.    Your report refers to a coating solution,

6    Dr. Hopke.  What is that?

7       A.    As I understand it, it's the mixture of the

8    PTFE granules with surfactant to keep them separated and

9    suspended so that they didn't flocculate and, therefore,

10   would effectively coat the fibers of the material being

11   processed.

```
                                              Page 54
 1          Q.    Do you know how many different coating
 2    solutions Saint-Gobain used over time or ChemFab?
 3          A.    No, not specifically.
 4          Q.    Do you have any kind of reasonable estimate
 5    of the number of different coating solutions that
 6    Saint-Gobain or ChemFab utilized in Vermont over time?
 7          A.    I would want to go back and look and cal --
 8    add them up.  I'd rather not speculate.
 9          Q.    Do I have this right, Dr. Hopke?
10    Vaporization is a conversion of a compound from a liquid
11    to a gas?
12          A.    Yes.
13          Q.    How about this, do I have this right; that
14    the chemical decomposition is the separation of a
15    chemical compound into two or more simpler compounds or
16    elements?
17          A.    Yes.
18          Q.    And vaporization and chemical decomposition
19    are two different things, right?
20          A.    Yes.
21          Q.    Are they the same type of chemical process?
22          A.    No.
23          Q.    Should those two words be used
24    interchangeably?
25          A.    No.
```

1      Q.     I think before we were talking about pH,

2   right?

3      A.     Yes.

4      Q.     Do you know the pH of any PTFE liquid

5   dispersion?

6      A.     Not directly.

7      Q.     If you could explain when you say "not

8   directly."

9      A.     Well, again, if we knew what the pH of the

10  components were, we could then estimate the pH of the

11  resulting solution.

12     Q.     Have you done that at all?

13     A.     No, because we didn't really have detailed

14  information.

15     Q.     On the pH?

16     A.     On the pH.

17     Q.     And, therefore, you wouldn't know the pH of

18  any coating solution either; is that fair?

19     A.     Again, we know that it can't be strongly

20  acidic given the pHs of the solutions, of the

21  surfactants and the reported proportions in the coating

22  solutions.

23     Q.     So the -- if I understood -- tell me -- I

24  don't want to misstate it.  Tell me if I have this

25  correct.  You didn't calculate the pH of the coating

```
                                              Page 56
 1   solution because you didn't have the information
 2   available; however, it would not be acidic?
 3        A.    It would not be strongly acidic.
 4        Q.    It would not be strongly acidic?
 5        A.    Again, the lowest pH we saw reported in the
 6   MSDSes was about 4.
 7        Q.    Was that for a coating solution?
 8        A.    No, that was for the surfactant solution.
 9        Q.    So I'm focused now on the coating solution.
10        A.    Yeah, we don't have -- there is no
11   information that I could find on the pH of the coating
12   solutions.
13        Q.    Dr. Hopke, your report refers to catalytic
14   abatement pollution control technology, right?
15        A.    Yes.
16        Q.    What is that?
17        A.    That's where you use a material which does
18   not get used up in reaction but can promote the speed at
19   which a reaction takes place.
20        Q.    Had you worked on anything related to
21   catalytic abatement pollution control technology before
22   you were retained in this case?
23        A.    Not worked on it but taught it in class.
24        Q.    What class was that, Doctor?
25        A.    Air Pollution Control.
```

```
                                                        Page 57

 1        Q.    How about wet electrostatic pollution control

 2    technology, how does that different from the catalytic

 3    abatement pollution control technology?

 4                    MR. DAVIS:  Let me object to the

 5                    question, misleading, but you can may answer.

 6                    MR. FLEMING:  I'll rephrase it if

 7                    there's anything misleading about it.

 8                    MR. DAVIS:  Okay.

 9        Q.    Let me just ask you -- I'll rephrase it.

10    Certainly not my intention to have anything be

11    misleading so I'd like to address that if I may.  What

12    is wet electrostatic pollution control technology,

13    Dr. Hopke?

14        A.    Again, that's where you're using electric

15    fields to charge and collect material as opposed to

16    having material deposit onto a catalytic surface and

17    decompose.  So one is collection device; one is

18    decomposition device.

19        Q.    Have you ever worked on any issues related to

20    wet electrostatic pollution control technology?

21        A.    Again, no, but taught it in class.

22        Q.    You taught both the catalytic pollution

23    control technology and this wet electrostatic pollution

24    control technology in an introductory undergraduate

25    class; is that correct?
```

Page 58

1          A.     Seniors and graduate students.

2          Q.     Seniors and graduate students, okay.  How

3     about wet scrubbing pollution control technology,

4     Dr. Hopke, what is that?

5          A.     Again, using a droplet to typically, you

6     know, again collect gases and particles and remove them

7     from a gas stream.

8          Q.     Does that differ from the other technologies

9     we just discussed?

10         A.     Yes, because you're -- you're using -- you

11    can have wet scrubbers in various ways.  You can

12    actually have a spray scrubber.  You can have liquid

13    deposited onto solid surfaces and have the material --

14    particularly the gas is then depositing into the or --

15    absorbing into the liquid and potentially with the

16    convoluted air paths have impaction of at least larger

17    particles to remove them from the gas stream.  So

18    there's a variety of ways that you can construct

19    scrubbers ranging from droplet scrubbers to packed bed

20    scrubbers.

21         Q.     If we could turn to your Class Certification

22    Expert Report, Dr. Hopke, which is Exhibit 1.  I'm going

23    to ask you a question about page 2, section 3.3.  Give

24    you a second to get there.

25         A.     Okay.

1        Q.     At the fourth line, there's a sentence that

2    reads "PTFE dispersions contained PFOA as a relatively

3    low concentration component, and higher concentrations

4    (up to 100 percent) PFOA surfactant could be added to

5    the coating formulation.  PFOA was added to the

6    dispersions as the ammonium salt to PFOA, ammonium

7    perfluorooctanoate (APFO)."  Did I read that right?

8        A.     Okay, I'm still having trouble --

9        Q.     It's section 3.3 of page 2, four lines down.

10       A.     Okay.

11       Q.     I read the last two sentences.

12       A.     Okay.  Now, I found that, thank you.

13       Q.     Did I read that correctly?

14       A.     Yes.

15       Q.     So the -- the surfactant had APFO, correct?

16       A.     Yes.

17       Q.     And in higher concentration as compared to

18   the dispersion, right?

19       A.     Yes.

20       Q.     How much more in proportion was there APFO in

21   the surfactant as compared to the dispersion?

22       A.     Okay.  I don't -- I don't know.  I'd have to

23   go back and look.

24       Q.     Is the priority source of APFO the surfactant

25   or the dispersion?

Page 60

1          A.     It would be the surfactant I think.

2          Q.     And the APFO is in low concentration in the

3     PTFE dispersion, right?

4          A.     That was my understanding.

5          Q.     And your report refers to PFOA as a

6     relatively low concentration component.  Isn't it

7     correct you mean APFO?

8          A.     Well, again, at the pH that they would

9     likely be at, it would have disassociate -- well, it

10    would -- it would be -- again, it depends on how you

11    want to call it.

12         Q.     Let's call it by its chemical name.

13         A.     Okay.  The -- it would be there as the

14    perfluorooctanoate.  It would be there as the ion with

15    the ammonia in the solution.  It would be separated as

16    ammonium ion and the PFO ion.

17         Q.     You reviewed a number of MSDSes in this case,

18    right?

19         A.     Yes.

20         Q.     Did you review any of that identified PFOA as

21    being an ingredient as compared to APFO?

22         A.     I don't think so.

23         Q.     So you would agree that APFO was the

24    ingredient, not PFOA?

25         A.     Yes.

```
                                              Page 61

 1        Q.    In order for PFOA to form, the pH would have
 2    to be acidic, correct?
 3        A.    If you're really getting to the acid, yes,
 4    it would have to be below somewhere between 2 and 3,
 5    which is where the pK is.
 6        Q.    And if you really want to get to the acid,
 7    that's another way of saying if you really want to form
 8    PFOA, right?
 9        A.    Right.  We may have some sloppy nomenclature
10    here.
11        Q.    Meaning the use of PFOA when you meant APFO?
12        A.    Or PFO really.
13        Q.    PFO minus?
14        A.    Right.
15        Q.    If you would turn to page 3 there of your
16    expert report, Dr. Hopke.
17        A.    Okay.
18        Q.    At paragraph 1 -- I'm sorry.  Yeah, the first
19    paragraph.
20        A.    Mm-hmm.
21        Q.    The last sentence of that first paragraph at
22    the third to last line, it reads "to be effective."  Are
23    you with me?
24        A.    Mm-hmm.
25        Q.    "As a surfactant, the pH of the solution
```

Page 62

1    would be adjusted such that the APFO would disassociate

2    to ammonium ion and PFOA"?

3         A.    Mm-hmm.

4         Q.    Did I read that correctly?

5         A.    Yes.

6         Q.    And what's the basis of your assertion that

7    the pH of the solution would need to be adjusted to be

8    effective as a surfactant?

9         A.    Because if it were entirely there as the

10   PFOA, then it would not have the double -- the

11   carboxylic acid to make it amenable to interact properly

12   with the water.  The idea here is that you need the

13   polar end, the carboxylic acid in order to be

14   effectively in the water and the hydrophobic end

15   deinteract with the Teflon in order to support the

16   Teflon granula in the suspension.

17        Q.    Let's see if I follow.  Would the pH need to

18   be adjusted to be more acidic or basic --

19        A.    Basic.

20        Q.    I'm sorry, go ahead -- to make the dispersant

21   solution more effective as a surfactant, more basic; is

22   that correct?

23        A.    It needs to be above pH 3 to start having

24   PFO-.

25        Q.    Let me see if I can finish the question and

Page 63

1    see if I'm following it.  Would the pH need to be

2    adjusted to be more acidic or more basic than a neutral

3    solution to make the dispersant solution to be more

4    effective as a surfactant?

5         A.    Relative to a neutral solution, pH 7

6    solution, it wouldn't need to be adjusted.

7         Q.    So how was the pH solution adjusted according

8    to you?

9         A.    It was adjusted primarily by the amounts of

10   the dispersant relative to the amount of the water.

11   There was no -- as far as we can find, there was no

12   indication of any additions of acids or bases to

13   specifically adjust the pH.

[redacted]





Page 66



Page 67

[REDACTED]

8          Q.    Other than those -- strike that.  If APFO

9     were added to a PTFE dispersion in the form of a

10    surfactant, would you agree that the amount of APFO that

11    dissolves is dependent on the degree of dispersion?

12         A.    Not necessarily if -- again, it would depend

13    on the total amount of APFO that were added relative to

14    the critical micelle-forming concentration.

15         Q.    You're looking at your attorney.

16         A.    I'm just seeing if he flinched too much.

17         Q.    Why would he flinch?

18         A.    Because we're getting into the weeds.

19         Q.    Is -- let me ask it this way.  Is whether or

20    not APFO dissolves at all a function of pH of the

21    dispersion?

22         A.    It certainly has to have some influence but

23    at the kinds of concentrations that you would want to

24    use it for as a surfactant, you would not be adding that

25    much to get to the solubility product.

1       Q.    In your report at page 3, the top paragraph,
2    four lines up, do you see where it says, "the fraction
3    of material that was in the PFOA form is a function of
4    the pH of the dispersant solution that is a mixture of
5    several dispersants and the PFT granules"?
6       A.    Mm-hmm.
7       Q.    Did I read that right?
8       A.    Yeah.
9       Q.    How about, again, for APFO, is it correct
10   that it's a function of the pH?
11      A.    How much of it is APFO?
12      Q.    Yes.
13      A.    Yes.
14      Q.    What does APFO dissolve into when it's added
15   to an aqueous solution?
16      A.    Again, depends on the pH but it's going to
17   typically, you know -- most -- if the pH is over 3, it's
18   certainly going to be primarily PFO- and ammonium ion.
19   There will be some APFO in the solution.
20      Q.    Is it ammonium cations NH4+ and PFO-?
21      A.    That's what I just said.
22      Q.    Did you say that?
23      A.    Yeah.
24      Q.    I didn't hear that.  So ammonium cations,
25   NH4+, right, and PFO-?

1      A.      Right, but there still may be some APFOA
2  depending -- APFO depending on the pH.
3      Q.      So at page 3 there, paragraph 1, that last
4  sentence again, "to be effective as surfactant, the pH
5  of the solution would be adjusted such that the APFO
6  would disassociate to ammonium ion and PFOA"?
7      A.      You're meaning PFO-.
8      Q.      And NH4, right?
9      A.      Right.
10      Q.      NH4+?
11      A.      Right, that's the ammonium ion.
12      Q.      It doesn't disassociate into PFOA, correct?
13      A.      No.
14      Q.      It disassociates into NH4+ and -- strike
15  that.
16      A.      It's PFO- and NH4+.
17      Q.      So that's not stated correctly in this
18  report, right?
19      A.      We used PFOA probably incorrectly in terms
20  of meaning the ion.
21      Q.      Let's see if I can --
22      A.      We really should have had three species.
23              MR. FLEMING:  Mark the next exhibit,
24          which is Exhibit 7.
25              (Hopke Exhibit 7, two calculations,

                                                Page 70

1              marked for identification, this date.)

2              BY MR. FLEMING:

3        Q.    There are just two calculations here,

4    Dr. Hopke.  I wanted to see if you agree with it as

5    correct.  We discussed that the calculation APFO as it

6    disassociates would go to NH4+ plus PFO-, correct?

7        A.    At the appropriate pH.

8        Q.    At the appropriate pH, as a function of the

9    pH, right?

10       A.    Yeah.

11       Q.    And then PFO- plus the H+ would yield PFOA;

12   is that correct?

13       A.    Yes, in equilibrium and depends on the pH as

14   well.

15       Q.    Okay.  That would be a two-part chemical

16   reaction, right, to get to the APFO.  To get to the --

17   to get from the PFOA to APFO would be a two-step

18   reaction?

19       A.    Yeah, two step.

20       Q.    Those two steps are reflected in Exhibit 7,

21   right?

22       A.    Yes.

23       Q.    So, again, can you tell us on what basis you

24   asserted in your expert report that APFO can

25   disassociate to PFOA?

Page 71

1          A.    Yeah, because, again, we have information
2    that at pH 4, about 6 percent of the PFO is, really is
3    PFOA.  I mean, again, it's not until you get below the
4    pK that it becomes -- moves to the fully acidic form.
5    So there's partial of acidic form and disassociated form
6    up through somewhere in the pH 4 to 6 range and I
7    haven't -- I haven't been able to find a full diagram of
8    the -- of the -- of the pH ion disassociation pattern.
9          Q.    And --
10         A.    But even the pK is only defined as being
11   between 2 and 3.  Couldn't find a specific value.
12         Q.    And I think you referred to a full diagram.
13   You couldn't find a full diagram of what the pH actually
14   is?
15         A.    What the concentration of each species is as
16   a function of pH.  Typically you build a concentration
17   diagram as a function of pH based on the pK of the
18   disassociating material.
19         Q.    And that's an unknown variable, right, the pH
20   in this --
21         A.    Yeah, it doesn't appear that -- if it's been
22   measured, it hasn't been reported in the open
23   literature.
24         Q.    Before I was asking if it was correct that
25   APFO can disassociate to PFOA.  It can only get there

Page 72

1    through that two-step process, right?

2         A.    Mm-hmm.

3         Q.    It doesn't immediately disassociate to PFOA.

4    It disassociates as reflected in number 1 of that

5    calculation in front of you, right?

6         A.    Right, but at a low enough pH, these steps

7    will go rapidly.

8         Q.    With pH being the key there, right?

9         A.    Yeah.

10        Q.    Do you also agree, Dr. Hopke, that in order

11   for APFO to be emitted as PFOA from the coating tower

12   during the manufacturing process, the APFO in the

13   solution would have to acidize into PFOA, correct?

14        A.    Not necessarily -- well, no, yes, it would

15   have to move to APFOA but it -- you know, the fact that

16   it can sublime at even 20 degrees C, there is mobility

17   of the hydrogen ion to the PFO- that would give you the

18   formation of the APFOA, the -- the APFO.

19                  MR. FLEMING:   Can you read that answer

20             back?   I wasn't sure if I got it.

21                  (Whereupon, the last answer was then

22             read back by the Reporter.)

23        Q.    So I can ask it again.   APFOA is not a

24   substance I'm familiar with.

25        A.    No, it's APFO.

1      Q.    Do you agree that in order for APFO to be

2   emitted as PFOA from the coating tower during the

3   manufacturing process, the APFO in the solution would

4   have to acidize into PFOA; is that correct?

5      A.    Yes.

6      Q.    Your Class Certification Report, if you turn

7   to page 3 -- I'll get there.  That first paragraph

8   again, one, two, three --

9      A.    Mm-hmm.

10      Q.    -- four lines up -- strike that.  I think we

11   covered that sentence.  Bear with me, Dr. Hopke, I think

12   we've covered my questions on that.

13      A.    Okay.

14      Q.    Does -- would it affect your estimates, you

15   know, given in this case if all of the APFO in the

16   solution did not in fact convert to PFOA?

17      A.    Well, then the question is where else would

18   it go?  You know, as it -- again, as the solution dries

19   and you start to form solids and the solid can sublime

20   at even relatively low temperatures, then at these

21   temperatures above 100 degrees C, you're going to be

22   forming APFO -- APFO and it's going to then be able to

23   sublime.

24          So the key here is that you have a dynamic

25   process.  It's not simply the PFO- in solution.  As

1    you're drawing it, you're going to be changing the

2    system in a way that's going to allow it to be I think

3    converted into APFO and evaporated.

4         Q.    Let me ask, Dr. Hopke, before coming today,

5    did you assume that all the APFO in the solution would

6    convert to PFOA?  Did you make that assumption?

7         A.    I assumed that it would be in a position to

8    be volatilized.  You know, again, it's a case of, you

9    know, the question is where -- where it's going as

10   the -- as the -- as the water on the surface of the

11   fibers is evaporating and will that then -- as it dries

12   out into the solid, then it should be in a position to,

13   yes, convert to the APFO because that's where the

14   volatility will come from.

15        Q.    So let me see if I can ask it and see if I

16   get it.  If it's a yes or no, if it's not a yes or no,

17   explain to me, you know, what you think.  But did you

18   assume that all the APFO converts to PFOA?

19        A.    Yes.

20        Q.    As you sit here today do you still believe

21   that to be correct?

22        A.    Yes.

23        Q.    Given -- why do you believe -- strike that.

24   Isn't whether it will convert from APFO to PFOA a

25   function of pH?

Page 75

1        A.    But the pH is changing as you're drawing it

2    and you're going to -- once you get to dried material,

3    then the sublimation mechanism comes into play.

4        Q.    You don't know the pH, right; you established

5    that?

6        A.    No, I don't know the pH.

7        Q.    Even though you don't know the pH, how do you

8    get from APFO to PFOA without knowing the pH?

9        A.    From the fact that solid will sublime by

10   exchanging a hydrogen from the ammonium ion to the PFO-

11   and producing the APFO, from the work that's been done

12   on the sublimation of the APFO.

13       Q.    Seeing the DuPont Information Bulletin we saw

14   before that had the pH of 10, does that at all call into

15   question in your mind whether APFO could convert to APFO

16   (sic) at a pH of 10?

17       A.    Again, as you dry the solution and you start

18   to form the solids, then pH becomes -- is no longer

19   defined, okay.  If you've got a solid -- pH is only

20   there for the solution.  And so you have then the

21   potential -- the additional mechanism for the mobility

22   of the hydrogen ion to form the APFO and volatilize out,

23   and the fact that it's leaving will give you a chemical

24   potential in that direction.

25       Q.    Can you cite anything in the materials you

Page 76

1      read that supports the opinion you just gave?

2          A.    Yeah.   There's certainly literature that

3      says that APF -- that it will -- you know, that it

4      sublimes.

5          Q.    What's the "it," sir?

6          A.    Hum?

7          Q.    What's the "it" that will sublime that you're

8      referring to?

9          A.    Yeah, that the APF -- that the APFOA -- APFO

10     will sublime at room temperature and, you know, it

11     doesn't provide, again, a temperature.  You know, I

12     don't have the -- there's no parameters for an equation

13     to estimate what that vapor pressure would be at at 100

14     to 130 degrees but it's certainly going to be higher, so

15     there's going to be a strong movement into the

16     atmosphere.

17         Q.    As you sit here today, can you identify any

18     citation that would show that APFO could convert to PFOA

19     in a solution with a pH of 10?

20         A.    Not in solution.  Well, again, in solution,

21     a pH 4, 6 percent of it is already APFO -- is PFOA.  If

22     the pH is -- you know, now as you go higher, that

23     percentage will decrease but there still will be some

24     but the point is we're also talking about a system in

25     which we're moving from a solution to a dried material

1   and the dried material then, the pH becomes -- is no

2   longer relevant.  The pH is not defined in a solid.

3         Q.    So I really was focused -- I appreciate your

4   answer, thank you, but can you cite any literature that

5   would show that APFO, all the APFO, all of it could

6   convert to PFOA in a solution at a pH of 10?  Can you

7   cite to any literature?

8         A.    No, that will not happen.

9         Q.    And if it converts to a solid, would that

10   then turn into a particulate matter?

11         A.    Well, it would vaporize first and now the

12   question is what's the -- it depends on what the amount

13   in the, the air is whether it reaches supersaturation

14   and forms new particles directly or it will just attach

15   to the existing particles that are going to be there

16   naturally in the environment.

17         Q.    So would you agree with me that during the

18   drying phase, all of these, the APFO doesn't convert to

19   PFOA and evaporate out of the tower?  That's incorrect,

20   right?

21         A.    No, I don't agree with that.

22         Q.    Let me see if I can understand.  Is it your

23   testimony that all of the APFO during the drying phase

24   converts to PFOA and gets evaporated or is it your

25   testimony that some of the APFO turns into a solid?

1        A.    Both.

2        Q.    So then I didn't ask my question clearly

3    enough.  I'll let you finish explaining and then I'll

4    ask it.

5        A.    As it dries into a solid, it now has the

6    ability to sublime.  Okay?  The hydrogen can move -- you

7    form a PF -- you form APFO, it sublimes, and you wind up

8    with an ammonia and a PFOA in the air.  That's going to

9    then -- it's not likely that at these temperatures

10   you've got supersaturation but you've got existing

11   particulate matter.  The air stream coming in is not

12   Hepa filtered so there are background particles that are

13   going to attach to those particles.

14       Q.    So is it -- is it correct or not -- let me

15   see if I understand it.  Will all of the APFO, all of it

16   in a coating solution convert to PFOA during the drying

17   phase and evaporate into the environment?  Is that -- do

18   you agree with me that's incorrect?

19       A.    Between the drying --

20       Q.    Can you answer that question yes or no?  If

21   you can't, explain.

22       A.    No, I can't answer it yes or no.

23       Q.    Go ahead.

24       A.    I think all of the -- you know, it's my

25   belief that all of the A -- all of the PF -- all of that

Page 79

1    octanoic acid between when it dries and when you now

2    start to -- you've now heated it to 100 to 200 -- 100 to

3    130 C and then you start to take it up to higher

4    temperatures as you move it towards the sintering, all

5    of that is going to then very rapidly evaporate that

6    material, sublime that material, sorry, into the

7    atmosphere and you're going to lose all of that

8    surfactant PFO as APFO into the gas stream.  You're

9    going to try and move that wet air away from the fabric

10   so that the fabric effectively dries and so that's going

11   to carry that material up the stack.

12        Q.    Which material?

13        A.    The PFO at that point as APFO.

14        Q.    Not as PFOA?

15        A.    Or as PFOA, right, I'm sorry, you're right.

16   PFOA.

17        Q.    I'm asking; I'm not asserting.  I want to

18   know --

19        A.    PFOA is where it would be in the gas phase.

20              MR. DAVIS:  It might be time for a break

21         when you get to a reasonable stopping point.

22              MR. FLEMING:  Let's do this one exhibit

23         and if that's all right with you, Gary, we'll

24         take a quick break after that.

25              MR. DAVIS:  That's fine.

```
                                                    Page 80
 1        Q.    So I'm going to hand you another exhibit,
 2   Dr. Hopke.
 3                    (Hopke Exhibit 8, Summer 2008
 4              "Measurement Partitioning, and Near-Field
 5              Modeling of Perfluorooctanoate (PFO) In Air,"
 6              Catherine Arundel Barton, marked for
 7              identification, this date.)
 8        Q.    So Exhibit 8 is entitled the Measurement
 9   Partitioning, and Near-Field Modeling of
10   Perfluorooctanoate (PFO) In Air by Catherine Arundel
11   Barton dated the summer of 2008.  Right?
12        A.    Yep.
13        Q.    This is one of the documents you relied upon
14   in forming your opinions?
15        A.    Yes.
16        Q.    And if you turn to page 38, at table 3.1 --
17        A.    Okay.
18        Q.    -- do you see there, it has the near boiling
19   point for PFOA?
20        A.    Mm-hmm.
21        Q.    And it says it's 188 degrees Celsius?
22                    MR. DAVIS:  Did you mean the normal
23              boiling point?  Sorry, you said near boiling
24              point.
25                    MR. FLEMING:  I'm sorry if I -- yeah, I
```

```
 1              did misread it.  Thank you, Gary.
 2              BY MR. FLEMING:
 3      Q.      Let me rephrase it.  Thank you for that
 4   correction.  Does it say the normal boiling point for
 5   PFOA is 188 degrees Celsius?
 6      A.      Yes.
 7      Q.      Did I ask you do you agree with that?
 8      A.      I have no reason not to.
 9      Q.      You relied on that?
10      A.      Yeah.
11      Q.      For APFO in this table, the boiling point is
12   missing a number, right?
13      A.      Yeah.
14      Q.      Instead it says it decomposes, right?
15      A.      Yes.
16      Q.      Do you agree with that?
17      A.      Yeah, but that doesn't -- never mind.
18      Q.      In your expert report at Exhibit 1, if you
19   have that in front of you at page 3?
20      A.      Yep.
21      Q.      The third paragraph, the first sentence, it
22   says, "if the APFO did stay with the fabric to the
23   second phase of heating or the baking stage, it would
24   then vaporize from the fabric."  Do you see that?
25      A.      Yep.
```

                                                    Page 82

1        Q.    And you agreed earlier that vaporization and

2    decomposition are not the same thing, right?

3        A.    Yep.

4        Q.    So why are you asserting that APFO vaporizes,

5    in your expert report, at this stage when Barton shows

6    that it decomposes at this temperature?

7        A.    Okay, because I -- okay, that's an error in

8    terms of not adequately explaining the mechanism.  I

9    tried to make -- I simplified it inappropriately.  Okay?

10             Again, you have this mechanism whereby as

11   you heat -- you know, it has the ability to move the

12   hydrogen ion to the -- to the PFO and produce PFOA, so

13   the decomposition is not the breakdown of the PFOA into

14   smaller components.  It's the breakdown of the ammonium

15   perfluorooctanoic acid into ammonia and PFOA.  That's

16   the decomposition.

17       Q.    So the APFO decomposes in the drying and

18   baking phases; it doesn't vaporize, right?

19       A.    The APFO doesn't vaporize but it forms PFOA

20   that does vaporize.  That's what the decomposition is.

21   It's not breaking down into smaller pieces of

22   hydrocarbon.  It's breaking down into ammonium and PFOA.

23   That's the decomposition.

24       Q.    We discussed before that it disassociates

25   first.  You have the calculation in front of you?

```
                                                   Page 83
 1        A.     That's in liquid.   We're talking about

 2   solid.

 3        Q.     Okay.

 4        A.     Different system.

 5        Q.     Okay.   Do you have anything you can cite that

 6   would show that APFO decomposes to PFOA --

 7        A.     Yep.

 8        Q.     -- at this temperature?

 9        A.     At lower temperatures, which means it's

10   going to do it even more effectively here.

11        Q.     Can you show me the citation?

12        A.     Give me a few minutes to find the right

13   reference.

14        Q.     Do you want to go off the record as you look

15   for that, Dr. Hopke?

16        A.     Okay.   That would be a good thing.

17               THE VIDEOGRAPHER:   This is the end of

18               media unit 1.  The time is approximately

19               10:59.  We are off the record.

20               (A recess was then taken.)

21               THE VIDEOGRAPHER:   We are on the record.

22               This is the beginning of media unit number 2.

23               The time is approximately 11:12 a.m.  Please

24               continue.

25
```

                                                              Page 84

1              BY MR. FLEMING:

2         Q.    Dr. Hopke, you were looking for a citation in

3    response to my question during the break.  We broke for

4    about ten minutes.

5                   MR. FLEMING:  How long were we on break?

6              About ten minutes?

7                   THE VIDEOGRAPHER:  Yeah, 12.

8         Q.    12 minutes.  Can you provide the citation?

9         A.    Not -- no, I didn't bring it with me.  I'll

10   have to go home and find it and send it.  I have the --

11   an indication of the sublimation at 25 degrees C where

12   it's got a vapor pressure of 4.2 pascals and that I can

13   provide you.

14        Q.    But in response to my question --

15        A.    The decomposition mechanism is in another

16   paper that I didn't print out and bring, so I'll have to

17   go find it.

18        Q.    Can you identify or describe that paper to me

19   in any way, who the authors were?

20        A.    I think it's in one of the Shin papers but

21   I'm not certain.

22        Q.    Can you spell that for me?

23        A.    S-H-I-N.

24        Q.    What year?

25        A.    Okay.  There are two papers.  One was 2008?

Page 85

1    2010?  They're referenced in appendix A of the Barr

2    report but it may not be those.  I think that's it but,

3    you know, again, these are all things I found after.

4         Q.    Okay.  So you've got a few additional things

5    out in front of you.  We've marked the binders but I see

6    a stack of papers and a book to your right.  What is

7    that stack of papers you have to your right?

8         A.    Again, other material.  You know, I brought

9    the Vermont comments on the Barr report.  I've got a --

10   in the Merits Report I refer to a 1970s version of the

11   Air Pollution Control Book and I just brought that along

12   in case you wanted to -- I'd rather not get that noted

13   as a --

14        Q.    Yeah, we'll be able to work with you on that.

15   But I'd like to mark that stack of papers as -- how

16   would you describe the stack of papers next to you for

17   purposes of making the exhibit.  Papers you brought with

18   you to the deposition for what purpose?

19        A.    Just as references, as needed.

20        Q.    And were these all produced to us previously?

21        A.    No, these were all things I found more

22   recently.

23        Q.    Oh, okay.  So when I was asking before if all

24   of the materials that you considered --

25        A.    In writing the report --

Page 86

1        Q.    Let me finish the question.  All the papers

2     you considered or relied upon in forming your opinions

3     in your Class Certification Report or your Merits Report

4     that had been produced to us, is that incorrect?

5        A.    No, that was correct.

6        Q.    Okay.  So then describe again for me, if you

7     would, what that stack is.

8        A.    This was last August.

9        Q.    Right.

10       A.    That doesn't mean I haven't stopped looking

11    to find other things to buttress the arguments.  So in

12    the interim, I have found additional material, which

13    depending on where we go, may wind up in a supplemental

14    to this report or rebutting whenever reports you

15    produce.

16       Q.    Okay.

17       A.    So at this point -- but it's just a matter

18    of trying to -- you know, again, we had a deadline that

19    we had to meet at the end of August and so, you know,

20    I -- at that point I relied primarily on what they

21    provided.  In the interim I've done some additional

22    looking on the chemistry in order to try and be better

23    informed.

24       Q.    So after you submitted your expert reports,

25    you were looking for additional chemistry papers to be

```
                                                    Page 87
 1   better informed?
 2        A.    Right, and again, we just got the Barr
 3   report which identified a few others that I hadn't known
 4   of before and hadn't been able to find.
 5        Q.    So in addition to all the materials that have
 6   been provided to us, if I'm looking for all the
 7   materials you've considered in this case, if I add that
 8   stack of papers next to you, which we're going to mark
 9   as an exhibit, is there anything beyond that that you've
10   considered?
11        A.    Again, there are, you know, other things
12   that have come up, as I say, from the Barr report, the
13   two Shin papers.  There's another one in reference to --
14   in Appendix A of the Barr report that I got.
15        Q.    So before we discussed that in terms of
16   additional work you may do, you might look at that Barr
17   report from March 2018, in addition to citations within
18   it, right?
19        A.    Sure.
20        Q.    I'm thinking anything beyond that now.  I'm
21   trying to find out anything you've considered, as you
22   sit here today, in connection with this case.  You've
23   got the reliance materials, the materials you considered
24   in connection with your reports, we've got the stack of
25   materials next to you that you're flipping through now.
```

```
                                                    Page 88
 1    Is there anything I'm missing?
 2          A.    The one thing might be this one.
 3          Q.    We're not missing it because it's there in
 4    that stack of material, right?
 5          A.    But I haven't previously reported it.
 6          Q.    Okay.  So Dr. Hopke, I want to try to be
 7    clear for the record, you know, so we can both try to
 8    work together on this, right?
 9          A.    Right.
10          Q.    Are you with me?
11          A.    Yeah.
12          Q.    Okay.  I'm looking for all -- identification
13    of all the materials you've considered to date, right?
14    If we talk the reliance materials you identify in
15    connection with your Merits Report and your Class
16    Certification Report, all the other materials you
17    considered that have been produced to us, right?
18          A.    Yes.
19          Q.    And you take this stack of paper next to you,
20    right?
21          A.    Mm-hmm.
22          Q.    Is that the totality of everything or are we
23    missing other papers, other documents you've considered
24    in connection with this case or is that the totality?
25          A.    Okay.  There -- as I say, there are the, at
```

```
                                                     Page 89

 1    least three other references in the Appendix A of the

 2    Barr report that I didn't print and bring.

 3         Q.    So we've got --

 4         A.    But --

 5         Q.    Aside from the Barr report and the citations

 6    within it, is there anything else?

 7         A.    I don't think so.

 8         Q.    Okay.  Fair enough.  That's what I was trying

 9    to get at.  So if we could mark that stack of papers

10    that you have next to you as Exhibit 9.  We'll put a

11    rubber band around it.

12                   (Hopke Exhibit 9, additional materials

13                   considered by Hopke in writing his reports,

14                   marked for identification, this date.)

15                   MR. DAVIS:  Is there a way you can

16                   describe those maybe?

17                   MR. FLEMING:  I think we did on the

18                   record but I'm going to give Dr. Hopke a

19                   rubber band and see if we captured it right.

20                   BY MR. FLEMING:

21         Q.    Dr. Hopke, am I correct, these are additional

22    materials you considered since you wrote your two

23    reports; is that fair?

24         A.    Yes, plus some, you know, basically

25    duplicates of -- I mean, here is the text of the March
```

Page 90

```
1    Barr report without the appendices.  Keep my arm from
2    getting too far stretched, and a few other odds and ends
3    of things that, you know -- you know, a copy of the
4    subpoena, a copy of the -- so...
5         Q.    Okay.  And then, Dr. Hopke, you also have
6    underneath that a textbook.  We're not going to mark it
7    so you can retain your copy.  Read into the record the
8    title and the author and the date.
9         A.    Right.  This is Air Pollution, Its Origin
10   and Control, Kenneth Wark and Cecil Warner, one of the
11   earliest of the air pollution control textbooks.
12        Q.    What is the date on it, edition, or both?
13        A.    It's '74 or 5.  Copyright '76.
14        Q.    Does it have an edition number at all?
15        A.    No, but it's the first edition because
16   there's been four editions now.
17        Q.    Did you bring anything else with you to the
18   deposition beyond what we've marked or identified in the
19   form of the book?
20        A.    No.
21             MR. DAVIS:  Just for completion sake,
22             there are more documents on the table here.
23        A.    Oh, that's right.  This stuff.  You know,
24   there is the -- Gary Yoder's transcript and then a set
25   of inspection reports from Vermont DEC.
```

                                               Page 91

1        Q.    Okay.  So can we mark this Yoder transcript

2    as Exhibit 10.

3                    (Hopke Exhibit 10, transcript of Gary

4             Thomas Yoder, MS, marked for identification,

5             this date.)

6        A.    I wanted to see what your inquisition

7    techniques were.

8        Q.    I just wanted to get your opinion, Dr. Hopke,

9    and the bases for them and everything you considered.

10       A.    Understood.

11       Q.    And then in the binder, the binder you have

12   there would be Exhibit 11, we'll mark.

13                    (Hopke Exhibit 11, ChemFab Inspection

14            Reports, 1992-2000, marked for

15            identification, this date.)

16       Q.    For the binder that's Exhibit 11, are there

17   any documents in there that aren't cited in your Merits

18   Report?

19       A.    We didn't cite the inspection reports

20   specifically.  We pointed out that there were 11 times

21   when the inspectors came and the abaters were not at

22   proper temperature but I didn't call out which specific

23   inspection reports.

24       Q.    Who selected these documents to put into this

25   binder?

```
                                           Page 92
 1        A.    Well, they were provided to me by counsel
 2   but these were all of the Vermont inspection reports
 3   available for the ChemFab facility.
 4        Q.    How do you know those are all of the
 5   available inspection reports?
 6        A.    At least those are all the ones that are
 7   available on the Vermont DEC website.
 8        Q.    I think we're on Exhibit 12.
 9               (Hopke Exhibit 12, 2004 article by
10               Krusic and Roe, marked for identification,
11               this date.)
12        Q.    Dr. Hopke, as I get to that, let me ask you
13   this.  At what temperature, in your view, does APFO form
14   as a solid?  At what temperature?
15        A.    Well, again, we have the Barton material
16   which suggests that the melting point is somewhere in
17   the 157 to 165 range so it would be somewhere below
18   that.
19        Q.    So it's below 157 to 165 degrees Celsius,
20   according to you, the temperature at which it will form
21   into a solid?
22        A.    Right.
23        Q.    As you sit here today, do you have any
24   further identification of that temperature beyond that
25   it's just below 157 to 165 degrees Celsius?
```

```
                                                       Page 93
 1          A.     No.

 2          Q.     As you sit here today, do you know at what

 3     rate APFO would form into a solid at this unspecified

 4     temperature?

 5          A.     No, there was no rate information that I

 6     found.

 7          Q.     So I've handed you Exhibit 12, Dr. Hopke.

 8          A.     Mm-hmm.

 9          Q.     This is a paper that's cited in your report,

10     right?  It's entitled Gas -- well, let me shorten it,

11     it's by Krusic, K-R-U-S-I-C, and Roe, R-O-E, from the

12     year 2004, right?

13          A.     Yes.

14          Q.     And do you see in the abstract there, the

15     fourth line, it says, we find that APFO cleanly

16     decomposes by first-order kinetics to give the

17     hydrofluorocarbon 1-H-perfluoroheptane and is completely

18     decomposed (greater than 99 percent) in a matter of

19     minutes at the upper limit of this temperature range.

20     Do you see that?

21          A.     Yes.

22          Q.     Do you see the temperature range above it is

23     196 to 234 degrees Celsius?

24          A.     Yes.

25          Q.     Krusic and Roe published an equation 1,
```

1    right, that shows APFO converts to 1-H-perfluoroheptane

2    plus NH3 and that's at page 3802; correct?

3         A.    Decarboxylate.

4         Q.    That's correct?  Is this equation an example

5    of first-order kinetics?

6         A.    Yes.

7         Q.    Is it an example of unimolecular

8    decomposition?

9         A.    Yes.

10        Q.    Is PFOA a component of thermal decomposition

11   in equation 1?

12        A.    No.

13        Q.    Can 1-H-perfluoroheptane convert quickly back

14   to PFOA?

15        A.    No.

16        Q.    Let's turn to page 4 of your report.  The

17   first sentence there, Dr. Hopke, it says, "again

18   considering the thermal decomposition of the APFO/PFOA,

19   it is scientifically impossible for the temperature of

20   the solution to rise above the boiling point of water

21   (212 degrees Fahrenheit) until all the water is

22   evaporated, even if the zone is nominally '200 to 300

23   degrees Fahrenheit'."  Do you see that?

24        A.    Yes.

25        Q.    Is it scientifically impossible to raise the

1    boiling point of water above 212 degrees?

2         A.    Again, at appropriately higher pressures.

3    If you were above atmospheric, then you could

4    potentially have a higher boiling point but if you're

5    lower, then the boiling point will in fact go down.  The

6    point is that boiling is the point at which the

7    saturation vapor pressure equals the pressure of the

8    supporting -- of the gas surrounding liquid.

9         Q.    Is it scientifically impossible or not?

10        A.    At atmos -- again, we're trying to explain

11   something to people without a lot of thermodynamic

12   background so at 1 atmosphere, yes, it is scientifically

13   impossible to have boiling at higher than 100 C, 212 F.

14        Q.    Doesn't adding a salt to water potentially

15   raise the boiling point above 212 degrees?

16        A.    Yeah, we can get into boiling point

17   elevation but again --

18        Q.    Adding salt to water?

19        A.    Adding salt to water will decrease the

20   saturation vapor pressure of the solution and raise the

21   boiling point; you're correct.

22        Q.    And in this sentence in particular, what did

23   you mean by "the thermal decomposition of APFO/PFOA"?

24   Again, those are different chemical -- those are

25   different substances with different chemical properties,

Page 96

1    right?

2         A.    Right.

3         Q.    They have different thermal decomposition

4    temperatures, right?

5         A.    Potentially.  We don't have, I don't think,

6    good data on the decomposition of either of them.

7         Q.    Didn't we -- did we not --

8         A.    Well, but it says decomposes but it doesn't

9    tell me what it decomposed to.

10        Q.    And before, I think if I understood you

11   correctly, you didn't know the specific temperature at

12   which APFO decomposes, correct?

13        A.    Right.

14        Q.    I'll hand you another exhibit, Dr. Hopke,

15   moving right along.  Exhibit 13.

16                  (Hopke Exhibit 13, 2005 paper by Krusic,

17              Marchione, and Roe, marked for

18              identification, this date.)

19        A.    Okay, yeah.

20        Q.    So Dr. Hopke, this is another Krusic paper,

21   right?

22        A.    Mm-hmm.

23        Q.    You cited it in your Class Certification

24   Report, right?

25        A.    Yes.

Page 97

1      Q.    This one is by Krusic, Marchione, and Roe,

2  R-O-E, and Marchione is M-A-R-C-H-I-O-N-E, right?  Is

3  that right, Dr. Hopke?

4      A.    Yes, that's correct.

5      Q.    The paper is dated in the year 2005, correct?

6      A.    Mm-hmm.

7      Q.    Do you see, Dr. Hopke, on the first page in

8  the introduction, about four lines up from the bottom of

9  the left column, it says, "it has recently been shown

10  that APFO does not survive the elevated temperatures

11  (350 to 400 degrees Celsius) specified for fluoropolymer

12  processing."  Did I read that right?

13      A.    Yes.

14      Q.    Do you have any basis to dispute that?

15      A.    Yes.

16      Q.    What is your basis to dispute that sentence

17  in the article you relied on?

18      A.    Okay.  Because in the earlier paper, 2004,

19  they did it in a glass ampule and there's the potential

20  for the glass serving as a catalyst for the enhanced

21  conversion that they're seeing.  That's why in this

22  paper they used a quartz ampule to avoid any potential

23  transition metals or other potential catalytic materials

24  that might have affected it, and in fact somewhere in

25  here they say that they were concerned about how to use

Page 98

1    the glass and, therefore, part of the reason for doing

2    this experiment was the potential incorrect estimation

3    of the decomposition in the earlier paper.

4         Q.    Am I correct that at least according to these

5    authors, it has recently been shown that APFO does not

6    survive the elevated temperatures 350 to 400 degrees

7    Celsius specified for fluoropolymer processing?  That's

8    what these researchers say?

9         A.    Under the conditions in their previous

10   paper.

11        Q.    Do you have any testing that supports your

12   comment that there's a potential that that result could

13   be incorrect based on the material that was used?  Do

14   you have any testing that shows that?

15        A.    No, I don't know -- I have not done any

16   testing.  I haven't been able to find any testing.

17        Q.    Dr. Hopke, if I could ask you to turn to the

18   conclusion section.

19        A.    Mm-hmm.

20        Q.    And do you see, Dr. Hopke, the fourth line

21   under the conclusion?

22        A.    Mm-hmm.

23        Q.    I'll strike it.  I'll read it.  Beginning

24   from the first line under conclusion, "PFOA in an

25   isolated environment is thermally quite stable up to 300

1    degrees Celsius but at higher temperatures is

2    susceptible to decomposition at increased rates via

3    heterogeneous assistance."  Did I read that right?

4         A.    Yes.

5         Q.    Do you agree with that?

6         A.    Yes.

7         Q.    Next sentence reads, the half-life of PFOA at

8    307 degrees Celsius in the presence of crushed quartz

9    under our conditions may be estimated at five days,

10   whereas in the presence of crushed sodium borosilicate

11   glass, the half-life at this temperature is

12   approximately 1.3 hours.  Did I read that right?

13        A.    Yes.

14        Q.    Do you agree with that?

15        A.    That's the data they presented so, yes.

16        Q.    Okay.  And then moving down several lines, it

17   says -- talking about APFO, "by contrast, the pyrolysis

18   of the ammonium salt, APFO, is more facile by orders of

19   magnitude and proceeds by first-order kinetics at

20   essentially the same rates in both quartz and

21   borosilicate ampules."  Did I read that right?

22        A.    Yes.

23        Q.    And then it says, "from the derived

24   activation parameters, a half-life of 2 seconds at 307

25   degrees Celsius is estimated for APFO."  Did I read that

```
                                           Page 100
 1   right?

 2        A.    Yes.

 3        Q.    Do you agree with that?

 4        A.    No.

 5        Q.    What methodology did you utilize to form a

 6   disagreement with the authors of this paper that you're

 7   relying on?

 8        A.    I don't think they've shown that.  Okay?  I

 9   mean, again, the -- they have not really looked at the

10   decomposition of APFOA -- a PFOA rather, except in the

11   presence of these materials and in both cases, you know,

12   even in the case of the more catalytic borosilicate

13   glass, it was -- had a half-life of approximately over

14   an hour.  So I don't think they have provided a sound

15   scientific basis for saying that it will decompose in

16   2 seconds.

17        Q.    Have you cited anything to show us what you

18   view to be the rate at which it decomposes?

19        A.    No.

20        Q.    Have you formed -- have you studied the

21   literature on any kind of systematic basis to identify

22   the rate at which it would decompose?

23        A.    I have looked extensively through the

24   literature and have been unable to find other work that

25   looks at this problem.
```

1        Q.    And do you see the last sentence, it says,

2    "it is anticipated that most other salts of PFOA will

3    thermally decompose at temperatures substantially lower

4    than those required for the free acid."  Do you see

5    that?

6        A.    Mm-hmm.

7        Q.    Do you have any basis to disagree with that

8    statement?

9        A.    I don't know.  I have not gone back to

10   references 23 -- 22 and 23 to look at those in detail

11   because, again, only the ammonium salt was involved here

12   so I didn't look at other salts.

13       Q.    If we could turn back to your Class

14   Certification Expert Report, Dr. Hopke, Exhibit 1.

15       A.    Mm-hmm.

16       Q.    If we go back to the first page, at the sixth

17   line, there's a reference to three emission rate

18   scenarios, right?

19       A.    Mm-hmm.

20       Q.    It says that were used to support modeling

21   and determination of likely deposition rates, right?

22       A.    Yes.

23       Q.    And I think you testified earlier you did not

24   perform the modeling for PFOA air deposition in this

25   case, right?

```
                                                  Page 102
 1        A.    Correct.

 2        Q.    Mr. Yoder did that?

 3        A.    Yes.

 4        Q.    Mr. Yoder used the program called AERMOD?

 5        A.    Yes.

 6        Q.    Why was it that Mr. Yoder did that modeling

 7   instead of you?

 8        A.    He has considerably more expertise in

 9   directly utilizing AERMOD.  He has it up and running

10   routinely.  He has all of the basic other data ready to

11   go so that it was much more timely to have him do the

12   modeling than for me to set it up and run it.

13        Q.    And you're relying on Mr. Yoder for that

14   modeling; right?

15        A.    Yes.

16        Q.    You didn't form an independent expert opinion

17   on your own of that modeling; you're relying on

18   Mr. Yoder?

19        A.    Yes, but, again, I've known of Gary for a

20   long time.  We worked on this other prior project so I

21   had confidence that he understood the model and could

22   run it effectively.

23        Q.    And you let him do that?

24        A.    Yes.

25        Q.    Can we agree that for any PFOA that was
```

Page 103

1    emitted from the towers, from the ChemFab or

2    Saint-Gobain facilities, it would have been as

3    particulate matter?

4         A.    No, no.  I mean, most of it would be

5    particulate matter but there certainly would be at least

6    some in the vapor phase.  Not a lot but most, particles.

7         Q.    Can you quantify how much PFOA would be

8    released as an emission as particulate matter as opposed

9    to vapor?

10        A.    Again, based on Barton, it would suggest

11   that the vast majority would be as particulate and,

12   therefore, we modeled it as an upper bounding estimate

13   to model it all as particulate.

14        Q.    Modeled it all as particulate matter; is that

15   correct?

16        A.    Yes.

17        Q.    Do you agree that the characteristics of

18   particles in emission streams can vary substantially due

19   to operating conditions at different facilities?

20        A.    Yes.

21        Q.    I'd like to mark another Exhibit 14.

22              (Hopke Exhibit 14, Barr, "Process

23              Material Balance Report Glass Cloth Coating",

24              marked for identification, this date.)

25        Q.    So, Dr. Hopke, do you recognize this

                                        Page 104

1    document?

2         A.    Yes.

3         Q.    It's a report discussing testing data relied

4    upon by Barr and in its conceptual site model, right?

5         A.    Yes.

6         Q.    Did you review this when coming to your

7    opinions in this case?

8         A.    Not until after the report was submitted.

9    I've seen this more recently.

10        Q.    Okay.  So you reviewed this Exhibit 14 which

11   is entitled Process Material Balance Report Glass Cloth

12   Coating after you submitted your Class Certification

13   Expert Report?

14        A.    Correct.

15        Q.    And did you also review it after you

16   submitted your Merits Report?

17        A.    Correct.

18        Q.    When was the first time that you reviewed

19   Exhibit 14?

20        A.    It would have been sometime a few weeks ago.

21        Q.    And how was it that you came to get this

22   document?

23        A.    Again, I had -- I recognized that we had had

24   reference to it before and so I requested it from

25   counsel.

1        Q.    So it's referenced in your Class

2    Certification Report?

3        A.    I don't think so.

4        Q.    Okay.  So when you said that you referenced

5    it, what are --

6        A.    No, no, in the references that we've seen,

7    like the Barr report and things like that, so, you know,

8    I wanted to make sure that I had this and had a chance

9    to review it.

10       Q.    Was it provided to you within the last few

11   weeks or did you review it previously?

12       A.    Yes.  I don't think I had it previously.  I

13   mean, again, it could be in that collection of stuff.  I

14   mean, we kept getting material and I didn't always get a

15   chance to fully review everything as it came in.

16              MR. FLEMING:  I'm going to ask my

17         colleague a question.

18              (Whereupon, there was a pause in the

19         proceedings.)

20              BY MR. FLEMING:

21       Q.    Dr. Hopke, let's take a look at your Class

22   Certification Report.

23       A.    Mm-hmm.

24       Q.    You're confident you didn't review this until

25   after your report, right?

```
1        A.    Yeah, I think I included it as a reference
2   but I think I got that as a derivative from the Barr
3   report, without actually looking at this report, per se,
4   and that's how I -- it's in this report.
5        Q.    Okay.  So if you turn to page 3.  Did I say
6   of your Class Certification Expert Report?
7        A.    Okay.
8        Q.    The second paragraph at the third-to-last
9   line.
10       A.    Right.
11       Q.    You see where it says, "however, the report
12  makes it clear that 'a determination' regarding
13  destruction is inconclusive for several reasons."
14       A.    Mm-hmm.
15       Q.    Isn't that sentence contained within
16  Exhibit 14 that you didn't review at the time you wrote
17  this paper, this report?
18       A.    Yes.
19       Q.    How did you come to quote a document you
20  hadn't reviewed?
21       A.    I'm not sure.  Again, this was last summer
22  and obviously had it from something.  Maybe I had a copy
23  last summer but I don't remember having seen it so,
24  again, I know I got another copy recently and that's
25  when I -- so I'd have to go back and look and see
```

1    whether I actually had it before or not.

2         Q.    Do you think someone else may have written

3    this sentence --

4         A.    No, I wrote it but I'm not sure where I got

5    the quote.

6         Q.    But as you sit here today, you don't remember

7    reading the document that you quoted until after you

8    wrote this report; is that fair?

9         A.    Yes.  I'm getting a little forgetful.

10        Q.    If we go back to Exhibit 14 --

11        A.    Okay.

12        Q.    -- and again that's the Process Material

13   Balance Report for Glass Cloth Coating, right?

14        A.    Yes.

15        Q.    And this report measures the fate of APFO

16   during two manufacturing processes at a ChemFab facility

17   in Merrimack, New Hampshire, right?

18        A.    Correct.

19        Q.    And at section 2.1 of the first page, at the

20   bottom there, in the third sentence it says, "two glass

21   cloth coating processes represented the process range of

22   interest and both were sampled," right?

23        A.    Yes.

24        Q.    And page 2 discusses Process 1, right?

25        A.    Yes.

Page 108

1         Q.    At the first bullet of page 2 it says,
2     "Process 1 is one of the glass cloth coating processes
3     running at the facility and is representative of
4     processes used in the industry."  Did I read that right?
5         A.    Yes.
6         Q.    Are you aware that this ChemFab specific data
7     contained in this Exhibit 14 was compiled into an
8     industry-wide material balance report?
9         A.    Yes.
10        Q.    Are you aware that that industry-wide
11    material balance report is publicly available on the
12    website of the US EPA?
13        A.    No.
14        Q.    Did you review that publicly available
15    industry-wide material balance report in coming to your
16    opinions in this case?
17        A.    No.
18        Q.    So let's turn to another exhibit.
19                (Hopke Exhibit 15, Barr, "Dispersion
20                Processor Material Balance Project, Final
21                Report," February 2005, marked for
22                identification, this date.)
23        Q.    So this is the Dispersion Processor Material
24    Balance Project, Final Report, right?
25        A.    Yes.

```
                                            Page 109
 1        Q.    This is the industry-wide report I just
 2   mentioned, right?
 3        A.    It appears so.
 4        Q.    Plaintiffs' counsel didn't provide this to
 5   you?
 6        A.    He did not.
 7        Q.    You didn't ask for it?
 8        A.    No, I didn't know it existed.
 9        Q.    And, therefore, you didn't consider it?
10        A.    No.
11        Q.    "No," meaning, correct, you did not consider
12   it?
13        A.    No, I did not consider it.
14        Q.    On page 5 of Exhibit 15 --
15        A.    Okay.
16        Q.    -- do you see where it says The Objective Of
17   The Study?
18        A.    Yes.
19        Q.    It says, "the objective of the study was to
20   understand how APFO contained in AFD which is -- I'm
21   saying now aqueous fluoropolymer dispersion," right?
22        A.    Mm-hmm.
23        Q.    I'll keep continuing with the quote, "the
24   objective of the study was to understand how APFO
25   contained in AFD used in processing plants might find
```

Page 110

1    its way into the environment."  Did I read that right?

2         A.    Yes.

3         Q.    It says, "more specifically, data were to be

4    collected describing the potential contribution of

5    dispersion processing to possible environmental pathways

6    of exposure to APFO from air, water, and solid waste

7    media."  Do you see that?

8         A.    Yes.

9         Q.    So in other words, the purpose of the report

10   was to determine how many APFO entered into the

11   environment from the coated fabric facilities; is that

12   fair?

13        A.    Yes, from this fabric coating facility.

14        Q.    Correct.  And this -- well, strike that.  We

15   discussed that a ChemFab facility in Merrimack was

16   tested with this study, correct?

17        A.    Correct.

18        Q.    This was a coated fabric facility, right?

19        A.    Yes.

20        Q.    In fact at the time this ChemFab facility in

21   New Hampshire was tested, many of the fabric coating

22   towers that were operational at North Bennington were

23   operational at that time at the New Hampshire facility,

24   right?

25        A.    That's my understanding.

1    Q.    Exhibit 14 contains actual mass balance data

2    from ChemFab's New Hampshire facility, right?

3    A.    Correct.

4    Q.    If you turn to page 7 of that report, do you

5    see where it says in the middle, underneath the table,

6    "a significant portion (87 percent) of the APFO input to

7    the process is not detected in the environmental media."

8    Did I read that right?

9    A.    Yes.

10    Q.    You don't remember reviewing this before you

11    provided your expert report, right?

12    A.    Yes, I don't remember.

13    Q.    You didn't rely on this data, therefore, in

14    your Class Certification Expert Report, right?

15    A.    No, I did not.

16    Q.    Do you recall how you formed any view that --

17    well, let me ask you, did you form any view as to

18    whether or not this data on destruction is inconclusive

19    or conclusive?  Did you form any view?

20    A.    Again, they -- I don't -- did not know the

21    details of the Merrimack plant and exactly what and

22    where they sampled and whether, in fact, they really

23    were able to fully close the loop in terms of

24    determining all of the results -- all of the resultant

25    material from the input dispersant and coating

1    materials.

2              You know, they didn't seem to look for any

3    of the byproducts and so, you know, you couldn't

4    really -- it wasn't clear to me we could be certain that

5    it really, first of all, was fully representative of

6    other plants and also whether it -- we could rely on it

7    to fully document where all of the material went.

8         Q.    Did you rely on any other data from any other

9    facility in your report?

10        A.    No.

11        Q.    And if you turn to page 2, Dr. Hopke.

12        A.    Of Exhibit 14?

13        Q.    Yes, thank you.  Under the sentence -- I'm

14   sorry, under the heading -- let me try that again.

15   Above the heading -- need to get my above and under

16   correct -- do you see the section where it says "Glass

17   Cloth Coating Process 2"?

18        A.    Yes.

19        Q.    Above that do you see the sentence that

20   begins with "because"?

21        A.    Mm-hmm.

22        Q.    It says, "because of these considerations, we

23   are able to determine overall Process 1 emissions to the

24   air but are not able to partition the fate of APFO

25   between the drying and sintering zones."  Do you see

Page 113

1    that?

2         A.    Yes.

3         Q.    At least according to the authors of this

4    report, they were able to determine overall Process 1

5    emissions to the air; is that correct?

6         A.    That's what they report.

7         Q.    But they say they were not able to partition

8    the fate between the drying and sintering zones, right?

9         A.    That's what they say.

10        Q.    Do you have any reason to dispute that the

11   authors believed that they were able to determine the

12   overall Process 1 emissions to the air?

13        A.    No.

14        Q.    Okay.

15        A.    But I want to go back and check exactly how

16   they did their air sampling.

17        Q.    You would have to go back and do that to

18   evaluate the actual data, right?

19        A.    Right.

20        Q.    To give an expert opinion on the actual

21   testing data, you would have to go back and evaluate it,

22   right?

23        A.    Yes.  Some stack sampling systems are not as

24   effective as they could be.

25        Q.    As you sit here today, you don't know if

```
                                              Page 114
 1   this -- if this sampling or testing falls into that
 2   category or not because you haven't evaluated it, right?
 3        A.    That's correct.
 4        Q.    If we could go back to Exhibit -- sorry,
 5   yeah, Exhibit 15, at page 49, so this is the
 6   industry-wide Dispersion Processor Material Balance
 7   Project Final Report that's available on the EPA website
 8   that we discussed before, right?
 9        A.    Yes.
10        Q.    Okay.  So if we could go to page 49 of that
11   report, Dr. Hopke.
12        A.    Mm-hmm.
13        Q.    The second-to-last paragraph above number 2
14   towards the bottom, there's a paragraph that begins "a
15   significant amount."  Do you see that?
16        A.    Yes.
17        Q.    Do you see where it says, "a significant
18   amount of the APFO input to the glass cloth process
19   decomposes."
20        A.    Yes.
21        Q.    Do you see later -- I'm sorry, earlier, above
22   that, in the first full paragraph it says, "the APFO
23   detected in the air exhaust from the oven ranges from
24   9 to 19 percent for sampled processes."  Do you see
25   that?
```

Page 115

1        A.    Yes.

2        Q.    And again, this is not data that you relied

3   on or considered before compiling your expert reports,

4   correct?

5        A.    That's correct.

6        Q.    As you sit here today, you can't offer an

7   expert opinion on the reliability or lack of reliability

8   of that data because you haven't evaluated it?

9        A.    That's correct.

10       Q.    If we could go to page 3 of your Class

11  Certification Report, Dr. Hopke, Exhibit 1, seven lines

12  from the top there's a sentence that says, "general

13  industry practice would be for the plant to be designed

14  to rapidly move the moist air away from the dryers so

15  that the water on the fabric could rapidly evaporate."

16  Do you see that?

17       A.    Yes.

18       Q.    I didn't see any citation to the source of

19  your view of "general industry practice."  Can you tell

20  us your basis for opining on the general industry

21  practice?

22       A.    Just the basis of how you typically would do

23  separations.  You want to -- you know, this air is going

24  to have a high humidity.  If you want to then dry the

25  fabric, you want to get that moisture away so that you

1    have a greater driving force for the water into the

2    drier air.  So, I mean, this would -- this is just basic

3    of what one does in any kind of drawing process.

4         Q.    Did you speak to anybody in the industry to

5    support your view as to what the general industry

6    practice was?

7         A.    No, but, again, in terms of knowing, you

8    know, and being involved in teaching separations, one

9    does that in terms of trying to separate -- separate

10   materials so that the process can be effective.

11        Q.    Can you identify for me the different

12   companies that are in this industry?

13        A.    Almost any industry that's going to be

14   drawing in materials so that if you're heating things

15   to -- you know, paper or other kinds of industries where

16   you're trying to take something that's wet and dry it,

17   you're going to try and move dry air over it and move

18   the now wet air away from your product so that you keep

19   moving material from the product into the air.

20        Q.    What industry were you referring to when you

21   referred to general industry practice?

22        A.    Just general kinds of, you know, separations

23   that one does in general.  I wasn't thinking of any

24   specific industry but, again, you know, the way you dry

25   something is to get the processed air that's now being

Page 117

1   more saturated with water away from your product and
2   bring in or do something to try and make sure that
3   you're minimizing the potential or slowing down the
4   transfer, the mass transfer from the product into the
5   supporting air.
6       Q.    If someone said, you know, I just want to
7   test Dr. Hopke's view as to what the general industry
8   practice was, can you cite me to any literature or any
9   document or any textbook that would describe the general
10  industry practice that you opine on in your report here?
11      A.    I'm sure I could find it but I don't have it
12  handy at the moment.
13      Q.    Would you be able to find it within the
14  materials that you have with you here today?
15      A.    No, definitely not.
16      Q.    Would it be within the materials that were
17  produced to us in this case?
18      A.    No.
19      Q.    Where would it be?
20      A.    I'd have to go back and look at separations
21  textbooks and things like that and, as I say --
22      Q.    You haven't done that for this report?
23      A.    No, I didn't do it specifically, because as
24  I say, I taught a separations course before so I didn't
25  go back and look.

Page 118

1        Q.     If we could go back to the Barton paper.

2        A.     The Barton thesis?

3        Q.     Yes, the Barton thesis and on that point,

4    this Barton thesis is just that; it's a thesis, right?

5        A.     Right or a couple of papers that have been

6    published derived from.

7        Q.     This thesis itself was not published in the

8    peer-reviewed literature, correct?

9        A.     No.

10       Q.     But you're relying on this thesis, right --

11       A.     Right.

12       Q.     -- for your opinions here?

13       A.     Right, because, again, there are the three

14   papers that are -- at least two and I thought three

15   papers that have been published based on the thesis.

16       Q.     Did you cite those two or three papers in any

17   of your reports?

18       A.     No, because it was all in the --

19       Q.     So you're not relying on those papers?

20       A.     Again, they're not different than what's in

21   the thesis.

22       Q.     You're relying on the thesis?  If I want to

23   find what you're relying on --

24       A.     Right.  It was the comprehensive summary of

25   all the work she had done.

```
                                               Page 119

 1         Q.     So on page 40, thank you, Dr. Hopke, it says,

 2    about seven lines up from the bottom, "it is important

 3    to note that among APFO, PFO- and PFOA, only PFOA is

 4    likely to exist in appreciable amounts as a vapor, as a

 5    solid, and in aqueous solution under normal

 6    environmental conditions."  Did I read that right?

 7         A.     Yes.

 8         Q.     What's your understanding of what "normal

 9    environmental conditions" are in that statement?

10         A.     It would typically be 1 atmosphere pressure,

11    20 degrees Celsius, normal composition atmosphere.

12         Q.     And the Barton thesis that you relied on does

13    not analyze the extent to which PFOA decomposes during

14    different stages of the coated fabric process, does it?

15         A.     No, it does not.

16         Q.     Dr. Hopke, can we agree that Barton's data

17    are derived from a PTFE dispersion facility in West

18    Virginia?

19         A.     That's correct.

20         Q.     As you sit here today, you don't have any

21    basis to say that dispersion manufacturing facility in

22    West Virginia is representative of ChemFab's or

23    Saint-Gobain's coated fabric processing operations in

24    Vermont, do you?

25         A.     Not directly but, again, some of the
```

1    processes that would be occurring in terms of attachment

2    to particles and other sorts of related information

3    would be relevant to the ChemFab facility.

4         Q.    So if I understood you previously, I think in

5    considering the actual test data from the coated fabric

6    facility in New Hampshire, that you hadn't read the

7    report on, before you issued your Class Certification

8    Report; you questioned whether it would be

9    representative of the operations in Vermont, right?

10        A.    That's correct.

11        Q.    Did you raise the same question in your mind

12   as to whether or not a different manufacturing process

13   of a different company would be representative of

14   ChemFab's Vermont operations?

15        A.    No, I knew this was not representative of

16   the fabric coating facility.

17        Q.    But you relied on it?

18        A.    Well, again, I relied on some of the

19   physical chemistry that she derived from her studies and

20   for some of the characteristics of the dispersions from

21   the plant which are not dependent on what the nature of

22   the plant operation were.

23        Q.    Would the coated fabric operations data from

24   New Hampshire be more representative or less

25   representative of the Vermont operations of ChemFab and

```
                                              Page 121
 1    Saint-Gobain as compared to the PTFE manufacturing
 2    operational data?
 3                  MR. DAVIS:  Objection to the question as
 4          vague.
 5    Q.    Do you have an opinion on that?
 6                  MR. DAVIS:  I objected so you can answer
 7          now.
 8    A.    Okay.  It would certainly be more relevant
 9    to the ChemFab facility in Vermont.
10    Q.    What is the it that you're referring to, the
11    New Hampshire data?
12    A.    I don't know the exact configuration.  I
13    don't particularly know the configuration of the venting
14    system, of the other -- you know, I don't know the
15    details of the plant layout in a way that would allow me
16    to make a more direct comparison with the ChemFab
17    facilities.
18    Q.    What I was understanding you to say, "it
19    would certainly be more relevant" than the PTFE
20    manufacturing facility, you mean the New Hampshire
21    testing data would be more relevant to Vermont
22    operations than the PTFE manufacturing data; is that
23    correct?
24    A.    Yes, although, again, I'm not relying on the
25    in-plant information.  I'm relying on the other
```

1    information that you derived -- that gave more basic

2    properties of these materials in the environment.

3         Q.    You're saying that you don't know sort of the

4    venting of the New Hampshire facility as compared to the

5    Vermont facility?

6         A.    That's correct.

7         Q.    Do you know the venting of the PTFE facility

8    as compared to the Vermont facility?

9         A.    No.

10        Q.    I think you said you don't know the details

11   related to the plant layout of the New Hampshire

12   facility compared to the Vermont facility, right?

13        A.    That's right.

14        Q.    Do you know the details of the PTFE facility

15   compared to the Vermont facility, of the layout?

16        A.    No.

17                  MR. FLEMING:  This would be a good time

18              to take a quick break.  What time do we have?

19                  THE VIDEOGRAPHER:  The time is 12:11.

20              This is the end of media unit 2.

21                  (Whereupon, a recess was then taken.)

22                  THE VIDEOGRAPHER:  We are on is the

23              record.  This is the beginning of media

24              number 4, the time is approximately 12:20,

25              please continue.

Page 123

```
 1              (Hopke Exhibit 16, e-mail chain,
 2          6/23/17-6/25/17, marked for identification,
 3          this date.)
 4          BY MR. FLEMING:
 5      Q.    We're back on the record, Dr. Hopke.  Are you
 6  ready to go?
 7      A.    Yeah.
 8      Q.    So we've marked Exhibit 16, Dr. Hopke, that
 9  you have in front of you, right?
10      A.    Yeah.
11      Q.    It's an e-mail chain dated June 24 -- I'm
12  sorry, June 23, 24 and 25, 2017, right?
13      A.    Mm-hmm.
14      Q.    And it's between you and Catherine Dare and
15  Gary Yoder, right?
16      A.    That's correct.
17      Q.    And in the initial e-mail there's an e-mail
18  from a Edward Hinchey to Catherine Dare, right?
19      A.    Yes.
20      Q.    Who is Edward Hinchey?
21      A.    He's, I think, Gary's partner but I'm not
22  positive.  I'm not sure who IC Environmental is.  I
23  don't know at this point definitely.
24      Q.    And do you see where this Mr. Hinchey
25  attaches the paper by Barton, provides them to Catherine
```

```
                                                  Page 124

 1    Dare?

 2         A.    Yes.

 3         Q.    Then does Catherine Dare forward them to you

 4    and Mr. Yoder?

 5         A.    Yes.

 6         Q.    Before I think you testified that you thought

 7    you obtained the Barton paper on your own.  Does this

 8    refresh your memory as to whether or not you got it on

 9    your own or it was provided by Cathy Dare?

10         A.    Both.

11         Q.    And which came first?

12         A.    I think I found them first but I was looking

13    at them for the aerosol gas partitioning and not for the

14    particle size information or the AERMOD information.

15         Q.    And at the top of this e-mail chain,

16    Dr. Hopke, is the e-mail from you, right?

17         A.    Correct.

18         Q.    And in the second line, do you see the

19    sentence that says "I need"?

20         A.    Mm-hmm.

21         Q.    This is referring to the Barton thesis from

22    2008, right?

23         A.    Correct.

24         Q.    And you say, "I need to go through this in

25    more detail but the plant they were studying was to
```

1    produce the PFOA so the emissions would be quite

2    different than the ChemFab plant in the terms of

3    co-emitted PM."  Did I read that right?

4         A.    Yes.

5         Q.    PM stands for particulate matter, right?

6         A.    Correct.

7         Q.    Do you still believe, as you sit here today,

8    that the plant they were studying was to produce PFOA so

9    the emissions would be quite different than the ChemFab

10   plant?

11        A.    Potentially.  Again, we don't know what the

12   size distribution inside the, either plant were and so

13   the question is what's the appropriate size distribution

14   to use for modeling.

15        Q.    Okay.  Let's see if I could get my best

16   understanding of your testimony on this question.  As of

17   June 25th, 2017, you wrote that the emissions would be

18   quite different than the ChemFab plant in terms of

19   co-emitted particulate matter, right?

20        A.    Mm-hmm.

21        Q.    Do you still believe that today or no?

22        A.    Could be.  I mean, again, we don't really

23   know -- we have -- all we have are fence-line data in

24   West Virginia.  We don't have stack distributions in

25   West Virginia.  We don't have stack size distributions

1    in Bennington, so the question is how much of the PM at

2    that fence line is coming from the plant versus how much

3    is background aerosol that's there to which then the

4    material has attached and, you know, the problem we have

5    then is that we have to use something that is reasonable

6    for the modeling of the dispersion and deposition into

7    the surrounding community and so we have used the Barton

8    as has -- as my understanding has have Barr and as has

9    Vermont DEC as our best estimate.

10        Q.    So you give a pretty -- let me see if I can

11   narrow my question and see if I have it right.  As you

12   sit here today, you believe that the emissions could be

13   quite different than the ChemFab plant in terms of

14   co-emitted particulate matter.  Is that your view?

15        A.    Yes.

16        Q.    We're referring to this plant down in West

17   Virginia that made PTFE that's referenced in the Barton

18   paper, right?

19        A.    Correct.

20        Q.    Thesis, right?

21        A.    Correct.

22        Q.    And did you go through this issue in more

23   detail after June 25th, 2017?

24        A.    Yes.

25        Q.    And what was it that caused you to change

1    your view that as of that time the emissions would be

2    quite different to sitting here today you believe they

3    could be quite different?

4         A.    Again, given the fact we have no data within

5    the plant, the best we could do was to assume that the

6    fence-line data that Barton took is a reasonable

7    estimate of dynamics of particle -- of partitioning of

8    the perfluorocarbon onto particles and, therefore,

9    reasonable to use as at least a good estimate for the

10   dispersion modeling and, as I say, this was then done by

11   all of the other parties involved in trying to do the

12   dispersion modeling.

13        Q.    So Dr. Hopke, again, it's your view that the

14   emissions from that West Virginia plant could be quite

15   different from the ChemFab facility, right?

16             MR. DAVIS:  Object to the question; it's

17        vague.

18        A.    I mean, again, I think we've answered that

19   multiple times.

20        Q.    But if you could work with me, I'm not sure I

21   understand it.  Am I correct or not, and we can see if

22   we can move on, that the emissions from this West

23   Virginia paper referenced -- I'm sorry, strike that.

24             The emissions from the West Virginia plant

25   referenced in the Barton thesis could be quite different

```
                                               Page 128
 1   than the ChemFab plant in terms of co-emitted

 2   particulate matter; is that fair?

 3                 MR. DAVIS:  Objection.

 4        A.    Yes.

 5        Q.    Okay.  As you sit here today, can you say

 6   with any reasonable degree of scientific certainty that

 7   the emissions from the West Virginia plant were

 8   representative of the emissions from the different plant

 9   of ChemFab and Saint-Gobain in Vermont?  Can you say

10   that?

11                 MR. DAVIS:  Objection to form.

12        A.    I can't say one way or the other.

13        Q.    Okay.

14        A.    I would need measured data.

15        Q.    And who is Cathy Dare again?

16        A.    Hum?

17        Q.    Who is Cathy Dare again?  Could you remind

18   me?

19        A.    She's managing partner of TRM.

20                 (Hopke Exhibit 17, 8/30/99 letter,

21                 Prohaska to Jones SGPPLVT13001769-772, marked

22                 for identification, this date.)

23        Q.    So, Dr. Hopke, I've handed you what's been

24   marked as Exhibit 17 and was this document cited in your

25   Class Certification Report?
```

Page 129

1        A.    I think so.  I think this is the one.

2    There's one, Prohaska.

3                MR. DAVIS:  Do you want him to look at

4            all the documents he cited to make sure?

5                MR. FLEMING:  I was actually asking but

6            on the citations page it appears to be a

7            different cover letter --

8                THE WITNESS:  I think we may have put

9            the wrong one in.

10               BY MR. FLEMING:

11       Q.    I really, just to be clear, Dr. Hopke, I was

12   asking the question, so it's not cited under citations

13   at page 8 of your report, at number 5 it's not cited?

14       A.    No, it's not.

15       Q.    Did you review this document that I've handed

16   you that's Exhibit 17?

17       A.    Yeah, although I looked more at the actual

18   TRC report.

19       Q.    And what I've handed you is an August 30th,

20   1999 letter from Robert Prohaska to Chris Jones of the

21   Vermont Agency of Natural Resources, right?

22       A.    That's correct.

23       Q.    And this is Exhibit 17, right?

24       A.    Yes.

25       Q.    If you turn to the Summary of July 1999 Stack

```
                                                    Page 130
 1    Testing at ChemFab, North Bennington, Vermont, do you

 2    see that page with the table?

 3         A.    Yes.

 4         Q.    It's the Bates ending in 1770, right at the

 5    bottom?

 6         A.    Correct.
```

22         Q.    Do you have any basis to believe, Dr. Hopke,

23    that the rate of particulate matter emissions was

24    greater with the abater on than it was with the abater

25    off?

1      A.    There is the potential, given the

2  ineffective sampling system for condensable material

3  used here.  They're using standard EPA methods which are

4  right by regulation but are not the state-of-the-art

5  science.

6      Q.    If I understand you correctly, you believe

7  there's a potential that this data could be --

8      A.    Underestimated.

9      Q.    -- underestimated because of that, right?

10      A.    Yes.

11      Q.    As you sit here today, can you say with any

12  reasonable degree of scientific certainty that that

13  potential actually exists?

14      A.    No, I can't say for certain.

15      Q.    It's a hypothesis that you are not able to

16  prove; is that fair, as you sit here today?

17      A.    All right.  On the basis of other

18  measurement systems, it's clear that appropriate

19  dilution sampling, dilution and cooling sampling could

20  wind up -- could produce higher concentrations than are

21  measured with the standard EPA trains.

22      Q.    That's why you believe there's a potential

23  that this could be underestimated?

24      A.    Yes, I think there's a strong potential.

25      Q.    "There's a strong potential."  But, again, as

1    you sit here, you can't say with any reasonable degree

2    of scientific certainty that that potential, strong

3    potential actually exists; is that correct?

4         A.    Not without measurements.

5         Q.    Is PFOA thermally decomposed faster in the

6    presence of a transition metal catalyst as you state at

7    page 3 of your report?

8         A.    I believe that the Krusic data suggests,

9    strongly suggests that because that's the likely

10   component of the glass that would make it different than

11   the quartz.

12        Q.    Is the TORVEX catalyst that's referenced in

13   your report based on a transition metal catalyst?

14        A.    No, I think it's a noble metal catalyst but

15   I'd have to go back and look.

16        Q.    Have you heard that it's platinum?

17        A.    Yeah, that's what I thought it was, which is

18   not a transition metal.

19        Q.    Was the TORVEX catalyst in the abater

20   operated at temperatures sufficient to result in the

21   thermal decomposition of PFOA?

22        A.    We don't know.  I mean, there were at least

23   11 times when there were Vermont inspections where the

24   catalyst was not operating at the required temperature.

25   There's no detailed in-plant report of what those

1    temperatures are so we are not -- we're not able to know

2    if the abaters were going to be operating effectively.

3    We do know that there were times when they got silicon

4    coated and became quite ineffective.  There were still

5    odor complaints after the abaters were in place,

6    indicating that they were not functioning adequately.

7    So there certainly is strong evidence that the abaters

8    were not fully functional.

9         Q.    And what sort of scientific methodology did

10   you utilize to determine that the -- those abaters were

11   not operating at that temperature?

12        A.    I took the Vermont inspection report numbers

13   and the fact that there were still a number of odor

14   complaints during that time and if the -- and there are

15   also internal memos that indicated that there were

16   issues with regard to in deactivation of the catalyst,

17   which we discuss in the merit report.

18        Q.    Did you ask Plaintiffs' counsel if there are

19   any documents produced in the litigation that may have

20   shown the temperature at which the abater was operating?

21        A.    Yes.

22        Q.    And what did they tell you?

23        A.    That all we had was the inspection reports.

24        Q.    They told you all that they had was the

25   inspection reports for what?

1          A.    For the times when -- okay, in other words,

2     there were no -- as far as I understood, there were no

3     recorded abater temperatures taken by the ChemFab

4     personnel or at least not that we're aware of.  The only

5     data we have on the abater temperatures are when Vermont

6     DEC was making inspections.  Those appear in the

7     inspection reports but that's the only specific data we

8     have on temperature.

9               On the other hand, the fact that there were

10    still odor complaints would suggest -- would strongly

11    suggest that the abater was, not fully functional

12    because if it was it should have destroyed the odor

13    components.

14         Q.    You didn't -- you testified earlier you

15    didn't ask for or receive all of the documents that

16    Saint-Gobain produced in this litigation, correct?

17         A.    No, I didn't --

18         Q.    That's correct?

19         A.    That's correct.

20         Q.    So, therefore, you didn't do an independent

21    review of all of the documents that Saint-Gobain

22    produced in this litigation to make a conclusion about

23    that, right?

24         A.    No, but I asked if there were any other data

25    on abater temperatures and was led -- was told that all

Page 135

1    we had was the Vermont DEC reports.

2         Q.    I'll try to clarify, when you said "was told

3    that,"  you were told by Plaintiffs' counsel; right?

4         A.    That's correct.

5         Q.    If we could turn back to your Class

6    Certification Report at page 4, Dr. Hopke.  I'm going to

7    ask you about the last paragraph above section 3.5.  Do

8    you see that paragraph beginning with "however"?

9         A.    Yes.

10        Q.    And in the middle there, at the third line,

11   it refers to a "unit emission rate approach" being used,

12   right?

13        A.    Yes.

14        Q.    So a unit emission rate approach was used to

15   model PFOA air deposition from the former ChemFab

16   facilities; right?

17        A.    Yes.

18        Q.    What does that mean?

19        A.    Well, that means we looked at the --

20        Q.    If I could just interrupt, forgive me for

21   doing it, when you say "we" --

22        A.    Me.

23        Q.    You do mean -- if you could try to be as

24   clear as you can about that.

25        A.    I'm sorry about that.

1       Q.    I understand that's the way you think, but it

2    would be helpful for the record to try not to say "we"

3    when you mean you, and be as clear as to who --

4       A.    I understand.  I will try and do that.

5       Q.    I'd appreciate that.

6       A.    Okay.  So what I did was look at the process

7    lines and try to then aggregate the total amount of

8    material based on what we had in terms of records of

9    material and those also were summarized in some of the

10   other material we had and then used the total amounts of

11   input material as a way of trying to then estimate the

12   aggregated emission rates.

13      Q.    And the three emission rates referenced in

14   this paragraph are 100 pounds per year, right, 1,000

15   pounds per year, and 10,000 pounds per year?

16      A.    That's correct.

17      Q.    As you sit here today, can you say with any

18   reasonable degree of scientific certainty which one of

19   these scenarios, if any, accurately reflects actual

20   emissions?

21      A.    I'm very much convinced it's got to be

22   somewhere between 1,000 and the 10,000.  The 100 is sort

23   of basically Barr estimate.  1,000 is Barr corrected for

24   decomposition which is what Vermont DEC did and that

25   gave them something like 1,300 pounds per year.  If we

Page 137

1    also include the inability of the abaters to effectively

2    remove it, that gets us up to 2,400, 2,500 pounds per

3    year.

4              If we take the data from if 2001

5    spreadsheets that we got, which were used to help

6    prepare the temporary permit application for Merrimack,

7    then one can, depending on whether the plant was running

8    24/7 or only 5 days a week, we had something between

9    7,000 and 10,000 pounds per year.

10        Q.   So can you say with any reasonable degree of

11   scientific certainty where in between the 1,000 and

12   10,000 pound per year estimate actual emissions would

13   fall?

14        A.   Not with any scientific certainty.  I mean,

15   I think we can say they're certainly in 1,000 to 10,000

16   and likely more at the high end than the low end.

17        Q.   So what's your methodology, if you want to

18   test that and try to replicate it, for saying that it's

19   more likely to fall at the high end as compared to the

20   low end?  Have you calculated the probability in your

21   view or possibility in your view of where those

22   estimates fall compared to what you think actual

23   emissions are between 1 and 10,000?

24        A.   I don't see any way to do that.

25        Q.   If we wanted to find out -- if we wanted to

1    test your theory there, that it's in your view more

2    probable that it's on the higher end in that 1 to 10,000

3    range, we wouldn't have any calculation that we could

4    utilize to say, yes, we can replicate Dr. Hopke's view

5    that it's more likely on the higher range; is that fair?

6         A.    The one possibility would be to try and use

7    the distribution of material out in the domain, estimate

8    what the total deposition was and then do some inverse

9    modeling.

10        Q.    You haven't done that, right?

11        A.    No.

12        Q.    And that would be a way of testing your

13   conclusion after you just offered the conclusion, right?

14        A.    Potentially.  I mean, it's --

15        Q.    It wouldn't be a way of developing your

16   conclusion based on a test?

17        A.    No.

18        Q.    It would be a way of trying to support your

19   conclusion after it was offered with a test that you

20   haven't done, right?

21        A.    Correct, but we also then can potentially

22   compare the amounts that were seen out there based --

23   with the deposition calculations and that again helps to

24   support what the likely emission rates were.

25        Q.    I appreciate that.  Again, you haven't done

```
                                              Page 139
 1    that, right?

 2         A.    Right.

 3         Q.    If we could turn to the second paragraph of

 4    page 4, it says, the Barr conceptual model used

 5    information about the annual purchase of dispersions and

 6    assumptions about the concentration of PFOA in the

 7    dispersions, destruction of PFOA in the ovens, and

 8    removal of PFOA by the abaters to estimate PFOA

 9    emissions were on average -- were an average of 145

10    pounds per year, (minimum 16, maximum 307.)  Did I read

11    that right?

12         A.    That's correct.

13         Q.    And you disagree with Barr's conclusion on

14    that average?

15         A.    Yes, because I don't believe that there was

16    the thermal destruction or the abater destruction that

17    she includes.

18         Q.    And you state that, if you go to your

19    Declaration, let's see, which I believe is Exhibit 2.

20    Did you find your Declaration?

21         A.    Yes, I have it.

22         Q.    I'm going to ask a question about paragraph

23    9.  Let me see if I can work through it this way.

24    Dr. Hopke, at paragraph 9 at page 5, are you there?

25         A.    Mm-hmm.
```

Page 140

1        Q.    It says you disagree with the following Barr

2    assumptions, right?

3        A.    Correct.

4        Q.    You say which greatly reduce the PFOA

5    emissions, right?

6        A.    Yes.

7        Q.    One says PFOA destruction in the towers; two

8    says destruction of PFOA in air pollution control

9    devices, and three says assumption of a PFOA

10   concentration of 2,000 parts per million in the

11   dispersions used, right?

12       A.    Mm-hmm.

13       Q.    Your Declaration states that "my estimate,

14   based on the Saint-Gobain dispersion usage numbers" --

15                  MR. DAVIS:  Where are you reading from?

16                  MR. FLEMING:  Paragraph 10, sorry, also

17           page 5.

18       A.    Paragraph 10.

19       Q.    "Based on the Saint-Gobain dispersion usage

20   numbers, with no destruction of PFOA in the towers or

21   air pollution control devices and using PFOA

22   concentrations from Material Safety Data Sheets provided

23   by dispersion manufacturers, is that annual average PFOA

24   emissions from the Northside Drive Plant (1968 to 78),

25   would have been over 1,000 pounds per year and over

1    7,000 pounds per year for the Water Street plant (1978

2    to 2001);" right?

3         A.    Correct.

4         Q.    It goes onto say that "the 7,000 pound per

5    year estimate for the Water Street plant is similar to

6    an estimate made by Saint-Gobain in 2001 in a

7    spreadsheet prepared for permitting of the towers moved

8    to the Merrimack, New Hampshire plant in 2001"?

9         A.    That's correct.

10        Q.    Can you say to any reasonable degree of

11   scientific certainty that this 7,000 and 1,000 pound per

12   year estimate accurately reflects actual emissions?

13        A.    Not with absolute certainty.  Again, without

14   measurements, you know, all we can do is make reasonable

15   estimations.

16        Q.    Can you say not to absolute certainty but to

17   any reasonable degree of scientific certainty that the

18   1,000 pound and 7,000 pound estimates here accurately

19   reflect actual emissions from these two plants?

20        A.    I think so.

21        Q.    And if we wanted to now test how you came to

22   this scientific view that 7,000 pounds accurately

23   reflects actual emissions from the North Bennington

24   Water Street plant and 1,000 pounds from the Northside

25   Drive plant, how do we do that?

1        A.    Well, as we discussed a couple minutes ago,

2    the only thing we could potentially do is to look at the

3    measured concentration patterns, try and estimate what

4    the total deposition was over time and, therefore,

5    calibrate the dispersion model or do inverse modeling to

6    try to get the total emission rates.

7        Q.    I see.  That is the testing that has not been

8    done, correct?

9                MR. DAVIS:  I'm going to object to the

10               question.

11               MR. FLEMING:  You can object to the

12               form.

13               MR. DAVIS:  I object to the form because

14               he was clearly misled but go ahead.

15               MR. FLEMING:  You can object to the

16               form.  There's no misleading.

17       Q.    Did you find anything misleading about any

18   question I asked you?

19       A.    I don't know.  I'm not into the details of

20   leading and misleading.

21       Q.    As far as you're concerned, you're not aware

22   if you were not misled.  So I'm not trying to ask any

23   kind of misleading question.  I'm just asking you about

24   the testing that I believe you were describing that you

25   said could be done, right, to try to verify or test your

Page 143

1    view, right?  And my question was that testing has not

2    been done, right?

3         A.    That's correct.

4         Q.    Does this emissions estimate depend on the

5    conclusion that all PFO that was in the dispersion and

6    the surfactant converted to PFOA?

7         A.    Yes.

8         Q.    Does it depend on the conclusion that

9    absolutely no PFOA is destroyed during the coating

10   fabric process?

11        A.    Yes.

12        Q.    If any APFO is not converted to PFOA, that

13   would affect your estimate, right?

14        A.    Yes.

15        Q.    In fact less PFOA would be less to emit,

16   right?

17        A.    Correct.

18        Q.    If any PFOA is destroyed during the coated

19   fabric process, your emissions estimate would be

20   affected also, correct?

21        A.    Correct.

22        Q.    You would overestimate if in fact there were

23   some PFOA that was destroyed during the coated fabric

24   process, correct?

25        A.    That's correct.

Page 144

1        Q.      Your emissions estimate also depends on the
2     conclusion that the catalytic abaters used, like by
3     ChemFab at both of its former facilities at Vermont
4     captured absolutely no PFOA emissions, correct?
5        A.      That's correct.
6        Q.      If the catalytic abaters captured or
7     destroyed any PFOA, your estimate would be affected,
8     correct?
9        A.      Correct.
10       Q.      Your estimate would overestimate actual
11    emissions if in fact the catalytic abater captured and
12    destroyed at least some PFOA, right?
13       A.      Correct.
14       Q.      You then say in your report, it's at page 4
15    of your Class Certification Report, it's the third
16    paragraph, the fourth line.
17       A.      Mm-hmm.
18       Q.      It says, "if concentrations of APFO in
19    dispersions were taken from Material Safety Data Sheets
20    instead of the 2,000 part per million concentration
21    assumed by Barr, the annual emissions would have been
22    over 1,000 pounds per year for the Northside Drive plant
23    for 1969 to '77, and over 7,000 pounds per year for the
24    Water Street plant for '78 through 2001"; right?
25       A.      That's correct.

Page 145

1          Q.    Do we have the exhibit --
2                MR. DAVIS:  Can we wrap up after this
3          series of questions, please?
4                MR. FLEMING:  Yes, certainly.
5                (Hopke Exhibit 18, Barr 2017 "Draft
6          Conceptual Modeling of PFOA Fate and
7          Transport:  North Bennington, Vermont,
8          Prepared for Saint-Gobain Performance
9          Plastics", marked for identification, this
10         date.)
11               BY MR. FLEMING:
12         Q.    I'll hand you another exhibit, Exhibit 18.
13    I've handed you what's been marked as Exhibit 18,
14    Dr. Hopke and it's entitled Draft Conceptual Modeling of
15    PFOA Fate and Transport:  North Bennington, Vermont,
16    Prepared for Saint-Gobain Performance Plastics by Barr
17    dated June 2017, right?
18         A.    Correct.
19         Q.    Did you consider this document --
20         A.    Yes.
21         Q.    -- in forming your opinions?
22         A.    Yes.
23         Q.    Thank you.  If you turn to page 21, about
24    eight lines up from the bottom -- I'll give you a second
25    to get there.

Page 146

1          A.      The pages were stuck together.  There you

2     go.  Okay.  How many lines up from the bottom?

3          Q.      Eight lines up from the bottom of page 21?

4          A.      Okay.

5          Q.      It says, "based on operational data at a

6     similar facility in Merrimack, New Hampshire, an

7     estimate of PFOA content in the dispersions used in the

8     coating process of 2,000 parts per million (for high

9     PFOA content dispersions) were applied to annual

10    dispersions usage data and measured air emissions data

11    to estimate annual PFOA emissions."  Did I read that

12    right?

13         A.      That's correct.

14         Q.      It says, "Many different dispersions were

15    used at both facilities and not all dispersions

16    contained PFOA."  Do you see that?

17         A.      Yes.

18         Q.      What methodology did Barr utilize to estimate

19    PFOA content of 2,000 parts per million for high-content

20    PFOA dispersions?

21         A.      It's my understanding it was MSDS.

22         Q.      What's the basis for your understanding?

23         A.      I thought that's what I read but it's been a

24    long time since I read this in detail.  I've been

25    looking primarily at the appendixes.

1       Q.      And do you disagree with that conclusion of

2    Barr?

3       A.      Yeah.   There was evidence that there were

4    some dispersions with up to 5,000 ppm of the PFOA and

5    there were also indications that at times -- well, and

6    so there's certainly strong indication that there may

7    be -- there was more material than would have been in

8    the straight dispersions.   The dispersions evolved over

9    time and it's not clear they were entirely uniform over

10   the whole period of the operation in Bennington.

11      Q.      Was Barr right that not all dispersions

12   contained PFOA or APFO?

13      A.      Yes.

14      Q.      And how did you resolve that lack of clarity

15   as to how dispersions evolved over time?

16      A.      Well, we couldn't fully resolve it.   All we

17   could do is take the invoice data to know which

18   dispersions had PFOA in them.

19      Q.      What invoice data are you referring to?

20      A.      The data that was summarized in the Barr

21   report.

22      Q.      So you did not review the underlying invoice

23   data --

24      A.      No.

25      Q.      -- is that fair?

Page 148

1        A.    I didn't go back and look at all the --

2        Q.    You relied on the Barr report for the invoice

3    data and Barr concluded that an estimate of PFOA content

4    in dispersions used in the coating process of 2,000

5    parts per million for high content PFOA dispersions was

6    reasonably applied to annual dispersions, right?

7        A.    Right, but that was based on 2002

8    formulations and I'm not clear that those formulations

9    remain constant from '68 to 2002.

10        Q.    Are you confident that they did change during

11    that period of time?



22        Q.    So in your view this data was from 2002 and

23    you didn't utilize it because you didn't know if it was

24    representative going back in time; is that correct?

25        A.    Right.  Well, I mean, again, we started with

1    that because that gives us that 145 concentration and

2    then applied the decomposition -- the thermal

3    decomposition and the abater decomposition.  That's what

4    gets us the 2,500 pounds per year emission but then we

5    also looked at the -- that 2001 spreadsheet which

6    strongly suggested that there was greater

7    concentration -- greater emissions and that's where we

8    were able to then get the higher, higher rates of the

9    7,000 and 10,000 depending on whether it was five days a

10   week or seven days a week.

11        Q.    That's how you were able to get the higher

12   rates?

13        A.    Right.

14        Q.    Did you utilize the maximum concentrations

15   reflected on the MSDSes; is that correct?

16        A.    Again, I never went back and did that

17   because I took the Barr as the -- as the basis and then

18   I took the 2001 Saint-Gobain-provided spreadsheet as the

19   other basis.

20        Q.    And the 2001-provided Saint-Gobain

21   spreadsheet, do you have any understanding as to whether

22   that was intended to reflect actual APFO content?

23        A.    I assumed it was because it was going as

24   a -- the part of the basis for their permit request to

25   New Hampshire, so I would have thought they would have

1    wanted to accurately reflect the potential emissions

2    that that plant would have after moving the processes

3    from Vermont to New Hampshire.

4         Q.    That's what you I believe, right?

5         A.    Yeah.

6         Q.    Do you have any knowledge that that is

7    actually correct?

8         A.    No direct knowledge.

9         Q.    Did you review any deposition testimony that

10   bears on this subject?

11        A.    There is one deposition with regard to the

12   addition of additional materials into the dispersant

13   when they were having issues with product quality.

14        Q.    Did you review any deposition testimony of a

15   company representative of Saint-Gobain that discussed

16   the spreadsheets that were submitted to New Hampshire?

17        A.    No.

18        Q.    So you didn't consider that?

19        A.    No.

20        Q.    So you have no basis for rejecting whatever

21   that testimony was because you don't know what it is,

22   right?

23        A.    Correct.

24        Q.    Did you review any deposition testimony in

25   preparation or -- strike that.

```
 1              Did you review any deposition testimony
 2   before preparing either of your reports of Saint-Gobain?
 3        A.    Yeah, there's -- as I said, you'll find
 4   there's two parts of -- Page was his name?  That was
 5   included in -- no, Peter Knapp, that was it, Peter
 6   Knapp.
 7        Q.    Did you review any other deposition
 8   testimony?
 9        A.    Just Gary's, just Gary Yoder's.
10        Q.    That's your colleague?
11        A.    Right.
12        Q.    Your consultant at TRM?
13        A.    Right, just that.
14        Q.    Did you review any other deposition testimony
15   of any other Saint-Gobain or ChemFab employee?
16        A.    No, just Mr. Knapp.
17        Q.    Later on we'll get to some of your views on
18   what Saint-Gobain knew or should have known, right?
19        A.    Mm-hmm.
20        Q.    Don't you think if you're going to offer an
21   opinion on that subject, you would want to review the
22   testimony of people at the company and see what the
23   company knew or should have known?
24        A.    I wasn't sure who was deposed or what they
25   would have said.
```

1      Q.    Fair enough.  Are we on the same page?  You

2   would feel more comfortable, right, if you're going to

3   be testifying as to what a company knew or should have

4   known, you would want to see what the company actually

5   said?

6                  MR. DAVIS:  Objection to the question;

7            it's vague.

8      Q.    Strike that.  Let me ask it this way.  Would

9   you want to know what the people at the company

10   testified to if you were going to offer an expert

11   opinion on what a company knew or should have known?

12   Would you have wanted to know that?

13                  MR. DAVIS:  Objection, speculation.

14      A.    Yes, but I have a whole bunch of these

15   internal memos that clearly indicate that they were

16   aware of certain aspects of it that are then documented

17   in the Merits Report and that's why we have a big thick

18   book of --

19                  MR. DAVIS:  Is this a good time for a

20            break?

21                  MR. FLEMING:  Couple more follow-up

22            memos and time for a break.

23                  BY MR. FLEMING:

24      Q.    To make sure I have those right, you got

25   those internal memos.  You don't know if somebody

```
                                               Page 153
1    testified about them at deposition, right?
2         A.    No, I don't know.
3         Q.    You don't know if they referred to other
4    memos in their deposition because you haven't reviewed
5    that deposition testimony?
6         A.    That's correct.
7         Q.    So you have --
8                    MR. FLEMING:  We can take a break.
9              Thank you.
10                   THE VIDEOGRAPHER:  The time is
11             approximately 1308.  We are off the record.
12                   (Whereupon, a luncheon recess was then
13             taken.)
14                   THE VIDEOGRAPHER:  We are on the record.
15             The time is approximately 1349.  Please
16             continue.
17             BY MR. FLEMING:
18        Q.    We're back on the record.  Are you ready to
19   go, Dr. Hopke?
20        A.    Yes.
21        Q.    Did you have a good lunch?
22        A.    Okay.
23        Q.    So I have your Exhibit 11, which is the
24   binder that was provided to you by counsel of ChemFab
25   inspection reports that they compiled and it's got the
```

1    title 1999 -- I'm sorry 1992 to 2000 on it, okay?

2         A.    Mm-hmm.

3         Q.    I'll hand it over to you and we'll try to

4    work with it because we only have one copy of it, the

5    one you brought.

6         A.    Yeah.

7         Q.    Remember I was asking you before if you had

8    any data showing the temperature at which the catalytic

9    abaters were operating?  Do you remember that?

10        A.    Yes.

11        Q.    Do you see on the second page there -- I

12   think -- strike that.

13              I think you previously testified that you

14   were relying on the fact that you saw some inspection

15   reports that said they weren't operating, correct?

16        A.    That's correct.

17        Q.    And you hadn't seen any data to show they

18   were operating or the temperature they were operating

19   at, right?

20        A.    No, no, I saw that we had the operating

21   temperatures when they did the inspections.  I said that

22   Saint-Gobain/ChemFab did not provide -- didn't seem to

23   have any records of the abater temperatures.

24        Q.    And am I right that when you saw a couple of

25   instances of the abaters not operating for purposes of

1    your analyses, you assume they always weren't operating?

2        A.    No, but we know then, at least some of the

3    time we know they weren't operating properly and even

4    more so at the times when there were the odor

5    complaints.

6        Q.    How did you determine for what period of time

7    they were not operating, if you did?

8        A.    There was no way to determine that.

9        Q.    If you look at that exhibit on the second

10   page, doesn't it reflect that the abaters were operating

11   at a temperature of over 500 degrees?

12       A.    Well, yeah, they're supposed to be operating

13   I think -- I don't remember now exactly what the

14   parameters were but it's very close to 600.

15       Q.    Am I correct, Dr. Hopke, that according to

16   this inspection report, it was operating?

17       A.    In that inspection report, yeah.

18       Q.    If you go to a couple pages later, you see a

19   column that has temperatures reflecting that the abaters

20   were operating, right?

21       A.    Yep.

22       Q.    So you do have documents reflecting that the

23   abaters were operating at certain times there were

24   inspections, right?

25       A.    Yes.

1      Q.    And the temperatures at which they were
2   operating, right?
3      A.    Yes, they're also noted that some of the
4   abaters were down.
5      Q.    Okay.  And you don't assume if some of the
6   abaters were down at a certain period of time, that
7   means all of them are down, right?
8      A.    No.
9      Q.    You don't assume that all of them are down
10  for a 30-year period, right?
11     A.    Certainly not.
12     Q.    Okay.  As you sit here today, you don't have
13  any data showing you when the abaters were on and when
14  they weren't?
15     A.    That's correct.
16     Q.    So if we can now turn to your Class
17  Certification Expert Report, Dr. Hopke, at Table 1, I'd
18  like to ask you some questions about this spreadsheet.
19     A.    Yes.
20     Q.    And this is called Raw Materials Usage and
21  Air Data, North Bennington, Vermont, October 2001,
22  right?
23     A.    That's correct.
24     Q.    Did you prepare this Table 1?
25     A.    No, we got it from -- got it from counsel

1    and it was one of the things we got from -- isn't this

2    the one we got from the Knapp deposition?

3        Q.    You're asking your lawyer?

4              MR. DAVIS:  I'm not answering but --

5        A.    I think -- I'm not sure at the moment.  I'd

6    have to go back and look to be sure.

7        Q.    Who created this chart?

8        A.    I'm not certain.

9        Q.    Did you create the chart?

10       A.    No.

11       Q.    I'd like to mark the next exhibit.

12             (Hopke Exhibit 19, Table 6; Table 7

13             Actual Raw Material Use, Saint-Gobain,

14             Merrimack, NH and Bennington, VT, marked for

15             identification, this date.)

16       A.    It came from Merrimack, okay.

17             MR. DAVIS:  Don't conclude anything.

18       Q.    You can conclude something if you believe

19    it's your opinion, Dr. Hopke; right?

20             MR. DAVIS:  He was trying to compare the

21             table.

22             MR. FLEMING:  But we shouldn't be

23             telling him what he can conclude or can't

24             conclude; right?

25             MR. DAVIS:  Well, you put something in

1          front of him that said Merrimack,

2          New Hampshire, although if you look further

3          back it says Bennington, Vermont.

4               MR. FLEMING:  Gary, would you agree with

5          me that you shouldn't be telling him what he

6          should conclude or should not conclude?

7               MR. DAVIS:  Well, you didn't ask him any

8          questions.

9               MR. FLEMING:  So regardless of whether I

10         ask a question, should you be telling him

11         what he should conclude and should not

12         conclude?

13              MR. DAVIS:  I can tell him whatever I

14         feel like telling him in a deposition.

15              MR. FLEMING:  Including what he should

16         conclude?

17              MR. DAVIS:  That's correct.

18              MR. FLEMING:  Where in the rules does it

19         let a lawyer tell his expert what he --

20              MR. DAVIS:  Do we have to have this

21         colloquy now?  You put a misleading document

22         in front of him.

23              MR. FLEMING:  I haven't asked him a

24         question about it yet and you're telling him

25         you should not to conclude about it.

1           MR. DAVIS:  I'm telling him to read it.
2           MR. FLEMING:  We shouldn't tell a
3      witness what he should conclude or not
4      conclude.  Let him make his own decision
5      about what he should conclude or not
6      conclude.
7           MR. DAVIS:  If you want to put a
8      confusing document in front of him, I can
9      come back and ask later.
10     BY MR. FLEMING:
11     Q.    Okay.  Dr. Hopke --
12     A.    Yes.
13     Q.    -- I'd like to ask you some questions about
14 this document.  It's got a number at the end that's
15 Bates number 05002177 on the very last page,
16 second-to-last page, table 8.
17     A.    Yes.
18     Q.    This is Exhibit 19.  Are you aware that this
19 spreadsheet was produced by Saint-Gobain in this
20 litigation?
21     A.    Yes.
22     Q.    Do you agree that the data in your Table 1
23 copies verbatim the data in this exhibit as it appears
24 onto the Excel tab labeled Vermont?
25     A.    Yes.

```
                                                    Page 160
 1        Q.    So this --

 2               MR. DAVIS:   Starting on page 9?  Is that

 3          what you're asking.

 4        A.    Yeah, starting on page 9.  That's correct.

 5        Q.    And both Exhibit 19 and your Table 1 lists

 6   raw materials on the left-hand column, right?

 7        A.    That's correct.

 8        Q.    And for many of these raw materials, ammonium

 9   perfluorooctanoate content is stated as a measure of

10   MSDS weight percentage, right?

11        A.    That's correct.

12        Q.    MSDS weight percentage means Material Safety

13   Data Sheet weight percentage, right?

14        A.    That's correct.

15        Q.    For each of the raw materials listed on the

16   right-hand column of either Exhibit 19 or your Table 1,

17   information regarding the weight percentage of APFO in

18   the material is provided?

19        A.    That being?

20        Q.    The information comes from Material Safety

21   Data Sheets, right?

22        A.    That's correct.

23        Q.    As stated on page T-1 of your Class

24   Certification Report?

25        A.    Which page?
```

1      Q.    Under table T-1, we're back to your Class

2    Certification Report.

3      A.    Okay.

4      Q.    For the raw material T30B, the MSDS percent

5    weight of APFO is listed as less than .5 percent.  Do I

6    have that right?

7      A.    T30B?

8      Q.    Yes.

9      A.    Yes.

10     Q.    What is T30B?

11     A.    Hum?

12     Q.    What is T30B?

13     A.    It's a surfactant mixture to -- it's one of

14   the surfactant mixtures used, is my understanding.

15     Q.    How much T30B was used by ChemFab or

16   Saint-Gobain at its Water Street plant in a given year?

17     A.    I don't know.  I'd have to go back and look

18   that up.

19     Q.    Do you have that data?

20     A.    We have the invoices on what they bought.

21   We don't have the use data.

22     Q.    Did you determine in your estimates how much

23   T30B was utilized in a given year and then multiply that

24   value by a figure less than .5 percent to calculate the

25   amount of APFO utilized?

1          A.     No.

2          Q.     What methodology did you utilize to calculate

3     emissions rates based on Material Safety Data Sheet

4     information?

5          A.     From the Barr report which provided those

6     estimates.

7          Q.     And where in the Barr report are you

8     referring?

9          A.     It's Appendix A.  Yeah, here we --

10    Table A-1.

11         Q.     So you -- so can you explain that to me,

12    Dr. Hopke, where on that Table A-1 it lists the content

13    of the various surfactants or dispersions?

14         A.     It doesn't.  Barr, according to what they

15    say, used that information to derive the annual PFOA

16    emissions based on the annual dispersion usage and

17    making assumptions with regard to thermal degradation

18    and abater degradation.

19         Q.     And on the annual dispersions usage column in

20    pounds, do you have any understanding as to the source

21    of that data?

22         A.     Again, the description in the Barr report is

23    that they took the invoice data in order to be able to

24    aggregate that information.

25         Q.     And what did they utilize to determine the

Page 163

1    amount of APFO that might be in a dispersion?

2        A.    Again, it would have been the MSDS sheets.

3        Q.    You did the same thing?

4        A.    No, I didn't repeat their calculation.

5        Q.    Do you have -- so according to your testimony

6    Barr used the MSDSes to estimate APFO content; is that

7    right?

8        A.    That's my understanding.

9        Q.    And the MSDSes would list the APFO content

10   with a less than, right?

11       A.    In some cases.

12       Q.    In cases in which APFO content was listed

13   with a less than, what would the content of that

14   particular surfactant or dispersion be for AFO/APFO?

15       A.    We don't know for certain but -- I'm not --

16   I don't remember -- they made assumptions based on the

17   2002 data that never -- I think they made the assumption

18   that it never exceeded, 2,000 but, you know, if it says

19   less than .05, then it could have been up to 5,000 and

20   that's why we thought that there was likely to be more

21   than estimated since they were taking the 2,000 and the

22   sheet says it could have gone up to 5,000.

23       Q.    And, again, I think we discussed this

24   previously.  Barr utilized operational data to come up

25   with the estimate of 2,000 parts per million, right?

Page 164

1    That's what they said in their report?

2         A.    My understanding is that they got that from

3    the 2002 MSDS which may have changed over time and --

4         Q.    If you turn back to Exhibit 18, Dr. Hopke.

5         A.    Dr. Barr?

6         Q.    Yeah.

7         A.    Okay.

8         Q.    And don't they say that "based on operational

9    data at a similar facility in Merrimack, New Hampshire,

10   an estimate of PFOA content in the dispersions used in

11   the coating process of 2,000 parts per million for high

12   PFOA content dispersions was applied to annual

13   dispersions usage data and measured air emissions data

14   to estimate annual PFOA emissions"?

15        A.    Yes.

16        Q.    If I'm understanding you correctly, you also

17   though go on to provide a higher range that takes a

18   maximum concentration from the MSDSes for APFO; is that

19   correct?

20        A.    That's correct.

21        Q.    Can you cite to me any document that shows

22   that that maximum concentration on MSDSes, especially

23   those with a less than symbol, reflect the actual

24   concentration of APFO?

25        A.    No.

1      Q.     Do you have any information on whether or not

2    the raw material usage and air data that's set out at

3    your Table 1 for October 2001 is representative of the

4    prior 30 years of operations?

5      A.     We don't know.  I mean, we don't have data

6    that far back that lets us evaluate what changes --

7    whether there have been significant changes in the

8    formulation over time.

9      Q.     And -- strike that.

10               MR. FLEMING:  I'm going to mark another

11            exhibit.

12               (Hopke Exhibit 20, Bates number 13000019

13            with spreadsheet, marked for identification,

14            this date.)

15      Q.     Dr. Hopke, I've handed you Exhibit 20 --

16      A.     Yes.

17      Q.     -- which was produced in native format under

18    the Bates number 13000019 as reflected by the cover

19    page, right?

20      A.     Correct.

21      Q.     If you would turn to the spreadsheet, do you

22    see that?

23      A.     Yes.

24      Q.     You don't cite to this spreadsheet in your

25    report, do you?

Page 166

1        A.    I'm not sure.  It's certainly one we used

2    but whether we had it back in July, I'm not sure.  I

3    don't think so.  I think it's more recent than that.

4        Q.    Okay.  So this spreadsheet appears to

5    estimate APFO emissions rates, right, as a measure of

6    pounds per 24 hours for --

7        A.    Pounds per hour.

8        Q.    Pounds per -- does the 24 on the left there

9    suggest anything?

10        A.    Oh, okay.  Yeah, okay.  That one is not one

11    I looked at before but the next sheet is the one where

12    it's pounds per hour.  It looks like it's just

13    multiplied.

14        Q.    Are there 31 different products or passes

15    that are included on this table?

16        A.    It appears so.  I have to count them up to

17    be certain.

18                  MR. DAVIS:  While he's doing that, I'm

19             going to object because there's been no

20             foundation for where this document came from

21             other than it was produced by Saint-Gobain.

22        Q.    In your Declaration, which I had a copy of in

23    front of you, but I'd like to direct you to paragraph

24    10.  Here it is, I've got it.  I have the Declaration.

25    It's Exhibit 2.

Page 167

1      A.    Okay.

2      Q.    And do you see at paragraph 10 there?

3      A.    Yes.

4      Q.    There's a discussion of an estimate by

5    Saint-Gobain and a spreadsheet?

6      A.    Yes.

7      Q.    Is this the spreadsheet that you're referring

8    to, this being Exhibit 20?

9      A.    Yes.

10      Q.    It is?  Okay.

11            MR. DAVIS:  Wait a minute.

12      A.    I'm pretty sure it is.  I'd have to go back

13    and compare my numbers with the numbers in my computer

14    with this but it certainly looks like it.

15      Q.    Fair enough.  You say --

16            MR. DAVIS:  Did you know what Exhibit 20

17            was when you answered that question?

18            THE WITNESS:  Yes, okay.

19            MR. DAVIS:  I think you're confusing

20            him.

21            MR. FLEMING:  You can't interrupt.  The

22            confusion -- well, we'll move on.  There's no

23            confusion.

24            BY MR. FLEMING:

25      Q.    You say, Dr. Hopke, in your Declaration at

1    paragraph 10 that the spreadsheet, and you're pretty

2    sure it's Exhibit 20, was prepared for permitting of the

3    towers moved to Merrimack, New Hampshire plant in 2001;

4    correct?

5        A.    That's my understanding.

6        Q.    What's your basis for that assertion?

7        A.    I'm not sure at this point.  This is, you

8    know, sometime between the submission of the one report

9    and the Declaration so I think we -- as I recall.

10       Q.    Do you know what, if any, assumptions went

11   into the preparation of this spreadsheet that is Exhibit

12   20?

13       A.    No.

14       Q.    How did you use this spreadsheet that is

15   Exhibit 20 to calculate emissions rates?

16       A.    Okay.  We summed them up and then multiplied

17   by 24 hours for the hourly rate, multiplied them by

18   either five days a week or seven days a week, not being

19   certain exactly what the operating schedule at the plant

20   was.  Five days a week gives us the 7,000 pounds a year;

21   seven days a week gives us the 10,000 pounds per year

22   and it's in the pile of paper that's become -- has

23   become Exhibit 9.

24       Q.    And did you attempt to determine whether the

25   plant was operating five days a week or seven days a

Page 169

1    week?

2         A.    No.

3         Q.    And with 24-hour emission rates here on

4    Exhibit 20, in order to use this data to measure annual

5    PFOA dispersions, you'd have to assume that each of the

6    products were manufactured 24 hours per day that are

7    listed here, right?

8         A.    That's correct.

Page 170

11          A.    It would appear not.

12          Q.    So your estimate based on running all of them

13    for 24 hours overestimates based on that, right?

14          A.    Likely.

15          Q.    If we could turn to the next exhibit,

16    Dr. Hopke, which I'm going to mark as number 20.

17                MR. DAVIS:  20 was the last one.

18                MR. FLEMING:  I'm sorry, Exhibit 21.

19          Thank you for pointing that out.

20                (Hopke Exhibit 21, e-mail chain,

21                8/28/17, marked for identification, this

22                date.)

23                BY MR. FLEMING:

24          Q.    Dr. Hopke, this is another e-mail chain and

25    it's dated August 28th, 2017, right?

1        A.    Yes.

2        Q.    And there's an initial e-mail from Cathy Dare

3    at the bottom of the second page?

4        A.    Mm-hmm.

5        Q.    And then there's an e-mail from you on the

6    first page, right?

7        A.    Yes.

8        Q.    So Miss Dare begins the chain by writing,

9    "Emily sent me a link to Matt's files to access the

10   historical records.  Along with the historical

11   information was this table.  I'm not sure it was

12   explicitly shared with us but it was downloaded with all

13   the other information as I was rushing to quickly wade

14   through all the various files.  Gary said it was a

15   meaningful summary.  I would propose we use this for

16   internal discussions only."  Did I read that right?

17       A.    Yes.

18       Q.    The Emily mentioned is that Plaintiffs'

19   counsel, Emily Joselin?

20       A.    Yes.

21       Q.    Who is Gary?

22       A.    This Gary.

23       Q.    You're pointing to Mr. Davis?

24       A.    Yes.

25       Q.    Plaintiffs' counsel, correct?

```
                                              Page 172

 1        A.     Correct.

 2        Q.     Who is Matt?

 3        A.     Who is Matt?  I think that's the guy at

 4   Vermont DEC.  I think one of the air modelers we talked

 5   to at Vermont DEC but I'm not positive.

 6        Q.     Thank you, Dr. Hopke.  On page 1 -- I'm

 7   sorry, where are we?  On page 1, on August 28th, you

 8   wrote in an e-mail, "I'm not sure who Dr. Hassel is/was

 9   and where that rate was found?  Makes for an order of

10   magnitude different in the emissions."  Did I read that

11   right?

12        A.     That's correct.

13        Q.     And then you list some data in a table,

14   right?

15        A.     That's correct.

16        Q.     You conclude by saying "so our 10, 1,000,

17   10,000 span the range although it looks like an upper

18   bound is more like 5,000," right?

19        A.     Right.

20        Q.     That's what you wrote on August 28th, 2017,

21   right?

22        A.     Right.  That's before I got the spreadsheet

23   data.

24        Q.     Just a few days later on September 1st you

25   have an upper bound estimate of 10,000 pounds per year
```

Page 173

1    PFOA emissions, right?

2         A.    Right, because I think on that point we got

3    the spreadsheet.

4         Q.    Is it your testimony that you got the

5    spreadsheet in between August 29th and September 2017?

6         A.    I can't be sure.  I mean, that -- it was the

7    spreadsheet that led us to the 10,000.

8         Q.    So what I'm trying to get at is your opinion

9    and your basis as of August 28th, 2017 to believe that

10   the upper bound estimate in your view was more like

11   5,000.

12        A.    Again, that was -- that was one of the

13   estimates.  I mean, we've had -- you know, again there

14   have been several estimates as we learned more and try

15   to get more information that would provide us with more

16   reliable --

17        Q.    Can you outline the methodology or provide me

18   with any documentation that would show why you chose not

19   to follow this 5,000 upper bound estimate you wrote

20   about on August 28, 2017?

21        A.    I'm pretty sure that's because we got the

22   spreadsheet in there and that then suggested a more

23   definitive estimation of the emissions.

24        Q.    And how was it that the spreadsheet -- what

25   methodology did you utilize to determine that the

1    spreadsheet was, quote, unquote, more definitive than

2    the data than you were saying -- let me finish if I

3    may -- upper bound of more like 5,000?

4         A.    Because it had specific values for emission

5    rates for the various subprocesses and so we assumed

6    that since it was put together by Saint-Gobain, that

7    they would have a better estimate of their usage and

8    product formulations than we could guess -- we could

9    estimate from these documents.

10        Q.    I'll mark the next exhibit, Dr. Hopke --

11                   (Hopke Exhibit 22, spreadsheet of

12                   historical information from Dare 8/28/17

13                   e-mail, marked for identification, this

14                   date.)

15        Q.    -- which is Exhibit 22.  And it's -- the

16   spreadsheet is the historical information that was

17   attached to that Cathy Dare e-mail of August 28, 2017.

18   Do you know who created the spreadsheet that's reflected

19   here?

20                   MR. DAVIS:  Which spreadsheet are you

21                   talking about?

22        A.    The one in Exhibit 22?

23        Q.    Why don't we start with any of them.  Do you

24   know who prepared any of the spreadsheets or tables

25   reflected in this document?

1       A.      My understanding was that these were Vermont

2   DEC values, at least that's what I remember at this

3   point.

4       Q.      Did you rely on any of the information

5   contained in this spreadsheet, Dr. Hopke?

6       A.      Did I rely on it?  No.

7       Q.      Why not?

8       A.      Because I was trying to make my own

9   independent estimates based on what other information we

10  could gather so that, you know, we would have something

11  that would be not necessarily dependent on Vermont DEC.

12      Q.      Did you rely --

13      A.      Not that we didn't believe them but when

14  we're looking -- it's always good to have multiple pairs

15  of eyes looking at a problem to try and make sure that

16  we've seen all of the possibilities.

17      Q.      Did you rely on any data provided by the

18  Vermont DEC?

19      A.      Not that I'm aware of.  We certainly

20  compared our results to theirs.  We looked at their --

21  you know, their estimate was something like 1,300 pounds

22  per year and, you know, that was, you know, part of the

23  reason for looking at the 1,000 pound per year.

24      Q.      As you sit here today, you don't think you

25  relied on any data from the Vermont DEC; fair?

```
                                               Page 176
 1        A.     Fair.
 2        Q.     And the reason you didn't rely on any data
 3   from the Vermont DEC is that according to your
 4   testimony, you wanted to develop your data
 5   independently; is that correct?
 6        A.     That's correct.
 7        Q.     If you turn to the third page of Exhibit 22,
 8   do you see the table there with the various towers?
 9        A.     Yes.
10        Q.     And do you see where it says below the table,
11   "my calculations based on D. Hassel's information yield
12   emission rates that are 10 times less"?
13        A.     Yes.
14        Q.     Did you consider that comment at all in
15   forming your opinions here today?
16        A.     No.  Again, I never really understood who
17   Mr. Hassel was and what they were -- where in fact that
18   was coming from.
19        Q.     Did you ever call up Vermont DEC and ask
20   about that?
21        A.     We had a couple of conversations with their
22   air modeling people but they were embroiled in their own
23   discussions with you, with Saint-Gobain, and didn't want
24   to put a lot of time into our process and so we were
25   discouraged from talking extensively with them.
```

1      Q.    So let me see if I could just -- if I get it

2  clear.  Did you ask Vermont about this comment about the

3  calculations by D. Hassel's information yielded emission

4  rates that are 10 times less?  Did you ask them about

5  it?

6      A.    No.

7      Q.    Did anyone at Vermont DEC discourage and said

8  don't ask about it?

9      A.    Not directly, no.

10     Q.    Did anyone indirectly tell you not to ask

11  about the view that the emissions rates were 10 times

12  less than the calculations listed here?

13     A.    Not specifically, no.  There was a more

14  general, please don't bother us.

15     Q.    Did that prevent you from or did -- you did

16  wind up talking to Vermont DEC?

17     A.    Yeah, we had a couple of one-hour phone

18  calls but it was more discussing the parameters of the

19  dispersion modeling and less on the emissions.  I mean,

20  they basically also said that, you know, estimating the

21  emissions was a very difficult task.

22     Q.    Did you find that to be the case as well?

23     A.    Yeah, because there's no measurement data.

24     Q.    We can go back to your Class Certification

25  Report, Dr. Hopke, so that's Exhibit 1, right?

```
                                                  Page 178

 1          A.    Mm-hmm.

 2          Q.    If you turn to page 4.  Are you with me on

 3     page 4?

 4          A.    Yes.

 5          Q.    You beat me to it, thank you.  If you look at

 6     the last sentence again above section 3.5, you say that

 7     a unit emissions approach -- strike that.

 8                "A unit emission rate approach was used as

 9     model input for this report with runs displayed for

10     emissions for 100 pounds per year, 1,000 pounds per year

11     and 10,000 pounds per year," right?

12          A.    Mm-hmm.

13          Q.    Then you go on to say, "these ranges,

14     including the 10,000 pounds per year upper bound, are

15     reasonable given the data we have."

16          A.    Yes.

17          Q.    Is the 100 pound estimate reasonable in your

18     view?

19          A.    I think it's an underestimation.

20          Q.    Is it a reasonable -- when you say "these

21     ranges, including the 10,000 pounds per year upper

22     bound, are reasonable," are you changing your opinion

23     about that as you sit here today or no?

24          A.    It's possible.  Whether it is probable is

25     another question.
```

1      Q.    So let me see if I can break it down.  I'm

2   really just asking you if your opinion has changed based

3   on what you wrote in your report there?

4      A.    Yeah, I should have been clearer; that that

5   was a lower bound to try and make sure that we could

6   reproduce -- largely reproduce the Barr approach which

7   was 145 pounds a year.

8      Q.    So let's just see if we can get it clearly

9   and then we'll see if we're on the same page.  In your

10  report you wrote that the ranges, right, 100 pounds,

11  1,000 pounds per year and the 10,000 pounds per year,

12  right, that those ranges were reasonable, right?

13     A.    Yep.

14     Q.    100 pounds, is that a reasonable lower range

15  of your estimate or no?

16     A.    No, I don't think so.

17     Q.    So you no longer believe that 100 pounds is

18  reasonable given the data?

19     A.    Right.

20     Q.    How about 1,000 pounds, do you believe that

21  1,000 pounds, as you sit here today, is reasonable given

22  the data?

23     A.    As a lower bound, yeah.

24     Q.    Do you believe it's reasonable?

25     A.    Yeah.

1       Q.     10,000 pounds, do you believe that is

2    reasonable as you sit here today?

3       A.     Again, it's possible but it's probably

4    overestimated given the fact that they weren't running

5    the 31 lines that we were summing.

6       Q.     If we wanted to, you know, try to verify or

7    test the methodology that you used to change your view

8    that 100 pounds per year was reasonable as of

9    September 1st, 2017 to today, how would we go about

10   doing that, to test how you utilized the methodology and

11   follow it?

12      A.     Well, again, reviewing the material,

13   particularly reviewing the spreadsheet which at that

14   time I didn't understand represented independent process

15   lines that might not all be running simultaneously and

16   so therefore -- but, you know, we then, you know, took

17   the Barr data and, you know, compensated for the

18   decomposition that we don't think took place.  That gets

19   us to an estimate of 2,441 pounds a year.  If there is

20   some decomposition, then it could be down to 1,000.

21   That's what the Vermont people estimated, 13 something,

22   1341, something in that ballpark.

23           Again, lines are not running all the time,

24   formulations change, so could it be as low as 1,000?

25   Yes.  Do I think it's more likely in the somewhat higher

Page 181

1    range, yes.  Do I think it's probably up to the 10,000?

2    It's possible but now it seems that's less likely.

3         Q.    Again, how about 100 pounds per year, when

4    you said it was reasonable on September 1st, 2017?

5    Could you quantify the, you know, percentage

6    possibilities?  Did you calculate at all as to whether

7    100 pounds was more likely as of September 1st, 2017 to

8    estimate actual emissions as compared to 10,000?  How --

9    did you quantify it in any way?

10        A.    No.  I mean, again, that was down near the

11   Barr estimate and so, you know, I was really talking

12   about being reasonable for us to model these three

13   different levels to try and get at, you know, looking at

14   the distributions, making sure, for example, that we

15   didn't have substantial discrepancies in the spatial

16   deposition of our AERMOD modeling from the Vermont

17   modeling, from the Barr AERMOD modeling and making sure

18   that the general -- there was general agreement there,

19   and then the question is how does it scale as you

20   increase the emissions.

21        Q.    When -- on September 1st, 2017 you identified

22   100 pounds as reasonable.  Did you have that Barr data

23   that you just mentioned?

24        A.    Yeah.

25        Q.    You had it at that time, right?  What, if

                                                        Page 182

1      any, data did you gather after you submitted your Class

2      Certification Expert Report on September 1st, 2017 that

3      caused you to change your view about that 100 pounds?

4           A.    Again, reviewing that spreadsheet.

5           Q.    Which spreadsheet Dr. Hopke?

6           A.    The spreadsheet in Exhibit 20?  Yeah, 20.

7           Q.    You had that at the time of this report?

8           A.    I think so.

9           Q.    I asked you at the outset if you wanted to

10     make any corrections to your Class Certification Report

11     and you read one that listed 4 instead of 5.  You didn't

12     identify this 100 pound?

13          A.    No, I missed that.

14          Q.    If we want to identify any data that you

15     relied on after you submitted this expert report culling

16     100 pound estimate to be reasonable, that changed your

17     view; you've identified the spreadsheet that you already

18     had, right; you identified the Barr data you already

19     had, right?  Is there anything else?

20          A.    No, it's just a matter of reviewing it and

21     having, again, more time -- I mean, we had very little

22     time to look at that spreadsheet so I didn't really get

23     into that in detail.

24          Q.    But you had enough time to submit a report

25     and sign it to provide an expert opinion in this case,

Page 183

1    right, September 1st, 2017?

2         A.    Right but that came somewhere very close to

3    the deadline so, again, it's a question of as you have a

4    chance to review material and look at it over time.

5         Q.    When did you first realize after you

6    submitted the September 1st, 2017 expert report that

7    your comment, 100 pound estimate was reasonable, was

8    wrong?  Was it when I first asked you today?

9         A.    Yeah.  Again, I didn't pay attention to the

10   specific wording in this report.  I mean, we obviously

11   made a modification when we got to the Declaration from

12   October.

13        Q.    Nothing in your Declaration said that you

14   were disavowing that 100 pound estimate that you called

15   reasonable, right?

16        A.    No.

17        Q.    Correct?

18        A.    Correct.

19        Q.    If we could turn to another exhibit.

20        A.    Glad I don't have to cart all this

21   afterwards.

22                   (Hopke Exhibit 23, April 1992 Alliance

23              ChemFab Corporation Diagnostic Test Program

24              Results, marked for identification, this

25              date.)

1          Q.     So I've handed you Exhibit 23 which is a

2    ChemFab Corporation Diagnostic Test Program Results by

3    Alliance Technologies Corporation dated April 1992,

4    right?

5          A.     Yes.

6          Q.     Have you seen this document before,

7    Dr. Hopke?

8          A.     Yes.

9          Q.     Are you aware that Mr. Yoder relied upon the

10   Table 10 that appears at page 12 in his expert report?

11         A.     Yes.

12         Q.     Can you take a look at Table 10 on page 12?

13         A.     I'm trying not to get them out of order.

14   There we go.  Okay.

15         Q.     Thank you.  Do you see where it says

16   "tentatively identified compounds"?

17         A.     Yeah.

18         Q.     You see where it says "fluorinated

19   hydrocarbon"?

20         A.     Yes.

21         Q.     Is it fair to say the fluorinated hydrocarbon

22   was tentatively identified in this particular one

23   coating tower, Tower E?

24         A.     That's how it's reported.

25         Q.     Do you know how many other towers were

Page 185

1    operational in North Bennington in 1992?

2         A.    I don't remember right off.  There were

3    multiple ones.

4         Q.    Is there any indication that Alliance

5    detected fluorinated hydrocarbons in any other coating

6    towers in 1992 in connection with this report?

7         A.    I don't think so but I'm not sure that

8    everything was in fact measured because most of what

9    they reported was Tower E, if I remember correctly.

10   There is a Tower P, and I'm not sure what else was

11   measured.  It was not clear to me one way or the other

12   whether everything was or was not stack tested.

13        Q.    Okay.  Let me see if I can rephrase the

14   question and ask it a little more precisely.  Is there

15   anything in the Alliance report from 1992 that

16   identified fluorinated hydrocarbons aside from this

17   Table 10 at Tower E?

18        A.    Not that I remember.

19        Q.    Do you know what operation was being

20   performed in Tower E when the tentative detection of

21   fluorinated hydrocarbons was made?

22        A.    No.

23        Q.    Do you know what product was being made at

24   the time?

25        A.    No, I don't and I'd have to go back and read

Page 186

1    the report.

2         Q.    Did you try to determine that one way or the

3    other?

4         A.    No, because it wasn't clear -- again, it

5    seemed like such partial data that it really wasn't

6    going to give us a comprehensive view of what the

7    emissions were from this plant.

8         Q.    You did not try to determine one way or the

9    other; correct?

10        A.    Right.

11        Q.    Was the product representative of other

12   products made in North Bennington, Vermont, or

13   Bennington, Vermont?

14        A.    I assume so but I don't know for sure.

15        Q.    What is the basis for your assumption?

16        A.    Because I -- you know, they would be running

17   multiple products.  Whether they would be picking a

18   particular one because they thought it was going to have

19   higher or lower emissions, it's not clear.  So, you

20   know, I assume they picked a representative tower.

21        Q.    I don't mean this in a pejorative way but

22   that's a guess, right?

23        A.    It's an assumption.

24        Q.    Do you have any factual data to support that

25   assumption?

```
                                                    Page 187
 1        A.    No.
 2        Q.    Again, we're talking about a product that you
 3   don't know, right?  You don't know what product is
 4   being --
 5        A.    That's correct.
 6             MR. DAVIS:  He might know if he reads
 7             the report but I don't think you want him to
 8             do that right now.
 9        Q.    Absolutely.  If you want to read the report
10   to answer any document -- to answer any questions --
11        A.    Is it in there?
12        Q.    I don't know, Dr. Hopke.  You're the man
13   testifying today?
14        A.    If I can't remember, you can't remember,
15   then it's hard to blame me for not remembering either.
16        Q.    Don't misunderstand my question.  I'm not
17   blaming you for anything.  I'm just trying to find out
18   your opinions and if you feel that the document would
19   assist you in answering my questions, yes, you should of
20   course feel free to read it.
21        A.    Okay.  All right.  Give me a minute here.
22        Q.    Sure.
23        A.    The process description is extremely vague.
24   It's not saying what they were making.  It's not saying
25   why they chose Towers E and P.  They're only giving a
```

1    general description of the glass fabric coating typical

2    for structural products so there's no detail.

3         Q.    Fair enough.

4         A.    So as far as I can see in a quick review,

5    that information is unavailable.

6         Q.    So -- in that document?

7         A.    In that document.

8         Q.    Dr. Hopke, the term fluorinated hydrocarbon

9    refers to a broad class of molecules or substances,

10   right?

11        A.    That's correct.

12        Q.    How many different substances could be

13   classified as a fluorinated hydrocarbon?

14        A.    I don't know specifically but many.

15        Q.    Would you agree with me that the 1992 report

16   does not state what fluorinated hydrocarbon was

17   tentatively identified from Tower E?

18        A.    That's correct.  They did not do a detailed

19   mass spectrum analysis that would enable them to

20   determine the specific compound.

21        Q.    To try to get more information on what this

22   fluorinated hydrocarbon might have been, do you recall

23   that you and Mr. Yoder called the Vermont DEC in May

24   2017 to discuss it?

25        A.    Yeah, the key was whether they could --

```
                                                    Page 189

 1    whether that was a definitive measure of the PFOA or

 2    not.  Oh, I mixed things up here.  I screwed it up for

 3    you.

 4         Q.    I'll mark the next exhibit, Dr. Hopke.

 5               (Hopke Exhibit 24, Expert Report of

 6               Gary T. Yoder, 9/1/17,  marked for

 7               identification, this date.)

 8         Q.    At the bottom of page 4, at paragraph 2, do

 9    you see there's a reference to a May 2nd, 2017

10    teleconference?

11         A.    Yes.

12         Q.    Were you a part of that telephone call?

13         A.    No, Gary called.  I'm pretty sure Gary

14    called.

15         Q.    To the best of your memory you were not part

16    of that phone call as you sit here today?

17         A.    I don't think so.

18         Q.    I think we spoke over each other, which

19    neither of us is intending, but to the best of your

20    memory, as you sit here today, you don't believe you

21    were part of that phone call?

22         A.    I don't believe so.

23         Q.    Mr. Yoder writes, "per May 2nd, 2017

24    teleconference with Mr. Philip Cannata of the VDEC, the

25    VDEC did not believe all of the fluorinated hydrocarbons
```

1    measured by Alliance Technologies was PFOA, possibly an

2    order of magnitude less."  Did I read that correctly?

3         A.    Yes.

4         Q.    "This assumption would equate to 0.015 pounds

5    per hour or 1,445 pounds per year."  Did I read that

6    right?

7         A.    Right.

8         Q.    "Mr. Cannata also indicated that during a

9    VDEC discussion with the ChemFab engineer, the engineer

10   roughly estimated 100 pounds of PFOA emitted from each

11   of the 11 stacks per year for 1,100 pounds per year."

12   Did I read that right?

13        A.    Yes.

14        Q.    "Based on this communication with VDEC, this

15   analysis included a mid-range PFOA emission rate value

16   of 1,000 pounds per year," right?

17        A.    That's correct.

18        Q.    Who is Philip Cannata?

19        A.    One of the Vermont DEC staff who, if I

20   remember right, he was the AERMOD modeler, not the

21   CALPUFF modeler.

22        Q.    Of all the people who worked for the Vermont

23   DEC, do you have any understanding of why it was decided

24   to speak with Mr. Cannata about the subject?

25        A.    Because he was the AERMOD modeler.

1      Q.    And according to Mr. Yoder's report,

2   Mr. Cannata was of the view that he didn't believe that

3   all of the fluorinated hydrocarbons measured by Alliance

4   was PFOA, possibly an order of magnitude less, right?

5      A.    That's correct.

6      Q.    Do you agree with Mr. Cannata or disagree or

7   do you have a view?

8      A.    Again, this is only the measure of one

9   tower, so it certainly could be less but I don't think

10  we can say one way or the other definitively without

11  more compositional data.

12     Q.    Aside from definitively, could you say one

13  way or the other with any reasonable degree of

14  possibility?

15     A.    I don't think so because, again, we don't

16  know exactly what was going on.

17     Q.    Maybe we can turn back to your Merits Report,

18  Dr. Hopke.

19     A.    Okay.  Merits Report or the Certification?

20     Q.    Merits Report on Exhibit 2.

21           MR. DAVIS:  4.

22           MR. FLEMING:  I keep doing that, 4.

23     A.    5 actually.  This is 4.

24     Q.    You can use your duplicate copy of Exhibit 5.

25     A.    Then I don't mess it up.

1          Q.    Dr. Hopke, at pages 1 to 2, you write that

2     "ChemFab failed to comply with the permit requirement

3     for more than 10 years, from November 1979 to June

4     1990," correct?

5          A.    That's correct.

6          Q.    What methodology did you apply to assert that

7     ChemGuard (sic) failed to comply with Vermont permitting

8     requirements?

9          A.    Particularly I looked at, again, documents

10    and we have the -- you know, again in here we have the

11    Vermont regulations which would have called for them to

12    have permits, and we have the memorandum at one point

13    that says that they never -- you know, that in 1990 we

14    should get permits and cover everything because at this

15    point nothing's covered.  So that was an internal memo

16    and, again, it's referenced here.  I'd have to go back

17    and find it specifically.

18         Q.    So Dr. Hopke, you reviewed a memo that led

19    you to believe that, from 1990 that ChemFab didn't have

20    a permit, right?

21         A.    Right.  If we look at the bottom of page 1,

22    1, 2, 3, 4, 5, 6 lines from the bottom, "in November '89

23    ChemFab executives recognized that ' we have neglected

24    the permitting of the other towers installed at the

25    plant and it would be a good opportunity to bring the

Page 193

1    whole facility into compliance with the permit

2    requirements'" and that was because they were trying to

3    put in a new tower at that time and recognized that none

4    of the towers had been properly permitted.

5         Q.    And again, the basis for your opinion about

6    that is reading that document, right?

7         A.    Yes.

8         Q.    Did you apply any principle of chemistry to

9    reach that conclusion about that document?

10        A.    No.

11        Q.    Did you ask for any other documents produced

12   by Saint-Gobain to learn more about the context or any

13   other facts that might have pertained?

14        A.    No.

15        Q.    Again, you're not a lawyer, right?

16        A.    No.

17        Q.    Do you hold yourself out as an expert in

18   Vermont law?

19        A.    No.

20        Q.    Or Vermont regulations?

21        A.    No.  But I have considerable experience in

22   air quality management.  I was the Chair of the Clean

23   Air Scientific Advisory Committee.  I've served on

24   multiple EPA panels.  I've served on a number of NRC

25   committees involved in air pollution and risk and

1    aspects of that.  I've been consulting on these issues

2    since 1981 so --

3         Q.    And consulting on those issues but not

4    compliance with Vermont permit, right?

5         A.    Not compliance, not specifically.

6         Q.    With those credentials when you reviewed that

7    document, you didn't have to apply any of that expertise

8    to form a judgment to find out whether a permit was

9    granted or not, did you?

10        A.    No, again, the statute states in clear

11   language that a permit is needed.  They're stating in

12   clear language that they didn't get a permit.  It seems

13   like that's a problem.

14        Q.    That's your view upon reading those factual

15   documents and you applying what you understand the law

16   to be, right?

17        A.    Absolutely.

18        Q.    You say in your report "that the section

19   5-501 of the Vermont Air Pollution Control Act required

20   notification of and permission by the Vermont DEC for

21   construction of new air containment sources," right?

22        A.    Yes.

23        Q.    What kind of notification was required?  What

24   form did it need to take?

25        A.    I assume some sort of written form but I

1    don't know for certain.

2         Q.    What form of permission, if any, would be

3    required?

4         A.    Again, I would assume that the Vermont DEC

5    would have issued some sort of written document that

6    stated they had permission to move ahead with

7    construction.

8         Q.    And that's an assumption, right?

9         A.    That's an assumption.

10        Q.    Not based on factual information?  It's not

11   based on legal background, right?

12        A.    Well, normally you have to apply for a

13   permit and permits are required.  You know, again,

14   that's sort of a standard approach to permitting new

15   pollution sources or potential pollution sources.

16        Q.    Was -- do you have any information as to

17   whether or not that permission had to be in writing back

18   in 1979 in Vermont?

19        A.    I don't know for certain.

20        Q.    That didn't come up in your conversations

21   with Vermont at all, right?

22        A.    No.

23        Q.    When it says "construction of new air

24   containment sources required notification of and

25   permission by the Vermont DEC," what's "construction"

1    mean within the definition of this statute?

2         A.    Again, not being a lawyer, I don't know for

3    certain.  I would take it as plain language that if

4    you're building something, you're going to have to

5    get -- at least notify the State and get their

6    agreement.

7         Q.    Do you have any understanding as to what a

8    new air containment source within the meaning of the

9    statute meant?

10                  MR. DAVIS:  You mean contaminant?

11        Q.    I'm sorry, you're absolutely right.

12   Contaminant source, thank you for the correction.

13        A.    Right, and that's something that's putting

14   an air pollutant in the air.

15        Q.    Did you review any sort of history or

16   regulations to determine what a new air contaminant

17   source was in forming your --

18        A.    Not in the State of Vermont.

19        Q.    To form your opinions in this case did you do

20   any research on what new contaminant sources were under

21   any legislative scheme for forming your opinions in this

22   case?

23        A.    Well, I'm relatively familiar with the

24   section 5.09 of the Clean Air Act and the regulations

25   with regard to hazardous air pollutants.

                                           Page 197

1        Q.    You're opining on the Vermont Air Control Act
2    in this case, right?
3        A.    Right, where I assume some degree of
4    parallelism.
5        Q.    You made that assumption, right?
6        A.    Yeah, and again --
7              MR. FLEMING:  I'm sorry, you're
8              motioning.  Someone is motioning at you.  I'd
9              appreciate that that not occur.
10       Q.    So your lawyer just pointed to something in
11   your binder that you're now turning to, right?
12       A.    Right.
13       Q.    Can you explain that to me?
14       A.    The section 5.01 here in terms of review,
15   construction, or modification of new air contaminant
16   sources.  So, you know, and so it's -- you know, it's --
17   the point is that this is a source which when it was at
18   its original site was already cited for -- and entered
19   into a consent decree to put in pollution controls, so
20   that, you know, that then subsequently when they moved
21   and didn't -- you know, they knew they were emitting
22   contaminants because they'd already had the odor
23   complaints and consent decree with the State of Vermont.
24   So, therefore, they should have known that, you know,
25   permitting was going to be essential and then, you know,

1    in here there are definitions.  Air contaminant means

2    dust, fumes, mist, other particulate matter, vapor,

3    gases, odorous substances or any combination thereof.

4    So, you know --

5          Q.    So you read that and formed your opinion?

6          A.    Yes.

7          Q.    Okay.  That is -- you're reading from a

8    statute, right?

9          A.    Right, this is section 5-501 of the -- of

10   the Vermont?

11         Q.    If we turn to the next exhibit.

12                 (Hopke Exhibit 25, Statutes and

13                 Regulations Concerning Air Pollution Control,

14                 State of Vermont, 11/4/79, marked for

15                 identification, this date.)

16         Q.    So I've handed you a statute I think you were

17   referring to.  5-501?

18         A.    Yeah.

19         Q.    I was going to ask you a question as to

20   whether you read page 53 at subprovision 3.  It's the

21   Bates number ending in 863.

22         A.    863, okay.  Yes.  That's what I was just

23   quoting from.

24         Q.    Ah, okay, so subprovision 3.

25         A.    Yeah.

1          Q.    Do you see the last sentence there that says,

2     "failure of the Secretary to issue an order within the

3     time prescribed herein shall be deemed a determination

4     that the construction, installation, or modification of

5     the source may proceed provided that it is in accordance

6     with the plans, specifications or other information, if

7     any, required to be submitted."  Do you see that?

8          A.    Yes.

9          Q.    So does that communicate to you whether or

10    not a written permit was required to be provided by the

11    State under the statute?

12         A.    Not if they had communicated with the State

13    that they were going to in fact create this contaminant

14    source but the indication from the quote and the lack of

15    state documentation would suggest that no such

16    communication ever took place.

17         Q.    So, again, just to make sure I've got the

18    answer to the particular question I was asking, do you

19    agree that written notification of a permit by the state

20    was not required under the statute; is that correct?

21         A.    Not if the state chose not to.

22         Q.    Or failed to do so?

23         A.    Or failed to do so in a timely manner.

24         Q.    And you formed that opinion just by reading

25    the words of the statute right now, right?

```
                                          Page 200
 1        A.     Yeah.  I mean, I had read this before.
 2        Q.     Whenever you read it, you formed that view?
 3   You didn't look at anything else to form that?
 4        A.     No.
 5        Q.     You read the statute?
 6        A.     Right.
 7        Q.     Turn to the next document.  Next exhibit I
 8   should say which is Exhibit 26.
 9               (Exhibit 26, 11/27/89 telephone
10               memorandum, Skip Crego to Chris Jones, Bates
11               13002573, marked for identification, this
12               date.)
13        Q.     So Dr. Hopke, this is a memo dated
14   October 27, 1989 with a Bates number 13002573, right?
15        A.     That's correct.
16        Q.     And this is the -- strike that.  This is the
17   memo that you cite in your Merits Expert Report on
18   page 1, four lines up from the bottom, right?
19        A.     That's correct.  Let's see.  Oh, yeah, in
20   the first paragraph, right.
21        Q.     Four lines up from the bottom of page 1,
22   right, telephone memorandum of the Merits Report?
23        A.     No, it's in the first paragraph; that this
24   would be a good opportunity to permit all the towers at
25   the site.
```

1     Q.    Are we on your Merits Expert Report?

2     A.    No, I was looking at the --

3     Q.    We had a little disconnect there.

4     A.    I'm sorry.

5     Q.    That's okay.  The memorandum you were just

6   looking at is cited in your expert report, right?

7     A.    Yes.

8     Q.    And that's four lines up from the bottom of

9   page 1 of your Merits Expert Report, right?

10    A.    That's correct.

11    Q.    And you wrote in your Merits Expert Report

12  that "in November 1989 ChemFab executives recognized

13  that 'we have neglected the permitting of the other

14  towers installed at the plant and this would be a good

15  opportunity to bring the whole facility into compliance

16  with the permit requirements.'"  Right?

17    A.    That's correct.

18    Q.    And the basis for your opinion about that is

19  this memo that you have in your hand as Exhibit 26?

20    A.    Yes.

21    Q.    Now, you described this as a telephone

22  memorandum from Skip Crego, right?

23    A.    Yes.

24    Q.    And Skip Crego is identified as a plant

25  engineer at ChemFab, right?

Page 202

1          A.    That's correct.

2          Q.    And in the "to" line, the telephone

3     memorandum states it's to Chris Jones, right?

4          A.    That's correct.

5          Q.    And he was employed by the Vermont DEC,

6     right, in November of 1989?

7          A.    That's my understanding.

8          Q.    And next to Chris Jones' name in the "to"

9     line it appears someone had initialed CBJ, right?

10         A.    Mm-hmm.

11         Q.    Right next to his name?

12         A.    Yes.

13         Q.    Do you agree that the telephone call

14    summarized in this memorandum was from Skip Crego to

15    Chris Jones?

16         A.    That's my understanding.

17         Q.    Do you also agree that Chris Jones actually

18    wrote and then initialed this memorandum following the

19    call?

20         A.    That's correct, and that's why he sent the

21    copies to the administration in Vermont DEC.

22         Q.    So you state that this memo signifies that

23    ChemFab executives recognized that we have neglected the

24    permitting of the other towers installed in the plant

25    but this is Chris Jones writing this memo, right?

1          A.    Right, but Skip agreed and he would
2     like to bring the whole facility into compliance.
3          Q.    Do you see where in the third sentence it
4     says, "I discussed with Skip," right?
5          A.    Yep.
6          Q.    And "I" is Chris Jones, right?
7          A.    Mm-hmm.
8          Q.    "The fact that we," right?
9          A.    Mm-hmm.
10         Q.    Chris Jones is with Vermont, right?  "We" is
11    referring to Vermont, right?
12         A.    Yeah.
13         Q.    "Have neglected the permitting of the other
14    towers installed at the plant and that this would be a
15    good opportunity to permit all the towers at the site."
16    Did I read that right?
17         A.    Yes.
18         Q.    And do you have any basis to opine on what
19    this memo means, who wrote it, who the "we" is
20    referencing, other than just reading it as we sit here
21    and as you read it before?
22         A.    No.  I mean, again, it appears that they're
23    both agreeing that there was negligence to get the
24    permits in place but now would be a great time to bring
25    everything into compliance.

1      Q.    Do you have any information or view on

2   whether this suggests that Vermont did not respond to

3   plans that were submitted -- did not respond to plans

4   that were submitted and that Vermont had neglected the

5   permitting of the other towers?

6      A.    I don't know.  It's not clear.

7      Q.    And that's not something that you called up

8   Vermont to ask, right?

9      A.    No.

10     Q.    So if we could turn to your Merits Report at

11  section 2.7.

12     A.    Okay.

13     Q.    On page 3 at the first sentence, it says --

14  are you with me?

15     A.    Yeah.

16     Q.    Great.  "Beginning in 1984, Vermont DEC

17  required ChemFab to identify and control hazardous air

18  contaminants from the Water Street plant."  Do you see

19  that?

20     A.    Yes.

21     Q.    And then at the third line there, again, at

22  section 2.7, you state that ChemFab was required to

23  attempt to obtain data on the chemical characteristics

24  of the inlet and exhaust streams to and from the abaters

25  in terms of chemical compound, flow rates, and parts per

Page 205

1    million using gas chromatography and mass spectrometry.

2    Did you I read that right?

3          A.    That's correct.

4          Q.    And then on page 4 of your Merits Report, the

5    last sentence above number 3, you write that "had

6    ChemFab/Saint-Gobain complied with Vermont DEC

7    requirements, they should have tested for PFOA and other

8    perfluorinated compounds."  Did I read that right?

9          A.    Right.

10         Q.    In your work on this case did you see any

11   Vermont law or regulation existing between 1968 and 2002

12   that identified APFO or PFOA emissions in any way?

13         A.    No.

14         Q.    During its years of operation, ChemFab would

15   have been regulated by air pollution regulations, right?

16         A.    Yes.

17         Q.    In Vermont, right?  What agencies promulgated

18   those regulations?

19         A.    Vermont DEC.

20         Q.    Who enforced them?

21         A.    Vermont DEC.

22         Q.    Have you ever heard of the Vermont Agency of

23   Natural Resources?

24         A.    That's the parent organization of Vermont

25   DEC.

1      Q.    Who would have enforced the regulations

2  between the two?

3      A.    I -- my understanding was Vermont DEC but

4  I'm not certain.

5      Q.    And have you ever served any enforcement role

6  for Vermont with regard to its air pollution

7  regulations?

8      A.    No.

9      Q.    PFOA or APFO were not regulated compounds in

10  Vermont during any year in which ChemFab or Saint-Gobain

11  operated in Vermont, correct?

12              MR. DAVIS:   Objection to the question as

13              being vague.

14      A.    Not that I know of.

15      Q.    Did you identify any information in your work

16  on this case suggesting to you that the State of Vermont

17  ever identified PFOA or APFO to Saint-Gobain or ChemFab

18  to test?

19      A.    I am unaware of any such request.

20      Q.    Go to the next exhibit.   It's Exhibit 27.

21              (Hopke Exhibit 27, Memo from Bill Bress

22              to Harold Garabedian SGPPLVT13000321, marked

23              for identification, this date.)

24      Q.    That I've handed, Dr. Hopke?

25      A.    Hmm, mm.

1      Q.     This is a document with a Bates number

2   13000321, right?

3      A.     That's what it says.

4      Q.     And it's a memorandum from a Bill Bress,

5   right?

6      A.     Mm-hmm.

7      Q.     To Harold Garabedian, right?

8      A.     Yes.

9      Q.     And it identifies Harold Garabedian as the

10   Acting Director, Air Pollution Control Division for the

11   Agency of Natural Resources in Waterbury, Vermont?

12      A.     That's correct.

13      Q.     Did you review this document when preparing

14   your opinions in this case?

15      A.     I almost certainly looked at it but I don't

16   remember particularly.  It would have been one of many

17   documents.

18      Q.     And does Dr. Bress inform Mr. Garabedian that

19   he had reviewed the report on air quality impacts of the

20   Chemical Fabrics Corporation in North Bennington,

21   Vermont?

22      A.     Yes.

23      Q.     And does he say that "it would appear that

24   all the chemical toxic emissions we were most concerned

25   about are below the Hazard Limiting Values"?

Page 208

1          A.     Yes.

2          Q.     Does he add that "since the compounds are not

3     present in hazardous levels in the ambient air, major

4     attention should now be aimed at reducing offensive

5     odors at the site."  Do you see that?

6          A.     Yes.

7          Q.     So ChemFab did perform testing and

8     coordinated that testing with Vermont which evaluated

9     the testing, is that fair?

10         A.     Yes.

11                MR. DAVIS:  Let me interpose an

12                objection.  This document is not dated.

13         Q.     Okay.  If we could turn to the next exhibit.

14     Exhibit 28.

15                (Hopke Exhibit 28, 1/20/88 Chemical

16                Fabrics Corporation, North Bennington,

17                Vermont, Toxic Air Contaminant Impact Study,

18                marked for identification, this date.)

19         Q.     Exhibit 28 is a document dated January 20th,

20     1988 entitled Chemical Fabrics Corporation, North

21     Bennington, Vermont, Toxic Air Contaminant Impact Study,

22     right?

23         A.     Yes.

24         Q.     And it reflects on the cover page -- are you

25     with me on the cover page Dr. Hopke?

1        A.    Yes.

2        Q.    It's by the Vermont Agency of Natural

3   Resources, Department of Environmental Conservation, Air

4   Pollution Control Division?

5        A.    Yes.

6        Q.    And did you consider this report in

7   connection with your opinions in this case?

8        A.    Again, I looked very quickly at it but did

9   not review it in great detail.

10        Q.    And do you see on the very first page of the

11   summary it says, "the Vermont Agency of Natural

12   Resources, ANR, has been coordinating the testing of and

13   conducting evaluations of the gaseous emissions from the

14   Chemical Fabrics facility in North Bennington, Vermont."

15   Did I read that right?

16        A.    That's right.

17        Q.    You believe that to be true, right?

18        A.    Yes.

19              (Hopke Exhibit 29, 2/1/88 letter,

20              Garabedian to Robert McWaters,

21              SGPPLVT13002583-584, marked for

22              identification, this date.)

23        Q.    Then I've handed you Exhibit 29, Dr. Hopke

24   which is dated February 1st, 1988, so just shortly after

25   that report we just looked at that was dated

1    January 20th, 1988.  And it's a letter from Harold

2    Garabedian, right?

3         A.    Yes.

4         Q.    To a Robert McWaters, right?

5         A.    That's correct.

6         Q.    And Mr. Garabedian states that he is

7    enclosing the final version of the agency's Toxic Air

8    Contaminant Impact Study regarding the Chemical Fabrics

9    Corporation in North Bennington, Vermont, right?

10        A.    That's correct.

11        Q.    Do you see in the middle of that first

12   paragraph there he says that "the conclusion of this

13   report is that the emissions from the facility do not

14   pose an undue threat to human health"?

15        A.    That's correct.

16        Q.    And do you see where he says, "the procedures

17   used in this report and the conclusion it draws have

18   been reviewed and endorsed by the Vermont Department of

19   Health"?

20        A.    Yes.

21        Q.    Do you see that?

22        A.    Mm-hmm.

23        Q.    Do you have any reason to believe that that

24   wasn't true?

25        A.    That they believed that, yeah.

1    Q.    I'm sorry, so let me ask it a different way.

2    You don't have any reason to dispute Vermont's belief as

3    reflected in this letter, correct?

4    A.    Yes, I do.

5    Q.    Do you think that --

6    A.    They only looked at gases.

7    Q.    Okay.  Let me see if we can work through and

8    see if I can understand what you're saying.  Do you

9    dispute that as of February 1st, 1988, Vermont's view

10   was that the report concluded that the emissions from

11   the facility do not pose an undue threat to human

12   health?

13   A.    As far as they measured.

14   Q.    Okay.  Let's try to work through it and maybe

15   my question isn't clear.  I'm really trying to see --

16   A.    The point is the measurements were

17   redirected.

18            MR. DAVIS:  Let him finish and then

19        answer.

20   Q.    Let me finish the question and then you

21   should explain what your opinion is.

22   A.    Sure.

23   Q.    Let me ask it and see if we really can hone

24   in on what I'm trying to ask.  Do you have any reason to

25   dispute that Mr. Garabedian was accurately conveying

Page 212

1    what the State of Vermont believed as of February 1st,

2    1988?

3         A.    No.

4              MR. DAVIS:   Objection to the question.

5         I think it calls for speculation about what

6         the State believed.

7         Q.    Do you think it calls for speculation to

8    attempt to opine on what an entity like the State of

9    Vermont believes?

10        A.    Well, clearly Mr. Garabedian felt there was

11   no -- states that, clearly reflects that he did not see

12   a significant health effect from what was measured.

13        Q.    Do you think it calls for speculation for you

14   to opine on what an entity like Saint-Gobain or ChemFab

15   believed decades ago?

16        A.    Well, again, it depends on what people knew

17   beyond what was in fact measured.

18        Q.    So that opinion would depend on what people

19   knew; was that your testimony?

20        A.    Yes.

21        Q.    In your teaching career and chemistry career,

22   I mean, have you ever held yourself out as an expert on

23   what people know?

24        A.    No.

25        Q.    Okay.

Page 213

1    A.    Only as far as is reflected in documents I

2    can read.

3    Q.    And someone else could read them, too, right?

4    A.    Correct.

5    Q.    Like the jury in this case could read them,

6    right?

7    A.    Absolutely.

8    Q.    You state in your report, if we could go back

9    to your Merits Report on page 4, in the first full

10   paragraph, that "ChemFab apparently provided process

11   information and formulations information to the

12   consultants that performed emissions testing but did not

13   insist that the consultants test for the constituents of

14   the formulations."  Do you see that?

15   A.    Yes.

16   Q.    What did you do to form that opinion,

17   Dr. Hopke?

18   A.    Again, looking closely at the documents, the

19   charge to Environment One was again entirely on gaseous

20   emissions and so, therefore, it would neglect a

21   significant amount of some of the important other

22   emissions that might be important.

23   Q.    Did you ever talk to anybody in -- at

24   Environment One to see --

25   A.    No.

                                                Page 214

1          Q.     -- to see anything?

2          A.     No, just read what their charge was.

3          Q.     From the document?

4          A.     From the document.

5          Q.     Do you know one way or the other if

6    Saint-Gobain or ChemFab ever provided actual samples of

7    its formulation to the State of Vermont?

8          A.     I am not aware one way or the other.

9          Q.     Do you know one way or the other if

10   formulation information was provided by Saint-Gobain or

11   ChemFab to Vermont?

12         A.     I do not know.

13         Q.     Want to take a quick break?

14         A.     Sure.

15                THE VIDEOGRAPHER:   The time off record

16                is 1524.  We're off the record.

17                (Whereupon, a recess was then taken.)

18                THE VIDEOGRAPHER:   We are on the record.

19                The time is approximately 1532.  Please

20                continue.

21                BY MR. FLEMING:

22         Q.     Thank you.  Thank you, Dr. Hopke, again.  Are

23   you ready to go?

24         A.     Yeah.

25         Q.     Great.  So Dr. Hopke, if we could turn to

Page 215

1    your Merits Report at page 4.

2        A.    Okay.

3        Q.    And about eight lines down, you see where it

4    says, "both Environment One and Alliance identified PFOA

5    as a constituent of the PTFE dispersion coated on the

6    fabric."  Do you see that?

7        A.    Mm-hmm.

8        Q.    You cite a 1985 document there, right?

9        A.    Yes.

10       Q.    And one of the documents you cite, the 1985

11   document is actually authored by Environment One, right?

12       A.    Yes.

13       Q.    Are you aware that report was submitted to

14   the State of Vermont in 1985?

15       A.    That's my understanding.

16       Q.    So when a consultant identified PFOA as a

17   constituent in 1985, it was reported at that same time

18   to the State of Vermont, correct?

19       A.    I don't know whether it was in their report

20   to the State because it -- it wasn't -- certainly wasn't

21   looked for in the stack emissions which was the primary

22   purpose of that report.  I'd have to go back and read.

23       Q.    As you sit here -- maybe I didn't ask it

24   correctly before.  Maybe your answer is different or not

25   but do you know if that Environment One report that

```
 1   identified PFOA as a constituent of the PTFE dispersion
 2   was in fact provided to Vermont in 1985?
 3        A.    That's my understanding.
 4        Q.    That it was?
 5        A.    Because Vermont DEC or -- yeah, DEC came
 6   back and said it was inadequate so they couldn't have
 7   said it was inadequate if they hadn't seen it.
 8        Q.    Let's see if we could break that down.  So
 9   Environment One identified PFOA as a constituent in this
10   report in 1985 of a PTFE dispersion, right?
11        A.    Right.
12        Q.    And that report was provided to Vermont,
13   right?
14        A.    Yes.
15        Q.    After Vermont got that report, we've already
16   established, correct, that Vermont did not ask for PFOA
17   or APFO to be tested at any time, to your knowledge,
18   correct?
19        A.    To my knowledge.
20        Q.    To your knowledge before or after that time
21   you got that report in 1985 Vermont never regulated APFO
22   or PFOA as a hazardous substance, did it?
23        A.    Not as far as I know.
24        Q.    Or in any other way in Vermont, did it?
25        A.    As far as I know.
```

1        Q.    Dr. Hopke, you say in your report, it's in

2    the first paragraph if you want to take a look at it,

3    but my question is going to be a little more general

4    than that but you say in your report, you say you

5    evaluated what the company knew or should have known

6    about emissions of PFOA during the time it operated in

7    Bennington and North Bennington, right?

8        A.    Yes.

9        Q.    In terms of the methodology that you utilized

10   in this case to determine your view of what Saint-Gobain

11   or ChemFab knew or should have known, you reviewed

12   documents; is that correct?

13       A.    That's correct.

14       Q.    And the documents that you reviewed were

15   provided by Plaintiffs' counsel, right?

16       A.    That's correct.

17       Q.    You also reviewed some documents from the

18   Vermont website, right?

19       A.    Yes.

20       Q.    Did you review anything else to determine

21   what Saint-Gobain or ChemFab knew or should have known

22   about its emissions?

23       A.    No.

24       Q.    Have you ever done any kind of work for

25   anyone else where you tried to determine what a company

Page 218

1    knew or should have known before?

2         A.    No.

3         Q.    So you've never used this method of getting

4    documents from Plaintiffs' attorneys, going to a Vermont

5    website to try to determine what a company knew or

6    should have known before?

7         A.    No.

8         Q.    Do you have any understanding of how

9    Plaintiffs' counsel selected the documents to provide to

10   you?

11        A.    I do not know.

12        Q.    Your Merits Report at page 4, Dr. Hopke,

13   second paragraph above number 3, first sentence, you

14   say, "ChemFab/Saint-Gobain never notified the Vermont

15   DEC of its likely emissions of PFOA despite information

16   about its toxicity provided by DuPont and 3M."  Do you

17   see that?

18        A.    Yes.

19        Q.    We've already established that Vermont was

20   informed that PFOA was a constituent of a product

21   identified in the Environment One report in 1985, right?

22        A.    That's correct.

23        Q.    What's your basis for your opinion that

24   ChemFab/Saint Gobain never notified the Vermont DEC of

25   its likely emissions of PFOA?

1          A.      There were earlier communications from

2     DuPont and 3M and I'd have to go back and look again as

3     to exactly when those were but there was something in

4     around '80 or '82 that started to suggest there might be

5     problems with PFOA and that didn't alert them to any

6     potential examination as to whether it might or might

7     not be a problem.

8          Q.      Did you cite any documents in your Merits

9     Report provided by Dupont or 3M that in your view

10    discuss the likely emissions of PFOA using your words?

11         A.      I don't -- I'm not sure whether that got

12    properly cited or not.  I don't think I did.

13         Q.      Am I right, Dr. Hopke, you don't cite a

14    single document sent from DuPont to ChemFab in your

15    report, do you?

16         A.      No, and that's an omission.

17         Q.      Okay.  An omission on your part?

18         A.      Yes.

19         Q.      You don't cite a single document in your

20    report sent from 3M to ChemFab, right?

21         A.      Right, an omission I'll have to correct once

22    I find the documents.

23         Q.      When the Environment One report was submitted

24    to Vermont in 1985 reflecting forming your opinion as a

25    constituent, in your view should Vermont have known that

1   PFOA was likely being omitted?

2        A.    No.

3        Q.    When Saint-Gobain or ChemFab provided that

4   report -- I'm sorry, strike that.

5              When the Environment One report was submitted

6   in 1985, is it your view that ChemFab should have known

7   that PFOA was likely being emitted?

8        A.    Yeah, based on the -- those prior

9   communications from DuPont and/or 3M but not on the

10  basis of measurements of EOCs.

11       Q.    As you is sit here today, do you have any

12  information on whether DuPont or 3M provided information

13  to the State of Vermont back in 1985?

14       A.    I'm unaware of any.

15       Q.    You're not aware of any one way or the other,

16  right?

17       A.    Right.

18       Q.    Did you look to see what was provided to

19  Vermont by any other company at that time?

20       A.    No, I had no mechanism for doing so.

21       Q.    And your sole basis for concluding -- I'm

22  sorry, strike that.  Your sole basis for asserting that

23  ChemFab should have known that product quality was a

24  likely emission in 1985 were 3M and DuPont documents

25  that you have not cited; that is right?

Page 221

1      A.    That's correct.

2      Q.    If you turn to section 5 of your Merits

3  Report, Dr. Hopke --

4      A.    Okay.

5      Q.    -- the first sentence of section 5, do you

6  see it on page 6?

7      A.    Mm-hmm.

8      Q.    You write, "it would be unreasonable for a

9  company working with perfluorinated compounds and the

10 nature of the processes employed in the ChemFab

11 operations not to consider the virtual certainty of

12 emissions from PFOA."  Do you see that?

13     A.    Yes, I do.

14     Q.    What standard of reasonableness did you apply

15 in writing that sentence?

16     A.    Understanding the nature of the behavior of

17 these compounds when you heat them and the process of

18 the evaporation and potential sublimation that could

19 reasonably have been inferred by somebody who is

20 knowledgeable in the chemistry of these materials.

21     Q.    And is your standard of reasonableness a

22 legal standard?

23     A.    No.

24           MR. DAVIS:  Objection to the question.

25     A.    I can't make that judgment.

Page 222

1          Q.    Do you know if your standard of
2     reasonableness differs from what the law's standard for
3     reasonableness is?
4                     MR. DAVIS:   Objection.
5          A.    I don't know; I'm not a lawyer.
6          Q.    Do you think it could confuse the jury if
7     your standard of reasonableness were different from what
8     the law's standard of reasonableness is?
9                     MR. DAVIS:   Objection, calls for
10                 speculation.
11         A.    I don't know.
12         Q.    Does your reasonableness standard take into
13    account what was known by other companies?
14         A.    Yes.
15         Q.    What was known by other companies?
16         A.    What we know of in terms of the 3M and
17    DuPont memos.
18         Q.    When -- what are you saying was known by
19    other companies; let's begin there?
20         A.    That there was high likelihood of PFOA
21    emissions as reported by -- in those memos and I've got
22    to dig those memos out.
23         Q.    When was it that --
24         A.    Early '80s.
25         Q.    And your basis for opining now not only on

1    what Saint-Gobain or ChemFab knew but also what 3M and

2    DuPont knew is what?

3         A.    That they sent out these messages to

4    customers suggesting that these were potential things

5    that they needed to be aware of.

6         Q.    As of what year would you say this was?

7         A.    '80 to '82.

8         Q.    This is based on documents provided to you by

9    Plaintiffs' counsel?

10        A.    Yes.

11        Q.    On your reasonableness standard, did you

12   consider whether a processor of materials containing

13   PFOA should have, under your reasonableness standard,

14   the same level of information that the suppliers or

15   manufacturers of those materials would have?

16        A.    Yeah.  I don't think that a processor would

17   necessarily have the same level but once they were

18   notified of it, then that should have identified the

19   potential for an issue.

20        Q.    Under your reasonableness standard, would you

21   expect a processor to have the same information

22   reasonably as the supplier of the materials?

23        A.    No.

24        Q.    Under your reasonableness standard, correct?

25        A.    Mm-hmm.

Page 224



20        Q.    Your basis for that again is the uncited

21   documents by 3M or DuPont that you were describing,

22   right?

23        A.    Yes.

24        Q.    At Section 4 of your Merits Report,

25   Dr. Hopke, which is on page 5, the second-to-last

1    paragraph, do you see where you wrote "there were

2    technologies available during ChemFab/Saint-Gobain's

3    operations in Bennington and North Bennington that would

4    have effectively removed PFOA from the process

5    emissions"?

6         A.    Yes.

7         Q.    Am I right that the two types of technologies

8    that you refer to in your Merits Report are wet

9    scrubbers and wet electrostatic precipitators?

10        A.    That's correct.

11        Q.    In your view, when did this technology become

12   available to ChemFab or Saint-Gobain?

13        A.    Well before 1970.  I mean, again described

14   in '76 textbook, wet precipitators go back to about 1911

15   with Catrol (ph).

16        Q.    Did you do any kind of survey in any given

17   year to see if other companies similarly situated to

18   Saint-Gobain or ChemFab were utilizing that technology

19   at that time?

20        A.    No.

21        Q.    Do you have any idea whether it was then

22   state-of-the-art in the industry to use that technology

23   at that particular point in time?

24        A.    It would not have been state-of-the-art to

25   use it to control smoke and so -- but it certainly would

1    have been to control the perfluorocarbon emissions

2    because that hadn't been considered as a problem at that

3    stage.

4         Q.    So did you do a survey to see whether other

5    companies in fact were using that technology in any

6    given year?

7         A.    No, I didn't do that but after the Clean Air

8    Act amendments of 1970, then a whole lot of companies

9    had to put in particle control technologies in order to

10   bring things into compliance with the TSP NAAEQS.

11        Q.    As you sit here today, can you identify any

12   company that used those technologies to control

13   emissions for PFOA as of any given year?

14        A.    No.

15        Q.    How much -- what percentage of PFOA emissions

16   in your view would have been captured by this technology

17   that you described?

18        A.    A good wet electrostatic precipitator should

19   be getting 95 to 98 percent of the particulate matter

20   mass.

21        Q.    Can you cite to -- is that true of -- a piece

22   of technology like that that would have been available

23   when?

24        A.    In that time frame.

25        Q.    Can you cite to any document or scientific

Page 227

1    literature that sets out that percentage?

2         A.    I don't have them with me but I can find

3    them quick enough.

4         Q.    Did you cite any in your report?

5         A.    No.

6         Q.    Did you state in your report any percentage

7    of PFOA that would be removed by the technology that

8    you're describing?

9         A.    No.

10        Q.    Dr. Hopke, switching gears a little, do you

11   agree that a mass balance analysis can be used to

12   identify and apportion sources of airborne particulate

13   matter in the atmosphere?

14        A.    Yes.

15        Q.    That kind of methodology has generally been

16   referred to within the air pollution research community

17   as receptor modeling, right?

18        A.    Yes.

19        Q.    Would you agree that a fundamental principle

20   of source or receptor relationships is that a mass

21   balance analysis can be used to identify and apportion

22   sources of airborne particulate matter in the

23   atmosphere?

24        A.    Yes.

25        Q.    Did you take any steps in this case to

1    investigate potential sources of PFOA air emissions

2    other than from ChemFab or Saint-Gobain?

3         A.    No.

4         Q.    You're aware that other industries within the

5    Bennington area have been considered by Barr Engineering

6    to be potential sources of airborne PFOA?

7         A.    It was never made clear that they were

8    airborne and they were all potential.  There's no

9    documentation to indicate the amounts and we have

10   limited data from the Vermont comments that, looking at

11   the Eveready plant found nothing so...

12        Q.    Are you aware that the Vermont DEC in fact

13   publically stated that there are alternative sources of

14   PFOA within the Bennington area?

15        A.    No.

16        Q.    You're not aware of that?

17        A.    Not aware of that.

18        Q.    Do you have any doubt that there's PFOA or

19   APFO in the Bennington area from sources other than

20   Saint-Gobain?

21        A.    It's possible.

22        Q.    But you haven't assessed that to attempt to

23   identify those other sources, correct?

24        A.    No.

25        Q.    Correct?

1        A.     Correct.

2        Q.     Did you consider background or global

3    transport of emissions of PFOA or APFO in this case?

4        A.     No.

5        Q.     Tell me if this is correct.  I've heard

6    someone say that you're known as the -- one of the

7    fathers of source apportionment; is that correct?

8        A.     That's correct.

9        Q.     And that's, again, attempting to determine

10   the source of a substance like PFOA or APFO in the

11   environment?

12       A.     Based on the patterns of constituents.

13       Q.     But that's not something you were asked to do

14   in this case?

15       A.     That's correct.

16              MR. FLEMING:  So maybe we could take a

17         break of five or ten minutes, regroup and

18         come back, okay?

19              THE VIDEOGRAPHER:  Time is approximately

20         1555 and we are off the record.

21              (Discussion off the record.)

22              THE VIDEOGRAPHER:  We are on the record.

23         Time is approximately 1608.  Please continue.

24              MR. FLEMING:  Thank you.

25

1           BY MR. FLEMING:

2      Q.     Dr. Hopke, earlier in the deposition you

3  mentioned the concept of sublimation, right?  Do you

4  recall that?

5      A.     Yes.

6      Q.     That's not mentioned in either your Merits or

7  your Class Certification Report, correct?

8      A.     Correct.  I found that information later.

9      Q.     Today you found it or --

10     A.     No, no, I found it --

11     Q.     Okay.  Is it mentioned -- am I right -- well,

12  let me ask, is it mentioned in Barton?

13     A.     Yeah.

14     Q.     Where?

15     A.     I'd have to go back and look at it.

16     Q.     I'd like you to do that.

17     A.     I thought she mentioned sublimation.  I'd

18  have to -- it's in the other book.  That was page --

19  maybe I'm wrong.

20     Q.     You had Barton when you drafted your Class

21  Certification and Merits Reports, right?

22     A.     Right but -- no, I guess it doesn't.

23     Q.     Is it mentioned in any of the Krusic papers?

24     A.     No.

25     Q.     I think earlier in the deposition you were

1   looking to see if you could find a cite to support any

2   assertion that all PFOA con -- you were looking for a

3   cite earlier today concerning any assertion that all

4   PFOA content would convert to PFOA by first sublimating

5   and then turning into PFOA.  Do you remember that?

6        A.    No, other way around.

7        Q.    Explain it.

8        A.    It has to convert to the -- as it sublimes,

9   it sublimes because it converts to PFOA and ammonia, and

10  I have to find that mechanistic paper.

11       Q.    Okay.  And you haven't found that --

12       A.    No, I do not.

13       Q.    -- today?

14       A.    I don't think I have it with me.

15       Q.    Okay.  Can you describe any paper that says

16  that?

17       A.    Yeah.  I don't remember the author but I

18  have -- you know, I was reading it over the weekend

19  again so basically it's saying that at the surface of

20  the solid crystal you have the hydrogen ion is -- moves

21  from the ammonia to the PFO producing PFOA, which

22  sublimes as well as the ammonia.

23       Q.    And that theory that you just described is

24  not stated in any of your reports, correct?

25       A.    No, because this paper I found much more

                                                      Page 232

1    recently.

2         Q.    That was a change to the opinions that you

3    expressed in your report; is that correct?

4         A.    It's just further support of the idea that

5    it would in fact be lost.

6         Q.    The idea that you read about after you

7    submitted your reports is not expressed in your reports,

8    correct?

9         A.    Sure.

10        Q.    When was it that you first read this paper

11   that you seem to remember that gave you this idea?

12        A.    About a week ago.  I did another follow-up

13   search on this.

14        Q.    You'll provide this paper that you're

15   describing to us?

16        A.    Sure.  As soon as I find it.

17              MR. DAVIS:  He'll provide it to me;

18              we'll provide it to you.

19        A.    I will track it down tonight.

20              MR. DAVIS:  Would you mind sending an

21              e-mail or something in case I forget?  I'll

22              try to remember.

23              MR. FLEMING:  Sure.  Between the three

24              of us -- I know Dr. Hopke will be looking for

25              it but sure.

1          BY MR. FLEMING:

2          Q.    Dr. Hopke, in your career, how many times

3    would you say you've done source apportionment analyses?

4          A.    Hundreds.  Started in 1974.  We got to have

5    more than 100 papers.

6          Q.    Again, just so it's clear for the record,

7    that's not something you were asked to do here?

8          A.    That's correct.  I'm not aware of any data

9    that would be particularly useful for doing that.

10         Q.    But you didn't look into that question

11   because no one asked you to do that; right?

12         A.    Right.  I had more than enough other things

13   to do.

14         Q.    How much time did you spend preparing your

15   Class Certification Report in this case?

16         A.    Something of the order of 35 hours.

17         Q.    How about your Merits Report?

18         A.    About five hours.  No, it's got to -- no,

19   it's got to be more like 30 and 10.  I know my total

20   hours were close to 40 and I tend to underestimate

21   hours.  I'm bad that way.  I would not be good at a

22   consulting firm.

23         Q.    Dr. Hopke, do you believe -- strike that.

24   Let me start again, Dr. Hopke.  Do you believe that

25   we've adequately covered all of the opinions that you

Page 234

1    intend to offer in support of Class Certification in

2    this case?

3         A.    For the most part.  I mean, obviously there

4    were other things in there with regard to -- in both

5    reports that we didn't get into detail but I think

6    you've gotten the more major issues.  I mean, the

7    biggest issue still comes down to emissions.

8         Q.    Are there any opinions that you intend to

9    offer in support of Class Certification that are not

10   expressed in your report or that we did not discuss here

11   today?

12        A.    Not that I know of.

13        Q.    You would know -- it is your intent --

14        A.    If there's more material coming in with the

15   deposition, then that might cause the need for a

16   revision but as far as what I know now, no.

17        Q.    Right.  That's all I can ask you is what your

18   intentions are as you sit here today.  As you sit here

19   today, if we took your Class Certification Expert Report

20   and this deposition, would we have covered all of the

21   opinions that you intend to offer as of today in support

22   of Class Certification?

23        A.    Yes.

24        Q.    Same question for your Merits opinion --

25        A.    Yes.

1      Q.    -- is the same true?  Now, you've indicated

2  some corrections that you would make and some additional

3  work that you may do at this deposition today, right?

4      A.    Yes.

5            MR. FLEMING:  We are going to leave open

6            the deposition, Gary, to the extent there's

7            further work done, further corrections made,

8            without prejudice to our rights to object to

9            any sort of out-of-time supplement, but if

10           such a supplement were permitted, we're going

11           to reserve the right to keep the deposition

12           open.

13           THE WITNESS:  Sure.  Okay.

14           MR. DAVIS:  Subject to the rules.

15           MR. FLEMING:  We're at 4:17.  Give me

16           the indulgence of just five minutes.  I don't

17           think that --

18           THE WITNESS:  That would be fine.  That

19           would be excellent.  He'll have to sit there

20           and twiddle his thumbs at the airport.

21           MR. DAVIS:  That's fine.

22           THE VIDEOGRAPHER:  The time is 1617.  We

23           are off the record.

24           (A recess was then taken.)

25           THE VIDEOGRAPHER:  We are on the record.

Page 236

1           The time is approximately 1621.  Please

2           continue.

3                MR. FLEMING:  Thank you very much,

4           Dr. Hopke.  Subject to the comments I made

5           earlier, these are all of the questions that

6           we have as of this time.

7                THE WITNESS:  Okay, good.

8                MR. DAVIS:  I just have one follow-up

9           and it's going to be very short.

10

11           EXAMINATION BY MR. DAVIS:

12      Q.    Dr. Hopke, you were asked about Exhibit 17,

13   which was a summary of the 1999 TRC Emission Testing

14   Report from the ChemFab plant.  Do you recall that?

15      A.    Yes.

16                MR. FLEMING:  Forgive me for

17           interrupting but can I just try to find my

18           copy?

19                MR. DAVIS:  Sure.  You can have mine.

20                MR. FLEMING:  That's awfully kind of

21           you.

22                MR. DAVIS:  For the moment.

23           BY MR. DAVIS:

24      Q.    I believe you were asked whether you had any

25   criticisms of the report and of course you weren't given

Page 237

1      the whole report.  You were given a summary but did you

2      actually address this in your Class Certification

3      Report?

4                    MR. FLEMING:  Objection, form.

5          A.    Yes, I do.

6          Q.    Where did you do that?

7          A.    On page 5, Applicability and Accuracy of the

8      1999 Stack Test, three paragraphs.

9          Q.    I'm not going to ask you to read those

10     opinions or even summarize them but it is in your

11     report?

12         A.    Yes, it is.

13         Q.    That's all.

14

15                    EXAMINATION BY MR. FLEMING:

16         Q.    Does your report, Dr. Hopke, provide any

17     basis to dispute that the particulate matter measured in

18     July 1999, the rate of emissions of it was lower with

19     the abater on as compared to when the abater was off?

20         A.    Yes.  No, it certainly would suggest that

21     that's the case but that was also the, the new tower and

22     designed to have better efficiency so it may not reflect

23     the performance of the existing abaters that operated

24     for most of the time period.

25         Q.    So you don't know if this reflected the

1    performance of those other abaters one way or the other,

2    correct?

3         A.    That's correct.

4              MR. FLEMING:  I have no other

5         questions --

6              MR. DAVIS:  Okay, that's fine.

7              MR. FLEMING:  -- at this time.  Thank

8         you.

9              THE VIDEOGRAPHER:  This concludes

10         today's testimony given by Philip K. Hopke,

11         Ph.D.  The total number of media units was

12         seven and will be retained by Veritext.  The

13         time is approximately 1624.  We are off the

14         record.

15              (4:24 p.m.)

16

17                    *         *         *

18

19

20

21

22

23

24

25

Page 239

1              ACKNOWLEDGMENT OF DEPONENT

2        I, PHILIP K. HOPKE, Ph.D., do hereby certify

3    that I have read the foregoing transcript of my

4    testimony taken on 4/3/18 further certify

5    that it is a true and accurate record of my

6    testimony (with the exception of the corrections

7    listed below):

8    Page   Line                   Correction

9    _____|_____|_____|_____

10   _____|_____|_____|_____

11   _____|_____|_____|_____

12   _____|_____|_____|_____

13   _____|_____|_____|_____

14   _____|_____|_____|_____

15   _____|_____|_____|_____

16   _____|_____|_____|_____

17   _____|_____|_____|_____

18   _____|_____|_____|_____

19   _____|_____|_____|_____

20   _____|_____|_____|_____

21                  _____

                    PHILIP K. HOPKE, Ph.D.

22

     SUBSCRIBED AND SWORN TO BEFORE ME

23   THIS _____ DAY OF _____, 20___.

24

     _____    _____

25   (NOTARY PUBLIC)          MY COMMISSION EXPIRES:

Page 240

```
1                    REPORTER'S CERTIFICATE

2

3          I, PAMELA PALOMEQUE, NYRCR, RPR, CRR, and

4     Notary Public, certify:

5          That the foregoing proceedings were taken before me

6     at the time and place therein set forth, at which time

7     the witness was put under oath by me;

8          That the testimony of the witness and all

9     objections made at the time of the examination were

10    recorded stenographically by me and were thereafter

11    transcribed;

12         That the foregoing is a true and correct transcript

13    of my shorthand notes so taken;

14         I further certify that I am not a relative or

15    employee of any attorney or of any of the parties nor

16    financially interested in the action.

17

18

19

20

           PAMELA PALOMEQUE, NYRCR, RPR, CRR

21         Notary Public

22

23

24

25
```

**&**

**&**   3:3,9 6:22

**0**

**0.015**   190:4
**00125**   1:10 6:18
**04002877**   63:21
**05**   163:19
**05002177**   159:15
**08**   130:14

**1**

**1**   4:3,13 5:4 6:11
    10:10,12 11:12,12
    13:23 14:4,10
    15:5,14 19:9 20:8
    22:7 23:25 24:2,3
    30:2 58:22 61:18
    64:7,15,24 69:3
    72:4 81:18 83:18
    93:17,25 94:1,11
    94:13 95:12
    101:14 107:24
    108:2 112:23
    113:4,12 115:11
    119:10 137:23
    138:2 156:17,24
    159:22 160:5,16
    160:23 161:1
    162:10,12 165:3
    172:6,7 177:25
    192:1,21,22
    200:18,21 201:9
**1,000**   136:14,22,23
    137:11,15 140:25
    141:11,18,24
    144:22 172:16
    175:23 178:10
    179:11,20,21
    180:20,24 190:16
**1,100**   190:11

**1,300**   136:25
    175:21
**1,445**   190:5
**1.3**   99:12
**1/20/88**   5:21
    208:15
**10**   4:13,14,16,23
    52:25 64:17 65:22
    75:14,16 76:19
    77:6 91:2,3
    140:16,18 166:24
    167:2 168:1
    172:16 176:12
    177:4,11 184:10
    184:12 185:17
    192:3 233:19
**10,000**   136:15,22
    137:9,12,15,23
    138:2 149:9
    168:21 172:17,25
    173:7 178:11,14
    178:21 179:11
    180:1 181:1,8
**10/2/17**   4:14 10:24
**100**   59:4 73:21
    76:13 79:2,2
    95:13 136:14,22
    178:10,17 179:10
    179:14,17 180:8
    181:3,7,22 182:3
    182:12,16 183:7
    183:14 190:10
    233:5
**10010**   3:11
**103**   5:2
**108**   5:3
**10:59**   83:19
**11**   4:5,24 5:12
    91:12,13,16,20
    132:23 153:23
    190:11

**11/27/89**   5:18
    200:9
**11/4/79**   5:18
    198:14
**11:12**   83:23
**12**   4:13,22,25 5:9
    5:11,16 84:7,8
    92:8,9 93:7
    169:24 170:4
    184:10,12
**12/15/17**   4:16
    17:10
**123**   5:4
**128**   5:5
**12:11**   122:19
**12:20**   122:24
**13**   4:24 5:1 96:15
    96:16 170:2,9
    180:21
**130**   76:14 79:3
**13000019**   5:11
    165:12,18
**13000321**   207:2
**13002573**   5:19
    200:11,14
**1308**   153:11
**1341**   180:22
**1349**   153:15
**14**   4:15 5:2 103:21
    103:22 104:10,19
    106:16 107:10
    108:7 111:1
    112:12
**143**   53:4 66:12
    67:1
**145**   5:6 139:9
    149:1 179:7
**15**   4:5 5:3,21 17:7
    19:6 21:15 24:15
    25:2 108:19
    109:14 114:5

**1524**   214:16
**1532**   214:19
**1555**   229:20
**157**   5:9 92:17,19
    92:25
**16**   4:18 5:1,4
    21:24 123:1,8
    139:10
**1608**   229:23
**1617**   235:22
**1621**   236:1
**1624**   238:13
**165**   5:11 92:17,19
    92:25
**17**   4:16 5:5 22:20
    39:1 128:20,24
    129:16,23 236:12
**170**   5:12 53:3
    66:11 67:1
**174**   5:12
**1770**   130:4
**18**   5:6 145:5,12,13
    164:4
**183**   5:14
**188**   80:21 81:5
**189**   5:15
**19**   5:3,9,23 114:24
    157:12 159:18
    160:5,16
**1911**   225:14
**196**   93:23
**1968**   15:16 140:24
    205:11
**1969**   144:23
**1970**   225:13 226:8
**1970s**   85:10
**1974**   233:4
**1978**   141:1
**1979**   192:3 195:18
**198**   5:16

**1981**   194:2
**1984**   204:16
**1985**   215:8,10,14
   215:17 216:2,10
   216:21 218:21
   219:24 220:6,13
   220:24
**1988**   208:20
   209:24 210:1
   211:9 212:2
**1989**   40:9 200:14
   201:12 202:6
**1990**   36:9,11,14
   192:4,13,19
**1992**   5:14 154:1
   183:22 184:3
   185:1,6,15 188:15
**1992-2000**   4:24
   91:14
**1997**   224:1,6,18
**1999**   129:20,25
   154:1 170:5
   236:13 237:8,18
**1st**   10:19 172:24
   180:9 181:4,7,21
   182:2 183:1,6
   209:24 211:9
   212:1

**2**

**2**   4:14 10:23,24
   37:1 58:23 59:9
   61:4 64:24 71:11
   83:22 99:24
   100:16 107:24
   108:1 112:11,17
   114:13 122:20
   139:19 166:25
   189:8 191:20
   192:1,22
**2,000**   140:10
   144:20 146:8,19

   148:4 163:18,21
   163:25 164:11
**2,400**   137:2
**2,441**   16:19 180:19
**2,500**   15:25 16:2
   16:20 137:2 149:4
**2.1**   107:19
**2.7**   204:22
**2.7.**   204:11
**2/1/88**   5:23 209:19
**20**   5:5,11,12 72:16
   119:11 165:12,15
   167:8,16 168:2,12
   168:15 169:4,9
   170:16,17 182:6,6
   239:23
**200**   5:18 79:2
   94:22
**2000**   40:5 154:1
**2001**   16:8 137:4
   141:2,6,8 144:24
   149:5,18,20
   156:21 165:3
   168:3
**2002**   148:7,9,22
   163:17 164:3
   205:11
**2004**   4:25 92:9
   93:12 97:18
**2005**   5:1,4 96:16
   97:5 108:21
**2007**   10:19
**2008**   4:20 80:3,11
   84:25 124:22
**2010**   28:25 85:1
**2017**   5:6 11:4 17:7
   19:6 31:8,11
   123:12 125:17
   126:23 145:5,17
   170:25 172:20
   173:5,9,20 174:17

   180:9 181:4,7,21
   182:2 183:1,6
   188:24 189:9,23
**2018**   1:16 2:6 6:4
   12:6 13:4 17:20
   87:17
**206**   3:4 5:20
**208**   5:21
**209**   5:23
**20th**   208:19 210:1
**21**   3:4 5:12,20
   145:23 146:3
   170:18,20
**212**   94:21 95:1,13
   95:15
**212.849.7365**   3:15
**212.849.7401**   3:12
**22**   5:2,12,14
   101:10 174:11,15
   174:22 176:7
**22nd**   3:11
**23**   5:14 101:10,10
   123:12 183:22
   184:1
**234**   93:23
**236**   4:5
**237**   4:5
**24**   4:14,15 5:15
   123:11,12 166:6,8
   168:17 169:3,6
   170:13 189:5
**24/7**   137:8
**25**   4:19 5:16 51:20
   84:11 123:12
   198:12
**25th**   125:17
   126:23
**26**   5:18 200:8,9
   201:19
**27**   5:20 130:16
   200:14 206:20,21

**28**   5:21 6:22
   173:20 174:17
   208:14,15,19
**28801**   3:5
**2883**   63:21
**28th**   170:25 172:7
   172:20 173:9
**29**   5:23 209:19,23
**29th**   173:5
**2nd**   11:4 189:9,23

**3**

**3**   1:16 2:6 4:15,20
   4:23 14:23,24
   61:4,15 62:23
   68:1,17 69:3
   71:11 73:7 81:19
   106:5 115:10
   132:7 192:22
   198:20,24 204:13
   205:5 218:13
**3,000**   15:17,25
   16:2,20
**3.1**   80:16
**3.3**   59:9
**3.3.**   58:23
**3.5**   178:6
**3.5.**   135:7
**30**   156:10 165:4
   233:19
**300**   94:22 98:25
**307**   99:8,24 139:10
**30th**   129:19
**31**   166:14 170:9
   180:5
**35**   233:16
**350**   97:11 98:6
**38**   4:17 80:16
**3802**   94:2
**3m**   52:12 148:17
   218:16 219:2,9,20
   220:9,12,24

222:16 223:1
224:21
**3rd** 6:4

**4**

**4** 4:4,16 15:14,15
15:18 17:6,10
19:9 20:8 27:22
37:3,4,5 52:25
53:2,3 56:6 65:21
66:5,11 71:2,6
76:21 94:16
122:24 135:6
139:4 144:14
178:2,3 182:11
189:8 191:21,22
191:23 192:22
205:4 213:9 215:1
218:12 224:24
**4.2** 84:12
**4/3/18** 239:4
**40** 119:1 233:20
**400** 97:11 98:6
**49** 114:5,10
**4:17** 235:15
**4:24** 238:15

**5**

**5** 4:17 5:6,15 30:3
30:11,14 31:18
38:7,9 66:5 90:13
109:14 129:13
137:8 139:24
140:17 161:5,24
182:11 191:23,24
192:22 221:2,5
224:25 237:7
**5,000** 147:4 163:19
163:22 172:18
173:11,19 174:3
**5-501** 194:19
198:9,17

**5.01** 197:14
**5.09** 196:24
**500** 155:11
**51** 3:10 20:2
**53** 198:20
**5:1** 6:18
**5:16** 1:10

**6**

**6** 4:18 5:9 15:4,5
63:16 71:2,6
76:21 157:12
192:22 221:6
**6/23/17-6/25/17**
5:4 123:2
**600** 155:14
**63** 4:18
**650** 20:12
**659** 19:15
**68** 148:9
**69** 4:19

**7**

**7** 4:19 5:9 27:23
53:3 63:5 66:3,11
69:24,25 70:20
111:4 157:12
**7,000** 137:9 141:1
141:4,11,18,22
144:23 149:9
168:20
**74** 90:13
**76** 90:13 225:14
**77** 144:23
**78** 15:17 140:24
144:24

**8**

**8** 4:4,20 29:25
30:3,11,14 31:18
80:3,8 129:13
159:16

**8/28/17** 5:12,13
170:21 174:12
**8/30/99** 5:5 128:20
**80** 4:20 219:4
223:7
**80s** 222:24
**82** 219:4 223:7
**828.622.0044** 3:6
**863** 198:21,22
**87** 111:6
**89** 4:22 192:22
**8:47** 6:1,4

**9**

**9** 4:17,22,25 5:18
89:10,12 114:24
139:23,24 160:2,4
168:23
**9/1/17** 4:13 5:16
10:12 189:6
**91** 4:23,24
**92** 4:25
**95** 226:19
**96** 5:1
**98** 226:19
**99** 93:18
**9:41** 42:21
**9:51** 42:24

**a**

**a.m.** 6:1,4 83:23
**abatement** 56:14
56:21 57:3
**abater** 130:8,14,16
130:19,20,24,24
132:19 133:20
134:3,5,11,25
139:16 144:11
149:3 154:23
162:18 237:19,19
**abaters** 91:21
133:2,5,7,10 137:1

139:8 144:2,6
154:9,25 155:10
155:19,23 156:4,6
156:13 204:24
237:23 238:1
**ability** 9:24,25
10:7 78:6 82:11
**able** 19:24 35:23
48:18 71:7 73:22
85:14 87:4 98:16
111:23 112:23,24
113:4,7,11 117:13
131:15 133:1
149:8,11 162:23
**absolute** 141:13
141:16
**absolutely** 9:3
143:9 144:4 187:9
194:17 196:11
213:7
**absorbing** 58:15
**abstract** 93:14
**academic** 26:14,21
**access** 50:5 171:9
**accompanying**
24:4
**account** 222:13
**accuracy** 237:7
**accurate** 13:24
50:8 239:5
**accurately** 10:6
136:19 141:12,18
141:22 150:1
211:25
**acid** 47:7,10,13,13
48:1 61:3,6 62:11
62:13 65:1,23
79:1 82:15 101:4
**acidic** 52:2,20
55:20 56:2,3,4
61:2 62:18 63:2

65:17 66:2,3,6,6,7
66:9 71:4,5
**acidize** 72:13 73:4
**acids** 63:12 65:8
**acknowledgment**
239:1
**act** 194:19 196:24
197:1 226:8
**acting** 207:10
**action** 6:18 7:4
28:14,20 240:16
**activation** 99:24
**actual** 5:9 111:1
113:18,20 120:5
129:17 136:19
137:12,22 141:12
141:19,23 144:10
149:22 157:13
164:23 181:8
214:6
**add** 31:11,13
53:23 54:8 65:21
87:7 208:2
**added** 59:4,5
66:17 67:9,13
68:14
**adding** 64:25 65:8
65:11,16 66:4
67:24 95:14,18,19
**addison** 1:5
**addition** 9:15
12:18 13:19 87:5
87:17 150:12
**additional** 4:22
11:24 13:11 17:24
18:1,14 53:23
75:21 85:4 86:12
86:21,25 87:16
89:12,21 150:12
235:2

**additions** 63:12
**address** 57:11
237:2
**adequately** 82:8
133:6 233:25
**adjust** 63:13
**adjusted** 62:1,7,18
63:2,6,7,9 69:5
**administer** 7:2
**administration**
202:21
**adopt** 27:23
**adverse** 46:22
**advisory** 193:23
**aermod** 21:16,21
102:4,9 124:14
181:16,17 190:20
190:25
**aerosol** 124:13
126:3
**afd** 109:20,25
**affect** 10:4 73:14
143:13
**affiliations** 7:7
**afo** 163:14
**afterward** 22:16
**agencies** 205:17
**agency** 129:21
205:22 207:11
209:2,11
**agency's** 210:7
**aggregate** 136:7
162:24
**aggregated** 136:12
**ago** 8:13 12:7
29:14 104:20
142:1 212:15
232:12
**agree** 6:9 49:3
60:23 67:10 70:4
72:10 73:1 77:17

77:21 78:18 81:7
81:16 99:5,14
100:3 102:25
103:17 119:16
158:4 159:22
188:15 191:6
199:19 202:13,17
227:11,19
**agreed** 21:19,19
82:1 203:1
**agreeing** 203:23
**agreement** 181:18
196:6
**ah** 9:21 198:24
**ahead** 43:2 48:23
62:20 78:23
142:14 195:6
**aimed** 208:4
**air** 4:21 5:17,22
21:10 43:22 56:25
58:16 77:13 78:8
78:11 79:9 80:5
80:10 85:11 90:9
90:11 101:24
110:6 112:24
113:5,12,16
114:23 115:14,23
116:2,17,18,19,25
117:5 135:15
140:8,21 146:10
156:21 164:13
165:2 169:19
172:4 176:22
193:22,23,25
194:19,21 195:23
196:8,14,14,16,24
196:25 197:1,15
198:1,13 204:17
205:15 206:6
207:10,19 208:3
208:17,21 209:3

210:7 224:2 226:7
227:16 228:1
**airborne** 227:12
227:22 228:6,8
**airport** 235:20
**al** 6:14
**alert** 219:5
**alleged** 43:14
**alliance** 5:14
183:22 184:3
185:4,15 190:1
191:3 215:4
**allow** 74:2 121:15
**allows** 52:5
**alternative** 228:13
**ambient** 208:3
**amenable** 62:11
**amending** 12:15
**amendments**
226:8
**ammonia** 60:15
78:8 82:15 231:9
231:21,22
**ammonium** 47:7
47:14,15 49:11
59:6,6 60:16 62:2
68:18,20,24 69:6
69:11 75:10 82:14
82:22 99:18
101:11 160:8
**amount** 30:17
63:10 67:10,13
77:12 114:15,18
136:7 148:15
161:25 163:1
213:21
**amounts** 63:9
119:4 136:10
138:22 228:9
**ampule** 97:19,22

**ampules**  99:21
**analyses**  155:1
  233:3
**analysis**  188:19
  190:15 227:11,21
**analytical**  46:15
**analyze**  119:13
**annual**  139:5
  140:23 144:21
  146:9,11 148:6
  162:15,16,19
  164:12,14 169:4
**anr**  209:12
**answer**  9:8,9,16
  29:7 57:5 72:19
  72:21 77:4 78:20
  78:22 121:6
  187:10,10 199:18
  211:19 215:24
**answered**  45:16
  127:18 167:17
**answering**  157:4
  187:19
**anticipated**  101:2
**anybody**  116:4
  213:23
**anymore**  26:9
**apf**  76:3,9
**apfo**  44:12,15,18
  45:6,21 46:9,10,18
  46:22 47:5,6,15,17
  47:23 48:5,14,16
  49:5,8,10,13,19
  50:8,20 51:5 59:7
  59:15,20,24 60:2,7
  60:21,23 61:11
  62:1 67:8,10,13,20
  68:9,11,14,19 69:2
  69:5 70:5,16,17,24
  71:25 72:11,12,18
  72:25 73:1,3,15,22

73:22 74:3,5,13,18
74:24 75:8,11,12
75:15,15,22 76:9
76:18,21 77:5,5,18
77:23,25 78:7,15
79:8,13 81:11,22
82:4,17,19 83:6
92:13 93:3,15
94:1,18 95:23
96:12 97:10 98:5
99:17,18,25
107:15 109:20,24
110:6,10 111:6
112:24 114:18,22
119:3 143:12
144:18 147:12
149:22 160:17
161:5,25 163:1,6,9
163:12,14 164:18
164:24 166:5
205:12 206:9,17
216:17,21 224:2,9
228:19 229:3,10
**apfoa**  69:1 72:15
  72:18,23 76:9
  100:10
**apparently**  213:10
**appear**  71:21
  134:6 170:11
  207:23
**appearances**  3:1
  7:7
**appears**  109:3
  129:6 159:23
  166:4,16 184:10
  202:9 203:22
**appended**  19:9
**appendices**  12:19
  13:6,20 90:1
**appendix**  85:1
  87:14 89:1 162:9

**appendixes**
  146:25
**applicability**
  237:7
**application**  16:11
  36:10,11,15 137:6
**applications**  32:1
  35:2
**applied**  34:5 146:9
  148:6 149:2
  164:12
**apply**  49:23 192:6
  193:8 194:7
  195:12 221:14
**applying**  194:15
**appointment**  40:7
**appointments**
  40:1
**apportion**  227:12
  227:21
**apportionment**
  28:18 229:7 233:3
**appreciable**  119:4
**appreciate**  77:3
  136:5 138:25
  197:9
**approach**  23:19
  24:25 135:11,14
  178:7,8 179:6
  195:14
**approached**  22:10
**appropriate**  9:22
  70:7,8 125:13
  131:18
**appropriately**
  95:2
**approximately**  6:3
  42:20,24 83:18,23
  99:12 100:13
  122:24 153:11,15
  214:19 229:19,23

236:1 238:13
**april**  1:16 2:6 5:14
  6:4 183:22 184:3
**aqueous**  68:15
  109:21 119:5
**archeology**  42:12
**area**  44:4 228:5,14
  228:19
**arguments**  86:11
**arm**  90:1
**art**  131:4 225:22
  225:24
**article**  4:25 92:9
  97:17
**arundel**  4:21 80:6
  80:10
**asheville**  3:5
**aside**  27:14 32:17
  39:14 89:5 185:16
  191:12
**asked**  22:11,12
  44:18 134:24
  142:18 158:23
  182:9 183:8
  229:13 233:7,11
  236:12,24
**asking**  9:8 26:17
  71:24 79:17 85:23
  129:5,12 142:23
  154:7 157:3 160:3
  179:2 199:18
**aspects**  23:6,16
  152:16 194:1
**assert**  192:6
**asserted**  70:24
**asserting**  79:17
  82:4 220:22
**assertion**  62:6
  168:6 231:2,3
**assess**  44:8

assessed 228:22
assessment 23:7
46:20
assignment 22:23
23:15
assist 22:2 187:19
assistance 99:3
associated 12:2,18
assume 9:2 34:9
64:21 74:5,18
127:5 155:1 156:5
156:9 169:5
186:14,20 194:25
195:4 197:3
assumed 74:7
144:21 149:23
169:15 174:5
assumption 74:6
140:9 163:17
186:15,23,25
190:4 195:8,9
197:5
assumptions 139:6
140:2 162:17
163:16 168:10
atmos 95:10
atmosphere 76:16
79:7 95:12 119:10
119:11 227:13,23
atmospheric 95:3
attach 77:14 78:13
attached 11:12
20:7 126:4 174:17
attaches 123:25
attachment 120:1
attempt 168:24
204:23 212:8
228:22
attempting 229:9
attending 7:6

attention 183:9
208:4
attorney 8:16
67:15 240:15
attorneys 3:3,10
218:4
audibly 9:16,18
30:21
audio 6:8
august 86:8,19
129:19 170:25
172:7,20 173:5,9
173:20 174:17
author 90:8
231:17
authored 215:11
authorized 7:2
authors 84:19
98:5 100:6 113:3
113:11
available 14:17
17:18 34:8 56:2
66:23 92:3,5,7
108:11,14 114:7
169:22 225:2,12
226:22
avenue 3:4,10
average 139:9,9
139:14 140:23
avoid 29:23 64:25
97:22
aware 31:25 51:23
108:6,10 134:4
142:21 152:16
159:18 169:17
175:19 184:9
214:8 215:13
220:15 223:5
224:1,3,5,8,11
228:4,12,16,17
233:8

awfully 236:20

**b**

back 14:21 23:25
35:5 53:4 54:7
59:23 66:12 72:20
72:22 94:13 101:9
101:13,16 106:25
107:10 113:15,17
113:21 114:4
117:20,25 118:1
123:5 132:15
135:5 148:1,24
149:16 153:18
157:6 158:3 159:9
161:1,17 164:4
165:6 166:2
167:12 177:24
185:25 191:17
192:16 195:17
213:8 215:22
216:6 219:2
220:13 225:14
229:18 230:15
background 32:20
32:21,23,23 33:2
33:16 34:3 78:12
95:12 126:3
195:11 229:2
bad 233:21
baking 81:23
82:18
balance 5:2,3
103:23 104:11
107:13 108:8,11
108:15,20,24
111:1 114:6
227:11,21
ballpark 180:22
band 89:11,19
barr 5:2,3,6 12:2,4
12:18,21,22 13:4

13:19 17:20 18:6
30:18,20,23 31:6,6
31:10 35:3 85:1,9
87:2,12,14,16 89:2
89:5 90:1 103:22
104:4 105:7 106:2
108:19 126:8
136:23,23 139:4
140:1 144:21
145:5,16 146:18
147:2,11,20 148:2
148:3 149:17
162:5,7,14,22
163:6,24 164:5
179:6 180:17
181:11,17,22
182:18 228:5
barr's 139:13
barton 4:22 32:3,5
32:11,13,16,18
33:1,1 80:6,11
82:5 92:15 103:10
118:1,2,3,4 119:12
123:25 124:7,21
126:7,17 127:6,25
230:12,20
barton's 119:16
base 52:2,20
based 12:22,22
15:7,12,21 27:20
71:17 98:13
103:10 118:15
132:13 136:8
138:16,22 140:14
140:19 146:5
148:7 162:3,16
163:16 164:8
170:12,13 175:9
176:11 179:2
190:14 195:10,11
220:8 223:8

229:12

**bases** 63:12 91:9

**basic** 8:18 47:12
62:18,19,21 63:2
102:10 116:2
122:1

**basically** 22:8
23:23 27:6,16
28:21 34:7,20
89:24 136:23
177:20 231:19

**basis** 11:17 21:13
62:6 70:23 97:14
97:16 100:15,21
101:7 115:20,22
119:21 130:22
131:17 146:22
149:17,19,24
150:20 168:6
173:9 186:15
193:5 201:18
203:18 218:23
220:10,21,22
222:25 224:20
237:17

**bates** 5:11,19
63:21 130:4
159:15 165:12,18
198:21 200:10,14
207:1

**battery** 3:4

**bear** 73:11

**bears** 150:10

**beat** 178:5

**bed** 58:19

**beginning** 83:22
98:23 122:23
135:8 204:16

**begins** 15:21 24:3
112:20 114:14
171:8

**behalf** 1:7 6:15
29:11,12

**behavior** 23:18
221:16

**belief** 78:25 211:2

**believe** 74:20,23
125:7,21 126:12
127:2 130:22
131:6,22 132:8
139:15,19 142:24
150:4 157:18
173:9 175:13
179:17,20,24
180:1 189:20,22
189:25 191:2
192:19 209:17
210:23 233:23,24
236:24

**believed** 113:11
210:25 212:1,6,15

**believes** 212:9

**bennington** 5:7,10
5:21 15:11,11
44:16 45:15
110:22 126:1
130:1 141:23
145:7,15 147:10
156:21 157:14
158:3 185:1
186:12,13 207:20
208:16,21 209:14
210:9 217:7,7
224:13,13 225:3,3
228:5,14,19

**best** 9:4,4,25 10:6
18:3 24:25 125:15
126:9 127:5
189:15,19

**better** 86:22 87:1
174:7 237:22

**beyond** 17:20 29:5
87:9,20 90:18
92:24 212:17

**big** 152:17

**biggest** 234:7

**bill** 5:20 206:21
207:4

**billing** 28:5

**binder** 14:9,14,15
14:22 15:3 37:18
38:7 91:11,11,16
91:25 153:24
197:11

**binders** 85:5

**biochemist** 41:10
41:11

**biomass** 41:16

**biomolecular** 40:6

**bishop** 1:6

**bit** 30:21 39:18
42:18

**blame** 187:15

**blaming** 187:17

**boiling** 80:18,23
80:23 81:4,11
94:20 95:1,4,5,6
95:13,15,16,21

**book** 20:3 85:6,11
90:19 152:18
230:18

**borosilicate** 99:10
99:21 100:12

**bother** 177:14

**bottom** 15:6 64:15
97:8 107:20
114:14 119:2
130:5 145:24
146:2,3 171:3
189:8 192:21,22
200:18,21 201:8

**bought** 25:2 28:15
161:20

**bound** 172:18,25
173:10,19 174:3
178:14,22 179:5
179:23

**bounding** 103:12

**box** 35:19

**boxes** 35:19

**break** 32:8 42:18
44:17 48:13 79:20
79:24 84:3,5
122:18 152:20,22
153:8 179:1
214:13 216:8
229:17

**breakdown** 82:13
82:14

**breaking** 82:21,22

**bress** 5:20 206:21
207:4,18

**briefly** 12:12

**bring** 21:14 84:9
84:16 89:2 90:17
117:2 192:25
201:15 203:2,24
226:10

**broad** 188:9

**broke** 84:3

**brought** 14:22
24:22 85:8,11,17
154:5

**build** 71:16

**building** 196:4

**bulk** 30:15

**bullet** 108:1

**bulletin** 4:18
63:17,20 65:9
75:13

**bunch** 34:7 152:14

business   25:1,8
buttress   86:11
byproducts   112:3

**c**

c   6:18 72:16 73:21
  79:3 84:11 93:11
  95:13 97:2
cal   54:7
calculate   51:2
  55:25 161:24
  162:2 168:15
  181:6
calculated   16:7
  51:1 137:20
calculation   16:4,6
  70:5 72:5 82:25
  138:3 163:4
calculations   4:19
  69:25 70:3 138:23
  176:11 177:3,12
calibrate   142:5
call   21:7 60:11,12
  75:14 91:22
  176:19 189:12,16
  189:21 202:13,19
called   8:2 102:4
  156:20 183:14
  188:23 189:13,14
  192:11 204:7
calls   21:25 177:18
  212:5,7,13 222:9
calpuff   190:21
cannata   189:24
  190:8,18,24 191:2
  191:6
captured   89:19
  144:4,6,11 226:16
carbon   40:13 41:9
  47:12
carboxylic   47:13
  62:11,13

care   64:25
career   212:21,21
  233:2
carry   14:21 79:11
cart   183:20
case   6:18 8:20
  10:11 13:7 17:15
  18:9 21:6 24:5
  25:17,19,21 38:3
  45:23 50:18 56:22
  60:17 63:20 73:15
  74:8 85:12 87:7
  87:22 88:24
  100:12 101:25
  104:7 108:16
  117:17 177:22
  182:25 196:19,22
  197:2 205:10
  206:16 207:14
  209:7 213:5
  217:10 227:25
  229:3,14 232:21
  233:15 234:2
  237:21
cases   29:11,15
  100:11 163:11,12
catalyst   97:20
  132:6,12,13,14,19
  132:24 133:16
catalytic   56:13,21
  57:2,16,22 97:23
  100:12 144:2,6,11
  154:8
category   33:12
  114:2
catherine   4:21
  24:18 80:6,10
  123:14,18,25
  124:3
cathy   22:6 24:23
  25:2 26:6 124:9

128:15,17 171:2
  174:17
cations   68:20,24
catrol   225:15
caught   14:6 31:15
cause   65:2,14
  234:15
caused   126:25
  182:3
causes   46:22
cbj   202:9
cecil   90:10
cell   6:8
celsius   80:21 81:5
  92:19,25 93:23
  97:11 98:7 99:1,8
  99:25 119:11
certain   22:20
  84:21 112:4
  131:14 148:12
  152:16 155:23
  156:6 157:8
  163:15 166:17
  168:19 169:24
  195:1,19 196:3
  206:4
certainly   41:17
  53:19 57:10 65:21
  66:5 67:22 68:18
  76:2,14 103:5
  121:8,19 133:7
  137:15 145:4
  147:6 156:11
  166:1 167:14
  175:19 191:9
  207:15 215:20
  225:25 237:20
certainty   128:6
  131:12 132:2
  136:18 137:11,14
  141:11,13,16,17

221:11
certificate   240:1
certification   4:13
  4:15 10:11,13,21
  11:7,17 13:7 14:1
  14:24 17:4 18:22
  19:2,10 22:12,13
  22:15,23 24:1
  27:15 28:4 30:1,7
  30:10 36:6,21,23
  39:9 43:6,13
  58:21 73:6 86:3
  88:16 96:23
  101:14 104:12
  105:2,22 106:6
  111:14 115:11
  120:7 128:25
  135:6 144:15
  156:17 160:24
  161:2 177:24
  182:2,10 191:19
  230:7,21 233:15
  234:1,9,19,22
  237:2
certify   239:2,4
  240:4,14
cetera   21:3
chain   5:4,12 47:12
  123:1,11 124:15
  170:20,24 171:8
chair   193:22
champaign   40:3,4
chance   12:1,13
  20:25 51:25 105:8
  105:15 183:4
change   13:8 26:2
  26:9,17,24 126:25
  148:10 180:7,24
  182:3 232:2
changed   164:3
  179:2 182:16

changes   12:23
165:6,7
changing   74:1
75:1 148:19
178:22
chapter   20:3
chapters   32:15
characteristics
103:17 120:20
204:23
charge   57:15
213:19 214:2
chart   157:7,9
chassis   41:17
check   23:13
113:15 169:25
chemfab   4:24 5:14
44:13,19 45:7,20
51:19 52:10,16
53:12 54:2,6 65:8
65:16 66:1 67:3
91:13 92:3 103:1
107:16 108:6
110:15,20 120:3
120:25 121:9,16
125:2,9,18 126:13
127:15 128:1,9
130:1 134:3
135:15 144:3
151:15 153:24
154:22 161:15
169:14,21 170:1,8
183:23 184:2
190:9 192:2,19,23
201:12,25 202:23
204:17,22 205:6
205:14 206:10,17
208:7 212:14
213:10 214:6,11
217:11,21 218:14
218:24 219:14,20

220:3,6,23 221:10
223:1 224:16
225:2,12,18 228:2
236:14
chemfab's   43:15
111:2 119:22
120:14 169:18
chemguard   192:7
chemical   5:21
40:6,10 47:11,16
47:22 48:2,4,8
54:14,15,18,21
60:12 70:15 75:23
95:24,25 204:23
204:25 207:20,24
208:15,20 209:14
210:8
chemist   39:21
chemistry   23:6
39:18 86:22,25
120:19 193:8
212:21 221:20
chinkin   3:20 7:14
7:14
choose   36:14
chose   173:18
187:25 199:21
chris   5:19 129:20
200:10 202:3,8,15
202:17,25 203:6
203:10
chromatography
205:1
citation   38:2 76:18
83:11 84:2,8
115:18
citations   30:3,5,14
31:11 32:13,19
33:1 87:17 89:5
129:6,12

cite   75:25 77:4,7
83:5 91:19 117:8
118:16 164:21
165:24 200:17
215:8,10 219:8,13
219:19 226:21,25
227:4 231:1,3
cited   13:5 17:21
18:8 37:8 38:1,3
91:17 93:9 96:23
100:17 128:24
129:4,12,13
197:18 201:6
219:12 220:25
civil   6:18 40:2,7
clarify   135:2
clarity   147:14
clarkson   24:20
40:7,9 46:11
class   1:8 4:13,15
6:15 7:17 10:11
10:12,21 11:7,16
13:7 14:1,24 17:3
18:22 19:2,10
22:12,13,15,23
24:1 27:15 28:4
28:14,20 29:25
30:6,10 36:5,21,23
39:9 43:6,13
56:23,24 57:21,25
58:21 73:6 86:3
88:15 96:23
101:13 104:12
105:1,21 106:6
111:14 115:10
120:7 128:25
135:5 144:15
156:16 160:23
161:1 177:24
182:1,10 188:9
230:7,20 233:15

234:1,9,19,22
237:2
classified   188:13
clean   193:22
196:24 226:7
cleanly   93:15
clear   88:7 106:12
112:4 129:11
131:18 135:24
136:3 147:9 148:8
177:2 185:11
186:4,19 194:10
194:12 204:6
211:15 228:7
233:6
clearer   179:4
clearly   30:24 45:5
78:2 142:14
152:15 179:8
212:10,11
client   27:11
close   37:5 111:23
155:14 170:4
183:2 233:20
closely   213:18
cloth   5:2 103:23
104:11 107:13,21
108:2 112:17
114:18
coagulation   65:2
coal   41:15
coat   53:10 170:2
coated   110:11,18
119:14,23 120:5
120:23 133:4
143:18,23 215:5
224:11
coating   5:2 45:24
46:2 53:5,12,17
54:1,5 55:18,21,25
56:7,9,11 59:5

66:8,15,19 72:11
73:2 78:16 103:23
104:12 107:13,21
108:2 110:13,21
111:25 112:17
120:16 143:9
146:8 148:4
164:11 169:18
184:23 185:5
188:1
colleague 105:17
151:10
collect 39:13 57:15
58:6
collected 110:4
collection 57:17
105:13
colloquy 158:21
column 97:9
155:19 160:6,16
162:19 169:10,13
combination
198:3
combustion 41:16
come 21:5 30:13
50:19 51:19 74:14
87:12 106:19
148:14 159:9
163:24 195:20
229:18
comes 75:3 160:20
234:7
comfortable 152:2
coming 17:24 20:3
20:4 23:4 35:12
53:21 74:4 78:11
104:6 108:15
126:2 176:18
234:14
comment 45:2
98:12 176:14

177:2 183:7
comments 35:2
85:9 228:10 236:4
commission
239:25
committee 193:23
committees
193:25
communicate
199:9
communicated
199:12
communication
190:14 199:16
communications
219:1 220:9
community 126:7
227:16
companies 116:12
222:13,15,19
225:17 226:5,8
company 24:18,24
25:18 26:4 120:13
150:15 151:22,23
152:3,4,9,11 217:5
217:25 218:5
220:19 221:9
226:12
compare 138:22
157:20 167:13
compared 20:16
49:20 50:20 51:6
59:17,21 60:21
121:1 122:4,8,12
122:15 130:19
137:19,22 175:20
181:8 237:19
comparing 48:4
comparison
121:16

compensated
180:17
compiled 108:7
153:25
compiling 115:3
complaints 133:5
133:14 134:10
155:5 197:23
complete 11:15
13:3 17:13 19:13
33:19
completely 12:10
93:17
completion 90:21
complex 28:16
compliance 193:1
194:4,5 201:15
203:2,25 226:10
complied 205:6
comply 192:2,7
component 28:16
59:3 60:6 94:10
132:10
components 46:16
55:10 82:14
134:13
composition
119:11
compositional
191:11
compositions
148:21
compound 32:24
54:10,15 188:20
204:25
compounds 29:16
29:19 45:3 54:15
184:16 205:8
206:9 208:2 221:9
221:17

comprehensive
118:24 186:6
computer 167:13
con 231:2
concentration
59:3,17 60:2,6
67:14 71:15,16
139:6 140:10
142:3 144:20
149:1,7 164:18,22
164:24
concentrations
59:3 65:2 67:23
131:20 140:22
144:18 149:14
concept 230:3
conceptual 5:6
104:4 139:4 145:6
145:14
concerned 97:25
142:21 207:24
concerning 5:17
198:13 231:3
conclude 157:17
157:18,23,24
158:6,6,11,12,16
158:25 159:3,4,5,6
172:16
concluded 148:3
211:10
concludes 238:9
concluding 220:21
conclusion 98:18
98:21,24 134:22
138:13,13,16,19
139:13 143:5,8
144:2 147:1 193:9
210:12,17
conclusive 111:19
condensable 131:2

conditions 44:9
98:9 99:9 103:19
119:6,9
conduct 44:6
conducting 209:13
conference 21:2
confidence 102:21
confident 105:24
148:10
configuration
121:12,13
confuse 222:6
confusing 159:8
167:19
confusion 167:22
167:23
connection 29:9
29:21 43:5 87:22
87:24 88:15,24
185:6 209:7
consent 197:19,23
conservation
209:3
consider 41:10
109:9,11,13
145:19 150:18
176:14 209:6
221:11 223:12
229:2
considerable
193:21
considerably
102:8
considerations
112:22
considered 4:22
11:18 18:24 36:22
37:11 38:16 43:5
85:24 86:2 87:7
87:10,21,23 88:13
88:17,23 89:13,22

91:9 115:3 226:2
228:5
considering 18:4
94:18 120:5
consists 24:18
constant 148:9
constituent 215:5
215:17 216:1,9
218:20 219:25
constituents
213:13 229:12
construct 58:18
construction
194:21 195:7,23
195:25 197:15
199:4
consultant 25:12
151:12 215:16
consultants 10:16
213:12,13
consulting 21:14
24:17,21,24 25:15
26:4,25 27:10
194:1,3 233:22
contain 17:13
contained 34:9
59:2 106:15 108:7
109:20,25 146:16
147:12 175:5
containing 223:12
containment
194:21 195:24
196:8
contains 11:15
111:1
contaminant 5:22
196:10,12,16,20
197:15 198:1
199:13 208:17,21
210:8

contaminants
197:22 204:18
content 146:7,9,19
146:19 148:3,5
149:22 160:9
162:12 163:6,9,12
163:13 164:10,12
231:4
context 193:12
continue 42:25
83:24 122:25
153:16 214:20
229:23 236:2
continuing 109:23
contrary 65:8
contrast 99:17
contribute 27:15
contribution
110:4
control 5:17 23:7
23:8 36:17 45:14
56:14,21,25 57:1,3
57:12,20,23,24
58:3 85:11 90:10
90:11 140:8,21
194:19 197:1
198:13 204:17
207:10 209:4
225:25 226:1,9,12
controls 23:20,22
197:19
conversations 6:7
176:21 195:20
conversion 54:10
97:21
convert 73:16 74:6
74:13,24 75:15
76:18 77:6,18
78:16 94:13 231:4
231:8

converted 74:3
143:6,12
converts 74:18
77:9,24 94:1
231:9
conveying 211:25
convinced 136:21
convoluted 58:16
cooling 131:19
coordinated 208:8
coordinating
209:12
copied 14:19
copies 37:25
159:23 202:21
copy 19:18 90:3,4
90:7 106:22,24
154:4 166:22
191:24 236:18
copyright 90:13
corporation 1:11
5:14,21 6:17
183:23 184:2,3
207:20 208:16,20
210:9
correct 11:21 14:2
17:4,8,9 19:7
39:19 41:2,25
42:15,16 43:18,20
43:23,24 45:17
47:3,4,17,18 55:25
57:25 59:15 60:7
61:2 62:22 66:21
66:24,25 68:9
69:12 70:5,6,12
71:24 72:13 73:4
74:21 78:14 86:5
89:21 94:2,4
95:21 96:12 97:4
97:5 98:4 102:1
103:15 104:14,17

107:18 109:11
110:14,16,17
111:3 112:16
113:5 114:3 115:4
115:5,9 118:8
119:19 120:10
121:23 122:6
123:16 124:17,23
125:6 126:19,21
127:21 129:22
130:6,20 132:3
134:16,18,19
135:4 136:16
138:21 139:12
140:3 141:3,9
142:8 143:3,17,20
143:21,24,25
144:4,5,8,9,13,25
145:18 146:13
148:24 149:15
150:7,23 153:6
154:15,16 155:15
156:15,23 158:17
160:4,7,11,14,22
164:19,20 165:20
168:4 169:8
171:25 172:1,12
172:15 176:5,6
183:17,18 186:9
187:5 188:11,18
190:17 191:5
192:4,5 199:20
200:15,19 201:10
201:17 202:1,4,20
205:3 206:11
207:12 210:5,10
210:15 211:3
213:4 215:18
216:16,18 217:12
217:13,16 218:22
219:21 221:1

223:24 225:10
228:23,25 229:1,5
229:7,8,15 230:7,8
231:24 232:3,8
233:8 238:2,3
240:12
**corrected**   136:23
**correction**   37:6
81:4 196:12 239:8
**corrections**   182:10
235:2,7 239:6
**correctly**   51:21
59:13 62:4 69:17
96:11 131:6
164:16 185:9
190:2 215:24
**counsel**   7:5 19:25
20:16 22:4,18
30:15 31:21 32:9
32:17 33:5,7 34:5
35:6,9,17 38:23
39:6,15 64:3 92:1
104:25 109:4
133:18 135:3
153:24 156:25
171:19,25 217:15
218:9 223:9
**count**   166:16
**couple**   14:5 118:5
142:1 152:21
154:24 155:18
176:21 177:17
**course**   40:22
117:24 187:20
236:25
**court**   1:1 6:19,25
9:12,17
**cover**   10:16 129:7
165:18 192:14
208:24,25

**covered**   73:11,12
192:15 233:25
234:20
**create**   157:9
199:13
**created**   157:7
174:18
**credentials**   194:6
**crego**   5:19 200:10
201:22,24 202:14
**criteria**   34:4,18
**critical**   67:14
**criticisms**   236:25
**cross**   23:13
**crr**   1:19 2:7 240:3
240:20
**crushed**   99:8,10
**crystal**   231:20
**culled**   39:2,3,8
**culling**   182:15
**current**   19:19
**cursory**   12:25
**customers**   223:4
**cv**   1:10 6:18 19:11
19:13,19 20:7,15
26:7,11,14,17

### d

**d**   1:5 6:14 176:11
177:3
**dare**   5:13 22:6
24:18 28:3 123:14
123:18 124:1,3,9
128:15,17 171:2,8
174:12,17
**data**   11:18 18:24
23:11 45:11,17,19
96:6 99:15 102:10
104:3 108:6 110:3
111:1,13,18 112:8
113:18,21 115:2,8
119:16 120:5,23

121:2,11,21,22
125:23 127:4,6
128:14 131:7
132:8 134:5,7,24
137:4 140:22
144:19 146:5,10
146:10 147:17,19
147:20,23 148:3
148:22 154:8,17
156:13,21 159:22
159:23 160:13,21
161:19,21 162:3
162:21,23 163:17
163:24 164:9,13
164:13 165:2,5
169:4 172:13,23
174:2 175:17,25
176:2,4 177:23
178:15 179:18,22
180:17 181:22
182:1,14,18 186:5
186:24 191:11
204:23 228:10
233:8
**date**   10:14 11:1,3
15:1 17:12 19:13
21:17 38:11 63:18
70:1 80:7 88:13
89:14 90:8,12
91:5,15 92:11
96:18 103:24
108:22 123:3
128:22 145:10
157:15 165:14
170:22 174:14
183:25 189:7
198:15 200:12
206:23 208:18
209:22
**dated**   10:19 17:7
19:6 80:11 97:5

123:11 145:17
170:25 184:3
200:13 208:12,19
209:24,25
**davis** 3:3,5 4:5
7:16,16 14:20
17:2 18:19 19:16
19:20,23 20:6,20
20:24 29:4 30:22
37:3 42:19 50:10
50:16 51:7 57:4,8
79:20,25 80:22
89:15 90:21 121:3
121:6 127:16
128:3,11 129:3
140:15 142:9,13
145:2 152:6,13,19
157:4,17,20,25
158:7,13,17,20
159:1,7 160:2
166:18 167:11,16
167:19 170:17
171:23 174:20
187:6 191:21
196:10 206:12
208:11 211:18
212:4 221:24
222:4,9 232:17,20
235:14,21 236:8
236:11,19,22,23
238:6
**day** 25:8,8 169:6
239:23
**days** 99:9 137:8
149:9,10 168:18
168:18,20,21,25
168:25 172:24
**deactivation**
133:16
**deadline** 86:18
183:3

**dearborn** 28:17
**dec** 33:11 90:25
92:7 126:9 134:6
135:1 136:24
172:4,5 175:2,11
175:18,25 176:3
176:19 177:7,16
188:23 190:19,23
194:20 195:4,25
202:5,21 204:16
205:6,19,21,25
206:3 216:5,5
218:15,24 228:12
**decades** 212:15
**decarboxylate**
94:3
**december** 17:7
19:6 21:24 22:21
**decide** 33:17
**decided** 24:25
190:23
**decision** 159:4
**declaration** 4:14
10:24 11:2,6,9
13:23 139:19,20
140:13 166:22,24
167:25 168:9
183:11,13
**decommissioned**
170:6
**decompose** 57:17
100:15,22 101:3
**decomposed** 93:18
96:9 132:5
**decomposes** 81:14
82:6,17 83:6
93:16 96:8,12
100:18 114:19
119:13
**decomposition**
32:21 54:14,18

57:18 82:2,13,16
82:20,23 84:15
94:8,10,18 95:23
96:3,6 98:3 99:2
100:10 132:21
136:24 149:2,3,3
180:18,20
**decrease** 76:23
95:19
**decree** 197:19,23
**deemed** 199:3
**defendant** 1:12
3:9 7:10,13,15 8:9
8:19
**defendants** 6:17
**defense** 6:13
**define** 41:19
**defined** 71:10
75:19 77:2
**definitely** 117:15
123:23
**definition** 196:1
**definitions** 198:1
**definitive** 173:23
174:1 189:1
**definitively**
191:10,12
**degradation**
162:17,18
**degree** 67:11
128:6 131:12
132:1 136:18
137:10 141:10,17
191:13 197:3
**degrees** 72:16
73:21 76:14 80:21
81:5 84:11 92:19
92:25 93:23 94:21
94:23 95:1,15
97:11 98:6 99:1,8
99:25 119:11

155:11
**deinteract** 62:15
**department** 40:2,4
40:6 209:3 210:18
**depend** 67:12
143:4,8 212:18
**dependent** 67:11
120:21 175:11
**depending** 52:21
53:16,17 69:2,2
86:13 137:7 149:9
**depends** 41:18
60:10 68:16 70:13
77:12 144:1
212:16
**deponent** 239:1
**deposed** 8:14 28:7
151:24
**deposit** 57:16
**deposited** 58:13
**depositing** 58:14
**deposition** 1:14
2:3 6:12,21 8:10
8:13 11:13 18:5
18:15 21:10 28:23
85:18 90:18
101:21,24 126:6
135:15 138:8,23
142:4 150:9,11,14
150:24 151:1,7,14
153:1,4,5 157:2
158:14 181:16
230:2,25 234:15
234:20 235:3,6,11
**depositions** 17:24
18:9 29:24 53:22
**derivative** 32:6
106:2
**derive** 162:15
**derived** 99:23
118:6 119:17

120:19 122:1
**describe** 31:23 33:7 37:23 84:18 85:16 86:6 89:16 117:9 231:15
**described** 21:22 38:8 201:21 225:13 226:17 231:23
**describing** 36:17 110:4 142:24 224:21 227:8 232:15
**description** 4:11 36:4 162:22 187:23 188:1
**designed** 115:13 237:22
**desired** 53:21
**despite** 218:15
**destroyed** 134:12 143:9,18,23 144:7 144:12
**destruction** 23:5 106:13 111:18 139:7,16,16 140:7 140:8,20
**detail** 33:9 50:22 50:23 101:10 124:25 126:23 146:24 169:11 182:23 188:2 209:9 234:5
**detailed** 55:13 132:25 188:18
**details** 111:21 121:15 122:10,14 142:19
**detected** 111:7 114:23 185:5
**detection** 185:20
**determination** 101:21 106:12 199:3
**determine** 52:23 110:10 112:23 113:4,11 133:10 155:6,8 161:22 162:25 168:24 173:25 186:2,8 188:20 196:16 217:10,20,25 218:5 229:9
**determining** 111:24
**develop** 176:4
**developed** 40:12 41:8
**developing** 46:14 138:15
**development** 33:18
**device** 57:17,18
**devices** 140:9,21
**diagnostic** 5:14 183:23 184:2
**diagram** 71:7,12 71:13,17
**differ** 53:13 58:8
**differed** 53:14
**differences** 48:6,7
**different** 13:1 19:25 20:15 45:14 47:11,23 48:5,12 48:20,22,24 50:19 51:1,24 52:15 53:18 54:1,5,19 57:2 83:4 95:24 95:25,25 96:3 103:19 116:11 118:20 119:14 120:12,13 125:2,9 125:18 126:13 127:2,3,15,25 128:8 129:7 132:10 146:14 166:14 169:13 172:10 181:13 188:12 211:1 215:24 222:7
**differently** 15:19
**differs** 222:2
**difficult** 177:21
**dig** 12:13 222:22
**digest** 12:2
**dilution** 131:19,19
**direct** 121:16 150:8 166:23
**directed** 40:9
**direction** 75:24
**directly** 37:16 45:25 55:6,8 77:14 102:9 119:25 177:9
**director** 207:10
**disagree** 101:7 139:13 140:1 147:1 191:6
**disagreement** 100:6
**disassociate** 49:11 60:9 62:1 69:6,12 70:25 71:25 72:3
**disassociated** 71:5
**disassociates** 69:14 70:6 72:4 82:24
**disassociating** 71:18
**disassociation** 71:8
**disavowing** 183:14
**disconnect** 201:3
**discourage** 177:7
**discouraged** 176:25
**discovery** 13:9 32:3
**discrepancies** 181:15
**discuss** 8:17 133:17 188:24 219:10 234:10
**discussed** 8:17 11:13 17:21 36:21 37:12 58:9 70:5 82:24 87:15 110:15 114:8 142:1 150:15 163:23 203:4
**discusses** 107:24
**discussing** 104:3 177:18
**discussion** 167:4 190:9 229:21
**discussions** 171:16 176:23
**dispersant** 62:20 63:3,10 64:10 68:4 111:25 150:12
**dispersants** 68:5
**dispersion** 5:3 21:13 25:20 55:5 59:18,21,25 60:3 64:8,14 67:9,11,21 108:19,23 109:21 110:5 114:6 119:17,21 126:6 127:10,12 140:14 140:19,23 142:5

143:5 162:16
163:1,14 177:19
215:5 216:1,10
**dispersions** 21:10
59:2,6 66:8
120:20 139:5,7
140:11 144:19
146:7,9,10,14,15
146:20 147:4,8,8
147:11,15,18
148:4,5,6 162:13
162:19 164:10,12
164:13 169:5
**displayed** 178:9
**dispute** 64:19
97:14,16 113:10
211:2,9,25 237:17
**dissolve** 68:14
**dissolves** 67:11,20
**distribution**
125:12,13 138:7
**distributions**
125:24,25 181:14
**district** 1:1,3 6:19
6:20
**division** 207:10
209:4
**doctor** 27:19 42:6
56:24
**document** 10:9
17:6 26:12 64:1,4
66:22 104:1,22
106:19 107:7
112:7 117:9
128:24 129:15
145:19 158:21
159:8,14 164:21
166:20 174:25
184:6 187:10,18
188:6,7 193:6,9
194:7 195:5 200:7

207:1,13 208:12
208:19 214:3,4
215:8,11 219:14
219:19 226:25
**documentation**
173:18 199:15
228:9
**documented**
152:16
**documents** 4:16
4:18 11:24 12:3
12:18 13:5,20
14:16,25 15:3
17:21 18:8 30:9
30:16 31:17,20,25
32:9 33:10,11,20
34:1,3,6,7,10,11
34:13 35:5,8,18,24
37:12,14 38:4,5,10
38:15,19,24 39:6
39:10,13 43:8,10
80:13 88:23 90:22
91:17,24 129:4
133:19 134:15,21
155:22 174:9
192:9 193:11
194:15 207:17
213:1,18 215:10
217:12,14,17
218:4,9 219:8,22
220:24 223:8
224:21
**doing** 13:6,18
21:11,21,21 28:2
32:4 66:1 98:1
135:21 166:18
180:10 191:22
220:20 233:9
**domain** 138:7
**double** 62:10

**doubt** 228:18
**doug** 7:9 8:8
**douglas** 3:12
**douglasfleming**
3:13
**downloaded** 34:20
34:24 171:12
**downloading** 34:8
**dr** 7:18 8:14 10:9
10:15 11:2,10,23
14:7 15:3 16:1,24
18:14,17 19:19
21:5,23 23:9,14
24:1 26:5 27:5
28:24 30:1 31:4
36:19 37:8 38:7
39:18 43:2,12
51:10 53:6 54:9
56:13 57:13 58:4
58:22 61:16 63:15
63:19 64:11 70:4
72:10 73:11 74:4
80:2 83:15 84:2
88:6 89:18,21
90:5 91:8 92:12
93:7 94:17 96:14
96:20 97:3,7
98:17,20 101:14
103:25 105:21
112:11 114:11
115:11 117:7
119:1,16 123:5,8
124:16 127:13
128:23 129:11
130:10,22 135:6
138:4 139:24
145:14 153:19
155:15 156:17
157:19 159:11
162:12 164:4,5
165:15 167:25

170:16,24 172:6,8
174:10 175:5
177:25 182:5
184:7 187:12
188:8 189:4
191:18 192:1,18
200:13 206:24
207:18 208:25
209:23 213:17
214:22,25 217:1
218:12 219:13
221:3 224:1,25
227:10 230:2
232:24 233:2,23
233:24 236:4,12
237:16
**draft** 5:6 145:5,14
**drafted** 230:20
**dramatically** 13:1
**drawing** 74:1 75:1
116:3,14
**draws** 210:17
**dried** 75:2 76:25
77:1
**drier** 116:2
**dries** 73:18 74:11
78:5 79:1,10
**drive** 140:24
141:25 144:22
**driving** 116:1
**droplet** 58:5,19
**dry** 75:17 115:24
116:16,17,24
**dryers** 115:14
**drying** 77:18,23
78:16,19 82:17
112:25 113:8
**due** 103:18
**duly** 8:2
**duplicate** 191:24

duplicates   35:12
  89:25
dupont   4:18 52:13
  63:16,19 64:23
  75:13 148:17
  218:16 219:2,9,14
  220:9,12,24
  222:17 223:2
  224:21
dust   198:2
dynamic   73:24
dynamics   127:7
dynamometers
  41:17

**e**

e   3:12 5:4,12,13
  8:1 93:11 97:2,2
  123:1,11,17,17
  124:15,16 170:20
  170:24 171:2,5
  172:8 174:13,17
  184:23 185:9,17
  185:20 187:25
  188:17 232:21
earlier   82:1 97:18
  98:3 101:23
  114:21 134:14
  219:1 230:2,25
  231:3 236:5
earliest   90:11
early   222:24
easily   21:18
east   6:22
edition   90:12,14
  90:15
editions   90:16
education   26:15
  26:16
edward   123:18,20
effect   22:25
  212:12

effective   22:25
  23:20,21 61:22
  62:8,21 63:4 69:4
  113:24 116:10
effectively   53:10
  62:14 79:10 83:10
  102:22 133:2
  137:1 225:4
effects   46:23
efficiency   237:22
effort   23:13
eight   145:24 146:3
  215:3
either   14:12 45:3
  52:21 55:18 96:6
  125:12 151:2
  160:16 168:18
  187:15 230:6
electric   57:14
electronic   35:20
electronically
  35:23
electrostatic   57:1
  57:12,20,23 225:9
  226:18
elements   54:16
elevated   97:10
  98:6
elevation   95:17
else's   24:13 44:4
emanuel   3:9
embroiled   176:22
emily   21:7 171:9
  171:18,19
emission   101:17
  103:8,18 130:8
  135:11,14 136:12
  136:13 138:24
  142:6 149:4 169:3
  174:4 176:12
  177:3 178:8

190:15 220:24
  236:13
emissions   15:10
  16:10 22:25 23:1
  23:2,4,5 25:25
  40:14 43:14,18,22
  46:18 112:23
  113:5,12 125:1,9
  125:17 126:12
  127:1,14,22,24
  128:7,8 130:18,23
  136:20 137:12,23
  139:9 140:5,24
  141:12,19,23
  143:4,19 144:1,4
  144:11,21 146:10
  146:11 149:7
  150:1 162:3,16
  164:13,14 166:5
  168:15 172:10
  173:1,23 177:11
  177:19,21 178:7
  178:10 181:8,20
  186:7,19 205:12
  207:24 209:13
  210:13 211:10
  213:12,20,22
  215:21 217:6,22
  218:15,25 219:10
  221:12 222:21
  224:2 225:5 226:1
  226:13,15 228:1
  229:3 234:7
  237:18
emit   143:15
emitted   72:11 73:2
  103:1 125:3,19
  126:14 128:1
  190:10 220:7
emitting   197:21
  224:17

employed   202:5
  221:10
employee   151:15
  240:15
employees   25:3
enable   188:19
enclosing   210:7
endorsed   210:18
ends   90:2
enforced   205:20
  206:1
enforcement
  206:5
engage   21:15 22:3
engaged   21:20
  22:2,9 28:20,20
engineer   39:25
  190:9,9 201:25
engineering   40:2,4
  40:6,8,10,10,11
  40:16,17,19,20
  228:5
enhanced   97:20
enormous   30:16
ensure   53:24
entered   110:10
  197:18
entirely   62:9
  147:9 213:19
entirety   34:24
entitled   17:7 80:8
  93:10 104:11
  145:14 208:20
entity   212:8,14
enviroattorney.c...
  3:6
environment
  26:25 77:16 78:17
  98:25 110:1,11
  122:2 213:19,24
  215:4,11,25 216:9

218:21 219:23
220:5 229:11
**environmental**
10:16 27:10 40:2
40:8,9 110:5
111:7 119:6,9
123:22 209:3
**eocs** 220:10
**epa** 28:18 46:14
108:12 114:7
131:3,21 193:24
**epidemiologist**
42:4
**equals** 95:7
**equate** 190:4
**equation** 49:23
76:12 93:25 94:4
94:11
**equilibrium** 70:13
**error** 16:6,7,21
82:7
**errors** 14:5
**especially** 164:22
**esq** 3:5,12,15
**essential** 197:25
**essentially** 99:20
**established** 66:18
75:4 216:16
218:19
**estimate** 49:19,23
50:8 54:4 55:10
76:13 103:12
126:9 127:7,9
136:11,23 137:12
138:7 139:8
140:13 141:5,6,12
142:3 143:4,13,19
144:1,7,10 146:7
146:11,18 148:3
163:6,25 164:10
164:14 166:5

167:4 170:12
172:25 173:10,19
174:7,9 175:21
178:17 179:15
180:19 181:8,11
182:16 183:7,14
**estimated** 99:9,25
163:21 180:21
190:10
**estimates** 73:14
137:22 141:18
161:22 162:6
173:13,14 175:9
**estimating** 46:17
177:20
**estimation** 98:2
173:23
**estimations** 16:10
141:15
**et** 6:14 21:3
**ethylene** 51:13
**evaluate** 113:18
113:21 165:6
**evaluated** 12:14
114:2 115:8 208:8
217:5
**evaluations**
209:13
**evaporate** 48:17
77:19 78:17 79:5
115:15
**evaporated** 74:3
77:24 94:22
**evaporating** 74:11
**evaporation**
221:18
**eveready** 228:11
**evidence** 133:7
147:3
**evolved** 147:8,15

**exact** 121:12
**exactly** 15:15 20:1
25:4 51:11 111:21
113:15 155:13
168:19 191:16
219:3
**examination** 4:4,5
4:5 8:4 219:6
236:11 237:15
240:9
**examinations** 4:1
**examined** 51:3
**example** 26:15
41:8 94:4,7
181:14
**examples** 29:8
**exceeded** 163:18
**excel** 159:24
**excellent** 9:15
235:19
**exception** 239:6
**excessive** 65:1
**exchanging** 75:10
**executives** 192:23
201:12 202:23
**exh** 4:13,14,15,16
4:17,18,19,20,22
4:23,24,25 5:1,2,3
5:4,5,6,9,11,12,12
5:14,15,16,18,20
5:21,23
**exhaust** 114:23
204:24
**exhibit** 10:10,12
10:23,24 11:12,12
14:4,10,19,23,24
15:5 17:6,10 19:9
19:9 20:8,8 23:25
30:1 37:1,5,22,24
38:7,9 58:22
63:15,16 69:23,24

69:25 70:20 79:22
80:1,3,8 81:18
85:17 87:9 89:10
89:12 91:2,3,12,13
91:16 92:8,9 93:7
96:14,15,16
101:14 103:21,22
104:10,19 106:16
107:10 108:7,18
108:19 109:14
111:1 112:12
114:4,5 115:11
123:1,8 128:20,24
129:16,23 139:19
145:1,5,12,12,13
153:23 155:9
157:11,12 159:18
159:23 160:5,16
164:4 165:11,12
165:15 166:25
167:8,16 168:2,11
168:15,23 169:4,9
170:15,18,20
174:10,11,15,22
176:7 177:25
182:6 183:19,22
184:1 189:4,5
191:20,24 198:11
198:12 200:7,8,9
201:19 206:20,20
206:21 208:13,14
208:15,19 209:19
209:23 236:12
**exhibits** 4:9
**exist** 119:4
**existed** 44:9 109:8
**existing** 77:15
78:10 205:11
237:23
**exists** 131:13
132:3

**[expect - financially]**

**expect** 223:21
**experience** 45:24
  46:1,10 193:21
**experiment** 98:2
**experimental** 41:4
  41:7
**expert** 4:14,15,17
  5:15 10:11,13
  11:11 14:25 24:4
  24:24 25:23 28:12
  29:9 34:1 38:9
  40:24 41:7,13,19
  41:20 46:21 58:22
  61:16 70:24 81:18
  82:5 86:24 101:14
  102:16 104:13
  106:6 111:11,14
  113:20 115:3,7
  152:10 156:17
  158:19 182:2,15
  182:25 183:6
  184:10 189:5
  193:17 200:17
  201:1,6,9,11
  212:22 234:19
**expertise** 102:8
  194:7
**expires** 239:25
**explain** 18:23 55:7
  65:19 74:17 78:21
  95:10 162:11
  197:13 211:21
  231:7
**explaining** 78:3
  82:8
**explicitly** 171:12
**exposure** 110:6
**express** 11:16
  17:14 30:10 43:17
  43:21

**expressed** 18:25
  232:3,7 234:10
**extensively** 100:23
  176:25
**extent** 18:13 48:21
  48:22,24 119:13
  235:6
**extremely** 187:23
**eyes** 175:15

**f**

**f** 95:13
**fabric** 79:9,10
  81:22,24 110:11
  110:13,18,21
  115:15,25 119:14
  119:23 120:5,16
  120:23 143:10,19
  143:23 170:2
  188:1 215:6
**fabrics** 5:21
  207:20 208:16,20
  209:14 210:8
  224:11
**facile** 99:18
**facilities** 15:11
  44:8 46:18 67:4
  103:2,19 110:11
  121:17 135:16
  144:3 146:15
**facility** 23:22
  43:15 44:13,19
  45:7,12,20 92:3
  107:16 108:3
  110:13,15,18,20
  110:23 111:2
  112:9 119:17,21
  120:3,6,16 121:9
  121:20 122:4,5,7,8
  122:12,12,14,15
  127:15 146:6
  164:9 169:14

193:1 201:15
  203:2 209:14
  210:13 211:11
  224:3
**fact** 49:16 72:15
  73:16 75:9,23
  95:5 97:24 110:20
  111:22 127:4
  133:13 134:9
  143:15,22 144:11
  148:12 154:14
  176:17 180:4
  185:8 199:13
  203:8 212:17
  216:2 224:2 226:5
  228:12 232:5
**factors** 15:7,12
**facts** 11:18 18:23
  193:13
**factual** 186:24
  194:14 195:10
**faculty** 28:1 40:19
**fahrenheit** 94:21
  94:23
**failed** 192:2,7
  199:22,23
**failure** 199:2
**fair** 9:2 30:17
  39:21 51:8 55:18
  65:18 89:8,23
  107:8 110:12
  128:2 131:16
  138:5 147:25
  152:1 167:15
  175:25 176:1
  184:21 188:3
  208:9
**fall** 137:13,19,22
**falls** 114:1 224:3,9
  224:12

**familiar** 72:24
  196:23
**far** 63:11 65:22
  90:2 134:2 142:21
  165:6 188:4
  211:13 213:1
  216:23,25 234:16
**faraci** 2:5 6:22
**fast** 50:9
**faster** 35:23 132:5
**fate** 5:6 107:15
  112:24 113:8
  145:6,15
**fathers** 229:7
**fc** 52:12,12 53:3
**february** 5:4 22:1
  22:1 108:21
  209:24 211:9
  212:1
**federal** 29:6
**feel** 152:2 158:14
  187:18,20
**felt** 39:10 51:3
  212:10
**fence** 125:23 126:2
  127:6
**fiberglass** 170:2
**fibers** 53:10 74:11
**field** 4:20 80:4,9
**fields** 57:15
**fifth** 11:10
**figure** 16:6,12
  161:24
**filed** 6:19 11:3
**files** 171:9,14
**filtered** 78:12
**final** 5:3 108:20,24
  114:7 210:7
**financially** 7:4
  240:16

**find** 13:13 30:17
34:22 35:14 38:20
56:11 63:11 71:7
71:11,13 83:12
84:10,17 86:11
87:4,21 93:15
98:16 100:24
109:25 117:11,13
118:23 137:25
139:20 142:17
151:3 177:22
187:17 192:17
194:8 219:22
227:2 231:1,10
232:16 236:17
**fine** 14:20 51:20
79:25 235:18,21
238:6
**finish** 9:7,9 62:25
78:3 86:1 174:2
211:18,20
**fired** 41:15
**firm** 21:8,14 24:21
27:10 28:19 29:1
233:22
**firms** 29:13
**first** 11:10 22:10
22:17 24:2 39:2
61:18,21 73:7
77:11 81:21 82:25
90:15 93:16 94:5
94:17 97:7 98:24
99:19 101:16
104:18 107:19
108:1 112:5
114:22 124:11,12
171:6 183:5,8
200:20,23 204:13
209:10 210:11
213:9 217:2
218:13 221:5

231:4 232:10
**fish** 46:12,15
**five** 15:7,8,12,13
29:13 52:18 99:9
149:9 168:18,20
168:25 229:17
233:18 235:16
**fleming** 3:12 4:4,5
7:9,9 8:4,8 14:18
18:13,21 19:18
20:18 21:4 38:6
38:14 42:17 43:1
57:6 63:14 69:23
70:2 72:19 79:22
80:25 81:2 84:1,5
89:17,20 105:16
105:20 122:17
123:4 129:5,10
140:16 142:11,15
145:4,11 152:21
152:23 153:8,17
157:22 158:4,9,15
158:18,23 159:2
159:10 165:10
167:21,24 170:18
170:23 191:22
197:7 214:21
229:16,24 230:1
232:23 233:1
235:5,15 236:3,16
236:20 237:4,15
238:4,7
**flinch** 67:17
**flinched** 67:16
**flipping** 14:4
87:25
**flocculate** 53:9
65:24
**floor** 3:11
**flow** 204:25

**fluorinated** 29:16
29:19 184:18,21
185:5,16,21 188:8
188:13,16,22
189:25 191:3
**fluorocarbon**
32:23 51:12 52:11
**fluoropolymer**
97:11 98:7 109:21
**focused** 56:9 77:3
**follow** 16:1 27:18
62:17 152:21
173:19 180:11
232:12 236:8
**following** 63:1
140:1 202:18
**follows** 8:3
**food** 46:16
**force** 116:1
**foregoing** 239:3
240:5,12
**forget** 232:21
**forgetful** 107:9
**forgive** 27:18
135:20 236:16
**form** 34:1 50:10
51:18,22 52:9
61:1,7 67:9 68:3
71:4,5,5 73:19
75:18,22 78:7,7
90:19 92:13,20
93:3 100:5 102:16
111:17,19 128:11
142:12,13,16
194:8,24,25 195:2
196:19 200:3
213:16 237:4
**format** 20:15
165:17
**formation** 72:18

**formed** 100:20
111:16 198:5
199:24 200:2
**former** 44:1,10
135:15 144:3
**forming** 11:18
18:24 30:6 31:14
37:7 38:16 50:18
67:14 73:22 80:14
86:2 145:21
176:15 196:17,21
219:24
**forms** 77:14 82:19
**formulation** 59:5
67:7 148:21 165:8
214:7,10
**formulations**
53:18 148:8,8,19
174:8 180:24
213:11,14
**forth** 240:6
**forward** 18:11
20:24 124:3
**found** 59:12 85:3
85:21 86:12 93:6
124:12 172:9
228:11 230:8,9,10
231:11,25
**foundation** 166:20
**four** 15:7,8,13
29:5 59:9 68:2
73:10 90:16 97:8
200:18,21 201:8
**fourth** 15:16,23
59:1 93:15 98:20
144:16
**fracking** 25:20
**fraction** 65:23
68:2
**frame** 226:24

**[free - going]**                                                Page 20

**free** 101:4 187:20
**front** 72:5 81:19
  82:25 85:5 123:9
  158:1,22 159:8
  166:23
**full** 8:5 71:7,12,13
  114:22 148:20
  213:9
**fully** 12:1,20 18:2
  71:4 105:15
  111:23 112:5,7
  133:8 134:11
  147:16
**fumes** 198:2
**function** 49:24
  67:20 68:3,10
  70:8 71:16,17
  74:25
**functional** 133:8
  134:11
**functioning** 133:6
**fundamental**
  227:19
**further** 92:24
  158:2 232:4 235:7
  235:7 239:4
  240:14

**g**

**gadavis** 3:6
**garabedian** 5:20
  5:23 206:22 207:7
  207:9,18 209:20
  210:2,6 211:25
  212:10
**gary** 3:5 4:23 5:15
  7:16 20:19 21:16
  25:24 27:16 79:23
  81:1 90:24 91:3
  102:19 123:15
  151:9 158:4
  171:14,21,22

**gary's** 123:21
  151:9
**gas** 54:11 58:7,14
  58:17 79:8,19
  93:10 95:8 124:13
  205:1
**gaseous** 15:10
  209:13 213:19
**gases** 48:10,14
  58:6 198:3 211:6
**gather** 30:13
  175:10 182:1
**gathering** 17:19
**gears** 39:17 42:18
  227:10
**general** 33:12
  115:12,19,20
  116:5,21,22,23
  117:7,9 177:14
  181:18,18 188:1
  217:3
**generally** 227:15
**getting** 27:6 43:7
  53:24 61:3 67:18
  90:2 105:14 107:9
  218:3 226:19
**give** 58:23 64:3
  72:17 75:23 83:12
  89:18 93:16
  113:20 126:10
  145:24 186:6
  187:21 235:15
**given** 19:25 20:16
  31:20,23,24 32:9
  48:19 49:22 50:4
  50:4 55:20 67:6
  73:15 74:23 127:4
  130:21 131:1
  148:12 161:16,23
  178:15 179:18,21

  189:6,13,13 235:6
  180:4 225:16
  226:6,13 236:25
  237:1 238:10
**gives** 149:1 168:20
  168:21
**giving** 33:8 34:5
  187:25
**glad** 183:20
**glass** 5:2 97:19,20
  98:1 99:11 100:13
  103:23 104:11
  107:13,20 108:2
  112:16 114:18
  132:10 188:1
**global** 229:2
**go** 6:10 36:5 43:2
  48:23 53:4 54:7
  59:23 62:20 65:14
  66:12 70:6 72:7
  73:18 76:22 78:23
  83:14 84:10,17
  86:13 95:5 101:16
  102:11 106:25
  107:10 113:15,17
  113:21 114:4,10
  115:10 117:20,25
  118:1 123:6
  124:24 126:22
  132:15 139:18
  142:14 146:2
  148:1 153:19
  155:18 157:6
  161:17 164:17
  167:12 177:24
  178:13 180:9
  184:14 185:25
  192:16 206:20
  213:8 214:23
  215:22 219:2
  225:14 230:15

**gobain** 1:11 5:8,9
  6:16 7:10,13 8:9
  16:9 33:10,20
  34:13 43:14 44:13
  44:19 45:7,20
  51:19 52:10,16
  53:13 54:2,6 65:8
  65:16 66:1 67:3
  103:2 121:1 128:9
  134:16,21 140:14
  140:19 141:6
  145:8,16 149:18
  149:20 150:15
  151:2,15,18
  154:22 157:13
  159:19 161:16
  166:21 167:5
  174:6 176:23
  193:12 205:6
  206:10,17 212:14
  214:6,10 217:10
  217:21 218:14,24
  220:3 223:1 224:2
  225:12,18 228:2
  228:20
**gobain's** 119:23
  225:2
**goes** 141:4
**going** 9:1 10:4,9
  10:10 13:9,17
  14:8,8,14 16:10
  27:6,7 29:4 30:2
  33:17 35:5,14
  46:25 58:22 63:14
  68:16,18 73:21,22
  74:1,2,9 75:2
  76:14,15 77:15
  78:8,13 79:5,7,9
  79:10 80:1 83:10
  87:8 89:18 90:6
  105:16 115:23

116:13,17 133:2
135:6 139:22
142:9 148:24
149:23 151:20
152:2,10 165:10
166:19 170:16
186:6,18 191:16
196:4 197:25
198:19 199:13
217:3 218:4 235:5
235:10 236:9
237:9
**good** 6:2 8:5 9:23
83:16 96:6 122:17
127:9 152:19
153:21 175:14
192:25 200:24
201:14 203:15
226:18 233:21
236:7
**gotten** 11:24 40:17
234:6
**graduate** 58:1,2
**granted** 194:9
**granula** 62:16
**granules** 53:8 68:5
**grateful** 42:10
**great** 46:12,13,16
203:24 204:16
209:9 214:25
**greater** 93:18
116:1 130:19,24
149:6,7
**greatly** 140:4
**greene** 1:7
**greener** 27:1
**ground** 8:18
**groundwater**
43:23
**guess** 174:8
186:22 230:22

**guy** 10:2 172:3

**h**

**h** 8:1,1 70:11
84:23 93:17 94:1
94:13 97:2
**ha** 9:21
**half** 99:7,11,24
100:13
**hampshire** 45:12
107:17 110:21,23
111:2 120:6,24
121:11,20 122:4
122:11 141:8
146:6 149:25
150:3,16 158:2
164:9 168:3
**hand** 10:9 80:1
96:14 134:9
145:12 154:3
160:6,16 201:19
**handed** 63:19 93:7
128:23 129:15,19
145:13 165:15
184:1 198:16
206:24 209:23
**handled** 28:5
**handy** 117:12
**happen** 77:8
**hard** 9:12,17,21
187:15
**harold** 5:20
206:22 207:7,9
210:1
**hassel** 172:8
176:17
**hassel's** 176:11
177:3
**hazard** 207:25
**hazardous** 196:25
204:17 208:3
216:22

**he'll** 232:17
235:19
**head** 9:18 50:7
**heading** 112:14,15
**health** 26:25 46:23
210:14,19 211:12
212:12
**hear** 68:24
**heard** 48:25
132:16 205:22
229:5
**heat** 82:11 221:17
**heated** 49:6,9 79:2
**heating** 81:23
116:14
**held** 2:4 6:21
41:20 212:22
**help** 21:9 27:7
137:5
**helped** 27:8
**helpful** 136:2
**helping** 23:10 25:9
**helps** 138:23
**hepa** 78:12
**heterogeneous**
99:3
**high** 65:1 115:24
137:16,19 146:8
146:19 148:5
164:11 222:20
**higher** 59:3,17
76:14,22 79:3
95:2,4,13 99:1
131:20 138:2,5
149:8,8,11 164:17
180:25 186:19
**hinchey** 123:18,20
123:24
**historian** 42:11,13
**historic** 26:12

**historical** 5:12
171:10,10 174:12
174:16
**history** 196:15
**hmm** 9:6 10:22
24:6 28:8 30:4,19
32:10 61:20,24
62:3 64:18 68:6
72:2 73:9 80:20
88:21 93:8 96:22
97:6 98:19,22
101:6,15,19
105:23 106:14
109:22 112:21
114:12 123:13
124:20 125:20
130:13 139:25
140:12 144:17
151:19 154:2
171:4 178:1,12
202:10 203:7,9
206:25 207:6
210:22 215:7
221:7 223:25
**hold** 40:24 41:6
193:17 224:15
**home** 84:10
**homes** 44:4
**hone** 211:23
**honeywell** 29:12
**hood** 1:6
**hoosick** 224:3,9,12
**hoping** 37:20
**hopke** 1:15 2:4 4:3
4:11,15,17,23 6:12
7:18,18 8:7,14
10:9,12,15,24,25
11:2,3,10,23 14:7
14:24 15:3 16:1
16:24 17:8,10,11
18:14,17 21:5,23

23:9,14 24:1
28:24 30:1 31:4
36:19 37:8 38:7,9
39:18 43:2,12
51:10 53:6 54:9
56:13 57:13 58:4
58:22 61:16 63:15
63:16,19 64:11
69:25 70:4 72:10
73:11 74:4 80:2,3
83:15 84:2 88:6
89:12,13,18,21
90:5 91:3,8,13
92:9,12 93:7
94:17 96:14,16,20
97:3,7 98:17,20
101:14 103:22,25
105:21 108:19
112:11 114:11
115:11 119:1,16
123:1,5,8 124:16
127:13 128:20,23
129:11 130:10,22
135:6 139:24
145:5,14 153:19
155:15 156:17
157:12,19 159:11
162:12 164:4
165:12,15 167:25
170:16,20,24
172:6 174:10,11
175:5 177:25
182:5 183:22
184:7 187:12
188:8 189:4,5
191:18 192:1,18
198:12 200:13
206:21,24 208:15
208:25 209:19,23
213:17 214:22,25
217:1 218:12

219:13 221:3
224:1,25 227:10
230:2 232:24
233:2,23,24 236:4
236:12 237:16
238:10 239:2,21
**hopke's** 19:19
117:7 138:4
**host** 33:15
**hour** 100:14
130:12 166:7,12
169:3 177:17
190:5
**hourly** 168:17
**hours** 99:12 166:6
168:17 169:6
170:13 233:16,18
233:20,21
**hum** 50:2 76:6
128:16 161:11
**human** 210:14
211:11
**humans** 46:23
**humidity** 115:24
**hundreds** 35:18
233:4
**hydrocarbon**
82:22 184:19,21
188:8,13,16,22
**hydrocarbons**
185:5,16,21
189:25 191:3
**hydrofluorocarb...**
93:17
**hydrogen** 47:14
48:18 72:17 75:10
75:22 78:6 82:12
231:20
**hydrogeologist**
39:23

**hydrophobic**
51:17 62:14
**hypothesis** 131:15

**i**

**ibm** 29:12
**ic** 123:22
**idea** 62:12 225:21
232:4,6,11
**identification**
10:14 11:1 15:1
17:12 28:18 38:11
63:18 70:1 80:7
88:12 89:14 91:4
91:15 92:10,24
96:18 103:24
108:22 123:2
128:22 145:9
157:15 165:13
170:21 174:13
183:24 189:7
198:15 200:11
206:23 208:18
209:22
**identified** 60:20
66:14 87:3 90:18
181:21 182:17,18
184:16,22 185:16
188:17 201:24
205:12 206:17
215:4,16 216:1,9
218:21 223:18
**identifies** 207:9
**identify** 18:3
19:24 33:4 53:1
76:17 84:18 88:14
100:21 116:11
182:12,14 204:17
206:15 226:11
227:12,21 228:23
**iii** 3:12

**illinois** 40:3
**immediately** 72:3
**impact** 5:22
208:17,21 210:8
**impaction** 58:16
**impacts** 207:19
**impair** 9:24
**imperial** 28:1,2
31:3
**implemented**
40:15
**important** 119:2
213:21,22
**impossible** 94:19
94:25 95:9,13
**improve** 32:23
**inability** 137:1
**inadequate** 216:6
216:7
**inappropriately**
82:9
**include** 31:18
38:21,22 137:1
**included** 34:21
106:1 151:5
166:15 190:15
**includes** 139:17
**including** 158:15
178:14,21
**inconclusive**
106:13 111:18
**incorrect** 11:23
77:19 78:18 86:4
98:2,13
**incorrectly** 16:13
69:19
**increase** 181:20
**increased** 99:2
**independent** 25:12
102:16 134:20
175:9 180:14

independently
  176:5
indicate  152:15
  228:9
indicated  21:12
  133:15 190:8
  235:1
indicating  21:8
  133:6
indication  63:12
  84:11 147:6 185:4
  199:14
indications  33:9
  53:19 147:5
indirect  46:1
indirectly  177:10
individually  1:7
  6:14
indulgence  235:16
industries  116:15
  228:4
industry  108:4,8
  108:10,15 109:1
  114:6 115:13,19
  115:20 116:4,5,12
  116:13,20,21,24
  117:7,10 225:22
ineffective  131:2
  133:4
inferred  221:19
influence  67:22
inform  207:18
information  4:18
  5:13 17:17,20
  18:1 25:24 55:14
  56:1,11 63:16,20
  64:7,8 67:5 71:1
  75:13 93:5 120:2
  121:25 122:1
  124:14,14 139:5
  160:17,20 162:4

162:15,24 165:1
171:11,13 173:15
174:12,16 175:4,9
176:11 177:3
188:5,21 195:10
195:16 199:6
204:1 206:15
213:11,11 214:10
218:15 220:12,12
223:14,21 230:8
informed  86:23
  87:1 218:20
ingredient  60:21
  60:24
initial  35:22
  123:17 171:2
initialed  202:9,18
initially  22:15
inlet  204:24
input  16:7,8,12
  23:10 28:22 111:6
  111:25 114:18
  136:11 178:9
inquisition  91:6
inside  125:12
insist  213:13
inspection  4:24
  32:1 35:1 90:25
  91:13,19,23 92:2,5
  133:12,23,25
  134:7 153:25
  154:14 155:16,17
inspections  132:23
  134:6 154:21
  155:24
inspectors  91:21
installation  199:4
installed  192:24
  201:14 202:24
  203:14

instance  148:16
instances  154:25
instruction  65:9
intend  8:20 17:14
  234:1,8,21
intended  149:22
intending  17:19
  189:19
intensions  13:13
intent  234:13
intention  57:10
intentions  234:18
interact  62:11
interaction  52:6
interchangeably
  54:24
interest  107:22
interested  7:4
  21:11 240:16
interim  86:12,21
internal  37:16
  133:15 148:13
  152:15,25 171:16
  192:15
interpose  208:11
interrelated  47:24
interrupt  135:20
  167:21
interrupting
  236:17
introduction
  40:23 97:8
introductory
  57:24
inverse  138:8
  142:5
investigate  228:1
invoice  147:17,19
  147:22 148:2
  162:23

invoices  161:20
involve  46:17
involved  25:7,25
  37:15 101:11
  116:8 127:11
  193:25
ion  47:20,25 49:11
  60:14,16,16 62:2
  65:1 68:18 69:6
  69:11,20 71:8
  72:17 75:10,22
  82:12 231:20
isolated  98:25
issue  11:16 126:22
  199:2 223:19
  234:7
issued  120:7 195:5
issues  57:19
  133:16 150:13
  194:1,3 234:6

j

james  1:5 6:14
january  21:25
  208:19 210:1
jobs  26:17
joint  40:7
jones  1:6 5:5,19
  128:21 129:20
  200:10 202:3,8,15
  202:17,25 203:6
  203:10
joselin  171:19
joselson  21:7
journal  20:2 32:21
  33:2
judgment  50:19
  194:8 221:25
july  129:25 166:2
  237:18
june  31:8,10
  123:11,12 125:17

126:23 145:17
192:3
**jury** 213:5 222:6

**k**

**k** 1:15 2:4 4:3,14
4:17 6:12 8:1,1
10:25 11:3 17:8
17:11 93:11
238:10 239:2,21
**karl** 8:7
**keep** 19:14 53:8
90:1 109:23
116:18 191:22
235:11
**ken** 6:23
**kenneth** 3:19
90:10
**kept** 105:14
**key** 72:8 73:24
188:25
**kill** 35:24
**kind** 23:10 28:9,13
54:4 100:21 116:3
142:23 194:23
217:24 225:16
227:15 236:20
**kinds** 23:23 25:9
26:22 32:22 51:24
52:15 67:23
116:15,22
**kineticist** 41:4,7
**kinetics** 41:9
93:16 94:5 99:19
**kit** 38:13
**knapp** 151:5,6,16
157:2
**knew** 21:16 55:9
120:15 151:18,23
152:3,11 197:21
212:16,19 217:5
217:11,21 218:1,5

223:1,2 224:16
**know** 8:23 9:1
13:8,17 18:12
19:22 20:1 22:20
22:25 23:3,22
25:7 27:16,22
31:24 32:4,20
33:16,22 34:12,15
35:11 38:2,19
40:17,18 41:18
49:21 50:12,21
51:4,5,18,22,24
52:2,3,9,15,17
54:1 55:4,17,19
58:6 59:22 64:22
66:7,18 67:7
68:17 72:15 73:15
73:18 74:8,9,17
75:4,6,7 76:3,10
76:11,22 78:24
79:18 82:11 85:3
85:8 86:18,19
87:11 88:7 89:24
90:3,3,23 92:4
93:2 96:11 98:15
100:11 101:9
105:7 106:24
109:8 111:20
112:2,3 113:25
115:23 116:8,15
116:22,24 117:6
121:12,13,14,14
122:3,7,10,14
123:23 125:11,23
126:4 132:22
133:1,3 141:14
142:19 147:17
148:23 150:21
152:9,12,25 153:2
153:3 155:2,3
161:17 163:15,18

165:5 167:16
168:8,10 169:9,15
169:21 173:13
174:18,24 175:10
175:21,22,22
177:20 180:6,16
180:16,17 181:5
181:11,13 184:25
185:19,23 186:14
186:16,20 187:3,3
187:6,12 188:14
191:16 192:10,13
195:1,13,19 196:2
197:16,16,20,21
197:24,25 198:4
204:6 206:14
212:23 214:5,9,12
215:19,25 216:23
216:25 218:11
222:1,5,11,16
231:18 232:24
233:19 234:12,13
234:16 237:25
**knowing** 75:8
116:7
**knowledge** 46:8
150:6,8 216:17,19
216:20
**knowledgeable**
221:20
**known** 87:3
102:19 151:18,23
152:4,11 197:24
217:5,11,21 218:1
218:6 219:25
220:6,23 222:13
222:15,18 224:16
229:6
**knows** 29:7
**krusic** 4:25 5:1
92:10 93:11,25

96:16,20 97:1
132:8 230:23

**l**

**l** 8:1
**labeled** 159:24
**lack** 15:21 44:15
115:7 147:14
199:14
**lakes** 46:12,13,16
**lange** 2:5 6:22
**language** 194:11
194:12 196:3
**large** 65:23
**largely** 179:6
**larger** 58:16
**larouge** 28:16
**law** 3:3,10 6:21
21:8 28:19 29:1
29:13 193:18
194:15 205:11
**law's** 222:2,8
**lawsuit** 28:10,13
33:21 34:14
**lawyer** 42:8 157:3
158:19 193:15
196:2 197:10
222:5
**layout** 121:15
122:11,15
**lead** 23:2
**leading** 142:20
**leads** 13:10
**learn** 193:12
**learned** 173:14
**leave** 18:5 235:5
**leaving** 75:23
**led** 134:25 173:7
192:18
**left** 97:9 160:6
166:8

**legal** 195:11
  221:22
**legislative** 196:21
**leslie** 1:5
**letter** 5:5,23
  128:20 129:7,20
  209:19 210:1
  211:3
**letting** 33:16
**level** 52:24 223:14
  223:17
**levels** 181:13
  208:3
**life** 99:7,11,24
  100:13
**likelihood** 222:20
**limit** 93:19
**limited** 228:10
**limiting** 207:25
**line** 4:2,11 11:11
  15:16,23 24:2
  59:1 61:22 93:15
  98:20,24 101:17
  106:9 124:18
  125:23 126:2
  127:6 135:10
  144:16 202:2,9
  204:21 239:8
**lines** 59:9 68:2
  73:10 97:8 99:16
  115:11 119:2
  136:7 145:24
  146:2,3 169:18,21
  170:2,6 180:5,15
  180:23 192:22
  200:18,21 201:8
  215:3
**link** 171:9
**liquid** 54:10 55:4
  58:12,15 83:1
  95:8

**list** 12:19 20:8
  21:1 26:11,15,16
  52:17 163:9
  172:13
**listed** 30:11,14,20
  30:23 160:15
  161:5 163:12
  169:7 177:12
  182:11 239:7
**lists** 160:5 162:12
**literature** 32:4
  46:21 71:23 76:2
  77:4,7 100:21,24
  117:8 118:8 227:1
**litigation** 29:9,22
  133:19 134:16,22
  159:20
**little** 30:21 36:3
  39:18 42:18 107:9
  182:21 185:14
  201:3 217:3
  227:10
**llp** 2:5 3:9
**locastro** 3:15 7:12
  7:12
**located** 44:1
**long** 27:2 84:5
  102:20 146:24
**longer** 13:24 26:12
  26:16 75:18 77:2
  179:17
**look** 11:9 14:17
  22:24 29:3 30:23
  33:16 35:13 49:21
  50:12 53:4 54:7
  59:23 66:12 83:14
  87:16 101:10,12
  105:21 106:25
  112:2 117:20,25
  129:3 130:11
  132:15 136:6

142:2 148:1 155:9
  157:6 158:2
  161:17 178:5
  182:22 183:4
  184:12 192:21
  200:3 217:2 219:2
  220:18 230:15
  233:10
**looked** 12:12
  30:24 34:21 38:18
  44:14,15 50:22
  100:9,23 129:17
  135:19 149:5
  166:11 175:20
  192:9 207:15
  209:8,25 211:6
  215:21
**looking** 12:22 21:9
  23:16 25:19 27:6
  46:15 67:15 84:2
  86:10,22,25 87:6
  88:12 106:3
  124:12 146:25
  175:14,15,23
  181:13 201:2,6
  213:18 228:10
  231:1,2 232:24
**looks** 100:25
  166:12 167:14
  172:17
**loop** 111:23
**lose** 79:7
**lost** 232:5
**lot** 32:2 35:13,24
  36:4 38:20 40:16
  40:16 95:11 103:6
  176:24 226:8
**lots** 10:1
**low** 59:3 60:2,6
  72:6 73:20 137:16
  137:20 180:24

**lower** 65:12,12,22
  65:22 66:13 83:9
  95:5 101:3 130:8
  179:5,14,23
  186:19 237:18
**lowest** 56:5
**lunch** 153:21
**luncheon** 153:12
**lyle** 3:20 7:14

---

**m**

---

**m** 97:2
**madison** 3:10
**magnitude** 99:19
  172:10 190:2
  191:4
**mail** 5:4,12,13
  123:1,11,17,17
  124:15,16 170:20
  170:24 171:2,5
  172:8 174:13,17
  232:21
**main** 6:22
**maintaining** 23:19
**major** 208:3 234:6
**majority** 24:19
  25:2 26:5 103:11
**making** 85:17
  134:6 162:17
  181:14,17 187:24
**man** 187:12
**management** 25:8
  193:22
**managing** 22:5
  128:19
**manner** 22:7
  199:23
**manufactured**
  169:6
**manufacturers**
  140:23 223:15

**manufacturing**
72:12 73:3 107:16
119:21 120:12
121:1,20,22
169:14,22
**march** 12:6 13:4
17:20 87:17 89:25
**marchione** 5:1
96:17 97:1,2
**mark** 10:10,23
14:18,22 17:6
37:22,23 38:6
63:14 69:23 85:15
87:8 89:9 90:6
91:1,12 103:21
157:11 165:10
170:16 174:10
189:4
**marked** 10:13,25
14:11 15:1 17:11
38:10 63:17 70:1
80:6 85:5 89:14
90:18 91:4,14
92:10 96:17
103:24 108:21
123:2,8 128:21,24
145:9,13 157:14
165:13 170:21
174:13 183:24
189:6 198:14
200:11 206:22
208:18 209:21
**mass** 111:1 117:4
188:19 205:1
226:20 227:11,20
**massena** 40:15
**material** 5:2,3,9
13:11 28:21 32:2
32:2 33:16 35:16
36:1 38:25 46:3
52:5,8,13 53:10,17

56:17 57:15,16
58:13 67:2 68:3
71:18 75:2 76:25
77:1 79:6,6,11,12
85:8 86:12 88:4
92:15 98:13
103:23 104:11
105:14 107:12
108:8,11,15,20,23
111:25 112:7
114:6 116:19
126:4 131:2 136:8
136:9,10,11 138:7
140:22 144:19
147:7 157:13
160:12,18,20
161:4 162:3 165:2
180:12 183:4
234:14
**materials** 4:22
29:11 30:5 37:6
37:10,16 40:21,23
40:25 43:5 52:6
52:12,12 53:23
75:25 85:24 87:5
87:7,23,23,25
88:13,14,16 89:12
89:22 97:23
100:11 112:1
116:10,14 117:14
117:16 122:2
150:12 156:20
160:6,8,15 221:20
223:12,15,22
**matt** 172:2,3
**matt's** 171:9
**matter** 6:13 22:6
77:10 78:11 86:17
93:18 103:3,5,8,14
125:5,19 126:14
128:2 130:7,11,18

130:23 182:20
198:2 226:19
227:13,22 237:17
**maximum** 139:10
149:14 164:18,22
**mcauley** 24:19,20
27:5
**mccauley** 26:5
**mcwaters** 5:23
209:20 210:4
**mean** 9:19 41:25
47:3 51:2 60:7
71:3 80:22 86:10
89:25 95:23 100:9
103:4 105:13,14
116:2 121:20
125:22 127:18
132:22 135:18,23
136:3 137:14
138:14 148:25
165:5 173:6,13
177:19 181:10
182:21 183:10
186:21 196:1,10
200:1 203:22
212:22 225:13
234:3,6
**meaning** 48:14
61:11 69:7,20
109:11 196:8
**meaningful**
171:15
**means** 83:9 135:19
156:7 160:12
169:10 198:1
203:19
**meant** 61:11 196:9
**measure** 45:2
160:9 166:5 169:4
189:1 191:8

**measured** 71:22
128:14 130:9
131:21 142:3
146:10 164:13
185:8,11 190:1
191:3 211:13
212:12,17 237:17
**measurement** 4:20
80:4,8 130:21
131:18 177:23
**measurements**
44:15,16 64:21
132:4 141:14
211:16 220:10
**measures** 107:15
**mechanism** 75:3
75:21 82:8,10
84:15 220:20
**mechanistic**
231:10
**media** 6:11 83:18
83:22 110:7 111:7
122:20,23 238:11
**medical** 42:6
**medication** 9:24
**medications** 10:1
**meet** 86:19
**melting** 92:16
**member** 40:19
**memo** 5:20 148:17
192:15,18 200:13
200:17 201:19
202:22,25 203:19
206:21
**memorandum**
5:18 192:12
200:10,22 201:5
201:22 202:3,14
202:18 207:4
**memory** 124:8
189:15,20

**memos**  37:16
53:19 133:15
148:13 152:15,22
152:25 153:4
222:17,21,22
**mention**  12:17
31:20 48:22
**mentioned**  12:5,8
12:17 13:20 28:6
32:19 44:21,21
45:9 47:5 66:10
67:1 109:2 171:18
181:23 230:3,6,11
230:12,17,23
**mentioning**  20:13
43:13
**merit**  23:24 37:7
37:25 133:17
**merits**  4:16,17
17:7,10,13,15,25
18:23,25 19:6,10
22:14,15,18 23:14
36:19,25 37:14
38:8,9,17,24 39:4
39:11,14 43:6
85:10 86:3 88:15
91:17 104:16
152:17 191:17,19
191:20 200:17,22
201:1,9,11 204:10
205:4 213:9 215:1
218:12 219:8
221:2 224:24
225:8 230:6,21
233:17 234:24
**merrimack**  5:10
16:11 44:14 45:9
107:17 110:15
111:21 137:6
141:8 146:6
157:14,16 158:1

164:9 168:3
**mess**  191:25
**messages**  223:3
**met**  8:12,12
**metal**  132:6,13,14
132:18
**metals**  97:23
**method**  218:3
**methodologies**
27:24
**methodology**
100:5 133:9
137:17 146:18
162:2 173:17,25
180:7,10 192:6
217:9 227:15
**methods**  131:3
**micelle**  67:14
**micron**  51:20
**microphones**  6:5
**mid**  190:15
**middle**  111:5
135:10 210:11
**mill**  40:15
**million**  140:10
144:20 146:8,19
148:5 163:25
164:11 205:1
**mind**  18:10 75:15
81:17 120:11
232:20
**mine**  24:20 236:19
**minimizing**  117:3
**minimum**  139:10
**minority**  26:6
**minus**  47:22 48:14
48:17,22,25 49:12
61:13
**minute**  42:17
167:11 187:21

**minutes**  8:13
83:12 84:4,6,8
93:19 142:1
229:17 235:16
**miscopied**  16:14
**misleading**  57:5,7
57:11 142:16,17
142:20,23 158:21
**misled**  142:14,22
**misread**  81:1
**misrepresenting**
64:23
**missed**  182:13
**missing**  81:12 88:1
88:3,23
**mission**  27:9,12
**misstate**  55:24
**mist**  198:2
**mistake**  16:3
**misunderstand**
187:16
**miswrote**  16:5
**mixed**  189:2
**mixture**  53:7 68:4
161:13
**mixtures**  161:14
**mm**  9:6 10:22 24:6
28:8 30:4,19
32:10 61:20,24
62:3 64:18 68:6
72:2 73:9 80:20
88:21 93:8 96:22
97:6 98:19,22
101:6,15,19
105:23 106:14
109:22 112:21
114:12 123:13
124:20 125:20
130:13 139:25
140:12 144:17
151:19 154:2

171:4 178:1,12
202:10 203:7,9
206:25 207:6
210:22 215:7
221:7 223:25
**mobility**  72:16
75:21
**model**  21:13,18
102:21 103:13
104:4 135:15
139:4 142:5 178:9
181:12
**modeled**  103:12
103:14
**modeler**  190:20,21
190:25
**modelers**  172:4
**modeling**  4:21 5:6
21:17,21 23:12,13
80:5,9 101:20,24
102:6,12,14,17
125:14 126:6
127:10,12 138:9
142:5 145:6,14
176:22 177:19
181:16,17,17
227:17
**modification**
183:11 197:15
199:4
**modify**  17:18
**moiety**  47:15
**moist**  115:14
**moisture**  115:25
**molecules**  188:9
**moment**  25:5
117:12 157:5
236:22
**money**  27:7
**monitoring**  46:12

**monoxide** 40:13
41:9
**morning** 6:2 8:5
8:13
**motioning** 197:8,8
**move** 18:11 72:15
78:6 79:4,9 82:11
115:14 116:17,17
127:22 167:22
195:6
**moved** 141:7
168:3 197:20
**movement** 76:15
**moves** 71:4 231:20
**moving** 76:25
96:15 99:16
116:19 150:2
**msds** 52:25 66:12
146:21 160:10,12
161:4 163:2 164:3
**msdses** 53:4 56:6
60:17 149:15
163:6,9 164:18,22
**multiple** 40:19
41:16 127:19
175:14 185:3
186:17 193:24
**multiplied** 166:13
168:16,17
**multiply** 161:23

**n**

**n** 84:23 97:2
**naaeqs** 226:10
**name** 8:6 24:5
29:1 60:12 151:4
202:8,11
**narrow** 126:11
**national** 46:13
**native** 165:17
**natural** 129:21
205:23 207:11

209:2,11
**naturally** 77:16
**nature** 23:1
120:21 221:10,16
**nc** 3:5
**near** 4:20 80:4,9
80:18,23 181:10
**nearby** 28:18
**nearly** 15:17
**necessarily** 67:12
72:14 175:11
223:17
**need** 12:20 14:16
19:16 22:8 62:7
62:12,17 63:1,6
112:15 124:19,24
128:14 194:24
234:15
**needed** 34:23
35:15 36:5 38:21
85:19 194:11
223:5
**needing** 13:10
**needs** 23:21 62:23
**neglect** 213:20
**neglected** 192:23
201:13 202:23
203:13 204:4
**negligence** 203:23
**negotiations** 21:25
22:3
**neither** 189:19
**network** 28:19
**neutral** 47:8 63:2
63:5
**never** 25:25,25
28:7 29:10 81:17
149:16 163:17,18
176:16 192:13
216:21 218:3,14
218:24 228:7

**new** 2:5,8 3:11,11
6:23 12:20 13:5
17:17,19 40:15
45:12 77:14
107:17 110:21,23
111:2 120:6,24
121:11,20 122:4
122:11 141:8
146:6 149:25
150:3,16 158:2
164:9 168:3 193:3
194:21 195:14,23
196:8,16,20
197:15 237:21
**nh** 5:10 157:14
**nh3** 94:2
**nh4** 68:20,25 69:8
69:10,14,16 70:6
**nicholas** 3:15 7:12
**nicholaslocastro**
3:16
**nine** 30:5
**noble** 132:14
**nomenclature**
61:9
**nominally** 94:22
**nondetect** 224:8
224:17
**nonstick** 51:17
**normal** 23:19
80:22 81:4 119:5
119:8,11
**normally** 23:21
26:21 64:16
195:12
**north** 5:7,21 15:11
110:22 130:1
141:23 145:7,15
156:21 185:1
186:12 207:20
208:16,20 209:14

210:9 217:7
224:12 225:3
**northside** 140:24
141:24 144:22
**notary** 2:7 8:2
239:25 240:4,21
**note** 6:5 14:8 38:3
119:3
**noted** 85:12 156:3
**notes** 15:2 240:13
**nothing's** 192:15
**notice** 18:16
**notification**
194:20,23 195:24
199:19
**notified** 218:14,24
223:18
**notify** 196:5
**notwithstanding**
224:17
**november** 192:3
192:22 201:12
202:6
**nrc** 193:24
**nuclear** 40:4,10
**number** 5:11 6:18
16:16,17,18 30:3
30:11,14,16 31:18
37:15 38:4,18
41:14 54:5 60:17
63:21 72:4 81:12
83:22 90:14
114:13 122:24
129:13 133:13
159:14,15 165:12
165:18 169:9
170:16 193:24
198:21 200:14
205:5 207:1
218:13 238:11

**numbered** 15:14
**numbers** 16:16
  50:23 133:12
  140:14,20 167:13
  167:13
**nyrcr** 1:19 2:7
  240:3,20

**o**

**o** 8:1 93:11 97:2,2
**oath** 7:3 240:7
**object** 29:4 50:10
  57:4 127:16 142:9
  142:11,13,15
  166:19 235:8
**objected** 121:6
**objection** 50:16
  51:7 121:3 128:3
  128:11 152:6,13
  206:12 208:12
  212:4 221:24
  222:4,9 237:4
**objections** 240:9
**objective** 109:16
  109:19,24
**obtain** 32:18
  204:23
**obtained** 16:9 32:3
  32:11,13,20,25
  33:4,10,11 124:7
**obviously** 30:24
  44:24 51:17
  106:22 183:10
  234:3
**occur** 197:9
**occurring** 120:1
**octane** 47:7
**octanoic** 79:1
**october** 11:4 22:19
  22:20 156:21
  165:3 183:12
  200:14

**odds** 90:2
**odor** 133:5,13
  134:10,12 155:4
  197:22
**odorous** 198:3
**odors** 208:5
**offensive** 208:4
**offer** 8:20 22:18
  46:21 115:6
  151:20 152:10
  234:1,9,21
**offered** 11:6 28:9
  29:8 138:13,19
**offering** 46:25
**offhand** 50:12
**office** 46:13
**offices** 2:4 6:22
**oh** 20:10 85:23
  90:23 166:10
  189:2 200:19
**okay** 8:11,16 9:10
  12:4,11 14:18
  15:9,15,24 16:1,8
  16:21,23 17:6
  20:1,10,18 35:21
  38:6 39:17 44:17
  48:16 51:11 57:8
  58:2,25 59:8,10,12
  59:22 60:13 61:17
  63:22 64:9,13,14
  64:14,15 65:19
  70:15 73:13 75:19
  78:6 80:17 82:7,7
  82:9 83:3,5,16
  84:25 85:4,23
  86:6,16 88:6,12,25
  89:8 90:5 91:1
  96:19 97:18 99:16
  100:8 104:10
  105:4 106:5,7
  107:11 109:15

113:14 114:10
121:8 125:15
128:5,13 134:1
136:6 146:2,4
153:22 154:1
156:5,12 157:16
159:11 161:3
164:7 166:4,10,10
167:1,10,18
168:16 184:14
185:13 187:21
191:19 198:7,22
198:24 201:5
204:12 208:13
211:7,14 212:25
215:2 219:17
221:4 229:18
230:11 231:11,15
235:13 236:7
238:6
**old** 10:1
**omission** 219:16
  219:17,21
**omitted** 220:1
**once** 12:1 20:4
  66:3 75:2 219:21
  223:17
**ones** 34:22 35:9,14
  52:23 92:6 185:3
**open** 71:22 235:5
  235:12
**operated** 23:17
  132:20 170:2
  206:11 217:6
  237:23
**operating** 44:9
  67:4 103:19
  132:24 133:2,11
  133:20 154:9,15
  154:18,18,20,25
  155:1,3,7,10,12,16

155:20,23 156:2
168:19,25
**operation** 120:22
  147:10 185:19
  205:14
**operational**
  110:22,23 121:2
  146:5 163:24
  164:8 185:1
**operations** 119:23
  120:9,14,23,25
  121:22 165:4
  221:11 224:12
  225:3
**opine** 117:10
  203:18 212:8,14
**opining** 115:20
  197:1 222:25
**opinion** 12:15,24
  13:7 18:20 22:11
  22:13,18 30:10
  34:1 38:17 39:9
  39:11,14 43:13,17
  43:21 46:22 47:1
  50:15,17 51:4
  76:1 91:8 102:16
  113:20 115:7
  121:5 151:21
  152:11 157:19
  173:8 178:22
  179:2 182:25
  193:5 198:5
  199:24 201:18
  211:21 212:18
  213:16 218:23
  219:24 224:16
  234:24
**opinions** 8:20
  11:16,19 17:14
  18:15,24 23:3
  24:9,12 27:20,24

30:6 31:14 37:7
50:18 80:14 86:2
104:7 108:16
118:12 145:21
176:15 187:18
196:19,21 207:14
209:7 232:2
233:25 234:8,21
237:10
**opportunity**  8:19
11:25 13:13 18:17
192:25 200:24
201:15 203:15
**opposed**  47:25
57:15 103:8
**order**  48:18 52:18
53:24 61:1 62:13
62:15 66:4 72:10
73:1 86:22 93:16
94:5 99:19 162:23
169:4 172:9
184:13 190:2
191:4 199:2 226:9
233:16
**orders**  99:18
**organization**
205:24
**organized**  35:6
**origin**  90:9
**original**  197:18
**originally**  39:1
**outcome**  7:5
**outline**  173:17
**outlined**  23:23
**outset**  182:9
**outside**  33:4
**oven**  114:23
**ovens**  139:7
**overall**  27:17
65:12 112:23
113:4,12

**overestimate**
143:22 144:10
**overestimated**
180:4
**overestimates**
170:13
**owned**  24:15,17
25:1
**owns**  26:5

**p**

**p**  8:1,1,1 185:10
187:25
**p.m.**  238:15
**packed**  58:19
**page**  4:2,11 11:10
13:23 15:4,5,6,15
15:18 24:2,3
27:23 29:25 30:3
30:11,14 31:18
38:2 58:23 59:9
61:15 64:7,15
68:1 69:3 73:7
80:16 81:19 94:2
94:16 97:7 101:16
106:5 107:19,24
108:1 109:14
111:4 112:11
114:5,10 115:10
119:1 129:6,13
130:2 132:7 135:6
139:4,24 140:17
144:14 145:23
146:3 151:4 152:1
154:11 155:10
159:15,16 160:2,4
160:23,25 165:19
171:3,6 172:6,7
176:7 178:2,3
179:9 184:10,12
189:8 192:21
198:20 200:18,21

201:9 204:13
205:4 208:24,25
209:10 213:9
215:1 218:12
221:6 224:25
230:18 237:7
239:8
**pages**  64:24 146:1
155:18 192:1
**pairs**  175:14
**palomeque**  1:19
2:6 6:25 240:3,20
**pamela**  1:19 2:6
6:25 240:3,20
**panels**  193:24
**paper**  5:1 20:3,4
84:16,18 88:19
93:9 96:16,20
97:5,18,22 98:3,10
100:6 106:17
116:15 118:1
123:25 124:7
126:18 127:23
168:22 231:10,15
231:25 232:10,14
**papers**  19:14 20:2
32:6,21 33:2
84:20,25 85:6,7,15
85:16,17 86:1,25
87:8,13 88:23
89:9 118:5,14,15
118:16,19 230:23
233:5
**paragraph**  15:16
15:20,21,22 24:2,3
61:18,19,21 64:16
68:1 69:3 73:7
81:21 106:8
114:13,14,22
135:7,8 136:14
139:3,22,24

140:16,18 144:16
166:23 167:2
168:1 189:8
200:20,23 210:12
213:10 217:2
218:13 225:1
**paragraphs**  237:8
**parallelism**  197:4
**parameters**  76:12
99:24 155:14
177:18
**parent**  205:24
**park**  3:4
**part**  26:9,12 27:2
27:17 28:3,14,21
43:13 46:11 70:15
98:1 144:20
149:24 175:22
189:12,15,21
219:17 234:3
**partial**  71:5 186:5
**partially**  12:11
**particle**  124:14
127:7 226:9
**particles**  58:6,17
77:14,15 78:12,13
103:6,18 120:2
127:8
**particular**  30:13
31:17 64:9 95:22
163:14 184:22
186:18 199:18
225:23
**particularly**  21:10
22:24 26:20 35:7
58:14 121:13
180:13 192:9
207:16 233:9
**particulate**  15:10
77:10 78:11 103:3
103:5,8,11,13,14

125:5,19 126:14
128:2 130:7,11,18
130:23 198:2
226:19 227:12,22
237:17
**parties** 6:9 127:11
240:15
**partition** 112:24
113:7
**partitioning** 4:20
23:5 80:4,9
124:13 127:7
**partner** 21:15
22:6 24:19,21
26:5,6 27:5
123:21 128:19
**parts** 140:10 146:8
146:19 148:5
151:4 163:25
164:11 204:25
**party** 7:3
**pascals** 84:12
**pass** 169:10,13,17
**passes** 166:14
170:9
**patent** 29:11,15
**patenting** 40:13
**paths** 58:16
**pathways** 110:5
**pattern** 71:8
**patterns** 142:3
229:12
**pause** 105:18
**pay** 183:9
**pe** 40:17
**peer** 118:8
**pejorative** 186:21
**pellet** 40:15
**pellets** 40:14
**pennsylvania**
25:20

**people** 24:18 27:6
95:11 151:22
152:9 176:22
180:21 190:22
212:16,18,23
**percent** 21:15
24:16 25:2 59:4
71:2 76:21 93:18
111:6 114:24
161:4,5,24 226:19
**percentage** 76:23
160:10,12,13,17
181:5 226:15
227:1,6
**perflouronated**
51:13
**perfluorinated**
205:8 221:9
**perfluorocarbon**
127:8 226:1
**perfluorocarbons**
52:14
**perfluoroheptane**
93:17 94:1,13
**perfluorooctano...**
4:21 59:7 60:14
80:5,10 160:9
**perfluorooctanoic**
47:7,10 82:15
**perform** 101:24
208:7
**performance** 1:11
5:8 6:17 7:10 8:9
145:8,16 237:23
238:1
**performed** 45:12
185:20 213:12
**period** 147:10
148:11 155:6
156:6,10 237:24

**permission** 194:20
195:2,6,17,25
**permit** 16:11
31:25 35:2 36:9
36:11,15 137:6
149:24 192:2,20
193:1 194:4,8,11
194:12 195:13
199:10,19 200:24
201:16 203:15
**permits** 192:12,14
195:13 203:24
**permitted** 193:4
235:10
**permitting** 141:7
168:2 192:7,24
195:14 197:25
201:13 202:24
203:13 204:5
**personnel** 134:4
**persons** 1:8 6:15
**pertained** 193:13
**pertinent** 23:18
26:20 35:15
**peter** 151:5,5
**pf** 78:7,25
**pfo** 4:21 47:19
48:5,7,14,17,22,25
60:16 61:12,13
62:24 68:18,20,25
69:7,16 70:6,11
71:2 72:17 73:25
75:10 79:8,13
80:5,10 82:12
119:3 143:5
231:21
**pfoa** 5:6 15:10
44:12,15,18 45:6
45:20 46:9,10,15
46:18,22 47:5,9,14
47:17,22,23 48:3,8

48:14,17 49:5,8,11
49:14,17,20 50:9
50:20 51:6 59:2,4
59:5,6 60:5,20,24
61:1,8,11 62:2,10
65:14 68:3 69:6
69:12,19 70:11,17
70:25 71:3,25
72:3,11,13 73:2,4
73:16 74:6,18,24
75:8 76:18,21
77:6,19,24 78:8,16
79:14,15,16,19
80:19 81:5 82:12
82:13,15,19,22
83:6 94:10,14,18
95:23 98:24 99:7
100:10 101:2,24
102:25 103:7
119:3,3,13 125:1,8
132:5,21 135:15
139:6,7,8,8 140:4
140:7,8,9,20,21,23
143:6,9,12,15,18
143:23 144:4,7,12
145:6,15 146:7,9
146:11,16,19,20
147:4,12,18 148:3
148:5 162:15
164:10,12,14
169:5 173:1 189:1
190:1,10,15 191:4
205:7,12 206:9,17
215:4,16 216:1,9
216:16,22 217:6
218:15,20,25
219:5,10 220:1,7
221:12 222:20
223:13 224:17
225:4 226:13,15
227:7 228:1,6,14

228:18 229:3,10
231:2,4,4,5,9,21
pft 68:5
ph 52:24 53:2 55:1
55:4,9,10,15,16,17
55:25 56:5,11
60:8 61:1,25 62:7
62:17,23 63:1,5,7
63:13 64:7,8,17,20
65:12,21,22 66:11
66:13,19 67:20
68:4,10,16,17 69:2
69:4 70:7,8,9,13
71:2,6,8,13,16,17
71:19 72:6,8
74:25 75:1,4,6,7,8
75:14,16,18,19
76:19,21,22 77:1,2
77:6 225:15
ph.d 2:4
ph.d. 1:15 4:3,15
6:12 8:1 10:25
11:3 24:20 39:18
238:11 239:2,21
ph.d.s 40:9
ph.ds. 40:20
phase 22:7 77:18
77:23 78:17 79:19
81:23 103:6
phased 22:7
phases 22:9 82:18
philip 1:15 2:4 4:3
4:14,16 6:12 7:18
8:7 10:25 11:3
17:8,11 189:24
190:18 238:10
239:2,21
phone 177:17
189:16,21
phones 6:8

phs 55:20 65:12
66:4
physical 23:6
120:19
pick 6:6 48:17
picked 186:20
picking 186:17
piece 226:21
pieces 82:21
pile 168:22
pk 61:5 65:13 71:4
71:10,17
place 6:9 56:19
133:5 180:18
199:16 203:24
240:6
plain 196:3
plaintiffs 1:9 3:2
6:16 7:17,19 22:4
22:17 34:5 35:5,8
35:17 38:23 39:6
39:15 44:3 64:3
109:4 133:18
135:3 171:18,25
217:15 218:4,9
223:9
plan 13:6
planning 13:18
plans 199:6 204:3
204:3
plant 23:17 28:16
41:16 45:15
111:21 115:13
120:21,22 121:15
121:25 122:11
124:25 125:2,8,10
125:12,18 126:2
126:13,16 127:5
127:14,24 128:1,7
128:8 132:25
137:7 140:24

141:1,5,8,24,25
144:22,24 150:2
161:16 168:3,19
168:25 186:7
192:25 201:14,24
202:24 203:14
204:18 228:11
236:14
plants 21:11 44:1
44:10,16 109:25
112:6 141:19
plastics 1:11 5:8
6:17 7:11 8:9
145:9,16
platinum 132:16
play 75:3
please 6:5,7 7:6,20
30:22 42:24 83:23
122:25 145:3
153:15 177:14
214:19 229:23
236:1
plus 70:6,11 89:24
94:2
pm 125:3,5 126:1
point 9:15 17:16
24:23 28:23 76:24
79:13,21 80:19,23
80:24 81:4,11
86:17,20 92:16
94:20 95:1,4,5,6,6
95:15,16,21 118:3
123:23 148:18
168:7 173:2 175:3
192:12,15 197:17
211:16 225:23
pointed 91:20
197:10
pointing 15:13
16:23 37:18
170:19 171:23

polar 62:13
pollutant 196:14
pollutants 196:25
pollution 5:17
23:8,20 56:14,21
56:25 57:1,3,12,20
57:22,23 58:3
85:11 90:9,11
140:8,21 193:25
194:19 195:15,15
197:19 198:13
205:15 206:6
207:10 209:4
227:16
polyethylene
51:12
polymer 51:12,14
portion 111:6
pose 210:14
211:11
position 17:17
18:1 74:7,12
positive 123:22
172:5
possibilities
175:16 181:6
possibility 13:10
137:21 138:6
191:14
possible 48:19
110:5 170:8
178:24 180:3
181:2 228:21
possibly 190:1
191:4
potential 51:3
75:21,24 97:19,22
97:23 98:2,12
110:4 117:3 131:1
131:7,13,22,24,25
132:2,3 150:1

195:15 219:6
221:18 223:4,19
228:1,6,8
**potentially** 12:1
17:18,23 47:25
53:18 58:15 66:5
95:4,14 96:5
125:11 138:14,21
142:2
**pound** 137:12
141:4,11,18,18
175:23 178:17
182:12,16 183:7
183:14
**pounds** 130:11
136:14,15,15,25
137:2,9 139:10
140:25 141:1,22
141:24 144:22,23
149:4 162:20
166:6,7,8,12
168:20,21 172:25
175:21 178:10,10
178:11,14,21
179:7,10,11,11,14
179:17,20,21
180:1,8,19 181:3,7
181:22 182:3
190:4,5,10,11,16
**powder** 51:20,20
**power** 41:15
**ppm** 147:4
**practice** 115:13,19
115:21 116:6,21
117:8,10
**precipitator**
226:18
**precipitators**
225:9,14
**precisely** 185:14

**prejudice** 235:8
**preparation**
150:25 168:11
**prepare** 137:6
156:24
**prepared** 5:7
11:11 24:4,7
141:7 145:8,16
168:2 174:24
**preparing** 151:2
207:13 233:14
**prescribed** 199:3
**presence** 99:8,10
100:11 132:6
**present** 3:18 7:5
8:3 28:21 148:15
208:3
**presentations** 21:2
**presented** 99:15
**pressure** 76:13
84:12 95:7,7,20
119:10
**pressures** 49:22
95:2
**pretty** 126:10
148:16 167:12
168:1 170:4
173:21 189:13
**prevent** 177:15
**previous** 98:9
**previously** 17:21
25:18 28:17 85:20
88:5 105:11,12
120:4 154:13
163:24
**primarily** 25:9
63:9 68:18 86:20
146:25
**primary** 215:21
**principle** 193:8
227:19

**print** 35:21 36:12
36:14 84:16 89:2
**printed** 15:19 36:2
36:3,7
**prior** 26:17 45:23
102:20 165:4
220:8
**priority** 59:24
**private** 6:6
**probability**
137:20
**probable** 138:2
178:24
**probably** 9:13
14:18 69:19 170:7
180:3 181:1
**problem** 100:25
126:4 175:15
194:13 219:7
226:2
**problems** 148:14
219:5
**procedures** 46:15
210:16
**proceed** 199:5
**proceedings**
105:19 240:5
**proceeds** 99:19
**process** 5:2 23:1,6
36:4 37:17 39:3
40:12,13 41:9
46:4,14 54:21
72:1,12 73:3,25
103:22 104:11
107:12,21,24
108:2 111:7
112:17,23 113:4
113:12 114:18
116:3,10 119:14
120:12 136:6
143:10,19,24

146:8 148:4
164:11 176:24
180:14 187:23
213:10 221:17
225:4
**processed** 53:11
116:25
**processes** 107:16
107:21 108:2,4
114:24 120:1
150:2 169:14,22
170:9 221:10
**processing** 32:24
97:12 98:7 109:25
110:5 119:23
**processor** 5:3
108:20,23 114:6
223:12,16,21
**produce** 65:23
82:12 86:15 125:1
125:8 131:20
**produced** 33:20
34:13 43:8,10
63:20 85:20 86:4
88:17 117:17
133:19 134:16,22
159:19 165:17
166:21 193:11
**producing** 75:11
231:21
**product** 53:20,24
64:23 67:25
116:18,19 117:1,4
148:14 150:13
169:10,13 174:8
185:23 186:11
187:2,3 218:20
220:23
**products** 166:14
169:6 186:12,17
188:2

professor 31:3
program 5:15
  46:13,13 102:4
  183:23 184:2
prohaska 5:5
  128:21 129:2,20
project 5:3 102:20
  108:20,24 114:7
projects 25:10
promote 56:18
promulgated
  205:17
proper 91:22
properly 62:11
  155:3 193:4
  219:12
properties 47:16
  47:22 48:2,4,8
  51:15 95:25 122:2
proportion 59:20
proportions 55:21
proposals 26:21
propose 171:15
prove 131:16
provide 18:19
  19:17 20:19 22:11
  22:12 23:10 25:15
  25:21 33:19 34:1
  38:23 76:11 84:8
  84:13 109:4
  154:22 164:17
  173:15,17 182:25
  218:9 232:14,17
  232:18 237:16
provided 19:15
  20:21 25:24 26:8
  26:18 29:10 30:15
  32:1 33:15 35:6,9
  35:17 39:6,15
  51:4 86:21 87:6
  92:1 100:14

105:10 111:11
124:9 140:22
149:18,20 153:24
160:18 162:5
175:17 199:5,10
213:10 214:6,10
216:2,12 217:15
218:16 219:9
220:3,12,18 223:8
provides 123:25
providing 33:14
ptfe 45:24 46:1
  51:10,24 53:8
  55:4 59:2 60:3
  67:9 119:17 121:1
  121:19,22 122:7
  122:14 126:17
  215:5 216:1,10
public 2:7 8:3
  239:25 240:4,21
publically 228:13
publications 20:9
  21:2
publicly 108:11,14
published 20:2
  40:16 93:25 118:6
  118:7,15
publishing 19:14
purchase 139:5
purchased 67:6
purpose 85:18
  110:9 215:22
purposes 12:14
  26:21 85:17
  154:25
put 16:20 27:7
  89:10 91:24 129:8
  157:25 158:21
  159:7 174:6
  176:24 193:3
  197:19 226:9

240:7
putting 16:3 37:11
  196:13
pyrolysis 99:17

q

quality 53:25
  150:13 193:22
  207:19 220:23
quantification
  49:25
quantify 50:3
  103:7 181:5,9
quantities 65:1
quartz 97:22 99:8
  99:20 132:11
question 9:2,8
  29:5,18 30:2
  36:20 45:16 47:13
  50:11 51:7 57:5
  58:23 62:25 73:17
  74:9 75:15 77:12
  78:2,20 84:3,14
  86:1 105:17
  120:11 121:3
  125:13,16 126:1
  126:11 127:16
  129:12 139:22
  142:10,18,23
  143:1 152:6
  158:10,24 167:17
  178:25 181:19
  183:3 185:14
  187:16 198:19
  199:18 206:12
  211:15,20 212:4
  217:3 221:24
  233:10 234:24
questioned 120:8
questions 8:22 9:9
  18:17 29:7 73:12
  145:3 156:18

158:8 159:13
187:10,19 236:5
238:5
quick 79:24
  122:18 188:4
  214:13 227:3
quickly 94:13
  171:13 209:8
quinn 3:9
quinnemanuel.c...
  3:13,16
quite 98:25 125:1
  125:9,18 126:13
  127:2,3,14,25
  133:4
quote 106:19
  107:5 109:23
  174:1 199:14
quoted 107:7
quoting 198:23

r

r 93:11,11 97:2,2
raise 94:25 95:15
  95:20 120:11
range 66:11 71:6
  92:17 93:19,22
  107:21 138:3,5
  164:17 172:17
  179:14 181:1
  190:15
ranges 114:23
  178:13,21 179:10
  179:12
ranging 58:19
rapidly 72:7 79:5
  115:14,15
rate 22:6 23:2
  50:19 51:1 93:3,5
  100:18,22 101:17
  130:18,23 135:11
  135:14 168:17

172:9 178:8
190:15 237:18
**rates**  23:1 43:14
48:12,20 99:2,20
101:21 130:8
136:12,13 138:24
142:6 149:8,12
162:3 166:5
168:15 169:3
174:5 176:12
177:4,11 204:25
**raw**  5:9 156:20
157:13 160:6,8,15
161:4 165:2
**reach**  193:9
**reaches**  77:13
**reaction**  56:18,19
70:16,18
**read**  12:20 13:23
49:13 59:7,11,13
62:4 68:7 72:19
72:22 76:1 90:7
97:12 98:23 99:3
99:12,21,25 108:4
110:1 111:8 119:6
120:6 125:3
139:10 146:11,23
146:24 159:1
171:16 172:10
182:11 185:25
187:9,20 190:2,5
190:12 198:5,20
200:1,2,5 203:16
203:21 205:2,8
209:15 213:2,3,5
214:2 215:22
232:6,10 237:9
239:3
**reading**  13:19
46:3 107:7 140:15
170:5 193:6

194:14 198:7
199:24 203:20
231:18
**reads**  59:2 61:22
99:7 187:6
**ready**  43:2 102:10
123:6 153:18
214:23
**realize**  16:24
20:10 183:5
**really**  21:12 25:7
32:6,15 37:13,13
55:13 61:3,6,7,12
69:22 71:2 77:3
100:9 111:22
112:4,5 125:22
129:11 176:16
179:2 181:11
182:22 186:5
211:15,23
**reason**  10:5 64:19
64:22 65:7 81:8
98:1 113:10
175:23 176:2
210:23 211:2,24
**reasonable**  23:13
49:12 54:4 79:21
126:5 127:6,9
128:6 131:12
132:1 136:18
137:10 141:10,14
141:17 178:15,17
178:20,22 179:12
179:14,18,21,24
180:2,8 181:4,12
181:22 182:16
183:7,15 191:13
**reasonableness**
221:14,21 222:2,3
222:7,8,12 223:11
223:13,20,24

**reasonably**  148:6
221:19 223:22
**reasons**  11:17
106:13
**rebutting**  86:14
**recall**  43:7 51:5
111:16 168:9
170:1,5 188:22
230:4 236:14
**receive**  134:15
**receptor**  227:17
227:20
**recess**  42:22 83:20
122:21 153:12
214:17 235:24
**recognize**  103:25
**recognized**  104:23
192:23 193:3
201:12 202:23
**record**  6:3,10 7:8
8:6 14:9 20:6
42:21,23 83:14,19
83:21 88:7 89:18
90:7 122:23 123:5
136:2 148:20
153:11,14,18
214:15,16,18
229:20,21,22
233:6 235:23,25
238:14 239:5
**recorded**  6:12
134:3 240:10
**recording**  6:8
**records**  136:8
154:23 171:10
**redirected**  211:17
**reduce**  52:6 140:4
**reducing**  208:4
**refer**  85:10 225:8
**reference**  26:7
38:21 83:13 87:13

101:17 104:24
106:1 189:9
**referenced**  14:16
85:1 105:1,4
126:17 127:23,25
132:12 136:13
192:16
**references**  12:20
38:4 85:19 89:1
101:10 105:6
**referencing**
203:20
**referred**  26:2
71:12 116:21
153:3 227:16
**referring**  76:8
116:20 121:10
124:21 126:16
147:19 162:8
167:7 198:17
203:11
**refers**  53:5 56:13
60:5 135:11 188:9
**reflect**  17:24 20:6
46:20 141:19
149:22 150:1
155:10 164:23
237:22
**reflected**  70:20
72:4 149:15
165:18 174:18,25
211:3 213:1
237:25
**reflecting**  155:19
155:22 219:24
**reflects**  136:19
141:12,23 208:24
212:11
**reformulations**
53:21

refresh   124:8
regard   16:10
  133:16 150:11
  162:17 196:25
  206:6 234:4
regarding   106:12
  160:17 210:8
regardless   158:9
regards   23:3
  27:22
regroup   229:17
regularly   20:5
regulated   205:15
  206:9 216:21
regulation   131:4
  205:11
regulations   5:16
  23:19 192:11
  193:20 196:16,24
  198:13 205:15,18
  206:1,7
rejecting   150:20
related   7:3 56:20
  57:19 120:2
  122:11
relates   43:14
relating   13:6 38:8
  38:24
relationship   25:11
  50:1
relationships
  227:20
relative   12:21
  23:18 63:5,10
  67:13 240:14
relatively   59:2
  60:6 73:20 196:23
release   34:11
released   103:8
relevant   26:23
  30:18 33:17 34:10

34:22 37:17 38:19
  38:22 39:3,4,9,10
  45:15 77:2 120:3
  121:8,19,21
reliability   115:7,7
reliable   173:16
reliance   87:23
  88:14
relied   30:6,9 31:10
  31:14 33:25 36:22
  37:7 43:5 44:18
  45:1,19 80:13
  81:9 86:2,20
  97:17 104:3 115:2
  119:12 120:17,18
  148:2 175:25
  182:15 184:9
rely   27:24 44:12
  44:24 45:6,11,13
  45:17 111:13
  112:6,8 175:4,6,12
  175:17 176:2
relying   100:7
  102:13,17 118:10
  118:19,22,23
  121:24,25 154:14
remain   148:9
remember   20:14
  21:8 27:13 29:3
  29:13 35:4 36:7
  36:13 50:23 51:11
  51:21 53:3 63:25
  106:23 107:6
  111:10,12 148:17
  154:7,9 155:13
  163:16 169:23
  170:7 175:2 185:2
  185:9,18 187:14
  187:14 190:20
  207:16 231:5,17
  232:11,22

remembering
  187:15
remind   128:17
removal   139:8
remove   58:6,17
  137:2
removed   225:4
  227:7
repeat   163:4
rephrase   57:6,9
  81:3 185:13
replicate   137:18
  138:4
report   4:14,16,16
  4:17 5:2,4,15
  10:11,13,15,21
  11:11 12:2,4,18,21
  12:23 13:3,5,19
  14:2,25 16:5,15
  17:4,7,10,13,20,25
  18:6,22,23,25 19:3
  19:6,10,11 23:24
  24:1,4,7,9,12
  27:15,17,23 28:4
  28:12 29:9,10
  30:1,7,18,24 31:6
  31:7,8,10 33:1,18
  36:19,21,23,25
  37:7,8,11,14,25
  38:3,8,9,16,24
  43:6,6,17,21 53:5
  56:13 58:22 60:5
  61:16 68:1 69:18
  70:24 73:6 81:18
  82:5 85:2,9,10,25
  86:3,3,14 87:3,12
  87:14,17 88:15,16
  89:2,5 90:1 91:18
  93:9 94:16 96:24
  101:14 103:23
  104:3,8,11,13,16

105:2,7,22,25
  106:3,3,4,6,11,17
  107:8,13,15 108:8
  108:11,15,21,24
  109:1 110:9 111:4
  111:11,14 112:9
  113:4,6 114:7,11
  115:11 117:10,22
  120:7,8 128:25
  129:13,18 132:7
  132:13,25 133:12
  133:17 135:6
  144:14,15 147:21
  148:2 152:17
  155:16,17 156:17
  160:24 161:2
  162:5,7,22 164:1
  165:25 168:8
  177:25 178:9
  179:3,10 182:2,7
  182:10,15,24
  183:6,10 184:10
  185:6,15 186:1
  187:7,9 188:15
  189:5 191:1,17,19
  191:20 194:18
  200:17,22 201:1,6
  201:9,11 204:10
  205:4 207:19
  209:6,25 210:13
  210:17 211:10
  213:8,9 215:1,13
  215:19,22,25
  216:10,12,15,21
  217:1,4 218:12,21
  219:9,15,20,23
  220:4,5 221:3
  224:24 225:8
  227:4,6 230:7
  232:3 233:15,17
  234:10,19 236:14

236:25 237:1,3,11
237:16
**reported** 1:19
55:21 56:5 66:22
71:22 88:5 184:24
185:9 215:17
222:21
**reporter** 6:25 9:12
9:17 72:22
**reporter's** 240:1
**reports** 4:23,24
21:22 25:23 26:1
32:1 35:1,3 46:20
86:14,24 87:24
89:13,23 90:25
91:14,19,23 92:2,5
115:3 118:17
133:23,25 134:7
135:1 151:2
153:25 154:15
230:21 231:24
232:7,7 234:5
**represent** 8:8
**representative**
108:3 112:5
119:22 120:9,13
120:15,24,25
128:8 148:24
150:15 165:3
186:11,20
**represented**
107:21 180:14
**represents** 169:13
**reproduce** 179:6,6
**request** 18:16
19:18 149:24
206:19
**requested** 104:24
**requesting** 43:7
**required** 29:6
101:4 132:24

194:19,23 195:3
195:13,24 199:7
199:10,20 204:17
204:22
**requirement**
192:2
**requirements**
192:8 193:2
201:16 205:7
**requires** 169:17
**research** 196:20
227:16
**researchers** 98:8
**reserve** 11:25
235:11
**resin** 64:13
**resolve** 147:14,16
**resources** 129:21
205:23 207:11
209:3,12
**respect** 148:13
**respond** 204:2,3
**response** 25:19
84:3,14
**responses** 9:22
**rest** 21:21
**result** 98:12
132:20
**resultant** 111:24
**resulting** 55:11
**results** 5:15 23:11
111:24 175:20
183:24 184:2
224:5,18
**retain** 90:7
**retained** 21:5
22:17 29:2 46:5,7
46:10 56:22
238:12
**retired** 40:5

**review** 12:25
13:10 35:22 60:20
64:1 104:6,15
105:9,11,15,24
106:16 108:14
129:15 134:21
147:22 150:9,14
150:24 151:1,7,14
151:21 183:4
188:4 196:15
197:14 207:13
209:9 217:20
**reviewed** 12:9,11
13:2 16:25 17:1
27:21,23 45:13,17
52:23 60:17
104:10,18 106:20
118:8 153:4
192:18 194:6
207:19 210:18
217:11,14,17
**reviewing** 13:4
14:9 18:5,11
23:11 111:10
180:12,13 182:4
182:20
**revise** 12:1
**revision** 234:16
**rid** 37:20 38:12
**right** 8:12 9:13
10:17 11:4 12:16
14:5,9 15:5,6,14
18:7,9 19:11 24:5
26:4,13,16,19
31:22 33:2,3
34:16 37:19 39:11
41:23 42:1 43:15
43:18 44:19,20,22
44:23 45:9,10,18
46:5,23,24 47:1,16
50:12,24 54:9,13

54:19 55:2 56:14
59:7,18 60:3,18
61:8,9,14 64:16
66:15,24 68:7,25
69:1,8,9,11,18
70:9,16,21 71:19
72:1,5,6,8 75:4
77:20 79:15,15,23
80:11 81:12,14
82:2,18 83:12
85:6,7 86:9 87:2
87:18 88:4,8,9,13
88:17,20 89:19
90:9,23 92:22
93:10,12 94:1
96:1,2,4,13,15,21
96:24 97:2,3,12
99:3,12,21 100:1
101:18,21,25
102:14 104:4
105:25 106:10
107:13,17,22,24
108:4,24 109:2,21
110:1,18,24 111:2
111:8,11,14 113:8
113:18,19,22
114:2,8 118:4,5,10
118:11,13,24
119:6 120:9
122:12,13 123:9
123:12,15,18
124:16,22 125:3,5
125:19 126:11,18
126:20 127:15
129:21,23 130:4
130:14,16 131:4,9
131:17 134:23
135:3,12,16
136:14 138:10,13
138:20 139:1,2,11
140:2,5,11 141:2

142:25 143:1,2,13
143:16 144:12,24
145:17 146:12
147:11 148:6,7,25
149:13 150:4,22
151:11,13,18
152:2,24 153:1
154:19,24 155:20
155:24 156:2,7,10
156:22 157:19,24
160:6,10,13,16,21
161:6 163:7,10,25
165:19 166:5
169:7 170:7,13,25
171:6,16 172:11
172:14,18,19,21
172:22 173:1,2
177:25 178:11
179:10,12,12,19
181:25 182:18,19
183:1,2,15 184:4
185:2 186:10,22
187:3,8,21 188:10
190:6,7,12,16,20
191:4 192:20,21
193:6,15 194:4,16
194:21 195:8,11
195:21 196:11,13
197:2,3,5,11,12
198:8,9 199:25,25
200:6,14,18,20,22
201:6,9,16,22,25
202:3,6,9,11,25
203:1,4,6,8,10,11
203:16 204:8
205:2,8,9,15,17
207:2,5,7 208:22
209:15,16,17
210:2,4,9 213:3,6
215:8,11 216:10
216:11,13 217:7

217:15,18 218:21
219:13,20,21
220:16,17,25
224:22 225:7
227:17 230:3,11
230:21,22 233:11
233:12 234:17
235:3,11
**rights** 235:8
**rise** 94:20
**risk** 193:25
**robert** 5:23 129:20
209:20 210:4
**robin** 1:6
**rochester** 2:5 6:23
**roe** 4:25 5:1 92:10
93:11,25 96:17
97:1
**role** 27:4 206:5
**room** 7:6 51:16
76:10
**roughly** 20:4
190:10
**rounding** 16:21
**routine** 21:13
**routinely** 21:16
41:18 102:10
**rpr** 1:19 2:7 240:3
240:20
**rubber** 89:11,19
**rules** 8:18 18:20
23:18 29:6 158:18
235:14
**run** 52:25 64:24
102:12,22 169:22
170:9
**running** 21:12,16
21:19 102:9 108:3
137:7 170:12
180:4,15,23
186:16

**runs** 46:12 178:9
**rushing** 171:13

**s**

**s** 84:23 93:11
**safety** 140:22
144:19 160:12,20
162:3
**saint** 1:11 5:8,9
6:16 7:10,13 8:9
16:9 33:10,20
34:13 43:14 44:13
44:19 45:7,20
51:19 52:10,16
53:13 54:2,6 65:8
65:16 66:1 67:3
103:2 119:23
121:1 128:9
134:16,21 140:14
140:19 141:6
145:8,16 149:18
149:20 150:15
151:2,15,18
154:22 157:13
159:19 161:16
166:21 167:5
174:6 176:23
193:12 205:6
206:10,17 212:14
214:6,10 217:10
217:21 218:14,24
220:3 223:1 224:2
225:2,12,18 228:2
228:20
**sake** 90:21
**salt** 47:8,25 59:6
95:14,18,19 98:18
101:11
**salts** 101:2,12
**sampled** 107:22
111:22 114:24

**samples** 214:6
**sampling** 113:16
113:23 114:1
131:2,19,19
**sand** 25:20
**saturated** 117:1
**saturation** 49:22
95:7,20
**saw** 56:5 75:13
148:17 154:14,20
154:24
**saying** 27:23 61:7
64:6 100:15
109:21 122:3
137:18 148:18
172:16 174:2
187:24,24 211:8
222:18 231:19
**says** 11:11 15:6,9
64:12,16,25 68:2
76:3 80:21 81:14
81:22 93:15 94:17
96:8 97:9 99:17
99:23 101:1,20
106:11 107:20
108:1 109:16,19
110:3 111:5
112:16,22 114:17
114:22 115:12
119:1 124:19
139:4 140:1,7,8,9
144:18 146:5,14
158:3 163:18,22
176:10 184:15,18
192:13 195:23
199:1 203:4
204:13 207:3
209:11 210:12,16
215:4 231:15
**scale** 181:19

[scanning - sharyn]                                                  Page 39

scanning   38:20
scenarios   101:18
   136:19
schedule   168:19
scheme   196:21
science   40:11,23
   40:25 131:5
scientific   46:21
   100:15 128:6
   131:12 132:2
   133:9 136:18
   137:11,14 141:11
   141:17,22 193:23
   226:25
scientifically
   94:19,25 95:9,12
scientist   40:21
scope   22:7,22
   23:15
scoping   22:8
screwed   189:2
scrubber   58:12
scrubbers   58:11
   58:19,19,20 225:9
scrubbing   58:3
se   106:3
search   35:24
   232:13
searches   32:4
searching   34:18
second   24:2,3
   58:24 81:23 106:8
   114:13 124:18
   139:3 145:24
   154:11 155:9
   159:16 171:3
   218:13 224:25
seconds   99:24
   100:16
secretary   199:2

section   27:22
   58:23 59:9 98:18
   107:19 112:16
   135:7 178:6
   194:18 196:24
   197:14 198:9
   204:11,22 221:2,5
   224:24
see   11:19 12:23
   14:3 15:9,22
   23:12 24:2 26:7
   30:18 32:8 36:16
   38:20 44:17 45:5
   62:17,25 63:1,23
   63:25 64:7,12,15
   64:16,24 65:2,15
   65:25 68:2 69:21
   70:4 74:15,15
   77:22 78:15 80:18
   81:24 85:5 89:19
   91:6 93:14,20,22
   94:23 97:7 98:20
   101:1,4 106:11,25
   109:16 110:7
   111:5 112:16,19
   112:25 114:15,17
   114:21,24 115:16
   115:18 123:24
   124:18 125:15
   126:10,11 127:21
   130:2,10,12 135:8
   137:24 139:19,23
   142:7 146:16
   151:22 152:4
   154:11 155:18
   165:22 167:2
   176:8,10 177:1
   179:1,8,9 184:15
   184:18 185:13
   188:4 189:9 199:1
   199:7 200:19

203:3 204:18
205:10 208:5
209:10 210:11,16
210:21 211:7,8,15
211:23 212:11
213:14,24 214:1
215:3,6 216:8
218:17 220:18
221:6,12 225:1,17
226:4 231:1
seeing   67:16 75:13
   97:21
seen   19:21 104:9
   105:6 106:23
   138:22 154:17
   175:16 184:6
   216:7
selected   31:17
   91:24 218:9
selection   33:25
send   84:10
sending   232:20
seniors   58:1,2
sense   23:13 65:5
   67:2
sensitive   6:5
sent   20:22 171:9
   202:20 219:14,20
   223:3
sentence   59:1
   61:21 64:25 69:4
   73:11 81:21 94:17
   95:22 97:16 99:7
   101:1 106:15
   107:3,20 112:13
   112:19 115:12
   124:19 178:6
   199:1 203:3
   204:13 205:5
   218:13 221:5,15

sentences   59:11
separate   24:24
   37:14 116:9,9
separated   53:8
   60:15
separation   54:14
separations
   115:23 116:8,22
   117:20,24
september   10:19
   172:24 173:5
   180:9 181:4,7,21
   182:2 183:1,6
series   16:16 145:3
served   193:23,24
   206:5
services   25:15
serving   97:20
set   33:19 37:14
   45:3 90:24 102:12
   165:2 240:6
sets   227:1
setting   21:18
settled   28:22
seven   115:11
   119:2 149:10
   168:18,21,25
   238:12
sgpplvt0400287...
   4:19 63:17
sgpplvt13000321
   5:20 206:22
sgpplvt1300176...
   5:5 128:21
sgpplvt1300258...
   5:24 209:21
shake   9:17
share   25:2
shared   171:12
sharyn   1:6

**[sheet - specific]**                                    Page 40

**sheet** 160:13 162:3
  163:22 166:11
**sheets** 22:6 140:22
  144:19 160:21
  163:2
**shift** 39:17 42:18
**shin** 84:20 87:13
**short** 236:9
**shorten** 93:10
**shorthand** 240:13
**shortly** 209:24
**show** 76:18 77:5
  83:6,11 100:17
  154:17 173:18
**showing** 65:15
  154:8 156:13
**shown** 97:9 98:5
  100:8 133:20
**shows** 82:5 94:1
  98:14 164:21
**sic** 10:19 75:16
  192:7
**sign** 182:25
**signature** 10:17
  240:19
**signed** 11:3
**significant** 111:6
  114:15,17 165:7
  212:12 213:21
**significantly** 49:16
  51:6
**signifies** 202:22
**silence** 6:7
**silicon** 133:3
**similar** 141:5
  146:6 164:9
**similarly** 1:8 6:15
  225:17
**simpler** 54:15
**simplified** 82:9

**simply** 73:25
**simultaneously**
  180:15
**single** 219:14,19
**sintering** 79:4
  112:25 113:8
**sir** 76:5
**sit** 10:5 12:24
  13:12,24 19:21
  50:6,14 53:1
  74:20 76:17 87:22
  92:23 93:2 107:6
  113:25 115:6
  119:20 125:7
  126:12 128:5
  131:11,16 132:1
  136:17 156:12
  175:24 178:23
  179:21 180:2
  189:16,20 203:20
  215:23 220:11
  224:15 226:11
  234:18,18 235:19
**site** 28:19 104:4
  197:18 200:25
  203:15 208:5
**sites** 43:25
**sitting** 13:14,16
  33:3 127:2
**situated** 1:8 6:16
  225:17
**six** 29:13 52:18
**sixth** 101:16
**size** 51:20 124:14
  125:12,13,25
**skip** 5:19 200:10
  201:22,24 202:14
  203:1,4
**slippery** 51:17
**sloppy** 61:9

**slowing** 117:3
**small** 21:14 41:15
**smaller** 82:14,21
**smoke** 225:25
**sodium** 99:10
**sold** 25:1
**sole** 220:21,22
**solid** 51:16 58:13
  73:19 74:12 75:9
  75:19 77:2,9,25
  78:5 83:2 92:14
  92:21 93:3 110:6
  119:5 231:20
**solids** 73:19 75:18
**solubility** 49:12
  67:25
**solubilize** 52:8
**solution** 47:21,25
  49:1,6,9,10 52:13
  53:5 55:11,18
  56:1,7,8,9 60:15
  61:25 62:7,21
  63:3,3,5,6,7 65:13
  65:21 66:2,19
  68:4,15,19 69:5
  72:13 73:3,16,18
  73:25 74:5 75:17
  75:20 76:19,20,20
  76:25 77:6 78:16
  94:20 95:20 119:5
**solutions** 52:11
  53:12 54:2,5
  55:20,22 56:12
  65:11 66:8,15
**solvent** 51:13
**somebody** 21:9
  152:25 221:19
**somewhat** 180:25
**soon** 232:16
**sorry** 13:21 15:18
  37:5 48:23 61:18

**62**:20 79:6,15
  80:23,25 112:14
  114:4,21 123:12
  127:23 135:25
  140:16 154:1
  170:18 172:7
  196:11 197:7
  201:4 211:1 220:4
  220:22
**sort** 8:18 26:12
  37:13 40:18 122:3
  133:9 136:22
  194:25 195:5,14
  196:15 235:9
**sorting** 30:17
**sorts** 120:2
**sound** 50:14
  100:14
**source** 28:17
  59:24 115:18
  162:20 196:8,12
  196:17 197:17
  199:5,14 227:20
  229:7,10 233:3
**sources** 194:21
  195:15,15,24
  196:20 197:16
  227:12,22 228:1,6
  228:13,19,23
**span** 172:17
**spatial** 181:15
**speak** 9:5 30:21,22
  116:4 190:24
**speciation** 28:19
**species** 69:22
  71:15
**specific** 16:12 38:4
  50:23 67:7 71:11
  91:22 96:11 108:6
  116:24 134:7
  174:4 183:10

[specific - sublime]                                                         Page 41

188:20
specifically  13:19
  54:3 63:13 66:8,9
  66:19 91:20 110:3
  117:23 177:13
  188:14 192:17
  194:5
specifications
  199:6
specified  97:11
  98:7
spectrometry
  205:1
spectrum  188:19
speculate  54:8
speculation
  152:13 212:5,7,13
  222:10
speed  56:18
spell  84:22
spend  233:14
spent  30:16
spoke  189:18
spray  58:12
spreadsheet  5:11
  5:12 16:9,14
  141:7 149:5,18,21
  156:18 159:19
  165:13,21,24
  166:4 167:5,7
  168:1,11,14
  172:22 173:3,5,7
  173:22,24 174:1
  174:11,16,18,20
  175:5 180:13
  182:4,5,6,17,22
spreadsheets
  137:5 150:16
  174:24
spring  35:12 39:1

stable  98:25
stack  23:5 41:13
  41:14,15,21 45:4
  79:11 85:6,7,15,16
  86:7 87:8,24 88:4
  88:19 89:9 113:23
  125:24,25 129:25
  130:7 169:18
  185:12 215:21
  237:8
stacks  190:11
staff  190:19
stage  81:23 82:5
  226:3
stages  119:14
stand  48:1
standard  131:3,21
  195:14 221:14,21
  221:22 222:1,2,7,8
  222:12 223:11,13
  223:20,24
stands  125:5
start  47:6 62:23
  73:19 75:17 79:2
  79:3 174:23
  233:24
started  21:24 22:8
  24:21,23 27:8
  32:4 39:5 148:25
  219:4 233:4
starting  22:23
  160:2,4
starts  15:16
state  2:8 5:17 7:6
  8:5 131:4 132:6
  139:18 188:16
  196:5,18 197:23
  198:14 199:11,12
  199:15,19,21
  202:22 204:22
  206:16 212:1,6,8

213:8 214:7
  215:14,18,20
  220:13 225:22,24
  227:6
stated  24:9 27:9
  27:12 69:17 160:9
  160:23 195:6
  228:13 231:24
statement  11:15
  11:21 13:22 17:14
  27:21 101:8 119:9
states  1:1 6:19
  140:13 194:10
  202:3 210:6
  212:11
stating  170:1
  194:11
statute  194:10
  196:1,9 198:8,16
  199:11,20,25
  200:5
statutes  5:16
  198:12
stay  29:23 81:22
steel  28:16
stelco  28:15,20,22
  29:18
stenographically
  240:10
step  70:17,19 72:1
steps  70:20 72:6
  227:25
stopped  86:10
stopping  79:21
stored  40:14
straight  147:8
stream  58:7,17
  78:11 79:8
streams  103:18
  204:24

street  6:23 141:1,5
  141:24 144:24
  161:16 204:18
stretched  90:2
strike  48:3 67:8
  69:14 73:10 74:23
  98:23 110:14
  127:23 150:25
  152:8 154:12
  165:9 178:7
  200:16 220:4,22
  233:23
strong  76:15
  131:24,25 132:2
  133:7 147:6
strongly  55:19
  56:3,4 66:6,7,9
  132:9 134:10
  149:6
structural  188:2
stuck  146:1
student  24:20
students  58:1,2
studied  100:20
studies  120:19
study  5:22 109:17
  109:19,24 110:16
  208:17,21 210:8
studying  124:25
  125:8
stuff  90:23 105:13
subject  150:10
  151:21 190:24
  235:14 236:4
subjects  47:1
sublimating  231:4
sublimation  75:3
  75:12 84:11
  221:18 230:3,17
sublime  48:16
  72:16 73:19,23

75:9 76:7,10 78:6
79:6
**sublimes** 76:4 78:7
231:8,9,22
**submission** 168:8
**submit** 182:24
**submitted** 22:21
28:12 86:24 104:8
104:12,16 150:16
182:1,15 183:6
199:7 204:3,4
215:13 219:23
220:5 232:7
**subpoena** 43:7
90:4
**subpoenas** 15:9
**subprocesses**
174:5
**subprovision**
198:20,24
**subscribed** 239:22
**subsequent** 22:9
**subsequently**
197:20
**substance** 72:24
216:22 229:10
**substances** 47:11
95:25 188:9,12
198:3
**substantial** 181:15
**substantially**
101:3 103:18
**substrates** 170:3
**sufficient** 132:20
148:15
**suggest** 103:10
134:10,11 166:9
199:15 219:4
237:20
**suggested** 148:15
149:6 173:22

**suggesting** 65:25
148:18 206:16
223:4
**suggests** 92:16
132:8,9 204:2
**suit** 28:14,20
**suite** 3:4
**sullivan** 1:5 3:9
6:14 7:16,18 24:5
**summarize** 237:10
**summarized** 136:9
147:20 202:14
**summary** 15:9
118:24 129:25
171:15 209:11
236:13 237:1
**summed** 168:16
**summer** 4:20 16:4
50:22,25 80:3,11
106:21,23
**summing** 180:5
**supersaturation**
77:13 78:10
**supervised** 40:19
**supplement** 235:9
235:10
**supplemental**
18:19 86:13
**supplied** 64:17
**supplier** 223:22
**suppliers** 223:14
**support** 11:7
16:11 18:14 22:11
22:13 24:5 27:11
39:14 52:7 62:15
101:20 116:5
138:18,24 186:24
231:1 232:4 234:1
234:9,21
**supporting** 4:16
4:18 14:15,25

38:10 95:8 117:5
**supports** 76:1
98:11
**supposed** 155:12
**suppress** 40:13
**suppression** 41:9
**sure** 7:9 8:16,25
13:2,15 14:13
19:16,20 20:17,24
25:4 27:18 42:19
72:20 87:19 105:8
106:21 107:4
117:2,11 123:22
127:20 129:4
148:17 151:24
152:24 157:5,6
166:1,2 167:12
168:2,7 169:16,25
171:11 172:8
173:6,21 175:15
179:5 181:14,17
185:7,10 186:14
187:22 189:13
199:17 211:22
214:14 219:11
232:9,16,23,25
235:13 236:19
**surface** 57:16
74:10 231:19
**surfaces** 58:13
**surfactant** 52:4,5
52:9 53:2,8 56:8
59:4,15,21,24 60:1
61:25 62:8,21
63:4 64:14 65:11
65:20 67:10,24
69:4 79:8 143:6
148:15 161:13,14
163:14
**surfactants** 52:16
52:20 55:21 66:16

162:13
**surrounding** 95:8
126:7
**surveillance** 46:12
**survey** 225:16
226:4
**survive** 97:10 98:6
**susceptible** 99:2
**suspect** 64:22
**suspended** 53:9
**suspension** 52:7
62:16
**swear** 7:20
**switching** 227:10
**sworn** 8:2 239:22
**symbol** 164:23
**system** 23:8 45:14
74:2 76:24 83:4
121:14 131:2
**systematic** 100:21
**systems** 41:16
113:23 131:18

**t**

**t** 5:15 160:23
161:1 189:6
**t30b** 161:4,7,10,12
161:15,23
**tab** 159:24
**table** 5:9,9 80:16
81:11 90:22 111:5
130:2 156:17,24
157:12,12,21
159:16,22 160:5
160:16 161:1
162:10,12 165:3
166:15 171:11
172:13 176:8,10
184:10,12 185:17
**tables** 174:24
**take** 6:9 9:12 11:9
42:17 52:8 65:20

79:3,24 88:19
105:21 116:16
122:18 130:11
137:4 147:17
153:8 184:12
194:24 196:3
214:13 217:2
222:12 227:25
229:16
**taken** 6:13 18:9
42:22 64:25 83:20
122:21 134:3
144:19 153:13
214:17 235:24
239:4 240:5,13
**takes** 10:1 56:19
164:17
**talk** 88:14 213:23
**talked** 172:4
**talking** 9:11 43:4
55:1 76:24 83:1
99:17 174:21
176:25 177:16
181:11 187:2
**task** 177:21
**taught** 40:22
56:23 57:21,22
117:24
**teaching** 116:8
212:21
**team** 46:11
**technical** 65:9
**techniques** 91:7
**technologies** 58:8
184:3 190:1 225:2
225:7 226:9,12
**technology** 36:18
56:14,21 57:2,3,12
57:20,23,24 58:3
130:21 225:11,18
225:22 226:5,16

226:22 227:7
**teflon** 32:21 51:14
62:15,16 64:12,13
**teleconference**
189:10,24
**telephone** 5:18
189:12 200:9,22
201:21 202:2,13
**tell** 55:23,24 64:11
70:23 96:9 115:19
133:22 158:13,19
159:2 177:10
229:5
**telling** 13:17
157:23 158:5,10
158:14,24 159:1
**temperature**
48:11,15,19 49:22
49:24 51:16 76:10
76:11 82:6 83:8
91:22 92:13,14,20
92:24 93:4,19,22
94:19 96:11 99:11
132:24 133:11,20
134:8 154:8,18
155:11
**temperatures**
73:20,21 78:9
79:4 83:9 96:4
97:10 98:6 99:1
101:3 132:20
133:1 134:3,5,25
154:21,23 155:19
156:1
**temporary** 137:6
**ten** 84:4,6 229:17
**tend** 233:20
**tentative** 185:20
**tentatively** 184:16
184:22 188:17

**term** 188:8
**terms** 21:18 23:4
23:17,21 32:25
36:17,22 48:2,4,8
69:19 82:8 87:15
111:23 116:7,9
120:1 125:2,18
126:13 128:1
136:8 197:14
204:25 217:9
222:16
**terribly** 26:22
**test** 5:14 117:7
120:5 137:18
138:1,16,19
141:21 142:25
180:7,10 183:23
184:2 206:18
213:13 237:8
**tested** 110:16,21
185:12 205:7
216:17 224:2
**testified** 8:3
101:23 124:6
134:14 152:10
153:1 154:13
**testify** 9:25 10:6
**testifying** 152:3
187:13
**testimony** 25:21
28:9 48:15 53:22
77:23,25 125:16
150:9,14,21,24
151:1,8,14,22
153:5 163:5 173:4
176:4 212:19
238:10 239:4,6
240:8
**testing** 41:13,15
41:21 44:6,12,18
44:22,25 45:6,11

45:20 98:11,14,16
98:16 104:3
113:21 114:1
121:21 130:1
138:12 142:7,24
143:1 208:7,8,9
209:12 213:12
224:5,9 236:13
**tests** 41:14 45:4
130:7
**text** 89:25
**textbook** 90:6
117:9 225:14
**textbooks** 90:11
117:21
**thank** 16:23 30:1
37:5 59:12 77:4
81:1,3 112:13
119:1 145:23
153:9 170:19
172:6 178:5
184:15 196:12
214:22,22 229:24
236:3 238:7
**theirs** 175:20
**theory** 138:1
231:23
**thereof** 198:3
**thermal** 94:10,18
95:23 96:3 132:21
139:16 149:2
162:17
**thermally** 98:25
101:3 132:5
**thermodynamic**
95:11
**thesis** 32:5,7,16,19
33:2 118:2,3,4,4,7
118:10,15,21,22
119:12 124:21
126:20 127:25

thick   152:17

thing   36:9 40:18
82:2 83:16 88:2
142:2 163:3

things   23:23 26:11
26:22 30:17 32:22
36:5 38:1,21 39:2
39:3,8 45:2 54:19
66:4,14 85:3,4,21
86:11 87:11 90:3
105:7 116:14
117:21 157:1
189:2 223:4
226:10 233:12
234:4

think   12:8,17
23:21 25:4 26:2
26:19 27:25 28:2
28:6 31:15 35:3
36:9 37:3 43:12
45:16 50:25 55:1
60:1,22 64:6 65:7
66:11,18 71:12
73:10,11 74:2,17
78:24 84:20 85:2
89:7,17 92:8 96:5
96:10 100:8,14
101:23 105:3,12
106:1,2 107:2
120:4 122:10
123:21 124:6,12
127:18 129:1,1,8
131:24 132:14
136:1 137:15,22
141:20 151:20
154:12,13 155:13
157:5 163:17,23
166:3,3 167:19
168:9 172:3,4
173:2 175:24
178:19 179:16

180:18,25 181:1
182:8 185:7 187:7
189:17,18 191:9
191:15 198:16
211:5 212:5,7,13
219:12 222:6
223:16 230:25
231:14 234:5
235:17

thinking   13:16
87:20 116:23

third   15:15 61:22
81:21 106:8
107:20 135:10
144:15 176:7
203:3 204:21

thomas   4:23 91:4

thought   39:8
66:13 118:14
124:6 132:17
146:23 149:25
163:20 169:23
186:18 230:17

thousandth   50:9

threat   210:14
211:11

three   24:18 26:10
48:10,13 69:22
73:8 89:1 101:17
118:13,14,16
136:13 140:9
181:12 232:23
237:8

thumbs   235:20

tim   24:20

time   6:3 9:11
11:25 12:10 13:8
23:17 30:17 40:5
40:8 42:20,24
50:4 53:13,14,20
53:20,23,23 54:2,6

67:3,6 79:20
83:18,23 102:20
104:18 106:16
110:20,23 122:17
122:18,19,24
127:1 133:14
142:4 146:24
147:9,15 148:11
148:21,24 152:19
152:22 153:10,15
155:3,6 156:6
164:3 165:8
170:10 176:24
180:14,23 181:25
182:7,21,22,24
183:4 185:24
193:3 199:3
203:24 214:15,19
215:17 216:17,20
217:6 220:19
225:19,23 226:24
229:19,23 233:14
235:9,22 236:1,6
237:24 238:7,13
240:6,6,9

timely   102:11
199:23

times   66:17 91:20
127:19 132:23
133:3 134:1 147:5
155:4,23 176:12
177:4,11 233:2

timothy   24:19

tissue   46:15

title   64:11 90:8
154:1

today   8:10,23 9:24
10:5 11:21,23
12:15,24 13:14,16
13:18,24 19:21
50:6,14 53:1 74:4

74:20 76:17 87:22
92:23 93:2 107:6
113:25 115:6
117:14 119:20
125:7,21 126:12
127:2 128:5
131:11,16 136:17
156:12 175:24
176:15 178:23
179:21 180:2,9
183:8 187:13
189:16,20 220:11
224:15 226:11
230:9 231:3,13
234:11,18,19,21
235:3

today's   18:5,15
238:10

told   17:23 133:24
134:25 135:2,3

tonight   232:19

top   50:7 68:1
115:12 124:15

torvex   132:12,19

total   16:19,19
67:13 136:7,10
138:8 142:4,6
233:19 238:11

totality   88:22,24

tower   72:11 73:2
77:19 184:23,23
185:9,10,17,20
186:20 188:17
191:9 193:3
237:21

towers   45:24 46:2
103:1 110:22
140:7,20 141:7
168:3 170:9 176:8
184:25 185:6
187:25 192:24

193:4 200:24
201:14 202:24
203:14,15 204:5
**toxic** 5:22 207:24
208:17,21 210:7
**toxicity** 218:16
**toxicologist** 41:23
42:2,3
**track** 232:19
**trains** 131:21
**transcribed**
240:11
**transcript** 4:23
90:24 91:1,3
239:3 240:12
**transfer** 117:4,4
**transition** 97:23
132:6,13,18
**transport** 5:7
145:7,15 229:3
**trc** 129:18 236:13
**trees** 35:25
**trial** 28:10
**trials** 28:23
**tried** 82:9 217:25
**trm** 10:16 21:14
21:20 22:2 24:4,7
24:15,23 25:3,11
25:13,14,17
128:19 151:12
**trouble** 59:8
**true** 19:2 209:17
210:24 226:21
235:1 239:5
240:12
**truthfully** 10:6
**try** 9:5,7,8,15
29:23 34:22 79:9
86:22 88:6,7
112:14 116:17
117:2 135:2,23

136:2,4,7 137:18
138:6 142:3,6,25
154:3 173:14
175:15 179:5
180:6 181:13
186:2,8 188:21
211:14 218:5
232:22 236:17
**trying** 27:11 35:24
51:11 86:18 87:21
89:8 95:10 116:9
116:16 127:11
136:11 138:18
142:22 157:20
173:8 175:8
184:13 187:17
193:2 211:15,24
**tsp** 226:10
**tuesday** 6:4
**turn** 6:7 23:25
29:25 48:10,13
58:21 61:15 65:13
73:6 77:10 80:16
94:16 98:17
101:13 106:5
108:18 111:4
112:11 129:25
135:5 139:3
145:23 156:16
164:4 165:21
170:15 176:7
178:2 183:19
191:17 198:11
200:7 204:10
208:13 214:25
221:2
**turning** 36:19,25
197:11 231:5
**turns** 77:25
**twiddle** 235:20

**two** 4:19 25:4 27:3
29:11 35:19 42:17
54:15,19,23 59:11
66:14 69:25 70:3
70:15,17,19,20
72:1 73:8 84:25
87:13 89:22
107:16,20 118:14
118:16 140:7
141:19 151:4
170:6 206:2 225:7
**type** 22:3 23:22
54:21 66:9
**types** 225:7
**typical** 188:1
**typically** 26:11
52:7 58:5 68:17
71:16 115:22
119:10

**u**

**u** 93:11
**uh** 9:21,21
**ultimate** 22:22
**ultimately** 21:19
**unable** 100:24
**unavailable** 188:5
**unaware** 206:19
220:14
**uncited** 224:20
**uncontrolled**
15:12
**underestimate**
52:19 233:20
**underestimated**
131:8,9,23
**underestimation**
178:19
**undergraduate**
57:24
**underlying** 147:22

**underneath** 90:6
111:5
**understand** 8:18
8:23 9:13 12:21
13:9,12 41:17
53:7,14,16 65:10
66:16 77:22 78:15
109:20,24 127:21
130:10 131:6
136:1,4 180:14
194:15 211:8
**understanding**
33:13 34:4 46:4
60:4 110:25 119:8
121:18 125:16
126:8 146:21,22
149:21 161:14
162:20 163:8
164:2,16 168:5
169:12 175:1
190:23 196:7
202:7,16 206:3
215:15 216:3
218:8 221:16
**understood** 9:2
55:23 91:10 96:10
102:21 120:4
134:2 176:16
**undue** 210:14
211:11
**uniform** 147:9
**unimolecular** 94:7
**unit** 6:11 83:18,22
122:20 135:11,14
178:7,8
**united** 1:1 6:19
**units** 238:11
**universe** 39:5
**university** 40:3
**unknown** 71:19

**unquote** 174:1
**unreasonable**
    221:8
**unspecified** 93:3
**updated** 20:4
**upper** 93:19
    103:12 172:17,25
    173:10,19 174:3
    178:14,21
**urbana** 40:3,4
**urquhart** 3:9
**usage** 140:14,19
    146:10 156:20
    162:16,19 164:13
    165:2 174:7
**use** 5:9 34:18
    56:17 61:11 67:24
    97:25 125:14
    126:5 127:9 138:6
    157:13 161:21
    168:14 169:4,18
    171:15 191:24
    225:22,25
**useful** 233:9
**utilize** 17:17 18:2
    100:5 133:10
    138:4 146:18
    148:23 149:14
    162:2,25 173:25
**utilized** 54:6
    161:23,25 163:24
    180:10 217:9
**utilizing** 23:20
    102:9 225:18

**v**

**vague** 121:4
    127:17 152:7
    187:23 206:13
**value** 71:11
    161:24 190:15

**values** 174:4 175:2
    207:25
**vapor** 49:22 76:13
    84:12 95:7,20
    103:6,9 119:4
    198:2
**vaporization**
    54:10,18 82:1
**vaporize** 77:11
    81:24 82:18,19,20
**vaporizes** 82:4
**variable** 71:19
**variety** 58:18
**various** 23:16
    58:11 162:13
    171:14 174:5
    176:8
**vary** 103:18
**vast** 103:11
**vdec** 189:24,25
    190:9,14
**vent** 169:19
**venting** 121:13
    122:4,7
**verbatim** 159:23
**verify** 142:25
    180:6
**veritext** 6:24 7:1
    238:12
**vermont** 1:3 5:7
    5:17,22 6:20 21:8
    31:24 33:11 34:4
    34:9,11,12,19,25
    35:9 36:2,8 43:15
    44:21,22 45:7
    54:6 85:9 90:25
    92:2,7 119:24
    120:9,14,25 121:9
    121:21 122:5,8,12
    122:15 126:9
    128:9 129:21

130:1 132:23
133:12 134:5
135:1 136:24
144:3 145:7,15
150:3 156:21
158:3 159:24
172:4,5 175:1,11
175:18,25 176:3
176:19 177:2,7,16
180:21 181:16
186:12,13 188:23
190:19,22 192:7
192:11 193:18,20
194:4,19,20 195:4
195:18,21,25
196:18 197:1,23
198:10,14 202:5
202:21 203:10,11
204:2,4,8,16 205:6
205:11,17,19,21
205:22,24 206:3,6
206:10,11,16
207:11,21 208:8
208:17,21 209:2
209:11,14 210:9
210:18 212:1,9
214:7,11 215:14
215:18 216:2,5,12
216:15,16,21,24
217:18 218:4,14
218:19,24 219:24
219:25 220:13,19
224:13,13 228:10
228:12
**vermont's** 211:2,9
**version** 31:6 85:10
    210:7
**versus** 6:16 126:2
**video** 6:8,11
**videographer** 3:19
    6:2,24 7:20 42:20

42:23 83:17,21
84:7 122:19,22
153:10,14 214:15
214:18 229:19,22
235:22,25 238:9
**videotape** 9:16
**videotaped** 1:14
    2:3
**view** 23:3 92:13
    100:18 111:16,17
    111:19 115:19
    116:5 117:7
    126:14 127:1,13
    137:21,21 138:1,4
    141:22 143:1
    148:22 173:10
    177:11 178:18
    180:7 182:3,17
    186:6 191:2,7
    194:14 200:2
    204:1 211:9
    217:10 219:9,25
    220:6 225:11
    226:16
**views** 151:17
**virginia** 119:18,22
    125:24,25 126:17
    127:14,23,24
    128:7
**virtual** 221:11
**visit** 43:25 44:3,8
**vitae** 26:20
**volatile** 48:21,25
**volatility** 74:14
**volatilization** 51:3
**volatilize** 48:18
    49:5,8,14,16 75:22
**volatilized** 74:8
**volatilizes** 49:20
    50:9,20 51:6

**volume** 35:16 36:1
67:4
**vs** 1:10
**vt** 5:10 157:14

**w**

**wade** 171:13
**wait** 9:7 167:11
**want** 11:25 13:1
14:2 17:16 18:1
41:19 42:17 54:7
55:24 60:11 61:6
61:7 67:23 79:17
83:14 88:6 113:15
115:23,24,25
117:6 118:22
129:3 137:17
151:21 152:4,9
159:7 176:23
182:14 187:7,9
214:13 217:2
**wanted** 21:13
36:16 53:25 70:4
85:12 91:6,8
105:8 137:25,25
141:21 150:1
152:12 176:4
180:6 182:9
**wark** 90:10
**warner** 90:10
**waste** 110:6
**water** 62:12,14
63:10 74:10 94:20
94:21 95:1,14,18
95:19 110:6
115:15 116:1
117:1 141:1,5,24
144:24 161:16
204:18
**waterbury** 207:11
**way** 33:22 35:6
61:7 67:19 74:2

84:19 89:15 110:1
116:24 121:15
128:12 136:1,11
137:24 138:12,15
138:18 139:23
152:8 155:8 181:9
185:11 186:2,8,21
191:10,13 205:12
211:1 214:5,8,9
216:24 220:15
231:6 233:21
238:1
**ways** 58:11,18
**we've** 14:6 18:5,8
18:9 73:12 85:5
87:24 89:3 90:18
105:6 123:8
127:18 173:13
175:16 216:15
218:19 233:25
**web** 46:16
**website** 34:9,9,12
34:19,25 35:10
36:2,8 92:7
108:12 114:7
217:18 218:5
**weeds** 67:18
**week** 12:6 20:4
137:8 149:10,10
168:18,18,20,21
168:25 169:1
232:12
**weekend** 20:23
231:18
**weeks** 104:20
105:11
**weight** 160:10,12
160:13,17 161:5
**weightlifting**
38:13

**went** 21:25 32:5
40:8 43:18 112:7
149:16 168:10
**west** 119:17,22
125:24,25 126:16
127:14,22,24
128:7
**wet** 57:1,12,20,23
58:3,11 79:9
116:16,18 225:8,9
225:14 226:18
**whatsoever** 46:8
**whispering** 6:6
**whitlock** 3:3
**wide** 108:8,10,15
109:1 114:6
**williamson** 3:19
6:24
**willing** 34:11
**wind** 78:7 86:13
131:20 177:16
**withdrew** 24:22
**witness** 7:21 8:2
20:10,22 21:1
38:12 129:8 159:3
167:18 235:13,18
236:7 240:7,8
**woman** 24:17 25:1
**wood** 40:14
**wording** 183:10
**words** 31:25 48:16
50:20 54:23 65:20
110:9 134:1
199:25 219:10
**work** 13:6 18:14
21:20 22:7 27:11
29:21 46:17 75:11
85:14 87:16 88:8
100:24 118:25
127:20 139:23
154:4 205:10

206:15 211:7,14
217:24 235:3,7
**worked** 25:18
56:20,23 57:19
102:20 190:22
**working** 221:9
**wrap** 145:2
**write** 192:1 205:5
221:8
**writes** 189:23
**writing** 4:23 26:1
85:25 89:13 171:8
195:17 202:25
221:15
**writings** 15:2
**written** 22:21 51:4
107:2 194:25
195:5 199:10,19
**wrong** 50:14 129:9
183:8 230:19
**wrote** 16:5 29:10
89:22 106:16
107:4,8 125:17
172:8,20 173:19
179:3,10 201:11
202:18 203:19
225:1

**x**

**x** 13:17

**y**

**yeah** 14:3 16:22
20:20,22 24:17
30:19 32:12,15,20
37:2,20 39:22
47:12 48:6,24
50:22 56:10 61:18
64:9 68:8,23
70:10,19 71:1,21
72:9 76:2,9 80:25
81:10,13,17 84:7

85:14 88:11 95:16
96:19 106:1 114:5
123:7,10 129:17
132:17 147:3
150:5 151:3 154:6
155:12,17 160:4
162:9 164:6
166:10 177:17,23
179:4,23,25
181:24 182:6
183:9 184:17
188:25 197:6
198:18,25 200:1
200:19 203:12
204:15 210:25
214:24 216:5
220:8 223:16
224:14 230:13
231:17
**year** 20:2 22:1
84:24 93:12 97:5
136:14,15,15,25
137:3,9,12 139:10
140:25 141:1,5,12
144:22,23 149:4
156:10 161:16,23
168:20,21 172:25
175:22,23 178:10
178:10,11,14,21
179:7,11,11 180:8
180:19 181:3
190:5,11,11,16
206:10 223:6
225:17 226:6,13
**years** 26:10 27:3
29:5,14 165:4
192:3 205:14
**yep** 9:20 63:24
80:12 81:20,25
82:3 83:7 155:21
179:13 203:5

**yesterday** 16:25
19:23 31:16
**yield** 70:11 176:11
**yielded** 177:3
**yoder** 4:23 5:15
21:16,20 23:11
91:1,4 102:2,4,6
102:13,18 123:15
124:4 184:9
188:23 189:6,23
**yoder's** 23:12
25:11 27:16 90:24
151:9 191:1
**york** 2:5,8 3:11,11
6:23 40:15

**z**

**zero** 20:13
**zone** 94:22
**zones** 112:25
113:8

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.