# EXHIBIT 39

Case 5:16-cv-00125-gwc Document 212-40 Filed 11/27/18 Page 2 of 225

```
                                                      Page 1

 1

 2              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF VERMONT
 3     - - - - - - - - - - - - - - - - - - - - - - - - - -

       JAMES D. SULLIVAN et al., individually and on
 4     behalf of a class of persons similarly situated,

 5              Plaintiffs,

 6                                       Civil Action No.

       v.                                5:16-cv-00125
 7

       SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,
 8

                Defendant.
 9     - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11     Video-Recorded Deposition Upon Oral Examination of:

12                   Philip K. Hopke, PhD

13

       Location:       First Federal Plaza
14                     28 East Main Street
                       Rochester, New York  14614
15

16     Date:          October 16, 2018

17

18     Time:          9:00 a.m.

19

20

21

22     Reported By:   KIMBERLY A. BONSIGNORE

23

24

25
```

```
 1                    A P P E A R A N C E S
 2   Appearing on Behalf of Plaintiffs:
 3   Emily J. Joselson, Esq.
         Langrock, Sperry & Wool, LLP
 4       111 South Pleasant Street
         Middlebury, Vermont  05753
 5       ejoselson@langrock.com
 6
     Appearing on Behalf of Defendant:
 7
     Douglas E. Fleming III, Esq.
 8       Dechert LLP
         3 Bryant Park
 9       1095 Avenue of the Americas
         New York, New York  10036-6797
10       douglas.fleming@dechert.com
11
     Joseph J. Gribbin, Esq.
12       Dechert LLP
         Cira Centre
13       2929 Arch Street
         Philadelphia, Pennsylvania  19104
14       joseph.gribbin@dechert.com
15
     Also Present:
16
     Lyle Chinkin
17   Peter Colucci, Legal Video Specialist
18
19                      *      *      *
20
21
22
23
24
25
```

1              P R O C E E D I N G S

2    TUESDAY, OCTOBER 16, 2018;

3              (Proceedings in the above-titled matter

4              commencing at 9:01 a.m.)

5                      *    *    *

6                 THE VIDEOGRAPHER:  Good morning.  We are

7    on the record at 9:01 a.m.  Today is Thursday,

8    October 16, 2018.

9                 This is the -- today is Tuesday -- excuse

10   me -- October 16, 2018.  This is the videotaped

11   deposition of Philip Hopke, PhD.

12                My name is Peter Colucci, here with our

13   court reporter, Kim Bonsignore.  We are here from

14   Veritext National Deposition Services.

15                This deposition is being held at First

16   Federal Plaza in Rochester, New York.

17                The caption of this case is "James D.

18   Sullivan et al. versus Saint-Gobain Performance

19   Plastics Corporation," Case Number 5:16-cv-00125 GWC.

20                At this time, will counsel please identify

21   themselves for the record.

22                MS. JOSELSON:  I'm Emily Joselson from

23   Langrock, Sperry & Wool, for the plaintiffs.

24                MR. FLEMING:  I'm Doug Fleming for the

25   defendant, Saint-Gobain Performance Plastics.

Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 5 of 225

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                  THE VIDEOGRAPHER:  Will the court reporter
 3    please swear in the witness.
 4    PHILIP K. HOPKE, PhD,
 5              called herein as a witness, first being sworn,
 6              testified as follows:
 7              EXAMINATION BY MR. FLEMING:
 8         Q.  Good morning, Dr. Hopke.
 9         A.  Good morning.
10         Q.  So you remember, I'm Doug Fleming --
11         A.  Yes.
12         Q.  -- and I represent defendant,
13    Saint-Gobain.
14         A.  Yep.
15         Q.  I took your deposition last time in April.
16         A.  Right.
17         Q.  Have we spoken since then?
18         A.  No.
19         Q.  So we went over the rules at the last
20    deposition, but just let's briefly discuss them again.
21              You understand you're under oath?
22         A.  Yes.
23         Q.  If you don't understand any questions
24    today, would you make sure you let me know that.
25         A.  Yes.
```

Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 6 of 225
Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 6 of 225

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING

2        Q.  If you don't, we'll assume that you

3    understood the question.

4            Is that fair?

5        A.  That's fair.

6        Q.  And if we could try our best -- I'll try

7    my best if you try your best -- not to talk over each

8    other.

9        A.  Yes.

10       Q.  We'll wait until one of us has finished,

11   and then the next person will -- will go.

12       A.  Right.

13       Q.  That will make it easier for the court

14   reporter to take down the information, as you

15   experienced last time.

16       A.  Correct.

17       Q.  Okay.  And --

18           MS. JOSELSON:  I just want to put one

19   thing on the record.  You let me know when you're

20   done.

21           MR. FLEMING:  Go ahead, Emily.

22           MS. JOSELSON:  Okay.

23           So I just want to put on the record that

24   this Court's August 17, 2018, Third Amended Discovery

25   Order is based on the Court's order of September 28,

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     2018, in which Judge Crawford made it clear that "The
 3     completion of the depositions of plaintiffs' rebuttal
 4     witnesses are limited to the opinions in their
 5     August 1, 2018, reports.  The party shall not use the
 6     rebuttal depositions to reexamine the same witnesses
 7     on matters already examined in their initial
 8     depositions, except that the depositions may inquire
 9     into opinions previously offered, but only to the
10     extent reasonably necessary to explore the opinions
11     stated in their August 1, 2018, reports."
12                   I'm sure Counsel will abide by that order.
13                   MR. FLEMING:  Thank you.
14          Q.  So I think I left off with us not talking
15     over each other.  So thank you, Dr. Hopke.
16                   In addition to that, if you'd try to
17     answer questions audibly, not with a shake of the head
18     yes or a shake of the head no or "uh-huh" or "huh-uh."
19     It's harder for the court reporter to take that down
20     as well.  Okay?
21          A.  Right.
22          Q.  And I asked last time if you were taking
23     any medication that would impair your ability to
24     testify.
25                   Have you taken anything that would impair
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     your ability to testify here to the best of your

3     ability?

4          A.   No, I have not.

5          Q.   Okay.   Thank you, Dr. Hopke.

6               So, Dr. Hopke, let's just mark a couple of

7     exhibits.   I'll put them all in front of you, just to

8     make it more efficient, what's going to be Exhibits 1,

9     2, 3 and 4.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2              (The following exhibits were marked for
 3              identification:  Hopke EXH 1 through 4,
 4              inclusive.)
 5         Q.  I'll give you a second to look at those,
 6    Dr. Hopke.
 7                   MS. JOSELSON:  Do you have a copy for me?
 8                   MR. FLEMING:  I do, if you'll just give me
 9    one second.
10                   THE WITNESS:  Okay.
11              (There was a pause in the proceeding.)
12                   MR. FLEMING:  Do you have the merits
13    report, Emily?
14                   MS. JOSELSON:  I have 1 and 2.
15                   MR. FLEMING:  Okay.  There's 3.
16                   There should be 4.
17                   If I could take a look at your Exhibit 4,
18    Dr. Hopke.
19                   THE WITNESS:  Excuse me?
20                   MR. FLEMING:  If I could take a look at
21    it.
22                   Yeah, I think it's the other one there.
23                   MS. JOSELSON:  It says 4.
24                   MR. FLEMING:  Yeah, I mistakenly gave you
25    that.
```

                                                          Page 9

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2                   THE WITNESS:  You gave me 2.

 3                   MR. FLEMING:  Yeah.  Thank you, Dr. Hopke.

 4         Q.   Okay.  So, Dr. Hopke, you've got four

 5    exhibits in front of you.  Have you had a chance to

 6    look at them?

 7         A.   Yeah.

 8         Q.   Okay.

 9         A.   They are the materials that I prepared for

10    this case.

11              (The following exhibit was identified for the

12              record:  Hopke EXH 1.)

13         Q.   Right.

14              So Exhibit 1 is your original class

15    certification report dated September 1st, 2017, right?

16         A.   That's correct.

17              (The following exhibit was identified for the

18              record:  Hopke EXH 2.)

19         Q.   And then Exhibit 2 is the declaration that

20    you submitted in support of class certification dated

21    October 2, 2017, right?

22         A.   Correct.

23              (The following exhibit was identified for the

24              record:  Hopke EXH 3.)

25         Q.   And then Exhibit 3 is your merits report

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    that you submitted, and it's dated December 15, 2017,
 3    right?
 4            A.  Correct.
 5            (The following exhibit was identified for the
 6            record:  Hopke EXH 4.)
 7            Q.  And then finally is your rebuttal report
 8    on class certification, and that's dated August 1st,
 9    2018; is that correct?
10            A.  Correct.
11            Q.  So that Exhibit 4 I'll refer to as your
12    rebuttal report today.  Okay?
13            A.  Okay.
14            Q.  How much time have you spent working on
15    this case in full, Dr. Hopke?
16            A.  In full?  About 62 hours that was not
17    related to the deposition, plus the preposition --
18    preparation in deposition last time, which was
19    something in the order of 18 to 20 hours.  And then
20    about 10 to 12 hours in preparation for this
21    deposition, plus whatever it takes today.
22            Q.  Okay.  So I get -- my math with your high
23    range is -- somewhere in the order of about a hundred
24    hours; is that -- is my math right?
25            A.  Yes.
```

Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 12 of 225

```
                                                 Page 11

 1                PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2            Q.   No, strike that.  Sorry.  82 -- 12 -- 94
 3   hours at the high range?
 4            A.   Something -- something in that area.
 5            Q.   Okay.  And how much time have you billed
 6   so far in the case?
 7            A.   Okay.  We've billed all of the -- not --
 8   you know, I -- you know, I don't do the billing.  Or
 9   Katherine Dare does the billing.
10                My understanding is that we would have
11   billed out the roughly 62 hours to plaintiff counsel,
12   and I'm reasonably sure that I billed out the
13   deposition to you.
14            Q.   And about how much time do you think
15   you've spent working on the case since your last
16   deposition?
17            A.   The 22 -- 21, 22 hours primarily on the
18   rebuttal, and then the time over this last weekend and
19   yesterday preparing for today.
20            Q.   So since your last deposition, in terms of
21   work you've done, you've worked on your rebuttal
22   report; is that right?
23            A.   Uh-huh.
24            Q.   And you also prepared for this deposition
25   with counsel; is that correct?
```

```
                                    Page 12

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2         A.   That's correct.

 3         Q.   Other than in your rebuttal report, have

 4    you written about PFOA or APFO since your last

 5    deposition?

 6         A.   No, I have not.

 7         Q.   Have you presented on APFO or PFOA since

 8    your last deposition?

 9         A.   No, I have not.

10         Q.   Have you brought anything with you to

11    today's deposition relating to the case or APFO or

12    PFOA?

13         A.   Yes.  Yeah.  I have some odds and ends of

14    things.  You know, my copy of the rebuttal report;

15    Mr. Chinkin's report; a small excerpt from the Barr

16    site report from doing the wipe tests; the rebuttal

17    report of Mr. Mears; the rebuttal report of Mr. Yoder;

18    the rebuttal report of Dr. Siegel; the journal papers

19    Barton 2009, Zhu 2007, and Shin 2011.

20              And I think that's -- that's it.

21         Q.   Is that all, Dr. Hopke?

22         A.   I think so.

23              MR. FLEMING:  Okay.  Thank you.

24              So let's mark that as a composite exhibit,

25    and that will be Exhibit 5, and these are the
```

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    materials that Dr. Hopke just listed that he brought
 3    with him to today's deposition that relate to the case
 4    or PFOA or APFO.
 5              (The following exhibit was marked for
 6              identification:  Hopke EXH 5.)
 7                THE WITNESS:  Let's put that on something
 8    where there's a fair amount of blank space.
 9                MR. FLEMING:  And I think I have a clip.
10                My clip is not going to be big enough, but
11    I'll try.
12                THE WITNESS:  I'm not sure that's big
13    enough.
14                MR. FLEMING:  Yeah.
15                THE WITNESS:  Yeah.  No, that ain't going
16    to work.
17                MR. FLEMING:  You've worked in an office
18    for a while as well, I take it.
19                All right.  Well, we'll try to keep that
20    together.
21                THE WITNESS:  Try and keep the pile
22    separate.
23                MR. FLEMING:  Yeah, terrific.  Thank you.
24          Q.  So, Dr. Hopke, for the 18 to 20 hours, if
25    I understood you correctly, or 22 hours working on
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    your rebuttal report, what specifically did you do
 3    within those -- within that time?
 4         A.   Well, I spent a lot of time, obviously,
 5    reading Mr. Chinkin's report.
 6              The other report, whose name I'll get
 7    right now, that -- Mr. Fleischer's report.
 8              Obviously, rereading some of the pertinent
 9    literature:  the Barton paper, the Zhu paper, the Shin
10    paper.
11              We had a teleconference with Dr. Shin.
12    We've had teleconferences with Mr. Yoder.
13              And then, you know, a fair amount of
14    writing and rewriting to try and make the rebuttal
15    report as -- as clear but as concise as possible.
16         Q.   Okay.  So you recall rereading Barton --
17    did you say 2009?
18         A.   Yes.
19         Q.   You recall rereading Zhu 2007?
20         A.   That's correct.
21         Q.   And Shin 2011?
22         A.   Yes.
23         Q.   Any other articles that you reviewed since
24    your last deposition that relate to your rebuttal
25    report?
```

PHILIP K. HOPKE, PhD - BY MR. FLEMING

1

2        A.   Yeah.   I mean I -- I also reviewed the

3    other papers referenced.

4        Q.   I'm sorry to interrupt.   Are you reading

5    from your --

6        A.   Rebuttal report.

7        Q.   You're reading from your rebuttal report

8    where?

9        A.   The list of references.

10       Q.   Okay.   So the last page, right?

11       A.   Correct.

12       Q.   Thank you.

13       A.   So I -- I reviewed all of those papers.

14       Q.   That are listed on the last page of your

15   rebuttal report, right?

16       A.   That's correct.

17       Q.   Okay.   Any other papers beyond that?

18       A.   Not that I can recall.

19       Q.   Since your last deposition, have you

20   visited any processing facilities that may have

21   handled or processed PFOA or APFO?

22       A.   No, I have not.

23       Q.   Did you visit any of the plaintiffs' or

24   anyone else's homes in the area of Bennington or

25   North Bennington?

                                                          Page 16

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2              A.  No, I have not.

3              Q.  Have you conducted any testing yourself

4      related to PFOA or APFO?

5              A.  No, I have not.

6              Q.  Has anyone done any testing of PFOA or

7      APFO on your behalf?

8              A.  No, they have not.

9              Q.  Are you relying on any actual testing data

10     relating to PFOA or APFO for your opinions in this

11     case?

12             A.  No, because the Barr site report with the

13     wipe test came out after I had written the rebuttal

14     report and submitted it.  I would have included

15     material from that had it come prior to the -- the due

16     date.

17             Q.  And is that report that you just mentioned

18     within that composite collection that's Exhibit 5?

19             A.  As I say, I've excerpted a small amount of

20     it because it was a very large report.

21             Q.  Okay.  Could you pull it out?  I would

22     like to mark it as Exhibit 5A.

23             A.  Okay.  It's 351 megabytes, so...

24             (The following exhibit was marked for

25             identification:  Hopke EXH 5A.)

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 18 of 225

                                        Page 17

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2              Q.  So I'll hand you back what's now
 3    Exhibit 5A that was in your Exhibit 5 but now is
 4    Exhibit 5A.  It was my understanding it's a -- it's a
 5    report by Barr relating to wipe sampling?
 6              A.  Yes.
 7              Q.  And did I understand you to say that
 8    you're not relying on that because it came out after
 9    you wrote your report?
10              MS. JOSELSON:  Objection.
11              A.  Correct.
12              Q.  I'm sorry.  You can answer.
13              A.  That's correct.
14              Q.  Between your original report on class
15    certification and your rebuttal report, do they
16    contain a complete statement of all of the opinions
17    that you intend to express on the issue of class
18    certification in this case?
19              A.  Yes, I believe they do.
20              Q.  Do your original reports -- I'm sorry.
21    Strike that.
22              Does your original report and your
23    rebuttal report contain all of the bases and reasons
24    for the -- for the opinions that you intend to express
25    on class certification in this case?

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2                   MS. JOSELSON:  Objection.

3         A.  I believe they do.

4         Q.  Do both of those reports likewise explain

5    all the facts or data that you considered when forming

6    the opinions on class certification that you intend to

7    express in this case?

8         A.  I believe they do.

9         Q.  Does your rebuttal report introduce any

10   new opinions that were not expressed in your original

11   class certification report?

12        A.  No, it does not.

13        Q.  Is there anything in your rebuttal report

14   that you would like to correct?

15        A.  There is a typo on page 1 under

16   "Sublimation."  The Zhu et al. should be 2007, not

17   2006.

18             I believe otherwise it is correct.

19        Q.  Okay.  And going back to your original

20   report on class certification, other than what you

21   identified at your prior deposition to be corrected,

22   is there anything else you've identified since that

23   deposition that you believe should be corrected in

24   your original class certification report?

25                  MS. JOSELSON:  Objection.

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.  I do not think so.

3          Q.  And you had at Exhibit 4, which is your

4    rebuttal report, that last page that listed five

5    references, right?

6          A.  That's correct.

7          Q.  Are those all of the studies that you

8    relied on to form the opinions in your rebuttal

9    report?

10          A.  No.  I obviously -- I had the material

11    that I had previously read and referenced in the prior

12    report, and didn't necessarily re-reference them here

13    because they've already been described in prior

14    material.

15          Q.  Okay.  I think I understand.

16          So if I'm understanding you correctly --

17    please let me know -- for the opinions that you

18    express in your rebuttal report, you're relying on the

19    references cited in your original report, together

20    with the references cited in your rebuttal report; is

21    that fair?

22          MS. JOSELSON:  Objection.

23          A.  That's fair.

24          Q.  Were there any materials that you

25    considered but did not rely on that are not listed in

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    either your original report on class certification or

3    your rebuttal report on class certification on the

4    issue of class certification?

5          A.  I don't believe there are any others that

6    I relied on.  I reviewed -- you know, there were

7    enormous numbers of documents, and I reviewed a large

8    number of them.  But I think I have referenced all of

9    the ones for which I used to base the opinion.

10          Q.  And the articles that are listed on page 5

11    of Exhibit 4, which is your rebuttal report on class

12    certification, how did you get those materials?

13          A.  I downloaded them from the -- from the

14    web.

15          Q.  And what were you looking for?

16          A.  Again, trying to further document the

17    mechanism that I had espoused, and further under --

18    you know, again, to provide -- to provide some

19    additional clarification to the original statement

20    of -- of the nature of the chemistry going on as -- as

21    I believe it is occurring.

22          Q.  And when you were trying to further

23    document the mechanism that you espoused, when did you

24    espouse the mechanism that you're referring to?

25          MS. JOSELSON:  Objection.

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING

2        A.   In the original classification report.

3        Q.   And what mechanism did you espouse in the

4   original class certification report that you were

5   trying to further document in your search for your

6   rebuttal report?

7        A.   That the PFOA would volatilize prior to

8   any opportunity to decompose into -- through

9   decarboxylation into a non-octanoic acid entity.

10            THE WITNESS:  Sorry about that.

11       Q.   And in your original report, am I correct

12  that you believed that the pH of the solution would

13  determine the extent to which there would be the

14  formation of PFOA?

15       A.   No.

16            MS. JOSELSON:  Objection.

17       A.   No.  It's because the -- the

18  volatilization is not coming from solution, and I

19  never indicated it was coming from solution.  Or I

20  don't believe I ever indicated it was coming from

21  solution.

22       Q.   If you did indicate that it was coming

23  from solution, you would have been wrong about that;

24  is that fair?

25            MS. JOSELSON:  Objection.

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           A.  It would have been a misstatement.

3           Q.  Let me just state it this way:  If you did

4    indicate it was coming from solution, you don't agree

5    with that as you sit here today?

6           A.  That's correct.

7           Q.  So if it's not coming from solution,

8    what's the mechanism for this volatilization that you

9    were looking to support in your search for your

10   rebuttal report on class certification?

11          MS. JOSELSON:  Object to the form.

12          A.  Okay.  Again, as -- as I outlined in the

13   rebuttal, what I believe is happening -- and, in fact,

14   is, to some extent, what Mr. Chinkin puts in his -- is

15   as the material dries, you're going to form ammonium

16   perfluorooctanoate crystals.

17          Q.  APFO crystals?

18          A.  APFO crystals, on -- at that -- at --

19   based on Barton and Zhu, et al., there will be a

20   transfer of a hydrogen from the ammonium to the PFO

21   minus.  The ammonia will be volatilized from the

22   solid, and the PFOA will then sublime from the

23   surface.

24              And that occurs at temperatures

25   substantially below the point at which the PFOA will

Page 23

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    decarboxylate.  It will happen during the drawing

3    process and move away from the fabric as they

4    substantially move the air away in order to keep the

5    relative humidity above the drawing cloth low enough

6    to effectively dry the material.

7               There may be some additional sublimation

8    as it moves into the next zone, but it will all have

9    sublimed before -- at those temperatures, again,

10   before it has any chance to decarboxylate.  And the

11   decarboxylation could not have happened without the

12   loss of ammonia.

13          Q.  I think we'll be discussing that more

14   today.  Thank you, Dr. Hopke.

15              The opinion that you just expressed, can

16   you cite any data from any processing facility, any

17   actual test data, that supports what you just said?

18              MS. JOSELSON:  Object to the form.

19          A.  I was unable to find any.

20          Q.  Let me see if I can turn to some more

21   background, Dr. Hopke.

22              Have there been any updates to what I'll

23   call your professional activities since we last met at

24   your deposition?

25          A.  Again, I've published another number of

Page 24

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    papers.  I don't remember exactly how many I had in

3    early April.  I'm now up to 683 peer-reviewed journal

4    papers.

5                   I was recently awarded the Fissan-Pui-TSI

6    Award by the International Aerosol Research Assembly.

7                   I continue to -- to work with a variety of

8    institutions.  I've been at Nankai University in

9    Tianjin and Tsinghua University in Beijing, doing

10   joint research.

11           Q.  And have any of the papers that you just

12   mentioned that you published since your last

13   deposition relate -- related to PFOA or APFO in any

14   way?

15           A.  No, they are not.

16           Q.  The award that you just mentioned you

17   won -- and congratulations for that -- does that

18   relate to PFOA or APFO in any way?

19           A.  No, it does not.

20           Q.  The collaboration work that you just

21   mentioned with those universities overseas, did that

22   collaboration work relate to PFOA or APFO in any way?

23           A.  No, it is not.

24           Q.  Do you have an updated copy of your CV?

25           A.  I can send one or I can provide one to

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    counsel.
 3               MR. FLEMING:  We would request an updated
 4    copy of your CV.
 5            (Document request - Updated copy of Hopke
 6            curriculum vitae)
 7               THE WITNESS:  Sure.  I'll do that when I
 8    get home.
 9               MR. FLEMING:  Okay.
10               MS. JOSELSON:  So I'll just ask that any
11    document requests you submit during this deposition,
12    you submit in writing form following the deposition,
13    and we will respond as appropriate.
14            Q.  "Standard pressure," Dr. Hopke -- is
15    "standard temperature and pressure" a standard
16    chemical term used to describe a precise set of
17    conditions?
18               MS. JOSELSON:  Objection.
19            A.  Yes.
20            Q.  And what's the temperature and pressure
21    for standard temperature and pressure?
22            A.  One atmosphere, zero degrees Celsius.
23            Q.  Is it fair to say it's pressure of 1 times
24    10 to the 5th power pascals?
25            A.  It would be 1 -- it would be 101.43
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2      kilopascals, if I remember correctly.
 3              Q.  Now, we already discussed some of these
 4      terms, but I think it's useful to maybe just go over
 5      them again at the outset here.
 6                   "Volatility."  What is volatility,
 7      Dr. Hopke?
 8                   MS. JOSELSON:  I'm going to object to this
 9      line of questioning, which was asked and answered in
10      the first deposition.
11                   MR. FLEMING:  Thank you.
12              A.  Okay.  "Volatility" is a -- is a
13      nonprecise term with regard to the ability of a liquid
14      or solid to move into the gas phase.
15              Q.  Would you say -- would you agree it's the
16      tendency of a substance to vaporize?
17                   MS. JOSELSON:  Objection.
18              A.  Yes, but it's not -- not quantitative.
19              Q.  Is it the same thing as sublimation?
20              A.  Sublimation is a process for solid to move
21      into the gas phase.
22              Q.  Is "volatilization" a simplified term for
23      sublimation?
24                   MS. JOSELSON:  Objection.
25              A.  No.  It covers both liquid and solid
```

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING
2    transformation into vapors.
3        Q.  And how about "vaporization"?  What is
4    vaporization?
5        A.  That's the conversion of a liquid into a
6    vapor, under normal -- normal terminology.
7        Q.  Is vaporization the same thing as
8    sublimation?
9        A.  No.
10        Q.  Do you use those terms interchangeably?
11        A.  I shouldn't.  I hope I have not done so.
12        Q.  And then how would you define
13    "sublimation"?
14        A.  Sublimation is the movement of molecules
15    directly from a solid into the vapor phase.
16        Q.  And is that the same thing as evaporation?
17        A.  Evaporation is normally associated with
18    liquids moving into the vapor phase.
19        Q.  Is sublimation the same thing as
20    decomposition?
21        A.  No.
22        Q.  Is sublimation the same thing as
23    dissociation?
24        A.  No.
25        Q.  Let's talk about vapor pressure for a

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 29 of 225

```
                                             Page 28
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     moment, Dr. Hopke.
 3                   Are higher vapor pressures more volatile
 4     than lower vapor pressures?
 5                   MS. JOSELSON:  Again, I'm objecting to
 6     this entire line of questioning as asked and answered
 7     in the first depo.
 8              A.  Yes.
 9              Q.  Is ice in a freezer set near zero degrees
10     generally volatile or stable?
11              A.  There will be some sublimation from ice.
12              Q.  So would you --
13              A.  Depending -- depending on how closed the
14     system is, so that it -- because it will depend on the
15     relative humidity above the ice as to determining the
16     chemical potential for the movement of molecules into
17     the vapor phase.
18              Q.  Do you happen to know the vapor pressure
19     of ice at negative 16 degrees Celsius, 3.2 degrees
20     Fahrenheit?
21              A.  No, I don't know offhand.  I would have to
22     look it up.
23              Q.  If I told you it's 150.6 pascals, would
24     you say that ice water is volatile or stable at
25     negative 16 degrees Celsius?
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2              MS. JOSELSON:  Object to the form.
 3         A.   It depends on what the overpressure is.
 4         Q.   How much ice -- how long do you -- strike
 5    that.
 6              How long do you think it would take ice to
 7    sublime within a freezer at that temperature?
 8              MS. JOSELSON:  Objection.
 9         A.   It's impossible to say.  You haven't given
10    an adequate description of the conditions.
11         Q.   So how would you be able to determine
12    that?
13              MS. JOSELSON:  Objection.
14         A.   Again, it could be modeled if we knew the
15    mass of the ice, if we knew the actual pressure, if we
16    knew what the relative humidity was.
17              I mean, again, if we have a closed
18    container, then you will come to equilibrium, and we
19    could model equilibrium conditions.
20              If we have an open system where there is
21    exchange of -- of vapor, then we would need to know
22    what the change rate is, etcetera, etcetera.
23              So it's not -- not something that could be
24    answered simply.
25         Q.   So if you were to model it -- if you
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    wanted to model it, you would need to know all of
 3    those factors that you just identified to figure out
 4    the rate of sublimation; is that fair?
 5              A.  And I would also need to know the surface
 6    area.
 7              Q.  Which you mentioned is another factor.
 8              A.  Right.
 9              Q.  Okay.  Or, instead of modeling it, you
10    could actually conduct a test, right?
11              A.  Potentially.
12              Q.  You couldn't conduct a test to figure out
13    the degree of sublimation?
14              A.  Yeah.  Again, I would need adequate
15    laboratory equipment and -- I mean I could -- I could
16    design an experiment.
17              Q.  Okay.  To figure out the rate of
18    sublimation.
19              A.  Right.
20              Q.  Dr. Hopke, can APFO sublimate?
21              A.  Yes.  Based on Barton.
22              Now, the mechanism is as I described
23    before.  Based on the work of Zhu, the transfer of the
24    proton from the ammonium to the PFO minus to produce
25    PFOA, the release of the ammonia, and then the
```

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 32 of 225

```
                                              Page 31
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    sublimation of the PFOA.
 3            Q.  So you may have answered my next question,
 4    but I'll ask it to make sure.
 5                 Can PFOA sublimate?
 6            A.  Yes.
 7            Q.  Can APFO sublimate in solution?
 8            A.  No, because it will be dissociated into
 9    ammonium and PFO minus.
10            Q.  Is it fair to say that in solution, in
11    Saint-Gobain's or CHEMFAB's coating fabric solutions,
12    the vast majority of the perfluorooctanoate is in the
13    PFO minus form?
14                 MS. JOSELSON:  Objection.
15            A.  At the pHs described, that would be true.
16            Q.  Can you quantify how much that vast
17    majority is?
18            A.  Not directly.  I would have to -- you
19    know, again, given that the pKa is around 3.3 and the
20    pHs were -- again, we know what the pH of the
21    dispersant was, but once you add water, that would
22    lower the pH.  So I don't know what the precise pH was
23    in the actual solutions as used.
24            Q.  How about the PFO minus?  Can that
25    sublimate at all?
```

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2            A.  No.
 3            Q.  Can PFOA sublimate in solution?
 4            A.  PFOA would only exist at pHs below
 5    3 point -- well, below about 4 1/2 to 5.  And then it
 6    would be 50-50 at the pKa, which is something like
 7    3.3.
 8                 There would be -- again, you would not --
 9    you would have the potential for weak vaporization.
10    It would not be sublimation in this case because it's
11    going from solution.
12            Q.  I think -- let me make sure I understand
13    it.  I think you got to it at the end.
14                 But the PFOA in solution, can PFOA in
15    solution sublimate?
16            A.  No.
17            Q.  Is PFO minus volatile?
18            A.  No.
19            Q.  In fact, it can't volatilize, right?
20            A.  It wouldn't volatilize.
21            Q.  Even when the solution is heated, right?
22            A.  Yes.
23            Q.  How about APFO?  Is APFO volatile?
24            A.  No.
25            Q.  Is PFOA volatile?
```

```
                                        Page 33

 1          PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2          A.   Yes.  That's -- it has -- it has a vapor
 3     pressure.
 4          Q.   Does APFO have a vapor pressure?
 5          A.   Not directly, no.
 6          Q.   Can you cite any paper that would say that
 7     APFO does not have a vapor pressure?
 8               MS. JOSELSON:  Objection.
 9          A.   No.  I mean, you know, again, the
10     Barton et al. 2009 paper is looking at the
11     sublimation, but they are hypothesizing the
12     dissociation of the APFO into ammonia in PFOA and the
13     subsequent sublimation of the PFOA.  So that the
14     effective sublimation of APFO is actually a two-step
15     process.
16          Q.   Let me see if I can try to ask this
17     question just specifically to see if I can get an
18     answer to the specific question.
19               Can you cite any paper that says APFO does
20     not have a vapor pressure?
21               MS. JOSELSON:  Asked and answered.
22               You can answer it again.
23          A.   Not to my knowledge.
24          Q.   Okay.
25          A.   I mean...
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                  MS. JOSELSON:  Were you still talking?
 3                  THE WITNESS:  No.  No.  I'm better.
 4          Q.   When Saint-Gobain -- excuse me.
 5                  When Saint-Gobain or CHEMFAB received
 6      materials at its facilities, did they come in the form
 7      of APFO or PFOA?  Can you explain your opinion on
 8      that?
 9                  MS. JOSELSON:  Objection.
10          A.   As I understand it, they would come as --
11      primarily would come as solutions, which means that
12      you would have the, you know, ammonium ion and the PFO
13      minus in the solution, and they would...
14                  And so they had, as I understand it,
15      again, both the dispersant, which would have the
16      Teflon particles, and the surfactant.
17                  And they also had some additional
18      surfactant, because they -- as I understand it, they
19      also occasionally added additional surfactant to the
20      system.
21          Q.   And if I was understanding your testimony
22      earlier and your rebuttal report, you believe that the
23      PFO minus and the ammonium ion in solution ultimately
24      will form a solid APFO; is that correct?
25          A.   As the -- as the solution dries.
```

Page 35

1                PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           Q.  As the solution dries.

3           A.  As reported by Mr. Chinkin's comments on

4    my dep -- on my report.

5           Q.  Are you relying on Mr. Chinkin's opinion?

6           A.  Absolutely not.  It just -- he agrees with

7    my mechanism.

8           Q.  Where is this solid APFO formed?

9           A.  On -- it's going to form primarily, I

10   think, on the surface of the Teflon particles, but it

11   could also form on the surface of -- surface of the

12   fabric.

13          Q.  How long does it take for the solution to

14   be dried off in Saint-Gobain's processes?

15               MS. JOSELSON:  Object to the form.

16          A.  I don't know.  I mean they --

17          Q.  How long -- I'm sorry.  Go ahead if you

18   weren't finished.

19          A.  Again, they have presumably designed the

20   process to maximize the speed of that evaporation.

21   Exactly what they've done, I'm not sure.

22          Q.  And can you quantify that speed in any

23   way?

24          A.  No, I cannot.

25          Q.  How long does it take for the APFO solid

1    PHILIP K. HOPKE, PhD - BY MR. FLEMING

2 to be formed?  Can you quantify that in any way?

3    A.  No, I cannot.

4    Q.  Now, when the APFO solid is formed, in

5 your opinion, does any of the PFO minus and ammonium

6 ions stay in solution in the evaporating water during

7 the drying process, in your opinion?

8    A.  If it's still in -- if it's still in the

9 liquid phase, it would still be in the ionic form.

10    But, as we have said, as -- as the water

11 vapor goes off, you're going to wind up with these

12 small crystals of -- of APFO.

13    Q.  And I think you referred to Zhu -- that's

14 Z-H-U, right? --

15    A.  Uh-huh.

16    Q.  -- before and in your report; is that

17 correct?

18    A.  That's correct.

19    Q.  And you cite a formula -- you can take a

20 look at your rebuttal report if it's helpful --

21    A.  Uh-huh.

22    Q.  -- on page 1 of your report, about

23 four-fifths of the way down, right?

24    A.  Uh-huh.

25    Q.  Starting with Na4?

Page 37

                    PHILIP K. HOPKE, PhD - BY MR. FLEMING

1          A.   Correct.

2          Q.   And what is that -- that formula,

3   Dr. Hopke?  What does it provide?

4          A.   Okay.  Again, it provides a schematic

5   description of the fact that we have the formation of

6   the solid ammonium -- well, APFO.

7          We then have the transfer of a hydrogen

8   from the ammonium to the PFO minus.  That's the second

9   entity.

10          At that point, then, the ammonia will

11   volatilize off from the surface of this crystal, and

12   we will be left with PFOA.

13          The PFOA then can sublime into the gas

14   space.

15          Q.   And how did you come up with this formula,

16   Dr. Hopke?

17          A.   Well, it's basically the same approach

18   that I've had all along; it just -- it seemed we

19   needed to have greater explication of the mechanism in

20   order to provide clarity.

21          Q.   Your original report didn't mention

22   sublimation, right?

23               MS. JOSELSON:  Objection.

24          A.   No, it did not.

```
                                              Page 38

 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2        Q.  But it had -- I'm sorry if you were going
 3   to say something.
 4        A.  No.
 5        Q.  But how did you come up with this -- I'm
 6   understanding you to say that you believe this was
 7   your opinion all along.
 8            But whenever it was your opinion, how
 9   did -- how did you come up with this particular
10   formula?  What are you basing it on?  What's your
11   support for it?
12            Let me -- let me strike that.  I'll ask
13   one question.
14            What's your support for this formula that
15   you cited on page 1 of your rebuttal report?
16        A.  Okay.  The proton transfer is analogous to
17   what Zhu reports, and it's also what Barton et al.
18   hypothesize as the mechanism for the sublimation they
19   see in their 2009 paper.
20        Q.  Now, Zhu is based on ammonium chloride,
21   right?
22        A.  That's correct.
23        Q.  Not APFO?
24        A.  That's correct.
25        Q.  Not PFOA?
```

```
                                                    Page 39
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  That's correct.
 3         Q.  Not a salt -- I'm sorry.  Not an acid?
 4              MS. JOSELSON:  Objection.
 5         A.  What are you --
 6         Q.  Strike that, unless you want to comment.
 7         A.  What's not an acid?
 8         Q.  Okay.  Strike -- I'll -- I'll rephrase or
 9    skip the question.  I'll withdraw the question.
10         A.  Okay.
11         Q.  So is this formula based on -- strike
12    that.
13              You cite Zhu 2007 to support this formula
14    that you have on page 1; is that fair?
15         A.  That's correct.
16         Q.  Do you find the conclusions of Zhu to be
17    reliable as it relates to your opinions in this case?
18         A.  Yes.
19         Q.  And those are the conclusions about the
20    scheme or formula that Zhu proposed for the
21    sublimation of ammonium chloride, right?
22         A.  That's correct.
23         Q.  And have you concluded that the mechanism
24    that Zhu suggested applies to APFO or PFOA?
25         A.  Yes.  By analogy, it should be the same.
```

Page 40

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  Have you concluded to any reasonable

3   degree of scientific certainty that Zhu's mechanism

4   applies to APFO or PFOA?

5          A.  I have a high degree of probability that

6   that is, in fact, correct.

7          Q.  Do you have a reasonable degree of

8   scientific certainty?

9               You're looking at your attorney.

10         A.  No.  I mean I'm just trying to -- I mean

11  I'm -- I'm quite certain that that is, in fact, the

12  case.

13         Q.  What would you have to do to form a

14  reasonable degree of scientific certainty that Zhu's

15  mechanism that Zhu proposed applies to PFOA or APFO?

16              MS. JOSELSON:  Objection.

17         A.  Again, we have the evidence of the

18  Barton et al. work showing that, in fact, the APFO

19  sublimes.

20              So, you know, the combination of the two

21  papers makes it very clear that this is a very highly

22  probable mechanism by which this occurs.

23         Q.  And was it Barton you just said?

24         A.  Right.

25         Q.  Right.

Page 41

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           A.   In 2009.

3           Q.   Did Barton say it was highly probable that

4     this mechanism occurs with APFO or PFOA?

5           A.   They hypothesized that that was the -- how

6     they explained it.

7           Q.   Did they describe it as highly probable,

8     like you just did?

9                MS. JOSELSON:   Objection.

10          A.   They did not describe it in -- they did

11    not describe it in those terms.

12          Q.   Have you identified any peer-reviewed

13    paper that concludes that this sublimation mechanism

14    from Zhu, as set out in your rebuttal report, actually

15    applies to APFO or PFOA?

16               MS. JOSELSON:   Objection.

17          A.   Again, the Barton report refers to Zhu and

18    uses it as its hypothesis for what they were

19    observing.

