# EXHIBIT 43

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF VERMONT
2

3

   JAMES D. SULLIVAN, et   )
4  al., individually, and  )
   on behalf of a Class of )
5  persons similarly       )
   situated,               )   Civil Action No.
6                          )   5:16-cv-00125
            Plaintiffs,    )
7                          )
      vs.                  )
8                          )
   SAINT-GOBAIN            )
9  PERFORMANCE PLASTICS    )
   CORPORATION,            )
10                         )
            Defendant.     )
11

12

13         VIDEOTAPED DEPOSITION OF BILLY J. KNIGHT
14     taken pursuant to notice before Beth Gaige,
15     Registered Professional Reporter, at the
16     offices of BarrSternberg Moss Silver & Munson,
17     P.C. 507 Main Street, Bennington, VT, on
18     April 10, 2018, commencing at 9:31 a.m.
19

20

21

22

23

24

25

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 3 of 255

```
                                              Page 2

 1                A P P E A R A N C E S
 2
 3        FOR THE PLAINTIFFS:
 4            EMILY J. JOSELSON, ESQ.
             Langrock Sperry & Wool, L.L.P.
 5           111 S. Pleasant Street
             Middlebury, VT 05753
 6           Phone:  802.388.6356
             E-mail:  Ejoselson@langrock.com
 7
 8           JAMES W. WHITLOCK, ESQ.
             Davis & Whitlock, P.C.
 9           21 Battery Park Ave., Suite 206
             Asheville, NC 28801
10           Phone:  828.622.0044
             E-mail:  Jwhitlock@enviroattorney.com
11
12           DAVID F. SILVER, ESQ.
             Barr Sternberg Moss Silver & Munson, P.C.
13           507 Main Street
             Bennington, VT 05201
14           Phone:  802.442.6341
             E-mail:  Dsilver@barrsternberg.com
15
16        FOR THE DEFENDANT:
17           LINCOLN WILSON, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
18           51 Madison Avenue
             New York, NY 10010
19           Phone:  212.849.7000
             E-mail:  Lincolnwilson@quinnemanuel.com
20
21           NICHOLAS LOCASTRO, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
22           51 Madison Avenue
             New York, NY 10010
23           Phone:  212.849.7000
             E-mail: Nicholaslocastro@quinnemanuel.com
24
25
```

Page 3

INDEX

WITNESS:  BILLY J. KNIGHT
   Direct Examination by Mr. Locastro              6




          E X H I B I T S

Exhibit No.    Exhibit Description            Page
Exhibit 1  Appraisal of Real Property          35
Exhibit 2  Appraisal Report of 54 Cortland     66
           Lane

Exhibit 3  Alternative Valuation Interior      66
           Report
Exhibit 4  Itemized Property Costs             78
Exhibit 5  Laboratory report                  109
Exhibit 6  Black and white photographs of     113
           home interior

Exhibit 7  VT Digger - Investigation  by Jim  149
           Therrien
Exhibit 8  Declaration                        153
Exhibit 9  Apple Hill Homeowner's Association  189
           April 1, 2016 letter

Exhibit 10 E-mail from Brian Campion to Bill  192
           Knight

1          STIPULATION

2          (It is hereby agreed by and between the

3      parties that signature is not waived.)

4          - - - - - - - - - -

5          THE VIDEOGRAPHER:  We are now on the

6      record.  Please note that the microphones are

7      sensitive and may pick up whispering and

8      private conversations.  Please turn off all

9      cell phones or place them away from

10     microphones, as they can interfere with the

11     deposition audio.  The recording will continue

12     until all parties agree to go off the record.

13         My name is Edward Roy, representing

14     Veritext.  Today's date is April 10th, 2018.

15     The time is now approximately 9:31 a.m.

16         This deposition is being held at

17     BarrSternberg Moss Silver & Munson, PC,

18     located at 507 Main Street, Bennington,

19     Vermont, and is being taken by counsel for the

20     plaintiff.

21         The caption of the case is John D.

22     Silver -- Sullivan, et al, individually and on

23     behalf of a class of persons similarly

24     situated, Plaintiffs, versus Saint-Gobain

25     Performance Plastics Corporation, Defendant.

Case 5:16-cv-00125-gwc  Document 212-44  Filed 11/27/18  Page 6 of 255

                                                    Page 5

1          This case is filed in the United States

2     District Court, District of Vermont, Civil

3     Action No. 5:16-CV-00125.  The name of the

4     witness is Billy J. Knight.

5          At this time the attorneys present in the

6     room and attending remotely will identify

7     themselves and the parties they represent.

8          MR. LOCASTRO:  Good morning.  Nicholas

9     LoCastro of Quinn Emanuel on behalf of the

10    defendant.  And I'd like to state for the

11    record that the defendants are taking today's

12    deposition.

13         MR. WILSON:  Lincoln Wilson for

14    defendant.

15         MR. SILVER:  David F. Silver for the

16    plaintiffs.

17         MS. JOSELSON:  Emily Joselson,

18    plaintiffs.

19         MR. WHITLOCK:  James Whitlock on behalf

20    of the plaintiffs.

21         THE VIDEOGRAPHER:  Will Attorney David

22    Silver, representing BarrSternberg Law, please

23    swear in the witness and we can proceed.

24         (The Witness was administered the oath.)

25    BILLY J. KNIGHT, having been duly sworn by the

Case 5:16-cv-00125-gwc  Document 212-44  Filed 11/27/18  Page 7 of 255

```
                                                    Page 6

 1        Notary Public, was examined and testified as

 2        follows:

 3                        DIRECT EXAMINATION

 4        BY MR. LOCASTRO:

 5   Q.   Good morning, sir.

 6   A.   Good morning.

 7   Q.   Can you please state your full name for the

 8        record?

 9   A.   Billy Joe Knight.

10   Q.   Thank you, Mr. Knight.

11             My name is Nicholas LoCastro, and I

12        represent Saint-Gobain, and I'll be taking

13        your -- your deposition today.

14             Have you ever been deposed before?

15   A.   No.

16   Q.   Okay.  Well, I'm sure your attorneys have

17        discussed these rules with you, but I'd just

18        like to go over a couple of the deposition

19        ground rules, if I could.

20             First, I'm going to try to be clear in my

21        questions; but if you don't understand

22        anything, just ask me, and I'll try to clarify

23        it.

24             Does that make sense?

25   A.   Yes, sir.
```

Case 5:16-cv-00125-gwc  Document 212-44  Filed 11/27/18  Page 8 of 255
Case 5:16-cv-00125-gwc  Document 220-4  Filed 11/27/18  Page 8 of 255

1    Q.   Okay.  Next, please try to answer all

2         questions audibly.  So a yes and a no, I don't

3         know, those are all perfectly fine answers;

4         but things like head shakes and mm-hmms and

5         uh-huhs are going to be hard for the court

6         reporter to pick up.

7              If you need to take a break at any time,

8         that's totally fine.  All we ask is that if

9         there's a question pending, you answer it

10        before we take a break.

11             Does that make sense?

12   A.   Yes, sir.

13   Q.   Okay.  Great.  So with that, we'll get

14        started.

15             Can you tell me what the highest level of

16        education that you've obtained is?

17   A.   I have approximately 80 percent of a master's

18        degree.

19   Q.   Where did you -- where did you go to school

20        for your master's degree?

21   A.   Both Indiana State University and Ball State

22        University.

23   Q.   What did you study at Indiana State?

24   A.   Industrial management.

25   Q.   And what did you study at Ball State?

                                                    Page 8
1    A.   Executive management.
2    Q.   Okay.  Can you tell me what an industrial
3         management degree entails?
4    A.   Well, it's a little bit a combination of both
5         business and some engineering courses.
6    Q.   Okay.
7    A.   A combination.
8    Q.   Can you tell me what an executive management
9         degree entails?
10   A.   Well, it was just a little higher level into
11        some of the advanced courses, advanced
12        economics, personnel management, public
13        relations, labor relations, those type of
14        courses.
15   Q.   Where did you receive your undergraduate
16        degree?
17   A.   Indiana State University.
18   Q.   And what did you study there?
19   A.   Industrial management.
20   Q.   Where did you go to high school?
21   A.   Hymera High School in Indiana.
22   Q.   Where do you currently work, Mr. Knight?
23   A.   I'm basically retired.  I just have a small
24        part-time job.  Two days a week I work at
25        Bennington Lanes bowling alley.

1    Q.   What do you do at Bennington Lanes?

2    A.   I work behind the counter.  I set up the

3         simulator, the golf simulator.  I do

4         whatever's needed.

5    Q.   How long have you worked there?

6    A.   This will be the third -- I just work winters.

7         This is the third winter.

8    Q.   And where exactly is Bennington Lanes located?

9    A.   It's -- it's on North Side Drive.  I'm not

10        exactly sure of the address.

11   Q.   Okay.  About how far is that from where we are

12        here?

13   A.   Probably a mile.

14   Q.   Where did you work before Bennington Lanes?

15   A.   Energizer Battery.

16   Q.   When -- when approximately did you work for

17        Energizer Battery?

18   A.   From January of 1984 until April of 2006.

19   Q.   Did you work anywhere in between Energizer

20        Battery and Bennington Lanes?

21   A.   No.

22   Q.   Did you work -- ever work at a racquetball

23        club?

24   A.   Yes, I did.

25   Q.   And was that in between Bennington Lanes and

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 11 of 255

Energizer Battery, or that was before
Energizer Battery?
A. It was after Energizer but before Bennington
Lanes.
Q. Okay. And when did you work at the racquet
club?
A. From August 2006 until August of 2014.
Q. And what did you do at the racquet club?
A. I was a manager.
[redacted]





Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 12 of 255

[redacted]

[redacted]





Page 15



Page 16



Case 5:16-cv-00125-gwc  Document 220-4  Filed 11/27/18  Page 18 of 255

Page 17

7   Q.   Where did you work before Energizer, sir?

8   A.   I worked at Delco Remy Division of General

9        Motors in Anderson, Indiana.

10  Q.   When did you work for Delco Remy?

11  A.   August of 1968 until the first day of 1982.

12  Q.   Did you have the same job title or

13       responsibilities throughout that entire period

14       at Delco Remy?

15  A.   As I did in -- in Energizer?

16  Q.   Sure.  We can start with that.

17  A.   Well, I was -- I was -- started out as a

18       production supervisor, which is what I did

19       most of the time; but I did do some labor

20       relations, some work recruiting and also as a

21       manufacturing engineer.

22  Q.   Okay.  During which years did you work as a

23       supervisor at Delco Remy?

24  A.   Well, all of them really.  These were

25       either -- the other jobs were part of the job

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 19 of 255

```
 1        or a side job, but basically I was a
 2        supervisor.
 3   Q.   Okay.  And then I guess during which years did
 4        you have the side job of manufacturing
 5        engineer?
 6   A.   That was about the last six months I was
 7        there.
 8   Q.   Okay.  Let's take those two jobs one at a time
 9        then, and can you describe your
10        responsibilities as a manufacturing supervisor
11        at -- at Delco Remy?
12   A.   Well, I was to make certain that we had the --
13        the appropriate people on the lines and the
14        appropriate raw materials, all incoming parts.
15        I was in charge of the -- some scheduling and
16        the labor relations that went along with each
17        day.
18   Q.   Okay.  What exactly did you manufacture at
19        Delco Remy?
20   A.   Well, it was different jobs.  Different --
21        each -- I would be assigned at different jobs
22        six months a year, two years at a time.
23   Q.   Okay.  Would it be accurate to say that you
24        supervised manufacturing facilities for
25        electrical components in automobiles?
```

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 20 of 255

A. Yes.

[redacted]







[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 22 of 255

[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 23 of 255

[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 24 of 255

[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 25 of 255

[redacted]



[redacted]



Page 26



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 28 of 255

[redacted]



Page 28



Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 30 of 255

```
 1    Q.   Okay.  All right.  Let's change gears a little
 2         bit now and let's talk about your home, sir.
 3    A.   Okay.
 4    Q.   What's your home address?
 5    A.   54 Cortland Lane, C-o-r-t-l-a-n-d, Bennington,
 6         Vermont.
 7    Q.   Is that a single-family home?
 8    A.   Yes.
 9    Q.   Do you own your home?
10    A.   Yes.
11    Q.   What's the foundation of your home made out
12         of?  Is it a wood -- is it wood, brick,
13         something else?
14    A.   I'm not sure.  It's cinderblock I think.
15    Q.   Tell me about the siding.  Is that vinyl,
16         wood?
17    A.   Yes.
18    Q.   Vinyl siding?
19    A.   Yes.
20    Q.   How about the facade of your home, what's that
21         made of?  Like I -- I -- I guess the front of
22         it.  Is that also vinyl or that's --
23    A.   Yes.
24    Q.   Okay.  How many bedroom does your home have?
25    A.   Three.
```

```
                                                      Page 30
1    Q.   How many bathrooms?

2    A.   Two and a half.

3    Q.   What's the approximate square footage of your

4         home?

5    A.   2700 square feet.

6    Q.   When was your home built?

7    A.   1997.

8    Q.   And when did you purchase your home?

9    A.   In 1997.

10   Q.   Now, am I correct that you purchased a lot of

11        land and then constructed the home on it?

12   A.   Yes, sir.

13   Q.   And when did you purchase the lot on which

14        your home sits?

15   A.   Approximately I'd say in 19 -- 1995.

16   Q.   And is -- am I correct that the lot is about

17        10 acres?

18   A.   Yes.

19   Q.   Do you still own this entire 1-acre lot; you

20        haven't subdivided it or anything, correct?

21   A.   No.

22   Q.   Are there any other structures on your land

23        besides your home?

24   A.   No.

25   Q.   Do you own any other real property besides
```

```
                                              Page 31
 1         your home located at 54 Cortland Lane?
 2    A.   I do not.
 3    Q.   Okay.  Now, Cortland Lane is located off Apple
 4         Hill Road, correct?
 5    A.   Yes.
 6    Q.   Would you agree that your home is located in
 7         the Apple Hill neighborhood or Apple Hill
 8         development?
 9    A.   Yes.
10    Q.   And are you, sir, the president of the Apple
11         Hill Homeowners Association?
12    A.   Yes.
13    Q.   What are the boundaries of the Apple Hill
14         neighborhood?  In other words, what are
15         different streets that the Apple Hill
16         neighborhood encompasses?
17            MR. WHITLOCK:  Object to the form.
18            You can answer.
19    A.   There's Apple Hill Road, Russett Drive,
20         Macintosh Lane, Astrachan Drive and Cortland
21         Lane.
22    BY MR. LOCASTRO:
23    Q.   And would you agree that there are
24         approximately 35 homes located within the
25         Apple Hill neighborhood?
```

Page 32

```
 1          MR. WHITLOCK:  Object to the form.
 2          You can answer, if you know.
 3    A.   Not quite 35, no.  More like 32.
 4         BY MR. LOCASTRO:
 5    Q.   Okay.  Now, do you know how many of the other
 6         homes located within the Apple Hill
 7         neighborhood are on a plot of land larger than
 8         10 acres?
 9    A.   No, I do not.
10    Q.   Would you agree that at least some of the
11         homes located within the Apple Hill
12         neighborhood are on a plot of land larger than
13         10 acres?
14    A.   Yes.
15    Q.   Can you approximate how many?
16    A.   I -- one I think.  One other.
17    Q.   Do you know about how -- so would you agree
18         then that at least 30 homes within the Apple
19         Hill neighborhood are on plots of land less
20         than 10 acres?
21    A.   Yes.
22    Q.   Now, are the -- are there any homes within the
23         Apple Hill neighborhood that have wood siding?
24    A.   No, not to my knowledge.
25    Q.   Are there any homes within the Apple Hill
```

1      neighborhood that have brick siding or brick

2      fronts?

3   A.   Yes.

4   Q.   About how many?

5   A.   I do not know.

6   Q.   Okay.  Are there any homes within the Apple

7      Hill neighborhood that have stone siding or

8      stone fronts other than brick?

9   A.   Not to my knowledge.

10   Q.   Are there any homes within the Apple Hill

11      neighborhood that have stucco siding or stucco

12      fronts?

13   A.   No.

14   Q.   Do you know if all the homes within the Apple

15      Hill neighborhood have the same number of

16      bedroom as yours?

17   A.   I do not know that.

18   Q.   Do you know if any of the other homes within

19      the Apple Hill neighborhood have the same

20      number of bathrooms as yours?

21   A.   I do not know that.

22   Q.   Do you know if all the homes located in the

23      Apple Hill neighborhood are the same square

24      footage as your home?

25   A.   I do not know that.

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 35 of 255

                                                      Page 34

1    Q.   Just by viewing them from the outside, would

2         you say that most of the homes are the same

3         size as yours or are some bigger?

4              MR. WHITLOCK:  Object to the form.  Calls

5         for speculation.

6    A.   I really don't know that.

7         BY MR. LOCASTRO:

8    Q.   Okay.  Were all of the homes located within

9         the Apple Hill neighborhood built the same

10        year as your home, as far as you know?

11   A.   No.

12   Q.   Were some homes built before your home was

13        built within the Apple Hill neighborhood?

14   A.   Yes.

15   Q.   About how many, would you say?

16   A.   About 28 of them, 29.

17   Q.   Do you know --

18   A.   Mine was -- I'm sorry.

19   Q.   No, please go ahead.

20   A.   No.  Mine was one of the last ones built.

21   Q.   Okay.  Do you know how old the oldest house

22        located within the Apple Hill neighborhood is?

23   A.   No.

24   Q.   Do you know when the newest house located

25        within the Apple Hill neighborhood was built?

Page 35

```
 1   A.  No.
 2   Q.  What type of home would you say you have?  For
 3       instance, is it a colonial, a ranch, something
 4       else?
 5           MR. WHITLOCK:  Object to the form.
 6           You can answer.
 7   A.  It's not -- I wouldn't call it a colonial or a
 8       ranch.  I don't know exactly what you would
 9       call it, sir.
10   BY MR. LOCASTRO:
11   Q.  Okay.  Let's go to our first exhibit here.
12           (Deposition Exhibit No. 1 was marked for
13       identification.)
14   Q.  Mr. Knight, I just handed you what's been
15       marked as Exhibit 1.
16           Do you recognize this document?
17   A.  Yes.
18   Q.  And do you agree that this is an appraisal for
19       your home located at 54 Cortland Lane, dated
20       February 14, 2008, on the front page?
21   A.  Yes.
22   Q.  Okay.  And can you turn for me to the page
23       that says Kni-0046?
24   A.  (Witness complying) Yes.
25   Q.  Okay.  And if you look, there's a -- kind of
```

Page 36

```
 1          toward the middle of the page it says
 2          improvements and then a colon, and there's a
 3          sentence beneath it.
 4               Do you see that there?
 5     A.   Yes.
 6     Q.   And this appraisal says that the subject is a
 7          colonial style home built in 1996 according to
 8          the town.
 9               Do you see that there?
10     A.   Yes.
11     Q.   Do you agree -- so do you have any reason to
12          disagree with this assessment's description of
13          home as colonial in style?
14     A.   I really don't understand the different
15          styles.
16     Q.   Okay.  That's --
17     A.   I don't --
18     Q.   That's -- that's -- that's fair enough.  I
19          don't understand them that well myself.
20               Now, if you look -- let's turn next to
21          the page that's Kni-0041.  It's towards the
22          front.
23     A.   Yes.
24     Q.   And this page is a little bit hard to read.
25          It's a bad scan.
```

Page 37

```
 1    A.   Yes.
 2    Q.   But if you kind of look in the top, I don't
 3         know, top fifth of the page, there is a --
 4         there's a sentence that says neighborhood
 5         boundaries.
 6    A.   Yes, I see that.
 7    Q.   You see that.  And it says here, neighborhood
 8         boundaries, Apple Hill Development,
 9         residential subdivision with a mix of ranch,
10         colonial and contemporary homes.  It is
11         considered a desirable residential
12         neighborhood.
13              Did I read that correctly?
14    A.   Yes, sir.
15    Q.   So would you agree that within the Apple Hill
16         Development, there is a mix of ranch, colonial
17         and contemporary homes?
18              MR. WHITLOCK:  Object to the form.
19    A.   I really -- I -- I don't really understand all
20         those different terms of what those homes are
21         actually.
22    BY MR. LOCASTRO:
23    Q.   Okay.  Would you have any reason to disagree
24         with this document's description of your
25         neighborhood?
```

```
 1              MR. WHITLOCK:  Object to the form.
 2    A.  Would you restate that question, please?
 3        BY MR. LOCASTRO:
 4    Q.  Yeah, of course.  Would you have any reason to
 5        disagree with this appraisal's description of
 6        the homes within your neighborhood?
 7              MR. WHITLOCK:  Same objection.
 8    A.  I -- here again, I don't know the type homes,
 9        what they're called, sir.
10        BY MR. LOCASTRO:
11    Q.  Okay.  Would you agree that the Apple Hill
12        neighborhood has a variety of different style
13        homes?
14            Do they all look the same to you to
15        your -- to your naked eye?
16    A.  No.
17    Q.  How do they differ?
18    A.  Well, maybe in size somewhat and difference in
19        the siding, the styles and something of that
20        nature.
21    Q.  Any other ways in which the homes within your
22        neighborhood differ?
23    A.  Not that I really can say.
24    Q.  What kind of appliances do you have inside
25        your house?
```

Case 5:16-cv-00125-gwc   Document 229-41   Filed 11/27/18   Page 40 of 255

```
                                           Page 39

 1    A.   Can you make -- ask that in a different way?

 2         What do you mean what --

 3    Q.   Yeah, of course.  For example, do you have

 4         stainless steel appliances?  Would you

 5         describe them differently?

 6    A.   No, I don't have stainless steel.

 7    Q.   So how would you describe the -- let's --

 8         let's take them one at a time and make it

 9         clear.

10             How would you describe your refrigerator

11         to me?

12    A.   It's just a two-door refrigerator, black in

13         color.

14    Q.   About -- about -- about how old is it?

15    A.   About 20 years.

16    Q.   Would you say that the other appliances in

17         your home are about 20 years old?

18    A.   They differ.  Some are.  Some not.

19    Q.   Which appliances in your house are about

20         20 years old?

21    A.   The refrigerator, the range -- electric range.

22         That's about it.

23    Q.   Which appliances in your home are newer?

24    A.   The dishwasher, washer and dryer.  That's --

25         that's it.
```

```
                                            Page 40

 1   Q.   About how old is the dishwasher?

 2   A.   Two years.

 3   Q.   About how old would you say is the

 4        washer/dryer?

 5   A.   About three years old, approximately.

 6   Q.   Is your home air conditioned, sir?

 7   A.   No.

 8   Q.   I assume your home is heated?

 9   A.   Yes.

10   Q.   What type of heating do you have?

11   A.   Fuel oil.

12   Q.   Any other source of heat or just the fuel oil?

13   A.   Just the fuel oil.

14   Q.   Is the oil tank located inside the home, or do

15        you have a buried oil tank?

16   A.   It's in the basement.

17   Q.   Do you know if all of the other homes located

18        within the Apple Hill neighborhood have fuel

19        oil heat?

20   A.   I don't know that.

21   Q.   Are there any commercial properties located on

22        the streets that encompass the Apple Hill

23        neighborhood?

24   A.   No.

25   Q.   Are there any religious institutions, like
```

Case 5:16-cv-00125-gwc  Document 229-4  Filed 11/27/18  Page 42 of 255

```
                                         Page 41

 1        churches, on the streets that encompass the

 2        Apple Hill neighborhood?

 3   A.   No.

 4   Q.   Are there any government buildings like post

 5        offices or schools or libraries on the streets

 6        that encompass the Apple Hill neighborhood?

 7   A.   No.

 8   Q.   How much did you pay for the land on which

 9        your home sits?

10   A.   $35,000.

11   Q.   How did you finance that purchase?

12   A.   I paid cash for that.

13   Q.   How much did you pay to have your home

14        constructed?

15   A.   180,000 for the home, and 35,000 for the land.

16        Well, that's -- 8,000 for the well.

17   Q.   How did you finance that purchase?

18   A.   Which one?

19             MR. WHITLOCK:  Object -- object to the

20        form.

21        BY MR. LOCASTRO:

22   Q.   How did you finance the home construction

23        purchase?

24   A.   A mortgage.

25   Q.   Have you paid that mortgage off?
```

                                                              Page 42

 1    A.   No.
 2    Q.   Have you ever obtained a home equity loan or
 3         line of credit on your home?
 4    A.   Yes.
 5    Q.   And when was that, sir?
 6    A.   2000 -- I think it was January 2017.
 7    Q.   Have you ever refinanced your home loan?
 8    A.   No.
 9    Q.   Can you tell me where exactly on your 10-acre
10         parcel of land your house is situated?  Is it
11         in the middle, is it towards the north, the
12         west?
13    A.   It's up in the -- the north -- north end of
14         the -- up in the upper north corner.
15    Q.   Would agree that you have a yard in the front
16         of your house?
17    A.   Yes.
18    Q.   About how much land do you have in front of
19         your house?
20    A.   The yard itself?
21    Q.   Yeah.
22    A.   Approximately an acre.
23    Q.   So would you -- would you agree that there is
24         9 acres behind your house, or is it -- is the
25         land situated a bit differently?

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 44 of 255

```
                                              Page 43

 1    A.   Approximately 9 acres to the south of my

 2         house.

 3    Q.   What's the surface of your -- of your land?

 4         Is it -- is it mostly grass, dirt, wooded,

 5         rocky, something else?

 6    A.   Basically wooded.

 7    Q.   Is there any grass on your property?

 8    A.   I'm sorry?

 9    Q.   I'm sorry.  Is -- is -- is there any grass

10         growing on your property?

11    A.   Yes.

12    Q.   About what percent of your property would you

13         say is grass as opposed to wooded?

14    A.   Ten percent.

15    Q.   What's directly in front of your property?  Is

16         it the street?  Is it a river or something

17         else?

18    A.   Can you define front?

19    Q.   Yes.  So if you have -- if you have the front

20         of your home and then there's about an acre of

21         land in front of it, what's beyond that acre

22         of land that's in front of your house?

23    A.   Well, if you're saying the front of my land,

24         it's looking up to the neighbors above me.

25    Q.   Okay.  So then what's behind your land?
```

                                          Page 44

1    A.   That's the 9 acres roughly.

2    Q.   And what -- what's beyond the 9 acres?

3    A.   Just some more wooded area.

4    Q.   What's on either -- what's on either side of

5         your land?

6    A.   Homes from the development.

7    Q.   Would you say your land is flat, or does it

8         slope in any direction?

9    A.   It slopes.

10   Q.   And in which direction does your land slope?

11   A.   To the south.

12   Q.   Can you estimate how much your land slopes?

13        Is it a steep incline, or is it pretty --

14        pretty gradual?

15   A.   Gradual.

16   Q.   Do you know what the approximate size of each

17        plot of land in the Apple Hill neighborhood

18        is?

19   A.   No, I do not.

20   Q.   Would you say that most homes in the Apple

21        Hill neighborhood are on more than an acre of

22        land?

23   A.   Yes.

24   Q.   Would you say that most homes in the Apple

25        Hill neighborhood sit on a plot of land larger

```
                                              Page 45
 1        than 5 acres?
 2   A.   No.
 3   Q.   Do most of your neighbors have yards that are
 4        predominately covered in grass?
 5   A.   Yes.
 6   Q.   So a few of your neighborhoods have lands that
 7        are predominately covered in woods like your
 8        own house, correct?
 9            MR. WHITLOCK:  Object to the form.
10   A.   I really don't know for sure.
11        BY MR. LOCASTRO:
12   Q.   Would you say that more of your neighbors have
13        yards that are predominately grassy than
14        predominantly woody?
15   A.   Yes.
16   Q.   Are there any homes within the Apple Hill
17        neighborhood that have yards that are mostly
18        covered with rocks or gravel or sand?
19   A.   No.
20   Q.   Are there any homes within the Apple Hill
21        neighborhood that have yards that are covered
22        with synthetic grass?
23   A.   Not to my knowledge.
24   Q.   You mentioned that there's a well on your
25        property, correct?
```

                                              Page 46

1    A.   Yes.

2    Q.   Where exactly is your well located?

3    A.   Just northeast of my home.

4    Q.   When was your well installed?

5    A.   I believe 1997.  Roughly before we moved in.

6    Q.   Okay.  Do you know how deep your well goes?

7    A.   Yes.

8    Q.   How deep does it go, sir?

9    A.   634 feet.

10   Q.   What's your well made of?

11   A.   What's it made of?

12   Q.   Yeah.  Do you know?

13   A.   No.

14   Q.   Is the well the only source of water in your

15        home, or do you receive municipal water, as

16        well?

17   A.   No, I do not receive municipal water.

18   Q.   What maintenance do you perform on your well?

19   A.   I don't do any maintenance on my well.

20   Q.   Prior -- I'm sorry.  Have you ever hired

21        anyone to perform maintenance on your well?

22   A.   Well -- no, I've never hired -- the person who

23        put the well in had to come back and work on

24        it once.

25   Q.   When was that?

Page 47

1    A.  I don't know exactly.

2    Q.  Do you know why the person who installed your

3        well needed to perform maintenance on it?

4    A.  Yes.

5    Q.  And why was that?

6    A.  The well had -- when the motor ran, it

7        vibrated a wire, electrical wire in two, and

8        the well had to be pulled out.

9    Q.  So do -- so -- was -- was your well pulled out

10       then within the last five years, ten years?

11   A.  More like 15 years ago.

12   Q.  And when the -- when this maintenance was

13       going on, was your well operable or no?

14   A.  No.

15   Q.  And about how long was your well inoperable

16       during that period?

17   A.  Six hours maybe.

18   Q.  Okay.  Prior to 2016 did you ever consider

19       seeking to connect your property to municipal

20       water?

21   A.  No.

22   Q.  Are you now seeking to have your property

23       connected to municipal water?

24   A.  Yes.

25   Q.  And why is that?

```
                                             Page 48
 1    A.   Because my well is contaminated with PFOA.
 2    Q.   Are you aware of what regular tests to wells
 3         are recommended?
 4              MR. WHITLOCK:  Object to the form.
 5    A.   No.  No, I'm not.
 6         BY MR. LOCASTRO:
 7    Q.   Okay.  Besides your home and your well, what
 8         other physical features are there on your
 9         property?
10              MR. WHITLOCK:  Object to the form.  Vague
11         and ambiguous.
12    A.   None really.
13              (Interruption by reporter.)
14         BY MR. LOCASTRO:
15    Q.   About how many trees would you say are -- are
16         on your property?
17    A.   I don't know.
18    Q.   Would you say more than a hundred?
19    A.   Yes.
20    Q.   More than 200?
21    A.   I really don't know, sir.
22    Q.   Would you estimate between 100 and 220 trees;
23         is that -- is that fair?
24    A.   Yes.
25    Q.   Do you have a barn or a tool shed or anything
```

Page 49

```
 1        like that on your property?
 2   A.   No.
 3   Q.   Do you have a garden on your property?
 4   A.   No.
 5   Q.   Do you have a fence or a retaining wall on
 6        your property?
 7   A.   No.
 8   Q.   Fair to say you don't have a swimming pool or
 9        a Jacuzzi or sauna, anything like that?
10   A.   No.
11   Q.   Do any of the other homes in the Apple Hill
12        neighborhood have pools?
13   A.   Yes.
14   Q.   About how many would you say have pools?
15   A.   I'm not sure.
16   Q.   Do any of the homes in the Apple Hill
17        neighborhood have fences?
18   A.   Yes.
19   Q.   About how many would you say, if you can?
20   A.   Two.
21   Q.   Do any of the homes in the Apple Hill
22        neighborhood have tool sheds or garden sheds?
23   A.   Yes.
24   Q.   About how many, if you know?
25   A.   I -- I don't know.
```

1    Q.   Do any of the other homes in the Apple Hill
2         neighborhood have retaining walls?
3    A.   No.
4    Q.   Do any of the other homes in the Apple Hill
5         neighborhood have wells?
6    A.   Yes.
7    Q.   Would you say most?
8    A.   I'm not sure.
9    Q.   What is the soil beneath your home like?  For
10        example, when you dig, is it rocky, is it
11        sandy?
12   A.   Rocky.
13   Q.   Is there anything beneath the surface of your
14        land?  Do you have a root cellar or anything
15        like that?
16   A.   No root cellar.
17   Q.   Do you know if there are power lines or sewer
18        lines running underneath your home?
19   A.   Just my electrical underground line.
20   Q.   Okay.  Let's talk a little bit about
21        improvements to your home.
22             Since -- since you acquired your home,
23        have you ever -- have you ever -- have you
24        ever replaced the roof on it?
25   A.   Yes.

```
                                              Page 51
 1    Q.   When did you replace the roof?
 2    A.   I'm not sure.
 3    Q.   Okay.  Does it sound right that you replaced
 4         the roof around 2011?
 5    A.   That sounds close, yes.
 6    Q.   Do you remember approximately what it cost to
 7         replace the roof?
 8    A.   No, I do not.
 9    Q.   Do you recall whether you took out a loan to
10         finance that purchase, or is that something
11         you paid cash for?
12    A.   I don't recall.
13    Q.   Have you ever replaced the siding on your
14         house?
15    A.   No.
16    Q.   Let's -- let's revisit the roof just for one
17         more question.
18              Do you know why you replaced the roof on
19         your house?
20    A.   It was -- there was -- it was faulty.  There
21         was places that needed to be repaired on the
22         roof.
23    Q.   And do you know why those faults occurred; was
24         it age or something not installed right?
25              MR. WHITLOCK:  Object to the form.
```

Page 52

1    A.   I really don't know, sir.

2         BY MR. LOCASTRO:

3    Q.   Okay.  Have you made upgrades to the

4         landscaping on your land --

5    A.   Yes.

6    Q.   -- since you acquired -- can you -- can you

7         describe those upgrades to the landscaping?

