# EXHIBIT 46

Page 1

1            UNITED STATES DISTRICT COURT
                DISTRICT OF VERMONT
2

3

    JAMES D. SULLIVAN, et   )
4   al, individually, and   )
    on behalf of a Class of  )
5   persons similarly        )
    situated,                )    Civil Action No.
6                            )    5:16-cv-00125
            Plaintiffs,      )
7                            )
       vs.                   )
8                            )
    SAINT-GOBAIN             )
9   PERFORMANCE PLASTICS     )
    CORPORATION,             )
10                           )
            Defendant.       )
11

12

13           VIDEOTAPED DEPOSITION OF LINDA CRAWFORD,
14      taken pursuant to notice before Beth Gaige,
15      Registered Professional Reporter, at the
16      offices of BarrSternberg Moss Silver & Munson,
17      P.C. 507 Main Street, Bennington, Vermont, on
18      April 25, 2018, commencing at 9:25 a.m.
19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S
 2
 3        FOR THE PLAINTIFFS,
 4
              EMILY J. JOSELSON, ESQ.
 5            Langrock Sperry & Wool, L.L.P.
              P.O. Drawer 351
 6            Middlebury, VT 05753
              Phone:  802.388.6356
 7            E-mail:  Ejoselson@langrock.com
 8
              DAVID F. SILVER, ESQ.
 9            Barr Sternberg Moss Silver & Munson, P.C.
              507 Main Street
10            Bennington, VT 05201
              Phone:  802.442.6341
11            E-mail:  Dsilver@barrsternberg.com
12
        FOR THE DEFENDANT:
13
14            NATHAN WILLIAMS, ESQ.
              Quinn Emanuel Urquhart & Sullivan LLP
15            51 Madison Avenue
              New York, NY 10010
16            Phone:  212.849.7000
              E-mail: Nathanwilliams@quinnemanuel.com
17
18            PAUL A. LAFATA, ESQ.
              Quinn Emanuel Urquhart & Sullivan LLP
19            51 Madison Avenue
              New York, NY 10010
20            Phone:  212.849.7000
              E-mail:  PaulLaFata@quinnemanuel.com
21
22
23
24
25
```

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 4 of 260

Page 3

1                          INDEX
2

   WITNESS:  LINDA CRAWFORD
3

      Direct Examination by Mr. LaFata              7
4     Cross-Examination by Ms. Joselson            213
      Redirect Examination by Mr. LaFata           216
5
6
7
8
9
10                      E X H I B I T S

11    Exhibit No.     Exhibit Description          Page
12    Exhibit 1    Notice of Deposition             9
13    Exhibit 2    Incident report                 29
14    Exhibit 3    Incident Report                 33
15    Exhibit 4    Medical record from Village     54
                   Primary Care
16
      Exhibit 5    Southwestern Vermont Medical    60
17                 Center ultrasound report
18    Exhibit 6    Result Letter from Dr. Carroll  62
19    Exhibit 7    Twin Rivers Medical, P.C. - April  64
                   22, 2017, letter
20
      Exhibit 8    July 21, 2016, letter from Vermont  85
21                 Department of Health
22    Exhibit 9    Analytical Results for PFOA     89
23    Exhibit 10   October 10, 2016, letter from the  91
                   State of Vermont
24
      Exhibit 11   June 21, 2017 letter from the   92
25                 State of Vermont

Page 4

| 1 | Exhibit 12 | Photographs of home | 125 |
| 2 | Exhibit 13 | Declaration | 143 |
| 3 | Exhibit 14 | Uniform residential appraisal report | 151 |
| 4 | | | |
| | Exhibit 15 | Appraisal of Real Property | 154 |
| 5 | | | |
| | Exhibit 16 | Town of Bennington - Notice to | 159 |
| 6 | | Taxpayers as of 6/5/2008 | |
| 7 | Exhibit 17 | Town of Bennington Tax Bill | 160 |
| 8 | Exhibit 18 | Sleep study order form | 173 |
| 9 | Exhibit 19 | Twin Rivers Medical colonoscopy report | 174 |
| 10 | | | |
| | Exhibit 20 | War of words, with teeth article | 202 |
| 11 | | | |
| | Exhibit 21 | Burlington Free Press article | 203 |
| 12 | | | |
| | Exhibit 22 | May 2, 2001, It's emotion, not science article text | 206 |

13
14
15
16
17
18
19
20
21
22
23
24
25

1                    STIPULATION

2          (It is hereby agreed by and between the

3     parties that signature is not waived.)

4              - - - - - - - - - -

5          THE VIDEOGRAPHER:  Good morning.  We are

6     now going on the record at 9:25 a.m.  Today's

7     date is April 25, 2018.  Please note that

8     microphones are sensitive and may pick up

9     whispering and private conversations and

10    cellular interference.  Please turn off or

11    keep phones muted and away from microphones as

12    they are known to interfere with deposition

13    audio once in a while, and audio-video

14    recording will continue to take place unless

15    all parties agree to go off the record.

16          This is media unit number one of the

17    video-recorded deposition of Linda Crawford

18    taken by counsel for defendants in the matter

19    of James D. Sullivan, et al, individually and

20    on behalf of persons similarly situated as

21    plaintiffs, versus Saint-Gobain Performance

22    Plastics Corporation, defendants.  The matter

23    is being filed in the United States District

24    Court, District of Vermont, and our deposition

25    today is being held at the offices of

```
                                             Page 6

 1        BarrSternberg Moss Silver & Munsom, P.C.   We

 2        are located at 507 Main Street, Bennington,

 3        Vermont, 05201.

 4             My name is Mati Kiin, certified legal

 5        video specialist, representing the firm of

 6        Veritext, New York, and I am the videographer.

 7        Our court reporter is Beth Gaige, who is also

 8        representing Veritext.

 9             I am not authorized to administer an

10        oath, nor am I related to any party in this

11        action, nor am I financially interested in the

12        outcome.

13             Counsel and all present in the room will

14        now state their appearances and affiliations

15        for the record, and if there are any

16        objections to the proceeding please state them

17        at the time of your appearance.   And now

18        beginning with the noticing attorney.

19             MR. LAFATA:   Good morning.   My name is

20        Paul LaFata.   I'm from Quinn Emanuel and

21        represent Saint-Gobain.

22                 (Off-the-record colloquy.)

23             MR. WILLIAMS:   Nathan Williams of Quinn

24        Emanuel for defendant.

25             MR. SILVER:   David F. Silver for the
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 8 of 260

```
                                                    Page 7

 1        plaintiff.

 2              MS. JOSELSON:  Emily Joselson for the

 3        plaintiffs.

 4              THE VIDEOGRAPHER:  Thank you.  I will now

 5        ask our notary to swear in the witness.

 6              (The Witness was administered the oath.)

 7        LINDA CRAWFORD, having been duly sworn by the

 8        Notary Public, was examined and testified as

 9        follows:

10                    DIRECT EXAMINATION

11        BY MR. LAFATA:

12   Q.   Would you please state your full name for the

13        record?

14   A.   Linda Crawford.

15   Q.   And have you previously gone by any other

16        name?

17   A.   Yes.

18   Q.   What are those?

19   A.   Linda Waite and Linda Herrick.

20   Q.   Would you spell Waite?

21   A.   W-a-i-t-e.

22   Q.   Would you please spell Herrick?

23   A.   H-e-r-r-i-c-k.

24   Q.   Thank you very much.

25              And what is your date of birth?
```

```
                                                        Page 8

 1    A.   9/19/1947.

 2    Q.   And have you ever been deposed before or given

 3         testimony before?

 4    A.   No.

 5    Q.   This is your first time?

 6    A.   Yes.

 7    Q.   All right.  Well, I will be asking some

 8         questions during the deposition, and you will

 9         be providing the answers.  You probably heard

10         that Beth Gaige, the court reporter, will be

11         typing down what we say.

12    A.   Yes.

13    Q.   You understand that?

14    A.   Yes.

15    Q.   And because there is going to be a record on

16         paper, we have to say our answers out loud.

17         So if you nod or shake your head, it won't be

18         on the record.  So just make sure you answer

19         the questions verbally, okay?

20    A.   Yes.

21    Q.   And if I say something that you don't

22         understand or a question that's not clear to

23         you, please let me know.  All right?

24    A.   Yes.

25    Q.   If we need to take a break during the
```

Page 9

1        deposition, that will be fine, so long as we

2        don't have a question pending.  All right?

3    A.  Yes.

16                (Off-the-record colloquy.)

17            (Deposition Exhibit No. 1 was marked for

18        identification.)

19    BY MR. LAFATA:

20    Q.  Mrs. Crawford, I am handing you a copy of

21        Exhibit 1.

22            Have you seen this before?  Go ahead and

23        flip through it.

24            MS. JOSELSON:  I don't think we gave

25        her a copy.

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 11 of 260

```
                                          Page 10

 1    A.   I don't believe -- no, I don't believe I have

 2         seen this.

 3         BY MR. LAFATA:

 4    Q.   I am sorry.  What was you answer?

 5    A.   No, I don't -- I have not seen this.

 6    Q.   That's fine.  Now is the first time you have

 7         seen it?

 8    A.   Yes.

 9    Q.   Okay.  What, if anything, did you do to

10         prepare for today's deposition?

11    A.   I read through the discovery documents that I

12         had provided to counsel.  That's about it.

13    Q.   Okay.  When did you do that?

14    A.   Oh, off and on for a couple weeks.

15    Q.   All right.  And do you recall what you looked

16         through?

17    A.   Oh, I read the facts of the case.  I read

18         about PFOA.  I reviewed my house assessments.

19         I reviewed some of the repairs we have done to

20         the house.

21    Q.   Thank you.  Is that about it?

22    A.   That's about it.

23    Q.   Do you recall looking through, in preparation

24         for today's deposition, any prior deposition

25         testimony by anybody?
```

Case 5:16-cv-00125-gwc Document 220-47 Filed 11/27/18 Page 12 of 260

Page 11

```
 1    A.   No.
 2    Q.   Do you prefer to go by Ms. Crawford or Mrs.
 3         Crawford?
 4    A.   Mrs. Is fine.
 5    Q.   Okay, Mrs. Crawford.
 6             Are you currently employed, Mrs.
 7         Crawford?
 8    A.   No.
 9    Q.   When were you last employed?
10    A.   2010.
11    Q.   Where did you work in 2010?
12    A.   The Vermont Veterans' Home in Bennington.
13    Q.   What was your job there?
14    A.   I worked in the social service department and
15         I was the admissions coordinator for much of
16         that time.
17    Q.   What were your responsibilities as the
18         admissions coordinator?
19    A.   Somebody would make an inquiry or an
20         application to either be admitted to the vet's
21         home or have a family member admitted to the
22         vet's home.  My job was to assess their
23         medical condition.  If we could meet the needs
24         of that person, if that person had something
25         that required isolation, things like that, to
```

```
 1        make sure they fit in well and we could
 2        provide for their needs.
 3   Q.   What do you mean by isolation?
 4   A.   Well, if they had something contagious.
 5   Q.   Like the flu or?
 6   A.   Yeah, like the flu or even, you know,
 7        shingles.  Something like that.
 8   Q.   Okay.  When you assess the medical condition
 9        of people who speak to you, do you do that
10        over the telephone or in person or how do you
11        do that?
12   A.   Usually it starts by a phone call; then I go
13        meet the person, be it at home or in a
14        hospital; then I collect the appropriate data,
15        lab work, things like that.
16   Q.   About how often would you meet someone in the
17        hospital for this purpose?
18   A.   Four times a month.
19   Q.   Would they ever come in to see you?
20   A.   Oh, yes.  Yes.
21   Q.   And what were some of the medical reports you
22        would look through for a patient like this?
23        What are some examples?
24   A.   Their history, their current illness, lab
25        work, x-rays, physicians' notes.
```

Case 5:16-cv-00125-gwc   Document 219-47   Filed 11/27/18   Page 14 of 260

Page 13

1   Q.   And would you make a decision whether to admit
2        them or not based on this information?
3   A.   No.  It was more complicated.  We had an
4        admissions committee; that I had to present
5        this case to other members of the staff, and
6        we would all vote to see if we could meet
7        their needs.
8   Q.   How many people are cared for in this facility
9        during this time?
10  A.   Oh, wow.  I don't recall.
11  Q.   How many people are on the admissions
12       committee?
13  A.   Five.
14  Q.   And what were there -- what were the -- let me
15       rephrase this.
16           What sort of people were on the
17       admissions committee, like physicians or
18       nurses, anything like that?
19  A.   The director of nursing, another RN, a
20       dietitian, physical therapist, and myself.
21  Q.   Was this an inpatient facility?
22  A.   Yes.
23  Q.   And when did you start working at the Vermont
24       Veterans' home?
25  A.   1987.

1    Q.  Did you work there continuously from 1987 to
2        2010?
3    A.  I did.
4    Q.  Why did you retire in 2010?
5    A.  Burnt out.  Tired.
6    Q.  Do you feel better now?
7    A.  Much.
8    Q.  Did you have any other job responsibilities
9        during that period aside from being the
10       admissions person?
11   A.  Yes.  I offered one-on-one counseling.  We had
12       a policy to always sit with someone who was
13       passing away if they had no family, so I would
14       participate in that.
15           I helped people do Medicaid applications,
16       apply for VA benefits and respond to anything
17       going on, like if somebody was in crisis.
18   Q.  You mean a medical crisis?
19   A.  No, more of an emotional crisis.
20   Q.  What sort of counseling might you provide
21       during this period?
22   A.  Well, our clientele is mostly elderly, and
23       sometimes we would have the elderly sick
24       person but their spouse would pass way.  I'll
25       just do the basic support, sit and talk to

```
 1         them, things like that.
 2    Q.   During this period, did you ever prescribe
 3         medications?
 4    A.   No.
 5    Q.   Were you ever licensed to prescribe
 6         medications?
 7    A.   No.
 8    Q.   Did you ever administer medication?
 9    A.   Yes, not as a social worker but as an RN
10         previously.
11    Q.   Did you ever administer intravenous
12         medications?
13    A.   Yes.
14    Q.   Oral medications?
15    A.   Yes, but not at the vet's home, at my previous
16         job.
17    Q.   At the vet's home, did you administer oral
18         medications?
19    A.   No.
20    Q.   Any other routes of administration during that
21         period did you administer medications?
22    A.   No.
23    Q.   Did you take blood during your work at this
24         facility?
25    A.   No.
```

Page 16

```
 1    Q.   Did you perform any x-rays?
 2    A.   No.
 3    Q.   Any radiology testing?
 4    A.   No.
 5    Q.   During your work at Vermont Veterans' Home,
 6         did you do any laboratory work?
 7    A.   No.
 8    Q.   Where you did you work before the Vermont
 9         Veterans' Home?
10    A.   Southwestern Vermont Medical Center.
11    Q.   When you did start at the Southwestern Vermont
12         Medical Center?
13    A.   1977.
14    Q.   And when did you leave that facility?
15    A.   1986.
16    Q.   You then went from the Southwest [sic] Vermont
17         Medical Center to the Vermont Veterans' Home?
18    A.   Not immediately, but yes.
19    Q.   What did you do between those periods?
```

[REDACTED]

```
24    Q.   What was your job at the Southwest Vermont
25         Medical Center?
```

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 18 of 260

```
                                            Page 17

 1    A.   I was a registered nurse.

 2    Q.   And what was your responsibility -- your job

 3         responsibilities at the Southwest Vermont

 4         Medical Center?

 5    A.   Whatever was assigned.  Some days I gave

 6         medications.  Some days I did bedside nursing.

 7    Q.   What is bedside nursing?

 8    A.   We did everything.  We did bed baths.  I made

 9         the bed, got them up for exercise, fed them,

10         if needed, made sure they ate if they could

11         feed themselves.  I would just generally be

12         there for them, respond to their needs.

13    Q.   Did you administer prescription medication as

14         a nurse at this facility?

15    A.   Yes.

16    Q.   What were the routes of administration that

17         you administered the medication?

18    A.   Oral, IM, subq, IV, per tube, per g-i tube.

19    Q.   What is IM?

20    A.   Intramuscular, a shot.

21    Q.   Mm-hmm.  Did you prescribe any medications

22         during your work at this facility?

23    A.   No.

24    Q.   Did you administer any radiology testing

25         during your work at this facility?
```

```
                                                    Page 18

 1    A.  No.

 2    Q.  Any x-ray testing?

 3    A.  No.

 4    Q.  Did you perform any lab work during your work

 5        at this facility?

 6    A.  No.

 7    Q.  Have you ever performed lab work?

 8    A.  No.

 9    Q.  That's easier.

10            Why did you leave the Southwest Vermont

11        Medical Center in 1986?

█  █  ████████████████████████████████████████

█     ██████████████████████████████████████████

█     ████████████████████████████████████

15    Q.  Did you get care for your back?

16    A.  Yes.

17    Q.  What sort of care did you get?

18    A.  Physical therapy.

19    Q.  Did that help your back?

20    A.  With time, yes.

21    Q.  Where did you work before the Southwest

22        Vermont Medical Center?

23    A.  I worked at a hospital.  It's now closed.

24        Mary McClellan Hospital in Cambridge, New

25        York.
```

```
                                                         Page 19

 1     Q.   Would you please repeat the name?

 2     A.   Mary McClellan.  But I worked there very

 3          briefly.

 4     Q.   When did you work there?

 5     A.   70 -- 75.  No, '74 to '75.

 6     Q.   What were your responsibilities at -- is this

 7          a hospital?

 8     A.   Mm-hmm.

 9     Q.   And what was your responsibilities at this

10          hospital?

11     A.   Medication nurse.

12     Q.   What would -- what would that entail?

13     A.   Giving ordered medications.

14     Q.   Would you sometimes, when giving medications

15          at any of these facilities, need to consult

16          the Physicians Desk Reference?

17     A.   Occasionally.

18     Q.   Do you currently have an active nursing

19          license?

20     A.   No.

21     Q.   When did that become inactive?

22     A.   2012.

23     Q.   When did you obtain your nursing license?

24     A.   1974.

25     Q.   Was there a period of time between when you
```

Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 21 of 260

Page 20

1       left the Mary McClellan Hospital in New York

2       and then started working for the southwest

3       Vermont Medical Center?

4   A.  Yes.

5   Q.  What did you do during that period?

Case 5:16-cv-00125-gwc   Document 219-47   Filed 11/27/18   Page 22 of 260
Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 22 of 260

Page 21

2    Q.   Where did you work before the Mary McClellan

3         Hospital in New York?

4    A.   I did not work.

5    Q.   This was your first professional job?

6    A.   Mm-hmm.

7    Q.   Is that a yes?

8    A.   Yes.

9    Q.   That's all right.

10             Other than your nursing license, have you

11        ever held any other licenses for work?

12   A.   No.

13   Q.   In any of these positions, have you ever filed

14        any claim for workers' compensation?

15   A.   Yes.

16   Q.   What was the first one you recall filings?



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 23 of 260

[redacted]

[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 25 of 260

[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 26 of 260

[redacted]









Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 28 of 260

[redacted]

Page 29

███
███   ███       ████                     ████
███       ████████████████████████████████████████
███               ████████             ████████████
███       ████████████

6          (Deposition Exhibit No. 2 was marked for

7          identification.)

8    Q.    Mrs. Crawford, you have a copy of Exhibit 2 in

9          front of you.

10          Do you see at the top it says incident

11         report?

12   A.    Mm-hmm.

13   Q.    Is this the type of incident report that you

14         referenced today?

15   A.    Yes.

16   Q.    Do you see toward the bottom there's a

17         signature?

18   A.    The very bottom?

19   Q.    Mm-hmm.

20   A.    My signature, yes.

21   Q.    That's your signature?

22   A.    Yes.

23   Q.    And this was dated May 18, 1990.

24          Do you see that?

25   A.    I do.

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 31 of 260

Q. Did you fill this out or did someone fill it out?

A. I filled it out.

Q. Okay. Would you please read your handwriting on the description of the incident for the record?

[redacted]

Page 31



Page 32



Page 33

████████████        █████████████████████

████████████

3              (Deposition Exhibit No. 3 was marked for

4         identification.)

5    Q.   Mrs. Crawford, you have a copy of Exhibit 3 in

6         front of you.

7              Do you see at the top it says incident

8         report?

9    A.   Yes.

10   Q.   Do you see at the bottom there's a signature?

11   A.   Yes.

12   Q.   Is that your signature?

13   A.   Yes.

14   Q.   Do you see it's dated December 19, 1991?

15   A.   Yes.

██  ██  █████████████████████

██      █████████████████

██      ████████████████████

██  ██  ████

██  ██  ████████████████████

██      ████    ████████████████

██      ████████

██          ████████████

██  ██  ████

██  ██  █████████████████

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 35 of 260

[redacted]



Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 36 of 260

Page 35

▮           ████████████████████████      ███████████
▮           ██████████████████████████████████
▮           ████████████████████████████
▮     ▮     ████████████████████████████████
▮     ████
▮     ▮     ██████████████████

7    Q.  Is this the first case in which you have been
8         involved in a lawsuit?
9    A.  Define lawsuit.
10   Q.  Suing somebody.
11   A.  Myself and the other women that were affected
12        did seek counsel about harassment at work.
13   Q.  Did you file a lawsuit against the state or
14        your employer for the harassment?
15   A.  Well, yes.  Yes.
16   Q.  When did you do that?
17   A.  I can't recall.
18   Q.  What was the harassment that you were suing
19        for?
20   A.  The perfume.
21   Q.  What was the outcome of that lawsuit?
22   A.  We reached a settlement -- a settlement from
23        the state, and the -- and a perfume policy
24        went into effect.
25   Q.  Did the settlement result in paying you money

```
                                          Page 36

 1        for the harassment claim?
 2   A.   Yes.
 3   Q.   And what was that?
 4            MS. JOSELSON:  Objection.  Relevance.
 5        You can answer.
 6   A.   I don't recall a specific -- it wasn't a lot,
 7        I know that.
 8        BY MR. LAFATA:
 9   Q.   And there were other -- were they all women
10        who sued together?
11   A.   Mm-hmm.
12   Q.   Were those coworkers?
13   A.   Yes.
14   Q.   Did you give any testimony with that lawsuit?
15   A.   No.
16   Q.   Did you sit for a deposition like this with
17        that --
18   A.   No.  No.
19   Q.   Other than the suit against the state for
20        harassment, have you ever been -- and in this
21        case -- have you been involved in another
22        lawsuit before?
23   A.   No.
24   Q.   Ms. Crawford, because of the nature of the
25        claims in this case, there are some questions
```

Page 37

1          I want to ask about some medical information

2          that would not be the type of questions that

3          you might have around the dinner table.  So

4          it's not to be nosey but it's really the

5          nature of the claims in this case.

6               Do you understand?

7     A.   Yes.

8               MS. JOSELSON:  I'm going to object to the

9          characterization of that, but you can answer

10         those questions that you can.

11    BY MR. LAFATA:

Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 39 of 260

Page 38



Page 39



[redacted]



[redacted]



Page 42



atment for that

25     reaction to Protonix?



[redacted]

Page 44



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 46 of 260

[redacted]









Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 47 of 260

[redacted]

[redacted]

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 49 of 260

[redacted]

[redacted]



Page 50







Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 52 of 260

[redacted]

[redacted]

Case 5:16-cv-00125-gwc  Document 220-9  Filed 11/27/18  Page 54 of 260

Page 53



    23          MR. LAFATA:  The point is well taken.

    24    Let's go off the record for a short break.

    25          THE VIDEOGRAPHER:  At 10:27 a.m. we are

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 55 of 260

going off the record.

(Brief recess taken.)

(Deposition Exhibit No. 4 was marked for identification.)

THE VIDEOGRAPHER: At 10:45 a.m. we're back on the record.

BY MR. LAFATA:

Q. Mrs. Crawford, are you ready to continue?

A. I am.

[redacted]

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 58 of 260

[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 57 of 260

Page 56



Page 57



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 59 of 260

[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 61 of 260

[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 63 of 260

[redacted]





[redacted]

Page 64





Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 67 of 260

Page 66



Page 67



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 69 of 260

[redacted].



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 70 of 260

[redacted]

Q. Do you own a charcoal or a gas barbecue at your home?
A. Gas.
Q. Do you use the gas barbecue?
A. In the summer.

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 71 of 260

```
                                              Page 70

 1    Q.  What sort of things do you barbecue?

 2    A.  Chicken, beef.

 3    Q.  About how often would you barbecue chicken or

 4        beef?

 5    A.  Maybe once a week.

 6    Q.  Pork, do you use the pork on the barbecue?

 7    A.  No.

 8    Q.  What about sausage or frankfurters?

 9    A.  I don't eat that, no.

10    Q.  Okay.  Do you barbecue hamburgers?

11    A.  Yes.

12    Q.  Steak?

13    A.  Yes.

14    Q.  Fish?

15    A.  No.

16    Q.  No?  Don't like fish?

17    A.  No.

18    Q.  Do you barbecue vegetables?

19    A.  No.

20    Q.  Do you eat them raw?

21    A.  Usually, yes.

22    Q.  Or steamed?

23    A.  Mm-hmm.

24    Q.  Yes?

25    A.  Yes.
```

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 72 of 260

Q. Do you exercise regularly?

A. No.

[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 73 of 260

[redacted]



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 74 of 260

[redacted] ea have some sort of Asperger's
condition?

[redacted]



Page 75



Case 5:16-cv-00125-gwc   Document 220-9   Filed 11/27/18   Page 77 of 260

Page 76



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 78 of 260

[redacted]

Q. Ms. Crawford, what's your general understanding about what this lawsuit is about?

A. It's about -- it's about contamination of the

```
 1        soil, the water, the aquifer, the surface
 2        water, by PFOA.
 3   Q.   Contamination by whom?
 4   A.   Saint-Gobain.
 5   Q.   What's your general understanding about what
 6        you think Saint-Gobain did wrong in this case?
 7   A.   Well, they were using PFOA, a manmade
 8        chemical, in their manufacturing process, and
 9        it's alleged that they disposed of the waste
10        products from that which contained PFOA and
11        not the correct way.  It was dumped onto the
12        ground.  It was put into the air by the
13        smokestacks.  It was stored improperly.
14   Q.   And what's your general understanding about
15        the relief that you are seeking in this case
16        for those things?
17   A.   We want safe water to drink, so we need to be
18        hooked up to the municipal water.
19             My house and the houses of all those in
20        the state-defined zone of contamination have
21        lost value.  We're all upset thinking that our
22        house is sitting on top of a contaminated
23        aquifer.
24             We are concerned about the need for
25        medical monitoring because we understand that
```

1        you can be exposed to a toxic chemical and it
2        can be latent in your body for years and then
3        all of a sudden you have cancer.  So we
4        believe we need medical monitoring by experts.
5     Q.  Anything else?
6     A.  Could you repeat the original question?
7     Q.  Yeah.  What's your general understanding about
8        the relief you are seeking in the case?
9            You went through a number of things.  I
10       want to make sure I got your understanding.
11    A.  I think people need to be compensated for the
12       distress and the damage to their homes and
13       their bodies.
14    Q.  Anything else?
15    A.  Not that I can think of right now.
16    Q.  You used a phrase, zone of contamination.
17       What is that?
18    A.  That's an area in Bennington and North
19       Bennington that the State of Vermont has
20       determined has been contaminated by PFOA that
21       came from ChemFab.
22    Q.  Do you understand this to be a -- what's
23       called a class action case?
24    A.  Yes.
25    Q.  You heard that phrase?

1   A.  Yes.

2   Q.  Do you understand that you are being offered

3       as a representative of a class?

4   A.  Yes.

5   Q.  What is your understanding in general about

6       your duties as a representative of the class?

7   A.  My duties is to gather all the documentation

8       that we needed for discovery, to meet with the

9       counsel, to just represent everybody in a

10      fair, equal way.

11  Q.  Anything else?

12  A.  Not that I can think of now.

13  Q.  When did you first learn about PFOA?

14  A.  I think it was the summer of '16.

15  Q.  Where were you when you first heard about

16      PFOA?

17  A.  Home.

18  Q.  How did you first hear about it?

19  A.  The paper.

20  Q.  Which paper?

21  A.  The Bennington Banner.

22  Q.  Do you recall what you heard in the paper in

23      the summer of '16 when you first heard about

24      PFOA?

25  A.  You are talking about in Bennington and North

1       Bennington?

2   Q.   When you first heard about it.

3   A.   Okay.  Because I heard about it maybe a little

4        bit before that in Hoosick Falls.  So I have

5        friends that live in Hoosick Falls, and, you

6        know, they were talking about PFOA; and I felt

7        kind of superior because I was fine, we didn't

8        have it.  And then I read about a man in North

9        Bennington who was concerned and got a well

10       tested, either his or his family's, and it was

11       positive for PFOA.

12            So then the state got involved, started

13       testing wells, and they kept expanding the

14       zone of contamination.  I think one of the

15       workers from the state said that they kept

16       testing wells.  They would get a positive

17       reading.  They would move the boundary a

18       little farther.  And their plan was to keep

19       moving it until they didn't find any PFOA, and

20       they kept moving it until my house was

21       included.

22   Q.   So was the first time that you heard about

23       PFOA from some friends of yours in Hoosick

24       Falls, New York?

25   A.   Probably a few months before it hit

Page 82

```
 1          Bennington.
 2    Q.   And where were you when you first heard about
 3          PFOA from your friends in New York?
 4    A.   Probably the grocery store.  That is where I
 5          see all my friends.
 6    Q.   What was the sum and substance of what you
 7          talked about?
 8               MS. JOSELSON:  If you recall.
 9    A.   I don't recall exactly, but I know they were
10          very upset.
11          BY MR. LAFATA:
12    Q.   What do you recall that they said, if
13          anything?
14    A.   That they just were scarred and they didn't
15          know what was going to happen.
16    Q.   Who were they?
17    A.   Oh, God, I don't recall.
18    Q.   Where was the grocery store?
19    A.   Bennington.
20    Q.   After you heard about PFOA -- what is -- let
21          me rephrase it.
22               Do you know what PFOA stands for?
23    A.   Perfluorooctanoic something.
24    Q.   Okay.  Have you ever spoken to any of your
25          physicians about PFOA?
```

Page 83

1   A.   Yes.

2   Q.   Which ones?

3   A.   Dr. Carroll.

4   Q.   Any others?

5   A.   No.

6   Q.   What did you talk about with Dr. Carroll about

7        PFOA?

8   A.   Well, I shared my blood results with him, and

9        it -- you know, he's a family practitioner.

10       He's not an expert.  So it's in my chart that

11       I have been exposed to an environmental toxin.

12       And, you know, he's trained to deal with

13       symptoms, so if I am asymptomatic at this

14       point -- he's not doing any extra monitoring.

15       That's why I want medical monitoring by

16       experts that know that these things can be

17       latent for years and years, and then, oh, gee,

18       you've got cancer throughout your whole body.

19   Q.   Did Dr. Carroll refer you to an expert?

20   A.   No.  It's all new to him.

21   Q.   Did Dr. Carroll say whether or not PFOA could

22       increase your risk of any condition?

23   A.   No.  He didn't want to commit to that.

24   Q.   Did he say he didn't want to commit to that?

25   A.   No, he didn't.  That was my impression.

Page 84

1    Q.  Dr. Carroll did not tell you that being
2        exposed to PFOA could increase your risk for
3        anything, did he?
4            MS. JOSELSON:  Objection.
5    A.  He didn't specifically say that, but I know
6        that from reading.
7        BY MR. LAFATA:
8    Q.  Did you ask him that?
9    A.  No.
10   Q.  You mentioned you had a blood test for PFOA.
11           Who performed the blood test?
12   A.  It was set up by Vermont State Health
13       Department.
14   Q.  Did you pay for the blood test?
15   A.  No.
16   Q.  How many blood tests did you have for PFOA?
17   A.  One.
18   Q.  Where did you have the test performed?
19   A.  At the Department of Health office in
20       Bennington.
21   Q.  Did you get the results of the test?
22   A.  I do.
23   Q.  Do you recall what the results were?
24   A.  2.8.
25   Q.  2.8 what, if you know?

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 85 of 260

```
                                                     Page 85
 1    A.   Mic -- I'm not sure if it's micrograms or
 2         milligrams.  I don't know.
 3    Q.   Of some unit?  Some unit of measurement?
 4    A.   Yes.
 5    Q.   Did you take the test results to Dr. Carroll?
 6    A.   They were sent to him by the lab that did the
 7         testing.
 8    Q.   Did Dr. Carroll recommend any further blood
 9         test with respect to PFOA?
10    A.   No.  He wanted me to just -- you know, I
11         stay -- I will do what the State of Vermont
12         recommends, and that is basically who he knows
13         is monitoring the situation and knows more
14         about it than he does.
15    Q.   Have you sustained, do you believe, any
16         medical condition today as a result of PFOA
17         exposure?
18    A.   I have no evidence of that.
19              (Deposition Exhibit No. 8 was marked for
20         identification.)
21    Q.   Mr. Crawford, do you see a copy of Exhibit 8
22         in front of you?
23    A.   I do.
24    Q.   Flip through this for a second.  Do you see a
25         couple pages here?
```

                                                            Page 86

1              Do you see at the top of page one it's

2          dated July 21, 2016?

