# EXHIBIT 59

# Economic Analysis and Present Value of a Medical Monitoring Program for PFOA-Exposed Class Members in Bennington, Vermont

Prepared by:
Donald Sloane Shepard, Ph.D.
Schneider Institutes for Health Policy
Heller School, Rm. 275, Mail Stop 035
Brandeis University
Waltham, MA  02454-9110

December 15, 2017

**Qualifications**

I am a Professor at the Schneider Institutes for Health Policy at the Heller School, Brandeis University, and the Director of the Institutes' group on cost and value.  A health economist concerned with maintaining and improving health in the United States and internationally, my major concentrations are cost and cost-effectiveness analysis in health, health financing, and performance incentives. My research applies this work to health problems both in the United States and in low and middle-income countries.  My complete C.V. is included as Attachment A.

Substantive areas in the United States concern cardiovascular disease, homelessness, HIV/AIDS, vaccines, measurement of the quality of life, and control of mosquitoes, oral health, and selected environmental exposures. Substantive areas globally concern malaria, dengue, and lymphatic filariasis, vaccines, and universal health coverage, and incentives to healthcare providers and consumers.

I have been a regular member of initial review group that rates grant applications for the National Institutes of Health in health services and HIV/AIDS. In 1976, I co-authored the publication that first coined the term "QALY," for quality-adjusted life years.  This concept has become central to cost-effectiveness analysis in health over the subsequent half century.  In 2016, the American Society of Tropical Medicine and Hygiene named me a Fellow.  In 2017, the publishers of Marquis Who's Who awarded me a Marquis, and Who's Who named me an Albert Nelson Marquis Lifetime Achievement Award recipient, in recognition of career accomplishments.  I am the author of approximately 200 peer-reviewed professional books, journal articles, and chapters.  These are listed in reverse chronological order by type of publication in my curriculum vitae (C.V.), attached as Appendix A.

In a related project for the Centers for Medicare & Medicaid Services (CMS), the agency that runs the Medicare program serving 40 million Americans, I was chosen as Principal Investigator of the Medicare Lifestyle Modification Evaluation. The study evaluated the long term costs and impacts of medical services for a population at risk.  The findings were the subject of a peer-reviewed book, a chapter, and many peer reviewed articles.  One of these was awarded "outstanding paper of the year" by the American Association for Cardiovascular and Pulmonary Rehabilitation.

I have not offered expert testimony either at trial or by deposition during the previous four years.  My fee for the provision of expert witness services in this matter is $200.00 per hour.

**Assignment**

I have been asked by the Plaintiffs to calculate the present value of a medical monitoring program designed for residents of Bennington and North Bennington, Vermont, who have been exposed to perflourooctanoic acid (PFOA) in their drinking water wells. The Bennington Medical Monitoring Program (MMP), designed by Alan Ducatman, M.D., addresses the increased risks that such residents face of developing certain illnesses related to their PFOA exposure.   Per Dr. Ducatman, a medical monitoring program that will detect these potential illnesses as early as possible is necessary to increase the likelihood that these exposed residents will receive earlier treatment and achieve better health outcomes.  I have also been asked to assess the value and efficacy of monetary incentives to increase both response and retention rates of medical monitoring program participation.

I have reviewed the following materials:

- Third Amended Complaint (Oct. 2017)
- Dr. Ducatman's Class Certification Expert Report (Sept. 2017)
- Robert Unsworth's Class Certification Expert Report (Sept. 2017)
- Components of Dr. Ducatman's Medical Monitoring Program, to be included in his Merits Expert Report (Nov. - Dec. 2017)
- Vermont Dept. of Health Results of Blood Testing and Exposure Assessment (Sept. 2017)
- Vermont Dept. of Health's Demographic Breakdown of Blood Testing and Exposure Assessment (Nov. 2017)
- State of Vermont PFOA Well Testing Summary (Oct. 2017)
- Plaintiffs' Memorandum in Support of Motion for Class Certification, and Dr. Ducatman's Declarations attached thereto (Oct. 2017)
- C-8 Medical Monitoring Program Materials, including Survey and Website
- Donald Brandt/CTIA's Medical Monitoring Administration and Claims Budget for Dr. Ducatman's Bennington Medical Monitoring Program (Nov. – Dec. 2017)
- Edgar Gentle's Expert Report (Dec. 2017); and his Essay: The Medical Monitoring Tort Remedy (Jan. 2014)
- Peer-reviewed journal articles included in the References section, below.

**Methodology**

Cost analysis is a core component of cost-effectiveness analysis, which has been a major focus of my professional career.  That field specifies that future costs should be discounted to present value to reflect the time value of money.  I enunciated that principle in two of my publications (Shepard and Thompson, 1979; Zeckhauser and Shepard, 1976), which have become seminal works in the field of economic evaluation of health and safety programs.

The latest panel on cost-effectiveness analysis in health, which set forth consensus guidelines for the field, reiterated the fact that future costs should be discounted (Neumann et al. 2017).  It further specified that the discount rate should continue to be 3% per year.  This present value analysis of the Bennington MMP follows that guideline.  Under this discounting, the present value of $1,000 in 10 years is that amount of money which, if invested at 3% per year compounded, would grow to $1,000.  It turns out that this present value is $744.

In applying this principle, I analyzed the Medical Monitoring Administration and Claims Budget developed by CTIA.  From this, I identified the "participant-based" costs.  These are costs that rise in direct proportion to the number of active participants in the MMP.  These consist of costs for PFOA testing, clinical examinations and testing, and participant-based administration.  The Medical Monitoring Program provides for different diagnostic monitoring for children under age 18, adults, and pregnant women, per the MMP protocols.

In order to calculate the share of active participants in the MMP needing the various services outlined in the program plan, I relied on the demographic data outlined by the Vermont Department of Health's (VTDOH) Results of Blood Testing and Exposure Assessment in Sept. 2017 (VTDOH, 2017).  It is reasonable to assume that the demographic make-up of the individuals who had their blood tested by the VTDOH is representative of the demographic make-up of the exposed Bennington residents who will participate in the MMP.  I reserve the right to supplement this report, if necessary and requested, once more definite participation data is known.

Under the Medical Monitoring Program, pregnant women should receive additional examinations and monitoring.  To calculate the share of participants who would need this service, I used the latest reported U.S. Centers for Disease Control (CDC) rate of pregnancy in the United States (CDC 2013).  The rate is expressed per 1,000 women, aged 15-44, per year.

The Medical Monitoring Program will have a duration of 30 years.  Over this period, there is a notable risk that some participants may pass away.   To incorporate this fact, I obtained the latest survival tables from the US National Center for Health Statistics (NCHS 2013).  These tables are reported separately for males and females. As an illustration, **Exhibit 1** provides the table for males.  The table begins with 100,000 males at birth and shows the number that would still be alive at each subsequent age up to age 100, based on current mortality patterns.

I used these tables to obtain age-specific survival tables by year of MMP participant follow up.  These were needed because participants could enter the Monitoring Program at any age.  For example, the likelihood that a male participant who enters the MMP at age 60 is alive for the MMP round 10 years later is the survival function for a man from age 60 to age 70.

**Analysis**

**Participant-Based Costs**

I concur with CTIA's assumption that there are likely to be 1,000 participants in the Program, and believe this assumption is reasonable.  This assumption is based on the analysis of Robert Unsworth, that there are approximately 2,150 residences and 8,342 residents, in the Zone of Contamination; dividing the total number of residents by the total number of residences yields approximately 3.88 persons per household (Unsworth 2017).  Vermont's well-testing data shows approximately 280 wells contaminated above Vermont's drinking water standard (Vt. Well Data 2017).  Multiplying 280 wells by 3.88 residents/household yields 1,086.4 residents likely to have PFOA in their blood serum above background levels.

**Exhibit 2** shows the participant-based costs for each year of medical monitoring from Years Two through 30.  The cost for a child is $1,199.20 per cycle. The cost for an adult, excluding pregnancy, is $1,314.20 per year.  The added services for a pregnant woman cost $300.  I have calculated that the rate of pregnancy among women aged 15-44 is 102 per 1,000 per year (CDC 2013). Therefore, the expected cost of pregnancy services is $300 x 102/1,000, which equals $30.60.

**Exhibit 3** shows the demographic breakdown of the Year One population in the left columns. To calculate the expected number of pregnant women in Year One of the MMP, I note that the share of the population who are women of reproductive age is 10.46%.  Applying the rate of 102.0 pregnancies per 1,000

women of reproductive age, I calculate that 1.07% of the participants would be pregnant in Year One. Having calculated that there are 1,000 participants in Year One, this results in 11 expected pregnant participants in Year One (i.e., 1.07% x 1,000) (CDC 2013).

### MMP Present Value Calculations

The right columns in **Exhibit 3** show the expected present value cost per participant by sex and age. The overall present value cost of the MMP is $19,989 per participant of the Medical Monitoring Program, after Year One. With 1,000 participants, the present value follow up costs after year 1 of the Medical Monitoring Program will be $19,989,000 (i.e., $19,989 x 1,000). This analysis is reflected in **Exhibit 3**. Adding together the cost of Year One, of approximately $1,613,804, based on the analysis of CTIA, with the remaining 29 years of the program ($19,989,000), yields a total present value cost of $21,602,804.

### Comments on Incentives

Monetary incentives have been used in many programs, plans, and surveys to increase both response and retention rates (Hsu, Schmeiser, Haggerty, & Nelson, 2017). Incentives encourage respondents to complete the desired task through a psychological obligation to reciprocate the factor, also seen through the social exchange or reciprocity theory. It was noted that smaller increments of monetary incentives ($50 or less) did not yield a significant response rate, when compared to no incentives (Reif et al., 2015) (Hsu et al., 2017).

These studies were identified by using Brandeis Academic Search Premiere, a highly regarded database. Key terms (Monetary, Incentive, Medical, Monitoring, and Yield) were entered into the database which brought up many sites. All of these sites could be categorized under the small yield of smaller incentives, and the impact of larger ones. A consensus of the available literature stated that smaller incentives, while they did grab some attention, were not useful in obtaining a high yield (Alexander et al., 2008). It was only when groups used "higher" incentives ($50 or more), that gave them the best results.

Studies have found that larger increments of incentives have had the best results. Hsu et al., study explores the effects of offering "relatively large pre- and postpaid incentives to hard-to-reach, higher-income households on outcomes related to unit response" (Hsu et al., 2017).

6

Through randomized assignment of 900 households, subjects were given pre- and post-paid incentives of various amounts. These amounts ranged from $50, $100, or $150 USD cash upon completing the survey, and half of the respondents were given a $5 cash prepaid incentive with their invitation. In a study by Corning et al., they found that individuals responded by different amounts depending on their socioeconomic status (Groves, Singer, & Corning, 2000). While much of what is known in empirical studies have shown that prepaid incentives (less than $5) generally yield better results than promised incentives, excessive amounts could lead to the respondents questioning the "intentions of the data-collecting origination" (Church, 1993)(Singer, Van Hoewyk, & Gebler, et al.,1999).

In this blinded study, the interviewers did not know which participants received which incentive. From the individuals who responded, 32.5 % had a prepaid incentive in the invitation, while 25.9 % did not (df=806, p=0.04). Previous studies have found that a $5 prepaid incentive with a postcard increased participation by 20% (Hsu et al., 2017). This study found that larger incentives yielded higher levels of completed incentives. More people responded to the $150 incentive than the $100 incentive, relative to the base incentive of $50. The greatest number of respondents were found when combining the prepaid incentive/postcard with $150 postpaid.

The reviewed literature shows that incentives trigger the psychological obligation of reciprocation, and thus give better results when compared to no incentives. Larger postpaid incentives ($50 or above), should be used in conjunction with prepaid incentives. It should be noted that these incentives were used in medium to high income households.

In addition, according to the Expert Report of Edgar C. Gentle, I note that, in his experience, "participant monetary incentives for each stage of the program are recommended, including program recruitment and registration, and program participation." (Gentle Report, p, 3). He also recommends paying a pre-program incentive, as well.

I have recommended that class members should be paid an incentive of $50 for completion of the diagnostic survey and for the initial in-person consultation (with or without the provision of a blood specimen) at the outset of the program for a total payment of $100 to encourage registration and initial participation. These $50 payments should continue as noted above in the subsequent years of the MMP to encourage retention in the MMP. With such incentives, the

Bennington Medical Monitoring Program should yield a high participation and retention rate throughout.

**Summary of Opinions**

Based on the foregoing analysis, and as set forth in the following Exhibits, it is my opinion to a reasonable degree of economic certainty that the present cost of Years Two through Thirty of the Bennington Medical Monitoring Program will be $19,989,000.  Adding together the cost of Year One, based on the analysis of CTIA, with the remaining 29 years of the program, yields a total present value cost of the Bennington MMP of $21,602,804.

## Exhibits

Exhibit 1.  Life tables for males, 2013

| Age, x | Males: Number surviving to age x | Age, x | Males: Number surviving to age x | Age, x | Males: Number surviving to age x |
|---|---|---|---|---|---|
| 0 | 100000 | 34 | 96926 | 67 | 78094 |
| 1 | 99349 | 35 | 96770 | 68 | 76704 |
| 2 | 99303 | 36 | 96612 | 69 | 75229 |
| 3 | 99274 | 37 | 96448 | 70 | 73656 |
| 4 | 99253 | 38 | 96276 | 71 | 71975 |
| 5 | 99235 | 39 | 96097 | 72 | 70175 |
| 6 | 99219 | 40 | 95906 | 73 | 68256 |
| 7 | 99204 | 41 | 95705 | 74 | 66214 |
| 8 | 99191 | 42 | 95489 | 75 | 64050 |
| 9 | 99180 | 43 | 95257 | 76 | 61775 |
| 10 | 99170 | 44 | 95007 | 77 | 59365 |
| 11 | 99161 | 45 | 94734 | 78 | 56805 |
| 12 | 99151 | 46 | 94436 | 79 | 54099 |
| 13 | 99139 | 47 | 94111 | 80 | 51252 |
| 14 | 99119 | 48 | 93753 | 81 | 48264 |
| 15 | 99090 | 49 | 93359 | 82 | 45144 |
| 16 | 99052 | 67 | 78094 | 83 | 41920 |
| 17 | 99004 | 68 | 76704 | 84 | 38607 |
| 18 | 98944 | 69 | 75229 | 85 | 35214 |
| 19 | 98871 | 70 | 73656 | 86 | 31729 |
| 20 | 98784 | 71 | 71975 | 87 | 28234 |
| 21 | 98683 | 72 | 70175 | 88 | 24780 |
| 22 | 98569 | 73 | 68256 | 89 | 21421 |
| 23 | 98446 | 74 | 66214 | 90 | 18213 |
| 24 | 98319 | 75 | 64050 | 91 | 15207 |
| 25 | 98189 | 76 | 61775 | 92 | 12450 |
| 26 | 98059 | 77 | 59365 | 93 | 9978 |
| 27 | 97927 | 78 | 56805 | 94 | 7815 |
| 28 | 97794 | 79 | 54099 | 95 | 5973 |
| 29 | 97658 | 80 | 51252 | 96 | 4448 |
| 30 | 97518 | 81 | 48264 | 97 | 3222 |
| 31 | 97375 | 82 | 45144 | 98 | 2267 |
| 32 | 97228 | 66 | 79412 | 99 | 1547 |
| 33 | 97078 | | | 100 | 1023 |

Source: NCHS (2013).

Exhibit 2. Participant-based cost of medical monitoring per round by age at time of round

| | Child<18 | | | Adult male | | Female |
|---|---|---|---|---|---|---|
| | Item | Subtotal | | Item | Subtotal | 15-44 Suppl. |
| PFOA testing ($500 every 2 years) | | $250.00 | | | $250.00 | |
| Clinical services | | | | | | |
| Consultation | $408.00 | | | $408.00 | | |
| Blood draw | $18.00 | | | $40.00 | | |
| Lab fees | $232.00 | | | $325.00 | | |
| Total | | $658.00 | | | $773.00 | |
| Incentives | | | | | | |
| Completed survey | $50.00 | | | $50.00 | | |
| Completed lab | $50.00 | | | $50.00 | | |
| | | $100.00 | | | $100.00 | |
| Administration and communications | | | | | | |
| CTI administration | $119.00 | | | $119.00 | | |
| Other administration (e.g. epidemiologist) | $72.20 | | | $72.20 | | |
| | | $191.20 | | | $191.20 | |
| Pregnancy-related services ($300 x 10.2%) | | | | | | $30.60 |
| Total | | 1199.20 | | | 1314.20 | 30.60 |

Exhibit 3.  Estimated population share and present value cost per class
member over subsequent years by age and sex at entry

| Age at entry | Population share | | | Cost per class member | | |
|---|---|---|---|---|---|---|
| | Male | Female | Combined | Male | Female | Combined |
| 0-4 | 0.80% | 0.40% | 1.21% | $23,698 | $24,022 | $23,806 |
| 5-9 | 1.61% | 2.62% | 4.23% | $24,059 | $24,536 | $24,355 |
| 10-14 | 3.42% | 1.61% | 5.03% | $24,409 | $25,075 | $24,622 |
| 15-19 | 2.41% | 2.21% | 4.63% | $24,740 | $25,503 | $25,105 |
| 20-24 | 1.81% | 1.01% | 2.82% | $24,695 | $25,426 | $24,956 |
| 25-29 | 1.01% | 1.61% | 2.62% | $24,560 | $25,226 | $24,970 |
| 30-34 | 1.41% | 1.01% | 2.41% | $24,327 | $24,938 | $24,581 |
| 35-39 | 1.41% | 2.21% | 3.62% | $23,941 | $24,533 | $24,303 |
| 40-44 | 3.42% | 2.41% | 5.84% | $23,357 | $23,974 | $23,613 |
| 45-49 | 4.02% | 3.22% | 7.24% | $22,535 | $23,285 | $22,868 |
| 50-54 | 3.82% | 4.43% | 8.25% | $21,430 | $22,344 | $21,920 |
| 55-59 | 6.24% | 5.84% | 12.07% | $19,959 | $20,970 | $20,447 |
| 60-64 | 5.84% | 5.43% | 11.27% | $18,025 | $19,099 | $18,543 |
| 65-69 | 7.04% | 7.85% | 14.89% | $15,618 | $16,764 | $16,222 |
| 70-74 | 4.23% | 3.02% | 7.24% | $12,913 | $14,088 | $13,402 |
| 75-79 | 1.81% | 2.62% | 4.43% | $10,172 | $11,306 | $10,842 |
| 80-84 | 0.80% | 1.21% | 2.01% | $7,581 | $8,656 | $8,226 |
| 85-89 | 0.20% | 0.00% | 0.20% | $5,318 | $6,312 | $5,318 |
| 90-94 | 0.00% | 0.00% | 0.00% | $3,517 | $4,270 | $2,596 |
| 95-99 | 0.00% | 0.00% | 0.00% | $1,792 | $2,096 | $1,296 |
| All | 51.31% | 48.69% | 100.00% | $19,700 | $20,295 | $19,989 |

Source: author's calculation derived from submission by CTIA and Vermont Department of Health (2017).

11

# References

Alexander, G. L., Divine, G. W., Couper, M. P., McClure, J. B., Stopponi, M. A., Fortman, K. K., Tolsma, D. D. (2008). Effect of Incentives and Mailing Features on Online Health Program Enrollment.  American Journal of Preventive Medicine, 34(5): 382-8.  https://www.ncbi.nlm.nih.gov/pubmed/18407004.

CDC (Centers for Disease Control) (2013).  Data Brief 136: Pregnancy Rates for U.S. Women Continue to Drop.  Atlanta: CDC.

Church, A. H. (1993), "Estimating the Effect of Incentives on Mail Survey Response Rates:  A  Meta-Analysis.  Public  Opinion  Quarterly,  57(1),  62-79. https://doi.sorg/10.1086/269355.

Groves, R. M., Singer, E., & Corning, A. (2000). Leverage-Saliency Theory of Survey Participation: Description and an Illustration. The Public Opinion Quarterly, 64(3), 299-308.  https://www.ncbi.nlm.nih.gov/pubmed/11114270.

Hsu, J. W., Schmeiser, M. D., Haggerty, C., & Nelson, S. (2017). The Effect of Large Monetary Incentives on Survey Completion Evidence from a Randomized Experiment with the Survey of Consumer Finances. Public Opinion Quarterly, 81(3), 736-747.  https://doi.org/10.1093/poq/nfx006.

National Health NCHS (2013).  National Vital Statistics System, Mortality. 2013, Report, MMWR, 2017.

Neumann P et al (2017).   Cost-effectiveness Analysis in Health and Medicine. Second edition.  New York: Oxford University Press.

Reif, S., Stewart, M., Horgan, C., Mohr, B., Torres, M., Davis, M., Hodgkin, D., Ritter, G., Nguyen, A. (2015).  Incentives in Public Addiction Treatment Systems: Context and Effects on Access, Retention, Selection, and Outcomes. Alcoholism, Clinical and Experimental Research, 156,  Page e188, 1-316.   https://www.jiscmail.ac.uk/cgi-bin/webadmin?A2=alcohol-misuse;c182d6ed.1511.

Shepard D. S. and Thompson, M. T. (1979). First principles of cost-effectiveness in health.  *Public Health Reports* 93:535-543.

Singer, E., Van Hoewyk, J., Gebler, N., Raghunathan, T., McGonagle, K. (1999). The Effect of Incentives on Response Rates in Interviewer-Mediated Surveys.  Journal of  Official  Statistics,  15(2),  217-230. http://www.jos.nu/articles/abstract.asp?article=152217.

Vermont Department of Health (VDOH, 2017).  Langrock Data Request Participants with and without questionnaires.  Montpelier, VDOH.

Zeckhauser R. J., Shepard, D. S.  (1976). Where Now for Saving Lives.  Law and Contemporary Problems, 40(4):5-45, 1976.

Donald Sloane Shepard, Ph.D.

December 15, 2017

December 2017

**Appendix A: Curriculum Vitae**
**DONALD SLOANE SHEPARD**

**OFFICE ADDRESS**

Schneider Institutes for Health Policy
Heller School, Rm. 275, Mail Stop 035
Brandeis University
Waltham, Massachusetts 02454-9110 USA
Web page: http://www.brandeis.edu/~shepard

**CONTACT INFORMATION**

Tel: +1-781 736-3975
Fax: +1-888 429-2672
Brandeis e-mail: shepard@brandeis.edu
Personal e-mail: donald.s.shepard@gmail.com
Bibliography:
https://www.ncbi.nlm.nih.gov/sites/myncbi/1BAHViyXht356/bibliography/53221765/public/?sort=date&direction=ascending

**EDUCATION**

Ph.D.   1976   HARVARD UNIVERSITY, Kennedy School of Government, in Public Policy.
M.P.P.   1973   HARVARD UNIVERSITY, Kennedy School of Government, in Public Policy.
B.A.   1969   HARVARD COLLEGE, Magna cum laude with highest honors, in Applied Mathematics and Economics.

**PRESENT POSITIONS**

1991 -   PROFESSOR, Schneider Institutes for Health Policy, Heller School, Brandeis University, Waltham, MA.  Direct workgroup on cost and value, leading economic studies in cost-effectiveness analysis, substance abuse, managed care, AIDS, malaria, dengue, health financing, and international health.

1995 -   AFFILIATED FACULTY MEMBER, Center for Alcohol and Addiction Studies, Brown University, Providence, RI.

**PAST POSITIONS**

1995 - 2004   ADJUNCT FACULTY MEMBER, Department of International Health, Boston University School of Public Health, Boston, MA.

1991 - 1999   HUMAN SERVICES RESEARCH PROFESSOR, Institute for Health Policy, Heller School, Brandeis University, Waltham, MA.

1992 - 1997   ADJUNCT PROFESSOR, ADJUNCT LECTURER, Department of Health Policy and Management, Harvard School of Public Health, Boston, MA.

1982 - 1991   ASSOCIATE PROFESSOR of Operations Management and Operations Research, Departments of Health Policy and Management and of Population and International Health, Harvard School of Public Health, Boston, MA.

1985 - 1991   RESEARCH ASSOCIATE, Harvard Institute for International Development, Cambridge, MA.

1974 - 1988   MEMBER and RESEARCH ASSOCIATE (1974-76), Institute for Health Research (formerly Center for the Analysis of Health Practices), Harvard School of Public Health.

1979 - 1986   DIRECTOR OF ECONOMIC RESEARCH, Health Services, Research and Development Service, West Roxbury (MA) Veterans Administration Medical Center.

1978 - 1981   ADJUNCT RESEARCH ASSOCIATE, Kennedy School of Government, Harvard University, Cambridge, MA.

1977 - 1981   LECTURER, Department of Health Policy and Management, Harvard School of Public Health, Boston, MA.

1977 - 1979   SENIOR ECONOMIST, Office of State Health Planning, Massachusetts Department of Public Health, Boston, MA.

1969 - 1971   GRADUATE RESEARCH ASSISTANT and INSTRUCTOR, Nairobi, Kenya.

**FUNDED RESEARCH PROJECTS (Co- or Principal Investigator of main study or of subcontract)**

2015 -   Cost-effectiveness of results-based financing in Zimbabwe.  World Bank.

