# EXHIBIT 66

ISSN 0096-4522

# SOIL and CROP SCIENCE
## SOCIETY of FLORIDA

•

**PROCEEDINGS**
**VOLUME 44**
**1985**

•

FORTY-FOURTH ANNUAL MEETING
RAMADA RESORT
JACKSONVILLE BEACH, FLORIDA
23-25 OCTOBER, 1984



PENGAD 800-631-6989  EXHIBIT 6  3/22/18

**1984 OFFICERS**

President: .................. G. M. Prine
  Agronomy Department
  IFAS
  University of Florida
  Gainesville, FL 32611

President-Elect: .... J. G. A. Fiskell
  Soil Science Department
  IFAS
  University of Florida
  Gainesville, FL 32611

Secretary-Treasurer .... G. Kidder
  Soil Science Department
  IFAS
  University of Florida
  Gainesville, FL 32611

Directors:
  V. Calvert (1984)
  ARC-IFAS
  University of Florida
  Fort Pierce

  Paul Mislevy (1985)
  ARC-IFAS
  University of Florida
  Ona

  R. Hensel (1986)
  ARC-IFAS
  University of Florida
  Hastings

**EDITORIAL BOARD**

Editor: ............... V. E. Green, Jr.
  Agronomy Department
  IFAS
  University of Florida
  Gainesville

Associate Editors:
  David Sylvia (Soils)
  Soil Science Department
  IFAS
  University of Florida
  Gainesville

  Vincent Schroder (Crops)
  Agronomy Department
  IFAS
  University of Florida
  Gainesville

Published annually by the Soil and Crop Science Society of Florida. Membership dues including subscription to annual proceedings are $10.00 per year. At least one author of a paper submitted for publication in the Proceedings must be an active or honorary member of the Society except for invitational papers. Ordinarily, contributions shall have been presented at annual meetings; exceptions must have approval of the Executive Committee and the Editorial Board. Contributions may be (1) papers on original research or (2) invitational papers of a philosophical or review nature presented before general assemblies or in symposia. A charge of $5.00 per printed page in the Proceedings will be billed to the agency the author represents to help defray printing costs. Members are limited to senior authorship of one volunteer paper per volume; there is no limit for junior authorships.

# THE SOIL AND CROP SCIENCE SOCIETY OF FLORIDA PROCEEDINGS

## VOLUME 44     CONTENTS     1985

Dedication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v
New Honorary Lifetime Member . . . . . . . . . . . . . . . . . . . . . vi

### SYMPOSIUM
### FATE AND TRANSPORT OF AGROCHEMICALS IN FLORIDA

Indices for Ranking the Potential for Pesticide Contamination of Groundwater
  —P. S. C. Rao, A. G. Hornsby and R. E. Jessup    1
Aerobic and Anaerobic Degradation of Organic Contaminants in Florida Groundwater
  —Joseph J. Delfino and Carl J. Miles    9
Environmental Toxicants and Public Risk in Florida . . . . . D. L. Shankland    14
Fate of Pesticides in Florida's Forests: An Overview of Potential Impacts on Water Quality . . . . . . . . . . . . . . . . . . . . Daniel G. Neary    18

### SOILS SECTION

Degradation of Aldicarb in the Sandy Soil of a Long Term Liming Experiment with Citrus . . . . . . . . . . . . . . . . . . . Carl A. Anderson    25
Ryegrass Yield and Composition in Response to Amendment of Two Acidic Sandy Haplaquods with Two Sources of Sewage Sludge and with Lime
  —J. G. A. Fiskell and F. G. Martin    28
Off-Season Land Management, Soil Solarization and Fumigation for Tomato .
  —A. J. Overman    35
Evaluation of Bentazon and Eight Other Postemergence Herbicides on Alyceclover (Alysicarpus vaginalis (L.) DC.)
  —S. G. Taylor, D. D. Baltensperger, K. M. Perry and D. H. Teem    39
Accuracies of Neutron Probe Content Measurements for Sandy Soils
  —K. Aribi, A. G. Smajstrla, F. S. Zazueta and S. F. Shih    44
Microcomputer-Based Data Acquisition System for Continuous Soil Water Potential Measurements . . . . . . . K. C. Stone, A. G. Smajstrla and F. S. Zazueta    49
A Field Lysimeter System for Crop Water Use and Water Stress Studies in Humid Regions . . . . . . . . . . . . . . . . . . . . . A. G. Smajstrla    53
Nutrient Concentration of Bermudagrass as Related to Mehlich I and Mehlich II Soil Extractable Nutrients . . . . . . . . . . J. M. McCray and J. B. Sartain    59
Potassium Utilization Efficiency of Irrigated Maize in Relation to K-Fertilization
  —F. M. Rhoads    64
Yield and Nutrient Content of Potato on a Sandy Humaquept with High Levels of Accumulated Ca and P . T. L. Yuan, D. R. Hensel, R. S. Mansell and R. D. Rhue    68
A Simple Numerical Model for the Prediction of Soil-Water Movement from Trickle Sources . . . . . . . . . F. S. Zazueta, A. G. Smajstrla and D. S. Harrison    72
Soil Sterilization by 2450 MHz Microwave Radiation
  —L. T. Ou, D. F. Rothwell and M. V. Mesa    77
Land-Use Classifications of Landsat Data By Image Process and Manual Approach
  —D. A. Still and S. F. Shih    80
Spatial Relationship Between Depth to the Argillic Horizon and Location of Cypress Strands in the Florida Flatwoods . . . . N. B. Comerford and K. C. J. Van Rees    85
Lettuce Varietal Response to Soil S and Foliar Nutritional Applications on Terra Ceia Muck . . . . . . . . . . . . . . R. B. Beverly and V. L. Guzman    88
The Need for Continuing Update of Soil Surveys . . . . . . . R. B. Brown    90
Nutrient Status of a Sandy Humaquept Under Long-Term Potato Cultivation
  —T. L. Yuan, D. R. Hensel, R. D. Rhue and W. K. Robertson    93
Displacement of Ammonium Solutions Through Columns of Limed Oldsmar Fine Sand
  —Ko Hui Liu, R. S. Mansell, P. S. C. Rao, P. Nkedi-Kizza and J. G. A. Fiskell    98
Extraction of Inorganic P from Pahokee Muck under Various Long-Term Field Measurements . . . . . . . . . . . . . . . . Ian K. Nicholson and J. G. A. Fiskell    102
Yield Response of Potato to N and K Fertilization in Soil with High Accumulated P
  —T. L. Yuan, D. R. Hensel and R. S. Mansell    107

### CROPS SECTION

Response of Elephantgrass to Harvest Interval and Method of Fertilization in the Colder Subtropics . . . . . . . . . . . . . . . D. S. Calhoun and G. M. Prine    111
Biomass Production by Cassava as Affected by Fertilizer Rate and Cowpea Intercrop
  —J. M. Dangler, S. J. Locascio and S. K. O'Hair    116
Forage Productivity of Leucaena in the Humid Subtropics
  —A. B. Othman, M. A. Soto, G. M. Prine and W. R. Ocumpaugh    118
The Utilization of Residual Nutrients in Fallow Vegetable Fields for the Production of Root Phytomass in West-Central Florida . . . . . . . . A. A. Cizinszky    122
Using Surface Area as a Basis for Citrus Leaf Analysis . . . . . James R. Iley    126
Carbon Dioxide Effects on Photosynthesis and Transpiration During Vegetative Growth in Soybeans . . . . . . . . . Pierce Jones, J. W. Jones and L. H. Allen, Jr.    129
Influence of UV-B Radiation and Soluble Silicates on the Growth and Nutrient Concentration of Sugarcane . . . . . S. H. Elawad, L. H. Allen, Jr. and G. J. Gascho    134
Factors Affecting the Establishment of Aeschyomene in a Florida Limpograss Sod
  —L. E. Sollenberger and K. H. Quesenberry    141

