# EXHIBIT 94

- Combination of uncertainty through the process of coupling air emissions, unsaturated zone transport, groundwater flow, and groundwater transport models as illustrated in Figure 10.
- Hydrogeological complexity.
- Local conduit flow conditions.
- Uncertainty in well construction and the location(s) of productive zones in bedrock wells, including leakage through or around the bottom of the well casing.
- Vertical variability in PFOA concentrations (particularly in bedrock).
- PFOA originating from other sources.

### 6.2.5.1    Private Wells and Former Chemfab Facility Monitoring Wells

Considering the overall purpose of the evaluation, the variability in the PFOA data, and discussion in the previous section, the groundwater transport simulation results are a good overall approximation of the measured PFOA concentrations at private wells and the monitoring wells at the former Chemfab facility on Water Street, with the exceptions noted in the preceding subsection. For purposes of this report, the modeled process and parameters provide a conservative estimate of potential PFOA associated with emissions from the former Chemfab facilities, as well as illuminate areas where the air deposition and groundwater transport processes cannot explain the presence and distribution of PFOA in wells and where other sources, such as landfills or other industrial activities, are the likely a source for the detected PF compounds.

### 6.2.5.2    Bennington Landfill Monitoring Wells

The groundwater transport simulation results do not compare well with measured PFOA concentrations at Bennington Landfill monitoring wells or private wells located south and southwest of the Bennington Landfill (Figure 19). This is the basis for the conclusion that the measured PFOA concentrations south and southwest of the landfill are likely from another source. Considering the disposed materials, the history of disposal practices, and the current concentration of PFOA in the landfill leachate, the landfill is considered a likely source of the measured PFOA concentrations south and southwest of the landfill.

Simulated groundwater flow from the landfill through bedrock also suggests that Bennington Landfill is a likely source of PFOA detection at the private wells south and southwest of the landfill. Simulated migration of groundwater from Bennington Landfill is shown on Figure 21. The difference in flow direction between the unconsolidated sediments and the bedrock is apparent in the direction of migration of groundwater in the model layers corresponding to these materials. While flow in the unconsolidated sediments is primarily toward the southeast to Hewitt Brook, flow in the bedrock is primarily to the south and southwest. The bedrock flow directions in the vicinity of the Bennington Landfill indicated in Figure 21 shows good agreement with bedrock flow directions indicated by a recently published groundwater elevation contour map (Kim and Dowey, 2017).

Figure 22 shows a cross section of groundwater flow from Bennington Landfill to the Walloomsac River, which illustrates the perched flow system at the landfill and also the variability in materials through which the groundwater flows.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.    SGPPLVT10000554

### 6.2.6 Delineation of Corrective Action Area 1

The results of the simulations have been compared to measured PFOA concentrations in groundwater within the study area to identify areas where exceedances of regulatory standards potentially may be associated with historical air emissions from the former Chemfab facilities. For purposes of this report, a simulated affected area is an area in which the simulated PFOA concentration for 2016 is greater than the State's DWHA of 20 ppt. These areas are shown on Figure 19 for the air emissions scenario evaluated.

The model results show areas of PFOA in groundwater in 2016 extending north, south, and to the southeast of the former Water Street Chemfab facility. The model results are consistent with areas of PFOA detections except near the Bennington Landfill where PFOA was detected and in areas of no detected PFOA south and east of the former Water Street Chemfab facility. The modeling does not account for the effects of land application of PFOA-containing WWTP sludge on agricultural fields (the locations of which are not known at this time), other industrial and commercial sources (Section 5.1.6), and the possible effects of transport in surface water (such as the Walloomsac River) and bank infiltration with subsequent groundwater withdrawals from wells adjacent to the river.

### 6.2.7 Sensitivity Analyses

Sensitivity analyses were performed on the air, unsaturated zone, and groundwater models to assess the effects of parameter uncertainty on model results. The process and results of these sensitivity runs are discussed in the following sections and in the corresponding appendices describing model setup.

#### 6.2.7.1 Air Emissions and Deposition

Appendix A provides discussion of the sensitivity analyses conducted for the air deposition analysis. Results from the air model sensitivity analysis show:

- The model results are very sensitive to the particle deposition methodology employed. The method used to define the deposition parameters used in this analysis is conservative with respect to mass deposition (i.e., mass deposition is maximized in the model domain) relative to other available methods for defining the parameters.
- The model results are sensitive to the emission rate; the results are linear with respect to emission rate.

#### 6.2.7.2 Unsaturated Zone and Groundwater Transport

For purposes of this report, the unsaturated zone and groundwater transport models were simulated under various combinations of transport parameter values to assess the effect of parameter uncertainty on the simulated extent and magnitude of PFOA detection in groundwater. The parameter values and model results for the sensitivity runs are provided in Appendix D.

Results from the unsaturated zone and groundwater transport model sensitivity analysis show:

- Varying transport parameters within reasonable ranges in most instances did not substantively change the overall agreement between modeled and measured PFOA concentrations.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000555

- The variation in the transport parameters does not result in PFOA concentrations at the landfill wells being simulated at measured levels, indicating the presence of another source contributing to PFOA detection in the area.
- Composite parameter sensitivity values show that recharge, $K_{oc}$, and $f_{oc}$ in unsaturated zone model are the most sensitive parameters.

Dual-porosity processes (also referred to as matrix-diffusion processes), are known to be applicable in both granular aquifers (Bianchi and Zheng, 2016) and fractured rock aquifers (Neville and Bedekar, 2016). Dual porosity and matrix diffusion processes can cause a conservative solute to act in non-conservative ways, such as slower transport velocities than advective flow velocities and tailing effects. PFOA is not assumed to be conservative in the unsaturated transport modeling, therefore, dual porosity and matrix diffusion processes are discussed below only for the saturated transport modeling.

Adopting a dual-domain approach in the saturated transport model would have involved dividing the effective porosity used as input into two compartments: mobile porosity and immobile porosity. No area-specific information is available with which to base this division. Advection rates would be higher in the mobile porosity in this modeling approach since it is only a portion of the effective porosity, but for a non-sorbing solute, the net transport rates during mass loading would be lowered by mass transfer from the mobile porosity to the immobile porosity until the concentration gradient dissipated (retardation of the solute transport rate). If a source is cut off in such a system, solute concentrations in the mobile porosity decline more slowly as mass is transferred from the immobile porosity back to the mobile porosity (tailing effects). In other words, there are offsetting effects of accounting for dual domain transport. The sensitivity analysis on effective porosity (Appendix D, Section 2.5) implicitly includes the effects that would be produced by dual porosity and matrix diffusions processes.

These results support the use of the selected parameter values to assess PFOA fate and transport in the unsaturated and saturated zones, and illustrate the limited sensitivity of the main model outputs (e.g., the magnitude and extent of PFOA in groundwater that may have resulted from air emissions) to other parameters.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.                    SGPPLVT10000556

# 7.0   Multivariate Analyses of PFAS Data

For purposes of this report, PFAS data that have been collected as part of the ongoing monitoring and investigation of groundwater from wells and soils and POET influent data were processed using several statistical tools to determine if there were patterns outside of spatial considerations that could be used to identify groups or "families" of samples. By using multivariate analysis (MVA) statistical approaches on the available dataset, previously latent (unrecognized) relationships between samples may identify potentially separate sources of PFAS, or may potentially identify the likelihood of a common source.

MVA is a well-established set of statistical methods for evaluating data involving more than one variable. Various MVA procedures were applied to the data from the Bennington area in order to discern any patterns to the data and any relationships between data points, based solely on the composition of the PFAS compounds that were detected. For purposes of this report, the statistical add-on tool to Microsoft Excel, XLStat (www.xlstat.com), was used in the MVA procedures.