20          Q.   Did Barton conclude that the Zhu mechanism

21    for ammonium chloride actually does apply to APFO or

22    PFOA?

23               MS. JOSELSON:   Objection.

24          A.   Again, in science one provides reasonable

25    hypotheses.

Page 42

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2              They did not, for example, measure the

 3    ammonia, and so they would not have been in a position

 4    to have all of the details needed.

 5         Q.  So they hypothesized that it may apply; is

 6    that fair?

 7              MS. JOSELSON:  Objection.

 8         A.  Yes, but it's -- again, the reasonable --

 9    again, chemists reason by analogy.  And this -- we

10    have very good evidence from Zhu.  We have the

11    sublimation at -- in Barton.  The analogous mechanism

12    is, therefore, highly plausible.

13         Q.  Did you find the sublimation of ammonium

14    chloride in Zhu to be an appropriate comparator when

15    considering the sublimation of APFO and PFOA?

16              MS. JOSELSON:  Asked and answered.

17              You can answer it again.

18         A.  Yes, because it's logical for the

19    hydrogen transfer, the proton transfer from the base

20    group from the ammonium to the acid group.  In that

21    case, the acid is hydrochloric acid; in this case,

22    it's PFOA.

23         Q.  Are there other salts that are good

24    analogs for APFO with regard to sublimation?

25         A.  I don't know.  I haven't looked.
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           Q.  Is ammonium perfluorobutanoate a salt?

3           A.  Yes.

4           Q.  Do you think that would be a good analog

5    for ammonium perfluorooctanoate?

6           A.  Not -- not sure.  A smaller chain may have

7    somewhat different properties.

8           Q.  You think it's a better analog than

9    ammonium chloride for APFO?

10          A.  I wouldn't want to speculate without

11   looking further.

12          Q.  You would have to look further to have an

13   expert opinion on that question?

14          A.  That's correct.

15          Q.  Does perfluorobutanoate have multiple

16   fluorine atoms attached to the carbon, as with APFO?

17          A.  Yes, it would.

18          Q.  Does perfluorobutanoate have a carboxyl

19   group, as with APFO?

20          A.  Yes.

21          Q.  Does ammonium chloride have any fluorine

22   or any carbon atoms?

23          A.  No.

24          Q.  Does ammonium chloride have any carboxyl

25   group?

Page 44

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           A.  No.

3           Q.  Does ammonium chloride undergo thermal

4    decomposition or decarboxylate?

5           A.  It undergoes dissociation and

6    volatilization via the mechanism of Zhu, but it would

7    not have decomposition.

8           Q.  Would ammonium chloride decarboxylate?

9           A.  No.  It cannot.

10          Q.  Can ammonium perfluorobutanoate

11   decarboxylate?

12          A.  Potentially.

13          Q.  You may take a look at the Zhu paper that

14   you cite as a reference.

15              MS. JOSELSON:  I like to take a break

16   every hour.  So it's been about an hour.  You let me

17   know when you're ready.

18              MR. FLEMING:  Sure.  Why don't I mark this

19   paper, Emily, and I'd be happy to do that.

20              MS. JOSELSON:  After the break?

21              MR. FLEMING:  No.  I'm going to mark it

22   now, since the question was relatively pending before

23   you requested it.  So I'll just complete this thought

24   that I had before break, if I may.  It will only be a

25   minute or two, if that's all right.

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                   MS. JOSELSON:  I don't think there's a
 3      question pending.
 4                   MR. FLEMING:  So I think we're on
 5      Exhibit 6.
 6                   THE WITNESS:  Or we can make it 5B.
 7                   MR. FLEMING:  Oh, is it in your stack?
 8                   THE WITNESS:  Yeah.
 9                   MR. FLEMING:  Okay.  That's a fair point.
10      Thanks, Dr. Hopke.  Maybe that will speed it up too.
11                   So we're going to mark not Exhibit 6, but
12      Exhibit 5B, because Dr. Hopke has his own paper -- own
13      copy of the paper that is Zhu 2007.
14           Q.  And again, Dr. Hopke, this is Zhu 2007.
15      This is the same Zhu that you're relying on in your
16      rebuttal report, right?
17           A.  That's correct.
18           Q.  And your rebuttal report -- just to be
19      clear, not to belabor it -- referred to it as Zhu
20      2006.  But it's Zhu 2007, right?
21           A.  Right.  It's a typo.
22                   MR. FLEMING:  So let's mark this as
23      Exhibit 6A [sic], and then we can take a break for
24      Ms. Joselson.
25                   (The following exhibit was marked for
```

```
                                                    Page 46
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2           identification:  Hopke EXH 5B.)
 3                 MR. FLEMING:  So 2007 is 5B.
 4                 THE WITNESS:  That's correct.
 5                 MR. FLEMING:  Thank you for the
 6    correction.
 7                 THE VIDEOGRAPHER:  The time is 10 o'clock.
 8    We're off the record.
 9           (The proceeding recessed at 10:00 a.m.)
10           (The proceeding reconvened at 10:07 a.m.;
11           appearances as before noted.)
12                 THE VIDEOGRAPHER:  The time is 10:08.
13    We're back on the record.
14                 MR. FLEMING:  All right.  We're back on
15    the record.
16    PHILIP K. HOPKE, PhD, resumes;
17           CONTINUING EXAMINATION BY MR. FLEMING:
18           Q.  Are you ready to go, Dr. Hopke?
19           A.  Yes, I am.
20           Q.  Thank you.
21              So you have Exhibit 4 in front of you,
22    Dr. Hopke, which is your rebuttal report at page 1.
23    It's that formula?
24           A.  Uh-huh.
25           Q.  And then if you have Exhibit 5B, which is
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    Zhu 2007, there's a formula there on page 13831.
 3              I would like to ask you about both of
 4    those.  Okay?
 5         A.   Yes.
 6         Q.   So in your rebuttal report, Dr. Hopke,
 7    underneath the formula, it has what I'll call a
 8    legend.  The formula refers to, among other things, an
 9    "s," an "a," and a "g"; is that fair?
10         A.   That's correct.
11         Q.   And you write in your report that the "s"
12    represents solid crystals; is that correct?
13         A.   That's correct.
14         Q.   "A" represents material on the crystal
15    surface; is that correct?
16         A.   That's correct.
17         Q.   And "g" represents the gas phase; is that
18    correct?
19         A.   That's correct.
20         Q.   And then if you take a look at the
21    Scheme 1 of Zhu in the article that is 5B, on page
22    13831 there's a scheme there that -- that your scheme
23    mimics; is that fair?
24         A.   That's correct.
25         Q.   And if you turn to page 13833 -- I'm
```

Page 48

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING
2      sorry.  Strike that.
3                If you turn to page 13831, you'll see
4      those same codes, if you will, in the left column.
5                So I'll read it.  It refers to Scheme 1,
6      where "s" denotes solid, just like yours, right?
7           A.   Yes.
8           Q.   "A" denotes absorb species.
9                Is that the same as yours?
10          A.   Yes.
11          Q.   And "g" denotes the gas phase species,
12     right?
13          A.   Correct.
14          Q.   So you're following Scheme 1 in Zhu; is
15     that correct?
16          A.   That's correct.
17          Q.   And in terms of what's going on with
18     these -- with this scheme, am I right that there are
19     three steps here?
20               Do you see in Zhu where it refers to "1,"
21     "2," and "3"?  That's Scheme 1.
22          A.   Yeah.  I mean -- yes, basically it's --
23     you know, it's the same mechanism by analogy.
24          Q.   And is Step 1 showing internal
25     rearrangement?

Case 5:16-cv-00125-gwc  Document 219-40  Filed 11/27/18  Page 50 of 225

```
                                                    Page 49

 1               PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2               Is that fair?
 3          A.   Yes.
 4          Q.   And is Step 2 showing dissociation?
 5               Is that fair?
 6          A.   Yes.
 7          Q.   And Step 3 is desorption?
 8          A.   Yes.
 9               Well, again, it depends on how you -- you
10     can talk about it as desorption; you can talk about it
11     as sublimation.  I mean the overall process of
12     converting the solid into the vapor is sublimation.
13     The individual step might be just -- might be
14     desorption.
15          Q.   But is this Scheme 1 important to your
16     opinion on sublimation for PFOA or APFO?
17          A.   It provides support to the idea that
18     sublimation would be important for PFOA.
19          Q.   What did you do to satisfy yourself that
20     this mechanism that is Scheme 1 is actually correct,
21     if anything?
22          A.   Again, it -- it, in combination with
23     Barton 2009, provide a very -- a highly certain
24     support for the fact that they can see the sublimation
25     of APFO.
```

Page 50

                PHILIP K. HOPKE, PhD - BY MR. FLEMING

1

2           Q.   Can you cite anyone who adopts this

3    Scheme 1 from Zhu for PFOA or APFO?

4           A.   Well, again, Barton uses it as their

5    hypotheses for what they're seeing with the APFO.

6                I have not extensively looked to see if it

7    has been replicated elsewhere for other ammonium

8    salts.

9           Q.   Can you cite any paper that adopts

10   Scheme 1 even for ammonium chloride?

11          A.   I have not looked.

12          Q.   So what's your support for concluding that

13   Scheme 1 would apply to ammonium chloride?

14          A.   Because it -- it fits what we would know

15   about the likely chemistry in this case.

16          Q.   But even -- even Zhu doesn't believe that

17   Scheme 1 applies to the sublimation -- strike that.

18               Even Zhu doesn't believe that Scheme 1

19   applies to ammonium chloride; isn't that right?

20          A.   No, that's not correct.

21          Q.   Did you read Zhu thoroughly, Dr. Hopke?

22          A.   I believe so.

23          Q.   If you'd turn to page 13835.

24          A.   Yes.

25          Q.   Do you see at section 3.6 --

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.   Yes.

3          Q.   -- do you see where Zhu -- reading from,

4     again, Exhibit 5B -- says, quote, "On the basis of the

5     above discussion, we suggest that the

6     sublimation/dissociation reaction is a multi-stage

7     process which takes place as shown in Scheme 2."

8          A.   Uh-huh.   Which is a little more

9     complicated, but it's not very different.   I mean it

10    still represents a similar overall process.

11         Q.   Why is it that you choose to rely on

12    Scheme 1 when the paper you cite, Zhu, actually

13    rejects Scheme 1 and proposes Scheme 2?

14              MS. JOSELSON:   Objection.

15              You can answer.

16         A.   Again, I'm trying to present this material

17    in a way that is more easily understood.   And the fact

18    that Barton -- you know, again, the combination of the

19    Barton and Zhu suggests that this approach is a -- is

20    a good explanation of what's going on.

21              And clearly there has to be the proton

22    transfer to the chlorine in order to provide the

23    sublimation of the ammonium chloride.

24         Q.   You're relying on Zhu 2007 for your

25    opinions in this case, right?

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.   Yes.

3          Q.   Zhu adopts Scheme 2, not your Scheme 1,

4     right?

5               MS. JOSELSON:   Objection.

6          A.   Yes.   Yeah.

7          Q.   Can you cite any other researcher that

8     rejects Zhu's proposal that Scheme 2 applies with

9     respect to sublimation?

10         A.   No.

11         Q.   Can you cite any other researcher that

12    adopts Scheme 1 which Zhu did not propose in its paper

13    that you're relying on?

14              MS. JOSELSON:   Objection.

15         A.   No.

16         Q.   Have you, before this deposition,

17    considered in any way how the application of Scheme 2

18    instead of Scheme 1 could affect your opinions in this

19    case?

20         A.   Yes, I've reviewed it.   I didn't see that

21    it made a major difference, because this is describing

22    the equilibrium configurations on the ammonium

23    chloride.

24              So, again, we're getting more complex, and

25    in that -- again, trying to explain this in -- in

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING
2    terms that made easy sense, I chose to adopt Scheme 1.
3    They're not that substantially different in -- in
4    underlying chemistry.
5           Q.  If we take a look at Scheme 2, Dr. Hopke,
6    in Zhu, which Zhu proposes is the actual --
7           A.  Uh-huh.
8           Q.  -- mechanism for sublimation of ammonium
9    chloride, is it fair to say that there are three codes
10   there?
11          There's "C," which refers to the
12   crystalline structure, right?
13          A.  Uh-huh.
14          Q.  There's "S," which refers to the relaxed
15   surface, right?
16          A.  Yes.
17          Q.  And then there's "G," which refers to the
18   gas phase, right?
19          A.  Correct.
20          Q.  Am I right that in the first phase of the
21   three here, we have surface reconstruction?
22          A.  That's what's proposed.
23          Q.  And am I right in the second phase, we
24   have sublimation and surface desorption?
25          A.  Yes.

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  And then finally we have dissociation; is
 3  that right?
 4         A.  Yes.
 5         Q.  Have you researched the relative rates of
 6  volatilization of APFO and PFOA since your last
 7  deposition, Dr. Hopke?
 8         A.  No, I have not.
 9         Q.  So as you sit here today, can you quantify
10  the rates of volatilization for APFO versus PFOA?
11         A.  No, I cannot.
12         Q.  At page 1 of your rebuttal report,
13  Dr. Hopke, you state that -- you refer to the
14  sublimation process, and you say it's "slow" -- quote,
15  "slow at room temperature, but it increases as the
16  temperature increases"; is that right?
17         A.  That's correct.
18         Q.  Have you calculated that rate of
19  sublimation for PFOA or APFO?
20         A.  No.  I relied on Barton 2009.
21         Q.  Have you calculated it at any given
22  temperature?
23         A.  No, I have not.
24              Mr. Chinkin's report also indicates it
25  would sublime at 130 C.
```

```
                                                    Page 55
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  What would sublime at 130 degrees Celsius?
 3         A.  PFOA.
 4         Q.  How -- how quickly would it sublime?  What
 5    would the rate be, Dr. Hopke?
 6         A.  We don't know.  I don't know.  Again, it
 7    depends on the crystal size and other conditions.
 8         Q.  And do you have any data that would show
 9    you the crystal size or those other conditions?
10         A.  No, I do not.
11         Q.  Have you looked for that data?
12         A.  Yes.
13         Q.  Where did you look?
14         A.  I searched the literature.  No one has
15    really looked in detail at this corporate process.
16         Q.  You haven't seen any reports or test data
17    that would -- that would show you the rate of loss
18    relating to PFOA or APFO?
19         A.  No, I have not.
20         Q.  And your rebuttal report discusses the
21    decarboxylation of PFOA; am I right about that,
22    Dr. Hopke?  At page 2?
23         A.  Yes.
24         Q.  Under what conditions, in your opinion,
25    does the decarboxylation of PFOA occur?
```

Page 56

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2         A.   At -- again, based on the literature, at

3    temperatures above 165 C.  But it's the

4    decarboxylation of PFOA, not the decarboxylation of

5    APFO.

6         Q.   And what are you relying on to say that

7    PFOA decarboxylates beginning at above 165 degrees

8    Celsius?

9         A.   There was -- okay.  I'd have to go back

10   and look for it.  There was materials properties that

11   indicated it started to decompose at 165.

12             And then, of course, there was also the

13   Krusic papers, showing that it decarboxylated at high

14   enough temperatures.

15        Q.   And what's the rate of decarboxylation at

16   165 degrees Celsius?

17        A.   I don't know.

18        Q.   Can there be -- can there be

19   decarboxylation of APFO, Dr. Hopke?

20        A.   No.

21        Q.   Can you cite any papers that say that APFO

22   won't decarboxylize?

23        A.   Not directly, no.

24        Q.   Can you cite any papers that say that APFO

25   won't decompose?

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  No.
 3         Q.  Are you aware of papers that say that APFO
 4    can decompose?
 5         A.  Yes.
 6         Q.  Are you relying on those papers for your
 7    opinions here?
 8         A.  I am -- I have certainly included looking
 9    at the -- at the Krusic papers.
10         Q.  And do you reject Krusic's findings about
11    APFO and decomposition?
12         A.  Yeah.  Again, the -- again, the question
13    is what's the underlying mechanism.  Is it -- what
14    we're thinking happens is that we have to have the
15    volatilization of the APFO into PFOA, and then the
16    subsequent decarboxylation.
17              Because you've got to get to the point
18    where you have the acid, because then you can get the
19    hydrogen transferring back to the carbon atom and
20    release the CO2.  But it's not going to happen if
21    there's the ammonia attached to the acid group,
22    ammonium attached --
23         Q.  Let me make sure --
24              MS. JOSELSON:  Let him finish first.
25              MR. FLEMING:  Thank you.
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  Were you finished, Dr. Hopke?
 3         A.  So it's the ammonium that's attached to
 4    the carboxylic acids.
 5         Q.  Thank you.
 6              And, Dr. Hopke, I don't certainly mean to
 7    interrupt you.  So if there's ever a time where we're
 8    speaking over each other --
 9         A.  Yeah.
10         Q.  -- you know, definitely let me know that.
11              MS. JOSELSON:  I'll let you know.
12         A.  I think we've been working better this
13    time.
14         Q.  What's that?
15         A.  I think we've been working better this
16    time.
17         Q.  I think so too.  I think so too.
18              So let me see if I understand, Dr. Hopke.
19    Do you agree or disagree with Krusic's conclusions
20    about APFO and decomposition?
21         A.  Again, it will decompose into his
22    circumstances because he's got a closed container.
23    And the PFOA, once it's released from the APFO, then
24    is heated to a temperature at which it can
25    decarboxylate.
```

Page 59

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2               If, on the other hand, you have an open

3      system where the material can move away from the heat

4      into the ventilation system and up the stack, it's

5      going to remain as PFOA because it's not going to be

6      at a high enough temperature long enough to

7      decarboxylate.

8           Q.  Can you cite any paper or any test data

9      that supports the view that APFO would decompose only

10     in that closed container that Krusic used?

11          A.  No.

12          Q.  So let's take a look at the Krusic and Roe

13     papers.

14               Give me a moment and I'll get them.

15          A.  Okay.  Yeah, I didn't bring those.

16          Q.  Sure.

17          A.  We went all through those last time.

18               MS. JOSELSON:  I'll object.

19               MR. FLEMING:  This is Exhibits 6 and 7.

20          (The following exhibits were marked for

21          identification:  Hopke EXH 6 and 7.)

22          Q.  So, Dr. Hopke, I've handed you two sets of

23     papers marked Exhibit 6 and Exhibit 7.

24          A.  Uh-huh.

25          Q.  And they're both by Krusic, right?

```
                                              Page 60
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  Yes.
 3            (The following exhibit was identified for the
 4         record:  Hopke EXH 6.)
 5         Q.  Exhibit 6 is Krusic 2004, right?
 6         A.  Yes.
 7            (The following exhibit was identified for the
 8         record:  Hopke EXH 7.)
 9         Q.  And Exhibit 7 is Krusic 2005, right?
10         A.  That's correct.
11            MS.  JOSELSON:  I'm going to object to this
12    entire line, as I have been, as having been asked and
13    answered and relating to the first deposition.
14         Q.  Dr. Hopke, Krusic and Roe in 2004,
15    Exhibit 6, measured the decarboxylation rate of APFO
16    in glass, right?
17         A.  Yes.
18         Q.  And in particular, they measured it by
19    measuring the decarboxylation product of APFO, which
20    is 1H-Perfluoroheptane, right?
21         A.  Yes.
22         Q.  And if you take a look at page 3800 in the
23    second sentence, do you see where it says, quote, "We
24    find that APFO cleanly decomposes by first-order
25    kinetics to give the hydrofluorocarbon
```

                                                    Page 61

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     1H-Perfluoroheptane, and is completely decomposed,

3     greater than 99 percent in a matter of minutes at the

4     upper limit of this temperature range."

5                   Did I read that correctly?

6              A.   Yes.

7              Q.   And do you agree with that statement,

8     Dr. Hopke?

9              A.   I believe that that's what they reported.

10             Q.   Do you believe that those results are

11    reliable?

12             A.   I have no reason not to.

13             Q.   Do you believe that those results are

14    reliable as applied to Saint-Gobain's or CHEMFAB's

15    processes?

16             A.   No.

17             Q.   And is that because this test was done on

18    glass?

19             A.   And at temperatures higher than I think

20    the PFOA would actually experience.  But even here

21    it's still a question of what the underlying mechanism

22    is.

23                   And, again, I would suggest to you that

24    the underlying mechanism is the sublimation of the

25    PFOA, followed by the decarboxylation at these higher

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    temperatures.
 3              Q.  You also cite Krusic 2005 at page 2 of
 4    your rebuttal report, right?
 5              A.  Yes.
 6              Q.  And am I right that Krusic 2005 reports on
 7    APFO decarboxylation as well?
 8              A.  No.  I think it reports on PFOA
 9    decarboxylation.
10              Q.  Doesn't it also report on APFO
11    decomposition not in glass, but in quartz?
12              A.  In quartz, yeah.  And it's very slow.
13              I'd have to go back and -- I did not
14    reread this over the weekend, so...
15              Q.  But am I right that --
16              MS. JOSELSON:  Let him just review the
17    document that you've handed him.
18              MR. FLEMING:  He can take all the time
19    that he would like --
20              MS. JOSELSON:  Thank you.
21              MR. FLEMING:  -- to review the document.
22              Q.  Dr. Hopke, would you like more time to
23    review the document?
24              A.  Yes, just please --
25              MS. JOSELSON:  He just said he did, Doug.
```

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 64 of 225

```
                                                   Page 63

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2                 MR. FLEMING:  Emily, please don't obstruct

 3     the deposition.  Please don't.

 4                 MS. JOSELSON:  Please don't interrupt the

 5     witness --

 6                 MR. FLEMING:  I'm not interrupting the

 7     witness.

 8                 MS. JOSELSON:  -- when he's reviewing a

 9     document.

10                 MR. FLEMING:  Come on.  I'm being very

11     respectful, and I've had a lot of forbearance with

12     your objections.  So I'd ask you to please stop --

13                 MS. JOSELSON:  I've had a lot of

14     forbearance with your questions --

15                 MR. FLEMING:  -- so we can continue with

16     the deposition.

17                 MS. JOSELSON:  -- that continue to ask

18     questions from the first deposition.  So we're

19     mutually respectful.

20                 MR. FLEMING:  Emily, you're aware that

21     this report is cited in his rebuttal report, aren't

22     you?

23                 MS. JOSELSON:  Yes, and I'm asking you to

24     give him a moment to read it.

25                 MR. FLEMING:  And I said I would.  Of
```

Page 64

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
2   course I will.
3            Q.  Dr. Hopke, if there's any time you would
4   like to review a document --
5                 MS. JOSELSON:  Just be quiet and let him
6   read, Doug.
7                 MR. FLEMING:  No, you can't tell me to be
8   quiet, Emily.
9                 MS. JOSELSON:  He's trying to read the
10  document.
11                MR. FLEMING:  I'm taking a deposition.
12  I'm trying, actually, to adhere to what you're telling
13  me.
14                MS. JOSELSON:  Then be quiet and let him
15  read.
16                MR. FLEMING:  Don't tell me to be quiet,
17  Emily.  That's not professional or respectful.
18           Q.  Dr. Hopke, if there's any time you would
19  like to review a document, would you let me know that?
20           A.  Certainly.
21           Q.  Thank you.
22           A.  I don't see any indication that they
23  looked at APFO in this paper.  It all seems to be
24  PFOA, unless I'm missing something on a quick read.
25           Q.  Okay.  So if you'd take a look at page

```
                                          Page 65
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    1514, Dr. Hopke.
 3          A.  Yes.
 4          Q.  And do you see above number 4,
 5    "Experimental"?
 6          A.  Yes.  Yeah, okay.
 7          Q.  So it's there, right?
 8          A.  Yeah.  I missed it.
 9          Q.  Okay.
10              MS. JOSELSON:  Would you like more time to
11    review it, now that you've found it?
12              THE WITNESS:  Okay.  That's a strange
13    paper, because "Conclusions" come before
14    "Experimental."  That's -- that's what confused me.
15              Okay.  So I need to find out what the
16    conditions were.  That's where they put it with the
17    crushed glass, if I remember correctly.
18              MS. JOSELSON:  Dr. Hopke, just take your
19    time to review the document if you need to.
20              THE WITNESS:  Okay.  I have trouble
21    understanding how they -- yeah, I had trouble -- yeah.
22    If you look at all of the figures --
23              MS. JOSELSON:  I don't think there's a
24    pending question.
25              THE WITNESS:  Huh?
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2              MS. JOSELSON:  I don't think there's a
 3    pending question.  So you just complete your review,
 4    and when you've completed it, you can let Doug know.
 5              THE WITNESS:  Okay.
 6         Q.  Dr. Hopke, were you about to comment on
 7    something that you found important from your review?
 8    Can you explain what you were about to say?
 9              MS. JOSELSON:  Object to the form.
10         A.  Yeah.  All of the figures show PFOA.  So
11    the conclusion with regard to APFO does not seem to be
12    supported by any of the data presented in the paper.
13         Q.  And to make sure we have a frame of
14    reference, Dr. Hopke, again this is Exhibit 7 that
15    you've been reviewing, right?
16         A.  Yes.
17         Q.  And Exhibit 7 is cited in your rebuttal
18    report, right?
19         A.  Yes.
20         Q.  You had reviewed -- did you review
21    Exhibit 7 in connection with your original report on
22    class certification back in April?
23         A.  Yes, I did.
24         Q.  So you've had a lot of time to review this
25    article, other than at this deposition -- in addition
```

Page 67

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     to this deposition today, right?

3          A.   Right.  But there has been lots and lots

4     of things to review, and -- and I did not specifically

5     go back and look at this one for this deposition,

6     because we covered it in detail in April.

7          Q.   This is -- you're looking at your

8     attorney.  Is there any reason?

9              MS. JOSELSON:  Yeah.  Because the Court's

10    order, Doug, is that you're not to revisit questions

11    that were asked and answered in the first depo.

12    That's why he's looking at me, because I explained to

13    him what the Court ordered.

14         Q.   Okay.  So you cited this again in your

15    rebuttal report that I'm taking your deposition on

16    today, right?  This Krusic paper that we're talking

17    about?

18         A.   Yes.

19         Q.   Now, Krusic in 2005 states, does he not,

20    "By contrast, the pyrolysis of the ammonium salt APFO

21    is more facile by orders of magnitude and proceeds by

22    first-order kinetics at essentially the same rates in

23    both quartz and borosilicate ampoules."

24              Did I read that correctly?

25         A.   Yes, that's what it says.

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  So according to Krusic and Roe -- which

3    you're relying on, right?

4          A.  Yes, but there's no data presented for

5    APFO.

6          Q.  According to Krusic and Roe, APFO

7    decomposed at essentially the same rates not just in

8    glass, right, but in quartz as well, right?

9          A.  That's what they say, but --

10         Q.  Can you --

11         A.  -- they provide no data to support that.

12         Q.  Can you cite any literature that rejects

13   this statement by Krusic and Roe in the 2005 report,

14   which is Exhibit 7, and cited in your rebuttal report?

15         A.  No.

16         Q.  Can you cite any test data that you've

17   done or that you have access to or that you're aware

18   of that rejects this statement by Krusic and Roe at

19   Exhibit 7?

20         A.  No.

21         Q.  Now -- see if I understand it correctly,

22   Dr. Hopke.

23         You do not adopt Krusic's and Roe's

24   findings about APFO decomposition as applied to your

25   opinions in this case about Saint-Gobain's or

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    CHEMFAB's processing activities; is that correct?

3          A.   That's correct.  They're irrelevant.

4          Q.   Do you -- strike that.

5               Do you nevertheless adopt Krusic and Roe

6    when it comes to their opinions about PFOA

7    decomposition as applied to Saint-Gobain's processing

8    activities?

9          A.   Okay.  I use them to show that the

10   material decarboxylates.  In order to decarboxylate,

11   it has to lose the ammonia.  In order to lose the

12   ammonia, you then formed PFOA from the APFO.  It will

13   sublime before it decomposes in an open system, where

14   you have good ventilation to dry the fabric.  It will

15   never get to these kinds of temperatures.

16         Q.   What did Krusic and Roe conduct their test

17   of APFO on?

18         A.   I don't understand.

19         Q.   Sure.

20              In this 2005 paper --

21         A.   Yeah.

22         Q.   -- what did Krusic and Roe say they found

23   about APFO in quartz?

24         A.   They say that it decomposed at 196 C.

25         Q.   And what did PFOA -- I'm sorry.

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2                What did Krusic and Roe conduct their --

3      conduct their test on APFO -- well, strike that.

4      Strike that.

5                Did Krusic and Roe also test PFOA in

6      quartz?

7           A.   Yes.

8           Q.   Did you find Krusic and Roe's use of

9      quartz for PFOA to be acceptable in terms of forming

10     your opinions in this case about Saint-Gobain's and

11     CHEMFAB's processing activities?

12                MS. JOSELSON:  Objection.

13                You can answer.

14          A.   Again, the big issue was whether, in the

15     glass study in 2003, there were -- the glass itself

16     was influencing the decomposition.  So they moved to

17     the quartz in order to have a chemically less reactive

18     material in which their system was contained.

19                Again, in both cases, they do show that

20     the system at high enough temperatures will

21     decarboxylate.  The PFOA will decarboxylate, but the

22     point is that if APFO is decarboxylating, it has to

23     lose the ammonium before that can occur.

24          Q.   So let me see if I understand it,

25     Dr. Hopke.

Page 71

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2              Do you find the testing of PFOA in quartz

3    to be reliable for your opinions in this case?

4              MS. JOSELSON:  Objection.  Asked and

5    answered.

6              You can answer it again.

7         A.   In that it does show that there is

8    decomposition, decarboxylation of the PFOA, as one

9    would expect at high enough temperatures.

10        Q.   And do you find the testing of APFO in

11   quartz to be reliable?

12        A.   I don't know, because they provide no

13   data.

14        Q.   But as you sit here today, you don't have

15   any criticism of the use of quartz to test whether or

16   not PFOA or APFO decomposes --

17        A.   No.

18        Q.   -- is that fair?

19        A.   That's fair.  But it's a closed system, so

20   it's a different problem.

21        Q.   At page 2 of your rebuttal report,

22   Dr. Hopke, which is Exhibit 4, at the top you say,

23   "Decarboxylation will only occur in PFOA.  It will not

24   occur in crystalline APFO, where the ammonium ion is

25   ionically bonded to the carboxy acid ion."

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2              Did I read that right?

3         A.   Yes.

4         Q.   Have you seen any paper in the literature

5    that supports that opinion?

6         A.   Not directly.  I mean, again, this is a

7    very standard chemical understanding of the system.

8    In order to have a leaving group, okay, a reaction

9    like this involves temperature increasing the

10   vibrational frequency of the bond that's going to

11   break.

12              If that carboxyl group is still attached

13   to the ammonium ion, or it's bound within a crystal,

14   then that will dampen that vibration to the point

15   where there's no way that that's going to have enough

16   energetics for that bond to break.

17        Q.   Can you cite any paper in the literature

18   that says decarboxylation will only occur in PFOA and

19   not in crystalline APFO?

20        A.   No.

21        Q.   When did you first form --

22              MS. JOSELSON:  Did you finish?

23        A.   But, I mean, people wouldn't be looking

24   for that because they know it couldn't happen.

25        Q.   As you sit here today, can you identify

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    anyone other than yourself who believes that only PFOA

3    decarboxylation will occur and that it will not occur

4    in crystalline APFO?

5            MS. JOSELSON:  Objection.

6        A.  I don't know of anybody, but I haven't

7    looked.  Again, there is no indication of Krusic

8    trying to provide a mechanism.

9        Q.  And if you flip back to Krusic 2004,

10   Dr. Hopke --

11       A.  '3 or '5?  There is no '4.

12           MS. JOSELSON:  I think it's Exhibit 6.

13       Q.  It's Krusic 2004, which is Exhibit 6.

14       A.  '3.  Oh, no, you're right.  Sorry.

15       Q.  That's okay.

16           In fact, Krusic and Roe, don't they state

17   that decarboxylation occurs in crystalline APFO?

18       A.  Well, they say that they put a crystalline

19   APFO in and they get decarboxylation.  They don't

20   really get into the details of the mechanism.

21       Q.  Do they get into the details of the

22   mechanism for PFOA?

23       A.  No.

24       Q.  Now, Dr. Hopke, under the "Experimental"

25   section, which is at page 3801, do you see --

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2        A.   Wrong one.
 3        Q.   It's still Exhibit 6.  So you take your
 4   time and tell me when you're with me.
 5        A.   All right.
 6        Q.   So Exhibit 6 at page 3801 --
 7        A.   Yes.
 8        Q.   -- in the "Experimental" section.
 9             Do you see that?
10        A.   Uh-huh.
11        Q.   Again, this is Krusic and Roe from 2004.
12             Do you see the clause that says, "The APFO
13   was further recrystallized to yield the final sample"?
14             Do you see that?
15        A.   Yes.
16        Q.   And then do you see the actual conclusion
17   of this paper, the first sentence on page 3803, "The
18   experiments described above demonstrate that ammonium
19   perfluorooctanoate decomposes rapidly at the elevated
20   temperatures which are most often used to melt,
21   process, or sinter fluoropolymers."
22             Did I read that correctly?
23        A.   Yes, you did.
24        Q.   And do you agree or disagree with that
25   conclusion?
```

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  Yes, I agree.
 3         Q.  And do you agree that the temperature
 4    range that they're referring to is stated in the first
 5    sentence of the article, 196 degrees to 234 degrees
 6    Celsius?
 7         A.  Yes.
 8         Q.  So when you say that -- strike that.
 9              So you do believe that APFO can
10    decarboxylize, correct?
11         A.  I believe it can dissociate and
12    decarboxylize -- decarboxylate.
13         Q.  Did you ever read the Lines and Sutcliffe
14    article from 1983?
15         A.  I'm not sure.
16         Q.  Just take a look at it.  I'll have a few
17    questions about it.
18              THE WITNESS:  I'm going to cheat and get
19    my reading glasses.
20              MR. FLEMING:  Why don't we go off the
21    record so Dr. Hopke can get whatever he needs.
22              MS. JOSELSON:  His reading glasses.
23              THE VIDEOGRAPHER:  The time is 10:52.
24    We're off the record.
25              (The proceeding recessed at 10:51 a.m.)

Page 76

```
1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2              (The proceeding reconvened at 11:05 a.m.;
3              appearances as before noted.)
4              (The following exhibits were marked for
5              identification:  Hopke EXH 8 and 9.)
6                  THE VIDEOGRAPHER:  The time is 11:05.
7      We're back on the record.  This marks the beginning of
8      Disk Number 2.
9      PHILIP K. HOPKE, PhD, resumes;
10             CONTINUING EXAMINATION BY MR. FLEMING:
11             Q.  We're back from the break.  Are you ready
12     to go, Dr. Hopke?
13             A.  Yes.
14             Q.  Okay.  So I believe I gave you Exhibit 8.
15             Did you have an opportunity to review
16     that, Dr. Hopke?
17             A.  Quickly, but yeah.
18             Q.  Okay.  I'll just note for the record what
19     it is again.  It's Lines and Sutcliffe, and it's a
20     19 -- actually '84 paper in the "Journal of Fluorine
21     Chemistry," right?
22             A.  That's correct.
23             Q.  And it has the name "Preparation And
24     Properties of Some Salts of Perfluorooctanoic Acid,"
25     right?
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.   That's correct.
 3         Q.   And I noted that you said during the break
 4    you had an opportunity to review it quickly.  Would
 5    you like more time to review that, Dr. Hopke?
 6         A.   I don't think so at this time.  I think I
 7    can see what the relevant portions were likely to be.
 8         Q.   Okay.  Well, any time you need more time,
 9    just let me know.
10              And I see that you're taking notes,
11    Dr. Hopke.  Can you tell me what you're writing on
12    your paper there during the deposition?
13         A.   Well, just getting the -- just getting the
14    reference so I can get it later.
15         Q.   Can we mark your notes?  You can continue
16    to use them, but we'll mark them as an exhibit to the
17    deposition.
18         A.   Okay.
19         Q.   That will be out of sequence, but we'll
20    mark it as -- why don't we mark Exhibit 9 now, and
21    then we'll mark your notes as Exhibit 10.
22              MS. JOSELSON:  What are we -- oh.
23         (The following exhibit was identified for the
24         record:  Hopke EXH 9.)
25         Q.   So Exhibit 9, which I'll be asking you
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    about, is a study in the "Journal of Fluorine
 3    Chemistry" by Hercules -- pretty good name -- 2016.
 4    I'll hand that to you, Dr. Hopke, but we're going to
 5    come to that next.
 6                 And then we'll mark your notes as Exhibit
 7    10.  So if you'll put a sticker on your notes, I would
 8    appreciate it.
 9              (The following exhibit was marked for
10              identification:  Hopke EXH 10.)
11                 MR. FLEMING:  And, Emily, you need a copy
12    of Hercules 2017.  That's Exhibit 9.  Hercules,
13    Exhibit 9.
14         Q.  So back to Exhibit 8.
15                 Are you with me, Dr. Hopke?
16         A.  Yeah.
17         Q.  Okay.  Great.
18                 So do you agree with me, Dr. Hopke, that
19    Table 2 of Exhibit 8, the Lines and Sutcliffe article,
20    shows decarboxylation occurring in crystalline APFO?
21         A.  No.  It says "decomposition temperature."
22    We don't know what it's necessarily decomposing into.
23    All this is doing is a thermogravimetric analysis,
24    where you're looking at the weight loss as a function
25    of time and temperature.  And so then the question is
```

Page 79

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2   what -- what exactly is moving from the solid phase
 3   into the gas phase.
 4          Q.  Okay.  So you agree with me that this
 5   article shows a decomposition of APFO, correct?
 6          A.  It shows that they're calling
 7   decomposition the loss of mass from the -- in the TGA.
 8          Q.  And isn't that what decomposition is?
 9          A.  It may also be sublimation.
10          Q.  And this paper refers to it as
11   decomposition, right?
12          A.  They refer to it as decomposition.
13          Q.  Okay.  Have you reviewed this paper before
14   today?
15          A.  Not to my knowledge.
16          Q.  Can you cite any paper that takes issue
17   with Lines and Sutcliffe's conclusions about the
18   decomposition of PFOA as set out in Table 2?
19          A.  No.
20              MS. JOSELSON:  Objection.
21          A.  No.  Because I hadn't analyzed it before
22   now, so I haven't had any chance to look to see what
23   other people have thought.
24          Q.  And if you take a look at Figure 1,
25   Dr. Hopke --
```

```
                                              Page 80
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2            A.   Uh-huh.
 3            Q.   -- does it show a 100 percent loss of the
 4   APFO at 210 degrees Celsius?
 5            A.   Loss, yes, because there's no residual
 6   metal ion to leave a residue, like the other species
 7   in their series of studies.
 8            Q.   And then if you take a look at Exhibit 9,
 9   Dr. Hopke --
10            A.   Okay.
11            Q.   -- which is that Hercules article --
12            A.   Yes.
13            Q.   -- from 2017.
14                 I'll give you an opportunity to review it.
15   I'm just going to ask if you're familiar with this
16   paper, to start.
17            A.   No, I am not.
18            Q.   Do you think you've reviewed this before
19   your deposition?
20            A.   No.
21            Q.   So I have some questions about this
22   article in the "Journal of Fluorine Chemistry" by
23   Hercules, 2017, and you should take the opportunity to
24   review it as much as you would like.
25            A.   Yes, please.
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2                 MS. JOSELSON:  Do you want to go off the

3     record?

4                 MR. FLEMING:  It's up to you.  It doesn't

5     matter to me.  We can stay on the record.

6                 MS. JOSELSON:  I'm going to open the door

7     while he does that, to cool off the air.

8                 MR. FLEMING:  Sure.

9          A.   Okay.  And this is a pretty complex paper

10    with a lot of material in the supporting information

11    that I don't have immediate access to.

12                So, I mean, we can -- we can explore it,

13    but I'm not sure how far we can go without having time

14    to really dig into all of the relevant material.

15         Q.   And what information is missing that you

16    think you need to dig into this?

17         A.   Well, there's the video.  There's the

18    thermal -- there's the TGA graphs in the supplemental

19    material.

20                I mean, again, what's the -- what do you

21    see as the relevance of this?

22         Q.   I'll ask you some questions.

23         A.   Okay.  Then let's see where we go --

24         Q.   Sure.

25         A.   -- but I'm going to have to be very

Page 82

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     cautious about how far I can go without, you know,

3     much of a -- I mean this is a much simpler paper than

4     this one is.

5              Q.  Well, why don't we see what you think of

6     the questions and we'll -- we'll work through it.

7                   But what other information?  You said

8     videos and graphs?  What were you missing from this

9     paper?

10             A.  All the supplemental material.

11             Q.  Okay.

12             A.  Again, the advantage of modern technology

13    is that you can put much more details.  It doesn't go

14    into the print material; it goes into a supplemental

15    file that is downloadable --

16             Q.  Uh-huh.

17             A.  -- including videos and other kinds of

18    graphical material.

19                   So you can put a great deal of additional

20    information that -- that is supportive and still keep

21    the print issue relatively short.

22             Q.  I didn't see any of the supplemental

23    materials for any of the other papers that you cited

24    in your report.

25                   Have you produced any supplemental

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    materials related to those reports?

3          A.  No, they didn't have any supplemental

4    materials.

5          Q.  Did you request any of the

6    supplemental materials from the authors for this

7    report?

8          A.  No, no, no.  Those all come with -- when

9    you publish the paper, you submit both the paper and

10   the supplemental materials.

11          I've had a paper where I had 90-some-odd

12   pages of supplemental materials, enormous numbers of

13   graphs, so people can see all of the details.  But the

14   publisher is not going to want to use its page budget

15   for that material.

16          Q.  All right.  Just on all the other papers

17   that you've relied on, have you reviewed any

18   supplemental materials by the authors for any of them?

19          A.  No.

20          Q.  Okay.

21          A.  No.  If there had been supplemental

22   materials, I would have included them in the materials

23   I brought.

24          Q.  Did you contact any of those authors to

25   see if they had any supplemental materials?

Page 84

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2         A.  No.

3         Q.  So the questions I have really relate on

4    this Hercules article at Exhibit 9, and we'll see what

5    you think, Dr. Hopke.

6              But doesn't this article show that

7    decarboxylation occurs in the pentafluoropropionate

8    salts that are listed in the article?

9         A.  It seems to.

10        Q.  And like magnesium, potassium, calcium,

11   barium?

12        A.  Right, at high enough temperatures.

13        Q.  All of those are heavier than the ammonium

14   in APFO, aren't they?

15        A.  Lithium wouldn't be.

16        Q.  Okay.  I didn't -- I didn't mention

17   lithium, but let's go through it.

18             Magnesium is heavier than the ammonium in

19   APFO, right?

20        A.  Yes.

21        Q.  Potassium is heavier than the ammonium in

22   APFO, right?

23        A.  Yes, and sodium and calcium.

24        Q.  Calcium is heavier than the ammonium in

25   APFO, right?