8    A.   We put in some shrubs, and we put in two

9         flower beds that would look to resemble stone

10        fences, and my wife plants flowers.  And I've

11        planted grass, and I've planted some trees.

12   Q.   Would you say that other homes within the

13        Apple Hill neighborhood have landscaping that

14        looks the same as yours?

15            MR. WHITLOCK:  Object to the form.

16   A.   I really don't know that.  I don't -- really

17        don't know.

18        BY MR. LOCASTRO:

19   Q.   Are there homes within the Apple Hill

20        neighborhood, would you say, that don't have

21        flower beds planted?

22   A.   I'm not sure, sir.

23   Q.   Have you ever -- have you ever replaced the

24        windows on your home?

25   A.   Yes.

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 54 of 255

1   Q.   Approximately when?

2   A.   Well, it was only the bathroom windows.  I --

3        and that was maybe five years ago.

4   Q.   Why did you replace your bathroom windows?

5   A.   They were -- they needed replacement.  The

6        wood was rotting away there.

7   Q.   Do you recall how much you paid to replace

8        your bathroom windows?

9   A.   No, I do not.

10  Q.   Have you done any other work to the exterior

11       of your home since you started living in it?

12  A.   Yes.

13  Q.   Can you tell me about that?

14  A.   We replaced the front porch and back porch

15       with synthetic -- took up the wood, put

16       synthetic boards, whatever you call them,

17       down.  We put a new back patio on; new

18       hardwood floors downstairs; an alarm system;

19       asphalt in front of the house, which used to

20       be gravel; tile in the bathroom and in the

21       entryway to the -- from the garage.  That is

22       all I can recall at this time.

23  Q.   Okay.  Would you agree that you installed a

24       new storm door to your home at some point

25       after you acquired it?

Page 54

1    A.   Not that I recall.

2    Q.   When did you redo your driveway?

3    A.   I'm not certain.  I don't recall the date.

4    Q.   Does 2014 sound about right?

5    A.   Yes, close.  Yeah, that would be about right.

6    Q.   And do you recall what you paid to have your

7         driveway redone?

8    A.   No, I do not.

9    Q.   When did you install the front and back porch?

10   A.   Approximately five years ago, I'd say.

11   Q.   And why did you decide to install a new front

12        and back porch?

13   A.   The wood was deteriorating on the front porch,

14        mahogany wood.

15   Q.   Do you recall what -- do you recall what you

16        paid to install the front and back porch?

17   A.   Not right now, no, sir, I don't.

18   Q.   Okay.  Did you obtain any opinion on how any

19        of the improvements that we've discussed

20        affect the value of your home?

21   A.   Can you ask that again?

22   Q.   Yeah, sure.  So after you repaired the roof or

23        installed a new patio, new driveway, things of

24        that nature, did you obtain an opinion from a

25        realtor or an appraiser or tax assessor saying

1          how that work affected the value of your home?

2     A.   No.

3     Q.   Now, you talked a little bit about some of the

4          improvements that you made inside the house.

5               Am I right that you said you had hardwood

6          put in?

7     A.   Yes.

8     Q.   Where did you have new hardwood put in?

9     A.   From the front door, the entryway, there's a

10         common area that goes to -- back to two or

11         three rooms and then back into the family

12         room.

13    Q.   And when approximately did you have hardwood

14         put in?

15    A.   Approximately four years ago.  I'm not

16         certain.

17    Q.   Do you recall what you paid to have the

18         hardwood put in?

19    A.   No, I do not.

20    Q.   When did you have the alarm system installed?

21    A.   It's been several years.  Probably 15 years

22         ago.

23    Q.   You also retiled the bathroom?

24    A.   I had it done, yes.

25    Q.   Did you retile all of the bathrooms in your

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 57 of 255

```
 1          home or just -- or just one or two of them?
 2   A.     The downstairs bedroom.
 3   Q.     And do you recall what that cost?
 4   A.     No, I do not.
 5   Q.     Have you ever remodeled any of the rooms
 6          within your home since you started living in
 7          it?
 8              MR. WHITLOCK:  Object to the form.
 9   A.     Just paint.
10          BY MR. LOCASTRO:
11   Q.     And which rooms did you paint?
12   A.     One of the upstairs bathrooms -- I'm sorry.
13          One of the upstairs bedroom and the family
14          room.
15   Q.     Besides the improvements that we've already
16          discussed, am I right that you haven't been
17          remodeled or done any improvements to any
18          rooms in your home, correct?
19   A.     I'm sorry, repeat that.
20   Q.     Sure.  That probably wasn't very clear.
21              Besides the improvements that we've
22          already discussed, am I right that you haven't
23          done any other improvements to the interior of
24          your home?
25              MR. WHITLOCK:  Object to the form.
```

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 58 of 255

Page 57

1          You can answer.

2      BY MR. LOCASTRO:

3  Q.  In other words, do we --

4          THE WITNESS:  Pardon me?

5          MR. WHITLOCK:  I just objected to the

6      form.  You can answer.

7  A.  Not that I can recall at this time, sir.

8      BY MR. LOCASTRO:

9  Q.  Okay.  Can you please turn back to Exhibit 1?

10      I see you still have it in front of you.

11          And if -- and if you can, can you go to

12      page 0048?

13  A.  (Witness complying) Yes.

14  Q.  And would you agree that -- that this is an

15      accurate depiction of the interior of your

16      home as of the date of -- of -- of -- as of

17      the date of this assessment, 2008?

18  A.  Yes, it looks accurate.

19  Q.  And what I'd ask -- what I'd like you to do,

20      is if you can take my pen, can you actually

21      mark on this diagram all of the different

22      improvements that you made to your home and

23      describe what your marking up for the record?

24  A.  (Witness complying)

25          MR. WHITLOCK:  Are you -- just so we're

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 59 of 255

```
                                          Page 58
 1        clear, are you talking about interior
 2        improvements --
 3              MR. LOCASTRO:  Yes.
 4              MR. WHITLOCK:  -- or --
 5              MR. LOCASTRO:  Yeah.
 6              MR. WHITLOCK:  Okay.
 7        BY MR. LOCASTRO:
 8    Q.  So all of the interior improvements.  For
 9        example, you can draw where you put in -- or
10        just, you know, write in with arrows where you
11        put in the hardwood, where you put in the
12        tile, things of that nature, where you've
13        repainted.
14    A.  (Witness complying) You're talking just
15        interior, right, sir?
16    Q.  Yes, sir.  Yeah.
17    A.  (Pause while drawing)
18              MR. WHITLOCK:  Is there some tile --
19              THE WITNESS:  Yes, yeah.
20              MR. WHITLOCK:  -- downstairs bathroom?
21              THE WITNESS:  Yes.
22    A.  Done more painting than I thought.  I think --
23        I think that's it for the time being.  That's
24        all I can recall, sir.
25        //
```

Page 59

```
 1        BY MR. LOCASTRO:
 2   Q.   Okay.  That's -- that's great.  Thank you.
 3             Now, if you could turn two pages to
 4        Kni-0050.
 5   A.   (Witness complying)
 6   Q.   Would you agree that the photos here are --
 7        accurately depict the exterior of your home at
 8        least as it existed on February of 2008?
 9   A.   Yes.
10   Q.   Now, I'm going to ask you to do the same
11        thing.  Using my pen can you just note all of
12        the places where you made improvements to the
13        exterior since the date --
14   A.   To the left in the margin?
15   Q.   Yes, sir, that's -- that's perfect.
16   A.   (Witness complying) Is this -- may I ask is
17        this supposed to be my driveway here, sir?  I
18        think it is.
19   Q.   I believe so, yes.
20   A.   Yes.  Okay.
21   Q.   Okay.
22   A.   I think that's it for the time being.
23   Q.   All right.  I'll take my pen back.
24   A.   Okay.
25   Q.   And I promise the exhibit making portion of
```

```
                                                  Page 60
 1         today's deposition is over.
 2         BY MR. LOCASTRO:
 3    Q.   Do you have -- do you have homeowners
 4         insurance?
 5    A.   Yes.
 6    Q.   How many policies?
 7    A.   Just the one, I believe.
 8    Q.   Who's your insurance company?
 9    A.   State Farm.
10    Q.   What does your insurance cover?  Your --
11         your -- your homeowners insurance that is.
12              MR. WHITLOCK:  Objection.
13    A.   Yeah, what do you mean exactly what does it --
14         BY MR. LOCASTRO:
15    Q.   So, for example, if your -- if your home is
16         destroyed in some way, does your policy cover
17         that?
18    A.   I don't know exactly what the policy says,
19         sir.
20    Q.   Okay.  How much do you pay for your insurance?
21              MR. WHITLOCK:  Object to the form.
22    A.   I'm not certain at this time.
23         BY MR. LOCASTRO:
24    Q.   Do you know how much your insurance company
25         will pay in the event that your home needs to
```

```
                                                 Page 61
 1        be replaced?
 2              MR. WHITLOCK:  Object to the form.
 3              THE WITNESS:  May I answer the --
 4              MR. WHITLOCK:  Sure.
 5              THE WITNESS:  Yeah.
 6   A.   I think the latest policy is $352, I believe.
 7        I'm not sure, but I think that is it.
 8        BY MR. LOCASTRO:
 9   Q.   Is it $352,000 or --
10   A.   Yes.
11   Q.   Okay.
12   A.   Yes.
13   Q.   Okay.
14   A.   I'm sorry.  Yeah.  Yeah, that would --
15   Q.   Maybe you have one of those tiny houses.
16   A.   Yeah, that's very small.  Yeah, that wouldn't
17        cover the front steps, yeah.
18   Q.   Okay.  Is your home currently for sale, sir?
19   A.   No, sir.
20   Q.   Have you ever in the past attempted to sell
21        the home located at 54 Cortland Lane?
22   A.   No.
23   Q.   Do you have any present plans to sell your
24        home?
25   A.   No.
```

Page 62

```
 1    Q.   Why not?
 2    A.   Well, I love the home.  It's -- so we've put a
 3         lot into the home.  It's a very nice home.
 4         The PFOA thing has kind of deteriorated our
 5         feelings about the home.  You know, we love
 6         the home.  It's a home I've always wanted, and
 7         we've got a lot into it, but that's been an --
 8         an issue, but right now we're trying to stay
 9         there.
10    Q.   What circumstances would lead you to sell your
11         home, if there are any?
12    A.   Well, as we grow older, it's a two-story home.
13         Just maybe to make it easier if we were to be
14         maybe not in as good a health as we are now,
15         so we'd have to climb the stairs and pay
16         the -- it's a lot of taxes on the home.
17    Q.   I gotcha.  Have you ever attempted to lease or
18         rent out your home?
19    A.   No.
20              MR. LOCASTRO:  Okay.  I think that's a
21         good place to take a break.
22              THE VIDEOGRAPHER:  The time is now
23         approximately 10:32 a.m.  Going off the
24         record.
25              (Brief recess taken.)
```

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 64 of 255

```
                                                      Page 63

 1              THE VIDEOGRAPHER:  The time is now

 2         approximately 10:51 a.m.  Going back on the

 3         record.

 4              MR. LOCASTRO:  Are you ready to continue

 5         with your deposition?

 6              THE WITNESS:  Yes, sir.

 7         BY MR. LOCASTRO:

 8    Q.   Prior to January of 2016, had you ever had

 9         your well water tested for any reason?

10    A.   Not to my knowledge.

11    Q.   Has your well water ever been tested at any

12         time for the presence of PFOA?

13    A.   Yes.

14    Q.   When was that?

15    A.   Not certain.  I believe it was in May of 2016.

16    Q.   Who paid for that test?

17    A.   I don't know.

18    Q.   Do you -- do you recall if you, yourself, paid

19         for that test?

20    A.   I did not.

21    Q.   Do you know the results of the PFOA test in

22         your well?

23    A.   Yes.

24    Q.   And what were those results?

25    A.   It was 105 parts per trillion.
```

```
 1    Q.   Was May of 2016 the only time that your well
 2         was tested for the presence of PFOA?
 3    A.   Yes, I think it was.
 4    Q.   After May of 2016, was a POET or
 5         point-of-entry treatment system installed on
 6         your well or in your home?
 7    A.   Yes.
 8    Q.   And do you know when the POET was installed?
 9    A.   Not exactly.
10    Q.   But it was after May of 2016?
11    A.   Yes.
12    Q.   And once the POET was installed, had -- had
13         the water coming out of it, has that ever been
14         tested for the presence of PFOA?
15    A.   Yes.
16    Q.   How many times?
17    A.   Approximately three.  I think they did it
18         quarterly.
19    Q.   And do you recall around the first time the
20         POET was tested for the presence of PFOA or
21         the POET water rather?
22    A.   I'm -- the time, sir, or the --
23    Q.   Yeah, yeah.  When?  Approximately when?
24    A.   No, I do not, no.
25    Q.   Does July 2016 sound right?
```

1    A.   Yes, it could be.

2    Q.   And does September 2016 sound about right for

3         the second test?

4    A.   Yes.

5    Q.   And does July of 2017 sound about right for

6         the third test?

7    A.   I don't know exactly, sir.

8    Q.   On any of the three tests of your POET, was

9         PFOA detected?

10            MR. WHITLOCK:  Object to the form.

11   A.   After the POET system?

12        BY MR. LOCASTRO:

13   Q.   Yes.  After the POET system was installed, has

14        PFOA been detected in the drinking water

15        coming out of it?

16   A.   No.

17   Q.   Prior to January 2016 had you ever had your

18        soil tested for any reason?

19   A.   No.

20   Q.   Has your soil ever been tested for the

21        presence of PFOA at any time?

22   A.   I don't think so, no.

23   Q.   So would it be fair to say that besides the

24        test of your well in May of 2016 and the

25        subsequent POET tests, your soil hasn't been

1         tested for the presence of PFOA?
2     A.   I do not think it has been.
3     Q.   Have you ever had your home appraised?
4     A.   Yes.
5     Q.   Besides the February 2008 appraisal that we've
6          marked as Exhibit 1, are there -- had there
7          ever been any other appraisals of your home?
8     A.   Yes.  In January of 2017.
9     Q.   Do you recall your home being appraised in
10         October of 2005, as well?
11    A.   No, I don't recall that one.
12    Q.   Okay.
13             MR. LOCASTRO:  I'm going to mark two
14         exhibits here.  Let's make this one 2.
15             This will be 2, Jamie.
16             (Deposition Exhibit No. 2 was marked for
17         identification.)
18             MR. LOCASTRO:  And let's make this one 3,
19         please.
20             Jamie, this will be 3.
21             MR. WHITLOCK:  Thank you.
22             (Deposition Exhibit No. 3 was marked for
23         identification.)
24         BY MR. LOCASTRO:
25    Q.   All righty.  Why don't we start with what

Page 67

```
 1         we've marked as Exhibit 3, Mr. Knight.  That's
 2         the -- that's the thinner document here.
 3    A.   Okay.
 4    Q.   And do you see kind of on the top right corner
 5         Exhibit 3 says a report date of October 6th,
 6         2005?
 7    A.   Yes.
 8    Q.   Do you -- do you recognize this document?
 9    A.   No, I do not.
10    Q.   Do you agree that at the top it says,
11         alternative valuation interior report, and
12         then it says -- below that it says that the
13         borrower is a Judith Knight and the requested
14         address is 54 Cortland Lane?
15    A.   I see that.
16    Q.   And would you agree that this is a valuation
17         of the home located at 54 Cortland Lane?
18    A.   It appears to be, yes.
19    Q.   Do you have any knowledge as to why this --
20         this valuation was -- was carried out?
21    A.   No, sir, I don't.  I don't remember this
22         evaluation.
23    Q.   Okay.  That's fair.  It says alternative
24         valuation at the top.
25              Do you have any idea as to what this
```

Case 5:16-cv-00125-gwc  Document 220-6  Filed 11/27/18  Page 69 of 255

Page 68

1           valuation is an alternative to, to any extent?

2    A.    No, I do not.

3    Q.    Okay.  Would you agree though that, according

4           to this report, the estimated market value of

5           your home on October 6, 2005, was $325,000?

6    A.    That's what it says here.

7    Q.    Okay.  Let's turn back to Exhibit 1 now, if we

8           could.  That's the February 2008 appraisal.

9               And do you recall, sir, why your home was

10          appraised in February of 2008?

11   A.    Yes.  We changed from a mortgage to a home

12          equity loan.

13   Q.    Okay.  Do you know who appraised your home in

14          February of 2008?

15   A.    I -- not certain, no.

16   Q.    Okay.  Now, if you turn to the, I guess it's

17          the third page of this document, but it's --

18          it's Kni-0041, so it might be one back there.

19               MR. WHITLOCK:  It looks like it was a

20          Mrs. Fannie Mae.

21               THE WITNESS:  Is that the chocolate?

22          BY MR. LOCASTRO:

23   Q.    If you look at the bottom of -- of -- of page

24          0041 -- and again, these are a little hard to

25          read.

Page 69

```
 1    A.   Just a second here.  Okay.
 2    Q.   At the very, very bottom, do you see here it
 3         says there's a little check box kind of on --
 4         on the middle?
 5    A.   Yes.
 6    Q.   And it says based on, and then you carry over
 7         and there's an X there, interior and exterior
 8         inspection.  I estimate the market value as
 9         defined of the real property that is the
10         subject of this report to be $370,000 as of
11         February 14, 2008.
12              Did I -- did I read that correctly?
13    A.   Yes.
14    Q.   Okay.  Now, let's take a look at Exhibit 2,
15         sir, and this is -- this is the -- this is --
16         has Kni-0020 on the first page.
17    A.   (Witness complying) Okay.
18    Q.   And this is a -- is an appraisal of your home
19         located at 54 Cortland Lane, dated January 11,
20         2017, correct?
21    A.   Yes.
22    Q.   And if you turn to the, I guess the first page
23         there, Kni-0021, this is an exterior only
24         inspection residential appraisal report,
25         correct?
```

```
 1    A.   Yes.
 2    Q.   And you would agree that this is different
 3         from the 2008 report in that that was an
 4         exterior and interior appraisal, correct?
 5    A.   Yes.
 6    Q.   Okay.  Do you know why this appraisal in
 7         January 2017 was carried out?
 8    A.   Yes.
 9    Q.   And why is that, sir?
10    A.   My wife owns an apartment house, and she was
11         getting a line of credit, and they -- so they
12         needed to appraise our house.
13    Q.   Okay.  Now, if you look on page Kni-0022, at
14         the very bottom.
15    A.   (Witness complying) Okay.
16    Q.   It says here that based on a visual inspection
17         of the exterior areas of the subject property,
18         from at least the street, define scope of
19         work, statement of assumptions and limiting
20         conditions and appraiser certification, my,
21         open parentheses, our, closed parentheses,
22         opinion of the market value as defined of the
23         real property that is the subject of this
24         report is $300,000 as of January 11, 2017,
25         which is the date of inspection and the
```

Page 71

1          effective date of this appraisal.
2              Did I read that right?
3    A.   Yes.
4    Q.   Okay.  Now, you mentioned a few things I want
5          to follow up with you on, if I may, sir.
6              On Exhibit 3 -- which is the TransUnion
7          alternative valuation requested by Judith
8          Knight, correct?
9    A.   Yes.
10   Q.   Now, did your -- when -- when you were asked
11         to produce documents in connection with this
12         case, did you ask your wife to search through
13         her files to see if she had any documents that
14         needed to be produced?
15   A.   Yes.
16             MR. WHITLOCK:  So the record's clear --
17             MR. LOCASTRO:  Yes.
18             MR. WHITLOCK:  -- Exhibit 3 specifically
19         states at the top that it was requested by
20         Mrs. Tammy Hogan, not --
21             MR. LOCASTRO:  Oh, I'm sorry.
22             MR. WHITLOCK:  -- Judith Knight.
23             MR. LOCASTRO:  I'm sorry.  That's --
24         okay.  So -- thank you, Jamie.  So we'll --
25         we'll -- I will -- I will rephrase.

1        BY MR. LOCASTRO:

2   Q.   Exhibit 3 says that the borrower is Judith

3        Knight, correct?

4   A.   Yes.

5   Q.   Okay.  And it was requested by Tammy Hogan?

6   A.   Yes, I see that.

7   Q.   Do you know who Tammy Hogan is?

8   A.   No, I do not.

9   Q.   Okay.  So then I'll -- I'll rephrase my

10       question and ask you, when you were asked to

11       produce documents in connection with this

12       case, did you ask your wife to look through

13       her files and give you anything that may have

14       been relevant?

15  A.   Yes.

16  Q.   And was this one of the documents that your

17       wife gave to you?

18  A.   I really don't remember this one, sir.

19  Q.   Okay.

20  A.   I do not remember this one.

21  Q.   Now, you mentioned that your wife, in

22       January 2017, applied for a loan to purchase

23       an apartment building?

24  A.   Not to purchase the apartment.  To make a lot

25       of improvements on it.  She already owned the

Case 5:16-cv-00125-gwc  Document 220-6  Filed 11/27/18  Page 74 of 255

```
                                                    Page 73
 1          apartment.
 2     Q.   So your wife owns an apartment building?
 3     A.   Yes, she does.
 4     Q.   Where's that apartment building located?
 5     A.   Oh, gosh, Branch Street.  I'm sorry.  109 and
 6          111 Branch Street.
 7     Q.   And is that in Bennington, sir?
 8     A.   Yes, sir.
 9     Q.   About how far from here is 109 to 111 Branch
10          Street, would you say?
11     A.   Probably half mile.
12     Q.   Can you describe the apartments that your wife
13          owns?  Are they one-bedroom apartments,
14          two-bedroom?
15     A.   It's a three-bedroom -- three apartments in
16          the dwelling, but I -- I don't know exactly
17          how many bedrooms are in each one.
18     Q.   So your wife owns three apartments.
19     A.   No.  She owns the one building.
20     Q.   Okay.  The one building.  And within the one
21          building there are three separate units,
22          correct?
23     A.   Yes.
24     Q.   How long has your wife owned those apartments?
25     A.   I'm not positive.  That was before we were
```

Case 5:16-cv-00125-gwc Document 229-4 Filed 11/27/18 Page 75 of 255

Page 74

```
 1         married.
 2     Q.  And when -- when were you married?
 3     A.  1990.
 4     Q.  So your wife has owned three apartments
 5         located at 109 to 111 Branch Street since at
 6         least 1990; is that correct?
 7     A.  Yes.
 8     Q.  Do you know approximately when the building
 9         located at 109 to 111 Branch Street was
10         constructed?
11     A.  No, sir.
12     Q.  Do you know whether the apartments at 109 to
13         111 Branch Street received their water from a
14         municipal source or is -- or is there a well
15         located on the --
16     A.  It's municipal.
17     Q.  Has it always been municipal, as far as you
18         know?
19     A.  I do not know that.
20     Q.  Do you know what rent your wife charges for
21         the apartments on Branch Street?
22     A.  I do not.
23     Q.  Okay.  Okay.  Let's -- let's -- let's -- let's
24         turn back then to your home at Cortland
25         Avenue.
```

```
                                              Page 75
 1    A.   Cortland Lane.
 2    Q.   I'm sorry, Cortland Lane.  Thank you.
 3              Now, has the state or town ever evaluated
 4         your home for tax purposes?
 5    A.   Yes.
 6    Q.   Do you know what the assessed value of your
 7         home is for tax purposes?
 8    A.   The latest one was 268,000.
 9    Q.   Do you know when the city or town of
10         Bennington last inspected your home to assess
11         its value for tax purposes?
12    A.   I do not.
13    Q.   Would 2004 sound right?
14    A.   I really do not know.
15    Q.   Has the city inspected your home to assess its
16         value after PFOA was detected in your -- in
17         your well?
18    A.   Can you rephase that?
19    Q.   Yeah.  Yeah, of course.  After PFOA was first
20         detected in your well, has the city come to
21         reassess your home for tax purposes?
22    A.   No.
23    Q.   So did the city assess the value of your home
24         for tax purposes before PFOA was detected in
25         your well?
```

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 77 of 255

```
                                              Page 76
 1   A.   No.  It was after -- I'm sorry, it was after.
 2        It was this year.  So it was after PFOA.
 3             MR. WHITLOCK:  I'm -- I'm going to -- so
 4        the record's clear, you're -- you're using the
 5        terms assess, reassess, come to inspect.
 6        Those are all very different things.
 7             MR. LOCASTRO:  Okay.  All right.  I --
 8        I --
 9             MR. WHITLOCK:  If we can be clear.
10             MR. LOCASTRO:  Yeah, I definitely
11        appreciate that.  So I will --
12             MR. WHITLOCK:  Thank you.
13             MR. LOCASTRO:  Let's -- let's make the
14        record a little bit more clear.
15        BY MR. LOCASTRO:
16   Q.   So the city has assessed your home for tax
17        purposes in 2017, correct?
18   A.   Yes.
19   Q.   As to when the city came to your home to
20        inspect it for tax purposes, do you know when
21        that was?
22   A.   I do not.
23   Q.   Does it sound right that the city came to your
24        home to inspect it for tax purposes in 2004
25        or -- or are you not sure?
```

```
1    A.  2004?

2    Q.  Yes.

3    A.  I do not know, sir.

4    Q.  Do you know whether the city came to your home

5        to inspect it for tax purposes after PFOA was

6        detected in -- in your well?

7    A.  Yes.  That would have been this latest

8        assessment.

9    Q.  So when the city most recently assessed your

10       home for tax purposes in 2017, someone

11       actually came to your home to inspect it?

12   A.  I'm not sure, sir.  I don't know.

13   Q.  Okay.  So do you know the last time someone

14       came to your home to inspect it for tax

15       purposes?

16   A.  It was this year.

17   Q.  That someone --

18   A.  But I don't know exactly when.

19   Q.  Okay.  Take a look at this here.

20   A.  I thought -- yes, this year.

21   Q.  Okay.

22   A.  Oh, no, no, no, sir, not in 2018.  I'm sorry.

23       I'm thinking 2017.  It wasn't in 2018, no.

24   Q.  I understand.

25            MR. LOCASTRO:  I'm going to mark this as
```

```
 1          the next exhibit, please.
 2              (Deposition Exhibit No. 4 was marked for
 3          identification.)
 4          BY MR. LOCASTRO:
 5     Q.   Do you recognize this document, sir?
 6     A.   No, I do not really.
 7     Q.   Okay.  Would you agree that on the top left
 8          corner, it's dated October 11, 2017?
 9     A.   Yes.
10     Q.   And would you agree that in the bottom right
11          corner of page Kni-0017, it lists the
12          homestead value as $268,400, correct?
13     A.   Yes.
14     Q.   And that's the value that the city has placed
15          on your home for tax purposes, correct?
16     A.   Yes.
17     Q.   And if you turn the page over -- and this is
18          on page Kni-0018, would you agree that on the
19          bottom of this page, there's a notation, town
20          of Bennington Apex Software?
21              Do you see that at the very bottom?
22     A.   Yes.
23     Q.   So would you agree that the document that
24          we've marked as Exhibit 4 was something that
25          the town of Bennington -- this is -- this is a
```

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 80 of 255

```
 1        record from the town of Bennington, correct?
 2            MR. WHITLOCK:  Object to the form.
 3   A.   It appears to be, yes.
 4        BY MR. LOCASTRO:
 5   Q.   And on the top of page Kni-0017 it says here,
 6        under last inspected, 11/15/2004.
 7            Do you -- do you see that there?
 8   A.   Yes.
 9   Q.   Does this -- does this document at all,
10        Exhibit 4, in any refresh your memory as to
11        when your home was last inspected by
12        Bennington for tax purposes?
13   A.   I really don't remember, sir.
14   Q.   Okay.  That's -- that's fair enough.
15            Let's change gears a little bit and talk
16        about -- let's move away from home value, and
17        let's talk about what you -- you use your home
18        for.
19            Do you entertain socially at your house?
20   A.   Not much.
21   Q.   About how often would you say?
22   A.   Maybe twice a year.
23   Q.   Do you use your home for any commercial
24        activity?  Do you run, like, a side business
25        out of the home?
```

```
                                              Page 80
 1    A.   No.
 2    Q.   Do you or your wife have a home office?
 3    A.   No.
 4    Q.   Do you grow any crops on the land that you
 5         then sell?
 6    A.   No.
 7    Q.   So fair to say that there's no commercial
 8         activity at all going on inside your home?
 9    A.   No.
10    Q.   Okay.  So, no, it's fair to say -- so you
11         would say that there is no commercial
12         activity?
13    A.   There is no commercial activity.
14    Q.   Gotcha.  Thank you.
15              Has the presence of PFOA in your well
16         affected your ability to entertain socially in
17         your home?
18    A.   We haven't entertained, I think, since then,
19         but we don't allow our grandchildren to use
20         any of the water in our home, any of the
21         faucet water.  We still use bottled water for
22         the grandchildren.
23    Q.   Okay.  Has the presence of PFOA in your well
24         affected the use of your home in any other
25         way?
```

Page 81

1    A.   Yes.

2    Q.   Can you tell me?

3    A.   Well, we cannot drink the water.  The water

4         pressure is terrible.  We can't use the

5         water -- two things at one time.  And the

6         thought that it could be affecting our health

7         has made us somewhat leery of anything to do

8         with our home actually, to shower or anything

9         like that.

10   Q.   Has the presence of PFOA affected the use of

11        your home in any other way, or have you told

12        me everything there is?

13   A.   None that I recall at the present time.

14   Q.   Okay.  Since PFOA was first detected in your

15        well water, have you undertaken any steps to

16        have it removed?

17   A.   Have what removed, sir?

18   Q.   To have the PFOA removed?

19   A.   Yes.  The POET system has been installed to

20        remove it.

21   Q.   Besides the POET system, have you undertaken

22        any further steps?