3     A.   Yes.

4     Q.   Do you see it's addressed to you at the top?

5     A.   Yes.

6     Q.   And would you turn with me to the second page?

7          At the top there it says your test results --

8          is this the 2.8 you were recalling?

9     A.   Yes.

10    Q.   Micrograms per liter in this case?

11    A.   Yes.

12    Q.   Do you see the first bullet there says, most

13         people in the U.S. have less than 5.7

14         micrograms per liter of PFOA in their blood?

15             Do you see that?

16    A.   Yes.

17    Q.   Do you recall talking to Dr. Carroll or any

18         other doctor about how your PFOA level

19         compares to most people in the United States?

20    A.   No.

21    Q.   Would you come back to page one?

22             Do you see there is a second paragraph,

23         what does my test result mean?

24    A.   Yes.

25    Q.   Do you see that?

```
                                              Page 87
 1    A.   Mm-hmm.
 2    Q.   And the next sentence do you see it says,
 3         almost everyone in the United States has PFOA
 4         in their blood.
 5              Do you see that?
 6    A.   Yes.
 7    Q.   Do you recall any discussions with Dr. Carroll
 8         or any other physician about most people
 9         having PFOA in their blood in the United
10         States?
11    A.   No.
12    Q.   Do you see two paragraphs down there is a
13         paragraph that starts with it's important?
14    A.   Yes.
15    Q.   It says, it's important to know what your test
16         results cannot tell you.
17              Do you see that?
18    A.   Yes.
19    Q.   It says, your test result cannot tell you if
20         your exposure to PFOA will cause you health
21         problems in the future or if a condition you
22         have now is caused by this exposure.
23              Do you see that?
24    A.   Yes.
25    Q.   Do you recall talking to Dr. Carroll about
```

Page 88

1        this statement from Vermont?

2   A.   No.

3   Q.   Do you agree with this statement?

4           MS. JOSELSON:  Objection.  Calls for

5        expert opinion.  You can answer it if you

6        understand it.

7   A.   I think that's why it's important that we have

8        medical monitoring by experts, people that

9        know what PFA -- PFOA does as it's circulating

10       in your body or depositing in your kidneys and

11       your liver.  I think an expert in the field of

12       toxic exposures would know what to look for

13       early, so you get early detection before you

14       did have full-blown cancer or something like

15       that.

16   BY MR. LAFATA:

17   Q.   You mentioned earlier that you had your water

18       tested for PFOA.

19          Do you recall that?

20   A.   I do.

21   Q.   How many times was your water tested for PFOA?

22   A.   Four.

23   Q.   And who did the testing of your water those

24       four times?

25   A.   I don't recall the name of the company.  I

                                                  Page 89

 1          believe it was someone that was contracted by
 2          the State of Vermont.
 3     Q.   Did you pay for any of the water testing?
 4     A.   No.
 5     Q.   Do you know where the water was collected on
 6          your property for the water testing?
 7     A.   Yes.
 8     Q.   Where was it collected?
 9     A.   Out of my kitchen sink.
10     Q.   Anywhere else?
11     A.   No.
12     Q.   Was any water collected from -- do you have a
13          well -- let me withdraw.
14              Do you have a well at your property?
15     A.   Yes.
16     Q.   Was any water collected from your well?
17     A.   No.  It's a sealed system.
18     Q.   Do you have any water filter installed on your
19          property?
20     A.   No.
21              (Deposition Exhibit No. 9 was marked for
22          identification.)
23     Q.   All right.  Mrs. Crawford, this is copy of
24          Exhibit 9.  It's sideways.  Okay.
25              Do you see at the top there it says,

1      analytical results perfluorinated chemicals?

2      Do you see that?

3   A.  I do.

4   Q.  And there's handwriting, 643 West Road at the

5      top?

6   A.  Yes.

7   Q.  Is that your address?

8   A.  Yes.

9   Q.  Is that your handwriting?

10  A.  No.

11  Q.  Do you see beneath that there's a date,

12     printed May 3, 2016?

13  A.  Yes.

14  Q.  Do you recall receiving a test result of your

15     water in May of 2016?

16  A.  I do.

17  Q.  And there is a row here, fourth from the top,

18     for PFOA.

19         Do you see that?

20  A.  I do.

21  Q.  And under the result do you see it says ND?

22  A.  Yes.

23  Q.  Do you understand that to mean non detect?

24  A.  I do.

25  Q.  Do you recall receiving a test result of your

Page 91

1          water in May for non detect for PFOA?
2               MS. JOSELSON:  Objection.  Asked and
3          answered, but you can answer it again.
4     A.   Yes.
5          BY MR. LAFATA:
6     Q.   And you had your water tested again after
7          this, right?
8     A.   I did.
9     Q.   Let's look at that.
10              (Deposition Exhibit No. 10 was marked for
11         identification.)
12    Q.   Ms. Crawford, do you have a copy of Exhibit 10
13         in front of you?
14    A.   I do.
15    Q.   On the first page, do you see there's a letter
16         from the State of Vermont?
17    A.   Yes.
18    Q.   And it's dated October 10, 2016?
19    A.   Yes.
20    Q.   And it's addressed to Mr. Crawford?
21    A.   Yes.
22    Q.   Do you recall receiving a letter from the
23         State of Vermont in October of 2016 with water
24         test results?
25    A.   Yes.

```
                                                Page 92
 1      Q.   Would you turn to the second page, please?
 2              Do you see at the top there it says 643
 3           West Road?
 4      A.   Yes.
 5      Q.   And is that your handwriting here?
 6      A.   No.
 7      Q.   Do you recognize the handwriting?
 8      A.   No.
 9      Q.   Okay.  Do you see beneath the handwriting it
10           says printed September 28, 2016?
11      A.   Yes.
12      Q.   Okay.  And about four lines down there's a row
13           for PFOA.  Do you see that?
14      A.   Yes.
15      Q.   And do you see the result says ND?
16      A.   Yes.
17      Q.   Do you understand that to mean not detect?
18      A.   Yes.
19      Q.   Okay.  You had another test after this --
20      A.   Yes.
21      Q.   -- right.
22              (Deposition Exhibit No. 11 was marked for
23           identification.)
24      Q.   Mrs. Crawford, you have a copy of Exhibit 11
25           in front of you?
```

Case 5:16-cv-00125-gwc  Document 220-9  Filed 11/27/18  Page 94 of 260

```
                                              Page 93

 1    A.   Yes.

 2    Q.   Do you see the first page of the letter from

 3         the State of Vermont to Theodore and Linda

 4         Crawford?

 5    A.   Yes.

 6    Q.   And it's dated June 21, 2017, right?

 7    A.   Yes.

 8    Q.   At the top?  And the second page has some test

 9         results, right?

10    A.   Yes.

11    Q.   And at the top there of the second page it

12         says, sampling point 643 West Road?

13    A.   Yes.

14    Q.   That's your address?

15    A.   Yes.

16    Q.   And do you see there is a row for PFOA on the

17         chart there?

18    A.   I do.

19    Q.   And third from the bottom, do you see the row

20         for PFOA?

21    A.   I do.

22    Q.   And you see in the result it says 4.1?  Do you

23         see that?

24    A.   Yes.

25    Q.   And the unit is nanograms per liter?
```

```
                                         Page 94
 1    A.   Yes.

 2    Q.   And then there is some handwriting below this,

 3         PFOA 4.1 ppt.  Do you see that?

 4    A.   Yes.

 5    Q.   Do you recognize the handwriting?

 6    A.   No.

 7    Q.   Would you turn back to the first page?

 8             Do you see in the second paragraph it

 9         starts with CT Male?

10    A.   Yes.

11    Q.   It says:  CT Male, the consultant for

12         Saint-Gobain, resampled your water supply well

13         following a resampling plan approved by WMPD.

14             Do you see that?

15    A.   Yes.

16    Q.   Do you understand the resampling was done by

17         CT Male, a consultant for Saint-Gobain?

18    A.   Yes.

19    Q.   In the paragraph above that, do you see there

20         is a sentence in the middle that starts with

21         lab results?

22    A.   Yes.

23    Q.   Lab results show that your well contains

24         concentrations of PFOA above laboratory

25         detection limits but less than 20 nanograms
```

Page 95

```
 1        per liter, which is the State of Vermont's
 2        drinking water standard.
 3             Do you see that?
 4   A.   I do.
 5   Q.   Do you understand this to indicate to you that
 6        your water levels of PFOA were less than the
 7        State of Vermont's safety standard?
 8             MS. JOSELSON:  Objection, but you can
 9        answer.
10   A.   I understand but I don't -- it doesn't give me
11        any comfort.
12        BY MR. LAFATA:
13   Q.   Do you disagree with the level the State of
14        Vermont has set?
15             MS. JOSELSON:  Objection.  Calls for
16        expert opinion, but you can answer it if you
17        understand it.
18   A.   Well, there's no uniform standard.  I mean,
19        New Jersey is what, 13, 14.  I mean -- and
20        these are today's standards, and I know that
21        with more investigation -- excuse me.  The
22        standards could change.  My 4.1 could be, oh,
23        my God.
24             So I just don't have any faith in -- all
25        I know is I have it, and I didn't ask for it,
```

1        and I don't want it, any of it.

2        BY MR. LAFATA:

3    Q.  4.1 nanograms per liter, that would be even

4        less than the New Jersey standard you

5        mentioned, correct?

6    A.  It would, but it's something.  I want it to be

7        non detect.  But I understand what you are

8        saying, but I also understand that -- it

9        doesn't comfort me, because what is it today?

10       You know, the aquifer is moving.  My neighbors

11       are 70 and whatever.  Is that going to come

12       over to my house?

13   Q.  You used the word aquifer a few times.

14           What is an aquifer?

15   A.  It's the underground water level table.

16   Q.  And do you know anything about the aquifer

17       under your property?

18   A.  I'm not an expert in it, but I know it's

19       contaminated because it serves me and all my

20       neighbors, and my neighbors have it higher

21       than I do but some lower.

22   Q.  Do you know how deep your aquifer is on your

23       property?

24   A.  No.  My well is 300 feet.

25   Q.  And may I ask how you know it's 300 feet?

Page 97

1    A.   Because we had a new submersible pump put in

2         to replace an old jet pump, which was 180

3         feet.  And the man that did it said, you know,

4         with this new pump we can put you down

5         300 feet because you've got water that deep.

6         So we said sure, so...

7    Q.   How deep was the original pump?

8    A.   180.

9    Q.   And the new pump was submerged?

10   A.   Yes, 300 feet.

11   Q.   Did the person who replaced your pump have to

12        drill your well deeper to do that?

13   A.   A little, yes.

14   Q.   Who replaced your pump?

15   A.   I don't recall his name.  It's been a while.

16   Q.   Do you remember the company he worked for?

17   A.   Well, the owner did it.  I don't -- it's in my

18        paperwork, but...

19   Q.   Okay.  And how much did you pay to have the

20        pump replaced?

21   A.   An estimate of about 5 or $6,000.

22   Q.   When did you do that?

23   A.   '95, I think.

24   Q.   And what was the need -- let me rephrase that.

25             What caused you to need to replace your

Page 98

1           well pump?

2    A.   It wore -- it just wore out.

3    Q.   Was it no longer pumping appropriately?

4    A.   Right.

5    Q.   Do you know how old the prior pump was?

6    A.   I don't.  It was there when we bought the

7         house.

8    Q.   Other than replacing the pump on your well,

9         have you done any maintenance work on the well

10        or had it done?

11   A.   No.  It's worked fine.

12   Q.   You said that your well has a sealed system

13        earlier.

14             Do you remember that?

15   A.   Mm-hmm.

16   Q.   What did you mean by that?

17   A.   Well, you can't just -- you know, like the old

18        wells you could move the cover and look in.

19        You can't.  It's -- it's something that comes

20        above the ground, and it's just -- it's all

21        sealed.  You would have to unlock it and

22        whatever to get in.  So it's a sealed system.

23   Q.   For your well, does the water pump into

24        holding tanks on your property?

25   A.   No.

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 100 of 260

```
                                              Page 99

 1    Q.   It pumps directly into your house?

 2    A.   Mm-hmm.

 3    Q.   Is there a delay period when you use water in

 4         your house for the water to come?

 5    A.   No.

 6    Q.   When you had the pump installed for your well,

 7         did you have the water quality tested?

 8    A.   Yes.

 9    Q.   What were the results of the test?

10    A.   Within normal limits.  I don't remember

11         anything being pointed out to us that we

12         should be concerned about.

13    Q.   Do you have a copy of the well -- the water

14         quality test when you replaced your pump?

15    A.   Not that I recall.  We probably did, but I

16         have no idea where it could be.

17    Q.   Do you recall whether the testing included

18         anything for heavy metals?

19    A.   I don't know if that would be part of the

20         routine testing or not.

21    Q.   Did you have anyone interpret the test results

22         for you?

23    A.   No.

24    Q.   Do you recall who performed the water quality

25         test?
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 101 of 260

```
                                                        Page 100

 1    A.   I believe the State of Vermont.

 2    Q.   Do you recall whether they wrote you anything

 3         to tell you what the results were, anything

 4         like that?

 5    A.   I am sure they did, but I have no idea where

 6         it could be.  It's been a long time.

 7    Q.   Is the well pump powered by your home's power

 8         supply?

 9    A.   Yes.

10    Q.   And what is your home's power supply?

11    A.   Electric.

12    Q.   You are plugged into the -- I guess the city's

13         system for power; is that right?

14    A.   We get it -- we're not off the grid.  We're on

15         the grid, whatever that is.

16    Q.   That's it.  That's it.

17             Do you use solar power, for example?

18    A.   No.

19    Q.   Okay.  You've got an electric meter at your

20         house?

21    A.   Yes.

22             THE VIDEOGRAPHER:  Counsel, you have just

23         about five minutes, a little over five

24         minutes.

25             MR. LAFATA:  Let's change the tape.
```

1      MR. SILVER:  Well, you've got -- it's

2      quarter of like -- it's almost quarter of 12,

3      so --

4      MR. LAFATA:  Let's at least change the

5      tape.  That was a pretty long break earlier.

6      I just want to keep it moving.

7      THE VIDEOGRAPHER:  At 11:39 a.m. we are

8      now going off the record and closing out media

9      unit number one.  We are off the record.

10      (Off-the-record colloquy.)

11      THE VIDEOGRAPHER:  At 11:44 a.m. we are

12      now coming back on the record and beginning

13      media unit number two with the deposition of

14      Linda Crawford.  We are on the record.

15      BY MR. LAFATA:

16  Q.  All right.  Ms. Crawford, what's the highest

17      level of education that you obtained?

18  A.  I have an associate's degree in nursing.

19  Q.  When did you obtain your associate's degree in

20      nursing?

21  A.  1974.

22  Q.  And who issued the degree?

23  A.  Castleton University.

24  Q.  Casselson University?

25  A.  Castleton.

Case 5:16-cv-00125-gwc  Document 212-47  Filed 11/27/18  Page 103 of 260

Page 102

1    Q.   Where is Castleton University?

2    A.   In Castleton, Vermont.

3    Q.   After you obtained your degree in nursing, did

4        you then get a nursing license?

5    A.   Yes.

6    Q.   What did you have to do to get a nursing

7        license?

8    A.   Take two days of testing.

9    Q.   Is that state testing?

10   A.   Yes.

11   Q.   And when did you obtain your nursing license?

12   A.   Within weeks.

13   Q.   Weeks of graduating?

14   A.   Yes.

15   Q.   Do you have to take, during the time you have

16       a nursing license, any continuing medical

17       education to maintain the license?

18   A.   No.  I think you might now, but you didn't at

19       the time I have had.

20   Q.   Was there a time when you took any of those

21       classes?

22   A.   Sure.

23   Q.   Do you recall what some of the subjects may

24       have been in those classes?

25   A.   I took the legal aspects of nursing, and I --

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 104 of 260

1      we had ongoing classes at the facilities I

2      worked at.  We had ongoing education.

3   Q.  They provided onsite?

4   A.  They provided.  I would go to seminars in

5      Albany, you know, paid for by my employer and

6      things like that.

7          They were usually on -- like some of the

8      super bugs, we had to go to learn how to --

9      the universal precautions, those type of

10      things, you know, as things evolve and things

11      develop.

12   Q.  Keeping up to date?

13   A.  Keeping up to date.

14   Q.  Do you recall taking any of those classes on

15      medications, pharmacy medications?

16   A.  Yes.

17   Q.  What are some of the things that might be

18      covered in those, if you remember?

19   A.  They were just the newer -- newer drugs that

20      came out, newer antibiotics, newer

21      psychosomatic/psychotropic drugs, what side

22      effects to look for, how they worked.

23   Q.  Did you take any of these classes on

24      diagnostics?

25   A.  No.

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 105 of 260

                                                        Page 104

1    Q.   During your nursing work, do you recall ever

2         diagnosing a patient with any condition?

3    A.   That's against the law.  Nurses cannot

4         diagnose.

5    Q.   So I take it that's a no?

6    A.   That's a no.

7    Q.   Did you take any of the medical courses in

8         laboratory testing?

9    A.   No.

10   Q.   Any blood testing?

11   A.   No.

12   Q.   Before obtaining your associate's degree, was

13        that when you were in high school?

14   A.   No.  I was out of high school for probably

15        seven, eight years before I went to college.

16   Q.   Okay.  What did you do during that seven or

17        eight year period between high school and

18        college?

19   A.   I got married young and had a couple kids.

20   Q.   Where did you live at that time?

21   A.   Pawlet, P-a-w-l-e-t, Vermont.

22   Q.   Where were you born?

23   A.   Grandville, New York.

24   Q.   Where did you grow up?

25   A.   Pawlet.

Page 105

 1   Q.   How old were you when you moved from

 2        Grandville, New York, to Pawlet?

 3   A.   Ten days.

 4   Q.   Very specific.

 5   A.   I remember my mother telling me she had to

 6        stay in the hospital ten days when she had me.

 7        It was routine back then.  Now ten minutes.

 8   Q.   Have you ever assisted with the delivery of a

 9        baby?

10   A.   In nursing school I did.

11   Q.   Did you care for patients while in nursing

12        school?

13   A.   Yes.

14   Q.   Did you ever care for pediatric patients in

15        nursing school?

16   A.   Yes.

17   Q.   Geriatric patients?

18   A.   Yes.

19             MR. LAFATA:  I think a good time to go

20        off the record for lunch.

21             THE VIDEOGRAPHER:  At 11:50 a.m. we are

22        now going off the record.

23                  (Lunch recess taken.)

24             THE VIDEOGRAPHER:  The time now is

25        12:56 p.m.  We are now coming back on the

```
 1        record, continuing media unit number two.
 2        BY MR. LAFATA:
 3    Q.  Good afternoon, Ms. Crawford.
 4    A.  Good afternoon.
 5    Q.  Are you ready to continue with your
 6        deposition?
 7             Are you ready to continue with the
 8        deposition?
 9    A.  She told me to breathe before I answered.
10        Yes, I am.
11    Q.  Did you have a nice lunch?
12    A.  I did.  Thank you.
13    Q.  What is your current address?
14    A.  643 West Road, Bennington, 05201.
15    Q.  How long have you lived at 643 West Road?
16    A.  33 years.
17    Q.  When did you move to 643 West Road?
18    A.  '85.
19    Q.  And you've lived there from 1985 to the
20        present.
21    A.  Correct.
22    Q.  Where did you move from?
23    A.  Evergreen Drive in Bennington, but I don't
24        remember the number.
25    Q.  Why did you move from Evergreen Drive to 643
```

Page 107

```
 1        West Road?
 2   A.   Well, that was just a temporary rental, and
 3        then Ted and I got married and moved to --
 4        bought our own house.
 5   Q.   Was Evergreen Drive a rental home?
 6   A.   It was a home, yes.
 7   Q.   Did you say that Evergreen Drive was in
 8        Bennington?
 9   A.   Yes.
10   Q.   Where did you live before Evergreen Drive?
11   A.   Pawlet.
12   Q.   Is that the city?
13   A.   A city?
14           MR. SILVER:  I don't think anyone has
15        ever called Pawlet a city.
16           THE WITNESS:  No.  That may be --
17           MS. JOSELSON:  Town, call it a town.
18           THE WITNESS:  -- a thousand people.  A
19        town.
20        BY MR. LAFATA:
21   Q.   Powette is the name of a town.
22   A.   Pawlet.
23   Q.   We've got a lot of testimony going on.
24        Pawlet, thank you.
25   A.   Very small town.
```

Page 108

```
 1    Q.   Where is Pawlet?

 2    A.   Wow.

 3              MS. JOSELSON:  Not far.

 4    A.   Not far.  It's about 40 miles north.

 5         BY MR. LAFATA:

 6    Q.   Okay.

 7              MR. SILVER:  Northwest.

 8         BY MR. LAFATA:

 9    Q.   Was that a home, Pawlet?

10    A.   I went there when I was --

11              MS. JOSELSON:  Objection.

12    A.   -- ten days old.  I am sorry.

13              MS. JOSELSON:  That's okay.

14    A.   I was born in Granville, which was just a few

15         miles away from Pawlet, and I went home to

16         Pawlet and stayed in Pawlet for 30-something

17         years.  I don't get around much.

18         BY MR. LAFATA:
```

Case 5:16-cv-00125-gwc  Document 220-47  Filed 11/27/18  Page 110 of 260

Page 109

11    Q.   Do you have a fireplace there?

12    A.   No.

13    Q.   A wood burning stove?

14    A.   No.

15    Q.   A septic tank?

16    A.   No.

17    Q.   Is 643 West Road a single-family home?

18    A.   Yes.

19    Q.   Do you own it?

20    A.   Yes.

21    Q.   What is the home construction, wood or stone

22         or brick?

23    A.   Wood.

24    Q.   How many bedrooms is it?

25    A.   Five.

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 111 of 260

```
                                                    Page 110
 1    Q.  How many bathrooms?

 2    A.  Two.

 3    Q.  How many floors?

 4    A.  Two.

 5    Q.  Is the first floor below grade or at grade?

 6    A.  It's -- it's a split level, so it's like a

 7        basement only it's finished.

 8    Q.  Okay.  And above that is the second level?

 9    A.  Yes.

10    Q.  What is the square footage approximately, do

11        you know?

12    A.  2040, plus a garage.

13    Q.  Is the garage a covered garage?

14    A.  Yes, it's used for storage though.

15    Q.  Do you park outside the garage?

16    A.  (Nod)

17            MR. SILVER:  You have to answer.

18            THE WITNESS:  Hmm?

19            MR. SILVER:  You didn't answer.  You

20        shook your head.

21            THE WITNESS:  Oh, I'm sorry.

22            MR. LAFATA::  That's all right.

23        BY MR. LAFATA:

24    Q.  So is it yes, you parked outside the garage?

25    A.  Yes.
```

1    Q.   What sort of things are stored in the garage?

2    A.   My husband's tools, bicycles, lawnmower,

3         recyclables.

4    Q.   That is about it?

5    A.   That's about it.

6    Q.   Do you know when the home was built?

7    A.   I have read two different dates.  One was

8         1961.  One was 1965.

9    Q.   Where did you read those two dates?

10   A.   On -- when we were reassessed to re-mortgage.

11   Q.   Both of those dates were on those documents?

12   A.   (Nod).

13   Q.   Yes?

14   A.   Yes.

15   Q.   Do you own any other real property besides

16        your home?

17   A.   No.

18   Q.   Do you have any vacation property?

19   A.   No.

20   Q.   How much did your home cost when you bought

21        it?

22   A.   58,5.

23   Q.   And how did you pay for the cost of your home?

24   A.   A mortgage.

25   Q.   Was it all a mortgage?

```
                                              Page 112
 1    A.   No.  We paid -- we paid a down payment.
 2    Q.   Has the mortgage been paid off?
 3    A.   It will be in July.
 4    Q.   After you purchased the home, did you have any
 5         other mortgages put on the home?
 6    A.   We refinanced when the rates went down.
 7         Twice.
 8    Q.   You refinanced twice?
 9    A.   Twice.
10    Q.   Do you remember when you refinanced?
11    A.   '04 and '08.
12    Q.   And why did you refinance in '04 and '08?
13    A.   '04 is when the rates went quite low, so we
14         refinanced then.  And '08 we needed -- I think
15         that is when we got our furnace.  We needed a
16         new furnace and we needed some more home
17         improvements, so we decided to refinance.
18    Q.   Refinance to pay for the home improvements?
19    A.   Right.
20    Q.   Other than buying the furnace, what other home
21         improvements did you have done in your house
22         for that refinancing?
23             MS. JOSELSON:  Object to the form.  You
24         can answer it if you understand it.
25    A.   Well, I think that's when we put all the new
```

```
                                                    Page 113

 1        replacement windows in.

 2        BY MR. LAFATA:

 3     Q.  Anything else?

 4     A.  No.  Between the two they were quite

 5        expensive.

 6     Q.  Were all of the windows replaced with new

 7        windows?

 8     A.  Mm-hmm.  Yes.  Yes.

 9     Q.  Was it the frame as well as the glass?

10     A.  Yes.

11     Q.  What sort of furnace did you have installed in

12        '08?

13     A.  Oil.

14     Q.  What was there before?

15     A.  Oil.

16     Q.  Why did you replace the furnace?

17     A.  Age.

18     Q.  Why did you replace the windows?

19     A.  Age.

20     Q.  How much land is -- how much land does your

21        home sit on?

22     A.  1.4 acres.

23     Q.  So you have a front lawn?

24     A.  Yes.

25     Q.  A back yard?
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 115 of 260

```
                                                    Page 114

 1     A.   Yes.

 2     Q.   Is the front yard grass?

 3     A.   Yes.

 4     Q.   Are there any wooded areas in your land?

 5     A.   Just some sumac in the back but it gives us

 6          privacy, so we leave it.

 7     Q.   Do you have any fences around your land?

 8     A.   No.

 9     Q.   About how many sumac is in the back, are in

10          the back?

11     A.   Well, not as many as there was before this

12          last storm, but I would say ten.

13     Q.   Any other trees around your property?

14     A.   We have several maples.

15     Q.   How many maples?

16     A.   Four.

17     Q.   Any other trees on your land?

18     A.   A willow.

19     Q.   How many of those?

20     A.   One.

21     Q.   Any other trees?

22     A.   I don't think so.

23     Q.   You said in the back the sumac provides some

24          privacy.

25               What's beyond the sumac?
```

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 116 of 260

```
                                                    Page 115

 1    A.   A big lawn and a house.

 2    Q.   Who lives at that house?

 3    A.   They just moved in.  We met them, but their

 4         first names are Sol and Michelle.  That's all

 5         I know.

 6    Q.   Do you have neighbors on the other side of

 7         your property?

 8    A.   Yes.

 9    Q.   Where are they?

10    A.   Right and left.

11    Q.   Who are the neighbors on the left?

12    A.   Donna.

13    Q.   Who are the neighbors on the right?

14    A.   Lauren, L-a-u.

15    Q.   Are those the individuals who live in each

16         house?

17    A.   Yes.

18    Q.   Do you know whether Donna, Lauren, or -- is it

19         Solomon behind your house?

20    A.   Sol.

21    Q.   Sol.

22    A.   I don't know what his name is.

23    Q.   Do you know whether any of them had their

24         water tested for PFOA?

25    A.   Oh, yes.
```

1    Q.   Do you know what the results were for those

2         tests?

3    A.   I know they were elevated, but I don't recall

4         the numbers.

5    Q.   Do you know if any of them had their soil

6         tested for PFOA?

7    A.   I don't know that.

8    Q.   Has your soil been tested for PFOA?

9    A.   No.

10   Q.   Where on your property is your well?

11   A.   Right off the back deck.

12   Q.   Do you receive municipal water in addition to

13        your well water, or do you just use well

14        water?

15   A.   We haven't been hooked up yet.

16   Q.   Do you intend to get hooked up?

17   A.   Yes.

18   Q.   We talked about the new pump you had put in

19        your well earlier.

20             Are there any other maintenance you have

21        done on the well?

22   A.   No.

23   Q.   Before 2016, did you ever consider trying to

24        get hooked up to the municipal water?

25   A.   No.

```
                                                    Page 117
 1     Q.   Why is that?
 2     A.   Because my well water tastes good; it's free
 3          of chemicals; it works, why fix it; never run
 4          out of water; and we don't have to pay that
 5          quarterly fee for town water.
 6     Q.   What is the quarterly fee for town water?
 7     A.   I'm not sure, but I think it's like 150 to 200
 8          a quarter.  It keeps going up.
 9     Q.   Other than your house, are there any other
10          structures on your land?
11     A.   No.
12     Q.   Is there any wood shed or tool shed?
13     A.   No.
14     Q.   Is the garage connected to your house?
15     A.   Yes.  Well, there is no inside -- there is no
16          egress into the house itself, but it is
17          attached.
18     Q.   The side is attached?
19     A.   Yeah.
20              MS. JOSELSON:  Slow down for Beth.
21          BY MR. LAFATA:
22     Q.   Do you garden on your property?
23     A.   We didn't last year because we were concerned
24          with PFOA in the soil.
25     Q.   What about before that?
```

```
                                                  Page 118

 1     A.  Yes, we did.

 2     Q.  What did you garden?

 3     A.  Tomatoes, asparagus, potatoes, carrots.

 4     Q.  Anything else?

 5     A.  It wasn't -- anything my husband had the urge

 6         to try.

 7     Q.  And did you eat the fruit and vegetables in

 8         your garden?

 9     A.  Yes.

10     Q.  Do you have any flower gardens?

11     A.  Yes.

12     Q.  How many flower gardens do you have?

13     A.  Three.

14     Q.  Where are they located?

15     A.  One is in the front lawn quite close to the

16         road; the other is in the front of our house

17         next to the house; and the other one is around

18         where the well was built.

19     Q.  Do you ever raise any animals for consumption

20         on your land?

21     A.  No.

22     Q.  Do you have any animals on your land?

23     A.  Two cats.

24     Q.  Are they inside cats or outdoor?

25     A.  Inside.
```

1    Q.   How would you characterize the soil in your

2         land?

3              MS. JOSELSON:  Object to the form.  You

4         can answer it if you understand it.

5    A.   I really don't know.

6         BY MR. LAFATA:

7    Q.   Is there clay in your land, in your soil?

8    A.   I don't know.  I know the grass grows well.

9    Q.   Is there sand in your soil?

10   A.   I don't know.

11   Q.   Is your soil rocky?

12   A.   No.

13   Q.   What type of foundation does your house sit

14        on?

15   A.   Cement.

16   Q.   How deep does the cement foundation go?

17   A.   I don't know.

18   Q.   Do you have a driveway to your garage?

19   A.   Yes.

20   Q.   Is it a paved driveway?

21   A.   No.

22   Q.   What is the nature of the driveway?

23   A.   Gravel.

24   Q.   Do you have a basement?

25   A.   No.  It's a split level, and the basement is

Case 5:16-cv-00125-gwc  Document 220-7  Filed 11/27/18  Page 121 of 260

```
                                                    Page 120
```

 1          furnished, and we have bedrooms down there.

 2     Q.   Got it.

 3               Are there any power or sewer lines buried

 4          in your property?

 5     A.   Sewer.

 6     Q.   Are there any power lines buried on your

 7          property?

 8     A.   Not to my knowledge.

 9     Q.   Is the power connection above ground?

10     A.   Yes.

11     Q.   Okay.  When was the last time you replaced the

12          roof on your property?

13     A.   I believe it was in the '90s.

14     Q.   What was the roof before you replaced it?

15     A.   Shingled.

16     Q.   What did you replace it with?

17     A.   Shingle.

18     Q.   Why did you replace the roof?

19     A.   Age.

20     Q.   Was it leaking when you replaced it?

21     A.   No.

22     Q.   Was it damaged when you replaced it?

23     A.   Some shingles were missing.

24     Q.   Do you have siding on your house?

25     A.   Wood.

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 122 of 260

Page 121

1   Q.  Have you ever replaced the siding?

2   A.  No.

3   Q.  Is your house, the exterior, painted?

4   A.  Yes.

5   Q.  When was the last time it was painted?

6   A.  My husband has kind of done it in increments,

7       so I know he did some two or three years ago.

8       You know, like he does what's needed.  So it's

9       ongoing basically.

10  Q.  Do you know how much you've cost -- or how

11      much you've -- let me rephrase that -- how

12      much you've spent to paint the house?

13  A.  Just the cost of the paint because he does the

14      work himself.