2015 -   Economic impact of adult oral disease.  Medicaid State Dental Association/Denta-Quest Foundation.

| 2014 - | Cost-effectiveness of medical respite services for persons experiencing homelessness.  Centers for Medicare & Medicaid Services / National Health Care for the Homeless Council. |
|---|---|
| 2014 - 2015 | Cost-effectiveness of results-based financing: toolkit and application to Zambia.  World Bank |
| 2014 - | Cost-effectiveness of community-based dengue prevention in Nicaragua and Mexico.  UBS Foundation / University of California, Berkeley. |
| 2013 - 2014 | An economic analysis of the threats posed by the establishment of *Aedes albopictus* in Queensland, Queensland Health, Australia. |
| 2012 | Evaluation of SeniorCare in Wisconsin, State of Wisconsin. |
| 2011 - 2014 | Provision of frozen embryo donation services (FREDS) in a large IVF clinic.  Office of Population Affairs, US Department of Health and Human Services |
| 2011 - | Cost-effectiveness of alternative malaria control approaches in Tanzania and Kenya.  Bill & Melinda Gates Foundation. |
| 2010 - 2014 | Monitoring and evaluation of performance-based financing in the Republic of Congo.  World Bank / EPOS Health Management. |
| 2011 - 2015 | Brief Interventions in the emergency department for alcohol and HIV sexual risk.  NIAAA / Brown University. |
| 2011 - 2013 | Economic costs of suicide in the United States.  Educational Development Center. |
| 2010 - 2011 | Evaluation of performance-based financing in Haiti.  Management Sciences for Health. |
| 2010 - 2011 | Design of health insurance for The Gambia.  International Health Partners, UK. |
| 2009 - 2011 | Cost-effectiveness of vector control to help eliminate lymphatic filariasis.  Task Force for Global Health. |
| 2009 - 2012 | Costing tools for homeless services.   Substance Abuse and Mental Health Services Administration/Center for Social Innovation. |
| 2009 - 2011 | Intervention Costing Tools for Substance Abuse Treatment.   Robert Wood Johnson Foundation (Substance Abuse Policy Research Program). |
| 2008 - 2012 | Reinforcing therapist performance.   National Institute on Alcoholism and Alcohol Abuse/Chestnut Health Systems. |
| 2008 - 2010 | Economic evaluation of embryo donation and adoption, US Department of Health & Human Services/QED Group. |
| 2008 - | Economic burden of dengue in Puerto Rico, Malaysia, India, the Americas, Southeast Asia, and globally.  Sanofi Pasteur. |
| 2008 - 2013 | Economic analysis of control of the Asian tiger mosquito.  US Department of Agriculture. |
| 2008 - 2011 | Cost-effectiveness of HIV control strategies in Uzbekistan.  US Civilian Research and Defense Foundation. |
| 2008 - 2013 | Cost and value of hospital accreditation.  Joint Commission International. |
| 2008 - 2013 | Interventions for welfare clients with AOD disorders.  National Institute on Alcoholism and Alcohol Abuse/Columbia University (CASA). |
| 2007 - 2011 | High performing community health centers: what it takes, The Commonwealth Fund and Texas Association of Community Health Centers. |
| 2007 - 2008 | Cost-effectiveness of pneumococcal pneumonia vaccination in Singapore, Singapore Ministry of Health. |
| 2007 - 2009 | Novel approaches for estimating global costs of addressing HIV/AIDS, UNAIDS. |
| 2005 - 2010 | Economic analyses for "Enhanced Motivational Intervention with Alcohol Positive Trauma Patients: Cost-Effectiveness," National Institute on Alcoholism and Alcohol Abuse/Brown University. |
| 2005 - 2009 | Profiling and Incentives in Behavioral Health Care, National Institute on Drug Abuse. |
| 2004 | Workshop on HIV Prevention among Intravenous Drug Users in Uzbekistan, US Civilian Research and Defense Foundation. |
| 2004 | Performance Budgeting in Mongolia, Asian Development Bank. |
| 2003 - 2007 | Dengue burden of illness studies, Pediatric Dengue Vaccine Initiative and the International Vaccine Institute. |
| 2003 - 2009 | Extended Case Monitoring II:  Health Costs, National Institute on Alcoholism and Alcohol Abuse/Pacific Institute for Research and Education. |

| | |
|---|---|
| 2003 - 2009 | Continuing Care for Alcohol Abuse: Cost-effectiveness Analysis, National Institute on Alcoholism and Alcohol Abuse/University of Pennsylvania. |
| 2003 - 2004 | Review of the Massachusetts Behavioral Health Program, National Institute on Alcoholism and Alcohol Abuse. |
| 2003 - 2006 | Treatment Needs: Research and Evaluation Specialists, Massachusetts Department of Public Health. |
| 2002 - 2007 | Evaluation of State Pharmacy Assistance Waivers in Illinois and Wisconsin, CMS. |
| 2001 - 2006 | Policy analysis for the Transdisciplinary Tobacco Use Research Center, RWJF/Lifespan. |
| 2000 - 2009 | Medicare Lifestyle Modification Demonstration Evaluation, CMS. |
| 2000 - 2005 | Motivation and patch treatment in HIV-positive smokers, National Institute on Drug Abuse. |
| 2000 - 2002 | Health financing in Samoa, World Bank. |
| 1999 - 2006 | Transdisciplinary Tobacco Use Research Center, National Cancer Institute/Lifespan. |
| 1999 - 2000 | Cost-effectiveness of regional health and population services in West and Central Africa, USAID. |
| 1999 - 2000 | Design of the Standard Benefit Package for National Health Insurance in Jamaica, InterAmerican Development Bank. |
| 1997 - 2001 | Cost-effectiveness of nutritional intervention in AIDS wasting, National Institute on Diabetes, Digestive Diseases, and Kidney Disease. |
| 1997 - 2002 | Motivating alcoholics to quit smoking: cost-effectiveness, National Institute on Alcoholism and Alcohol Abuse. |
| 1997 - 2003 | Cost-effectiveness of alternative approaches to aftercare for drug patients, National Institute on Drug Abuse. |
| 1996 - 2002 | Managed care for Medicaid recipients in Michigan and Massachusetts, National Institute on Alcoholism and Alcohol Abuse. |
| 1996 - 2000 | Cost and effectiveness of substance abuse treatment in Connecticut prisons, Robert Wood Johnson Foundation. |
| 1995 - 2000 | Hospital costs: a manual for managers, field test and training in Zimbabwe and Egypt, World Health Organization. |
| 1995 | Financing health care in Sierra Leone, World Bank. |
| 1994 - 1996 | Cost-effective health programs in Tabasco, Tabasco State, Mexico. |
| 1994 | Health tourism in Barbados, World Bank. |
| 1994 | Increasing the role of private physicians in delivering rural health care in Madagascar, World Bank. |
| 1994 | Conference on health and population programs in Cali, Colombia, Rockefeller Foundation. |
| 1994 - 2003 | Extended case monitoring for alcohol abuse: cost-effectiveness, National Institute on Alcoholism and Alcohol Abuse. |
| 1993 - 2000 | Long term cost-effectiveness of drug abuse treatments, National Institute on Drug Abuse. |
| 1992 - 1996 | Cost recovery for health services in Jamaica, US Agency for International Development. |
| 1992 - 1994 | Evaluation of the Massachusetts Medicaid Mental Health and Substance Abuse Program, Massachusetts Division of Medical Assistance. |
| 1992 - 1993 | Economic analysis of vaccine priorities, World Health Organization. |
| 1991 - 1994 | Evaluation of the Carvajal Foundation's Health and Population Program, Rockefeller Foundation. |
| 1991 - 1992 | Costs of care of persons with AIDS in Rwanda, World Health Organization. |
| 1990 - 1991 | Economic impact of malaria in Africa, US Agency for International Development. |
| 1989 - 1990 | Cost-effectiveness of interventions to control of dengue fever, Rockefeller Foundation. |
| 1989 - 1990 | Impact of AIDS on hospital costs in a developing country, World Health Organization. |
| 1988 - 1991 | COTAIM cost-effectiveness study, National Institutes for Health. |
| 1988 - 1992 | Health financing in Rwanda, World Bank. |
| 1988 - 1989 | Cost-effectiveness of ambulatory surgery in Cali, Colombia, Rockefeller Foundation. |
| 1985 - 1987 | Financial analysis in the Resources for Child Health Project, US Agency for International Development. |
| 1984 | Incentives for health promotion in the workplace, Centers for Disease Control. |

1984 - 1987    International comparison of biomedical research expenditures, National Institutes of Health.

1982 - 1985    Manual for assessing the cost-effectiveness of diarrheal disease programs, World Health Organization.

1977 - 1978    Allocation of health resources in Massachusetts, U.S. Department of Health and Human Services.

## HONORS

Albert Nelson Marquis Lifetime Achievement Award, outstanding biographee selected by the editorial board of Marquis Who's Who (August 2017).

Biographical listing in *Who's Who in America*, 57th edition (2003) through 71st edition (2017), *Who's Who in the World,* 21st edition (2004) through 34th edition (2017), and *Who's Who in American Education,* 7th Edition (2005)*,* 8th Edition (2007), and *Who's Who in the East,* 26th Edition (1996), 27th Edition (1998).  New Providence, NJ: Marquis Who's Who.

American Society of Tropical Medicine and Hygiene (November 2016).  Fellow of the American Society of Tropical Medicine and Hygiene.

Chair, Initiative on Under-Reporting under International Dengue Vaccine to Vaccination (v2V) Committee and Partnership for Dengue Control (2011-2015).

Civilian Research and Defense Foundation (CRDF), Success story designation for project on reduction of HIV risk in Uzbekistan through peer counseling (2012).  Web: http://www.crdfglobal.org/news-and-events/success-stories/peer-to-peer-approach-greatly-reduces-risk-of-hiv-infection.

*Dengue Matters* guest editor, Special issue on economic burden of dengue, *Dengue Matters*, v2V (Vaccine to Vaccination Organization), Issue 2 (June 2011).

*Dengue Bulletin* guest editor, Special issue on disease burden, *Dengue Bulletin*, World Health Organization, Southeast Asian Regional Office (2010).

American Association of Cardiovascular and Pulmonary Rehabilitation (AACVPR) Co-author of "Paper of the Year" (2009).

Mental Health and Substance Abuse Corporations of America, Inc., Distinguished Service Award (2006).

National Science Foundation Graduate Fellowship (1971-1974).

Phi Beta Kappa, Harvard College Chapter (Alpha of Massachusetts, 1969- ).

John Harvard Scholarship (honorary), Harvard College (1966-1969).

## BOARDS AND PROFESSIONAL ASSOCIATIONS

Professional memberships: International Health Economics Association (2004-present), American Society for Tropical Medicine and Hygiene (2010-present), Partnership for Dengue Control, formerly Vaccine to Vaccination (v2V) for dengue vaccine  (2010-present).

Member of Initial Review Group, Director's Office, Behavioral and Social Sciences for HIV/AIDS, National Institutes of Health (Ad hoc member 2006-2008; full or ad hoc member 2008 - ).

Member of the Strategic and Technical Advisory Group, Neglected Tropical Disease Control Program, World Health Organization, Geneva, Switzerland (2008 - 2011).

Member of Alumni Council, Phillips Academy, Andover, MA (2006-2009).

Member of Initial Review Group, National Institutes of Health, Research on AIDS and International Training, ad hoc, (2005).

Behavioral Health Advisory Committee, MassHealth Behavioral Health Program, Commonwealth of Massachusetts (2004-2010).

Member of Initial Review Group, Health Services Research Subcommittee, National Institute on Drug Abuse (2004-2006).

Executive Committee of the Board of Councilors, Pediatric Dengue Vaccine Initiative, PDVI (2004-2005).

Board of Councilors, Pediatric Dengue Vaccine Initiative, PDVI (2002-2005).

Scientific Advisory Council, Albert B. Sabin Vaccine Institute (1994-2005).

Health Services Research Study Section, National Institute on Alcohol Abuse and Alcoholism (1998-2002).

Expert Review Panel, Spending Estimates Study, SAMHSA (1998-2000).

Urban Health Issues Work Group, Center for Substance Abuse Prevention (1993-1994).

Working Group on Children's Vaccine Initiative, Institute of Medicine (1992).

Public Policy Advisory Committee, American Foundation for AIDS Research (1991- 1995).
Advisory Panel, Social Response Track, VIII International AIDS Conference (1991-1992).
Scientific Review Panel, National Institute of Allergy and Infectious Diseases, NIH (1991-1992).
Advisory Committee on Preventive Services for the Elderly, Office of Technology Assessment, U.S. Congress (1988-1989).
National Panel of Arbitrators, American Arbitration Association (1982-1994).
Editorial Board: *Evaluation and Program Planning: An International Journal* (1977-1992).
Reviewer for: *American Journal of Managed Care, American Journal of Public Health, American Journal of Tropical Medicine and Hygiene, Science, Annals of Epidemiology, Drug and Alcohol Dependence, Health Care Management Science, International Journal for Quality in Health Care, JAMA, Journal of Health Economics, Milbank Memorial Fund Quarterly, PLoS Neglected Tropical Diseases, Review of Economics and Statistics, Social Science and Medicine, Vaccine.*

## FOREIGN LANGUAGES
French (very good speaking, reading and writing), Spanish (limited), German (limited), Swahili (limited).

## INTERNATIONAL EXPERIENCE
Countries include: Afghanistan, Australia, Bangladesh, Barbados, Belgium, Botswana, Brazil, Cambodia, Cameroon, Canada, China, Colombia, Cuba, Democratic Republic of Congo, Ecuador, Egypt, France, Gambia, Ghana, Haiti, Honduras, India, Indonesia, Ivory Coast, Jamaica, Jordan, Kenya, Korea, Lesotho, Madagascar, Malaysia, Maldives, Mexico, Mongolia, Panama, Philippines, Republic of Congo, Russia, Rwanda, Samoa, Senegal, Sierra Leone, Singapore, Switzerland, Tanzania, Thailand, Uganda, United States, Uzbekistan, Vietnam, Zambia, and Zimbabwe.
Assignments include: cost-effectiveness analysis, health financing analysis, evaluation, policy analysis, and lecturing on these topics in English and French.
Sponsors include: Asian Development Bank, Blue Cross of Massachusetts, Inc., Carvajal Foundation, Civilian Research and Defense Foundation, Department of Finance for International Development (UK), Centers for Medicare & Medicaid Services (CMS), Gates Foundation, International Health Partners (UK), Pan American Health Organization, Rockefeller Foundation, Robert Wood Johnson Foundation, Singapore Ministry of Health, United Nations Development Program, UNAIDS, UNICEF, U.S. Agency for International Development, U.S. Department of Health and Human Services, U.S. Department of Veterans Affairs, U.S. Environmental Protection Administration, U.S. Substance Abuse and Mental Health Services Administration, State of Wisconsin, World Bank, World Health Organization.

## PUBLICATIONS (in reverse chronological order by type)

## BOOKS

B3.   Shepard DS. Lifestyle Modification to Control Heart Disease: Evidence and Policy.  Sudbury, MA: Jones & Bartlett, 2010.

B2.   Shepard DS, Hodgkin D, Anthony YE.  Analysis of Hospital Costs: A Manual for Managers. Geneva, Switzerland, World Health Organization, 2000 (ISBN 92 4 154528 3).  [Note: Earlier version also published in Mandarin Chinese under The Network for Training and Research in Health Economics and Financing (Bian Ying, translator).  Jinan, Shandong Province, China: Shandong Medical University, National Institute of Hospital Cost Accounting, School of Public Health, 1998.]

B1.    Phillips M, Shepard DS, Lerman S, Cash RA.  Assessing Costs for Cost-effectiveness Analysis (CDD/SER/88.3).  Program for Control of Diarrheal Diseases, World Health Organization, Geneva, Switzerland, 1988.  [Also published in Spanish as: Phillips M, Shepard DS, Lerman S, Cash, RA: Estimación de Costos para Analizar Costo Eficacia.  Lineamientos para los Responsables de los Programas de Control de Enfermedades Diarreicas.  Washington, DC: Programa de Control de Enfermedades Diarreicas, Organización Panamericana de la Salud (Pan American Health Organization), 1990.]

## ARTICLES IN REVIEWED JOURNALS

R181  Zeng W, Halasa-Rappel YA, Baurin N, Coudeville L, Shepard DS. Cost-effectiveness of dengue vaccination in ten endemic countries. *Vaccine*. 2018. 36(3): 413-420.

R180  Zeng W, Halasa YA, Cros M, Akhter H, Nandakumar AK, Shepard DS.  Costing essential services package provided by a non-governmental organization network in Bangladesh.  *Health Policy & Planning*. 2017, 1–11.  Web: http://doi: 10.1093/heapol/czx105.

R179  Herricks JR, Hotez PJ, Wanga V, Coffeng LE, Haagsma JA, Basanez M-G, Buckle G, Budke CM, Carabin H, Fèvre EM, Fürst T, Halasa YA, King CH, Murdoch ME, Ramaiah KD, Shepard DS, Stolk WA, Undurraga EA, Stanaway JD, Naghavi M, Murray CL. The global burden of disease study 2013: What does it mean for the NTDs? *PLoS Neglected Tropical Diseases*. 2017, **11**(7): e0005424. Web: http://doi.org/10.1371/journal.                                            pntd.0005424.                    Web: https://www.researchgate.net/publication/319113439_The_global_burden_of_disease_study_2013_ What_does_it_mean_for_the_NTDs.

R178  Darbro J, Halasa Y, Montgomery B, Muller J, Shepard DS, Devine G, Mwebaze P.  An economic analysis of the threats posed by the establishment of *Aedes albopictus* in Brisbane, Queensland. *Ecological Economics*. 2017, **142**:203–213. Web: http://dx.doi.org/10.1016/j.ecolecon.2017.06.015.

R177  Undurraga EA, Edillo FE, Erasmo JNV, Alera MTP, Yoon IK, Largo FM, Shepard DS. Disease burden of dengue in the Philippines: Adjusting for underreporting by comparing active and passive dengue surveillance in Punta Princesa, Cebu City.  *American Journal of Tropical Medicine and Hygiene*. 2017, **96**(4):887-898. Web: https://doi.org/10.4269/ajtmh.16-0488.

R176  Idrisov B, Murphy SM, Morrill T, Saadoun M, Lunze K, Shepard DS. Implementation of methadone therapy for opioid use disorder in Russia – A modeled cost-effectiveness analysis.  *Substance Abuse Treatment, Prevention, and Policy*. 2017, **12**:4.  Web: https://doi: 10.1186/s13011-016-0087-9.

R175  Ades PA, Keteyian SJ, Wright JS, Hamm LF, Lui K, Newlin K, Shepard DS, Thomas RJ.  Increasing cardiac rehabilitation participation from 20% to 70%: A road map from the Million Hearts Cardiac Rehabilitation Collaborative.  *Mayo Clinic Proceedings*.  2017; **92**(2):234-242.  Web: http://dx.doi.org/10.1016/j.mayocp.2016.10.014.

R174  GBD 2015 Mortality and Causes of Death Collaborators (include Halasa YA, Shepard DS, Undurraga E).  Global, regional, and national life expectancy, all-cause mortality, and cause-specific mortality for 249 causes of death, 1980–2015: A systematic analysis for the Global Burden of Disease Study 2015. *The Lancet*. 2016; **388**: 1459–544.  Web: http://thelancet.com/pdfs/journals/lancet/PIIS0140-6736(16)31012-1.pdf.

R173 Mtove G, Mugasa JP, Messenger LA, Malima RC, Mangesho P, Magogo F, Plucinski M, Hashimu R, Matowo J, Shepard DS, Batengana B, Cook J, Emidi B, Halasa Y, Kaaya R, Kihombo A, Lindblade KA, Makenga G, Mpangala R, Mwambuli A, Mzava R, Mziray A, Olang G, Oxborough RM, Seif M, Sambu E, Samuels A, Sudi W, Thomas J, Weston S, Alilio M, Binkin N, Gimnig J, Kleinschmidt I, McElroy P, Moulton LH, Norris L, Ruebush T, Venkatesan M, Rowland M, Mosha FW and Kisinza WN. The effectiveness of non-pyrethroid insecticide-treated durable wall lining to control malaria in rural Tanzania: Study protocol for a two-armed cluster randomized trial. *BMC Public Health*. 2016; **16**:633. doi:10.1186/s12889-016-3287-3.

R172. Shepard DS, Undurraga EA, Halasa YA, Stanaway JD.  The global economic burden of dengue: A systematic analysis.   *Lancet Infectious Diseases*.   2016, **16**(8):935-41 Web:  http://dx.doi: 10.1016/S1473-3099(16)00146-8. (PMID: 2709109).

R171. Stason WB, Ritter GA, Martin T, Prottas J, Tompkins C, Shepard DS. Effects of expanded coverage for chiropractic services on Medicare costs in a CMS demonstration. *PLoS ONE*. 2016, **11**(2): e0147959.                         doi:10.1371/journal.pone.0147959,                         Web: http://journals.plos.org/plosone/article?id=10.1371/journal.pone.0147959.    (PMID:    26928221), (PMCID: PMC4771157).

R170. Tiga DC, Undurraga EA, Ramos-Castañeda J, Martínez R, Tschampl CA, Shepard DS.  Persistent symptoms of dengue: Estimates of the incremental disease and economic burden in Mexico. *American Journal of Tropical Medicine and Hygiene*. 2016, **94**(5):1083-1089.  (PMID: 26976885).

R169. Thalagala N, Tissera H, Palihawadana P, Amarasinghe A, Ambagahawita A, Wilder-Smith A, Shepard DS, Tozan Y.  Costs of dengue control activities and hospitalizations in the public health sector during an epidemic year in urban Sri Lanka.  *PLoS Neglected Tropical Diseases*. 2016, **10**(2): e0004466.  Web:  http://www.plosntds.org/article/info:doi/10.1371/journal.pntd.0004466.  (PMID: 26910907), (PMCID: PMC4766086).

R168. Stanaway JD, Shepard DS, Undurraga EA, Halasa YA, Coffeng LE, Brady OJ, Hay SI, Bedi N, Bensenor IM, Castañeda-Orjuela CA, Wu-Chuang T-W, Gibney KB, Memish ZA, Rafay A, Ukwaja KN, Yonemoto N, Murray CJL.  The Global Burden of Dengue: A systematic analysis from the Global Burden of Disease Study 2013.  *Lancet Infectious Diseases*. 2016, **16**(6):712–723.  Web: http://dx.doi.org/10.1016/S1473-3099(16)00026-8;        also        Web: http://www.thelancet.com/journals/laninf/article/PIIS1473-3099(16)00026-8/abstract    and    Web: http://www.sciencedirect.com/science/article/pii/S1473309916000268.

R167. Tschampl CA, Garnick DW, Zuroweste E, Razavi M, Shepard DS. Use of transnational services to prevent treatment interruption in tuberculosis-infected persons who leave the United States. *Emerging Infectious Diseases*. 2016, **22**(3):417-425. Web: http://dx.doi.org/10.3201/eid2203.141971. (PMID: 26886720), (PMCID: PMC4766910).

R166. Shepard DS, Lwin AK, Barnett NP, Mastroleo N, Colby SM, Gwaltney C, Monti PM. Cost-effectiveness of motivational intervention with significant others for patients with alcohol misuse. *Addiction*. 2016, **111**(5):832-839. doi: 10.1111/add.13233 (PMID: 26574195).

R165. Shepard DS, Daley MC, Neuman MJ, Blaakman AP, McKay JR. Telephone-based counseling in substance abuse treatment: Economic analysis of a randomized trial. *Drug and Alcohol Dependence*. 2016, **159**:109–116. ISSN  0376-8716.  Web:  http://dx.doi.org/10.1016/j.drugalcdep.2015.11.034. (PMID: 26718395; NIHMSID 745000)

Shepard - December 2017

R164. Zeng W, Shepard DS, Avila-Figueroa C, Ahn H.  Resource needs and gap analysis in achieving universal access to HIV/AIDS services: A data envelopment analysis of 45 countries. *Health Policy and Planning*. 2016, **31**(5):624-633, doi: 10.1093/heapol/czv109. (PMID: 26552409).

R163. Shepard DS, Gurewich D, Lwin AK, Reed GA, Silverman MM.  Suicide and suicidal attempts in the United States: Costs and policy implications.  *Suicide and Life Threatening Behaviors*. 2016, **43**(3):352-362.      doi:      10.1111/sltb.12225.      (PMID:      26511788).      Web: http://onlinelibrary.wiley.com/doi/10.1111/sltb.12225/epdf

R162. Packierisamy PR, Ng C-W, Dahlui M, Inbaraj J, Balan VK, Halasa YA, Shepard DS.  The cost of dengue vector control activities in Malaysia.  *American Journal of Tropical Medicine and Hygiene*. 2015, **93**(5):1020-1027. doi: 10.4269/ajtmh.14-0667. (PMID: 26416116).

R161. Global Burden of Disease 2013 Collaborators.  Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990–2013: A systematic analysis for the Global Burden of Disease Study 2013.  *The Lancet*. 2015, **386:** 743–800. Web: http://dx.doi.org/10.1016/S0140-6736(15)60692-4.

R160. Packierisamy PR, Ng C-W, Dahlui M, Venugopalan B, Halasa YA, Shepard DS.  The cost of dengue vector control activities in Malaysia by different service providers.  *Asia-Pacific Journal of Public Health*. 2015, doi: 10.1177/1010539515589339 aph.sagepub.com. (PMID: 26047628).

R159. Undurraga EA, Betancourt-Cravioto M, Ramos-Castañeda J, Martínez-Vega R, Méndez-Galván J, Gubler DJ, Guzman MG, Halstead SB, Harris E, Kuri-Morales P, Tapia-Conyer R, Shepard DS. Economic and disease burden of dengue in Mexico.  *PLOS Neglected Tropical Diseases*. 2015, **9**(3):e0003547.  doi: 10.1371/journal.pntd.0003547.  (PMID: 25786225) (PMCID: PMC4364886).

R158. Halasa YA, Zeng W, Chappy E, Shepard DS. Value and impact of international hospital accreditation: A case study from Jordan.  *Eastern Mediterranean Health Journal*. 2015, **21**(2):90-99. (PMID: 25876820).

R157. Edillo F, Halasa Y, Largo F, Erasmo JN, Amoin N, Alera MT, Yoon IK, Alcantara A, Shepard DS. Economic cost and burden of dengue in the Philippines.  *American Journal of Tropical Medicine & Hygiene*. 2015, **92**(2):360–366.      doi:10.4269/ajtmh.14-0139.      (PMID:      25510723),      (PMCID: PMC4347342).      Web:      http://www.ajtmh.org/content/92/2/360.full      Supplement:      Web: http://www.ajtmh.org/content/suppl/2015/02/04/ajtmh.14-0139.DC5/SD5.pdf.

R156. GBD 2013 Mortality and Causes of Death Collaborators. Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990–2013: A systematic analysis for the Global Burden of Disease Study 2013. *The Lancet*. 2014, **385**(9963):117-171. (PMCID: PMC4340604.) Web: http://www.thelancet.com/pdfs/journals/lancet/PIIS0140-6736(14)61682-2.pdf.

R155. Gaalema DE, Higgins ST, Shepard DS, Suaya JA, Savage PD, Ades PA. State-by-state variations in cardiac rehabilitation participation are associated with educational attainment, income, and program availability. *Journal of Cardiopulmonary Rehabilitation and Prevention*. 2014, **34**(4), 248–254. http://doi.org/10.1097/HCR.0000000000000059. (PMID: 24820451), (PMCID: PMC4098712).

R154. Razavi M, Fournier S, Shepard DS, Ritter G, Strickler GK, Stason WB.  Effects of lifestyle modification programs on cardiac risk factors.  *PLOS ONE*. 2014, **9**(12): e114772. doi:10.1371/journal.pone.0114772. (PMID: 25490202), (PMCID: PMC4260956).