Effects of Carboxin and Gibberellic Acid on Cool-season Regrowth of Bermudagrass Turfs
—A. E. Dudeck and C. H. Peacock 146
A Survey of Phytoparasitic and Free Living Nematodes Associated with Aquatic Macrophytes in Florida . R. P. Esser, G. R. Buckingham, C. A. Bennett and K. J. Harkcom 150
Comparison of Five Grasses with Annual Legumes vs Nitrogen Fertilization
—R. S. Kalmbacher and F. G. Martin 155
Bird-Resistant Grain Sorghum as a Corn Substitute in Diets for Growing-Finishing Swine . . . . . . . R. O. Myer, C. E. White, G. E. Combs and D. W. Gorbet 159
Interaction of Alfalfa Recurrent Phenotypic Selection Cycles with Root-Knot Nematodes . . . . D. D. Baltensperger, K. H. Quesenberry, E. S. Horner, R. A. Dunn and M. M. Abd-Elgawad 162
Germination and Establishment of Perennial Vigna Species
—W. D. Pitman and K. L. Singer 164
Genetic and Environmental Effects on Rye Grain Production in Florida
—P. L. Pfahler, R. D. Barnett and H. H. Luke 167
Inoculum Sources of *Rhizoctonia solani* (AG-1) Causing Foliar Blight of *Macroptilium atropurpureum* in Florida . . . . . . . . . H. Ypema and R. M. Sonoda 171
A Bacterial Leafspot of Soybean Caused by a New Race of Pseudomonas Syringae pv Glycinea . . . . . . . . . . . . . Tom Kucharek and Bob Stall 174
Determinants of Rural Land Prices in an Urbanizing Area of Florida
—John E. Reynolds, Robert P. Norberg and J. Walter Prevatt 177
Relative Performance of Two Cassava Cultivars in a Field Infested with *Meloidogyne incognita* . . . . . . . . . . . . . Robert McSorley and J. L. Parrado 180
An Economic Evaluation of Range Management Practices
—J. W. Prevatt, R. G. Hendricks, G. W. Tanner and R. S. Kalmbacher 184
Agronomic Research at the Florida Agricultural College at Lake City, 1884-1906, I. A Summary of the First Fifty Bulletins of the Nineteenth Century, 1888-1899.
—Victor E. Green, Jr. 187
Effects of Late N Fertilization Rates on Bigalta Limpograss Yield, N Contents, and Digestibility . . . . . . . . Albert E. Kretschmer, Jr. and George H. Snyder 193
Effect of Intermittent Sprinkler Irrigation on Establishment of Strawberry Transplants
—E. E. Albregts and C. M. Howard 197
Sampling Design for Radar Application in the Everglades Agricultural Area
—S. F. Shih, J. A. Doolittle and G. W. Schellentrager 199
Smutgrass Control and Subsequent Forage Production with Fall Application of Dalapon
—P. Mislevy and F. G. Martin 203
Genetic and Temperature Effects on Rye Germination and Seedling Development.
—B. P. Sullivan and P. L. Pfahler 205
Agronomic Characteristics of Soft Red Winter Wheat When Using High Nitrogen Rates and Ethephon . . . . . . . . A. R. LeRoy, R. D. Barnett and D. L. Wright 209
Assessment of Corn Silage Production Practices in Poland . . . . . B. A. Bailey 212
Techniques in the Establishment of Elephantgrass (*Pennisetum purpureum* Schum.)
—K.R. Woodard, G. M. Prine and W. R. Ocumpaugh 216
Irrigation Systems and Cost Estimates for Row Crop Production in North and Northwest Florida . . . . . . . D. S. Harrison, A. G. Smajstrla and F. S. Zazueta 221
The Utilization of Residual Nutrients in Fallow Vegetable Fields for the Production of Herbaceous Phytomass in West Central Florida . A. A. Csizinszky and J. P. Gilreath 223
Phenological Events Affecting Southern Green Stink Bug on Soybean
—E. B. Menezes, D. C. Herzog, I. D. Teare and R. K. Sprenkel 227

SOCIETY AFFAIRS

1983 Florida Nematology Forum - R. McSorley . . . . . . . . . . . . . . 232
1984 Florida Nematology Forum - G. C. Smart . . . . . . . . . . . . . . 232
Minutes of the Annual Meeting . . . . . . . . . . . . . . . . . . . 233
Banquet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
Necrology . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
Financial Report . . . . . . . . . . . . . . . . . . . . . . . . . 234
Sustaining Members 1984 . . . . . . . . . . . . . . . . . . . . . . 235
Honorary Lifetime Members . . . . . . . . . . . . . . . . . . . . 235
Errata . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
Instructions to Authors . . . . . . . . . . . . . . . . . . . . . . 239
45 Year History . . . . . . . . . . . . . . . . . . . . . . . . . 239
Author Index . . . . . . . . . . . . . . . . . . . . . . . . . . 247

List of Florida Agricultural Experiment Stations Journal Series Articles in Volume 44 of the Proceedings of the Soil and Crop Science Society of Florida, Victor E. Green, Jr., 3361, 4865 5286, 5441, 5880, 5916, 5977, 6028, 6077, 6113, 6131, 6156, 6159, 6175, 6179, 6193, 6205, 6215, 6221, 6234, 6241, 6282, 6286, 6317, 6325, 6326, 6327, 6331, 6336, 6340, 6343, 6345, 6349, 6359, 6382, 6389, 6390, 6398, 6399, 6400, 6409, 6416, 6420, 6423, 6460, 6461, 6525, 6599, 6638, 6691, 6795, 6807 and 6816. The additional papers in this Proceedings were written by members from private industry, organizations other than IFAS, or the articles were not scientific papers.

# SYMPOSIUM

## Indices for Ranking the Potential for Pesticide Contamination of Groundwater[1]

P. S. C. Rao, A. G. Hornsby, and R. E. Jessup[2]

## ABSTRACT

Reports of groundwater contamination by several pesticides and other organic pollutants have increased in recent years. These incidents have prompted regulatory agencies to reevaluate the registration and the use of pesticides for crop production. For this purpose, methods are needed to screen a large number of pesticides to determine their potential to contaminate groundwater. In this paper, several simple indices useful to screen and to rank pesticides in terms of their potential to leach past the crop root zone and to intrude into groundwater are evaluated. These ranking schemes are based on the relative travel time needed for the pesticides to migrate through the vadose zone and on the relative mass emission from the vadose zone (i.e., loading to groundwater). A total of 41 pesticides were screened using six different schemes. Pesticides with solubilities exceeding 10 mg/L and half-lives larger than 50 days seem to have the highest potential. Of these, a number of nematicides and herbicides used in Florida, including EDB, DBCP, aldicarb, carbofuran, bromacil, terbacil, simazine, and cyanzine, were ranked as having a considerable potential to contaminate groundwater. Careful management and regulation of the use of such pesticides as well as groundwater monitoring is warranted in areas with permeable sandy soils and high recharge to groundwater.

*Additional Index Words:* sorption, degradation, leaching, vadose zone, groundwater pollution.

## INTRODUCTION

Reports of groundwater contamination with a number of pesticides and other organic chemicals in Florida and other states have increased in recent years (Pye et al., 1983). In Table 1, various reports of organic contaminants detected in groundwater are summarized. Nematicides, herbicides, and industrial solvents dominate the list in Table 1. Such reports have brought to the forefront public debate, scientific inquiry, and regulatory considerations of the environmental hazards associated with pesticide use in crop production and with land disposal of hazardous organic wastes.

A number of comprehensive computer simulation models are available for site-specific evaluations of the pesticide behavior in the root zone (e.g., Carsel et al., 1984). Models have also been developed to describe the various environmental processes that influence pesticide dynamics in soils (Rao and Jessup, 1983). Such models are usually data intensive and require knowledge of a number of soil, environment, crop, and pesticide parameters. In a majority of the cases, such parameters are neither available nor likely to be available in the near future due to the high cost associated with obtaining such data for a large number of soil-crop-pesticide combinations. As an alternative, we must look for simple screening approaches for assessing the relative potential of various pesticides to leach beyond the crop root zone and intrude into groundwater.