The presence of non-detect concentrations requires assignment of data values. Detection limits may be different for different compounds and for different samples. For purposes of this report, a non-detect result was treated as a value of zero ppt.

## 7.1   Agglomerative Hierarchical Cluster Analysis

Agglomerative Hierarchical Cluster (AHC) analysis involves evaluating the data (i.e. multiple PFAS compounds from many locations) without any consideration to mechanisms, physical processes, trends, or spatial location. AHC analysis seeks to identify which data locations are similar to other locations and groups or "clusters" like-data based on statistical thresholds. AHC is a statistical iterative classification method which produces a dendrogram (clustering tree), representing a hierarchy of objective similarities and dissimilarities. The agglomerative methodology used is Ward's method using Euclidian distance proximity. Truncation of the AHC was conducted manually and favored fewer groups with larger populations over many groups with smaller (or single) populations.

PFAS data were selected from the available groundwater, soils, and POET influent data and transformed in the following manner prior to analysis:

- The geographic location of the data within the study area was not a factor in data selection or statistical analysis.
- The data set for analysis by AHC was constrained to those data points with the six PFAS compounds analyzed as part of VTDEC private well sampling:
    - perfluorobutanesulfonic acid (PFBS),
    - perfluorohexanoic acid (PFHxA),
    - perfluorohexanesulfonic acid (PFHxS),
    - perfluoroheptanoic acid (PFHpA),
    - perfluorooctanesulfonic acid (PFOS), and
    - perfluorooctanoic acid (PFOA).

38

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.                    SGPPLVT10000557

- Concentrations of PFAS analytes less than the instrument detection limit (IDL) were replaced with values set to zero, as other methods of treating non-detect data generate data artifacts for the purposes of multivariate statistics that obfuscate clustering results due to varying reporting limits (RLs) between laboratories and sample volumes.
- PFAS analytes with reportable concentrations between the IDL and practical reporting limit (J-qualified) were not altered before processing with statistical software.
- Multiple observations made at a single location were treated as separate data points due to the amount of time between sample collections (approximately quarterly).
- The resultant dataset contained 295 data points at 218 locations.
- The data set was normalized to convert to fractional concentrations of the sum of PFAS measured and the resultant data was processed with XLStat for AHC. Data processed in this manner allowed for clustering with an emphasis on the total sample profile, diminishing the role played by absolute PFOA concentration and influences on absolute concentrations such as dilution and mixing.

Overall, six sub-groups were identified from the statistical clusters. Three of these sub-groups were combined due to the similarities in the data, forming four statistical sub-groups. The four sub-group descriptions are as follows;

- Group 1 – This sub-group had the highest detected levels of PFOS and PFHxS.
- Group 2 – This sub-group had the highest detected levels of PFOA and PFHpA and the lowest detected levels of PFOS.
- Group 3 – This sub-group had the lowest detected levels of PFOA and PFHpA and also had detections of PFHxS. In addition, this sub-group had the second highest detected levels of PFOS, PFHxA, and PFBS.
- Groups 4, 5, and 6 – This sub-group had the highest detected levels of PFOA and PFHpA without detectable levels of PFOS and PFBS.

Two main groups were identified from the four sub-groups identified by the AHC analysis on the basis of wells with or without sulfonated PFAS and wells with or without PFHxA (C6). The two main groups are described as (1) wells with PFOA and PFHpA and no sulfonated PFAS compounds and no PFHxA ("PFOA and PFHpA dominated") and (2) wells with sulfonated PFAS compounds ("Highest PFOS"). These well groupings and generalized extents are shown on Figure 23.

## 7.2    Principal Component Analysis

Principal Component Analysis (PCA) is another form of MVA that describes the data in terms of variability. PCA is independent of AHC and uses orthogonal transformation to convert a set of observations of possibly correlated variables into a set of values of linearly uncorrelated variables called principal components. The number of principal components is less than or equal to the smaller of the number of original variables or the number of observations. This transformation is defined in such a way that the first principal component has the largest possible variance (that is, accounts for as much of the variability in the data as possible), and each succeeding component in turn has the highest variance possible under the

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.       SGPPLVT10000558

constraint that it is orthogonal to the preceding components. The resulting vectors are an uncorrelated orthogonal basis set. PCA is a close relative of another MVA method called "factor analysis".

The PFAS dataset for PCA analysis was selected and transformed in the same manner as for the AHC analysis described in Section 7.1. The resulting PCA plot is shown on Figure 24.

In general, the PCA identified two different groups of data that are likely related to different sources of PFAS in groundwater. PFOS, PFHxA, PFHxS, and PFBS are associated with Factor 1, which describes 42.45 percent of the variance in the data set. In contrast, PFOA and PFHpA are associated with Factor 2, which describes 32.51 percent of the variance. These PFASs are associated with each other because PFHpA (C7) is commonly found in trace amounts in products with higher concentrations of PFOA. The individual factor loadings for the parameters are as follows:

| Parameter | F1 Loading (%) | F2 Loading (%) |
|---|---|---|
| PFBS | 16.160 | 0.119 |
| PFHpA | 0.139 | 49.917 |
| PFHxS | 27.636 | 0.185 |
| PFHxA | 31.834 | 0.131 |
| PFOS | 23.818 | 0.090 |
| PFOA | 0.414 | 49.557 |

## 7.3    Discussion of Results

The two MVA analyses (AHC and PCA) suggest the following:

- Wells in the general vicinity of the former Chemfab facilities have PFAS detections that are predominantly PFOA/PFHpA and typically do not have sulfonated PFAS compounds. This profile would generally be consistent with a source of PFAS that would be similar to PFOA-based dispersion.
- Wells along Harwood Hill Road and in the vicinity of the Bennington Landfill are statistically grouped together because they generally contain detectable concentrations of PFHxA and sulfonated compounds such as PFOS, PFHxS, and PFBS and are not correlated with PFOA/PFHpA. This suggests a mixture of PFAS compounds from a variety of commercial, domestic, and industrial sources.
- The sporadic presence of wells with sulfonated PFAS compounds throughout the Bennington area indicates a greater statistical commonality with the wells in the Harwood Hill Road/Bennington Landfill area than wells in the vicinity of the former Chemfab facilities. This suggests a variety of localized, mixed PFAS sources.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.                    SGPPLVT10000559

# 8.0   Summary

For purposes of this report, numerical models were developed to evaluate and simulate potential transport mechanisms of PFOA released by historical air emissions at the former Chemfab facilities in Bennington and North Bennington, Vermont that may have resulted in the presence of PFOA in soil and groundwater in the vicinity of these facilities. The results of the simulations have been compared to measured PFOA concentrations in soil and groundwater within the study area to identify areas where exceedances of regulatory standards potentially may be associated with historical air emissions from the former Chemfab facilities.