```
                                                      Page 85

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2         A.   Yes.

 3         Q.   Barium is heavier than the ammonium in

 4    APFO, right?

 5         A.   Uh-huh.

 6         Q.   You have to answer audibly.  Sorry.

 7         A.   Yes.

 8         Q.   "Ses-e-um," "See-see-um"?

 9         A.   "See-zee-um."

10         Q.   Cesium is heavier than the ammonium in

11    APFO, right?

12         A.   Yes.

13         Q.   And I was understanding you to say earlier

14    that APFO can't decarboxylate because the ammonium ion

15    is too heavy.

16         A.   Again, if you get up to high enough

17    temperatures, then you can start to dissociate the

18    ionic bond, and now you can start to de -- but these

19    are significantly higher temperatures.  We're looking

20    at 50 to -- at least, quick read, look like something

21    like 50 to 100 degrees higher Celsius than -- than

22    what we're talking about for the ammonium.

23         Q.   So at Table 1, I see a reference to 196

24    degrees Celsius.

25              Do you see that, Dr. Hopke?
```

Page 86

```
1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2         A.  For the potassium, yeah.
3              And, again, these are also esters, not --
4    we're not -- you know, we're not looking at quite the
5    same chemical moiety as we would be in the
6    perfluorooctanoic acid.
7         Q.  But, again, these are all examples of
8    materials that are decarboxylating that are heavier
9    than the ammonium ion --
10        A.  Right.  But it's got -- it's got --
11        Q.  -- in APFO?
12             You have to let me finish.
13             MS. JOSELSON:  You have to let him finish.
14        A.  Oh, I'm sorry.
15        Q.  That's okay.
16        A.  Yeah.  But it's got an O-O bond in the
17   middle, so it's not -- we're not talking about exactly
18   the same chemistry.
19             And, again, without a lot more detailed
20   understanding of what they're doing here, I really
21   don't really feel comfortable commenting much further.
22        Q.  So to form an expert opinion on that
23   paper, you would need to review more of the materials
24   related to it; is that your testimony?
25        A.  Absolutely.
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  And you haven't done that?
 3         A.  No, because I'm just aware of it today.
 4         Q.  Did you do any kind of comprehensive or
 5   systematic search of the literature on the
 6   decarboxylation of other salts that may relate to
 7   materials that are heavier than the ammonium in APFO?
 8         A.  No, I did not.
 9              MR. FLEMING:  Let's mark another exhibit,
10   Dr. Hopke.  It's another scientific article.
11              Are we up to Exhibit 11?
12              MS. JOSELSON:  Yep.
13         (The following exhibit was marked for
14         identification:  Hopke EXH 11.)
15              MS. JOSELSON:  Thank you.
16              MR. FLEMING:  You're welcome.
17         Q.  So I've just handed you an exhibit,
18   Dr. Hopke, and I'm just going to state what it is for
19   the record.  And then, similarly, you can take, you
20   know, all the time that you would like to review it.
21              My first question, after I state what it
22   is, is going to be:  "Have you ever seen it before,"
23   just to preview that for you.
24              MR. FLEMING:  But for the record,
25   Exhibit 11 is an article called "The Pyrolyses of the
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     Salts of Perfluoro Carbolics" -- I'm sorry --

3     "Perfluoro Carboxylic Acids," and it's by LaZerte,

4     which is L-a-Z-E-R-T-E, from 1953.

5           Q.   And, first, the only question I'll ask

6     until you have an opportunity to look at it,

7     Dr. Hopke:  Have you reviewed this article before?

8           A.   No, I haven't.  It was clearly referred to

9     in the previous article, but -- it said something

10    about studies from the '50s, so this must be it.

11          Q.   Have you ever seen any citation or

12    reference to this LaZerte article?

13          A.   No, I haven't.

14          Q.   Are you aware that it's actually cited in

15    the Krusic and Roe paper from 2004 that you're relying

16    on for your opinions in this case?

17          A.   Yeah, I saw it was cited there, but I

18    didn't go back and look.

19               I mean papers that old are not necessarily

20    as robust as more current literature.

21          Q.   They can be, right?

22          A.   They can be, right.

23          Q.   And they may not be, right?  You would

24    have to review it to be able to form an opinion about

25    how --

Page 89

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING

2        A.  Right.

3        Q.  -- how robust or not it is, right?

4        A.  And -- and, again --

5        Q.  Is that right, Dr. Hopke?

6        A.  Yes.

7             And, again, the fact that the material can

8    decarboxylate is really irrelevant to my opinion,

9    because my opinion is that the material never gets to

10   high enough temperatures to where it would have the

11   potential for decarboxylation.  So basically all this

12   discussion is irrelevant.

13            Okay.

14       Q.  So, Dr. Hopke, in your rebuttal report at

15   page 2, which is Exhibit 4, you had said that, quote,

16   "Decarboxylation will only occur in PFOA.  It will not

17   occur in crystalline APFO where the ammonium ion is

18   ionically bonded to the carboxy acid ion.  The

19   presence of the ammonium ion makes the 'leaving group'

20   too heavy to allow the internal atomic motion needed

21   to proceed to the breaking of the carbon-carbon bond."

22       A.  Uh-huh.

23       Q.  Do you still believe, Dr. Hopke, as you

24   sit here today, that decarboxylation will not occur in

25   APFO because the ammonium ion makes the leaving group

```
                                                    Page 90
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     too heavy?
 3              A.  Yes.
 4              Q.  And we've -- so let's take a look at this
 5     paper that is Exhibit 11 --
 6              A.  Uh-huh.
 7              Q.  -- on that subject.
 8              Does Table 2 show that ammonium
 9     perfluorobutanoate salts can decarboxylate?
10              A.  That they will decarboxylate.
11              Q.  And are the salts listed in LaZerte -- in
12     this LaZerte paper heavier than the ammonium ion --
13     I'm sorry.  Strike that.
14              Are the salts listed in this LaZerte paper
15     heavier than the ammonium in APFO?
16              A.  Yes, except for lithium.  But what you
17     have here is a transfer of a fluorine to the metal,
18     and that's why you get the residual metal fluoride
19     as -- as the mechanism.
20              Again, they're not looking at the decar --
21     they're -- these are both synthesis papers, so they're
22     not looking at the detailed mechanism.  They're
23     primarily looking at how to maximize the yield of a
24     product.
25              Q.  And do they conduct actual tests in this
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     paper, or did they model it?
 3              A.  No, these are laboratory experiments.
 4              Q.  And do they show that ammonium
 5     perfluorobutanoate thoroughly decomposes to
 6     form 1H-Perfluoropropane, ammonia, and CO2?
 7              A.  That's what they report.
 8              Q.  Do you have any basis to dispute that
 9     that's what occurs?
10              A.  No.
11              Q.  Dr. Hopke, would you agree that a rate
12     determining step is a chemical reaction or phase
13     transition that is the slowest step in a series of
14     reactions which determines the overall rate of
15     reaction?
16              MS. JOSELSON:  Objection.
17              A.  Yes, within an overall mechanism.
18              Q.  So if you have two reactions in a series,
19     the slower one is the rate at which the overall
20     reaction will occur; is that fair?
21              A.  Yes, depending on what the relative values
22     are.  I mean they can be very close and not -- again,
23     it depends on whether the second step is a rapid one
24     or a...
25              Q.  So, as an example, if one reaction occurs
```

Page 92

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2     in an hour, one hour, and the next occurs in one
3     second, the overall rate of reaction would be one
4     hour; is that correct?
5              A.  Roughly.
6              Q.  It isn't averaged or affected by the
7     faster rate, right?
8              A.  No, but the overall rate would still take
9     that second.
10              Q.  So it would be an hour plus a second.
11              A.  (The witness indicated nonverbally.)
12              Q.  Is that right?
13              A.  Yes.
14              Q.  Dr. Hopke, am I correct that you came up
15     with the idea of sublimation after you made your
16     conclusions about emissions of PFOA in your class
17     certification report and declaration?
18              MS. JOSELSON:  Objection.
19              A.  No.  That was part of the overall thought
20     and process in the beginning.
21              Q.  Let's take a look at your prior
22     transcript, together with a document called
23     the "Acknowledgment of Deponent."
24              A.  Uh-huh.
25              (The following exhibits were marked for

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2              identification:  Hopke EXH 12 and 13.)
 3                   MR. FLEMING:  So I've marked your prior
 4      transcript as Exhibit 12.  This is the transcript of
 5      your deposition in this case dated April 3, 2018.
 6                   And then the Acknowledgment of Deponent --
 7      which is you, Dr. Hopke, of course -- dated May 9,
 8      2018, and that's Exhibit 13.
 9                   MS. JOSELSON:  Thanks.
10                   MR. FLEMING:  You're welcome.
11          Q.  Dr. Hopke, as I grab my copy, I was going
12      to direct you to -- feel free to look at all of it
13      that you'd like, but my questions will be related to
14      the testimony at pages 230 and 232.
15          A.  Well...
16          Q.  So, Dr. Hopke, on Exhibit -- the
17      acknowledgment there -- I'm sorry.  Which exhibit is
18      the acknowledgment?  Is it a separate document?
19          A.  This is 13.
20          Q.  Yeah.  If you could explain to me what
21      your understanding is of Exhibit 13.
22          A.  That's where I attempted to correct things
23      where -- you know, there were some questions that I
24      was not as clear as I needed to be in the original
25      deposition.
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  So you tried to -- if I'm understanding
 3   you right, you reviewed your transcript previously --
 4         A.  Yes.
 5         Q.  -- is that fair?
 6         A.  Yes.
 7         Q.  And did you review it?
 8         A.  Yes.
 9         Q.  And you tried to identify things that you
10   believe were not as clear as you would have liked; is
11   that correct?
12         A.  That's correct.
13         Q.  Were any of the areas where you were not
14   as clear as you would have liked in your prior
15   testimony also errors in your prior testimony?
16         A.  I don't think they were errors.  It's just
17   more a matter of -- of making things as clear and --
18   and precise as possible.
19              And, again, this is my first time ever
20   doing this, and, you know, I'm not -- I'm not used to
21   being under this kind of interaction.
22         Q.  Okay.  So, Dr. Hopke, at your deposition
23   at page 230 --
24         A.  Uh-huh.
25         Q.  -- at line 2 --
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.   Uh-huh.

3          Q.   -- I had asked you, quote:  "Dr. Hopke,

4     earlier in the deposition you mentioned the concept of

5     sublimation, right?

6               "Do you recall that?"

7               And you answered:  "Yes."

8               And then I asked:  "That's not mentioned

9     in either your merits or your class certification

10    report, correct?"

11              And you said:  "Correct.  I found that

12    information later."

13              So as you sit here today, is it still the

14    case, is it still true, that you believe that you

15    found your information on sublimation after you

16    submitted your class certification report in this case

17    and after you submitted your merits report in this

18    case?

19         A.   Okay.  What I found afterwards was the

20    details in the Barton and Zhu papers, which I had not

21    included in the original certification report.

22              So my concept was sublimation.  I avoided

23    using the word because I was not sure that it would be

24    commonly understood what I meant.  I tried to describe

25    it -- describe what I did in more conceptual terms.

Page 96

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                Now we're trying to provide greater
 3      clarity and -- and explication by getting into a much
 4      more detailed and -- and a description of what I
 5      believe happens.
 6                Q.  When did you first read the paper that
 7      gave you this idea for sublimation?
 8                MS. JOSELSON:  Objection to form.
 9                You can answer.
10                A.  There wasn't a paper that did that.  It
11      was my conceptualization of how this process was
12      working.
13                Q.  Do you see at page 231, Dr. Hopke, I asked
14      you at your prior deposition --
15                A.  Uh-huh.
16                Q.  -- "When was it that you first read this
17      paper that you seem to remember gave you this idea?"
18                And you answered:  "About a week ago.  I
19      did another follow-up search on this."
20                Is that correct or incorrect?
21                MS. JOSELSON:  Objection.
22                A.  Again, what I found later was the Barton
23      2009 and the Zhu paper, which supported the original
24      conceptual framework and gave it more specificity than
25      I had in the prior.  And, again, I was not as clear as
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2      I should have been here.

3           Q.  And, Dr. Hopke, you didn't make any

4      corrections in your acknowledgment relating --

5      relating to any of the testimony that we just

6      discussed, right?

7           A.  No.  No, I did not.

8           Q.  So, Dr. Hopke, if we could go back to

9      page 2 of your rebuttal report.

10              In the middle there -- this is Exhibit 4.

11     Are you with me? --

12          A.  Yes.

13          Q.  -- there's an equation, right?

14          A.  Yes.

15          Q.  What is this equation?

16          A.  It's an equation that provides the vapor

17     pressure as a function of temperature, taken from the

18     Barton 2009 paper.

19          Q.  And is this the vapor pressure for APFO or

20     PFOA?

21          A.  The vapor pressure of -- I'm not entirely

22     certain.  Let me look at the Barton paper so we don't

23     make errors here.

24              It's APFO.

25          Q.  And is the formula for the vapor pressure

                                          Page 98

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2    of APFO important to your opinions in this case?
3          A.   Yes, because what they are really
4    measuring in the Barton paper is, again, a way of
5    estimating -- okay.  So they're making vapor pressure
6    measurements.  So they're not actually measuring APFO;
7    they're measuring the vapor pressure, the change in
8    vapor pressure.
9          Q.   So maybe walk me through just some of
10   these codes here.
11              You see the "LN" and, in parentheses,
12   "(P/PA)" on the left side of the equation?
13         A.   Yeah.  That's the natural log of the
14   measured pressure to atmospheric pressure.
15         Q.   And then on the fraction on the other side
16   of the equation, the denominator has the letter "T."
17         A.   That's temperature.
18         Q.   "T."
19              And did you actually run calculations
20   using this formula yourself?
21         A.   Yes.  That's how I got the 143 pascal at
22   150 C.
23              Am I right?  I may have --
24         Q.   And that's my question --
25              MS. JOSELSON:  Did you want to look?

```
1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2                   THE WITNESS:  No, that's okay.
3         Q.   And that's my question, Dr. Hopke.
4              Can you explain to us how you get that
5    figure that you just discussed of 100 degrees Celsius
6    to be 4.5 pascals, based on this equation, for APFO?
7                   MS. JOSELSON:  Objection to form.
8         A.   Huh?
9         Q.   How do you get -- did I read it right?
10   How do you get 4.5 pascals based on this equation at
11   100 degrees Celsius?  Can you calculate it?
12        A.   No.  That was 100.  It's estimated to be
13   4.5, and I think I took that from the Barton paper.
14        Q.   So let me see if I get it again.
15             At 100 degrees Celsius under this formula,
16   I'm understanding you to say that you get 4.5 pascals;
17   is that correct?
18        A.   That's my recollection.
19        Q.   And that's what you wrote in your report,
20   right?
21        A.   Yes.
22        Q.   So we could not get that figure based on
23   this formula.
24        A.   Okay.
25                  MS. JOSELSON:  I'm going to object to the
```

```
                                              Page 100

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2      form.
 3              Q.  Can you walk us through how you got it.
 4      Can you calculate it.
 5              A.  I would have to dig out my notes and
 6      spreadsheet to -- to be able to do that.
 7              Q.  Could you do it with a calculator?
 8              A.  I don't know.  I mean I would be more
 9      comfortable getting back to the spreadsheet that I
10      used to develop it.
11              Q.  Have you produced the spreadsheet that you
12      used to develop this to us?
13              A.  No, I didn't.
14              Q.  Is it a spreadsheet that you relied on to
15      form your opinions in this case?
16              A.  It was just to do the calculation.
17      Calculations.
18                  MR. FLEMING:  Did we mark Barton 2009?
19                  MS. JOSELSON:  I don't think so.
20                  THE WITNESS:  It's part of the -- Exhibit
21      5.
22                  MR. FLEMING:  Okay.  So let me grab my
23      copy, and we'll figure out how we can mark it as an
24      exhibit.  All right.
25                  THE WITNESS:  It would be 5C.
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                   MR. FLEMING:  Maybe.
 3                   MS. JOSELSON:  It's noon.  What are your
 4    thoughts about a break?
 5                   MR. FLEMING:  I'm going try to continue
 6    the question that I've got here.  But I would say,
 7    Emily, maybe 15 minutes, if that's okay for you.
 8                   MS. JOSELSON:  Okay.
 9                   MR. FLEMING:  If, Dr. Hopke, or -- you
10    know, or Emily, you want to break for lunch sooner
11    than that --
12                   THE WITNESS:  No, that's fine.
13                   MR. FLEMING:  -- that's certainly fine,
14    but I would like to complete this question that I'm
15    trying to get out.
16                   THE WITNESS:  Sure.  Let's get through
17    that.
18                   MS. JOSELSON:  Off the record or whatever,
19    these questions are referring to his report at page 2?
20    Is that what you said?
21                   THE WITNESS:  Yeah, here (indicating).
22                   MS. JOSELSON:  Okay.  And here
23    (indicating), right?
24                   THE WITNESS:  And there (indicating).
25                   MS. JOSELSON:  Yep.  And here
```

Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 103 of 225

```
                                              Page 102

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    (indicating), right?
 3              Dr. Hopke?
 4              THE WITNESS:  Yeah.  This one is the one
 5    where it's 4.5.
 6              MS. JOSELSON:  All right.
 7         Q.  So you have Barton 2009?
 8         A.  Yeah.
 9              MR. FLEMING:  Are we on the record or off
10    the record?
11              THE VIDEOGRAPHER:  You're on.
12              MR. FLEMING:  We're on.  Okay.
13         A.  So it's Equation 6.
14         Q.  Okay.  So, Dr. Hopke, coming back to this
15    now, why don't we mark your copy of that as -- is it
16    5C now?
17         A.  Exhibit 5C would be the next one.
18         Q.  That would be logical.
19              So this was another document that was in
20    that composite collection that you brought with you to
21    the deposition, right?
22         A.  Yes.
23         Q.  And we're going to break out Barton 2009
24    as Exhibit 5C that you will have in front of you.
25              MR. FLEMING:  I'll get you a copy.
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2               MS. JOSELSON:  Thank you.

3               MR. FLEMING:  You're welcome.

4               5C.

5          (The following exhibit was marked for

6          identification:  Hopke EXH 5C.)

7          Q.  Okay, Dr. Hopke.  So you see at page 754

8   of Barton 2009 --

9          A.  Yeah.

10          Q.  -- you cite an Equation 7, but there is no

11   Equation 7, right?

12          A.  Well, it must be a typo, because it's

13   Equation 6, yep.

14          Q.  Okay.  But Equation 6 is not the same as

15   your equation in your report, right?  For APFO, right?

16          A.  Okay.

17          Q.  Am I right, Dr. Hopke?

18          A.  Yes, that's correct.

19          Q.  And, in fact, the numerator for the actual

20   formula in Barton 2009 that you're relying on is minus

21   10936 over T, right?  And you have 10695 over T,

22   right?

23          A.  That's correct.

24          Q.  And then the added constant there, the

25   correct one in Barton 2009 is 30.814, right?

```
                                                        Page 104
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.   Yes.
 3         Q.   Not 37.292, right?
 4         A.   Correct.
 5         Q.   If you actually apply this formula, do you
 6    know how big of a difference it yields from the
 7    formula that you would get for APFO that's incorrectly
 8    cited in your report?
 9              MS. JOSELSON:  Objection to the form.
10         A.   Not until I do the calculation.
11         Q.   Would it surprise you if it's a factor of
12    1,000?
13         A.   Yes.
14         Q.   That's a pretty big difference, right?
15         A.   I don't believe you calculated it
16    correctly, then.  Did you use the temperature in
17    degrees Celsius or in degrees Kelvin?
18         Q.   Celsius.
19         A.   Kelvin.  Thermodynamic equations are done
20    in Kelvin.  So that's divided by 373, not -- not 100.
21         Q.   In your paper, you did 100 degrees
22    Celsius, right?
23         A.   Right.  But when you plug it into the
24    equation, people who know thermodynamics know that you
25    report temperatures and calculate in Kelvin.
```

1             PHILIP K. HOPKE, PhD - BY MR. FLEMING

2        Q.   Okay.  So you, as you sit here today,

3   won't agree or necessarily agree or don't necessarily

4   agree that the difference would be a factor of 1,000,

5   right?  Is that fair?

6        A.   I would -- I cannot imagine it could be a

7   factor of 1,000.

8        Q.   Okay.  As you sit here today, can you tell

9   me how big of a difference it would be if you applied

10  the correct formula that Barton 2009 cites for APFO as

11  opposed to the incorrect one that you cited in your

12  report submitted in this case?

13            MS. JOSELSON:  Object to the form.

14       A.   Not -- not quantitatively.  It's not going

15  to be as -- anywhere near that big.

16       Q.   Okay.  So not near as big as a

17  thousandfold difference, but can you tell me in any

18  way how big of a difference it would be?

19       A.   Less than a factor of 10 would be my

20  expectation.  And less than that, likely.

21       Q.   And I -- I take it, since you cited this

22  formula, that you haven't considered whether or not a

23  factor of 10 would be important to your opinions in

24  this case, that differential, before this deposition?

25       A.   Again, it's not going to make -- okay.

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     This, I think -- I think what happened is I got this
 3     from the thesis, and it got changed when she put it
 4     into the -- into the paper.
 5              Q.  And you would rely on the one that's in
 6     the paper, right?
 7              A.  The paper would be the more reliable one,
 8     and I -- I --
 9              Q.  Is that the peer --
10              MS. JOSELSON:  Let him finish.
11              MR. FLEMING:  Sorry.
12              Q.  Go ahead.  Sorry.
13              A.  And I -- I should have used the paper one.
14              Q.  Okay.  Because that's peer-reviewed,
15     right?
16              A.  Right.
17              Q.  But you haven't calculated, again -- and
18     then we can end this -- to make sure I have it right,
19     you haven't calculated what the difference would be if
20     you actually ran the correct formula for the vapor
21     pressure of APFO or its effect on your opinions?
22              MS. JOSELSON:  Object to the form.
23              Q.  Is that correct?
24              A.  I have not done that.
25              MR. FLEMING:  Okay.  Thank you for letting
```

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 108 of 225

```
                                              Page 107
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    me finish that line of questions.  I'm fine taking
 3    lunch now, if that's what everyone would like --
 4               THE WITNESS:  Yeah, that would seem like a
 5    good idea.
 6               MR. FLEMING:  -- instead of continuing for
 7    a bit.  I don't think I would, you know, finish before
 8    lunch, so it's matter of, you know, being able to get
 9    out of here, you know, before then and take lunch
10    later.  So, basically, if everyone wants to eat lunch
11    now, now is a good time.
12               THE WITNESS:  Okay.  Do you have a feeling
13    for how much more?
14               MS. JOSELSON:  What time would you like to
15    come back?
16               THE VIDEOGRAPHER:  The time is 12:01.
17    We're off the record.
18          (The proceeding recessed at 12:01 p.m.)
19          (The proceeding reconvened at 1:04 p.m.;
20          appearances as before noted.)
21               THE VIDEOGRAPHER:  The time is 1:05.
22    We're back on the record.
23               MR. FLEMING:  So we're back on the record
24    after our lunch break.  It's about 1 o'clock.  I guess
25    we were off for about an hour.
```

1       PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    PHILIP K. HOPKE, PhD, resumes;

3          CONTINUING EXAMINATION BY MR. FLEMING:

4          Q.  But, Dr. Hopke, I understand from what

5    your attorney has told me during the break that you

6    may have some further comment that you would like to

7    make, based on whatever you were doing at lunch.

8          A.  Yeah.  We were able to get some help with

9    calculating exponential functions, which my calculator

10   on the phone won't do.

11              And so we discovered that, in fact, the

12   vapor pressures that are reported, 4.5 pascals for 100

13   degrees C and 143 for 150 C were, in fact, correct.

14   The typos are in the equation, which should, in fact,

15   correspond to Equation 6.

16              So on that line before the equation, it

17   should actually say, "Based on Equation 6 in Barton

18   2009."

19              The numerator of the first term on the

20   right side of the equation should be 10936 and the

21   additional term should be 30.814, as per Equation 6 in

22   Barton.  And then you'll get the 143 and the 45 when

23   you calculate it using degrees Kelvin.

24              And you'll note in the Barton paper in the

25   Figure 2, that the axis -- the x-axis is labeled as

1             PHILIP K. HOPKE, PhD - BY MR. FLEMING

2       Kelvin.

3             Q.  And did you calculate even in Kelvin that

4       the order of magnitude, in fact, was over 1,000 with

5       the --

6             A.  It was more -- it went from -- yeah, it

7       went from 4.5 to 5600.

8             Q.  And that 150 degrees Celsius or 423.15

9       Kelvin, it went from 144 to 16,000 -- I'm sorry --

10      165,591.

11            Does that sound right to you?

12            A.  Right.  But that's -- if I -- if I had

13      plugged -- if I had actually plugged that into the

14      spreadsheet, I would have recognized my mistake

15      instantly.

16            Q.  And I think at your prior deposition,

17      there were occasions in which you referred to "we,"

18      and you jokingly said "the imperial 'we,'" meaning

19      you.

20            A.  Yes.

21            Q.  Now when you're saying "we," who do you

22      mean?

23            A.  No, it's me.

24            Q.  What's you?

25            A.  It's all me.

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2          Q.  Okay.  So I take it, though, you -- on the
 3     phone, you were talking to somebody.
 4          A.  Yeah.  I was talking to Gary Davis.
 5              MS. JOSELSON:  Huh-uh.
 6          Q.  And --
 7              THE WITNESS:  Huh?
 8          Q.  -- Gary Davis --
 9              MS. JOSELSON:  Kathy -- Kathy Dare.
10              THE WITNESS:  Well, but Gary was the one
11     that actually did the calculation.  The second call --
12     we had a double.
13              MS. JOSELSON:  Today you were talking --
14              MR. FLEMING:  Let him answer.
15              MS. JOSELSON:  -- to Kathy Dare.
16              MR. FLEMING:  Let him answer, Emily.
17          A.  I talked with Kathy, and when the call
18     back, it came back from both Kathy and Gary.
19          Q.  Okay.  And did you say Gary Davis did the
20     calculation?
21          A.  Yeah.
22          Q.  And he's the plaintiffs' attorney in this
23     case, right?
24          A.  Right.  But you just plug it into Excel.
25          Q.  And was it Gary Davis who typed in this
```

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 112 of 225

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    incorrect formula into your report?

3           A.   No.

4           Q.   Who typed that incorrectly into your

5    report?

6           A.   I must have done it.  I don't quite know

7    how.  Because I clearly had the right -- right formula

8    in when I was doing the calculation, so I'm not sure

9    how it happened.

10          Q.   So just to make sure I have it right,

11   Dr. Hopke, in your report, when you had the equation

12   negative 10695 over T, that should be negative 10936

13   over T; is that correct?

14          A.   That's correct.

15          Q.   And when you have it in your report --

16   your rebuttal report again, of course, Exhibit 4 --

17   37.292, that's incorrect, right?

18          A.   That's incorrect.

19          Q.   It should be, did you say, 30.814?

20          A.   That's correct.

21          Q.   Dr. Hopke, in your rebuttal report at

22   page 3, there's a sentence -- you tell me when you're

23   there.

24               Okay.  There's a sentence at number 3, the

25   last -- second-to-last sentence of that paragraph,

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     begins "In this spreadsheet..."

3          A.  Uh-huh.

4          Q.  So it says, quote, "In this spreadsheet,

5     the Algoflon D3312 dispersion did not identify the

6     surfactant contained as APFO, but we know from other

7     documents that it was."

8          It continues, "I did not use the

9     spreadsheet I was questioned about in my deposition to

10     calculate the omissions in my report, Exhibit 20,"

11     close quote.

12          A.  Right.

13          Q.  And I would like to ask you about that.

14          A.  Sure.

15          Q.  So first, Dr. Hopke, when you say "we know

16     from other documents that it was," who is the "we"

17     there?

18          A.  This is the collective team that has

19     accumulated material for this.

20          Q.  Who was on the team?

21          A.  Mr. Davis, Ms. Joselson, Gary Yoder,

22     etcetera, etcetera.

23          So I'm not sure who precisely has, you

24     know, arranged to get this material from Saint-Gobain,

25     but, you know, I -- I'm obviously not the one who

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     collected the original material, but -- so, in that

3     case, it really is part of the overall team.

4           Q.   And what other documents is the team

5     referring to in the sentence here that we just read?

6           A.   Okay.

7                MS. JOSELSON:   Object to the form.

8                But you can answer.

9           A.   Okay.   Two things:   One, if you look at

10    the "Components" tab of Exhibit 20, which I brought

11    along --

12           Q.   Thank you, sir.

13                Was that within that composite Exhibit 5,

14    what you have in your hand there?

15           A.   Yes.   Yep.

16                MR. FLEMING:   Okay.   So why don't we, if I

17    may -- and I appreciate you giving it to me or

18    identifying it for me.   Can we make that 5D, I think

19    we're up to.

20                (The following exhibit was marked for

21                identification:   Hopke EXH 5D.)

22           Q.   So you have a copy already, or is this

23    your only copy, this 5D?

24           A.   That's my only copy.

25           Q.   Okay.   Well, I certainly want you to have

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    the ability to have that in front of you.  I think I

3    may have a copy, so let me see if I can match it up.

4           A.  The key is having the right tab.  And it's

5    a very wide spreadsheet, so it's one specific portion

6    of it.

7           Q.  Okay.  So, Dr. Hopke, I'm going to hand

8    you what was marked as Exhibit 20 at your prior

9    deposition.  Okay?

10          A.  Uh-huh.

11          Q.  And we're going to mark that as Exhibit 14

12   as well to this deposition.  So I'll put a sticker on

13   there.

14          A.  Okay.

15          Q.  So it's got two exhibit numbers.

16          (The following exhibit was marked for

17          identification:  Hopke EXH 14.)

18             MR. FLEMING:  All right.  And, Emily,

19   here's a copy of the document.

20             MS. JOSELSON:  Thank you.

21          Q.  So the spreadsheet that was included in

22   Exhibit 20 last time, right, did not include the page

23   that you're identifying now --

24          A.  Yes, I did.

25          Q.  -- as Exhibit 5D?

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  Absolutely, it does.  There are multiple
 3    tabs, as you can see at the bottom.
 4         Q.  Okay.  Sorry.  I don't mean to interrupt
 5    you.  But I think I understand what you're saying, but
 6    let me see if I can ask the question better --
 7         A.  Okay.
 8         Q.  -- and see if -- see if I do.
 9              So the physical hard copy, Exhibit 20,
10    that we used at your prior deposition did not include
11    this page, which is 5D, that you've brought with you
12    today, right?
13         A.  That's correct.
14         Q.  But if I'm understanding you correctly,
15    it's your testimony that this spreadsheet, when it's
16    viewed on a computer, has other tabs?
17         A.  Right.
18         Q.  And by accessing at least one of those
19    other tabs, you can generate this 5D.
20              Do I have that right?
21         A.  That's correct.
22         Q.  Okay.
23         A.  If you look at the bottom there, you'll
24    see the other tabs marked out.
25         Q.  Okay.  So when you say that you did not
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    use this spreadsheet that is Exhibit 20, did you

3    consider any of the information that was in Exhibit 20

4    in forming your opinions in this case?

5          A.  Not for the rebuttal report.

6          Q.  Did you consider -- did you consider --

7          A.  Again, we went over this in the

8    deposition, and you -- we recognized that that

9    spreadsheet, which was for -- excuse me -- the

10   Merrimack -- the Exhibit 20 spreadsheet, which was for

11   the Merrimack potential emissions from all 32

12   potential lines really could not include any and could

13   not be directly applied to Bennington, where there

14   could be only 13 lines.

15         Q.  And do you still agree that that is the

16   case; it could not be applied to the 13 lines?

17         A.  Not for the total.  One could look at any

18   of the subtotals that were likely there.

19              However, we had Exhibit 19, which

20   represented the emissions from the -- again, a

21   Saint-Gobain-generated spreadsheet from 2001 that

22   looked at the Bennington plant and listed out

23   surfactants.  And that's -- that's the spreadsheet we

24   used to get the total of the 6,952 pounds of

25   potential -- of emissions.

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  So let me see if I understand.

3              I'll ask you, Dr. Hopke, did you utilize

4     the information that is contained in Hopke Exhibit 20

5     in the hard copy, the three pages double-sided, in

6     forming your opinions in your rebuttal report?

7              MS. JOSELSON:  Object to the form.

8          A.  No.

9          Q.  Did you utilize -- the three pages that

10    are in Exhibit 20, did you consider them in any way,

11    in forming the opinions in your class certification

12    report in this case?

13         A.  I don't think so.  I think that came

14    later.  It certainly was something that we had looked

15    at with regard to the deposition, but I don't think we

16    looked at it for the certification report.

17         Q.  Okay.  So if I'm understanding you right,

18    you think you may have reviewed Exhibit 20 in advance

19    of the deposition, but after you put it in your

20    report; is that correct?

21              MS. JOSELSON:  Object to the form.

22         A.  I think so.

23         Q.  Okay.  And when you refer to "we" there,

24    who were you referring to?

25         A.  Me.  I'm sorry.  I keep doing that.

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 119 of 225

```
                                                  Page 118

 1                PHILIP K. HOPKE, PhD - BY MR. FLEMING

 2          Q.   That's okay.   I'll just try to get clarity

 3   from you.

 4          A.   I understand.

 5          Q.   So then on Exhibit 5D, like Doug, to your

 6   current deposition, there -- and you've handed me a

 7   copy of it -- can you just explain to us what you're

 8   relying on this for.

 9          A.   Right.   Okay.   Again, it's listing out the

10   ingredients in the surfactant mixtures.

11               And if you come over to the column that is

12   listed as "Algo D3312X," the only component that they

13   list as being in that material is ammonium

14   perfluorooctanoate.

15          Q.   And can you explain to us if there's any

16   quantification of how much APFO is in there?

17          A.   That spreadsheet says there's .330

18   percent.

19          Q.   .330 percent, correct?

20          A.   That's correct.

21          Q.   Do you know the other constituents of it?

22          A.   No.

23          Q.   Do you have any information on how it was

24   utilized, what processes?

25          A.   Well, again, this was hypothetical for --
```

Page 119

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    for Merrimack.  So, no, I'm not certain of that.
 3              The other thing we know about 3312 is the
 4    deposition of Peter Knapp, who also said that 3312
 5    contained APFO.
 6         Q.  Did you review anyone else's -- well,
 7    strike that.
 8              Did you review Peter Knapp's deposition --
 9         A.  Yes, I did.
10         Q.  -- transcript?
11         A.  Yes.
12         Q.  When did you review that?
13         A.  I first reviewed it last fall, I reviewed
14    it again prior to the deposition, and then I reviewed
15    it again a couple of weeks ago.
16         Q.  Did you review any other depositions in
17    this case?
18         A.  Not for the rebuttal report.
19         Q.  So let me ask you, if I could -- if this
20    makes sense to you -- since your last deposition, it
21    sounds like you re-reviewed the Peter Knapp
22    deposition; is that correct?
23         A.  That's correct.
24         Q.  Did you review any other transcripts since
25    your last deposition?
```

```
                                              Page 120
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.   No, I have not.
 3         Q.   Okay.  And do you have any information on
 4    how this Algoflon -- strike that.
 5              Do you have any information on whether or
 6    not Algoflon 3312 -- sorry.  I'll hand it to you.
 7         A.   Yeah.  3312X, yeah.
 8         Q.   So let me ask it again.  I'm sorry,
 9    Dr. Hopke.
10         A.   Sure.
11         Q.   Do you have any information on whether
12    Algoflon D3312X was used in Bennington or
13    North Bennington?
14         A.   Right.  And that comes from the
15    Exhibit 19, which lists the materials that were used,
16    and that includes Algoflon D3312.
17              (The following exhibit was marked at a previous
18              deposition:  Hopke EXH 19.)
19         Q.   And am I right, Dr. Hopke, that the
20    Exhibit 19 from your prior deposition you're referring
21    to is called "Actual Raw Material Use, Saint-Gobain,
22    Merrimack, New Hampshire"?
23         A.   That's --
24         Q.   Is that correct?
25         A.   That's correct.  Although the sheet I have
```

1         PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    says "Table 7, Actual Raw Material Used, Saint-Gobain,

3    Bennington."

4         Q.  Okay.  I did not see that.  I see that

5    now.  Thank you, Dr. Hopke.