23   A.   Repeat that question, would you, sir?

24   Q.   Sure.  Besides the installation of the POET

25        system, have you undertaken any other steps to

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 83 of 255

```
                                                      Page 82

 1          have the PFOA in well water removed?

 2     A.   No.

 3     Q.   Who paid for the POET system?

 4     A.   I'm not sure.  I don't know.

 5     Q.   Did you pay for the POET system?

 6     A.   I did not.

 7     Q.   Do you find that the POET system effectively

 8          removes PFOA from your well water?

 9               MR. WHITLOCK:  Object to the form.

10     A.   Based on the -- the studies it appears to have

11          taken -- I'm not a professional in that area,

12          so I don't know, but based on the reports I've

13          got it has.

14     BY MR. LOCASTRO:

15     Q.   Okay.  Am I correct that you lived in your

16          home at the time the former ChemFab facility

17          in -- in -- in Bennington at 1030 Water Street

18          was active?

19     A.   Yes.

20     Q.   Were you aware of the -- of the facility

21          located at 1030 Water Street when it was

22          active?

23     A.   What do you mean by aware?

24     Q.   Did you know that it -- that it -- that it

25          existed?
```

```
                                                        Page 83
 1     A.   Yes, I knew it existed.
 2     Q.   Did you know what kind of manufacturing
 3          activities went on there?
 4     A.   No.
 5     Q.   Did you have any impressions of the facility
 6          located at 1030 Water Street while it was
 7          active?
 8     A.   No.
 9     Q.   Did you live in Bennington when the former
10          ChemFab facility located at 108 North Side
11          Drive was active?
12     A.   I'm not sure when it was active, sir.
13     Q.   Okay.  Do you have any impressions of the
14          Bennington landfill?
15     A.   What do you mean by impressions?
16     Q.   Well, let's start do you -- do you know of the
17          Bennington landfill?
18     A.   Yes.
19     Q.   What do you know about it?
20     A.   I just know that it's there.  I really don't
21          have any opinions of it.  I don't know exactly
22          what you're wanting to know.
23     Q.   Okay.  So it would -- it would be fair to say
24          that you have no opinion one way or the other
25          as to the Bennington landfill?
```

```
 1              MR. WHITLOCK:  Object to the form.
 2         Opinion as to?
 3    A.   Yeah, I don't exactly what you're -- you mean,
 4         sir.  I know that it's there.
 5         BY MR. LOCASTRO:
 6    Q.   Okay.  Besides knowing that it's there, do you
 7         think anything else of it?
 8    A.   Well, I -- I fear that it's -- it's been
 9         contaminated by the ChemFab dumping their
10         byproducts into the landfill.
11    Q.   So do you fear that the Bennington landfill is
12         a -- is a potential source of the PFOA that's
13         affecting your water well?
14    A.   I'm not certain.
15    Q.   Do you have an opinion one way or the other?
16    A.   No.
17    Q.   Although you're not certain, do you think that
18         there's a possibility that PFOA from the
19         Bennington landfill has affected your home?
20              MR. WHITLOCK:  Object to the form.  Calls
21         for an expert opinion.
22    A.   I guess there's a possibility, but I'm not
23         certain, sir.
24         BY MR. LOCASTRO:
25    Q.   Okay.  Is it your opinion, sir, that had PFOA
```

```
 1          not been detected in your water well, your
 2          home would be worth somewhere between $365,000
 3          to $70,000 -- I'm sorry -- to $370,000?
 4    A.    I would agree to that if it was not
 5          contaminated with the PFOA, yes.
 6    Q.    What's your basis for that opinion?
 7    A.    Well, the land is -- the land -- our well has
 8          been contaminated.  The land's contaminated.
 9          I'm certain that people would be very cautious
10          in wanting to buy my home because of
11          contamination.
12    Q.    I understand that, and maybe -- maybe my
13          question wasn't the most clear.
14              What is your basis for opining that had
15          your home -- or had PFOA not been detected in
16          your well, your home would be worth between
17          $365,000 and $370,000?
18    A.    Well, I do know of two homes that the sale in
19          our development was affected by the presence
20          of PFOA.
21    Q.    Okay.  Maybe I'm not asking this as clear as I
22          can.
23              So is it -- is it your opinion that --
24          that had there been no PFOA detection in your
25          well, your home would be worth between 365,000
```

1          and 370?  That's -- that's correct, right?

2     A.   Yes.

3     Q.   Okay.  What's your basis for that number?

4     A.   Well, based on what I paid for the home, and

5          based on all the improvements I've had -- I've

6          put in the home, the appraisal of the home.  I

7          just know the area.  I know the community.

8          I -- it's a great place.  It's my opinion that

9          the home is one of the -- in that area before

10         PFOA, one of the most desirable places -- one

11         of the most desirable places to live in town.

12    Q.   Okay.

13    A.   Beautiful view, everything.

14    Q.   Now, the appraisal that you mention, that's

15         the 2008 appraisal that we've marked as

16         Exhibit 1, correct?

17    A.   Yes.

18    Q.   Okay.  Do you have any education or training

19         or other experience in real estate valuation?

20    A.   No.

21    Q.   And was there any method that you -- that you

22         applied to determine that the 2008 appraisal

23         of your home is accurate?

24    A.   Well, here again, based on everything I --

25         the -- what I paid for it, the improvements,

```
1           the appraisal, my own opinion and knowing the

2           area, it's a very desirable area.  It's a very

3           desirable home.  So that's what I base it on.

4    Q.    Okay.  Have you attempted to verify or test

5           your opinion as to the value of your home?

6    A.    In what way, sir?

7    Q.    In -- in any way.

8    A.    I don't know what you mean by test it.

9    Q.    So let's say have you gone out and spoken to a

10          realtor or any other kind of professional

11          appraiser and said this is what I think my

12          home would be worth had PFOA not been detected

13          in my well, does that make sense to you,

14          something like that?

15   A.    I haven't spoken to an appraiser about that.

16   Q.    Okay.  Have you spoken to anyone else to see

17          whether your valuation of your home is

18          accurate?

19   A.    Just other people, neighbors, and as I said,

20          two people I know that's tried to sell their

21          home.

22   Q.    Okay.  Now your home was appraised for

23          $370,000 in 2008, correct?

24   A.    Yes, sir.

25   Q.    Now, besides the detection of PFOA in your
```

1           well, did you consider whether any other

2           circumstances had changed since 2008 that

3           might affect the valve of your home?

4    A.   Not really, no.

5    Q.   Did you consider, for example, whether the

6           housing market may have taken a more general

7           downturn in or around 2008 that may have

8           affected the valve of your home?

9    A.   I --

10              MR. WHITLOCK:  Object to the form.

11              You can answer.

12   A.   I really don't -- I don't know, sir.

13         BY MR. LOCASTRO:

14   Q.   Okay.

15   A.   I don't know that much about the housing

16         market.

17   Q.   Okay.  Do you believe that because PFOA has

18         been detected in your well, your property is

19         now worth around $240,000?

20   A.   Yes.

21   Q.   What's your basis for that number?

22   A.   Well, here again we have contaminated wells we

23         can't use.  There's the health issue.  Now,

24         the waterline, we don't know if we're ever

25         going to get waterlines or not; and if we do,

Page 89

```
 1        it's -- it's going to be an added expense that
 2        I never had before.
 3   Q.   Did you research or analyze any market data in
 4        order to develop your $240,000 valuation?
 5   A.   No.
 6   Q.   With respect to your $240,000 valuation, did
 7        you arrive at that opinion on your own or
 8        through consultation with anyone else?
 9   A.   Basically just what I've understood that
10        that's about the percentage that the homes
11        seem to be affected by the PFOA, and that's
12        where I come up with that figure.
13   Q.   Okay.  You say that it's the percentage the
14        homes seem to be affected.
15             What do you base that -- that opinion on?
16   A.   Well, just based on people I've talked to that
17        say they're losing could be as much as
18        30 percent, and the people in my neighborhood
19        I know that's tried to sell homes find it very
20        difficult to sell their home because of the
21        PFOA.
22   Q.   Who are the people who you've spoken to who've
23        said that the value of the homes are affected
24        by around 30 percent?  Excuse me.
25   A.   I don't recall, sir.
```

1    Q.   Do you know of anyone who attempted to sell
2         their home and had to take a 30 percent
3         reduction because of the presence of PFOA?
4    A.   I don't know if it was 30 percent or not, sir.
5    Q.   Has your home ever been assessed at a value of
6         $240,000 or below?
7              MR. WHITLOCK:   Object to the term
8         assessed.
9              But you can answer.
10   A.   Not to my knowledge.
11        BY MR. LOCASTRO:
12   Q.   Has your home ever been appraised at a value
13        of $240,000 or below?
14   A.   I don't believe so.
15   Q.   Okay.  What amenities would you say are
16        located within either the town of Bennington
17        or the Apple Hill neighborhood that enhance,
18        in a positive way, the value of your home?
19   A.   Well, I think the location and the -- the type
20        of lots we have in our home.  We have a
21        fantastic view, and we're -- as much as we're
22        out of town, so to speak, we're just five or
23        ten minutes from the main -- main part of
24        town.
25   Q.   Anything else you can think of?

Page 91

1    A.   Not at the present time.

2    Q.   What's your home located near?  What kind of

3         amenities is your home located near that you

4         would think maybe would enhance the value or

5         would make it more attractive?

6    A.   Well, it's -- it's -- it's near town, of

7         course, and we're not that far from the city.

8         We have a -- we're not far from the monument.

9         It's a beautiful view of the monument.  It's a

10        very -- it's a drawing part, I think.

11   Q.   Anything else you can think of?

12   A.   Not at the present.

13   Q.   Would you say that your home is located near

14        ski or other outdoor facilities?

15   A.   It's -- yes, it's close enough.

16   Q.   Are there any factors in your community that

17        you -- besides the presence of PFOA that you

18        might feel detract from the value of your

19        home?

20   A.   No.

21   Q.   Would you feel that other homes within your

22        neighborhood are as well kept as your home?

23   A.   I -- I don't know that for sure, sir.

24   Q.   When you drive around your neighborhood, do

25        you feel that every home in your neighborhood

1      is maintained to the same degree as your home?

2           MR. WHITLOCK:  Object to the form.

3  A.  I -- I can't say that for sure, sir.

4      BY MR. LOCASTRO:

5  Q.  Okay.  What's your understanding of the term

6      zone of contamination?

7  A.  Well, it's the area that I'm living in now

8      that the state has actually designated on the

9      map, the homes in that area have been affected

10     by the PFOA contamination.

11 Q.  What's your understanding of the physical

12     impact of PFOA within the zone of

13     contamination?

14 A.  Well, our wells have been deemed useless now

15     because they're contaminated.  We have serious

16     doubts about -- not doubts but our health

17     issue, our -- the value of our homes have gone

18     down.  Our water pressure is -- is terrible.

19     We're forced to use bottled water now because

20     we can't drink our water.

21 Q.  What's your understanding of the physical

22     impact of PFOA in the class area?

23          MR. WHITLOCK:  I'm going to object to the

24     phrase physical impact.  It's vague and

25     ambiguous.

```
 1              But you can answer if you understand.
 2    A.    What do you mean exactly, sir?  Can you repeat
 3          that?
 4          BY MR. LOCASTRO:
 5    Q.    Sure.  Well, why -- why don't we ask it this
 6          way.  What's your understanding of the impact
 7          in any way of PFOA with -- within the class
 8          area?
 9    A.    Well, we obviously -- here again, we -- our
10          wells are contaminated.  We can't use our
11          wells.  We have -- it's going to -- could
12          affect our health because PFOA, it's been
13          associated with several diseases that we might
14          come in contact with.  Here again, the homes
15          are devalued.
16    Q.    Do you know if everyone within the class area
17          has been impacted by PFOA in the same way and
18          to the same degree?
19    A.    Well, we've all been impacted the fact -- in
20          the same way that we all have the PFOA.
21    Q.    But I suppose do you know if everyone within
22          the class area has been impacted to the same
23          degree?
24    A.    Well, we've all -- as I said, we've all been
25          subjected to contaminated wells.  We've all
```

Page 94

```
 1         been affected by the PFOA.
 2    Q.   Do you know if everyone in the class area has
 3         a well that's been contaminated?
 4    A.   I do not.
 5    Q.   And do you know if everyone within the class
 6         area has had PFOA detected within their blood?
 7    A.   I do not know that for sure.
 8    Q.   Okay.  What disclosure do you think you'd have
 9         to make to a prospective buyer of your home
10         with respect to PFOA?
11    A.   Well, I would have to tell them that the home
12         is in a contaminated area and that the well
13         has been contaminated, and they're -- they're
14         subjecting themselves to health issues because
15         of the PFOA.
16    Q.   Have you incurred any expenses due to PFOA in
17         groundwater that have not been reimbursed?
18    A.   Not that I can recall.
19    Q.   Do you believe you will have to incur any
20         expenses in the future due to PFOA in
21         groundwater?
22              MR. WHITLOCK:  Objection.
23              You can answer.
24    A.   Well, yes, even if -- even if we are connected
25         to town water, we're going to have a water
```

Case 5:16-cv-00125-gwc   Document 220-6   Filed 11/27/18   Page 96 of 255

Page 95

1      bill that we never had before.

2      BY MR. LOCASTRO:

3   Q.  Do you know approximately how much that bill

4      will be?

5   A.  I think it's roughly around $500 for

6      single-dwelling home.  I'm not positive.

7   Q.  Can you think of any other expenses you might

8      have to incur in the future due to PFOA in

9      groundwater?

10  A.  Well, down the road there could be medical

11     expenses, I'm not sure, they we may have to

12     endure based on the PFOA.

13  Q.  Anything else you can think of?

14  A.  Well, if we do end up selling the home, there

15     could be a loss in revenue from the sale of

16     the home because people don't want to live in

17     that -- they think they can -- either not want

18     to buy the home or they would think they could

19     get a lesser price for the home because of the

20     PFOA.

21  Q.  Anything else you can think of?

22  A.  Not at the present time.

23  Q.  Now, when your home was first built, was

24     municipal water available to you, or did the

25     lines not extend to 54 Cortland?

1    A.   The lines I do not -- I believe they were not

2         there.  They're not there.  We were not

3         offered public water.

4    Q.   Had public water been available to you at the

5         time that your home was constructed, would you

6         have installed public water in your home, or

7         would you have preferred the well?

8    A.   I would have preferred the well.

9    Q.   Okay.  Why?

10   A.   Well, my -- my association with town water

11        versus well is that the well water is

12        usually -- it tastes better.  It's better.

13        And for no other reason I like the well water

14        better.

15   Q.   Any other reason?

16   A.   And I did --

17   Q.   I'm sorry.

18   A.   Once I had the well installed, I wouldn't have

19        had a water bill.

20   Q.   Any other reason you could think of as to

21        why you would have -- as to why you prefer the

22        well?

23   A.   Not that I can recall at the present time.

24   Q.   Has the installation of a POET system impacted

25        your estimation of damages?

```
 1              MR. WHITLOCK:  Object to the form.
 2    A.   Could you repeat that?  I don't know what --
 3         BY MR. LOCASTRO:
 4    Q.   Yeah, sure.  Has -- has -- has the
 5         installation of a POET system in your home in
 6         any way impacted the -- your estimation of
 7         your own damages in this case?
 8    A.   Well, as far as I'm concerned, it's still --
 9         we're still contaminated.  We still have the
10         same -- the same damages, and the POET system
11         is -- I don't know how reliable it is anyway.
12         It's installed by humans and maintained by
13         humans, and it has to -- there'd be a cost if
14         I ever had to use only the POET system.
15    Q.   So the POET -- the installation of the POET
16         system doesn't really impact your estimation
17         of damages.
18    A.   Well, it's still -- we're still damaged.
19    Q.   Mm-hmm.
20    A.   So, you know, we're still -- I don't think
21         it's -- it's not a good thing.  I still think
22         we have the same damages really, because we're
23         still contaminated.  We still have the health
24         issues, still have a lot of the same issues.
25    Q.   Do you know how a prospective home buyer would
```

1          view the POET system?

2              MR. WHITLOCK:  Object to the form.

3              You can answer.

4    A.   Well, here again, they -- they look at it as

5         it's -- they've got poison water coming into

6         their home, and I'm sure they're -- they don't

7         want that, especially if they have children.

8         So it would be viewed as not a positive thing,

9         and it would be a negative thing because they

10        know that the area is contaminated so I'm

11        certain they -- I would not want to buy a home

12        that's in the contaminated area.

13   BY MR. LOCASTRO:

14   Q.   Now, would you agree though that the water

15        coming out of the POET doesn't have PFOA

16        detected in it?

17   A.   I'm not completely sure that it doesn't.  I

18        don't know.  I've seen where it says it's

19        non-detect, but here again I'm not positive.

20   Q.   Okay.  Has PFOA ever been detected in water

21        coming out of the POET?

22   A.   I don't think so, no.

23   Q.   Would a connection to public water impact your

24        damage estimation?

25   A.   No.  It's still -- it's still a -- it's a bad

Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 100 of 255

Page 99

```
 1          deal still because we've still got -- the only
 2          thing that's a positive is that it's clean
 3          water, but we're going to have to have a water
 4          bill.  We still got the contamination.  We
 5          still -- I think people still look at that as
 6          a contaminated area.  My home's contaminated.
 7          So having the POET system really isn't that
 8          much of a positive, in my opinion.
 9     Q.   So having the -- I'm sorry, maybe you
10          didn't -- so having the public water --
11     A.   Oh, I'm sorry.
12     Q.   -- or municipal water, would that impact your
13          damage calculation?
14     A.   No, not really.  It's still -- it's still --
15          it's a bill.  It's a -- it's a bill I never
16          had before.  It's still an expense for me.
17     Q.   Okay.  We've been talking a lot about your
18          home.  I think we're going to change gears now
19          and talk a little bit about you, if that's all
20          right.
21     A.   Sure.
22     Q.   How old are you, sir?
23     A.   71.
24     Q.   And you are not from Bennington; is that
25          correct?
```

```
                                            Page 100
 1    A.   That's correct.
 2    Q.   Where did you grow up?
 3    A.   In Indiana.
 4    Q.   How long did you live in Indiana for?
 5    A.   Approximately 37 years.
 6    Q.   And did you move to Bennington at age 37 or
 7         somewhere else?
 8    A.   No, I moved here.
 9    Q.   Okay.  Where did you live when you first moved
10         here?
11    A.   Well, I lived on East Road.  I had an
12         apartment there on East Road.
13    Q.   And what year do you -- do you recall
14         approximately when you first moved to East
15         Road?
16    A.   1984.
17    Q.   And the home on East Road, that -- that was
18         located in Bennington or North Bennington?
19    A.   It's still Bennington, I believe.
20    Q.   Okay.  And did the home on East Road, did that
21         have a well; do you recall?
22    A.   Yes.
23    Q.   How long did you live at the home on East
24         Road?
25    A.   Approximately just about a year.
```

1    Q.  Where did you move to after East Road?

2    A.  I bought a home in Pownal, Vermont.

3    Q.  And how far from here is Pownal?

4         You'll have to forgive my Vermont

5      geography --

6    A.  Yeah.

7    Q.  -- or lack thereof.

8    A.  The home, I would guess, 8 miles,

9      approximately 8 miles.  Something like that.

10   Q.  And about how long did you live in Pownal for?

11   A.  Four-and-a-half to five years.

12   Q.  So this was from approximately 19 --

13   A.  '84.

14   Q.  -- '84, '85 to 1990?

15   A.  Yes, sir.

16   Q.  And where did you move to in 1990?

17   A.  9 Jennings Drive in Bennington.

18   Q.  So you moved back to Bennington --

19   A.  Yes.

20   Q.  -- in 1990?

21        And the home at 9 Jennings Drive, did

22      that have a well, as well?

23   A.  Yes.

24   Q.  Where did you go after 9 Jennings Drive?

25   A.  Then I moved to my present home on Cortland

Page 102

1    Lane.

2  Q.  So you were at 9 Jennings Drive from about

3      1990 to 1997; is that right?

4  A.  Yes, sir.



[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 105 of 255

[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 106 of 255

[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 107 of 255

[redacted]



[redacted]



Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 109 of 255

**Page 108**









[redacted]

Page 112

14        THE VIDEOGRAPHER:  The time is now

15   approximately 11:45 a.m.  This completes disc

16   No. 1 of the deposition of Billy J. Knight.

17        Going off the record.

18        (Lunch recess taken.)

19        THE VIDEOGRAPHER:  The time is now

20   approximately 12:52 p.m.  Going back on the

21   record with disc No. 2 of the deposition of

22   Billy J. Knight.

23        MR. LOCASTRO:  Welcome back.  Are you

24   ready to continue --

25        THE WITNESS:  Yes, sir.

```
 1              MR. LOCASTRO:  -- with your deposition?
 2        Great.
 3        BY MR. LOCASTRO:
 4   Q.   So I know before lunch we had moved on a
 5        little bit to your medical records, medical
 6        history, but if we could, I'd like to mark
 7        another exhibit and turn back to your home for
 8        just a few moments.
 9              MR. LOCASTRO:  So could we make this
10        Exhibit 6, I believe, or maybe 7?
11              MR. WHITLOCK:  6.
12              MR. LOCASTRO:  6.  Okay.
13              (Deposition Exhibit No. 6 was marked for
14        identification.)
15        BY MR. LOCASTRO:
16   Q.   Mr. Knight, Exhibit 6 is a collection of
17        photographs that was produced to us in this
18        litigation, and I ask you to flip through
19        these and just let -- let me know if these are
20        photographs of your home.
21   A.   (Witness complying) Yes, they are.
22   Q.   Okay.  So all of the photographs located --
23        contained within Exhibit 6 are photographs of
24        your home?
25   A.   Yes, sir.
```

```
 1    Q.   Okay.  If we could just go through a few of
 2         these.  Ask you kind of what -- what we're
 3         looking at here.
 4              Am I right -- am I right that the first
 5         paragraph is the stairway leading from the
 6         first floor of your house to the second floor?
 7    A.   Yes.
 8    Q.   And if you turn to the second photo, what are
 9         we looking at here?
10    A.   That's coming in from the front into this area
11         I was telling you about where we had the
12         hardwood floors going back into the family
13         room.
14    Q.   Okay.  Has any feature of the family room
15         changed besides you home -- home decor choices
16         since this photo was taken?
17    A.   I have a new Lazy Boy.
18    Q.   But other than that, it looks the same, right?
19    A.   Yeah.
20    Q.   Okay.  The third photograph here, that's your
21         kitchen, sir?
22    A.   Yes.
23    Q.   And then the fourth photograph is another view
24         of the living room, right?
25    A.   No.  That is actually an area up above the
```

Page 115

```
 1        entryway that has no purpose.
 2   Q.   Okay.
 3   A.   Except my wife liked it so it's -- it's just
 4        up there.  I had to buy an extra large ladder
 5        just to get up there.
 6             MR. WHITLOCK:  I don't know if we're
 7        talking about the same --
 8             THE WITNESS:  Yeah, this right here.
 9             MS. JOSELSON:  What page?
10             MR. LOCASTRO:  I'm sorry.  These --
11        they're not numbered.  It's -- it's the fourth
12        photograph in the set.  Looks like there was a
13        fireplace in the room.
14             THE WITNESS:  Oh, I'm sorry.
15             MS. JOSELSON:  I think we're starting
16        from the back.
17             THE WITNESS:  Mine was skipped -- mine
18        was stuck together.
19             MR. LOCASTRO:  Oh, okay.
20             THE WITNESS:  Yeah, mine was stuck
21        together.
22        BY MR. LOCASTRO:
23   Q.   So this photograph here with -- with the
24        fireplace --
25   A.   Yes.
```

Case 5:16-cv-00125-gwc   Document 220-4   Filed 11/27/18   Page 117 of 255

Page 116

```
 1    Q.   -- that's the living, correct?

 2    A.   The family room, yes.

 3    Q.   Okay.  And that's a functional fireplace you

 4         have there?

 5    A.   Yes, sir.

 6    Q.   Okay.

 7              (Off-the-record colloquy.)

 8    Q.   Photograph five, that's your front door?

 9    A.   Yes, sir.

10    Q.   And then photograph six, that's the little

11         area above --

12    A.   Up above, yes, looking -- that picture is

13         taken from the stairway.

14              MR. WHITLOCK:  Make sure you let him

15         finish his --

16              THE WITNESS:  Okay.  I'm sorry.

17              MR. WHITLOCK:  -- question.  Then you may

18         answer.

19         BY MR. LOCASTRO:

20    Q.   What's photograph six, what are we looking at

21         here?

22    A.   That is a room -- it's my wife's room.  She

23         pays the bills and does things like that.

24         She's a banker, 40 years at the bank.  She

25         likes doing all of her stuff in there.
```

Case 5:16-cv-00125-gwc Document 220-41 Filed 11/27/18 Page 118 of 255

Page 117

```
 1        BY MR. LOCASTRO:
 2   Q.   And is that room -- looks like it's
 3        wallpapered?
 4   A.   No, sir.  Yes, it is.  Yes, that one is.  Yes,
 5        sir.
 6   Q.   Are other rooms in your house wallpapered or
 7        was it just this one?
 8   A.   I -- that's the only one, I think.
 9   Q.   Have you replaced the wallpaper at all since
10        you started living in the house?
11   A.   No.
12   Q.   So that's the original wallpaper that we see
13        here?
14   A.   Yes.
15   Q.   And is this room carpeted?
16   A.   Yes.
17   Q.   About how many rooms in your house, would you
18        say, are carpeted?
19   A.   Five.
20   Q.   So how many rooms would not be carpeted then?
21   A.   Three not counting bathrooms.
22   Q.   Okay.  Have you replaced the carpet since you
23        started living in your home?
24   A.   Yes, we did.  We replaced the stairway
25        carpeting and our bed -- and the master
```

```
 1        bedroom carpeting.
 2   Q.   Besides the stairway carpeting and the master
 3        bedroom carpeting, have you replaced any of
 4        the other carpeting in your home?
 5   A.   No.
 6   Q.   Let's turn to the next photo, if we could.
 7             MS. JOSELSON:  Sorry.
 8        BY MR. LOCASTRO:
 9   Q.   This appears to be a hallway.
10   A.   Yes.
11   Q.   Is this in the upstairs or downstairs of your
12        home?
13   A.   Upstairs.
14   Q.   And this upstairs hallway is carpeted, right?
15   A.   Yes.
16   Q.   And this is the carpeting that you replaced
17        since living in the house, right?
18   A.   Yes.
19   Q.   Do you recall when you replaced that carpet?
20   A.   No, I don't, sir.
21   Q.   Okay.  What's the next photo here?  It looks
22        like a bedroom.
23   A.   It is.  It's a --
24   Q.   Is this a master bedroom?
25   A.   No, sir.  That's a -- one of the spare
```

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 120 of 255

```
 1         bedrooms.
 2    Q.   Okay.  And this is located on the first or
 3         second floor of the house?
 4    A.   Second floor.
 5    Q.   What's the next photo?
 6    A.   This is the upstairs bathroom.
 7    Q.   Have you done any remodelling in that bathroom
 8         since you started living in the house?
 9    A.   No.  Other than this window is one we replaced
10         I referred to earlier.
11    Q.   Okay.  What's the next photo?  Looks like
12         there's a bed in the room.
13    A.   That is the master bedroom.
14    Q.   Okay.  And have you done any remodeling in the
15         master bedroom besides replacing the carpet
16         that we already discussed?
17    A.   We painted that.
18    Q.   And do you recall when approximately you
19         painted?
20    A.   Five years ago maybe.  I'm not sure exactly.
21    Q.   Okay.  The next photo, is that another view of
22         the master bed or that's a different room?
23    A.   Yeah.  That's a view of the master bedroom
24         looking into the walk-through closest.
25              (Off-the-record colloquy.)
```

1    Q.  So the master bedroom has a walk-in closet you

2         said, right?

3    A.  Walk-through closest.

4    Q.  Walk-through closest.  Okay.

5              Do other bedrooms in your home have a

6         walk-through or walk-in closet?

7    A.  Yes.

8    Q.  How many?

9    A.  Two bedrooms have walk-in closets.  Not

10        walk-through.

11   Q.  Okay.  So two of the bedrooms in your home

12        have walk-in closets, and the master bedroom

13        as a walk-through closet; is that right?

14   A.  Yes.

15   Q.  Okay.  The next photo appears to be a

16        bathroom.

17              Is this the master bath or something

18        else?

19   A.  That's master bath.

20   Q.  And have you done any remodeling in the master

21        bath since you started living in your home?

22   A.  We -- no.

23   Q.  Okay.  The next photo that appears to be a

24        tub.

25              Is that located in the master bath?

```
                                                      Page 121
 1    A.   Yes.

 2    Q.   What's the next photo here?

 3    A.   That's my man cave.

 4    Q.   And where in the house is the man cave

 5         located?

 6    A.   It's down at the end of the hall from the

 7         master bedroom.  It's over the garage.

 8    Q.   Okay.  And the next photo is just another view

 9         of the man cave there?

10    A.   Yes.

11    Q.   What's the next photo?

12    A.   That is a bedroom that my wife has turned into

13         a kid's playroom and a catchall room,

14         whatever.

15    Q.   Okay.  The last photo, that's a view of your

16         front door and the area above it, right?

17    A.   Yes.  That's up above the stairs looking down

18         on the -- the doorway and that room I was --

19         that area I was telling you about.

20    Q.   Okay.  Is the next photo your kitchen?

21    A.   Yes.

22    Q.   And that's a tiled kitchen I see there, right?

23    A.   Linoleum.

24    Q.   Linoleum.  Is that the original linoleum when

25         the house was built or has that been replaced?
```

Page 122

1    A.   I believe that's the original.

2    Q.   What am I looking at in this next photo?

3         Looks like there's two doors and couch in the

4         photo?

5    A.   That is the family room looking out on to the

6         back screened in porch.

7    Q.   And this is the back screened in porch that

8         you had added on to the house in, I believe it

9         was the late 2000s?

10   A.   No.  This is the porch that we had the new --

11        a synthetic flooring put it.

12   Q.   Okay.

13   A.   The new patio I don't have a -- is to the left

14        there.

15   Q.   I see.  And are those doors that lead out on

16        to the porch, those are original with the

17        house?

18   A.   Yes.

19   Q.   I see the next photo has your cat looking from

20        the top of the stairwell there?

21   A.   Yeah.

22   Q.   Okay.  And then the final photo, what -- what

23        am I looking at here?

24   A.   That is the downstairs half bath.

25   Q.   Okay.  And have you replaced the tile or

Case 5:16-cv-00125-gwc Document 220-44 Filed 11/27/18 Page 124 of 255

Page 123

1    painted the walls or done other remodeling

2    since the house was built there?

3 A.  Yes.  We -- that's the tile we replaced I

4    referred to --

5 Q.  Mm-hmm.

6 A.  -- and we painted the walls in that bathroom.

7 Q.  Okay.  Great.  We can put this exhibit to the

8    side.

█ ███████████      ████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████

█      ████████████████████████████████████████████████

█    ████████████████████████

█ ██  ███  ████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ██████████████████████████████████████████

█    ████████████████████████████████

█    ████████████████

█ ██  ████  █████████████████████████████████

█    ████████████████████████████████

█ ██  ████

█ ██  ████████████████████████████████████████

█    ████████████████████████████ or, in other words,

25   high blood pressure?





Case 5:16-cv-00125-gwc Document 220-41 Filed 11/27/18 Page 127 of 255

Page 126





[redacted]



[redacted]



Page 130







[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 134 of 255

[redacted]



Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 135 of 255

Page 134



Page 135



The page consists entirely of a redacted document (black bars covering all text), with only the page number and headers/footers visible.