15  Q.  Do you store the extra paint in your garage?

16  A.  Yes.

17  Q.  How much did you pay to replace the roof?

18  A.  I would have to give you an estimate.

19  Q.  What is your estimate?

20  A.  About 3,000.

21  Q.  Okay.  Do you ever make any upgrades to the

22      landscaping?

23  A.  Yes.

24  Q.  What have you had done?

25  A.  Well, my husband does everything himself.  But

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 123 of 260

```
 1        when we moved there, trees had fallen and then
 2        left, and grass had actually grown over it, so
 3        my husband dug all that up, and he put in --
 4        planted grass.  He cleaned up a lot of the,
 5        you know, wild weeds that had grown up and
 6        made a little more lawn.  He put in the flower
 7        gardens.
 8   Q.   So was most of that when you first moved into
 9        the house?
10   A.   Yes.
11   Q.   Since then, have there been any major changes
12        to the landscaping?
13   A.   No.
14   Q.   Regular maintenance?
15   A.   (Nod).
16   Q.   Is there a pool on your property?
17   A.   Yes.
18   Q.   Where is the pool?
19   A.   Off the back deck.  It actually has its own
20        deck.  We have two decks.
21   Q.   And how deep is the pool?
22   A.   Four, four and a half feet.  It's aboveground.
23   Q.   Where is the pool equipment?
24   A.   In the garage.
25   Q.   And do you maintain the pool yourself or you
```

1        hire someone?

2    A.   My husband does.

3    Q.   He takes care of the pool chemistry?

4    A.   Yes.

5    Q.   Do you use your pool?

6    A.   Yes.

7    Q.   Is there a spa or Jacuzzi on your property?

8    A.   No.

9    Q.   Do you recall how much you spent on your new

10        windows?

11   A.   Once again, it would be an estimate.  I know

12        my brother and my husband put them in because

13        my brother is a contractor.  So all we did was

14        buy the windows, but they were still a couple

15        thousand maybe.  I don't know.  They were

16        thousands.

17   Q.   Do you remember the brand of the windows?

18   A.   I don't.

19   Q.   Have you ever done any remodeling inside the

20        house?

21   A.   Yes.

22   Q.   What did you have remodeled?

23   A.   Bookshelves, both bathrooms, one of the

24        bedrooms downstairs closets were built,

25        bookshelves were built, and paper and

```
 1        painting.
 2   Q.   Was there ever a time when there was
 3        remodelling work done in the kitchen?
 4   A.   New countertops.
 5   Q.   When were the countertops changed?
 6   A.   I think the late '80s.
 7   Q.   What are the countertops in the kitchen?  Are
 8        they stone or are they vinyl -- what --
 9   A.   Formica maybe.
10   Q.   You ever changed the flooring in your house?
11   A.   No.  We put new carpet downstairs.
12   Q.   Where else is there carpet in your house?
13   A.   Nowhere.  Just the bedrooms downstairs.
14   Q.   The bedrooms downstairs?
15   A.   (Nod).
16   Q.   What is the flooring in the rest of the house?
17   A.   Hardwood.
18   Q.   Have you ever refinished your hardwood floors?
19   A.   No.
20   Q.   Do you shampoo your carpet?
21   A.   No.
22   Q.   Have you made any changes to the plumbing
23        system in your house?
24   A.   Just to install a new dishwasher.  I think
25        they had to change some pipes.
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 126 of 260

```
                                              Page 125
 1    Q.   When did you install a new dishwasher?
 2    A.   Within the last year.
 3    Q.   What kind of dishwasher did you buy last year?
 4    A.   Frigidaire.
 5    Q.   Any other major appliances -- we talked about
 6         the furnace and the dishwasher -- that you had
 7         changed?
 8    A.   We have been there over 30 years, so we've had
 9         a new refrigerator, a new stove -- cook --
10         wood -- cook stove.  That's all I recall.
11              MR. LAFATA:  Mark this please.
12              (Deposition Exhibit No. 12 was marked for
13         identification.)
14         BY MR. LAFATA:
15    Q.   Ms. Crawford, do you see Exhibit 11 in front
16         of you?
17    A.   No.
18              MS. JOSELSON:  I think it's 12.
19              MR. LAFATA:  Oh, thank you.
20         BY MR. LAFATA:
21    Q.   12?
22    A.   Yes.
23    Q.   Would you mind keeping the clip on it just so
24         we don't lose --
25    A.   Oh, I am sorry.
```

```
 1    Q.  -- the order?  That's all right.
 2    A.  I thought you were going to --
 3    Q.  Do you recognize the picture here?
 4    A.  Yes.
 5    Q.  Whose home is this?
 6    A.  Mine.
 7    Q.  And did you take these pictures?
 8    A.  No.
 9    Q.  Who took them?
10    A.  My husband.
11    Q.  Okay.  What is shown in this first picture?
12    A.  A portion of my kitchen.
13    Q.  Do you know when these pictures were taken?
14    A.  Within the last three months.
15    Q.  Oh, so your kitchen looks this way today?
16    A.  Yes.
17    Q.  You mentioned that you had a new stovetop put
18        in.  Is this the new stovetop here?
19    A.  The whole stove.
20    Q.  It's electric?
21    A.  Yes.
22    Q.  Did you ever have the cabinetry in your
23        kitchen changed while you lived there?
24    A.  No.
25    Q.  Did you ever have the kitchen repainted?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 128 of 260

```
                                              Page 127

 1    A.   Yes.

 2    Q.   How many times has it been repainted?

 3    A.   Once.

 4    Q.   Was the tile and the back splash there when

 5         you moved in?

 6    A.   Yes.

 7    Q.   And these are the new countertops you

 8         mentioned, right?

 9    A.   Yes.

10    Q.   Would you turn to the next page, please?  Turn

11         to the next page, please?

12              Is this also your kitchen?

13    A.   Yes.

14    Q.   Was there ever a time you changed the kitchen

15         sink?

16    A.   No.  No.

17    Q.   This is the original kitchen sink?

18    A.   Mm-hmm.

19    Q.   Okay.  This is the new dishwasher here?

20    A.   Mm-hmm.  Yes.

21    Q.   What is the flooring in the kitchen?

22    A.   Linoleum.

23    Q.   Did you ever change the flooring in your

24         kitchen?

25    A.   No.
```

```
                                                      Page 128
 1    Q.   This is the original flooring?
 2    A.   (Nod).
 3    Q.   Would you please turn to the next page?
 4              This is the same kitchen, right?
 5    A.   Yes.
 6    Q.   Would you turn to the next page, please?
 7         Sorry.
 8              Same kitchen?
 9    A.   Yes.
10    Q.   What is the door there on the left, the narrow
11         one?
12    A.   A little pantry.
13    Q.   Was that there when you moved in?
14    A.   Yes.
15    Q.   Was the wallpaper original or was that added?
16    A.   Added.
17    Q.   In the kitchen?
18    A.   Yes.
19    Q.   When did you add the wallpaper?
20    A.   Probably five years after we moved in, so
21         1990.
22    Q.   I also see some wallpaper in the hallway
23         there.
24              Was that there when you moved in?
25    A.   No.
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 130 of 260

1    Q.   When did you add that wallpaper?

2    A.   Early '90s.

3    Q.   Would you please turn to the next page?

4         What does this picture show?

5    A.   My bedroom.

6    Q.   Is this on the upper level of your house?

7    A.   Yes.

8    Q.   This is the hardwood flooring in your house?

9    A.   Yes.

10   Q.   When you mentioned you had bookshelves

11        installed, are these the bookshelves you were

12        referring to?

13   A.   No.  Obviously we need more.

14   Q.   Is this window in your bedroom one of the new

15        windows you had installed?

16   A.   Yes.

17   Q.   Did you also have new window treatments

18        installed?

19   A.   Yes.

20   Q.   Would you please turn to the next page?

21        What room is this?

22   A.   The office.  It's one of the bedrooms.  We use

23        it for an office.

24   Q.   Is this on the same floor as the master

25        bedroom?

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 131 of 260

```
                                                    Page 130

 1    A.   Yes.

 2    Q.   Was the wallpaper in the office original or

 3         was that new?

 4    A.   New.

 5    Q.   What about for your bedroom?

 6    A.   New.

 7    Q.   Do you use your office for work?

 8    A.   No.

 9    Q.   Who uses it?

10    A.   We just use it, computer.

11    Q.   If you turn the page, please?

12              What bedroom is this?

13    A.   This is an extra bedroom that we just use for

14         guests.   It's upstairs.

15    Q.   And is the flooring here original?

16    A.   The flooring?

17    Q.   Mm-hmm.

18    A.   Yes.

19    Q.   Is the wall painted?

20    A.   Yes.

21    Q.   Has it ever been repainted?

22    A.   Yes.

23    Q.   How many times has it been repainted?

24    A.   Twice.

25    Q.   When was the most recent time?
```

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 132 of 260

```
                                           Page 131

 1    A.   Probably '95, '96.

 2    Q.   All right.  Would you turn the page, please?

 3              Where in your house is this photograph

 4         taken?

 5    A.   This was in that same extra bedroom.

 6    Q.   Are these the built-in bookshelves you

 7         referred to earlier?

 8    A.   Yes.

 9    Q.   So these are built into the wall?

10    A.   Mm-hmm.  Yes.

11    Q.   If you turn the page, please?

12              Is this the same bedroom?

13    A.   Yes.

14    Q.   Is that on the left the closet to the bedroom?

15    A.   Yes.

16    Q.   If you turn the page, please?

17              Where is this in your house?

18    A.   It's downstairs.

19    Q.   What is the purpose of this room?

20    A.   That's the family room for my daughter and her

21         friends.

22    Q.   Looks like a game here on the left?

23    A.   Yes.

24    Q.   What is the flooring in the downstairs area

25         here?
```

```
 1    A.   Carpet.

 2    Q.   And is there wallpaper on the left wall?

 3    A.   Yes.

 4    Q.   And the is right wall wallpaper or painted?

 5    A.   That's wallpaper also.  Just it doesn't show

 6         well.

 7    Q.   How recently was the wallpaper in this room

 8         installed?

 9    A.   Late '90s.

10    Q.   Would you turn the page, please?

11              Is this the same room?

12    A.   Yes, it is.

13    Q.   I see that game table on the far right side?

14    A.   Yes.

15    Q.   Okay.  Is there an appliance on the right-hand

16         side behind the chair?

17    A.   Dehumidifier.

18    Q.   Does that service the downstairs area or the

19         whole house?

20    A.   Just that room.

21    Q.   Is the appliance on the bottom left just an

22         area heater, by the globe?

23    A.   No, that's the dehumidifier.

24    Q.   Oh, excuse me.

25              On the right-hand side behind the chair,
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 134 of 260

1       what is that large white thing against the

2       wall?

3   A.  A freezer.

4   Q.  Okay.  Is the bookshelf here built into the

5       wall?

6   A.  Yes.

7   Q.  If you turn the page, please?  One more time.

8           Is this the same room we were just

9       looking at?

10  A.  Yes.

11  Q.  Okay.  Turn the page, please?

12          Where is this room in your house?

13  A.  It's the downstairs bedroom.

14  Q.  And when was the wallpaper here installed?

15  A.  Early '90s.

16  Q.  Is it carpeted?

17  A.  Yes.

18  Q.  When was that carpeting installed?

19  A.  The same time as the paper also.  In the '90s.

20  Q.  Would you turn the page, please?

21          Is this the same bedroom?

22  A.  Yes.

23  Q.  What is the appliance on the floor there on

24      the left?

25  A.  It's another dehumidifier.

```
 1    Q.   Do you have air conditioning in your house?
 2    A.   No.
 3    Q.   If you turn the page, please?
 4              Is this a bathroom?
 5    A.   Yes.
 6    Q.   Where is this bathroom?
 7    A.   Downstairs.
 8    Q.   What is the flooring in the downstairs
 9         bathroom?
10    A.   Carpet.
11    Q.   When was this carpet installed?
12    A.   It was all put in at the same time.  About
13         five or six years ago.
14    Q.   And are the walls here painted?
15    A.   Yes.
16    Q.   Have you ever made any changes to the
17         appliances in this bathroom, the toilet, the
18         sink, the shower?
19    A.   The shower and the sink.
20    Q.   What was done to the sink?
21    A.   Totally replaced.
22    Q.   When did you do that?
23    A.   Oh, boy.  I don't recall.
24    Q.   What was done to the shower?
25    A.   Hmm?
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 136 of 260

```
                                                    Page 135
```

 1   Q.  What was done to the shower?

 2   A.  Replaced.

 3   Q.  When did you replace the shower?

 4   A.  The same time we did the sink.  I don't recall

 5       exactly.

 6   Q.  Is this an outside facing window on the wall?

 7   A.  Yes.

 8   Q.  So this is a new window?

 9   A.  Yes.

10   Q.  If you turn the page, please?

11           Is this the same bathroom?

12   A.  Yes.

13   Q.  Is that the sink you were referring to

14       earlier?

15   A.  Yes.

16   Q.  Do you recall when this wall was painted in

17       this bathroom?

18   A.  I don't recall exactly.

19   Q.  Was it within the last ten years?

20   A.  I believe so.

21   Q.  Would you turn the page, please?

22           Where is this in your house?

23   A.  That is where our furnace is, washer and

24       dryer, water softener.

25   Q.  So on the left-hand side there is a rounded

```
 1        object.  What is that?
 2   A.   That's a wood furnace that we don't use.
 3   Q.   When was last time you used it?
 4   A.   It's been over 20 years.
 5             MS. JOSELSON:  This?
 6             THE WITNESS:  Mm-hmm.
 7        BY MR. LAFATA:
 8   Q.   On the -- in the center of the photo, there is
 9        a large appliance.  Is that a washing machine?
10   A.   Yes.
11   Q.   How old is the washing machine?
12   A.   About five years.
13   Q.   And what's the appliance to the left of that,
14        the large white one?
15   A.   The water softener.
16   Q.   How old is that?
17   A.   I don't recall.
18   Q.   On the far right-hand side, there is a bucket.
19        It's on the ground.
20             Do you know what those are?
21   A.   I think my husband used those like to water
22        the garden.  Things like that.
23   Q.   What do you mean by watering the garden with
24        the buckets?
25   A.   Well, there is a water tank in here, and he
```

1      would fill up the buckets and go up the

2      hatchway, and if we hadn't had rain, he would

3      water the garden.

4   Q.  I see.  Rather than a hose?

5   A.  Yes.

6   Q.  Okay.  Where would he fill up the water to

7      water the garden?

8   A.  On the next page, there is a -- do you see

9      blue on the left hand --

10  Q.  A pipe?

11  A.  There is a pipe, and then there is a blue

12     water tank.

13  Q.  Yes.

14  A.  He would take the water from that.

15  Q.  Okay.

16  A.  It's just a small tank, that makes it so when

17     you turn on the water faucet you don't have to

18     wait.

19  Q.  So this blue tank is -- stores water?

20  A.  Yeah.

21  Q.  Okay.  On the top of the page that you turned

22     to, there is some ductwork.

23         Do you see that at the top?

24  A.  Mm-hmm.

25  Q.  Is that for your heater?

Page 138

1   A.   I don't really know.

2   Q.   Okay.  There is an appliance in the middle of

3        the picture.  Is that a dryer?

4   A.   Yes.

5   Q.   How old is the dryer?

6   A.   Probably 15 years.

7   Q.   And the floor in this part of the basement is

8        concrete?

9   A.   Yes.

10  Q.   There is a panel on the wall above the dryer.

11       Do you see that?

12  A.   Yes.

13  Q.   Do you know what panel that is?

14  A.   That's the fuse box -- or the electrical box

15       with the -- what do you call -- not fuses but

16       the other thing.

17  Q.   Okay.  Above the dryer there is a silver pipe

18       that goes into the wall.  Do you see that?

19  A.   Yes.

20  Q.   Does that go outside?

21  A.   Yes.

22  Q.   Do you see there is a fan to the left of the

23       dryer, an upright fan?

24  A.   Yes.

25  Q.   And to the left of that, is it a trash can?

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 140 of 260

```
                                                   Page 139
 1    A.  Yes.

 2    Q.  Do you know what the bucket is below that?

 3    A.  Just an empty bucket.

 4    Q.  Okay.  Would you please turn to the next page?

 5          Where in your house is this picture?

 6    A.  Little dining nook.

 7    Q.  Is this where you eat?

 8    A.  Yes.

 9    Q.  And the back door there, does that go to the

10        backyard?

11    A.  Yes.

12    Q.  There's a porch out there?

13    A.  A deck.

14    Q.  What is the deck made out of?

15    A.  Wood.

16    Q.  When was the last time the deck had been

17        replaced?

18    A.  It's the original deck we built like 33 years

19        ago.

20    Q.  Is there a need to sand it or oil it or

21        anything like that, maintain it?

22    A.  No.

23    Q.  Is this flooring, the wood flooring, original

24        here?

25    A.  Yes.
```

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 141 of 260

```
                                                  Page 140
```

1    Q.   There is a light fixture on the ceiling,

2         right?

3    A.   Yes.

4    Q.   Was that also original?

5    A.   Yes.

6    Q.   Are the doors to the back deck original?

7    A.   No.

8    Q.   When were those put in?

9    A.   1985.

10   Q.   Would you please turn the page?

11             Is this the master bedroom again?

12   A.   Yes.

13   Q.   Would you please turn the page again?

14             Is this the second bathroom?

15   A.   Yes.

16   Q.   Where in your house is this bathroom located?

17   A.   Right outside there is a door to our bedroom

18        and a door to the hallway.

19   Q.   This bathroom has two doors?

20   A.   Yes.

21   Q.   Okay.  And have you done any remodeling work

22        to this bathroom here?

23   A.   Well, he took it to the studs, took everything

24        off and redid the whole thing.

25   Q.   Is this Ted, your husband?

```
 1    A.   Mm-hmm.

 2    Q.   Did he replace the sink here with -- did he

 3         replace the sink?

 4    A.   Yes.

 5    Q.   Did he replace the flooring?

 6    A.   Yes.

 7    Q.   What is the current flooring there?

 8    A.   Linoleum.

 9    Q.   Did he replace the shower?

10    A.   Yes.

11    Q.   Did he replace the toilet?

12    A.   Yes.

13    Q.   Do you remember when he did this work?

14    A.   I don't recall.  He is always doing something.

15    Q.   Would you please turn to the next page?

16             Is this another picture of your dining

17         area?

18    A.   Mm-hmm.

19    Q.   Okay.  If you turn to the next page, please?

20             Is this your kitchen?

21    A.   Yes.

22    Q.   All right.  The next page, please?

23             Where in your house is this picture?

24    A.   Upstairs.

25    Q.   And what room is this?
```

```
                                              Page 142
 1    A.   Living room.
 2    Q.   Would you turn the page, please?
 3              Is this the hallway in your house?
 4    A.   Yes.
 5    Q.   This was the wallpaper we talked about earlier
 6         through the kitchen, right?
 7    A.   Mm-hmm.
 8    Q.   What is the door at the end of the hallway?
 9    A.   Closet.
10    Q.   Is the wood framing around the doors in your
11         house, are those original too?
12    A.   Yes.
13    Q.   If you turn the page, please?
14              Is this the upstairs sitting area?
15    A.   Yes.
16    Q.   Were these bookshelves added to the house
17         behind the couch?
18    A.   Yes.
19    Q.   Do you know what the left of the bookshelf
20         behind the couch, what that pipe is from the
21         floor to the ceiling?
22    A.   Oh, that was my mother's pole lamp, and when
23         she died -- it's from like the 1950s.
24    Q.   So it detaches?
25    A.   Yeah.
```

Page 143

1    Q.  If you turn the page, please?

2            What room is this?

3    A.  This is the downstairs bedroom.

4    Q.  This is carpeted?

5    A.  Yes.

6    Q.  Is the wallpaper original or was that added?

7    A.  Added.

8    Q.  This is the last picture in this set, right?

9    A.  Yes.

10           (Deposition Exhibit No. 13 was marked for

11       identification.)

12   Q.  Mrs. Crawford, do you have a copy of

13       Exhibit 13 in front of you?

14   A.  Yes.

15   Q.  And do you see at the top, in the middle and

16       toward the top, it says, Declaration of Linda

17       Crawford in Support of Plaintiffs' Motion for

18       Class Classification?

19   A.  Yes.

20   Q.  Would you turn with me to the last page?

21           And whose signature is on this page?

22   A.  That's mine.

23   Q.  Okay.  Do you remember reading this when you

24       signed it?

25   A.  Yes.

1    Q.   Would you turn with me to the first page?

2         Do you see the first paragraph there,

3         number one?

4    A.   Yes.

5    Q.   And the second sentence, do you see:  I have

6         personal knowledge of the statements contained

7         in this declaration, and if called to testify,

8         I could and would testify competently to them.

9         Do you see that?

10   A.   Yes.

11   Q.   That is true, right?

12   A.   Right.

13   Q.   Would you turn with me to the second page?

14        In paragraph eight, do you see that

15        number?

16   A.   Yes.

17   Q.   It starts out:  We have a low level of PFOA in

18        our well as of last test.  We have a big

19        investment in our well.

20        Do you see that?

21   A.   Yes.

22   Q.   And when you refer to a big investment, what

23        are you referring to in your well?

24   A.   The thousands of dollar we paid to get a new

25        pump, submersible pump, and have it drilled

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 146 of 260

```
 1          further down.
 2    Q.    How much was paid to drill, aside from the
 3          pump, to drill?
 4    A.    I don't know what was what.  It was just one
 5          bill.
 6    Q.    Do you know what the total bill was?
 7    A.    I don't.  Thousands of dollars.
 8    Q.    Do you have a copy of the bill?
 9    A.    I do.
10    Q.    Would you be willing to provide a copy of the
11          bill?
12    A.    Yes.
13    Q.    Okay.
14    A.    My hus -- can I just say that my husband is
15          coming in next week.  Can he bring it then?
16    Q.    Sure.
17    A.    Okay.
18    Q.    Thank you for that.
19              In the next sentence, do you see it says:
20          We had the option to connect to municipal
21          water in the past as a waterline is in place
22          in front of our house?  Do you see that?
23    A.    Yes.
24    Q.    What did you mean when you wrote the waterline
25          is in place in front of your house?
```

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 147 of 260

Page 146

```
 1    A.   A few years ago they extended the waterline,
 2         and when it first went by our house we
 3         couldn't hook on because they had gotten a
 4         grant for I believe a farm that was up the
 5         road or not -- it's not an operating farm.
 6         It's a -- they hold receptions and whatever.
 7              And then we could get on it, but we
 8         didn't want to because our water is fresh and
 9         pure and clean and no chemicals, so -- and we
10         didn't want to pay the quarterly bill, so --
11    Q.   So there is a hookup, at least for your house,
12         that is available, right?
13    A.   Yeah, there's a hydrant right in my front
14         yard.
15    Q.   A fire hydrant?
16    A.   (Nod.
17    Q.   In paragraph 9 you write:  As a result of the
18         contamination of the groundwater beneath my
19         property, as well as my property and soils,
20         with PFOA, I have suffered damages, including,
21         but not limited to, real property damage.
22              Do you see that?
23    A.   Yes.
24    Q.   Diminution of property value.  Do you see
25         that?
```

```
 1    A.   Yes.
 2    Q.   Loss of use and enjoyment of property,
 3         annoyance, upset, aggravation, and
 4         inconvenience.
 5              Do you see that?
 6    A.   Yes.
 7    Q.   When you refer here to real property damage,
 8         what do you mean?
 9    A.   I mean that my house is not worth what it was.
10    Q.   Do you mean anything else?
11    A.   Well, they are going to have to dig up my
12         front yard to put the water in.
13    Q.   Anything else?
14    A.   A lot of activity in our neighborhood, trucks
15         and whatever putting water lines in, but
16         that -- yes.  That hasn't damaged my house but
17         it's aggravating.
18    Q.   And do you mean anything else by real property
19         damage?
20    A.   Not that I know, except that my soil is
21         contaminated.
22    Q.   Does that cover it all for real property
23         damage?
24    A.   The -- if they bury my well, they're going to
25         have to dig up that.  That's going be a mess
```

Page 148

```
 1          right in my -- right off my deck.
 2    Q.    Did someone tell you that someone -- would
 3          need to bury your well?
 4    A.    Yes.
 5    Q.    And who said that?
 6    A.    I think one of the men from the State of
 7          Vermont, one of the departments, that --
 8          because we asked, can we keep our well open so
 9          that we could use that for drinking water.
10          And they said, no, that has to be totally
11          filled in, the pump taken out and then totally
12          filled in.
13    Q.    Is there any other real property damage that
14          you refer to here that you haven't told me?
15    A.    Not that I can recall right now.
16    Q.    Diminution of property value.  We talked about
17          that, right?
18    A.    Mm-hmm.
19    Q.    What has been the diminution of property value
20          for your house?
21    A.    Well -- you mean money, numbers?
22    Q.    Sure.
23    A.    Well, we always thought we would probably sell
24          it for, you know, 185 to 200, and now it's
25          probably 140 to 155.
```

Case 5:16-cv-00125-gwc Document 212-47 Filed 11/27/18 Page 150 of 260

1   Q.  And the next section says loss of use and

2        enjoyment of property.

3           Do you see that?

4   A.  Mm-hmm.

5   Q.  What do you mean by that?

6   A.  We don't feel free to grow our own vegetables

7        anymore because we don't know about the soil,

8        and it's just -- just awful knowing that, you

9        know, underneath your house, your property,

10       there is poison.  Sometimes I sit on the deck

11       and I -- I just don't feel safe.  I just --

12       it's not the same.

13   Q.  Other than the vegetable garden, are there

14       other things that you used to do on your

15       property that you are no longer able to do?

16   A.  We don't fill our pool with our well water.

17   Q.  What do you fill it with?

18   A.  We have to pay the town 100 -- I believe $150

19       to use the hydrant.

20   Q.  Anything else?

21   A.  Not that I can think of right now.

22   Q.  You mention here annoyance, upset,

23       aggravation, and inconvenience.

24          What do you mean by that?

25   A.  I mean, I got really angry when I learned that

1      my well was polluted, and it's upsetting that

2      you have to change your way of living actually

3      because of this poison that I didn't ask for

4      and I don't want.

5          And annoyance and aggravation, that was

6      all the work that's going on in my

7      neighborhood to put these new waterlines in.

8      I opened my windows yesterday because it was

9      nice, and my house was just full of dust.

10     There's dust everywhere from all the trucks.

11     A lot of truck traffic, people coming to your

12     door because they want to check out where they

13     are going to put the lines.  It's kind of

14     aggravating.

15  Q.  Would you turn the page, please?

16         In paragraph 11, do you see that?

17  A.  Yes.

18  Q.  It says:  I have no known conflicts with other

19     members of the proposed class.

20         What do you mean by that?

21  A.  I have -- you know, I am not -- I don't have a

22     bad relationship with anybody.  I am not angry

23     at anybody.  I just want to help everybody,

24     and that includes all these members of the

25     class.

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 152 of 260

1    Q.   In paragraph 15, do you see that below?

2    A.   Yes.

3    Q.   You say I am not pursuing individual or

4         class-wide claims against the defendant for

5         psychiatric or psychological injury.

6              Do you see that?

7    A.   Yes.

8    Q.   Is that true?

9    A.   To the best of my knowledge, yes.

10   Q.   Okay.

11             MR. LAFATA:  Good time for a break?

12             MS. JOSELSON:  I was going to say it's

13        been about an hour.

14             THE VIDEOGRAPHER:  At 1:50 p.m. we're

15        going off the record and we are concluding

16        media unit number two of our deposition.  We

17        are off the record.

18                  (Brief recess taken.)

19             (Deposition Exhibit No. 14 was marked for

20        identification.)

21             THE VIDEOGRAPHER:  At 2:06 p.m. we are

22        coming back on the record.  Now beginning

23        media unit number three of our deposition with

24        Linda Crawford.  We are on the record.

25        BY MR. LAFATA:

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 153 of 260

```
                                                    Page 152
```

 1    Q.   Ms. Crawford, do you recall whether your home

 2         has ever been appraised?

 3    A.   Yes, it has.

 4    Q.   How many times has the value of your house

 5         been appraised?

 6    A.   Four.

 7    Q.   When was the first time it was appraised?

 8    A.   '85.

 9    Q.   Was that in connection with the original

10         purchase?

11    A.   No.  They just happened to -- we were in the

12         zone to be reappraised at that point.

13    Q.   Was this something the state did?

14    A.   No, the town.  They don't do the whole town

15         all at once.  I believe they do it in

16         sections, different times.

17    Q.   And after the appraisal in 1985, what was the

18         next time it was appraised, if you remember?

19    A.   '99.

20    Q.   Who performed that appraisal?

21    A.   The town.

22    Q.   And after that?

23    A.   '04.

24    Q.   And when was the most recent time it was

25         appraised?

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 154 of 260

Page 153

```
1    A.   Well, I think I made an error.  In '08, we
2         refinanced again, and they just accepted the
3         '04 assessment.  So it was actually done three
4         times.  But I believe we have four documents,
5         but they took the '04 appraisal for the '08
6         appraisal.
7    Q.   Understood.  So then the most recent time
8         someone had appraised your house was 2004; is
9         that correct?
10   A.   Yes.
11   Q.   Who performed the 2004 appraisal?
12   A.   I don't know.  They were different people.  I
13        don't recall exactly who it was.
14   Q.   In the 1985 appraisal, do you know what the
15        appraised value was?
16   A.   61,5.
17   Q.   And in the 1999 appraisal, do you know what
18        the appraised value was?
19   A.   99.
20   Q.   What about in the 2004 appraisal?
21   A.   148.
22   Q.   And I am understanding 99 and 148 to be
23        thousands, right?
24   A.   Yes.
25   Q.   Okay.  I am handing you a copy of exhibit 14.
```

Page 154

1      At the top do you see it says Uniform
2      Residential Appraisal Report?
3  A.  Mm-hmm.  Yes.
4  Q.  Would you turn to the next page?
5          Do you see there is, on the bottom, a
6      date of November 3, 1992?  Do you see that?
7  A.  Yes.
8  Q.  And it was signed by David Buckley.
9          Do you see that?
10 A.  Yes.
11 Q.  Do you remember David Buckley?
12 A.  I remember he was one of the ones that did an
13     appraisal.  I didn't know which one.
14 Q.  For this 1992 appraisal, do you see it's
15     $99,000?
16 A.  Mm-hmm.  Yes.
17 Q.  Do you have any reason to disagree with the
18     appraisal in 1992?
19 A.  No.
20         (Deposition Exhibit No. 15 was marked for
21     identification.)
22 Q.  Ms. Crawford, do you see Exhibit 15 in front
23     of you?
24 A.  Yes.
25 Q.  And do you see on the first page there's a

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 156 of 260

Page 155

1      date of February 5, 2004?  On the cover page.
2   A.  Yes.
3   Q.  And it says this is for the Bank of
4      Bennington.
5           Do you see that?
6   A.  Yes.
7   Q.  Was this in connection with any financial
8      transaction with your house?
9   A.  The re -- re-mortgaging.
10  Q.  Okay.  And this was by Richard Goodfellow.
11          Do you see that?
12  A.  Yes.
13  Q.  Do you remember Richard Goodfellow?
14  A.  I don't remember him.  I remember the name.
15  Q.  Would you turn to -- on the bottom right it
16      says 23?
17  A.  Yes.
18  Q.  At the top do you see it says Uniform
19      Residential Appraisal Report?
20  A.  Yes.
21  Q.  On the bottom there, do you see there is a
22      typed line that says -- do you see since the
23      subject was built?  Do you see that?
24  A.  Yes.
25  Q.  Since the subject was built prior to 1978,