R153. Razavi M, Shepard DS, Suaya JA, Stason WB.  Postoperative *Staphylococcus aureus* infections in Medicare beneficiaries.  *PLOS ONE*. 2014, **9**(11):e110133. doi: 10.1371/journal.pone.0110133. eCollection.  (PMID: 25389782), (PMCID: PMC4229085).  Web: http://dx.plos.org/10.1371/journal.pone.0110133.

R152. Shepard DS, Undurraga EA, Betancourt-Cravioto M, Guzman MG, Halstead SB, Harris E, Mudin RN, Murray KO, Tapia-Conyer, Gubler DJ.  Approaches to refining estimates of global burden and economics of dengue.  *PLOS Neglected Tropical Diseases*. 2014, **8**(11): e3306. doi:10.1371/journal.pntd.0003306. (PMID: 25412506), (PMCID: PMC4238988).

R151. Shepard DS, Halasa YA, Fonseca DM, Farajollahi A, Healy SP, Gaugler R, Bartlett-Healy K, Strickman DA, Clark GG.  Economic evaluation of an area-wide integrated pest management program to control the Asian tiger mosquito in New Jersey.  *PLoS ONE. 2014,* **9**(10): e111014. doi:10.1371/journal.pone.0111014. (PMID: 25338065), (PMCID: PMC4206470).

R150. Shepard DS, Halasa YA, Tyagi BK, Adhish V, Nandan D, Karthiga KS, Chellaswamy V, Gaba M, Arora NK, the INCLEN Study Group.  Economic and disease burden of dengue illness in India. *American Journal of Tropical Medicine and Hygiene*. 2014, **91**(6):1235-1242. doi:10.4269/ajtmh.14-0002.  (PMID: 25294616), (PMCID: PMC4257651).

R149. Tyagi BK, Karthiga S, Vidya C, Arora NK, Nandan D, Halasa YA, Charles J, Mohan N, Varadarajan P, Mariappan T, Samuel PP, Paramasivan R, Adhish SV, Gaba M, Porkaipandianh RT, Shepard DS. Estimation of the adjustment factor for hospitalized clinically cases diagnosed and tested for dengue in Madurai Tamil Nadu (India). *Dengue Bulletin*. 2014, **38**:20-32. (ISSN 0250-8362).

R148. Hotez PJ, Alvarado M, Basáñez M-G, Bolliger I, Bourne R, Boussinesq M, Brooker SJ, Brown AS, Buckle G, Budke CM, Carabin H, Coffeng LE, Févre EM, Fürst T, Halasa YA, Jasrasaria R, Johns NE, Keiser J, King CH, Lozano R, Murdoch ME, O'Hanlon S, Pion SDS, Pullan RL, Ramaiah KD, Roberts T, Shepard DS, Smith JL, Stolk, WA, Undurraga EA, Utzinger J, Wang M, Murray CJL, Naghavi M. The Global Burden of Disease Study 2010: Interpretation and implications for the neglected tropical diseases.  *PLoS Neglected Tropical Disease*. 2014, **8**(7): e2865. doi:10.1371/journal.pntd.0002865 [July 24, 2014] (PMID: 25058013), (PMCID: PMC4109880).

R147. Halasa YA, Shepard DS, Fonseca DM, Farajollahi A, Healy S, Gaugler R, Bartlett-Healy K, Strickman D, Clark GG.  Quantifying the impact of mosquitoes on quality of life and enjoyment of yard and porch activities in New Jersey. *PLoS ONE*. 2014, **9**(3): e89221. doi:10.1371/journal.pone.0089221. (PMID: 24603670), (PMCID: PMC3945781).

R146. Turk-Adawi KI, Oldridge NB, Tarima SS, Stason WB, Shepard DS.  Cardiac rehabilitation enrollment among referred patients: Patient and organizational factors. *Journal of Cardiopulmonary Rehabilitation and Prevention*. 2014, **34**(2):114-122.  (PMID: 24142042, ISSN 1932-7501).

R145. Turk-Adawi KI, Oldridge NB, Tarima SS, Stason WB, Shepard DS.  Cardiac rehabilitation patient and organizational factors: What keeps patients in programs? *Journal of the American Heart Association*. 2013; **2**:e000418. (doi: 10.1161/JAHA.113.000418; Online ISSN: 2047-9980).  (PMID: 24145743), (PMCID: PMC3835256).

R144. Zeng W, Rwiyereka AK, Amico P, Avila-Figueroa C, Shepard DS.  Efficiency of HIV/AIDS health centers and the effect of community-based health insurance and performance-based financing on HIV/AIDS service delivery in Rwanda. *American Journal of Tropical Medicine and Hygiene*. 2014, **90**(4):740–746. doi:10.4269/ajtmh.12-0697e. (PMID: 24515939), (PMCID: PMC3973523).

R143. Ryan M, Suaya J, Chapman JD, Stason WB, Shepard DS, Thomas CP. Incidence and cost of pneumonia in older adults with COPD in the United States.  PLoS ONE. 2013, **8**(10): e75887. doi:10.1371/journal.pone. (PMID: 24130749), (PMCID: PMC3794002).

R142. Zeng W, Stason WB, Fournier S, Razavi M, Ritter G, Strickler GK, Bhalotra SM, Shepard DS. Benefits and costs of intensive lifestyle modification programs for symptomatic coronary disease in Medicare beneficiaries.    *American Heart Journal*. 2013, **165**(5):785-792.   (doi: 10.1016/j.ahj.2013.01.018. (PMID: 23622916).

R141. Shepard DS, Undurraga EA, Halasa YA.  Economic and disease burden of dengue in Southeast Asia. *PLoS Neglected Tropical Diseases*. 2013, **7**(2): e2055. doi: 10.1371/journal.pntd.0002055. (PMID: 23437406),       (PMCID:       PMC3578748).       Web: http://www.plosntd.org/article/info:doi/10.1371/journal.pntd.0002055.

R140. Undurraga EA, Halasa YA, Shepard DS. Use of expansion factors to estimate the burden of dengue in Southeast Asia: A systematic analysis. *PLoS Neglected Tropical Diseases*. 2013, **7**(2): e2056. (doi:10.1371/journal.pntd.0002056).   (PMID:   23437407),   (PMCID: PMC3578761).   Web: http://www.plosntd.org/article/info:doi/10.1371/journal.pntd.0002056.

R139. Tyo KR, Gurewich D, Shepard DS.  Methodological challenges of measuring primary care delivery to pediatric Medicaid beneficiaries who use community health centers.  *American Journal of Public Health*. 2013, **103**:273–275.   (doi: 10.2105/AJPH.2012.300884).  (PMID: 23237184), (PMCID: PMC3558788). Web: http://ajph.aphapublications.org/doi/pdfplus/10.2105/AJPH.2012.300884.

R138. Gurewich D, Sirkin JT, Shepard DS.  On-site provision of substance abuse treatment services at community health centers. *Journal of Substance Abuse Treatment.* 2012, **42**(4):339-345. doi: 10.1016/j.jsat.2011.09.012. (PMID: 22116010).

R137. Murray CJL, Vos T, Lozano R, … Shepard DS, … Zonies, D, Lopez AD. Disability-adjusted life years (DALYS) for 291 diseases and injuries in 21 regions, 1990-2010: A systematic analysis for the Global Burden of Disease Study 2010.  *The Lancet*. 2012, **380**(9859): 2197-2223. (PMID: 23245608),                                                         Web: http://download.thelancet.com/pdfs/journals/lancet/PIIS0140673612616894.pdf?id=40bade475393 9e7f:-75469f07:13bbd37e2c5:-9891356091175979.

R136. Vos T, Flaxman AD, Naghavi M, … Shepard DS, ... Lopez AD, Murray CJL. Years lived with disability (YLDS) for 1160 sequelae of 289 diseases and injuries 1990-2010: A systematic analysis for the Global Burden of Disease Study 2010. *The Lancet*. 2012, **380**(9859): 2163–2196. (PMID: 23245607).                                                                                         Web: http://download.thelancet.com/pdfs/journals/lancet/PIIS0140673612617292.pdf?id=40bade475393 9e7f:-75469f07:13bbd37e2c5:-9891356091175979.

R135. Lozano R, Naghavi M, Foreman K, … Shepard DS, … Lopez AD, Murray CJL. Global and regional mortality from 235 causes of death for 20 age groups in 1990 and 2010: A systematic analysis for the Global Burden of Disease Study 2010.  *The Lancet*. 2012, **380**(9859):2095-2128.  (PMID: 23245604).                                                                                         Web: http://download.thelancet.com/pdfs/journals/lancet/PIIS0140673612617280.pdf?id=40bade475393 9e7f:-75469f07:13bbd37e2c5:-9891356091175979.

R134. Zeng W, Cros M, Wright KD, Shepard DS.  Impact of performance-based financing on primary health care services in Haiti.  *Health Policy and Planning*. 2013, **28**(6):596-605. (PMID: 23107831). Web:  http://dx.doi.org/10.1093/heapol/czs099.

R133. Shepard DS, Undurraga E, Lees R, Halasa YA, Lum LCS, Ng C.  Use of multiple data sources to estimate the economic cost of dengue illness in Malaysia.  *American Journal of Tropical Medicine and Hygiene*.  2012, **87**(5):796–805.   (PMID: 23033404), (PMCID: PMC3516253).  Web: doi:10.4269/ajtmh.2012.12-0019; http://www.ajtmh.org/content/87/5/796.full.pdf.

R132. Halasa YA, Shepard DS, Wittenberg E, Fonseca DM, Farajollahi A, Healy S, Gaugler R, Strickman D, Clark GG.  Willingness-to-pay for an area-wide integrated pest management program to control the Asian tiger mosquito in New Jersey.  *Journal of the American Mosquito Control Association*. 2012, **28**(3):225–236. (PMID: 23833903).

R131. Shepard DS, Zeng W, Strickler GK, Lwin AK, Cros MJ, Garner BR.  The Brief Treatment Cost Analysis Tool (TCAT-Lite) for substance abuse treatment: Reliability and application.  *Alcoholism Treatment Quarterly*.  2012, **30**(4):377-396.   (doi:10.1080/07347324.2012.719425).   (PMID: 23284225), (PMCID: PMC3532858). Web: http://dx.doi.org/10.1080/07347324.2012.719425.

R130. Zeng W, Shepard DS, Chilingerian J, Avila-Figueroa C.  How much can we gain from improved efficiency? An examination of performance of national HIV/AIDS programs and its determinants in low- and middle-income countries. *BMC Health Services Research*. 2012, **12**:74. (PMID: 22443135), (PMCID: PMC3353196).

R129. Thomas CP, Ryan M, Chapman JD, Stason WB, Tompkins CP, Suaya JA, Polsky D, Mannino DM, Shepard DS.  Incidence and cost of pneumonia in Medicare beneficiaries.  *Chest*. 2012, **142**(4):973-981.                     (PMID:                     22406959).                     Web: http://journal.publications.chestnet.org/data/Journals/CHEST/PAP/111160.pdf.

R128. Shepard DS, Zeng W, Amico P, Rwiyereka AK, Avila-Figueroa C.  A controlled study of funding for Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome as resource capacity building in the health system in Rwanda.  *American Journal of Tropical Medicine and Hygiene*. 2012, **86**(5):902-907.      (PMID:      22556094),      (PMCID:      PMC3335700).      Web: http://www.ajtmh.org/cgi/reprint/86/5/902.

R127. Halasa YA, Shepard DS, Zeng W.  Economic cost of dengue in Puerto Rico.  *American Journal of Tropical Medicine and Hygiene*. 2012, **86**(5):745-752. (PMID: 22556069), (PMCID: PMC3335675). Web: http://www.ajtmh.org/cgi/reprint/86/5/745.

R126. Petersen CB, Shepard D, Daley M, Love C, Hall F, White F.  The cost-effectiveness of prison-based drug treatment.  *Corrections Compendium*. 2011, **36**(4):1-6.

R125. Halasa YA, Dogra V, Arora N, Tyagi BK, Nandan D, Shepard DS.  Overcoming data limitations: Design of a multi-component study for estimating the economic burden of dengue in India. *Dengue Bulletin*. 2011, **35**:1-14.

R124. Lam SK, Burke D, Capeding MR, Chong CK, Coudeville L, Farrar J, Gubler D, Hadinegoro SR, Hanna J, Lang J, Lee HL, Leo YS, Luong CQ, Mahoney R, McBride J, Mendez-Galvan J, Ng LC, Nimmannitya S, Ooi EE, Shepard DS, Smijt J, Teyssou R, Thomas L, Torresi J, Vasconcelos P, Wirawan DN, Yoksan S.  Preparing for introduction of a dengue vaccine: Recommendations from the 1st Dengue v2V Asia-Pacific Meeting.  *Vaccine*. 2011, **29**(51):9417-22 (Epub Aug 22). (PMID: 21864627).

Shepard - December 2017

R123. Carrasco LR, Lee LK, Lee VJ, Ooi EE, Shepard DS, Thein TL, Gan V, Cook AR, Lye D, Ng LC, Leo YS. Economic impact of dengue illness and the cost-effectiveness of future vaccination programs in Singapore. *PLoS Neglected Tropical Diseases*. 2011, **5**(12):e1426. doi:10.1371/journal.pntd.0001426. (PMID: 22206028), (PMCID: PMC3243704). Web: http://www.plosntds.org/article/info%3Adoi%2F10.1371%2Fjournal.pntd.0001426.

R122. Martelli CMT, Nascimento NE, Suaya JA, Siqueira JB Jr, Souza WV, Turchi MD, Guilarde AO, Peres JB Jr, Shepard DS. Quality of life among adults with confirmed dengue in Brazil. *American Journal of Tropical Medicine and Hygiene*. 2011, **85**(4):732-738. (PMID: 21976580), (PMCID: PMC3183785). Web: http://www.ajtmh.org/cgi/reprint/85/4/732.

R121. Helfand M, Tunis S, Whitlock EP, Pauker SG, Basu A, Chilingerian J, Harrell FE Jr, Meltzer DO, Montori VM, Shepard DS, Kent DM, The Methods Work Group of the National CTSA Strategic Goal Committee on Comparative Effectiveness Research. A CTSA agenda to advance methods for comparative effectiveness research. *Clinical and Translational Science*. 2011, **4**:188–198. doi: 10.1111/j.1752-8062.2011.00282.x. (PMID: 21707950). Web: http://onlinelibrary.wiley.com/doi/10.1111/j.1752-8062.2011.00282.x/pdf.

R120. Tyo KR, Rosen MM, Zeng W, Yap M, Pwee KH, Ang LW, Shepard DS. Cost-effectiveness of conjugate pneumococcal vaccination in Singapore: Comparing estimates for 7-valent, 10-valent, and 13-valent vaccines. *Vaccine*. 2011, **29**(38):6686–6694. (PMID: 21745516). Web: http://ac.els-cdn.com/S0264410X11009856/1-s2.0-S0264410X11009856-main.pdf?_tid=fa1aca94-14c0-11e2-9b83-00000aab0f27&acdnat=1350083163_4eda87bdb2182736a4f5233f6e973353.

R119. Gurewich D, Tyo K, Zhu J, Shepard DS. Comparative performance of community health centers and other usual sources of primary care. *Journal of Ambulatory Care Management*. 2011, **34**(4):380–390. (PMID: 21914997).

R118. Beatty ME, Beutels P, Meltzer MI, Shepard DS, Hombach J, Hutubessy R, Dessis D, Coudeville L, Dervaux B, Wichmann O, Margolis HS, Kuritsky JN. Health economics of dengue: A systematic literature review and expert panel's assessment. *American Journal of Tropical Medicine and Hygiene*. 2011, **84**(3):473-488. (PMID: 21363989), (PMCID: PMC3042827). Web: http://www.ajtmh.org/cgi/reprint/84/3/473.

R117. Shepard DS, Coudeville L, Halasa Y, Zambrano B, Dayan GH. Economic impact of dengue illness in the Americas. *American Journal of Tropical Medicine and Hygiene*. 2011, **84**(2):200-207. (PMID: 21292885), (PMCID: PMC3029168). Web: http://www.ajtmh.org/cgi/reprint/84/2/200.

R116. Shepard DS. Cost and burden of dengue and chikungunya from the Americas to Asia: An overview. *Dengue Bulletin*. 2010. **34**:1-5.

R115. Pérez-Guerra CL, Halasa YA, Rivera R, Peña M, Ramírez V, Cano MP, Shepard DS. Economic cost of dengue public prevention activities in Puerto Rico. *Dengue Bulletin*. 2010, **34**:13-23.

R114. Lim LH, Vasan SS, Birgelen L, Murtola TM, Gong H-F, Field RW, Mavalankar DV, Ahmad NW, Hakim LS, Murad S, Wan NC, Lum CSL, Suaya JA, Shepard DS. Immediate cost of dengue to Malaysia and Thailand: An estimate. *Dengue Bulletin*. 2010. **34**:65-76.

R113. Kongsin S, Jiamton S, Suaya JA, Vasanawathana S, Sirisuvan PS, Shepard DS. Cost of dengue in Thailand. *Dengue Bulletin*. 2010, **34**:77-88.

Shepard - December 2017

R112. Suaya JA, Chantha N, Huy R, Sah BK, Chang M-S, Socheat D, Buchy P, Vantha T, Sivuth O, Haileselassie E, Shepard DS. Clinical characterization, diagnosis, and socio-economic impact of hospitalized dengue in Cambodia. *Dengue Bulletin*. 2010, **34**:89-103.

R111. Murtola TM, Vasan SS, Puwar TI, Govil D, Field RW, Gong H-F, Bhavsar-Vyas A, Suaya JA, Howard MW, Shepard DS, Kohl, VK, Prajapati PB, Singh A, Mavalankar DV. A preliminary estimate of immediate cost of chikungunya and dengue to Gujarat, India. *Dengue Bulletin*. 2010, **34**:32-39.

R110. Bhavsar AT, Shepard DS, Suaya JA, Mafowosofo M, Hurley CL, Howard MW. A private hospital-based study assessing knowledge, attitudes, practices and costs associated with dengue illness in Surat, India. *Dengue Bulletin.* 2010, **34**:54-64.

R109. Daley M, Shepard DS, Tompkins C, Dunigan R, Reif S, Perloff J, Siembab L, Horgan CM. Randomized trial of enhanced profiling in substance abuse treatment. *Administration and Policy in Mental Health*. 2011, **38**(2):96-104. (PMID: 20680676), (PMCID: PMC3040276). Web: www.springerlink.com/index/U4167T7322U20KJ4.pdf.

R108. Daley M, Shepard DS, Reif S, Dunigan R, Tompkins C, Perloff J, Siembab L, Horgan CM. Evaluation of provider profiling in public sector substance abuse treatment. *Alcoholism Treatment Quarterly*. 2010, **28**(4):376-390. (PMCID: PMC3040276). (doi: 10.1080/07347324.2010.512221) Web: http://dx.doi.org/10.1080/07347324.2010.512221.

R107. Wolfe D, Carrieri MP, Shepard D. Treatment and care for injecting drug users with HIV infection: A review of barriers and ways forward. *The Lancet*. 2010, **376**(9738):355-366. (PMID: 20650513). Web: http://download.thelancet.com/pdfs/journals/lancet/PIIS014067361060832X.pdf?id=4d037fefcb72 946c:6ab6d4dd:12b5ee3a3e2:831285792536715.

R106. Garner BR, Godley SH, Dennis ML, Godley MD, Shepard DS. The Reinforcing Therapist Performance (RTP) experiment: Study protocol for a cluster randomized trial. *Implementation Science*.2010, **5**:5. (PMID: 20205824), (PMCID: PMC2824685). Web: http://www.implementationscience.com/content/5/1/5.

R105. Stason WB, Razavi M, Jacobs DS, Shepard DS, Suaya JA, Johns L, Rosenthal P. Clinical benefits of the Boston ocular surface prosthesis. *American Journal of Ophthalmology.* 2010, **149**(1):54-61. (PMID: 19878920). Web: http://www.ajo.com/article/S0002-9394(09)00555-8/abstract.

R104. Shepard DS, Razavi M, Stason WB, Jacobs DS, Suaya JA, Cohen M, Rosenthal P. Economic appraisal of the Boston ocular surface prosthesis. *American Journal of Ophthalmology.* 2009, **148**(6):860-868. (PMID: 19781684). Web: http://www.ajo.com/article/S0002-9394(09)00510-8/abstract.

R103. Rwiyereka AK, Shepard DS, Humuza J, Zeng W, Avila-Figueroa C. Costing model of a national AIDS program: Application to Rwanda. *Rwanda Medical Journal*. 2009, **67**(1):26-31.

R102. Suaya JA, Stason WB, Ades P, Normand S-LT, Shepard DS. Cardiac rehabilitation and survival in older coronary patients. *Journal of the American College of Cardiology*. 2009, **54**(1):25-33. (PMID: 19555836) Web: http://content.onlinejacc.org/cgi/content/abstract/54/1/25.

R101. Suaya JA, Shepard DS, Siqueira JB, Martelli CT, Lum LCS, Tan LH, Kongsin S, Jiamton S, Garrido F, Montoya R, Armien B, Huy R, Castillo L, Caram M, Sah BK, Sughayyar R, Tyo KR, Halstead SB. Cost of dengue cases in eight countries in the Americas and Asia: A prospective study. *American Journal of Tropical Medicine and Hygiene*. 2009, **80**(5):846–855. Web: http://www.ajtmh.org/cgi/reprint/80/5/846. (PMID: 19407136).

R100. Lee AJ, Shepard DS. Costs of cardiac rehabilitation and enhanced lifestyle modification programs. *Journal of Cardiopulmonary Rehabilitation and Prevention*. 2009, **29**(6):348-357. (PMID: 19809349).                                                                                         Web: http://journals.lww.com/jcrjournal/Abstract/2009/11000/Costs_of_Cardiac_Rehabilitation_and_En hanced.2.aspx.

R099. Flynn PM, Broome KM, Beaston-Blaakman A, Knight DK, Horgan CM, Shepard DS.  Treatment Cost Analysis Tool (TCAT) for estimating costs of outpatient treatment services. *Drug and Alcohol Dependence*. 2009, **100**:47-53. (PMID: 19004576), (PMCID: PMC2647776).

R098. Gurewich D, Prottas J, Bhalotra SM, Suaya J, Shepard DS.  System level factors and use of cardiac rehabilitation. *Journal of Cardiopulmonary Rehabilitation and Prevention*. 2008, **28**(6):280-285. (PMID: 19008692).

R097. Armien B, Suaya JA, Quiroz E, Sah B, Bayard,V, Marchena L, Campos C, Shepard DS.  Clinical characteristics and national economic cost of the 2005 dengue epidemic in Panama. *American Journal of Tropical Medicine and Hygiene*. 2008, **79**(3):364-371. (PMID: 18784227). Web: ajtmh.org.

R096. Shepard DS, Rwiyereka AK, Beaston-Blaakman A. Community-based health insurance in Rwanda: From case studies to a national policy. *Rwanda Medical Journal*. Sept. 2009, **67**(1): 8-16.

R095. Lum LCS, Suaya JA, Tan LH, Sah BK, Shepard DS.  Quality of life of dengue patients. *American Journal of Tropical Medicine and Hygiene*. 2008, **78**(6):862-867. (PMID: 18541760). Web: www.ajtmh.org.

R094. Yeom HS, Shepard DS. Cost-effectiveness of a mixed-gender aftercare program for substance abuse: Decomposing measured and unmeasured gender differences. *The Journal of Mental Health Policy and Economics*. 2007, **10**(4): 207-219, 2007. (PMID: 18166831). Web: www.icmpe.org.

R093. Suaya JA, Shepard DS, Normand S-LT, Ades P, Prottas J, Stason WB. Use of cardiac rehabilitation by Medicare beneficiaries after myocardial infarction or coronary bypass surgery. *Circulation*. 2007, **116**:1653-1662. (PMID: 17893274).

R092. Suaya JA, Shepard DS, Chang M-S, Caram M, Hoyer S, Socheat D, Chantha N, Nathan MB.  Cost-effectiveness of annual targeted larviciding campaigns in Cambodia against the dengue vector Aedes aegypti. *Tropical Medicine and International Health*. 2007, **12**(9):1026–1036.  (PMID: 17875014).

R091. Beaston-Blaakman A, Shepard DS, Stone N, Shevitz AH.  Cost-effectiveness of clinical interventions for AIDS wasting. *AIDS Care*. 2007, **19**(8):996-1001. (PMID: 17851996).  Web: http://www.informaworld.com/smpp/content~db=all~content=a781961859?words=blaakman*.

R090. Beaston-Blaakman A, Shepard DS, Horgan C, Ritter G. Organizational and client determinations of cost in outpatient substance abuse treatment. *The Journal of Mental Health Policy and Economics*. 2007, **10**(1):3-13. (PMID:  17417043).  Web: www.icmpe.org.

Shepard - December 2017

R089. Lee AJ, Strickler GK, Shepard DS.  The economics of cardiac rehabilitation: A review of literature. *Journal of Cardiopulmonary Rehabilitation and Prevention*. 2007, **27**(3):135-142.   doi: 10.1097/01.HCR.0000270694.94010.8b.  (PMID: 17558193). Web: http://www.jcrjournal.com.

R088. Halstead SB, Suaya JA, Shepard DS.  The burden of dengue infection. *The Lancet*. 2007, **369**(April 28):1410-1411. (PMID: 17467495).

R087. Thrivikraman J, Shepard DS, Bail RN, Kagubare J, Kanyange AR.  Managing antiviral treatment with a national communications network in Rwanda: Costs, enhancements, and sustainability of TRACnet. *Rwanda Medical Journal*. 2006, **65**(1):15-22.

R086. Kanyange AR, Thrivikraman J, Shepard DS, Bail RN, Kagubare J.  Managing antiretroviral treatment with a national communication network in Rwanda: Evaluative framework and impacts of TRACnet. *Rwanda Medical Journal*. 2006, **65**(1):10-14.

R085. Bernstein J, Bernstein E, Shepard DS, Valentine A, Heeren T, Winter M, Levenson S, Beaston-Blaakman A, Tassiopoulos K, Hingson R.  Racial and ethnic differences in health and health care lessons from an inner-city patient population actively using heroin and cocaine. *Journal of Ethnicity in Substance Abuse.* 2006, **5**(2):35-50.  (PMID: 16635973). Web: www.hawthornepress.com.

R084. Beinecke RH, Shepard DS, Hurley CL.  Guest editors' introduction: Implementing evidence-based mental health practices and performance measures in Massachusetts. *Administration and Policy in Mental Health and Mental Health Services Research*. 2006, **33**(6):623-628. (PMID: 16752102). Web: http://www.springerlink.com/link.asp?id=kw274n02665110r1.