Several empirical approaches for screening purposes have been proposed. The Arizona Department of Health Services (1982) devised a numerical rating scheme for developing a list of "priority pesticides" that have the highest potential for contaminating groundwater in Arizona. This scheme was based on assigning numerical values to various criteria, including pesticide chemical properties (solubility and persistence), volume of use, and health effects. A similar scheme is now being considered by the Florida Department of Agriculture and Consumer Services for use in Florida (Van Middlem, 1985; personal communication). Aller et al. (1985) have proposed a numerical rating scheme, called DRASTIC, for evaluating the potential for groundwater contamination at a specific site given its geohydrologic setting. The acronym for their scheme is derived from the seven factors considered in the rating scheme: (i) depth to groundwater, (ii) recharge rate, (iii) aquifer media, (iv) soil media, (v) topography, (vi) impact of the vadose zone, and (vii) conductivity of the aquifer. A combination of weights and ratings are assigned to each of these factors, and a numerical rating, called the DRASTIC index, is calculated for each site or an area. This index is then used to prioritize various areas with respect to their vulnerability for groundwater contamination. It should be noted that the DRASTIC scheme does not explicitly take into account the pesticide properties. A number of other approaches, based on numerical ratings of several factors, have also been proposed and are in use for evaluating the suitability of sites for land disposal of hazardous wastes (Seller and Ganter, 1980; LeGrand, 1983; USEPA, 1983; Gibb et al., 1983; MDNR, 1983).

In this paper we propose a quantitative index for screening purposes. Based on published data for several pesticides, the numerical values for the index were calculated. The pesticide ranking based on this index is compared with the ranking based on the indices proposed by Laskowski et al. (1982) and Jury et al. (1983; 1984 a, b, c).

## ENVIRONMENTAL FATE ANALYSIS

A vast number of physical, chemical, and biological processes control pesticide behavior in soils (Rao et al., 1983). These processes are dynamic and interrelated. The rate at which each of the processes proceeds is controlled by various soil and environmental factors. The questions asked most often in assessing the potential for pesticide contamination of ground-

[1] Approved for publication as Fla. Agr. Exp. Stn. Journal Series No. 6525. Partial financial support for this work was provided by funds from USEPA Cooperative Agreement No. CR-811035 and by Hatch Act funds provided under the Western Regional Research Project W-82.
[2] Associate Professor, Associate Professor, and Scientific Programmer, Soil Sci. Dept., Univ. of Florida, Gainesville, FL 32611.

TABLE 1.—TOXIC ORGANIC CHEMICALS FOUND IN GROUNDWATER COLLECTED IN THE U.S.†

| Chemical | State(s) | Concentration range ($\mu$g/L) | Chemical | State(s) | Concentration range ($\mu$g/L) |
|---|---|---|---|---|---|
| Acetone | NJ | 3,000 | 1,1-Dichloroethylene | MA, ME, NJ | 70-280 |
| Alachlor | NB | 0.04 | 1-2-Dichloroethylene | MA, NY | 91-323 |
| Aldicarb | AZ, CA, FL, ME, MO, NC, NJ, NY, OR, TX, VA, WA, WI | 1-50 | 1,2-Dichloropropene | CA, MD, NY | 1-50 |
| Atrazine | IA, NB, WI | 0.3-3.0 | Dinoseb | NY | 1-5 |
| $\alpha$-BHC | CA | 6 | Dioxane | MA | 2,100 |
| $\beta$-BHC | CA | 4 | Ethylbenzene | NJ | 2,000 |
| $\gamma$-BHC (Lindane) | CA | 22 | Ethylenedibromide(EDB) | CA, FL, HI, GA, SC | 0.05-300 |
| Benzene | CT, NJ, NY | 30-330 | Isopropylbenzene | NY | 290 |
| Bis-(2-ethylhexyl)phthalate | NY | 170 | Methylene chloride | NJ, NY | 47-3,000 |
| Bromacil | FL | 300 | Oxamyl | NY | 5-65 |
| Bromoform | DE | 20 | Parathion | CA | 4-6 |
| Butybenzylphthalate | NY | 38 | Simazine | CA | 1-2 |
| Carbofuran | NY, WI | 1-5 | Tetrachloroethylene | CT, NJ, NY | 717-1,500 |
| Carbontetrachloride | NJ, NY | 235-400 | Toluene | NJ | 55-5,440 |
| Chloroform | NJ, NY | 67-490 | 1,1,1-Trichloroethane | CT, ME, NJ, NY | 965-5,440 |
| Chloromethane | MA | 44 | 1,1,2-Trichloroethane | NY | 20 |
| Cyclohexane | NY | 540 | Trichloroethylene (TCE) | NJ, NY, PA | 1,530-27,300 |
| Dibromochloromethane | DE, NY | 20-55 | Trifluorochloroethane | NY | 35-135 |
| Dibromochloropropane (DBCP) | AZ, CA, HI, MD, SC | 0.02-137 | Vinylchloride | NY | 50 |
| Di-(n)-butylphthalate | NY | 470 | Xylene | NJ, NY | 59-300 |
| 1,1-Dichloroethane | NJ | 7 | | | |
| 1,2-Dichloroethane | NJ | 250 | | | |

†Adapted from: Brumaster, D. E. (1981) and Cohen et al. (1984).

water are: How long will it take a pesticide to get into groundwater? How much of the applied amount arrives at the water table? What is the pesticide concentration in the groundwater and does it exceed the allowable limits set by the regulatory agency? In answering these questions, we have to evaluate the following factors:

(1) Travel time and persistence in the crop root zone and in the intermediate vadose zone,
(2) Pesticide mass emissions from the vadose zone, i.e., loading to groundwater,
(3) Pesticide concentration in the groundwater, and
(4) Pesticide persistence and dilution in the saturated zone.

The total amount of a pesticide leaching past the vadose zone and arriving at the water table is defined here as the mass emission. This amount is determined by the total travel time in the vadose zone. The travel time, in turn, determines the time available for pesticide attenuation within each zone via chemical and biological processes (degradation, plant uptake, etc.). For a given mass emission, the actual concentration found in the groundwater is determined by persistence in the saturated zone and dilution that occurs as a result of groundwater flow. A detailed account of the variety of mechanisms contributing to contamination and attenuation of pollutants in aquifers is given by Freeze and Cherry (1979) and Mackay et al. (1985).

In order to evaluate pesticide behavior in soils, a number of pesticide properties, refered to as the chemodynamic parameters is needed. These include: aqueous solubility expressed either on the basis of mole fraction ($X_w$) or mass per volume (S), melting point (MP), vapor pressure ($V_p$), Henry's constant ($K_h$), octanol-water partition coefficient ($K_{ow}$), sorption coefficient ($K_{oc}$), and degradation half-life ($t1/2$). Values for these parameters are required by USEPA and state regulatory agencies as a part of the pesticide registration process. Published data on these parameters have been compiled and summarized by a number of authors (e.g., Rao and Davidson, 1980; Karickhoff, 1981; Kenaga and Goring, 1980; Lyman et al., 1982). These chemodynamic parameters are inter-related. Empirical and theoretical expressions have been proposed to estimate the values of one parameter using other chemodynamic parameter(s) or more fundamental chemical properties. For example, pesticide sorption coefficient ($K_{oc}$) can be estimated given the aqueous solubility ($X_w$ or S) and melting point (MP) or octanol-water partition coefficient ($K_{ow}$). Lyman et al. (1982) present a compendium of data and methods for estimating the chemodynamic parameters for pesticides and other organic pollutants.

In addition to the pesticide chemodynamic parameters, detailed characterization of the pesticide behavior in soils requires the following site-specific information: climatological data including daily records of rainfall, evapotranspiration, temperature, and net radiation; irrigation, crop, and pesticide management practices; soil profile characteristics including depth to groundwater (L), total porosity (P), volumetric soil water contents at field capacity (FC) and permanent wilting point (PWP), soil bulk density (BD), soil organic carbon content (OC), and groundwater net recharge rate (q); and crop parameters such as rooting depth (LI) and rooting density.

## INDICES FOR GROUNDWATER CONTAMINATION POTENTIAL

### ATTENUATION FACTOR AND RETARDATION FACTOR

Given detailed information as described above, sophisticated simulation models may be used to predict the pesticide concentration distributions in the

soil profile and the total pesticide losses beyond the root zone throughout the season. The pesticide root zone model, PRZM, developed by the USEPA (Carsel et al., 1984), is an example of such models. Since our intent here is not a detailed prediction, but the development of a simple scheme for ranking the relative potentials of different pesticides to intrude into groundwater, we may be able to utilize much simpler methods. For such a purpose we envision the system of interest in two distinct zones: the crop root zone, and the intermediate vadose zone. Our purpose here will be to calculate the travel times through each of these zones as well as to estimate mass emission from the vadose zone and therefore pesticide loading into groundwater.