The modeling work and data evaluation described in this report are summarized as follows:

- Airborne emissions of PFOA from the former Chemfab facilities may have contributed to PFOA in groundwater in portions of the Bennington area. They cannot be the source of PFOA in other areas where PFOA has been detected in wells at concentrations above Vermont's drinking water health advisory level of 20 ppt, including areas to the south and southwest of the Bennington Landfill.
- Transport through the unsaturated zone likely produced a lag between the time PFOA was deposited at the ground surface and the time PFOA reached the water table.
- The overall pattern and distribution of groundwater elevations measured in wells and PFOA concentrations reported for groundwater samples from wells were simulated successfully. Simulated concentrations of PFOA in groundwater range from 0 ppt up to approximately 1,000 ppt in close proximity to the former Water Street Chemfab facility.
- The modeling indicates that the presence of PFOA in groundwater in the vicinity of Bennington Landfill is not the result of air emissions from the Chemfab plants. These results suggest that sources at the landfill are the likely source of PFOA and PFOS detected in wells south and southwest of Bennington Landfill.
- The modeled processes and values used as model inputs explain the patterns of PFOA concentrations, as well as illuminate areas where the air deposition and groundwater transport processes do not explain the presence and distribution of PFOA in wells and where other sources, such as landfills or other activities, are a more likely source for PFAS detections.
- There are numerous other potential sources of PFAS in the study area that were not included as PFAS sources for purposes of this report but which could be the source of PFAS in groundwater. These potential sources include a wide variety of commercial and industrial sites (e.g., car washes; landfills, granite, stone and tile finishing; storage and/or use of fire-fighting foam; wastewater treatment plants; wood floor finishing; automotive repair; junkyards; incinerators; carpet and upholstery cleaning; and painting/coating application); and sites that have used biosolids (e.g., agricultural fields; athletic fields; turf farms; landscaped areas; greenhouses; nurseries; and landscape and topsoil supply facilities).

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000560

# 9.0   References

3M, 1999. Fluorochemical Use, Distribution and Release Overview. May 26, 1999.

Anderson, M., W. Woessner, and R. Hunt. 2015. Applied Groundwater Modeling, 2nd Edition: Simulation of Flow and Advective Transport. Academic Press, 630 p.

Barr, 2017. DRAFT Conceptual Modeling of PFOA Fate and Transport: North Bennington, Vermont. Prepared for Saint-Gobain Performance Plastics. Dated February 2017.

Barton, C.A., Butler, L.E., Zarzecki, C.J., Flaherty, J., and Kaiser, M., 2006. Characterizing Perfluorooctanoate in Ambient Air near the Fence Line of a Manufacturing Facility: Comparing Modeled and Monitored Values. Journal of the Air & Waste Management Association. Volume 56:48-55 January 2006.

Busch, Jan. Ahrens, Lutz. Strum, Renate. Ebinghaus, Ralf. 2009. "Polyfluoroalkyl Compounds in Landfill Leachates." Environmental Pollution. Web. 18 July 2009.

Bedekar, V., Morway, E.D., Langevin, C.D., and Tonkin, M., 2016a, MT3D-USGS version 1: A U.S. Geological Survey release of MT3DMS updated with new and expanded transport capabilities for use with MODFLOW: U.S. Geological Survey Techniques and Methods 6-A53, 69 p., http://dx.doi.org/10.3133/tm6A53

Bedekar, V., Morway, E.D., Langevin, C.D., and Tonkin, M., 2016b, MT3D-USGS version 1.0.0: Groundwater Solute Transport Simulator for MODFLOW: U.S. Geological Survey Software Release, 30 September 2016, http://dx.doi.org/10.5066/F75T3HKD

Bianchi, M., and C. Zheng (2016). A lithofacies approach for modeling non-Fickian solute transport in a heterogeneous alluvial aquifer, Water Resour. Res., 52, doi:10.1002/2015WR018186.

C.T. Male Associates, 2016. Draft Shallow Soil Sampling Report, Former Chem Fab Site & Surrounding Areas, 1030 Water Street, Village of North Bennington, Bennington County, Vermont, VTDEC SMS Site #20164630, July 2016.

DeSimone, D. J., 2017, Surficial Geology of the Bennington Area, Vermont: Vermont Geological Survey Open-File Report VG2017-1, (Plates 1 - 3), scale 1:12,000.

Eggen, Trine. Moeder, Monika. Arukwe, Augustine. 2010. "Municipal Landfill Leachates: A Significant Source for New and Emerging Pollutants." Science of the Total Environment 408.21 (2010): 5147-157.

Eschauzier, Christian. Raat, Klaasjan J. Stuyfzand, Pieter J. Voogt, Pim De. 2013. Perfluorinated alkylated acids in groundwater and drinking water: Identification, origin and mobility. Science of the Total Environment, 458-460 (2013) 477-485. DOI: 10.1016/j.scitotenv.2013.04.066.

Flynn, R.H. and G.D. Tasker. 2004. Generalized Estimates from Streamflow Data of Annual and Seasonal Ground-Water-Recharge Rates for Drainage Basins in New Hampshire. U.S. Geological Survey Scientific Investigation Report 2004-5019, 61 p.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000561

Gellrich V. et al. 2012. Behavior of perfluorinated compounds in soils during leaching experiments. Chemosphere 87(9): 1052-1056.Golden Software, Inc., 2011. Surfer 10 Quick Start Guide: Contouring and 3D Surface Mapping for Scientists and Engineers. Golden Software, Inc., Golden, Colorado. 50 p.

Haitjema, H. M., and S. Mitchell-Bruker, 2005. Are water tables a subdued replica of the topography? Groundwater, Vol. 43, No. 6, p. 781-786.

Higgins C. P. and Luthy R. G. 2006. Sorption of perfluorinated surfactants on sediments. Environmental Science and Technology 40(23): 7251-7256.

Hirata-Koizumi M. et al. 2015. Repeated dose and reproductive/development toxicity of long-chain perfluoroalkyl carboxylic acids in rats: perfluorohexadecanoic acid and perfluorotetradecanoic acid. Fundamental Toxicological Sciences 2(4): 177-190.

Jerris, R.M., and DeSimone, D.J., 1992. Hydrogeology of the Bennington and Shaftsbury area, Vermont: Vermont Geological Survey Open-File Report VG92-1, 89 p., 7 plates.

Kim, J. J., and Dowey, C. W., 2017. Derivative maps generated from water well data logs in the Bennington area, Vermont: Vermont Geological Survey Open File Report VG2017-3, 4 Plates, scale 1:12,000. Plate D: DRAFT_Preliminary Potentiometric Surface (Static Water Level) Contours for the Bedrock Aquifer in the Bennington Area, Vermont.

Kissa, E., 2001. Fluorinated Surfactants and Repellents. CRC Press.

Knepper, T.P. and F.T. Langue, editors; Polyfluorinated Chemicals and Transformation Products. 2012. The handbook of environmental chemistry (ISSN 1867-979X, 17.

Konikow, L.F., 2011. The secret to successful solute-transport modeling. Ground Water, 49(2), pp. 144-159.

Li, Belinda. Danon-Schaffer, Monica N. Li, Loretta Y. Ikonomou, Michael G. Grace, John R., 2012. "Occurrence of PFCs and PBDEs in Landfill Leachates from Across Canada." SpringerLink. Springer Science+Business Media, 10 Mar. 2012.

Lim, K.J., B.A. Engel, Z. Tang, J. Choi, K. Kim, S. Muthukrishnan, and D. Tripathy. 2005. Web GIS-based Hydrograph Analysis Tool, WHAT. JAWRA, 41(6): 1407-1416.

McLaren/Hart Environmental Engineering Corporation, 1997. Final Draft Remedial Investigation Report, Bennington Landfill Site, Bennington, VT. Submitted to USEPA. Dated February 14, 1997.

MPCA, 2009. Summarized Results of PFC sampling of groundwater and leachate at landfills. Jul. 2009. Web. 20 July 2016.

Northeast Biosolids and Residuals Association (NEBRA), 2014. Biosolids:  The Other Recyclable "Food" Waste. June 10, 2014.

Neville, C.J. and V.S. Bedekar, 2016. Simulation of Flow and Transport in Fractured Rocks: An Approach for Practitioners. Chapter 17 in Groundwater Assessment, Modeling, and Management, M. Thangarajan and V.P. Singh eds. CRC Press, Boca Raton, FL. p.269-282.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.     SGPPLVT10000562

Niswonger, R.G., S. Panday, and M. Ibaraki, 2011. MODFLOW-NWT, A Newton formulation for MODFLOW-2005: U.S. Geological Survey Techniques and Methods 6-A37, 44 p.