6         A.  So to the best of my knowledge, this is --

7    this is Saint-Gobain's understanding of the materials

8    they were using.

9         Q.  And what do you base that on, that this

10   is --

11        A.  This came from Saint-Gobain, so...

12        Q.  It came from Saint-Gobain, what?  Table 7?

13        A.  Yeah.

14        Q.  And are you basing your view that this was

15   used in Bennington, Vermont, on anything other than

16   this document?

17        A.  No.  Well, yes.  I mean, again, we have --

18   Mr. Knapp's deposition said that this material was

19   being used.

20        Q.  Okay.  And I note, Dr. Hopke, that this

21   Table 7 refers to D3312 Algoflon, right?

22        A.  Yes.

23        Q.  And the document you showed me before

24   referred to D3312X Algoflon, right?

25        A.  Yes.

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 123 of 225

Page 122

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  Are they the same thing?

3          A.  I'm not sure.

4          Q.  What have you done to assess whether or

5   not they are the same thing, if anything?

6          A.  I have tried looking on the internet, but

7   there's not a lot of detail available.

8          Q.  Other than you ran Google searches or

9   something?

10         A.  Yes.

11         Q.  Other than surfing the internet to see if

12  there's a difference between D3312 Algoflon and D3312X

13  Algoflon, have you done anything else?

14         A.  No.

15         Q.  Do you have any information, if it was

16  used in Bennington, Vermont, in what processes it was

17  used in Bennington, Vermont, either D3312 Algoflon or

18  D3312X Algoflon?

19             MS. JOSELSON:  Object to the form.

20         A.  Okay.  The only thing I can tell is that

21  it was used in relatively large amounts, according to

22  the spreadsheet.

23         Q.  Do you know what, if any, processes or

24  products it was used with?

25         A.  No, I do not.

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  Dr. Hopke, at -- I believe it's your

3     Exhibit 7.  It's that Krusic 2005 paper.

4          A.  Uh-huh.

5          Q.  Do you have it in front of you?

6          A.  I can bring it back up.

7          Q.  Do you remember on page 1514, it had the

8     statement by Krusic about the decomposition of APFO in

9     quartz?

10              Do you remember that, on the right column?

11         A.  Yes.

12         Q.  And I think I was understanding you to say

13    that you didn't know if that data was reliable -- I'm

14    sorry.  Strike that.

15              Do you believe that that statement is

16    reliable?

17         A.  I don't know, because the corresponding

18    data is not provided in the paper.

19         Q.  And, Dr. Hopke, if you look just in -- in

20    the left column that's in the right column, beginning

21    with the paragraph -- with the word "Previously" --

22         A.  Uh-huh.

23         Q.  -- doesn't it run through the data?

24         A.  No.  That's the sodium borosilicate glass.

25    That's the 2004 paper that we looked at before, and we

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     questioned that because of the presence of the

3     transition metals in the -- in the glass.

4          Q.  Do you see the last sentence of the

5     paragraph that begins with the word "Previously"?

6          A.  Uh-huh.

7          Q.  Can you read out loud, "It was,

8     therefore..."  Can you read that sentence.

9          A.  "It was, therefore, of interest to examine

10    APFO thermolysis in flame-dried quartz ampoules in

11    order to ascertain whether the APFO decompos" --

12    "decompos" -- "decomposition process was also

13    sensitive to the type of reactive surface."

14          Q.  And do you see the next paragraph, where

15    it actually provides the data relating to this

16    experiment?

17          A.  Okay.  Yes.  But, again, in the other

18    cases we were provided with nice, detailed data.  We

19    were not provided with nice, detailed data here.  So

20    it's -- it's less compelling because the -- one would

21    have liked to have seen parallel kinds of information

22    as they provided for in Figures 3 and 4.

23          Q.  So let's discuss that, Dr. Hopke.

24             In the paragraph there in the left column,

25    it tells you the temperature range that the APFO was

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    studied at quartz, right?  196 to 234 degrees Celsius?
 3          A.  Yes.
 4          Q.  And does it tell you the amount of
 5    starting material that was used?
 6          A.  Yes.  Well, yeah, it tells us...
 7          Q.  And does it identify the internal mass
 8    standard that was used?
 9          A.  Yes.
10          Q.  Does it tell you the observed rate
11    constants?
12          A.  It -- it gives us the parameters of the
13    rate constants, yeah.
14          Q.  Does it tell you the associated activation
15    parameters?
16          A.  Yes.
17          Q.  Does it tell you the amount of
18    perfluorooctanamide that was observed?
19          A.  Yes.
20          Q.  Does it tell you the yield of that minor
21    product?
22          A.  Yes.  It tells us it was found to decrease
23    monotonically, moderate.  It says modest amounts.
24          Q.  Does it tell you the effective temperature
25    on that yield?
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  Yes.
 3         Q.  Does it tell you the half-life of APFO in
 4    quartz?
 5         A.  Yes.
 6         Q.  And was it 2 seconds at 307 degrees
 7    Celsius?
 8         A.  Yes.
 9         Q.  So what information is provided for PFOA
10    decomposition in this paper that you find to be
11    important that is not provided for APFO?
12         A.  Again, it would be nice to see the time
13    course that they show in Figure -- Figures 2 and -- or
14    3 and 4, rather.
15         Q.  So I -- go ahead.  Go ahead.
16         A.  Again, just for completeness, it would
17    have been much better to have shown all of the
18    results.  I mean with an NMR, they should be able to
19    get fast enough response to be able to show, even over
20    that short time, what the time course looked like.
21         Q.  So it does show that APFO and quartz
22    decomposed in -- for a half-life of 2 seconds at 307
23    degrees Celsius, right?
24         A.  Right.
25         Q.  And while, in your view, it may have been
```

Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 128 of 225

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    nice to provide more time course information, does

3    that render this unreliable, in your view?

4            MS. JOSELSON:  Object to the form.

5        A.  No, it doesn't render it unreliable.  It

6    renders it somewhat incomplete.

7        Q.  But you don't reject the findings of

8    Krusic based on a lack of data relating to APFO and

9    quartz when there's all this data provided that we

10   just discussed, do you?

11           MS. JOSELSON:  Objection.

12       A.  At this high temperature, yes.

13       Q.  The question might not have been

14   formulated the right way, or I might not have

15   understood your answer.

16       A.  Okay.  Well, again, they're only providing

17   you one temperature.  And so, you know, at this -- at

18   this upper end of the range, it clearly -- it would

19   appear to decompose in quartz relatively rapidly.

20       Q.  So maybe I can tie it off and we can move

21   on.

22           So do you reject Krusic's finding of the

23   decomposition of APFO in quartz as stated in Krusic's

24   2005 paper?

25           MS. JOSELSON:  Object to the form.

Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 129 of 225

                                                    Page 128

1                PHILIP K. HOPKE, PhD - BY MR. FLEMING
2            A.  I don't reject it, no.
3            Q.  Dr. Hopke, do you agree that in order for
4    APFO to be emitted as PFOA from the coating towers
5    that Saint-Gobain or CHEMFAB utilized in Bennington
6    and North Bennington during the manufacturing process,
7    that the APFO in the solution would have to acidize
8    into PFOA?
9                MS. JOSELSON:  Object to the form.
10           A.  It would have to be converted into PFOA,
11   but my mech -- the mechanism I proposed in the
12   rebuttal report provides the pathway to do so.
13               And we see PFOA in the plant in this
14   recent Barr site report with the wipe tests where it's
15   up on the I-beams, it's up in the stacks, so clearly
16   PFOA is -- was being liberated into the plant and
17   advected into the stacks.
18           Q.  So, Dr. Hopke, do you -- do you agree or
19   do you disagree that in order for APFO to be emitted
20   as PFOA from the coating towers during the
21   manufacturing process, the APFO in the solution would
22   have to acidize into PFOA?
23               MS. JOSELSON:  Objection.
24           A.  No, not in solution.
25           Q.  Were you ever of the view, Dr. Hopke, that

Case 5:16-cv-00125-gwc   Document 220-40   Filed 11/27/18   Page 130 of 225

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2       the APFO in the solution would have to acidize into
 3       PFOA in order for it to be emitted from the coating
 4       tower?
 5              A.  I don't think so.
 6              Q.  Wasn't that the basis of your original
 7       report?
 8              A.  No.  It wasn't stated sufficiently clearly
 9       that we were looking at the -- excuse me -- release as
10       the material dried.
11              Q.  Do you have your -- your deposition
12       transcript from your original deposition?
13              A.  It's here somewhere, yeah.
14              Q.  It's Exhibit --
15              MS. JOSELSON:  12.
16              Q.  -- 12.
17              A.  It's a big, thick document.  So there we
18       go.
19              Q.  So, Dr. Hopke, if you read the question
20       and answer at page 73, lines 1 through 5 of your
21       deposition dated April 3, 2018 --
22              A.  Yeah, there was some possibility at pH 4
23       that it could go.  But, again --
24              Q.  I'm sorry, Dr. Hopke.  I was asking if you
25       could read aloud --
```

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 131 of 225

```
                                              Page 130
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  Okay.  Read aloud.
 3         Q.  -- lines 1 through 5 of page 73 of your
 4    deposition dated April 3, 2018.
 5         A.  Okay.  "Yeah, because, again, we have
 6    information that at pH 4, about 6 percent of the PFO
 7    is really -- really is PFOA."
 8         Q.  So I think you may be on a different
 9    question and answer.  That might be the source of
10    the --
11         A.  71?
12         Q.  I'm sorry.  Page 73 --
13         A.  73.  Oh, okay.
14         Q.  -- at lines 1 through 5.
15         A.  "Do you agree" -- okay.
16         Q.  Can you read it aloud?
17         A.  Yes, please.  Sure.
18         Q.  Thank you.
19         A.  "Do you agree that in order for APFO to be
20    emitted as PFOA from the cooling tower during the
21    manufacturing process, the APFO in a solution would
22    have to acidize the PFOA; is that correct?"
23              And I answered:  "Yes."
24              But, again, I'm not good at depositions.
25    This was my first one.  And we're not really talking
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     about release from solution, so it's -- you know,

3     it's, again, a bit of a "gotcha" question.

4          Q.  Dr. Hopke, when you submitted your

5     acknowledgment where you tried to clarify things that

6     you thought needed clarifications, did you identify

7     this question and answer, this one that needed to

8     be --

9          A.  No.  There were just too many, so I -- no,

10    I did not make the change.  I should have.

11         Q.  As you sit here today, do you agree with

12    what you said at your deposition dated April 23rd,

13    that the APFO in solution would have to acidize into

14    PFOA in order for it to be emitted from the towers?

15         A.  If it's coming from the solution.  Okay?

16    That's not what we're hypothesizing.  So, again, we're

17    comparing apples and oranges here.

18              The whole purpose of the drawing is to get

19    it into solids.  Once it's in a solid, then it has the

20    opportunity to rearrange and sublime.

21         Q.  And none of that discussion about solids

22    and the opportunity to sublime was in your original

23    class certification report, correct?

24              MS. JOSELSON:  Object to the form.

25         A.  I didn't -- I didn't provide that level of

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2   detail.
 3          Q.  So to close it out, Dr. Hopke, is it true
 4   or is it not that in order for APFO to be emitted as
 5   PFOA from the coating tower during the manufacturing
 6   process, the APFO in the solution would have to
 7   acidize into PFOA?
 8              MS. JOSELSON:  Objection.
 9          A.  If it's coming from the solution, not if
10   it's coming from the solid.
11          Q.  And is it coming from the solution, in
12   your opinion, in this case?
13          A.  Probably not.  But I think there's a very
14   high probability that it's coming from the solid.
15          Q.  Can you quantify that possibility or
16   probability in any way for us that you've just
17   described?
18              MS. JOSELSON:  Objection.
19          A.  I think it's much greater than 100 percent
20   that we have -- that -- that what's happening, what
21   supports the findings of the wipe tests is that as
22   this material dries, moves into relatively higher
23   temperatures of the order of 145, 150, it rearranges,
24   sublimes, and leaves.  So it never actually gets to
25   high enough temperatures that it can decarboxylate.
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  And the wipe test that you're referring
 3    to, you had not reviewed at the time you submitted
 4    your rebuttal report, right?
 5         A.  They weren't available until August of
 6    this year.
 7         Q.  Okay.  So accepting for argument's sake
 8    that they weren't available -- maybe it answers the
 9    question, but let me just see if I can ask it.
10              Did you review that wipe test that you're
11    pointing to when you formed your opinions in your
12    rebuttal report?
13         A.  No.  It came after the rebuttal report.
14    So it's supporting my opinions now, but it was not
15    available to be -- to be included into the rebuttal
16    report.
17         Q.  And then if we could go back to the
18    exhibit -- is it Exhibit 5D that has the spreadsheet
19    page that mentions Algoflon?
20         A.  Uh-huh.
21         Q.  So am I correct that you utilized this
22    spreadsheet, Dr. Hopke, in calculating -- that's 5D --
23    potential emissions in this case?
24         A.  No.  All I used that for was to say that
25    there was APFO in the D3312.
```

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2                   What I did was to take the values provided

3     in the other spreadsheet --

4          Q.   Which is what?

5          A.   -- Exhibit 19 spreadsheet, where it

6     indicates that D3312 was used and that there was the

7     emission of a quantity used of 2,506 pounds of wet

8     weight.

9          Q.   So you -- you used Exhibit 19 from your

10    prior deposition to calculate your potential emissions

11    in this case?

12         A.   Right, along with the other -- other

13    surfactants.  So we took the sum of the materials

14    used, and that's how we come up with the 6,952, if I

15    remember correctly.

16         Q.   And all of that information that you just

17    mentioned is from your Exhibit 19 to your prior

18    deposition?

19         A.   Correct.

20         Q.   Except you used the Exhibit 5 for the

21    content related to Algoflon; is that right?

22         A.   Right.

23         Q.   5D, I'm sorry.  Right?

24         A.   Right.  To know that -- because the

25    spreadsheet provided simply says "surfactant."  And so

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING

2   trying to track down what that surfactant was, we had

3   the Exhibit 20 sheet and we had Mr. Knapp's deposition

4   to indicate that the surfactant was actually APFO.

5        Q.  And did you make any assumptions in

6   preparing your calculations related to this

7   spreadsheet 19, Exhibit 19?

8             MS. JOSELSON:  Object.

9             You can answer.

10       A.  No.  I mean, again, the only surfactant

11  listed in Exhibit 20 is APFO, so that we then took the

12  surfactant here and added it in as additional APFO.

13       Q.  For --

14       A.  I mean -- and it's -- and, again, just

15  following the indication from -- from this

16  spreadsheet.

17       Q.  Which spreadsheet are you referring to

18  now?

19       A.  That's the Exhibit 19 spreadsheet.

20       Q.  For what period of time did you assume

21  that the quantities identified in Exhibit 19 were

22  used?

23       A.  I did not make any assumptions as to what

24  the unit of time was.  We know that this was from --

25  prepared in 2001.  It's unclear what period of time it

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     covers.
 3              Q.  Was it -- do you know if it was monthly
 4     data or weekly data or yearly data?
 5              A.  It's my understanding that this was annual
 6     use.
 7              Q.  And what do you base that understanding
 8     on?
 9              A.  Because they were -- they were -- my
10     understanding is that they were providing this for
11     permit purposes, and permit purposes would be your
12     annual emissions.
13              Q.  And did you determine whether the plant
14     had the capacity to run all of these materials on an
15     annual basis --
16              MS. JOSELSON:  Object.
17              Q.  -- in Bennington and North Bennington?
18              MS. JOSELSON:  Sorry.  Object.
19              A.  No.  Again, the -- this is saying "actual
20     raw material use."  "Actual" means that's what we
21     used.
22              Q.  So did you consider whether or not, if all
23     the towers were operating in North Bennington --
24              A.  Actual use.
25              MR. FLEMING:  I'm sorry.
```

Case 5:16-cv-00125-gwc  Document 212-40  Filed 11/27/18  Page 138 of 225

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING

2            MS. JOSELSON:  You have to let him finish.

3        A.  Sorry.

4        Q.  So maybe it will be an answer to the -- to

5    the question.

6            You're basing your view solely on that

7    phrase that you just identified from this table; is

8    that correct?

9        A.  I have no other basis to make a decision.

10   When -- when Saint-Gobain says, "This is what we

11   used," I have no reason to doubt them.

12       Q.  Did you test in any way whether or not the

13   towers -- did you run any calculations to try to

14   determine whether or not the capacity of Bennington or

15   North Bennington could run all of these materials in a

16   given year?

17       A.  No, I did not.

18       Q.  When you were using this spreadsheet

19   that's Exhibit 19, did you assume that none of the

20   emitted PFOA was destroyed by catalytic abatement

21   equipment?

22       A.  Yes.

23       Q.  When using Exhibit 19 to calculate your

24   emissions estimates, did you assume that all of the

25   APFO that was contained within the incoming materials

Page 138

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     would convert to PFOA?
 3              A.  Yes.
 4              Q.  Did you assume that the APFO concentration
 5     was the highest concentration in the "not less than"
 6     range reflected on MSDSs?
 7              A.  I didn't make any such assumption.  I
 8     simply took the numbers provided by Saint-Gobain.
 9              Q.  Do you know if the numbers on the
10     spreadsheet at Exhibit 19 for the APFO concentrations
11     are the highest concentrations in the "not less than"
12     ranges reflected on the applicable MSDSs?
13              A.  I do not know.
14              Q.  Do you have an opinion, Dr. Hopke, as to
15     whether or not, when an MSDS identifies a range "not
16     less than" for a particular constituent, that means
17     that the concentration is right at that highest
18     maximum range?
19              MS. JOSELSON:  Objection.
20              Q.  Do you have an opinion on that?
21              A.  I don't have an opinion one way or
22     another.  I haven't made any kind of measurements to
23     determine distributions.
24              Q.  So if an MSDS, by way of example,
25     identified .33 percent for APFO content, as you sit

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     here today, do you have any basis to know whether or

3     not that might mean .1 percent in reality, .2 percent

4     in reality, or .3 percent in reality, all are less

5     than .33 percent?

6               MS. JOSELSON:  Objection.

7          A.   Nominally they could be in that lower

8     range.  The question is, would there be sufficient

9     performance by the product in ensuring that there was

10    not flocculation in the Teflon, and thereby reduce the

11    quality of the product.

12               So one assumes that they had sufficient

13    material in order to provide a functional product, and

14    one -- it is highly likely that that concentration to

15    provide that is going to be close to or at the MSDS

16    limit.

17         Q.   Do you have any data to support your view,

18    Dr. Hopke, that it may be the case that in order to

19    make the product functional, in order to make the

20    product sufficient, it has to be at that high range of

21    the MSDS?

22               Do you have any data to support that?

23               MS. JOSELSON:  Objection.

24         A.   No, I have no direct data.  But we do know

25    that on occasion they added additional surfactant in

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    order to get the sufficient dispersion to get the
 3    product quality they required.
 4          Q.  So we know that on occasion surfactants
 5    were added, right?
 6          A.  Yes.
 7          Q.  Do you know what the content was to start
 8    with?
 9          A.  No, I don't.
10          Q.  So you don't know if --
11          A.  I don't have that level of detail.
12          Q.  Right.  So you don't know if it exceeded
13    the range or brought it up closer to the highest part
14    of the range, right?
15          A.  I don't know.
16          Q.  When using the spreadsheet that is
17    Exhibit 19, did you assume that none of the generated
18    PFOA emissions would be destroyed in the towers
19    themselves?
20          A.  Yes.
21          Q.  Dr. Hopke, do you recall that on occasion
22    the equipment within the towers had to be cleaned?
23          A.  Yes.
24          Q.  Do you recall that there was particulate
25    on occasion in the towers or in the catalytic
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    abatement equipment?

3           A.   Yes.

4           Q.   So it was capturing something, right?

5           A.   Well, it's not clear there were -- there

6    were particles in the abaters.  There was certainly

7    silicon deposition from, presumably, siloxanes that

8    were being used.  That would be gas phase, not

9    particulate.  You would not expect a lot of

10   particulate matter to accumulate on the abaters.

11           The diffusion coefficients of the

12   particles is much too low to permit significant

13   deposition in the -- in the abaters.  That's why they

14   went to a filtration system in Merrimack as the test

15   for PFOA abatement.

16           Q.   Have you -- can you cite to me any tests

17   or any documents that would show that there was not

18   particulate matter within the towers?

19           A.   No, I have no such data.

20           Q.   And --

21           A.   I mean there are certainly -- again, there

22   are certainly some deposition, things like on the

23   wall, because that's part of where the PFOA that comes

24   up in the wipe test would come from.  But that's going

25   to be relatively small compared to the volume of

Page 142

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
2      material going out the stack.
3              Q.  And I think you -- well, let me ask it
4      this way:  So there may be some particulate matter
5      within -- there may have been some particulate matter
6      within the coating towers; is that fair?
7              A.  Some.  Very limited.
8              Q.  And can you cite any paper, any test data,
9      any evidence as to the amount of particulate that
10     would have been caught within the coating towers that
11     you just described as very limited?
12             A.  All we have is the wipe tests, and there
13     is very limited data there.
14             Q.  And, again, these are the wipe tests that
15     you reviewed after you submitted your rebuttal report?
16             A.  Yes.
17             Q.  Since your last deposition, Dr. Hopke,
18     have you reviewed any stack test data related to
19     CHEMFAB or Saint-Gobain for PFOA or APFO?
20             A.  No.
21             Q.  Have you reviewed any, since your last
22     deposition, industrywide data relating to stack tests
23     for PFOA or APFO?
24             A.  No.
25             Q.  So I take it since your last deposition,

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2   you haven't gone back to form any new opinions or to

3   evaluate -- well, strike that.

4              I'll ask it straightforwardly without

5   introduction.

6              Since your last deposition, have you

7   reviewed any stack testing data, you know,

8   methodologies that were utilized for testing PFOA or

9   APFO?

10         A.  No.

11         Q.  I take it since you haven't reviewed that,

12  you're not offering an expert opinion on any actual

13  stack test data for PFOA or APFO?

14             MS. JOSELSON:  Objection.

15         Q.  Is that fair?

16         A.  Not beyond what we've already talked

17  about.

18         Q.  So I'm focused on stack -- if we've talked

19  about your analysis of stack test data for PFOA or

20  APFO, I would like you to point that out to me.

21             MS. JOSELSON:  Objection.

22         A.  No.  You asked questions last time about

23  stack tests in Merrimack and who's at fault, and I was

24  at that point not very aware of that material, and so,

25  you know -- and I haven't done anything further.

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2              I mean the point is, my -- the -- one of

3     the major focuses of the critique of what I've been

4     doing was the chemistry, and so I focused primarily on

5     the chemistry here.

6          Q.   Okay.

7          A.   So the new material is -- the rebuttal

8     material is focused on clarifying the -- explicating

9     the mechanism, hopefully more -- more clearly than I

10    have in the past.

11         Q.   So in your prior deposition, you had

12    testified that you had not reviewed the publicly

13    available industrywide -- strike that.

14              I want to show you your testimony, and we

15    can talk about it, just to make sure -- I really want

16    to explore whether anything has changed since then

17    that you've done to support your rebuttal report.

18              So if you'd take a look at page 108 of

19    your prior deposition, at lines 14 through 17.

20         A.   108?

21         Q.   Page 108.

22         A.   Yes.

23         Q.   I had asked:  "Did you review the publicly

24    available industrywide material balance report in

25    coming to your opinions in this case?"

Case 5:16-cv-00125-gwc   Document 220-40   Filed 11/27/18   Page 146 of 225

Page 145

1        PHILIP K. HOPKE, PhD - BY MR. FLEMING

2            And at that time you had said "No," right?

3        A.  Yes.

4        Q.  Now, let me ask you, did you review the

5   industrywide material balance report in coming to your

6   opinions that you expressed in your rebuttal report?

7        A.  No.

8        Q.  Did you review the stack test data for

9   Saint-Gobain specifically in forming your views in

10  your rebuttal report?

11       A.  No.

12       Q.  Did you form any view as to whether or not

13  the data -- well, strike that.

14           Have you reviewed how the air sampling was

15  done in either the industrywide stack testing report

16  or the Saint-Gobain-specific stack testing report?

17           MS. JOSELSON:  Object to the form.

18       A.  No.

19       Q.  I'm sorry?

20       A.  No.

21       Q.  Dr. Hoppe [sic] -- Hopke, I'm sorry -- did

22  you review --

23           MR. FLEMING:  Thank you.  Do you want to

24  change it now, the disk?  It's up to you.

25           We might as well.  We'll take a quick

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    break.

3            MS. JOSELSON:  Okay.  It was getting to be

4    an hour anyway.

5            MR. FLEMING:  Okay.  Very good.

6            THE VIDEOGRAPHER:  The time is 1:57.  We

7    are now off the record.  This marks the end of Disk

8    Number 2.

9         (The proceeding recessed at 1:57 p.m.)

10         (The proceeding reconvened at 2:01 p.m.;

11         appearances as before noted.)

12            THE VIDEOGRAPHER:  The time is 2:02.

13    We're back on the record.

14    PHILIP K. HOPKE, PhD, resumes;

15         CONTINUING EXAMINATION BY MR. FLEMING:

16         Q.  We're back from a quick break, Dr. Hopke.

17    Let me see if I could continue, if I may.

18            For your rebuttal report, did you consider

19    the temperatures used by Saint-Gobain or CHEMFAB in

20    their coating fabric processing?

21         A.  Yes.

22         Q.  And can you explain to me the temperatures

23    that were used by them?

24         A.  Okay.  I mean they're actually fairly

25    nicely laid out in Mr. Chinkin's report as well.  You

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    know, they have temperatures in -- for the drawing --

3    let's see if I have it.

4              MS. JOSELSON:  While you're looking, I'll

5    just object again; asked and answered in the last

6    depo.

7              MR. FLEMING:  Can you just read the

8    question back, and I'll see if I formulated it

9    correctly.

10             (The reporter read the requested material.)

11        Q.  And then you were beginning to defer to

12   Mr. Chinkin's report?

13        A.  Yeah.  It's a -- it's a good summary.  I

14   don't have -- I don't have anything else handy with me

15   that goes back to the process documents.

16        Q.  And your -- that report was submitted

17   after your original deposition, right?

18        A.  Yes.

19        Q.  And it's referenced in your rebuttal

20   report, right?

21        A.  Yes.

22        Q.  So let's talk about what -- the

23   temperatures you considered in connection with your

24   rebuttal opinions in this case, Dr. Hopke.

25             A.  Right.  So we have a drawing that runs

Page 148

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    from 93 to 149 degrees C, baking that runs from 288 to

3    343 degrees C, and fusing that goes from 316 to 371 C.

4                Now, the key, however, is that in moving

5    from the drawing to the baking, you have to go through

6    a thermal gradient.  And so there will be a period of

7    increase in temperature, which will support more rapid

8    reorganization of the APFO and subsequent sublimation

9    of the PFOA.

10               Q.  And can you point me to any test data for

11   APFO that would support -- well, strike that.

12               Can you cite to me any test data or any

13   papers that talk about the -- did you say

14   rearrangement of APFO?

15               A.  That's what we're -- we've been talking

16   about all day, is the transfer of the proton to the

17   PFO and the de -- decompo- -- the separation into

18   ammonia and PFOA.

19               And if we want to use Scheme 2 in Zhu as

20   the analogy, that's fine, but the point is that --

21   that you are going to release ammonia and PFOA as --

22   as it heats, prior to any kind of decarboxylation.

23               Q.  When you say "if we want to use Scheme 2,"

24   who are you referring to?

25               A.  You, me, any of us.

```
                                              Page 149
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.  So you're the person being deposed.  I

3     want to know what --

4          A.  Okay.

5          Q.  -- what your opinion is.  You said that --

6          A.  My opinion -- my opinion is that -- that

7     we are going to get that kind of rearrangement and

8     sublimation.  As the temperature goes up, it will

9     sublime.  We're moving the air away from the product

10    and into the tower, in order to make sure that the

11    product is thoroughly dried and -- and not

12    contaminated.

13              And so we're -- we have a good stream of

14    flow away that's going to take the sublime material up

15    into the tower and out into the environment.

16         Q.  You rely on Scheme 1 from Zhu in your

17    rebuttal report.  Do you still rely on that, or do you

18    no longer rely on that?

19              MS. JOSELSON:  Objection.

20         A.  It doesn't -- it's not terribly critical.

21    Scheme 1 is going to -- is somewhat easier to

22    understand.  The fine details into Scheme 2 still

23    provides the same basic mechanism, whereby we have to

24    transfer the proton to the acid and release the

25    ammonia.

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 151 of 225

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  So my question is more narrow.  It's
 3    really not whether the differences between Scheme 1
 4    and Scheme 2 are critical or not critical.
 5              My question is:  You rely on Scheme 1 in
 6    your report, correct?
 7              Am I correct about that?
 8         A.  I provide Scheme 1 as a -- as a simple
 9    schematic to try and have people understand that there
10    has to be the proton transfer and the separation of
11    the ammonia and the PFOA.
12         Q.  And you previously testified that you were
13    relying on Scheme 1 for your opinions in this case.
14              And my question is:  Is that still the
15    case?  Are you still relying on Scheme 1 that is cited
16    in your rebuttal report in this case or not?
17              MS. JOSELSON:  Objection.  Asked and
18    answered.
19              You can answer it again.
20         A.  I'm relying on the basic chemistry that's
21    going to rearrange that proton and give us the
22    opportunity to separate the PFOA and the ammonia.
23              Now, I -- I could have put in the much
24    more complicated diagram from Scheme 2 that would
25    have -- again, trying to provide a clear path -- a
```

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     clear description of the underlying basic chemistry

3     without getting into the really super-details of...

4              Q.  Wouldn't it have been clearer --

5                   MS. JOSELSON:  Let -- do you want to just

6     let him finish?

7                   MR. FLEMING:  I think he was finished.  He

8     looked at me.

9              Q.  Were you finished?

10             A.  Yeah.

11                  MR. FLEMING:  Okay.  So I was right.  He

12    finished.

13             Q.  So, Dr. Hopke, wouldn't it have been

14    clearer to cite the scheme that the authors of the

15    paper proposed instead of the ones that they rejected?

16                  MS. JOSELSON:  Objection to form.

17                  You can answer it again.

18             Q.  Wouldn't that have been clearer?

19             A.  To whom?  I mean, to a chemist, yes.

20                  I'm trying to project this to lawyers and

21    average people, and so I'm not sure -- you know,

22    again, I'm not sure that that additional level of

23    complexity is going to make it clearer to the target

24    audience.

25             Q.  And you thought it was important to

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    identify Zhu in your rebuttal report as a paper you're
 3    relying on, right?
 4            A.  Yeah, because it provides fairly clear
 5    evidence that this mechanism is likely -- is, you
 6    know, highly likely.
 7                 And by analogy and from the hypothesis
 8    provided by Barton et al., it seems the mechanism by
 9    which we would expect to get PFOA into -- into the gas
10    phase.
11            Q.  Can you identify anywhere in Zhu that says
12    the mechanism that you adopted is highly likely to
13    apply to APFO?
14            A.  No.
15            Q.  And, in fact, Zhu looked at ammonium
16    chloride, right?
17            A.  Yes.
18            Q.  Now, if you'd turn to Barton 2009, which
19    is your Exhibit 5C.
20            A.  Yes.
21            Q.  In fairness to yourself, Dr. Hopke, I say
22    you should have a copy of it in front of you.  But if
23    you don't feel a need to do that, just let us know.
24            A.  Too much paper.
25            Q.  So I would like to direct you to page 754
```

```
                                        Page 153

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    of Barton 2009, which is Exhibit 5C.
 3              A.  Uh-huh.
 4              Q.  And do you see where it says "Sublimation
 5    mechanism for APFO"?
 6              A.  Uh-huh.
 7              Q.  It says, quote, "The sublimation mechanism
 8    for ammonium salts was recently explored in Zhu
 9    et al., using NH4Cl as an example."
10              Did I read that right?
11              A.  That's correct.
12              Q.  And do you see where Barton 2009, the
13    paper you are relying on, says, "The authors speculate
14    a multi-stage process is involved"?
15              Do you see that?
16              A.  Yes.
17              Q.  And do you agree with Barton 2009 that the
18    Zhu paper authors were speculating --
19              A.  No.
20              Q.  -- about a multi-stage -- you disagree
21    with Barton 2009 on that?
22              A.  I disagree.  Scientists don't speculate;
23    they hypothesize.
24              Q.  Okay.  So --
25              A.  And they have good evidence -- they have
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    good evidence for it.  It fits the facts.
 3              I mean, again, science is always
 4    questioning how things work.  You develop evidence.
 5    You provide hypotheses.  You test them to the best
 6    extent you can.
 7              Zhu et al. have tested their hypothesis.
 8    It is highly plausible and highly likely that that is
 9    a pathway to the sublimation that they see.
10         Q.  So -- and to be clear, Zhu et al. did not
11    call it highly likely, right?
12         A.  They suggested that this was the
13    mechanism.  They would not present it unless they
14    thought it was the likely mechanism.
15         Q.  Did Zhu et al. say that it was highly
16    likely their mechanism was correct?
17         A.  No.  They did not include the adverb.
18         Q.  So you are characterizing their
19    conclusions in a way different from how the authors
20    themselves characterized them, correct?
21              MS. JOSELSON:  Objection.
22         A.  I am -- from reading the paper and my
23    knowledge of chemistry and etcetera, feel that they
24    are -- you know, that this mechanism is highly
25    plausible to me and will be applicable to the APFO
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING
2     case.
3          Q.  In talking about the speculation comment I
4     asked you to make, are you saying that scientists do
5     not speculate, or they -- they're incapable of
6     speculating?
7          A.  Well, they're certainly capable of
8     speculating, but a good scientist tries not to
9     speculate.  He tries to hypothesize so that you have,
10    then, a testable hypothesis that you can then go on to
11    the next step and see if you can gain additional
12    knowledge that leads to a better understanding of the
13    underlying phenomenon.
14         Q.  So as a scientist, Dr. Hopke, what's the
15    definition of a "hypothesis"?  Is it proven?
16         A.  No.  It is -- it is our best estimation of
17    what is likely to have to happen.
18         Q.  Are all hypotheses, under your definition,
19    likely?
20         A.  No.  Well, again, one generally tries to
21    state likely hypotheses and then test them.  Not all
22    hypotheses are true.
23         Q.  And if a hypothesis was likely, it would
24    be important to say that it's likely, right, as a
25    scientist?

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.  Well, again, you would not put a mechanism

3    into a paper if you did not think it was likely.

4          Q.  Do you have any --

5          A.  And -- and the reviewers would tear it

6    apart.

7          Q.  Do you have any paper related to a

8    scientific method or any other support for the view

9    that a scientist in a paper cannot or should not

10   develop a hypothesis that hasn't reached the level of

11   likelihood?

12          MS. JOSELSON:  Objection to form.

13          Q.  Can you cite anything that's --

14          A.  No, no, no, no, no.  You're -- you're

15   twisting the words.

16          Q.  Okay.  I don't mean to, so why don't you

17   explain.

18          A.  Okay.  One can -- you know, one can take

19   the data and then propose a mechanism.  That, in

20   effect, is a hypothesis.

21              Now, in this case, all of the data that

22   they have collected reasonably fits that hypothesis.

23   There's no way to statistically test it in the way

24   some other kinds of hypotheses can be tested.

25              But the fact that -- that all of the data

1            PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    suggest -- support this -- this -- this mechanism then

3    leads us to a reasonable conclusion that this is what

4    is likely to be happening.

5            Q.  Barton 2009 is a peer-reviewed paper,

6    right?

7            A.  Yes.

8            Q.  So the peer reviewers didn't prevent

9    Barton from stating that the Zhu authors were

10   speculating, did they?

11           A.  Yes, which was surprising.

12           Q.  And if we can continue with the next

13   sentence, it says, "The multi-stage sublimation

14   model" -- this is in Barton 2009.

15           MS. JOSELSON:  Can you give me a page

16   reference?

17           MR. FLEMING:  Sure.  It's the next

18   sentence that we were just reading from, so it's 754.

19           THE WITNESS:  Uh-huh.

20           MR. FLEMING:  It's the next sentence.

21           THE WITNESS:  It's about ten lines up from

22   the bottom in the left column.

23           MR. FLEMING:  It's the third sentence

24   underneath "Sublimation mechanism for APFO."

25           Q.  "This multi-stage sublimation model can be

Page 158

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING
2     applied to hypothesize the mechanism of sublimation
3     for APFO."
4               Did I read that correctly?
5          A.   Uh-huh.
6          Q.   So it's a hypothesis, according to Barton,
7     that the sublimation mechanism proposed by Zhu for
8     ammonium chloride could apply to APFO; is that fair?
9          A.   Yes.
10         Q.   Now, do you know how long each of those
11    phases that you mentioned before relating to
12    Saint-Gobain's processes would occur in time?
13         A.   No, I do not.
14         Q.   And do you know if there was a variation
15    based on a particular product that may have been the
16    subject of coating?
17         A.   No, I do not.
18         Q.   Do you know how many different processes
19    Saint-Gobain or CHEMFAB utilized to coat fabrics?
20         A.   No, I don't know the specific number.  I
21    mean, obviously there were the 32 different processes
22    that were outlined in Exhibit 20.  So I assume that
23    there are something in that number of possibilities.
24         Q.   Since your -- well, strike that.
25              In connection with your rebuttal report,

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    Dr. Hopke, have you attempted to identify other
 3    potential sources of PFOA or APFO in the area of
 4    Bennington and North Bennington?
 5            A.   No.  Dr. Siegel was taking care of that
 6    and has covered that extensively in his rebuttal
 7    report.
 8            Q.   So that's not your department, that's
 9    Dr. Siegel's department; is that fair?
10            A.   Yeah.
11            Q.   Colloquially.
12            A.   Yes.  Because he could use the
13    distribution of well data to help clarify the
14    potential for other sources.
15            Q.   Dr. Hopke, at the outset of the
16    deposition, you mentioned some teleconferences that I
17    think you -- well, strike that.
18            Did you mention some teleconferences at
19    the outset of the deposition?
20            A.   Yes.
21            Q.   Can you identify what those
22    teleconferences were and with who, taking each in
23    turn?
24            A.   Okay.  The main one was with -- with
25    Dr. Shin, who is a consultant on the -- as I
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    understand it, a consultant on the Hoosick Falls

3    plants.  And so I was just trying to find out from him

4    whether he had any additional information on the --

5    the chemistry that -- that I was describing.  He did

6    not.

7          Q.  And when did this telephone call take

8    place?

9          A.  Sometime in May.

10         Q.  This would have been, then, after your

11   deposition?

12         A.  Yes.

13         Q.  And before your rebuttal report was

14   submitted.

15         A.  Yes.

16         Q.  And I think you described Dr. Shin as a

17   "consultant."  Consultant for whom, if you know?

18         A.  I think it's the folks here who are

19   involved in the plaintiffs' side of Hoosick Falls, but

20   I'm not -- because when we were here in April, we were

21   discussing with -- I don't remember the partner

22   here --

23              MS. JOSELSON:  If you know, you can answer

24   his question.

25              THE WITNESS:  Yeah.

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          A.  So I don't know -- I don't remember his

3   name, but anyways, he was -- he was involved -- he was

4   one the people involved in that case, mentioned Shin.

5               I obviously had seen the papers, and so we

6   wanted to talk to him to see if he had any additional

7   information that would be relevant to the Bennington

8   site.

9               And so we arranged for a call, largely

10  discussed his studies of the Washington Works, which

11  were published in the 2011 paper, but really didn't

12  get any additional insights into anything that would

13  be applicable, specifically applicable to Bennington.

14              MR. FLEMING:  And, Emily, I say this

15  respectfully:  I think the same rule about not

16  interrupting the witness that applies to me should

17  apply to you too.  So I would ask you not to interrupt

18  the witness as he's answering a question.

19          Q.  Dr. Hopke, who else was on the phone with

20  Dr. Shin?

21          A.  Gary Yoder was certainly on.  I don't

22  remember whether Gary Davis was or not.

23          Q.  Anyone else?

24          A.  No, I don't think so.

25          Q.  About how long did that phone call last?

Case 5:16-cv-00125-gwc Document 219-40 Filed 11/27/18 Page 163 of 225
Case 5:16-cv-00125-gwc Document 220-40 Filed 11/27/18 Page 163 of 225

Page 162

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  45 minutes to an hour.  Certainly no
 3    less -- no more than an hour.
 4         Q.  And I just didn't understand your answer.
 5    So it's the same question.  But forgive me; I didn't
 6    understand the answer.
 7              Do you have any understanding as to who
 8    Dr. Shin is a consultant for?
 9              MS. JOSELSON:  Asked and answered.
10              You can answer it again.
11         A.  Again, the -- whatever this -- Parseghian
12    & Lang?
13         Q.  Okay.
14         A.  So that's -- that was my understanding,
15    but I didn't really get into the details.
16         Q.  A plaintiffs' attorneys' firm, right?
17         A.  Right.
18         Q.  Okay.  And how did you come to get on the
19    phone with Dr. Shin?
20         A.  Well, we got his email and set up a time
21    for a call that we could all make.
22         Q.  Dr. Shin -- who got an email?  You got an
23    email?
24         A.  We got his email address, and so we were
25    able then to --
```

Page 163

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          Q.   Whose idea was it to contact Dr. Shin?