[redacted]

Page 139





[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 142 of 255

[redacted]



Page 142





Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 144 of 255

[redacted]

[redacted]


Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 147 of 255

[redacted]



Page 147



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 149 of 255

[redacted]

Q. I'm going to mark an exhibit here. Just change gears a little bit.

1           (Deposition Exhibit No. 7 was marked for
2       identification.)
3       BY MR. LOCASTRO:
4    Q.  I've just handed you, Mr. Knight, this is an
5       article from the VT Digger.
6           Is that -- does that -- does that appear
7       to be correct?
8    A.  Yeah.  I think it stands for Vermont Digger.
9    Q.  Okay.  And it says Teflon Town:  Part 4?
10   A.  Yes.
11   Q.  If you could turn to the -- I guess the pages
12      aren't numbered here, but it's one, two,
13      three -- turn the page four times.  You see
14      there's a section that says, development
15      stalls, real estate sales nominal?
16   A.  Yes, I found it.
17   Q.  Okay.  Now, if you look over one page, about
18      midway down it -- there's a paragraph that
19      says:  Much of the area.
20          Do you see where I'm looking here?
21   A.  Yes.
22   Q.  Okay.  So it says here, much of the area was
23      outside the 1.5 mile radius suspected in 2016
24      of having been contaminated until well testing
25      proved otherwise.  Knight said he is 70 and

Page 150

```
 1          not overly worried about future health
 2          effects.  But he said his wife always drank
 3          bottled water and had a very low PFOA blood
 4          level, while his registered 58 micrograms per
 5          liter.  Well above the national average.  The
 6          bottled water and carbon filtering units paid
 7          for by Saint-Gobain have stabilized the
 8          situation, Knight said, but he will not recoup
 9          the cost of a 634-foot well and will have to
10          pay for town water if the area is linked to
11          the village water system.
12               Did I read those paragraphs correctly?
13     A.   Yes, sir.
14     Q.   Was this an accurate -- well, first of all, is
15          the Knight being referred to in the article,
16          is that referring to you?
17     A.   I think so, yes.  I'm not -- I do kind of
18          remember that.
19     Q.   And do you recall speaking with the author of
20          this article?  I believe it says it's a Jim
21          Therrien on the first page, T-h-e-r-r-i-e-n,
22          in connection with this article?
23     A.   Yes.  That was a phone call, yes.
24     Q.   And I see that the -- the language here, it's
25          not in quotes, but is this an -- is -- does
```

```
 1        the article report an accurate description of
 2        what you told the -- of what you told Mr.
 3        Therrien?
 4   A.   I don't think I said that I'm not overly
 5        worried about the future health effects,
 6        because I always have been.  I don't -- I
 7        don't think I said that.
 8   Q.   Okay.  Did you -- do you recall reading this
 9        article when it first came out?
10   A.   No.  I don't normally read the Vermont Digger.
11   Q.   Okay.  So you never wrote a letter to the
12        editor to complain that you weren't quoted
13        accurately in this article?
14   A.   No.  I --
15             MR. WHITLOCK:  Object to the form.
16             Go ahead.
17   A.   No, and I don't remember reading this article,
18        sir.
19        BY MR. LOCASTRO:
20   Q.   Okay.
21   A.   I don't -- like I said, I don't read the
22        Vermont Digger.
23   Q.   So -- so do you believe that you -- that you
24        were quoted inaccurately in this article?
25   A.   I would say so because --
```

```
 1        MR. WHITLOCK:  Object to the form.  Mr.
 2     Knight's not quoted in this article.
 3  A.  Yes, because I wouldn't have said that I'm not
 4     concerned about health effects, which isn't
 5     true.
 6     BY MR. LOCASTRO:
 7  Q.  Will you contact the paper or the author to
 8     complain?
 9  A.  Did I?
10  Q.  No, no.  Will you?
11  A.  I can, yes.  And also, they have my -- it's
12     wrong, the 58 micrograms per liter in my blood
13     there.
14  Q.  What is your PFOA blood level?  What was it
15     tested for?
16  A.  38 --
17        MR. WHITLOCK:  Object -- I'm sorry, go
18     ahead.
19        Asked and answered.
20        But you can go ahead.
21  A.  38.3.
22     BY MR. LOCASTRO:
23  Q.  Okay.
24  A.  So that's incorrect also.
25  Q.  Now, the article does mention that your --
```

1          that your wife always drank bottled water and

2          had a very low PFOA blood level?

3     A.   Yes.

4     Q.   Is -- is -- is that accurate?

5     A.   Yes.

6     Q.   Do you know what your wife's PFOA blood level

7          is?

8     A.   It's 2.8, I -- it's 2 point something.  I

9          believe it was 2.8.

10    Q.   Okay.

11    A.   I know it's lower -- much lower than mine.

12              MR. LOCASTRO:  Let's mark another exhibit

13         here if we could.

14              (Deposition Exhibit No. 8 was marked for

15         identification.)

16              MS. JOSELSON:  Is there a date?

17              MR. LOCASTRO:  There's -- there's --

18         there's no date on that article for some

19         reason.

20              MS. JOSELSON:  Right.

21    BY MR. LOCASTRO:

22    Q.   Do you recognize the next exhibit, Mr. Knight?

23    A.   Yes.

24    Q.   What is it?

25    A.   Well, it's -- it's the declaration that I read

1          and signed in support of plaintiff motion in a

2          class certification.

3   Q.   What role did you have in preparing this

4          document?

5   A.   Well, providing the information.  I provided

6          the information as to my blood levels and --

7   Q.   So is it correct that you provided the

8          information in -- in your declaration, but

9          somebody else prepared it?

10  A.   Yes.  I did not prepare it.

11  Q.   Did you review the document before you signed

12         it?

13  A.   Yes, I did.

14  Q.   And you understand that everything you swore

15         in this document is true, correct?

16  A.   Yes.

17  Q.   Okay.

18              MR. WHITLOCK:  I'm going to object to the

19         form of that question for the record.

20         BY MR. LOCASTRO:

21  Q.   Do you understand yourself to be representing

22         the exposure class in this action?

23  A.   Yes.

24  Q.   Do you understand yourself to be representing

25         the property damage class in this action?

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 156 of 255

```
                                              Page 155
 1    A.   Yes.
 2    Q.   What's your understanding of what this lawsuit
 3         is about, Mr. Knight?
 4    A.   Can you rephrase that?  Do you mean why is the
 5         lawsuit being -- why is the lawsuit or what
 6         are we suing for?
 7    Q.   Yeah.  What do you believe you're suing for?
 8    A.   Well, the lawsuit is because of the
 9         contamination that -- in our zone of
10         contamination that PFOA from ChemFab has
11         poisoned our wells and, you know, affected our
12         health and affected the -- the -- our price of
13         our homes and our quality of enjoying our --
14         our land.  It's an annoyance and stressful.
15    Q.   And what's your understanding of what the
16         lawsuit alleges that Saint-Gobain or ChemFab
17         did wrong?
18    A.   Well, their mishandling of their manufacturing
19         procedure placed the poisonous PFOA into the
20         air and also into the -- their drains, which
21         contaminated all of our wells.
22    Q.   What do you understand to be the relief that
23         you're asking the court to provide the class
24         members?
25    A.   Well, we're asking for -- be connected to town
```

```
 1          water and property damages, personal property
 2          damages, a medical monitoring system be set
 3          up, and out-of-pocket expenses we might have
 4          and try to assure that the -- the problem's
 5          been fixed.
 6     Q.   What do you understand to be your duties or
 7          duty as a representative of the putative
 8          class?
 9     A.   Well, I've tried to stay abreast of all --
10          what's going on, on all the -- with the --
11          with the lawsuit.  I've talked with the legal
12          counsel as to what's going on with the
13          lawsuit, and I'm making appearances here, for
14          example.  I try just to understand everything
15          that's going on, any changes or progressions
16          that might be made in the lawsuit.
17     Q.   When did you first learn what PFOA was?
18     A.   Probably -- well, when it was on the TV and
19          the newspapers when it first started over in
20          Hoosick Falls.  I'm not sure when that was,
21          2015 or before.  I'm not sure.  But then it
22          started coming over here into Vermont over in
23          North Bennington first early in 2016.
24     Q.   Did you take any action when you first heard
25          about PFOA?
```

Case 5:16-cv-00125-gwc   Document 220-44   Filed 11/27/18   Page 158 of 255

Page 157

1          MR. WHITLOCK:  Object to the form.  Vague

2     and ambiguous.

3  A.  Not when I -- not when I heard about it in New

4     York.  I was following it because I thought it

5     was a terrible thing, and I was trying to

6     understand what it was.  But at that time,

7     when I first heard about it, I didn't know it

8     was going to come over here.

9     BY MR. LOCASTRO:

Case 5:16-cv-00125-gwc  Document 220-41  Filed 11/27/18  Page 159 of 255

**Page 158**



Page 159



Page 160



[redacted]



Page 162



[redacted]



[redacted]





Based on the image, this is a redacted legal document page. The content has been blacked out.





[redacted]

Page 168



[redacted]



```
 1   ████████████████████████████████████

 2   Q.  Now, you mentioned earlier that you lived in a

 3       couple other residences here in Bennington

 4       besides Cortland Lane, right?

 5   A.  Yes.

 6   Q.  There were two other residences, correct?

 7           I believe one was on Jennings Drive, and

 8       another one was -- you can remind me of the

 9       address.

10   A.  Yes.  I lived on Jennings Drive, and I -- I

11       lived up on East Road.

12   Q.  When you lived on Jennings Drive, did you

13       primarily drink water from the tap?

14   A.  Yes.

15   Q.  And what was the source of the water on

16       Jennings Drive?

17   A.  A well.

18   Q.  And when you lived on East Road, did you

19       primarily drink water from the tap?

20   A.  Yes.

21   Q.  And what was the source of water on East Road?

22   A.  It was a well.
```

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 172 of 255

[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 174 of 255

[redacted]



[redacted]



Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 176 of 255

Page 175



[redacted]



Case 5:16-cv-00125-gwc   Document 212-41   Filed 11/27/18   Page 178 of 255

Page 177

```
6    Q.   Let's talk a little -- let's change gears a

7         little bit here.

8              Before PFOA was detected in your well

9         water, can you tell me all the different ways

10        in which you used your well water?

11   A.   Before PFOA?

12   Q.   Yes, sir.

13   A.   Well, before PFOA I -- we ingested it; used it

14        in cooking; shower; laundry; watered the yard;

15        cleaning different things, whatever, you know,

16        soap and water, whatever we cleaned.  Just all

17        the normal things you would use the water for

18        before we knew of the PFOA.

19   Q.   How did your water usage change following the

20        detection of PFOA in your well water?

21   A.   I probably drink a little bit more water

22        because it's so readily there with the bottled

23        water and the dispenser, and I just know that

24        I should drink water for good health.

25   Q.   Do you still bathe with the water in your
```

Page 178

1      home?

2  A.  Yes.

3  Q.  Do you still cook with the water that comes

4      out of the faucet in your home?

5  A.  No.

6  Q.  Do you still clean with the water that comes

7      out of the faucet in your home?

8  A.  Yes.



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 181 of 255

[redacted]



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 182 of 255

[redacted]





Page 183



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 185 of 255

[redacted]

Page 185

11   Q.   Okay.  Do you have an understanding of what
12        the ChemFab facility made when it was
13        operating at 1030 Water Street?
14   A.   Yeah, I have -- I don't have a professional
15        opinion, but I know kind of what they did
16        there.
17   Q.   And what's your understanding?
18   A.   They -- they coated these fiberglass fabrics
19        with the Teflon coating, and then they dipped
20        them in another liquid.  I think it was a
21        liquid fluid coating, and then they were --
22        it's fused and baked in an oven, and then all
23        of that -- the waste went out through the
24        stacks and also into their drains, the grease
25        and oil and so forth.

```
1    Q.   When did you first -- when did you first
2         develop that understanding?
3    A.   When I was just curious as to -- when I found
4         out what they were doing.  Then I was just
5         curious, so I investigated it a little bit.
6    Q.   Sure.  Do you recall approximately when that
7         was?
8    A.   No, sir, I don't.
9    Q.   Was it within the last year, two years, five
10        years?
11   A.   Probably the last year, I'd guess.
12   Q.   Was it while -- was it while the facility --
13        did you know what the facility did while it
14        was open?
15   A.   No.
16   Q.   Did you have any understanding that the
17        ChemFab facility used Teflon while it was
18        open?
19   A.   No.
20   Q.   Do you know who the other named plaintiffs are
21        in this lawsuit?
22   A.   Yes, I -- I know who they are.
23   Q.   Have you discussed this litigation with them?
24   A.   Not much, no.  I haven't really discussed it
25        with -- with them very much at all.
```

1   Q.  Have you ever had discussions with Bennington
2       residents about PFOA?
3   A.  Yes.
4   Q.  Have you ever had discussions with Bennington
5       residents about Saint-Gobain or ChemFab?
6   A.  Just in relation to the PFOA.
7   Q.  And what do -- what do you talk about
8       generally when you discuss ChemFab or PFOA
9       with other Bennington residents?  What's the
10      nature of these discussions?
11          MR. WHITLOCK:  Object to the form.
12  A.  Well, the topic of the -- the PFOA will come
13      up, and in -- you know, it will come up for
14      various reasons, and people will just ask me
15      if I have it up there, if it's in my
16      neighborhood.  And they'll ask my opinion of
17      it, or they'll give their opinion.  Just
18      general conversation.  It's, you know, it's in
19      the news and here in town.  It's in the
20      newspapers, and people may refer to newspaper
21      articles.
22  BY MR. LOCASTRO:
23  Q.  Do you know Sharon Jones?
24  A.  Not by name, no.
25  Q.  Do you know Bishop Robinhood Green?

```
                                        Page 188
 1    A.  No.
 2    Q.  Have you ever communicated with any member of
 3        any government agency about PFOA or
 4        Saint-Gobain or ChemFab?
 5    A.  Yes.
 6    Q.  When did you have these communications?
 7    A.  Well, when we first started checking our
 8        wells, of course, John Schmeltzer.  I
 9        communicated with him.  He is an analyst for
10        the Vermont Department of Environmental
11        Conservation.
12    Q.  Did you reach out to Mr. Schmeltzer or Mr.
13        Schmeltzer reached out to you?
14    A.  He reached out to me.
15    Q.  And do you recall when approximately this was?
16    A.  I would say in the spring of 2016.  I'm not
17        sure exactly.  It was when they started to
18        check our wells is when it was.
19    Q.  So Mr. Schmeltzer reached out to you in
20        connection with having your well tested for
21        PFOA; is that correct?
22    A.  Yes.
23    Q.  Okay.  Have you had communications with other
24        members of the government regarding PFOA or
25        ChemFab or Saint-Gobain?
```

                                                    Page 189

1    A.   Yes.

2    Q.   And who?

3    A.   I have arranged meetings with some of the

4         state representatives, Dick Sears and Brian

5         Campion, Mary Morrissey.  Some of those

6         people.  We had meetings, and they were at

7         some of our meetings.

8    Q.   Any other members of the government that

9         you've communicated with?

10   A.   Richard Spiese and Peter Walke.

11   Q.   Anyone else that you can recall?

12   A.   I -- I have talked to some of the people that

13        come to work on the wells and so forth or on

14        the POET system, but I really don't know their

15        names or what their position is.

16   Q.   Okay.

17             MR. LOCASTRO:  We're going to mark

18        another exhibit here.

19             Let's make this 9, please.

20             (Deposition Exhibit No. 9 was marked for

21        identification.)

22        BY MR. LOCASTRO:

23   Q.   Do you recognize Exhibit 9, Mr. Knight?

24   A.   Yes, I do.

25   Q.   And what -- what are we looking at here?

```
 1    A.   Let me make sure.  I believe this is -- yeah,
 2         this is the letter that I wrote to various
 3         agencies telling them of our concern in the
 4         Apple Hill Homeowners Association that
 5         although we were outside of the
 6         mile-and-a-half radius they had said they were
 7         going to check wells, we felt like that was
 8         somewhat arbitrary, and we were close enough
 9         that we felt -- to the mile and a half, that
10         we should be included in having our wells
11         tested also.
12    Q.   I don't see an addressee on this letter.
13         Maybe I'm missing it, but do you -- do you
14         recall who this letter was sent to?
15    A.   I sent this to various people.  I think I --
16         I'm pretty sure I sent it to the governor; to
17         the Department of Environmental Conservation;
18         to Stuart Hurd, who's our town manager; to, as
19         I said -- excuse me -- Brian -- our
20         representative Brian Campion; Mary Morrissey;
21         Dick Sears; to those people, just anybody that
22         I thought could help me get our wells tested
23         also.
24    Q.   Now, after you sent this letter on April 1st,
25         2016, was your well tested for the presence of
```

Case 5:16-cv-00125-gwc   Document 220-44   Filed 11/27/18   Page 192 of 255

1            PFOA?
2     A.    Yes.
3     Q.    And was your well tested -- did someone
4            respond to this letter saying that your well
5            would be tested?
6     A.    Yes.
7     Q.    Who specifically responded to this letter?
8     A.    I specifically remember -- it seems like it
9            was Saturday night, I don't know, but Dick
10           Sears e-mailed me, the representative --
11    Q.    Mm-hmm.
12    A.    -- saying that, yes, we -- they are going to
13           agree to test your wells in Apple Hill.
14    Q.    Now, if you look in the middle of this letter,
15           PFOA is bolded three times.  I'm looking right
16           at that sentence that contains the third PFOA,
17           and it says if PFOAs were dumped in the
18           Bennington transfer station on Houghton Lane,
19           as has been discussed, our neighborhood is in
20           very close to the transfer station.
21               Did I read that right?
22    A.    Yes.
23    Q.    What is the transfer station -- the Bennington
24           transfer station on Houghton Lane that you're
25           referring to there?

```
 1    A.  Well, that is also called the landfill or the
 2        dump or whatever you -- it's different names.
 3        It's the -- it's land -- the landfill up
 4        there.
 5    Q.  So what did you mean when you -- when you --
 6        when you wrote this sentence?
 7    A.  Well, this was very early on before we really
 8        had much knowledge at all.  And this just --
 9        we thought that maybe it -- the PFOA could be
10        coming either from the smoke stack or the
11        stacks of ChemFab, or it even could be coming
12        from the transfer station.  We didn't know.
13        This was very early on.
14    Q.  Do you still think that PFOA could be coming
15        from the landfill?
16    A.  It could be.  I'm not positive.
17    Q.  Okay.  Let's put this -- let's put Exhibit 9
18        to the side for now, and I'm going to mark
19        another -- another document, if I could.
20            MR. LOCASTRO:  Let's make this one 10,
21        please.
22            (Deposition Exhibit No. 10 was marked for
23        identification.)
24        BY MR. LOCASTRO:
25    Q.  Do you recognize Exhibit 10, Mr. Knight?
```

Page 193

1    A.   Not yet.  Let me -- let me read it.

2    Q.   Yeah, of course, please.  Take your time.

3    A.   I remember this.  I honestly don't remember

4         whether I did testify by phone or not.  I -- I

5         seem to think that I did not.

6    Q.   Okay.  And just so the record's clear,

7         Exhibit 10, this is an e-mail that Brian

8         Campion, C-a-m-p-i-o-n, sent to you on

9         January 18, 2017, right?

10   A.   Right.

11   Q.   And the subject of the e-mail is S.10 correct?

12   A.   Yes.

13   Q.   Who is Brian Campion?

14   A.   He is a state representative.

15   Q.   And do you know how Senate --

16   A.   Senator.  No, I'm sorry, he's a senator.

17   Q.   Okay.  And do you know how Senator Campion

18        came to have your contact information?

19   A.   Well, yes.  We had -- as I said, whenever we

20        were reaching out to everyone to try to get

21        our well, he was one of the people that I had

22        contacted trying to get help on this issue.

23   Q.   And -- and the e-mail -- in the e-mail Senator

24        Campion asks if you would provide testimony on

25        Senate Bill 10, correct?

Page 194

```
 1    A.   Yes.
 2    Q.   And is it right that you did not provide
 3         testimony on Senate Bill 10?
 4    A.   I don't remember for sure, sir.  I -- for some
 5         reason I think I had something else going on,
 6         and I could not do it.  I don't think I did.
 7         I'm not positive.
 8    Q.   Do you know what Senate Bill 10 was meant to
 9         address?
10    A.   I don't remember now, sir.  I probably did at
11         the -- I know I did at the time, but I'm --
12         I'm not sure what it is now.
13    Q.   Did you and Senator Campion have any
14         discussions about Senate Bill 10?
15    A.   I -- I don't remember, sir.  We had a lot of
16         meetings.  I don't remember for sure.
17         Probably we did.  I mean, a lot of these
18         things I -- there's been so many of them, I
19         don't remember.
20    Q.   Okay.
21             MR. WHITLOCK:  I'm going to object to the
22         entire line of questioning on Exhibit 10 and
23         move to strike all the questions and answers.
24         BY MR. LOCASTRO:
25    Q.   Ever communicated with any Saint-Gobain or
```

Page 195

```
 1       ChemFab employee regarding PFOA or company
 2       operations?
 3   A.  No.  I really -- I -- I really never really
 4       knew anybody closely that worked there.  I've
 5       since had just brief conversation with --
 6            MR. WHITLOCK:  Just so the record's
 7       clear, my objection as to this last exhibit,
 8       Senate Bill 10, has no relevance to this
 9       action.
10            MR. LOCASTRO:  Okay.
11            MR. WHITLOCK:  Counsel's just on a
12       fishing expedition, and so again motion to
13       strike.
14            MR. LOCASTRO:  Okay.  I -- I just want to
15       state for the record that the objections are
16       limited to form.  So thanks for the colloquy,
17       and we'll move on here.
18            MR. WHITLOCK:  Counsel, I'll make my
19       record as I choose.  You can proceed with your
20       deposition.
21            MR. LOCASTRO:  I will.
22            MR. WILSON:  I'd like to add for the --
23       for the record with regard to Mr. Whitlock's
24       comment, that Miss Joselson has submitted
25       testimony with regard to S.10 in relation to
```

Page 196

```
 1        this action, so it is very much relevant.
 2             MS. JOSELSON:  Yeah, it isn't S.10, and
 3        this whole deposition is a fishing expedition.
 4        It's outrageous that you're taking all of our
 5        time to ask these questions that are not
 6        likely to lead to the discovery of relevant
 7        evidence.  Absolutely outrageous.
 8        BY MR. LOCASTRO:
 9   Q.   Do you understand S.10 to be related to
10        Saint-Gobain?
11             MR. WHITLOCK:  Same objection.
12   A.   As I said, sir, I don't remember exactly what
13        S.10 was.
14        BY MR. LOCASTRO:
```



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 198 of 255

[redacted]

[redacted]







Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 200 of 255

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 202 of 255

[redacted]





Page 203





Page 204



Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 206 of 255

[redacted]

Page 206



Page 207







25          THE VIDEOGRAPHER:   The time is now

Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 211 of 255

Page 210

1       approximately 3:02 p.m.  Going back on the

2       record.

3              MR. LOCASTRO:  Mr. Knight, I just have a

4       few last follow-up questions for you.  Then I

5       think we can wrap up here today.

6              THE WITNESS:  Okay.

7       BY MR. LOCASTRO:





Case 5:16-cv-00125-gwc Document 220-6 Filed 11/27/18 Page 212 of 255

[redacted]

[redacted]

Case 5:16-cv-00125-gwc   Document 220-41   Filed 11/27/18   Page 214 of 255

Page 213

2          THE VIDEOGRAPHER:   Nobody else?

3          The time is now approximately 3:05 p.m.

4     This completes today's testimony of Billy J.

5     Knight.

6          Going off the record.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 214

ACKNOWLEDGMENT OF DEPONENT

1

2

3            I have read the foregoing transcript of

4     my deposition and except for any corrections or

5     changes noted on the errata sheet, I hereby

6     subscribe to the transcript as an accurate record

7     of the statements made by me.

8

9            _____

10                    BILLY J. KNIGHT

11

12            SUBSCRIBED AND SWORN before and to me

13     this _____ day of _____, 20___.

14

15

16            _____

17                    NOTARY PUBLIC

18

19

20     My Commission expires:

21

22

23

24

25

Page 215

1                          CERTIFICATE
2                I, Beth Gaige, a Registered
3       Professional Reporter, hereby certify that the
4       within-named deponent was sworn to testify the
5       truth, the whole truth, and nothing but the
6       truth in the aforementioned cause of action.
7                I further certify that this deposition
8       was stenographically reported by me and later
9       reduced to print through computer-aided
10      transcription, and the foregoing is a full and
11      true record of the testimony given by the
12      deponent.
13               I further certify that I am a
14      disinterested person in the event or outcome
15      of the above-named cause of action.
16               IN WITNESS WHEREOF, I subscribe my hand
17      and affix my seal this 13TH day of April
18      2018.
19
20
21      _____
                Beth Gaige, RPR
22              Notary Public
23      My commission expires:
        August 22, 2019
24
25

Page 216

```
1              E R R A T A   S H E E T

2    IN RE:  SULLIVAN, et al. vs. SAINT-GOBAIN

3    DATE:  4/10/2018

4    PAGE     LINE    CORRECTION AND REASON

5    _____    _____   _____

6    _____    _____   _____

7    _____    _____   _____

8    _____    _____   _____

9    _____    _____   _____

10   _____    _____   _____

11   _____    _____   _____

12   _____    _____   _____

13   _____    _____   _____

14   _____    _____   _____

15   _____    _____   _____

16   _____    _____   _____

17   _____    _____   _____

18   _____    _____   _____

19   _____    _____   _____

20   _____    _____   _____

21   _____    _____   _____

22   _____    _____   _____

23

24   _____   _____

25   (DATE)                    BILLY J. KNIGHT
```

[& - 268,000]

| & | |
|---|---|
| **&** | 1:16 2:4,8,12,17 2:21 4:17 |

**0**

**00125** 1:6 5:3
**0017** 78:11 79:5
**0018** 78:18
**0020** 69:16
**0021** 69:23
**0022** 70:13
**0041** 36:21 68:18
  68:24
**0046** 35:23
**0048** 57:12
**0050** 59:4
**05201** 2:13
**05753** 2:5
**06** 130:10

**1**

**1** 3:10,20 30:19
  35:12,15 57:9
  66:6 68:7 86:16
  112:16
**1,3** 25:1
**1.5** 149:23
**10** 1:18 3:21 30:17
  32:8,13,20 42:9
  192:20,22,25
  193:7,25 194:3,8
  194:14,22 195:8
**100** 48:22
**10010** 2:18,22
**1030** 82:17,21 83:6
  185:13
**105** 63:25
**108** 83:10
**109** 3:15 73:5,9
  74:5,9,12
**10:32** 62:23

**10:51** 63:2
**10th** 4:14
**11** 69:19 70:24
  78:8
**11/10/52** 104:12
**11/15/2004** 79:6
**111** 2:5 73:6,9
  74:5,9,13
**113** 3:16
**11:45** 112:15
**12:52** 112:20
**12th** 110:6
**13th** 215:17
**14** 35:20 69:11
  137:9
**149** 3:17
**15** 47:11 55:21
**1500** 174:4
**153** 3:19
**15th** 137:9
**16** 105:4 131:16,17
  164:11
**16th** 136:18
**17** 110:6 175:1,10
**18** 163:5 193:9
**180,000** 41:15
**189** 3:20
**19** 30:15 101:12
**1919** 136:18
**192** 3:21
**1925** 136:20
**1945** 103:6 104:4
**1968** 17:11 102:16
**1975** 102:19
  103:16
**1977** 104:20
**1982** 17:11
**1984** 9:18 100:16
  103:19 171:1
**1985** 138:2

**1989** 131:20 171:1
**1990** 74:3,6 101:14
  101:16,20 102:3,6
**1993** 131:18
**1995** 30:15
**1996** 36:7
**1997** 30:7,9 46:5
  102:3
**19th** 104:20 105:3
**1:56** 172:20
**1st** 190:24

**2**

**2** 3:11 66:14,15,16
  69:14 112:21
  126:14 153:8
**2,4** 25:5
**2,4,5** 25:3
**2.8** 153:8
**2.8.** 153:9
**20** 39:15,17,20
  106:19,20 125:2
  165:22 176:25
  181:21 214:13
**20's** 133:14
**200** 48:20
**2000** 42:6 126:14
  180:21,22 181:14
**2000s** 122:9
**2002** 105:5
**2004** 75:13 76:24
  77:1
**2005** 66:10 67:6
  68:5
**2006** 9:18 10:7
  127:14 130:12
**2008** 35:20 57:17
  59:8 66:5 68:8,10
  68:14 69:11 70:3
  86:15,22 87:23
  88:2,7 105:11

**2009** 124:13,16
  128:16
**2011** 51:4
**2012** 136:25
**2013** 127:12
**2014** 10:7 54:4
  124:10 125:20
  127:12 128:24
  129:2
**2015** 156:21
**2016** 3:20 47:18
  63:8,15 64:1,4,10
  64:25 65:2,17,24
  137:9 149:23
  156:23 157:15
  165:1 188:16
  190:25
**2017** 42:6 65:5
  66:8 69:20 70:7
  70:24 72:22 76:17
  77:10,23 78:8
  110:25 111:8
  112:9 193:9
**2018** 1:18 4:14
  77:22,23 215:18
**2019** 215:23
**206** 2:9
**21** 2:9
**212.849.7000** 2:19
  2:23
**22** 215:23
**220** 48:22 106:18
  106:21
**225** 106:15
**22nd** 105:10
**240,000** 88:19 89:4
  89:6 90:6,13
**25** 131:13,18
**25th** 105:4 136:20
**268,000** 75:8

[268,400 - ago]                                                                 Page 2

**268,400** 78:12
**2700** 30:5
**28** 34:16
**28801** 2:9
**28th** 104:5
**29** 34:16
**2:14** 172:23
**2:51** 209:23

**3**

**3** 3:12 66:18,20,22
67:1,5 71:6,18
72:2
**30** 32:18 89:18,24
90:2,4 165:23
**300,000** 70:24
**30th** 103:6 105:7,8
**31st** 103:6
**32** 32:3
**325** 126:25
**325,000** 68:5
**35** 3:10 31:24 32:3
**35,000** 41:10,15
**352** 61:6
**352,000** 61:9
**365,000** 85:2,17,25
**37** 100:5,6
**370** 86:1
**370,000** 69:10 85:3
85:17 87:23
**38** 152:16 161:24
162:1,2
**38.3.** 152:21
**3:02** 210:1
**3:05** 213:3

**4**

**4** 3:14 78:2,24
79:10 149:9
**4/10/2018** 216:3
**40** 116:24

**401** 15:6 212:17
**45** 103:6

**5**

**5** 3:15 45:1 109:19
109:21,22
**50** 126:10 133:14
133:16 134:19
146:7
**500** 95:5
**507** 1:17 2:13 4:18
**51** 2:18,22
**54** 3:11 29:5 31:1
35:19 61:21 67:14
67:17 69:19 95:25
**58** 150:4 152:12
**5:16** 1:6 5:3
**5th** 138:2

**6**

**6** 3:3,16 68:5
113:10,11,12,13
113:16,23
**634** 46:9 150:9
**66** 3:11,12
**6th** 67:5

**7**

**7** 3:17 113:10
149:1
**70** 149:25
**70,000** 85:3
**71** 99:23
**75** 11:15,15
**78** 3:14

**8**

**8** 3:19 101:8,9
153:14 164:12
**8,000** 41:16
**80** 7:17
**802.388.6356** 2:6

**802.442.6341** 2:14
**81** 126:25
**828.622.0044** 2:10
**84** 101:13,14
**85** 101:14
**89** 137:13

**9**

**9** 3:20 42:24 43:1
44:1,2 101:17,21
101:24 102:2
189:19,20,23
192:17
**9:31** 1:18 4:15

**a**

**a.m.** 1:18 4:15
62:23 63:2 112:15
**abdomen** 123:17
**ability** 80:16
**abreast** 156:9
**absolutely** 183:7
196:7
**accurate** 10:16
18:23 57:15,18
86:23 87:18
103:14 150:14
151:1 153:4 214:6
**accurately** 59:7
151:13
**ache** 179:7
**aches** 178:24
179:5
**acknowledgment**
214:1
**acquired** 50:22
52:6 53:25
**acre** 30:19 42:9,22
43:20,21 44:21
**acres** 30:17 32:8
32:13,20 42:24
43:1 44:1,2 45:1

**acrylamide** 25:9
**actinomycin** 183:3
**action** 1:5 5:3
154:22,25 156:24
195:9 196:1 215:6
215:15
**active** 82:18,22
83:7,11,12 165:14
**activities** 83:3
145:14
**activity** 79:24 80:8
80:12,13
**actual** 14:20
**add** 195:22 206:19
**added** 89:1 122:8
**addiction** 180:2,3
**address** 9:10 29:4
67:14 170:9 194:9
**addressee** 190:12
**administered** 5:24
**advanced** 8:11,11
**aerosols** 25:7
**affect** 54:20 88:3
93:12
**affix** 215:17
**aforementioned**
215:6
**age** 51:24 100:6
131:16,17
**agencies** 190:3
**agency** 188:3
**agent** 25:12
**agents** 26:25 27:2
27:6
**ago** 47:11 53:3
54:10 55:15,22
106:17,19,20
119:20 130:17,17
131:13,18 134:19
171:18 172:3,10
172:15 175:15,16