```
1           there may be lead paint present.  This is
2           typical and has not affected single family
3           home values.
4               Do you see that?
5      A.   Yes.
6      Q.   Have you ever had any paint test in your house
7           for lead?
8      A.   No.
9      Q.   Would you turn to the next page, please?
10              Do you see at this bottom there there is
11          an appraisal date of February 5, 2004?
12     A.   Yes.
13     Q.   Okay.  And then beneath that, do you see the
14          appraisal value of $148,000?  Do you see that?
15     A.   Yes.
16     Q.   Do you have any reason to disagree with the
17          appraisal from 2004 of 148,000?
18     A.   No.
19     Q.   Would you turn please to page 26 of this
20          document?
21              Do you see a diagram on the top?
22     A.   Yes.
23     Q.   Have you -- look over this diagram.  Does this
24          appear to you to be an accurate diagram of
25          your house, the layout?
```

1  A.  It doesn't have the second deck on it.

2  Q.  Where is the second deck to your house?

3  A.  The pool is here and the deck -- there is

4      steps going down this deck to the pool, the

5      deck by the pool.  It's right in here.

6  Q.  Let me try to clarify it for the record.

7          You are pointing to the left of where the

8      document says deck; is that right?

9  A.  Yes.

10 Q.  That is a location of where your pool is,

11     about?

12 A.  Yes.

13 Q.  And you said there's an additional deck around

14     the pool or near the pool?

15 A.  Near the pool.

16 Q.  Okay.  Is that deck connected to your house,

17     the pool deck?

18 A.  By this deck.  There's steps that go -- it's

19     lower; it's a lower deck.

20 Q.  Understood.  Is the lower deck on the ground?

21 A.  Yes.

22 Q.  Okay.  Is that also a wooden deck?

23 A.  Yes.

24 Q.  Are there any other parts of this diagram that

25     appear to be inaccurate to you, or is this

1      otherwise okay?

2  A.  It looks okay.

3  Q.  So at the top there are three bedrooms, the

4      top level?

5  A.  Yes.

6  Q.  And one bath at the top?

7  A.  Mm-hmm.  Yes.

8  Q.  And the bottom there are those two extra

9      bedrooms, right?

10  A.  Yes.

11  Q.  And the bath at the bottom?

12  A.  Yes.

13  Q.  Okay.  Would you please turn to page 28 of

14      this document?

15        Do you see at the top it says subject,

16      photo page?

17  A.  Yes.

18  Q.  Are these photos of your house, the exterior?

19  A.  Yes.

20  Q.  And in the middle photo, I see there is --

21      there is a deck that is raised off the ground

22      correcting to the upper level.

23        Do you see that?

24  A.  Yes.

25  Q.  And then off to the right, is that -- is that

```
                                              Page 159
 1        where that lower deck is?
 2   A.   Yes.
 3   Q.   Okay.  Do you have a fireplace in your house?
 4   A.   No.
 5   Q.   What does the chimney connect to?
 6   A.   The oil furnace.
 7   Q.   Have you ever had the gutters changed in your
 8        house?
 9   A.   Yes.
10   Q.   When was the last time that was done?
11   A.   I don't recall.
12   Q.   Do you have any pictures of the outside of
13        your house besides these?
14   A.   I don't believe so.
15             (Deposition Exhibit No. 16 was marked for
16        identification.)
17   Q.   Mrs. Crawford, do you have a copy of
18        Exhibit 16 in front of you?
19   A.   Yes.
20   Q.   Do you see at the top it refers to change in
21        appraisal of real estate?
22   A.   Yes.
23   Q.   And do you see the date up there of June 5th,
24        2008?
25   A.   Yes.
```

Case 5:16-cv-00125-gwc Document 219-47 Filed 11/27/18 Page 161 of 260

```
                                                        Page 160
 1      Q.   And it's addressed to you and Ted, correct?
 2      A.   Correct.
 3      Q.   And this indicates in the middle that the
 4           previous real value was assessed at $122,600,
 5           correct?
 6      A.   Correct.
 7      Q.   And that the new value is $136,200, right?
 8      A.   Correct.
 9      Q.   So that was an increase in the appraised value
10           of the property in 2008, right?
11      A.   Yes.
12      Q.   And did that result in an increase in the tax
13           bill for the property?
14      A.   Yes.
15      Q.   In -- as of 2008 do you have any reason to
16           disagree with the value of the property being
17           $136,200?
18      A.   No.
19               (Deposition Exhibit No. 17 was marked for
20           identification.)
21      Q.   Mrs. Crawford, you have been handed a copy of
22           Exhibit 17.
23               Do you see that?
24      A.   Yes.
25      Q.   This is a tax bill from the Town of
```

```
 1        Bennington, correct?
 2   A.   Correct.
 3   Q.   And at the top it's dated March 13, 2017.
 4             Do you see that?
 5   A.   Yes.
 6   Q.   And this covers the tax year 2016 to 2017,
 7        correct?
 8   A.   Yes.
 9   Q.   This was mailed to you and your husband at
10        your home, right?
11   A.   Yes.
12   Q.   On the right-hand side, do you see the
13        appraised value, house site value, in that
14        box?
15   A.   Yes.
16   Q.   It says $136,200, correct?
17   A.   Correct.
18   Q.   Do you have any reason in 2017 to disagree
19        with the assessed value of your property here?
20   A.   No.
21   Q.   Do you have homeowners insurance on your
22        property?
23   A.   Yes.
24   Q.   Who in your household decides how much
25        insurance to purchase for your property?
```

```
                                              Page 162

 1    A.   Let's see, I think my husband had the
 2         conversation with the agent.  So between the
 3         two of them they came up with something.
 4    Q.   Who is your agent?
 5    A.   Hartford.
 6    Q.   Do you know the name of the agent?
 7    A.   No.  We get it through AARP.
 8    Q.   AARP?
 9    A.   Yeah.  So we deal with them directly if we
10         have an issue.
11    Q.   Do you believe your house is fully insured?
12    A.   Yes.
13    Q.   So if there were say a fire that destroyed the
14         house, the insurance could pay to rebuild it?
15    A.   I believe so.
16    Q.   Do you pay your insurance premiums for your
17         homeowners insurance?
18    A.   We do, yes.
19    Q.   You ever tried to sell your house?
20    A.   No.
21    Q.   You ever tried to rent your house?
22    A.   No.
23    Q.   Do you have any plans to rent your house?
24    A.   No.
25    Q.   Do you have any plans to sell your house?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 164 of 260

1  A.  Nothing definite.  My husband is going to

2      retire in 59 days, and we don't know what

3      we're going to do.  We haven't made any real

4      plans.

5  Q.  As of today you don't have a plan to sell the

6      house?

7  A.  No.

8  Q.  59 days and counting, huh?

9  A.  I've got something right on the refrigerator.

10  Q.  Have you ever talked to a real estate agent

11      about the value of your house in the last ten

12      years?

13  A.  No.

14  Q.  Have you ever put your house on the market in

15      the last ten years?

16  A.  No.

17  Q.  You mentioned when your well pump was replaced

18      that there was a water quality test.  Do you

19      recall that?  Do you recall saying that?

20  A.  I recall saying that.  You know, I am sure

21      they did because I think that is common

22      practice, but I -- I don't know for sure.

23  Q.  Other than that, do you recall any water ever

24      being tested prior to 2016 for any chemicals

25      in the water?

Page 164

1    A.   Not for chemicals, no.

2    Q.   For anything else?

3    A.   Periodically we would have it tested, but that

4         was before it was sealed because we feel very

5         confident that it was okay, but we would have

6         it tested for bacteria, and it was always all

7         right.

8    Q.   Who would do the test for bacteria?

9    A.   The department of health.

10   Q.   Did they charge you for that test?

11   A.   Yes.

12   Q.   Have any of those tests resulted in any

13        finding of bacteria in the water?

14   A.   No.

15   Q.   Have you ever had your soil tested for

16        chemicals at your property?

17   A.   No.

18   Q.   Have you ever appraised a home yourself?

19   A.   No.

20   Q.   Do you have any real estate license?

21   A.   No.

22   Q.   Have you ever listed someone else's property

23        for sale before?

24   A.   No.

25   Q.   Do you have any experience valuing a property,

Case 5:16-cv-00125-gwc Document 220-47 Filed 11/27/18 Page 166 of 260

```
 1        a residential property?
 2   A.   No.
 3   Q.   Have you ever performed any research into
 4        residential property values before?
 5   A.   No.
 6   Q.   Do you live in a residential neighborhood?
 7   A.   Yes.
 8   Q.   Is there any commercial zone or business in
 9        the area of your neighborhood?
10   A.   No.
11   Q.   Any --
12   A.   No.  There is a veterinarian's office but
13        it's -- it's up the road a ways.  That's all.
14             Well, and there is a retail store across
15        the street.
16   Q.   What is the retail store across the street?
17   A.   Antiques.
18   Q.   Antiques?
19   A.   (Nod).
20   Q.   Do you use the vet for your cats up the road?
21   A.   Yes.
22   Q.   Do you entertain socially at home?
23   A.   Not very often.
24   Q.   When was the last time you did that?
25   A.   Thanksgiving.
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 167 of 260

```
                                              Page 166

1    Q.  So around the holidays you will entertain?

2    A.  Yes.  Just family.

3    Q.  Do you have any plans to change the

4        entertainment at your house around the

5        holidays?

6    A.  No.

7    Q.  Do you use your house for any commercial

8        activity?

9    A.  No.

10   Q.  So Mr. Crawford works outside the house,

11       correct?

12   A.  Correct.

13   Q.  For income?

14   A.  Yes.

15   Q.  And you have worked for income outside the

16       house?

17   A.  (Nod).

18   Q.  Yes?

19   A.  Yes.

20   Q.  Does anyone use your land for sports?

21   A.  No.

22   Q.  After PFOA was detected in your water, did you

23       do anything to make any effort to remediate

24       the presence of PFOA in your water?

25              MS. JOSELSON:  Objection.  You can
```

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 168 of 260

```
                                                    Page 167

 1         answer.

 2    A.   I wouldn't know how to begin.

 3         BY MR. LAFATA:

 4    Q.   Is that a no?

 5    A.   That's a no.

 6    Q.   What about with the soil, have you taken any

 7         steps to remediate any of your soil?

 8    A.   No.

 9    Q.   Did you live at your home at the time that

10         ChemFab's business was operating on Water

11         Street?

12    A.   Yes.

13    Q.   Did you ever go to the facility?

14    A.   No.

15    Q.   Do you remember the facility in particular?

16             MS. JOSELSON:  Object to the form.  You

17         can answer it.

18    A.   Yes.

19         BY MR. LAFATA:

20    Q.   Were you aware it was there when it was open?

21    A.   Open?  Oh, when it was operating?

22    Q.   Yes.

23    A.   Yes.

24    Q.   What, if anything, do you remember about it?

25    A.   I remember a woman I worked with complaining
```

```
 1        about how it smelt so bad because she lived
 2        nearby.
 3   Q.   Did you smell anything from the facility where
 4        you lived?
 5   A.   No.
 6   Q.   Did you ever meet or talk to anyone who worked
 7        at ChemFab?
 8   A.   No.
 9   Q.   Do you know what business was done at that
10        ChemFab facility?
11   A.   I understand they make Teflon, like for pots
12        and pans, and waterproof material.
13   Q.   Anything else?
14   A.   No.
15   Q.   Did you live in your home at the time that the
16        ChemFab facility was open on Northside Drive?
17   A.   No.
18   Q.   Have you talked to any realtor about any
19        change in the value of your property due to
20        PFOA?
21   A.   No.
22   Q.   Have you talked to any appraiser about any
23        change in your property value due to the
24        presence of PFOA?
25   A.   No.
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 170 of 260

Page 169



23   Q.   Do you personally or socially know any of the
24        other plaintiffs who are in this case?
25   A.   Yes.

```
                                                        Page 170

 1    Q.   Who do you know?

 2    A.   My neighbors on both sides of me, Lauren and

 3         Donna.

 4    Q.   Do you have Exhibit 13 in front of you still?

 5         That?

 6    A.   13.

 7    Q.   Mm-hmm.

 8    A.   12.  11, 1, 14.

 9    Q.   13.

10    A.   13.  Thank you.

11              MR. LAFATA:  Thank you, Emily.

12    A.   13.

13    Q.   Thank you, yes.

14              At the top there, do you see on the upper

15         left the name James Sullivan?

16    A.   Yes.

17    Q.   Do you know Jim Sullivan or Leslie Addison?

18    A.   No.

19    Q.   Do you know William Sumner?

20    A.   No.

21    Q.   Do you know Ronald Hausthor?

22    A.   I don't know them.  I know of them.

23    Q.   Okay.  What about Gordon Garrison?

24    A.   No.

25    Q.   Do you know Bill Knight?
```

Page 171

```
 1    A.   No.
 2    Q.   Have you had any conversation with any of
 3         those plaintiffs about this case?
 4              MS. JOSELSON:   You mean not associated
 5         with counsel.
 6         BY MR. LAFATA:
 7    Q.   Other than any --
 8    A.   No.   No.
 9    Q.   Have you ever had any conversations with
10         anyone from Saint-Gobain about this case?
11    A.   No.
12    Q.   Have you ever met anyone from Saint-Gobain?
13    A.   No.
14    Q.   When was the first time you had heard the name
15         Saint-Gobain?
16    A.   Well, when my coworker would complain about
17         it, but that's all.  She would just come in
18         and say, oh, it smells so bad over there
19         today.
20    Q.   In connection with the old plant operations
21         you mean?
22    A.   The one on Water Street.
23    Q.   Have you ever had any communications with any
24         members of state government agencies or
25         elected officials about PFOA or Saint-Gobain
```

```
 1        or ChemFab?
 2             MS. JOSELSON:  Object to the form, but
 3        you can answer it.
 4   A.   Any conversations?
 5        BY MR. LAFATA:
 6   Q.   Mm-hmm.
 7   A.   Only, you know, we went to the informational
 8        meetings and met, you know, representatives of
 9        the state government, but I didn't really have
10        a one-on-one conversation.
11   Q.   Just sort of sat in a --
12   A.   Sat in, and I did ask -- I asked a question
13        because that was when the zone of
14        contamination was still being expanded, and we
15        were really close.  And he told me that --
16        that's when he told that what they were doing
17        was testing the wells until they got a number
18        of them negative, and we were next, that it
19        was -- it was still expanding, would include
20        us.
21   Q.   That conversation happened in that meeting?
22   A.   At that meeting just kind of with a whole
23        bunch of people and everybody was asking
24        questions.
25   Q.   Was Mr. Crawford with you at the meeting?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 174 of 260

Page 173

1    A.   Yes.

2    Q.   Have you ever had any other communications

3         with anyone with the state government about

4         PFOA or Saint-Gobain or this case?

5    A.   No.

6    Q.   What about the federal government?

7    A.   No.

8    Q.   Have you ever written any letters to an editor

9         about this case?

10   A.   No.

11              (Deposition Exhibit No. 18 was marked for

12         identification.)

Page 174



17          (Deposition Exhibit No. 19 was marked for
18      identification.)

Page 175



25    Q.   Ms. Crawford, when you were employed at

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 177 of 260

Page 176

1     Vermont Veterans' Home, how many days a week

2     did you work?

3  A.  Five.

4  Q.  And what were your hours?

5  A.  Seven to 3:30.

6  Q.  Was that every day?

7  A.  Yes.

8  Q.  Do you know the -- let me rephrase.

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 178 of 260

Page 177



17   Q.   Have you told me today about all of your

18        occupations you have had?

19            MS. JOSELSON:   Object to the form.   You

20        can answer if you understand it.

21   A.   To the best of my knowledge, yes.

22        BY MR. LAFATA:

23   Q.   We talked about your work at Mary McClellan

24        Hospital in New York, right?

25   A.   Mm-hmm.

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 179 of 260

Page 178

1   Q.  And your work at Southwest [sic] Vermont

2       Medical Center, right?

3   A.  Yes.

4   Q.  And your work at the Vermont Veterans' Home,

5       correct?

6   A.  Correct.

7   Q.  Have you ever been employed anywhere else?

8   A.  No.

9   Q.  Did you ever do nursing services in any

10      operation rooms?

11   A.  No.

Page 179





Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 181 of 260

[redacted]

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 182 of 260

[redacted]

MR. LAFATA: All right. Let's go off the record.

THE VIDEOGRAPHER: At 2:45 p.m. we are off the record.

(Brief recess taken.)

THE VIDEOGRAPHER: At 2:59 p.m. we are coming back on the record.

BY MS. JOSELSON:

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 183 of 260

Q. Mrs. Crawford, you ready to continue?
A. I am.
Q. A question about your dishwasher in the kitchen.
Does the water from that come from your well?
A. Yes.
(Brief interruption.)
(Off-the-record colloquy.)
BY MR. LAFATA:
[redacted]

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 184 of 260

Page 183



Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 185 of 260

[redacted]











Page 189



Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 191 of 260

Page 190



Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 192 of 260

Page 191



Page 192



Page 193



Page 194



Page 195





Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 198 of 260

Page 197



Case 5:16-cv-00125-gwc  Document 212-47  Filed 11/27/18  Page 199 of 260

Page 198

███ ███ ███

███ ███ ████████████████

███ ███ ███

███ ███ ████████████

███ ███ ███

```
 6   Q.  Are you a member of any civic organizations in
 7       the area?
 8   A.  Not anymore.
 9   Q.  When -- when were you in part of a civic
10       organization?
11   A.  Well, like the progressive party, I used to
12       belong to that, and we would go to meetings,
13       but I -- I haven't -- no, I don't join.
14   Q.  Okay.  Were you involved in any labor union in
15       the area?
16   A.  Yes.
17   Q.  What was that?
18   A.  VSEA.
19   Q.  VSEA?
20   A.  Yes.  Vermont State Employees Association.
21   Q.  Did you have a leadership role in the VSEA?
22   A.  I was steward and president of the local
23       chapter.
24   Q.  When were you the president of the local
25       chapter?
```

```
 1    A.  Oh, let's see.  It was 2-0-6 or 2-0-8.
 2    Q.  How long were you a part of the VSEA?
 3          MS. JOSELSON:  What would the possible
 4        relevance of that be?  How could that possibly
 5        lead to the discovery of any relevant
 6        evidence?
 7          MR. LAFATA:  The objection is improper.
 8        BY MR. LAFATA:
 9    Q.  You can answer the question.
10          MS. JOSELSON:  The question is improper.
11          MR. LAFATA:  Don't interfere with the
12        deposition.  If you have an objection, you can
13        make it, but a speaking objection is improper
14        and you know that.
15        BY MR. LAFATA:
16    Q.  Ms. Crawford, you can answer --
17          MS. JOSELSON:  You know that discovery is
18        supposed to lead to the discovery of relevant
19        evidence.
20        BY MR. LAFATA:
21    Q.  Ms. Crawford, you can answer the question.
22          MS. JOSELSON:  I think this is an
23        interference with her first amendment rights
24        and political association.  Completely
25        inappropriate.
```

Case 5:16-cv-00125-gwc Document 220-47 Filed 11/27/18 Page 201 of 260

```
                                              Page 200
1           MR. LAFATA:  That objection is
2      inappropriate and you know that.
3           MS. JOSELSON:  I think the question is
4      inappropriate.
5           MR. LAFATA:  Well, you've made your
6      objection.  You can file a motion if you want.
7           MS. JOSELSON:  I think we will.
8           MR. LAFATA:  Go for it.
9      BY MR. LAFATA:
10  Q.  Go ahead.
11  A.  I joined VSEA the first week I was employed at
12      the veterans' home, which was '87, and I
13      stayed a member until the day I retired.
14  Q.  Were you part of any labor union organizations
15      at your other jobs?
16  A.  No.
17           MS. JOSELSON:  Same objection.
18      BY MR. LAFATA:
19  Q.  Other than the progressive party and the VSEA,
20      were you part of any other civic organizations
21      in the area?
22           MS. JOSELSON:  Objection, but you can
23      answer.
24  A.  I am thinking.  No.
25      BY MR. LAFATA:
```

1  Q.  Were you part of any organization involving
2      fluoridated water?
3  A.  Oh, yes.  Yes.  Bennington Citizens Against
4      Fluoridated Water.
5  Q.  And how long were you part of that
6      organization?
7  A.  I still am.  We formed that about, boy, maybe
8      five or six years ago when there was a push to
9      add it to the water.
10 Q.  What sort of work do you do as part of this
11     organization?
12 A.  Well, when there was an active push to put it
13     in the water and it was going to be voted
14     upon, myself and other members of the group
15     would hold public meetings.  We would have
16     slideshows.  We would have experts come in.
17     We went door to door before the town meeting
18     and we won.
19 Q.  The outcome of the vote was favorable?
20 A.  The outcome of the vote was no fluoride.
21 Q.  Before joining Vermont Citizens Against
22     Fluoridated Water, did you have any
23     involvement with any organizations about
24     fluoridated water?
25         MS. JOSELSON:  Objection.  You can

Page 202

```
 1        answer.
 2   A.   Paul Connett is the expert, and I would be on
 3        his -- I liked his page and got all his
 4        articles.
 5        BY MR. LAFATA:
 6   Q.   What page do you mean?
 7   A.   Facebook -- Facebook page.
 8   Q.   Did you ever write letters to the editor as
 9        part of being in Vermont Citizens Against
10        Fluoridated Water?
11   A.   Yes, I did.
12             MS. JOSELSON:  Same objection, to this
13        whole line of questions.
14             (Deposition Exhibit No. 20 was marked for
15        identification.)
16        BY MR. LAFATA:
17   Q.   Ms. Crawford, do you have Exhibit 20 in front
18        of you?
19   A.   I do.
20   Q.   And do you see at the top it says: War of
21        words, with teeth?
22   A.   Yes.  Not my words but the editor put that.
23   Q.   The editor put that.
24             Did you write this -- the rest of this
25        letter to the editor?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 204 of 260

Page 203

1    A.   Yes, I did.

2    Q.   Okay.  Do you recall receiving any response to

3         your letter?

4    A.   I don't recall.

5    Q.   In the first sentence you say, we would like

6         to respond to an article by Sam Hemingway.

7             Do you see that?

8    A.   I do.

9    Q.   And who -- when you say we, do you know who

10        you're referring to?

11   A.   The other advocates that were in my group.

12   Q.   And who is Sam Hemmingway?

13   A.   He is a reporter for the Burlington Free

14        Press.

15            (Deposition Exhibit No. 21 was marked for

16        identification.)

17   Q.   Ms. Crawford, do you have Exhibit 1 in front

18        of you?

19   A.   I do.

20   Q.   Is this the article by Sam Hemingway that you

21        were responding to?

22   A.   Yes.

23            MS. JOSELSON:  I would just like to note

24        that both Exhibit 20 and 21 seem to have

25        markings on them that the witness did not

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 205 of 260

Page 204

```
 1        make.  They were presented to her in that
 2        form.  I also object to both exhibits.
 3        BY MR. LAFATA:
 4   Q.   Ms. Crawford, on Exhibit 20, do you see in the
 5        second paragraph you refer to a man name Tommy
 6        Ivey?
 7   A.   I believe -- yes, I do.
 8   Q.   And who is Tommy Ivey?
 9   A.   I don't recall.  I believe he is a dentist.
10   Q.   Okay.  And in Exhibit 21, do you see on the
11        far right-hand column there is a paragraph at
12        the top, says Ivey said.
13             Do you see that?
14   A.   Yes.
15   Q.   Ivey said 3200 studies have determined that
16        fluoridation has no downside.
17             Do you see that section?
18   A.   I do.
19   Q.   And in the next paragraph, do you see it says,
20        he also said fluoride is natural -- naturally
21        in all water, including ocean water, so
22        Crawford's allergy claim is impossible, and
23        the idea that public water systems are being
24        used as a dumping ground for bad fluoride
25        defies logic.
```

Page 205

1              Do you see that?

2    A.   I do.

3    Q.   Do you have a reaction to his statement?

4              MS. JOSELSON:  Objection.  You can answer

5         it.  We'll move to strike.

6    A.   Natural fluoride comes from rocks, water going

7         over and gradually breaking it down to little

8         tiny increments.  Water has it.

9              The fluoride they add to the water

10        systems to fluoridate the water is a byproduct

11        of phosphate fertilizer production.  The

12        smokestacks are shaken; the residual toxic

13        waste product is collected; put into bags;

14        transported across the country in trucks

15        marked hazard.  There has been some accidents

16        and people have had to be evacuated from miles

17        around because the fluoride that they add

18        is -- is toxic.  It's not a natural mineral.

19        It's not even a mineral, the breakdown of

20        rocks.

21             Of those studies, Paul Connett, the

22        expert that's noted, tried to get those

23        studies.  They don't exist.  They are things

24        that dentists write.  And in the oath that

25        dentists take, part of the thing they promise

Page 206

1       to do is to push water fluoridation.  They

2       have their own agenda.  And I think it's bull.

3       That is my reaction.

4       BY MR. LAFATA:

5   Q.  Well, thank you.

6           And when you said that Paul was trying to

7       get these studies, do you mean the studies

8       referred to by Ivey here?

9   A.  Yes.

10  Q.  He was not able to get those?

11  A.  There are no -- there are no scientific

12      studies.

13  Q.  Paul Connett is in your article here?

14  A.  Yes.  He goes worldwide against water

15      fluoridation.

16  Q.  When you wrote the letter to the editor,

17      Exhibit 20, do you author the text of the

18      letter yourself?

19  A.  Yes, I wrote it myself.

20  Q.  Did you do your best to be truthful in what

21      you said in the letter?

22  A.  I did.

23          MS. JOSELSON:  My objection continues

24      through this whole line.

25          (Deposition Exhibit No. 22 was marked for

Page 207

```
 1        identification.)
 2        BY MR. LAFATA:
 3    Q.  Ms. Crawford, do you see Exhibit 21 in front
 4        of you?
 5             MS. JOSELSON:  No.
 6        BY MR. LAFATA:
 7    Q.  What exhibit is in front of you?
 8    A.  22.
 9    Q.  Thank you for being cooperative.
10             Do you see Exhibit 22 in front of you?
11    A.  Yes.
12    Q.  Do you see at the top this is from the
13        Bennington Banner?
14    A.  Yes.
15    Q.  Dated May 2, 2001.  Do you see that?
16    A.  Yes.
17    Q.  And the title, it's emotion, not science.  Do
18        you see that?
19    A.  Yes.
20    Q.  Was this a title that you gave to this piece?
21    A.  No.
22    Q.  Do you know who gave that title?
23    A.  I imagine the editor or whoever controls those
24        things at the Banner.
25    Q.  Did you write the article yourself though?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 209 of 260

Page 208

1    A.   It's been a while.  Let me refresh my memory.

2         Yes.

3    Q.   Okay.  In the bottom there it says Linda

4         Crawford, right?

5    A.   Yes.

6    Q.   And kind of like with the last article, when

7         you wrote this one, did you do your best to be

8         truthful with what you said?

9    A.   Yes.

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 210 of 260

[redacted]





[redacted]

Case 5:16-cv-00125-gwc Document 220-9 Filed 11/27/18 Page 212 of 260

[redacted]



Page 212



23          MR. LAFATA:  Mrs. Crawford, have I been

24      courteous to you during today's deposition?

25          THE WITNESS:  Yes.

1           MR. LAFATA:  Pass the witness.

2                   CROSS-EXAMINATION

3       BY MS. JOSELSON:

4    Q.  Linda, there were a couple of questions that

5        Mr. LaFata asked you.  One concerned Exhibit

6        17.  Could you pull that out?

7    A.  I have it.

8    Q.  Okay.  And do you remember that this is your

9        2016, 2017 tax bill?

10   A.  Yes.

11           MS. JOSELSON:  Is there another tax bill

12       that you showed her, Paul?

13           MR. LAFATA:  It was an assessment.

14           MR. SILVER:  It was the change in

15       assessment one.  There it is.

16       BY MS. JOSELSON:

17   Q.  And Exhibit 16?

18           MR. SILVER:  There you go.

19           MR. LAFATA:  You got it.

20       BY MS. JOSELSON:

21   Q.  Do you remember being asked questions about

22       these documents?

23   A.  I do.

24   Q.  And do you remember being asked something

25       like -- I don't have the exact phrasing --

Page 214

```
 1        whether you agreed with the assessed value in
 2        these documents?
 3             MR. LAFATA:  Object to the form.
 4             MR. SILVER:  -- any reason to object to
 5        that.
 6   A.  Are you asking me if we grieved --
 7        BY MS. JOSELSON:
 8   Q.  No.  I am asking you if you remember being
 9        asked the question by Mr. Lafata, something to
10        the effect of whether you agreed with the
11        assessed value in these documents?
12             MR. LAFATA:  Objection to form.
13        BY MS. JOSELSON:
14   Q.  Do you remember that question?
15   A.  I do remember that question.
16   Q.  So what did you mean by that?
17             MR. LAFATA:  Object to form.
18   A.  I think I understood it did you grieve this
19        assessment.
20        BY MS. JOSELSON:
21   Q.  And did you?
22   A.  We did not grieve it.
23   Q.  Do you believe that the assessed value in
24        Exhibit 17 reflects what you believe your fair
25        market value of your house is?
```

Case 5:16-cv-00125-gwc   Document 220-47   Filed 11/27/18   Page 216 of 260

Page 215

```
 1            MR. LAFATA:  Object to form.
 2   A.   No.  No, I misunderstood.
 3        BY MS. JOSELSON:
 4   Q.   Okay.  So you didn't grieve the -- the
 5        assessed valuation listed in Exhibit 17?
 6   A.   No.
 7   Q.   You were also asked some questions about
 8        whether you changed any of your patterns of
 9        socializing or plans for socializing.
10            Do you remember some of those questions?
11   A.   I do.
12   Q.   Other than -- so have you changed at all the
13        ways in which you socialize with people in
14        your house?
15   A.   Well, I have a friend, ever since the PFOA
16        thing came up she won't drink -- even before
17        we started using bottled water -- she wouldn't
18        have a cup of coffee or tea with me unless we
19        used bottled water.
20   Q.   She lives outside the zone?
21   A.   She lives in Pawlet.
22   Q.   You were also asked questions about
23        out-of-pocket expenses that you have incurred
24        since the discovery of PFOA in your well.
25            Do you remember that?
```

Page 216

```
 1    A.   Yes.
 2    Q.   And you mentioned the cost of bottled water
 3         that you used?
 4    A.   Yes.
 5    Q.   What about the -- the expense for the water
 6         for the pool that you talked about?
 7    A.   Oh, yeah.
 8              MR. LAFATA:  Object to form.
 9    A.   We have to pay the town for a permit to use
10         the fire hydrant, so --
11              MS. JOSELSON:  That is all I have.
12              MR. LAFATA:  Mrs. Crawford, some
13         follow-up questions based on your testimony
14         there.
15                   REDIRECT EXAMINATION
16         BY MR. LAFATA:
17    Q.   Do you have any plan to contact the Town of
18         Bennington or any tax authority to tell them
19         that their assessment of your property is too
20         low?
21    A.   No, because they might say it's too high.  I
22         don't know -- they might say -- no, because
23         then they would put it up and I would have to
24         pay more taxes.  That is why we didn't grieve
25         it.
```

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 218 of 260

Page 217

1   Q.   If you believe that the Town of Bennington has

2        made a mistake in valuing your property, do

3        you think that you should tell them?

4             MS. JOSELSON:  Object to the form.

5   A.   No.

6        BY MR. LAFATA:

7   Q.   Do you think it would be fair for them to be

8        operating underneath that mistake?

9             MS. JOSELSON:  Object to the form.

10  A.   I realize that assessed value is not the same

11       as fair market value.  So I guess I -- we

12       didn't want to -- we didn't want to grieve it.

13  Q.   Have you grieved your tax bill before?

14  A.   Never.

15  Q.   Do you know what would be involved in grieving

16       your tax bill?

17  A.   No.

18  Q.   During lunch or any of the breaks today, did

19       you discuss the substance of your testimony

20       with anybody?

21            MS. JOSELSON:  Other than counsel?

22       BY MR. LAFATA:

23  Q.   Did you discuss the substance of the testimony

24       today?

25            MS. JOSELSON:  You can't ask any

Case 5:16-cv-00125-gwc   Document 220-7   Filed 11/27/18   Page 219 of 260

```
 1        questions regarding what discussions our
 2        clients have had with their attorneys.
 3             MR. LAFATA:  The substance of live
 4        testimony, you're objecting to that?
 5             MS. JOSELSON:  I'm telling you I will
 6        instruct this witness not to answer any
 7        questions regarding discussions that she has
 8        had with counsel at any time.
 9        BY MR. LAFATA:
10   Q.   Mrs. Crawford, my question to you is, did you
11        have any discussion during the lunch or break
12        about the substance of your testimony during
13        today's deposition?
14             MS. JOSELSON:  And I'm instructing the
15        witness not to answer any questions regarding
16        discussion with counsel.  You can ask her if
17        she's had any discussions with anyone about
18        the substance of her testimony other than
19        counsel.
20        BY MR. LAFATA:
21   Q.   About that.
22   A.   Would you repeat?
23   Q.   Sure.
24             Other than counsel, have you had any
25        discussions about the substance of your
```