R083. Shepard DS, Calabro JAB, Love CT, McKay JR, Tetreault J, Yeom HS. Counselor incentives to improve client retention in an outpatient substance abuse aftercare program. *Administration and Policy in Mental Health & Mental Health Services Research*. 2006, **33**(6):629-635. (PMID: 16758330) Web: http://www.springerlink.com/link.asp?id=x767506r16p25750.

R082. Daley M, Shepard DS, Bury-Maynard D.  Changes in quality of life for pregnant women in substance user treatment: Developing a quality of life index for the addictions. *Substance Use & Misuse*. 2005, **40**(3):375-394. (PMID: 15776984).

R081. McKay JR, Lynch KG, Shepard DS, Morgenstern J, Forman RF, Pettinati HM. Do patient characteristics and initial progress in treatment moderate the effectiveness of telephone-based continuing care for substance use disorders? *Addiction*. 2005, **100**(2):216-226. (PMID: 15679751).

R080. Shevitz AH, Wilson IR, McDermott AY, Spiegelman D, Skinner SC, Antonsson K, Layne JE, Beaston-Blaakman A, Shepard DS, Gorbach SL.  A comparison of the clinical and cost-effectiveness of 3 intervention strategies for AIDS wasting. *Journal of Acquired Immune Deficiency Syndrome.* 2005, **38**(4):399-406. (PMID: 15764956).

R079. McKay JR, Lynch KG, Shepard DS, Pettinati HM.  The effectiveness of telephone-based continuing care for alcohol and cocaine dependence: 24-month outcomes. *Archives of General Psychiatry*. 2005, **62**(2):199-207. (PMID: 15699297).

R078. Shepard DS, Strickler GK, McAuliffe WE, Beaston-Blaakman A, Rahman M, Anderson TE. Unmet need for substance abuse treatment of adults in Massachusetts. *Administration and Policy in Mental Health*. 2005, **32**(4):403-426. (PMID: 15844857).

15

Shepard - December 2017

R077. Shepard DS, Daley MC, Beinecke RH, Hurley CL.  Managed behavioral health care: Lessons from Massachusetts.  *Administration and Policy in Mental Health*. 2005, **32**(4):311-320. (PMID: 15844851).

R076. McKay JR, Lynch KG, Shepard DS, Ratichek S, Morrison R, Koppenhaver J, Pettinati HM. The effectiveness of telephone-based continuing care in the clinical management of alcohol and cocaine use disorders: 12-month outcomes. *Journal of Consulting and Clinical Psychology*. 2004, **72**(6):967-979. (PMID: 15612844).

R075. Shepard DS, Suaya JA, Halstead SB, Nathan MB, Gubler DJ, Mahoney RT, Wang DNC, Meltzer MI.  Cost-effectiveness of a pediatric dengue vaccine.  *Vaccine*. 2004, **22**(9-10): 1275-1280. (PMID: 15003657).

R074. Hodgkin D, Shepard DS, Anthony YE, Strickler GK.  A publicly managed Medicaid substance abuse carve-out: Effects on spending and utilization.  *Administration and Policy in Mental Health*. 2004, **31**(3):197-217. (PMID: 15160784).

R073. Daley M, Love CT, Shepard DS, Peterson CB, White KL, Hall FB.  Cost-effectiveness of Connecticut's in-prison substance abuse treatment.  *Journal of Offender Rehabilitation*. 2004, **39**(3):69-92, web: http://www.haworthpress.com/store/ArticleAbstract.asp?ID=45519.

R072. Shepard DS, Reif S.  The value of vocational rehabilitation in substance user treatment: A cost-effectiveness framework.  *Substance Use and Misuse*. 2004, **39**(13&14):2581-2609. (PMID: 15603015).

R071. Jacobs EA, Shepard DS, Suaya JA, Stone E-L.  Overcoming language barriers in health care: Costs and benefits of interpreter services.  *American Journal of Public Health*. 2004, **94**(5):866-869. (PMID: 15117713), (PMCID: PMC1448350).

R070. Janssen I, Shepard DS, Katzmarzyk PT, Roubenoff R. The health care costs of sarcopenia in the United States.  *Journal of the American Geriatrics Society*. 2004, **52**:80-85. (PMID: 14687319).

R069. McKay JR, Lynch KG, Pettinati HM, Shepard DS.  An examination of potential sex and race effects in a study of continuing care for alcohol- and cocaine-dependent patients.  *Alcoholism: Clinical and Experimental Research*. 2003, **27**(8):1321-1323. (PMID: 12966329).

R068. Shepard DS, Bail RN, Merritt CG. Cost-effectiveness of USAID's regional program for family planning in West Africa.  *Studies in Family Planning*. 2003, **34**(2) 117-126. (PMID: 12889343).

R067. Shepard DS, Beinecke RH, Reif S, Cavanaugh DA.  Effect of a managed care carve out on substance abuse treatment in Massachusetts: The providers' perspective.  *Alcoholism Treatment Quarterly*. 2003, **21**(1):63-78. doi:10.1300/J020v21n01_05.

R066. Shepard DS, Daley M, Ritter G, Hodgkin D, Beinecke R.  Managed care and the quality of substance abuse treatment.  *The Journal of Mental Health Policy and Economics*. 2002, **5**(4): 163-174.  (PMID: 14578550). Web: www.icmpe.org.

R065. Beinecke RH, Shepard DS, Leung M, Sousa D.  Evaluation of the Massachusetts Behavioral Health Program: Year 8.  *Administration and Policy in Mental Health*. 2002, **30**(2):141-158. (PMID: 12680618).

R064. Magura S, Horgan CM, Mertens JR, Shepard DS.  Effects of managed care on alcohol and other drug (AOD) treatment.  *Alcoholism: Clinical and Experimental Research*. 2002, **26**(3):416-422. (PMID: 11923597).

R063. Shepard DS.  Evidence-Based Public Health (Commentary): Integrated medical and substance abuse treatment increases abstinence rates for people with substance abuse-related medical conditions. *Evidence-Based Healthcare*. 2002, **6**(2):51-52.

R062. Hodgkin D, Shepard DS, Beinecke RH.  Management of alcohol and other drug treatment by medical plans: Michigan providers' experience.  *Alcoholism Treatment Quarterly*. 2002, **20**(1): 79-96.

R061. Shepard DS, Daley M, Ritter GA, Hodgkin D, Beinecke R.  Effects of a statewide carve-out on spending and access to substance abuse treatment in Massachusetts, 1992 to 1996.  *Health Services Research*. 2001, **36**(6), Part II: 32-44. (PMID: 16148959), (PMCID: PMC1383605).

R060. Shepard DS.  Public-private collaborations in health care: Lessons from India.  *The International Journal for Quality in Health Care*. 2001, **13**(4):277-278. (PMID: 11560344).

R059. Beinecke RH., Shepard DS, Tetreault J, Hodgkin D, Marckres, J. Substance abuse providers' assessment of the Massachusetts Behavioral Health Program: Year 6. *Administration and Policy in Mental Health*. 2001, **28**(6):443-457. (PMID: 11804011).

R058. Hilton ME, Maisto SA, Conigliaro J, McNeil M, Kraemer K, Kelley ME, Conigliaro R, Samet JH, Larson MJ, Savetsky J, Winter M, Sullivan LM, Saitz R, Weisner C, Mertens J, Parthasarathy S, Moore C, Hunkler E, Hu T-W, Selby J, Stout RL, Zywiak W, Rubin A, Zwick W, Shepard D.  Improving alcoholism treatment across the spectrum of services.  *Alcoholism: Clinical & Experimental Research*. 2001, **25**(1):128-135. (PMID: 11198708).

R057. Daley M, Argeriou M, McCarty D, Callahan JJ Jr, Shepard DS, Williams CN.  The impact of substance abuse treatment modality on birth weight and health care expenditures. *Journal of Psychoactive Drugs*. 2001, **33**(1):57-66. (PMID: 11333002).

R056. Shepard DS. The employer's perspective [editorial]. *American Journal of Managed Care*. 2001, **7**(1):85-86. (PMID: 11209453).

R055. Daley M, Argeriou M, McCarty D, Callahan JJ, Shepard DS, Williams CN. The costs of crime and the benefits of substance abuse treatment for pregnant women. *Journal of Substance Abuse Treatment*. 2000, **19**(4):445-458. (PMID: 11166509).

R054. McKay JR, Alterman AI, Cacciola JS, O'Brien CP, Koppenhaver JM, Shepard DS. Continuing care for cocaine dependence:  Comprehensive 2-year outcomes.  *Journal of Consulting and Clinical Psychology*. 1999, **67**(3):420-427. (PMID: 10369063).

R053. Ramos-Gomez FJ, Shepard DS.  Cost-effectiveness model for prevention of early childhood caries. *Journal of the California Dental Association*. 1999, **27**(7):539-544. (PMID: 10530112).

R052. Shepard DS, Anthony YA, Lalta S, Davis K, McNaught A.  Health reform in Jamaica: Progress in the hospital sector.  *Caribbean Health*. 1999, **2**(1):12-13.  [Reprinted in: *The Health Executive*: Jamaica Association of Health Service Executives, Vol. 8, No. 1, Oct. 1999, pp. 15-17.]

R051. Shepard DS, Larson M.J, Hoffmann NG. Cost-effectiveness of substance abuse services: Implications for public policy. *The Psychiatric Clinics of North America*. 1999, **22**(2):385-400. (PMID: 10385950).

R050. Shepard DS, Hodgkin D.  Cost-effectiveness of intensive treatment of hypertension.  *The American Journal of Managed Care*. 1998, **4**(12 supplement):S765-S770. (PMID: 10339108).

R049. Shepard DS.  Managing medicines: Public policy and therapeutic drugs [review of book by Peter Davis].  *International Journal for Quality in Health Care*. 1998, **10**(2):169.

R048. Robertson RL, Barona BZ, Becerra VH, Shepard DS, Becerra J, Bongiovanni A, Essayan V.  Un programa de atención primaria en salud basado en voluntarias en Cali: Metas vs. realidades. *Colombia Médica*. 1997, **28**(4):167-176.

R047. Barona BZ, Becerra VH, Robertson RL, Shepard DS. Costos de un programa de atención primaria de salud basado en voluntarias. *Colombia Médica*. 1997, **28**(2):85-91.

R046. Shepard DS.  The cost of AIDS.  *World Health*. 1997, **50**(5):20-21.

R045. Shepard DS.  Expenditures on AIDS in developing countries: Patterns and implications [guest editorial].  *AIDS Targeted Information*. 1997, **11**:R103-R105.

R044. Beinecke RH, Shepard DS, Goodman M, Rivera M.  Assessment of the Massachusetts Managed Mental Health/Substance Abuse Program: Year three.  *Administration and Policy in Mental Health*. 1997, **24**(3):205-220. (PMID: 9097877).

R043. Beinecke RH, Callahan JJ Jr, Shepard DS, Cavanaugh DA, Larson MJ.  The Massachusetts Mental Health/Substance Abuse Managed Care Program: The providers' view.  *Administration and Policy in Mental Health*. 1996, **23**(5):379-391.

R042. Callahan JJ Jr, Shepard DS, Beinecke RH, Larson MJ, Cavanaugh D.  Mental health/substance abuse treatment in managed care: The Massachusetts Medicaid experience.  *Health Affairs*. 1995, **14**(3):173-184. (PMID: 7498890).

R041. Shepard DS, Stason WB, Perry HM, Carmen BA, Nagurney JT.  Multivariate cost-effectiveness analysis: An application to optimizing ambulatory care for hypertension.  *Inquiry*. 1995, **32**(3):320-331. (PMID: 7591045).

R040. Shepard DS, Walsh JA, Kleinau E, Stansfield S, Bhalotra S.  Setting priorities for the Children's Vaccine Initiative: A cost-effectiveness approach.  *Vaccine*. 1995, **13**(8):707-714. (PMID: 7483785).

R039. Stason WB, Shepard DS, Perry HM Jr, Carmen BM, Nagurney JT, Rosner B, Meyer G.  Effectiveness and costs of Veterans Affairs hypertension clinics.  *Medical Care*. 1994, **32**(12):1197-1215. (PMID: 7967859).

R038. Shepard DS.  Economic analysis of investment priorities for measles control.  *Journal of Infectious Diseases*. 1994, **170**(Suppl 1)(Nov):S56-S62. (PMID: 7930754).

R037. Shepard DS, Walsh J, Munar W, Rose L, Guerrero R, Cruz LF, Reyes G, Price G, Solarte C. Cost-effectiveness of ambulatory surgery in Cali, Colombia.  *Health Policy and Planning*. 1993, **8**(2):136-142. [Earlier version also: Development Discussion Paper, Harvard Institute for International Development, Cambridge, MA, 1991.

R036. Shepard DS, Centers for Disease Control (CDC).  The World Bank's Health Sector Priorities Review: Implications for surveillance data. *Mortality and Morbidity Weekly Report*. December, 1992, **41**(Supplement):49-55. (PMID: 1344264).

Shepard - December 2017

R035. Uplekar MW, Shepard DS.  Treatment of tuberculosis by private general practitioners in India. *Tubercle*. 1991, **72**(4):284-290. (PMID: 1811360).

R034. Sauerborn RD, Shepard DS, Ettling MB, Brinkmann U, Nougtera A, Diesfeld HJ.  Estimating the direct and indirect economic costs of malaria in a rural district of Burkina Faso. *Tropical Medicine and Parasitology*. 1991, **42**(3,Suppl I):219-223. (PMID: 1801150).

R033. Ettling MB, Shepard DS. Economic cost of malaria in Rwanda.  *Tropical Medicine and Parasitology*. 1991, **42**(3,Suppl I):214-218. (PMID: 1801149).

R032. Shepard DS, Ettling MB, Brinkmann U, Sauerborn R.  The economic cost of malaria in Africa. *Tropical Medicine and Parasitology*. 1991, **42**(3,Suppl I):199-203. (PMID: 1801147).

R031. Kouri YH, Shepard DS, Borras F, Sotomayor J, Gellert GA.  Improving the cost-effectiveness of AIDS health care in San Juan, Puerto Rico.  *The Lancet*. 1991, **337**:1397-99. (PMID: 1674773).

R030. Ettling MB, Thimasarn K, Shepard DS, Krachaiklin S.  Economic analysis of several types of malaria clinics in Thailand.  *Bulletin of the World Health Organization*. 1991, **69**(4):467-476. (PMID: 1934241); (PMCID: PMC2393229).

R029. Shepard DS, Robertson R, Cameron C, Saturno P, Pollack M, Manceau J, Meissner P, Perrone J.  Cost-effectiveness of routine and campaign vaccination strategies in Ecuador.  *Bulletin of the World Health Organization*. 1989, **67**(6):649-662.  [Spanish version:  Costo-eficacia de las estrategias de vacunación en servicios ordinarios y en campañas en el Ecuador.  *Boletín de la Oficina Sanitaria Panamericana*. 1992, **112**(2):110-130.]  [Earlier version also: Development Discussion Paper no. 294, Harvard Institute for International Development, Cambridge, MA, 1989.] (PMID: 2517411), (PMCID: PMC2491304).

R028. Litvack J, Shepard DS, Quick J.  Setting the price of essential drugs: Necessity and affordability. *The Lancet*. 1989, **2**(Aug. 21):376-379.  [Earlier version also: Development Discussion Paper no. 285, Harvard Institute for International Development, Cambridge, MA, 1989.] (PMID: 2569562).

R027. Phonboon K, Shepard DS, Ramaboot S, Kunasol P, Preuksaraj S.  The Thai expanded programme on immunization: Role of immunization sessions and their cost-effectiveness.  *Bulletin of the World Health Organization*. 1989, **67**(2):181-188. (PMID: 2501043), (PMCID: PMC2491241).

R026. Wang, Z-S, Shepard DS, Yun-cheng Z, Cash RA, Ren-jie Z, Zhen-xing Z, Fu-min S.  Reduction of enteric infectious disease in rural China by providing deep-well tap water. *Bulletin of the World Health Organization*. 1989, **67**(2):171-180.  (Earlier version also: Development Discussion Paper no. 280, Harvard Institute for International Development, Cambridge, MA, 1989.) (PMID: 2501042), (PMCID: PMC2491231P).

R025. Max E, Shepard DS.  Productivity loss due to deformity from leprosy in India.  *International Journal of Leprosy*. 1989, **57** (2):476-482.  [Earlier version also: Development Discussion Paper No 239, Harvard Institute for International Development, Cambridge, MA, 1988.] (PMID: 2526189).

R024. [Wang, Z-S, Shepard DS, et. al.] (Authorship not printed.)  Providing deep-well tap water:  Impact on disease and cost-benefit analysis. *Weekly Epidemiological Record*. 1988, **63**.

R023. Taylor WC, Pass TM, Shepard DS, Komaroff AL. Cholesterol reduction and life expectancy: A model incorporating multiple risk factors.  *Annals of Internal Medicine*. 1987, **106**(4):605-614.  (PMID: 3826960).

Shepard - December 2017

R022. Shepard DS, Cooper GS. Small-area variations in rates of hospitalization and surgery within Rhode Island. *American Journal of Preventive Medicine*. 1987, **3**(2):101-109. (PMID: 3132956).

R021. Simberkoff MS, Cross AP, Al-Ibrahim M, Baltch AL, Geiseler PJ, Nadler J, Richmond AS, Smith RP, Schiffman G, Shepard DS, VanEeckhout JP. Efficacy of pneumococcal vaccine in high-risk patients. *New England Journal of Medicine*. 1986, **315**(21):1318-1327. (PMID: 3534568).

R020. Shepard DS, Sanoh L, Coffi E. Cost-effectiveness of the Expanded Programme on Immunization in the Ivory Coast: A preliminary assessment. *Social Science and Medicine*. 1986, **22**(3):369-377. (PMID: 3008344).

R019. Lerman SJ, Shepard DS, Cash RA. Treatment of diarrhoea in Indonesian children: What it costs and who pays for it. *The Lancet*. 1985, **2**(8456):651-654. (PMID: 2863640).

R018. Shepard DS, Pearlman L. Healthy habits that pay off. *Business and Health*. 1985, **2**(4):37-41. (PMID: 10270016).

R017. Shepard DS, Zeckhauser RJ. Survival versus consumption. *Management Science*. 1984, **30**(4):423-439.

R016. Shepard DS. Estimating the effect of hospital closure on area wide inpatient hospital costs: A preliminary model and application. *Health Services Research*. 1983, **18**(4):513-549. (PMID: 6668181), (PMCID: PMC1068776).

R015. Steinberg ES, Shepard DS. Lead - is it carcinogenic? *Public Health Reviews*. 1983, **11**:177-192.

R014. Shepard DS, Finison LJ. Blood pressure reductions: Correcting for regression to the mean. *Preventive Medicine*. 1983, **12**(2):304-317. (PMID: 6878192).

R013. [Shepard DS.] (Authorship not printed.) Expanded Programme on Immunization: Cost-effectiveness. *Weekly Epidemiological Record*. 1982, **57**(22):170-173.

R012. Kaufman SL, Shepard DS. Costs of neonatal intensive care by day of stay. *Inquiry*. 1982, **19**(2):167-178. (PMID: 6212546).

R011. Shepard DS, Soule DN. Estimating hospital costs by diagnosis for population-based analysis. *Journal of Community Health*. 1981, **7**(1):2-20. (PMID: 6798084).

R010. Shepard DS. Reliability of blood pressure measurements: Implications for designing and evaluating programs to control hypertension. *Journal of Chronic Diseases*. 1981, **34**(5):191-209. (PMID: 7240360).

R009. Shepard DS, Zeckhauser RJ. Long term effects of interventions to improve survival in mixed populations. *Journal of Chronic Diseases*. 1980, **33**(7):413-433. (PMID: 7380976).

R008. Pliskin JS, Shepard DS, Weinstein MC. Utility functions for life years and health status. *Operations Research*. 1980, **28**(1):206-224.

R007. Weinstein MC, Shepard DS, Pliskin JS. The economic value of changing mortality probabilities: A decision-theoretic approach. *Quarterly Journal of Economics*. 1980, **94**(2):373-396.

R006. Shepard DS, Thompson MS.  First principles of cost-effectiveness analysis in health. *Public Health Reports*. 1979, **94**(6):535-543. (PMID: 117509), (PMCID: PMC1431742) Republished as:  Cost-effectiveness analysis in health:  First principles for determining resource allocation.  *Group Practice Journal*. 1981, **30**(2):11-13 and 23-26.

R005. Shepard DS, Neutra R.  A pitfall in sampling medical visits. *American Journal of Public Health*. 1977, **67**(8):743-750. (PMID: 888991), (PMCID: PMC1653783).

R004. Zeckhauser RJ, Shepard DS.  Where now for saving lives? *Law and Contemporary Problems*. 1976, **40**(4):5-45.

R003. Shepard DS, Moseley TAE.  Mailed versus telephoned appointment reminders to reduce broken appointments in a hospital outpatient department. *Medical Care*. 1976, **14**(3):268-273. (PMID: 1263624).

R002. Kinyanjui K, Shepard DS.  Unemployment among secondary school leavers in Kenya. *East Africa Journal*. 1972, **9**(8):25-28.

R001. Shepard DS.  A load-shifting model for air pollution control in the electric power industry.  *Journal of the Air Pollution Control Association*. 1970, **20**(11):756-761. (PMID: 5496620).


## CHAPTERS IN BOOKS AND PROCEEDINGS

C041 Shepard DS, Undurraga EA.  Symptomatic dengue in children in 10 Asian and Latin American countries: commentary.  In: <u>Year Book of Pediatrics 2017</u>,  Cabana MD, Goldstein AM, de Gialluly PS, Schroeder AR, eds. Philadelphia, PA, Elsevier Inc., 2017, pp. 201-204.

C040. Undurraga EA, Halasa YA, Shepard DS.  Economic analysis of genetically modified mosquito strategies.  In: <u>Genetic Control of Malaria and Dengue</u>, Alderman ZN, ed.  Waltham, MA: Academic Press (Elsevier), 2016, Chapter 17, pp. 375-408.

C039. Shepard DS, Halasa YA, Undurraga E.  Economic and disease burden of dengue.  In:  <u>Dengue and Dengue Hemorrhagic Fever, 2nd Edition,</u> Gubler DJ, Ooi EE, Vasudevan S, Farrar J, eds.  Wallingford, Oxfordshire, UK: CAB International, 2014, Chapter 3, pp. 50-77.

C038. Shepard DS, Suaya JA. Cost-effectiveness of a dengue vaccine in Southeast Asia and Panama: preliminary estimates.  In:  <u>Handbook of Disease Burdens and Quality of Life Measures</u>, Preedy VR, Watson RR, eds.   New York: Springer, 2010, Chapter 73, pp. 1281-1296. Web: http://www.springer.com/medicine/book/978-0-387-78665-0.

C037. Suaya JA, Shepard DS, Beatty M, Farrar J.  Disease burden of dengue fever and dengue hemorrhagic fever.  In: <u>Handbook of Disease Burdens and Quality of Life Measures,</u> Preedy VR, Watson, RR, eds.  New       York:       Springer,       2010,       Chapter       72,       pp.       1263-1279.       Web: http://www.springer.com/medicine/book/978-0-387-78665-0.

C036. Shepard DS, Suaya JA. Economic evaluation of dengue prevention.  In: <u>Economic Evaluation in Child Health</u>, Ungar W, ed.  Oxford: Oxford University Press, 2009, Chapter 12, pp. 225-237.  Web: http://www.oup.com/us/catalog/general/subject/Medicine/PublicHealth/?view=usa&ci=97801995474 94.

C035. Bhalotra S, Shepard DS.  Recruitment into lifestyle modification programmes: A cross-Atlantic perspective.  In: <u>Future Public Health: Burdens, Challenges, Opportunities,</u> Dawson S, Morris ZS, eds.  Houndmills, Basingstoke, Hampshire, UK: Palgrave Macmillan, Ltd, 2009, pp. 207-229.

C034. Suaya JA, Shepard DS, Beatty ME.  Dengue: burden of disease and costs of illness.  Working paper 3.2. In: Report of the Scientific Working Group Meeting on Dengue, Geneva, 1–5 October 2006 (TDR/SWG/07). Special Programme for Research and Training in Tropical Diseases (TDR). Geneva, Switzerland: WHO, 2007, pp 35-49.  Web: www.who.int/tdr.

C033. Hall W, Doran C, Degenhardt L, Shepard DS. Illicit opiate abuse. In: Disease Control Priorities in Developing Countries (2nd Edition).:Jamison D, Breman JG, Measham AR, Alleyne G, Claeson M, Evans DB, Jha P, Mills A, and Musgrove P eds. New York: Oxford University Press, DOI: 10.1596/978-0-821-36179-5. Chap. 48, pp 907-932, 2006. Web: http://www.dcp2.org/pubs/DCP/48.

C032. Shepard DS, Neighbors CJ, Lloyd-Richardson EE, Beaston-Blaakman A, Farrell N, Niaura RS. Assessing costs and time of counseling services for HIV+ patients.  XIV International AIDS Conference, Barcelona, Spain, July 7-12, 2002, Bologna, Italy: Monduzzi Editore, International Proceedings Division, pp. 119-112 (paper C708s9823).

C031. Callahan JJ Jr, Shepard DS, Beinecke RH, Larson MJ, Cavanaugh D.  Mental health and substance abuse treatment in managed care: the Massachusetts Medicaid experience.  In: Humane Managed Care, Schamess G, Lightburn A, eds.  Washington, DC: National Association of Social Workers Press, 1998, pp. 134-144.

C030. Kongsin S, Cameron CM, Suebsaeng L, Shepard DS. Levels and determinants of expenditure on HIV/AIDS in Thailand.  In: Confronting AIDS: Evidence from the Developing World. Ainsworth M, Fransen L, Over M, eds.  Brussels: World Bank, Chapter 12F, 1998, pp. 297-305.

C029. Tibandebage P, Wangwe S, Mujinja P, Bail RN, Shepard DS. Expenditures on HIV/AIDS in Tanzania. In: Confronting AIDS: Evidence from the Developing World. Ainsworth M, Fransen L, Over M, eds. Brussels: World Bank, Chapter 12E, 1998, pp. 289-296.

C028. Iunes R, Campino AC, Prottas J, Shepard DS. Expenditures on HIV/AIDS in the State of São Paulo, Brazil. In: Confronting AIDS: Evidence from the Developing World. Ainsworth M, Fransen L, Over M, eds.  Brussels: World Bank, Chapter 12D, 1998, pp. 273-287.