Assuming that pesticide degradation follows first-order kinetics, the total amount (M1) of pesticide leaching past the crop root zone is given by:

$$M1 = Mo \exp(-tr1\, k1) \quad (1)$$

where Mo is the amount of pesticide applied at the soil surface, and tr1 and k1 are the travel time and the first-order degradation rate coefficient in the root zone, respectively. The pesticide amount leaving the root zone is further degraded as it travels through the intermediate vadose zone. Thus, the amount (M2) entering the groundwater is equal to:

$$M2 = M1 \exp(-tr2\, k2) \quad (2)$$

where M2, tr2, and k2 are as defined for Eq. (1) except that the subscript 2 designates the values for the intermediate vadose zone. Substituting Eq. (1) in Eq. (2) yields:

$$M2 = Mo \exp-[(tr1\, k1) + (tr2\, k2)] \quad (3)$$

From Eq. (3) it is evident that computation of pesticide mass emission from the vadose zone (i.e., M2) requires the estimates of the travel times (tr1, tr2) and the rate coefficients (k1, k2) in the root zone and the intermediate vadose zone. Water and solute transport processes within the root zone are transient in nature and the travel time (tr1) is a complex function of rainfall, irrigation, evapotranspiration, and rooting patterns. Thus, it is difficult to obtain a simple estimate of tr1. On the other hand, the difference between annual evapotranspiration and rainfall plus irrigation can be used to estimate tr2 because the flow processes in the intermediate vadose zone are essentially steady. A considerable amount of data exists for estimating pesticide degradation rates in the root zone based on measurements with surface soils. In contrast, there is a paucity of data for estimating degradation rates in the intermediate vadose zone. In the absence of better information, at this point we are then faced with the need to assume that k1 = k2 = k. The total travel time (tr) required for a pesticide to travel through the root zone and the intermediate vadose zone is the sum of the respective travel times in each of these zones; thus, tr = (tr1 + tr2).

With the above simplifying assumptions, Eq. (2) can be restated as:

$$M2 = Mo \exp(-tr\, k) \quad (4)$$

Noting that the pesticide half-life, $t1/2 = (0.693/k)$, and defining $B = (0.693\, tr/t1/2)$, Eq. (4) simplifies to:

$$M2 = Mo \exp(-B) \quad (5)$$

Finally, the fraction of surface-applied pesticide that reaches the groundwater is equal to:

$$AF = (M2/Mo) = \exp(-B) \quad (6)$$

where AF is defined as the *Attenuation Factor* and serves as an index for pesticide mass emission from the vadose zone. It should be noted that $0 < AF < 1$.

The total travel time (tr) in Eq. (4) can be approximated by:

$$tr = (L\, RF\, FC/q) \quad (7)$$

where

$$RF = [1 + (BD\, OC\, Koc)/(FC) + (AC\, Kh/FC)] \quad (8)$$

L is the distance from the soil surface to groundwater, and AC is the air-filled porosity. Note that we have implicitly assumed that the net recharge rate (q) is the same in both the root zone and the intermediate vadose zone. The limitations associated with such an assumption will be discussed in a later section. The term RF in Eqs. (7) and (8) is known as the *Retardation Factor* (see Davidson et al., 1968; Rao and Jessup, 1983) and represents the retardation of pesticide leaching through soils due to sorption and pesticide partitioning between the vapor and liquid phases. We note that, for non-volatile non-adsorbed pesticides, Koc and Kh = 0 and RF = 1. Thus, with increasing Koc or Kh the numerical value of RF becomes larger. This implies, then, that the travel time (tr) for a pesticide with a large Koc or Kh is greater than that for a pesticide with a small Koc or Kh. Since Koc of non-ionic pesticides is generally found to be inversely related to pesticide aqueous solubility (S), we can expect the more soluble pesticides to leach through the root zone and the intermediate vadose zone more rapidly than less soluble pesticides. This is the basis on which Cohen et al. (1984) have proposed that pesticides with aqueous solubility exceeding 30 mg $L^{-1}$ pose a greater threat to groundwater.

We note that the B value is inversely proportional to t1/2 and directly proportional to tr. Thus, persistent and soluble pesticides (i.e., those with large t1/2 and small Koc) would have smaller values of B and larger values of AF, which implies that a larger fraction of the pesticide is likely to arrive at the groundwater. Conversely, pesticides with low aqueous solubility (large Koc) and/or those that degrade readily to nontoxic forms (small t1/2) would have a large B value and a small AF value, and the fraction of the applied amount leaching to groundwater is likely to be small. Thus, AF value can be used as a simple index for ranking a number of pesticides.

Pesticides can also be ranked simply on the basis of the relative travel times through the root zone and the intermediate vadose zone. This would be equivalent to ranking pesticides based on the RF values, without regard to mass emissions. This method would provide the most conservative estimate of the potential for groundwater contamination. In the absence of any information on pesticide half-lives either in the root zone or in the intermediate vadose zone, we recommend the use of RF values to rank the pesticides. It should be recognized that, while pesticides with small AF values (or large RF values) would have a lower

potential to contaminate groundwater, these compounds pose a greater threat of contaminating surface water bodies via runoff (Rao et al., 1983).

COMPARISON WITH OTHER INDICES:

Laskowski et al. (1982) proposed an index for evaluating a pesticide's potential to contaminate groundwater. Their index, designated as LEACH, is calculated as:

$$\text{LEACH} = (S\ t1/2)/(Vp\ Koc) \qquad (9)$$

where all terms are as defined earlier. We note that the numerical value of LEACH is directly proportional to aqueous solubility (S) and half-life (t1/2), and inversely proportional to vapor pressure (Vp) and sorption coefficient (Koc). Thus, water-soluble and persistent pesticides would have larger values of LEACH indicating a considerable potential to contaminate groundwater. Volatile pesticides and those with low solubility or short half-lives would receive a lower ranking. Though the index LEACH derived in this scheme lacks a physical meaning, it is intuitively consistent in incorporating the effects of pesticide properties on leaching.

Laskowski et al. (1982) also proposed an index, VOLAT, for assessing the volatilization potential of pesticides. This index is defined as:

$$\text{VOLAT} = (Vp\ t1/2)/(S\ Koc) \qquad (10)$$

Larger volatilization potentials, indicated by large values of VOLAT, are associated with pesticides having large vapor pressures (Vp), large half-lives (t1/2), and low sorption coefficients (Koc) or aqueous solubility (S). We must note that pesticides with larger volatilization potentials would have a lower potential for groundwater contamination.

Jury et al. (1983; 1984 a, b, c) proposed a scheme for ranking pesticides on the basis of a "benchmark" approach. They showed that the travel time (Tc) by convective flow in soil-water, assuming steady water flow, is:

$$Tc = (TH\ RF\ L)/q \qquad (11)$$

where TH is the volumetric soil-water content and other parameters are as defined earlier. We note that, with TH = FC, Eq. (11) and Eq. (7) are equivalent. At a given site, the parameters FC, L, and q are the same for all pesticides. Thus, ranking pesticides by the travel time is equivalent to ranking by their retardation factors (i.e., by RF values).

Jury et al. (1983; 1984a, b, c) recognized that, for volatile pesticides, transport via vapor-phase diffusion might be more rapid than convective transport in the soil-water phase. They showed that the time for vapor-phase transport (Td) is given by:

$$Td = \left[\frac{L^2\ P^2\ FC\ RF}{Dg\ AC^{10/3}\ Kh}\right] \qquad (12)$$

where P is total porosity and is equal to (AC + FC), Dg is the molecular diffusion coefficient in the vapor-phase, and other parameters are as defined earlier. From Eq. (12) we note that pesticides with large Dg or Kh values would have smaller diffusion times for traveling to the water table. Note that, with decreasing air-filled porosity (AC), Td values becomes large because a smaller cross-section of the pore space is available for vapor transport and pesticide movement would be mostly in the liquid phase.

## COMPARISON OF THE INDICES FOR SOME PESTICIDES

For several pesticides, the groundwater contamination potential indices discussed in the previous section were computed (See Eqs. 6, 8-11). For this purpose, the chemodynamic parameters for a total of 41 pesticides commonly used in the U. S. were compiled (Table 2). A broad spectrum of pesticides with solubilities and vapor pressures varying over 8 orders of magnitude are included in Table 1. Many of these pesticides are also used extensively in Florida (e.g., aldicarb, carbaryl, carbofuran, atrazine).