Perkola, N. and P. Sainio, 2013, Survey of perfluorinated alkyl acids in Finnish effluents, storm water, landfill leachate, and sludge, Environ. Science Pollut. Res, V. 20 p. 7979-7987.

Randall, A.D., Francis, R.M., Frimpter, M.H. and Emery, J.M., 1988. Region 19, Northeastern Appalachians. Hydrogeology. The Geological Society of North America, Boulder Colorado. 1988. p 177-187. 7 fig, 1 tab, 70 ref.

Ratcliffe, N.M., Stanley, R.S., Gale, M.H., Thompson, P.J., and Walsh, G.J., 2011, Bedrock geologic map of Vermont: U.S. Geological Survey Scientific Investigations Map 3184, 3 sheets, scale 1:100,000.

Schaider, L.A., S.A Balan, A. Blum, D.Q. Andrews, M.J. Strynar, M.E. Dickinson, D.M. Lunderberg, J.R. Lang, and G.F. Peaslee. 2017. Fluorinated compounds in U.S. fast food packaging. Environmental Science & Technology Letters, DOI: 10.1021/acs.estlett.6b0043, 7 p.

Schultz, M.M., D.F. Barofsky, and J.A. Field, 2006. Quantitative determination of fluorinated alkyl substances by large-volume-injection LC/MS/MS—Characterization of municipal wastewaters. Environ Sci Technol. 40(1): 289–295.

Sepulvado et al., 2011. Occurrence and fate of perfluorochemicals in soil following the land application of municipal biosolids. Environ Sci Technol. 45(19):8106-12.

Šimůnek, J., M. Šejna, H. Saito, M. Sakai, and M.T. van Genuchten, 2009. The HYDRUS- 1D Software Package for Simulating the One-dimensional Movement of Water, Heat, and Multiple Solutes in Variably-saturated Media Version 4.08. Dep. of Environ. Sci., Univ. of California, Riverside.

Spencer, E.W., 1977. Introduction to the Structure of the Earth. McGraw-Hill, NY, NY. 640 p.

Squillace, P.J., 1999. Observed and simulated movement of bank-storage water. Ground Water, 34(1): 121-134.

Stahl, T., V. Gellrich, and H. Brunn, 2012, PFC contamination of groundwater and drinking water, Water and Waste, p. 18-20.

State of Vermont, 2016. Update on Surface Water Testing Results in Bennington. Press release posted on URL http://governor.vermont.gov/node/2693. Dated March 31, 2016. Accessed July 8, 2016.

Town of Bennington, 2016. Town of Bennington, Vermont: Water Quality Report, 2016. Accessed on July 14, 2016 at http://benningtonvt.org/wp-content/uploads/2016/06/WQR-2016.pdf

TRC, 1995. Final Risk Assessment, Bennington Landfill, Bennington, VT. Environmental Protection Agency Region I, ARCS Work Assignment No. 19-1PC2, SDMS DocID 7002. June 1995.

TRC Companies, Inc., 1997. Risk Assessment Addendum for Overburden Groundwater, Bennington Landfill Superfund Site, Bennington, Vermont. Environmental Protection Agency Region I. ARCS Work Assignment No. 19-1PC2. June 1997.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000563

TRC, 1998. Construction Oversight Findings for 1997. Bennington Municipal Landfill, Bennington, Vermont. Prepared for: ME/VT/CT Superfund Section, US EPA - New England. February 1998.

USEPA, 2004. Five Year Review Report for Bennington Landfill Superfund Site Bennington, Vermont. Prepared By: United States Environmental Protection Agency, EPA New England, Boston, Massachusetts. September 2004.

USEPA, 2009. Second Five-Year Review Report for Bennington Landfill Superfund Site, Bennington, Bennington County, Vermont. Prepared by: U.S. Environmental Protection Agency, EPA New England, Boston, Massachusetts, September 2009.

USEPA, 2014. Emerging Contaminants – Perfluorooctane Sulfonate (PFOS) and Perfluorooctanoic Acid (PFOA). Fact Sheet EPA 505-F-14-001. 10 p.

USEPA, 2016. "Preferred/Recommended Models", Accessed on July 14, 2016 at https://www3.epa.gov/ttn/scram/dispersion_prefrec.htm#aermod

Vickers, M.J, September 26, 1990. Letter response to USEPA concerning "Original Request from Businesses Pursuant to Section 104 of CERCLA and Section 3007 of RCRA, for the Bennington Landfill, Bennington VT."

Vermont Agency of Natural Resources (VT ANR), 2016. Comments on the Draft Conceptual Modeling of PFOA Fate and Transport: North Bennington, Vermont. Received October 25, 2016.

Vermont Agency of Natural Resources (VT ANR), 2017. Comments on the Draft Conceptual Modeling of PFOA Fate and Transport: North Bennington, Vermont. Received March 17, 2017.

VTDEC, 2016. Vermont Safe Drinking Water Information System (SDWIS) – North Bennington, Vermont. Accessed on July 14, 2016 at https://anrnode.anr.state.vt.us/DWW/JSP/WaterSystemDetail.jsp?tinwsys_is_number=337&tinwsys_st_code=VT&wsnumber=VT0005017

VTDH, 2016a. Memorandum regarding Perfluorooctanoic acid (PFOA) Vermont Drinking Water Health Advisory. From Sarah Vose, State Toxicologist, to Chuck Schwer, Director of the Vermont DEC Waste Management Section. March 7, 2016.

VTDH, 2016b. Memorandum regarding Perfluorooctanoic acid (PFOA) and Perfluorooctanesulfonic acid (PFOS) Vermont Drinking Water Health Advisory. From Sarah Vose, State Toxicologist, to Chuck Schwer, Director of the Vermont DEC Waste Management Section. June 22, 2016.

Watermark Numerical Computing, 2005. PEST: Model-Independent Parameter Estimation. User Manual. 5th edition. Software and manuals available for download from URL http://www.pesthomepage.org/Downloads.php

Watermark Numerical Computing, 2015. Addendum to the PEST Manual. Available for download from URL http://www.pesthomepage.org/Downloads.php

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.          SGPPLVT10000564

Westenbroek, S.M., Kelson, V.A., Dripps, W.R., Hunt, R.J., and Bradbury, K.R., 2010, SWB—A modified
    Thornthwaite-Mather Soil-Water-Balance code for estimating groundwater recharge: U.S. Geological
    Survey Techniques and Methods 6-A31, 60 p.

Weston Solutions, Inc., 2016. Memorandum To: Bennington Municipal Sanitary Landfill Site File, From:
    George Mavris, Project Leader, Weston Solutions, Inc. Regarding Groundwater, Surface Water,
    Sediment, Out Fall, and Leachate Vault Sampling Activities at Bennington Municipal Sanitary Landfill,
    Bennington, Bennington County, Vermont; Technical Direction Document (TDD) Number (No.) TO1-
    01-16-03-0002; Task No. 0098. Document Control (DC) No. A-00057. June 10, 2016.

Zareitalabad, P., J. Siemens, M. Hamer, W. Amelung, 2013. Perfluorooctanoic acid (PFOA) and
    perfluorooctanesulfonic acid (PFOS) in surface waters, sediments, soils and wastewater - A review on
    concentrations and distribution coefficients. Chemosphere, 91(6): 725-32.

Zhang C. et al. 2013. Sorption of short- and long-chain perfluoroalkyl surfactants on sewage sludges.
    Journal of Hazardous Materials 260: 689-699.