3          A.   I certainly raised that issue, yeah.  I

4    mean, again, he's somebody who's published as -- you

5    know, I mean, his publications are primarily about the

6    Washington Works, but then I heard he was also working

7    on a coating plant.  Then I wanted to see if he had

8    any additional insights that would be helpful to us.

9          Q.   Okay.  So you raised the idea to contact

10   Dr. Shin; is that right?

11         A.   Yeah.

12         Q.   Anything -- can you describe what was

13   discussed with Dr. Shin in any more detail than you

14   already have?

15         A.   Well, again, we discussed things like the

16   particle size distributions that we went over in some

17   detail back in April.

18              And, you know, again, just what, if

19   anything, he could add to the chemistry.  And, you

20   know, he's -- he's not that -- wasn't that versed in

21   the chemistry, so it really didn't provide any

22   additional information.

23         Q.   So are you relying on anything that

24   Dr. Shin told you on that phone call for your opinions

25   in this case?

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 165 of 225

```
                                                     Page 164

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         A.  No.
 3         Q.  Was there another teleconference that you
 4    had after your deposition and before you submitted
 5    your rebuttal report?
 6              MS. JOSELSON:  Objection.
 7         A.  We had a call with Gary Yoder to, once
 8    again, go over his questions with regard to the
 9    particle size distributions that he then put into
10    his -- his rebuttal report.
11         Q.  Are you relying on anything that Gary
12    Yoder said on a phone call with you for your opinions
13    in this case?
14         A.  No.
15         Q.  And who was on that call with -- with Gary
16    Yoder?
17         A.  Just Gary and I.
18         Q.  And how long did that call last?
19         A.  45 minutes.
20         Q.  And roughly when did that call occur?
21         A.  July.  Somewhere in July, so that he would
22    have -- you know, because he was getting ready to get
23    his report in by August 1.
24         Q.  Were there any other phone calls that you
25    had related to this case that occurred in between the
```

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2    time you were deposed and the time you submitted your
 3    rebuttal report?
 4              A.  No.
 5              Q.  How about after you submitted your
 6    rebuttal report, did you have any similar types of
 7    teleconferences?
 8              A.  Yeah.  We had a general group conference
 9    call in September that included Don Siegel and Ed
10    Hinchey and Gary and -- Gary Yoder and I and Gary
11    Davis.
12              Q.  Was any of the discussion on that phone
13    call -- strike that.
14              Are you basing any of your opinions on
15    rebuttal in this case on anything that you were told
16    in that phone call?
17              A.  Well, the rebuttal report was in six weeks
18    before that call occurred.
19              Q.  Understood.  Understood.
20              A.  In terms of supporting my opinions now,
21    not so much the phone call, but obviously I've read
22    Dr. Siegel's report, and -- and particularly with
23    respect to other sources.
24              And so, you know, that -- that was part
25    of, you know, our separation of tasks in order to
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING
2    adequately respond to the comments that we had gotten.
3           Q.   Is there any more work that you intend to
4    do in this case to support your opinions?
5           A.   Only for what I'm asked to do.
6           Q.   And as you sit here today, do you have any
7    understanding as to whether or not you will be asked
8    to do more work in this case?
9           A.   Not that I'm aware of.
10          Q.   So I can only go with what your intentions
11   are as we sit here today.  I mean, you're not sitting
12   there thinking, "I know I'm going to be doing this
13   extra work, but I'm not talking about it now."
14               Do you intend to do any more work, as far
15   as you know, in this case to support your opinions?
16          A.   Not that I -- not that I know of.
17          Q.   Okay.
18          A.   I mean, it depends on what the courts
19   want, you know.  If we have to come for hearings or
20   things like that, then we'll do what we have to do.
21          Q.   Okay.  So I think -- there are a couple of
22   documents that -- that you mentioned in the composite
23   Exhibit 5 that I would like to talk to you about.
24               One would be the Shin paper and the other
25   would be a document related to wipe samples that you

```
                                                Page 167

  1             PHILIP K. HOPKE, PhD - BY MR. FLEMING
  2    discussed.
  3                  So I don't have a copy of the Shin paper,
  4    as you brought one copy for yourself, which is fine,
  5    Dr. Hopke.
  6                  So I'm just trying to think about the
  7    best way to do this.  Maybe what I would suggest is we
  8    could go off the record, we could take a look at the
  9    Shin paper and the wipe sample document that you
 10    brought with you here today, and then we can try to
 11    talk to you about it.
 12             A.   Okay.
 13                  MR. FLEMING:  If we're able make a copy
 14    here, we would do that, but I'm not sure that we can.
 15                  If we take a break, we'll figure it out.
 16                  THE WITNESS:  Okay.
 17                  MR. FLEMING:  All right.
 18                  THE VIDEOGRAPHER:  The time is 2:31.
 19    We're off the record.
 20             (The proceeding recessed at 2:31 p.m.)
 21             (The proceeding reconvened at 2:48 p.m.;
 22             appearances as before noted.)
 23                  THE VIDEOGRAPHER:  The time is 2:48.
 24    We're back on the record.
 25    PHILIP K. HOPKE, PhD, resumes;
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2          CONTINUING EXAMINATION BY MR. FLEMING:

3          Q.  So we're back on the record, Dr. Hopke.

4     Thank you.

5               I have two documents that you brought with

6     you today that I'll read into the record and I'll hand

7     back to you.

8               One is an excerpt of a document that was

9     previously marked as Exhibit 5A, and it starts with

10    Section 3.10 and it's entitled "Both Material Residue

11    and Surface Wipe Sampling."

12              And then Exhibit 5E like Edward we've

13    marked, and that's the Shin paper in "Environmental

14    Science and Technology" --

15         A.  Down at the bottom.

16         Q.  -- in 2011.

17              So we only have one copy, and I'll hand

18    you the copy back of 5A.

19              So, Dr. Hopke, are you relying on

20    Exhibit 5A in any way for your opinions in this case?

21         A.  For my current opinion, yes.  It was not

22    available in time for the rebuttal document.  But this

23    would suggest that there is PFOA found extensively

24    within the plant.

25              The other thing that was of interest here

Page 169

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING
2    was that there was also PFOS, and that had been
3    previously raised as a question with regard to
4    potential other sources, and that there was no PFOS
5    used in the plant.  Except that if there's PFOS in
6    these wipe samples, then there had to have been at
7    least some PO -- PFOS use in the plant.
8          Q.  When did you -- how did you come to get
9    this document that is Exhibit 5A?
10         A.  Okay.  We got an -- I got an email from
11   Jamie Whitlock that he had gotten access to it through
12   Vermont DEP -- or DEC; gave me -- gave us the download
13   link for it.  And because of the size of the document,
14   it was impossible to email, and so I downloaded it.
15              And I did not read it in its -- you know,
16   thoroughly; I skimmed it.  But I found these --
17   there's parts of it that were seemingly highly
18   relevant.
19         Q.  When were you provided with the link from
20   Mr. Whitlock, plaintiffs' attorney?
21         A.  Somewhere between the time I came back --
22   somewhere between the 18th of August and the 31st of
23   August.  I would have to go back and find the email to
24   be -- get the specific date.
25         Q.  Either way, about 45 days ago or so?

```
 1            PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2        A.  Something like that.
 3        Q.  And does this excerpt that is Exhibit 5A
 4   show data on any emissions of PFOA or PFOA into the
 5   environment?
 6        A.  No, it does not.
 7        Q.  Does this Exhibit 5A show any of the
 8   temperatures or operating conditions that were
 9   utilized when the materials identified in -- in those
10   tests were obtained?
11            MS. JOSELSON:  Objection.
12        A.  No, it does not.
13        Q.  Or at any other time.
14        A.  Or at any other -- in the portions that
15   I've read.  I mean, I'm not sure whether it provides
16   any greater description of processes.
17        Q.  Is it fair to say that that's not a mass
18   balance report or mass balance test?
19        A.  No.  These are experimental wipe tests,
20   where they went out and swiped a specific area of --
21   of the walls or the I-beams or the inside of the
22   stacks, leached the material from the wipe, and then
23   made the analysis for the listed materials.
24        Q.  So I think I understood your answer and
25   what you meant by "no," but let me -- let me just ask
```

1              PHILIP K. HOPKE, PhD - BY MR. FLEMING

2      it again, based on the way I asked the question.

3                  So this Exhibit 5A, is that a mass balance

4      test or mass balance report?

5              A.  No, it is not.

6              Q.  Does this test -- strike that.

7                  Does this Exhibit 5A tell you where inside

8      the plant PFOA was detected?

9              A.  Yes.

10             Q.  Where was it detected?

11             A.  Again, there are schematics of -- and not

12     having been to the plant, you know, I have some

13     difficulty in terms of exactly what this -- where

14     these things are relative to the actual operations.

15                 But the indication is that, you know, they

16     were looking at wall -- wall wipe samples located on

17     the first-floor office area and the other -- other

18     places.  You know, "PFOA was detected in five samples

19     collected from the front office in concentrations..."

20     and etcetera, etcetera.

21                 So they're looking at various places in

22     the -- in the facility with, you know, varying

23     concentrations of these compounds in terms of

24     nanograms from a given wipe sample.

25             Q.  Does -- was any PFOA found inside of the

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2    towers?

3          A.   There was one stack in the -- okay.

4          Okay.   Now, it says, "WP03-STACK25.0

5    collected on 3/29/2018," and it says there were 19- --

6    19,000 nanograms of PFOA found.

7          Q.   Does it tell you anything about where

8    within the stack it was found in terms of in the

9    drying phase, in the baking phase, or in the sintering

10   phase?

11         A.   I was not able to find that level of

12   detail.

13         Q.   Do you know how many stacks were involved

14   in this testing?

15         A.   No.   I mean, that's the only -- that's the

16   only one that was specifically labeled "stack."

17         Q.   Does 5A tell you how long that material,

18   PFOA, was caught within the stack?

19              MS. JOSELSON:   Object to the form.

20         A.   No, it does not.

21         Q.   Am I right?   Is there PFOA caught in the

22   stack, according to this 5A?

23         A.   Well, there's -- there is PFOA on the wall

24   in the stack, and so -- as I read it; and, therefore,

25   it's there.

```
                                                          Page 173
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.   PFOA is sticky, isn't it?
 3         A.   Yeah, I would expect it to be, if it's in
 4    the gas phase.  I mean, again, much of the PFOA would
 5    be expected to be associated with particulate matter.
 6         Q.   And the PFOA that was found within the
 7    stacks in this Exhibit 5A that you brought with you,
 8    was it in a solid form or a gas form?
 9         A.   Well, it wouldn't be in a gas form if it
10    was stuck on the walls.
11         Q.   So a solid form.
12         A.   Well, or a monolayer.  I mean, the
13    question is what -- how thick does it need to be
14    before you determine that it's -- I mean, it could be
15    a viscous liquid.
16         Q.   So what form -- I'm asking you, Dr. Hopke,
17    do you have any understanding as to what form it was
18    in, according to this Exhibit 5A that you brought with
19    you, when it was -- when the PFOA was found within the
20    stacks?
21         A.   I don't know for sure.  It's either got to
22    be as a thin liquid film or as deposited particulate
23    matter.
24         Q.   Either way it shows that at least some
25    PFOA is collected in the stacks; is that fair?
```

Page 174

1                 PHILIP K. HOPKE, PhD - BY MR. FLEMING

2           A.   Deposited in the stacks, yeah.

3           Q.   Okay.  Dr. Hopke, maybe we can turn to

4      Exhibit 5E, which, again, is the Shin paper from 2011.

5           A.   Uh-huh.

6           Q.   The first question I have for you is:  Are

7      you relying on the Shin paper for any opinions of

8      yours in this case?

9           A.   Not directly.  I mean, part of the purpose

10     of the Shin paper was to look at what they used as

11     particle size distributions to -- in other words, we

12     have -- the information we have about the Washington

13     Works, and about the only particle size distribution

14     information we have, is from the Barton thesis, the

15     other Barton paper -- which I think was 2007, but I'm

16     not sure at the moment -- and the Shin paper.

17                 And so I was working with Mr. Yoder to try

18     and clarify the differences in those three sets of

19     distributions so that he could make an informed choice

20     in his rebuttal materials.

21          Q.   Okay.  See if I can ask a couple of

22     follow-up questions.  We'll wait for the siren to

23     pass.

24          A.   Sure.

25          Q.   So Mr. Yoder, did you say, was interested

```
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     in particle size distribution?
 3                  Is that fair?
 4              A.  Yes.  This was one of the questions that
 5     you had raised with -- with him and with me, and so
 6     part of what we needed to do was to try and, again,
 7     clarify what information was available and, in our
 8     judgment -- particularly in his judgment -- what the
 9     most appropriate modeling parameters were in order to
10     provide his rebuttal.
11              Q.  Okay.  So when did you review the Shin
12     paper from 2011?
13              A.  Oh.  Again, back in May, prior to the
14     teleconference with Dr. Shin, just so I'd be sure if I
15     remembered what was in his work.
16              Q.  Now, you can check me, because I'm asking,
17     but am I right that Shin is not cited in your rebuttal
18     report as a paper that you're relying on?
19              A.  That's correct.
20              Q.  And are you comfortable with that, or are
21     you relying on Shin for any opinion in your rebuttal
22     report on class certification or otherwise on class
23     certification, or is it the case that Dr. Yoder is
24     relying on what you told him about Shin?
25              A.  Well, what we discussed about Shin.
```

1          PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     Again, I relied on Dr. -- on Mr. Yoder's AERMOD

3     modeling and his expertise in applying the AERMOD to

4     these kinds of problems.

5               What I was trying to do was to clarify why

6     there were several different size distributions, and I

7     think he's explained that fairly clearly in his

8     rebuttal report.

9          Q.  I don't mean this in an argumentative way,

10    Dr. Hopke.  I'm just trying to understand it.

11              If you're relying on Shin for your

12    opinions on class certification -- and I don't know if

13    you are, but if you are relying on Shin for your

14    opinions on class certification, why didn't you cite

15    them in either your original class certification

16    report or your rebuttal report?

17         A.  Because I wasn't relying on Shin; I was

18    relying on Mr. Yoder's modeling.

19         Q.  So is that another way of saying -- tell

20    me if I've got it right or not -- that you're not

21    relying on Shin 2011 for your opinions on class

22    certification in this case?

23         A.  That's correct.

24         Q.  And that the Shin paper that's in front of

25    you that's Exhibit 5E, it relates to a DuPont

Case 5:16-cv-00125-gwc Document 212-40 Filed 11/27/18 Page 178 of 225

```
                                        Page 177

 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2     manufacturing plant, right?
 3              A.   That's correct.
 4              Q.   And that DuPont manufacturing plant did
 5     not coat fabrics, correct?
 6              A.   That's correct.
 7                   MR. FLEMING:  So if I may, I would like to
 8     take a break and go off the record.
 9                   THE VIDEOGRAPHER:  The time is 3:05.
10     We're off the record.
11              (The proceeding recessed at 3:05 p.m.)
12              (The proceeding reconvened at 3:13 p.m.;
13              appearances as before noted.)
14                   THE VIDEOGRAPHER:  The time is 3:13.
15     We're back on the record.
16     PHILIP K. HOPKE, PhD, resumes;
17              CONTINUING EXAMINATION BY MR. FLEMING:
18              Q.   Thank you, Dr. Hopke.
19                   We're back from the break.  I just have a
20     handful of follow-up questions, I believe.
21                   If you could take a look at Exhibit 5A.
22     Again, that's the wipe test document that you
23     excerpted and brought with you today, right?
24              A.   Uh-huh.
25              Q.   Are you able to quantify how much PFOA was
```

1           PHILIP K. HOPKE, PhD - BY MR. FLEMING

2     inside the stacks at the time that that test was

3     conducted?

4           A.   No.

5           Q.   Do you have any reason to believe that the

6     PFOA sample -- PFOA samples that were drawn and

7     identified in the excerpt that you brought with you

8     were the only amounts of PFOA that were caught within

9     the stacks?

10          A.   That would be unlikely.

11          Q.   You mentioned PFOS before in connection

12    with this Exhibit 5A, right?

13          A.   Yes.

14          Q.   Do you know where that PFOS came from that

15    was identified in 5A?  Do you know what source?

16          A.   Which -- which -- no, I have no idea what

17    source.  All I can -- all I can do is scan this and

18    see that there are some locations in which it was --

19    it was found at up to 140 nanograms per wipe.  So...

20          Q.   Did you see any locations where PFOA was

21    found, but not PFOS?

22          A.   I didn't look that carefully.

23          Q.   Could you look now and see if, in fact,

24    there were locations at PFOA was found, but not PFOS?

25          A.   Yeah.

Case 5:16-cv-00125-gwc Document 212-40 Filed 11/27/18 Page 180 of 225

```
                                                    Page 179
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2                  Yes, there are such locations.
 3      Although --
 4              Q.  And do you know the source of the PFOA in
 5      those locations that was found, but without PFOS?
 6              A.  Not specifically.  I haven't gone back and
 7      looked in that level of detail at -- at the schematics
 8      and understanding the building dynamics.
 9              Q.  And do you have any information or
10      documentation showing that whatever the source may
11      have been of the PFOS that's identified in this 5A was
12      used in Bennington and North Bennington?
13              MS. JOSELSON:  Object to the form.
14              A.  I don't have any direct information that
15      says that it was or wasn't.  The point is that it's
16      there.
17              Q.  In Merrimack, right?
18              A.  No, this is Bennington.
19              Q.  Oh, I'm sorry.  In Bennington.
20              A.  Yeah.  So it's clearly there in
21      concentrations, you know, that are up a high of 140
22      nanograms.  So...
23              Q.  Can I take a look at the exhibit again.
24                  Thank you.
25              A.  And in multiple locations.
```

```
                                                   Page 180
 1              PHILIP K. HOPKE, PhD - BY MR. FLEMING
 2         Q.  Okay, Dr. Hopke.  So I think we can wrap
 3   up the deposition.
 4              I mean, Dr. Hopke, do you believe that
 5   we've adequately covered the opinions that you intend
 6   to express related to class certification in this
 7   case?
 8              MS. JOSELSON:  Objection.
 9         A.  Yes, I believe so.
10         Q.  Okay.  To the extent -- well, strike that.
11              MR. FLEMING:  Thank you very much,
12   Dr. Hopke.  I have no further questions.
13              THE WITNESS:  Okay.
14              MS. JOSELSON:  I'm done.  I have no
15   questions.
16              THE WITNESS:  Okay.  Thank you.
17              THE VIDEOGRAPHER:  The time is 3:18.
18   We're off the record.  The deposition is complete.
19                   (TIME: 3:18 p.m.)
20                    *    *    *
21
22
23
24
25
```

Page 181

1

2                    **W I T N E S S**

3    **Name**                  **Examination by**        **Page**

4    ---------------------------------------------------------

5      Philip K. Hopke, PhD    Mr. Fleming           4-180

6

                                *      *      *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 182

```
 1
 2                    E X H I B I T S
 3   Hopke            Description            Marked  ID'ed
 4   ---------------------------------------------------
 5   EXH 1   Hopke original class
             certification report, dated
 6           9/1/17                           8       9
 7   EXH 2   Declaration of Philip K. Hopke,
             PhD                              8       9
 8
     EXH 3   Hopke merits report, dated
 9           12/15/17                         8       9
10   EXH 4   Hopke rebuttal report on class
             certification, dated 8/1/18     8      10
11
     EXH 5   Composite - Materials brought
12           to deposition by Dr. Hopke,
             relating to the case, PFOA,
13           and/or APFO                     13      13
14   EXH 5A  Barr Engineering site report
             relating to wipe sampling       16      16
15
     EXH 5B  Zhu 2007 paper                  46      46
16
     EXH 5C  Barton 2009 article            103     103
17
     EXH 5D  "Components" tab of spreadsheet 113     113
18
     EXH 6   Krusic and Roe 2004 paper       59      60
19
     EXH 7   Krusic/Roe 2005 paper           59      60
20
     EXH 8   Lines, Sutcliffe 1984 paper
21           from "Journal of Fluorine
             Chemistry"                      76      76
22
     EXH 9   Hercules 2016 article from
23           "Journal of Fluorine Chemistry" 76      77
24
25           (Index to Exhibits continuing on next page)
```

Page 183