178:18,19 179:13
181:14
**agree** 4:12 10:23
31:6,23 32:10,17
35:18 36:11 37:15
38:11 42:15,23
53:23 57:14 59:6
67:10,16 68:3
70:2 78:7,10,18,23
85:4 98:14 110:21
111:8 123:20,23
124:2,16 191:13
**agreed** 4:2
**ahead** 34:19
151:16 152:18,20
160:7 169:3
**aided** 215:9
**aids** 182:7
**air** 10:18 13:22
14:6,10,24 40:6
144:17 155:20
**airplanes** 148:9
173:22
**ajax** 142:5
**al** 1:4 4:22 216:2
**alarm** 53:18 55:20
**alcohol** 131:5,7,9
131:12,15,19,20
131:21 180:2
197:17
**aldrin** 25:14
**aleve** 179:3,5
**alkaline** 10:17
11:16 14:7,11
**alleges** 155:16
**allergies** 179:9
**allergy** 178:16,20
179:11
**alley** 8:25 212:19
**allow** 80:19

**almonds** 197:19
**alt** 111:10
**alternative** 3:12
67:11,23 68:1
71:7
**ambiguous** 48:11
92:25 139:8 157:2
160:8 161:5
169:18
**amenities** 90:15
91:3
**amount** 134:17
**analyst** 188:9
**analyze** 89:3
**anderson** 17:9
**animals** 176:17
**ankle** 127:11
182:5
**annoyance** 155:14
**anode** 11:20 13:1
13:2 14:1
**anodes** 11:5
**answer** 7:1,9
11:12 16:3 19:6
25:11 31:18 32:2
35:6 57:1,6 61:3
88:11 90:9 93:1
94:23 98:3 116:18
125:12 131:24
139:19 159:16
161:6 169:3
206:25 210:13
211:18 212:10
**answered** 152:19
**answers** 7:3
194:23
**anti** 141:7
**anybody** 190:21
195:4
**anymore** 171:20
172:6

**anyway** 97:11
**apartment** 70:10
72:23,24 73:1,2,4
100:12
**apartments** 73:12
73:13,15,18,24
74:4,12,21
**apex** 78:20
**apologize** 160:19
182:22
**appear** 149:6
**appearances**
156:13
**appears** 67:18
79:3 82:10 110:17
110:21,23 118:9
120:15,23
**apple** 3:20 31:3,7
31:7,10,13,15,19
31:25 32:6,11,18
32:23,25 33:6,10
33:14,19,23 34:9
34:13,22,25 37:8
37:15 38:11 40:18
40:22 41:2,6
44:17,20,24 45:16
45:20 49:11,16,21
50:1,4 52:13,19
90:17 190:4
191:13 197:21,21
198:8,12
**apples** 198:14
**appliances** 38:24
39:4,16,19,23
**applied** 72:22
86:22 144:24
**apply** 136:10
145:3
**appraisal** 3:10,11
35:18 36:6 66:5
68:8 69:18,24

70:4,6 71:1 86:6
86:14,15,22 87:1
**appraisal's** 38:5
**appraisals** 66:7
**appraise** 70:12
**appraised** 66:3,9
68:10,13 87:22
90:12
**appraiser** 54:25
70:20 87:11,15
**appreciate** 76:11
**appropriate** 18:13
18:14
**approximate**
15:13,19 22:2
30:3 32:15 44:16
**approximately**
4:15 7:17 9:16
22:9 30:15 31:24
40:5 42:22 43:1
51:6 53:1 54:10
55:13,15 62:23
63:2 64:17,23
74:8 95:3 100:5
100:14,25 101:9
101:12 106:15
112:15,20 119:18
172:20,23 186:6
188:15 196:24
209:23 210:1
213:3
**apricots** 198:16
**april** 1:18 3:20
4:14 9:18 190:24
215:17
**arbitrary** 190:8
**area** 10:23 11:1,8
12:17 27:4,5
28:21 44:3 55:10
82:11 86:7,9 87:2
87:2 92:7,9,22

93:8,16,22 94:2,6
94:12 98:10,12
99:6 105:12
110:19 114:10,25
116:11 121:16,19
149:19,22 150:10
**areas** 70:17
**armature** 19:13
19:19,21,24
**armatures** 19:7
20:12
**arranged** 189:3
**arrive** 89:7
**arrows** 58:10
**arsenic** 25:18
**arthritis** 182:3,4
**article** 149:5
150:15,20,22
151:1,9,13,17,24
152:2,25 153:18
**articles** 172:3
187:21
**artist** 146:20
**arugula** 198:18
**asbestos** 25:20
**asheville** 2:9
**asked** 71:10 72:10
152:19 168:20
181:19
**asking** 16:1 85:21
155:23,25 168:10
168:13,23
**asks** 193:24
**asparagus** 198:20
198:21
**asphalt** 25:22
53:19
**aspirin** 126:21,22
126:24 127:1
**assemble** 22:6

**assembled** 10:24
11:2,9,17 13:23
14:17
**assembly** 11:3
20:11,14 28:5
**assess** 75:10,15,23
76:5
**assessed** 75:6
76:16 77:9 90:5,8
**assessment** 57:17
77:8
**assessment's**
36:12
**assessor** 54:25
**assigned** 18:21
**associated** 93:13
137:11 138:3
158:23 160:12
161:25 162:2,3,18
**association** 3:20
31:11 96:10 159:6
159:10 190:4
**assume** 40:8
161:19
**assumptions** 70:19
**assure** 156:4
**ast** 111:14
**asthma** 179:25
**astrachan** 31:20
**astronaut** 25:16
**atkins** 107:6
**atromid** 183:12
**attached** 174:11
174:13
**attack** 139:6,22,23
**attempted** 61:20
62:17 87:4 90:1
**attending** 5:6
**attention** 158:11
**attorney** 5:21

**attorneys** 5:5 6:16
**attractive** 91:5
**attributable** 162:6
162:15
**attributed** 125:6
**audibly** 7:2
**audio** 4:11
**august** 10:7,7
17:11 104:4,5
215:23
**aunt** 138:16
**aunts** 138:13
139:14
**author** 150:19
152:7
**automobile** 21:24
22:6 174:8
**automobiles** 18:25
19:2
**available** 95:24
96:4
**ave** 2:9
**avenue** 2:18,22
74:25
**average** 150:5
161:18,21 162:22
174:2
**aware** 48:2 82:20
82:23 161:12

**b**

**b** 3:8 23:24 111:18
**baby** 126:24
**back** 46:23 53:14
53:17 54:9,12,16
55:10,11 57:9
59:23 63:2 68:7
68:18 74:24
101:18 104:2
107:6 112:20,23
113:7 114:12
115:16 122:6,7

123:9 142:21
172:23 180:21,22
198:3 207:2
209:19 210:1
211:8
**bacon** 204:12
**bad** 36:25 98:25
**bag** 138:7
**baked** 167:14
185:22
**bakelite** 21:6,8
**ball** 7:21,25
**bananas** 198:23
**bank** 116:24
**banker** 116:24
**barbecue** 166:19
**barn** 48:25
**barr** 2:12
**barrsternberg**
1:16 4:17 5:22
**barrsternberg.com**
2:14
**base** 24:16 87:3
89:15
**based** 69:6 70:16
82:10,12 86:4,5,24
89:16 95:12
138:20 158:18
**basement** 40:16
176:3,5
**basically** 8:23
10:14 11:22 12:3
13:7,8 18:1 20:19
43:6 89:9 136:1
148:3 157:22
**basil** 198:25
**basis** 85:6,14 86:3
88:21 181:3
**bath** 120:17,19,21
120:25 122:24

[bathe - bowling]

**bathe** 177:25
**bathroom** 53:2,4,8
53:20 55:23 58:20
119:6,7 120:16
123:6 143:24
147:14
**bathrooms** 30:1
33:20 55:25 56:12
117:21
**baths** 166:8
**batteries** 10:18,18
10:19,24 11:2,8
15:11 16:19,22
17:5
**battery** 2:9 9:15
9:17,20 10:1,2,11
11:2,9,17,19,20
12:4,10,22 13:4,7
13:10,18,23,25
14:6,7,11,12,17,23
14:24 15:21 16:9
16:14 166:2
**battery's** 15:25
**beans** 202:22
**beautiful** 86:13
91:9
**bed** 117:25 119:12
119:22
**bedroom** 29:24
33:16 56:2,13
73:13,14,15 118:1
118:3,22,24
119:13,15,23
120:1,12 121:7,12
**bedrooms** 73:17
119:1 120:5,9,11
**beds** 52:9,21
**beef** 166:21
201:10 202:11
206:5,15

**beer** 131:22,23
197:17 199:2
**begins** 180:17
**behalf** 1:4 4:23 5:9
5:19
**believe** 46:5 59:19
60:7 61:6 63:15
88:17 90:14 94:19
96:1 100:19 104:4
105:11 113:10
122:1,8 124:10
125:20 126:14
127:18 128:19
150:20 151:23
153:9 155:7
157:14 162:5,13
170:7 190:1
**beneath** 36:3 50:9
50:13
**bennington** 1:17
2:13 4:18 8:25 9:1
9:8,14,20,25 10:3
15:6 29:5 73:7
75:10 78:20,25
79:1,12 82:17
83:9,14,17,25
84:11,19 90:16
99:24 100:6,18,18
100:19 101:17,18
103:21 156:23
159:2 166:3
167:22 168:1
169:6,9,12,16,19
170:3 187:1,4,9
191:18,23
**benomyl** 25:24
**benzene** 26:1
**beryllium** 26:3
**beth** 1:14 215:2,21
**better** 96:12,12,14
176:22

**beyond** 43:21 44:2
**bicycles** 135:6
**bicycling** 169:25
**big** 11:8 211:19,20
211:22
**bigger** 34:3
**bili** 111:17
**bill** 3:21 95:1,3
96:19 99:4,15,15
193:25 194:3,8,14
195:8
**bills** 116:23
**billy** 1:13 3:2 5:4
5:25 6:9 110:4
112:16,22 213:4
214:10 216:25
**biological** 104:24
**birth** 103:4,24
104:7,12,18,19
136:15,19
**birthday** 104:4
**bishop** 187:25
**bit** 8:4 10:10,12
29:2 36:24 42:25
50:20 55:3 76:14
79:15 99:19 102:5
111:16 112:2
113:5 123:15
132:12 136:13
146:23 148:25
160:16 162:21
174:24 177:7,21
182:4 186:5
**black** 3:16 26:7
39:12 199:4
**bleach** 141:22
142:1
**block** 130:8
**blood** 94:6 108:19
108:22 109:1,4,9
109:13 110:22,24

111:9,9,20 112:6
123:25 125:19,22
125:24 126:2,6,15
128:23 129:3
139:13 140:6,7
150:3 152:12,14
153:2,6 154:6
157:11,13,16,19
158:8,18 159:7,11
159:13,23 161:10
161:13,23 162:17
180:7,11,14
181:13
**blue** 108:10,11
**boards** 53:16
**body** 21:14 146:4
180:7
**bok** 199:7
**bolded** 191:15
**booth** 28:7,9
174:19
**born** 105:2 136:18
**borrower** 67:13
72:2
**bottle** 164:11
**bottled** 80:21
92:19 150:3,6
153:1 164:23
165:25 177:22
**bottles** 164:19
**bottom** 12:3 68:23
69:2 70:14 78:10
78:19,21 111:21
172:13
**bought** 101:2
**boundaries** 31:13
37:5,8
**bourbon** 199:9
**bowel** 137:6
**bowling** 8:25
135:10 212:19

**box** 69:3
**boy** 114:17
**branch** 73:5,6,9
  74:5,9,13,21
**brand** 129:12
  173:18
**brandell** 103:25
**brazil** 199:11
**bread** 206:9,11
  208:19
**break** 7:7,10 62:21
  112:13 133:7
  172:17 209:16
**breath** 144:15
**brian** 3:21 189:4
  190:19,20 193:7
  193:13
**brick** 29:12 33:1,1
  33:8
**brief** 62:25 172:21
  195:5 209:24
**broccoli** 199:13
**broke** 137:16
**broken** 127:11
**brother** 137:23
  138:1,23
**brown** 199:15
**brussel** 199:17
**building** 72:23
  73:2,4,19,20,21
  74:8
**buildings** 41:4
**built** 30:6 34:9,12
  34:13,20,25 36:7
  95:23 121:25
  123:2
**bullets** 148:5
**bun** 111:5
**bunch** 110:19
  111:4

**buried** 40:15
**burning** 147:18
**business** 8:5 79:24
**butadiene** 25:1
**butter** 199:19
  204:20
**buy** 85:10 95:18
  98:11 108:12
  115:4
**buyer** 94:9 97:25
**byproducts** 84:10

**c**

**c** 2:1 23:24 29:5
  193:8
**cabbage** 199:21
**cadmium** 26:5
**caffeinated** 199:23
**cake** 134:23
**calculation** 99:13
**call** 21:3 35:7,9
  53:16 150:23
**called** 10:15 11:21
  13:5 20:1 21:12
  24:9 38:9 111:10
  111:14,17 124:3
  124:22 126:5
  184:5 192:1
**calls** 34:4 84:20
  125:10
**calories** 107:12
**campion** 3:21
  189:5 190:20
  193:8,13,17,24
  194:13
**cancer** 138:4,5,6,8
  138:10,13,17,20
  138:22
**candles** 21:3
  145:23
**candy** 134:23

**cap** 21:6
**caption** 4:21
**car** 146:4,6 174:10
**carbide** 212:15
**carbohydrates**
  107:6
**carbon** 26:7,9
  150:6
**care** 107:16
**carpet** 117:22
  118:19 119:15
  144:4
**carpeted** 117:15
  117:18,20 118:14
**carpeting** 117:25
  118:1,2,3,4,16
**carpets** 173:5
**carried** 67:20 70:7
**carrots** 199:25
**carry** 69:6
**case** 4:21 5:1
  71:12 72:12 97:7
  105:20 106:2,8
**cash** 41:12 51:11
  210:9 211:15
  212:4
**casing** 21:3
**cat** 122:19 174:23
  175:2,3,4,5,9,19
  175:20
**catchall** 121:13
**cathode** 11:18
  12:2,3,9 14:21
**cathodes** 11:5
**cats** 174:25
**cauliflower** 200:2
**cause** 137:2,10
  138:3 157:24
  215:6,15
**cautious** 85:9

**cave** 121:3,4,9
**celery** 200:4
**cell** 4:9 10:18
  13:22 14:6,10,24
**cellar** 50:14,16
**center** 110:12
**ceramics** 145:19
**cereal** 200:6,7
**certain** 18:12 24:1
  54:3 55:16 60:22
  63:15 68:15 84:14
  84:17,23 85:9
  98:11 108:18
  162:16
**certificate** 215:1
**certification** 70:20
  154:2
**certify** 215:3,7,13
**change** 29:1 79:15
  99:18 112:13
  148:25 162:21
  164:1,13 175:7
  177:6,19
**changed** 68:11
  88:2 114:15
**changes** 156:15
  163:8,25 214:5
**charbroiled**
  166:21 167:2,4,6
**charcoal** 166:19
  166:20
**charge** 18:15
**charges** 74:20
**check** 69:3 109:13
  188:18 190:7
**checked** 23:12
**checking** 188:7
**cheese** 200:12
**chemfab** 82:16
  83:10 84:9 155:10
  155:16 185:12

186:17 187:5,8
188:4,25 192:11
195:1
**chemicals** 19:20
24:10,15,19,21
140:15 145:4
**chemistry** 110:18
**cherries** 200:10
**chicken** 132:11
177:1,3 200:14
**children** 98:7
104:13
**chili** 200:17
**chili's** 133:5
**chilies** 200:16
**chlordane** 26:11
**chloride** 28:19
**chloroform** 26:13
**chloroquine** 26:15
**chocolate** 68:21
200:20
**choices** 114:15
**cholesterol** 109:5
111:20 123:21
124:9,13,18,20,24
125:3,5 128:15,18
132:10,17 140:4
162:18
**choose** 195:19
**choy** 199:7
**chromium** 26:17
**chronic** 107:25
**churches** 41:1
**cider** 197:21,22
**cigarettes** 131:1,3
**cinderblock** 29:14
**cinnamon** 200:22
**circumstances**
62:10 88:2
**citrus** 200:24

**city** 75:9,15,20,23
76:16,19,23 77:4,9
78:14 91:7
**civil** 1:5 5:2
**clarify** 6:22 16:5
**class** 1:4 4:23
92:22 93:7,16,22
94:2,5 106:3
154:2,22,25
155:23 156:8
**clean** 99:2 146:6
147:15,25 178:6
**cleaned** 147:13
172:2,4 173:6
177:16
**cleaner** 143:12,18
144:5,7,11
**cleaners** 142:5
143:24
**cleaning** 177:15
**clear** 6:20 15:24
39:9 56:20 58:1
71:16 76:4,9,14
85:13,21 103:5
193:6 195:7
**climb** 62:15
**clinical** 110:12
**clogged** 147:16
**close** 51:5 54:5
91:15 103:8 104:5
190:8 191:20
**closed** 70:21
**closely** 195:4
**closest** 119:24
120:3,4
**closet** 120:1,6,13
**closets** 120:9,12
**clot** 126:15 180:14
180:20
**clothes** 172:2

**clothing** 171:8,10
**clots** 180:11
**clotting** 181:13
**club** 9:23 10:6,8
165:12,19
**coal** 26:19
**coated** 185:18
**coating** 185:19,21
**cocaine** 132:2
**cocoa** 201:2
**coconuts** 201:4
**coffee** 133:9,11,13
133:16 134:7,15
134:19 199:24
**cognizant** 132:13
**coil** 21:4,4,15,16
**coke** 134:1,2
**cold** 109:14
**collard** 201:6
**collection** 113:16
**college** 159:2
**colloquy** 116:7
119:25 195:16
**colon** 36:2 138:6
138:16,22
**colonial** 35:3,7
36:7,13 37:10,16
**colonoscopy**
138:24
**color** 39:13
**colostomy** 138:6
**column** 111:3
**combination** 8:4,7
**come** 13:17 20:13
46:23 75:20 76:5
89:12 93:14
142:20 145:2
157:8 187:12,13
189:13 209:19
**comes** 11:18 20:10
178:3,6

**comet** 142:5
**coming** 64:13
65:15 98:5,15,21
114:10 156:22
192:10,11,14
**commencing** 1:18
**comment** 195:24
206:22
**commercial** 40:21
79:23 80:7,11,13
173:22
**commission**
214:20 215:23
**common** 55:10
**communicated**
188:2,9 189:9
194:25
**communications**
188:6,23
**community** 86:7
91:16
**commutator** 19:18
**company** 60:8,24
145:2 195:1
**compensation**
136:11
**complain** 151:12
152:8
**complete** 19:19
**completely** 98:17
**completes** 112:15
213:4
**complying** 35:24
57:13,24 58:14
59:5,16 69:17
70:15 113:21
**component** 23:18
**components** 18:25
19:2 21:24 22:6
22:12

compounds  12:14
computer  215:9
concentrate
  165:17
concern  190:3
concerned  97:8
  152:4
condition  124:3
  125:14 160:25
  161:4,15,25 162:6
  162:14
conditioned  40:6
conditions  70:20
  108:1 123:12
  127:3 139:2
  157:24 178:10
  181:20 182:10
confined  147:23
connect  47:19
connected  47:23
  94:24 155:25
connection  71:11
  72:11 98:23
  150:22 181:12
  188:20
connectors  21:6
conservation
  188:11 190:17
consider  47:18
  88:1,5
considered  37:11
constipation  181:1
constructed  30:11
  41:14 74:10 96:5
construction
  41:22
consultation  89:8
consume  107:13
  131:5,9 176:19,23
  197:17,21

consumed  131:7
  131:19,21
consuming  131:12
  131:15
contact  93:14
  152:7 193:18
contacted  193:22
contain  134:22
contained  14:22
  16:14,18,22 17:4
  113:23
contains  191:16
contaminated
  48:1 84:9 85:5,8,8
  88:22 92:15 93:10
  93:25 94:3,12,13
  97:9,23 98:10,12
  99:6,6 149:24
  155:21
contamination
  85:11 92:6,10,13
  99:4 155:9,10
  160:9,13 162:10
  165:3
contemporary
  37:10,17
continue  4:11 63:4
  112:24 173:2
control  145:2,7
conversation
  158:6 187:18
  195:5
conversations  4:8
cook  166:11
  172:15 178:3
cooked  166:17,17
  167:19,20
cookies  134:23
cooking  143:6
  177:14

cookware  171:19
  172:6,9,11
copper  21:4
corn  201:8
corned  201:10
corner  42:14 67:4
  78:8,11 110:9
corporation  1:9
  4:25
correct  13:9,18
  16:15 20:6 21:13
  30:10,16,20 31:4
  45:8,25 56:18
  69:20,25 70:4
  71:8 72:3 73:22
  74:6 76:17 78:12
  78:15 79:1 82:15
  86:1,16 87:23
  99:25 100:1 102:7
  102:23 116:1
  128:22 145:9,12
  149:7 154:7,15
  157:11 160:1,22
  161:2 170:6
  188:21 193:11,25
correction  216:4
corrections  214:4
correctly  37:13
  69:12 150:12
cortland  3:11 29:5
  31:1,3,20 35:19
  61:21 67:14,17
  69:19 74:24 75:1
  75:2 95:25 101:25
  170:4
cosmetics  144:22
cost  51:6 56:3
  97:13 150:9
costs  3:14
couch  122:3

cough  183:25,25
coumadin  180:15
counsel  4:19
  156:12 195:18
counsel's  195:11
counter  9:2
  129:22
counting  117:21
  163:5 176:14
couple  6:18 170:3
  180:16
course  38:4 39:3
  75:19 91:7 174:6
  177:5 188:8 193:2
  212:17
courses  8:5,11,14
court  1:1 5:2 7:5
  155:23
cover  60:10,16
  61:17
covered  14:1 45:4
  45:7,18,21
crafts  148:21
cranberry  201:12
cream  201:14
creatinine  111:5
credit  42:3 70:11
  210:11 211:16,25
creosote  26:21
crop  26:23
crops  80:4
cross  108:10,11
cucumber  201:16
  209:11
cucumbers  201:18
cup  134:15
cups  133:11,15
cured  201:20
curious  186:3,5
current  104:6
  106:12,14 127:2

**currently** 8:22 61:18 127:20 128:7,12 131:10
**cut** 107:6 207:2
**cv** 1:6 5:3
**cvs** 127:24 128:2

**d**

**d** 1:3 4:21 20:24 23:25 25:5 29:5 124:4 137:25 183:3
**daily** 199:24 204:11
**damage** 98:24 99:13 154:25
**damaged** 97:18
**damages** 96:25 97:7,10,17,22 156:1,2
**dapsone** 183:14
**darkroom** 146:12
**data** 89:3
**date** 4:14 54:3 57:16,17 59:13 67:5 70:25 71:1 103:4,23 104:7,11 104:17,19 136:19 153:16,18 216:3 216:25
**dated** 35:19 69:19 78:8
**dates** 136:16
**daughter** 104:14 104:15 105:12 168:3,5
**daughter's** 104:17
**david** 2:12 5:15,21 128:10
**davis** 2:8
**day** 17:11 18:17 22:3 107:13 125:2

126:10,21 129:10 129:16,24 130:11 133:11,16 134:21 135:11 144:20 164:9,20 165:23 166:5,9,10 174:7 175:8 180:19 214:13 215:17
**dayquil** 183:24
**days** 8:24 163:20 166:18 169:5 179:8
**deal** 99:1
**decide** 54:11
**declaration** 3:19 153:25 154:8
**decor** 114:15
**decreasing** 14:3
**deductible** 108:17
**deemed** 92:14
**deep** 46:6,8
**defendant** 1:10 2:16 4:25 5:10,14
**defendants** 5:11
**define** 43:18 70:18
**defined** 69:9 70:22
**definitely** 76:10
**degreasing** 26:25 27:2,6
**degree** 7:18,20 8:3 8:9,16 92:1 93:18 93:23
**delco** 17:8,10,14 17:23 18:11,19 21:23 22:21,24 23:4 24:22
**deli** 203:14
**delivered** 164:24
**deodorant** 140:24
**department** 188:10 190:17

**depend** 169:23 211:21
**depends** 174:6 211:19
**depict** 59:7
**depiction** 57:15
**deponent** 214:1 215:4,12
**deposed** 6:14
**deposition** 1:13 4:11,16 5:12 6:13 6:18 35:12 60:1 63:5 66:16,22 78:2 109:19 112:16,21 113:1 113:13 149:1 153:14 189:20 192:22 195:20 196:3 214:4 215:7
**describe** 11:1 18:9 21:9 23:3 39:5,7 39:10 52:7 57:23 73:12 132:7
**description** 3:9 36:12 37:24 38:5 151:1
**designated** 92:8
**desirable** 37:11 86:10,11 87:2,3
**destroyed** 60:16
**detect** 98:19
**detected** 65:9,14 75:16,20,24 77:6 81:14 85:1,15 87:12 88:18 94:6 98:16,20 177:8
**detection** 85:24 87:25 177:20
**deteriorated** 62:4 137:7

**deteriorating** 54:13
**determine** 86:22
**detract** 91:18
**devalued** 93:15
**develop** 89:4 124:8 125:18 186:2
**developed** 126:15
**developing** 161:14
**development** 31:8 37:8,16 44:6 85:19 146:12 149:14
**devices** 130:21
**dhea** 184:23
**diabetes** 180:23
**diagnosed** 123:21 123:23 124:2,9,12 125:18 126:12,16 162:14
**diagram** 57:21
**diameter** 13:9,19
**diaphragm** 23:22 23:23
**diarrhea** 180:25 181:2
**dibenzyline** 184:14
**dick** 189:4 190:21 191:9
**died** 138:16,23
**dieldrin** 27:8
**dies** 13:8,11,14
**diesel** 27:10
**diet** 106:22,24 107:1,3,10 132:7 133:23,25 134:1,2 134:4
**dietary** 129:5

diethylstilbestrol 183:16
differ 38:17,22 39:18
difference 13:25 38:18
different 18:20,20 18:21 23:14,18,25 24:2,19 31:15 36:14 37:20 38:12 39:1 57:21 70:2 76:6 105:14,16 119:22 133:7 139:2 145:14 159:3 160:16 163:14 176:14 177:9,15 178:10 178:10 192:2 210:19 212:7,13
differently 39:5 42:25
difficult 89:20
dig 50:10
digger 3:17 149:5 149:8 151:10,22
dinner 164:12
dioxide 12:13,24
dioxin 27:12
dipped 185:19
direct 3:3 6:3
directed 161:9
direction 44:8,10
directly 43:15 162:3
dirt 43:4
disagree 36:12 37:23 38:5 124:14
disc 112:15,21
disclosure 94:8
discovery 196:6

discuss 112:8 187:8
discussed 6:17 23:19 54:19 56:16 56:22 106:6,7 119:16 127:3,6,17 127:19 148:22 161:1 167:21 174:23 182:12 186:23,24 191:19
discussions 187:1 187:4,10 194:14
diseases 93:13 158:23,24 160:12 162:4
dishwasher 39:24 40:1
dishwashing 142:8
disinterested 215:14
dispenser 164:25 177:23
distance 174:2
district 1:1,1 5:2,2
disulfiram 183:18
division 17:8
doctor 107:9,25 109:14 112:5 124:17 125:21 126:17 128:8,11 130:1,5 135:19 157:18,21 158:5 158:12 159:4,8,9 159:19,22
doctor's 128:9
document 35:16 67:2,8 68:17 78:5 78:23 79:9 109:24 124:12 154:4,11 154:15 192:19

document's 37:24
documents 71:11 71:13 72:11,16 159:1
doing 116:25 123:18 135:6 163:14 164:4 186:4
door 39:12 53:24 55:9 116:8 121:16 132:22
doors 122:3,15
doorway 121:18
doris 136:20
dose 128:20 129:2
doubt 178:10
doubts 92:16,16
downstairs 53:18 56:2 58:20 118:11 122:24
downturn 88:7
dozen 171:16 176:10
dr 128:11 130:7,8 135:21 158:2,4,6,7 159:20
drain 144:7
drains 155:20 185:24
drank 150:2 153:1 165:6,13,20 166:4
drapes 173:5
draw 58:9 210:11
drawing 58:17 91:10
drawn 211:16,24
dried 201:22
drink 81:3 92:20 131:22 133:9,11 133:18,23 134:2,4 134:6,12 164:8,11

164:14,16,19,22 164:23 165:2,8,18 166:5 170:13,19 177:21,24 201:3
drinking 65:14 131:20 133:13,15 134:18 165:17
drinks 199:23
drive 9:9 31:19,20 83:11 91:24 101:17,21,24 102:2 170:7,10,12 170:16
driveway 54:2,7 54:23 59:17
drop 107:8
drug 180:2
drugs 132:1
dry 172:2,4 200:7
dryer 39:24 40:4
dsilver 2:14
due 94:16,20 95:8
duly 5:25
dump 192:2
dumped 191:17
dumping 84:9
dust 26:23 28:24
duties 156:6
duty 156:7
dwelling 73:16 95:6
dye 142:18 143:2
dyes 27:14

| e |
| --- |

e 2:1,1,6,10,14,19 2:23 3:8,21 124:4 124:4 150:21,21 181:9 191:10 193:7,11,23,23 216:1,1,1

**earlier** 102:5
104:21 119:10
145:10 157:10
167:21 170:2
174:24
**early** 133:14
156:23 157:14
192:7,13
**easier** 62:13
**east** 100:11,12,14
100:17,20,23
101:1 170:11,18
170:21
**eat** 132:8,9,11,12
132:18,20,24
133:1,3 134:21
166:21 167:2,8,12
167:18 176:21
196:23 197:5,7
207:8 208:9 209:5
**eaten** 167:15
197:2,20
**economics** 8:12
**editor** 151:12
**education** 7:16
86:18
**edward** 4:13
**effective** 71:1
**effectively** 82:7
**effects** 150:2 151:5
152:4
**eggplant** 202:1
**eggs** 201:24
**eight** 147:9 158:24
**either** 12:12 17:25
22:11 23:5 44:4,4
90:16 95:17
107:15 127:11
136:21 192:10
**ejoselson** 2:6

**elbow** 147:14
**electric** 39:21
**electrical** 18:25
19:2 47:7 50:19
**emanuel** 2:17,21
5:9
**emily** 2:4 5:17
**employed** 24:22
**employee** 195:1
**employees** 23:6
**enclosed** 28:7,9
**encompass** 40:22
41:1,6
**encompasses**
31:16
**endive** 202:3
**endure** 95:12
**energizer** 9:15,17
9:19 10:1,2,3,11
11:2,9 12:15,22
15:5,9 17:7,15
24:22 166:2
212:14,15
**engage** 135:9
145:15 169:16
**engine** 27:10
146:6
**engineer** 17:21
18:5 22:25 23:4
23:16
**engineering** 8:5
**engineers** 23:6
**enhance** 90:17
91:4
**enjoy** 212:20
**enjoying** 155:13
**entail** 107:2
**entails** 8:3,9
**entertain** 79:19
80:16

**entertained** 80:18
**entire** 17:13 30:19
194:22
**entry** 64:5
**entryway** 53:21
55:9 115:1
**enviroattorney.c...**
2:10
**environmental**
188:10 190:17
**equal** 24:2
**equity** 42:2 68:12
210:11 211:16,25
**errata** 214:5
**eryzole** 184:21
**especially** 98:7
**esq** 2:4,8,12,17,21
**estate** 86:19
149:15
**estimate** 16:17
44:12 48:22 69:8
163:2 173:8 174:7
**estimated** 68:4
**estimation** 96:25
97:6,16 98:24
**et** 1:3 4:22 216:2
**evaluated** 75:3
**evaluation** 67:22
**event** 60:25 210:8
215:14
**evidence** 196:7
**exactly** 9:8,10
18:18 21:10 35:8
42:9 46:2 47:1
60:13,18 64:9
65:7 73:16 77:18
83:21 84:3 93:2
103:12 109:3
119:20 172:13
188:17 196:12