```
 1        testimony today?
 2   A.   I haven't even seen anybody other than my
 3        counsel.
 4   Q.   Mm-hmm.  Okay.
 5             MR. LAFATA:  Pass the witness.
 6             MS. JOSELSON:  You know you're not
 7        allowed to ask any questions that a witness --
 8        that a plaintiff talks to the attorneys about.
 9             MR. LAFATA:  Do you have any redirect
10        questions?
11             MS. JOSELSON:  No.
12             MR. LAFATA:  All right.  I leave open the
13        deposition in case there's additional
14        discovery that comes forward.
15             MS. JOSELSON:  Yeah, we'll object to
16        that.
17             MR. LAFATA:  Yeah.
18             THE VIDEOGRAPHER:  At 3:40 p.m. we've now
19        reached the end of the media unit number
20        three, and we are going off the record and
21        concluding our deposition.  And we are off the
22        record.
23                   * * * * * * * *
24
25
```

Page 220

1              ACKNOWLEDGMENT OF DEPONENT

2

3              I have read the foregoing transcript of

4       my deposition and except for any corrections or

5       changes noted on the errata sheet, I hereby

6       subscribe to the transcript as an accurate record

7       of the statements made by me.

8

9              _____

10                      LINDA CRAWFORD

11

12             SUBSCRIBED AND SWORN before and to me

13       this _____ day of _____, 20___.

14

15

16             _____

17                      NOTARY PUBLIC

18

19

20       My Commission expires:

21

22

23

24

25

Page 221

1                    CERTIFICATE
2              I, Beth Gaige, a Registered
3     Professional Reporter, hereby certify that the
4     within-named deponent was sworn to testify the
5     truth, the whole truth, and nothing but the
6     truth in the aforementioned cause of action.
7              I further certify that this deposition
8     was stenographically reported by me and later
9     reduced to print through computer-aided
10    transcription, and the foregoing is a full and
11    true record of the testimony given by the
12    deponent.
13             I further certify that I am a
14    disinterested person in the event or outcome
15    of the above-named cause of action.
16             IN WITNESS WHEREOF, I subscribe my hand
17    and affix my seal this 27th day of April 2018.
18
19
20
21
                   Beth Gaige, RPR
22                 Notary Public
23
      My commission expires:
24    August 22, 2019
25

Page 222

1                    E R R A T A   S H E E T

2        IN RE:   SULLIVAN, et al. vs. SAINT-GOBAIN

3        DATE:    4/25/2018

4        PAGE     LINE    CORRECTION AND REASON

5        _____    _____    _____

6        _____    _____    _____

7        _____    _____    _____

8        _____    _____    _____

9        _____    _____    _____

10       _____    _____    _____

11       _____    _____    _____

12       _____    _____    _____

13       _____    _____    _____

14       _____    _____    _____

15       _____    _____    _____

16       _____    _____    _____

17       _____    _____    _____

18       _____    _____    _____

19       _____    _____    _____

20       _____    _____    _____

21       _____    _____    _____

22       _____    _____    _____

23

24       _____    _____

25       (DATE)                    LINDA CRAWFORD

[& - 30]

**&**

**&**   1:16 2:5,9,14,18
6:1

**0**

**00125**   1:6
**04**   112:11,12,13
152:23 153:3,5
**05201**   2:10 6:3
106:14
**05753**   2:6
**08**   112:11,12,14
113:12 153:1,5

**1**

**1**   3:12 9:17,21
170:8 173:16
203:17
**1.4**   113:22
**10**   3:23,23 91:10
91:12,18
**10/24**   61:15
**100**   149:18
**10010**   2:15,19
**10:27**   53:25
**10:45**   54:5
**11**   3:24 92:22,24
125:15 150:16
170:8
**119**   65:7
**11:39**   101:7
**11:44**   101:11
**11:50**   105:21
**12**   4:1 40:9 41:3
101:2 125:12,18
125:21 170:8
**12/19/91**   34:11
**122,600**   160:4
**125**   4:1
**12:56**   105:25
**13**   4:2 95:19
143:10,13 161:3

170:4,6,9,10,12
**136,200**   160:7,17
161:16
**14**   4:3 95:19
151:19 153:25
170:8
**140**   148:25
**143**   4:2
**148**   153:21,22
**148,000**   156:14,17
**15**   4:4 138:6 151:1
154:20,22
**150**   117:7 149:18
**151**   4:3
**154**   4:4
**155**   148:25
**159**   4:5
**16**   4:5 80:14,23
159:15,18 213:17
**160**   4:7
**17**   4:7 51:6 160:19
160:22 213:6
214:24 215:5
**173**   4:8
**174**   4:9
**18**   4:8 29:23
173:11,14
**180**   97:2,8
**185**   148:24
**18th**   60:23
**19**   4:9 33:14
174:17,19
**1950s**   142:23
**1961**   111:8
**1965**   111:8
**1974**   19:24 101:21
**1977**   16:13
**1978**   155:25
**1985**   106:19 140:9
152:17 153:14

**1986**   16:15 18:11
**1987**   13:25 14:1
**1990**   22:21 29:23
38:7,11 128:21
**1991**   33:14
**1992**   154:6,14,18
**1999**   153:17
**1:50**   151:14

**2**

**2**   3:13 4:12 29:6,8
207:15
**2-0-6**   199:1
**2-0-8**   199:1
**2.8**   84:25 86:8
**2.8.**   84:24
**20**   4:10 32:15
38:23 39:6,10,11
39:12 45:15,17
46:2,13,14 47:15
47:19 50:12,18
51:1,3,18 53:9
59:7 60:3 65:23
66:2 67:1 68:14
94:25 136:4
202:14,17 203:24
204:4 206:17
208:14 209:8
220:13
**200**   117:7 148:24
**2001**   4:12 207:15
**2004**   153:8,11,20
155:1 156:11,17
**2007**   173:17
**2008**   159:24
160:10,15
**2010**   11:10,11 14:2
14:4 32:22,23
60:24
**2012**   19:22
**2016**   3:20,23 62:20
86:2 90:12,15

**1986** and etc

91:18,23 92:10
116:23 161:6
163:24 213:9
**2017**   3:19,24 48:3
64:17 65:3,18
93:6 161:3,6,18
175:4 213:9
**2018**   1:18 5:7
221:17
**2019**   221:24
**202**   4:10
**203**   4:11
**2040**   110:12
**206**   4:12
**21**   3:20,24 4:11
86:2 93:6 203:15
203:24 204:10
207:3
**212.849.7000**   2:16
2:20
**213**   3:4
**216**   3:4
**22**   3:19 4:12 64:17
65:18 206:25
207:8,10 221:24
**23**   155:16
**24**   9:5
**25**   1:18 5:7
**26**   156:19
**27th**   221:17
**28**   92:10 158:13
**29**   3:13
**2:06**   151:21
**2:45**   181:20
**2:59**   181:23

**3**

**3**   3:14 33:3,5
90:12 154:6
**3,000**   121:20
**30**   108:16 125:8

**300**  96:24,25 97:5
  97:10
**3200**  204:15
**33**  3:14 106:16
  139:18
**351**  2:5
**3:30**  176:5
**3:40**  219:18

**4**

**4**  3:15 54:3,18,19
**4.1**  93:22 94:3
  95:22 96:3
**4/25/2018**  222:3
**40**  108:4
**40s**  51:23
**480**  57:17
**4th**  62:20

**5**

**5**  3:16 60:6 97:21
  155:1 156:11
**5.7**  86:13
**507**  1:17 2:9 6:2
**51**  2:15,19
**54**  3:15
**58,5**  111:22
**59**  163:2,8
**5:16**  1:6
**5th**  159:23

**6**

**6**  3:18 23:22 62:8
  62:11,15 175:3
**6,000**  97:21
**6/5/2008**  4:6
**60**  3:16
**61,5**  153:16
**62**  3:18
**64**  3:19
**643**  90:4 92:2
  93:12 106:14,15
  106:17,25 108:19

109:4,17

**7**

**7**  3:3,19 64:6,8
**70**  19:5 96:11
**74**  19:5
**75**  19:5,5

**8**

**8**  3:20 85:19,21
**802.388.6356**  2:6
**802.442.6341**  2:10
**80s**  124:6
**85**  3:20 106:18
  152:8
**87**  21:18 200:12
**89**  3:22

**9**

**9**  3:12,22 89:21,24
  146:17
**9/19/1947**  8:1
**90s**  44:19 53:15
  58:11 120:13
  129:2 132:9
  133:15,19
**91**  3:23
**92**  3:24
**94**  72:7
**95**  72:15 97:23
  131:1
**96**  72:9 131:1
**99**  21:23 152:19
  153:19,22
**99,000**  154:15
**9:25**  1:18 5:6

**a**

**a.m.**  1:18 5:6
  53:25 54:5 101:7
  101:11 105:21
**aarp**  162:7,8

**abate**  33:21
**abated**  25:22
**abdominal**  44:22
  52:11
**ability**  9:12
**able**  24:11 149:15
  206:10
**aboveground**
  122:22
**abrasive**  76:1
**accepted**  153:2
**accidents**  205:15
**accurate**  156:24
  220:6
**ache**  58:15,18
**acid**  47:8
**acknowledgment**
  220:1
**acres**  113:22
**acromion**  210:24
**acrylamide**  209:1
**acting**  29:3
**action**  1:5 6:11
  79:23 221:6,15
**active**  19:18
  201:12
**activity**  147:14
  166:8
**actual**  23:9
**add**  69:19 128:19
  129:1 201:9 205:9
  205:17
**added**  128:15,16
  142:16 143:6,7
**addison**  170:17
**addition**  116:12
**additional**  157:13
  219:13
**address**  90:7
  93:14 106:13

**addressed**  86:4
  91:20 160:1
**adjust**  37:21
**adjustment**  37:22
**administer**  6:9
  15:8,11,17,21
  17:13,24
**administered**  7:6
  17:17 50:5
**administration**
  15:20 17:16
**admissions**  11:15
  11:18 13:4,11,17
  14:10 44:12
**admit**  13:1
**admitted**  11:20,21
**advising**  63:5,12
**advocates**  203:11
**aerosols**  208:16,24
**affect**  9:12
**affiliations**  6:14
**affix**  221:17
**aforementioned**
  221:6
**afternoon**  106:3,4
**aftershave**  27:14
**age**  113:17,19
  120:19
**agencies**  171:24
**agenda**  206:2
**agent**  162:2,4,6
  163:10 209:3
**agents**  211:7
**aggravating**
  147:17 150:14
**aggravation**  147:3
  149:23 150:5
**ago**  26:6 60:3,3
  64:24 72:11 121:7
  134:13 139:19
  146:1 201:8 210:3

**agree** 5:15 88:3
**agreed** 5:2 214:1
  214:10
**ahead** 9:22 200:10
**aided** 221:9
**aids** 59:23
**air** 27:25 28:1
  77:17 78:12 134:1
  208:21
**ajax** 76:1
**al** 1:4 5:19 222:2
**albany** 103:5
  180:14,14,19
  181:6
**alcohol** 68:21,23
  184:11
**aldrin** 209:5
**algaecide** 210:14
  210:18
**alive** 72:3,4
**alleged** 78:9
**allergic** 42:11 43:8
  43:13 56:5
**allergies** 42:2
  55:11
**allergy** 204:22
**allowed** 32:15
  219:7
**almonds** 184:6
**amendment**
  199:23
**amounts** 27:16,20
**analytical** 3:22
  90:1
**anesthesia** 43:24
**anesthetic** 209:7
  209:11
**angioedema** 43:15
**angry** 149:25
  150:22

**animals** 118:19,22
**anise** 194:16
**annoyance** 147:3
  149:22 150:5
**annual** 51:21
**answer** 8:18 10:4
  36:5 37:9 43:11
  51:12 88:5 91:3
  95:9,16 110:17,19
  112:24 119:4
  167:1,17 172:3
  174:6 177:20
  180:22 181:3
  199:9,16,21
  200:23 202:1
  205:4 218:6,15
**answered** 59:12
  91:3 106:9
**answers** 8:9,16
**antibiotic** 43:17
**antibiotics** 43:20
  103:20
**antiques** 165:17
  165:18
**antiseptic** 75:13
**anxiety** 41:5
**anybody** 10:25
  150:22,23 217:20
  219:2
**anymore** 32:8
  149:7 198:8
**appear** 156:24
  157:25
**appearance** 6:17
**appearances** 6:14
**apple** 184:13,15
  184:17 187:5
**apples** 184:21
**appliance** 132:15
  132:21 133:23
  136:9,13 138:2

**appliances** 125:5
  134:17
**application** 11:20
**applications** 14:15
**apply** 14:16
**appraisal** 4:3,4
  152:17,20 153:5,6
  153:11,14,17,20
  154:2,13,14,18
  155:19 156:11,14
  156:17 159:21
**appraised** 152:2,5
  152:7,18,25 153:8
  153:15,18 160:9
  161:13 164:18
**appraiser** 168:22
**appreciate** 20:19
**appropriate** 12:14
**appropriately**
  98:3
**approved** 94:13
**approximately**
  110:10
**apricots** 185:1
**april** 1:18 3:19 5:7
  64:17 65:18
  221:17
**aquifer** 78:1,23
  96:10,13,14,16,22
**area** 79:18 131:24
  132:18,22 141:17
  142:14 165:9
  180:12 198:7,15
  200:21
**areas** 114:4
**arm** 29:1,4
**arsenic** 209:13
**art** 196:10
**arthritis** 71:10,12
  73:16 74:2

**article** 4:10,11,13
  203:6,20 206:13
  207:25 208:6
**articles** 202:4
**arugula** 185:3
**asbestos** 196:23
**aside** 14:9 54:16
  62:1 71:11 145:2
  190:22
**asked** 59:12 91:2
  148:8 169:7
  172:12 213:5,21
  213:24 214:9
  215:7,22
**asking** 8:7 172:23
  214:6,8
**asleep** 174:2,4,15
**asparagus** 118:3
  185:5
**aspects** 102:25
**asperger's** 73:24
  74:2
**asphalt** 209:15,24
**aspirin** 56:7
**assess** 11:22 12:8
**assessed** 160:4
  161:19 214:1,11
  214:23 215:5
  217:10
**assessment** 153:3
  213:13,15 214:19
  216:19
**assessments** 10:18
**assigned** 17:5
**assisted** 105:8
**associate's** 101:18
  101:19 104:12
**associated** 171:4
**association** 198:20
  199:24

**assume** 30:21
42:12
**asthma** 59:3
**asymptomatic**
61:18 62:1 83:13
**ate** 17:10
**ativan** 49:4
**attached** 117:17
117:18
**attempt** 41:22
**attorney** 6:18
**attorneys** 218:2
219:8
**audio** 5:13,13
**august** 221:24
**author** 206:17
**authority** 216:18
**authorized** 6:9
**available** 31:11
146:12
**avenue** 2:15,19
**average** 179:15
**avoid** 44:4
**aware** 74:4 167:20
**awful** 149:8

**b**

**b** 3:10
**baby** 105:9
**back** 18:12,15,19
21:20,21 22:1,1,8
22:10 27:22 54:6
86:21 94:7 101:12
105:7,25 113:25
114:5,9,10,23
116:11 122:19
127:4 139:9 140:6
151:22 181:24
**backyard** 139:10
**bacon** 191:17
**bacteria** 164:6,8
164:13

**bactrim** 43:12,17
43:20 55:19
**bad** 150:22 168:1
171:18 204:24
**bags** 205:13
**bake** 195:15
**bananas** 185:10
**bank** 155:3
**banner** 80:21
207:13,24
**barbecue** 69:21,24
70:1,3,6,10,18
**barium** 53:12,21
**barr** 2:9
**barrsternberg**
1:16 6:1
**barrsternberg.com**
2:11
**based** 13:2 216:13
**basement** 110:7
119:24,25 138:7
**basic** 14:25
**basically** 48:24
85:12 121:9
**basil** 185:12
**bath** 158:6,11
**bathe** 169:11
**bathroom** 77:2
134:4,6,9,17
135:11,17 140:14
140:16,19,22
**bathrooms** 110:1
123:23
**baths** 17:8
**beach** 178:20,22
**beans** 189:19
**bed** 17:8,9 22:1,2
22:6
**bedroom** 129:5,14
129:25 130:5,12
130:13 131:5,12

131:14 133:13,21
140:11,17 143:3
**bedrooms** 109:24
120:1 123:24
124:13,14 129:22
158:3,9
**beds** 22:4
**bedside** 17:6,7
**beef** 70:2,4 187:20
188:25 193:13
**beer** 69:3 184:11
185:16
**beginning** 6:18
39:16 101:12
151:22
**behalf** 1:4 5:20
**believe** 9:11 10:1,1
27:17 79:4 85:15
89:1 100:1 120:13
135:20 146:4
149:18 152:15
153:4 159:14
162:11,15 174:14
204:7,9 208:12
212:1 214:23,24
217:1
**belong** 198:12
**benadryl** 31:24
32:2
**beneath** 33:25
90:11 92:9 146:18
156:13 174:25
**benefits** 14:16
**benign** 46:18
**bennington** 1:17
2:10 4:5,7 6:2
11:12 42:5 79:18
79:19 80:21,25
81:1,9 82:1,19
84:20 106:14,23
107:8 155:4 161:1

179:6,20 180:4,12
181:8 201:3
207:13 211:24
212:2 216:18
217:1
**benzene** 210:4
**beryllium** 210:6
**best** 151:9 177:21
206:20 208:7
**beth** 1:14 6:7 8:10
117:20 221:2,21
**better** 14:6 64:23
65:3
**beyond** 32:14
114:25
**bicycles** 111:2
**big** 34:24 115:1
144:18,22
**bill** 4:7 145:5,6,8
145:11 146:10
160:13,25 170:25
213:9,11 217:13
217:16
**birth** 7:25
**bit** 81:4
**bj's** 181:4
**black** 185:18
**bleach** 75:24
**bloating** 45:7
52:11
**blood** 15:23 49:5,8
49:19,21,24 50:3,5
50:8 59:16 65:6
65:11 83:8 84:10
84:11,14,16 85:8
86:14 87:4,9
104:10
**blown** 88:14
**blue** 137:9,11,19
**bodies** 79:13

**body** 22:6 79:2
  83:18 88:10
**bok** 185:22
**bone** 52:21,23,25
  53:6
**bones** 53:3
**book** 34:11
**books** 197:16
**bookshelf** 133:4
  142:19
**bookshelves**
  123:23,25 129:10
  129:11 131:6
  142:16
**border** 181:9
**born** 104:22
  108:14
**bottled** 108:23
  109:3,5 169:4,8
  176:20 177:2
  215:17,19 216:2
**bottles** 176:16,17
  176:18
**bottom** 29:16,18
  31:6 33:10 57:17
  93:19 132:21
  154:5 155:15,21
  156:10 158:8,11
  208:3
**bought** 98:6 107:4
  111:20
**boundary** 81:17
**bowel** 75:9,11
**box** 138:14,14
  161:14
**boy** 134:23 194:19
  201:7
**brain** 56:20,22
  73:7
**brand** 123:17

**brandies** 189:6,8,9
**brazil** 185:24
**bread** 193:19,20
  195:22
**break** 8:25 18:13
  53:24 101:5
  151:11 218:11
**breakdown**
  205:19
**breakfast** 183:24
**breaking** 205:7
**breaks** 27:21
  217:18
**breast** 56:15,18
  72:11
**breath** 25:6 26:18
  30:9,12 33:20
  77:15
**breathe** 24:25
  25:3 106:9
**breathing** 25:2,5
**brick** 109:22
**brief** 20:11 54:2
  151:18 181:22
  182:8
**briefly** 19:3 71:3
**bring** 145:15
  179:3
**broccoli** 186:1
**bronchitis** 47:21
**brother** 71:18,23
  123:12,13
**brothers** 71:15,17
**brown** 186:3
**brussels** 186:5
**bucket** 136:18
  139:2,3
**buckets** 136:24
  137:1
**buckley** 154:8,11

**bugs** 103:8
**building** 33:18,22
  35:3 196:19
**built** 111:6 118:18
  123:24,25 131:6,9
  133:4 139:18
  155:23,25
**bull** 206:2
**bullet** 86:12
**bunch** 172:23
**buried** 120:3,6
**burlington** 4:11
  203:13
**burning** 109:13
**burnt** 14:5
**bury** 147:24 148:3
**business** 165:8
  167:10 168:9
**busy** 178:24
**butter** 186:7
  191:25
**buy** 123:14 125:3
  185:9 212:10
**buying** 112:20
  169:4
**byproduct** 205:10

## c

**c** 2:1 7:23 39:2
**cabbage** 186:9
**cabinetry** 126:22
**cadmium** 210:8
**caesarean** 45:16
**calcium** 54:11
**call** 12:12 26:8
  107:17 138:15
**called** 26:3,4,10,12
  30:18 34:4 42:23
  55:11 57:16 61:3
  77:5 79:23 107:15
  144:7

**calls** 88:4 95:15
**cambridge** 18:24
**cancer** 52:3 56:15
  56:18,20,22,24
  57:2 71:3,6,11
  72:12 73:2,2,7
  79:3 83:18 88:14
  175:15,20,23
**candy** 184:9
**capitol** 39:2
**carbon** 210:10
**care** 3:15 18:15,17
  20:9 22:10 24:4,7
  25:20 27:8,10
  31:21 37:24 38:13
  38:21,24 42:21
  54:20,25 55:3
  105:11,14 123:3
  180:10,11
**cared** 13:8
**carpet** 77:8 124:11
  124:12,20 132:1
  134:10,11
**carpeted** 133:16
  143:4
**carpeting** 133:18
**carroll** 3:18 31:20
  31:22 38:1,4,6,10
  38:14,17,21 40:4
  47:24 48:1,7 49:6
  49:22 55:4,5
  62:18 63:5,12,19
  64:2,14,19,22 65:2
  65:17 83:3,6,19,21
  84:1 85:5,8 86:17
  87:7,25 175:22
  180:3
**carroll's** 62:25
**carrots** 118:3
  186:11

carry 32:2,4,7,9
  32:18
carrying 32:20,23
case 10:17 13:5
  35:7 36:21,25
  37:5 78:6,15 79:8
  79:23 86:10
  169:24 171:3,10
  173:4,9 219:13
cases 32:13 169:10
casselson 101:24
castleton 101:23
  101:25 102:1,2
cat 50:14,15,18,25
  61:14
cats 118:23,24
  165:20 182:18
  183:2,3,5
caught 61:25
cauliflower
  186:13
cause 51:15 87:20
  221:6,15
caused 87:22
  97:25
causes 43:14 47:9
ceiling 140:1
  142:21
celery 186:15
cells 49:19
cellular 5:10
cement 119:15,16
center 3:17 16:10
  16:12,17,25 17:4
  18:11,22 20:3
  21:17 22:19 23:18
  136:8 173:20,20
  178:2
ceramics 196:9
cereal 186:17

certain 30:15
certificate 221:1
certified 6:4
certify 221:3,7,13
chair 132:16,25
change 38:16
  95:22 100:25
  101:4 124:25
  127:23 150:2
  159:20 166:3
  168:19,23 182:24
  213:14
changed 124:5,10
  125:7 126:23
  127:14 159:7
  169:18 215:8,12
changes 122:11
  124:22 134:16
  220:5
chapter 198:23,25
characterization
  37:9
characterize 119:1
charcoal 69:21
charge 164:10
chart 83:10 93:17
check 34:19 53:3
  150:12
cheese 186:21
chelsea 73:12,15
  73:21,24 74:5
chemfab 79:21
  168:7,10,16 172:1
chemfab's 167:10
chemical 24:20,21
  25:24 26:3,21
  27:1 28:8 30:7,15
  30:18,20,23,25
  34:24 35:2 78:8
  79:1 208:10

chemicals 24:17
  24:18 25:17 26:24
  33:2 34:17 35:4
  74:8 90:1 117:3
  146:9 163:24
  164:1,16 208:13
  210:12
chemistry 123:3
cherries 186:19
chest 33:21
chicken 70:2,3
  186:23 195:8
child 16:20
children 20:21
  73:8,13,19 74:3
chilies 186:25
chimney 159:5
chips 192:23
chlorambucil
  65:22 66:3
chloride 212:19
chlorine 210:14
chloroform
  210:20
chlorquine 210:22
chocolate 187:2
choice 66:22 109:6
cholesterol 40:18
  41:10,23 49:13
  63:8,13 64:5,20,23
  65:3 68:18
chopper 42:5
choy 185:22
chronic 47:2
cider 184:13
cinnamon 187:4
circulating 88:9
citizens 201:3,21
  202:9
citrus 187:6

city 107:12,13,15
city's 100:12
civic 198:6,9
  200:20
civil 1:5
claim 21:14 22:22
  23:9 28:15,22,25
  36:1 204:22
claims 22:17 23:17
  24:15 36:25 37:5
  151:4
clarify 157:6
claritin 9:8,11
  41:25 42:1 57:25
  58:1
class 1:4 79:23
  80:3,6 143:18
  150:19,25 151:4
classes 102:21,24
  103:1,14,23
classification
  143:18
clay 119:7
clean 34:1 146:9
  177:3
cleaned 24:20
  122:4 178:12
cleaner 28:5 31:1
  77:2,8,13
cleaners 76:1
  77:11
cleaning 24:19
  25:18 35:4 76:5
  77:14 208:19,19
  208:20
clear 8:22
clientele 14:22
clients 218:2
clip 125:23
clofibrate 66:5

**close** 28:17 40:2 53:4,16 118:15 172:15
**closed** 18:23
**closet** 131:14 142:9
**closets** 123:24
**closing** 101:8
**clothes** 177:15 178:12 197:24
**clothing** 198:2
**coal** 211:1
**coated** 197:24
**coating** 197:25
**cocoa** 187:8
**coconuts** 187:10
**code** 21:22,23
**coffee** 69:7,9,11,20 187:25 215:18
**collard** 187:12
**collect** 12:14
**collected** 89:5,8,12 89:16 205:13
**college** 104:15,18
**colloquy** 6:22 9:16 55:8 101:10 182:9
**colon** 45:2 175:14 175:20,23
**colonic** 175:16
**colonoscopies** 46:9 46:12,17
**colonoscopy** 4:9 46:7 175:12
**coltsfoot** 187:14
**column** 204:11
**come** 12:19 86:21 96:11 99:4 171:17 182:5 184:22,24 201:16
**comes** 98:19 205:6 219:14

**comet** 76:2
**comfort** 95:11 96:9
**comfrey** 187:16
**coming** 101:12 105:25 145:15 150:11 151:22 181:24
**commencing** 1:18
**commercial** 165:8 166:7
**commission** 220:20 221:23
**commit** 83:23,24
**committee** 13:4,12 13:17
**common** 163:21
**communications** 171:23 173:2
**company** 88:25 97:16
**compares** 86:19
**compensated** 79:11
**compensation** 21:14 22:17 23:17 24:14 28:15
**competently** 144:8
**complain** 26:4,8 171:16
**complaining** 167:25
**complete** 49:8
**completely** 180:23 199:24
**complicated** 13:3
**complications** 45:9
**complying** 55:7 57:14

**composition** 34:12
**computer** 130:10 221:9
**concentrated** 211:13
**concentrations** 94:24
**concerned** 78:24 81:9 99:12 117:23 213:5
**concluding** 151:15 219:21
**concrete** 138:8
**condition** 11:23 12:8 47:4,7 52:4 59:25 73:25 83:22 85:16 87:21 104:2
**conditioning** 134:1
**conditions** 41:7 47:17 53:3 71:6 71:12,24 72:5 73:3,6,14 74:4,6
**confident** 164:5
**conflicts** 150:18
**connect** 145:20 159:5
**connected** 117:14 157:16
**connection** 34:19 120:9 152:9 155:7 171:20
**connett** 202:2 205:21 206:13
**consciousness** 42:18,19
**consider** 116:23
**constipation** 45:7
**construction** 22:2 109:21

**consult** 19:15
**consultant** 94:11 94:17
**consume** 68:21
**consumption** 118:19
**contact** 216:17
**contagious** 12:4
**contained** 78:10 144:6
**contains** 94:23
**contaminated** 78:22 79:20 96:19 147:21
**contamination** 77:25 78:3,20 79:16 81:14 146:18 172:14
**continue** 5:14 54:8 106:5,7 182:1
**continued** 22:8
**continues** 206:23
**continuing** 102:16 106:1
**continuously** 14:1
**contracted** 89:1
**contractor** 123:13
**control** 32:25
**controls** 207:23
**conversation** 162:2 171:2 172:10,21 175:22
**conversations** 5:9 171:9 172:4
**cook** 125:9,10 176:25 185:13
**cooking** 76:16
**cookware** 198:4
**cooler** 27:22
**cooperative** 207:9

**coordinator** 11:15 11:18
**copious** 27:15,20
**copy** 9:20,25 29:8 33:5 64:8 85:21 89:23 91:12 92:24 99:13 143:12 145:8,10 153:25 159:17 160:21 173:13
**corn** 187:18
**corned** 187:20
**corporation** 1:9 5:22
**correct** 37:17 38:12 67:16 78:11 96:5 106:21 153:9 160:1,2,5,6,8 161:1,2,7,16,17 166:11,12 169:21 178:5,6
**correcting** 158:22
**correction** 222:4
**corrections** 220:4
**cost** 111:20,23 121:10,13 216:2
**couch** 142:17,20
**counsel** 5:18 6:13 10:12 35:12 80:9 100:22 171:5 217:21 218:8,16 218:19,24 219:3
**counseling** 14:11 14:20
**counter** 67:3
**countertops** 124:4 124:5,7 127:7
**counting** 163:8
**country** 205:14
**couple** 10:14 20:21 85:25

**104:19 123:14 184:23 185:21 190:8 192:7 196:1 213:4
**courses** 104:7
**court** 1:1 5:24 6:7 8:10
**courteous** 212:24
**courtney** 73:11
**cover** 49:13 98:18 147:22 155:1
**covered** 103:18 110:13
**covers** 161:6
**coworker** 171:16
**coworkers** 36:12
**cranberry** 187:22
**crawford** 1:13 3:2 5:17 7:7,14 9:20 11:2,3,5,7 20:24 29:8 32:15 33:5 36:24 37:12 54:8 54:18,21 58:7 60:8,15 62:11 64:8 65:21 77:22 85:21 89:23 91:12 91:20 92:24 93:4 101:14,16 106:3 125:15 143:12,17 151:24 152:1 154:22 159:17 160:21 166:10 172:25 173:13 174:19,25 175:25 176:25 182:1 183:25 199:16,21 202:17 203:17 204:4 207:3 208:4 208:10 210:12 212:23 216:12 218:10 220:10

**222:25
**crawford's** 204:22
**cream** 44:1 187:24 188:1 190:22
**creams** 44:1
**creasote** 211:3
**crew** 24:19
**crisco** 76:19
**crisis** 14:17,18,19
**cross** 3:4 213:2
**ct** 94:9,11,17
**cucumbers** 188:3
**cuff** 24:9 49:24
**cup** 215:18
**cups** 69:11
**cured** 188:7
**current** 12:24 106:13 141:7
**currently** 11:6 19:18 37:12 62:2
**cv** 1:6

**d**

**d** 1:3 5:19 30:7
**d&c** 52:17
**daily** 40:15 69:10 169:14 186:8
**damage** 79:12 146:21 147:7,19 147:23 148:13
**damaged** 120:22 147:16
**damages** 146:20
**dapson** 66:7
**dash** 30:7
**data** 12:14 34:10
**date** 5:7 7:25 60:23 90:11 103:12,13 154:6 155:1 156:11 159:23 222:3,25

**dated** 29:23 33:14 64:17 86:2 91:18 93:6 161:3 173:16 207:15
**dates** 111:7,9,11
**daughter** 18:14 131:20 179:23 180:6
**daughter's** 179:24 180:10
**daughters** 179:7 179:17 180:9
**david** 2:8 6:25 154:8,11
**day** 22:9 41:15 69:11 169:21 176:6 183:1 187:25 197:10 200:13 220:13 221:17
**dayquil** 67:2
**days** 17:5,6 66:25 102:8 105:3,6 108:12 163:2,8 176:1
**ddt** 211:5
**dead** 75:11
**deal** 83:12 162:9 211:18
**december** 33:14
**decided** 18:13 24:19 26:6 48:13 112:17
**decides** 161:24
**decision** 13:1
**deck** 116:11 122:19,20 139:13 139:14,16,18 140:6 148:1 149:10 157:1,2,3,4 157:5,8,13,16,17

157:18,19,20,22