C027. Izazola J-A, Saavedra J, Prottas J, Shepard DS.  Levels and expenditures on the treatment and prevention of HIV/AIDS in Mexico. In: Confronting AIDS: Evidence from the Developing World. Ainsworth M, Fransen L, Over M, eds.  Brussels: World Bank, Chapter 12C, 1998, pp. 263-272.

C026. Koné T, Silué A, Agness-Soumahoro J, Bail RN, Shepard DS. Expenditures on AIDS in Côte d'Ivoire. In: Confronting AIDS: Evidence from the Developing World.  Ainsworth M, Fransen L, Over M, eds. Brussels: World Bank, Chapter 12B, 1998, pp. 255-262.

C025. Shepard DS. Levels and determinants of expenditures on HIV/AIDS in five developing countries: overview.  In: Confronting AIDS: Evidence from the Developing World. Ainsworth M, Fransen L, Over M, eds.  Brussels: World Bank, Chapter 12A, 1998, pp. 241-253.

C024. Cameron C, Shepard DS, Mulwa J.  Caring for persons with AIDS (PWA) in Botswana: is home-based care the answer? In: AIDS in the World II, Mann J, Tarantola DJM, eds.  New York: Oxford University Press, 1996, pp. 405-407.

C023. Shepard DS, Vian T, Kleinau EF.  Performance of four health insurance programs in rural and urban areas of Zaire [Democratic Republic of the Congo].  In: Financing Health Services through User Fees and Insurance: Case Studies from Sub-Saharan Africa, Shaw RP, Ainsworth M, eds.  Africa Technical Department Discussion Paper No. 294.  Washington, DC: The World Bank, 1995, pp. 169-206.

Shepard - December 2017

C022. Shepard DS.  Summary: Approaches to Cost Analysis. In: Cost Analysis Methodology for Clinical Practice Guidelines (AHCPR Publication No. 95-0001), Grady ML, Weiss KA, eds. Rockville, MD: Agency for Health Care Policy and Research, US Department of Health and Human Services, 1995, pp. 96-100.

C021. Shepard DS, Carrin C, Nyandagazi P.  Household participation in financing of health care at government health centers in Rwanda.  In: Health Economics Research in Developing Countries, Mills A, Lee K, eds. New York: Oxford University Press, 1993, pp. 140-164.  [Also in: Health Economics for Developing Countries, Mills A, Gilson L, eds.  London: London School of Hygiene and Tropical Medicine, 1992.]

C020. Shepard DS, Halstead SB. Dengue (with notes on yellow fever and Japanese encephalitis).  In: Disease Control Priorities for Developing Countries, Jamison DT, Mosley WH, Measham AR, Bobadilla JL, eds.  New York: Oxford University Press for the World Bank, 1993, pp. 303-320.

C019. Stansfield S, Shepard DS.  Acute respiratory infection.  In: Disease Control Priorities for Developing Countries, Jamison DT, Mosley WH, Measham AR, Bobadilla JL, eds.  New York: Oxford University Press for the World Bank, 1993, pp. 67-90.

C018. Shepard DS. How the cost of treatments and the costs to patients can be assessed in clinical trials.  In: Proceedings: Forum on Emerging Treatments for Breast Cancer, sponsored by the National Cancer Institute. Bethesda, MD: Health Improvement Institute, 1991, pp. 114-119.

C017. Taylor WC, Pass TM, Shepard DS, Komaroff AL.  Cost effectiveness of cholesterol reduction for the primary prevention of coronary heart disease in men.  In: Preventing Disease: Beyond the Rhetoric, Goldbloom RB, Lawrence RS, eds.  New York: Springer-Verlag, 1990, pp. 437-441.

C016. Shepard DS.  Cost of AIDS in a developing area: Indirect and direct cost of AIDS in Puerto Rico.  In: Economic Aspects of AIDS and HIV Infection, Schwefel D, Leidi R, Rovira J, Drummond MF, eds., New York:  Springer-Verlag, 1990, pp. 226-237.

C015. Shepard DS, Cameron CSM, Robbins M, Pollack M.  Economic and logistic impacts of temperature-sensitive vaccines. In: Temperature Stable Vaccines for Developing Areas.  Washington, DC: National Academy Press, 1989, pp. 36-83.

C014. Shepard DS, Benjamin ER.  User fees and health financing in developing countries: mobilizing financial resources for health.  In: Health, Nutrition and Economic Crises:  Approaches to Policy in the Third World, Bell DE, Reich MR, eds. Dover, MA: Auburn House Publishing, 1988.

C013. Meister SJ, Shepard DS, Zeckhauser RJ.  Cost-effectiveness of prenatal screening for neural tube defects.  In: Prenatal Screening, Policies, and Values: The Example of Neural Tube Defects, Nightingale EO, Meister SB, eds. Cambridge, MA: Division of Health Policy Research and Education, Harvard University, 1987, pp. 66-93.

C012. Shepard DS, Meister SJ, Zeckhauser RJ. Screening for neural tube defects:  an application of decision analysis. In: Health interventions and population heterogeneity: evidence from Japan and the U.S. NIRA Output NRF-83-1.  Tokyo, Japan: National Institute for Research Advancement, 1985, pp. 69-89.  (Presented at Mead-Johnson Symposium, Vail, Colorado, June 10-14, 1984.)

C011. Shepard DS. Costs and financing of oral rehydration therapy (ORT).  In: Infant and Child Survival Technologies (Annual Technical Update No. 1) prepared by the Technologies for Primary Health Care Project (PRITECH).  Washington, DC: US Agency for International Development, 1984, pp. 43-50.

23

C010. Shepard DS.  Procedures for assessing the cost-effectiveness of a diarrheal disease control program based on oral rehydration therapy. In: <u>Proceedings of the International Conference on Oral Rehydration Therapy</u>. Washington, DC: US Agency for International Development, 1984, pp. 128-130.

C009. Shepard DS.  Computer mapping: the SYMAP interpolation algorithm. In:  <u>Spatial Statistics and Models</u>, Gaile GL, Willmott CJ, eds.  Dordrecht, Netherlands: D. Reidel Publishing Company, 1984, pp. 133-145.

C008. Shepard DS, Zeckhauser RJ.  Life-cycle consumption and willingness to pay for increased survival.  In: <u>Value of Life and Safety</u>, Jones-Lee MW, ed.  Amsterdam: North Holland, 1982, pp. 95-141.  (Presented at the Geneva Conference on the Value of Life and Safety, sponsored by the International Association for the Study of Insurance Economics.  Geneva, Switzerland, March 30-April 1, 1981.)

C007. Shepard DS, Zeckhauser RJ.   The choice of health policies with heterogeneous populations.   In: <u>Economic Aspects of Health</u>, Fuchs VR, ed.  Chicago:  University of Chicago Press, 1982, pp. 255-297.

C006. Shepard DS. Hospital closures:  modeling their impact on medical costs.  In: <u>Systems Science in Health Care:  Proceedings of the International Conference on Systems Science in Health Care, Held in Montreal, July 14-17, 1980,</u> Tilquin C, ed.  New York:  Pergamon, 1981, vol. 1, pp. 235-248.

C005. Zeckhauser RJ, Shepard DS.  Principles for saving and valuing lives.  In: <u>The Benefits of Health and Safety Regulation</u>, Ferguson AR, LeVeen EP, eds. Cambridge, MA: Ballinger Publishing Co, 1981, pp. 91-130. Republished in <u>Technological Risk Assessment</u>, Ricci P, Sagan L, Whipple L, eds.  The Hague, Netherlands: Martinus Nijhoff, 1983.

C004. Shepard DS.  The wait to see the doctor: an application of exploratory data analysis.  In: <u>Statistics and Public Policy</u>, Fairley WB, Mosteller F, eds.  Reading, MA: Addison Wesley, 1977, pp. 87-109.

C003. Shepard DS, Zeckhauser RJ.  Heterogeneity as a factor in surgical decision making.  In: <u>Costs, Risks and Benefits of Surgery</u>, Bunker JP, Barnes BA, Mosteller F, eds.  New York: Oxford University Press, 1977, pp. 56-69.

C002. Stason WB, Weinstein MC, Shepard DS.  Obstacles to controlling hypertension.  In:  <u>Hypertension:  A Policy Perspective</u> by Weinstein MC. and Stason WB.  Cambridge, MA:  Harvard University Press, 1976, pp. 111-139.

C001. Shepard DS.  A two-dimensional interpolation function for irregularly spaced data. <u>Proceedings of 23rd National Conference</u>, Association for Computing Machinery. Princeton, NJ:  Brandon/Systems Press, 1968, pp. 517-524.

## MONOGRAPHS AND PUBLISHED REPORTS

M015. Shepard DS, Zeng W, Nguyen HTH. 2015. Cost-effectiveness analysis of results-based financing programs: a toolkit. Health, Nutrition, and Population (HNP) discussion paper. Washington, D.C.: World Bank Group, May 1, 2015. http://documents.worldbank.org/curated/en/108331467986267584/pdf/99587-WP-P127759-Box393202B-PUBLIC-Cost-Effectiveness-Toolkit-FINAL.pdf

Shepard - December 2017

M014. Rwiyereka AK, Shepard D, Nzambimana J, Kioko M, Nyirazinyoye L, Mtei G, Baine S. http://ihi.eprints.org/2795/1/EAC_SHP_Study_Final_report.pdf. Situational Analysis and Feasibility Study of Options for Harmonization of Social Health Protection Systems towards Universal Health Coverage in the East African Community Partner States. Arusha, Tanzania: East African Community Secretariat, 2014. Web: http://ihi.eprints.org/2795/1/EAC_SHP_Study_Final_report.pdf.

M013. Shepard DS. (Guest editor). Special issue on disease burden. Dengue Bulletin (published by the World Health Organization) 34:i-108, 2011. Web: http://203.90.70.117/PDS_DOCS/B4733.pdf.

M012. Bongiovanni A, Shepard DS, Prottas J, Hamad KA, Greenan A, Billingsley C, Thomas CP, Ellender S, Gabay M. Study of Frozen Embryo Donation/Adoption Services: Final Report (Contract Number GS10F0405M, Order HHSP233200800419G, for U.S. Department of Health and Human Services, Office of Population Affairs). Washington, DC: QED Group, LLC and Waltham, MA: Brandeis University, 2010.

M011. Shepard DS, Stason WB, Strickler GK, Lee AJ, Bhalotra S, Ritter G, Suaya JA, Gurewich D, Fournier S, Zeng W, Razavi SM, Hurley CL. Evaluation of Lifestyle Modification and Cardiac Rehabilitation in Medicare Beneficiaries. Centers for Medicare & Medicaid Services (CMS), 2009. Web: http://www.cms.hhs.gov/DemoProjectsEvalRpts/MD/itemdetail.asp?filterType=none&filterByDID=-99&sortByDID=3&sortOrder=descending&itemID=CMS1192588&intNumPerPage=10 Also: www.brandeis.edu/~shepard/downloads.

M010. Brown JL Shepard DS, Martin T, Orwat J. The economic cost of domestic hunger: Estimated annual burden to the United States. An analysis commissioned by the Sodexho Foundation in partnership with The Public Welfare Foundation and Spunk Fund, Inc. 2007. Web: http://www.sodexofoundation.org/hunger_us/Images/Cost%20of%20Domestic%20Hunger%20Report%20_tcm150-155150.pdf.

M009. Shepard DS, Beinecke RH, Daley M. (Guest editors). Managed behavioral health: a report on the first statewide carve-out, a special double issue. Administration and Policy in Mental Health 32(4):307-476, 2005.

M008. [Shepard DS, Beaston-Blaakman A, Horgan C.] The ADSS Cost Study: Costs of Substance Abuse Treatment in the Specialty Sector. Rockville, MD: Substance Abuse and Mental Health Services Administration, Office of Applied Studies, DHHS Publication No. SMA 03-3762, Analytic Series: A-20, 2003. Web: http://www.oas.samhsa.gov/adss/adsscoststudy.pdf.

M007. Callahan JJ Jr, Shepard DS, Beinecke RH, Larson MJ, Cavanaugh D. Evaluation of the Massachusetts Medicaid Mental Health/Substance Abuse Program. Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, January 1994.

M006. Shepard DS, Editor. Economic impact of malaria in Africa. Tropical Medicine and Parasitology 42(3,Supplement I):197-224, 1991.

M005. Shepard DS, Vian T, Kleinau EF. Health insurance in Zaire. Policy Research and External Affairs Working Paper WPS 489. Washington, DC: The World Bank, Africa Technical Department, August 1990.

M004. Shepard DS, Durch JS. International comparison of resource allocation in health sciences: an analysis of expenditures on biomedical research in 19 industrialized countries. Reprints from the collections of the University of Michigan Library. 1985. Web: http://www.lib.umich.edu

Shepard  -  December 2017

M003. Shepard DS, Karon SL. <u>The Market for Wheelchairs:  Innovations and Federal Policy</u> (Health Technology Case Study 30), OTA-HCS-30, Washington, D.C.:  U.S. Congress, Office of Technology Assessment, 1984.

M002. Shepard DS, Ghanotakis AJ.  Reports of the Massachusetts Funds Flow Project.  Springfield, VA: National Technical Information Service.  Titles of individual reports (NTIS number) and date as follows:
   - Federal health expenditures in Massachusetts (HRP-0029324), 1980.
   - Issues raised by the analysis of federal health expenditures (HRP-0029325), 1980.
   - Local government health expenditures in Massachusetts (HRP-0029326), 1980.
   - Finances and enrollment of Massachusetts health maintenance organizations (HRP-0029327), 1980.
   - State government health expenditures in Massachusetts (HRP-0029328), 1980.
   - Trends in Massachusetts health expenditures (HRP-0029329), 1980.
   - Expenditures on professional health services in Massachusetts (HRP-0029330), 1980.
   - Nursing and rest home expenditures in Massachusetts (HRP-0029331), 1980.
   - Expenditures on eyeglasses and appliances in Massachusetts (HRP-0029332), 1980.
   - Expenditures on drugs and drug sundries in Massachusetts (HRP-0029333), 1980.
   - Massachusetts public sector health expenditures (HRP-0029334), 1980.
   - Hospital costs in Massachusetts (HRP-0029335), 1979.
   - Expenditures of home health agencies in Massachusetts (HRP-0029338), 1980.
   - Private health insurance expenditures in Massachusetts (HRP-0029337), 1980.
   - Expenditures for other health services in Massachusetts (HRP-0029338), 1980.
   - Health expenditures by philanthropy and industry (HRP-0029340), 1980.

M001. Shepard DS.  <u>Prediction and Incentives in Health Care Policy</u>. Ph.D. Dissertation, John F. Kennedy School of Government, Harvard University.  Ann Arbor: Xerox University Microfilms (#77-11744), 1977.


## <u>ABSTRACTS, LETTERS TO THE EDITOR, ETC.</u>

A059. Shepard DS, Zeng W, Amico P, Rwiyereka AK, Avila-Figueroa C.  Does HIV/AIDS funding undermine health systems?  In response.  <u>American Journal of Tropical Medicine and Hygiene</u> 87(3):581, 2012; doi:10.4269/ajtmh.2012.12-0291b.

A058. Asiimwe A, Rwiyereka AK, Kaufman JA, Shepard DS.  AIDS funds: Rwanda (letter). <u>Science</u> 330(Oct 8):176, 2010. web: <u>www.sciencemag.org</u>

A057. Shepard DS, Amico P, Zeng W, Rwiyereka AK.  Is HIV funding strengthening the health system? A quasi-experimental study in Rwanda. <u>XVIII International AIDS Conference</u>, Vienna, Austria, July 18-23, 2010.  Session MOAE0102.  Web (abstract): http://pag.aids2010.org/Abstracts.aspx?SID=619&AID=15569 Web (audio and slides, English): http://pag.aids2010.org/flash/?pid=112414  (Russian) http://pag.aids2010.org/flash/flash.aspx?pid=112414&lang=2.

A056. Suaya JA, Sah BK, Lum LCS, Armien B, Siqueira J, Jiamton S, Martelli CT, Kongsin S, Huy R, Montoya R, Garrido F, Castillo L, Shepard DS.   Epidemiological burden of dengue in officially reported dengue cases in eight countries in the Americas and Asia.  Abstract Book, 57th ASTMH Annual Meeting, New Orleans, LA, Dec. 7-11, 2008, Abstract 491.  <u>American Journal of Tropical Medicine and Hygiene</u> 2008; 79(6):145.

A055. Shepard DS, Mohammed H, Dieppa MM, Sah BK, Suaya JA. Handheld technology for efficient interviews to estimate the burden and economic cost of symptomatic dengue: pilot in Puerto Rico. Abstract Book, 57th ASTMH Annual Meeting, New Orleans, LA, Dec. 7-11, 2008, Abstract 488. American Journal of Tropical Medicine and Hygiene 2008; 79(6):144.

A054. Suaya JA, Shepard DS. Substantial underreporting of dengue deaths in an Asian dengue endemic country. Abstract Book, 57th ASTMH Annual Meeting, New Orleans, LA, Dec. 7-11, 2008, Abstract 390. American Journal of Tropical Medicine and Hygiene 2008; 79(6):115.

A053. Suaya JA Sah BK, Siqueira JB, Martelli CT, Lum LCS, Kongsin S, Jiamton S, Garrido F, Montoya R, Armien B, Huy R, Castillo L, Tan LH, Shepard DS. Economic cost of officially reported dengue cases in eight countries in the Americas and Asia. Abstract Book, 57th ASTMH Annual Meeting, New Orleans, LA, Dec. 7-11, 2008, Abstract 113. American Journal of Tropical Medicine and Hygiene 2008; 79(6):34.

A052. Armien B, Quiroz E, Suaya JA, Bayard V, Marchena L, Campos C, Shepard DS. Clinical characterization and economic impact of the dengue epidemic in Panama in the year 2005 Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 118. American Journal of Tropical Medicine and Hygiene 77(5, Supplement): 35.

A051. Suaya JA, Shepard DS, Chang M-S, Caram M, Socheat D, Nathan MB. Annual Targeted larviciding campaigns in Cambodia against the dengue vector *Aedes Aegypti*: Are they cost-effective? Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 6 2007, Abstract 350. American Journal of Tropical Medicine and Hygiene 77(5, Supplement): 101.

A050. Suaya JA, Shepard DS. Challenges for measuring global dengue burden: Overcoming severe limitations of country passive surveillance systems. Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 27. American Journal of Tropical Medicine and Hygiene 77(5, Supplement): 8.

A049. Shepard DS, Suaya JA, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K. Utilization of medical services and quality of life among dengue patients in eight endemic countries. Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 764. American Journal of Tropical Medicine and Hygiene 77(5, Supplement): 220.

A048. Suaya JA, Shepard DS, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K. Multi-country study of costs of dengue among ambulatory and hospitalized patients. Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 28. American Journal of Tropical Medicine and Hygiene 77(5, Supplement): 9.

A047. Stout RL, Zywiak W, Shepard DS. Case monitoring for alcoholics: three year clinical and health cost effects. Alcoholism: Clinical and Experimental Research 27(5, Supplement):178A, May 2003 (no. S91).

A046. Beaston-Blaakman A, Shepard DS. Private insurance for substance abuse under managed care. Alcoholism: Clinical and Experimental Research 27(5, Supplement):177A, May 2003 (no. S90).

A045. Shepard DS, Beaston-Blaakman A. Estimating the cost of treatment on demand. Alcoholism: Clinical and Experimental Research 27(5, Supplement):177A, May 2003 (no. S89).

A044. McKay JR, Lynch K, Pettinati H, Ratichek SJ, Koppenhaver J, Shepard DS.  Outcomes of alcoholics with and without cocaine dependence in a continuing care study.   Alcoholism: Clinical and Experimental Research 27(5, Supplement):170A, May 2003 (no. S45).

A043. Horgan CM, Lee M, Reif S, Ritter G, Shepard DS.  Drug abuse treatment under managed care.  In: Abstracts, XIV International AIDS Conference, Barcelona, Spain, July 7-12, 2002, Abstract WePeF6574.Web: http://gateway.nlm.nih.gov/MeetingAbstracts/102252731.html.

A042. Shepard DS, Neighbors CJ, Lloyd-Richardson EE, Beaston-Blaakman A, Farrell N, Niaura RS. Assessing costs of counseling services for HIV+ patients.  In: Abstracts, XIV International AIDS Conference, Barcelona, Spain, July 7-12, 2002, Abstract TuPeE5160.  Web: http://gateway.nlm.nih.gov/MeetingAbstracts/102253134.html.

A041. Shepard DS, Shevitz A, Beaston-Blaakman A, Stone N.  Cost-effectiveness of nutritional counseling, oxandrolone, and strength training for AIDS wasting.  In: Abstracts, XIV International AIDS Conference, Barcelona, Spain, July 7-12, 2002, Abstract TuPeE5162.  Web: http://gateway.nlm.nih.gov/MeetingAbstracts/102255129.html.  Additional web: http://www.aegis.org/conferences/iac/2002/TuPeE5162.html.

A040. Bury-Maynard D, Shepard DS. Developing a QALY for Substance Abuse. In: Abstract Book, York, International Health Economics Association (iHEA), 2001. York, United Kingdom: University of York, 2001, Abstract 3SF001, p. 112.

A039. Shepard DS, McKay J, Love C, Strickler G, Bury-Maynard DP, Yeom HS, Constantine R, Calabro J. Cost-effectiveness of aftercare in drug abuse treatment. In: Abstract Book, York, International Health Economics Association (iHEA), 2001. York, United Kingdom: University of York, 2001, Abstract 33G002, p. 91.

A038. Shepard DS, Huiguang T.  Cost-Effectiveness of Community-based Control of Non-Communicable Disease.  In: Program, International Conference on Socio-Cultural and Policy Dimensions of Health Care, 20-22 November 1999, Singapore, p. 6.

A037. Shepard DS, Beaston-Blaakman A.  The Substance Abuse Treatment System.  What does treatment cost?  Cost study methods in the Alcohol and Drug Services Study (ADSS).  In: Abstracts, 127th Annual Meeting and Exposition, American Public Health Association, November 7-11, 1999. Chicago, IL: American Public Health Association, Session 1163, p. 51.

A036. Shepard DS.  Review of Cost-Effectiveness in Health and Medicine.  Journal of Mental Health Policy and Economics 2(2):91-92, 1999.  web: www.icmpe.org.

A035. Shepard DS, Beaston-Blaakman A, Bennett RB.  Cost of Substance Abuse Treatment: A National Probability Sample.  In: Abstracts.  16th Annual Meeting of the Association for Health Services Research, June 27-29.  Chicago, Il: Association for Health Services Research, 1999, Abstract no. 571.

A034. Shepard DS, Larson MJ, Hodgkin D, Bury Maynard D.  Cost-Effectiveness of Substance Abuse Treatment in Ohio.  In: Abstracts.  16th Annual Meeting of the Association for Health Services Research, June 27-29.  Chicago, Il: Association for Health Services Research, 1999, Abstract no. 570.

A033. Shepard DS, Hodgkin D, Cavanaugh D, Beinecke R.  Contrasting systems of managed care for behavioral health under Medicaid.  In: Abstracts, 126th Annual Meeting and Exposition, American Public Health Association, November 15-18, 1998.  Washington, DC: American Public Health Association, Session 2236, p. 240.

A032. Zwick WR, Larson M, Stout R, Zywiak W, Shepard D, Feldman J, Rubin A. Medical utilization based opportunities for early case identification of alcohol abuse/dependence. Alcoholism: Clinical and Experimental Research (Supplement) 22(3):43A, 1998.

A031. Beinecke R, Shepard DS, Reif S. The Mich-Mass Massachusetts Medicaid Alcohol Provider Survey: Year One. In: Abstracts 125th Annual Meeting of the American Public Health Association, Indianapolis, IN, Nov. 9-13, 1997, p. 220.

A030. Shepard DS, Larson MJ, Legros N, Stout RL. Health costs of alcohol patients in a HMO. Alcoholism: Clinical and Experimental Research (Supplement) 21(3):36A, 1997.

A029. Larson MJ, Shepard DS, Zwick W, Stout RL. Validity of health care reporting systems. Alcoholism: Clinical and Experimental Research (Supplement) 21(3):36A, 1997.

A028. Shepard DS, Bury Maynard D. Empirically-based assignment of clients to alternative substance abuse treatments: an application of multivariate cost-effectiveness analysis. In: Abstracts, 124th Annual Meeting of the Association for Health Services Research, number 39, Chicago, IL, June 15-17, 1997.

A027. Shepard DS, Hodgkin D. Costs of substance abuse care. In: Abstracts, 124th Annual Meeting of the American Public Health Association, New York, Nov. 17-21, 1996.

A026. Shepard DS, Larson MJ, Callahan JJ Jr, Beinecke R, Cavanaugh D. Impact on Medicaid costs of the Massachusetts Mental Health/Substance Abuse Program. Abstracts, 122nd Annual Meeting of the American Public Health Association, Washington, DC, Oct. 30-Nov. 3, 1994.

A025. Shepard DS, Robertson R, Barona B, Becerra J. Urban health volunteers: an organizational partnership in Cali, Colombia. Abstracts, 121st Annual Meeting of the American Public Health Association, San Francisco, CA, Oct. 24-28, 1993.

A024. Shepard DS, Marsden ME, Collard AF. Cost-effectiveness of drug abuse treatment: a multivariate approach. Abstracts, 121st Annual Meeting of the American Public Health Association, San Francisco, CA, Oct. 24-28, 1993.

A023. Shepard DS, Walsh JA. Cost-effectiveness of improving childhood vaccines for developing countries. Abstracts, 120th Annual Meeting of the American Public Health Association, Washington, DC, Nov. 8-12, 1992, p. 334.

A022. Shepard DS. Cost-effectiveness of preventing cardiovascular disease: some illustrations. Agenda: Seventh National Conference on Chronic Disease Prevention and Control, National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control, Salt Lake City, Utah, Oct. 21-23, 1992, p. 64.

A021. Shepard DS, Bail RN, Bucyendore A. Costs of AIDS Care in Rwanda. Final Program, Seventh International Conference on AIDS/III STD World Congress, Amsterdam, the Netherlands, July 19-24, 1992. (Also: Development Discussion Paper. Cambridge, MA: Harvard Institute for International Development, 1992.)

A020. Rivera-Dueno J, Borras F, Kouri Y, Shepard D, Sotomayor J, Rizek R. The social and economic impact of AIDS in Latin America and the Caribbean. (Abstract W.D.8). Abstract Book, VII International Conference on AIDS, Florence, Italy, June 16-21, 1991, Vol. 2. p. 21.