Two soils were selected for computing the indices. Tavares fine sand (Typic Quartzipsamments) was chosen as a representative of the well-drained coarse textured soils of Florida's central ridge, while the soils in the Florida panhandle were represented by Orangeburg loamy sand (Typic Paleudults). Soil properties needed for computing the various indices are summarized in Table 3. These values were obtained by calculating depth-weighted averages using the data reported by Calhoun et al. (1974) for a 2-m deep soil profile. In both soils, the depth to the water table (L) was assumed to be 10 m and the net groundwater recharge rate (q) was set at 0.38. Both these values are fairly typical for the areas where these soils are found in Florida.

The 41 pesticides were ranked in terms of their potential to contaminate groundwater on the basis of each of the six indices presented earlier. Pesticides were ranked in descending order of their potential to contaminate groundwater. Thus, within each scheme a rank of 1 was assigned to the pesticide with the greatest potential, while a rank of 41 indicates the pesticide (among those we considered) with the least potential to contaminate groundwater. Ranking of the 41 pesticides by the six schemes is compared in Tables 4 and 5. Recall that rankings using travel times (Tc) and by retardation factors (RF) are identical; hence the ranks assigned by both these methods are the same. The ranking based on the attenuation factor (AF) and LEACH index accounts for retardation of pesticide leaching due to sorption and pesticide losses due to degradation. In Tables 4 and 5, the pesticides are listed in ascending order of ranks assigned by the AF scheme. This was done to facilitate comparison of ranks assigned by the other schemes.

Examination of the pesticides receiving the top 10 ranking by the AF scheme indicates that these are the water-soluble pesticides (S > 10 mg L$^{-1}$.) with half-lives exceeding 40 days. By comparing the pesticide ranking by AF and LEACH, we note that 15 of the top 20 pesticides are the same on both the lists, although the exact rank for each pesticide may not correspond. Many of these pesticides are also those that have been detected in groundwater (see Table 1). Thus, the ranking schemes AF and LEACH seem to provide a reasonable indication of the potential for groundwater contamination by different pesticides.

The pesticide ranking by the AF scheme is essentially identical for both soils (Tables 4 and 5) ex-

TABLE 2.—CHEMODYNAMIC PROPERTIES FOR SEVERAL PESTICIDES.†

| Pesticide | S (mg L$^{-1}$) | $K_{oc}$ (m$^3$ kg$^{-1}$) | $K_h$ | $V_p$ (Pa) | $t_{1/2}$ (days) |
|---|---|---|---|---|---|
| Alachlor | 2.420E+02 | 1.900E−01 | 1.300E−06 | 2.900E−03 | 7 |
| Aldicarb | 9.000E+03 | 1.000E−02 | 1.000E−04 | 1.300E−02 | 28 |
| Atrazine | 3.200E+01 | 1.600E−01 | 2.500E−07 | 4.000E−05 | 71 |
| Bromacil | 8.200E+02 | 7.200E−02 | 3.700E−08 | 3.300E−05 | 350 |
| Captan | 3.300E+00 | 3.300E−02 | 4.900E−05 | 1.300E−03 | 3 |
| Carbaryl | 4.000E+01 | 2.290E−01 | 1.400E−03 | 6.700E−01 | 22 |
| Carbofuran | 3.200E+02 | 2.800E−02 | 3.100E−07 | 2.700E−03 | 40 |
| Chlordane | 1.000E+00 | 3.800E+01 | 2.200E−04 | 1.300E−03 | 3500 |
| Chlorpyrifos | 2.000E+00 | 6.070E+00 | 1.800E−04 | 2.500E−03 | 63 |
| Cyanazine | 1.710E+02 | 1.680E−01 | 1.200E−04 | 2.000E−01 | 108 |
| 2,4-D | 9.000E+02 | 2.000E−02 | 5.600E−09 | 5.300E+01 | 15 |
| DBCP | 1.000E+03 | 7.000E−02 | 1.700E−02 | 1.060E+02 | 180 |
| DDT | 3.000E−03 | 2.400E−02 | 2.000E−03 | 2.500E−05 | 3837 |
| Diazinon | 4.000E+01 | 8.500E−02 | 5.000E−05 | 9.700E−05 | 32 |
| Dieldrin | 1.500E−01 | 1.200E+01 | 6.700E−04 | 4.000E+02 | 868 |
| Disulfoton | 2.500E+01 | 1.600E+00 | 1.100E−04 | 2.400E−02 | 5 |
| Diuron | 3.700E+01 | 3.800E−01 | 5.400E−08 | 4.100E−04 | 328 |
| EDB | 3.400E+03 | 4.400E−02 | 3.500E−02 | 1.500E+03 | 3650 |
| EPTC | 3.700E+02 | 2.800E−01 | 5.900E−04 | 4.500E+00 | 30 |
| Ethoprophos | 7.500E+02 | 1.200E−01 | 6.000E−06 | 4.650E−02 | 50 |
| Fenamiphos | 7.000E+02 | 1.710E−01 | 2.400E−08 | 1.330E−04 | 10 |
| Fonofos | 1.300E+01 | 6.800E−02 | 2.200E−04 | 2.800E−02 | 60 |
| Heptachlor | 5.600E−02 | 2.400E+01 | 1.450E−01 | 5.300E−02 | 2000 |
| Lindane | 7.500E+00 | 1.300E+00 | 1.300E+04 | 5.600E−03 | 266 |
| Linuron | 8.100E+01 | 8.600E−01 | 2.500E−06 | 2.000E−03 | 75 |
| Malathion | 1.450E+02 | 1.800E+00 | 5.000E−06 | 5.300E−03 | 1 |
| Methyl Bromide | 1.300E+04 | 2.200E−02 | 1.500E+00 | 5.200E−05 | 55 |
| Methyl Parathion | 5.700E+01 | 5.100E+00 | 4.400E−06 | 1.300E−03 | 15 |
| Monuron | 2.600E+02 | 1.800E−01 | 7.600E−09 | 6.700E−05 | 166 |
| Napropamide | 7.300E+01 | 3.000E−01 | 7.900E−07 | 5.300E−04 | 70 |
| Oxamyl | 2.800E+05 | 6.000E−03 | 9.900E−09 | 3.100E−02 | 6 |
| Parathion | 2.400E+01 | 1.100E+01 | 6.100E−06 | 5.000E−03 | 18 |
| Pentachlorphenol | 2.000E+01 | 1.429E+01 | 8.800E−02 | 1.600E+01 | 48 |
| Phorate | 5.000E+01 | 6.600E−01 | 3.100E−04 | 8.500E−05 | 82 |
| Picloram | 4.200E+02 | 2.600E−02 | 1.900E−08 | 8.200E−05 | 138 |
| Prometryne | 4.800E+01 | 6.100E−01 | 5.600E−07 | 1.300E−04 | 60 |
| Propachlor | 6.100E+02 | 4.200E−01 | 4.400E−06 | 3.100E−02 | 7 |
| Simazine | 5.000E+00 | 1.400E−01 | 3.400E−08 | 8.100E−07 | 75 |
| Terbacil | 7.100E+02 | 4.600E−02 | 8.200E−09 | 6.500E−05 | 50 |
| Triallate | 4.000E+00 | 3.600E+00 | 7.900E−04 | 1.600E−02 | 100 |
| Trifluralin | 3.000E−01 | 7.300E+00 | 6.700E−03 | 1.400E−02 | 132 |

† Adapted from: Jury et al. (1984 b).

cept for one difference. Methyl bromide was ranked 19 in the Tavares soil, while in the Orangeburg soil it received a rank of 7. Since the half-life value for methyl bromide was assumed to be the same in both soils, a higher rank (i.e., a smaller AF value) in the Tavares soil is the consequence of a larger retardation factor (RF = 6.21) resulting from a higher air content (AC = 0.285) compared to the Orangeburg soil (AC = 0.094; RF = 1.47). Since methyl bromide is highly water-soluble S = 13 g L$^{-1}$.), retardation of leaching in water due to sorption on soil is negligibly small (Koc = 0.022). However, the RF is large because of highly volatile methyl bromide partitioning between the soil-air and the soil-water phases. It should be noted that this effect is noticeable only for methyl bromide because its Kh value (Kh = 1.5) is about 100-fold larger than the next most volatile compound (heptachlor).