Zheng, C. and G.D. Bennett, 2002. Applied Contaminant Transport Modeling. Second Edition. Wiley-
    Interscience. 621 p.

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.                    SGPPLVT10000565

Tables

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

**Table 1**

**PFUnA, PFTriDA, and PFTeDA Concentrations in Soil and Groundwater, former Chemfab Water Street**

North Bennington, VT

**Soil in ppb (ng/g), Groundwater in ppt (ng/l)**

| Location | Sample Date | Soil Depth or Groundwater | Perfluorotetradecanoic acid (PFTeDA, C14) | Perfluorotridecanoic Acid (PFTriDA, C13) | Perfluoroundecanoic Acid (PFUnDA, C11) |
|---|---|---|---|---|---|
| MW01 | 6/20/2016 | 0 ft | < 0.34 J | < 0.68 J | 0.45 J |
| | | 0.5 ft | < 0.34 J | < 0.68 J | 0.35 J |
| | | 1 ft | < 0.35 | < 0.70 | < 0.35 |
| | | 1.5 ft | < 0.35 | < 0.69 | < 0.35 |
| | | 3.5 ft | < 0.40 J | < 0.80 J | < 0.40 J |
| | | 8 ft | < 0.34 | < 0.67 | < 0.34 |
| | | 13 ft | < 0.33 | < 0.65 | < 0.33 |
| | 12/19/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW02 | 6/16/2016 | 0 ft | 74 J | 6.6 | < 0.33 |
| | | 0.5 ft | 93 J | 15 | < 0.32 |
| | | 1 ft | 40 J | 15 | 1.0 |
| | | 1.5 ft | 11 J | 6.5 | 1.8 |
| | 6/17/2016 | 5 ft | 20 | 6.2 | 15 |
| | | 6 ft | 29 | 10 | 3.9 |
| | | 8 ft | 1.6 | < 0.74 | 1.9 |
| | | 10 ft | 0.35 J | < 0.69 | 1.4 |
| | 12/20/2016 | Groundwater | < 5 | < 5 | 14 J |
| MW03 | 6/15/2016 | 0 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 0.5 ft | < 0.32 | < 0.63 | < 0.32 |
| | | 1 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 1.5 ft | < 0.32 | < 0.65 | < 0.32 |
| | | 3.5 ft | < 0.34 | < 0.68 | < 0.34 |
| | | 6 ft | < 0.37 | < 0.75 | 0.37 J |
| | | 9.5 ft | < 0.38 | < 0.75 | < 0.38 |
| | 6/16/2016 | 11 ft | < 0.38 | < 0.75 | < 0.38 |
| | 6/15/2016 | 17 ft | < 0.36 | < 0.73 | < 0.36 |
| | 12/16/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW03S | 12/16/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW04 | 6/16/2016 | 0 ft | < 0.32 | < 0.63 | < 0.32 |
| | | 0.5 ft | < 0.33 | < 0.67 | 0.61 J |
| | | 1 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 1.5 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 4.5 ft | < 0.37 | < 0.74 | < 0.37 |
| | | 8 ft | < 0.36 | < 0.72 | < 0.36 |
| | | 9.5 ft | < 0.32 J | < 0.64 J | < 0.32 J |
| | | 12.5 | < 0.36 | < 0.72 | < 0.36 J |
| | 12/16/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW04S | 12/16/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

## Table 1

**PFUnA, PFTriDA, and PFTeDA Concentrations in Soil and Groundwater, former Chemfab Water Street**

North Bennington, VT

Soil in ppb (ng/g), Groundwater in ppt (ng/l)

| Location | Sample Date | Soil Depth or Groundwater | Perfluorotetradecanoic acid (PFTeDA, C14) | Perfluorotridecanoic Acid (PFTriDA, C13) | Perfluoroundecanoic Acid (PFUnDA, C11) |
|---|---|---|---|---|---|
| MW05 | 6/14/2016 | 0 ft | < 0.32 | < 0.63 | < 0.32 |
| | | 0.5 ft | < 0.33 | < 0.65 | < 0.33 |
| | | 1 ft | < 0.34 | < 0.67 | < 0.34 |
| | | 1.5 ft | < 0.35 | < 0.71 | < 0.35 |
| | | 3 ft | < 0.38 | < 0.76 | < 0.38 |
| | 6/15/2016 | 5 ft | < 0.37 | < 0.74 | < 0.37 |
| | | 9 ft | < 0.36 | < 0.73 | < 0.36 |
| | 12/15/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW06 | 6/14/2016 | 0 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 0.5 ft | < 0.31 | < 0.62 | < 0.31 |
| | | 1 ft | < 0.32 | < 0.64 | < 0.32 |
| | | 1.5 ft | < 0.33 | < 0.66 | < 0.33 |
| | 6/20/2016 | 5 ft | < 0.36 J | < 0.72 J | < 0.36 J |
| | | 10.5 ft | < 0.34 J | < 0.69 J | < 0.34 J |
| | | 13.5 ft | < 0.33 | < 0.66 | < 0.33 |
| | 12/19/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW06S | 12/19/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW07 | 6/13/2016 | 0 ft | 0.44 J | < 0.82 | 0.83 |
| | | 0.5 ft | < 0.39 | < 0.78 | < 0.39 |
| | | 1 ft | < 0.37 | < 0.73 | < 0.37 |
| | | 1.5 ft | < 0.36 | < 0.72 | < 0.36 |
| | 6/14/2016 | 2.5 ft | < 0.37 | < 0.74 | < 0.37 |
| | | 9.5 ft | < 0.32 | < 0.63 | < 0.32 |
| | | 12 ft | < 0.33 | < 0.67 | < 0.33 |
| | | 22 ft | < 0.35 | < 0.70 | < 0.35 |
| | 12/20/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| MW07S | 12/20/2016 | Groundwater | < 0.5 | < 0.5 | < 1 |
| 1030 Water Street - Chemfab Blowdown East | 3/23/2016 | 0 - 6 in | 25 | 15 | 1.1 |
| | | 6 - 12 in | 12 | 15 | 0.49 J |
| | | 12 - 18 in | 3.7 | 15 | < 0.34 |
| | | 18 - 24 in | 2.2 | 6.4 | 0.79 |
| 1030 Water Street - Chemfab Along River | 3/23/2016 | 0 - 6 in | 1.4 | 1.5 | 3.2 |
| | | 6 - 12 in | < 0.33 | < 0.65 | 0.63 J |
| | | 12 - 18 in | < 0.34 | < 0.67 | 0.90 |
| | | 18 - 24 in | < 0.33 | < 0.66 | < 0.33 |
| 1030 Water Street - Chemfab Vent West | 3/24/2016 | 0 - 6 in | 49 | 8.2 | 0.86 |
| | | 6 - 12 in | 23 | 7.1 | 2.9 |
| | | 12 - 18 in | 6.9 | 5.7 | 9.4 |
| | | 18 - 24 in | 5.7 | 5.0 | 3.9 |
| 1030 Water Street - Chemfab West Side | 3/23/2016 | 0 - 6 in | 17 | 7.4 | < 0.36 |
| | | 6 - 12 in | 4.8 | 7.3 | < 0.33 |
| | | 12 - 18 in | 1.6 | 4.2 | < 0.35 |
| | | 18 - 24 in | 2.3 | 2.7 | 4.7 |

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000568

## Data Footnotes and Qualifiers

### Barr Standard Footnotes and Qualifiers

| | |
|---|---|
| J | Estimated result. Qualifier applied by Data Validator, not Barr Engineering Company. |

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.                    SGPPLVT10000569