```
 1
 2                    E X H I B I T S
 3                    (Continuing)
 4    Hopke          Description          Marked ID'ed
 5    -------------------------------------------------
 6    EXH 10  Dr. Hopke's notes taken during
              deposition                     78    78
 7
      EXH 11  1953 LaZerte article          87    87
 8
      EXH 12  4/3/18 deposition transcript of
 9            Philip Hopke, PhD              93    93
10    EXH 13  Acknowledgment of Deponent,
              dated 5/9/18                   93    93
11
      EXH 14  Spreadsheet previously marked
12            as Exhibit 20                 114   114
13
                        *     *     *
14
15            EXHIBITS PREVIOUSLY MARKED
16    Exhibit        Description                 Page
17    -------------------------------------------------
18    EXH 19  Document titled "Actual Raw Material
              Use, Saint-Gobain, Merrimack, New
19            Hampshire"                          120
20
                        *     *     *
21
22
23
24
25
```

Page 184

1

2            D O C U M E N T   R E Q U E S T S

3    Request                                          Page

4    -------------------------------------------------------

5      Updated copy of Hopke curriculum vitae (by
        Mr. Fleming)                                   25

6

7                    *       *       *

8

9            C E R T I F I E D   Q U E S T I O N S

10   Question                                          Page

11   -------------------------------------------------------

12

13                (No Certified Questions)

14                    *       *       *

15

16

17

18

19

20

21

22

23

24

25

Page 185

1                    CERTIFICATE OF DEPONENT

2

3            I have read the foregoing transcript of

4      my deposition and except for any corrections or

5      changes noted on the errata sheet, I hereby

6      subscribe to the transcript as an accurate record

7      of the statements made by me.

8

9

                    _____

10                      PHILIP K. HOPKE, Ph.D.

11

12           SUBSCRIBED AND SWORN before and to me

13      this _____ day of _____, 20___.

14

15

16                    _____

17                        NOTARY PUBLIC

18

19

20      My Commission expires:

21

22

23

24

25

Page 186

**ERRATA SHEET**

1

**VERITEXT LEGAL SOLUTIONS**

**330 OLD COUNTRY ROAD**

2

**MINEOLA, NEW YORK 11501**

**516-608-2400**

3

NAME OF CASE: SULLIVAN VS. SAINT-GOBAIN PERFORMANCE

4

DATE OF DEPOSITION: OCTOBER 16, 2018

NAME OF DEPONENT: PHILIP K. HOPKE, Ph.D.

5

PAGE   LINE(S)      CHANGE          REASON

6

____|_____|_____|_____

7

____|_____|_____|_____

8

____|_____|_____|_____

9

____|_____|_____|_____

10

____|_____|_____|_____

11

____|_____|_____|_____

12

____|_____|_____|_____

13

____|_____|_____|_____

14

____|_____|_____|_____

15

____|_____|_____|_____

16

____|_____|_____|_____

17

____|_____|_____|_____

18

____|_____|_____|_____

19

____|_____|_____|_____

20

_____

21

PHILIP K. HOPKE, Ph.D.

22

SUBSCRIBED AND SWORN TO BEFORE ME

THIS___DAY OF _____, 20__.

23

24

_____    _____

25

(NOTARY PUBLIC)          MY COMMISSION EXPIRES:

Page 187

1

2                C E R T I F I C A T I O N

STATE OF NEW YORK:

3    COUNTY OF MONROE:

4              I, KIMBERLY A. BONSIGNORE, do hereby

5    certify that the foregoing testimony was duly sworn

6    to; that I reported in machine shorthand the foregoing

7    pages of the above-styled cause, and that they were

8    produced by computer-aided transcription (CAT) under

9    my personal supervision and constitute a true and

10   accurate record of the testimony in this proceeding;

11             I further certify that the witness

12   requests to review the transcript;

13             I further certify that I am not an

14   attorney or counsel of any parties, nor a relative or

15   employee of any attorney or counsel connected with the

16   action, nor financially interested in the action;

17             WITNESS my hand in the City of Rochester,

18   County of Monroe, State of New York.

19

20

21

22

23

KIMBERLY A. BONSIGNORE

24   Freelance Court Reporter and

Notary Public No. 01B06032396

25             in and for Monroe County, New York

**[& - 2011]**                                                                 Page 1

| | | | |
|---|---|---|---|
| **&** | **108**  144:18,20,21 | **150.6**  28:23 | 146:8 148:19,23 |
| **&**  2:3 3:23 162:12 | **10936**  103:21 | **1514**  65:2 123:7 | 149:22 150:4,24 |
| **0** | 108:20 111:12 | **16**  1:16 3:2,8,10 | 182:7 |
| **00125**  1:6 3:19 | **1095**  2:9 | 28:19,25 182:14 | **2,506**  134:7 |
| **01b06032396** | **10:00**  46:9 | 182:14 186:4 | **20**  10:19 13:24 |
| 187:24 | **10:07**  46:10 | **16,000**  109:9 | 112:10 113:10 |
| **05753**  2:4 | **10:08**  46:12 | **165**  56:3,7,11,16 | 114:8,22 115:9 |
| **1** | **10:51**  75:25 | **165,591**  109:10 | 116:2,3,10 117:4 |
| **1**  6:5,11 7:8 8:3,14 | **10:52**  75:23 | **17**  5:24 144:19 | 117:10,18 135:3 |
| 9:12,14 18:15 | **11**  87:11,14,25 | **18**  10:19 13:24 | 135:11 158:22 |
| 25:23,25 36:22 | 90:5 183:7 | **18th**  169:22 | 183:12 185:13 |
| 38:15 39:14 46:22 | **111**  2:4 | **19**  76:20 116:19 | 186:23 |
| 47:21 48:5,14,20 | **113**  182:17,17 | 120:15,18,20 | **2001**  116:21 |
| 48:21,24 49:15,20 | **114**  183:12,12 | 134:5,9,17 135:7,7 | 135:25 |
| 50:3,10,13,17,18 | **11501**  186:2 | 135:19,21 137:19 | **2003**  70:15 |
| 51:12,13 52:3,12 | **11:05**  76:2,6 | 137:23 138:10 | **2004**  60:5,14 73:9 |
| 52:18 53:2 54:12 | **12**  10:20 11:2 93:2 | 140:17 172:5 | 73:13 74:11 88:15 |
| 79:24 85:23 | 93:4 129:15,16 | 183:18 | 123:25 182:18 |
| 107:24 129:20 | 183:8 | **19,000**  172:6 | **2005**  60:9 62:3,6 |
| 130:3,14 139:3 | **12/15/17**  182:9 | **19104**  2:13 | 67:19 68:13 69:20 |
| 149:16,21 150:3,5 | **120**  183:19 | **1953**  88:4 183:7 | 123:3 127:24 |
| 150:8,13,15 | **12:01**  107:16,18 | **196**  69:24 75:5 | 182:19 |
| 164:23 182:5 | **13**  93:2,8,19,21 | 85:23 125:2 | **2006**  18:17 45:20 |
| **1,000**  104:12 105:4 | 116:14,16 182:13 | **1983**  75:14 | **2007**  12:19 14:19 |
| 105:7 109:4 | 182:13 183:10 | **1984**  182:20 | 18:16 39:13 45:13 |
| **1/2**  32:5 | **130**  54:25 55:2 | **1:04**  107:19 | 45:14,20 46:3 |
| **10**  10:20 25:24 | **13831**  47:2,22 48:3 | **1:05**  107:21 | 47:2 51:24 174:15 |
| 46:7 77:21 78:7 | **13833**  47:25 | **1:57**  146:6,9 | 182:15 |
| 78:10 105:19,23 | **13835**  50:23 | **1h**  60:20 61:2 91:6 | **2009**  12:19 14:17 |
| 182:10 183:6 | **14**  114:11,17 | **1st**  9:15 10:8 | 33:10 38:19 41:2 |
| **100**  80:3 85:21 | 144:19 183:11 | **2** | 49:23 54:20 96:23 |
| 99:5,11,12,15 | **140**  178:19 179:21 | **2**  7:9 8:14 9:2,18 | 97:18 100:18 |
| 104:20,21 108:12 | **143**  98:21 108:13 | 9:19,21 48:21 | 102:7,23 103:8,20 |
| 132:19 | 108:22 | 49:4 51:7,13 52:3 | 103:25 105:10 |
| **10036-6797**  2:9 | **144**  109:9 | 52:8,17 53:5 | 108:18 152:18 |
| **1008**  187:23 | **145**  132:23 | 55:22 62:3 71:21 | 153:2,12,17,21 |
| **101.43**  25:25 | **14614**  1:14 | 76:8 78:19 79:18 | 157:5,14 182:16 |
| **103**  182:16,16 | **149**  148:2 | 89:15 90:8 94:25 | **2011**  12:19 14:21 |
| **10695**  103:21 | **15**  10:2 101:7 | 97:9 101:19 | 161:11 168:16 |
| 111:12 | **150**  98:22 108:13 | 108:25 126:6,13 | 174:4 175:12 |
| | 109:8 132:23 | 126:22 139:3 | 176:21 |

**[2016 - 90]**

**2016**   78:3 182:22
**2017**   9:15,21 10:2
 78:12 80:13,23
**2018**   1:16 3:2,8,10
 5:24 6:2,5,11 10:9
 93:5,8 129:21
 130:4 186:4
**21**   11:17
**210**   80:4
**22**   11:17,17 13:25
**230**   93:14 94:23
**231**   96:13
**232**   93:14
**234**   75:5 125:2
**23rd**   131:12
**25**   184:5
**28**   1:14 5:25
**288**   148:2
**2929**   2:13
**2:01**   146:10
**2:02**   146:12
**2:31**   167:18,20
**2:48**   167:21,23

**3**

**3**   2:8 7:9 8:15 9:24
 9:25 32:5 48:21
 49:7 73:11,14
 93:5 111:22,24
 124:22 126:14
 129:21 130:4
 139:4 182:8
**3.10**   168:10
**3.2**   28:19
**3.3**   31:19
**3.3.**   32:7
**3.6**   50:25
**3/29/2018**   172:5
**30.814**   103:25
 108:21 111:19
**307**   126:6,22

**316**   148:3
**31st**   169:22
**32**   116:11 158:21
**33**   138:25 139:5
**330**   118:17,19
 186:2
**3312**   119:3,4 120:6
**3312x**   120:7
**343**   148:3
**351**   16:23
**37.292**   104:3
 111:17
**371**   148:3
**373**   104:20
**3800**   60:22
**3801**   73:25 74:6
**3803**   74:17
**3:05**   177:9,11
**3:13**   177:12,14
**3:18**   180:17,19

**4**

**4**   7:9 8:3,16,17,23
 10:6,11 19:3
 20:11 32:5 46:21
 65:4 71:22 73:11
 89:15 97:10
 111:16 124:22
 126:14 129:22
 130:6 182:10
**4-180**   181:5
**4.5**   99:6,10,13,16
 108:12 109:7
**4.5.**   102:5
**4/3/18**   183:8
**423.15**   109:8
**45**   108:22 162:2
 164:19 169:25
**46**   182:15,15

**5**

**5**   12:25 13:6 16:18
 17:3 20:10 32:5
 73:11 100:21
 113:13 129:20
 130:3,14 134:20
 166:23 182:11
**5/9/18**   183:10
**50**   85:20,21
**50-50**   32:6
**50s**   88:10
**516-608-2400**
 186:3
**5600**   109:7
**59**   182:18,19
**5:16**   1:6 3:19
**5a**   16:22,25 17:3,4
 168:9,18,20 169:9
 170:3,7 171:3,7
 172:17,22 173:7
 173:18 177:21
 178:12,15 179:11
 182:14
**5b**   45:6,12 46:2,3
 46:25 47:21 51:4
 182:15
**5c**   100:25 102:16
 102:17,24 103:4,6
 152:19 153:2
 182:16
**5d**   113:18,21,23
 114:25 115:11,19
 118:5 133:18,22
 134:23 182:17
**5e**   168:12 174:4
 176:25
**5th**   25:24

**6**

**6**   45:5,11 59:19,21
 59:23 60:4,5,15

**73**:12,13 74:3,6
 102:13 103:13,14
 108:15,17,21
 130:6 182:18
**6,952**   116:24
 134:14
**60**   182:18,19
**62**   10:16 11:11
**683**   24:3
**6a**   45:23

**7**

**7**   59:19,21,23 60:8
 60:9 66:14,17,21
 68:14,19 103:10
 103:11 121:2,12
 121:21 123:3
 182:19
**71**   130:11
**73**   129:20 130:3,12
 130:13
**754**   103:7 152:25
 157:18
**76**   182:21,21,23
**77**   182:23
**78**   183:6,6

**8**

**8**   76:5,14 78:14,19
 182:6,7,9,10,20
**8/1/18**   182:10
**82**   11:2
**84**   76:20
**87**   183:7,7

**9**

**9**   76:5 77:20,24,25
 78:12,13 80:8
 84:4 93:7 182:6,7
 182:9,22
**9/1/17**   182:6
**90**   83:11

Case 5:16-cv-00125-gwc   Document 212-40   Filed 11/27/18   Page 191 of 225

**[93 - analysis]**                                                          Page 3

**93**  148:2 183:9,9
183:10,10
**94**  11:2
**99**  61:3
**9:00**  1:18
**9:01**  3:4,7

**a**

**a.m.**  1:18 3:4,7
46:9,10 75:25
76:2
**abatement**  137:20
141:2,15
**abaters**  141:6,10
141:13
**abide**  6:12
**ability**  6:23 7:2,3
26:13 114:2
**able**  29:11 88:24
100:6 107:8 108:8
126:18,19 162:25
167:13 172:11
177:25
**absolutely**  35:6
86:25 115:2
**absorb**  48:8
**acceptable**  70:9
**accepting**  133:7
**access**  68:17 81:11
169:11
**accessing**  115:18
**accumulate**
141:10
**accumulated**
112:19
**accurate**  185:6
187:10
**acid**  21:9 39:3,7
42:20,21,21 57:18
57:21 71:25 76:24
86:6 89:18 149:24

**acidize**  128:7,22
129:2 130:22
131:13 132:7
**acids**  58:4 88:3
**acknowledgment**
92:23 93:6,17,18
97:4 131:5 183:10
**action**  1:6 187:16
187:16
**activation**  125:14
**activities**  23:23
69:2,8 70:11
**actual**  16:9 23:17
29:15 31:23 53:6
74:16 90:25
103:19 120:21
121:2 136:19,20
136:24 143:12
171:14 183:18
**add**  31:21 163:19
**added**  34:19
103:24 135:12
139:25 140:5
**addition**  6:16
66:25
**additional**  20:19
23:7 34:17,19
82:19 108:21
135:12 139:25
151:22 155:11
160:4 161:6,12
163:8,22
**address**  162:24
**adequate**  29:10
30:14
**adequately**  166:2
180:5
**adhere**  64:12
**adopt**  53:2 68:23
69:5

**adopted**  152:12
**adopts**  50:2,9 52:3
52:12
**advance**  117:18
**advantage**  82:12
**advected**  128:17
**adverb**  154:17
**aermod**  176:2,3
**aerosol**  24:6
**affect**  52:18
**ago**  96:18 119:15
169:25
**agree**  22:4 26:15
58:19 61:7 74:24
75:2,3 78:18 79:4
91:11 105:3,3,4
116:15 128:3,18
130:15,19 131:11
153:17
**agrees**  35:6
**ahead**  5:21 35:17
106:12 126:15,15
**aided**  187:8
**ain't**  13:15
**air**  23:4 81:7
145:14 149:9
**al**  1:3 3:18 18:16
22:19 33:10 38:17
40:18 152:8 153:9
154:7,10,15
**algo**  118:12
**algoflon**  112:5
120:4,6,12,16
121:21,24 122:12
122:13,17,18
133:19 134:21
**allow**  89:20
**aloud**  129:25
130:2,16
**amended**  5:24

**americas**  2:9
**ammonia**  22:21
23:12 30:25 33:12
37:11 42:3 57:21
69:11,12 91:6
148:18,21 149:25
150:11,22
**ammonium**  22:15
22:20 30:24 31:9
34:12,23 36:5
37:7,9 38:20
39:21 41:21 42:13
42:20 43:2,5,9,21
43:24 44:3,8,10
50:7,10,13,19
51:23 52:22 53:8
57:22 58:3 67:20
70:23 71:24 72:13
74:18 84:13,18,21
84:24 85:3,10,14
85:22 86:9 87:7
89:17,19,25 90:8
90:12,15 91:4
118:13 152:15
153:8 158:8
**amount**  13:8
14:13 16:19 125:4
125:17 142:9
**amounts**  122:21
125:23 178:8
**ampoules**  67:23
124:10
**analog**  43:4,8
**analogous**  38:16
42:11
**analogs**  42:24
**analogy**  39:25
42:9 48:23 148:20
152:7
**analysis**  78:23
143:19 170:23

**analyzed** 79:21
**annual** 136:5,12
  136:15
**answer** 6:17 17:12
  33:18,22 42:17
  51:15 70:13 71:6
  85:6 96:9 110:14
  110:16 113:8
  127:15 129:20
  130:9 131:7 135:9
  137:4 150:19
  151:17 160:23
  162:4,6,10 170:24
**answered** 26:9
  28:6 29:24 31:3
  33:21 42:16 60:13
  67:11 71:5 95:7
  96:18 130:23
  147:5 150:18
  162:9
**answering** 161:18
**answers** 133:8
**anybody** 73:6
**anyway** 146:4
**anyways** 161:3
**apart** 156:6
**apfo** 12:4,7,11
  13:4 15:21 16:4,7
  16:10 22:17,18
  24:13,18,22 30:20
  31:7 32:23,23
  33:4,7,12,14,19
  34:7,24 35:8,25
  36:4,12 37:7
  38:23 39:24 40:4
  40:15,18 41:4,15
  41:21 42:15,24
  43:9,16,19 49:16
  49:25 50:3,5 54:6
  54:10,19 55:18
  56:5,19,21,24 57:3

57:11,15 58:20,23
  59:9 60:15,19,24
  62:7,10 64:23
  66:11 67:20 68:5
  68:6,24 69:12,17
  69:23 70:3,22
  71:10,16,24 72:19
  73:4,17,19 74:12
  75:9 78:20 79:5
  80:4 84:14,19,22
  84:25 85:4,11,14
  86:11 87:7 89:17
  89:25 90:15 97:19
  97:24 98:2,6 99:6
  103:15 104:7
  105:10 106:21
  112:6 118:16
  119:5 123:8
  124:10,11,25
  126:3,11,21 127:8
  127:23 128:4,7,19
  128:21 129:2
  130:19,21 131:13
  132:4,6 133:25
  135:4,11,12
  137:25 138:4,10
  138:25 142:19,23
  143:9,13,20 148:8
  148:11,14 152:13
  153:5 154:25
  157:24 158:3,8
  159:3 182:13
**appear** 127:19
**appearances**
  46:11 76:3 107:20
  146:11 167:22
  177:13
**appearing** 2:2,6
**apples** 131:17
**applicable** 138:12
  154:25 161:13,13

**application** 52:17
**applied** 61:14
  68:24 69:7 105:9
  116:13,16 158:2
**applies** 39:24 40:4
  40:15 41:15 50:17
  50:19 52:8 161:16
**apply** 41:21 42:5
  50:13 104:5
  152:13 158:8
  161:17
**applying** 176:3
**appreciate** 78:8
  113:17
**approach** 37:18
  51:19
**appropriate** 25:13
  42:14 175:9
**april** 4:15 24:3
  66:22 67:6 93:5
  129:21 130:4
  131:12 160:20
  163:17
**arch** 2:13
**area** 11:4 15:24
  30:6 159:3 170:20
  171:17
**areas** 94:13
**argument's** 133:7
**argumentative**
  176:9
**arranged** 112:24
  161:9
**article** 47:21 66:25
  75:5,14 78:19
  79:5 80:11,22
  84:4,6,8 87:10,25
  88:7,9,12 182:16
  182:22 183:7
**articles** 14:23
  20:10

**ascertain** 124:11
**asked** 6:22 26:9
  28:6 33:21 42:16
  60:12 67:11 71:4
  95:3,8 96:13
  143:22 144:23
  147:5 150:17
  155:4 162:9 166:5
  166:7 171:2
**asking** 63:23
  77:25 129:24
  173:16 175:16
**assembly** 24:6
**assess** 122:4
**associated** 27:17
  125:14 173:5
**assume** 5:2 135:20
  137:19,24 138:4
  140:17 158:22
**assumes** 139:12
**assumption** 138:7
**assumptions** 135:5
  135:23
**atmosphere** 25:22
**atmospheric** 98:14
**atom** 57:19
**atomic** 89:20
**atoms** 43:16,22
**attached** 43:16
  57:21,22 58:3
  72:12
**attempted** 93:22
  159:2
**attorney** 40:9 67:8
  108:5 110:22
  169:20 187:14,15
**attorneys** 162:16
**audibly** 6:17 85:6
**audience** 151:24
**august** 5:24 6:5,11
  10:8 133:5 164:23

169:22,23
**authors** 83:6,18,24
151:14 153:13,18
154:19 157:9
**available** 122:7
133:5,8,15 144:13
144:24 168:22
175:7
**avenue** 2:9
**average** 151:21
**averaged** 92:6
**avoided** 95:22
**award** 24:6,16
**awarded** 24:5
**aware** 57:3 63:20
68:17 87:3 88:14
143:24 166:9
**axis** 108:25,25

**b**

**b** 182:2 183:2
**back** 17:2 18:19
46:13,14 56:9
57:19 62:13 66:22
67:5 73:9 76:7,11
78:14 88:18 97:8
100:9 102:14
107:15,22,23
110:18,18 123:6
133:17 143:2
146:13,16 147:8
147:15 163:17
167:24 168:3,7,18
169:21,23 175:13
177:15,19 179:6
**background** 23:21
**baking** 148:2,5
172:9
**balance** 144:24
145:5 170:18,18
171:3,4

**barium** 84:11 85:3
**barr** 12:15 16:12
17:5 128:14
182:14
**barton** 12:19 14:9
14:16 22:19 30:21
33:10 38:17 40:18
40:23 41:3,17,20
42:11 49:23 50:4
51:18,19 54:20
95:20 96:22 97:18
97:22 98:4 99:13
100:18 102:7,23
103:8,20,25
105:10 108:17,22
108:24 152:8,18
153:2,12,17,21
157:5,9,14 158:6
174:14,15 182:16
**base** 20:9 42:19
121:9 136:7
**based** 5:25 22:19
30:21,23 38:20
39:11 56:2 99:6
99:10,22 108:7,17
127:8 158:15
171:2
**bases** 17:23
**basic** 149:23
150:20 151:2
**basically** 37:18
48:22 89:11
107:10
**basing** 38:10
121:14 137:6
165:14
**basis** 51:4 91:8
129:6 136:15
137:9 139:2
**beams** 128:15
170:21

**beginning** 56:7
76:7 92:20 123:20
147:11
**begins** 112:2 124:5
**behalf** 1:4 2:2,6
16:7
**beijing** 24:9
**belabor** 45:19
**believe** 17:19 18:3
18:8,18,23 20:5,21
21:20 22:13 34:22
38:6 50:16,18,22
61:9,10,13 75:9,11
76:14 89:23 94:10
95:14 96:5 104:15
123:2,15 177:20
178:5 180:4,9
**believed** 21:12
**believes** 73:2
**bennington** 15:24
15:25 116:13,22
120:12,13 121:3
121:15 122:16,17
128:5,6 136:17,17
136:23 137:14,15
159:4,4 161:7,13
179:12,12,18,19
**best** 5:6,7,7 7:2
121:6 154:5
155:16 167:7
**better** 34:3 43:8
58:12,15 115:6
126:17 155:12
**beyond** 15:17
143:16
**big** 13:10,12 70:14
104:6,14 105:9,15
105:16,18 129:17
**billed** 11:5,7,11,12
**billing** 11:8,9

**bit** 107:7 131:3
**blank** 13:8
**bond** 72:10,16
85:18 86:16 89:21
**bonded** 71:25
89:18
**bonsignore** 1:22
3:13 187:4,23
**borosilicate** 67:23
123:24
**bottom** 115:3,23
157:22 168:15
**bound** 72:13
**break** 44:15,20,24
45:23 72:11,16
76:11 77:3 101:4
101:10 102:23
107:24 108:5
146:2,16 167:15
177:8,19
**breaking** 89:21
**briefly** 4:20
**bring** 59:15 123:6
**brought** 12:10
13:2 83:23 102:20
113:10 115:11
140:13 167:4,10
168:5 173:7,18
177:23 178:7
182:11
**bryant** 2:8
**budget** 83:14
**building** 179:8

**c**

**c** 2:1 3:1 53:11
54:25 56:3 69:24
98:22 108:13,13
148:2,3,3 184:2,9
187:2,2
**calcium** 84:10,23
84:24

**calculate** 99:11
100:4 104:25
108:23 109:3
112:10 134:10
137:23
**calculated** 54:18
54:21 104:15
106:17,19
**calculating** 108:9
133:22
**calculation** 100:16
104:10 110:11,20
111:8
**calculations** 98:19
100:17 135:6
137:13
**calculator** 100:7
108:9
**call** 23:23 47:7
110:11,17 154:11
160:7 161:9,25
162:21 163:24
164:7,12,15,18,20
165:9,13,16,18,21
**called** 4:5 87:25
92:22 120:21
**calling** 79:6
**calls** 164:24
**capable** 155:7
**capacity** 136:14
137:14
**caption** 3:17
**capturing** 141:4
**carbolics** 88:2
**carbon** 43:16,22
57:19 89:21,21
**carboxy** 71:25
89:18
**carboxyl** 43:18,24
72:12

**carboxylic** 58:4
88:3
**care** 159:5
**carefully** 178:22
**case** 3:17,19 9:10
10:15 11:6,15
12:11 13:3 16:11
17:18,25 18:7
32:10 39:17 40:12
42:21,21 50:15
51:25 52:19 68:25
70:10 71:3 88:16
93:5 95:14,16,18
98:2 100:15
105:12,24 110:23
113:3 116:4,16
117:12 119:17
132:12 133:23
134:11 139:18
144:25 147:24
150:13,15,16
155:2 156:21
161:4 163:25
164:13,25 165:15
166:4,8,15 168:20
174:8 175:23
176:22 180:7
182:12 186:4
**cases** 70:19 124:18
**cat** 187:8
**catalytic** 137:20
140:25
**caught** 142:10
172:18,21 178:8
**cause** 187:7
**cautious** 82:2
**celsius** 25:22
28:19,25 55:2
56:8,16 75:6 80:4
85:21,24 99:5,11
99:15 104:17,18

104:22 109:8
125:2 126:7,23
**centre** 2:12
**certain** 40:11
49:23 97:22 119:2
**certainly** 57:8
58:6 64:20 101:13
113:25 117:14
141:6,21,22 155:7
161:21 162:2
163:3
**certainty** 40:3,8
40:14
**certificate** 185:1
**certification** 9:15
9:20 10:8 17:15
17:18,25 18:6,11
18:20,24 20:2,3,4
20:12 21:4 22:10
66:22 92:17 95:9
95:16,21 117:11
117:16 131:23
175:22,23 176:12
176:14,15,22
180:6 182:5,10
**certified** 184:13
**certify** 187:5,11
187:13
**cesium** 85:10
**chain** 43:6
**chance** 9:5 23:10
79:22
**change** 29:22 98:7
131:10 145:24
186:6
**changed** 106:3
144:16
**changes** 185:5
**characterized**
154:20

**characterizing**
154:18
**cheat** 75:18
**check** 175:16
**chemfab** 34:5
128:5 142:19
146:19 158:19
**chemfab's** 31:11
61:14 69:2 70:11
**chemical** 25:16
28:16 72:7 86:5
91:12
**chemically** 70:17
**chemist** 151:19
**chemistry** 20:20
50:15 53:4 76:21
78:3 80:22 86:18
144:4,5 150:20
151:2 154:23
160:5 163:19,21
182:21,23
**chemists** 42:9
**chinkin** 2:16 22:14
**chinkin's** 12:15
14:5 35:3,5 54:24
146:25 147:12
**chloride** 38:20
39:21 41:21 42:14
43:9,21,24 44:3,8
50:10,13,19 51:23
52:23 53:9 152:16
158:8
**chlorine** 51:22
**choice** 174:19
**choose** 51:11
**chose** 53:2
**cira** 2:12
**circumstances**
58:22
**citation** 88:11

cite  23:16 33:6,19
  36:19 39:13 44:14
  50:2,9 51:12 52:7
  52:11 56:21,24
  59:8 62:3 68:12
  68:16 72:17 79:16
  103:11 141:16
  142:8 148:12
  151:14 156:13
  176:14
cited  19:19,20
  38:15 63:21 66:17
  67:14 68:14 82:23
  88:14,17 104:8
  105:11,21 150:15
  175:17
cites  105:10
city  187:17
civil  1:6
clarification  20:19
clarifications
  131:6
clarify  131:5
  159:13 174:18
  175:7 176:5
clarifying  144:8
clarity  37:21 96:3
  118:2
class  1:4 9:14,20
  10:8 17:14,17,25
  18:6,11,20,24 20:2
  20:3,4,11 21:4
  22:10 66:22 92:16
  95:9,16 117:11
  131:23 175:22,22
  176:12,14,15,21
  180:6 182:5,10
classification  21:2
clause  74:12
cleaned  140:22

cleanly  60:24
clear  6:2 14:15
  40:21 45:19 93:24
  94:10,14,17 96:25
  141:5 150:25
  151:2 152:4
  154:10
clearer  151:4,14
  151:18,23
clearly  51:21 88:8
  111:7 127:18
  128:15 129:8
  144:9 176:7
  179:20
clip  13:9,10
close  91:22 112:11
  132:3 139:15
closed  28:13 29:17
  58:22 59:10 71:19
closer  140:13
cloth  23:5
co2  57:20 91:6
coat  158:19 177:5
coating  31:11
  128:4,20 129:3
  132:5 142:6,10
  146:20 158:16
  163:7
codes  48:4 53:9
  98:10
coefficients  141:11
collaboration
  24:20,22
collected  113:2
  156:22 171:19
  172:5 173:25
collection  16:18
  102:20
collective  112:18
colloquially
  159:11

colucci  2:17 3:12
column  48:4
  118:11 123:10,20
  123:20 124:24
  157:22
combination
  40:20 49:22 51:18
come  16:15 29:18
  34:6,10,11 37:16
  38:5,9 63:10
  65:13 78:5 83:8
  107:15 118:11
  134:14 141:24
  162:18 166:19
  169:8
comes  69:6 120:14
  141:23
comfortable  86:21
  100:9 175:20
coming  21:18,19
  21:20,22 22:4,7
  102:14 131:15
  132:9,10,11,14
  144:25 145:5
commencing  3:4
comment  39:6
  66:6 108:6 155:3
commenting  86:21
comments  35:3
  166:2
commission
  185:20 186:25
commonly  95:24
comparator  42:14
compared  141:25
comparing  131:17
compelling  124:20
complete  17:16
  44:23 66:3 101:14
  180:18

completed  66:4
completely  61:2
completeness
  126:16
completion  6:3
complex  52:24
  81:9
complexity  151:23
complicated  51:9
  150:24
component  118:12
components
  113:10 182:17
composite  12:24
  16:18 102:20
  113:13 166:22
  182:11
compounds
  171:23
comprehensive
  87:4
computer  115:16
  187:8
concentration
  138:4,5,17 139:14
concentrations
  138:10,11 171:19
  171:23 179:21
concept  95:4,22
conceptual  95:25
  96:24
conceptualization
  96:11
concise  14:15
conclude  41:20
concluded  39:23
  40:2
concludes  41:13
concluding  50:12
conclusion  66:11
  74:16,25 157:3

**conclusions** 39:16
39:19 58:19 65:13
79:17 92:16
154:19
**conditions** 25:17
29:10,19 55:7,9,24
65:16 170:8
**conduct** 30:10,12
69:16 70:2,3
90:25
**conducted** 16:3
178:3
**conference** 165:8
**configurations**
52:22
**confused** 65:14
**congratulations**
24:17
**connected** 187:15
**connection** 66:21
147:23 158:25
178:11
**consider** 116:3,6,6
117:10 136:22
146:18
**considered** 18:5
19:25 52:17
105:22 147:23
**considering** 42:15
**constant** 103:24
**constants** 125:11
125:13
**constituent** 138:16
**constituents**
118:21
**constitute** 187:9
**consultant** 159:25
160:2,17,17 162:8
**contact** 83:24
163:2,9

**contain** 17:16,23
**contained** 70:18
112:6 117:4 119:5
137:25
**container** 29:18
58:22 59:10
**contaminated**
149:12
**content** 134:21
138:25 140:7
**continue** 24:7
63:15,17 77:15
101:5 146:10
157:12
**continues** 112:8
**continuing** 46:17
76:10 107:6 108:3
146:15 168:2
177:17 182:25
183:3
**contrast** 67:20
**conversion** 27:5
**convert** 138:2
**converted** 128:10
**converting** 49:12
**cool** 81:7
**cooling** 130:20
**copy** 8:7 12:14
24:24 25:4,5
45:13 78:11 93:11
100:23 102:15,25
113:22,23,24
114:3,19 115:9
117:5 118:7
152:22 167:3,4,13
168:17,18 184:5
**corporate** 55:15
**corporation** 1:7
3:19
**correct** 5:16 9:16
9:22 10:4,9,10

11:25 12:2 14:20
15:11,16 17:11,13
18:14,18 19:6
21:11 22:6 34:24
36:17,18 37:2
38:22,24 39:2,15
39:22 40:6 43:14
45:17 46:4 47:10
47:12,13,15,16,18
47:19,24 48:13,15
48:16 49:20 50:20
53:19 54:17 60:10
69:2,3 75:10
76:22 77:2 79:5
92:4,14 93:22
94:11,12 95:10,11
96:20 99:17
103:18,23,25
104:4 105:10
106:20,23 108:13
111:13,14,20
115:13,21 117:20
118:19,20 119:22
119:23 120:24,25
130:22 131:23
133:21 134:19
137:8 150:6,7
153:11 154:16,20
175:19 176:23
177:3,5,6
**corrected** 18:21
18:23
**correction** 46:6
**corrections** 97:4
185:4
**correctly** 13:25
19:16 26:2 61:5
65:17 67:24 68:21
74:22 104:16
115:14 134:15
147:9 158:4

**correspond**
108:15
**corresponding**
123:17
**counsel** 3:20 6:12
11:11,25 25:2
187:14,15
**country** 186:2
**county** 187:3,18
187:25
**couple** 7:6 119:15
166:21 174:21
**course** 56:12 64:2
93:7 111:16
126:13,20 127:2
**court** 1:2 3:13 4:2
5:13 6:19 67:13
187:24
**court's** 5:24,25
67:9
**courts** 166:18
**covered** 67:6
159:6 180:5
**covers** 26:25 136:2
**crawford** 6:2
**critical** 149:20
150:4,4
**criticism** 71:15
**critique** 144:3
**crushed** 65:17
**crystal** 37:12
47:14 55:7,9
72:13
**crystalline** 53:12
71:24 72:19 73:4
73:17,18 78:20
89:17
**crystals** 22:16,17
22:18 36:12 47:12
**current** 88:20
118:6 168:21

[curriculum - deposition]                                    Page 9

**curriculum** 25:6
 184:5
**cv** 1:6 3:19 24:24
 25:4

**d**

**d** 1:3 3:1,17 184:2
 184:9
**d3312** 112:5
 120:16 121:21
 122:12,17 133:25
 134:6
**d3312x** 118:12
 120:12 121:24
 122:12,18
**dampen** 72:14
**dare** 11:9 110:9,15
**data** 16:9 18:5
 23:16,17 55:8,11
 55:16 59:8 66:12
 68:4,11,16 71:13
 123:13,18,23
 124:15,18,19
 127:8,9 136:4,4,4
 139:17,22,24
 141:19 142:8,13
 142:18,22 143:7
 143:13,19 145:8
 145:13 148:10,12
 156:19,21,25
 159:13 170:4
**date** 1:16 16:16
 169:24 186:4
**dated** 9:15,20 10:2
 10:8 93:5,7
 129:21 130:4
 131:12 182:5,8,10
 183:10
**davis** 110:4,8,19
 110:25 112:21
 161:22 165:11

**day** 148:16 185:13
 186:23
**days** 169:25
**de** 85:18 148:17
**deal** 82:19
**dec** 169:12
**decar** 90:20
**decarboxylate**
 23:2,10 44:4,8,11
 58:25 59:7 69:10
 70:21,21 75:12
 85:14 89:8 90:9
 90:10 132:25
**decarboxylated**
 56:13
**decarboxylates**
 56:7 69:10
**decarboxylating**
 70:22 86:8
**decarboxylation**
 21:9 23:11 55:21
 55:25 56:4,4,15,19
 57:16 60:15,19
 61:25 62:7,9 71:8
 71:23 72:18 73:3
 73:17,19 78:20
 84:7 87:6 89:11
 89:16,24 148:22
**decarboxylize**
 56:22 75:10,12
**december** 10:2
**dechert** 2:8,12
**dechert.com** 2:10
 2:14
**decision** 137:9
**declaration** 9:19
 92:17 182:7
**decompo** 148:17
**decompos** 124:11
 124:12

**decompose** 21:8
 56:11,25 57:4
 58:21 59:9 127:19
**decomposed** 61:2
 68:7 69:24 126:22
**decomposes** 60:24
 69:13 71:16 74:19
 91:5
**decomposing**
 78:22
**decomposition**
 27:20 44:4,7
 57:11 58:20 62:11
 68:24 69:7 70:16
 71:8 78:21 79:5,7
 79:8,11,12,18
 123:8 124:12
 126:10 127:23
**decrease** 125:22
**defendant** 1:8 2:6
 3:25 4:12
**defer** 147:11
**define** 27:12
**definitely** 58:10
**definition** 155:15
 155:18
**degree** 30:13 40:3
 40:5,7,14
**degrees** 25:22 28:9
 28:19,19,25 55:2
 56:7,16 75:5,5
 80:4 85:21,24
 99:5,11,15 104:17
 104:17,21 108:13
 108:23 109:8
 125:2 126:6,23
 148:2,3
**demonstrate**
 74:18
**denominator**
 98:16

**denotes** 48:6,8,11
**dep** 35:4 169:12
**department** 159:8
 159:9
**depend** 28:14
**depending** 28:13
 28:13 91:21
**depends** 29:3 49:9
 55:7 91:23 166:18
**depo** 28:7 67:11
 147:6
**deponent** 92:23
 93:6 183:10 185:1
 186:5
**deposed** 149:2
 165:2
**deposited** 173:22
 174:2
**deposition** 1:11
 3:11,14,15 4:15,20
 10:17,18,21 11:13
 11:16,20,24 12:5,8
 12:11 13:3 14:24
 15:19 18:21,23
 23:24 24:13 25:11
 25:12 26:10 52:16
 54:7 60:13 63:3
 63:16,18 64:11
 66:25 67:2,5,15
 77:12,17 80:19
 93:5,25 94:22
 95:4 96:14 102:21
 105:24 109:16
 112:9 114:9,12
 115:10 116:8
 117:15,19 118:6
 119:4,8,14,20,22
 119:25 120:18,20
 121:18 129:11,12
 129:21 130:4
 131:12 134:10,18

135:3 141:7,13,22
142:17,22,25
143:6 144:11,19
147:17 159:16,19
160:11 164:4
180:3,18 182:12
183:6,8 185:4
186:4
**depositions** 6:3,6,8
6:8 119:16 130:24
**describe** 25:16
41:7,10,11 95:24
95:25 163:12
**described** 19:13
30:22 31:15 74:18
132:17 142:11
160:16
**describing** 52:21
160:5
**description** 29:10
37:6 96:4 151:2
170:16 182:3
183:4,16
**design** 30:16
**designed** 35:19
**desorption** 49:7
49:10,14 53:24
**destroyed** 137:20
140:18
**detail** 55:15 67:6
122:7 132:2
140:11 163:13,17
172:12 179:7
**detailed** 86:19
90:22 96:4 124:18
124:19
**details** 42:4 73:20
73:21 82:13 83:13
95:20 149:22
151:3 162:15

**detected** 171:8,10
171:18
**determine** 21:13
29:11 136:13
137:14 138:23
173:14
**determines** 91:14
**determining** 28:15
91:12
**develop** 100:10,12
154:4 156:10
**diagram** 150:24
**difference** 52:21
104:6,14 105:4,9
105:17,18 106:19
122:12
**differences** 150:3
174:18
**different** 43:7 51:9
53:3 71:20 130:8
154:19 158:18,21
176:6
**differential** 105:24
**difficulty** 171:13
**diffusion** 141:11
**dig** 81:14,16 100:5
**direct** 93:12
139:24 152:25
179:14
**directly** 27:15
31:18 33:5 56:23
72:6 116:13 174:9
**disagree** 58:19
74:24 128:19
153:20,22
**discovered** 108:11
**discovery** 5:24
**discuss** 4:20
124:23
**discussed** 26:3
97:6 99:5 127:10

161:10 163:13,15
167:2 175:25
**discusses** 55:20
**discussing** 23:13
160:21
**discussion** 51:5
89:12 131:21
165:12
**disk** 76:8 145:24
146:7
**dispersant** 31:21
34:15
**dispersion** 112:5
140:2
**dispute** 91:8
**dissociate** 75:11
85:17
**dissociated** 31:8
**dissociation** 27:23
33:12 44:5 49:4
51:6 54:2
**distribution**
159:13 174:13
175:2
**distributions**
138:23 163:16
164:9 174:11,19
176:6
**district** 1:2,2
**divided** 104:20
**document** 20:16
20:23 21:5 25:5
25:11 62:17,21,23
63:9 64:4,10,19
65:19 92:22 93:18
102:19 114:19
121:16,23 129:17
166:25 167:9
168:8,22 169:9,13
177:22 183:18

**documentation**
179:10
**documents** 20:7
112:7,16 113:4
141:17 147:15
166:22 168:5
**doing** 12:16 24:9
78:23 86:20 94:20
108:7 111:8
117:25 144:4
166:12
**don** 165:9
**door** 81:6
**double** 110:12
117:5
**doubt** 137:11
**doug** 3:24 4:10
62:25 64:6 66:4
67:10 118:5
**douglas** 2:7
**douglas.fleming**
2:10
**download** 169:12
**downloadable**
82:15
**downloaded** 20:13
169:14
**dr** 4:8 6:15 7:5,6
8:6,18 9:3,4 10:15
12:18,21 13:2,24
14:11 23:14,21
25:14 26:7 28:2
30:20 37:4,17
45:10,12,14 46:18
46:22 47:6 50:21
53:5 54:7,13 55:5
55:22 56:19 58:2
58:6,18 59:22
60:14 61:8 62:22
64:3,18 65:2,18
66:6,14 68:22

70:25 71:22 73:10
73:24 75:21 76:12
76:16 77:5,11
78:4,15,18 79:25
80:9 84:5 85:25
87:10,18 88:7