**exam** 135:19
**examination** 3:3
6:3
**examined** 6:1
**example** 23:20
39:3 50:10 58:9
60:15 88:5 156:14
212:3
**excuse** 89:24
190:19
**executive** 8:1,8
**exercise** 134:25
135:2,8
**exercises** 123:18
**exhaust** 27:10
**exhibit** 3:9,9,10,11
3:12,14,15,16,17
3:19,20,21 35:11
35:12,15 57:9
59:25 66:6,16,22
67:1,5 68:7 69:14
71:6,18 72:2 78:1
78:2,24 79:10
86:16 109:19,21
109:22 113:7,10
113:13,16,23
123:7 148:24
149:1 153:12,14
153:22 189:18,20
189:23 192:17,22
192:25 193:7
194:22 195:7
**exhibits** 66:14
**exist** 162:19
**existed** 59:8 82:25
83:1
**exists** 162:12
**expansive** 139:18
**expedition** 195:12
196:3

**expense**  89:1
  99:16
**expenses**  94:16,20
  95:7,11 156:3
**expensive**  23:7
**experience**  86:19
**experimenting**
  131:16
**expert**  84:21
  125:11 158:9
**expires**  214:20
  215:23
**explain**  11:16
  13:22 168:9,24
**exposed**  27:10
**exposure**  154:22
  162:7
**extend**  95:25
**extended**  139:9
**extent**  15:23 68:1
  211:19
**exterior**  53:10
  59:7,13 69:7,23
  70:4,17
**extra**  24:14 115:4
**extract**  184:25
  185:2,4,6,8,9
**eye**  38:15
**eyes**  16:25
**eyewear**  22:18

**f**

**f**  2:12 5:15 23:25
**fabric**  143:4
**fabrics**  185:18
**facade**  29:20
**facilities**  18:24
  27:14 91:14
**facility**  12:23 15:5
  27:3 82:16,20
  83:5,10 185:12
  186:12,13,17

**fact**  24:8 93:19
**factor**  124:3,5,7
  126:12,17
**factors**  91:16
**fair**  25:5 36:18
  48:23 49:8 65:23
  67:23 79:14 80:7
  80:10 83:23
**fall**  147:23,24
  148:4 169:24
  171:15
**falls**  156:20
**familiar**  157:23
  158:12
**family**  29:7 55:11
  56:13 114:12,14
  116:2 122:5
  136:13 138:11,14
  138:19,20 139:3,5
  139:8 140:2,4,12
  167:22 168:1
  185:8
**fannie**  68:20
**fantastic**  90:21
**far**  9:11 15:7
  34:10 73:9 74:17
  91:7,8 97:8 101:3
**farm**  60:9
**fast**  132:18,20,24
**father**  136:24
  137:1 138:12
  139:24
**father's**  136:17
**faucet**  80:21 178:4
  178:7
**faults**  51:23
**faulty**  51:20
**fear**  84:8,11
**feature**  114:14
**features**  48:8

**february**  35:20
  59:8 66:5 68:8,10
  68:14 69:11
**feel**  91:18,21,25
**feelings**  62:5
**feet**  11:15,15 30:5
  46:9
**felt**  190:7,9
**fence**  49:5
**fences**  49:17 52:10
**fertilizers**  141:20
**fiberglass**  27:17
  185:18
**field**  20:12 21:13
  21:14,19
**fields**  19:8
**fifth**  37:3
**figs**  202:5,6
**figure**  89:12
**filed**  5:1
**files**  71:13 72:13
**film**  146:11
**filtering**  150:6
**final**  16:8 20:11
  28:5 122:22
**finale**  209:2
**finally**  14:16 28:24
**finance**  41:11,17
  41:22 51:10
**financed**  211:14
**find**  82:7 89:19
  136:2,3
**fine**  7:3,8 183:8
**finish**  116:15
  185:8
**finished**  22:11
**fireman**  147:25
**fireplace**  115:13
  115:24 116:3
**fireworks**  148:7

**first**  6:20 17:11
  35:11 64:19 69:16
  69:22 75:19 81:14
  95:23 100:9,14
  102:9,15,17,20,25
  114:4,6 119:2
  124:9,12 125:17
  125:18,18 126:12
  128:22 146:23
  150:14,21 151:9
  156:17,19,23,24
  157:7 175:2,4
  186:1,1 188:7
**fish**  132:12 202:9
  205:7,24 207:12
**fishing**  135:14
  195:12 196:3
**five**  47:10 53:3
  54:10 90:22
  101:11 116:8
  117:19 119:20
  130:17 138:25
  147:24 148:3
  166:18 174:22
  186:9 198:13
  199:20 200:5,19
  201:5 203:12
**fixed**  156:5
**flat**  44:7
**flea**  175:17
**flights**  174:2
**flip**  113:18
**floor**  114:6,6
  119:3,4 142:11
**flooring**  122:11
**floors**  53:18
  114:12
**flower**  52:9,21
**flowers**  52:10
**flu**  181:2

**fluid** 181:16
185:21
**fly** 173:22,25
**folks** 209:15
**follow** 71:5 210:4
**following** 157:4
177:19
**follows** 6:2
**food** 132:18,20,24
134:8 176:17
202:13,14
**foods** 132:15
134:21 196:17,23
**foot** 159:11
**footage** 30:3 33:24
**forced** 92:19
**foregoing** 214:3
215:10
**forgive** 101:4
**form** 10:21 11:10
12:16 14:13 15:23
15:24 19:5 31:17
32:1 34:4 35:5
37:18 38:1 41:20
45:9 48:4,10
51:25 52:15 56:8
56:25 57:6 60:21
61:2 65:10 79:2
82:9 84:1,20
88:10 92:2 97:1
98:2 105:21 106:9
127:23 135:25
138:15 151:15
152:1 154:19
157:1 159:12
160:6 161:3
187:11 195:16
**former** 82:16 83:9
**forms** 13:9
**forth** 185:25
189:13

**found** 14:11,23
149:16 186:3
**foundation** 29:11
**four** 55:15 101:11
104:25 133:12,15
134:24 149:13
163:21 166:5,18
176:14 178:19
198:13,22 199:22
200:5,19,23 201:5
203:12,20 207:19
208:14 212:11
**fourth** 114:23
115:11
**framing** 19:8
20:12 21:14,19
**free** 165:16 197:17
**freeman** 21:12
**fresh** 205:10
**fresheners** 144:17
**fried** 132:15
202:11,13,13,13
202:13
**friends** 163:23
**front** 29:21 35:20
36:22 42:15,18
43:15,18,19,21,22
43:23 53:14,19
54:9,11,13,16 55:9
57:10 61:17
114:10 116:8
121:16
**fronts** 33:2,8,12
**fruits** 132:15
200:24
**fuel** 40:11,12,13
40:18
**full** 6:7 126:25
127:1 215:10
**fumes** 28:4,22

**fun** 212:24
**functional** 116:3
**fungal** 180:5
**fungicides** 144:25
**furniture** 142:14
146:2 173:6
**furosemide** 183:20
**further** 81:22
213:1 215:7,13
**fused** 185:22
**future** 94:20 95:8
150:1 151:5

### g

**gage** 15:6
**gaige** 1:14 215:2
215:21
**gallons** 176:10,11
176:14
**game** 176:19,22,23
**garage** 53:21
121:7 174:10,14
175:25 176:1,3,13
**garden** 49:3,22
145:10
**garlic** 185:6
202:16
**gas** 148:17 166:19
181:24
**gasoline** 27:19
171:21 175:24
176:2,3,12
**gears** 29:1 79:15
99:18 148:25
162:21 177:6
**general** 17:8 27:4
88:6 187:18
202:14
**generally** 132:7
161:1 187:8
**geography** 101:5

**getting** 70:11
135:4 137:17
182:23
**ginger** 184:25
**ginkgo** 185:2
**ginseng** 185:4
**give** 72:13 180:19
187:17
**given** 176:24,25
215:11
**glass** 145:25
**glasses** 17:1 22:19
**gloves** 16:23 22:13
22:16
**glucosamine**
129:17,18,24
130:2,9,11
**glucose** 111:5
**glue** 148:10
**go** 4:12 6:18 7:19
8:20 12:8,10 21:1
21:18 24:4 34:19
35:11 46:8 57:11
101:24 106:25
107:5,16 109:14
112:6 114:1
132:21,23 133:3,5
135:13,13 139:1
140:17 145:13
147:20 151:16
152:17,20 160:7
163:16 167:25
168:2,4,4 169:3,9
169:13,23 172:17
175:21 178:9
182:23 196:17,22
197:10 198:3
209:14
**gobain** 1:8 4:24
6:12 150:7 155:16
187:5 188:4,25

194:25 196:10 216:2

**goes** 19:15,18 21:7 46:6 55:10

**goggles** 16:25 22:17

**going** 6:20 7:5 11:25 15:22 47:13 59:10 62:23 63:2 66:13 76:3 77:25 80:8 88:25 89:1 92:23 93:11 94:25 99:3,18 109:6,16 112:17,20 114:12 135:6 139:1,7,17 140:11,14 145:13 148:24 154:18 156:10,12,15 157:8 159:25 172:20,23 174:6 189:17 190:7 191:12 192:18 194:5,21 196:15 196:22 209:23 210:1 213:6

**golf** 9:3

**good** 5:8 6:5,6 62:14,21 97:21 112:12 136:2 137:3,15 165:18 172:11 177:24

**gore** 171:8,10,11 171:12,13

**gosh** 73:5

**gotcha** 13:20 62:17 80:14

**gout** 179:23

**government** 41:4 188:3,24 189:8

**governor** 190:16

**gradual** 44:14,15

**grains** 208:23

**grand** 209:2

**grandchildren** 80:19,22

**granddaughters** 104:25

**grandkids** 104:21

**grandparents** 139:14

**grandson** 105:10

**grandsons** 104:24 105:2,16

**granola** 202:20

**grapes** 202:18

**grass** 43:4,7,9,13 45:4,22 52:11

**grassy** 45:13

**gravel** 45:18 53:20

**grease** 185:24

**great** 7:13 59:2 86:8 113:2 123:7

**green** 187:25 202:22

**greens** 201:6 203:25

**grill** 166:19,20,22

**ground** 6:19 202:11

**groundwater** 94:17,21 95:9

**grow** 62:12 80:4 100:2

**growing** 43:10

**guess** 18:3 19:10 29:21 68:16 69:22 84:22 101:8 102:13 139:12 149:11 173:17,17 174:5,5 186:11

**guessing** 25:11 171:18

## h

**h** 3:8 150:21 216:1

**habit** 132:25

**hair** 140:22 142:18,23 143:1 147:15 175:22

**half** 12:3 15:8 30:2 73:11 101:11 122:24 171:16 174:9 176:10 190:6,9 212:16

**hall** 121:6

**hallway** 118:9,14

**hamburgers** 167:8

**hand** 111:3 215:16

**handed** 35:14 149:4

**handle** 15:10,17 15:21 16:7 21:24 22:4

**handled** 16:1,11 16:13,17,21 22:11 24:21

**handling** 17:3

**hands** 16:23 22:13

**hang** 210:25

**happen** 179:6

**happens** 108:23

**hard** 7:5 36:24 68:24 131:22,23 142:8,9

**hardwood** 53:18 55:5,8,13,18 58:11 114:12

**hat** 171:12

**hdl** 111:25

**head** 7:4

**health** 62:14 81:6 88:23 92:16 93:12

94:14 97:23 108:3 108:5 136:2,14 137:3,15 150:1 151:5 152:4 155:12 158:18 177:24 181:20

**healthy** 132:14

**hear** 13:11 23:1 172:7

**heard** 156:24 157:3,7

**heart** 139:6,22,23

**heat** 40:12,19

**heated** 40:8

**heater** 148:19

**heating** 40:10

**height** 106:12

**held** 4:16

**help** 11:25 190:22 193:22

**helpful** 139:4 145:16

**herbal** 182:17,19

**hereditary** 138:22

**hernia** 123:16

**high** 8:20,21 23:25 109:9 123:21,25 124:8,13,18,20,23 125:3,5,19,21,24 126:2,6 128:15,18 128:23 129:3 140:4,6,7 161:10 162:17,17

**higher** 8:10 161:20,20

**highest** 7:15

**hill** 3:20 31:4,7,7 31:11,13,15,19,25 32:6,11,19,23,25 33:7,10,15,19,23 34:9,13,22,25 37:8

37:15 38:11 40:18
40:22 41:2,6
44:17,21,25 45:16
45:20 49:11,16,21
50:1,4 52:13,19
90:17 190:4
191:13
**hip** 137:16 138:7
**hired** 46:20,22
**history** 113:6
123:11 138:10,21
139:3 140:1,4,12
**hmm** 19:16 97:19
111:24 123:5
191:11
**hmms** 7:4
**hobbies** 145:14
148:21
**hobby** 169:16
**hogan** 71:20 72:5
72:7
**hole** 14:1
**holiday** 107:8
**home** 3:16 29:2,4
29:7,9,11,20,24
30:4,6,8,11,14,23
31:1,6 33:24
34:10,12 35:2,19
36:7,13 39:17,23
40:6,8,14 41:9,13
41:15,22 42:2,3,7
43:20 46:3,15
48:7 50:9,18,21,22
52:24 53:11,24
54:20 55:1 56:1,6
56:18,24 57:16,22
59:7 60:15,25
61:18,21,24 62:2,3
62:3,5,6,6,11,12
62:16,18 64:6
66:3,7,9 67:17

68:5,9,11,13 69:18
74:24 75:4,7,10,15
75:21,23 76:16,19
76:24 77:4,10,11
77:14 78:15 79:11
79:16,17,23,25
80:2,8,17,20,24
81:8,11 82:16
84:19 85:2,10,15
85:16,25 86:4,6,6
86:9,23 87:3,5,12
87:17,21,22 88:3,8
89:20 90:2,5,12,18
90:20 91:2,3,13,19
91:22,25 92:1
94:9,11 95:6,14,16
95:18,19,23 96:5,6
97:5,25 98:6,11
99:18 100:17,20
100:23 101:2,8,21
101:25 113:7,20
113:24 114:15,15
117:23 118:4,12
120:5,11,21
144:25 145:3,10
147:8 162:23
163:8,9,12,15
165:6 166:12,17
171:25 174:11
175:5,25 178:1,4,7
210:9,10,11
211:14,16,25
212:1,4
**home's** 99:6
**homeowner's** 3:20
**homeowners**
31:11 60:3,11
190:4
**homes** 31:24 32:6
32:11,18,22,25
33:6,10,14,18,22

34:2,8,12 37:10,17
37:20 38:6,8,13,21
40:17 44:6,20,24
45:16,20 49:11,16
49:21 50:1,4
52:12,19 85:18
89:10,14,19,23
91:21 92:9,17
93:14 155:13
**homestead** 78:12
**honestly** 193:3
**honey** 202:24
**hoosick** 156:20
**hormonal** 182:9
**horn** 24:12
**horns** 19:7 23:21
23:24
**horseradish** 203:1
**hotdogs** 167:6,7
203:3
**houghton** 191:18
191:24
**hour** 174:9
**hourly** 162:24
**hours** 47:17 163:1
163:21 174:7
**house** 34:21,24
38:25 39:19 42:10
42:16,19,24 43:2
43:22 45:8 51:14
51:19 53:19 55:4
70:10,12 79:19
114:6 117:6,10,17
118:17 119:3,8
121:4,25 122:8,17
123:2 133:5
140:15,18 145:6
147:2,7 164:24
173:17 176:6
177:2,3 212:24

**houses** 61:15
**housing** 88:6,15
**huhs** 7:5
**humans** 97:12,13
**humidifier** 148:12
**hundred** 48:18
**hunt** 176:19
**hunting** 135:13
169:23 171:11,13
**hurd** 190:18
**husky** 175:15
**hydrated** 164:18
**hymera** 8:21
**hypertension**
123:24

**i**

**ibuprofen** 179:3,4
**ice** 133:19
**idea** 67:25
**identification**
35:13 66:17,23
78:3 109:20
113:14 149:2
153:15 189:21
192:23
**identify** 5:6
**illegal** 132:1
**impact** 92:12,22
92:24 93:6 97:16
98:23 99:12
**impacted** 93:17,19
93:22 96:24 97:6
**implanted** 130:22
**impotence** 182:1
**impressions** 83:5
83:13,15
**improvements**
36:2 50:21 54:19
55:4 56:15,17,21
56:23 57:22 58:2
58:8 59:12 72:25

86:5,25
**inaccurately**
151:24
**incline** 44:13
**included** 190:10
**income** 210:19
212:7,22
**incoming** 18:14
**incorrect** 152:24
**increase** 132:10
**increased** 126:24
161:14
**incur** 94:19 95:8
**incurred** 94:16
**index** 3:1
**indiana** 7:21,23
8:17,21 17:9
100:3,4
**individually** 1:4
4:22 105:22
**indoor** 147:2,7
**indoors** 163:10
**industrial** 7:24 8:2
8:19
**infection** 137:20
180:5,7,8
**infections** 137:18
137:19
**information** 154:5
154:6,8 193:18
**informed** 158:17
**ingested** 177:13
**initial** 158:5
**injuries** 136:6,8
**inoperable** 47:15
**insect** 141:1
**insecticides**
144:24
**inside** 16:14,18,22
17:4 21:17 38:24
40:14 55:4 80:8

175:20 177:1
**inspect** 76:5,20,24
77:5,11,14
**inspected** 75:10,15
79:6,11
**inspection** 69:8,24
70:16,25
**install** 54:9,11,16
148:14
**installation** 81:24
96:24 97:5,15
147:12,13
**installed** 46:4 47:2
51:24 53:23 54:23
55:20 64:5,8,12
65:13 81:19 96:6
96:18 97:12
148:14
**instance** 35:3
**institutions** 40:25
**insulation** 147:11
148:15
**insurance** 60:4,8
60:10,11,20,24
108:3,5,10,12
109:1
**interfere** 4:10
**interior** 3:12,16
21:4 56:23 57:15
58:1,8,15 67:11
69:7 70:4
**interruption** 48:13
**intestinal** 181:24
**investigated** 186:5
**investigation** 3:17
**issue** 62:8 88:23
92:17 193:22
**issues** 94:14 97:24
97:24 140:9
**itemized** 3:14

**items** 134:8

**j**

**j** 1:13 2:4 3:2 5:4
5:25 110:4 112:16
112:22 213:4
214:10 216:25
**jacket** 171:11,14
**jacuzzi** 49:9
173:15,17
**james** 1:3 2:8 5:19
137:25
**jamie** 66:15,20
71:24 211:3
**january** 9:18 42:6
63:8 65:17 66:8
69:19 70:7,24
72:22 107:7
136:18 137:9
193:9
**jasmine** 203:5
**jennings** 101:17
101:21,24 102:2
170:7,10,12,16
**jets** 173:16,19
**jim** 3:17 150:20
**job** 8:24 10:11
17:12,25 18:1,4
23:3 143:17
163:20 165:14
212:24
**jobs** 17:25 18:8,20
18:21 23:15
**joe** 6:9
**john** 4:21 188:8
**joint** 130:23
**joints** 129:20,20
129:21
**jones** 187:23
**joselson** 2:4 5:17
5:17 109:21 115:9
115:15 118:7

153:16,20 195:24
196:2 197:3
206:20,22 209:17
**judith** 67:13 71:7
71:22 72:2 104:11
**juice** 198:8 204:10
**july** 64:25 65:5
138:2
**jwhitlock** 2:10

**k**

**k** 212:17
**kale** 203:7
**keep** 132:16
209:17
**kept** 91:22
**kerosine** 148:19
**kid** 131:16 146:8
177:3
**kid's** 121:13
**killed** 137:20
138:9
**killer** 141:11
**kind** 20:2 21:10
22:14,17 24:10,12
24:18 35:25 37:2
38:24 62:4 67:4
69:3 83:2 87:10
91:2 107:5 110:18
111:10 114:2
123:14,16 129:8
129:20 135:2
138:5 144:21
146:11,17 148:15
150:17 169:22
171:10 176:4
185:15
**kinds** 133:25
134:4 135:8 145:3
**king** 103:3 128:10
128:11 130:7
135:21 158:2,4,6,7

159:20
**king's** 103:4
**kitchen** 114:21
121:20,22
**knee** 127:14,15
130:6,10,23
**knew** 83:1 177:18
195:4
**kni** 35:23 36:21
59:4 68:18 69:16
69:23 70:13 78:11
78:18 79:5
**knight** 1:13 3:2,22
5:4,25 6:9,10 8:22
35:14 67:1,13
71:8,22 72:3
104:19 106:12
112:16,22 113:16
136:17,20 137:25
149:4,25 150:8,15
153:22 155:3
169:2 170:23
173:2 189:23
192:25 196:16
207:1 210:3,25
211:10,14 212:25
213:5 214:10
216:25
**knight's** 152:2
**know** 7:3 11:24
12:6 20:2 21:10
21:18 24:20 25:4
25:6,10,15,25 26:8
26:12,16 27:9,24
28:16 32:2,5,17
33:5,14,17,18,21
33:22,25 34:6,10
34:17,21,24 35:8
37:3 38:8 40:17
40:20 44:16 45:10

46:6,12 47:1,2
48:17,21 49:24,25
50:17 51:18,23
52:1,16,17 58:10
60:18,24 62:5
63:17,21 64:8
65:7 68:13 70:6
72:7 73:16 74:8
74:12,18,19,20
75:6,9,14 76:20
77:3,4,12,13,18
82:4,12,24 83:2,16
83:19,20,21,22
84:4 85:18 86:7,7
87:8,20 88:12,15
88:24 89:19 90:1
90:4 91:23 93:16
93:21 94:2,5,7
95:3 97:2,11,20,25
98:10,18 103:11
104:9,10,10
105:25 107:12,15
109:4,9,25 110:15
112:4 113:4,19
115:6 126:22
129:8,12 130:16
130:16,23 131:24
137:17 138:5
139:19,20,24
140:16 141:5
142:9 145:15
147:1 153:6,11
155:11 157:7
161:16 162:16
164:6 172:10,11
173:8 174:5,23
176:15 177:15,23
179:11 180:16
181:4 182:12
183:5,6,7,9,11,13
183:15,17,19,21

184:6,15,18
185:15 186:13,20
186:22 187:13,18
187:23,25 189:14
191:9 192:12
193:15,17 194:8
194:11 196:18
197:12,12,13,14
198:1 199:6 202:4
210:17
**knowing** 84:6 87:1
**knowledge** 32:24
33:9 45:23 63:10
67:19 90:10
140:10 158:1
192:8 212:2

**l**

**l** 20:24 29:5
111:18 124:4,23
126:6 136:20
180:17 181:9
**l.l.p.** 2:4
**labor** 8:13 17:19
18:16
**laboratory** 3:15
110:12
**lack** 101:7
**ladder** 115:4
**lamina** 19:25
**laminate** 23:8
**lamination** 19:14
19:15,18,25
**lamp** 148:19
**land** 30:11,22 32:7
32:12,19 41:8,15
42:10,18,25 43:3
43:21,22,23,25
44:5,7,10,12,17,22
44:25 50:14 52:4
80:4 85:7,7
155:14 192:3

**land's** 85:8
**landfill** 83:14,17
83:25 84:10,11,19
192:1,3,15
**lands** 45:6
**landscaping** 52:4
52:7,13
**lane** 3:11 29:5
31:1,3,20,21 35:19
61:21 67:14,17
69:19 75:1,2
102:1 170:4
191:18,24
**lanes** 8:25 9:1,8,14
9:20,25 10:4
**langrock** 2:4
**langrock.com** 2:6
**language** 150:24
**large** 115:4
**larger** 32:7,12
44:25 173:16,18
**late** 122:9 140:8
**lately** 142:13
148:8
**latest** 61:6 75:8
77:7
**laundry** 141:22,24
141:25 143:5
177:14
**law** 5:22
**lawn** 164:4,18
177:4
**lawnmower**
174:13
**lawsuit** 155:2,5,5
155:8,16 156:11
156:13,16 186:21
**lazy** 114:17
**ldl** 111:25
**lead** 27:21 62:10
122:15 196:6

**leading** 114:5
**league** 135:11
**learn** 156:17
**lease** 62:17
**leather** 146:17
**leave** 169:9,12,15
**leery** 81:7
**left** 59:14 78:7
   110:9 111:3
   122:13 173:4
   176:11 182:5
**legal** 156:11
**leiden** 124:3
   126:13,18
**lemons** 200:24
**lesser** 95:19
**letter** 3:20 151:11
   190:2,12,14,24
   191:4,7,14
**lettuce** 203:9
**leukeran** 183:10
**level** 7:15 8:10
   150:4 152:14
   153:2,6 158:19
   159:7,11,13,23
   161:13,17,23
**levels** 154:6 158:8
   161:10
**libraries** 41:5
**life** 137:4 140:8
**lifetime** 174:17
   175:12
**liked** 115:3
**likes** 116:25
**limit** 132:15
   139:12 198:2
**limited** 195:16
**limiting** 70:19
**lincoln** 2:17 5:13
**lincolnwilson** 2:19

**linda** 103:1,3,4
**line** 11:3,4,18
   12:20 20:14 23:11
   24:7,15 42:3
   50:19 70:11
   194:22 210:11
   211:25 216:4
**lines** 18:13 23:10
   50:17,18 95:25
   96:1 211:16
**linked** 150:10
**linoleum** 121:23
   121:24,24
**liquid** 131:22,23
   185:20,21
**list** 24:18 111:11
   139:1 140:17
   178:9 182:21,25
   196:16,22
**listed** 111:4
**lists** 78:11
**liter** 150:5 152:12
   161:24
**literature** 159:25
   160:3,20 161:12
   161:22
**lithium** 10:18
   14:16,19,20,23
   15:2,3
**litigation** 113:18
   186:23
**litter** 175:5,7,9
**little** 8:4,10 10:10
   10:12 29:1 36:24
   50:20 55:3 68:24
   69:3 76:14 79:15
   99:19 102:5
   111:16 112:2
   113:5 116:10
   123:15 132:12
   136:13 146:23

148:25 160:16
162:21 163:24
164:10 165:13
174:24 177:6,7,21
182:4,23 186:5
196:18
**live** 83:9 86:11
   95:16 100:4,9,23
   101:10 102:20,21
   103:20 105:12,16
**lived** 82:15 100:11
   170:2,10,11,12,18
   171:25
**liver** 138:8,8
**lives** 105:14
   167:22
**living** 53:11 56:6
   92:7 114:24 116:1
   117:10,23 118:17
   119:8 120:21
   136:22 137:15,23
**llp** 2:17,21
**loan** 42:2,7 51:9
   68:12 72:22
   211:20
**lobster** 203:11
**locastro** 2:21 3:3
   5:8,9 6:4,11 10:22
   11:11 12:21 14:15
   16:2 19:9 25:17
   31:22 32:4 34:7
   35:10 37:22 38:3
   38:10 41:21 45:11
   48:6,14 52:2,18
   56:10 57:2,8 58:3
   58:5,7 59:1 60:2
   60:14,23 61:8
   62:20 63:4,7
   65:12 66:13,18,24
   68:22 71:17,21,23
   72:1 76:7,10,13,15

77:25 78:4 79:4
82:14 84:5,24
88:13 90:11 92:4
93:4 95:2 97:3
98:13 105:23
106:11 108:8
109:22,23 112:12
112:23 113:1,3,9
113:12,15 115:10
115:19,22 116:19
117:1 118:8
125:16 128:1
136:5 137:21
138:18 139:11,21
142:24 149:3
151:19 152:6,22
153:12,17,21
154:20 157:9
159:15 160:14
161:11 168:8,12
168:16,22 169:1
169:20 172:16
173:1 181:22,23
187:22 189:17,22
192:20,24 194:24
195:10,14,21
196:8,14 197:4
206:21,24 209:14
209:19 210:3,7,18
211:2,5,9,13,23
212:12,25
**located** 4:18 9:8
   15:5 31:1,3,6,24
   32:6,11 33:22
   34:8,22,24 35:19
   40:14,17,21 46:2
   61:21 67:17 69:19
   73:4 74:5,9,15
   82:21 83:6,10
   90:16 91:2,3,13
   100:18 113:22

119:2 120:25
121:5 128:2
**location** 90:19
**long** 9:5 47:15
73:24 100:4,23
101:10 102:17
103:17,17 107:7
128:14 130:9
133:13 142:12
168:4 174:25
182:23 183:2
196:18 209:21
**look** 15:17 35:25
36:20 37:2 38:14
52:9 68:23 69:14
70:13 72:12 77:19
98:4 99:5 111:3
111:16 112:2
149:17 191:14
**looking** 43:24
110:7 114:3,9
116:12,20 119:24
121:17 122:2,5,19
122:23 149:20
189:25 191:15
**looks** 52:14 57:18
68:19 114:18
115:12 117:2
118:21 119:11
122:3
**losartan** 126:5
**losing** 89:17
**loss** 95:15 179:16
**lot** 30:10,13,16,19
62:3,7,16 72:24
97:24 99:17
132:24 164:14,17
165:8,8 166:6
194:15,17 209:5
**lots** 90:20

**lovastatin** 124:22
125:2 180:17
**love** 62:2,5 132:16
**lovenox** 181:8
**low** 150:3 153:2
**lower** 153:11,11
**lubricants** 22:15
**lubricate** 129:20
129:21
**ludeman** 104:3,3
**lunch** 112:18
113:4 203:13
**lysol** 144:2

**m**

**m** 193:8
**macintosh** 31:20
**madison** 2:18,22
**madison's** 133:8
**mae** 68:20
**mahogany** 54:14
**maiden** 104:1
**mail** 2:6,10,14,19
2:23 3:21 193:7
193:11,23,23
**mailed** 191:10
**main** 1:17 2:13
4:18 23:15 90:23
90:23
**maintained** 92:1
97:12
**maintenance**
46:18,19,21 47:3
47:12
**major** 210:8,14
**making** 59:25
156:13
**malathion** 27:23
**malt** 199:2
**man** 121:3,4,9
**manage** 124:17
125:21 126:17

**management** 7:24
8:1,3,8,12,19
**manager** 10:9,14
10:15 165:16
190:18
**manganese** 12:12
12:24 14:9
**mangos** 203:17
**manufacture**
10:17 18:18 19:3
19:13,21 20:18
21:1,19 22:5
**manufactured**
12:18 14:2 20:9
20:15 21:25 22:7
**manufacturing**
15:18,25 17:21
18:4,10,24 21:22
22:24 23:4,16,17
83:2 155:18
**map** 92:9
**march** 104:20
105:3,4,7,8 136:25
**margarine** 203:19
**margin** 59:14
**marijuana** 132:2
**mark** 57:21 66:13
77:25 109:16
113:6 148:24
153:12 189:17
192:18
**marked** 35:12,15
66:6,16,22 67:1
78:2,24 86:15
109:19 113:13
149:1 153:14
189:20 192:22
**market** 68:4 69:8
70:22 88:6,16
89:3 133:6

**marking** 57:23
**marriage** 102:15
102:20 103:15,18
104:15,16
**married** 74:1,2
102:6,11,17
103:18
**mary** 189:5
190:20
**mask** 22:20
**masks** 17:2
**master** 117:25
118:2,24 119:13
119:15,22,23
120:1,12,17,19,20
120:25 121:7
**master's** 7:17,20
**material** 21:10
172:12
**materials** 11:4
14:7,10,22 16:14
16:18,21 17:4
18:14 19:12 20:17
21:1,18 22:5,12
24:11
**mcdonald's**
132:23,24
**meal** 166:17
169:13
**meals** 166:12
**mean** 11:13 39:2
60:13 82:23 83:15
84:3 87:8 93:2
105:22 106:3
107:3 139:9
146:20 155:4
159:18 162:24
163:5,9 192:5
194:17 211:20
**meant** 194:8