158:21 159:1
**decks**  122:20
**declaration**  4:2
143:16 144:7
**deep**  96:22 97:5,7
119:16 122:21
**deeper**  97:12
**defendant**  1:10
2:12 6:24 151:4
**defendants**  5:18
5:22
**defies**  204:25
**define**  35:9
**defined**  78:20
**definite**  163:1
**degreasing**  211:7
**degree**  101:18,19
101:22 102:3
104:12
**dehumidifier**
132:17,23 133:25
**dehumidifiers**
197:5,6
**delay**  99:3
**delivery**  105:8
**dentist**  204:9
**dentists**  205:24,25
**deodorant**  74:17
**department**  3:21
11:14 26:11 84:13
84:19 164:9
**departments**
148:7
**depends**  197:9
**deponent**  220:1
221:4,12
**deposed**  8:2
**depositing**  88:10
**deposition**  1:13
3:12 5:12,17,24

8:8 9:1,17 10:10
10:24,24 29:6
33:3 36:16 39:16
54:3 60:6 62:8
64:6 85:19 89:21
91:10 92:22
101:13 106:6,8
125:12 143:10
151:16,19,23
154:20 159:15
160:19 173:11
174:17 199:12
202:14 203:15
206:25 212:24
218:13 219:13,21
220:4 221:7
**depression**  41:5
**des**  66:9
**description**  3:11
30:5 33:16 34:20
**desk**  19:16
**destroyed**  162:13
**detaches**  142:24
**detect**  90:23 91:1
92:17 96:7
**detected**  166:22
**detection**  88:13
94:25
**detergent**  75:10
**determined**  79:20
204:15
**develop**  103:11
**devices**  54:14
**dhea**  68:3
**diabetes**  59:18
**diagnose**  104:4
**diagnosed**  40:3
44:17 47:18
**diagnoses**  46:16
46:19

**diagnosing**  104:2
**diagnosis**  46:25
51:9 61:9,12,19
**diagnostic**  46:4
**diagnostics**  103:24
**diagram**  156:21
156:23,24 157:24
**diarrhea**  45:7
**diathermanous**
74:24 75:4
**dibenzyline**  67:18
**died**  72:5 142:23
**dieldrin**  211:9
**diet**  37:13,21
69:15
**dietitian**  13:20
**different**  30:23
111:7 152:16
153:12
**difficult**  20:7,13
**difficulty**  30:16
**dig**  147:11,25
**diminution**  146:24
148:16,19
**dining**  139:6
141:16
**dinner**  37:3
**dioxin**  211:11
**direct**  3:3 7:10
**directly**  99:1
162:9
**director**  13:19
**disagree**  95:13
154:17 156:16
160:16 161:18
**disciplined**  28:3
**discontinue**  40:12
**discontinued**  43:2
**discovery**  10:11
32:16 80:8 180:24
199:5,17,18

215:24 219:14
**discuss**  63:22
217:19,23
**discussion**  64:4
65:10 175:19
218:11,16
**discussions**  64:1
65:2,17 87:7
218:1,7,17,25
**dishwasher**
124:24 125:1,3,6
127:19 182:3
**dishwashing**  75:9
**disinterested**
221:14
**disorder**  39:25
173:19
**disposed**  78:9
**distress**  21:24
79:12
**district**  1:1,1 5:23
5:24
**disulfiram**  66:11
**diverticulitis**
37:20,21 44:11,12
44:16,18,24 45:6
46:2 47:14 50:14
50:16,19 60:21
61:25 66:23
**dizziness**  48:8,9,20
48:22 49:1
**dizzy**  48:25
**doctor**  38:5 42:23
86:18 179:24
180:6
**doctors**  38:16
179:21
**document**  156:20
157:8 158:14
**documentation**
80:7

**documents** 10:11
111:11 153:4
213:22 214:2,11
**dogs** 189:25
**doing** 83:14
141:14 172:16
**dollar** 144:24
**dollars** 145:7
**donna** 115:12,18
170:3
**door** 22:6 128:10
139:9 140:17,18
142:8 150:12
201:17,17
**doors** 22:4 28:17
140:6,19 142:10
**downside** 204:16
**downstairs** 123:24
124:11,13,14
131:18,24 132:18
133:13 134:7,8
143:3
**dr** 3:18 38:6,10,13
38:16,17,21 39:3
40:4 47:24 48:1,7
49:6,21 55:5
60:17,20 62:25
63:5,12,19 64:1,14
64:19,22 65:2,17
83:3,6,19,21 84:1
85:5,8 86:17 87:7
87:25 175:7,19,22
180:3
**drain** 77:11
**drawer** 2:5
**drawn** 50:8
**dried** 188:11
**drill** 28:16 97:12
145:2,3
**drilled** 144:25

**drink** 68:23 69:3,7
69:9,11,13 78:17
108:23 109:3
169:4 176:10
193:8,9 194:25
215:16
**drinking** 95:2
148:9 176:19
**drive** 106:23,25
107:5,7,10 168:16
**driveway** 119:18
119:20,22
**driving** 174:3,4,15
209:20
**drops** 43:25
**drove** 209:19
**drugs** 66:22
103:19,21 183:14
**drunk** 108:20
**dry** 178:12
**dryer** 135:24
138:3,5,10,17,23
**dsilver** 2:11
**ductwork** 137:22
**due** 30:16 168:19
168:23 169:2
**dug** 122:3
**duly** 7:7
**dumped** 78:11
**dumping** 204:24
**dust** 150:9,10
212:21
**duties** 80:6,7
**dyes** 211:13

**e**

**e** 2:1,1,7,11,16,20
3:10 7:21,23 68:1
68:1 104:21 222:1
222:1,1
**earlier** 31:1 34:7
55:16 88:17 98:13

101:5 116:19
131:7 135:14
142:5 190:22
208:22
**early** 20:6 58:11
88:13,13 129:2
133:15
**earth** 74:24 75:4
**easier** 18:9
**eat** 70:9,20 118:7
139:7 181:8
183:16,18,22
184:2,23 188:16
189:2 192:11
194:19 196:3
**editor** 173:8 202:8
202:22,23,25
206:16 207:23
**education** 101:17
102:17 103:2
**effect** 35:24
214:10
**effectively** 24:24
**effects** 25:4 34:12
35:1 103:22
**effort** 166:23
**eggplant** 188:15
**eggs** 188:13
**egress** 117:16
**eight** 104:15,17
144:14
**either** 9:11 11:20
81:10 208:13
**ejoselson** 2:7
**elbow** 28:18,23
**elbows** 28:13
**elderly** 14:22,23
**elected** 171:25
**electric** 100:11,19
126:20

**electrical** 138:14
**elevated** 65:7
116:3
**else's** 164:22
**emanuel** 2:14,18
6:20,24
**emergency** 42:21
**emily** 2:4 7:2
170:11
**emotion** 4:12
207:17
**emotional** 14:19
**emphysema** 57:4
**employed** 11:6,9
175:25 178:7
200:11
**employees** 198:20
**employer** 35:14
103:5
**empty** 139:3
**endive** 188:17
**endoscopes** 46:25
**endoscopies** 46:11
46:21
**endoscopy** 46:23
**enema** 53:12
**enemas** 53:21
**engaged** 196:7
**enjoyment** 147:2
149:2
**entail** 19:12
**entering** 33:17
**entertain** 165:22
166:1
**entertainment**
166:4
**environment** 33:1
**environmental**
83:11
**epipen** 32:7,9,18
32:20,23

**episode** 44:20,21
**equal** 80:10
**equipment** 122:23
**errata** 220:5
**error** 153:1
**eryzole** 67:24 68:1
**escitalopram**
  40:23,25 41:2,7
  57:20
**esophageal** 56:24
  57:2 73:7
**esq** 2:4,8,14,18
**estate** 159:21
  163:10 164:20
**estimate** 97:21
  121:18,19 123:11
**estrace** 58:3
**et** 1:3 5:19 222:2
**evacuated** 205:16
**event** 221:14
**eventually** 24:13
**evergreen** 106:23
  106:25 107:5,7,10
**everybody** 80:9
  150:23 172:23
**evidence** 85:18
  180:25 199:6,19
**evolve** 103:10
**exact** 213:25
**exactly** 82:9 135:5
  135:18 153:13
**examination** 3:3,4
  3:4 7:10 213:2
  216:15
**examine** 60:23
**examined** 7:8
**example** 100:17
**examples** 12:23
**excuse** 48:21
  95:21 132:24
  197:4

**exercise** 17:9 71:1
**exhibit** 3:11,11,12
  3:13,14,15,16,18
  3:19,20,22,23,24
  4:1,2,3,4,5,7,8,9
  4:10,11,12 9:17,21
  29:6,8 33:3,5 54:3
  54:18,19 60:6,8
  62:8,11,15 64:6,8
  85:19,21 89:21,24
  91:10,12 92:22,24
  125:12,15 143:10
  143:13 151:19
  153:25 154:20,22
  159:15,18 160:19
  160:22 170:4
  173:11,14 174:17
  174:19 202:14,17
  203:15,17,24
  204:4,10 206:17
  206:25 207:3,7,10
  213:5,17 214:24
  215:5
**exhibits** 204:2
**exist** 205:23
**expanded** 172:14
**expanding** 81:13
  172:19
**expense** 216:5
**expenses** 169:1
  215:23
**expensive** 113:5
**experience** 164:25
**experienced** 25:4
  26:19 174:12
**experiencing** 30:8
  30:11
**expert** 83:10,19
  88:5,11 95:16
  96:18 202:2
  205:22

**experts** 79:4 83:16
  88:8 201:16
**expires** 220:20
  221:23
**exposed** 26:24
  27:2 33:1 35:1
  43:22 79:1 83:11
  84:2 196:23
  209:22 212:1
**exposure** 24:18
  26:21 28:7 44:4
  85:17 87:20,22
  208:12
**exposures** 24:17
  25:24 28:8 88:12
**extended** 146:1
**extent** 32:13
**exterior** 121:3
  158:18
**extra** 83:14 121:15
  130:13 131:5
  158:8 194:2
**extract** 68:5,7,9,11
  68:13,19 195:16
**extremely** 20:15
**eye** 43:25

**f**

**f** 2:8 6:25
**fabric** 76:11
**facebook** 202:7,7
**facilities** 19:15
  54:24 103:1
**facility** 13:8,21
  15:24 16:14 17:14
  17:22,25 18:5
  26:1,4 34:17,25
  167:13,15 168:3
  168:10,16 173:24
**facing** 135:6
**facts** 10:17

**fair** 80:10 214:24
  217:7,11
**faith** 95:24
**fall** 23:25 184:22
**fallen** 122:1 174:2
  174:4,14
**falls** 54:21 81:4,5
  81:24
**familial** 73:5
**family** 11:21 14:13
  38:5 56:12 73:2,4
  73:5 83:9 109:17
  131:20 156:2
  166:2
**family's** 81:10
**fan** 138:22,23
**far** 108:3,4 132:13
  136:18 204:11
**farm** 146:4,5
**farther** 81:18
**fast** 20:12 30:10
  183:16,18
**father** 56:24 57:2
  71:5 72:6,14
**fatty** 61:6,9,17
**faucet** 137:17
**favorable** 201:19
**february** 62:20
  155:1 156:11
**fed** 17:9
**federal** 173:6
**fee** 117:5,6
**feed** 17:11
**feel** 14:6 48:25
  149:6,11 164:4
**feeling** 45:5
**feet** 23:22 96:24
  96:25 97:3,5,10
  122:22
**felt** 81:6

fences 114:7
fenofibrate 40:5,8
  40:12 41:10 57:22
fertilizer 75:22
  205:11
fever 44:22
fevers 45:8
fexofenadine
  57:24
fiberglass 211:15
fibrocystic 52:2,4
fiddlehead 188:19
field 88:11
figs 188:21
file 22:16 23:8
  28:21 35:13 200:6
filed 5:23 21:13
  22:23 23:17 28:15
filings 21:16
fill 30:1,1 42:3
  48:17 137:1,6
  149:16,17
filled 30:3 148:11
  148:12
filter 89:18
financial 155:7
financially 6:11
find 81:19
finding 164:13
findings 51:24
  52:12 53:5
fine 9:1 10:6 11:4
  22:15 65:14,19
  81:7 98:11
finger 23:4
finished 110:7
fire 28:16,16
  146:15 162:13
  216:10
firearms 196:17

fireplace 109:11
  159:3
firm 6:5
first 8:5 10:6 21:5
  21:16 26:21 28:6
  35:7 41:22 44:20
  44:20 50:12 61:12
  61:24 80:13,15,18
  80:23 81:2,22
  82:2 86:12 91:15
  93:2 94:7 110:5
  115:4 122:8
  126:11 144:1,2
  146:2 152:7
  154:25 171:14
  199:23 200:11
  203:5
fish 70:14,16
  188:23
fit 12:1
five 13:13 60:10
  100:23,23 109:25
  128:20 134:13
  136:12 176:3
  179:16 181:10
  201:8
fix 117:3
fixture 140:1
flagyl 66:19,24
flavoring 195:14
flip 9:23 85:24
floor 21:25 24:20
  28:5 30:20 31:1
  76:7,9 110:5
  129:24 133:23
  138:7 142:21
flooring 124:10,16
  127:21,23 128:1
  129:8 130:15,16
  131:24 134:8
  139:23,23 141:5,7

floors 30:14,21
  34:1 110:3 124:18
flower 118:10,12
  122:6
flowers 177:10
flu 12:5,6 55:20
fluoridate 205:10
fluoridated 201:2
  201:4,22,24
  202:10
fluoridation
  204:16 206:1,15
fluoride 43:13,14
  43:22 44:5,8,14
  201:20 204:20,24
  205:6,9,17
fluorine 58:17
flying 75:7
follow 216:13
followed 29:5 73:5
following 94:13
follows 7:9
food 69:19 183:16
  183:18 184:3
  194:2
foods 183:25
footage 110:10
foregoing 220:3
  221:10
forgot 40:13 45:24
form 4:8 112:23
  119:3 167:16
  172:2 177:6,19
  196:7 204:2
  209:15 214:3,12
  214:17 215:1
  216:8 217:4,9
formal 197:13
formed 201:7
formica 124:9

forward 23:25
  219:14
found 44:14 51:15
foundation 75:6
  119:13,16
four 12:18 24:24
  25:14 68:24 73:9
  88:22,24 92:12
  114:16 122:22,22
  152:6 153:4
  186:22 191:18
fourth 90:17
frame 50:17
  108:24 113:9
framing 142:10
frankfurters 70:8
free 4:11 117:2
  149:6 184:11
  203:13
freezer 133:3
french 62:6
fresh 146:8 185:9
  194:19 209:24
fresheners 77:17
  208:21
fried 191:17
friend 215:15
friends 81:5,23
  82:3,5 131:21
frigidaire 125:4
front 24:1 29:9
  33:6 85:22 91:13
  92:25 113:23
  114:2 118:15,16
  125:15 143:13
  145:22,25 146:13
  147:12 154:22
  159:18 170:4
  173:14 202:17
  203:17 207:3,7,10

**fruit** 118:7 187:6 189:6,8,9
**fry** 188:25
**full** 7:12 75:11 88:14 150:9 221:10
**fully** 162:11
**fumes** 24:23 25:5 25:21 26:13
**function** 49:15 65:14,19
**furnace** 112:15,16 112:20 113:11,16 125:6 135:23 136:2 159:6
**furnished** 120:1
**furniture** 197:24
**further** 85:8 145:1 221:7,13
**fuse** 138:14
**fuses** 138:15
**future** 87:21

**g**

**g** 17:18 30:7
**gaige** 1:14 6:7 8:10 221:2,21
**game** 131:22 132:13
**garage** 110:12,13 110:13,15,24 111:1 117:14 119:18 121:15 122:24 182:11 183:9,11 210:18
**garden** 117:22 118:2,8 136:22,23 137:3,7 149:13
**gardens** 118:10,12 122:7
**garlic** 68:11,13 189:4

**garrison** 170:23
**gas** 69:21,23,24 209:7,9,11
**gasoline** 183:9
**gastro** 47:3,6
**gastroesophageal** 39:25
**gastroesophagitis** 47:2,9
**gather** 80:7
**gee** 83:17
**general** 21:25 77:22 78:5,14 79:7 80:5
**generally** 17:11 183:20 189:13 191:3
**gerd** 39:23,24 40:1 40:3 46:24 47:1,6 47:8 71:25 74:5 192:17
**geriatric** 105:17
**getting** 43:22 53:4 53:16
**gilbert** 62:5,6
**gilbert's** 61:20,21 62:3
**gin** 189:11
**ginger** 68:5
**ginkgo** 68:7
**ginseng** 68:9
**give** 9:13 36:14 95:10 121:18
**given** 8:2 221:11
**gives** 114:5
**giving** 19:13,14
**glass** 68:24 113:9 176:17,18
**glasses** 54:15,16
**globe** 132:22

**gloss** 24:21
**go** 5:15 9:22 11:2 12:12 27:21 53:24 60:11 103:4,8 105:19 119:16 137:1 138:20 139:9 157:18 167:13 169:8 178:14,16,21 179:8,15,21,23 180:14,17 181:4,5 181:6,9,18 183:20 183:23 198:12 200:8,10 210:17 213:18
**gobain** 1:8 5:21 6:21 78:4,6 94:12 94:17 171:10,12 171:15,25 173:4 222:2
**god** 82:17 95:23
**goes** 138:18 180:3 206:14
**going** 5:6 8:15 14:17 22:6 32:11 37:8 54:1 74:8 82:15 96:11 101:8 105:22 107:23 117:8 126:2 147:11,24,25 150:6,13 151:12 151:15 157:4 163:1,3 184:1 201:13 205:6 219:20
**good** 5:5 6:19 53:17 105:19 106:3,4 117:2 151:11
**goodfellow** 155:10 155:13

**gordon** 170:23
**gore** 198:2
**gosh** 45:18
**gotten** 146:3
**gout** 59:1
**government** 171:24 172:9 173:3,6
**grabbing** 29:1
**grade** 110:5,5
**gradually** 205:7
**graduating** 102:13
**graham** 60:17
**grandville** 104:23 105:2
**granola** 189:17
**grant** 146:4
**granville** 108:14
**grapes** 189:15
**grass** 114:2 119:8 122:2,4
**gravel** 119:23
**great** 45:4
**green** 77:3,5,5,6 189:19
**greens** 187:12 188:19 191:1
**grid** 100:14,15
**grieve** 214:18,22 215:4 216:24 217:12
**grieved** 214:6 217:13
**grieving** 217:15
**grocery** 82:4,18
**ground** 78:12 98:20 120:9 136:19 157:20 158:21 188:25 204:24

**grounds** 26:12
**groundwater**
  146:18
**group** 201:14
  203:11
**grow** 104:24 149:6
**grown** 122:2,5
**grows** 119:8
**guard** 30:7,19,25
  31:10
**guess** 100:12
  217:11
**guests** 130:14
**gutters** 159:7
**gyn** 38:19,21,25
  39:1,4,8

**h**

**h** 3:10 7:23 73:11
  222:1
**habits** 169:18
**hair** 74:15
**half** 122:22
**hallway** 128:22
  140:18 142:3,8
**ham** 188:10
**hamburgers** 70:10
**hampshire** 73:20
  179:8,10,18 180:9
**hand** 57:18 132:15
  132:25 135:25
  136:18 137:9
  161:12 204:11
  221:16
**handed** 60:8 62:12
  64:9 160:21
**handing** 9:20
  153:25
**handwriting** 30:4
  31:7 90:4,9 92:5,7
  92:9 94:2,5

**hanover** 179:13
**happen** 27:6 48:13
  49:2 82:15
**happened** 27:2
  152:11 172:21
**harassment** 35:12
  35:14,18 36:1,20
**hard** 69:5
**hardwood** 124:17
  124:18 129:8
**harsh** 33:2
**hartford** 162:5
**hatchway** 137:2
**hausthor** 170:21
**hazard** 205:15
**head** 8:17 110:20
**headache** 25:9
  26:17 27:5
**headaches** 30:13
**health** 3:21 84:12
  84:19 87:20 164:9
**hear** 22:8 80:18
**heard** 8:9 79:25
  80:15,22,23 81:2,3
  81:22 82:2,20
  171:14 194:17
**heater** 132:22
  137:25
**heavy** 99:18
**held** 5:25 21:11
**help** 18:19 24:11
  48:25 150:23
  197:11
**helped** 14:15
**helpful** 47:12
**helping** 22:7
**hemingway** 203:6
  203:20
**hemmingway**
  203:12

**herbal** 187:14,16
**herrick** 7:19,22
**high** 40:11 41:23
  63:9,13 104:13,14
  104:17 175:14,20
  216:21
**higher** 96:20
**highest** 101:16
**highway** 209:19
  209:21
**hire** 123:1
**history** 12:24
  56:13 57:6 73:2
  175:15
**hit** 28:18 81:25
**hives** 25:7,13
  26:17 27:4 30:12
  43:12,15
**hmm** 17:21 19:8
  21:6,19 28:2,24
  29:12,19 31:13,16
  36:11 40:20 42:11
  52:5,19 53:19,19
  55:15,17 57:7
  61:16 70:23 73:23
  87:1 98:15 99:2
  109:7,10 110:18
  113:8 127:18,20
  130:17 131:10
  134:25 136:6
  137:24 141:1,18
  142:7 148:18
  149:4 154:3,16
  158:7 170:7 172:6
  177:25 180:15
  184:5 193:21
  197:2 208:23
  219:4
**hobbies** 196:7,14
  196:17,19 197:14

**hold** 146:6 201:15
**holding** 98:24
**holiday** 192:11
**holidays** 166:1,5
**home** 4:1 11:12,21
  11:22 12:13 13:24
  15:15,17 16:5,9,17
  16:20 18:14 20:9
  22:24,25 23:3,20
  24:16 26:6 28:10
  28:14 42:20 49:24
  69:22 73:22 76:4
  77:9 80:17 107:5
  107:6 108:9,15
  109:17,21 111:6
  111:16,20,23
  112:4,5,16,18,20
  113:21 126:5
  152:1 156:3
  161:10 164:18
  165:22 167:9
  168:15 176:1,10
  176:12,14,20,24
  178:4 181:11
  196:25 200:12
  208:20
**home's** 100:7,10
**homeowners**
  161:21 162:17
**homes** 79:12
**honey** 189:21
**hook** 146:3
**hooked** 78:18
  116:15,16,24
**hookup** 146:11
**hoosick** 54:20 81:4
  81:5,23
**horseradish**
  189:23
**hose** 137:4

**hospital** 12:14,17 18:23,24 19:7,10 20:1 21:3 22:3 44:9,10 105:6 177:24 209:9

**hospitalized** 47:15 61:24

**hot** 189:25

**hour** 53:17 151:13

**hours** 9:5 176:4

**house** 10:18,20 74:9,11 78:19,22 81:20 96:12 98:7 99:1,4 100:20 107:4 112:21 115:1,2,16,19 117:9,14,16 118:16,17 119:13 120:24 121:3,12 122:9 123:20 124:10,12,16,23 129:6,8 131:3,17 132:19 133:12 134:1 135:22 139:5 140:16 141:23 142:3,11 142:16 145:22,25 146:2,11 147:9,16 148:20 149:9 150:9 152:4 153:8 155:8 156:6,25 157:2,16 158:18 159:3,8,13 161:13 162:11,14,19,21 162:23,25 163:6 163:11,14 166:4,7 166:10,16 182:22 209:25 212:9 214:25 215:14

**household** 161:24

**houses** 78:19

**huh** 163:8

**humid** 197:10

**humidifiers** 196:25 197:1,3

**hurt** 18:12 21:21 23:21

**hus** 145:14

**husband** 76:21,22 118:5 121:6,25 122:3 123:2,12 126:10 136:21 140:25 145:14 161:9 162:1 163:1 179:4 180:18 183:12

**husband's** 111:2

**hydrant** 146:13,15 149:19 216:10

**i**

**ibuprofen** 58:20

**icu** 21:25

**idea** 23:24 99:16 100:5 204:23

**identification** 9:18 29:7 33:4 54:4 60:7 62:9 64:7 85:20 89:22 91:11 92:23 125:13 143:11 151:20 154:21 159:16 160:20 173:12 174:18 202:15 203:16 207:1

**illness** 12:24

**imagine** 207:23

**immediately** 16:18

**important** 87:13 87:15 88:7

**impossible** 204:22

**impression** 61:3 83:25

**improper** 199:7 199:10,13

**improperly** 78:13

**improvements** 112:17,18,21

**inaccurate** 157:25

**inactive** 19:21

**inappropriate** 199:25 200:2,4

**incident** 3:13,14 23:6,6 25:23 28:19 29:4,10,13 30:5 33:7,16

**incidents** 25:24

**include** 35:4 172:19

**included** 81:21 99:17

**includes** 150:24

**including** 146:20 204:21

**income** 166:13,15

**inconvenience** 147:4 149:23

**incorrect** 174:4

**increase** 83:22 84:2 160:9,12

**increased** 73:1

**increments** 121:6 205:8

**incurred** 169:1 215:23

**index** 3:1 34:11,19

**indicate** 95:5

**indicates** 160:3

**indication** 175:14

**individual** 151:3

**individually** 1:4 5:19

**individuals** 115:15

**infection** 47:21 59:6

**infiltration** 61:6 61:10,17

**info** 31:10

**information** 13:2 32:14 37:1

**informational** 172:7

**infrequently** 184:7

**inhaled** 43:23

**inhaler** 60:2

**inhalers** 43:25

**injectable** 209:10

**injections** 56:3

**injuries** 24:15 28:12

**injury** 22:21 23:11 23:13 28:25 151:5

**inpatient** 13:21

**inquired** 33:25

**inquiries** 32:14

**inquiry** 11:19

**insect** 74:19

**insects** 74:21 75:7 75:12,20

**inside** 75:8 117:15 118:24,25 123:19

**install** 124:24 125:1

**installed** 89:18 99:6 113:11 129:11,15,18 132:8 133:14,18 134:11

**instruct** 218:6

**instructing** 218:14

**insulation** 196:23 211:17

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 239 of 260

[insulin - know]                                                                 Page 16

**insulin**  59:20
**insurance**  161:21
  161:25 162:14,16
  162:17
**insured**  162:11
**intend**  116:16
**intentional**  27:17
**intentionally**
  27:19
**interested**  6:11
**interfere**  5:12
  199:11
**interference**  5:10
  199:23
**interpret**  99:21
**interruption**  20:11
  182:8
**intramuscular**
  17:20
**intravenous**  15:11
**investigating**
  30:17
**investigation**
  95:21
**investment**  144:19
  144:22
**involved**  35:8
  36:21 81:12
  198:14 217:15
**involvement**
  201:23
**involving**  196:14
  196:17,19 201:1
**irrelevant**  180:23
**irritate**  192:19
**island**  178:20,22
  179:18 180:8
**isolation**  11:25
  12:3
**issue**  44:5 162:10

**issued**  101:22
**issues**  58:8
**iv**  17:18 44:13
**ivey**  204:6,8,12,15
  206:8

**j**

**j**  2:4 73:11
**jacuzzi**  123:7
**james**  1:3 5:19
  31:20,21 38:1,4
  55:4 62:18 170:15
**jasmine**  190:2
**jersey**  95:19 96:4
**jet**  97:2
**jim**  170:17
**job**  11:13,22 14:8
  15:16 16:24 17:2
  21:5
**jobs**  200:15
**john**  39:2
**johnna**  73:11,15
**join**  198:13
**joined**  200:11
**joining**  201:21
**joselson**  2:4 3:4
  7:2,2 9:24 22:12
  32:11 36:4 37:8
  43:10 45:17,19,22
  46:13 49:10 50:20
  51:11 53:16 59:7
  59:12 65:23 67:14
  82:8 84:4 88:4
  91:2 95:8,15
  107:17 108:3,11
  108:13,24 112:23
  117:20 119:3
  125:18 136:5
  151:12 166:25
  167:16 171:4
  172:2 177:6,11,19
  180:20,23 181:25

  189:8 199:3,10,17
  199:22 200:3,7,17
  200:22 201:25
  202:12 203:23
  205:4 206:23
  207:5 209:16
  213:3,11,16,20
  214:7,13,20 215:3
  216:11 217:4,9,21
  217:25 218:5,14
  219:6,11,15
**judge**  32:15
**juice**  184:15
  191:13
**july**  3:20 86:2
  112:3 178:23
**june**  3:24 93:6
  159:23

**k**

**k**  7:23
**kale**  190:4
**keep**  5:11 81:18
  101:6 148:8
**keeping**  103:12,13
  125:23
**keeps**  117:8
**kept**  22:6 81:13,15
  81:20
**kidney**  65:13,18
**kidneys**  63:2,6
  88:10
**kids**  20:18 104:19
**kiin**  6:4
**killer**  75:17
**kills**  75:2
**kind**  28:21 58:15
  81:7 121:6 125:3
  150:13 172:22
  208:6
**kitchen**  89:9 124:3
  124:7 126:12,15

  126:23,25 127:12
  127:14,17,21,24
  128:4,8,17 141:20
  142:6 182:4
**kitty**  182:20,24
**knees**  28:12
**knew**  177:7
**knight**  170:25
**knock**  47:10
**know**  8:23 12:6
  20:22 21:22,23
  22:5 25:17 26:11
  27:15 28:22 31:23
  34:9,21 36:7
  55:18,20 71:23
  73:4 74:10 77:4
  81:6 82:9,15,22
  83:9,12,16 84:5,25
  85:2,10 87:15
  88:9,12 89:5
  95:20,25 96:10,16
  96:18,22,25 97:3
  98:5,17 99:19
  103:5,10 110:11
  111:6 115:5,18,22
  115:23 116:1,3,5,7
  119:5,8,8,10,17
  121:7,8,10 122:5
  123:11,15 126:13
  136:20 138:1,13
  139:2 142:19
  145:4,6 147:20
  148:24 149:7,9
  150:21 153:12,14
  153:17 154:13
  162:6 163:2,20,22
  167:2 168:9
  169:23 170:1,17
  170:19,21,22,22
  170:25 172:7,8
  174:3,7 176:8

184:2 196:22
199:14,17 200:2
203:9 207:22
208:11 210:16
211:18,19 216:22
217:15 219:6
**knowing** 149:8
**knowledge** 120:8
144:6 151:9
177:21 196:24
208:25 209:2,10
209:14 210:5,7,9
210:11,23,25
211:10,12,16
212:6,14,18,20,22
**known** 5:12
150:18 211:24
**knows** 85:12,13

**l**

**l** 39:2 66:15 68:1
104:21 115:14
**l.l.p.** 2:5
**lab** 12:15,24 18:4
18:7 85:6 94:21
94:23
**labor** 198:14
200:14
**laboratory** 16:6
94:24 104:8
**lafata** 2:18 3:3,4
6:19,20 7:11 9:19
10:3 20:23 22:14
32:17 36:8 37:11
43:16 45:23,25
46:15 49:12 50:22
51:14 53:19,20,23
54:7 55:9 59:9,14
60:11,12 62:10
65:25 67:16,17
82:11 84:7 88:16
91:5 95:12 96:2

100:25 101:4,15
105:19 106:2
107:20 108:5,8,18
109:1 110:22,23
113:2 117:21
119:6 125:11,14
125:19,20 136:7
151:11,25 167:3
167:19 170:11
171:6 172:5 174:8
177:9,13,22
180:21 181:1,2,18
182:10 189:9,10
199:7,8,11,15,20
200:1,5,8,9,18,25
202:5,16 204:3
206:4 207:2,6
209:18,23 212:23
213:1,5,13,19
214:3,9,12,17
215:1 216:8,12,16
217:6,22 218:3,9
218:20 219:5,9,12
219:17
**lamp** 75:8,10
142:22
**land** 113:20,20
114:4,7,17 117:10