Shepard - December 2017

A019. Kouri Y, Shepard DS, Sotomayor J, Rizek R, Rivera-Dueño J.  Impact of a comprehensive system of care for AIDS patients in San Juan, Puerto Rico [Abstract S.D. 827].  Final Program and Abstracts, Sixth International Conference on AIDS, San Francisco, CA, 23 June 1990, Vol. 3, p 296.

A018. Shepard DS, Kouri Y, Rizek J, Garib J.  Cost of AIDS in a developing area; indirect and direct costs of AIDS in Puerto Rico [Abstract F.D. 125].  Final Program and Abstracts, Sixth International Conference on AIDS, San Francisco, CA, 22 June 1990, Vol. 2, p 121.

A017. Litvack JI, Shepard DS.  Drug economics in developing countries (letter).  The Lancet 335:61, 1990.

A016. Shepard DS, Eichner J.  Cost-effectiveness of screening to reduce transfusion-related AIDS in developing areas.  Program and Abstracts, 116th Annual Meeting, American Public Health Association, Boston, MA, November 13-17, 1988.

A015. Shepard DS, and Zeckhauser RJ.  Life-cycle consumption and willingness-to-pay for increased survival (abstract). Insurance:  Abstracts & Reviews 1(3):214, 1982.

A014. Nagurney JT, Shepard DS, Stason WB.  Comparison of the effectiveness and costs of hypertension care in contrasting clinic models. Clinical Research 30(2):304a, 1982.

A013. Shepard DS.  Incentives for not smoking: experience at the Speedcall Corporation. A preliminary report (abstract). 1981 Bibliography on Smoking and Health. Washington, D.C.: U.S. Department of Health and Human Services, Office of Smoking and Health (Publication no. DHHS [PHS] 82-50187), 1982, p. 462.

A012. Shepard DS, Zeckhauser RJ.  The Anturane Reinfarction Trial (letter).  New England Journal of Medicine 303:49, 1980.

A011. Stason WB, Shepard DS, Solomon HS, et al. Effectiveness of interventions to improve compliance with anti-hypertensive treatment (abstract). Preventive Medicine 9(3):454, 1980.

A010. Shepard DS.  Reliability of blood pressure measurements:  implications for evaluating control programs (abstract). Preventive Medicine 9(3):452, 1980.  (Presented at the National Conference on High Blood Pressure Control, Houston, Texas, May 24-25, 1980).

A009. Shepard DS, Finison LJ.  Evaluating success of community programs in controlling high blood pressure (abstract). Preventive Medicine 9(3):451, 1980.  (Presented at the National Conference on High Blood Pressure Control, Houston, Texas, May 24-25, 1980.)

A008. Shepard DS, Ghanotakis AJ.  Hospital costs in Massachusetts. A report of the Massachusetts Funds Flow Project (abstract). Health Planning and Health Services Research November 20, 1979, p. 836.

A007. Shepard DS, Neutra R.  Addendum to article on 'visit-based sampling' (letter). American Journal of Public Health 69(9):954, 1979.

A006. Shepard DS, Foster SB, Stason WB, Solomon HS, McArdle PJ, Gallagher SS.  Cost-effectiveness of interventions to improve compliance with anti-hypertensive therapy (abstract). Preventive Medicine 8(2):229, 1979.  (Presented at the National Conference on High Blood Pressure Control, Washington, D.C., April 4-6, 1979.)

A005. Shepard DS.  Massachusetts Determination of Need Program (letter).  New England Journal of Medicine 301(4):1219, 1979.

A004. Foster SB, Stason WB, Solomon HS, Shepard DS. Costs and benefits of nurse intervention in hypertensive management (abstract). Preventive Medicine 7(1):72, 1978.

A003. Shepard DS.   Prediction and incentives in health care policy (abstract). Dissertation Abstracts International 37(12)(B):6064-6065, 1977.

A002. Shepard DS, Foster SB, Stason WB, Solomon HS, Gallagher S, Fass MF, Neutra RK. Incentives to improve adherence to anti-hypertensive regimens (abstract). Program, Workshop/Symposium on Compliance, McMaster University, Hamilton, Ontario, May 25-27, 1977.

A001. Shepard DS.  Book review of *Equity in Health Services*.  Medical Care 15(1):452-454, 1977.


**SELECTED CONFERENCE PAPERS AND TECHNICAL REPORTS**

P282  Zeng W, Halasa-Rappel YA, Coudeville L, Baurin N, Shepard DS.  Cost-effectiveness of dengue vaccination in ten endemic countries.  Presented at the 66th Annual Meeting of the American Society of Tropical Medicine & Hygiene, Baltimore, MD, Nov. 7, 2017.

P281  Shepard DS, Halasa-Rappel YA, Zeng W, Durand L, Coudeville L. Empirical estimates of disability burden of a symptomatic dengue episode. Presented at the 66th Annual Meeting of the American Society of Tropical Medicine & Hygiene, Baltimore, MD, Nov. 6, 2017.

P280  Shepard DS. Halasa-Rappel YA, Halaseh IA, Fardous T, Jrasat M, Abu-Shaer M. Cost and financial impact of expanding insurance coverage to vulnerable Jordanians and Syrian refugees. Presented to His Excellency Professor Mahmoud Sheyab, Minister of Health, Ministry of Health, Amman, Jordan, Oct. 2, 2017.

P279  Scanlon S, Shepard DS. What's the true price of Trump's wall and what exactly are taxpayers buying?   A   cost-benefit   analysis.   Huffpost,   Sept.   12,   2017.   Web: https://www.huffingtonpost.com/entry/whats-the-true-price-of-trumps-wall-and-what-exactly_us_59b7e720e4b08f6632c076f6

P278  Shepard DS, Zeng W, Mutasa R, Das A, Sisimayi, Shamu S, Banda S, Nguyen H, Friedman J. Cost-effectiveness of results-based financing in Zimbabwe: results from a controlled trial. Presented at 2017 iHEA Biennial World Congress, Boston, MA, July 8-11, 2017.

P277  Shepard DS.  Toolkit to estimate the economic burden of dengue.  Presented at Third Advisory Group Meeting on Dengue Burden Estimation, Geneva, Switzerland, June 29, 2017.

P276  Shepard, DS. Economic burden of dengue in Maldives.  Presented at Third Advisory Group Meeting on Dengue Burden Estimation, Geneva, Switzerland, June 28, 2017.

P275. Shepard DS.   Dengue global/regional economic costs and value of cost effectiveness studies. Presented at Eliminate Dengue Health Economics Framework Workshop, Singapore, June 6, 2017.

P274. Shepard DS, Zeng W, Halasa YA, Durand L, Coudeville L  Impact of a dengue episode on quality of life or DALYs: systematic review.   Presented at International Society for Pharmaceutical Outcomes Research (ISPOR) 22nd Annual International Meeting, Boston, MA, May 20-24. Available at: https://www.ispor.org/research_study_digest/list.asp?Page=1&Size=100, PIN50.

P273 Shepard DS, Halasa Y.   Health care cost study at Ministry of Health on costs to insure vulnerable Jordanians and Syrian refugees.  Presented at UNICEF Stakeholders' Meeting, Amman, Jordan, May 16, 2017.

P272. Shepard DS, Zeng W, Mutasa R, Das A, Sisimayi C, Shamu S, Mutetwa S, Friedman J.  Cost-effectiveness of results-based financing in Zimbabwe: preliminary results from a controlled trial.  Presented at Fourth Global Symposium on Health Systems Research, Vancouver, BC, Canada, Nov. 18, 2016.

P271. Shepard DS, Halasa YA, Kihombo A, Kihomo R, Mangesho P, Messenger L, Mnzava R, Mtove G, Mugasa JP, Seif M, Kisinza WN. Cost-effectiveness of durable liner and indoor residual spraying to prevent malaria in Kenya and Tanzania. Presented as eposter 3179 at Fourth Global Symposium on Health Systems Research, Vancouver, BC, Canada, Nov. 14-18, 2016.   Available at: http://epostersonline.com/gshr2016/node/3652?view=true.

P270. Zeng W, Halasa YA, Coudeville L, Baurin N, Shepard DS.  Cost-effectiveness of dengue vaccination in five Southeast Asian countries.  Presented at the 65th Annual Meeting of the American Society of Tropical Medicine & Hygiene, Atlanta, GA, Nov. 14, 2016.

P269 Shepard DS, Halasa YA, Zeng W, Baurin N, Coudeville L.  Cost-effectiveness of dengue vaccination in five Latin American countries.  Presented at the 65th Annual Meeting of the American Society of Tropical Medicine & Hygiene, Atlanta, GA, Nov. 16, 2016.

P268 Shepard DS, Halasa YA, Kihombo A, Kihomo RM, Mangesho P, Messenger L, Mnzava R, Mtove G, Mugasa J, Seif M, Kisinza W.  Cost-effectiveness of insecticide-treated wall liner and indoor residual spraying to prevent malaria in Kenya and Tanzania (Poster number 1665).  Presented at the 65th Annual Meeting of the American Society of Tropical Medicine & Hygiene, Atlanta, GA, Nov. 16, 2016.  Available at: http://www.abstractsonline.com/pp8/#!/4114/presentation/4621.

P267 Shepard DS.  Vaccination cost effectiveness.  Presented at Boston Infectious Disease/Vaccines Symposia.  Boston University School of Medicine, Boston, MA, Oct. 11, 2016.

P266 Shepard DS.  Vector control costings--review of the literature.  Presented at Global Vector Control Response Steering Committee Meeting, World Health Organization, Geneva, Switzerland, Oct. 4, 2016 (via video).

P265 Shepard DS; Zeng W, Banda S.  Cost-effectiveness analysis of results-based financing in Zimbabwe.  Presented at Results-Based Financing (RBF) Health.  Cresta Hotel, Harare, Zimbabwe, Sept. 20, 2016.

P264 Shepard DS.  Experiences and lessons on developing health financing policies in LMICs.  Presented at Health Financing Policy Development: High-level Consultation Meeting, Bronte Hotel, Harare, Zimbabwe, Sept. 15, 2016.

P263. [Saya U, Shepard DS, Basaza RK, Kihombo A, Martyris D, Konopka S, Thetard R, Teitelbaum M.]  African Strategies for Health.  Cost-effectiveness of reproductive health vouchers and community-based health insurance in Uganda.  Arlington, VA: African Strategies for Health, June 2016.  Web: http://www.africanstrategies4health.org/uploads/1/3/5/3/13538666/technical_brief_cbhi_rhv_cea_june_2015.pdf

P262. Shepard DS, Suaya J, Morrill T, Ades P, Stason W. Cost-effectiveness of cardiac rehabilitation in older adults with coronary heart disease.  AcademyHealth Annual Research Meeting, Boston, MA, June 26-28, 2016.

P261. Foley M, Shepard DS, Halasa YA, Tschampl C.  Cost-benefit analysis of an adult Medicaid dental benefit.  Presented at CHIP/Medicaid Services Dental Association Annual Conference, Washington, DC, June 13-14, 2016.

P260. Shepard DS, Zeng W.   Cost-effectiveness analysis of results-based financing in Zimbabwe. Presented at Policy Dialogue on Results-Based Financing (RBF), Harare, Zimbabwe, June 9, 2016.

P259. Edgington S, Shepard DS, Zeng W, Tschampl CA, Shetler D, Leackfeldt G, Bailey E, Chancy D. Medical respite care for people experiencing homelessness: a preliminary analysis.  Presented at National Summit for Health Care Innovation Awards, Round 2, Baltimore, MD, June 8, 2016.

P258. Neal M, Shepard D, Feller C, DeLigt H. You receive federal funding! Why should we support you? How would you answer that question? Presented at the 2016 National Health Care for the Homeless Conference & Policy Symposium, Portland, OR, May 31, 2016.

P257. Shepard DS.  Cost-effectiveness of cardiac rehabilitation in older coronary patients.  Presented at Fourteenth Health Economic Evaluation Network WebEx Session sponsored by the WHO Regional Office for the Eastern Mediterranean, Cairo, Egypt (via WebEx), May 23, 2016.

P256. Foley M, Shepard DS, Halasa YA, Tschampl C.  Return on investment in an adult Medicaid dental benefit.  Presented at National Oral Health Conference, Cincinnati, OH, April 19, 2016.

P255. Shepard DS.  Provider payment mechanisms and implications for sustaining the provision of quality services (4 PBF).  Presented at Health Financing Reforms in the Eve of Sustainable Development Goals, Kigali, Rwanda (via video), March 30, 2016.

P254. Shepard DS, Zeng W.  Cost-effectiveness analysis of results based financing.  Presented at the Results-Based Financing Course, Golden Peacock Villa Hotel, Mutare, Zimbabwe, Jan. 22, 2016.

P253. Shepard DS, Leang R, Ly S, Huy R, Undurraga EA, Halasa YA, Stanaway JD. Economic Cost of dengue in Cambodia and globally.  Presented at second meeting on dengue burden.  Geneva, World Health Organization, Jan. 19, 2016.

P252. Shepard DS, Undurraga EA, Halasa YA, Stanaway JD.  Global economic cost of dengue.  Presented at The World Society for Pediatric Infectious Diseases (WSPID), Rio de Janeiro, Brazil, November 19, 2015.

P251. Shepard DS, Halasa YA, Undurraga, EA, Stanaway J.  Global economic cost of dengue illness. Presented at 64th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA, October 25-29, 2015, poster 781.

P250. Undurraga EA, Halasa YA, Shepard DS.  Economic analysis of genetically modified mosquito strategies to control dengue.  Presented at 64th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Philadelphia, PA, October 25-29, 2015, Abstract 1304.

P249. Shepard DS.  Costs of vaccine delivery: the case of dengue.  Presented at: Convening on immunization delivery costs, sponsored by the Bill & Melinda Gates Foundation, Seattle, WA, October 14-15, 2015.

P248. Shepard DS.  Cost effectiveness of pyrethroid plus PBO nets and pyrethroid nets in villages in Nigeria.  Presented at Evidence Review Group, Global Malaria Program, World Health Organization, Geneva, Switzerland, Sept. 22, 2015.

Shepard  -  December 2017

P247. Shepard DS. Carga económica del dengue.  [The economic burden of dengue].  Presented at Estimación de carga epidemiológica del dengue en Brasil y México [Estimation of disease burden of dengue in Brazil and Mexico].  Mexico City, Mexico, July 21, 2015.

P246. Shepard DS. Tanzanian household and government expenditures for malaria treatment from a population-based survey.  Presented at International Health Economics Association World Congress, Milan, Italy, July 13, 2015.

P245. Shepard DS. Improving access to maternal health services in Uganda: subsidized insurance versus vouchers.  Presented at International Health Economics Association World Congress, Milan, Italy, July 13, 2015.

P244. Shepard DS. The global economic cost of dengue.  Presented at Public Health in the 21st Century: A case study of dengue.  Harvard T.H. Chan School of Public Health, Boston, MA, July 8, 2015.

P243. Shepard DS. Design of cost-effectiveness study of results-based financing in Zimbabwe.  Presented at the World Bank Brown Bag Lunch on Results-Based Financing in Zimbabwe, Harare, Zimbabwe, July 2, 2015.

P242. Shepard DS, Zeng W.  Cost-effectiveness analysis of results-based financing programs: A toolkit for task teams.  Presented at the World Bank Training Seminar, Washington, DC, June 15, 2015.

P241. Shepard DS.  Cost-effectiveness and cost-benefit of CHWs: examples from environmental control and maternal health.  Presented at Financing Community Health Worker Systems at Scale in Sub-Saharan Africa.  Accra, Ghana, June 10, 2015.

P240. Shepard DS, Zeng W, Nguyen HTH. 2015. Cost-effectiveness analysis of results-based financing programs: a toolkit. Health, Nutrition, and Population (HNP) discussion paper. Washington, D.C.: World Bank Group, May 1, 2015. http://documents.worldbank.org/curated/en/2015/09/25069701/cost-effectiveness-analysis-results-based-financing-programs-toolkit [see also M015].

P239. Shepard DS, Sewankambo N.  Pilot SMS Mother Reminder System evaluation in Gulu: design and current status. Presented at Technical Review Meeting, Mother Reminder Project, Uganda Ministry of Health, Gulu, Uganda, April 2, 2015.

P238. Shepard DS, Halasa Y, Mangesho P, Kihombo A, Kihomo R, Seif M, Mnzava R, Tenu F, Makerere C, Mugasa J, Mtove G, Rowland M, Malima R, Rowland M, Kisinza, W.  Tanzanian household and government expenditures for malaria treatment from a population-based survey. Fifth East African Health and Scientific Research Conference, Kampala, Uganda, March 25-27, 2015.

P237. Shepard DS.  Economic burden of dengue.  Presented at meeting of the Americas Dengue Prevention Board, March 16-17, 2015, Bogota, Colombia.

P236. Shepard DS, Halasa Y, Mangesho P, Kihombo A, Kihomo R, Seif M, Mnzava R, Tenu F, Makerere C, Mugasa J, Kisinza W.  Cost-effectiveness of insecticide-treated durable wall liners and indoor residual spraying for malaria control in rural Tanzania. TRAction Scientific Review Panel, Jan. 11, 2015, Tanga, Tanzania.

34

P235. Shepard DS, Tschampl C.  Homeless services costing tool: software and webinar.  National Health Care for the Homeless Council, Dec. 11, 2014, Nashville, TN (via web).    Web: https://www.nhchc.org/2014/11/a-costing-tool-you-can-use-demonstrating-the-value-of-services-for-people-experiencing-homelessness/

P234. Shepard DS.  Burden and economic cost associated with health system congestion due to dengue outbreaks, an update. Presented at World Health Organization Meeting on Dengue Burden, Nov. 7-8, 2014, New Orleans, LA.

P233. Shepard DS, Halasa YA, Undurraga EA.  Cost of Dengue Vector Control: Systematic Literature Review. Presented at: 63rd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 2-6, 2014, New Orleans, LA, poster 836.

P232. Shepard DS, Halasa YA, Undurraga EA.  Global Cost of Dengue in the Professional Healthcare System.  Presented at: 63rd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 2-6, 2014, New Orleans, LA, poster 203.

P231. Shepard DS, Mangesho P, Mpagala Kihomo R, Kihombo A, Mugasa J, Malongo A, Mnzava R, Tenu F, Rwiyereka AK, Halasa YA, Samuels AM, Rowland M, Mosha F, Kisinza W.  Household expenditures for malaria treatment from a population-based survey. Presented at: 63rd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 2-6, 2014, New Orleans, LA.

P230. Shepard DS.  Social health protection in East Africa.  Presented at Validation Workshop on Social health protection in East African Partner States, Kigali, Rwanda, July 7, 2014.

P229. Shepard DS.  Cost burden of dengue in Asia Pacific.  Presented at ASEAN Dengue Day Symposium, June 14, 2014, Clark (Manila), Philippines.

P228. Shepard DS.  Burden and economic cost associated with health system congestion due to dengue outbreaks. Presented at World Health Organization Meeting on Dengue Burden, June 10, 2014, Geneva, Switzerland.

P227. Shepard DS, Rusatira JDD, Zeng W, Blaakman AP.  Impact of performance-based financing in Republic of Congo, May 30, 2014, Presented at Project Closure Workshop, Ministry of Health, Brazzaville, Republic of Congo.

P226. Shepard DS, Mangesho P, Kihomo RM, Kihombo A, Mugasa J, Malongo A, Mnzava R, Tenu F, Rwiyereka AK, Halasa YA, Samuels AM, Rowland M, Mosha F, Kisinza W.  Household expenditures for malaria treatment from a population-based survey.  Presented at 28th Annual Joint Scientific Conference, National Institute for Medical Research, April 22-24, 2014, Dar es Salaam, Tanzania.

P225. Shepard DS, Tschampl C.  Costing of healthcare services for the homeless.  Presented to workshop organized for the National Council on Healthcare for the Homeless at Brandeis University, March 12, 2014, Waltham, MA.

P224. Rwiyereka AK, Shepard DS.  Social health protection in East Africa: inception of situational analysis and feasibility study.  Presented to Health Secretariat, East African Community, Feb. 21, 2014, Arusha, Tanzania.

P223. Halasa YA, Shepard DS, Fonseca DM, Farajollahi A, Healy S, Gaugler R, Bartlett-Healy K, Strickman D, Clark GG. Economic evaluation of an integrated pest management to control the Asian tiger mosquito. Presented at the Northeastern Mosquito Control Association 11th Annual Meeting, December 9-11, 2013, Hull, MA.

P222. Shepard DS, Glaser E, Kihombo A, Khoshi S. Cost effectiveness of indoor residual spraying in Nyanza Province Kenya. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P221. Tyagi BK, Karthiga KS, Vidya C, Arora NK, Nandan D, Halasa YA, Jhansi C, Mohan N, Varadarajan P, Mariappan T, Samuel PP, Paramasivan R, Vivek Adish S, Gaba, M, Porkaipandian T, Shepard DS. Dengue in India: the Madurai case study. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P220. Shepard DS, Halasa YA, Tyagi BK, Vivek Adish S; Nandan D, Karthiga KS, Vidya C, Gaba M, Arora NK. Dengue in India: the cost of illness. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P219. Shepard DS, Betancourt-Cravioto M, Undurraga EA, Gubler DJ, Guzman MG, Halstead SB, Harris E, Kuri-Morales P, Martínez-Vega R, Méndez-Galván J, Mudin RN, Ramos-Castañeda J, Tapia-Conyer R. Dengue v2V Under-Reporting Initiative. Dengue in Mexico: use of multiple data sources to estimate economic and disease burden. Poster 1062. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P218. Shepard DS, Halasa YA, Edillo FE, Largo FM, Amoin NB. The cost of dengue in the Philippines. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P217. Edillo FE, Alera MT, Amoin NB, Halasa YA, Largo FM, Yoon I.-K, Undurraga EA, Shepard DS. Adjustment factor for the reported number of dengue cases from a prospective cohort in Punta Princesa, Cebu City, Philippines. Poster 1061. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P216. Edillo FE, Erasmo JN, Halasa YA, Amoin NB, Largo FM, Shepard DS. Dengue surveillance system in action in the Philippines. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P215. Glaser E, Okunogbe A, Odhiambo JA, Gimnig J, Hamel MJ, Ritter G, Otieno P, Olang G, Bayoh N, Shepard DS. Impact of insecticide treated wall liner on school attendance in rural western Kenya. Presented at: 62nd Annual Meeting of the American Society of Tropical Medicine and Hygiene, November 13-17, 2013, Washington, DC.

P214. Shepard DS, Glaser E, Olang G, Bayoh N, Odhiambo F, Were V, Otieno P, Kariuki S, Laserson K, Desai M, Gimnig J, Hamel M, Kihombo A, Rwiyereka A. Insecticide treated wall liner: cost-effectiveness of a new tool for malaria prevention. Presented at: 141st Annual Conference of the American Public Health Association, November 5, 2013, Boston, MA.

P213. Shepard DS. Economic burden of dengue. Presented at: 13th International Dengue Course, Pedro Kouri Institute, August 14, 2013, Havana, Cuba.

P212. Shepard DS. Overview of economic burden of dengue in the region. Presented at: Developing Strategies for Meeting the Challenge of Equitable Vaccine Introduction in the Americas: with a focus on Dengue Vaccine Financing. July 22-23, 2013, Washington, DC.

P211. Shepard DS, Zeng W, Lee A, van der Looij F. Symposium on performance-based financing: recent developments in low- and middle-income countries. Presented at: International Health Economics Association Congress, July 9th, 2013, Sydney, Australia.

P210. Shepard DS, Glaser E, Olang G, Bayoh N, Desai M, Kihombo A, Gimnig ., Hamel MJ, Odhiambo FJ, Odhiambo JA, Okunogbe A, Were V, Otieno P, Khoshi S, Ritter G, Laserson K, Kariuki S. Cost-effectiveness of two forms of malaria prevention in rural western Kenya. Presented at: International Health Economics Association Congress, July 8th, 2013, Sydney, Australia.

P209. Shepard DS. Social and economic burden of dengue and thoughts about cost-effectiveness of interventions. Presented at: Eliminate Dengue Annual Meeting, May 9, 2013, Bali, Indonesia.

P208. Shepard DS, Glaser E, Olang G, Bayoh N, Desai M, Kihombo A, Odhiambo F, Gimnig J, Hamel MJ, Were V, Otieno P, Rwiyereka AK, Laserson K, Kariuki S. Insecticide treated wall liner: Cost-effectiveness of a new technology for malaria prevention in Kenya. Presented at: Fourth East African Community Health and Scientific Research Conference, March 27, 2013, Kigali, Rwanda.

P207. Shepard DS. Economic appraisals: Overview and application to Human African Trypanosomiasis. Presented at Foundation for Innovative New Diagnostics (FIND), March 11, 2013, Geneva, Switzerland.

P206. Shepard DS, Halasa Y, Wittenberg E, Fonseca DM, Farajollahi A, Healy S, Gaugler R, Bartlett-Healy K, Strickman D, Clark GG. Cost-benefit analysis of an area-wide pest management program against the Asian Tiger Mosquito in NJ. Presented at: American Mosquito Control Association Conference. February 27, 2013, Atlantic City, NJ.

P205. Shepard DS, Halasa Y, Undurraga EA. Expansion factors for underreported cases of dengue. Presented at: National Workshop on Eliminating the Burden and Estimating the Cost of Dengue in the Philippines. February 23, 2013, Cebu City, Philippines.

P204. Shepard DS. International experience and preliminary estimate of cost of dengue in India. Presented at: Delphi Workshop for Determining the Expansion Factor for Under Reporting of Dengue Cases in India, February 19, 2013, New Delhi, India.

P203. Shepard DS. Economic appraisals: overview of key concepts for product development partnerships. Presented at the Product Development Partnership's Access Group, Population Council, New York, Jan. 23, 2013.

P202. Shepard DS, Glaseer E, Olang G, Bayoh N, Desai M, Kihombo A, Odhiambo F, Gimnig J, Hamel MJ, Were V, Otieno P, Laserson K, Kariuki S. Cost-effectiveness of insecticide treated wall liner for malaria prevention in rural western Kenya. Presented at: The efficacy of insecticide-treated durable wall liners (ITWL) as a method for malaria control in endemic rural Tanzania: Start-up workshop, December 10-12, 2012, Dar es Salaam, Tanzania.

P201. Shepard DS, Zeng W, Rusatira JDD, Blaakman A. Mise à jour sur l'évaluation et l'assistance Technique au Ministère de la Santé et de la Population (Updates on Evaluation and Technical Assistance to the Ministry of Health and Population). Presented to the Ministry of Health and Population, December 5, 2012, Brazzaville, Republic of Congo.