Comparing pesticide ranking by AF and RF (or Tc) allows for an evaluation of the need to consider pesticide losses by degradation. Pesticides such as oxamyl, 2,4-D, and captan receive higher ranking by the RF scheme, but because of their short half-lives these same chemicals are ranked much lower by the AF scheme. Attenuation of the pesticide by degradation in transit to the groundwater decreases the potential threat; hence, a lower ranking.

An aspect not covered in the foregoing discussion is the consideration of ranking metabolites along with their respective parent compounds. This is especially important for pesticides and other organic compounds that degrade to produce toxic metabolites, which either have longer half-lives or have greater aqueous solubilities than their parent compounds. As an example, consider the case of fenamiphos, a nematicide used in citrus culture. Because of its large Koc and short half-life, fenamiphos received a rank of 29 among the 41 pesticides we evaluated. However, its oxidative metabolites (fenamiphos sulfoxide and fenamiphos sulphone) have much smaller sorption coefficients and

TABLE 3.—SOIL PROPERTIES* USED IN RANKING THE PESTICIDES.

| Soil property | Units | Tavares | Orangeburg |
|---|---|---|---|
| Porosity (P) | m$^3$ m$^{-3}$ | 0.367 | 0.397 |
| Field Capacity (FC) | m$^3$ m$^{-3}$ | 0.082 | 0.303 |
| Air Content (AC) | m$^3$ m$^{-3}$ | 0.285 | 0.094 |
| Bulk Density (BD) | kg m$^{-3}$ | 1,550 | 1,610 |
| Depth to Groundwater (L) | m | 10.0 | 10.0 |
| Net Recharge Rate (q) | m yr$^{-1}$ | 0.38 | 0.38 |
| Organic Carbon Content (OC) | — | 0.0009 | 0.0031 |

*These values are depth-weighted averages for a 2-m soil profile. Based on the data of Calhoun et al. (1974).

TABLE 4.—COMPARISON OF THE RANKS ASSIGNED TO 41 PESTICIDES IN TAVARES FINE SAND USING SIX DIFFERENT SCHEMES.

| Pesticide | RM | AT | $T_c$ | $T_d$ | LEACH | VOLAT |
|---|---|---|---|---|---|---|
| EDB | 8 | 1 | 8 | 2 | 25 | 40 |
| Bromacil | 10 | 2 | 10 | 33 | 2 | 8 |
| Picloram | 4 | 3 | 4 | 34 | 3 | 17 |
| DBCP | 11 | 4 | 11 | 3 | 28 | 39 |
| Diuron | 24 | 5 | 24 | 37 | 13 | 23 |
| Monuron | 18 | 6 | 18 | 41 | 6 | 10 |
| Terbacil | 7 | 7 | 7 | 39 | 4 | 6 |
| Cyanazine | 16 | 8 | 16 | 12 | 21 | 31 |
| Fonofos | 9 | 9 | 9 | 8 | 22 | 35 |
| Carbofuran | 5 | 10 | 5 | 25 | 11 | 24 |
| Aldicarb | 2 | 11 | 2 | 9 | 8 | 22 |
| Simazine | 14 | 12 | 14 | 35 | 7 | 5 |
| Atrazine | 15 | 13 | 15 | 29 | 9 | 14 |
| Ethoprophos | 13 | 14 | 13 | 19 | 18 | 26 |
| Diazinon | 12 | 15 | 12 | 14 | 12 | 16 |
| Lindane | 29 | 16 | 29 | 16 | 17 | 18 |
| Napropamide | 22 | 17 | 22 | 28 | 16 | 19 |
| 2,4-D | 3 | 18 | 3 | 40 | 30 | 37 |
| Methyl Bromide | 23 | 19 | 23 | 1 | 1 | 1 |
| Phorate | 27 | 20 | 27 | 13 | 14 | 9 |
| Oxamyl | 1 | 21 | 1 | 36 | 5 | 7 |
| Chlordane | 40 | 22 | 40 | 23 | 27 | 29 |
| Prometryne | 26 | 23 | 26 | 31 | 15 | 11 |
| EPTC | 21 | 24 | 21 | 7 | 31 | 33 |
| Heptachlor | 39 | 25 | 39 | 5 | 39 | 38 |
| Linuron | 28 | 26 | 28 | 26 | 19 | 20 |
| Carbaryl | 20 | 27 | 20 | 6 | 35 | 34 |
| Dieldrin | 37 | 28 | 37 | 18 | 41 | 41 |
| Fenamiphos | 17 | 29 | 17 | 38 | 10 | 2 |
| Captan | 6 | 30 | 6 | 11 | 24 | 27 |
| Alachlor | 19 | 31 | 19 | 24 | 20 | 13 |
| Triallate | 32 | 32 | 32 | 15 | 34 | 28 |
| Trifluralin | 35 | 33 | 35 | 10 | 38 | 32 |
| DDT | 41 | 34 | 41 | 22 | 37 | 30 |
| Propachlor | 25 | 35 | 25 | 21 | 23 | 15 |
| Chlorpyrifos | 34 | 36 | 34 | 20 | 32 | 25 |
| Pentachlorophenol | 38 | 37 | 38 | 4 | 40 | 36 |
| Disulfoton | 30 | 38 | 30 | 17 | 36 | 21 |
| Methyl Parathion | 38 | 39 | 33 | 30 | 26 | 4 |
| Parathion | 36 | 40 | 36 | 32 | 33 | 12 |
| Malathion | 31 | 41 | 31 | 27 | 29 | 3 |

TABLE 5.—COMPARISON OF THE RANKS ASSIGNED TO 41 PESTICIDES IN ORANGEBURG LOAMY SAND USING SIX DIFFERENT SCHEMES.

| Pesticide | RM | AT | $T_c$ | $T_d$ | LEACH | VOLAT |
|---|---|---|---|---|---|---|
| EDB | 7 | 1 | 7 | 2 | 25 | 40 |
| Bromacil | 12 | 2 | 12 | 33 | 2 | 8 |
| Picloram | 4 | 3 | 4 | 34 | 3 | 17 |
| DBCP | 11 | 4 | 11 | 3 | 28 | 39 |
| Diuron | 24 | 5 | 24 | 37 | 13 | 23 |
| Monuron | 19 | 6 | 19 | 41 | 6 | 10 |
| Methyl Bromide | 9 | 7 | 9 | 1 | 1 | 1 |
| Cyanazine | 17 | 8 | 17 | 11 | 21 | 31 |
| Terbacil | 8 | 9 | 8 | 39 | 4 | 6 |
| Fonofos | 10 | 10 | 10 | 8 | 22 | 35 |
| Carbofuran | 5 | 11 | 5 | 25 | 11 | 24 |
| Aldicarb | 2 | 12 | 2 | 9 | 8 | 22 |
| Simazine | 15 | 13 | 15 | 35 | 7 | 5 |
| Atrazine | 16 | 14 | 16 | 29 | 9 | 14 |
| Ethoprophos | 14 | 15 | 14 | 19 | 18 | 26 |
| Diazinon | 13 | 16 | 13 | 14 | 12 | 16 |
| Lindane | 29 | 17 | 29 | 16 | 17 | 18 |
| Napropamide | 23 | 18 | 23 | 28 | 16 | 19 |
| 2,4-D | 3 | 19 | 3 | 40 | 30 | 37 |
| Phorate | 27 | 20 | 27 | 13 | 14 | 9 |
| Chlordane | 40 | 21 | 40 | 23 | 27 | 29 |
| Oxamyl | 1 | 22 | 1 | 36 | 5 | 7 |
| Prometryne | 26 | 23 | 26 | 31 | 15 | 11 |
| EPTC | 22 | 24 | 22 | 7 | 31 | 33 |
| Heptachlor | 39 | 25 | 39 | 5 | 39 | 38 |
| Linuron | 28 | 26 | 28 | 26 | 19 | 20 |
| Carbaryl | 21 | 27 | 21 | 6 | 35 | 34 |
| Dieldrin | 37 | 28 | 37 | 18 | 41 | 41 |
| Fenamiphos | 18 | 29 | 18 | 38 | 10 | 2 |
| Captan | 6 | 30 | 6 | 12 | 24 | 27 |
| Alachlor | 20 | 31 | 20 | 24 | 20 | 13 |
| Triallate | 32 | 32 | 32 | 15 | 34 | 28 |
| Trifluralin | 35 | 33 | 35 | 10 | 38 | 32 |
| DDT | 41 | 34 | 41 | 22 | 37 | 30 |
| Propachlor | 25 | 35 | 25 | 21 | 23 | 15 |
| Chlorpyrifos | 34 | 36 | 34 | 20 | 32 | 25 |
| Pentachlorophenol | 38 | 37 | 38 | 4 | 40 | 36 |
| Disulfoton | 30 | 38 | 30 | 17 | 36 | 21 |
| Methyl Parathion | 33 | 39 | 33 | 30 | 26 | 4 |
| Parathion | 36 | 40 | 36 | 32 | 33 | 12 |
| Malathion | 31 | 41 | 31 | 27 | 29 | 3 |

longer half-lives than the parent compound (Lee et al., 1985). Thus, evaluation of the groundwater contamination threat from using fenamiphos should be based on the more stable toxic metabolites (fenamiphos sulfoxide and fenamiphos sulphone) and not on the parent compound. This would be true for any organic pollutant which is known to produce more soluble and more stable metabolite(s).