**Figures**

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000570



PFOA STUDY AREA
North Bennington, VT
Saint-Gobain

FIGURE 1

**Legend**

- Factory
- Landfill
- Wastewater Treatment Plant
- VTDEC Sample Location with Detected PFOA 3/23/2017
- VTDEC Non Detect 3/23/2017
- Sampling Boundary
- Municipal Water Supply Source
- State Boundary
- Village Boundary
- Stream
- Lake/Pond

0   4,000   8,000
Feet

BARR





Bennington Landfill
Kocher Drive Landfill
Former Chemfab (Water Street)
Former Chemfab (North Side Drive)
Wastewater Treatment Plant
CR 68
NY 67
NY 7
VT 67
VT 67A
VT 7A
VT 9
US 7
Factory
Landfill
Wastewater Treatment Plant
State Boundary
BARR
Surficial Geology
alluvium
bedrock exposure
delta gravel
esker
isolated kame
kame moraine
lake sand
outwash
silt, silty clay, and clay
swamp, peat and/or muck
till
0
4,000
Feet
Overburden Thickness (feet)
Surficial Material Type
Bedrock
Sand and Gravel
Till
Source of Geology Data:
Vermont Geological Survey (VTGS), 2008. Vermont Surficial Geology from 1:62,500 scale source. http://www.vcgi.org/dataware/default.cfm?layer=GeologicSurficial_SURFICIAL62K
Cadwell, D.H., Dineen, R.J., Connally, G.G., Fleisher, P.J., and J.L. Rich, 1991. Surficial geologic map of New York: Hudson – Mohawk Sheet. Map and Chart Series 40, 1 sheet, scale 1:250,000. http://ngmdb.usgs.gov/Prodesc/proddesc_19734.htm.
SURFICIAL GEOLOGY AND THICKNESS
North Bennington, VT
Saint-Gobain
FIGURE 2A





Case 5:16-cv-00125-gwc Document 221-6 Filed 11/28/18 Page 21 of 43

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000573



Bennington Landfill

Former Chemfab (Water Street)

Wastewater Treatment Plant

Former Chemfab (North Side Drive)

Kocher Drive Landfill

**Bedrock Material Type**

- Breccia
- Dolostone
- Graywacke
- Limestone
- Marble
- Phyllite
- Quartzite
- Shale and phyllite
- Slate

Source: Ratcliffe, et al., 2011. Bedrock geologic map of Vermont, scale 1:100,000.

Factory

Landfill

Wastewater Treatment Plant

State Boundary

N

0        4,000
Feet

**BEDROCK GEOLOGY**
North Bennington, VT
Saint-Gobain

FIGURE 3

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000574



**Inferred Groundwater Flow Directions**
— Bedrock
— Unconsolidated

N

0 4,000
Feet

GROUNDWATER FLOW DIRECTIONS
North Bennington, VT
Saint-Gobain

FIGURE 4

BARR

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000575



Data source:
C.T. Male Associates, 2016. Draft Shallow Soil Sampling Report,
Former Chem Fab Site & Surrounding Areas, 1030 Water Street,
Village of North Bennington, Bennington County, Vermont, VTDEC
SMS Site #20164630, July 2016.

**LakeParan**
0-6 in: 2
6-12 in: 1.9
12-18 in: 4.1
18-24 in: 4.6

**9SchoolStNEPL**
0-6 in: 0.88
6-12 in: ND
12-18 in: 0.75
18-24 in: NS

**9SchoolStLgpg**
0-6 in: ND
6-12 in: ND
12-18 in: ND
18-24 in: ND

**9SchoolStMplTr**
0-6 in: 1.3
6-12 in: 3.1
12-18 in: 2.9
18-24 in: NS

**9SchoolStSmpg**
0-6 in: ND
6-12 in: ND
12-18 in: ND
18-24 in: ND

**25 Asa Way**
0-6 in: 0.97
6-12 in: 1.2
12-18 in: 8.2
18-24 in: 7.7

**15ScareyLane**
0-6 in: 1.5
6-12 in: 1.2
12-18 in: NS
18-24 in: NS

**32ScareyLane**
0-6 in: 1.3
6-12 in: 0.9
12-18 in: 0.35J
18-24 in: 0.85

**22AsaWay**
0-6 in: 0.82
6-12 in: 0.39J
12-18 in: NS
18-24 in: NS

**26ScareyLaneWH**
0-6 in: 1.1
6-12 in: 0.33J
12-18 in: NS
18-24 in: NS

**JennMdwTrail**
0-6 in: 2.1
6-12 in: 2.8
12-18 in: 2.6
18-24 in: 2.3

**ChemfabBDEast**
0-6 in: 20
6-12 in: 6.1
12-18 in: 4.8
18-24 in: 13

**PkngLotWParanC**
0-6 in: ND
6-12 in: 1.3
12-18 in: ND
18-24 in: 0.65J

**BenncollegeGar**
0-6 in: 1.1
6-12 in: 0.65J
12-18 in: 0.38J
18-24 in: 0.67J

**29LeverRd**
0-6 in: 1.4
6-12 in: 1.1
12-18 in: 1.1
18-24 in: 2.5

**BennColAdjGar**
0-6 in: 2.9
6-12 in: 4.9
12-18 in: 2.8
18-24 in: 1.8

**ChemfabVentW**
0-6 in: 20
6-12 in: 11
12-18 in: 10
18-24 in: 12

**BenColAdjSoccF**
0-6 in: 3.6
6-12 in: 3.6
12-18 in: 3
18-24 in: 1.7

**PembrokeStocP1**
0-6 in: 5.6
6-12 in: NS
12-18 in: NS
18-24 in: NS

**ChemfabWSide**
0-6 in: 11
6-12 in: 3.6
12-18 in: 3.1
18-24 in: 4.1

**AsaWayVacLot**
0-6 in: 2.9
6-12 in: 4.1
12-18 in: 2
18-24 in: 1.2

**PembrokeSP2**
0-6 in: 1.5
6-12 in: NS
12-18 in: NS
18-24 in: NS

**980ParkSt**
0-6 in: 2.7
6-12 in: 1.5
12-18 in: 1.5
18-24 in: NS

**26SusanTaylor**
0-6 in: 0.63J
6-12 in: 0.86
12-18 in: 1.5
18-24 in: 1.6

**Wwtpsludge**
0-6 in: 350 ng/L
6-12 in: NS
12-18 in: NS
18-24 in: NS

**8PolygrahicLn**
0-6 in: 4.2
6-12 in: 1.9
12-18 in: 2.1
18-24 in: 2.4

**37SusanTAYGAR**
0-6 in: 8.2
6-12 in: 7.3
12-18 in: 5.2
18-24 in: 2.9

**16WilkeyWay**
0-6 in: 2.9
6-12 in: 3.3
12-18 in: 4.6
18-24 in: 5.7

**15PolygraphLn**
0-6 in: 0.84
6-12 in: 1.1
12-18 in: NS
18-24 in: NS

**37 SusanTaLAWN**
0-6 in: 5.8
6-12 in: 3.5
12-18 in: 2.5
18-24 in: NS

**PembrokeGarden**
0-6 in: 0.75
6-12 in: 1.8
12-18 in: 1.9
18-24 in: 2

**59RiverRDSlide**
0-6 in: ND
6-12 in: ND
12-18 in: ND
18-24 in: ND

**5ScareyLane**
0-6 in: 6.2
6-12 in: 5.5
12-18 in: 7.1
18-24 in: 8.2

**2009NBennRd**
0-6 in: 4.2
6-12 in: 4.9
12-18 in: 45
18-24 in: NS

**ChemFabRiver**
0-6 in: 9.1
6-12 in: 2.7
12-18 in: 4.2
18-24 in: 4.9

**10ScareyLane**
0-6 in: 4.1
6-12 in: 1.4
12-18 in: 2.3
18-24 in: 3.6

**6RoyalSt**
0-6 in: 0.82
6-12 in: ND
12-18 in: ND
18-24 in: 0.55J

**59 RiverRdROAD**
0-6 in: 0.74J
6-12 in: 0.86
12-18 in: 0.66J
18-24 in: ND

**180RiverSt**
0-6 in: 2
6-12 in: 0.66J
12-18 in: ND
18-24 in: ND

**765MurphyRd**
0-6 in: 6.4
6-12 in: 6.3
12-18 in: 2.6
18-24 in: 1.6

**Sample ID**
Depth Below Ground Surface: Concentration (ng/g)
ND = Non Detect
NS = Not Sampled

Wastewater
Treatment
Plant

Former Chemfab
(Water Street)