89:5,14,23 91:11
92:14 93:7,11,16
94:22 95:3 96:13
97:3,8 99:3 101:9
102:3,14 103:7,17
108:4 111:11,21
112:15 114:7
117:3 120:9,19
121:5,20 123:2,19
124:23 128:3,18
128:25 129:19,24
131:4 132:3
133:22 138:14
139:18 140:21
142:17 145:21
146:16 147:24
151:13 152:21
155:14 159:2,5,9
159:15,25 160:16
161:19,20 162:8
162:19,22 163:2
163:10,13,24
165:22 167:5
168:3,19 173:16
174:3 175:14,23
176:2,10 177:18
180:2,4,12 182:12
183:6
**drawing**  23:2,5
131:18 147:2,25
148:5
**drawn**  178:6
**dried**  35:14
124:10 129:10
149:11

**dries**  22:15 34:25
35:2 132:22
**dry**  23:6 69:14
**drying**  36:7 172:9
**due**  16:15
**duly**  187:5
**dupont**  176:25
177:4
**dynamics**  179:8

**e**

**e**  2:1,1,7 3:1,1 85:8
88:4,4 181:2
182:2 183:2 184:2
184:2,2,9,9,9
187:2
**earlier**  34:22
85:13 95:4
**early**  24:3
**easier**  5:13 149:21
**easily**  51:17
**east**  1:14
**easy**  53:2
**eat**  107:10
**ed**  165:9
**edward**  168:12
**effect**  106:21
156:20
**effective**  33:14
125:24
**effectively**  23:6
**efficient**  7:8
**either**  20:2 95:9
122:17 145:15
169:25 173:21,24
176:15
**ejoselson**  2:5
**elevated**  74:19
**else's**  15:24 119:6
**email**  162:20,22
162:23,24 169:10
169:14,23

**emily**  2:3 3:22
5:21 8:13 44:19
63:2,20 64:8,17
78:11 101:7,10
110:16 114:18
161:14
**emission**  134:7
**emissions**  92:16
116:11,20,25
133:23 134:10
136:12 137:24
140:18 170:4
**emitted**  128:4,19
129:3 130:20
131:14 132:4
137:20
**employee**  187:15
**ends**  12:13
**energetics**  72:16
**engineering**
182:14
**enormous**  20:7
83:12
**ensuring**  139:9
**entire**  28:6 60:12
**entirely**  97:21
**entitled**  168:10
**entity**  21:9 37:10
**environment**
149:15 170:5
**environmental**
168:13
**equation**  97:13,15
97:16 98:12,16
99:6,10 102:13
103:10,11,13,14
103:15 104:24
108:14,15,16,17
108:20,21 111:11
**equations**  104:19

**equilibrium**  29:18
29:19 52:22
**equipment**  30:15
137:21 140:22
141:2
**errata**  185:5 186:1
**errors**  94:15,16
97:23
**espouse**  20:24
21:3
**espoused**  20:17,23
**esq**  2:3,7,11
**essentially**  67:22
68:7
**esters**  86:3
**estimated**  99:12
**estimates**  137:24
**estimating**  98:5
**estimation**  155:16
**et**  1:3 3:18 18:16
22:19 33:10 38:17
40:18 152:8 153:9
154:7,10,15
**etcetera**  29:22,22
112:22,22 154:23
171:20,20
**evaluate**  143:3
**evaporating**  36:6
**evaporation**  27:16
27:17 35:20
**evidence**  40:17
42:10 142:9 152:5
153:25 154:2,4
**exactly**  24:2 35:21
79:2 86:17 171:13
**examination**  1:11
4:7 46:17 76:10
108:3 146:15
168:2 177:17
181:3

examine 124:9
examined 6:7
example 42:2
  91:25 138:24
  153:9
examples 86:7
exceeded 140:12
excel 110:24
excerpt 12:15
  168:8 170:3 178:7
excerpted 16:19
  177:23
exchange 29:21
excuse 3:9 8:19
  34:4 116:9 129:9
exh 8:3 9:12,18,24
  10:6 13:6 16:25
  46:2 59:21 60:4,8
  76:5 77:24 78:10
  87:14 93:2 103:6
  113:21 114:17
  120:18 182:5,7,8
  182:10,11,14,15
  182:16,17,18,19
  182:20,22 183:6,7
  183:8,10,11,18
exhibit 8:17 9:11
  9:14,17,19,23,25
  10:5,11 12:24,25
  13:5 16:18,22,24
  17:3,3,4 19:3
  20:11 45:5,11,12
  45:23,25 46:21,25
  51:4 59:23,23
  60:3,5,7,9,15
  66:14,17,21 68:14
  68:19 71:22 73:12
  73:13 74:3,6
  76:14 77:16,20,21
  77:23,25 78:6,9,12
  78:13,14,19 80:8

84:4 87:9,11,13,17
87:25 89:15 90:5
93:4,8,16,17,21
97:10 100:20,24
102:17,24 103:5
111:16 112:10
113:10,13,20
114:8,11,15,16,22
114:25 115:9
116:2,3,10,19
117:4,10,18 118:5
120:15,17,20
123:3 129:14
133:18,18 134:5,9
134:17,20 135:3,7
135:11,19,21
137:19,23 138:10
140:17 152:19
153:2 158:22
166:23 168:9,12
168:20 169:9
170:3,7 171:3,7
173:7,18 174:4
176:25 177:21
178:12 179:23
183:12,16
exhibits 7:7,8 8:2
  9:5 59:19,20 76:4
  92:25 182:25
  183:15
exist 32:4
expect 71:9 141:9
  152:9 173:3
expectation
  105:20
expected 173:5
experience 61:20
experienced 5:15
experiment 30:16
  124:16

experimental 65:5
  65:14 73:24 74:8
  170:19
experiments 74:18
  91:3
expert 43:13 86:22
  143:12
expertise 176:3
expires 185:20
  186:25
explain 18:4 34:7
  52:25 66:8 93:20
  99:4 118:7,15
  146:22 156:17
explained 41:6
  67:12 176:7
explanation 51:20
explicating 144:8
explication 37:20
  96:3
explore 6:10 81:12
  144:16
explored 153:8
exponential 108:9
express 17:17,24
  18:7 19:18 180:6
expressed 18:10
  23:15 145:6
extensively 50:6
  159:6 168:23
extent 6:10 21:13
  22:14 154:6
  180:10
extra 166:13

**f**

f 184:9 187:2
fabric 23:3 31:11
  35:12 69:14
  146:20
fabrics 158:19
  177:5

facile 67:21
facilities 15:20
  34:6
facility 23:16
  171:22
fact 22:13 32:19
  37:6 40:6,11,18
  49:24 51:17 73:16
  89:7 103:19
  108:11,13,14
  109:4 152:15
  156:25 178:23
factor 30:7 104:11
  105:4,7,19,23
factors 30:3
facts 18:5 154:2
fahrenheit 28:20
fair 5:4,5 13:8
  14:13 19:21,23
  21:24 25:23 30:4
  31:10 39:14 42:6
  45:9 47:9,23 49:2
  49:5 53:9 71:18
  71:19 91:20 94:5
  105:5 142:6
  143:15 158:8
  159:9 170:17
  173:25 175:3
fairly 146:24
  152:4 176:7
fairness 152:21
fall 119:13
falls 160:2,19
familiar 80:15
far 11:6 81:13
  82:2 166:14
fast 126:19
faster 92:7
fault 143:23
federal 1:13 3:16

**feel** 86:21 93:12
152:23 154:23
**feeling** 107:12
**fifths** 36:23
**figure** 30:3,12,17
79:24 99:5,22
100:23 108:25
126:13 167:15
**figures** 65:22
66:10 124:22
126:13
**file** 82:15
**film** 173:22
**filtration** 141:14
**final** 74:13
**finally** 10:7 54:2
**financially** 187:16
**find** 23:19 39:16
42:13 60:24 65:15
70:8 71:2,10
126:10 160:3
169:23 172:11
**finding** 127:22
**findings** 57:10
68:24 127:7
132:21
**fine** 101:12,13
107:2 148:20
149:22 167:4
**finish** 57:24 72:22
86:12,13 106:10
107:2,7 137:2
151:6
**finished** 5:10
35:18 58:2 151:7
151:9,12
**firm** 162:16
**first** 1:13 3:15 4:5
26:10 28:7 53:20
57:24 60:13,24
63:18 67:11,22

72:21 74:17 75:4
87:21 88:5 94:19
96:6,16 108:19
112:15 119:13
130:25 171:17
174:6
**fissan** 24:5
**fits** 50:14 154:2
156:22
**five** 19:4 171:18
**flame** 124:10
**fleischer's** 14:7
**fleming** 2:7 3:24
3:24 4:1,7,10 5:1
5:21 6:1,13 7:1
8:1,8,12,15,20,24
9:1,3 10:1 11:1
12:1,23 13:1,9,14
13:17,23 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1,3,9 26:1
26:11 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1,18,21 45:1,4
45:7,9,22 46:1,3,5
46:14,17 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1,25 58:1 59:1
59:19 60:1 61:1
62:1,18,21 63:1,2
63:6,10,15,20,25
64:1,7,11,16 65:1
66:1 67:1 68:1

69:1 70:1 71:1
72:1 73:1 74:1
75:1,20 76:1,10
77:1 78:1,11 79:1
80:1 81:1,4,8 82:1
83:1 84:1 85:1
86:1 87:1,9,16,24
88:1 89:1 90:1
91:1 92:1 93:1,3
93:10 94:1 95:1
96:1 97:1 98:1
99:1 100:1,18,22
101:1,2,5,9,13
102:1,9,12,25
103:1,3 104:1
105:1 106:1,11,25
107:1,6,23 108:1,3
109:1 110:1,14,16
111:1 112:1 113:1
113:16 114:1,18
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1,25 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1,23
146:1,5,15 147:1,7
148:1 149:1 150:1
151:1,7,11 152:1
153:1 154:1 155:1
156:1 157:1,17,20
157:23 158:1
159:1 160:1 161:1
161:14 162:1
163:1 164:1 165:1
166:1 167:1,13,17

168:1,2 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1,7,17
178:1 179:1 180:1
180:11 181:5
184:5
**flip** 73:9
**flocculation**
139:10
**floor** 171:17
**flow** 149:14
**fluoride** 90:18
**fluorine** 43:16,21
76:20 78:2 80:22
90:17 182:21,23
**fluoropolymers**
74:21
**focused** 143:18
144:4,8
**focuses** 144:3
**folks** 160:18
**follow** 96:19
174:22 177:20
**followed** 61:25
**following** 8:2 9:11
9:17,23 10:5 13:5
16:24 25:12 45:25
48:14 59:20 60:3
60:7 76:4 77:23
78:9 87:13 92:25
103:5 113:20
114:16 120:17
135:15
**follows** 4:6
**forbearance** 63:11
63:14
**foregoing** 185:3
187:5,6
**forgive** 162:5

**form**  19:8 22:11
22:15 23:18 25:12
29:2 31:13 34:6
34:24 35:9,11,15
36:9 40:13 66:9
72:21 86:22 88:24
91:6 96:8 99:5
100:2,15 104:9
105:13 106:22
113:7 117:7,21
122:19 127:4,25
128:9 131:24
143:2 145:12,17
151:16 156:12
172:19 173:8,8,9
173:11,16,17
179:13
**formation**  21:14
37:6
**formed**  35:8 36:2
36:4 69:12 133:11
**forming**  18:5 70:9
116:4 117:6,11
145:9
**formula**  36:19
37:3,16 38:10,14
39:11,13,20 46:23
47:2,7,8 97:25
98:20 99:15,23
103:20 104:5,7
105:10,22 106:20
111:2,7
**formulated**  127:14
147:8
**found**  65:11 66:7
69:22 95:11,15,19
96:22 125:22
168:23 169:16
171:25 172:6,8
173:6,19 178:19
178:21,24 179:5

**four**  9:4 36:23
**fraction**  98:15
**frame**  66:13
**framework**  96:24
**free**  93:12
**freelance**  187:24
**freezer**  28:9 29:7
**frequency**  72:10
**front**  7:7 9:5 46:21
102:24 114:2
123:5 152:22
171:19 176:24
**full**  10:15,16
**function**  78:24
97:17
**functional**  139:13
139:19
**functions**  108:9
**further**  20:16,17
20:22 21:5 43:11
43:12 74:13 86:21
108:6 143:25
180:12 187:11,13
**fusing**  148:3

**g**

**g**  3:1 47:9,17
48:11 53:17
**gain**  155:11
**gary**  110:4,8,10,18
110:19,25 112:21
161:21,22 164:7
164:11,15,17
165:10,10,10
**gas**  26:14,21 37:14
47:17 48:11 53:18
79:3 141:8 152:9
173:4,8,9
**general**  165:8
**generally**  28:10
155:20

**generate**  115:19
**generated**  116:21
140:17
**getting**  52:24
77:13,13 96:3
100:9 146:3 151:3
164:22
**give**  8:5,8 59:14
60:25 63:24 80:14
150:21 157:15
**given**  29:9 31:19
54:21 137:16
171:24
**gives**  125:12
**giving**  113:17
**glass**  60:16 61:18
62:11 65:17 68:8
70:15,15 123:24
124:3
**glasses**  75:19,22
**go**  5:11,21 26:4
35:17 46:18 56:9
62:13 67:5 75:20
76:12 81:2,13,23
82:2,13 84:17
88:18 97:8 106:12
126:15,15 129:18
129:23 133:17
148:5 155:10
164:8 166:10
167:8 169:23
177:8
**gobain**  1:7 3:18,25
4:13 34:4,5
112:24 116:21
120:21 121:2,11
121:12 128:5
137:10 138:8
142:19 145:9,16
146:19 158:19
183:18 186:4

**gobain's**  31:11
35:14 61:14 68:25
69:7 70:10 121:7
158:12
**goes**  36:11 82:14
147:15 148:3
149:8
**going**  7:8 13:10,15
18:19 20:20 22:15
26:8 32:11 35:9
36:11 38:2 44:21
45:11 48:17 51:20
57:20 59:5,5
60:11 72:10,15
75:18 78:4 80:15
81:6,25 83:14
87:18,22 93:11
99:25 101:5
102:23 105:14,25
114:7,11 139:15
141:24 142:2
148:21 149:7,14
149:21 150:21
151:23 166:12
**good**  3:6 4:8,9
42:10,23 43:4
51:20 69:14 78:3
107:5,11 130:24
146:5 147:13
149:13 153:25
154:2 155:8
**google**  122:8
**gotcha**  131:3
**gotten**  166:2
169:11
**grab**  93:11 100:22
**gradient**  148:6
**graphical**  82:18
**graphs**  81:18 82:8
83:13

**great** 78:17 82:19
**greater** 37:20 61:3
  96:2 132:19
  170:16
**gribbin** 2:11
**group** 42:20,20
  43:19,25 57:21
  72:8,12 89:19,25
  165:8
**guess** 107:24
**gwc** 3:19

**h**

**h** 36:14 182:2
  183:2
**half** 126:3,22
**hampshire** 120:22
  183:19
**hand** 17:2 59:2
  78:4 113:14 114:7
  120:6 168:6,17
  187:17
**handed** 59:22
  62:17 87:17 118:6
**handful** 177:20
**handled** 15:21
**handy** 147:14
**happen** 23:2 28:18
  57:20 72:24
  155:17
**happened** 23:11
  106:2 111:9
**happening** 22:13
  132:20 157:4
**happens** 57:14
  96:5
**happy** 44:19
**hard** 115:9 117:5
**harder** 6:19
**head** 6:17,18
**heard** 163:6

**hearings** 166:19
**heat** 59:3
**heated** 32:21
  58:24
**heats** 148:22
**heavier** 84:13,18
  84:21,24 85:3,10
  86:8 87:7 90:12
  90:15
**heavy** 85:15 89:20
  90:2
**held** 3:15
**help** 108:8 159:13
**helpful** 36:20
  163:8
**hercules** 78:3,12
  78:12 80:11,23
  84:4 182:22
**high** 10:22 11:3
  40:5 56:13 59:6
  70:20 71:9 84:12
  85:16 89:10
  127:12 132:14,25
  139:20 179:21
**higher** 28:3 61:19
  61:25 85:19,21
  132:22
**highest** 138:5,11
  138:17 140:13
**highly** 40:21 41:3
  41:7 42:12 49:23
  139:14 152:6,12
  154:8,8,11,15,24
  169:17
**hinchey** 165:10
**home** 25:8
**homes** 15:24
**hoosick** 160:2,19
**hope** 27:11
**hopefully** 144:9

**hopke** 1:12 3:11
  4:1,4,8 5:1 6:1,15
  7:1,5,6 8:1,3,6,18
  9:1,3,4,12,18,24
  10:1,6,15 11:1
  12:1,21 13:1,2,6
  13:24 14:1 15:1
  16:1,25 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1,14,21
  24:1 25:1,5,14
  26:1,7 27:1 28:1,2
  29:1 30:1,20 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1,4
  37:17 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1,10
  45:12,14 46:1,2,16
  46:18,22 47:1,6
  48:1 49:1 50:1,21
  51:1 52:1 53:1,5
  54:1,7,13 55:1,5
  55:22 56:1,19
  57:1 58:1,2,6,18
  59:1,21,22 60:1,4
  60:8,14 61:1,8
  62:1,22 63:1 64:1
  64:3,18 65:1,2,18
  66:1,6,14 67:1
  68:1,22 69:1 70:1
  70:25 71:1,22
  72:1 73:1,10,24
  74:1 75:1,21 76:1
  76:5,9,12,16 77:1
  77:5,11,24 78:1,4
  78:10,15,18 79:1
  79:25 80:1,9 81:1
  82:1 83:1 84:1,5
  85:1,25 86:1 87:1
  87:10,14,18 88:1,7

89:1,5,14,23 90:1
91:1,11 92:1,14
93:1,2,7,11,16
94:1,22 95:1,3
96:1,13 97:1,3,8
98:1 99:1,3 100:1
101:1,9 102:1,3,14
103:1,6,7,17 104:1
105:1 106:1 107:1
108:1,2,4 109:1
110:1 111:1,11,21
112:1,15 113:1,21
114:1,7,17 115:1
116:1 117:1,3,4
118:1 119:1 120:1
120:9,18,19 121:1
121:5,20 122:1
123:1,2,19 124:1
124:23 125:1
126:1 127:1 128:1
128:3,18,25 129:1
129:19,24 130:1
131:1,4 132:1,3
133:1,22 134:1
135:1 136:1 137:1
138:1,14 139:1,18
140:1,21 141:1
142:1,17 143:1
144:1 145:1,21
146:1,14,16 147:1
147:24 148:1
149:1 150:1 151:1
151:13 152:1,21
153:1 154:1 155:1
155:14 156:1
157:1 158:1 159:1
159:2,15 160:1
161:1,19 162:1
163:1 164:1 165:1
166:1 167:1,5,25
168:1,3,19 169:1

170:1 171:1 172:1 173:1,16 174:1,3 175:1 176:1,10 177:1,16,18 178:1 179:1 180:1,2,4,12 181:5 182:3,5,7,8 182:10,12 183:4,9 184:5 185:10 186:5,21

**hopke's** 183:6

**hoppe** 145:21

**hour** 44:16,16 92:2,2,4,10 107:25 146:4 162:2,3

**hours** 10:16,19,20 10:24 11:3,11,17 13:24,25

**huh** 6:18,18 11:23 36:15,21,24 46:24 51:8 53:7,13 59:24 65:25 74:10 80:2 82:16 85:5 89:22 90:6 92:24 94:24 95:2 96:15 99:8 110:5,7 112:3 114:10 123:4,22 124:6 133:20 153:3,6 157:19 158:5 174:5 177:24

**humidity** 23:5 28:15 29:16

**hundred** 10:23

**hydrochloric** 42:21

**hydrofluorocarb...** 60:25

**hydrogen** 22:20 37:8 42:19 57:19

**hypotheses** 41:25 50:5 154:5 155:18

155:21,22 156:24

**hypothesis** 41:18 152:7 154:7 155:10,15,23 156:10,20,22 158:6

**hypothesize** 38:18 153:23 155:9 158:2

**hypothesized** 41:5 42:5

**hypothesizing** 33:11 131:16

**hypothetical** 118:25

**i**

**ice** 28:9,11,15,19 28:24 29:4,6,15

**id'ed** 182:3 183:4

**idea** 49:17 92:15 96:7,17 107:5 163:2,9 178:16

**identification** 8:3 13:6 16:25 46:2 59:21 76:5 78:10 87:14 93:2 103:6 113:21 114:17

**identified** 9:11,17 9:23 10:5 18:21 18:22 30:3 41:12 60:3,7 77:23 135:21 137:7 138:25 170:9 178:7,15 179:11

**identifies** 138:15

**identify** 3:20 72:25 94:9 112:5 125:7 131:6 152:2 152:11 159:2,21

**identifying** 113:18 114:23

**iii** 2:7

**imagine** 105:6

**immediate** 81:11

**impair** 6:23,25

**imperial** 109:18

**important** 49:15 49:18 66:7 98:2 105:23 126:11 151:25 155:24

**impossible** 29:9 169:14

**incapable** 155:5

**include** 114:22 115:10 116:12 154:17

**included** 16:14 57:8 83:22 95:21 114:21 133:15 165:9

**includes** 120:16

**including** 82:17

**inclusive** 8:4

**incoming** 137:25

**incomplete** 127:6

**incorrect** 96:20 105:11 111:2,17 111:18

**incorrectly** 104:7 111:4

**increase** 148:7

**increases** 54:15,16

**increasing** 72:9

**index** 182:25

**indicate** 21:22 22:4 135:4

**indicated** 21:19,20 56:11 92:11

**indicates** 54:24 134:6

**indicating** 101:21 101:23,24 102:2

**indication** 64:22 73:7 135:15 171:15

**individual** 49:13

**individually** 1:3

**industrywide** 142:22 144:13,24 145:5,15

**influencing** 70:16

**information** 5:14 81:10,15 82:7,20 95:12,15 116:3 117:4 118:23 120:3,5,11 122:15 124:21 126:9 127:2 130:6 134:16 160:4 161:7 163:22 174:12,14 175:7 179:9,14

**informed** 174:19

**ingredients** 118:10

**initial** 6:7

**inquire** 6:8

**inside** 170:21 171:7,25 178:2

**insights** 161:12 163:8

**instantly** 109:15

**institutions** 24:8

**intend** 17:17,24 18:6 166:3,14 180:5

**intentions** 166:10

**interaction** 94:21

**interchangeably** 27:10

**interest** 124:9 168:25

**interested** 174:25 187:16

**internal** 48:24 89:20 125:7
**international** 24:6
**internet** 122:6,11
**interrupt** 15:4 58:7 63:4 115:4 161:17
**interrupting** 63:6 161:16
**introduce** 18:9
**introduction** 143:5
**involved** 153:14 160:19 161:3,4 172:13
**involves** 72:9
**ion** 34:12,23 71:24 71:25 72:13 80:6 85:14 86:9 89:17 89:18,19,25 90:12
**ionic** 36:9 85:18
**ionically** 71:25 89:18
**ions** 36:6
**irrelevant** 69:3 89:8,12
**issue** 17:17 20:4 70:14 79:16 82:21 163:3

**j**

**j** 2:3,11
**james** 1:3 3:17
**jamie** 169:11
**joint** 24:10
**jokingly** 109:18
**joselson** 2:3 3:22 3:22 5:18,22 8:7 8:14,23 17:10 18:2,25 19:22 20:25 21:16,25 22:11 23:18 25:10

25:18 26:8,17,24 28:5 29:2,8,13 31:14 33:8,21 34:2,9 35:15 37:24 39:4 40:16 41:9,16,23 42:7,16 44:15,20 45:2,24 51:14 52:5,14 57:24 58:11 59:18 60:11 62:16,20,25 63:4,8,13,17,23 64:5,9,14 65:10,18 65:23 66:2,9 67:9 70:12 71:4 72:22 73:5,12 75:22 77:22 79:20 81:2 81:6 86:13 87:12 87:15 91:16 92:18 93:9 96:8,21 98:25 99:7,25 100:19 101:3,8,18 101:22,25 102:6 103:2 104:9 105:13 106:10,22 107:14 110:5,9,13 110:15 112:21 113:7 114:20 117:7,21 122:19 127:4,11,25 128:9 128:23 129:15 131:24 132:8,18 135:8 136:16,18 137:2 138:19 139:6,23 143:14 143:21 145:17 146:3 147:4 149:19 150:17 151:5,16 154:21 156:12 157:15 160:23 162:9 164:6 170:11

172:19 179:13 180:8,14
**joseph** 2:11
**joseph.gribbin** 2:14
**journal** 12:18 24:3 76:20 78:2 80:22 182:21,23
**judge** 6:2
**judgment** 175:8,8
**july** 164:21,21

**k**

**k** 1:12 4:1,4 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1,16 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1,9 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1

91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 108:2 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 146:14 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1,25 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1,16 178:1 179:1 180:1 181:5 182:7 185:10 186:5,21
**katherine** 11:9
**kathy** 110:9,9,15 110:17,18
**keep** 13:19,21 23:4 82:20 117:25
**kelvin** 104:17,19 104:20,25 108:23

109:2,3,9
**key**  114:4 148:4
**kilopascals**  26:2
**kim**  3:13
**kimberly**  1:22
187:4,23
**kind**  87:4 94:21
138:22 148:22
149:7
**kinds**  69:15 82:17
124:21 156:24
176:4
**kinetics**  60:25
67:22
**knapp**  119:4,21
**knapp's**  119:8
121:18 135:3
**knew**  29:14,15,16
**know**  4:24 5:19
11:8,8 12:14
14:13 19:17 20:6
20:18 28:18,21
29:21 30:2,5
31:19,20,22 33:9
34:12 35:16 40:20
42:25 44:17 48:23
50:14 51:18 55:6
55:6 56:17 58:10
58:10,11 64:19
66:4 71:12 72:24
73:6 77:9 78:22
82:2 86:4 87:20
93:23 94:20 100:8
101:10 104:6,24
104:24 107:7,8,9
111:6 112:6,15,24
112:25 118:21
119:3 122:23
123:13,17 127:17
131:2 134:24
135:24 136:3

138:9,13 139:2,24
140:4,7,10,12,15
143:7,25 147:2
149:3 151:21
152:6,23 154:24
156:18 158:10,14
158:18,20 160:17
160:23 161:2
163:5,18,20
164:22 165:24,25
166:12,15,16,19
169:15 171:12,15
171:18,22 172:13
173:21 176:12
178:14,15 179:4
179:21
**knowledge**  33:23
79:15 121:6
154:23 155:12
**krusic**  56:13 57:9
59:10,12,25 60:5,9
60:14 62:3,6
67:16,19 68:2,6,13
68:18 69:5,16,22
70:2,5,8 73:7,9,13
73:16 74:11 88:15
123:3,8 127:8
182:18,19
**krusic's**  57:10
58:19 68:23
127:22,23

**l**

**l**  88:4
**labeled**  108:25
172:16
**laboratory**  30:15
91:3
**lack**  127:8
**laid**  146:25
**lang**  162:12

**langrock**  2:3 3:23
**langrock.com**  2:5
**large**  16:20 20:7
122:21
**largely**  161:9
**lawyers**  151:20
**lazerte**  88:3,12
90:11,12,14 183:7
**leached**  170:22
**leads**  155:12 157:3
**leave**  80:6
**leaves**  132:24
**leaving**  72:8 89:19
89:25
**left**  6:14 37:13
48:4 98:12 123:20
124:24 157:22
**legal**  2:17 186:1
**legend**  47:8
**letter**  98:16
**letting**  106:25
**level**  131:25
140:11 151:22
156:10 172:11
179:7
**liberated**  128:16
**life**  126:3,22
**liked**  94:10,14
124:21
**likelihood**  156:11
**likewise**  18:4
**limit**  61:4 139:16
**limited**  6:4 142:7
142:11,13
**line**  26:9 28:6
60:12 94:25 107:2
108:16 186:6
**lines**  75:13 76:19
78:19 79:17
116:12,14,16
129:20 130:3,14

144:19 157:21
182:20
**link**  169:13,19
**liquid**  26:13,25
27:5 36:9 173:15
173:22
**liquids**  27:18
**list**  15:9 118:13
**listed**  13:2 15:14
19:4,25 20:10
84:8 90:11,14
116:22 118:12
135:11 170:23
**listing**  118:9
**lists**  120:15
**literature**  14:9
55:14 56:2 68:12
72:4,17 87:5
88:20
**lithium**  84:15,17
90:16
**little**  51:8
**llp**  2:3,8,12
**ln**  98:11
**located**  171:16
**location**  1:13
**locations**  178:18
178:20,24 179:2,5
179:25
**log**  98:13
**logical**  42:18
102:18
**long**  29:4,6 35:13
35:17,25 59:6
158:10 161:25
164:18 172:17
**longer**  149:18
**look**  8:5,17,20 9:6
28:22 36:20 43:12
44:13 47:20 53:5
55:13 56:10 59:12

Case 5:16-cv-00125-gwc Document 212-40 Filed 11/27/18 Page 207 of 225

60:22 64:25 65:22
67:5 75:16 79:22
79:24 80:8 85:20
88:6,18 90:4
92:21 93:12 97:22
98:25 113:9
115:23 116:17
123:19 144:18
167:8 174:10
177:21 178:22,23
179:23
**looked** 42:25 50:6
50:11 55:11,15
64:23 73:7 116:22
117:14,16 123:25
126:20 151:8
152:15 179:7
**looking** 20:15 22:9
33:10 40:9 43:11
57:8 67:7,12
72:23 78:24 85:19
86:4 90:20,22,23
122:6 129:9 147:4
171:16,21
**lose** 69:11,11
70:23
**loss** 23:12 55:17
78:24 79:7 80:3,5
**lot** 14:4 63:11,13
66:24 81:10 86:19
122:7 141:9
**lots** 67:3,3
**loud** 124:7
**low** 23:5 141:12
**lower** 28:4 31:22
139:7
**lunch** 101:10
107:3,8,9,10,24
108:7
**lyle** 2:16

**m**

**m** 184:2
**machine** 187:6
**magnesium** 84:10
84:18
**magnitude** 67:21
109:4
**main** 1:14 159:24
**major** 52:21 144:3
**majority** 31:12,17
**making** 94:17 98:5
**manufacturing**
128:6,21 130:21
132:5 177:2,4
**mark** 7:6 12:24
16:22 44:18,21
45:11,22 77:15,16
77:20,20,21 78:6
87:9 100:18,23
102:15 114:11
**marked** 8:2 13:5
16:24 45:25 59:20
59:23 76:4 78:9
87:13 92:25 93:3
103:5 113:20
114:8,16 115:24
120:17 168:9,13
182:3 183:4,11,15
**marks** 76:7 146:7
**mass** 29:15 79:7
125:7 170:17,18
171:3,4
**match** 114:3
**material** 16:15
19:10,14 22:15
23:6 47:14 51:16
59:3 69:10 70:18
81:10,14,19 82:10
82:14,18 83:15
89:7,9 112:19,24
113:2 118:13

120:21 121:2,18
125:5 129:10
132:22 136:20
139:13 142:2
143:24 144:7,8,24
145:5 147:10
149:14 168:10
170:22 172:17
183:18
**materials** 9:9 13:2
19:24 20:12 34:6
56:10 82:23 83:2
83:4,6,10,12,18,22
83:22,25 86:8,23
87:7 120:15 121:7
134:13 136:14
137:15,25 170:9
170:23 174:20
182:11
**math** 10:22,24
**matter** 3:3 61:3
81:5 94:17 107:8
141:10,18 142:4,5
173:5,23
**matters** 6:7
**maximize** 35:20
90:23
**maximum** 138:18
**mean** 15:2 29:17
30:15 33:9,25
35:16 40:10,10
48:22 49:11 51:9
58:6 72:6,23
81:12,20 82:3
88:19 91:22 100:8
109:22 115:4
121:17 126:18
135:10,14 139:3
141:21 144:2
146:24 151:19
154:3 156:16

158:21 163:4,5
166:11,18 170:15
172:15 173:4,12
173:14 174:9
176:9 180:4
**meaning** 109:18
**means** 34:11
136:20 138:16
**meant** 95:24
170:25
**mears** 12:17
**measure** 42:2
**measured** 60:15
60:18 98:14
**measurements**
98:6 138:22
**measuring** 60:19
98:4,6,7
**mech** 128:11
**mechanism** 20:17
20:23,24 21:3
22:8 30:22 35:7
37:20 38:18 39:23
40:3,15,22 41:4,13
41:20 42:11 44:6
48:23 49:20 53:8
57:13 61:21,24
73:8,20,22 90:19
90:22 91:17
128:11 144:9
149:23 152:5,8,12
153:5,7 154:13,14
154:16,24 156:2
156:19 157:2,24
158:2,7
**medication** 6:23
**megabytes** 16:23
**melt** 74:20
**mention** 37:22
84:16 159:18

**mentioned** 16:17
  24:12,16,21 30:7
  95:4,8 134:17
  158:11 159:16
  161:4 166:22
  178:11
**mentions** 133:19
**merits** 8:12 9:25
  95:9,17 182:8
**merrimack** 116:10
  116:11 119:2
  120:22 141:14
  143:23 179:17
  183:18
**met** 23:23
**metal** 80:6 90:17
  90:18
**metals** 124:3
**method** 156:8
**methodologies**
  143:8
**middle** 86:17
  97:10
**middlebury** 2:4
**mimics** 47:23
**mineola** 186:2
**minor** 125:20
**minus** 22:21 30:24
  31:9,13,24 32:17
  34:13,23 36:5
  37:9 103:20
**minute** 44:25
**minutes** 61:3
  101:7 162:2
  164:19
**missed** 65:8
**missing** 64:24
  81:15 82:8
**misstatement** 22:2
**mistake** 109:14

**mistakenly** 8:24
**mixtures** 118:10
**model** 29:19,25
  30:2 91:2 157:17
  157:25
**modeled** 29:14
**modeling** 30:9
  175:9 176:3,18
**moderate** 125:23
**modern** 82:12
**modest** 125:23
**moiety** 86:5
**molecules** 27:14
  28:16
**moment** 28:2
  59:14 63:24
  174:16
**monolayer** 173:12
**monotonically**
  125:23
**monroe** 187:3,18
  187:25
**monthly** 136:3
**morning** 3:6 4:8,9
**motion** 89:20
**move** 23:3,4 26:14
  26:20 59:3 127:20
**moved** 70:16
**movement** 27:14
  28:16
**moves** 23:8 132:22
**moving** 27:18 79:2
  148:4 149:9
**msds** 138:15,24
  139:15,21
**msdss** 138:6,12
**multi** 51:6 153:14
  153:20 157:13,25
**multiple** 43:15
  115:2 179:25

**mutually** 63:19

**n**

**n** 2:1 3:1 181:2
  184:2,9 187:2
**na4** 36:25
**name** 3:12 14:6
  76:23 78:3 161:3
  181:3 186:4,5
**nankai** 24:8
**nanograms** 171:24
  172:6 178:19
  179:22
**narrow** 150:2
**national** 3:14
**natural** 98:13
**nature** 20:20
**near** 28:9 105:15
  105:16
**necessarily** 19:12
  78:22 88:19 105:3
  105:3
**necessary** 6:10
**need** 29:21 30:2,5
  30:14 65:15,19
  77:8 78:11 81:16
  86:23 152:23
  173:13
**needed** 37:20 42:4
  89:20 93:24 131:6
  131:7 175:6
**needs** 75:21
**negative** 28:19,25
  111:12,12
**never** 21:19 69:15
  89:9 132:24
**nevertheless** 69:5
**new** 1:14 2:9,9
  3:16 18:10 120:22
  143:2 144:7
  183:18 186:2
  187:2,18,25

**nh4cl** 153:9
**nice** 124:18,19
  126:12 127:2
**nicely** 146:25
**nmr** 126:18
**nominally** 139:7
**non** 21:9
**nonprecise** 26:13
**nonverbally** 92:11
**noon** 101:3
**normal** 27:6,6
**normally** 27:17
**north** 15:25
  120:13 128:6
  136:17,23 137:15
  159:4 179:12
**notary** 185:17
  186:25 187:24
**note** 76:18 108:24
  121:20
**noted** 46:11 76:3
  77:3 107:20
  146:11 167:22
  177:13 185:5
**notes** 77:10,15,21
  78:6,7 100:5
  183:6
**number** 3:19 20:8
  23:25 65:4 76:8
  111:24 146:8
  158:20,23
**numbers** 20:7
  83:12 114:15
  138:8,9
**numerator** 103:19
  108:19

**o**

**o** 3:1 86:16,16
  184:2,9 187:2
**o'clock** 46:7
  107:24

**oath** 4:21
**object** 22:11 23:18
  26:8 29:2 35:15
  59:18 60:11 66:9
  99:25 105:13
  106:22 113:7
  117:7,21 122:19
  127:4,25 128:9
  131:24 135:8
  136:16,18 145:17
  147:5 172:19
  179:13
**objecting** 28:5
**objection** 17:10
  18:2,25 19:22
  20:25 21:16,25
  25:18 26:17,24
  29:8,13 31:14
  33:8 34:9 37:24
  39:4 40:16 41:9
  41:16,23 42:7
  51:14 52:5,14
  70:12 71:4 73:5
  79:20 91:16 92:18
  96:8,21 99:7
  104:9 127:11
  128:23 132:8,18
  138:19 139:6,23
  143:14,21 149:19
  150:17 151:16
  154:21 156:12
  164:6 170:11
  180:8
**objections** 63:12
**observed** 125:10
  125:18
**observing** 41:19
**obstruct** 63:2
**obtained** 170:10
**obviously** 14:4,8
  19:10 112:25

158:21 161:5
  165:21
**occasion** 139:25
  140:4,21,25
**occasionally** 34:19
**occasions** 109:17
**occur** 55:25 70:23
  71:23,24 72:18
  73:3,3 89:16,17,24
  91:20 158:12
  164:20
**occurred** 164:25
  165:18
**occurring** 20:21
  78:20
**occurs** 22:24
  40:22 41:4 73:17
  84:7 91:9,25 92:2
**octanoic** 21:9
**october** 1:16 3:2,8
  3:10 9:21 186:4
**odd** 83:11
**odds** 12:13
**offered** 6:9
**offering** 143:12
**offhand** 28:21
**office** 13:17
  171:17,19
**oh** 45:7 73:14
  77:22 86:14
  130:13 175:13
  179:19
**okay** 5:17,22 6:20
  7:5 8:10,15 9:4,8
  10:12,13,22 11:5,7
  12:23 14:16 15:10
  15:17 16:21,23
  18:19 19:15 22:12
  25:9 26:12 30:9
  30:17 33:24 37:5
  38:16 39:8,10

45:9 47:4 56:9
  59:15 64:25 65:6
  65:9,12,15,20 66:5
  67:14 69:9 72:8
  73:15 76:14,18
  77:8,18 78:17
  79:4,13 80:10
  81:9,23 82:11
  83:20 84:16 86:15
  89:13 94:22 95:19
  98:5 99:2,24
  100:22 101:7,8,22
  102:12,14 103:7
  103:14,16 105:2,8
  105:16,25 106:14
  106:25 107:12
  110:2,19 111:24
  113:6,9,16,25
  114:7,9,14 115:4,7
  115:22,25 117:17
  117:23 118:2,9
  120:3 121:4,20
  122:20 124:17
  127:16 130:2,5,13
  130:15 131:15
  133:7 144:6 146:3
  146:5,24 149:4
  151:11 153:24
  156:16,18 159:24
  162:13,18 163:9
  166:17,21 167:12
  167:16 169:10
  172:3,4 174:3,21
  175:11 180:2,10
  180:13,16
**old** 88:19 186:2
**omissions** 112:10
**once** 31:21 58:23
  131:19 164:7
**ones** 20:9 151:15

**open** 29:20 59:2
  69:13 81:6
**operating** 136:23
  170:8
**operations** 171:14
**opinion** 20:9 23:15
  34:7 35:5 36:5,7
  38:7,8 43:13
  49:16 55:24 72:5
  86:22 88:24 89:8
  89:9 132:12
  138:14,20,21
  143:12 149:5,6,6
  168:21 175:21
**opinions** 6:4,9,10
  16:10 17:16,24
  18:6,10 19:8,17
  39:17 51:25 52:18
  57:7 68:25 69:6
  70:10 71:3 88:16
  98:2 100:15
  105:23 106:21
  116:4 117:6,11
  133:11,14 143:2
  144:25 145:6
  147:24 150:13
  163:24 164:12
  165:14,20 166:4
  166:15 168:20
  174:7 176:12,14
  176:21 180:5
**opportunity** 21:8
  76:15 77:4 80:14
  80:23 88:6 131:20
  131:22 150:22
**opposed** 105:11
**oral** 1:11
**oranges** 131:17
**order** 5:25,25 6:12
  10:19,23 23:4
  37:21 51:22 60:24

67:10,22 69:10,11
70:17 72:8 109:4
124:11 128:3,19
129:3 130:19
131:14 132:4,23
139:13,18,19
140:2 149:10
165:25 175:9
**ordered** 67:13
**orders** 67:21
**original** 9:14
17:14,20,22 18:10
18:19,24 19:19
20:2,19 21:2,4,11
37:22 66:21 93:24
95:21 96:23 113:2
129:6,12 131:22
147:17 176:15
182:5
**outlined** 22:12
158:22
**outset** 26:5 159:15
159:19
**overall** 49:11
51:10 91:14,17,19
92:3,8,19 113:3
**overpressure** 29:3
**overseas** 24:21

**p**

**p** 2:1,1 3:1 98:12
**p.m.** 107:18,19
146:9,10 167:20
167:21 177:11,12
180:19
**pa** 98:12
**page** 15:10,14
18:15 19:4 20:10
36:22 38:15 39:14
46:22 47:2,21,25
48:3 50:23 54:12
55:22 60:22 62:3

64:25 71:21 73:25
74:6,17 83:14
89:15 94:23 96:13
97:9 101:19 103:7
111:22 114:22
115:11 123:7
129:20 130:3,12
133:19 144:18,21
152:25 157:15
181:3 182:25
183:16 184:3,10
186:6
**pages** 83:12 93:14
117:5,9 187:7
**paper** 14:9,9,10
33:6,10,19 38:19
41:13 44:13,19
45:12,13 50:9
51:12 52:12 59:8
64:23 65:13 66:12
67:16 69:20 72:4
72:17 74:17 76:20
77:12 79:10,13,16
80:16 81:9 82:3,9
83:9,9,11 86:23
88:15 90:5,12,14
91:2 96:6,10,17,23
97:18,22 98:4
99:13 104:21
106:4,6,7,13
108:24 123:3,18
123:25 126:10
127:24 142:8
151:15 152:2,24
153:13,18 154:22
156:3,7,9 157:5
161:11 166:24
167:3,9 168:13
174:4,7,10,15,16
175:12,18 176:24
182:15,18,19,20

**papers** 12:18 15:3
15:13,17 24:2,4,11
40:21 56:13,21,24
57:3,6,9 59:13,23
82:23 83:16 88:19
90:21 95:20
148:13 161:5
**paragraph** 111:25
123:21 124:5,14
124:24
**parallel** 124:21
**parameters**
125:12,15 175:9
**parentheses** 98:11
**park** 2:8
**parseghian** 162:11
**part** 92:19 100:20
113:3 140:13
141:23 165:24
174:9 175:6
**particle** 163:16
164:9 174:11,13
175:2
**particles** 34:16
35:10 141:6,12
**particular** 38:9
60:18 138:16
158:15
**particularly**
165:22 175:8
**particulate** 140:24
141:9,10,18 142:4
142:5,9 173:5,22
**parties** 187:14
**partner** 160:21
**parts** 169:17
**party** 6:5
**pascal** 98:21
**pascals** 25:24
28:23 99:6,10,16
108:12

**pass** 174:23
**path** 150:25
**pathway** 128:12
154:9
**pause** 8:11
**peer** 24:3 41:12
106:9,14 157:5,8
**pending** 44:22
45:3 65:24 66:3
**pennsylvania** 2:13
**pentafluoroprop...**
84:7
**people** 72:23
79:23 83:13
104:24 150:9
151:21 161:4
**percent** 61:3 80:3
118:18,19 130:6
132:19 138:25
139:3,3,4,5
**perfluoro** 88:2,3
**perfluorobutano...**
43:2,15,18 44:10
90:9 91:5
**perfluoroheptane**
60:20 61:2
**perfluorooctana...**
125:18
**perfluorooctano...**
22:16 31:12 43:5
74:19 118:14
**perfluorooctanoic**
76:24 86:6
**perfluoropropane**
91:6
**performance** 1:7
3:18,25 139:9
186:4
**period** 135:20,25
148:6

**permit** 136:11,11
141:12
**person** 5:11 149:2
**personal** 187:9
**persons** 1:4
**pertinent** 14:8
**peter** 2:17 3:12
119:4,8,21
**pfo** 22:20 30:24
31:9,13,24 32:17
34:12,23 36:5