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 236 of 255

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 237 of 255

**meat** 203:13,14
207:14
**meats** 201:20
**medical** 95:10
109:17,25 110:11
113:5,5 123:10,11
123:12 124:11
127:2 130:21
156:2 158:11
159:4,24 160:3,20
160:22,25 161:4
161:14,22,25
162:6,14
**medicare** 108:7,9
**medication** 124:21
124:22 126:2
128:14,17,23
129:2 178:12,16
178:21,24 179:11
179:15,23 180:5
180:11,23,25
181:9,15,24
**medications** 127:5
127:19 128:6,12
181:4,20 182:22
182:25
**medicine** 184:1
**meetings** 159:2,25
160:24 161:8
189:3,6,7 194:16
**member** 139:5
188:2
**members** 155:24
188:24 189:8
**memory** 79:10
**meniscus** 127:16
**mention** 22:23
86:14 152:25
**mentioned** 13:1,5
20:5 21:12 45:24
71:4 72:21 102:5

104:21 139:24
159:24 170:2
172:5
**mercury** 27:25
**met** 23:12
**metal** 12:4 147:18
**method** 86:21
**micrograms** 150:4
152:12 161:24
**microphone**
210:15
**microphones** 4:6
4:10
**middle** 36:1 42:11
69:4 191:14
**middlebury** 2:5
**midway** 111:10
149:18
**mile** 9:13 15:8
73:11 149:23
190:6,9
**miles** 101:8,9
174:4
**milk** 201:22
203:21
**milligram** 125:2
126:10
**milligrams** 126:22
**mind** 132:16
**mine** 34:18,20
115:17,17,20
153:11 161:20
**mineral** 28:13
**mini** 137:5 139:25
**miniature** 11:16
**minute** 142:21
**minutes** 90:23
**mishandling**
155:18
**missing** 190:13

**mix** 37:9,16
**mm** 7:4 19:16
97:19 111:24
123:5 191:11
**mobile** 171:25
**model** 148:9,10
**models** 148:9
**moderation** 132:8
**mold** 141:9
**moments** 113:8
**monitor** 109:5
**monitored** 123:13
**monitoring** 107:25
156:2
**monotony** 133:8
**month** 143:3,11
144:3,6 163:25
164:2,3 166:15
167:1 198:24
199:16 200:15
201:1,9,15,25
202:10,12,17,19
202:23 203:4,22
204:7,23,25 205:6
205:23 206:4,6,8
206:14,16 207:5
207:23 208:2
209:1
**months** 18:6,22
135:20 141:5,14
141:15 144:10
163:13 166:10,25
177:5
**monument** 91:8,9
**morning** 5:8 6:5,6
**morrissey** 189:5
190:20
**mortgage** 41:24
41:25 68:11
**mosquito** 141:18

**moss** 1:16 2:12
4:17
**mother** 137:8
138:12 140:7
**mother's** 136:19
**motion** 154:1
195:12
**motor** 20:8,18
21:15 47:6
**motors** 17:9 19:7
20:5 27:4 28:6
**mouse** 141:16
**move** 79:16 100:6
101:1,16 194:23
195:17
**moved** 46:5 100:8
100:9,14 101:18
101:25 113:4
138:7
**mow** 135:14 177:4
**mowing** 164:18
**multiple** 129:9
**multivitamin**
130:14 182:13
**municipal** 46:15
46:17 47:19,23
74:14,16,17 95:24
99:12
**munson** 1:16 2:12
4:17
**muscle** 178:24
179:5
**mushrooms**
203:23
**mustache** 142:23
**mustard** 199:15
203:25

|  n  |
| --- |

**n** 2:1 20:24 29:5
124:4,23 126:6
150:21 181:9

193:8
**nail** 144:21
**naked** 38:15
**name** 4:13 5:3 6:7
  6:11 102:24 103:2
  103:23,25 104:1,7
  104:11,17 128:9
  136:17,19 137:24
  173:18 180:18
  181:6,7 187:24
**named** 106:1,8
  186:20 215:4,15
**names** 136:15
  189:15 192:2
**national** 150:5
  161:18,21
**natural** 143:1
**nature** 15:16 17:3
  23:9 38:20 54:24
  58:12 130:24
  132:3,11 147:9
  187:10 212:20
**nc** 2:9
**near** 91:2,3,6,13
**nearest** 21:9
**nectarines** 204:2
**need** 7:7 196:17
  212:21
**needed** 9:4 19:13
  19:20 20:17 22:5
  47:3 51:21 53:5
  70:12 71:14
**needs** 15:23 60:25
**negative** 98:9
**neighborhood**
  31:7,14,16,25 32:7
  32:12,19,23 33:1,7
  33:11,15,19,23
  34:9,13,22,25 37:4
  37:7,12,25 38:6,12
  38:22 40:18,23

41:2,6 44:17,21,25
45:17,21 49:12,17
49:22 50:2,5
52:13,20 89:18
90:17 91:22,24,25
187:16 191:19
**neighborhoods**
  45:6
**neighbors** 43:24
  45:3,12 87:19
**never** 16:11,13,16
  46:22 89:2 95:1
  99:15 151:11
  195:3 201:7
**new** 2:18,22 53:17
  53:17,24 54:11,23
  54:23 55:8 114:17
  122:10,13 157:3
**newer** 39:23
**newest** 34:24
**news** 187:19
**newspaper** 187:20
**newspapers**
  156:19 187:20
**nice** 62:3
**nicholas** 2:21 5:8
  6:11
**nicholaslocastro**
  2:23
**nickel** 28:2
**night** 191:9
**nominal** 149:15
**non** 98:19 143:6
  165:22 171:19
  172:5,9
**normal** 110:25
  177:17
**normally** 109:7
  134:16 151:10
**north** 9:9 42:11,13
  42:13,14 83:10

100:18 156:23
**northeast** 46:3
**notary** 6:1 214:17
  215:22
**notation** 78:19
**note** 4:6 23:25
  59:11
**noted** 181:22
  214:5
**notes** 24:9
**notice** 1:14
**november** 105:10
**number** 33:15,20
  86:3 88:21 145:13
**numbered** 115:11
  149:12
**numeral** 124:7
**nutmeg** 204:4
**nuts** 199:11 206:7
**ny** 2:18,22
**nyquil** 183:24

**o**

**o** 20:24,24,24 29:5
  124:23 126:6
  136:17 181:9,9
  193:8
**oath** 5:24
**obama** 108:6
**object** 10:21 11:10
  12:16 14:13 15:22
  19:5 31:17 32:1
  34:4 35:5 37:18
  38:1 41:19,19
  45:9 48:4,10
  51:25 52:15 56:8
  56:25 60:21 61:2
  65:10 79:2 82:9
  84:1,20 88:10
  90:7 92:2,23 97:1
  98:2 105:21 106:9
  127:23 135:25

138:15 139:7,17
151:15 152:1,17
154:18 157:1
159:12 160:6
161:3 187:11
194:21
**objected** 57:5
**objection** 38:7
  60:12 94:22
  125:10 168:6
  169:17 181:19
  195:7 196:11
  206:21,23 210:12
  210:23 211:3,17
  212:9
**objections** 195:15
**obtain** 54:18,24
**obtained** 7:16 42:2
**obviously** 93:9
  109:13
**occasion** 132:23
**occasionally** 15:12
  15:13 22:1 106:23
  132:19,25 184:3
**occasions** 174:22
**occurred** 51:23
**october** 66:10 67:5
  68:5 78:8 110:6
  110:25 111:8
  112:9
**offered** 96:3
**office** 80:2
**offices** 1:16 41:5
**oh** 11:15 71:21
  73:5 77:22 99:11
  107:18 110:8,10
  111:12 112:3
  115:14,19 132:22
  142:21 143:3
  144:3 198:21

[oil - p.m.]

**oil** 19:23 20:2
40:11,12,13,14,15
40:19 185:25
207:6
**oils** 28:13
**okay** 6:16 7:1,13
8:2,6 9:11 10:5,10
10:16 11:24 13:22
14:22 16:10 17:22
18:3,8,18,23 19:10
20:5,17,21 23:16
24:4,17 27:8 29:1
29:3,24 31:3 32:5
33:6 34:8,21
35:11,22,25 36:16
37:23 38:11 43:25
46:6 47:18 48:7
50:20 51:3 52:3
53:23 54:18 57:9
58:6 59:2,20,21,24
60:20 61:11,13,18
62:20 66:12 67:3
67:23 68:3,7,13,16
69:1,14,17 70:6,13
70:15 71:4,24
72:5,9,19 73:20
74:23,23 76:7
77:13,19,21 78:7
79:14 80:10,23
81:14 82:15 83:13
83:23 84:6,25
85:21 86:3,12,18
87:4,16,22 88:14
88:17 89:13 90:15
92:5 94:8 96:9
98:20 99:17 100:9
100:20 103:7
105:6,9,19 106:12
106:22 107:25
108:19 109:4,9,12
110:3 111:3 112:3

112:8 113:12,22
114:1,14,20 115:2
115:19 116:3,6,16
117:22 118:21
119:2,11,14,21
120:4,11,15,23
121:8,15,20
122:12,22,25
123:7,20 124:6,11
124:17 125:17
130:21 131:17,21
131:24 133:1,9,23
135:12 137:10
139:1,16,20,22
140:11,14 141:9
142:25 143:4
144:24 145:13
146:9,25 147:7,17
149:9,17,22 151:8
151:11,20 152:23
153:10 154:17
157:10 160:15,18
160:24 162:5,21
163:15,19 172:16
173:4 174:23
178:9,21 180:23
181:8,12,15
182:21 183:10
184:5,14 185:11
188:23 189:16
192:17 193:6,17
194:20 195:10,14
196:15 197:9,10
197:16,17,21,25
198:5,7,23 209:4
210:6 211:1 212:6
**old** 34:21 39:14,17
39:20 40:1,3,5
99:22 137:13
175:1

**older** 62:12 137:17
**oldest** 34:21
**olives** 204:6
**once** 14:2 16:20
22:3,3,10 46:24
64:12 96:18
106:25 107:18
125:2 126:10
129:10,24 130:11
133:2,2,21,22,22
141:5 142:4,8
143:11,21 144:3,6
144:10 158:8
166:9 167:11,17
169:7,14 170:1
171:24 173:10
175:20 177:3
178:17 198:17,21
198:24 199:12,16
200:9,21 201:1,15
202:8,15,17,19,23
203:2,4,22 204:19
204:23,25 205:6
205:13,15,23
206:4,6,8,16 207:2
207:5,13,15 208:2
208:8,12 209:1
**ones** 34:20
**onions** 204:8
**open** 70:21 186:14
186:18
**operable** 47:13
**operating** 185:13
**operation** 21:21
**operations** 195:2
**opining** 85:14
**opinion** 54:18,24
70:22 83:24 84:2
84:15,21,25 85:6
85:23 86:7 87:1,5
89:7,15 99:8

125:8,11 158:12
185:15 187:16,17
**opinions** 83:21
**opposed** 43:13
**orange** 25:12
204:10
**oranges** 200:25
**order** 89:4
**original** 117:12
121:24 122:1,16
158:24
**ounce** 164:11
**ounces** 164:12
165:22,23 166:5
**outcome** 215:14
**outdoor** 91:14
**outrageous** 196:4
196:7
**outside** 34:1
149:23 164:15
167:22 168:1,5
169:6 181:20
190:5
**oven** 144:11
185:22
**overly** 150:1 151:4
**oversee** 19:3
**owned** 72:25
73:24 74:4 173:11
175:2
**owns** 70:10 73:2
73:13,18,19
**oxide** 12:12,24
14:9,9

| p |
|---|

**p** 2:1,1 193:8
**p.c.** 1:17 2:8,12
**p.m.** 112:20
172:20,23 209:23
210:1 213:3

packets 134:16
page 3:9 35:20,22
  36:1,21,24 37:3
  57:12 68:17,23
  69:16,22 70:13
  78:11,17,18,19
  79:5 115:9 149:13
  149:17 150:21
  216:4
pages 59:3 149:11
paid 41:12,25
  51:11 53:7 54:6
  54:16 55:17 63:16
  63:18 82:3 86:4
  86:25 150:6
  211:15 212:4
pain 179:7
pains 178:25
  179:5
paint 28:4,4,5,7,9
  56:9,11 176:1,2,4
  176:6,8
painted 119:17,19
  123:1,6
painting 28:6
  58:22 146:19,20
paints 147:1
  175:24
pam 143:6
panfried 167:8,12
  204:12,13
paper 152:7
paragraph 114:5
  149:18
paragraphs
  150:12
parasites 178:22
parcel 42:10
pardon 57:4
  206:10 208:10

parentheses 70:21
  70:21
parents 136:15,21
  139:13
park 2:9 174:10
parsley 204:14
parsnips 204:16
part 8:24 12:4
  17:25 21:20 23:7
  90:23 91:10
  110:25 137:4
  143:17 149:9
  163:20
partial 176:10,11
particular 23:11
  23:23 24:9 125:14
  134:13 162:2
parties 4:3,12 5:7
parts 18:14 20:12
  22:15 23:11,14,18
  63:25 196:19
pass 136:24 137:1
  137:8 138:1
patience 196:20
patient 110:3
patio 53:17 54:23
  122:13
paula 103:25
  104:1,1,2,3
pause 58:17
pay 41:8,13 60:20
  60:25 62:15 82:5
  109:1 150:10
  210:9
pays 116:23
pc 4:17
peaches 204:18
peanut 204:20
peanuts 204:22
pears 205:1

peas 204:24
pecans 205:3
pellet 11:19 12:10
  12:11,19
pellets 11:6 12:18
  16:11
pen 57:20 59:11
  59:23
pending 7:9 211:3
pension 108:14,15
  212:14
people 18:13 85:9
  87:19,20 89:16,18
  89:22 95:16 99:5
  137:17 159:3
  161:13 187:14,20
  189:6,12 190:15
  190:21 193:21
pepper 199:4
  208:21
pepperoni 205:5
peppers 200:17
percent 7:17 43:12
  43:14 89:18,24
  90:2,4
percentage 89:10
  89:13
perfect 59:15
perfectly 7:3
perform 46:18,21
  47:3
performance 1:9
  4:25
performed 157:16
performs 112:5
period 17:13
  47:16 131:19
  178:17 180:19
periodic 179:6
permanents
  175:22

person 46:22 47:2
  215:14
personal 156:1
  160:25 161:4
personally 125:8
  142:2 143:9 147:5
  158:14 159:8,18
  159:19,22 166:13
  210:21
personnel 8:12
persons 1:5 4:23
pertain 160:4
pest 145:2
peter 189:10
pets 175:12,18
pfoa 48:1 62:4
  63:12,21 64:2,14
  64:20 65:9,14,21
  66:1 75:16,19,24
  76:2 77:5 80:15
  80:23 81:10,14,18
  82:1,8 84:12,18,25
  85:5,15,20,24
  86:10 87:12,25
  88:17 89:11,21
  90:3 91:17 92:10
  92:12,22 93:7,12
  93:17,20 94:1,6,10
  94:15,16,20 95:8
  95:12,20 98:15,20
  125:6,13 150:3
  152:14 153:2,6
  155:10,19 156:17
  156:25 157:11,13
  157:19,23 158:5
  158:10,13,18,22
  159:6,10,23
  160:11,12 161:2
  161:10,13,23
  162:6,15,19 165:3
  165:4 177:8,11,13

177:18,20 187:2,6
187:8,12 188:3,21
188:24 191:1,15
191:16 192:9,14
195:1
**pfoas** 191:17
**pharmacy** 127:21
127:22
**phenacetin** 184:9
**phenobarbital**
184:11
**phone** 2:6,10,14
2:19,23 150:23
193:4
**phones** 4:9
**photo** 114:8,16
118:6,21 119:5,11
119:21 120:15,23
121:2,8,11,15,20
122:2,4,19,22
**photograph**
114:20,23 115:12
115:23 116:8,10
116:20
**photographs** 3:16
113:17,20,22,23
**photography**
146:11
**photos** 59:6
**phrase** 92:24
139:8
**physical** 48:8
92:11,21,24
107:19,20 109:11
111:1 112:6
135:19,24
**physically** 15:10
15:20 21:23 22:4
**physician** 107:9
107:17 112:10
138:19

**pick** 4:7 7:6 173:4
**pickled** 205:7,8
**pickles** 201:18
**picture** 116:12
**pie** 198:12 205:18
**pieces** 13:16 19:24
**pill** 125:2
**pineapple** 205:10
**pineapples** 205:9
**pistachios** 205:12
**pistol** 147:20
**pizza** 132:22
**place** 4:9 62:21
86:8
**placed** 14:21
21:16,16 78:14
155:19
**places** 51:21 59:12
86:10,11 133:7
**plaintiff** 4:20
105:19 106:1,8
154:1
**plaintiffs** 1:6 2:3
4:24 5:16,18,20
186:20
**plans** 61:23
**plant** 20:10
**planted** 52:11,11
52:21
**plants** 52:10 147:2
147:7
**plastic** 21:11
**plastics** 1:9 4:25
**play** 135:3 163:21
164:16
**played** 165:15
**playing** 123:15
165:23
**playroom** 121:13
**pleasant** 2:5

**please** 4:6,8 5:22
6:7 7:1 34:19 38:2
57:9 66:19 78:1
189:19 192:21
193:2
**plot** 32:7,12 44:17
44:25
**plots** 32:19
**plumbing** 147:11
**plums** 205:14
**plus** 164:15
165:14
**pocket** 156:3
**poet** 64:4,8,12,20
64:21 65:8,11,13
65:25 81:19,21,24
82:3,5,7 96:24
97:5,10,14,15,15
98:1,15,21 99:7
189:14
**point** 53:24 64:5
153:8
**poison** 98:5
141:16,18
**poisoned** 155:11
**poisoning** 180:8
**poisonous** 155:19
**policies** 60:6
**policy** 60:16,18
61:6
**polish** 142:14
143:18 144:22
**pool** 49:8 173:9,11
**pools** 49:12,14
**porch** 53:14,14
54:9,12,13,16
122:6,7,10,16
**pork** 167:4
**portion** 59:25
**position** 189:15

**positive** 73:25
90:18 95:6 98:8
98:19 99:2,8
157:14 162:20
192:16 194:7
**possibility** 84:18
84:22 162:8,11
**possibly** 125:13
**post** 41:4
**potassium** 126:6
**potato** 208:1
**potatoes** 197:13
205:16
**potential** 84:12
**pottery** 145:19
**poultry** 167:2
**pounds** 176:25
**power** 50:17
**pownal** 101:2,3,10
**predominantly**
45:14
**predominately**
45:4,7,13
**prefer** 96:21
**preferred** 96:7,8
**prepare** 154:10
**prepared** 154:9
**preparing** 154:3
**prescribes** 128:6
128:12
**presence** 63:12
64:2,14,20 65:21
66:1 80:15,23
81:10 85:19 90:3
91:17 165:4
190:25
**present** 5:5 61:23
81:13 91:1,12
95:22 96:23
101:25 102:6
103:12 104:11

123:14 145:17,18
**presently** 123:12
  162:13
**president** 31:10
**press** 24:12
**pressed** 19:17
**presses** 11:22
  19:23 24:3
**pressure** 81:4
  92:18 109:10,14
  123:25 125:19,22
  125:24 126:3,7
  128:23 129:3
  140:6,7 162:17
**pretty** 44:13,14
  106:20 190:16
**prevent** 180:11
**previously** 102:11
**price** 95:19 155:12
**primarily** 167:18
  170:13,19
**primary** 107:16
**print** 215:9
**prior** 46:20 47:18
  63:8 65:17 165:1
  165:3,4
**private** 4:8
**privately** 108:16
**probably** 9:13
  11:15 55:21 56:20
  73:11 104:8
  106:18,18 131:16
  133:14,17 148:4
  156:18 163:5
  164:12,19 177:21
  181:2 186:11
  194:10,17
**problem's** 156:4
**procedure** 155:19
**proceed** 5:23
  195:19

**process** 15:18,25
**produce** 71:11
  72:11
**produced** 71:14
  113:17
**product** 171:17
**production** 10:14
  17:18
**professional** 1:15
  82:11 87:10 159:5
  161:19 185:14
  215:3
**professionally**
  173:6
**proffer** 168:17,18
  168:20
**progressions**
  156:15
**promise** 59:25
**pronounce** 137:20
**properties** 40:21
**property** 3:10,14
  30:25 43:7,10,12
  43:15 45:25 47:19
  47:22 48:9,16
  49:1,3,6 69:9
  70:17,23 88:18
  154:25 156:1,1
  163:11
**prospective** 94:9
  97:25
**protect** 16:23,25
  22:13
**protective** 22:17
**proved** 149:25
**proven** 158:22
**provide** 155:23
  193:24 194:2
**provided** 17:2
  22:13,16,20 154:5
  154:7

**providing** 154:5
**public** 6:1 8:12
  96:3,4,6 98:23
  99:10 214:17
  215:22
**publyk** 133:5
**pull** 109:17
**pulled** 47:8,9
**pump** 171:21
**pumpkin** 205:18
  205:20
**purchase** 30:8,13
  41:11,17,23 51:10
  72:22,24
**purchased** 30:10
  135:5
**purpose** 115:1
**purposes** 75:4,7
  75:11,21,24 76:17
  76:20,24 77:5,10
  77:15 78:15 79:12
**pursuant** 1:14
**pushed** 13:21
**pushes** 13:7
**put** 11:5,6,19,20
  11:21 20:15 46:23
  52:8,8 53:15,17
  55:6,8,14,18 58:9
  58:11,11 62:2
  86:6 107:10
  122:11 123:7
  134:15 138:6
  162:10 192:17,17
**putative** 156:7
**puts** 11:22

**q**

**quality** 155:13
**quantity** 176:8
**quarterly** 64:18
**question** 7:9 16:3
  38:2 51:17 72:10

81:23 85:13
  110:16 116:17
  142:22 154:19
  159:16 160:15
  161:7 168:15,20
  168:23 169:2
  206:25 211:7
  212:6
**questioning**
  194:22
**questions** 6:21 7:2
  140:13 194:23
  196:5 210:4 213:1
**quick** 172:17
  209:16
**quickly** 197:11
**quinn** 2:17,21 5:9
**quinnemanuel.c...**
  2:19,23
**quit** 131:20
**quite** 32:3 135:7
**quoted** 151:12,24
  152:2
**quotes** 150:25

**r**

**r** 2:1 29:5 126:6
  150:21,21 216:1,1
**racquet** 10:5,8
**racquetball** 9:22
  123:15 135:3
  163:22 164:16
  165:12,15,19,22
  165:24
**radius** 149:23
  190:6
**raised** 176:16,17
**raisins** 205:22
**ramunto's** 132:22
**ran** 47:6
**ranch** 35:3,8 37:9
  37:16

**range** 39:21,21
**rat** 141:16
**raw** 14:7,10,22
  16:13,18,21 17:4
  18:14 19:12 20:17
  21:1,18 22:4,12
  24:10 167:18
  201:16 205:24
  209:10
**reach** 188:12
**reached** 188:13,14
  188:19
**reaching** 193:20
**read** 36:24 37:13
  68:25 69:12 71:2
  150:12 151:10,21
  153:25 159:1
  160:4 162:1,3
  191:21 193:1
  214:3
**readily** 177:22
**reading** 151:8,17
  159:24
**ready** 63:4 112:24
  173:2
**real** 3:10 30:25
  69:9 70:23 86:19
  149:15 174:18
**really** 17:24 19:22
  21:20 22:14 34:6
  36:14 37:19,19
  38:23 45:10 48:12
  48:21 52:1,16,16
  72:18 75:14 78:6
  79:13 83:20 88:4
  88:12 97:16,22
  99:7,14 108:2
  110:2 111:2,2
  130:16 136:3
  182:5 186:24
  189:14 192:7

  195:3,3,3 210:16
**realtor** 54:25
  87:10
**reason** 36:11
  37:23 38:4 63:9
  65:18 96:13,15,20
  111:1 153:19
  194:5 216:4
**reasons** 187:14
**reassess** 75:21
  76:5
**recall** 51:9,12 53:7
  53:22 54:1,3,6,15
  54:15 55:17 56:3
  57:7 58:24 63:18
  64:19 66:9,11
  68:9 81:13 89:25
  94:18 96:23
  100:13,21 106:16
  109:3 110:24
  111:2 118:19
  119:18 150:19
  151:8 157:16
  167:13 179:12
  181:8 186:6
  188:15 189:11
  190:14
**receive** 8:15 46:15
  46:17
**received** 74:13
**recess** 62:25
  112:18 172:21
  209:24
**reclarify** 16:4
**recognize** 35:16
  67:8 78:5 109:24
  153:22 189:23
  192:25
**recollect** 140:3
**recommend** 130:1
  130:5

**recommended**
  48:3
**record** 4:6,12 5:11
  6:8 57:23 62:24
  63:3 76:14 79:1
  103:5 112:17,21
  116:7 119:25
  124:11 154:19
  168:11,14,25
  172:18,20,24
  181:18 195:15,19
  195:23 209:15,23
  210:2 213:6 214:6
  215:11
**record's** 71:16
  76:4 193:6 195:6
**recording** 4:11
**records** 109:17
  110:1 113:5
  123:11 160:22
**recoup** 150:8
**recruiting** 17:20
**red** 206:1
**redo** 54:2
**redone** 54:7
**reduced** 215:9
**reduction** 90:3
**refer** 187:20
**referred** 119:10
  123:4 150:15
**referring** 150:16
  158:2 191:25
**refinanced** 42:7
**refined** 134:22
**refinish** 146:2
**refresh** 79:10
**refrigerator** 39:10
  39:12,21
**regard** 195:23,25
**regarding** 188:24
  195:1

**registered** 1:15
  150:4 215:2
**regular** 48:2 181:3
**regularly** 124:17
  125:21 134:25
  135:9
**reimbursed** 94:17
**reject** 15:16
**related** 125:14
  161:1 196:9
**relation** 187:6
  195:25
**relations** 8:13,13
  17:20 18:16
**relatives** 139:13
**released** 14:4
**relevance** 168:7
  168:11,14,18,21
  168:24 195:8
**relevant** 72:14
  196:1,6
**reliable** 97:11
**relief** 155:22
**religious** 40:25
**remain** 132:13
**remember** 51:6
  67:21 72:18,20
  79:13 103:10
  135:18 150:18
  151:17 171:5
  172:13,14 191:8
  193:3,3 194:4,10
  194:15,16,19
  196:12
**remind** 170:8
**remodeled** 56:5,17
**remodeling**
  119:14 120:20
  123:1
**remodelling** 119:7

remotely  5:6
remove  81:20
removed  81:16,17
  81:18 82:1
removes  82:8
remy  17:8,10,14
  17:23 18:11,19
  21:23 22:21,24
  23:4 24:23
rent  62:18 74:20
rep  106:3
repainted  58:13
repair  146:4 210:9
  211:22 212:1
repaired  51:21
  54:22 212:3
repairing  164:4
repairs  147:10
  211:14,20
repeat  56:19 81:23
  93:2 97:2 159:18
repellant  141:1
rephase  75:18
rephrase  71:25
  72:9 155:4
replace  51:1,7
  53:4,7
replaced  50:24
  51:3,13,18 52:23
  53:14 61:1 117:9
  117:22,24 118:3
  118:16,19 119:9
  121:25 122:25
  123:3
replacement  53:5
replacing  119:15
report  3:11,13,15
  67:5,11 68:4
  69:10,24 70:3,24
  151:1

reported  215:8
reporter  1:15 7:6
  48:13 215:3
reports  82:12
represent  5:7 6:12
representative
  156:7 190:20
  191:10 193:14
representatives
  189:4
representing  4:13
  5:22 154:21,24
requested  67:13
  71:7,19 72:5
require  148:10
  168:17
required  24:11
research  89:3
  130:4
resemble  52:9
reserpine  184:16
residences  170:3,6
residential  37:9,11
  69:24
residents  187:2,5
  187:9
resolve  144:6
respect  89:6 94:10
resperine  184:16
respirator  22:21
respirators  17:2
respond  191:4
responded  191:7
responsibilities
  10:13 17:13 18:10
  23:3
responsible  23:17
restate  38:2
restaurants  133:1
  133:4

results  63:21,24
  112:8 135:23
  157:19
retaining  49:5
  50:2
retention  181:16
retile  55:25
retiled  55:23
retired  8:23
  146:23
return  211:8
  212:6
revenue  95:15
review  154:11
reviewed  160:21
  161:23
revisit  51:16 179:9
rheumatism  182:3
rice  206:3
richard  189:10
rifampin  184:19
rifle  147:20
right  13:12 20:22
  21:20 23:1 24:7
  24:15 29:1 51:3
  51:24 54:4,5,17
  55:5 56:16,22
  58:15 59:23 62:8
  64:25 65:2,5 67:4
  71:2 75:13 76:7
  76:23 78:10 86:1
  99:20 102:3
  103:14 114:4,4,18
  114:24 115:8
  118:14,17 120:2
  120:13 121:16,22
  123:9 124:15
  125:1 126:9
  132:22 135:10
  145:11 153:20
  160:17 163:5

164:23 165:7
  167:23 168:25
  170:4 172:7
  191:15,21 193:9
  193:10 194:2
  198:7 209:15
righty  66:25
risk  138:20 158:18
  161:14,20 162:9
  162:10
river  43:16
road  31:4,19 95:10
  100:11,12,15,17
  100:20,24 101:1
  170:11,18,21
roast  206:5,15,15
roasted  206:7
robert  130:8
robinhood  187:25
robinson  104:1
rocks  45:18
rocky  43:5 50:10
  50:12
role  21:22 154:3
roll  14:19,20
rolls  206:9,11,12
roof  50:24 51:1,4
  51:7,16,18,22
  54:22 212:3
room  5:6 11:13
  55:12 56:14
  114:13,14,24
  115:13 116:2,22
  116:22 117:2,15
  119:12,22 121:13
  121:18 122:5
rooms  55:11 56:5
  56:11,18 117:6,17
  117:20
root  50:14,16

rotting 53:6
roughly 44:1 46:5
  95:5
routine 110:18
routinely 108:22
  108:25 109:10
  112:5
roy 4:13
rpr 215:21
rug 144:4
rules 6:17,19
  168:17
run 20:13 23:11
  24:6,16,18 79:24
running 50:18
ruptured 137:6
russett 31:19

s

s 2:1,5 3:8 20:24
  20:24 124:23
  126:6 183:12
  216:1
s.10 193:11 195:25
  196:2,9,13
safe 144:21 172:15
safety 17:1 22:19
saint 1:8 4:24 6:12
  150:7 155:16
  187:5 188:4,25
  194:25 196:10
  216:2
salad 209:12
salami 206:17
sale 61:18 85:18
  95:15
sales 149:15
salmon 167:12,14
salt 206:19 207:2
sand 45:18
sandwich 203:13

sandy 50:11
saturday 191:9
sauce 201:12
  207:16,17
sauna 49:9 173:13
sausage 167:6
  207:4
saw 124:11 143:2
saying 43:23 54:25
  172:10,14 191:4
  191:12
says 35:23 36:1,6
  37:4,7 60:18 67:5
  67:10,12,12,23
  68:6 69:3,6 70:16
  72:2 79:5 98:18
  110:3,6,11,17
  149:9,14,19,22
  150:20 161:12
  162:1 191:17
scan 36:25
scheduling 18:15
schmeltzer 188:8
  188:12,13,19
school 7:19 8:20
  8:21
schools 41:5
science 11:24
scope 70:18
scotchgard 171:4
scratch 172:12
screened 122:6,7
screening 145:21
screws 23:8
seafood 133:6
seal 215:17
search 71:12
sears 189:4 190:21
  191:10
season 147:23,24

seasonal 133:21
  135:13 141:4
  164:10 169:22
  171:15 197:23
  207:23
seasonally 163:8
seasons 164:13
second 65:3 69:1
  103:15,18,20,23
  104:16 114:6,8
  119:3,4 179:10
section 149:14
security 212:18
see 14:6 23:9,12
  23:23 24:1,7,12
  36:4,9 37:6,7
  57:10 67:4,15
  69:2 71:13 72:6
  78:21 79:7 87:16
  109:17,25 110:3,4
  110:13 111:4,6
  117:12 121:22
  122:15,19 124:17
  125:21 126:17
  149:13,20 150:24
  190:12 210:16
seeds 205:20
  207:24
seeking 47:19,22
seen 98:18
seldom 202:25
sell 61:20,23 62:10
  80:5 87:20 89:19
  89:20 90:1
selling 95:14
senate 193:15,25
  194:3,8,14 195:8
senator 193:16,16
  193:17,23 194:13
send 24:6

senior 135:10
sense 6:24 7:11
  24:24 87:13
  139:15 140:20
  178:14 197:1
sensitive 4:7
sent 190:14,15,16
  190:24 193:8
sentence 36:3 37:4
  191:16 192:6
separate 73:21
separately 108:12
sepsis 137:19
september 65:2
septic 141:7
serax 184:5
series 13:8,11
serious 92:15
  136:9,9 174:16,18
seriously 136:4
servings 134:21
sesame 207:6
set 9:2 23:10,22
  115:12 148:7
  156:2
sewer 50:17
shaded 110:19
shaft 19:15
shakes 7:4
shampoo 144:4
shampoos 175:17
sharon 187:23
shed 48:25
sheds 49:22,22
sheet 214:5
shellfish 207:8
shift 22:3,10
  163:21
shoe 143:18,18
shoot 148:3

shooting  147:20
shopping  169:10
short  178:17
  180:15
shots  180:19
shower  81:8 166:7
  177:14
shrimp  207:10
shrubs  52:8
siberian  175:15
siblings  137:22
  139:13
sic  20:24 124:4
side  9:9 18:1,4
  44:4 79:24 83:10
  123:8 192:18
siding  29:15,18
  32:23 33:1,7,11
  38:19 51:13
signature  4:3
  215:20
signed  154:1,11
silica  28:11
silk  145:21
silver  1:16 2:12,12
  4:17,22 5:15,15,22
  12:12,23 14:9
  108:6 142:20
  159:13 209:5,8
similarly  1:5 4:23
simulator  9:3,3
single  29:7 95:6
sink  147:14
sir  6:5,25 7:12
  15:1 16:6 17:7
  20:7,25 22:9 23:2
  24:25 25:18 28:8
  29:2 30:12 31:10
  35:9 37:14 38:9
  40:6 42:5 46:8
  48:21 52:1,22