118:20,22 119:2,7
166:20
**landscaping**
121:22 122:12
**langrock** 2:5
**langrock.com** 2:7
**large** 133:1 136:9
136:14
**lasix** 66:13
**lasted** 20:16
**late** 124:6 132:9
**latent** 79:2 83:17

**laundry** 75:24
**lauren** 115:14,18
170:2
**law** 35:2 104:3
**lawn** 113:23 115:1
118:15 122:6
177:5,7 181:16
182:11
**lawnmower** 111:2
**lawsuit** 35:8,9,13
35:21 36:14,22
77:23
**layout** 156:25
**lead** 156:1,7
180:24 199:5,18
211:20,21,24
212:2
**leadership** 198:21
**leaking** 120:20
**learn** 30:18 80:13
103:8
**learned** 149:25
**leave** 16:14 18:10
33:21 114:6
179:19 180:12
181:8 219:12
**leaving** 179:17
**left** 20:1,6 57:18
62:17 115:10,11
122:2 128:10
131:14,22 132:2
132:21 133:24
135:25 136:13
137:9 138:22,25
142:19 157:7
170:15 174:22
**legal** 6:4 102:25
**leslie** 170:17
**letter** 3:18,19,20
3:23,24 62:18
64:14 91:15,22

93:2 202:25 203:3
206:16,18,21
**letters** 173:8 202:8
**lettuce** 190:6
**level** 86:18 95:13
96:15 101:17
110:6,8 119:25
129:6 144:17
158:4,22
**levels** 95:6
**license** 19:19,23
21:10 102:4,7,11
102:16,17 164:20
**licensed** 15:5
**licenses** 21:11
**lidex** 44:1
**life** 183:6
**light** 140:1
**liked** 202:3
**limited** 146:21
**limiting** 48:14
**limits** 53:7 94:25
99:10
**linda** 1:13 3:2 5:17
7:7,14,19,19 45:20
54:21 60:15 63:2
93:3 101:14
143:16 151:24
174:25 208:3
213:4 220:10
222:25
**line** 63:8,16,23
65:13 155:22
174:9,9 202:13
206:24 222:4
**lines** 92:12 120:3,6
147:15 150:13
**linoleum** 127:22
141:8
**lipitor** 56:5

**liquid** 67:3 209:15
**liquids** 75:2
**liquor** 69:5 189:13
**list** 183:25
**listed** 55:13 72:10
  164:22 215:5
**listen** 45:19
**liter** 86:10,14
  93:25 95:1 96:3
**litter** 182:20,25
**little** 27:14 81:3,18
  97:13 100:23
  122:6 128:12
  139:6 196:2 205:7
**littleton** 179:11,12
**live** 73:19,20 81:5
  104:20 107:10
  115:15 165:6
  167:9 168:15
  179:7 181:10
  218:3
**lived** 106:15,19
  108:19 109:4
  126:23 168:1,4
**liver** 49:15 61:6,10
  61:17 88:11
**lives** 73:21 115:2
  215:20,21
**living** 142:1 150:2
**llp** 2:14,18
**load** 76:14
**lobster** 190:10
**local** 198:22,24
**located** 6:2 118:14
  140:16
**location** 157:10
**lodged** 22:6
**logic** 204:25
**long** 9:1 32:9,18
  40:1,7 41:2,14
  66:24 72:11 100:6

101:5 106:15
  183:5 199:2 201:5
**longer** 39:12 98:3
  149:15
**look** 12:22 88:12
  91:9 98:18 103:22
  156:23
**looked** 10:15
**looking** 10:23
  133:9
**looks** 126:15
  131:22 158:2
**lose** 125:24
**loss** 58:24 147:2
  149:1
**lost** 42:18,19 78:21
**lot** 16:21 23:7
  27:13,24 36:6
  107:23 122:4
  147:14 150:11
  197:16
**loud** 8:16
**low** 112:13 144:17
  216:20
**lower** 68:18 96:21
  157:19,19,20
  159:1
**lunch** 105:20,23
  106:11 217:18
  218:11

**m**

**m** 39:2
**mace** 190:12
**machine** 136:9,11
**madeira** 195:1
**madison** 2:15,19
**mail** 2:7,11,16,20
**mailed** 161:9
**main** 1:17 2:9 6:2
**maintain** 102:17
  122:25 139:21

210:16
**maintenance** 98:9
  116:20 122:14
**major** 122:11
  125:5
**making** 196:15
**malaise** 45:8
**male** 94:9,11,17
**mammogram**
  51:25 52:1
**mammograms**
  51:17,20,22 53:9
**man** 23:21 81:8
  97:3 204:5
**mango** 190:14
**manmade** 78:7
**manufacturing**
  78:8
**maples** 114:14,15
**march** 161:3
**margarine** 190:18
**marjoram** 190:16
**mark** 125:11
**marked** 9:17 29:6
  33:3 54:3 60:6
  62:8 64:6 85:19
  89:21 91:10 92:22
  125:12 143:10
  151:19 154:20
  159:15 160:19
  173:11 174:17
  202:14 203:15
  205:15 206:25
**market** 163:14
  185:9 214:25
  217:11
**markings** 203:25
**married** 104:19
  107:3
**mary** 18:24 19:2
  20:1,6 21:2

177:23
**master** 129:24
  140:11
**material** 34:10
  168:12
**mati** 6:4
**matter** 5:18,22
**mcclellan** 18:24
  19:2 20:1,6 21:2
  177:23
**mcdonald's**
  183:21,22
**mclellan** 39:2,3
**mcmuffin** 183:24
**mean** 12:3 14:18
  20:14 86:23 90:23
  92:17 95:18,19
  98:16 136:23
  145:24 147:8,9,10
  147:18 148:21
  149:5,24,25
  150:20 171:4,21
  202:6 206:7
  209:16 214:16
**means** 21:23
**meant** 20:15
**measurement** 85:3
**meats** 188:7
**med** 44:13
**media** 5:16 101:8
  101:13 106:1
  151:16,23 219:19
**medicaid** 14:15
**medical** 3:15,16
  3:19 4:9 11:23
  12:8,21 14:18
  16:10,12,17,25
  17:4 18:11,22
  20:3 21:17 22:18
  23:8,18 24:4,16
  25:20 27:8,10

28:21 31:21 32:14
34:17 37:1,12
42:21 47:17 54:14
64:12 71:5,12,24
73:14 74:4,6
78:25 79:4 83:15
85:16 88:8 102:16
104:7 173:20
174:23 178:2
180:10,11
**medication** 15:8
17:13,17 19:11
20:24 40:5,15
41:6,9 47:3,10,12
48:23 49:3 58:8
58:12,24 59:15,18
65:22 66:3 67:3
**medications** 9:4
15:3,6,12,14,18,21
17:6,21 19:13,14
32:4 42:4,7,13
43:7,9 57:16 59:5
103:15,15
**medicinal** 60:2
**meet** 11:23 12:13
12:16 13:6 80:8
168:6
**meeting** 172:21,22
172:25 201:17
**meetings** 172:8
198:12 201:15
**melinda** 73:11
**member** 11:21
198:6 200:13
**members** 13:5
150:19,24 171:24
201:14
**memory** 208:1
**men** 148:6
**menopause** 53:4

**mention** 40:13
149:22
**mentioned** 26:22
28:6 39:17 41:25
44:16 46:7 55:16
72:25 84:10 88:17
96:5 126:17 127:8
129:10 163:17
216:2
**mercury** 212:5
**mess** 147:25
**message** 62:23
**met** 115:3 171:12
172:8
**metal** 196:12
**metals** 99:18
**meter** 100:19
**mic** 85:1
**michael** 38:15
**michelle** 115:4
**micrograms** 85:1
86:10,14
**microphones** 5:8
5:11
**mid** 44:19
**middle** 55:10 61:2
64:22 94:20 138:2
143:15 158:20
160:3 175:11
**middlebury** 2:6
**miles** 108:4,15
181:10 205:16
**milk** 188:11
190:20
**milligrams** 85:2
**mind** 125:23
**mine** 126:6 143:22
176:24
**mineral** 205:18,19
**minutes** 100:23,24
105:7

**misquamicut**
178:20
**missing** 120:23
**mistake** 217:2,8
**misunderstood**
215:2
**mix** 24:22
**mm** 17:21 19:8
21:6,19 28:2,24
29:12,19 31:13,16
36:11 40:20 42:11
52:5,19 53:19,19
55:15,17 57:7
61:16 70:23 73:23
87:1 98:15 99:2
109:7,10 113:8
127:18,20 130:17
131:10 136:6
137:24 141:1,18
142:7 148:18
149:4 154:3,16
158:7 170:7 172:6
177:25 180:15
184:5 193:21
197:2 208:23
219:4
**model** 196:20
**mold** 75:15
**money** 35:25
148:21
**monitoring** 78:25
79:4 83:14,15
85:13 88:8
**month** 12:18
180:7,16 183:19
186:6 187:3,19
188:8,14 195:13
**monthly** 184:10
186:14 189:20
191:4,12 192:5
193:12 194:24

**months** 20:17
81:25 126:14
191:18 196:4
**moore** 60:17,20
175:7,19
**mopped** 30:14,22
**morning** 5:5 6:19
75:11
**mortgage** 111:10
111:24,25 112:2
**mortgages** 112:5
**mortgaging** 155:9
**moss** 1:16 2:9 6:1
**moth** 183:7
**mother** 56:20,22
71:9 72:8,14
105:5
**mother's** 142:22
**motion** 143:17
200:6
**move** 81:17 98:18
106:17,22,25
205:5
**moved** 38:18
105:1 107:3 115:3
122:1,8 127:5
128:13,20,24
**moving** 81:19,20
96:10 101:6
**mower** 182:11
**mri** 51:5,7,9
**mris** 51:3
**msds** 34:10,11,16
34:19,21,23
**municipal** 44:2
78:18 116:12,24
145:20
**munsom** 6:1
**munson** 1:16 2:9
**muscle** 58:15,18

**mushroom** 188:1
**mushrooms**
 190:24
**mustard** 186:3
 191:1,3
**muted** 5:11

**n**

**n** 2:1 73:11,11
**nail** 77:19,19
**name** 6:4,19 7:12
 7:16 19:1 26:22
 31:3 44:14 49:2
 60:15 71:19,21
 77:4,6 88:25
 97:15 107:21
 115:22 155:14
 162:6 170:15
 171:14 174:25
 175:5 204:5
**named** 221:4,15
**names** 73:10 115:4
 208:10
**nanograms** 93:25
 94:25 96:3
**narrow** 128:10
**nathan** 2:14 6:23
**nathanwilliams**
 2:16
**natural** 75:3,12
 76:14 77:3 204:20
 205:6,18
**naturally** 204:20
**nature** 36:24 37:5
 119:22
**nausea** 20:25
 44:13
**nauseous** 20:15
**nd** 90:21 92:15
**near** 157:14,15
 210:17

**nearby** 168:2
**necessary** 59:5
**neck** 22:21 23:11
 23:13 25:7,13
 26:17 27:4 30:12
 30:13,17 33:18
**nectarines** 191:5
**need** 8:25 19:15
 24:4 28:23 78:17
 78:24 79:4,11
 97:24,25 129:13
 139:20 148:3
**needed** 17:10
 18:13 21:25 47:25
 48:5,6 80:8
 112:14,15,16
 121:8
**needs** 11:23 12:2
 13:7 17:12
**negative** 172:18
**neighborhood**
 147:14 150:7
 165:6,9
**neighbors** 96:10
 96:20,20 115:6,11
 115:13 170:2
**never** 20:18 28:20
 57:12 117:3 174:2
 174:2,3 194:17
 217:14
**new** 2:15,19 6:6
 18:24 20:1 21:3
 34:1 54:21 73:20
 81:24 82:3 83:20
 95:19 96:4 97:1,4
 97:9 104:23 105:2
 112:16,25 113:6
 116:18 123:9
 124:4,11,24 125:1
 125:9,9 126:17,18
 127:7,19 129:14

129:17 130:3,4,6
 135:8 144:24
 150:7 160:7
 177:24 179:7,10
 179:18,22,23
 180:3,9,14 181:10
**newborn** 20:10
**newer** 103:19,19
 103:20,20
**nice** 106:11 150:9
**nickel** 212:7
**night** 40:14 41:1
**nod** 8:17 41:17
 43:3 110:16
 111:12 122:15
 124:15 128:2
 146:16 165:19
 166:17
**non** 57:10 76:15
 90:23 91:1 96:7
**nonstick** 76:15
 197:25 198:4
**nook** 139:6
**normal** 53:7 99:10
**north** 79:18 80:25
 81:8 108:4
**northside** 168:16
**northwest** 108:7
**nosey** 37:4
**notary** 7:5,8
 220:17 221:22
**note** 5:7 203:23
**notebook** 34:24
**noted** 181:1
 205:22 220:5
**notes** 12:25
**notice** 1:14 3:12
 4:5
**noticed** 30:13
**noticing** 6:18

**november** 60:23
 154:6 175:3
**number** 5:16 60:9
 79:9 101:9,13
 106:1,24 144:3,15
 151:16,23 172:17
 219:19
**numbers** 64:20
 116:4 148:21
**nurse** 17:1,14
 19:11 22:7
**nurses** 13:18
 104:3
**nursing** 13:19
 17:6,7 19:18,23
 21:10 101:18,20
 102:3,4,6,11,16,25
 104:1 105:10,11
 105:15 178:9
**nutmeg** 191:7
**nuts** 185:24
 193:15
**ny** 2:15,19
**nyquil** 67:2

**o**

**o** 68:1 73:11
**oath** 6:10 7:6
 205:24
**ob** 38:19,21,25
 39:1,4,8
**object** 37:8 112:23
 119:3 136:1
 167:16 172:2
 177:6,11,19 204:2
 214:3,4,17 215:1
 216:8 217:4,9
 219:15
**objecting** 218:4
**objection** 32:12
 36:4 43:10 49:10
 51:11 84:4 88:4

91:2 95:8,15
108:11 166:25
177:11 181:1
199:7,12,13 200:1
200:6,17,22
201:25 202:12
205:4 206:23
214:12
**objections** 6:16
**obtain** 19:23
101:19 102:11
**obtained** 101:17
102:3
**obtaining** 104:12
**obviously** 35:3
129:13
**occasionally** 19:17
181:9
**occasions** 179:19
180:12
**occupations**
177:18
**ocean** 204:21
**october** 3:23 91:18
91:23
**offered** 14:11 80:2
**office** 27:23,25
84:19 129:22,23
130:2,7 165:12
**offices** 1:16 5:25
**officials** 171:25
**oh** 10:14,17 12:20
13:10 22:25 35:6
45:18 58:19 68:14
74:25 82:17 83:17
95:22 108:22
110:21 115:25
125:19,25 126:15
132:24 134:23
142:22 167:21
171:18 194:19

197:4,6 199:1
201:3 216:7
**oil** 113:13,15
139:20 159:6
194:8
**okay** 8:19 10:9,13
11:5 12:8 23:12
30:4 34:24 39:8
39:14 40:15 42:13
45:22 46:10 50:23
54:18 55:20 56:10
58:15 60:23 61:2
65:7,11,13 66:5
70:10 72:13 81:3
82:24 89:24 92:9
92:12,19 97:19
100:19 104:16
108:6,13 110:8
120:11 121:21
126:11 127:19
132:15 133:4,11
137:6,15,21 138:2
138:17 139:4
140:21 141:19
143:23 145:13,17
151:10 153:25
155:10 156:13
157:16,22 158:1,2
158:13 159:3
164:5 170:23
174:1,5,14,22
198:14 203:2
204:10 208:3,14
211:20 212:15
213:8 215:4 219:4
**old** 45:24 97:2
98:5,17 105:1
108:12 136:11,16
138:5 171:20
**olives** 191:9

**omeprazole** 9:8,11
39:17,19,20 47:5
58:1
**once** 5:13 47:25
70:5 123:11 127:3
152:15 178:17
180:7,16 186:6,18
187:3,19 188:8,14
189:3 191:18,22
195:25 196:3
**ones** 83:2 154:12
208:22
**ongoing** 64:4
103:1,2 121:9
**onions** 191:11
**onsite** 103:3
**oops** 59:13
**open** 148:8 167:20
167:21 168:16
219:12
**opened** 150:8
**operating** 146:5
167:10,21 217:8
**operation** 178:10
**operations** 171:20
**operative** 175:3
**opinion** 88:5 95:16
**option** 145:20
**oral** 15:14,17
17:18
**orange** 191:13
209:3
**oranges** 191:15
**order** 4:8 126:1
**ordered** 19:13
**organization**
198:10 201:1,6,11
**organizations**
198:6 200:14,20
201:23

**original** 79:6 97:7
127:17 128:1,15
130:2,15 139:18
139:23 140:4,6
142:11 143:6
152:9
**orthopedic** 39:11
39:13
**outcome** 6:12
35:21 45:3 201:19
201:20 221:14
**outdoor** 118:24
**outpatient** 52:17
**outside** 25:22 75:5
76:21,23 110:15
110:24 135:6
138:20 140:17
159:12 166:10,15
179:6 209:25
215:20
**oven** 77:13
**owned** 183:5
**owner** 97:17

**p**

**p** 2:1,1 104:21
**p.c.** 1:17 2:9 3:19
6:1 64:12 174:23
**p.m.** 105:25
151:14,21 181:20
181:23 219:18
**p.o.** 2:5
**page** 3:11 55:6
56:10 57:13,17
61:2 86:1,6,21
91:15 92:1 93:2,8
93:11 94:7 127:10
127:11 128:3,6
129:3,20 130:11
131:2,11,16
132:10 133:7,11
133:20 134:3

135:10,21 137:8
137:21 139:4
140:10,13 141:15
141:19,22 142:2
142:13 143:1,20
143:21 144:1,13
150:15 154:4,25
155:1 156:9,19
158:13,16 202:3,6
202:7 222:4
**pages** 85:25
**paid** 103:5 112:1,1
112:2 144:24
145:2
**pain** 44:22 45:7
58:16,18
**paint** 121:12,13,15
156:1,6 212:10
**painted** 121:3,5
130:19 132:4
134:14 135:16
**painting** 124:1
**paints** 212:9
**pam** 76:15
**pan** 191:17
**panel** 138:10,13
**pans** 168:12
**pantry** 128:12
**paper** 8:16 80:19
80:20,22 123:25
133:19
**paperwork** 97:18
**paragraph** 86:22
87:13 94:8,19
144:2,14 146:17
150:16 151:1
204:5,11,19
**paragraphs** 87:12
**parasites** 58:8
**pardon** 72:19

**parents** 71:4 72:3
**park** 110:15
**parked** 110:24
**parsley** 191:19
**parsnips** 191:21
**part** 99:19 138:7
198:9 199:2
200:14,20 201:1,5
201:10 202:9
205:25 208:19
**participate** 14:14
**particular** 167:15
**parties** 5:3,15
20:12
**parts** 157:24
**party** 6:10 198:11
200:19
**pass** 14:24 72:6,8
72:13 213:1 219:5
**passed** 72:11,22
**passing** 14:13
**patient** 12:22
62:23,25 104:2
**patients** 50:6,8
105:11,14,17
**patterns** 215:8
**paul** 2:18 6:20
202:2 205:21
206:6,13 213:12
**paullafata** 2:20
**paved** 119:20
**pawlet** 104:21,25
105:2 107:11,15
107:22,24 108:1,9
108:15,16,16
215:21
**pay** 84:14 89:3
97:19 111:23
112:18 117:4
121:17 146:10
149:18 162:14,16

216:9,24
**paying** 35:25
**payment** 112:1
**peaches** 191:23
**peanut** 191:25
**peanuts** 192:2
**pears** 192:6
**peas** 192:4
**pecan** 192:10
**pecans** 192:8
**pediatric** 105:14
**pending** 9:2
**penicillin** 42:9,11
43:8,20 55:13
**people** 12:9 13:8
13:11,16 14:15
24:24 25:14 27:24
74:9 79:11 86:13
86:19 87:8 88:8
107:18 150:11
153:12 172:23
205:16 215:13
**pepper** 185:18
**pepperoni** 192:12
**perfluorinated**
90:1
**perfluorooctanoic**
82:23
**perform** 16:1 18:4
**performance** 1:9
5:21
**performed** 18:7
84:11,18 99:24
152:20 153:11
165:3
**perfume** 27:1,2,12
27:13,20,24,25
28:7 35:20,23
**perfumes** 27:9
**period** 14:9,21
15:2,21 19:25

20:5 22:22 46:5
99:3 104:17
**periodically** 164:3
**periods** 16:19
**permit** 216:9
**person** 11:24,24
12:10,13 14:10,24
28:3 97:11 221:14
**personal** 144:6
175:15
**personally** 76:21
169:23 208:13
**personnel** 26:10
**persons** 1:5 5:20
**pests** 181:12,16
**pfa** 88:9
**pfoa** 3:22 10:18
78:2,7,10 79:20
80:13,16,24 81:6
81:11,19,23 82:3
82:20,22,25 83:7
83:21 84:2,10,16
85:9,16 86:14,18
87:3,9,20 88:9,18
88:21 90:18 91:1
92:13 93:16,20
94:3,24 95:6
115:24 116:6,8
117:24 144:17
146:20 166:22,24
168:20,24 169:2
169:19 171:25
173:4 177:8
215:15,24
**pharmacy** 42:3
103:15
**phenacetin** 67:12
**phenobarbital**
67:10
**phone** 2:6,10,16
2:20 12:12

**phones** 5:11
**phosphate** 205:11
**photo** 136:8
   158:16,20
**photograph** 131:3
**photographs** 4:1
**photos** 158:18
**phrase** 79:16,25
**phrasing** 213:25
**physical** 13:20
   18:18 24:9,11
   26:13 39:15
**physician** 31:14
   31:17 38:4,8,11,13
   55:2 60:17 87:8
**physicians** 12:25
   13:17 19:16 37:24
   38:24 39:9 72:25
   82:25
**pick** 5:8
**pickles** 188:5
**picture** 126:3,11
   129:4 138:3 139:5
   141:16,23 143:8
**pictures** 126:7,13
   159:12 197:16
**pie** 184:17 187:5
   192:10 193:2
**piece** 184:9 207:20
**pinched** 23:4
**pineapple** 192:14
**pipe** 137:10,11
   138:17 142:20
**pipes** 124:25
**pistachios** 192:16
**place** 5:14 27:12
   145:21,25 178:18
**plaintiff** 7:1 219:8
**plaintiffs** 1:6 2:3
   5:21 7:3 143:17
   169:24 171:3

**plan** 81:18 94:13
   163:5 216:17
**planes** 196:20
**plans** 162:23,25
   163:4 166:3 215:9
**plant** 171:20
**planted** 122:4
**plastics** 1:9 5:22
**please** 5:7,10 6:16
   7:12,22 8:23 19:1
   30:4 31:5 55:6
   56:11 57:13 92:1
   125:11 127:10,11
   128:3,6 129:3,20
   130:11 131:2,11
   131:16 132:10
   133:7,11,20 134:3
   135:10,21 139:4
   140:10,13 141:15
   141:19,22 142:2
   142:13 143:1
   150:15 156:9,19
   158:13
**plugged** 100:12
**plumbing** 124:22
**plums** 192:21
**plus** 110:12
**pocket** 215:23
**point** 53:18,23
   83:14 93:12
   152:12
**pointed** 99:11
**pointing** 157:7
**poison** 75:20
   149:10 150:3
**pole** 142:22
**policy** 14:12 23:3
   27:11 35:23
**polish** 76:7,9,20
   76:23 77:19,19

**political** 199:24
**polluted** 150:1
**polyps** 46:18
   52:14,16 175:16
**pool** 75:1 122:16
   122:18,21,23,25
   123:3,5 149:16
   157:3,4,5,10,14,14
   157:15,17 210:13
   216:6
**porch** 139:12
**pork** 70:6,6
**port** 194:25
**portion** 126:12
**positions** 21:13
**positive** 51:24
   52:3 81:11,16
**possible** 34:12,25
   199:3
**possibly** 199:4
**potato** 192:23
**potatoes** 118:3
   192:25 194:23
**pots** 168:11
**pottery** 196:9
**powder** 74:25
**power** 100:7,10,13
   100:17 120:3,6,9
**powered** 100:7
**powette** 107:21
**ppt** 94:3
**practice** 163:22
**practitioner** 83:9
**precautions** 103:9
**prefer** 11:2 55:24
**pregnancy** 20:8,14
   20:25
**pregnant** 20:7
**premiums** 162:16
**preparation** 10:23

**prepare** 10:10
**prescribe** 15:2,5
   17:21
**prescribed** 59:22
**prescription** 17:13
   48:10,17,21
**presence** 166:24
   168:24 169:2
**present** 6:13 13:4
   106:20 156:1
**presented** 204:1
**preservatives**
   55:23
**president** 198:22
   198:24
**press** 4:11 203:14
**pressure** 49:21,24
   50:3,5 52:11
**pretty** 101:5
**previous** 15:15
   57:13 160:4
**previously** 7:15
   15:10
**price** 42:5
**primary** 3:15 38:8
   38:10,13 54:20,25
   55:3
**print** 221:9
**printed** 90:12
   92:10
**prior** 10:24 98:5
   155:25 163:24
**privacy** 114:6,24
**private** 5:9
**probably** 8:9 40:2
   41:3 50:14 81:25
   82:4 99:15 104:14
   128:20 131:1
   138:6 148:23,25
   180:16 193:14
   195:8,11 209:19

209:22 210:3
**problems** 16:21
28:20 87:21
**procedure** 175:12
**procedures** 46:5
**proceeding** 6:16
**process** 78:8
208:20
**product** 34:1
205:13
**production** 205:11
**products** 78:10
**professional** 1:15
21:5 221:3
**progressive**
198:11 200:19
**promise** 205:25
**property** 4:4 89:6
89:14,19 96:17,23
98:24 111:15,18
114:13 115:7
116:10 117:22
120:4,7,12 122:16
123:7 146:19,19
146:21,24 147:2,7
147:18,22 148:13
148:16,19 149:2,9
149:15 160:10,13
160:16 161:19,22
161:25 164:16,22
164:25 165:1,4
168:19,23 216:19
217:2
**prophylactic** 53:1
53:2
**proposed** 150:19
**prosciutto** 188:9
**protonix** 41:13,14
41:16,20 42:8,15
42:17,25 43:2

**provide** 12:2
14:20 38:21
145:10
**provided** 10:12
61:13 103:3,4
**provides** 114:23
**providing** 8:9
**psychiatric** 151:5
**psychological**
151:5
**psychosomatic**
103:21
**psychotropic**
103:21
**public** 7:8 201:15
204:23 220:17
221:22
**pull** 24:9 213:6
**pulled** 26:5
**pump** 97:1,2,4,7,9
97:11,14,20 98:1,5
98:8,23 99:6,14
100:7 116:18
144:25,25 145:3
148:11 163:17
**pumping** 98:3
**pumpkin** 193:2,4
**pumps** 75:1 99:1
**purchase** 152:10
161:25
**purchased** 112:4
**pure** 146:9
**purpose** 12:17
53:2 131:19
**purposes** 59:16
**pursuant** 1:14
**pursuing** 151:3
**push** 201:8,12
206:1
**pushing** 22:1

**put** 24:21 27:11
32:11 48:24 75:1
75:9,10 78:12
97:1,4 112:5,25
116:18 122:3,6
123:12 124:11
126:17 134:12
140:8 147:12
150:7,13 163:14
201:12 202:22,23
205:13 209:16,24
216:23
**puts** 210:14
**putting** 147:15

**q**

**qualified** 50:3
**quality** 99:7,14,24
163:18
**quarter** 101:2,2
117:8
**quarterly** 117:5,6
146:10
**question** 8:22 9:2
45:19 79:6 109:2
172:12 181:3
182:3 199:9,10,21
200:3 214:9,14,15
218:10
**questions** 8:8,19
9:13 36:25 37:2
37:10 172:24
174:6 202:13
213:4,21 215:7,10
215:22 216:13
218:1,7,15 219:7
219:10
**quickly** 28:17
**quinn** 2:14,18 6:20
6:23
**quinnemanuel.c...**
2:16,20

**quit** 20:8
**quite** 112:13 113:4
118:15

**r**

**r** 2:1 7:23,23 30:7
68:1 222:1,1
**radiation** 59:10
**radiology** 16:3
17:24
**rain** 137:2
**raise** 118:19
**raised** 158:21
**raisins** 193:6
**rarely** 188:16
190:7
**rash** 43:12
**rates** 112:6,13
**raw** 70:20
**ray** 18:2 50:10,13
**rays** 12:25 16:1
53:8
**reached** 35:22
219:19
**reaction** 25:15,21
26:13 27:9 31:2
41:15 42:6,9,14,17
42:25 43:8 44:7
76:4 205:3 206:3
**reactions** 25:25
26:24 28:8 30:15
43:6,19
**read** 10:11,17,17
30:4 81:8 111:7,9
196:8 197:17
220:3
**reading** 30:10
81:17 84:6 143:23
197:13
**ready** 54:8 106:5,7
182:1

**real** 4:4 111:15
146:21 147:7,18
147:22 148:13
159:21 160:4
163:3,10 164:20
**realize** 217:10
**really** 24:20 27:10
28:17 31:25 37:4
65:5 119:5 138:1
149:25 172:9,15
196:3
**realtor** 168:18
**reappraised**
152:1
**reason** 154:17
156:16 160:15
161:18 214:4
222:4
**reassessed** 111:10
**rebuild** 162:14
**recall** 10:15,23
13:10 21:16 22:20
22:21 23:10,13,19
25:23 26:20,22,23
28:7,11,12 31:3
32:19 34:18 35:17
36:6 41:14 43:21
44:10,13 49:2
50:20,21 51:5
53:5,10,11 61:9,19
61:23 63:12,19
64:1 65:2,10,17,21
66:2,17,24 80:22
82:8,9,12,17 84:23
86:17 87:7,25
88:19,25 90:14,25
91:22 97:15 99:15
99:17,24 100:2
102:23 103:14
104:1 116:3 123:9
125:10 134:23

135:4,16,18
136:17 141:14
148:15 152:1
153:13 159:11
163:19,19,20,23
173:23 176:19
203:2,4 204:9
**recalled** 190:9
**recalling** 86:8
**recalls** 67:15
**receive** 27:8 31:21
42:24 46:16 48:9
51:9,20 54:25
56:3 62:2 116:12
**received** 51:17
59:10,15,15,20
61:16
**receiving** 51:22
61:19 90:14,25
91:22 203:2
**receptions** 146:6
**recess** 54:2 105:23
151:18 181:22
**recognize** 92:7
94:5 126:3
**recommend** 85:8
**recommends**
85:12
**record** 3:15 5:6,15
6:15,22 7:13 8:15
8:18 9:16 30:6
32:12 53:24 54:1
54:6 55:8 101:8,9
101:10,12,14
105:20,22 106:1
151:15,17,22,24
157:6 181:19,21
181:24 182:9
219:20,22 220:6
221:11

**recorded** 5:17
**recording** 5:14
**recreation** 197:18
**recreational**
183:14
**recyclables** 111:3
**red** 33:18 69:1
193:9
**redid** 140:24
**redirect** 3:4
216:15 219:9
**reduced** 221:9
**refer** 83:19 144:22
147:7 148:14
204:5
**reference** 19:16
71:4 174:10
175:12
**referenced** 29:14
**referencing** 30:25
**referred** 26:10
131:7 206:8
**referring** 34:6
73:6 129:12
135:13 144:23
203:10
**refers** 54:20
159:20 173:19
**refinance** 112:12
112:17,18
**refinanced** 112:6
112:8,10,14 153:2
**refinancing**
112:22
**refinished** 124:18
**reflects** 214:24
**reflux** 39:25
**refresh** 208:1
**refrigerator** 125:9
163:9

**regarding** 218:1,7
218:15
**registered** 1:15
17:1 221:2
**regular** 122:14
178:14 179:5
**regularly** 49:6
71:1
**reimbursed** 169:3
169:6
**related** 6:10
**relationship**
150:22
**relevance** 36:4
199:4
**relevant** 180:25
199:5,18
**relief** 78:15 79:8
**remediate** 166:23
167:7
**remember** 23:16
25:11 28:16,25
63:5 97:16 98:14
99:10 103:18
105:5 106:24
112:10 123:17
141:13 143:23
152:18 154:11,12
155:13,14,14
167:15,24,25
192:18 213:8,21
213:24 214:8,14
214:15 215:10,25
**remodeled** 123:22
**remodeling**
123:19 140:21
**remodelling** 124:3
**removed** 46:18
**remover** 77:20
**rent** 162:21,23

rental 107:2,5
repainted 126:25
  127:2 130:21,23
repairs 10:19
repeat 19:1 52:1
  65:24 67:25 79:6
  182:15 218:22
repel 74:21
repellant 74:19
repellants 183:7
rephrase 13:15
  82:21 97:24
  121:11 176:8
replace 97:2,25
  113:16,18 120:16
  120:18 121:17
  135:3 141:2,3,5,9
  141:11
replaced 97:11,14
  97:20 99:14 113:6
  120:11,14,20,22
  121:1 134:21
  135:2 139:17
  163:17
replacement 113:1
replacing 98:8
report 3:13,14,17
  4:3,9 28:20 29:5
  29:11,13 33:8
  154:2 155:19
  175:3
reported 221:8
reporter 1:15 6:7
  8:10 20:11 203:13
  221:3
reports 12:21 23:6
  23:7
represent 6:21
  80:9
representative
  80:3,6

representatives
  172:8
representing 6:5,8
required 11:25
  23:5
resampled 94:12
resampling 94:13
  94:16
research 165:3
resection 45:2
reserpine 67:20
residential 4:3
  154:2 155:19
  165:1,4,6