Shepard - December 2017

P200. Shepard DS, Glaser E, Olang G, Bayoh N, Desai M, Kihombo A, Odhiambo F, Gimnig, J, Hamel MJ, Were V, Otieno P, Laserson K, Kariuki S. Cost-effectiveness of insecticide treated wall liner for malaria prevention in rural western Kenya. Presented at the 61st Annual Meeting of the American Society of Tropical Medicine and Hygiene, Nov. 11-15, 2012, Atlanta, GA.

P199. Shepard DS, Betancourt-Cravioto M, Gubler DJ, Guzman MG, Halstead SB, Harris E, Kuri-Morales P, Mudin R-N, Siqueira JG, Tapia-Conyer R, Undurraga EA. Economic cost and disease burden of dengue in Mexico: Adjusting for under-reporting. Presented at the 61st Annual Meeting of the American Society of Tropical Medicine and Hygiene, Nov. 11-15, 2012, Atlanta, GA.

P198. Shepard DS. Halasa YA, Wittenberg E, Fonseca D, Farajollahi A, Healy S, Gaugler R, Bartlett-Healy K, Strickman D, Clark GG. Economic evaluation of area-wide pest management program to control Asian tiger mosquito in New Jersey. Presented at the 61st Annual Meeting of the American Society of Tropical Medicine and Hygiene, Nov. 11-15, 2012, Atlanta, GA.

P197. Shepard DS, Undurraga EA, Gutierrez JM, Saturno PJ. Value and impact of international hospital accreditation in Spain. Presented at the Annual Conference International Society for Quality in Health Care, Oct.22, 2012, Geneva, Switzerland.

P196. Shepard DS. Under-reporting initiative: Status update and next steps. Presented at the 4th Dengue v2V (vaccine to Vaccination) Steering Committee Meeting sponsored by Dengue v2V Group, Sept. 10-11, 2012, Paris, France.

P195. Shepard DS. Dengue in Asia: Cost of illness and cost-effectiveness of vaccination and vector control. Presented via videoconference at Regional Meeting on Dengue Prevention and Control, National Institute of Immunology, Sept. 18, 2012, New Delhi, India.

P194. Thomas CP, Shepard DS. Evaluation of Wisconsin SeniorCare. Waltham, MA: Schneider Institutes for Health Policy, Wisconsin Department of Health Services, August 30, 2012. Web: http://www.dhs.wisconsin.gov/seniorcare/input/evaluation.pdf.

P193. Shepard DS, Kihombo A, Glaser E, Odhiambo J. Contribution of health economics to KEMRI/CDC: The case of a new vector control technology for malaria. KEMRI/CDC, June 26, 2012, Kisian, Kisumu, Kenya.

P192. Blaakman A,Shepard DS, Zeng W, Rusatira J. Agence d'appui technique et de suivi et évaluation du financement basé sur la performance [Agency for technical assistance, monitoring, and evaluation of performance-based financing]. Ministry of Health and Population, May 16, 2012, Brazzaville, Republic of Congo.

P191. Shepard DS, Gurewich D, Lwin A, Reed J, Silverman M. Suicide and suicidal attempts in the United States: Costs and potential interventions. Presented at the American Association of Suicidology, April 19, 2012, Baltimore, MD.

P190. Shepard DS, Halasa Y. Economic analysis of area-wide integrated pest management for mosquito control project. Presented at USDA Advisory Board, Jan. 4-6, 2012, New Brunswick, NJ.

P189. Shepard DS, Rusatira J, Zeng W. Performance-based financing: international experiences and planned monitoring and evaluation in Republic of Congo. Workshop on Performance-Based Financing, Ministry of Health and Population, Dec. 20, 2011, Brazzaville, Republic of Congo. Web: http://people.brandeis.edu/~shepard/downloads.html.

P188. Shepard DS.  Economic cost of sarcopenia and hunger in the United States.  Presented at 6th Cachexia Conference, Dec. 10, 2011, Milan, Italy.

P187. Undurraga E, Halasa Y, Shepard DS.  Expansion factors: a key step in estimating dengue burden and costs in South East Asia [abstract 1054].  Presented at the 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Dec. 7, 2011, Philadelphia, PA.

P186. Shepard DS. Undurraga E, Lees R, Halasa Y, Ng CW, Lum LC.  Economic cost of dengue in Malaysia: merging multiple sources [abstract 510].  Presented at the 60th Annual Meeting of the American Society of Tropical Medicine and Hygiene, Dec. 5, 2011, Philadelphia, PA.

P185. Shepard DS.   Health system of the United States.   Presented via videoconference at Congreso internacional salud y justicia social: claves para el futuro de la salud de los pueblos Argentina [International conference on health and social justice: parallel keys for the future of health of the people of Argentina], Cultural Center Graciela Carena, Cordoba, Argentina, December 1, 2011.

P184. Shepard DS.  Economic burden of dengue in Southeast Asia.  Presented at Sanofi Symposium, International Conference on Pediatric Tropical Diseases, Bangkok, Thailand, October 19, 2011.

P183. Shepard DS.  Expectations of payers and registration authorities for health economics outcomes. Presented at Novartis strategic advisory board on muscles diseases, Cambridge, MA, Oct. 14, 2011.

P182. Shepard DS, Setren E, Cooper D.  Hunger in America: suffering we all pay for.  Presented at press conference held by Congressman Jim McGovern (D, MA).  House Office Building, Washington, DC, October 5, 2011.

P181. Shepard DS, Setren E, Cooper D.  Hunger in America: suffering we all pay for.  Washington, DC: Center for American Progress.  http://www.americanprogress.org/issues/2011/10/hunger.html.

P180. Shepard DS, Sunish IP, Lwin AK, White G.  Cost-effectiveness of added vector control to the regular MDA [mass drug administration] program for global elimination of lymphatic filariasis in Tamil Nadu, India.    Presented at National Workshop in Lymphatic Filariasis and Field-Based Demonstration Meeting, sponsored by the Centre for Research on Medical Entomology, Indian Council for Medical Research, Chennai, Tamil Nadu, India, August, 2011.

P179. Shepard DS, Lwin AK, Strickler GK, Garner BR.  Cost-effectiveness of pay for performance incentives for therapists treating substance abuse: Preliminary results from a randomized experiment. Presented at International Health Economics Association (iHEA) 8th World Congress, Ontario, Canada, July, 2011.

P178. Shepard DS, Undurraga EA, Lees R, Ng CW, Halasa Y, Lum L.  Economic cost of dengue in Malaysia: Using 'triangulation' for sub-sectoral accounts.  Presented at 7th Global Symposium on National Health Accounts, Toronto, Ontario, Canada, July, 2011.

P177. Shepard DS, Stanciole A, Zeng W. Getting the money to work better: Improving the efficiency and effectiveness of services for OVC.  Presented at 5th Global Partners Forum, New York, NY, June 3, 2011.

P176. Shepard DS, Saturno P.   Value and impact of implementing selected international hospital accreditation standards: A pilot study.  Presented at Ministerio de Sanidad, Politica Social e Igualdad [Ministry of Health, Social Policy and Equality], Madrid, Spain, April 14, 2011.

P175. Zeng W, Shepard DS, Chilingerian J, Avila-Figueroa C.  Global evidence of comparative efficiency: performance of national HIV/AIDS programs.  Presented at UNAIDS and World Bank Economic Reference Group Meeting, Geneva, Switzerland, March 7, 2011.

P174 Shepard DS, Zeng W.  Design of health insurance in The Gambia.  Prepared under an agreement with International Health Partners, UK, Feb. 2, 2011.  Web: http://people.brandeis.edu/~shepard/downloads.html.

P173. Shepard DS, Halasa Y, Wittenberg E.  Progress on economic component of area-wide management of Asian tiger mosquito, March 2010-January 2011. Presented at Area-wide Management of ATM 2010 Annual Review Meeting, Center for Vector Biology, Rutgers University, New Brunswick, NJ, Jan. 5, 2011.

P172. Shepard DS.  Burden of dengue in Malaysia.  Presented at Dengue Burden in Malaysia Workshop sponsored by Ministry of Health of Malaysia, Brandeis University, and Sanofi Pasteur, Putrajaya, Malaysia, Dec. 6, 2010.

P171. Shepard DS.  Economic costs of dengue.  Presented at 1st Dengue v2V (vaccine to Vaccination) Asia–Pacific Workshop sponsored by Dengue v2V Group, Singapore, Nov. 30 - Dec. 2, 2010.

P170. Gurewich D, Shepard DS, Sirkin J, Zolotusky G, Garnick D.  Coordinating primary and substance abuse treatment services in community health centers.  Presented at AHSR 2010, Addiction Health Services Research Conference, Lexington, KY, Oct. 25-27, 2010.

P169. Shepard DS, Lwin AK, Strickler GK, Atuaka C, Garner B.  The Reinforcing Therapist Performance experiment: preliminary cost findings.  Presented at AHSR 2010, Addiction Health Services Research Conference, Lexington, KY, Oct. 25-27, 2010.

P168. Shepard DS, Gurewich D.  High performing community health centers: what it takes. Presented at National Association of Community Health Centers (NACHC) Community Health Institute, Dallas, TX, September 14, 2010.

P167. Shepard DS.  Economic analysis of NTD programs.  Presented at the annual meeting of the Strategic Technical Advisory Committee (STAG), World Health Organization, Geneva, July 1, 2010.

P166. Zeng W, Shepard DS, Chilingerian J, Avila-Figueroa C.  Resource needs and gap analysis in achieving the targets of universal access to prioritized HIV/AIDS services by 2010. Report prepared for UNAIDS.  Jan 2010.

P165. Gurewich D, Shepard DS, Sirkin J, Zolotusky G, Prottas J, Garnick D.  Coordinating primary and substance abuse treatment services in community health centers.  Presented at AcademyHealth Annual Research Meeting, Boston, MA, June 28, 2010.

P164. Shepard DS, Suaya JA, Stason WB, Ades PA.  Managing heart disease in older Americans: Cost-effectiveness of cardiac rehabilitation.  Presented at AcademyHealth Annual Research Meeting, Boston, MA, June 27, 2010.

P163. Shepard DS, Halasa Y, Undurraga E.  The global burden of dengue.  Presented via teleconference at Global Burden of Disease Expert Advisory Meeting, Institute for Health Metrics, University of Washington, Seattle, WA, May 7, 2010.

P162. Shepard DS. Climate change and economic cost of disease. Presented via teleconference at Celebration of World Health Day, Hospital Francés, Cordoba, Argentina, April 9, 2010.

P161. Shepard DS.  Lifestyle modification and cardiac rehabilitation: what we have learned and where do we go from here.  Presented at Office of Research, Demonstrations, and Information, Centers for Medicare & Medicaid Services, Baltimore, MD, March 1, 2010.

P160. Bongiovanni A, Shepard DS. Frozen embryo donation-adoption study final project debriefing. Presented at Office of Population Affairs, U.S. Department of Health and Human Services, Rockville, MD, March 1, 2010.

P159. Shepard DS, Halasa Y.  Progress on economic component of area-wide management of Asian tiger mosquito, March 2009-January 2010. Presented at Area-wide Management of ATM 2010 Annual Review Meeting, Center for Vector Biology, Rutgers University, New Brunswick, NJ, Feb. 4, 2010.

P158. Shepard DS, Tyo K, Rubin J. Modeling the public health and economic impact of pneumococcal vaccination in an influenza pandemic.  Presented at Ministry of Health, Singapore, Dec. 17, 2009.

P157. Shepard DS. Cost-effectiveness analysis. Second International Health Economics Seminar, Sponsored by Malaysian Health Economics Association, Universiti Kebangsaan Malaysia Medical Centre, United Nations University International Institute for Global Health, and Malaysia Ministry of Health, Kuala Lumpur, Malaysia, Dec. 14-16, 2009.

P156. Shepard DS, Tschampl CA, Dubre D, Hurley CL. Cost analysis tools for homeless service programs: description and progress.  Presented at Homeless Resource Center Advisory Steering Committee, Rockville, MD, Dec. 9, 2009.

P155. Halasa YA, Shepard DS, Fonseca D, Fonseca D, Farajollahi A, Healy S, Gaugler R, Clark GG. Willingness to pay for area-wide pest management of Asian Tiger Mosquito in New Jersey, Presented at the 58th ASTMH Annual Meeting, Washington, DC, Nov. 22, 2009.

P154. Shepard DS, Halasa YA, Dieppa M, Pérez-Guerra CL. Aggregate economic cost of dengue in Puerto Rico.  Presented at the 58th ASTMH Annual Meeting, Washington, DC, Nov. 18-22, 2009.

P153. Pérez-Guerra CL, Halasa YA, Rivera R, Pena M, Ramírez V, Cano MP, Shepard DS. Economic cost of dengue vector control in Puerto Rico.  Presented at the 58th ASTMH Annual Meeting, Washington, DC, Nov. 18-22, 2009.

P152. Shepard DS. Cost-effectiveness models to evaluate pneumococcal vaccination: the case of Singapore.  Presented at Pneumococcal Disease Prevention in the Asia-Pacific Region: Bridging the Future, 5th Pneumococcal Disease Conference, Bangkok, Nov. 6-8, 2009.

P151. Shepard DS. Modeling the public health and economic impact of pneumococcal vaccination in an influenza pandemic.  Presented at Pneumococcal Disease Prevention in the Asia-Pacific Region: Bridging the Future, 5th Pneumococcal Disease Conference, Bangkok, Nov. 6-8, 2009.

P150. Shepard DS, Suaya JA.  Cost-effectiveness of a dengue vaccine in Southeast Asia and Panama. Presented at International Health Economics Association (iHEA) 7th Biennial World Congress, Beijing, July 15, 2009.

P149. Zeng W, Shepard DS, Chilingerian J, Avila C.  Performance of National HIV and AIDS programs. Presented at International Health Economics Association (iHEA) 7th Biennial World Congress, Beijing, July 13, 2009.

P148. Shepard DS, Rwiyereka AK, Amico P, Zeng W, Furere S, Avila C. The impact of AIDS funding on the health care system: a controlled study from Rwanda.  Presented at International Health Economics Association (iHEA) 7th Biennial World Congress, Beijing, July 13, 2009.

P147. Shepard DS, Halasa Y.  Cost measures in cost and value study.  Presented at Workshop on Value and Impact of Hospital Accreditation, Health Care Accreditation Council, Amman, Jordan, July 4-5, 2009.  Web:  Part 1:  www.youtube.com/watch?v=jfHEdz851Po;  Part 2: www.youtube.com/watch?v=Q5BlWP0gT60; Part 3: www.youtube.com/watch?v=8omZAsYtKfc.

P146. Shepard DS, Tyo KR, Oyeneyin A, Dubre D.  Homeless program economic evaluation. Presented at Expert Panel Meeting, Homelessness Resource Center, Newton, MA, June 29, 2009.

P145. Shepard DS.  Economic analysis of Neglected Tropical Diseases (NTDs).  Presented at: 2009 annual meeting of the Strategic and Technical Advisory Committee for Neglected Tropical Diseases, World Health Organization, Geneva, Switzerland, April 17, 2009.

P144. Shepard DS.  Economic models for evaluating health interventions and the implications for pneumococcal vaccination: structures, data sources, key parameters, and economies of scale. Presented at: Asian Strategic Alliance for Pneumococcal disease prevention (ASAP) Regional Summit, Taipei, Taiwan, March 23-24, 2009.

P143. Mavalankar D, Puwar T, Murtola T, Vasan SS, Field R, Alphey N, Gong H-F, Shepard DS. Quantifying the impact of chikungunya and dengue on tourism revenues.  Working paper 2009-02-03 Ahmedabad: Indian Institute of Management, 2009.  Web: www.iimahd.ernet.in/publications/data/2009-02-03Mavalankar.pdf.

P142. Suaya JA, Shepard DS, Halstead SB. (co-chairs).  Measuring disease burden and cost of illness of Neglected Tropical Diseases: Lessons from a multi-country dengue study, Symposium 154. Presented at the 57th ASTMH Annual Meeting, New Orleans, LA, Dec. 11, 2008.

P141. Shepard DS, Tyo KR, Seidmann-Rosen M, Zeng W.  Cost-effectiveness of pneumococcal vaccination among children in Singapore.  Waltham, MA: Schneider Institutes for Health Policy, Heller School, Brandeis University, 2008.

P140. Shepard DS, Suaya JA, Ades PA, Stason WB.  Cardiac rehabilitation in older coronary patients: cost, survival impact, and cost-effectiveness. Presented at the annual meeting of the American Association for Cardiovascular and Pulmonary Rehabilitation, Indianapolis, IN, Sept. 18-21, 2008.

P139. Shepard DS, Zeng W, Chilingerian J, Avila-Figueroa C. Efficiency of national HIV/AIDS programs based on Data Envelopment Analysis. Presented at XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

P138. Rwiyereka AK, Shepard DS, Humuza J, Zeng W, Avila-Figueroa C. Costing model of a national AIDS program: Application to Rwanda. Presented at XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

P137. Brown JL, Shepard DS.  Testimony before the U.S. House of Representatives Committee on Agriculture, Subcommittee on Department Operations, Oversight, Nutrition and Forestry, July 23, 2008.

P136. Shepard DS, Koh D, Thomas C, Ritter G, Gilden D, Stason W, Bishop C.  Reduction of Medicaid expenditures from state prescription programs in Illinois and Wisconsin.  Presented at AcademyHealth Annual Research Meeting, Washington, DC, June 8-10, 2008.

P135. Shepard DS, Zeng W, Chilingerian J, Avila C. Efficiency of national HIV/AIDS programs based on Data Envelopment Analysis. Presented at AcademyHealth Annual Research Meeting, Washington, DC, June 8-10, 2008.

P134. Bhalotra S, Shepard DS, Razavi M. Improving referral and enrolment in cardiac rehabilitation: findings from a survey of American Association of Cardiopulmonary Rehabilitation (AACVPR) members. Presented at AcademyHealth Annual Research Meeting, Washington, DC, June 8-10, 2008.

P133. Lee AJ, Shepard DS. Costs of cardiac rehabilitation and enhanced lifestyle modification programs. Presented at AcademyHealth Annual Research Meeting, Washington, DC, June 8-10, 2008.

P132. Deurenberg-Yap M, Ang LW, Chowdhury S, Lee WY, Lim EK, Tyo KR, Seidmann MR, Zeng W, Shepard DS. Cost-effectiveness of pneumococcal vaccination among children in Singapore. Presented at AcademyHealth Annual Research Meeting, Washington, DC, June 8-10, 2008.

P131. Shepard DS. Data collection lessons learned: ADSS Cost Study. Presented at Cost Function Analysis of the Substance Abuse Treatment Industry: Information Needs, Methods, and Next Steps. Bethesda, MD, Dec. 13-14, 2007.

P130. Shepard DS, Suaya JA, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K. Utilization of medical services and quality of life among dengue patients in eight endemic countries. Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 764.

P129. Suaya JA, Shepard DS, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K. Multi-country study of costs of dengue among ambulatory and hospitalized patients. Presented at the American Society of Tropical Medicine and Health 56th Annual Meeting, Philadelphia, PA, Nov. 5, 2007, Abstract 28.

P128. Shepard DS. Cost-effectiveness of cardiac rehabilitation in Medicare, Presented at the American Association for Cardiovascular and Pulmonary Rehabilitation (AACVPR) 22nd Annual Meeting, Salt Lake City, Utah, Oct. 18-21, 2007.

P127. Shepard DS, Suaya JA, Stason WB. Cost-effectiveness of cardiac rehabilitation in the elderly: misaligned incentives. Presented at the 6th World Congress of the International Health Economics Association, Copenhagen, Denmark, July, 8-11, 2007. Web (abstract): http://ssrn.com/abstract=994066.

P126. Shepard DS, Suaya JA, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K. Dengue: Cost of illness and national health accounts perspectives. Presented at: the Fifth Global National Health Accounts Symposium, Lund, Sweden, July 6-7, 2007.

P125. Shepard DS, Zeng W, Neuman MJ, Rwiyereka AK, Avila-Figueroa C. Critical Review of Costing Models to Estimate Resource Needs to Address Global HIV and AIDS, Geneva: UNAIDS, June, 2007. Web: http://data.unaids.org/pub/Report/2007/20070925_critical_review_resource_needs_en.pdf.

P124. Shepard DS, Zeng W, Neuman MJ, Rwiyereka AK, Avila-Figueroa C. Novel and alternative approaches to estimate global resource needs to HIV and AIDS. Geneva: UNAIDS, June 2007.

P123. Shepard DS, Suaya JA, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K.  Costs of ambulatory and hospitalized dengue cases in 8 countries.  Presented at the Fourth Research Network Meeting of the Pediatric Dengue Vaccine Initiative, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, June 10, 2007.

P122. Brown JL, Shepard DS, Martin T, Orwat J.  The economic cost of domestic hunger: Estimated annual burden to the United States.  An analysis commissioned by the Sodexho Foundation in partnership with The Public Welfare Foundation and Spunk Fund, Inc.  Presented at the National Press Club, Washington, DC, June 5, 2007. .  Web: http://www.sodexofoundation.org/hunger_us/Images/Cost%20of%20Domestic%20Hunger%20Report%20_tcm150-155150.pdf.

P121. Shepard DS, Suaya JA, Armien B, Caram M, Castillo L, Chantha N, Garrido F, Kongsin S, Lum L, Montoya R, Sah BK, Siqueira JB, Sughayyar R, Tyo K.  The global health challenge of dengue: cost of illness across eight endemic countries.  Presented at AcademyHealth Annual Research Meeting, Orlando, FL, June 3-5, 2007.

P120. Suaya JA, Shepard DS, Stason WB, Normand S-L, Prottas J.  Reduction in five-year mortality from cardiac rehabilitation among 70,040 matched Medicare beneficiaries: Propensity score and instrumental variable methodologies.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_136807.htm.

P119. Suaya JA, Shepard DS, Caram M.  Data Requirements for National Estimation of Dengue Burden and Cost of Illness Studies in Endemic Countries.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_138670.htm.

P118. Suaya JA, Shepard DS.  Methodological challenges for national estimation of dengue burden and cost of illness in endemic countries.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_138682.htm.

P117. Stason WB, Tompkins C, Shepard DS, Prottas J, Ritter G, Martin TC.  Evaluation of Medicare's demonstration providing expanded coverage for chiropractic services.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_136028.htm.

P116. Stason WB, Shepard DS, Fournier S, Ritter G, Suaya J, Strickler GK.  Effects of lifestyle modification programs on cardiac risk factors and quality of life in patients with coronary heart disease.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_136151.htm.

P115. Shepard DS, Neuman MJ, Hartman S, Beinecke RH, Hodgkin D.  Public sector behavioral health care in Massachusetts: Comparison among purchaser carve-out, health plan carve-out, and health plan carve-in.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006.  Web: http://apha.confex.com/apha/134am/techprogram/paper_142498.htm.

Shepard - December 2017

P114. Shepard DS, Neighbors CJ, Busch SH, Clark M, Falba T, Graham AL, Gozalo PL, Neuman M, Papadonatos G, Sindelar J, Stout RL.  Smokers' willingness to pay for a tailored, more effective cessation program.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006. Web: http://apha.confex.com/apha/134am/techprogram/paper_142479.htm.

P113. Lee AJ, Shepard DS, Bhalotra S, Stason WB.  Modeling the costs of cardiac rehabilitation programs: a methodological perspective.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006. Web: http://apha.confex.com/apha/134am/techprogram/paper_127637.htm.

P112. Daley M, Shepard DS, McLaughlin T.  Cost-effectiveness of telephone based counseling to reduce depression following a major cardiac event.  Presented at the 134th Annual Meeting of the American Public Health Association, Boston, MA, Nov. 4-8, 2006. Web: http://apha.confex.com/apha/134am/techprogram/paper_128349.htm.

P111. Shepard DS, Neuman MJ, Beinecke RH, Hartman S, Hodgkin D.  Public sector behavioral health services in Massachusetts Medicaid - comparison among contracting arrangements: purchaser carve-out, health plan carve-out, and health plan carve-in.  Presented at Addiction Health Services Research Conference, Little Rock, AR, Oct. 22-25, 2006. Web: http://www.uams.edu/dhsr/AHSR2006/linked/Shepard.pdf.

P110. Shepard DS, Suaya JA.  Lifestyle modification and cardiac rehabilitation in the Medicare program.  Presented at the 21st Annual Meeting of the American Association for Cardiovascular and Pulmonary Rehabilitation, Charleston, WV, Sept. 14, 2006.

P109. Shepard DS, Neuman MJ.  Behavioral health care in Massachusetts: Comparison between the MassHealth behavioral health carve out and managed care organizations.  Presented at AcademyHealth Annual Research Meeting, Seattle, WA, June 25-27, 2006, http://www.academyhealth.org/2006/abstracts/PartII/BehavioralHealth.pdf.

P108. Kaplan C, Neighbors CJ, Shepard DS.  Worker productivity: how job status can moderate the economic impact of illness.  Presented at AcademyHealth Annual Research Meeting, Seattle, WA, June 25-27, 2006.  http://www.academyhealth.org/2006/abstracts/PartI/CallforStudentPosters.pdf.

P107. Bhalotra S, Strickler GK, Shepard DS.  Characteristics of Medicare beneficiaries participating in the Lifestyle Modification Program Demonstration (LMPD).  Presented at AcademyHealth Annual Research Meeting, Seattle, WA, June 25-27, 2006. http://www.academyhealth.org/2006/abstracts/PartII/ChronicCare.pdf.

P106. Shepard DS, Neuman MJ, Beinecke R, Hartman S, Hodgkin D.  Behavioral health care in Massachusetts: Comparison between the MassHealth behavioral health carve out and managed care organizations.  Presented to Behavioral Health Advisory Committee, MassHealth Program, Boston, MA, April 14, 2006.

P105. Shepard DS, Neuman M.  Behavioral health care in Massachusetts: comparison between the MassHealth behavioral health carve out and managed care organizations.  Invited Testimony to Joint Committee on Mental Health and Substance Abuse, Massachusetts Legislature, Boston, Jan. 17, 2006.

P104. Shepard DS, Leung M, Stason WB, Ritter GA, Thomas CP.  Reduction in financial vulnerability from SeniorCare pharmacy assistance programs for low-income seniors in Illinois and Wisconsin.  Presented at the 133rd Annual Meeting of the American Public Health Association, Philadelphia, PA, Dec. 10-14, 2005, Web: http://apha.confex.com/apha/133am/techprogram/paper_115507.htm.

P103. Shepard DS, Beaston-Blaakman A, Horgan C.  An interactive approach to estimating costs of drug and alcohol treatment: the ADSS Cost Study.  Presented at Addiction Health Services Research Conference, Santa Monica, CA, Oct. 25-26, 2005.