As expected, several volatile pesticides (with $Kh > 10^{-4}$) receive a higher ranking by using the time for vapor-phase diffusion (Td) as the criterion. For example, pesticides such as carbaryl, EPTC, heptachlor, methyl bromide, pentachlorophenol, trifluralin, and triallate are ranked as being in the top 15 by the TD scheme, while they are ranked among the bottom 15 by the AF scheme. This suggests that volatile pesticides can arrive at the water table faster than expected on the basis of convective water flow alone. However, we will have to account for volatile losses of these pesticides at the soil surface and additional losses due to degradation in the soil. Thus, ranking by diffusion time alone might overestimate the pesticide's potential to contaminate the groundwater, in the same manner as ranking by Tc alone would overestimate the potential for pesticide mass emission.

As indicated earlier, a major uncertainty associated with the ranking scheme based on AF is that the soil water flux in the crop root zone was assumed to be constant with depth and time. To evaluate the impact of this assumption, we calculated the mass emission at the bottom of the root zone using the simulation model CMIS presented by Nofziger and Hornsby (1985). This model computes soil-water balance and chemical movement in the root zone given daily records of rainfall, irrigation, and evapotranspiration. Thus, this model calculates the travel times in the root zone (trl) and on this basis the amount of the pesticide leaching past the 60-cm root zone (i.e., Ml) is estimated. Using this amount as a basis, pesticides can be ranked in terms of their potential to contaminate groundwater. Note that the CMIS model does not account for distribution of volatile pesticides between the gas and water phases nor for the gaseous losses at the soil surface. For 13 of the more mobile pesticides such a ranking was performed. Only the Tavares soil data and rainfall and evapotranspiration records for 1984 from the Citrus Research and Education Center at Lake Alfred, Fl were used for this purpose. The pesticide ranking by the CMIS model was then compared with that based on the AF discussed earlier. These results are summarized in Table 6. Eleven out of the 13 pesticides evaluated appear on both the lists. These results suggest that a reasonable ranking of the pesticides can

TABLE 6.—COMPARISON OF PESTICIDE RANKING BY TWO SCHEMES.

| Rank | Ranking scheme | |
|---|---|---|
| | CMIS* | AF** |
| 1 | EDB | EDB |
| 2 | Bromacil | Bromacil |
| 3 | Picloram | Picloram |
| 4 | DBCP | DBCP |
| 5 | Monuron | Diuron |
| 6 | Aldicarb | Monuron |
| 7 | Methyl Bromide | Terbacil |
| 8 | Diuron | Cyanazine |
| 9 | Terbacil | Fonofos |
| 10 | Cyanazine | Carbofuran |
| 11 | Fonofos | Aldicarb |
| 12 | Carbofuran | Simazine |

*Ranking based on the amounts leaching past the 60-cm root zone as determined by the CMIS model of Nofziger and Hornsby (1985).
**Ranking based on the Attenuation Factor (see Eq. 6).

be made on the basis of the AF scheme. We recognize that the specific rank assigned to a particular chemical may vary depending upon the rainfall distribution (i.e., we can expect year-to-year variation in the ranks); the top 10 or 15 pesticides, however, are likely to be the same.

Statistical methods to evaluate the impact of annual variations in rainfall patterns on the potential to leach a given pesticide beyond the root zone have been presented by Jones et al. (1983) and Dean et al. (1984). These techniques involve simulation of the pesticide leaching over several years using historical rainfall records and examining the cumulative frequency distribution of the mass emissions beyond the root zone. It should be evident then that detailed daily records of climatological data as well as site-specific soil characterization data are needed for such an assessment.

## ADVANTAGES AND LIMITATIONS OF THE INDICES

The index AF we propose here is not designed to be a predictive tool, but rather a simple method for ranking a number of pesticides in terms of their *relative potential* to intrude into groundwater. We perceive the index to be used by regulatory agencies in a preliminary evaluation of a large number of pesticides to select chemicals for groundwater monitoring programs or to initiate site-specific studies.

The desirability of using readily-available site and pesticide parameters in developing such an index necessitated that a number of simplifying assumptions be made. These include:

(1) vadose zone properties are independent of depth,
(2) an average groundwater recharge rate can be computed given local rainfall, irrigation, and evapotranspiration data,
(3) a Koc value can be estimated for each pesticide, based on the assumption that hydrophobic interactions are dominant, and
(4) an average t1/2 value can be estimated for each pesticide.

For a given site and/or pesticide, one or more of these assumptions may not be valid. For example, strong soil layering and other heterogeneities with depth would invalidate the first assumption listed above. For ionic pesticides, such as diquat and paraquat, the concept of Koc is not applicable. Because both of these pesticides are cationic and are sorbed on soils by ion-exchange, their leaching is retarded considerably more than that anticipated on the basis of their high aqueous solubility.

Pesticide persistence (i.e., t1/2) is influenced by a number of soil and environmental factors such that a single t1/2 value may not adequately represent pesticide degradation rates in different soils, in the same soil under different environments, or at different depths in the soil profile at a given site. The numbers and diversity of microbes generally decreases with increasing soil profile depth as a result of decreasing supplies of various substrates and oxygen at the lower depths. This was shown to be the case for aldicarb degradation rates measured in soil samples collected from Florida and Georgia (Ou et al., 1985 a, b). However, whether this finding is also applicable for other pesticides and for soils from other locations must be judged with caution since chemical degradation rates (e.g., via hydrolysis) may increase at greater depths. The microbial populations in the groundwater are primarily oligotrophic and their activity is expected to be considerably lower than that of the eutrophic microbes in the root zone (Wilson and McNabb, 1983). The groundwater environment is likely to be anaerobic, while the root zone is generally aerobic. For these reasons, one might expect the metabolic rates and pathways for degradation of pesticides and other toxic organic pollutants to be different in the saturated zone than in surface soils. Delfino and Miles (1985) present data for several industrial organic compounds and aldicarb nematicide in groundwater samples collected in Florida. Only a limited amount of data for estimating degradation rates (or half-lives) in the intermediate vadose zone is available. Based on literature reviews and laboratory experiments, Rao and Davidson (1980) have concluded that t1/2 values may vary by a factor of only two among different surface soils. Recent field studies (Rao et al., 1985; Rao and Wagenet, 1985) support this conclusion and, thus, justify the use of a single t1/2 value for each pesticide at a given site to calculate the AF value.

The ranking scheme we proposed here was not based on pesticide concentrations in the groundwater. However, given a mixing depth (Lm) within the saturated zone, and the mass emission from the vadose zone (i.e., M2), the average pesticide concentration expected in the groundwater (C) may be estimated to be:

$$C = [M2/Lm \; P] \qquad (13)$$

where the volumetric water content in the saturated zone is set equal to porosity (P), and M2 is as defined in Eq. (5). The calculated value of C may be compared with drinking water standards or other limits set by the regulatory agencies. It must be recognized, however, that such a computation is dependent on the ability to estimate a "mixing depth". Eq. (13) does not consider the degradation and dilution of the pesticide in the groundwater. Thus, it generally overestimates the possibility that pesticide concentrations in the groundwater might exceed certain acceptable values.

The AF scheme provides a reasonably accurate

ranking for screening a large number of compounds, such that attention can be focused on a much smaller number of pesticides having the greatest potential to contaminate groundwater. Several of the pesticides receiving high ranking are used extensively in Florida. Careful management of these chemicals is warranted, especially in the central ridge of Florida with permeable sandy soils and with high recharge to the Floridan aquifer. Groundwater monitoring programs should also be focused on these pesticides.