PFOA Maximum Value (ng/g)    Non Detect
- < 5
- 5 - 10
- 10 - 15
- 15 - 20
- > 20
Sewer Sludge Sample (ng/l)

Factory

Wastewater Treatment Plant

0          1,000
Feet

**PFOA CONCENTRATIONS: SOIL**
**MARCH 2016**
**North Bennington, VT**
**Saint-Gobain**

**FIGURE 5**

BARR

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000576

Barr Footer: ArcGIS 10.4, 2017-06-29 15:51 File: I:\Client\Saint_Gobain\North_Bennington_VT\Maps\Reports\2017\Conceptual Modeling 2017\Figure 05 PFOA Concentrations Soil.mxd User: SAL2

Arrows indicate general direction of groundwater flow

**PFOA CONCENTRATIONS:**
**GROUNDWATER ACROSS STUDY AREA**
**North Bennington, VT**
**Saint-Gobain**

FIGURE 6

**Legend:**

Factory
Landfill
Wastewater Treatment Plant

PFOA Isoconcentration Contour

**VTDEC Sampling Result (3/23/2017)**
- > 1000
- 100 - 1000
- 20 - 100
- < 20
- Non Detect

**Chemfab Water Street Sampling Result (12/2016)**
- > 1000
- 100 - 1000
- 20 - 100
- < 20

Sampling Boundary
Stream
Lake/Pond

0      4,000
Feet

BARR

Former Chemfab (Water Street)
See Inset
Wastewater Treatment Plant
Former Chemfab (North Side Drive)
Bennington Landfill
Kocher Drive Landfill

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000577

PFOA CONCENTRATIONS:
GROUNDWATER AT BENNINGTON LANDFILL
North Bennington, VT
Saint-Gobain

FIGURE 7

**Legend:**
- Monitoring Well, unknown
- Monitoring Well, Bedrock
- Monitoring Well, Unconsolidated Materials
- Boring
- Leachate Vault
- Outfall
- Sediment
- Surface Water

0   200 Feet

**SW-01**
PFOA: 34 ng/L
PFOS: < 4 ng/L

GHB-03

**SED-01**
PFOA: 3 ng/g
PFOS: < 1.6 ng/g

**B-17**
PFOA: 51 ng/L
PFOS: < 4.1 ng/L

GHB-02
PZHB-02

**PZHB-01**
PFOA: 54 ng/L
PFOS: 4.6 ng/L

GHB-01

**MW-5**
PFOA: 39 ng/L
PFOS: < 4 ng/L

PZ (N of MW-4)

MW-4

**PZHB-100**
PFOA: 55 ng/L
PFOS: 4.9 ng/L

MW-3
B-5-2
B-5-1
B-5-3

**B-15**
PFOA: 36 ng/L
PFOS: 4.8 ng/L

B-16

B-9

B-2-1
B-2-2
MW-2

**B-2-3**
PFOA: < 2 ng/L
PFOS: < 4 ng/L

**VLT-01**
PFOA: 5300 ng/L
PFOS: 28 ng/L

B-13

**B-1-2**
PFOA: 140 ng/L
PFOS: 6.9 ng/L

B-1-1

**B-1-1**
PFOA: 21 ng/L
PFOS: 6.5 ng/L

B-11

**B-6-3**
PFOA: < 2 ng/L
PFOS: < 4 ng/L

B-6-1

PZ (SE of B-7)

PZ (SW of B-6)

B-8-3

**PZ-SOL**

**OF-01**
PFOA: 24 ng/L
PFOS: < 4 ng/L

**B-8-1**
PFOA: 18 ng/L
PFOS: 7.5 ng/L

MW-6
B-7-1

**B-12**
PFOA: 130 ng/L
PFOS: 9.3 ng/L

Data source:
Weston Solutions, Inc. 2016. Memorandum To: Bennington
Municipal Sanitary Landfill Site File. From: George Mavris, Project
Leader, Weston Solutions, Inc Regarding Groundwater, Surface
Water, Sediment, Out Fall, and Leachate Vault Sampling Activities
at Bennington Municipal Sanitary Landfill, Bennington, Bennington
County, Vermont. Technical Direction Document (TDD) Number
(No.) TO1-01-16-03-0002; Task No. 0098. Document Control (DC)
No. A-00057. June 10, 2016.

Service Layer Credits: Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics,
CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

BARR

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000578

Barr Footer: ArcGIS 10.4, 2017-06-29 15:53 File: I:\Client\Saint-Gobain\North Bennington VT\Maps\Reports\2017\Conceptual Modeling 2017\Figure 07 PFOA Concentrations at Bennington Landfill.mxd User: SAL2



**Paran Lake (location approximate)**
Surface Water: ND
Sediment: ND

**Paran Creek Mill Pond 2 (above Nahanco Co)**
Surface Water: NA
Sediment: ND

**Bennington College Campus Pond**
Surface Water: 79.3 ng/l
Sediment: 1.5 (J) ppb

**Paran Creek Mill Pond- 1C (north-lot)**
Surface Water: 18.1 ng/l
Sediment: 1.2 (J) ppb

**Paran Creek Mill Pond- 1B (mid-lot)**
Surface Water: NA
Sediment: ND

**Paran Creek Mill Pond- 1A (by dam)**
Surface Water: 16 ng/l
Sediment: ND

Wastewater
Treatment
Plant

Former Chemfab
(Water Street)

**Paran Creek (above 67A Bridge), high flow**
Surface Water: 22.9 ng/l
Sediment: NA

**Paran Creek (above 67A Bridge), low flow**
Surface Water: 37.6 ng/l
Sediment: NA

**Walloomsac River –Above Paran Creek**
Surface Water: 8.9 ng/l
Sediment: NA

**Walloomsac River- below Paran Creek**
Surface Water: 8.6 ng/l
Sediment: 2.4 ppb

Data source:
State of Vermont, 2016. Update on Surface Water Testing Results
in Bennington. Press release posted on URL
http://governor.vermont.gov/node/2693. Dated March 31, 2016.
Accessed July 8, 2016.