37:9 130:6 148:17
**pfoa** 12:4,7,12
13:4 15:21 16:4,6
16:10 21:7,14
22:22,25 24:13,18
24:22 30:25 31:2
31:5 32:3,4,14,14
32:25 33:12,13
34:7 37:13,14
38:25 39:24 40:4
40:15 41:4,15,22
42:15,22 49:16,18
50:3 54:6,10,19
55:3,18,21,25 56:4
56:7 57:15 58:23
59:5 61:20,25
62:8 64:24 66:10
69:6,12,25 70:5,9
70:21 71:2,8,16,23
72:18 73:2,22
79:18 89:16 92:16
97:20 126:9 128:4
128:8,10,13,16,20
128:22 129:3
130:7,20,22
131:14 132:5,7
137:20 138:2
140:18 141:15,23
142:19,23 143:8
143:13,19 148:9

148:18,21 150:11
150:22 152:9
159:3 168:23
170:4,4 171:8,18
171:25 172:6,18
172:21,23 173:2,4
173:6,19,25
177:25 178:6,6,8
178:20,24 179:4
182:12
**pfos** 169:2,4,5,7
178:11,14,21,24
179:5,11
**ph** 21:12 31:20,22
31:22 129:22
130:6
**ph.d.** 185:10 186:5
186:21
**phase** 26:14,21
27:15,18 28:17
36:9 47:17 48:11
53:18,20,23 79:2,3
91:12 141:8
152:10 172:9,9,10
173:4
**phases** 158:11
**phd** 1:12 3:11 4:1
4:4 5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1,16 47:1 48:1

49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1,9 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
108:2 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
146:14 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1,25

168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1,16 178:1
179:1 180:1 181:5
182:7 183:9
**phenomenon**
155:13
**philadelphia** 2:13
**philip** 1:12 3:11
4:1,4 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1,16 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1,9 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1

99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1,2 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1,14 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1,25
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1,16 178:1
179:1 180:1 181:5
182:7 183:9
185:10 186:5,21
**phone** 108:10
110:3 161:19,25
162:19 163:24
164:12,24 165:12
165:16,21
**phrase** 137:7
**phs** 31:15,20 32:4
**physical** 115:9
**pile** 13:21

**pka** 31:19 32:6
**place** 51:7 160:8
**places** 171:18,21
**plaintiff** 11:11
**plaintiffs** 1:5 2:2
3:23 6:3 15:23
110:22 160:19
162:16 169:20
**plant** 116:22
128:13,16 136:13
163:7 168:24
169:5,7 171:8,12
177:2,4
**plants** 160:3
**plastics** 1:7 3:19
3:25
**plausible** 42:12
154:8,25
**plaza** 1:13 3:16
**pleasant** 2:4
**please** 3:20 4:3
19:17 62:24 63:2
63:3,4,12 80:25
130:17
**plug** 104:23
110:24
**plugged** 109:13,13
**plus** 10:17,21
92:10
**po** 169:7
**point** 22:25 32:5
37:11 45:9 57:17
70:22 72:14
143:20,24 144:2
148:10,20 179:15
**pointing** 133:11
**portion** 114:5
**portions** 77:7
170:14
**position** 42:3

**possibilities**
158:23
**possibility** 129:22
132:15
**possible** 14:15
94:18
**potassium** 84:10
84:21 86:2
**potential** 28:16
32:9 89:11 116:11
116:12,25 133:23
134:10 159:3,14
169:4
**potentially** 30:11
44:12
**pounds** 116:24
134:7
**power** 25:24
**precise** 25:16
31:22 94:18
**precisely** 112:23
**preparation** 10:18
10:20 76:23
**prepared** 9:9
11:24 135:25
**preparing** 11:19
135:6
**preposition** 10:17
**presence** 89:19
124:2
**present** 2:15 51:16
154:13
**presented** 12:7
66:12 68:4
**pressure** 25:14,15
25:20,21,23 27:25
28:18 29:15 33:3
33:4,7,20 97:17,19
97:21,25 98:5,7,8
98:14,14 106:21

**pressures** 28:3,4
108:12
**presumably** 35:19
141:7
**pretty** 78:3 81:9
104:14
**prevent** 157:8
**preview** 87:23
**previous** 88:9
120:17
**previously** 6:9
19:11 94:3 123:21
124:5 150:12
168:9 169:3
183:11,15
**primarily** 11:17
34:11 35:9 90:23
144:4 163:5
**print** 82:14,21
**prior** 16:15 18:21
19:11,13 21:7
92:21 93:3 94:14
94:15 96:14,25
109:16 114:8
115:10 119:14
120:20 134:10,17
144:11,19 148:22
175:13
**probability** 40:5
132:14,16
**probable** 40:22
41:3,7
**probably** 132:13
**problem** 71:20
**problems** 176:4
**proceed** 89:21
**proceeding** 8:11
46:9,10 75:25
76:2 107:18,19
146:9,10 167:20
167:21 177:11,12

187:10
**proceedings** 3:3
**proceeds** 67:21
**process** 23:3 26:20
  33:15 35:20 36:7
  49:11 51:7,10
  54:14 55:15 74:21
  92:20 96:11
  124:12 128:6,21
  130:21 132:6
  147:15 153:14
**processed** 15:21
**processes** 35:14
  61:15 118:24
  122:16,23 158:12
  158:18,21 170:16
**processing** 15:20
  23:16 69:2,7
  70:11 146:20
**produce** 30:24
**produced** 82:25
  100:11 187:8
**product** 60:19
  90:24 125:21
  139:9,11,13,19,20
  140:3 149:9,11
  158:15
**products** 122:24
**professional** 23:23
  64:17
**project** 151:20
**properties** 43:7
  56:10 76:24
**proposal** 52:8
**propose** 52:12
  156:19
**proposed** 39:20
  40:15 53:22
  128:11 151:15
  158:7

**proposes** 51:13
  53:6
**proton** 30:24
  38:16 42:19 51:21
  148:16 149:24
  150:10,21
**proven** 155:15
**provide** 20:18,18
  24:25 37:4,21
  49:23 51:22 68:11
  71:12 73:8 96:2
  127:2 131:25
  139:13,15 150:8
  150:25 154:5
  163:21 175:10
**provided** 123:18
  124:18,19,22
  126:9,11 127:9
  134:2,25 138:8
  152:8 169:19
**provides** 37:5
  41:24 49:17 97:16
  124:15 128:12
  149:23 152:4
  170:15
**providing** 127:16
  136:10
**public** 185:17
  186:25 187:24
**publications** 163:5
**publicly** 144:12,23
**publish** 83:9
**published** 23:25
  24:12 161:11
  163:4
**publisher** 83:14
**pui** 24:5
**pull** 16:21
**purpose** 131:18
  174:9

**purposes** 136:11
  136:11
**put** 5:18,23 7:7
  13:7 65:16 73:18
  78:7 82:13,19
  106:3 114:12
  117:19 150:23
  156:2 164:9
**puts** 22:14
**pyrolyses** 87:25
**pyrolysis** 67:20

## q

**quality** 139:11
  140:3
**quantification**
  118:16
**quantify** 31:16
  35:22 36:2 54:9
  132:15 177:25
**quantitative** 26:18
**quantitatively**
  105:14
**quantities** 135:21
**quantity** 134:7
**quartz** 62:11,12
  67:23 68:8 69:23
  70:6,9,17 71:2,11
  71:15 123:9
  124:10 125:2
  126:4,21 127:9,19
  127:23
**question** 5:3 31:3
  33:17,18 38:13
  39:9,9 43:13
  44:22 45:3 57:12
  61:21 65:24 66:3
  78:25 87:21 88:5
  98:24 99:3 101:6
  101:14 115:6
  127:13 129:19
  130:9 131:3,7

133:9 137:5 139:8
  147:8 150:2,5,14
  160:24 161:18
  162:5 169:3 171:2
  173:13 174:6
  184:10
**questioned** 112:9
  124:2
**questioning** 26:9
  28:6 154:4
**questions** 4:23
  6:17 63:14,18
  67:10 75:17 80:21
  81:22 82:6 84:3
  93:13,23 101:19
  107:2 143:22
  164:8 174:22
  175:4 177:20
  180:12,15 184:13
**quick** 64:24 85:20
  145:25 146:16
**quickly** 55:4 76:17
  77:4
**quiet** 64:5,8,14,16
**quite** 40:11 86:4
  111:6
**quote** 51:4 54:14
  60:23 89:15 95:3
  112:4,11 153:7

## r

**r** 2:1 3:1 88:4
  184:2,9 187:2
**raised** 163:3,9
  169:3 175:5
**ran** 106:20 122:8
**range** 10:23 11:3
  61:4 75:4 124:25
  127:18 138:6,15
  138:18 139:8,20
  140:13,14

**ranges** 138:12
**rapid** 91:23 148:7
**rapidly** 74:19
  127:19
**rate** 29:22 30:4,17
  54:18 55:5,17
  56:15 60:15 91:11
  91:14,19 92:3,7,8
  125:10,13
**rates** 54:5,10
  67:22 68:7
**raw** 120:21 121:2
  136:20 183:18
**reached** 156:10
**reaction** 51:6 72:8
  91:12,15,20,25
  92:3
**reactions** 91:14,18
**reactive** 70:17
  124:13
**read** 19:11 48:5
  50:21 61:5 63:24
  64:6,9,15,24 67:24
  72:2 74:22 75:13
  85:20 96:6,16
  99:9 113:5 124:7
  124:8 129:19,25
  130:2,16 147:7,10
  153:10 158:4
  165:21 168:6
  169:15 170:15
  172:24 185:3
**reading** 14:5 15:4
  15:7 51:3 75:19
  75:22 154:22
  157:18
**ready** 44:17 46:18
  76:11 164:22
**reality** 139:3,4,4
**really** 55:15 73:20
  81:14 84:3 86:20

86:21 89:8 98:3
  113:3 116:12
  130:7,7,25 144:15
  150:3 151:3
  161:11 162:15
  163:21
**rearrange** 131:20
  150:21
**rearrangement**
  48:25 148:14
  149:7
**rearranges** 132:23
**reason** 42:9 61:12
  67:8 137:11 178:5
  186:6
**reasonable** 40:2,7
  40:14 41:24 42:8
  157:3
**reasonably** 6:10
  11:12 156:22
**reasons** 17:23
**rebuttal** 6:3,6 10:7
  10:12 11:18,21
  12:3,14,16,17,18
  14:2,14,24 15:6,7
  15:15 16:13 17:15
  17:23 18:9,13
  19:4,8,18,20 20:3
  20:11 21:6 22:10
  22:13 34:22 36:20
  38:15 41:14 45:16
  45:18 46:22 47:6
  54:12 55:20 62:4
  63:21 66:17 67:15
  68:14 71:21 89:14
  97:9 111:16,21
  116:5 117:6
  119:18 128:12
  133:4,12,13,15
  142:15 144:7,17
  145:6,10 146:18

147:19,24 149:17
  150:16 152:2
  158:25 159:6
  160:13 164:5,10
  165:3,6,15,17
  168:22 174:20
  175:10,17,21
  176:8,16 182:10
**recall** 14:16,19
  15:18 95:6 140:21
  140:24
**received** 34:5
**recessed** 46:9
  75:25 107:18
  146:9 167:20
  177:11
**recognized** 109:14
  116:8
**recollection** 99:18
**reconstruction**
  53:21
**reconvened** 46:10
  76:2 107:19
  146:10 167:21
  177:12
**record** 3:7,21 5:19
  5:23 9:12,18,24
  10:6 46:8,13,15
  60:4,8 75:21,24
  76:7,18 77:24
  81:3,5 87:19,24
  101:18 102:9,10
  107:17,22,23
  146:7,13 167:8,19
  167:24 168:3,6
  177:8,10,15
  180:18 185:6
  187:10
**recorded** 1:11
**recrystallized**
  74:13

**reduce** 139:10
**reexamine** 6:6
**refer** 10:11 54:13
  79:12 117:23
**reference** 19:12
  44:14 66:14 77:14
  85:23 88:12
  157:16
**referenced** 15:3
  19:11 20:8 147:19
**references** 15:9
  19:5,19,20
**referred** 36:13
  45:19 88:8 109:17
  121:24
**referring** 20:24
  75:4 101:19 113:5
  117:24 120:20
  133:2 135:17
  148:24
**refers** 41:17 47:8
  48:5,20 53:11,14
  53:17 79:10
  121:21
**reflected** 138:6,12
**regard** 26:13
  42:24 66:11
  117:15 164:8
  169:3
**reject** 57:10 127:7
  127:22 128:2
**rejected** 151:15
**rejects** 51:13 52:8
  68:12,18
**relate** 13:3 14:24
  24:13,18,22 84:3
  87:6
**related** 10:17 16:4
  24:13 83:2 86:24
  93:13 134:21
  135:6 142:18

156:7 164:25
166:25 180:6
**relates** 39:17
176:25
**relating** 12:11
16:10 17:5 55:18
60:13 97:4,5
124:15 127:8
142:22 158:11
182:12,14
**relative** 23:5 28:15
29:16 54:5 91:21
171:14 187:14
**relatively** 44:22
82:21 122:21
127:19 132:22
141:25
**relaxed** 53:14
**release** 30:25
57:20 129:9 131:2
148:21 149:24
**released** 58:23
**relevance** 81:21
**relevant** 77:7
81:14 161:7
169:18
**reliable** 39:17
61:11,14 71:3,11
106:7 123:13,16
**relied** 19:8 20:6
54:20 83:17
100:14 176:2
**rely** 19:25 51:11
106:5 149:16,17
149:18 150:5
**relying** 16:9 17:8
19:18 35:5 45:15
51:24 52:13 56:6
57:6 68:3 88:15
103:20 118:8
150:13,15,20

152:3 153:13
163:23 164:11
168:19 174:7
175:18,21,24
176:11,13,17,18
176:21
**remain** 59:5
**remember** 4:10
24:2 26:2 65:17
96:17 123:7,10
134:15 160:21
161:2,22
**remembered**
175:15
**render** 127:3,5
**renders** 127:6
**reorganization**
148:8
**rephrase** 39:8
**replicated** 50:7
**report** 8:13 9:15
9:25 10:7,12
11:22 12:3,14,15
12:16,17,17,18
14:2,5,6,7,15,25
15:6,7,15 16:12,14
16:17,20 17:5,9,14
17:15,22,23 18:9
18:11,13,20,24
19:4,9,12,18,19,20
20:2,3,11 21:2,4,6
21:11 22:10 34:22
35:4 36:16,20,22
37:22 38:15 41:14
41:17 45:16,18
46:22 47:6,11
54:12,24 55:20
62:4,10 63:21,21
66:18,21 67:15
68:13,14 71:21
82:24 83:7 89:14

91:7 92:17 95:10
95:16,17,21 97:9
99:19 101:19
103:15 104:8,25
105:12 111:2,5,11
111:15,16,21
112:10 116:5
117:6,12,16,20
119:18 128:12,14
129:7 131:23
133:4,12,13,16
142:15 144:17,24
145:5,6,10,15,16
146:18,25 147:12
147:16,20 149:17
150:6,16 152:2
158:25 159:7
160:13 164:5,10
164:23 165:3,6,17
165:22 170:18
171:4 175:18,22
176:8,16,16 182:5
182:8,10,14
**reported** 1:22 35:3
61:9 108:12 187:6
**reporter** 3:13 4:2
5:14 6:19 147:10
187:24
**reports** 6:5,11
17:20 18:4 38:17
55:16 62:6,8 83:2
**represent** 4:12
**represented**
116:20
**represents** 47:12
47:14,17 51:10
**request** 25:3,5
83:5 184:3
**requested** 44:23
147:10

**requests** 25:11
187:12
**required** 140:3
**reread** 62:14
**rereading** 14:8,16
14:19
**research** 24:6,10
**researched** 54:5
**researcher** 52:7
52:11
**residual** 80:5
90:18
**residue** 80:6
168:10
**respect** 52:9
165:23
**respectful** 63:11
63:19 64:17
**respectfully**
161:15
**respond** 25:13
166:2
**response** 126:19
**results** 61:10,13
126:18
**resumes** 46:16
76:9 108:2 146:14
167:25 177:16
**review** 62:16,21
62:23 64:4,19
65:11,19 66:3,7,20
66:24 67:4 76:15
77:4,5 80:14,24
86:23 87:20 88:24
94:7 119:6,8,12,16
119:24 133:10
144:23 145:4,8,22
175:11 187:12
**reviewed** 14:23
15:2,13 20:6,7
24:3 41:12 52:20

66:20 79:13 80:18
83:17 88:7 94:3
106:14 117:18
119:13,13,14,21
133:3 142:15,18
142:21 143:7,11
144:12 145:14
157:5
**reviewers**  156:5
157:8
**reviewing**  63:8
66:15
**revisit**  67:10
**rewriting**  14:14
**right**  4:16 5:12
6:21 9:13,15,21
10:3,24 11:22
13:19 14:7 15:10
15:15 19:5 30:8
30:10,19 32:19,21
36:14,23 37:23
38:21 39:21 40:24
40:25 44:25 45:16
45:20,21 46:14
48:6,12,18 50:19
51:25 52:4 53:12
53:15,18,20,23
54:3,16 55:21
59:25 60:5,9,16,20
62:4,6,15 65:7
66:15,18 67:2,3,16
68:3,8,8 72:2
73:14 74:5 76:21
76:25 79:11 83:16
84:12,19,22,25
85:4,11 86:10
88:21,22,23 89:2,3
89:5 92:7,12 94:3
95:5 97:6,13
98:23 99:9,20
100:24 101:23

102:2,6,21 103:11
103:15,15,17,21
103:22,25 104:3
104:14,22,23
105:5 106:6,15,16
106:18 108:20
109:11,12 110:23
110:24 111:7,7,10
111:17 112:12
114:4,18,22
115:12,17,20
117:17 118:9
120:14,19 121:21
121:24 123:10,20
125:2 126:23,24
127:14 133:4
134:12,21,22,23
134:24 138:17
140:5,12,14 141:4
145:2 147:17,20
147:25 151:11
152:3,16 153:10
154:11 155:24
157:6 162:16,17
163:10 167:17
172:21 175:17
176:20 177:2,23
178:12 179:17
**road**  186:2
**robust**  88:20 89:3
**rochester**  1:14
3:16 187:17
**roe**  59:12 60:14
68:2,6,13,18 69:5
69:16,22 70:2,5
73:16 74:11 88:15
182:18,19
**roe's**  68:23 70:8
**room**  54:15
**roughly**  11:11
92:5 164:20

**rule**  161:15
**rules**  4:19
**run**  98:19 123:23
136:14 137:13,15
**runs**  147:25 148:2

**s**

**s**  2:1 3:1 47:9,11
48:6 53:14 181:2
181:2 182:2 183:2
184:2,2,9,9 186:6
**saint**  1:7 3:18,25
4:13 31:11 34:4,5
35:14 61:14 68:25
69:7 70:10 112:24
116:21 120:21
121:2,7,11,12
128:5 137:10
138:8 142:19
145:9,16 146:19
158:12,19 183:18
186:4
**sake**  133:7
**salt**  39:3 43:2
67:20
**salts**  42:23 50:8
76:24 84:8 87:6
88:2 90:9,11,14
153:8
**sample**  74:13
167:9 171:24
178:6
**samples**  166:25
169:6 171:16,18
178:6
**sampling**  17:5
145:14 168:11
182:14
**satisfy**  49:19
**saw**  88:17
**saying**  109:21
115:5 136:19

155:4 176:19
**says**  8:23 33:19
51:4 60:23 67:25
72:18 74:12 78:21
112:4 118:17
121:2 125:23
134:25 137:10
152:11 153:4,7,13
157:13 172:4,5
179:15
**scan**  178:17
**schematic**  37:5
150:9
**schematics**  171:11
179:7
**scheme**  39:20
47:21,22,22 48:5
48:14,18,21 49:15
49:20 50:3,10,13
50:17,18 51:7,12
51:13,13 52:3,3,8
52:12,17,18 53:2,5
148:19,23 149:16
149:21,22 150:3,4
150:5,8,13,15,24
151:14
**science**  41:24
154:3 168:14
**scientific**  40:3,8,14
87:10 156:8
**scientist**  155:8,14
155:25 156:9
**scientists**  153:22
155:4
**search**  21:5 22:9
87:5 96:19
**searched**  55:14
**searches**  122:8
**second**  8:5,9 37:9
53:23 60:23 91:23
92:3,9,10 110:11

111:25
seconds  126:6,22
section  50:25
  73:25 74:8 168:10
see  23:20 33:16,17
  38:19 48:3,20
  49:24 50:6,25
  51:3 52:20 58:18
  60:23 64:22 65:4
  68:21 70:24 73:25
  74:9,12,14,16 77:7
  77:10 79:22 81:21
  81:23 82:5,22
  83:13,23 84:4
  85:8,8,9,23,25
  96:13 98:11 99:14
  103:7 114:3 115:3
  115:6,8,8,24 117:2
  121:4,4 122:11
  124:4,14 126:12
  128:13 133:9
  146:17 147:3,8
  153:4,12,15 154:9
  155:11 161:6
  163:7 174:21
  178:18,20,23
seeing  50:5
seemingly  169:17
seen  55:16 72:4
  87:22 88:11
  124:21 161:5
send  24:25
sense  53:2 119:20
sensitive  124:13
sentence  60:23
  74:17 75:5 111:22
  111:24,25 113:5
  124:4,8 157:13,18
  157:20,23
separate  13:22
  93:18 150:22

separation  148:17
  150:10 165:25
september  5:25
  9:15 165:9
sequence  77:19
series  80:7 91:13
  91:18
services  3:14
ses  85:8
set  25:16 28:9
  41:14 79:18
  162:20
sets  59:22 174:18
shake  6:17,18
sheet  120:25 135:3
  185:5 186:1
shin  12:19 14:9,11
  14:21 159:25
  160:16 161:4,20
  162:8,19,22 163:2
  163:10,13,24
  166:24 167:3,9
  168:13 174:4,7,10
  174:16 175:11,14
  175:17,21,24,25
  176:11,13,17,21
  176:24
short  82:21 126:20
shorthand  187:6
show  55:8,17
  66:10 69:9 70:19
  71:7 80:3 84:6
  90:8 91:4 126:13
  126:19,21 141:17
  144:14 170:4,7
showed  121:23
showing  40:18
  48:24 49:4 56:13
  179:10
shown  51:7 126:17

shows  78:20 79:5
  79:6 173:24
sic  45:23 145:21
side  98:12,15
  108:20 160:19
sided  117:5
siegel  12:18 159:5
  165:9
siegel's  159:9
  165:22
signature  187:23
significant  141:12
significantly  85:19
silicon  141:7
siloxanes  141:7
similar  51:10
  165:6
similarly  1:4
  87:19
simple  150:8
simpler  82:3
simplified  26:22
simply  29:24
  134:25 138:8
sinter  74:21
sintering  172:9
sir  113:12
siren  174:22
sit  22:5 54:9 71:14
  72:25 89:24 95:13
  105:2,8 131:11
  138:25 166:6,11
site  12:16 16:12
  128:14 161:8
  182:14
sitting  166:11
situated  1:4
six  165:17
size  55:7,9 163:16
  164:9 169:13
  174:11,13 175:2

176:6
skimmed  169:16
skip  39:9
slow  54:14,15
  62:12
slower  91:19
slowest  91:13
small  12:15 16:19
  36:12 141:25
smaller  43:6
sodium  84:23
  123:24
solely  137:6
solid  22:22 26:14
  26:20,25 27:15
  34:24 35:8,25
  36:4 37:7 47:12
  48:6 49:12 79:2
  131:19 132:10,14
  173:8,11
solids  131:19,21
solution  21:12,18
  21:19,21,23 22:4,7
  31:7,10 32:3,11,14
  32:15,21 34:13,23
  34:25 35:2,13
  36:6 128:7,21,24
  129:2 130:21
  131:2,13,15 132:6
  132:9,11
solutions  31:11,23
  34:11 186:1
somebody  110:3
  163:4
somewhat  43:7
  127:6 149:21
sooner  101:10
sorry  11:2 15:4
  17:12,20 21:10
  35:17 38:2 39:3
  48:2 69:25 73:14

85:6 86:14 88:2
90:13 93:17
106:11,12 109:9
115:4 117:25
120:6,8 123:14
129:24 130:12
134:23 136:18,25
137:3 145:19,21
179:19
**sound** 109:11
**sounds** 119:21
**source** 130:9
178:15,17 179:4
179:10
**sources** 159:3,14
165:23 169:4
**south** 2:4
**space** 13:8 37:15
**speaking** 58:8
**specialist** 2:17
**species** 48:8,11
80:6
**specific** 33:18
114:5 145:16
158:20 169:24
170:20
**specifically** 14:2
33:17 67:4 145:9
161:13 172:16
179:6
**specificity** 96:24
**speculate** 43:10
153:13,22 155:5,9
**speculating**
153:18 155:6,8
157:10
**speculation** 155:3
**speed** 35:20,22
45:10
**spent** 10:14 11:15
14:4

**sperry** 2:3 3:23
**spoken** 4:17
**spreadsheet** 100:6
100:9,11,14
109:14 112:2,4,9
114:5,21 115:15
116:2,9,10,21,23
118:17 122:22
133:18,22 134:3,5
134:25 135:7,16
135:17,19 137:18
138:10 140:16
182:17 183:11
**stable** 28:10,24
**stack** 45:7 59:4
142:2,18,22 143:7
143:13,18,19,23
145:8,15,16 172:3
172:8,16,18,22,24
**stack25.0** 172:4
**stacks** 128:15,17
170:22 172:13
173:7,20,25 174:2
178:2,9
**stage** 51:6 153:14
153:20 157:13,25
**standard** 25:14,15
25:15,21 72:7
125:8
**start** 80:16 85:17
85:18 140:7
**started** 56:11
**starting** 36:25
125:5
**starts** 168:9
**state** 22:3 54:13
73:16 87:18,21
155:21 187:2,18
**stated** 6:11 75:4
127:23 129:8

**statement** 17:16
20:19 61:7 68:13
68:18 123:8,15
**statements** 185:7
**states** 1:2 67:19
**stating** 157:9
**statistically**
156:23
**stay** 36:6 81:5
**step** 33:14 48:24
49:4,7,13 91:12,13
91:23 155:11
**steps** 48:19
**sticker** 78:7
114:12
**sticky** 173:2
**stop** 63:12
**straightforwardly**
143:4
**strange** 65:12
**stream** 149:13
**street** 1:14 2:4,13
**strike** 11:2 17:21
29:4 38:12 39:6,8
39:11 48:2 50:17
69:4 70:3,4 75:8
90:13 119:7 120:4
123:14 143:3
144:13 145:13
148:11 158:24
159:17 165:13
171:6 180:10
**structure** 53:12
**stuck** 173:10
**studied** 125:2
**studies** 19:7 80:7
88:10 161:10
**study** 70:15 78:2
**styled** 187:7
**subject** 90:7
158:16

**sublimate** 30:20
31:5,7,25 32:3,15
**sublimation** 18:16
23:7 26:19,20,23
27:8,13,14,19,22
28:11 30:4,13,18
31:2 32:10 33:11
33:13,14 37:23
38:18 39:21 41:13
42:11,13,15,24
49:11,12,16,18,24
50:17 51:6,23
52:9 53:8,24
54:14,19 61:24
79:9 92:15 95:5
95:15,22 96:7
148:8 149:8 153:4
153:7 154:9
157:13,24,25
158:2,7
**sublime** 22:22
29:7 37:14 54:25
55:2,4 69:13
131:20,22 149:9
149:14
**sublimed** 23:9
**sublimes** 40:19
132:24
**submit** 25:11,12
83:9
**submitted** 9:20
10:2 16:14 95:16
95:17 105:12
131:4 133:3
142:15 147:16
160:14 164:4
165:2,5
**subscribe** 185:6
**subscribed** 185:12
186:22

**subsequent** 33:13
57:16 148:8
**substance** 26:16
**substantially**
22:25 23:4 53:3
**subtotals** 116:18
**sufficient** 139:8,12
139:20 140:2
**sufficiently** 129:8
**suggest** 51:5 61:23
157:2 167:7
168:23
**suggested** 39:24
154:12
**suggests** 51:19
**sullivan** 1:3 3:18
186:4
**sum** 134:13
**summary** 147:13
**super** 151:3
**supervision** 187:9
**supplemental**
81:18 82:10,14,22
82:25 83:3,6,10,12
83:18,21,25
**support** 9:20 22:9
38:11,14 39:13
49:17,24 50:12
68:11 139:17,22
144:17 148:7,11
156:8 157:2 166:4
166:15
**supported** 66:12
96:23
**supporting** 81:10
133:14 165:20
**supportive** 82:20
**supports** 23:17
59:9 72:5 132:21
**sure** 4:24 6:12
11:12 13:12 25:7

31:4 32:12 35:21
43:6 44:18 57:23
59:16 66:13 69:19
75:15 81:8,13,24
95:23 101:16
106:18 111:8,10
112:14,23 120:10
122:3 130:17
144:15 149:10
151:21,22 157:17
167:14 170:15
173:21 174:16,24
175:14
**surface** 22:23 30:5
35:10,11,11 37:12
47:15 53:15,21,24
124:13 168:11
**surfactant** 34:16
34:18,19 112:6
118:10 134:25
135:2,4,10,12
139:25
**surfactants** 116:23
134:13 140:4
**surfing** 122:11
**surprise** 104:11
**surprising** 157:11
**sutcliffe** 75:13
76:19 78:19
182:20
**sutcliffe's** 79:17
**swear** 4:3
**swiped** 170:20
**sworn** 4:5 185:12
186:22 187:5
**synthesis** 90:21
**system** 28:14
29:20 34:20 59:3
59:4 69:13 70:18
70:20 71:19 72:7
141:14

**systematic** 87:5

**t**

**t** 88:4 98:16,18
103:21,21 111:12
111:13 181:2
182:2 183:2 184:2
184:2,9,9 187:2,2
**tab** 113:10 114:4
182:17
**table** 78:19 79:18
85:23 90:8 121:2
121:12,21 137:7
**tabs** 115:3,16,19
115:24
**take** 5:14 6:19
8:17,20 13:18
29:6 35:13,25
36:19 44:13,15
45:23 47:20 53:5
59:12 60:22 62:18
64:25 65:18 74:3
75:16 79:24 80:8
80:23 87:19 90:4
92:8,21 105:21
107:9 110:2 134:2
142:25 143:11
144:18 145:25
149:14 156:18
160:7 167:8,15
177:8,21 179:23
**taken** 6:25 97:17
183:6
**takes** 10:21 51:7
79:16
**talk** 5:7 27:25
49:10,10 144:15
147:22 148:13
161:6 166:23
167:11
**talked** 110:17
143:16,18

**talking** 6:14 34:2
67:16 85:22 86:17
110:3,4,13 130:25
148:15 155:3
166:13
**target** 151:23
**tasks** 165:25
**team** 112:18,20
113:3,4
**tear** 156:5
**technology** 82:12
168:14
**teflon** 34:16 35:10
139:10
**teleconference**
14:11 164:3
175:14
**teleconferences**
14:12 159:16,18
159:22 165:7
**telephone** 160:7
**tell** 64:7,16 74:4
77:11 105:8,17
111:22 122:20
125:4,10,14,17,20
125:24 126:3
171:7 172:7,17
176:19
**telling** 64:12
**tells** 124:25 125:6
125:22
**temperature**
25:15,20,21 29:7
54:15,16,22 58:24
59:6 61:4 72:9
75:3 78:21,25
97:17 98:17
104:16 124:25
125:24 127:12,17
148:7 149:8

**temperatures**
22:24 23:9 56:3
56:14 61:19 62:2
69:15 70:20 71:9
74:20 84:12 85:17
85:19 89:10
104:25 132:23,25
146:19,22 147:2
147:23 170:8
**ten** 157:21
**tendency** 26:16
**term** 25:16 26:13
26:22 108:19,21
**terminology** 27:6
**terms** 11:20 26:4
27:10 41:11 48:17
53:2 70:9 95:25
165:20 171:13,23
172:8
**terribly** 149:20
**terrific** 13:23
**test** 16:13 23:17
30:10,12 55:16
59:8 61:17 68:16
69:16 70:3,5
71:15 133:2,10
137:12 141:14,24
142:8,18 143:13
143:19 145:8
148:10,12 154:5
155:21 156:23
170:18 171:4,6
177:22 178:2
**testable** 155:10
**tested** 154:7
156:24
**testified** 4:6
144:12 150:12
**testify** 6:24 7:2
**testimony** 34:21
86:24 93:14 94:15

94:15 97:5 115:15
144:14 187:5,10
**testing** 16:3,6,9
71:2,10 143:7,8
145:15,16 172:14
**tests** 12:16 90:25
128:14 132:21
141:16 142:12,14
142:22 143:23
170:10,19
**tga** 79:7 81:18
**thank** 6:13,15 7:5
9:3 12:23 13:23
15:12 23:14 26:11
46:5,20 57:25
58:5 62:20 64:21
87:15 103:2
106:25 113:12
114:20 121:5
130:18 145:23
168:4 177:18
179:24 180:11,16
**thanks** 45:10 93:9
**thermal** 44:3
81:18 148:6
**thermodynamic**
104:19
**thermodynamics**
104:24
**thermogravimetric**
78:23
**thermolysis**
124:10
**thesis** 106:3
174:14
**thick** 129:17
173:13
**thin** 173:22
**thing** 5:19 26:19
27:7,16,19,22
119:3 122:2,5,20

168:25
**things** 12:14 47:8
67:4 93:22 94:9
94:17 113:9 131:5
141:22 154:4
163:15 166:20
171:14
**think** 6:14 8:22
11:14 12:20,22
13:9 19:2,15 20:8
23:13 26:4 29:6
32:12,13 35:10
36:13 43:4,8 45:2
45:4 58:12,15,17
58:17 61:19 62:8
65:23 66:2 73:12
77:6,6 80:18
81:16 82:5 84:5
94:16 99:13
100:19 106:2,2
107:7 109:16
113:18 114:2
115:5 117:13,13
117:15,18,22
123:12 129:5
130:8 132:13,19
142:3 151:7 156:3
159:17 160:16,18
161:15,24 166:21
167:6 170:24
174:15 176:7
180:2
**thinking** 57:14
166:12
**third** 5:24 157:23
**thoroughly** 50:21
91:5 149:11
169:16
**thought** 44:23
79:23 92:19 131:6
151:25 154:14

**thoughts** 101:4
**thousandfold**
105:17
**three** 48:19 53:9
53:21 117:5,9
174:18
**thursday** 3:7
**tianjin** 24:9
**tie** 127:20
**time** 1:18 3:20
4:15 5:15 6:22
10:14,18 11:5,14
11:18 14:3,4 46:7
46:12 58:7,13,16
59:17 62:18,22
64:3,18 65:10,19
66:24 74:4 75:23
76:6 77:5,6,8,8
78:25 81:13 87:20
94:19 107:11,14
107:16,21 114:22
126:12,20,20
127:2 133:3
135:20,24,25
143:22 145:2
146:6,12 158:12
162:20 165:2,2
167:18,23 168:22
169:21 170:13
177:9,14 178:2
180:17,19
**times** 25:23
**titled** 3:3 183:18
**today** 3:7,9 4:24
10:12,21 11:19
22:5 23:14 54:9
67:2,16 71:14
72:25 79:14 87:3
89:24 95:13 105:2
105:8 110:13
115:12 131:11

139:2 166:6,11
167:10 168:6
177:23
**today's** 12:11 13:3
**told** 28:23 108:5
163:24 165:15
175:24
**top** 71:22
**total** 116:17,24
**tower** 129:4
130:20 132:5
149:10,15
**towers** 128:4,20
131:14 136:23
137:13 140:18,22
140:25 141:18
142:6,10 172:2
**track** 135:2
**transcript** 92:22
93:4,4 94:3
119:10 129:12
183:8 185:3,6
187:12
**transcription**
187:8
**transcripts** 119:24
**transfer** 22:20
30:23 37:8 38:16
42:19,19 51:22
90:17 148:16
149:24 150:10
**transferring** 57:19
**transformation**
27:2
**transition** 91:13
124:3
**tried** 94:2,9 95:24
122:6 131:5
**tries** 155:8,9,20
**trouble** 65:20,21

**true** 31:15 95:14
132:3 155:22
187:9
**try** 5:6,6,7 6:16
13:11,19,21 14:14
33:16 101:5 118:2
137:13 150:9
167:10 174:17
175:6
**trying** 20:16,22
21:5 40:10 51:16
52:25 64:9,12
73:8 96:2 101:15
135:2 150:25
151:20 160:3
167:6 176:5,10
**tsi** 24:5
**tsinghua** 24:9
**tuesday** 3:2,9
**turn** 23:20 47:25
48:3 50:23 152:18
159:23 174:3
**twisting** 156:15
**two** 33:14 40:20
44:25 59:22 91:18
113:9 114:15
168:5
**type** 124:13
**typed** 110:25
111:4
**types** 165:6
**typo** 18:15 45:21
103:12
**typos** 108:14

**u**

**u** 36:14 184:2,2,9
**uh** 6:18,18 11:23
36:15,21,24 46:24
51:8 53:7,13
59:24 74:10 80:2
82:16 85:5 89:22

90:6 92:24 94:24
95:2 96:15 110:5
112:3 114:10
123:4,22 124:6
133:20 153:3,6
157:19 158:5
174:5 177:24
**ultimately** 34:23
**um** 85:8,8,9
**unable** 23:19
**unclear** 135:25
**undergo** 44:3
**undergoes** 44:5
**underlying** 53:4
57:13 61:21,24
151:2 155:13
**underneath** 47:7
157:24
**understand** 4:21
4:23 17:7 19:15
32:12 34:10,14,18
58:18 68:21 69:18
70:24 108:4 115:5
117:2 118:4
149:22 150:9
160:2 162:4,6
176:10
**understanding**
11:10 17:4 19:16
34:21 38:6 65:21
72:7 85:13 86:20
93:21 94:2 99:16
115:14 117:17
121:7 123:12
136:5,7,10 155:12
162:7,14 166:7
173:17 179:8
**understood** 5:3
13:25 51:17 95:24
127:15 165:19,19
170:24

**unit** 135:24
**united** 1:2
**universities** 24:21
**university** 24:8,9
**unreliable** 127:3,5
**updated** 24:24
25:3,5 184:5
**updates** 23:22
**upper** 61:4 127:18
**use** 6:5 27:10 69:9
70:8 71:15 77:16
83:14 104:16
112:8 116:2
120:21 136:6,20
136:24 148:19,23
159:12 169:7
183:18
**useful** 26:4
**uses** 41:18 50:4
**utilize** 117:3,9
**utilized** 118:24
128:5 133:21
143:8 158:19
170:9

**v**

**v** 1:6
**values** 91:21 134:2
**vapor** 27:6,15,18
27:25 28:3,4,17,18
29:21 33:2,4,7,20
36:11 49:12 97:16
97:19,21,25 98:5,7
98:8 106:20
108:12
**vaporization** 27:3
27:4,7 32:9
**vaporize** 26:16
**vapors** 27:2
**variation** 158:14
**variety** 24:7

**various** 171:21
**varying** 171:22
**vast** 31:12,16
**ventilation** 59:4
 69:14
**veritext** 3:14
 186:1
**vermont** 1:2 2:4
 121:15 122:16,17
 169:12
**versed** 163:20
**versus** 3:18 54:10
**vibration** 72:14
**vibrational** 72:10
**video** 1:11 2:17
 81:17
**videographer** 3:6
 4:2 46:7,12 75:23
 76:6 102:11
 107:16,21 146:6
 146:12 167:18,23
 177:9,14 180:17
**videos** 82:8,17
**videotaped** 3:10
**view** 59:9 121:14
 126:25 127:3
 128:25 137:6
 139:17 145:12
 156:8
**viewed** 115:16
**views** 145:9
**viscous** 173:15
**visit** 15:23
**visited** 15:20
**vitae** 25:6 184:5
**volatile** 28:3,10,24
 32:17,23,25
**volatility** 26:6,6
 26:12
**volatilization**
 21:18 22:8 26:22

 44:6 54:6,10
 57:15
**volatilize** 21:7
 32:19,20 37:12
**volatilized** 22:21
**volume** 141:25
**vs** 186:4

| **w** |
| --- |

**w** 181:2
**wait** 5:10 174:22
**walk** 98:9 100:3
**wall** 141:23
 171:16,16 172:23
**walls** 170:21
 173:10
**want** 5:18,23 39:6
 43:10 81:2 83:14
 98:25 101:10
 113:25 144:14,15
 145:23 148:19,23
 149:3 151:5
 166:19
**wanted** 30:2 161:6
 163:7
**wants** 107:10
**washington**
 161:10 163:6
 174:12
**water** 28:24 31:21
 36:6,10
**way** 22:3 24:14,18
 24:22 35:23 36:2
 36:23 51:17 52:17
 72:15 98:4 105:18
 117:10 127:14
 132:16 137:12
 138:21,24 142:4
 154:19 156:23,23
 167:7 168:20
 169:25 171:2
 173:24 176:9,19

**we've** 11:7 14:12
 58:12,15 90:4
 143:16,18 148:15
 168:12 180:5
**weak** 32:9
**web** 20:14
**week** 96:18
**weekend** 11:18
 62:14
**weekly** 136:4
**weeks** 119:15
 165:17
**weight** 78:24
 134:8
**welcome** 87:16
 93:10 103:3
**went** 4:19 59:17
 109:6,7,9 116:7
 141:14 163:16
 170:20
**wet** 134:7
**whitlock** 169:11
 169:20
**wide** 114:5
**wind** 36:11
**wipe** 12:16 16:13
 17:5 128:14
 132:21 133:2,10
 141:24 142:12,14
 166:25 167:9
 168:11 169:6
 170:19,22 171:16
 171:24 177:22
 178:19 182:14
**withdraw** 39:9
**witness** 4:3,5 8:10
 8:19 9:2 13:7,12
 13:15,21 21:10
 25:7 34:3 45:6,8
 46:4 63:5,7 65:12
 65:20,25 66:5

 75:18 92:11 99:2
 100:20,25 101:12
 101:16,21,24
 102:4 107:4,12
 110:7,10 157:19
 157:21 160:25
 161:16,18 167:16
 180:13,16 187:11
 187:17
**witnesses** 6:4,6
**won** 24:17
**wool** 2:3 3:23
**word** 95:23 123:21
 124:5
**words** 156:15
 174:11
**work** 11:21 13:16
 24:7,20,22 30:23
 40:18 82:6 154:4
 166:3,8,13,14
 175:15
**worked** 11:21
 13:17
**working** 10:14
 11:15 13:25 58:12
 58:15 96:12 163:6
 174:17
**works** 161:10
 163:6 174:13
**wp03** 172:4
**wrap** 180:2
**write** 47:11
**writing** 14:14
 25:12 77:11
**written** 12:4 16:13
**wrong** 21:23 74:2
**wrote** 17:9 99:19

| **x** |
| --- |

**x** 108:25 182:2
 183:2

| y | z |
|---|---|
| **yeah** 8:22,24 9:3,7 | **z** 36:14 88:4 |
| 12:13 13:14,15,23 | **zee** 85:9 |
| 15:2 30:14 45:8 | **zero** 25:22 28:9 |
| 48:22 52:6 57:12 | **zhu** 12:19 14:9,19 |
| 58:9 59:15 62:12 | 18:16 22:19 30:23 |
| 65:6,8,21,21 66:10 | 36:13 38:17,20 |
| 67:9 69:21 76:17 | 39:13,16,20,24 |
| 78:16 86:2,16 | 40:15 41:14,17,20 |
| 88:17 93:20 98:13 | 42:10,14 44:6,13 |
| 101:21 102:4,8 | 45:13,14,15,19,20 |
| 103:9 107:4 108:8 | 47:2,21 48:14,20 |
| 109:6 110:4,21 | 50:3,16,18,21 51:3 |
| 120:7,7 121:13 | 51:12,19,24 52:3 |
| 125:6,13 129:13 | 52:12 53:6,6 |
| 129:22 130:5 | 95:20 96:23 |
| 147:13 151:10 | 148:19 149:16 |
| 152:4 159:10 | 152:2,11,15 153:8 |
| 160:25 163:3,11 | 153:18 154:7,10 |
| 165:8 173:3 174:2 | 154:15 157:9 |
| 178:25 179:20 | 158:7 182:15 |
| **year** 133:6 137:16 | **zhu's** 40:3,14 52:8 |
| **yearly** 136:4 | **zone** 23:8 |
| **yep** 4:14 87:12 | |
| 101:25 103:13 | |
| 113:15 | |
| **yesterday** 11:19 | |
| **yield** 74:13 90:23 | |
| 125:20,25 | |
| **yields** 104:6 | |
| **yoder** 12:17 14:12 | |
| 112:21 161:21 | |
| 164:7,12,16 | |
| 165:10 174:17,25 | |
| 175:23 | |
| **yoder's** 176:2,18 | |
| **york** 1:14 2:9,9 | |
| 3:16 186:2 187:2 | |
| 187:18,25 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.