54:17 57:7 58:15
58:16,24 59:15,17
60:19 61:18,19
63:6 64:22 65:7
67:21 68:9 69:15
70:9 71:5 72:18
73:7,8 74:11 77:3
77:12,22 78:5
79:13 81:17,23
83:12 84:4,23,25
87:6,24 88:12
89:25 90:4 91:23
92:3 93:2 99:22
101:15 102:4,10
103:15,22 105:15
105:18,25 108:18
109:3 110:2,5,7
111:2 112:1,25
113:25 114:21
116:5,9 117:4,5
118:20,25 125:23
128:21 130:8,13
130:16,25 131:2
135:22 136:7
138:1 150:13
151:18 158:3
160:23 172:14
177:12 181:11
182:18 184:2
186:8 194:4,10,15
196:12 206:10
208:10 211:22
sit  44:25
sits  30:14 41:9
situated  1:5 4:24
  42:10,25
situation  150:8
situations  15:15
six  18:6,22 47:17
  106:13 116:10,20
  131:13 144:10

147:9,24 148:3
  167:11 169:14
size  24:1 34:3
  38:18 44:16
  126:25 127:1
ski  91:14 170:23
  170:25
skied  171:2
skipped  115:17
skis  171:2
sleeping  163:6
  182:7
slight  140:7
slope  44:8,10
slopes  44:9,12
small  8:23 61:16
smoke  131:1
  192:10
smoked  131:3
  207:12,14
snowplows  164:5
soap  177:16
social  212:18
socially  79:19
  80:16
soda  133:23,25
  134:4
softeners  143:4
software  78:20
soil  50:9 65:18,20
  65:25
soldering  147:17
solenoid  20:23
  21:2
solenoids  19:7
  20:21
solvents  175:24
somebody  154:9
somewhat  14:18
  38:18 81:7 107:5
  190:8

soots  28:13
sorry  34:18 43:8,9
  46:20 56:12,19
  61:14 71:21,23
  73:5 75:2 76:1
  77:22 85:3 96:17
  99:9,11 104:2
  105:3 110:8,15
  112:3 115:10,14
  116:16 118:7
  137:9 140:12
  143:1 152:17
  168:12 176:2
  181:6 182:18
  184:17 193:16
  198:21 201:17
  211:2
sort  146:13
sought  158:11
sound  23:25 24:12
  51:3 54:4 64:25
  65:2,5 75:13
  76:23 124:14
  125:1 126:9
sounds  51:5
source  40:12
  46:14 74:14 84:12
  108:5,11 170:15
  170:21 212:21
sources  210:19
  212:7,13
south  43:1 44:11
  110:11
soy  207:16,17
spare  118:25
speak  90:22 105:1
  136:3 157:18
  159:8,19
speaking  150:19
specific  143:25
  158:17 159:6

182:21 206:20,23
**specifically**  19:3
20:3 71:18 160:4
161:8 191:7,8
211:24
**specifications**
23:13
**speculation**  34:5
**speed**  158:10
**spelled**  20:24
**spend**  162:23
163:7,12 174:8
**sperry**  2:4
**spiese**  189:10
**spinach**  207:20
**splenda**  134:11
**spoke**  157:22
158:7 159:3,22
**spoken**  87:9,15,16
89:22 158:4
**spot**  144:6
**spray**  140:22,24
143:6,22 144:6,13
144:14,17
**sprayed**  146:7
**sprays**  26:23
141:7,9
**spring**  188:16
**sprouts**  199:17
**square**  30:3,5
33:23
**stabilized**  150:7
**stack**  192:10
**stacks**  185:24
192:11
**stage**  16:8
**stained**  145:25
**stainless**  39:4,6
**stainmaster**  171:6
**stains**  27:14

**stairs**  62:15
121:17
**stairway**  114:5
116:13 117:24
118:2
**stairwell**  122:20
**stalls**  149:15
**stamp**  19:23 23:21
**stamped**  14:20
**stands**  149:8
**starch**  143:22
**stars**  110:19
**start**  14:2 17:16
66:25 83:16
130:14 131:15
135:6 139:22
163:18 169:25
171:17
**started**  7:14 17:17
53:11 56:6 117:10
117:23 119:8
120:21 128:22
134:18 137:17
156:19,22 188:7
188:17
**starting**  19:7 20:5
20:8,18 21:15
28:6 115:15 164:5
**state**  5:10 6:7 7:21
7:21,23,25 8:17
60:9 75:3 92:8
105:14,16 168:5
189:4 193:14
195:15
**statement**  70:19
**statements**  214:7
**states**  1:1 5:1
71:19
**station**  191:18,20
191:23,24 192:12

**stay**  62:8 107:7
156:9 164:18
**steak**  166:21
**steel**  12:6,7,8 13:3
39:4,6
**steep**  44:13
**stenographically**
215:8
**step**  15:24
**stepgranddaught...**
105:1
**steps**  61:17 81:15
81:22,25
**sternberg**  2:12
**stick**  143:6 171:19
172:5,9
**stipulation**  4:1
**stomach**  179:18
179:21 184:12
**stone**  33:7,8 52:9
**stop**  131:12
137:18 172:9
**store**  174:13
175:24 176:1,4
**stored**  176:12
**storm**  53:24
**story**  62:12
**stove**  148:17
**strawberries**
207:22
**stream**  10:15
**street**  1:17 2:5,13
4:18 15:6 43:16
70:18 73:5,6,10
74:5,9,13,21 82:17
82:21 83:6 185:13
**streets**  31:15
40:22 41:1,5
**strengthen**  123:19
**stressful**  155:14

**stretching**  123:18
**strictly**  109:6
**strike**  194:23
195:13
**stroke**  137:5
139:25 140:1
**structures**  30:22
**stuart**  190:18
**stucco**  33:11,11
**stuck**  115:18,20
**studies**  82:10
**study**  7:23,25 8:18
**stuff**  116:25
**style**  36:7,13 38:12
**styles**  36:15 38:19
**subassemblies**
20:19
**subdivided**  30:20
**subdivision**  37:9
**subject**  36:6 69:10
70:17,23 193:11
**subjected**  93:25
160:11
**subjecting**  94:14
**submitted**  195:24
**subscribe**  214:6
215:16
**subscribed**  214:12
**subsequent**  65:25
**substitute**  134:7
134:10,14,18,23
**sugar**  134:7,10,14
134:18,22,22
**suggestions**  23:5
**suing**  155:6,7
**suite**  2:9
**sullivan**  1:3 2:17
2:21 4:22 216:2
**summer**  133:21,22
141:5,14,15
163:13 164:14

| | | | |
|---|---|---|---|
| 166:10,25 169:24 177:5 207:23 | **surface** 43:3 50:13 | 129:24 130:1,15 | **tastes** 96:12 |
| **summertime** 164:17 | **surgery** 127:8,11 127:13,14,15,17 130:6,10 | 156:24 163:22 166:8 172:17 174:3 178:16,21 | **tax** 54:25 75:4,7 75:11,21,24 76:16 76:20,24 77:5,10 |
| **sunburn** 174:16 | **suspected** 149:23 | 178:24 179:2,4,7 | 77:14 78:15 79:12 |
| **sunflower** 207:24 | **sustained** 162:5 | 179:20 180:5,11 | **taxes** 62:16 |
| **supervised** 10:17 18:24 | **swear** 5:23 **swedging** 11:21 13:5,6,7 | 180:23,25 181:10 181:15,24 182:5 182:12,14 193:2 | **tce** 28:15 **tea** 133:18,19 134:8 203:5 |
| **supervisor** 17:18 17:23 18:2,10 21:23 | **sweet** 208:1 **swim** 173:9 | **taken** 1:14 4:19 62:25 82:11 88:6 | **tedious** 196:19 **teflon** 149:9 172:11 185:19 |
| **supplement** 129:15 | **swimming** 49:8 **switch** 20:23 | 112:18 114:16 116:13 128:17 | 186:17 **tell** 7:15 8:2,8 |
| **supplements** 129:5,6 182:15,17 182:19 | **swore** 154:14 **sworn** 5:25 214:12 215:4 | 129:1 172:21 178:12 179:15,23 181:5 183:1 184:3 | 10:12 12:2 13:6 14:16 19:12 20:8 24:19 29:15 42:9 |
| **support** 154:1 | **synthetic** 45:22 | 184:25 209:24 | 53:13 81:2 94:11 |
| **suppose** 93:21 | 53:15,16 122:11 | **talk** 10:10 20:21 | 139:3 140:18 |
| **supposed** 59:17 103:11 | **syrup** 184:1 **system** 53:18 | 29:2 50:20 79:15 79:17 99:19 | 159:5,9 168:14 177:9 178:12 |
| **sure** 6:16 9:10 13:18 17:16 24:25 | 55:20 64:5 65:11 65:13 81:19,21,25 | 136:13 177:6 187:7 209:20 | 183:1 196:20,23 **telling** 114:11 |
| 29:14 45:10 49:15 | 82:3,5,7 96:24 | **talked** 55:3 89:16 | 121:19 133:6 |
| 50:8 51:2 52:22 | 97:5,10,14,16 98:1 | 156:11 158:8 | 190:3 |
| 54:22 56:20 61:4 | 99:7 150:11 156:2 | 189:12 | **ten** 43:14 47:10 |
| 61:7 76:25 77:12 | 189:14 | **talking** 13:15 58:1 | 90:23 106:16 |
| 81:24 82:4 83:12 | | 58:14 99:17 115:7 | 130:17 169:5 |
| 91:23 92:3 93:5 | **t** | 139:10 209:17 | 171:18 |
| 94:7 95:11 97:4 | **t** 3:8 25:3 29:5 | 211:21 | **tend** 164:21 165:8 |
| 98:6,17 99:21 | 124:23,23 126:6 | **tammy** 71:20 72:5 | **term** 13:5 90:7 |
| 116:14 119:20 | 150:21 216:1,1 | 72:7 | 92:5 |
| 125:7 130:20 | **tab** 14:4 | **tank** 40:14,15 | **terminals** 21:5 |
| 139:16 140:21 | **tablet** 126:10 | **tanning** 174:19 | **termite** 145:6 |
| 156:20,21 157:25 | **take** 7:7,10 18:8 | **tap** 165:7 170:13 | **terms** 12:1 37:20 |
| 163:4 174:7 | 19:10 39:8 57:20 | 170:19 | 76:5 |
| 178:15 186:6 | 59:23 62:21 69:14 | **tapazole** 183:22 | **terrible** 81:4 92:18 |
| 188:17 190:1,16 | 77:19 90:2 104:2 | **tape** 112:13 | 157:5 |
| 194:4,12,16 | 112:13 124:21,22 | **tar** 25:22 | **test** 24:11,16 63:16 |
| 198:19 199:6 | 125:1 126:2,5,9,21 | **tarragon** 208:3 | 63:19,21 65:3,6,24 |
| 210:17 | 126:23 127:5,20 | **tars** 28:13 | 87:4,8 109:7,13 |
| | 128:7 129:5,7,10 | | |
| | 129:13,15,17,18 | | |

110:21 111:9
112:6,9 157:16,19
191:13
**tested** 24:7 63:9,11
64:2,14,20 65:18
65:20 66:1 108:19
108:22 109:4,7,10
110:24 111:9,13
111:17,20 152:15
157:11,13 188:20
190:11,22,25
191:3,5
**testified** 6:1
**testify** 193:4 215:4
**testimony** 193:24
194:3 195:25
213:4 215:11
**testing** 24:4
149:24
**tests** 48:2 65:8,25
109:1 112:4
**tetrachloride** 26:9
**tex** 171:8,10,11,12
171:13
**thank** 6:10 59:2
66:21 71:24 75:2
76:12 80:14
140:11 181:22
**thanks** 195:16
212:25
**thereof** 101:7
**therrien** 3:18
150:21 151:3
**thickness** 23:23
**thing** 59:11 62:4
97:21 98:8,9 99:2
146:13 157:5
171:15 196:15
**things** 7:4 54:23
58:12 71:4 76:6
81:5 103:11

110:22 111:4
116:23 132:2,2,9
132:10,13,15
134:23 137:6
142:9,10 143:12
145:16 163:14
164:7 177:15,17
194:18 198:4
206:19
**think** 15:23 19:25
20:5,25 22:23
29:14 32:16 42:6
58:22,23 59:18,22
61:6,7 62:20 64:3
64:17 65:22 66:2
80:18 84:7,17
87:11 90:19,25
91:4,10,11 94:8
95:5,7,13,17,18,21
96:20 97:20,21
98:22 99:5,18
115:15 117:8
125:5,13 127:1
135:16 141:8
145:1 149:8
150:17 151:4,7
159:22 162:8
168:8,16 171:7,20
175:19 180:10,17
180:18,18 181:6,7
181:11,25 184:3
184:13 185:20
190:15 192:14
193:5 194:5,6
196:24 209:10
210:5 211:5
212:11
**thinking** 77:23
211:4
**thinner** 67:2

**third** 9:6,7 65:6
68:17 114:20
191:16
**thought** 58:22
77:20 81:6 157:4
178:19 190:22
192:9
**thousand** 174:4
**three** 29:25 40:5
55:11 64:17 65:8
73:15,15,18,21
74:4 104:24
106:13 107:23,24
108:23 117:21
133:12,15 134:3
134:11,24 135:3
138:25 149:13
163:20,22 169:11
169:24 178:19
179:8 191:15
198:11 199:5,14
200:1,3,11,23
201:9,11,21,25
202:2,21 203:16
203:18,20,24
204:3,5 205:2,4,19
206:18 207:9,11
207:19,21 208:14
208:18,24 209:3,8
**thyme** 208:5
**thyroid** 140:9
182:9
**tick** 175:17
**tile** 53:20 58:12,18
122:25 123:3
**tiled** 121:22
**time** 4:15 5:5 7:7
8:24 12:19 17:19
18:8,22 19:11
22:16,23 39:8
53:22 57:7 58:23

59:22 60:22 62:22
63:1,12 64:1,19,22
65:21 77:13 81:5
81:13 82:16 91:1
95:22 96:5,23
102:18,22 103:21
112:12,14,19
123:14 135:18
138:23 142:12
143:17 145:17,18
148:3 157:6,22
158:1 163:3,7,12
163:17,18,19,20
163:24 164:11
169:5 172:19,22
174:22 178:17
179:14 193:2
194:11 196:5
198:3 209:22,25
213:1,3
**times** 15:19 64:16
102:11 134:3,24
135:3 147:24
148:4 149:13
161:18 162:22
163:22 169:11,24
171:16 173:9,24
191:15 197:14
198:11,13,22
199:5,14,20,22
200:1,3,5,11,19,23
201:5,9,11,21,25
202:2,21 203:12
203:16,18,20,24
204:3,5,7 205:2,4
205:19 206:18
207:9,11,19,21
208:14,18,24
209:3,8
**tiny** 61:15

Case 5:16-cv-00125-gwc   Document 212-44   Filed 11/27/18   Page 250 of 255

[title - upset]                                                      Page 33

**title** 17:12
**toast** 208:9,11
**today** 6:13 196:16
  196:25 210:5
**today's** 4:14 5:11
  60:1 213:4
**told** 81:11 138:19
  151:2,2 158:21,22
  158:25
**toluene** 28:17
**tomatoes** 208:7
**tones** 24:2
**tool** 48:25 49:22
**top** 13:3 14:1,5
  21:7 37:2,3 67:4
  67:10,24 71:19
  78:7 79:5 110:6,8
  110:8,18 122:20
**topic** 187:12
**torn** 127:16
**total** 141:15
**totally** 7:8 164:23
**touch** 142:23
**town** 36:8 75:3,9
  78:19,25 79:1
  86:11 90:16,22,24
  91:6 94:25 96:10
  128:3,4 133:8
  149:9 150:10
  155:25 169:19
  187:19 190:18
**tract** 180:8
**training** 86:18
**transcript** 214:3,6
**transcription**
  215:10
**transfer** 191:18,20
  191:23,24 192:12
**transunion** 71:6
**treat** 124:23 125:3
  126:6 180:2

**treated** 124:20
  125:24 126:20
  145:6
**treatment** 64:5
**trees** 48:15,22
  52:11
**trick** 142:22
**tried** 87:20 89:19
  156:9
**triglycerides**
  111:23
**trillion** 63:25
**true** 152:5 154:15
  215:11
**truth** 215:5,5,6
**try** 6:20,22 7:1
  16:5 132:8,8,11,13
  132:14,15,16
  156:4,14 164:18
  165:17 193:20
**trying** 62:8 157:5
  193:22 207:2
  209:13
**tub** 120:24 173:16
  173:18
**tums** 179:22
**turkey** 132:11
  177:1 206:15
**turn** 4:8 35:22
  36:20 57:9 59:3
  68:7,16 69:22
  74:24 78:17 113:7
  114:8 118:6 123:9
  149:11,13
**turned** 121:12
**tv** 156:18
**twice** 79:22 102:12
  107:18 141:14,14
  141:15 142:4,17
  143:3,16 166:10
  166:15,25 168:3

169:4,7 173:21
  174:1 175:20
  198:17 199:18
  200:13,15 201:13
  201:17,17,19
  202:10,12 203:2
  203:10 204:9,19
  204:21 205:17
  206:14 207:23
  208:8,16,20
**two** 8:24 12:14
  18:8,22 30:2
  39:12 40:2 47:7
  49:20 52:8 55:10
  56:1 59:3 62:12
  66:13 73:14 81:5
  85:18 87:20 120:9
  120:11 122:3
  134:11,16 135:3
  142:8 149:12
  162:18 163:20,22
  164:19 169:11,24
  170:1,6 171:24
  179:8 180:19
  186:9 197:14
  198:11 199:5
  200:1,3,11 201:9
  201:11,21,25
  202:2,21 203:16
  203:18,24 204:3,5
  204:7 205:2,4,19
  206:16,18 207:9
  207:11,21 208:18
  208:24 209:3,8
**type** 8:13 35:2
  38:8 40:10 90:19
  107:3 164:7 184:1
**types** 176:14
**typical** 107:13
**typically** 19:8
  133:3 163:16

179:20

**u**

**uh** 7:5
**uncle** 139:23
**uncles** 138:13
  139:14
**undergraduate**
  8:15
**underground**
  50:19
**underneath** 50:18
**understand** 6:21
  16:3,6,7 24:17
  36:14,19 37:19
  77:24 85:12 93:1
  107:9 109:16
  138:23 154:14,21
  154:24 155:22
  156:6,14 157:6
  159:17 161:6
  168:23 169:2
  196:9 206:25
**understanding**
  92:5,11,21 93:6
  155:2,15 161:2
  185:11,17 186:2
  186:16
**understood** 89:9
**undertaken** 81:15
  81:21,25
**union** 212:15
**unit** 20:16
**united** 1:1 5:1
**units** 73:21 150:6
**university** 7:21,22
  8:17
**upgrades** 52:3,7
**upper** 42:14
**upset** 179:18,20
  184:12

**upstairs** 56:12,13
   118:11,13,14
   119:6 147:14
**urinary** 180:8
**urquhart** 2:17,21
**usage** 177:19
**use** 12:14 14:6
   25:1,7,12 79:17,23
   80:19,21,24 81:4
   81:10 88:23 92:19
   93:10 97:14 132:1
   134:7 140:15,22
   141:1,7,11,16,18
   141:24,25 142:5
   142:11,18 143:2,4
   143:6,12,16,18,22
   144:7,11,17
   148:10,12 171:4,6
   173:13,15,20,21
   175:5,17 177:17
   201:3 207:2
   210:10
**useless** 92:14
**usually** 12:12 14:8
   14:8 96:12 107:5
   107:6,20 109:11
   109:25 134:5
   167:7,7 169:4

**v**

**v** 124:3,5,7,7,23
   126:12,17 181:9
**vacation** 169:6
**vague** 48:10 92:24
   139:8 157:1 160:8
   161:4 169:17
**valerian** 185:9
**valium** 184:7
**valuation** 3:12
   67:11,16,20,24
   68:1 71:7 86:19
   87:17 89:4,6

**value** 10:15 14:3
   54:20 55:1 68:4
   69:8 70:22 75:6
   75:11,16,23 78:12
   78:14 79:16 87:5
   89:23 90:5,12,18
   91:4,18 92:17
**valve** 88:3,8
**vanilla** 208:13
**varies** 133:5
   164:16
**varieties** 134:12
**variety** 38:12
**various** 110:22
   187:14 190:2,15
   196:17
**vegetables** 132:14
   167:18 205:7
   209:6,18,21
**verify** 87:4
**veritext** 4:14
**vermont** 1:1 4:19
   5:2 29:6 101:2,4
   102:21 110:11
   149:8 151:10,22
   156:22 188:10
**versus** 4:24 96:11
**vibrated** 47:7
**vice** 13:17
**videographer** 4:5
   5:21 62:22 63:1
   112:14,19 172:19
   172:22 209:22,25
   210:15 213:2
**videotaped** 1:13
**view** 86:13 90:21
   91:9 98:1 114:23
   119:21,23 121:8
   121:15
**viewed** 98:8

**viewing** 34:1
**village** 150:11
**vinegar** 208:15
**vinyl** 28:19 29:15
   29:18,22
**visit** 163:23
   167:25 168:2,5
   169:4
**visual** 70:16
**vitamin** 129:7,7,8
   129:9,12,16
   182:14
**vs** 1:7 216:2
**vt** 1:17 2:5,13 3:17
   149:5

**w**

**w** 2:8
**wait** 142:21
**waived** 4:3
**walk** 119:24 120:1
   120:3,4,6,6,9,10
   120:12,13 135:4
**walke** 189:10
**walks** 163:23
**wall** 49:5
**wallpaper** 117:9
   117:12
**wallpapered**
   117:3,6
**walls** 50:2 123:1,6
**walnuts** 208:17
**want** 71:4 95:16
   95:17 98:7,11
   138:9 195:14
**wanted** 62:6
**wanting** 83:22
   85:10
**warmer** 135:4
   163:13
**washer** 39:24 40:4

**waste** 185:23
**water** 46:14,15,17
   47:20,23 63:9,11
   64:13,21 65:14
   74:13 80:20,21,21
   81:3,3,5,15 82:1,8
   82:17,21 83:6
   84:13 85:1 92:18
   92:19,20 94:25,25
   95:24 96:3,4,6,10
   96:11,13,19 98:5
   98:14,20,23 99:3,3
   99:10,12 147:1
   150:3,6,10,11
   153:1 156:1 164:8
   164:19,21,23
   165:2,5,8,13,16,17
   165:20,25 166:3,6
   170:13,15,19,21
   177:9,10,16,17,19
   177:20,21,23,24
   177:25 178:3,6
   181:16 185:13
**watered** 177:14
**waterline** 88:24
**waterlines** 88:25
**wax** 142:11 171:2
**way** 13:24 39:1
   60:16 80:25 81:11
   83:24 84:15 87:6
   87:7 90:18 93:6,7
   93:17,20 97:6
   102:14 124:20
   125:8,25 126:20
   172:14 176:22
   180:22
**ways** 38:21 177:17
**we've** 23:18 54:19
   56:15,21 62:2,7
   66:5 67:1 78:24
   86:15 93:19,24,24

93:25 99:1,17
127:3,6,19
**weakness** 123:17
**wear** 16:22,25
22:17 171:13
**wearing** 171:17
**weaving** 146:15
**weed** 141:11 164:6
**week** 8:24 15:20
16:20 133:2,22
134:3,24 135:3,11
141:5 143:16
162:22 163:21,22
166:18 169:5
173:21 197:14
198:15 199:5,20
200:9,13,21
201:17,19 202:15
203:2,10,16,20
204:9,21 205:17
207:3 208:8,12
**weekly** 177:5
**weeks** 142:8
167:11 169:14
170:1 171:24
180:16
**weigh** 106:19
**weighed** 106:16,20
**weight** 106:14
107:8 179:15
**welcome** 112:23
**welded** 21:5
**welding** 28:22
147:17
**wells** 48:2 50:5
88:22 92:14 93:10
93:11,25 155:11
155:21 188:8,18
189:13 190:7,10
190:22 191:13

**went** 18:16 83:3
160:24 185:23
**west** 42:12
**western** 110:11
**whacking** 164:6
**whatever's** 9:4
**whereof** 215:16
**whichever** 138:8
**whiskeys** 199:9
**whispering** 4:7
**white** 3:16 208:19
208:21
**whitlock** 2:8,8
5:19,19 10:21
11:10 12:16 14:13
15:22 19:5 25:16
31:17 32:1 34:4
35:5 37:18 38:1,7
41:19 45:9 48:4
48:10 51:25 52:15
56:8,25 57:5,25
58:4,6,18,20 60:12
60:21 61:2,4
65:10 66:21 68:19
71:16,18,22 76:3,9
76:12 79:2 82:9
84:1,20 88:10
90:7 92:2,23
94:22 97:1 98:2
105:21 106:9
113:11 115:6
116:14,17 125:10
127:23 135:25
137:13 138:15
139:7,17 151:15
152:1,17 154:18
157:1 159:12,14
160:6 161:3 168:6
168:10,13,19
169:17 181:18
187:11 194:21

195:6,11,18
196:11 206:23
209:10 210:12,23
210:25 211:4,11
211:17 212:9
**whitlock's** 195:23
**whitney** 104:19,19
**who've** 89:22
138:13
**wife** 52:10 70:10
71:12 72:12,17,21
73:2,12,18,24 74:4
74:20 80:2 102:6
102:9,25 103:12
103:20 104:6
105:19 106:1,7
115:3 121:12
135:5 147:5 150:2
153:1 175:19
**wife's** 103:23
104:11 116:22
153:6 175:3
**wild** 176:16,22,23
**william** 136:17
**wilson** 2:17 5:13
5:13 195:22
**windex** 143:12
**window** 119:9
143:12
**windows** 52:24
53:2,4,8
**wine** 131:22 206:1
**winter** 9:7 166:9
173:21
**winters** 9:6
**wire** 47:7,7
**withdraw** 211:6
**witness** 3:2 5:4,23
5:24 35:24 57:4
57:13,24 58:14,19
58:21 59:5,16

61:3,5 63:6 68:21
69:17 70:15
112:25 113:21
115:8,14,17,20
116:16 137:14
139:20 209:7,9,12
210:6 211:1
215:16
**wood** 28:24 29:12
29:12,16 32:23
53:6,15 54:13,14
**wooded** 43:4,6,13
44:3
**woods** 45:7
**woodworking**
146:9
**woody** 45:14
**wool** 2:4
**word** 160:16
**words** 13:4 22:3
31:14 57:3 123:24
**work** 8:22,24 9:2,6
9:14,16,19,22,22
10:5 12:17 17:7
17:10,20,22 23:10
27:5 28:8 46:23
53:10 55:1 70:19
135:15 146:4
163:24 164:4,7
165:9 189:13
212:19,20
**worked** 9:5 10:23
12:23 15:9 17:8
22:21 23:5 27:15
28:21 165:11,19
166:2 195:4
**workers** 136:10
**working** 146:17
**workplace** 136:6,8
**worms** 178:22

[worried - zucchini]

**worried** 150:1
151:5
**worth** 85:2,16,25
87:12 88:19
**wrap** 196:25
209:20 210:5
**write** 58:10
**wrong** 136:4,4
145:9 152:12
155:17
**wrote** 151:11
190:2 192:6

**x**

**x** 3:8 69:7 181:9

**y**

**yard** 42:15,20
135:14,15 144:25
163:24 164:6
177:14
**yards** 45:3,13,17
45:21
**yeah** 11:14 20:23
38:4 39:3 42:21
46:12 54:5,22
58:5,16,19 60:13
61:5,14,14,16,16
61:17 64:23,23
75:19,19 76:10
84:3 97:4 101:6
103:9 104:9,10
105:24 106:20
107:4 108:10,25
110:20 111:7,12
111:19,22 114:19
115:8,20 119:23
122:21 133:2
135:10 139:9,20
143:10 144:15
145:18 146:21
149:8 155:7

162:25 163:2,9
165:4 166:14
169:21 172:8
176:9 179:15,19
184:3 185:14
190:1 193:2 196:2
197:3,8,10 198:6
200:8,18 202:7
203:15 206:13
207:18 209:7
210:22
**year** 18:22 34:10
76:2 77:16,20
79:22 100:13,25
105:7 106:25
107:18,19,20,21
107:23 126:14
127:14 142:4,17
143:21 146:24
163:3,17,18,19,24
164:11 167:17
168:3 169:4,7,11
173:9,10,24 174:1
174:13 176:24,25
180:21 181:14
186:9,11 198:11
198:13,17,21,22
199:12,14,18,22
200:1,3,5,11,19,23
201:5,11,13,21
202:2,8,21 203:12
203:18,24 204:3,5
204:19 205:2,4,13
205:15,19 206:18
207:9,11,13,15,19
207:21 208:14,16
208:18,20,24
209:3,8 212:16
**years** 17:22 18:3
18:22 39:15,17,20
40:2,5 47:10,10,11

53:3 54:10 55:15
55:21,21 100:5
101:11 105:3
106:16,19,20
107:23,24 108:24
116:24 119:20
130:17,17 131:13
131:18 133:14,16
134:19 137:13
138:25 144:16
146:7,22 168:2
171:18 172:3,10
172:14 175:1,10
175:15,15 178:18
178:19 179:13
181:14,21 186:9
186:10
**yesterday** 181:19
**yogurt** 208:25
**york** 2:18,22
157:4
**youngest** 105:10

**z**

**zone** 92:6,12 155:9
160:9,13 161:17
162:9
**zucchini** 209:2

Case 5:16-cv-00125-gwc  Document 220-41  Filed 11/27/18  Page 254 of 255

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.