residual 205:12
resolve 48:15
respect 85:9
respond 14:16
  17:12 203:6
responding 203:21
response 24:1
  203:2
responsibilities
  11:17 14:8 17:3
  19:6,9
responsibility
  17:2
rest 124:16 180:4
  202:24
result 3:18 35:25
  46:16,25 62:17
  85:16 86:23 87:19
  90:14,21,25 92:15
  93:22 146:17
  160:12 169:19
resulted 164:12
results 3:22 83:8
  84:21,23 85:5
  86:7 87:16 90:1
  91:24 93:9 94:21
  94:23 99:9,21

100:3 116:1
retail 165:14,16
retire 14:4 163:2
retired 32:25
  200:13
reviewed 10:18,19
  34:16
rheumatoid 71:10
  71:11 73:15
rhode 178:20,21
  179:18 180:8
rice 193:11
richard 155:10,13
ridiculous 180:20
rifampin 67:22
right 8:7,23 9:2,15
  10:15 21:9 45:23
  47:8 54:10 55:16
  57:8,17,20 60:14
  60:25 64:15,17
  79:15 89:23 91:7
  92:21 93:6,9 98:4
  100:13 101:16
  110:22 112:19
  115:10,13 116:11
  126:1 127:8 128:4
  131:2 132:4,13,15
  132:25 136:18
  140:2,17 141:22
  142:6 143:8
  144:11,12 146:12
  146:13 148:1,1,15
  148:17 149:21
  153:23 155:15
  157:5,8 158:9,25
  160:7,10 161:10
  161:12 163:9
  164:7 173:21
  175:1,7 176:23
  177:24 178:2
  181:18 182:18

189:13 190:23
  196:22 204:11
  208:4 209:12
  219:12
rights 199:23
risk 73:1 83:22
  84:2 175:14,20,22
rivers 3:19 4:9
  64:11 174:23
rn 13:19 15:9
road 90:4 92:3
  93:12 106:14,15
  106:17 107:1
  108:20 109:4,17
  118:16 146:5
  165:13,20
roast 193:13,17
roasted 193:15
rocks 205:6,20
rocky 119:11
rodents 75:20
role 198:21
rolls 193:19,20
romac 38:15,16
ron 71:20 72:17,23
ronald 170:21
roof 120:12,14,18
  121:17
room 6:13 129:21
  131:19,20 132:7
  132:11,20 133:8
  133:12 141:25
  142:1 143:2
rooms 178:10
rotator 24:9
roughly 179:14
rounded 135:25
routes 15:20 17:16
routine 48:5 99:20
  105:7

**row**  90:17 92:12
93:16,19
**rpr**  221:21
**rug**  77:8
**run**  117:3
**rushing**  22:5
**rutland**  179:25
180:1,2,5

**s**

**s**  2:1 3:10 66:15
222:1
**safe**  78:17 149:11
**safety**  34:10 95:7
**sage**  193:23
**saint**  1:8 5:21 6:21
78:4,6 94:12,17
171:10,12,15,25
173:4 222:2
**salami**  193:25
**sale**  164:23
**salt**  194:2,2
**sam**  203:6,12,20
**sampling**  93:12
**sand**  119:9 139:20
**sandwich**  183:24
**sassafras**  194:4
**sat**  172:11,12
**sauce**  187:22
194:12
**sausage**  70:8
194:6
**saw**  38:25,25 39:1
48:1 64:2 197:16
**sawdust**  212:21
**saying**  23:12 39:18
96:8 163:19,20
**says**  29:10 30:21
31:10 33:7,17
56:15 57:10 61:6
61:14 62:17,23
63:2 64:11,23

65:6,13 86:7,12
87:2,15,19 89:25
90:21 92:2,10,15
93:12,22 94:11
143:16 145:19
149:1 150:18
154:1 155:3,16,18
155:22 157:8
158:15 161:16
174:22 175:14
202:20 204:12,19
208:3
**scan**  50:14 52:21
52:25 53:6 61:14
**scans**  50:15,18,25
52:23
**scarred**  82:14
**school**  16:21
104:13,14,17
105:10,12,15
**science**  4:13
207:17
**scientific**  206:11
**scotchgard**  197:20
**seal**  221:17
**sealed**  89:17 98:12
98:21,22 164:4
**season**  185:8
194:20
**seasonal**  42:2
**second**  55:6 85:24
86:6,22 92:1 93:8
93:11 94:8 110:8
140:14 144:5,13
157:1,2 204:5
**section**  34:14
45:16 55:10 56:12
57:6,15 61:3
62:22 149:1
204:17

**sections**  152:16
**see**  12:19 13:6
21:18 29:10,16,24
31:7,12,14,15,17
31:19 33:7,10,14
33:17,23 34:2,4
38:19 48:7,13
49:5 54:19,22
55:2,10,13 56:13
56:16,25 57:6,15
60:14,18,25 61:2,4
61:7 62:11,13,17
62:22 63:3,10,17
63:22,24 64:8,11
64:19,22,25 65:6,8
65:15 72:7 82:5
85:21,24 86:1,4,12
86:15,22,25 87:2,5
87:12,17,23 89:25
90:2,11,19,21
91:15 92:2,9,13,15
93:2,16,19,22,23
94:3,8,14,19 95:3
125:15 128:22
132:13 137:4,8,23
138:11,18,22
143:15 144:2,5,9
144:14,20 145:19
145:22 146:22,24
147:5 149:3
150:16 151:1,6
154:1,5,6,9,14,22
154:25 155:5,11
155:18,21,22,23
156:4,10,13,14,21
158:15,20,23
159:20,23 160:23
161:4,12 162:1
170:14 173:16
174:1,9,20,22
175:5,11,17

179:15,17 180:6
180:16 199:1
202:20 203:7
204:4,10,13,17,19
205:1 207:3,10,12
207:15,18
**seeds**  193:4 194:21
195:3
**seeing**  38:6
**seek**  35:12
**seeking**  78:15 79:8
**seen**  9:22 10:2,5,7
38:10,23 39:3,9,12
61:14 219:2
**self**  48:14 77:14
**sell**  148:23 162:19
162:25 163:5
**seminars**  103:4
**sense**  74:13 184:4
**sensitive**  5:8 55:23
56:8
**sensitivity**  27:11
31:23
**sent**  85:6
**sentence**  87:2
94:20 144:5
145:19 203:5
**september**  48:2,3
51:6,7 92:10
**septic**  109:15
**septra**  55:18
**serax**  67:6
**serves**  96:19
**service**  11:14
132:18
**services**  178:9
**sesame**  194:8
**set**  28:17 84:12
95:14 143:8
**settlement**  35:22
35:22,25

**seven**  104:15,16
  176:5
**severe**  41:15 44:22
**sewer**  120:3,5
**shake**  8:17
**shaken**  205:12
**shampoo**  77:8
  124:20
**shared**  83:8
**shed**  117:12,12
**sheet**  34:10,23
  220:5
**sheets**  34:16,22
**shellfish**  194:10
**shelve**  26:6
**shingle**  120:17
**shingled**  120:15
**shingles**  12:7
  120:23
**shoe**  76:20,22
**shook**  110:20
**shop**  180:14,19,19
**short**  53:24
**shorter**  169:20
**shortly**  33:17
**shortness**  25:6
  26:18 30:8,11
  33:20
**shot**  17:20 55:22
**shoulder**  24:3,5,12
  29:2
**show**  94:23 129:4
  132:5
**showed**  213:12
**shower**  134:18,19
  134:24 135:1,3
  141:9 169:11,12
  169:13,16,18,21
**showers**  169:20
**shown**  126:11

**siblings**  72:16
**sic**  16:16 24:16
  178:1
**sick**  14:23
**side**  34:12,25
  103:21 115:6
  117:18 132:13,16
  132:25 135:25
  136:18 161:12
**sides**  170:2
**sideways**  89:24
**siding**  120:24
  121:1
**signature**  5:3
  29:17,20,21 31:6,8
  33:10,12 143:21
  221:21
**signed**  143:24
  154:8
**significant**  71:12
  73:13 74:3 182:13
  182:16
**silica**  212:13
**silver**  1:16 2:8,9
  6:1,25,25 20:18
  62:7 101:1 107:14
  108:7 110:17,19
  138:17 174:6
  213:14,18 214:4
**similar**  25:15,24
  26:23 42:7,15,16
  43:7
**similarly**  1:5 5:20
**single**  109:17
  156:2
**sink**  89:9 127:15
  127:17 134:18,19
  134:20 135:4,13
  141:2,3
**sinus**  47:21

**sister**  56:15,18
  72:10,12,17,23
**sisters**  71:15,17
**sit**  14:12,25 36:16
  113:21 119:13
  149:10
**site**  161:13
**sitting**  78:22
  142:14
**situated**  1:5 5:20
**situation**  85:13
**six**  134:13 201:8
**skied**  197:18
**sleep**  4:8 48:24
  173:19,23
**sleeping**  31:25
  59:22
**sliced**  188:10
**slideshows**  201:16
**slightly**  65:7
**slow**  117:20
**small**  22:4 107:25
  137:16
**smell**  168:3
**smells**  171:18
**smelt**  168:1
**smoked**  57:11
**smokestacks**
  78:13 205:12
**snap**  22:8
**snores**  174:10
**social**  11:14 15:9
  57:6
**socialize**  215:13
**socializing**  215:9,9
**socially**  165:22
  169:23
**soda**  69:15
**softener**  76:11
  135:24 136:15

**soil**  78:1 116:5,8
  117:24 119:1,7,9
  119:11 147:20
  149:7 164:15
  167:6,7
**soils**  146:19
**sol**  115:4,20,21
**solar**  100:17
**solomon**  115:19
**solution**  76:5
**solvents**  183:11
**somebody**  11:19
  14:17 21:24 23:4
  35:10
**somnolence**
  174:10,12
**sorry**  10:4 22:13
  45:21 60:11 68:14
  108:12 110:21
  125:25 128:7
  182:15
**sort**  13:16 14:20
  18:17 24:7 38:4
  58:22 70:1 73:24
  74:12 111:1
  113:11 172:11
  201:10
**sound**  62:7
**soup**  188:1
**source**  169:15
**southwest**  16:16
  16:24 17:3 18:10
  18:21 20:2 22:18
  23:18 178:1
**southwestern**  3:16
  16:10,11 21:17
  173:20
**soy**  194:12
**spa**  123:7
**speak**  12:9

speaking 20:12 199:13
specialist 6:5
specialty 38:24 39:9
specific 36:6 105:4
specifically 23:10 65:12 84:5
spell 7:20,22
spend 179:1
spent 121:12 123:9
sperry 2:5
spice 190:12,16 193:23 194:16 195:5
spinach 194:14
splash 127:4
split 110:6 119:25
spoken 82:24
sports 166:20
spouse 14:24
spray 74:15,17 75:17 76:16,25 77:15,17
spraying 27:24
sprays 75:13,15
sprinkle 75:5
sprout 186:5
square 110:10
staff 13:5 27:12
stainmaster 197:22
stains 211:13
standard 95:2,7 95:18 96:4
standards 95:20 95:22
standing 23:23 32:12

stands 82:22
star 194:16
starch 76:25
start 13:23 16:11 51:22
started 20:2 23:25 81:12 215:17
starts 12:12 87:13 94:9,20 144:17
state 3:23,25 6:14 6:16 7:12 26:4 35:1,13,23 36:19 78:20 79:19 81:12 81:15 84:12 85:11 89:2 91:16,23 93:3 95:1,7,13 100:1 102:9 148:6 152:13 171:24 172:9 173:3 198:20
statement 88:1,3 205:3
statements 144:6 220:7
states 1:1 5:23 86:19 87:3,10
statin 40:21
stay 85:11 105:6
stayed 16:20 20:9 108:16 200:13
steak 70:12
steamed 70:22
stenographically 221:8
steps 157:4,18 167:7
sternberg 2:9
steward 198:22
stipulation 5:1
stone 109:21 124:8

stood 23:24,24
stop 32:20,23
stopped 41:16
stopping 53:18
storage 110:14
store 82:4,18 121:15 165:14,16 182:11 183:9
stored 78:13 111:1 210:18
stores 137:19
storm 114:12
stove 109:13 125:9 125:10 126:19
stovetop 126:17 126:18
strawberries 194:18
street 1:17 2:9 6:2 165:15,16 167:11 171:22 209:17,25
strep 59:6
strike 205:5
structures 117:10
studies 204:15 205:21,23 206:7,7 206:12
studs 140:23
study 4:8 173:23
subject 155:23,25 158:15
subjects 102:23
submerged 97:9
submersible 97:1 144:25
subq 17:18
subscribe 220:6 221:16
subscribed 220:12
substance 82:6 217:19,23 218:3

218:12,18,25
substitutes 69:17
successful 45:12 52:18
sucks 75:2
sudden 79:3
sued 36:10
suffer 33:20
suffered 146:20
sugar 65:6,11 69:17,19
suing 35:10,18
suit 36:19
sullivan 1:3 2:14 2:18 5:19 170:15 170:17 222:2
sum 82:6
sumac 114:5,9,23 114:25
summer 69:25 80:14,23 197:9
sumner 170:19
sunburn 182:13 182:16
sunflower 194:21 195:3
super 103:8
superior 81:7
supplements 54:10
supplies 44:3 211:23
supply 26:7 94:12 100:8,10 211:25 212:2
support 14:25 16:22 143:17
supposed 199:18
supposedly 48:25
sure 8:18 12:1 17:10 37:18 79:10

85:1 97:6 100:5
102:22 117:7
145:16 148:22
163:20,22 183:12
212:3 218:23
**surface**  78:1
**surgeon**  38:25
39:8 60:21 175:9
**surgeries**  45:14
46:1
**surgery**  37:20
44:23 45:1,3,6,10
45:12 60:22
**surgical**  46:4,6,9
**surveillance**
175:15
**sustained**  85:15
**swallowing**  30:16
**swear**  7:5
**sweater**  27:23
**sweet**  194:23,25
**swelling**  25:12
26:17 27:4 30:12
30:17
**swells**  33:18
**swimming**  75:1
**sworn**  7:7 220:12
221:4
**symptoms**  26:19
33:21 45:5 83:13
**syndrome**  61:20
61:21 62:3
**system**  89:17
98:12,22 100:13
124:23
**systems**  204:23
205:10

**t**

**t**  3:10 7:21 104:21
222:1,1

**table**  37:3 96:15
132:13
**tablet**  67:3
**tad**  27:14
**take**  5:14 8:25
15:23 20:9,24
40:7,13,14 41:6,9
41:25 47:3 48:10
54:10,11 55:24
56:8 57:24 58:22
58:24 66:21 68:13
85:5 102:8,15
103:23 104:5,7
126:7 137:14
169:20 176:13
205:25
**taken**  1:14 5:18
9:4 31:24 40:5,23
42:7,14 43:7,9
53:23 54:2 58:7
58:12 105:23
126:13 131:4
148:11 151:18
167:6 181:22
**takes**  123:3 179:6
**talk**  14:25 83:6
168:6
**talked**  47:19 53:10
57:20,22 58:1
71:6 82:7 116:18
125:5 142:5
148:16 163:10
168:18,22 177:23
190:22 208:22
216:6
**talking**  23:23
27:13 80:25 81:6
86:17 87:25
108:25
**talks**  219:8

**tall**  23:22
**tank**  109:15
136:25 137:12,16
137:19
**tanks**  98:24
**tap**  108:21 109:6,9
176:15,20 177:4
177:12,16
**tapazole**  66:17
**tape**  100:25 101:5
**tar**  209:15,24
**tarragon**  195:5
**tarred**  209:20
**tarring**  209:21
**tastes**  117:2
**tax**  4:7 160:12,25
161:6 213:9,11
216:18 217:13,16
**taxes**  216:24
**taxpayers**  4:6
**tea**  69:13 187:14
187:16 190:2
194:4 215:18
**ted**  107:3 140:25
160:1
**teenager**  42:10
**teeth**  4:10 202:21
**teflon**  168:11
**telephone**  12:10
**tell**  84:1 87:16,19
100:3 148:2
216:18 217:3
**telling**  63:19 105:5
218:5
**temporary**  25:6
37:22 107:2
**ten**  40:2,9 66:25
105:3,6,7 108:12
114:12 135:19
163:11,15

**tendon**  24:9
**tendonitis**  24:8
29:3
**termites**  181:14
**test**  49:8,13 50:3
84:10,11,14,18,21
85:5,9 86:7,23
87:15,19 90:14,25
91:24 92:19 93:8
99:9,14,21,25
144:18 156:6
163:18 164:8,10
**tested**  49:21 81:10
88:18,21 91:6
99:7 115:24 116:6
116:8 163:24
164:3,6,15
**testified**  7:8
**testify**  144:7,8
221:4
**testimony**  8:3 9:13
10:25 36:14
107:23 216:13
217:19,23 218:4
218:12,18 219:1
221:11
**testing**  16:3 17:24
18:2 49:5 81:13
81:16 85:7 88:23
89:3,6 99:17,20
102:8,9 104:8,10
172:17
**tests**  50:5 84:16
116:2 164:12
**tetanus**  55:20,22
**tetrachloride**
210:10
**tex**  198:2
**text**  4:13 206:17
**thank**  7:4,24 10:21
60:13 61:22

[thank - transported]                                    Page 31

106:12 107:24
125:19 145:18
170:10,11,13
206:5 207:9
**thanksgiving**
165:25 191:22
**theodore** 93:3
**therapist** 13:20
39:15
**therapy** 18:18
24:10,11 59:10
**thimerosal** 55:25
56:2
**thing** 23:2 27:4
29:2 68:17 74:12
133:1 138:16
140:24 188:10
205:25 215:16
**things** 11:25 12:15
15:1 44:4 47:21
49:13 58:22 64:2
70:1 78:16 79:9
83:16 103:6,10,10
103:10,17 111:1
136:22 149:14
205:23 207:24
**think** 9:24 24:23
27:19 39:11 46:8
77:5 78:6 79:11
79:15 80:12,14
81:14 88:7,11
97:23 102:18
105:19 107:14
112:14,25 114:22
117:7 124:6,24
125:18 136:21
148:6 149:21
153:1 162:1
163:21 199:22
200:3,7 206:2
214:18 217:3,7

**thinking** 78:21
200:24
**thinning** 59:16
**third** 93:19
**thought** 27:22
126:2 148:23
**thousand** 107:18
123:15
**thousands** 123:16
144:24 145:7
153:23
**three** 46:14,17
68:24 69:12
118:13 121:7
126:14 151:23
153:3 158:3
169:10 178:17
184:20 186:22
191:18 193:18
195:11 196:4
210:3 219:20
**throat** 30:12 59:6
**thyme** 195:7
**thyroid** 59:25
63:16,20
**tightness** 33:20
**tile** 127:4
**time** 6:17 8:5 10:6
11:16 13:9 16:22
18:20 19:25 23:17
24:15,23 30:13,16
32:10 40:25 44:7
46:5 48:1 50:17
61:12,24 68:16,17
72:11 81:22 100:6
102:15,19,20
104:20 105:19,24
108:19,24 120:11
121:5 124:2
127:14 130:25
133:7,19 134:12

135:4 136:3
139:16 151:11
152:7,18,24 153:7
159:10 165:24
167:9 168:15
171:14 178:21
179:1 181:5 218:8
**times** 12:18 20:16
27:6 44:16 68:25
88:21,24 96:13
127:2 130:23
152:4,16 153:4
178:17 179:8
185:21 186:22
190:8 192:7
193:18 195:11
196:1
**tiny** 205:8
**tired** 14:5
**title** 207:17,20,22
**toast** 195:10
**tobacco** 57:10,11
212:15
**today** 5:25 9:13
29:14 31:11 34:7
37:25 38:11 58:5
73:22 85:16 96:9
126:15 163:5
171:19 177:1,17
217:18,24 219:1
**today's** 5:6 10:10
10:24 95:20
212:24 218:13
**toilet** 134:17
141:11
**told** 106:9 148:14
172:15,16 177:17
**toluene** 212:17
**tomatoes** 118:3
195:12

**tommy** 204:5,8
**tool** 117:12
**tools** 111:2
**toothpaste** 44:2
**top** 29:10 33:7
54:19 56:12 57:15
60:14 62:22 64:11
64:20 78:22 86:1
86:4,7 89:25 90:5
90:17 92:2 93:8
93:11 137:21,23
143:15,16 154:1
155:18 156:21
158:3,4,6,15
159:20 161:3
170:14 173:16,19
174:22 202:20
204:12 207:12
**total** 145:6
**totally** 134:21
148:10,11
**touched** 71:3
**town** 4:5,7 107:17
107:17,19,21,25
117:5,6 149:18
152:14,14,21
160:25 201:17
216:9,17 217:1
**toxic** 79:1 88:12
205:12,18
**toxin** 83:11
**toxoid** 55:20
**traffic** 150:11
**trained** 83:12
**transaction** 155:8
**transcript** 220:3,6
**transcription**
221:10
**transported**
205:14

**trash**  138:25
**travel**  179:5 180:5
  180:9,10
**treat**  25:20 37:20
  40:10 41:4,22
  59:25
**treated**  47:18
  181:11,16
**treatment**  28:23
  42:24 48:9 52:15
  54:25 61:16 62:2
**treatments**  35:1
  129:17
**treats**  47:6
**trees**  114:13,17,21
  122:1
**tried**  162:19,21
  205:22
**triglycerides**
  40:11,17 41:9,23
  49:17
**truck**  150:11
**trucks**  147:14
  150:10 205:14
**true**  144:11 151:8
  221:11
**truth**  221:5,5,6
**truthful**  206:20
  208:8
**try**  68:17 118:6
  157:6
**trying**  116:23
  206:6
**tube**  17:18,18
**tumor**  73:7
**turkey**  193:17
**turn**  5:10 28:22
  55:5 56:10 57:13
  86:6 92:1 94:7
  127:10,10 128:3,6
  129:3,20 130:11

131:2,11,16
132:10 133:7,11
133:20 134:3
135:10,21 137:17
139:4 140:10,13
141:15,19 142:2
142:13 143:1,20
144:1,13 150:15
154:4 155:15
156:9,19 158:13
**turned**  24:8 52:2
  137:21
**twice**  52:1 76:24
  112:7,8,9 130:24
  183:19 186:10
**twin**  3:19 4:9
  64:11 174:23
**twisted**  22:7 24:2
**two**  20:9 46:22
  73:3 87:12 101:13
  102:8 106:1 110:2
  110:4 111:7,9
  113:4 118:23
  121:7 122:20
  140:19 151:16
  158:8 162:3
  178:17 179:25
  182:18 193:18
**tylenol**  58:23
**type**  29:13 37:2
  103:9 119:13
  188:10
**typed**  155:22
**typical**  156:2
**typically**  108:20
  169:9 181:5 193:8
**typing**  8:11

**u**

**u**  30:7 115:14
**u.s.**  86:13

**ultimately**  44:23
**ultrasound**  3:17
**ultrasounds**  52:8
  52:10,13 53:8
**umm**  22:11
**underground**
  96:15
**underneath**  56:20
  56:24 149:9 175:5
  217:8
**understand**  8:13
  8:22 9:12 37:6
  78:25 79:22 80:2
  88:6 90:23 92:17
  94:16 95:5,10,17
  96:7,8 109:2
  112:24 119:4
  168:11 177:20
**understanding**
  77:23 78:5,14
  79:7,10 80:5
  153:22
**understood**  23:15
  153:7 157:20
  214:18
**uniform**  4:3 95:18
  154:1 155:18
**union**  198:14
  200:14
**unit**  5:16 85:3,3
  93:25 101:9,13
  106:1 151:16,23
  219:19
**united**  1:1 5:23
  86:19 87:3,9
**universal**  103:9
**university**  101:23
  101:24 102:1
**unlock**  98:21
**unscented**  76:14

**upgrades**  121:21
**upper**  60:25 62:17
  129:6 158:22
  170:14
**upright**  138:23
**upset**  78:21 82:10
  147:3 149:22
**upsetting**  150:1
**upstairs**  130:14
  141:24 142:14
**urge**  118:5
**urquhart**  2:14,18
**use**  26:7,8,14 42:3
  50:1 54:14 58:3,5
  69:17,24 70:6
  74:12,21,23 75:4,8
  75:17,22,24 76:1,7
  76:11,13,15,18,19
  76:20,22,25 77:8
  77:19 99:3 100:17
  109:5,6,9 116:13
  123:5 129:22
  130:7,10,13 136:2
  147:2 148:9 149:1
  149:19 165:20
  166:7,20 169:1,15
  176:16,25 177:3,5
  177:10,14 182:20
  183:7,14 194:2
  195:16 196:25
  197:3,8,10,20
  208:21 212:15
  216:9
**user**  57:10
**uses**  130:9 210:12
**usually**  12:12
  70:21 73:3,4
  103:7 183:22
**uterine**  52:14,15

## v

**va** 14:16
**vacation** 111:18
  178:14 179:18
  180:8
**vacations** 178:16
**vaccinations** 56:3
**valerian** 68:19
**valium** 67:8
**valuation** 215:5
**value** 78:21
  146:24 148:16,19
  152:4 153:15,18
  156:14 160:4,7,9
  160:16 161:13,13
  161:19 163:11
  168:19,23 214:1
  214:11,23,25
  217:10,11
**values** 156:3 165:4
**valuing** 164:25
  217:2
**vanilla** 195:14,16
**vegetable** 75:17
  149:13
**vegetables** 70:18
  118:7 149:6
**verbally** 8:19
**verified** 34:13
**veritext** 6:6,8
**vermont** 1:1,17
  3:16,20,23,25 5:24
  6:3 11:12 13:23
  16:5,8,10,11,16,17
  16:24 17:3 18:10
  18:22 20:3 21:17
  22:18,24,25 23:3
  23:18,20 24:16
  28:9,13 79:19
  84:12 85:11 88:1
  89:2 91:16,23

93:3 95:14 100:1
  102:2 104:21
  148:7 173:20
  176:1,9,20 178:1,4
  184:24 198:20
  201:21 202:9
**vermont's** 95:1,7
**versus** 5:21
**vertigo** 51:8,8,10
  51:13,15
**vet** 165:20
**vet's** 11:20,22
  15:15,17 26:6
  208:20
**veterans** 11:12
  13:24 16:5,9,17
  22:24,25 23:3,20
  28:9,14 176:1,9,20
  178:4 200:12
**veterinarian's**
  165:12
**video** 5:13,17 6:5
**videographer** 5:5
  6:6 7:4 53:25 54:5
  100:22 101:7,11
  105:21,24 151:14
  151:21 181:20,23
  219:18
**videotaped** 1:13
**village** 3:15 54:20
  54:25 55:2
**vinegar** 195:18
**vinyl** 124:8 212:19
**visit** 47:24 49:22
**voc** 212:10
**vomited** 20:16
**vote** 13:6 201:19
  201:20
**voted** 201:13
**vs** 1:7 222:2

**vsea** 198:18,19,21
  199:2 200:11,19
**vt** 2:6,10

## w

**w** 7:21 104:21
**wait** 137:18
**waite** 7:19,20
  71:22 72:18,19,23
**waived** 5:3
**walk** 184:1 208:11
**walked** 64:19
**walks** 27:21
**wall** 130:19 131:9
  132:2,4 133:2,5
  135:6,16 138:10
  138:18
**wallpaper** 128:15
  128:19,22 129:1
  130:2 132:2,4,5,7
  133:14 142:5
  143:6
**walls** 134:14
**walnuts** 195:20
**want** 23:2 37:1
  78:17 79:10 83:15
  83:23,24 96:1,6
  101:6 146:8,10
  150:4,12,23 200:6
  208:11 217:12,12
**wanted** 16:21
  74:10 85:10
**war** 4:10 202:20
**wash** 177:14
**washer** 135:23
**washing** 136:9,11
**waste** 78:9 205:13
**watch** 56:2
**water** 44:2 75:8,9
  78:1,2,17,18 88:17
  88:21,23 89:3,5,6
  89:12,16,18 90:15

91:1,6,23 94:12
  95:2,6 96:15 97:5
  98:23 99:3,4,7,13
  99:24 108:20,23
  109:3,5,9 115:24
  116:12,13,14,24
  117:2,4,5,6 135:24
  136:15,21,25
  137:3,6,7,12,14,17
  137:19 145:21
  146:8 147:12,15
  148:9 149:16
  163:18,23,25
  164:13 166:22,24
  167:10 169:2,4,5,8
  169:16 171:22
  176:10,12,13,15
  176:19,21,25
  177:2,3,5,5,8,10
  177:10,14 182:5
  201:2,4,9,13,22,24
  202:10 204:21,21
  204:23 205:6,8,9
  205:10 206:1,14
  211:23,24 212:2
  215:17,19 216:2,5
**watered** 177:7
**watering** 136:23
**waterline** 145:21
  145:24 146:1
**waterlines** 150:7
**waterproof**
  168:12
**waxes** 76:7
**way** 14:24 29:3
  75:3 78:11 80:10
  126:15 150:2
**ways** 165:13
  215:13
**we've** 107:23
  125:8 219:18

**wear** 27:12,15
**wearing** 27:20
**weather** 197:9
**weed** 75:17
**weeds** 122:5
**week** 68:25 70:5
 145:15 169:9
 176:1 178:23
 179:2 184:23
 185:21 186:18,22
 189:3 194:20
 195:11 200:11
**weekend** 179:9
**weekends** 179:14
**weekly** 185:9,14
 186:2,12,24 189:5
 192:24 193:1,14
 193:22 195:9
**weeks** 10:14
 102:12,13 184:23
**weight** 58:24
**wells** 81:13,16
 98:18 172:17
**went** 16:16 21:24
 23:8 24:2 25:22
 27:22 28:21 29:3
 35:24 79:9 104:15
 108:10,15 112:6
 112:13 146:2
 172:7 201:17
**west** 90:4 92:3
 93:12 106:14,15
 106:17 107:1
 108:19 109:4,17
**wheelchair** 23:22
**whereof** 221:16
**whispering** 5:9
**whistle** 26:3,5,9,14
 26:23 28:6 30:23
 34:4,6

**white** 49:19 69:1,2
 72:17 74:25 133:1
 136:14 193:8
 195:22
**wide** 151:4
**wild** 122:5
**william** 170:19
**williams** 2:14 6:23
 6:23
**willing** 145:10
**willow** 114:18
**window** 129:14,17
 135:6,8
**windows** 113:1,6,7
 113:18 123:10,14
 123:17 129:15
 150:8
**wine** 68:24 193:8
 193:9 194:25
**withdraw** 89:13
**witness** 3:2 7:5,6
 20:20 30:10 45:18
 45:21,24 55:7
 57:14 107:16,18
 110:18,21 136:6
 174:7 203:25
 212:25 213:1
 218:6,15 219:5,7
 221:16
**witnessed** 23:5
 28:19
**wmpd** 94:13
**woman** 167:25
**women** 35:11 36:9
**won** 201:18
**wood** 76:7,9
 109:13,21,23
 117:12 120:25
 125:10 136:2
 139:15,23 142:10
 196:14 212:21

**wooded** 114:4
**wooden** 157:22
**woodworking**
 196:14
**wool** 2:5
**word** 96:13
**words** 4:10 202:21
 202:22
**wore** 27:24 98:2,2
**work** 11:11 12:15
 12:25 14:1 15:23
 16:5,6,8 17:22,25
 18:4,4,7,21 19:4
 21:2,4,11 22:3,9
 25:25 26:25 27:3
 27:9,13 28:9,13
 29:1 35:12 98:9
 104:1 121:14
 124:3 130:7
 140:21 141:13
 150:6 176:2,11
 177:23 178:1,4
 201:10 208:13
**worked** 11:14
 18:23 19:2 97:16
 98:11 103:2,22
 166:15 167:25
 168:6 176:9
**worker** 15:9
**workers** 21:14
 22:16 23:16 24:14
 28:14 81:15
**working** 13:23
 20:2 22:18 32:10
 63:2,6,16,20
**works** 117:3
 166:10
**worldwide** 206:14
**worm** 58:8
**worth** 147:9

**wow** 13:10 108:2
**write** 146:17 202:8
 202:24 205:24
 207:25
**writing** 34:14,20
**written** 31:10
 173:8
**wrong** 78:6
**wrote** 100:2
 145:24 206:16,19
 208:7

**x**

**x** 3:10 12:25 16:1
 18:2 50:10,13
 53:8 66:15

**y**

**y** 68:1
**yard** 75:18,22
 113:25 114:2
 146:14 147:12
**yeah** 12:6 46:8
 79:7 109:4 117:19
 137:20 142:25
 146:13 162:9
 179:23 181:7
 184:25 190:9
 192:20,24 209:8
 216:7 219:15,17
**year** 47:25 64:24
 76:24 104:17
 117:23 125:2,3
 161:6 178:17,21
 179:6,8,14 180:13
 184:20 186:10
 190:8 191:22
 192:7 193:18
 196:1
**years** 20:9 23:25
 26:6 32:15 38:23
 39:6,10,11,12 40:2

40:9 41:3 45:15
45:17 46:2,13,14
47:15,19 50:12,18
51:1,3,18 53:9
59:7 60:3,3 65:23
66:2 67:1 68:15
79:2 83:17,17
104:15 106:16
108:17 121:7
125:8 128:20
134:13 135:19
136:4,12 138:6
139:18 146:1
163:12,15 182:14
192:17 201:8
208:14 209:8
210:3
**yesterday**   150:8
**yogurt**   195:24
**york**   2:15,19 6:6
18:25 20:1 21:3
54:21 81:24 82:3
104:23 105:2
177:24 179:22,23
180:3,14 181:10
**young**   104:19

**z**

**z**   68:1
**zero**   212:10
**zone**   78:20 79:16
81:14 152:12
165:8 172:13
215:20
**zucchini**   196:5

Case 5:16-cv-00125-gwc   Document 212-47   Filed 11/27/18   Page 259 of 260

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.