P102. Shepard DS, Beaston-Blaakman A, McKay JR.  Cost-effectiveness of telephone counseling and relapse prevention for cocaine or alcohol dependent clients.  Presented at Addiction Health Services Research Conference, Santa Monica, CA, Oct. 25-26, 2005.

P101. Shepard DS, Strickler GK, McKay JR, Love CT.  Cost comparisons in behavioral health care: the log ratio indicator.  Presented at the International Health Economics Association (iHEA) Meeting, Barcelona, Spain, July 10-13, 2005.

P100. Shepard DS.  Expenditure tracking on dengue.  Presented at the 4th Biennial National Health Accounts Symposium.  Involving Leaders, Impacting Policy: Tracking Investment in Priority Health Care, Barcelona, Spain, July 7-8, 2005.

P099. Leung M, Shepard DS, Stason W, Ritter G.  Predictors of Prescription Drug Skimping among Enrollees in SeniorCare.  Presented at Academy Health Annual Research Meeting, Boston, MA, June 26-28, 2005.

P098. Suaya JA, Shepard DS, Stason WB, Ritter G, Bhalotra S, Strickler GK.  National Underutilization of Cardiac Rehabilitation after Acute Myocardial Infarction among Elderly Medicare Patients.  Presented at Academy Health Annual Research Meeting, Boston, MA, June 26-28, 2005.

P097. Bhalotra S, Shepard DS, Strickler CG.  Organizational Factors Affecting Enrollment of Medicare Beneficiaries into CMS' Lifestyle Modification Program Demonstration (LMPD) for Cardiac Disease.  Presented at Annual Research Meeting of Academy Health, San Diego, CA, June 2004.

P096. Shepard DS, Suaya JA.  Cost-effectiveness of a potential dengue vaccine in Southeast Asia.  Presented at the Second International Conference on Dengue and Yellow Fever (May 31-June 3, 2004), Havana, Cuba.

P095. Suaya JA, Shepard DS.  Dengue burden of disease studies: a basis for policies on vaccine development, vector control, and treatment.  Presented at the Second International Conference on Dengue and Yellow Fever (May 31-June 3, 2004), Havana, Cuba.

P094. Suaya JA, Shepard DS. A cost model for vector control programs against dengue, presented at the 131st Annual Meeting of the American Public Health Association (November 15-19, 2003), San Francisco, CA,            Abstract            62527,            Session            4329.0, http://apha.confex.com/apha/131am/techprogram/paper_62527.htm.

P093. Shepard DS, Strickler GK, Beaston-Blaakman A, Rahman M, McAuliffe WE, Anderson T.  Estimating the cost of treatment gaps in Massachusetts: Unmet need and demand, presented at the he 131st Annual Meeting of the American Public Health Association (November 15-19, 2003), San Francisco,      CA,      Abstract      72682,      Session      4094.0,      Board      5, http://apha.confex.com/apha/131am/techprogram/paper_72682.htm.

Shepard - December 2017

P092. Shepard DS, Daley M, Love CT. Cost-effectiveness of varying intensities of substance abuse treatment in Connecticut prisons, presented at 131st Annual Meeting of the American Public Health Association, November 15-19, 2003, San Francisco, CA, Abstract 74153, Session 4178.0, Benefits of Substance Abuse Treatment for Difficult Populations, Tuesday, November 18, 2003 at 2:30 PM, http://apha.confex.com/apha/131am/techprogram/paper_74153.htm.

P091. Daley M, Anthony Y, Shepard DS. Racial minorities, managed care and the quality of substance abuse treatment, to be delivered at 131st Annual Meeting of the American Public Health Association, November 15-19, 2003, San Francisco, CA, Abstract 71572, Session 3005.0, Managed Care in Substance Abuse Treatment, November 17, 2003, at 8:30 AM, http://apha.confex.com/apha/131am/techprogram/paper_71572.htm.

P090. Suaya JA, Chai Pei Fan, Shepard DS, Chai See LL. Resource utilization of hospitalized dengue infected children in Malaysia. Poster presentation at AcademyHealth Annual Meeting, Nashville, TN, June 2003. http://www.academyhealth.org/arm/ViewAbstract.cfm?uid=I028.

P089. Shepard DS, Beaston-Blaakman A. Private insurance funding for behavioral health care. Presented at the Annual Meeting of the Research Society on Alcoholism, Ft. Lauderdale, FL, June 22-26, 2003.

P088. Shepard DS, Beaston-Blaakman A. Estimating the cost of treatment on demand. Presented at the Annual Meeting of the Research Society on Alcoholism, Ft. Lauderdale, FL, June 22-26, 2003.

P087. Shepard DS., Beaston-Blaakman A. Spending patterns on behavioral health care in US from private insurance. Presented at the 4th iHEA World Congress on Health Economics, San Francisco, CA, June 15-18, 2003.

P086. Shepard DS, McKay JR, Strickler GK, Love CT, Yeom HS, Bury-Maynard DP, Calabro JAB. Cost-effectiveness of self-help aftercare in drug abuse treatment: Correcting for self-selection. Presented at the 4th iHEA World Congress on Health Economics, San Francisco, CA, June 15-18, 2003.

P085. Hodgkin D, Shepard DS, Strickle, GK, Anthony Y. Carving out substance abuse treatment but keeping it public: The Michigan Medicaid experience. Presented at the 130th Annual Meeting of the American Public Health Association, Philadelphia, PA, Session 4095.0, November 10-13, 2002, abstract 46708, web: http://apha.confex.com/apha/130am/techprogram/paper_46708.htm.

P084. Shepard DS, Daley M, Beinecke RH, Hodgkin D, Ritter GA. Impact of a carve out on the quality of substance abuse treatment. Presented at: 130th Annual Meeting of the American Public Health Association, Philadelphia, PA, Session 3289.0, Nov. 10-13, 2002, web: http://apha.confex.com/apha/130am/techprogram/paper_47187.htm.

P083. Shepard DS, McKay J, Yeom HS, Strickler G, Love C, Bury-Maynard DP, Calabro J, Tetreault J. Cost-effectiveness of self-help aftercare in drug abuse treatment: An instrumental variables approach. Presented at: 130th Annual Meeting of the American Public Health Association, Philadelphia, PA, Session 4010.0, Nov. 10-13, 2002, web: http://apha.confex.com/apha/130am/techprogram/paper_44114.htm.

P082. Ritter GA, Shepard DS, Beaston-Blaakman A, Reif S, Horgan CM. Are incentive payments cost-effective in surveying a hard-to-interview population: the experience in ADSS. Presented at: 130th Annual Meeting of the American Public Health Association, Philadelphia, PA, Session 4235.0, Paper 51275, Nov. 10-13, 2002, web: http://apha.confex.com/apha/130am/techprogram/paper_51275.htm.

47

P081. Shepard DS, Beaston-Blaakman A, Horgan CM. Determinants of cost of substance abuse treatment. Presented at: 130th Annual Meeting of the American Public Health Association, Philadelphia, PA, Session 4235.0, Nov. 10-13, 2002, web: http://apha.confex.com/apha/130am/techprogram/paper_51271.htm.

P080. Shepard DS, Savedoff W, Phua KH. Healthcare reform initiatives in Malaysia. Seminar organized by the Planning and Development Division, Ministry of Health, Malaysia in Collaboration with the World Health Organization. Kuala Lumpur, Malaysia, 8 October, 2002.

P079. Shepard DS, Suaya JA, Halstead S. Dengue in Southeast Asia: burden and cost-effectiveness of control strategies. Presented at: Annual Meeting of the Academy for Health Services Research, Washington, DC, June 23-25, 2002.

P078. Suaya JA, Shepard DS, Halstead S. Cost-effectiveness of vaccine development and environmental control against dengue in Southeast Asia. Presented at the Annual Meeting of the International Society for Pharmacoeconomics and Outcomes Research (ISPOR), Washington, D.C., May 2002.

P077. Shepard DS. Economics of mental health and substance abuse. Presented at the Institute of Mental Health, Singapore, February 22, 2002.

P076. Shepard DS, Gubler DJ, Mahoney RT. Pharmaco-economics of a Pediatric Dengue Vaccine for SE Asia. Presented at: International Conference on Accelerating the development and introduction of a dengue vaccine for poor children, Ho Chi Minh City, Vietnam, Dec. 5-8, 2001.

P075. Shepard DS, Meltzer MI, Gubler DJ, Suaya JA. Impact of Dengue: Epidemiologic and Economic Perspectives and Control Strategies. Presented at: International Conference on Accelerating the development and introduction of a dengue vaccine for poor children, Ho Chi Minh City, Vietnam, Dec. 5-8, 2001.

P074. McKay JR, Shepard DS, Mulvaney F, Ratichek SJ, Morrison R, Koppenhaver J, Beaston-Blaakman A. Preliminary results from a randomized trial of three continuing care treatments for patients with cocaine or alcohol use disorders. Presented at the 129th Annual Meeting of the American Public Health Association, Atlanta, GA, Oct. 21-25, 2001, Session 5003.0, Abstract #31579. Web: http://apha.confex.com/apha/129am/techprogram/paper_31579.htm.

P073. Shepard DS, McKay J, Love C, Strickler G, Bury-Maynard DP, Ritter G, Constantine R, Jacobson G, Calabro J. Cost-effectiveness of aftercare in drug abuse treatment. Presented at the 129th Annual Meeting of the American Public Health Association, Atlanta, GA, Oct. 21-25, 2001, Session 5003.0, Abstract #24848. Web: http://apha.confex.com/apha/129am/techprogram/paper_24848.htm.

P072. Shepard DS, Fournier SF, Dubois-Walton K, Daley M, Moss S, Adams T, Tompkins C, Borges F. Continuity of care and readmissions and indicators of case mix and quality in substance abuse treatment. Presented at the 129th Annual Meeting of the American Public Health Association, Atlanta, GA, Oct. 21-25, 2001, Session 5003.0, Abstract #31582. Web: http://apha.confex.com/apha/129am/techprogram/paper_31582.htm.

P071. Bury-Maynard D, Shepard DS. Developing a QALY for Substance Abuse. Presented at the Third International Conference, International Health Economics Association, University of York, United Kingdom, July 22-25, 2001.

P070. Shepard DS, Strickler G, McKay J, Love C, Yeom HS, Bury-Maynard DP, Calabro J. Cost-effectiveness of aftercare in drug abuse treatment. Presented at the Third International Conference, International Health Economics Association, University of York, United Kingdom, July 22-25, 2001.

48

P069. Shepard DS, Strickler G, McKay J, Love C, Yeom HS, Calabro J, Bury-Maynard DP, Tetreault J. Free is cost-effective: Alternative forms of continuing care. Presented at the Annual Meeting of the Research Society on Alcoholism, Montreal, PQ, June 23-28, 2001.

P068. Daley M, Shepard DS. Effects of Managed Care on Alcohol and Other Drug Treatment in Massachusetts. Presented at the Annual Meeting of the Research Society on Alcoholism, Montreal, PQ, June 23-28, 2001.

P067. Shepard D, Bail RN, Merritt G. Cost-Effectiveness of Regional Versus Bilateral Approaches to International Assistance in West Africa. Presented at the Annual Meeting of the Academy for Health Services Research, Atlanta, GA, June 10-12, 2001, Poster No. 353.

P066. Jacobs EA, Shepard DS, Suaya J, Stone EL. Overcoming language barriers to access to medical care: the costs and benefits of interpreter services. Presented at the Annual Meeting of the Academy for Health Services Research, Atlanta, GA, June 10-12, 2001, Poster No. 166.

P065. Shepard DS, Daley M. Effects of a Statewide Carve-Out on Access and Costs of AOD Treatment in Massachusetts. Presented in invited panel, "Alcohol and Drug Treatment Under Managed Care: Who Gets In, Who Stays In, and What Does it Cost?" chaired by Harold I. Perl at the Annual Meeting of the Academy for Health Services Research, Atlanta, GA, June 10-12, 2001.

P064. Shepard DS. Cost-effectiveness analysis in health: principles and applications. Presented at: Institute for Medical Research, Kuala Lumpur, Malaysia, Feb. 10, 2001.

P063. Shepard DS. Cost-effectiveness and cost-benefit analysis: employer, consumer, and societal perspectives. Presented at: Department of Community, Family, and Occupational Medicine, National University of Singapore, January 30, 2001.

P062. Shepard DS. Savings from a managed care plan for behavioral health for Massachusetts Medicaid. Presented at: Public Policy Programme, National University of Singapore, January 29, 2001.

P061. Strickler G, Shepard DS, Love C, McKay J, Yeom HS, Calabro J, Bury-Maynard DP, Tetreault J. Lower crime: A cost-effective payoff from substance abuse treatment. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5301.0.

P060. Shepard DS, Beaston-Blaakman A. Treatment duration and completion: How do they relate to cost? Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5226.0.

P059. Shepard DS, McKay J, Love C, Yeom HS, Strickler G, Calabro J, Bury-Maynard DP, Tetreault J. Free is cost-effective: Alternative forms of aftercare. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5301.0.

P058. Love C, Shepard DS, Daley M. Never too late: Cost-effectiveness of substance abuse treatment in prison. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5301.0.

P057. Daley MA, Argeriou M, McCarty D, Shepard DS, Callahan JJ, Williams CN. Impact of program components, personal characteristics and lifestyle changes on birth weight and health care costs for pregnant women in drug rehabilitation. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 14, 2000, Session 4165.0.

P056. Daley MA, Argeriou M, McCarty D, Shepard DS. The costs of crime and the benefits of substance abuse treatment for pregnant women. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 13, 2000, Session 3079.0.

P055. Bury-Maynard DP, Shepard DS. Quantifying the non-dollar benefits of substance abuse treatment. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5301.0.

P054. Beaston-Blaakman A, Shepard DS, Shadel W. Cost in cost-effectiveness: Measuring time as a cost of treatment services. Presented at the 128th Annual Meeting of the American Public Health Association, Boston, MA, November 15, 2000, Session 5301.0.

P053. Shepard DS. Cost-effectiveness analysis in clinical research. Presented to Epidemiology and clinical trials and outcomes research program in nephrology, Tufts University, Boston, MA, Oct. 5, 2000.

P052. Shepard DS, Beaston-Blaakman, A, Bennett RB. Substance Abuse Treatment in the United States: What does it cost?  Presented at the 2000 Annual Meeting of the Association for Health Services Research, Los Angeles, CA, June 25-27, 2000, poster number 280.

P051. Shepard DS; Bury Maynard D, Hodgkin D, Larson MJ.   Cost-Effectiveness of Substance Abuse Treatment Services in Ohio's Publicly Funded Facilities.  Presented at the 2000 Annual Meeting of the Association for Health Services Research, Los Angeles, CA, June 25-27, 2000, poster number 117.

P050. Shepard DS, Beaston-Blaakman A.  The Substance Abuse Treatment System.  What does treatment cost?  Cost study methods in the Alcohol and Drug Services Study (ADSS).  Presented at: 127th Annual Meeting and Exposition, American Public Health Association, November 7-11, 1999.  Chicago, IL: Session 1163.

P049. Shepard DS, Hodgkin D, Anthony Y, Tetreault J.  The public alternative: Michigan's Medicaid carve out.   Presented at: 127th Annual Meeting and Exposition, American Public Health Association, November 7-11, 1999.  Chicago, IL, Session 3096.

P048. Shepard DS, Hodgkin D, Cavanaugh D, Beinecke R.  Contrasting systems of managed care for behavioral health under Medicaid.  Presented at the 126th Annual Meeting of the American Public Health Association, Washington, DC, November 17, 1998.

P047. Shepard DS. Cost-effectiveness of substance abuse treatment in the criminal justice system.  Presented at the Research Briefing to the Physicians' Leadership on National Drug Policy.  Substance Abuse in the Criminal Justice System, Washington, DC, November 10, 1998.

P046. Shepard DS.  Cost-effectiveness of strategies to control non-communicable diseases.  Workshop on cost-effectiveness analysis, Tianjin, China, October 12-14, 1998.

P045. Shepard DS, Anthony Y, Davis K, McNaught A.  Evaluation of health reform activities in Jamaica. Testimony to the Principal Secretary and Cabinet of the Ministry of Health, Kingston, Jamaica, August 19, 1998.

P044. Shepard DS, Hodgkin D, Beinecke R.  Contrasting systems of managed care for substance abuse under Medicaid.  Presented at the 1998 Annual Meeting of the Research Society on Alcoholism, Hilton Head, SC, June 20-25, 1998.

P043. Shepard DS, Chao S. Resource mobilization: community health insurance.   Presented at Annual Conference, Health Economics Project, Dhaka, Bangladesh, June 4-5, 1998.

P042. Shepard DS.   Costs of antiretroviral treatment in Botswana.   Presented to Ministry of Health, Government of Botswana, Gaborone, Botswana, May 22, 1998.

P041. Shepard DS. Substance abuse treatment: a cost-effectiveness perspective.  Presented at National Hearing, Physicians National Leadership Group on Drug Policy, National Press Club, Washington, DC, March 24, 1998.

P040. Horgan C, Shepard DS. Cost-effectiveness analysis.  Presented on conference on heroin treatment, sponsored by the National Institute on Drug Abuse, Washington, DC, September 29-30, 1997.

P039. Shepard DS.  Cost-effectiveness analysis: its role in Stage III drug abuse research.  Presented at: Stage III Research Plans sponsored by the National Institute on Drug Abuse, Gaithersburg, MD, September 8-9, 1997.

P038. Shepard DS.  Rural health insurance and essential health services.  Presented at Second National Conference on Health Economics, Dhaka, Bangladesh, August 4-5, 1997.

P037. Shepard DS, Hodgkin DH, Anthony Y.  Analysis of hospital costs: a manual for managers. Prepared for the Health Systems Development Program, World Health Organization.  Waltham, MA: Institute for Health Policy, Brandeis University, 1997.  Presented at Workshop on Hospital Costs, sponsored by the Health Economics Unit, Ministry of Health, Dhaka, Bangladesh, May 26-28, 1997.

P036. [Shepard DS, Hodgkin DH, Larson MJ, Bury Maynard D, Fernando G] (Authorship not listed.)  Cost-effectiveness of substance abuse treatment in Ohio.  Prepared for New Standards, Inc. (Minneapolis, MN) and the Ohio Department of Alcohol and Drug Addiction Services.  [In: Cost-effectiveness study, final report, comprehensive analysis of results.]  Waltham, MA: Institute for Health Policy, Brandeis University, 1996.

P035. Shepard DS.  Planification de l'assurance maladie en Côte d'Ivoire.  Waltham, MA, Institute for Health Policy, Heller School, Brandeis University, October, 1996.

P034. Shepard DS.   Expenditures on HIV/AIDS: levels and determinants--lessons from five countries.  Presented at: AIDS and development: the role of government, sponsored by the World Bank, the World Bank, and UNAIDS, Limelette, Belgium, June 17-19, 1996.

P033. Shepard DS.  Cost recovery in Jamaican health facilities: impact on revenues, satisfaction, and access.  Presented at Symposium on Research for the Development of Effective Social Policy sponsored by the Planning Institute of Jamaica, Kingston, Jamaica, June 20-21, 1995.

P032. Shepard DS.  Access to health care in Jamaica: the impact of the Health Sector Initiatives Project.  Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, Feb., 1995.

P031. Shepard DS, Bail RN.  Health care financing in Sierra Leone.  Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, Feb., 1995.

P030. Shepard DS, Cameron CSM, Msiska R, Makubalo EL.   Feasibility of home-based AIDS care in Botswana. Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, Feb., 1995.

P029. Shepard DS, Brown D, Ruddock-Kelly T.  Patient satisfaction in Jamaican hospitals.  Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, Feb., 1995.

P028. Barona B, Becerra J, Becerra VH, Bongiovanni A, Essayan V, Robertson R, Sanchez W, Shepard DS.  Evaluation of a volunteer-based primary health care program to serve the urban poor in Cali, Colombia.  Final report of the Cali Health Volunteer Evaluation Team.  Waltham, MA: Institute for Health Policy, Heller School, Brandeis University, 1995.

P027. Shepard DS, McKay JR.  Cost-effectiveness of drug abuse treatment.  Presented at the National Institute on Drug Abuse (NIDA) Technical Review: The organization and financing of care for drug abuse: baseline for reform, Rockville, MD, August, 1994.

P026. Shepard DS, Ramanoara MG, Rakotoarimanana DR, Randrianarivony H, Andrianatony H, Rakotomanga MS. Installation of general practitioners in rural areas in Madagascar.  Presented at the Ministry of Health, Antananarivo, Madagascar, April 22, 1994.

P025. Shepard DS, Essayan V, Lynch H.  Cost recovery in primary health care in Jamaica.  Latin America and the Caribbean Health and Nutrition Sustainability Project working paper.  Presented to the primary care division, Ministry of Health, Kingston, Jamaica, Feb. 25, 1994.

P024. Beinecke, RH, Shepard DS  Measuring the outcomes of services you provide.  Presented at Under the Managed Care Umbrella, Cambridge, MA, Nov. 4, 1993.

P023. Shepard DS.  Reforms in health: opportunities to improve efficiency and equity.  Presented at International Forum on Strengthening Financial Management of Hospitals.  Paipa, Colombia, August 3-6, 1993.

P022. Shepard DS, Walsh JA, Kleinau EF, Stansfield S, Bhalotra S, Prottas J.  Economic analysis of vaccine priorities.  Presented to the Task Force on Priorities and Strategic Plans of the WHO Children's Vaccine Initiative, Berkeley Springs, WV, Oct. 19-20, 1992.

P021. Shepard DS.  Cost recovery in Jamaica.  Presented to the Health Sector Initiatives Project, Ministry of Health, Kingston, Jamaica, Oct. 9, 1992.

P020. Shepard DS.  Rwanda: a case study on health policy and development in Africa.  Presented at International Health and Development Forum, The George Washington, University, Arlington, VA, June 18, 1992.

P019. Shepard DS.  Economic issues in advanced urban health care units. Presented at Consultation on Advanced Urban Health Care Units, World Health Organization, Geneva, Switzerland, May 2-4, 1991.

P018. Shepard DS, Brinkmann U, Ettling MB, Sauerborn R.  Economic impact of malaria in Africa. Technical Report AR-135-5.  Arlington, VA: Vector Biology & Control Project, 1990.

P017. Shepard DS, Kleinau E.  Health finance planning model: an application to Rwanda.  Presented at Annual Conference of National Council for International Health, Crystal City, VA, June, 1990.

P016. Shepard DS, Vian T, Kleinau E. Health insurance in Zaire.  Presented at Annual Conference of National Council for International Health, Crystal City, VA, June, 1990.

P015. Shepard DS, Kouri YK, Garib J.  Indirect and direct costs of AIDS in Puerto Rico.  Presented at VI International Conference on AIDS, San Francisco, CA, June, 1990.

Shepard - December 2017

P014. Kouri Y, Shepard DS, Valadez J, Garib J, Feliciano C. A social experiment to reduce the cost of AIDS in a developing area. Presented at IV International Conference on AIDS, Stockholm, Sweden, June 12-16, 1988.

P013. Shepard DS, Kouri Y, Valadez J, Garib J, Feliciano C. Cost of AIDS treatment in a developing area. Presented at IV International Conference on AIDS, Stockholm, Sweden, June 12-16, 1988.

P012. Shepard DS, Eichner J. Cost-effectiveness of screening to reduce transfusion-related AIDS in developing areas. Presented at IV International Conference on AIDS, Stockholm, Sweden, June 12-16, 1988.

P011. Shepard DS. Cost-effectiveness of screening to reduce AIDS transmission by transfusion. Presented at Workshop on Modeling in conjunction with First Panamerican Teleconference on AIDS, Quito, Ecuador, Sept. 14-15, 1987.

P010. Shepard DS, Kouri Y, Zacarias F, Cameron C, Rosello P, Rodrigues LGM. Financial analysis of AIDS programs in the Americas. Presented at III International Conference on Acquired Immunodeficiency Syndrome (AIDS), Washington, D.C., June 1-5, 1987.

P009. Shepard DS, Brenzel LE, Nemeth KT. Cost-effectiveness of oral rehydration therapy for diarrheal disease. PHN Technical Note 86-26, Population, Health and Nutrition Development, World Bank, Washington, D.C., 1986.

P008. Shepard DS, Stason WB, Nagurney JT, Carmen BA, Bertner BL. Cost-effectiveness analysis of alternative policies within VA hypertension clinics. Presented at 112th Annual Meeting, American Public Health Association, Anaheim, CA, Nov. 11-15, 1984.

P007. Shepard DS, Lerman SJ, Cash RA. Cost-Effectiveness of Oral Rehydration Therapy (ORT), Presented at 112th Annual Meeting, American Public Health Association, Anaheim, CA, Nov. 11-15, 1984.

P006. Shepard DS. Overcoming data limitations for cost-effectiveness analysis of health programs in developing countries. Presented at the joint Annual Meeting of the American Economic Association and the Allied Social Sciences Association. New York: December 30, 1982.

P005. Shepard DS. Determining the cost-effectiveness of health education programs. Presented at the Educational Process: From Theory to Practice for Diabetes Education Programs. Washington, D.C., Sept. 1-3, 1981.

P004. Pass TM, Shepard DS, Taylor WC, Komaroff AL. The value of cholesterol screening: a decision analysis. Presented at Joint National Meeting of Canadian Operations Research Society, The Institute of Management Sciences, and Operations Research Society of America. Toronto, Ontario, Canada, May 3-6, 1981.

P003. Shepard DS. Incentives for not smoking: experience at the Speedcall Corporation. A preliminary report. Presented at the Corporate Commitment to Health: First Executive Conference. Washington, D.C., June 9-10, 1980.

P002. Shepard DS, Ghanotakis AJ. Patterns of health expenditures in Massachusetts. Presented at the 107th Annual Meeting, American Public Health Association. New York, November 4-8, 1979.

Shepard  -  December 2017

P001. Shepard DS.  Analysis of bio-medical research expenditures. Office of Health Policy Analysis and Research, Office of the Secretary, U.S. Department of Health, Education, and Welfare, 1973.

**TEACHING CASES**   (Department of Health Policy and Management, Harvard School of Public Health, Boston, MA)

T4.     [with Mensah, G.]  The Danfa Project, 1988.

T3.     [with Severo, C.]  A clinic drug revolving program for Nimba county, Liberia, 1988.

T2.     [with Karmali, S.]  Monitoring lady health visitors in Pakistan, 1986.

T1.     [with Irvine, S.]  Routine health statistics in Kenya:  a case study, 1982.