## LITERATURE CITED

Arizona Department of Health Services. 1982. Pesticides with groundwater pollution potential in Arizona. Prepared by Rich & Associates, Phoenix, AZ. 123 p.

Aller, Linda, T. Bennett, J. Lehr, and Rebecca Petty. 1985. DRASTIC: A standardized system for evaluating groundwater pollution potential using hydrogeologic settings. USEPA Office of Research & Development, Washington, DC. 384 p. (In Press).

Brumaster, D. E. 1981. Contamination of groundwater by toxic organic chemicals. Report by the Council on Environmental Council. (Cited by Pye et al., 1983).

Calhoun, F. G., V. C. Carlisle, R. E. Caldwell, L. W. Zelazny, L. C. Hammond, and H. L. Breland. 1974. Characterization data for selected Florida soils. Soil Sci. Dept. Res. Report SLS 74-1, University of Florida. 293 p.

Carsel, R. F., C. N. Smith, L. A. Mulkey, J. D. Dean, and P. Jowsie. 1984. Pesticide Root Zone Model (PRZM): Release 1. EPA-600/3-84-109. 216 p.

Cohen, S. Z., S. M. Creeger, R. F. Carsel, and C. G. Enfield. 1984. Potential for pesticide contamination of groundwater resulting from agricultural uses. p. 297-325. In: R. F. Krueger and J. N. Seiber (ed) Treatment and Disposal of Pesticide Wastes. ACS Symp. Series No. 259, American Chemical Society, Washington, DC.

Davidson, J. M., C. E. Reick, and P. W. Santelman. 1968. Influence of water flux and porous materials on the movement of selected herbicides. Soil Sci. Soc. Amer. Proc. 32:629-633.

Dean, J. D., P. P. Jowise, and A. S. Donigian, Jr. 1984. Leaching evaluation of agricultural chemicals (LEACH) handbook. EPA-600/3-84-068. 407 p.

Delfino, J. J., and C. J. Miles. 1985. Aerobic and anaerobic degradation of organic contaminants in Florida groundwater. Soil and Crop Sci. Soc. Florida Proc. (This Issue).

Freeze, R. A., and J. A. Cherry. 1979. Groundwater. Prentice-Hall, NY.

Gibb, J. P., M. J. Barcelona, Susan C. Schock, and M. W. Hampton. 1983. Hazardous waste in Ogle and Winnebago counties: Potential risk via groundwater due to past and present activities. Document No. 83/26, Illinois Dept. Energy & Natural Resources. 66 p.

Jones, R. L., P. S. C. Rao, and A. G. Hornsby. 1983. Fate of aldicarb in Florida citrus soils: 2. Model evaluation. p. 959-978. In: D. M. Nielsen and Mary Curl (ed) Proc. of NWWA/USEPA Conf. on Characterization and Monitoring of the Vadose (Unsaturated) zone, National Water Well Assoc., Worthington, OH.

Jury, W. A., W. F. Spencer, and W. J. Farmer. 1983. Behavior assessment model for trace organics in soil: I. Description of model. J. Environ. Qual. 12:558-564.

Jury, W. A., W. J. Farmer, and W. F. Spencer. 1984a. Behavior assessment model for trace organics in soil: II. Chemical classification and parameter sensitivity. J. Environ. Qual. 13:567-572.

Jury, W. A., W. F. Spencer, and W. J. Farmer. 1984b. Behavior assessment model for trace organics in soil: III. Application of screening model. J. Environ. Qual. 13:573-579.

Jury, W. A., W. F. Spencer, and W. J. Farmer. 1984c. Behavior assessment model for trace organics in soil: IV. Review of experimental evidence. J. Environ. Qual. 13:580-586.

Karickhoff, S. A. 1981. Semi-empirical estimation of sorption of hydrophobic pollutants on natural sediments and soils. Chemosphere 10:833-846.

Kenega, E. E., and C. A. I. Goring. 1980. Relationships between (sic) water solubility, soil sorption, octanol-water partitioning, and concentration of chemicals in biota. p. 78-115. In: J. G. Eaton, P. R. Parrish, and A. G. Hendricks (ed) Aquatic Toxicology. ASTM Special Technical Publication No. 707, American Society for Testing of Materials, Philadelphia, PA.

Laskowski, D. A., C. A. I. Goring, P. J. McCall, and R. L. Swann. 1982. Terrestrial environment. p. 198-240. In: R. A. Conway (ed) Environmental Risk Analysis for Chemicals. Van Nostrand Reinhold Co., NY.

Lee, C. C., R. E. Green, and W. A. Apt. 1985. Transformation and adsorption of fenamiphos, f. sulfoxide, and f. sulfone in Molokai soil and simulated movement with irrigation. J. Contaminant Hydrology, Vol. 1 (In Review).

LeGrand, H. E. 1983. A standardized system for evaluating waste-disposal sites. National Water Well Association, Worthington, OH. 49 p.

Lyman, W. J., W. F. Rheel, and D. H. Rosenblatt. 1982. Handbook of chemical property estimation methods: Environmental behavior of organic compounds. McGraw-Hill Book Co., NY.

Mackay, D. M., P. V. Roberts, and J. A. Cherry. 1985. Transport of organic contaminants in groundwater. Environ. Sci. Technol. 19:384-392.

Michigan Department of Natural Resources. 1983. Site assessment (SAS) for the Michigan priority ranking system under the Michigan Environmental Response Act. Michigan Dept. Natural Resources, Chicago, MI. 91p.

Nofziger, D. L., and A. G. Hornsby. 1985. Chemical movement in soils: IBM PC user's guide. Florida Coop. Extension Service Circular No. 654, University of Florida. 58 p.

Ou, L. T., K. S. V. Edvardsson, and P. S. C. Rao. 1985a. Aerobic and anaerobic degradation of aldicarb in soils. J. Agr. Food Chem. 33:72-78.

Ou, L. T., K. S. V. Edvardsson, J. E. Thomas, and P. S. C. Rao. 1985b. Aerobic and anaerobic degradation of aldicarb sulfone in soils. J. Ag. Food. Chem., Vol. 33 (In Press).

Pye, Veronica, Ruth Patrick, and J. Quarels. 1983. Groundwater contamination in the United States. Univ. of Pennsylvania Press, Philadelphia, PA. 315 p.

Rao, P. S. C., and J. M. Davidson. 1980. Estimation of pesticide retention and transformation parameters required in non-point source pollution models. p. 23-67. In: M. R. Overcash and J. M. Davidson (ed) Environmental Impact of Nonpoint Source Pollution. Ann Arbor Sci. Publ. Co., Ann Arbor, MI.

Rao, P. S. C., and R. E. Jessup. 1983. Sorption and movement of pesticides and other toxic organic substances in soils. p. 183-201. In: D. W. Nelson, K. K. Tanji, and D. E. Elrick (ed) Chemical Mobility and Reactivity in Soil Systems. Am. Soc. Agron., Madison, WI.

Rao, P. S. C., and R. J. Wagenet. 1985. Spatial variability of pesticides in soils: Methods for data analysis and consequences. Weed Sci., Vol. 33 (In Press).

Rao, P. S. C., R. S. Mansell, L. B. Baldwin, and Mary F. Laurent. 1983. Pesticides and their behavior in soil and water. Soil Sci. Fact Sheet SL 40 (Revised), University of Florida. 4 p.

Rao, P. S. C., K. S. V. Edvardsson, L. T. Ou, R. E. Jessup, and P. Nkedi-Kizza, 1985. Spatial variability of pesticide sorption and degradation parameters. In Evaluation of Pesticides in Groundwater. ACS Symp. Series, Am. Chem.. Sos., Washington D.C.. (In Press).

Seller, L. E., and L. W. Canter. 1980. Summary of selected groundwater quality impact assessment models. Report No. NCGWR 80-3. National Center for Ground Water Quality Research, Norman, OK. 142 p.

USEPA. 1983. Surface impoundment assessment national report. EPA-570/9-84-002. 200 p.

Wilson, J. T., and J. F. McNabb. 1983. Biological transformation of organic pollutants in groundwater. EOS, Trans. Amer. Geophys. Union 64:503-506.