**PFOA Concentration,
Surface Water**

- ● < 20 ng/l
- ● 20 - 100 ng/l (VDH
- ○ Not Available
- ● Non-Detect (ND)

Factory

Wastewater Treatment Plant

~~~ Stream

▭ Lake/Pond

N

0          1,000
        Feet

**PFOA CONCENTRATIONS:
SURFACE WATER AND SEDIMENT**
North Bennington, VT
Saint-Gobain

FIGURE 8

Barr Footer: ArcGIS 10.4, 2017-06-29 15:55 File: I:\Client\Saint_Gobain\North_Bennington_VT\Maps\Reports\2017\Conceptual Modeling 2017\Figure 08 PFOA Concentrations Surface Water and Sediment.mxd User: SA12

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000579



CONCEPT OF POTENTIAL PFOA RELEASE AND MIGRATION
Conceptual Modeling of PFOA Fate and Transport
North Bennington, Vermont
Saint-Gobain

Figure 9

Not Drawn to Scale

SGPPLVT10000580

LEGEND

▽ ------- Water Table

------- PFOA Migration

➡ Potential PFOA Release Method

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

Air Model
(AERMOD)

Groundwater
Recharge Model
(SWB)

Unsaturated
Zone Model
(MODFLOW,
MT3D-USGS)

Groundwater
Flow Model
(MODFLOW)

Groundwater
Transport
Model
(MT3D-USGS)

Groundwater
Concentration
Through Time
and Space



Figure 10

MODEL PROCESS FLOW CHART
Conceptual Modeling of PFOA Fate and Transport
North Bennington, Vermont
Saint-Gobain

P:\Mpls\32 NY\42\3242\001 PFOA Fate and Transport\WorkFiles\Bennington\Reports\Conceptual Modeling\Rev I\Figures\source\Model Process Flow Chart rev I.ai

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000581



Case 5:16-cv-00125-gwc Document 221-6 Filed 11/28/18 Page 30 of 43

BARR

AIR DEPOSITION MODEL DOMAIN
North Bennington, VT
Saint-Gobain

FIGURE 11

Barr Footer: ArcGIS 10.4.1, 2016-12-15 21:43 File: I:\Client\Saint_Gobain\North_Bennington_VT\Maps\Reports\2016\Conceptual Modeling 2016\rev1\Figure 11 Air Deposition Model Domain rev1.mxd User: jtc

INFILTRATION (SWB)
MODEL DOMAIN
North Bennington, VT
Saint-Gobain

FIGURE 12

SWB Model Domain

Groundwater Model Domain

0   1   2
Miles

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000583

Case 5:16-cv-00125-gwc Document 221-75 Filed 11/28/18 Page 32 of 43





Groundwater model grid. Numbers indicate bin number combinations for each cell

SCHEMATIC SHOWING PROCESS OF UNSATURATED ZONE TRANSPORT MODELING

North Bennington, VT
Saint-Gobain

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

FIGURE
SGPLVT10000584



Groundwater Flow Model Domain
Transport Model Active Domain
River or Stream
HUC12 Watershed

N

0    1    2
Miles

GROUNDWATER MODEL DOMAIN
North Bennington, VT
Saint-Gobain

FIGURE 14

Former Chem Fab
(Water Street)

Former Bennington Landfill

Former Chem Fab
(North Side Drive)

BARR

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000585



PFOA Deposition (g/m²/yr)

| | |
|---|---|
| ▨ <1.8e-06 | ▨ 1.9e-05 - 3.2e-05 |
| ▨ 1.8e-06 - 3.2e-06 | ▨ 3.3e-05 - 5.6e-05 |
| ▨ 3.3e-06 - 5.6e-06 | ▨ 5.7e-05 - 1.0e-04 |
| ▨ 5.7e-06 - 1.0e-05 | ▨ 1.1e-04 - 1.8e-04 |
| ▨ 1.1e-05 - 1.8e-05 | ▨ 1.9e-04 - 3.2e-04 |
| | ▨ > 3.2e-04 |

N

0       3,000
Feet

**AVERAGE AIR DEPOSITION RATE (1970-2002)**
North Bennington, VT
Saint-Gobain

FIGURE 15

Barr Footer: ArcGIS 10.4.1, 2017-06-23 15:19 File: I:\Client\Saint_Gobain\North Bennington_VT\Maps\Reports\2017\Conceptual Modeling 2017\Figure 15 Average Deposition.mxd User: JTC

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000586



Average Annual Infiltration (in/yr)

8.0 - 10.0
10.1 - 12.0
12.1 - 14.0
14.1 - 16.0
16.1 - 18.0
18.1 - 20.0
20.1 - 22.0
22.1 - 24.0
24.1 - 26.0
> 26.0

Groundwater Model Domain
Water

AVERAGE ANNUAL INFILTRATION FROM SWB MODEL: 1980-2015
North Bennington, VT
Saint-Gobain

FIGURE 16

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000587



Bennington Landfill

Former Chemfab (Water Street)

Wastewater Treatment Plant

Kocher Driv Landfill

Former Chemfab (North Side Drive)

**PFOA Concentration, ppt**

| | |
|---|---|
| 0 - 50 | 601 - 900 |
| 51 - 150 | 901 - 1,200 |
| 151 - 300 | 1,201 - 1,800 |
| 301 - 600 | > 1,800 |

Service Layer Credits:  Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

Factory

Landfill

Wastewater Treatment Plant

Sampling Boundary

N

0                    5,000
Feet

**BARR**

PFOA CONCENTRATION IN WATER
PRIOR TO INFILTRATION: 2001
North Bennington, VT
Saint-Gobain

FIGURE 17

SGPPLVT10000588

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.



SIMULATED PFOA CONCENTRATIONS
IN UNSATURATED ZONE

North Bennington, VT
Saint-Gobain

FIGURE 18

SGPPLVT10000589

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.



Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

EXAMPLE MEASURED AND
SIMULATED PFOA TIME SERIES
AT A PRIVATE WELL
North Bennington, VT
Saint-Gobain
FIGURE 20

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000591



Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000592

**SIMULATED MIGRATION OF GROUNDWATER FROM BENNINGTON LANDFILL**
North Bennington, VT
Saint-Gobain
FIGURE 21



**Figure 22**

Bennington Landfill Flow Cross Section
Conceptual Modeling of PFOA Fate and Transport
North Bennington, VT
Saint-Gobain

SGPPLVT10000593

P:\App\32-NY4252342100L PFOA Fate and Transport\Work Files\Bennington\Reports\Conceptual Modeling\Rev1\Figures\source\Figure22_Cross_Section_From_Landfill_v2.pptx

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.



PFOA and PFHpA dominated

HIGHEST PFOS

Bennington Landfill

Former Chemfab (Water Street)

Wastewater Treatment Plant

Kocher Drive Landfill

Former Chemfab (North Side Drive)

HIGHEST PFOS

Group 1   Highest PFOS and PFHxS

Group 2   Highest PFOA and PFHpA , Lowest detectable PFOS

Group 3   Lowest PFOA, PFHpA and detected PFHxS, second highest detected PFOS, PFHxA and PFBS

Groups 4, 5, and 6   Highest PFOA, PFHpA w/o PFOS and PFBS

Sampling Boundary

N

0        4,000
Feet

AGGLOMERATIVE HIERARCHICAL CLUSTER ANALYSIS
North Bennington, VT
Saint-Gobain

FIGURE 23

BARR

Barr Footer: ArcGIS 10.4  2017-06-30 09:59 File: I:\Client\Saint_Gobain\North_Bennington_VT\Maps\Reports\2017\Conceptual Modeling 2017\Figure 23 Agglomerative Hierarchical Cluster Analysis.mxd User: SA2

Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.

SGPPLVT10000594

Biplot (axes F1 and F2: 74.95 %)

Wells oriented along PFOA and PFHpA axis (near vertical) are most like site monitoring wells.

Wells oriented along PFOS/PFHxS/PFHxA/PFBA axis (near horizontal) are mainly along Harwood Hills Drive and Bennington Landfill area.

F1 (42.45 %)

F2 (32.51%)

PRINCIPAL COMPONENT ANALYSIS
North Bennington, VT
Saint-Gobain

FIGURE 24

SGPPLVT10040595



Subject to Protective Order, Produced by Saint-Gobain Performance Plastics, Corp.