# EXHIBIT 95

SDMS DocID    451826

## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## EPA - REGION I (NEW ENGLAND)
### J.F. KENNEDY FEDERAL BUILDING, BOSTON, MA  02203-2211

**Superfund Records Center**
SITE: Bennington
BREAK: 10.8
OTHER: 451826

**MEMORANDUM**

**DATE:**    June 5, 1997

**SUBJ:**    PRP Hazardous Waste Volumes Sent to the Bennington
Landfill Superfund Site in Bennington, VT and
Determination of Eligibility for De Minimis Settlement

**FROM:**    Edward M. Hathaway, Remedial Program Manager

**TO:**    Site File
Bennington Landfill Superfund Site


Attached to this cover memorandum are two documents which summarize EPA's findings and conclusions concerning the waste contributions of the generator potentially responsible parties (PRP) at the Bennington Landfill Superfund Site (Site).  The objective of this exercise was to determine if there was justification for a de minimis settlement at the Bennington Landfill (BLF) and, if so, to designate which parties should be considered de minimis parties.

The first document, attached as Attachment A, is a detailed matrix which lists each PRP, their hazardous waste streams, estimated quantities, years of disposal, total waste volumes, and other information pertinent to this analysis.  The second document, attached as Attachment B, consists of a summary explanation of the matrix data and method used to estimate PRP hazardous waste quantities.  Attachment B also references the documents and sources of information within the administrative record for the de minimis settlement which form the basis for EPA's findings regarding each PRP's estimated volume and eligibility for de minimis treatment.

The conclusions of the EPA, set forth in this memorandum, are consistent with the requirements of Section 122(g)(1)(A) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).

In conducting our analysis, EPA reviewed all available documents regarding hazardous substance generation and disposal in connection with the Bennington Landfill.  These documents were acquired from various sources, including: the Town of Bennington; PRP responses to CERCLA 104(e) information request letters; interview summaries with people knowledgeable with the Site; PRP, Vermont Agency of Environmental Conservation (VT AEC) and Vermont Agency of Natural Resource (VT ANR) correspondence; VT AEC and VT ANR reports and surveys; and the Morgan Spring Contamination Study.  From the documents, the EPA extracted the qualitative and



quantitative volumetric information about the hazardous substances disposed at the BLF, the identity of parties who generated and/or transported hazardous substances disposed at the Site, the identity and nature of the hazardous substances generated and/or transported to the Site, and the information about waste disposal practices at the Site.

Because the information regarding PRP waste types and volumes at the Bennington Landfill was, like much municipal landfill site information, incomplete and somewhat varied in quality and completeness from PRP to PRP, EPA made certain limited assumptions concerning the hazardous substances and the volumes of these hazardous substances disposed at the Site by each PRP. These assumptions were applied consistently to the PRPs and were made in order to assign waste volume allocations. These allocations reflect the case team's best professional judgment and may be considered EPA's best estimate.

Some general assumptions made in out analysis include the following: 1) Bennington Landfill operated from 6/69 until 4/87 or for 17 years, 11 months; 2) If a PRP was established in Bennington during years of the landfill operation, we assumed, unless reliable information indicated otherwise, that the PRP used the landfill during that time; 3) Waste containers classified as "empty" are assumed to contain some sediment. For example, "empty" 55 gallon barrels are assumed to contain 2 gallons remaining; 4) Toxicity comparisons are not relevant for this analysis.

Attachment H

May-97

# BENNINGTON LANDFILL - DE MINIMIS ELIGIBILIT AND FAIR SHARE ANALYSIS

| Name | Waste Stream | Hauler | Max. Quantity | unit | time pd. | Conv. Factor gal/u. | pd/yr | Years | Total Vol (gal) | Adj. Fctr | Adjustd Vol (gal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Add/Hadwen | waste ink., solvents | | 1.5 | bbl | yr | 55 | 1 | 18 | 1,485 | 1 | 1,485 |
| | empty solvent barrels | | 1.5 | ED | mo | 2 | 12 | 18 | 648 | 1 | 648 |
| | empty ink barrels | | 1.5 | ED | mo | 2 | 12 | 18 | 648 | 1 | 648 |
| | Total | | | | | | | | 2,781 | | 2,781 |
| Arken Industries | metal chips & solvents | Bernie's | 1 | bbl | wk | 55 | 52 | 10.5 | 30,030 | 1 | 30,030 |
| | Total | | | | | | | | 30,030 | | 30,030 |
| | empty ink bbls. | Sweet | 6 | ED | mo | 2 | 12 | 18 | 2,592 | 1 | 2,592 |
| | waste ink, solvents an | | | | | | | 18 | 0 | 1 | 0 |
| | photography chemical | | 6 | bbl | yr | 55 | 1 | 18 | 5,940 | 1 | 5,940 |
| | empty solvent barrels | | 6 | ED | mo | 2 | 12 | 18 | 2,592 | 1 | 2,592 |
| Banner Publishing | Total | | | | | | | | 11,124 | | 11,124 |
| | waste ink/solvent/glue | | 9 | bbl | day | 55 | 260 | 6 | 772,200 | 1 | 772,200 |
| Ben-Mont/Textron | Total | | | | | | | | 772,200 | | 772,200 |
| | asbestos | Bernie's | 5 | lb | yr | 0.125 | 1 | 15 | 9 | 1 | 9 |
| | absorbents | EAction | 13 | lb | mo | 0.125 | 12 | 18 | 338 | 1 | 338 |
| | oil filters | | 1,400 | lb | yr | 0.125 | 1 | 18 | 3,150 | 1 | 3,150 |
| | lab waste | | 15 | gal | yr | 1 | 1 | 15 | 225 | 1 | 225 |
| | waste paint & solvents | | 3 | gal | mo | 1 | 12 | 18 | 540 | 1 | 540 |
| Bennington Coll | Total | | | | | | | | 4,262 | | 4,262 |
| | waste paint/sand/oil | | 1 | bbl | mo | 55 | 12 | 18 | 11,880 | 1 | 11,880 |
| Benn. Iron Wks | Total | | | | | | | | 11,880 | | 11,880 |
| | tremolitic clay | EAction | 50 | lb | yr | 0.125 | 1 | 18 | 113 | 1 | 113 |
| | 5151 brown | | 1 | lb | yr | 0.125 | 1 | 18 | 1 | 1 | 1 |
| Benn. Potters | Total | | | | | | | | 114 | | 114 |
| | grinding sludge | | 2 | bbl | wk | 55 | 52 | 18 | 102,960 | 1 | 102,960 |
| | waste solvents | | 200 | gal | wk | 1 | 52 | 18 | 187,200 | 1 | 187,200 |
| Bijur Lubricating | Total | | | | | | | | 290,160 | | 290,160 |
| | cloth strips w/ solvent | | 10 | yd3 | wk | 202 | 52 | 15.25 | 1,601,860 | 0.1 | 160,186 |
| | waste oils | | 600 | gal | yr | 1 | 1 | 10.25 | 6,150 | 1 | 6,150 |
| | waste dyes | | 60 | gal | yr | 1 | 1 | 15.25 | 915 | 1 | 915 |
| Catamount Dyers | Total | | | | | | | | 1,608,925 | | 167,251 |
| | SD, oil & solvent | | 1 | bbl | mo | 55 | 12 | 18 | 11,880 | 1 | 11,880 |
| | scrap metal, wire | | 1 | bbl | mo | 55 | 12 | 18 | 11,880 | 0.1 | 1,188 |

May-97

# BENNINGTON LANDFILL - DE MINIMIS ELIGIBILITY AND FAIR SHARE ANALYSIS

| Name | Waste Stream | Hauler | Max. Quantity | unit | time pd. | Conv. Factor gal/u. | pd/yr | Years | Total Vol (gal) | Adj. Fctr | Adjustd Vol (gal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Centr. Vt. Pub. Sv | Total | | | | | | | | 23,760 | | 13,068 |
| | waste oil | Sweet | 6 | gal | mo | 1 | 12 | 18 | 1,296 | 1 | 1,296 |
| | degreasers (solvents) | EMT | 1 | gal | mo | 1 | 12 | 18 | 216 | 1 | 216 |
| | SD, oil & solvents | | 1 | bbl | mo | 55 | 12 | 18 | 11,880 | 1 | 11,880 |
| | settling basin sludge | | 3 | gal | mo | 1 | 12 | 18 | 648 | 1 | 648 |
| Chem Fab | Total | | | | | | | | 14,040 | | 14,040 |
| | adhesives film | EAction | 2 | gal | yr | 1 | 1 | 15 | 30 | 1 | 30 |
| | adhesive resins | | 2 | gal | yr | 1 | 1 | 15 | 30 | 1 | 30 |
| | cloth & acetone | | 165 | gal | yr | 1 | 1 | 15 | 2,475 | 1 | 2,475 |
| | cutting oil | | 1 | gal | yr | 1 | 1 | 15 | 15 | 1 | 15 |
| | SD & hydraulic oil | | 2 | gal | yr | 1 | 1 | 15 | 30 | 1 | 30 |
| | waste paint | | 300 | gal | yr | 1 | 1 | 15 | 4,500 | 1 | 4,500 |
| Courtaulds | Total | | | | | | | | 7,080 | | 7,080 |
| | waste cutting oil | LaFlam | 250 | lb | mo | 0.125 | 12 | 16.6 | 6,225 | 1 | 6,225 |
| Creative Products | Total | | | | | | | | 6,225 | | 6,225 |
| | Plant No. 1 | | | | | | | | | | |
| | form cakes | | 15 | lb | day | 0.125 | 260 | 7.6 | 3,656 | 1 | 3,656 |
| | battery assy. | | 19 | lb | day | 0.125 | 260 | 7.6 | 4,570 | 1 | 4,570 |
| | waste oil | | 300 | gal | yr | 1 | 1 | 6 | 1,800 | 1 | 1,800 |
| | solvents | | 50 | gal | yr | 1 | 1 | 6 | 300 | 1 | 300 |
| | Plant No. 2 | | | | | | | | | | |
| | metal wastes & salts | | 556 | lb | day | 0.125 | 260 | 18 | 325,260 | 1 | 325,260 |
| | PCBs | | 70 | lb | yr | 0.125 | 1 | 18 | 158 | 1 | 158 |
| Eveready Battery | Total | | | | | | | | 335,743 | | 335,743 |
| | oil filters | EAction | 8 | OF | mo | 0.25 | 12 | 18 | 432 | 1 | 432 |
| | metal grindings | | 25 | lb | mo | 0.125 | 12 | 18 | 675 | 1 | 675 |
| | paint waste | | 2 | gal | mo | 1 | 12 | 18 | 432 | 1 | 432 |
| H M Tuttle* | Total | | | | | | | | 1,539 | | 1,539 |
| | waste oils (PCBs) | | 6 | bbl | wk | 55 | 52 | 10 | 171,600 | 1 | 171,600 |
| | paint waste | | 2 | bbl | mo | 55 | 12 | 8 | 10,560 | 1 | 10,560 |
| | waste liq. (solvents) | | 600 | gal | 2mo | 1 | 6 | 8 | 28,800 | 1 | 28,800 |
| | SD & oil | | 300 | lb | mo | 0.125 | 12 | 18 | 8,100 | 1 | 8,100 |
| | reject capacitors | | 20,000 | lb | mo | 0.125 | 12 | 18 | 540,000 | 1 | 540,000 |

May-97

## BENNINGTON LANDFILL - DE MINIMIS ELIGIBILITY   AND FAIR SHARE ANALYSIS

| Name | Waste Stream | Hauler | Max. Quantity | unit | time pd. | Conv. Factor gal/u. | pd/yr | Years | Total Vol (gal) | Adj. Fctr | Adjustd Vol (gal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 759,060 | | 759,060 |
| Jard Co., Inc. | floor scrubbings | | 30 | gal | day | 1 | 260 | 18 | 140,400 | 1 | 140,400 |
| | waste liq. (solv & oil) | | 55 | gal | wk | 1 | 52 | 6 | 17,160 | 1 | 17,160 |
| | waste oils | | 110 | gal | mo | 1 | 12 | 6 | 7,920 | 1 | 7,920 |
| | mold coat. compound | | 55 | gal | mo | 1 | 12 | 6 | 3,960 | 1 | 3,960 |
| | WWTP sludge (pb) | | 5,000 | gal | mo | 1 | 12 | 6 | 360,000 | 1 | 360,000 |
| | scrap batteries | | 10 | bat | day | 1.5 | 260 | 12 | 46,800 | 1 | 46,800 |
| | Total | | | | | | | | 576,240 | | 576,240 |
| Johnson Controls | metal chips & oil, and | Bernie's | 1 | bbl | wk | 55 | 52 | 18 | 51,480 | 1 | 51,480 |
| | waste paint, solv. & S | | | | | | | | | | |
| | Total | | | | | | | | 51,480 | | 51,480 |
| Lauzon Machine | paint & waste solvent | Bernie's | 3 | gal | mo | 1 | 12 | 5 | 180 | 1 | 180 |
| | oil & fuel filters | | 30 | OF | yr | 0.25 | 1 | 18 | 135 | 1 | 135 |
| | SD | | 25 | lb | mo | 0.125 | 12 | 18 | 675 | 1 | 675 |
| | junk parts | | 0.5 | bbl | mo | 55 | 12 | 18 | 5,940 | 1 | 5,940 |
| | metal & oil | | 1 | bbl | yr | 55 | 1 | 18 | 990 | 1 | 990 |
| | Total | | | | | | | | 7,920 | | 7,920 |
| Merrill Transport | SD & oil & solvent | Andrew | 500 | lb | yr | 0.125 | 1 | 10 | 625 | 1 | 625 |
| | Total | | | | | | | | 625 | | 625 |
| Monument Industr. | SD & oil | EAction | 25 | gal | mo | 1 | 12 | 10 | 3,000 | 1 | 3,000 |
| | plastic chips & oil | | 25 | lb | wk | 0.125 | 52 | 10 | 1,625 | 1 | 1,625 |
| | Total | | | | | | | | 4,625 | | 4,625 |
| Monument Plastics | SD, oil & solvent | EAction | 240 | lb | mo | 0.125 | 12 | 8 | 2,880 | 1 | 2,880 |
| | metal waste | | 20 | 30gd | yr | 30 | 1 | 8 | 4,800 | 1 | 4,800 |
| | waste oil | | 70 | gal | mo | 1 | 12 | 8 | 6,720 | 1 | 6,720 |
| | waste hydro oil | | 30 | gal | mo | 1 | 12 | 8 | 2,880 | 1 | 2,880 |
| | Total | | | | | | | | 17,280 | | 17,280 |
| Schmelzer/Masco | metal chips & oil | Bernie's | 1 | bbl | wk | 55 | 52 | 10 | 28,600 | 1 | 28,600 |
| | Total | | | | | | | | 28,600 | | 28,600 |
| Sibley Mfgr./CLR | med waste (oil & solv) | Wilson | 1 | bbl | yr | 55 | 1 | 18 | 990 | 1 | 990 |
| | Total | | | | | | | | 990 | | 990 |
| SW Vt. Med. Cent | waste oil | EAction | 25 | gal | mo | 1 | 12 | 7 | 2,100 | 1 | 2,100 |
| | rags & solvent | | 2 | bbl | mo | 55 | 12 | 7 | 9,240 | 1 | 9,240 |

17-May-97

## BENNINGTON LANDFILL - DE MINIMIS ELIGIBII / AND FAIR SHARE ANALYSIS

| Name | Waste Stream | Hauler | Max. Quantity | unit | time pd. | Conv. Factor gal/u. | pd/yr | Years | Total Vol (gal) | Adj. Fctr | Adjustd Vol (gal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Triangle PWC | S-D, oil & solv | | 150 | lb | mo | 0.125 | 12 | 7 | 1,575 | 1 | 1,575 |
| | waste paint/adhesives | | 1 | bbl | mo | 55 | 12 | 7 | 4,620 | 1 | 4,620 |
| | Total | | | | | | | | 17,535 | | 17,535 |
| U.S. Tsubaki, Inc. | S-D & oil | | 1,800 | lb | yr | 0.125 | 1 | 10 | 2,250 | 1 | 2,250 |
| | other liquids | | 214 | lb | yr | 0.125 | 1 | 10 | 268 | 1 | 268 |
| | grinding sludge | | 1 | bbl | mo | 55 | 12 | 10 | 6,600 | 1 | 6,600 |
| | Total | | | | | | | | 9,118 | | 9,118 |
| | SD & oil | | 25 | lb | mo | 0.125 | 12 | 18 | 675 | 1 | 675 |
| | oil filters | | 16 | O.F. | yr | 0.25 | 1 | 18 | 72 | 1 | 72 |
| | waste paint | | 10 | lb | mo | 0.125 | 12 | 18 | 270 | 1 | 270 |
| | rags, oil & solvents | | 2 | bbl | yr | 55 | 1 | 18 | 1,980 | 1 | 1,980 |
| | Total | | | | | | | | 2,997 | | 2,997 |
| Vt. Transp. Agenc | grease & degreasers | Bernie's | 500 | lb | yr | 0.125 | 1 | 18 | 1,125 | 1 | 1,125 |
| | Total | | | | | | | | 1,125 | | 1,125 |
| Vt. Bag & Film | sludge (paper fibers) | | 16 | gal | yr | 1 | 1 | 10 | 160 | 1 | 160 |
| | Total | | | | | | | | 160 | | 160 |
| Vt. Tissue Paper | Total | | | | | | | | 160 | | 160 |

| Definition of Code | Conversion Factor to convert to gallons |
|---|---|
| pound | 0.125 |
| oil filter | 0.25 |
| gallon | 1 |
| auto battery | 1.5 |
| empty 55 gallon drum | 2 |
| 30 gallon drum | 30 |
| 55 gallon drum | 55 |
| cubic yard | 202 |

* Insufficient information to determine de minimis status and no comparable generator exists upon which to base reasonable assumptions.

Page 4

BENNINGTON LANDFILL - DE MINIMIS ELIGIBILIT    ND FAIR SHARE ANALYSIS

2  May-97

| Name | Stat | Total Vol | %/site share | %/viable parties | De Min? | Adjustd Vol | Site shr. Adjustd | % viable adjustd | Minimum Payment | Actual Payment | Pmnt OK? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Add/Hadwen | S | 2,781 | 0.04% | 0.07% | DM | 2,781 | 0.06% | 0.08% | 13,310 | 61,200 | ok |
| Arken Industries | D | 30,030 | 0.46% | | | 30,030 | 0.67% | 0.32% | 53,238 | | |
| Banner Publishing | N | 11,124 | 0.17% | 0.28% | DM | 11,124 | 0.25% | | 20,397 | 58,200 | ok |
| Ben-Mont/Textron | M | 772,200 | 11.76% | 19.14% | major | 772,200 | 17.19% | 22.45% | | 170,000 | ok |
| Bennington Coll | S | 4,262 | 0.06% | 0.11% | DM | 4,262 | 0.09% | 0.12% | 56,856 | | |
| Benn. Iron Wks | S | 11,880 | 0.18% | 0.29% | DM | 11,880 | 0.26% | 0.35% | | | |
| Benn. Potters | N | 114 | 0.00% | 0.003% | DM | 114 | 0.00% | 0.003% | 544 | | |
| Bijur Lubricating | M | 290,160 | 4.42% | 7.19% | major | 290,160 | 6.46% | 8.43% | | | |
| Catamount Dyers | D | 1,608,925 | 24.50% | | | 167,251 | 3.72% | | | | |
| Centr. Vt. Pub. Svc. | S | 23,760 | 0.36% | 0.59% | DM | 13,068 | 0.29% | 0.38% | 62,542 | 68,200 | ok |
| Chem Fab | S | 14,040 | 0.21% | 0.35% | DM | 14,040 | 0.31% | 0.41% | 67,194 | 180,000 | ok |
| Courtaulds | S | 7,080 | 0.11% | 0.18% | DM | 7,080 | 0.16% | 0.21% | 33,884 | 250,000 | ok |
| Creative Products | D | 6,225 | 0.09% | | | 6,225 | 0.14% | | | | |
| Eveready Battery | M | 335,743 | 5.11% | 8.32% | major | 335,743 | 7.47% | 9.76% | | | |
| H M Tuttle* | S | 1,539 | 0.02% | 0.04% | DM | 1,539 | 0.03% | 0.04% | 7,365 | 77,000 | ok |
| Jard Co., Inc. | D | 759,060 | 11.56% | | | 759,060 | 16.89% | | | | |
| Johnson Controls | M | 576,240 | 8.77% | 14.28% | major | 576,240 | 12.82% | 16.75% | | | |
| Lauzon Machine | N | 51,480 | 0.78% | 1.28% | major | 51,480 | 1.15% | 1.50% | | | |
| Merrill Transport | D | 7,920 | 0.12% | | | 7,920 | 0.18% | | | | |
| Monument Industr. | N | 625 | 0.01% | 0.02% | DM | 625 | 0.01% | 0.02% | 2,991 | | |
| Monument Plastics | N | 4,625 | 0.07% | 0.11% | DM | 4,625 | 0.10% | 0.13% | 22,135 | | |
| Schmelzer/Masco | S | 17,280 | 0.26% | 0.43% | DM | 17,280 | 0.38% | 0.50% | 82,700 | 188,200 | ok |
| Sibley Mfgr./CLR | S | 28,600 | 0.44% | 0.71% | DM | 28,600 | 0.64% | 0.83% | 136,876 | 178,200 | ok |
| SW Vt. Med. Center | S | 990 | 0.02% | 0.02% | DM | 990 | 0.02% | 0.03% | 4,738 | 73,200 | ok |
| Triangle PWC | S | 17,535 | 0.27% | 0.43% | DM | 17,535 | 0.39% | 0.51% | 83,920 | 188,200 | ok |
| U.S. Tsubaki, Inc. | S | 9,118 | 0.14% | 0.23% | DM | 9,118 | 0.20% | 0.27% | 43,635 | 178,200 | ok |
| Vt. Transp. Agency | S | 2,997 | 0.05% | 0.07% | DM | 2,997 | 0.07% | 0.09% | 14,343 | 73,200 | ok |
| Vt. Bag & Film | S | 1,125 | 0.02% | 0.03% | DM | 1,125 | 0.03% | 0.03% | 5,384 | 33,200 | ok |
| Vt. Tissue Paper | N | 160 | 0.00% | 0.00% | DM | 160 | 0.00% | 0.00% | 766 | | |
| All Generators | | 4,597,617 | 70.00% | 0.08% | DM | 3,145,251 | 70.00% | 0.06% | | | |
| Harry Andrews | N | 625 | 0.05% | 0.08% | DM | 625 | 0.05% | 0.06% | 9,913 | | |

Page 5

May-97

# BENNINGTON LANDFILL - DE MINIMIS ELIGIBILITY AND FAIR SHARE ANALYSIS

| Party | Elig | Adj % | Volume | % | | % | Class | % | Volume |
|---|---|---|---|---|---|---|---|---|---|
| Berkshire Cleanway | N | 0.00% | | | | 0.00% | | 0.00% | |
| Bernie's Trucking | N | 6.58% | 54,791 | 4.04% | | 4.04% | major | 5.28% | |
| Church Septic | N | 0.00% | | | | 0.00% | | 0.00% | |
| Eastern Mtn. Trans | N | 0.84% | 7,020 | 0.52% | | 0.52% | DM | 0.68% | 111,344 |
| Environmental Action | N | 5.74% | 47,784 | 3.52% | | 3.52% | major | 4.60% | |
| Freddy LaFlam | N D | 0.00% | 6,225 | 0.46% | | 0.46% | | 0.00% | |
| Ted Senecal | N | | | | | 0.00% | | 0.00% | |
| Jack & Tom Sweet | D | | 18,639 | 1.37% | | 1.37% | DM | | |
| Wilson Trucking | N | 0.06% | 495 | 0.04% | | 0.04% | DM | 0.05% | 7,851 |
| **All Transporters** | | | 135,579 | 10.00% | | 10.00% | | | |
| Town of Bennington | S | 32.55% | | 20.00% | | 20.00% | major | 26.12% | |
| **Total** | | 100.00% | 135,579 | 100.00% | | 100.00% | | 100.00% | |

## Orphan Share

| Orphan Share | Total | Adjusted |
|---|---|---|
| De Min | 22.18% | 22.94% |
| Majors | 30.06% | 43.94% |
| Non-Settlers | 9.20% | 9.68% |
| Defunct Parties | 38.56% | 23.43% |
| Total | 100.00% | 100.00% |

## Shares for Each Class of PRP

| | |
|---|---|
| Owner Operator | 20.00% |
| Transporters | 10.00% |
| Generators | 70.00% |

| De Minimis | |
|---|---|
| Cutoff | 1.00% |

| Criteria Table | Stat S | Stat M | Stat N | Stat D |
|---|---|---|---|---|

BENNINGTON LANDFILL - DE MINIMIS ELIGIBILIT     ND FAIR SHARE ANALYSIS

COST BASIS FOR DE MINIMIS SETTLEMENT

| | Cost | Prob-ability | Adjusted Cost | Premium Percent | Premium Amount | Total | Total Less Orph. Funds |
|---|---|---|---|---|---|---|---|
| Past Costs | 792,000 | 100% | 792,000 | 100% | 792,000 | 1,584,000 | |
| RI/FS | 3,800,000 | 100% | 3,800,000 | 12% | 444,600 | 4,244,600 | 4,244,600 |
| RI/FS Oversight | 1,100,000 | 100% | 1,100,000 | 12% | 128,700 | 1,228,700 | 1,228,700 |
| NTCRA Design | 1,836,000 | 100% | 1,836,000 | 25% | 459,000 | 2,295,000 | 2,295,000 |
| NTCRA Construction | 4,221,000 | 100% | 4,221,000 | 25% | 1,055,250 | 5,276,250 | 5,276,250 |
| Leachate Collection | 500,000 | 100% | 500,000 | 25% | 125,000 | 625,000 | 625,000 |
| Post Removal Site Control | 1,060,000 | 100% | 1,060,000 | 25% | 265,000 | 1,325,000 | 1,325,000 |
| EPA & State Oversight | 450,000 | 100% | 450,000 | 50% | 225,000 | 675,000 | |
| Long Term Monitoring | 742,000 | 100% | 742,000 | 50% | 371,000 | 1,113,000 | |
| Future Pump & Treat Remedy | 16,518,000 | 5% | 825,900 | 50% | 412,950 | 1,238,850 | 1,238,850 |
| NRD Restoration | 172,000 | 100% | 172,000 | 25% | 43,000 | 215,000 | 215,000 |
| NRD Payments | 16,600 | 100% | 16,600 | 0% | 0 | 16,600 | 16,600 |
| | | | 15,515,500 | 27.85% | 4,321,500 | 19,837,000 | 16,465,000 |

# BENNINGTON LANDFILL - DE MINIMIS ELIGIBILITY AND FAIR SHARE ANALYSIS

Calculation of Orphan Share Funding

| | EPA | VT | PRPs | Total |
|---|---|---|---|---|
| EPA Past Costs | $792,000 | | | $792,000 |
| NTCRA Construction | | | $4,221,000 | $4,221,000 |
| Leachate Collection | | | $500,000 | $500,000 |
| Post Removal Site Controls | | | $1,060,000 | $1,060,000 |
| NTCRA Design | | | $1,836,000 | $1,836,000 |
| Oversight | $450,000 | | $0 | $450,000 |
| Long Term Monitoring (PV) | $442,000 | $300,000 | $0 | $742,000 |
| Subtotal | $1,684,000 | $300,000 | $7,617,000 | $9,601,000 |
| Percentages | 18% | 3% | 79% | |
| RI/FS Costs | | | $3,800,000 | $3,800,000 |
| Oversight of RI/FS | | | $1,100,000 | $1,100,000 |
| Total Site Costs | $1,684,000 | $300,000 | $12,517,000 | $14,501,000 |
| Percentages | 11.6% | 2.1% | 86.3% | |

**ATTACHMENT B**

**EXPLANATION OF PRP WASTE CONTRIBUTION ESTIMATES**

**BENNINGTON LANDFILL SUPERFUND SITE**

2

Add, Inc./Hadwen (publisher of the Pennysaver Press):

Best Estimate of Waste Volume: 2,781 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Attorney correspondence; Morgan Spring Contamination Study (VT, 1985); Information submitted by PRP representatives through the PRP Coalition

Type of Business: Publishes and prints a weekly shopper newspaper in addition to other publications,

26 full time and 7 part time employees.

In business in Bennington since 1958 and use of the Landfill was assumed to be from 1969 through date of Landfill closure. Used Wilson Trucking d.b.a East Mountain Transportation.

Waste Quantity: No specific waste disposal information is identified in 104(e) response. A similar business, however, the Bennington Banner, is also a PRP at the Site. In terms of relative size, Banner is a daily newspaper with 120 employees.

Accordingly, it is assumed that Add/Hadwen waste production would be 1/4 - 1/7 the waste production of Banner since the former is less than half the size of, and published at 1/7 of the frequency of, the Bennington Banner.

Banner estimates were 6 full barrels of waste ink, photographic chemicals, and solvents (combined) per year and 6 empty ink barrels and 6 empty solvent barrels per month. Full barrels are assumed to contain 55 gallons and empty barrels are assumed to contain 2 gallons.

Waste volume was estimated using a low end adjustment and assuming that Add/Hadwen's waste would be one-quarter that of Banner. This resulted in an estimate of 1.5 full barrels of waste ink, photographic chemicals, and solvents (combined) per year and 1.5 empty ink barrels and 1.5 empty solvent barrels per month. All amount were multiplied by the 18 years of landfill usage.

3

<u>Arken Industries, Inc.</u>

Best Estimate of Waste Volume: 30,030 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Morgan Spring Contamination Study

Type of business: Metal job shop doing turning, drilling and milling. Believed to be a defunct entity.

In business since 1976 (incorporated in 1976) and use of the Landfill was assumed to be from 1976 through date of Landfill closure. Bernie's Trucking and Environmental Action were transporters.

Employees 4-10.

Similar Business: Lauzon

Waste Quantity: Approximately 1 barrel per week of metals chips went to the Landfill (104(e)). Assumed that each barrel also contained cutting oils and solvents and that each barrel was full.

4

Banner Publishing

Best Estimate of Waste Volume: 11,124 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Morgan Spring Contamination Study

Type of business: Publishes the Bennington Banner

In business in Bennington for over 100 years. Assumed use of the Landfill from 1969 through the date of Landfill closure. Tom Sweet transported some of the Banner Wastes.

120 employees.

Similar business: Add/Hadwen (Pennysaver Press)

Waste Quantity:

Estimated waste production at 6 empty barrels per month of waste ink and 6 empty barrels per month of waste solvents (Morgan Springs Contamination Study). Also produced an estimated 6 full barrels per year of mixed liquids (e.g., solvents, photographic chemicals, and waste ink) based upon best professional judgement of Site information regarding unquantified waste streams.

Assumed that the empty solvent and empty ink barrels contained 2 gallons of residue and that the solvent barrels contained 55 gallons each. Also assumed that the solvent barrel estimate included any additional miscellaneous liquid wastes.

5

<u>Ben-mont Corporation</u> (Textron, Inc.)

Best Estimate of Waste Volume: 772,200 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Company correspondence; Morgan Spring Contamination Study; Letter from Town regarding liquid waste dumping in Landfill lagoon; VT AEC company waste survey

Type of business:

Gift wrappings, paper printing, icicles, tissue, and custom printing.

Unknown number of employees.

In business and using the Landfill from 1969 until at least 1975. Several of the above references indicate landfill usage for disposal of liquid industrial wastes from 1969 through 1975. One of six companies that received a notice from the Town of Bennington to stop dumping liquids in the lagoon.

Waste Quantity:

2-15 barrels per day of ink cleaning solvents (interview).

Assumed average of 9 barrels per day with 55 gallons in each.

6

<u>Bennington College</u>

Best Estimate of Waste Volume: 4,262 gals.

Source(s) of Information:   104(e) response(s); PRP Coalition
correspondence; Information submitted by PRP representatives
through the PRP Coalition

Type of business:

Liberal arts college.

Incorporated in 1925.  Assumed use of Landfill from 1969 through
the date of Landfill closure.  Bernie's Trucking and Environmental
Action were transporters.

Unknown number of employees.

Waste Quantity:

5 lbs asbestos per year (from 1969 until 1981); 13 pounds per month
of adsorbents; 1400 pounds of oil filters; 15 gallons year of lab
waste; 3 gallons per month of waste paint and solvents (104(e)).

All estimated volumes were converted to their liquid equivalent in
gallons.

Bennington Iron Works

Best Estimate of Waste Volume: 11,880 gals.

Source(s) of Information:  104(e) response(s); Correspondence with
VT ANR; Morgan Spring Contamination Study; RCRA inspection report;
Correspondence from PRP Coalition; Information submitted by PRP
representatives through the PRP Coalition

Type of business:

Structural steel and miscellaneous iron fabricator.

Employees: 3 in 1968, 14 in 1975, and 75 in 1988.

In business from 1968 (104(e)).  Assumed use of the Landfill from
1969 through the date of Landfill closure (104(e)).

Waste Quantity:

For 1989, waste estimate includes 12-15 drums of paint/sand/oil
twice per year which equals 30 drums per year (VT RCRA Inspection
Report and Company Statement).  Assuming 55 gallons per drum, that
totals 1650 gallons per year.

The volume of waste was adjusted for the variable employee levels
with a linear growth assumed.  Accordingly, the average waste
production is estimated at 22 gallons per employee.  The average
number of employees per year is 30.  Therefore, 22 X 30 = 660
gallons per year (essentially, one barrel per month).

It is assumed that steel chips were recycled, waste oil burned, and
solvent barrels returned to distributor (Company Statements).

8

Bennington Potters

Best Estimate of Waste Volume: 114 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Morgan Spring Contamination Study

Type of business:

Manufacturer of hand finished stoneware, ceramic dinner wares and terra cotta planters.

Employees: 85

In business for 42 years. Assumed use of the Landfill from 1969 through date of Landfill closure (104(e)). Environmental Action was transporter.

Waste assumptions:

50 pounds per year of tremolitic clay (104(e))
1 pound per year of 5151 brown (104(e))

All estimated volumes were converted to their liquid equivalent in gallons.

9

B.Co. (f/k/a Bijur Lubricating Corp.)

Best Estimate of Waste Volume: 290,160 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Letter from Town regarding liquid waste dumping in Landfill lagoon; VT AEC hazardous waste inspection sheet; VT AEC preliminary assessment; Morgan Spring Contamination Study; Correspondence from company.

Type of business:

Manufacturer of lubricating systems and mist coolant equipment.

In business and using the Landfill from 1969 through date of Landfill closure.

Unknown number of employees.

Waste estimate of 200 gallons per week of waste solvents (Company correspondence) and 2 barrels a week of grinding sludge (Witness Interview).

10

Catamount Dyers

Best Estimate of Waste Volume: 1,608,925 gals. (unadjusted)
167,251 gals. (adjusted)

Source(s) of Information:  Witness interview(s); Transporter log;
Letter from Town regarding liquid waste dumping in Landfill lagoon;
VT AEC trip reports; VT AEC company waste profile; Morgan Spring
Contamination Study; Correspondence from company; Special load
permit from Town

Type of business:

Company engaged in dying and finishing knit fabric; Believed to be
a defunct entity.

Employees: 150

Incorporated in 1970.  Believed to have been in business and using
the Landfill from 8/70 through 11/85.  Bernie's Trucking was a
transporter.

Waste estimates include 600 gallons per year of waste oils
(Industrial Waste Survey, State of Vermont) and 60 gallons per year
of waste dyes ("small quantities" of dye are assumed to be one-
tenth the waste oil volume based upon best professional judgement).
Waste estimates also include 10 cubic yards per week of cloth
strips with solvents based on the assumption that a full one-
quarter of the plant waste volume consisted of this cloth waste
(Interview provided estimate of 40 yard roll-off and best
professional judgement was used to determined adjustments).  For
such cloth waste volume, an adjustment factor of 0.1 was applied
based on the effect of evaporation on the solvents contained
therein and that the bulk cloth volume greatly exceeded the volume
of solvents therein.

All estimated volumes were converted to their liquid equivalent in
gallons.

11

**Central Vermont Public Service Corporation**

Best Estimate of Waste Volume: 23,760 gals. (unadjusted)
                                13,068 gals. (adjusted)

Source(s) of Information: 104(e) response(s); Witness interview(s); Correspondence and affidavit from company; Morgan Spring Contamination Study; Correspondence from PRP Coalition

Type of business:

Garage facility run as part of regional utility company.

In business and using the Landfill from 1969 through date of Landfill closure (104(e)).  Ted Senecal was the transporter.

Unknown number of employees.

Interview information shows barrels sent to Landfill.  Assumed one barrel per month for each waste stream based on best professional judgment that such hazardous waste comprised not more than between 5 and 10 percent of total plant waste generated.  Waste estimate includes 1 barrel per month of speedi-dry, waste oil and solvent (mixed) and 1 barrel per month of scrap metal and wire.

An adjustment factor of 0.1 was applied to the scrap metal and wire waste due to its low mobility and solubility in comparison to other wastes disposed of at the Landfill.

12

Chemfab Corporation

Best Estimate of Waste Volume: 14,040 gals.

Source(s) of Information: 104(e) response(s); Witness interview(s); Morgan Spring Contamination Study; VT AEC trip report; VT AEC letter; Information submitted by PRP representatives through the PRP Coalition

Type of business:

Applies Teflon to consumer and commercial products.

In business and using the Landfill from 1969 through date of Landfill closure (104(e)).

Unknown number of employees.

Waste estimate includes 1 gallon per month of degreasers, 6 gallons per month of lubricating and hydraulic oils, 3 gallons per month of settling basin sludge, (104(e)) and 1 barrel per month of speedi-dry soaked with waste oil and solvents (mixed) based upon best professional judgement after reviewing the available information.

13

Courtauld Structural Composites, Inc.

Best Estimate of Waste Volume: 7,080 gals.

Source(s) of Information:  104(e) response(s); Correspondence from
company; Morgan Spring Contamination Study

Type of business:

Fabricator of composite materials for aerospace, defense, and
commercial markets.

In business and using the Landfill from 1969 through 1983 based
upon 104(e)).  Transporter was Environmental Action.

Employees: 78

Waste estimate includes 2 gallons per year of adhesive film, 2
gallons per year of adhesive resins, 1 gallon per year of cutting
oil, 2 gallons per year of speedi-dry soaked with hydraulic waste
oil and 300 gallons per year of waste paint (company
correspondence, 104(e), and Morgan Spring Study).

14

<u>Creative Products, Inc. (Creative Tools)</u>

Best Estimate of Waste Volume: 6,225 gals.

Source(s) of Information:  104(e) response(s); Correspondence to EPA; Morgan Spring Contamination Study; VT AEC trip report; VT AEC Hazardous Waste Notification Report

Type of business:

Manufacturer of ratchet screwdriver known as the "Easydriver."

Creative Tools was founded in 1971 (104(e)).  Both Creative Tools and Creative Products used the Landfill from 10/71 until date of Landfill closed (104(e)).

Employees: 60

Waste estimate includes 250 pounds per month of cutting oil wastes. Assumed that metal shavings were salvaged and other wastes went to Fire Department for training purposes (VT Hazardous Waste Notification Report).

All estimated volumes were converted to their liquid equivalent in gallons.

15

Eveready Battery Company, Inc.

Best Estimate of Waste Volume: 335,743 gals.

Source(s) of Information:   104(e) response(s); Letter from Town
regarding liquid waste dumping in Landfill lagoon; Internal company
correspondence; VT AEC notification of hazardous waste activity;
Witness interview(s)

Type of business:
Manufacturer of small chemical batteries, flask lights, and other
lighting products.  Successor to Union Carbide.

In business and using the Landfill from 1969 through date of
Landfill closure (interviews, 104(e)).

Unknown number of employees.

Waste estimate includes: 15 pounds per day of form cakes; 19 pounds
per day of battery assemblies; 300 gallons per year waste oil; 50
gallons per year solvents; 556 pounds per day metal wastes and
salts;(5 previous wastes based upon 104(e)) 70 pounds per year of
PCBs based upon above sources and best professional judgement.

All estimated volumes were converted to their liquid equivalent in
gallons.

16

## H.M. Tuttle Co., Inc.

Best Estimate of Waste Volume:  1,539 gals.

Source(s)  of  Information:  104(e)  response(s);  Witness affidavit(s)/interview(s); Correspondence from company lawyer

Type of Business:

Retail sale of building supplies, retail sale and distribution of fuel oil.

Company was incorporated in 1938 (104(e)) and is assumed to have used the Landfill from 1969 through date of Landfill closure.

Unknown number of employees.

Waste estimate includes 8 used oil filters per month, 25 pounds per month metal grindings, and 2 gallons per month of paint waste (Company correspondence).

All estimated volumes were converted to their liquid equivalent in gallons.

17

## Jard Company, Inc.

Best Estimate of Waste Volume: 759,060 gals.

Source(s) of Information:  104(e) response(s); Letter from Town regarding liquid waste dumping in Landfill lagoon; EPA trip report; VT AEC trip report; Witness interview(s); Morgan Spring Contamination Study

Type of Business:

1969 Town of Bennington Annual Report indicated that Jard was a new company in Town.  Defunct entity underwent bankruptcy in 1992. Former manufacturer of, among other things, capacitors using PCBs.

In business and using the Landfill from at least 1970 through date of Landfill closure.

Employees: 200

Waste estimate includes 6 barrels per week of waste oils, 2 barrels per month paint waste (assumed this is twice Triangle's output, based on best professional judgement), 600 gallons of waste liquids every 2 months (US EPA TSCA Trip Report), 300 pounds of speedi-dry per month (assumed this is twice Triangle's output, based on best professional judgement), and 20,000 pounds per month of reject capacitors(VT AEC Hazardous Waste Notification of Hazardous Waste Activity by the Jard Company).  Disposal of hazardous waste at Landfill is believed to have occurred from 1970 through 1980 and disposal of PCBs from 1971 through 1974 .

All estimated volumes were converted to their liquid equivalent in gallons.

18

Johnson Controls Battery Group, Inc.

Best Estimate of Waste Volume: 576,240 gals.

Source(s) of Information:  104(e) response(s); Letter from Town regarding liquid waste dumping in Landfill lagoon; VT AEC preliminary assessment; VT AEC correspondence; Witness interview(s); Morgan Spring Contamination Study; Master Plan Survey and Evaluation for the Town of Bennington (circa 1965)

Type of Business:

Successor to Globe Union, manufacturer of lead acid batteries.

In business and using the Landfill from 1969 through date of Landfill closure (104(e)).

Unknown number of employees.

Waste estimate includes 30 gallons of floor scrubbings per day, 55 gallons of waste liquid (oil and solvent) per week (Company correspondence) , 110 gallons per month of other waste oils, 55 gallons per month of mold coat compound (Company correspondence), 5,000 gallons per month of waste water treatment plant sludge (VT Industrial Waste Survey), and 10 scrap batteries per day based upon best professional judgement and the 3600 battery per day plant capacity cited in the Master Plan Survey and Evaluation for the Town of Bennington (circa 1965).

Battery volume was estimated by applying the following factors: 1) Plant's daily battery production capacity is believed to be 3,600 batteries; 2) Assume that one-third of one percent of batteries produced fail (this would mean 5-10 batteries); 3) Assume that 1½ gallons of hazardous waste is contained in each battery.

Years of battery disposal at the Site are assumed to include only those before hazardous waste manifesting and disposal requirements were in place (i.e., up through 1981).

19

## Lauzon Machine & Engineering, Inc.

Best Estimate of Waste Volume: 51,480 gals.

Source(s) of Information:  104(e) response(s); VT ANR trip report;
Witness interview(s); Morgan Spring Contamination Study

Type of Business:

Machine job shop involved in machine design and building.

Business was founded 31 years prior to 104(e) response and use of
the Landfill was assumed to be from 1969 through date of Landfill
closure.

Employees: 17

Waste estimate includes 1 barrel per month of metal chips and oil,
waste paint, solvent and speedi-dry (104(e)).

## Depepa Corp. (f/k/a Merrill Transport Company)

Best Estimate of Waste Volume: 7,920 gals.

Source(s) of Information: 104(e) response(s); Town records; VT AEC correspondence; Witness interview(s) and affidavit(s)

Type of Business:

Defunct entity; Transporter specializing in liquid and dry bulk hauling.

Business originated in 1929. Assumed use of the Landfill from 1969 through date of Landfill closure.

Employees: 130

Waste estimate includes 3 gallons per month of paint and waste solvent, 30 oil filters per year, 25 pounds per month of speedi-dry, ½ barrel per month junk parts, and 1 barrel per year of metal and oil. All estimates based upon best professional judgement. Assume each oil filter contains one quart used oil.

All estimated volumes were converted to their liquid equivalent in gallons. Waste volumes for paints and solvents as well as speedi-dry are assumed to be equivalent to Bennington College's volumes. Oil filter wastes are assumed to be twice the volume generated by the VT Agency of Transportation.

21

<u>Monument Industries, Inc.</u>

*Best Estimate of Waste Volume:* 625 gals.

Source(s) of Information:   104(e) response(s); Company waste profile form

Type of Business:

Manufacturer and sale of plastic bags.

In business and using the Landfill from late 1970's to date of Landfill closure.

Unknown number of employees.

Waste estimate includes 500 pounds of speedi-dry with oils and solvents per year.  This business was assumed to be comparable to that of Vermont Bag & Film with assumed to produce a comparable waste volume (see VT Bag and Film).

All estimated volumes were converted to their liquid equivalent in gallons.

22

<u>Monument Plastics Machining, Inc.</u>

Best Estimate of Waste Volume: 4,625 gals.

Source(s) of Information:  VT ANR trip report; VT AEC trip report;
VT AEC correspondence; 104(e) response(s); Morgan Spring
Contamination Study; VT AEC notification of hazardous waste
activity

Type of Business:

Operates screw machines and shapes plastic into products such as
fittings and bushings for the electronics industry.

In business and using the Landfill from 1978 through the date of
Landfill closure (104(e)).

Employees: 7

Waste estimate includes 25 gallons per month of speedi-dry with oil
(VT ANR Trip Report) and 25 pounds per week of plastic chips with
oil (104(e)).

All estimated volumes were converted to their liquid equivalent in
gallons.

23

<u>MascoTech Controls, Inc. (f/k/a Schmelzer Corporation)</u>

Best Estimate of Waste Volume: 17,280 gals.

Source(s) of Information:  104(e) response(s); VT site inspection interview;  Witness affidavit(s);  VT AEC hazardous materials management program form;  Information submitted by PRP representatives through the PRP Coalition

Type of Business:

Assembles product known as a "vacuum brake assembly."

In business and using the Landfill from 1979 through the date of Landfill closure (104(e)).

Employees: 1-300

Waste estimate includes 240 pounds per month of speedi-dry with oil and solvents (Witness affidavit for speedi-dry usage and best professional judgement for oil and solvents), 70 gallons per month of waste oil, 30 gallons per month of waste hydraulic oil (VT AEC Hazardous Materials Management Program Form) and 20 30-gallon barrels per year of metal waste (affidavit).

All estimated volumes were converted to their liquid equivalent in gallons.

24

Sibley Manufacturing Co., Inc./CLR Corporation,

Best Estimate of Waste Volume: 28,600 gals.

Source(s) of Information: VT AEC industrial waste survey; Witness interview(s); Master Plan Survey and Evaluation for the Town of Bennington (circa 1965); Transporter records; Information submitted by PRP representatives through the PRP Coalition

Type of Business:

Machine tool company.

In business as of 1964 (Master Plan Survey and Evaluation for the Town of Bennington) and assumed use of the Landfill from 1969 through 1979.

Employees: 35

Waste estimate includes 1 barrel per week of metal chips with cutting oils based upon best profession judgement of all source material including witness interviews and information provided by Sibley. Waste oils and solvents were given to Fire Department (VT AEC, Industrial Waste Survey)

25

<u>Southwestern Vermont Medical Center, Inc.</u>

Best Estimate of Waste Volume: 990 gals.

Source(s) of Information: 104(e) response(s); Company correspondence; Information submitted by PRP representatives through the PRP Coalition

Type of Business:

Non-profit hospital.

In business and using the Landfill from 1969 through the date of Landfill closure.

Unknown number of employees.

Waste estimate of minimal volume includes 1 barrel per year of medical waste with oil and solvent, based on best professional judgment considering all source materials.

Triangle Wire & Cable, Inc.

Best Estimate of Waste Volume: 17,535 gals.

Source(s) of Information:  104(e) response(s); VT AEC RCRA trip report; Witness affidavit(s); VT ANR RCRA inspection report; Correspondence from company and its legal counsel; Information submitted by PRP representatives through the PRP Coalition

Type of Business:

Cord set (extension cord) assembly plant.

In business and using the Landfill from 1981 through the date of Landfill closure (104(e)).

Employees: 115

Waste estimate includes 25 gallons per month waste oil (104(e)), 2 barrels per month rags with solvents (best professional judgement based upon evaluation of all information), 150 pounds per month of speedi-dry with oil and solvent (affidavit for speedi-dry usage and best professional judgement for oil and solvent), and 1 barrel per month of waste paints and adhesives based upon best professional judgement.

All estimated volumes were converted to their liquid equivalent in gallons.

U.S. Tsubaki, Inc.

Best Estimate of Waste Volume: 9,118 gals.

Source(s) of Information:  104(e) response(s); VT AEC trip report; Morgan Spring Contamination Study; Correspondence from company legal counsel; Information submitted by PRP representatives through the PRP Coalition

Type of Business:

Manufacturer of sprockets.

In business and using the Landfill from 1977 through the date of Landfill closure (VT AEC Trip Report).

Employees: 125

Waste estimate includes 1,800 pounds per year speedi-dry with oil, 214 pounds per year other liquid hazardous waste, and 1 barrel per month grinding sludge.

All estimated volumes were converted to their liquid equivalent in gallons.

28

## Vermont Agency of Transportation

Best Estimate of Waste Volume: 2,997 gals.

Source(s) of Information:  104(e) responses; Information submitted by PRP representatives through the PRP Coalition; Witness affidavit(s); VT ANR hazardous waste management program's notification of hazardous waste activity.

Type of Business:

State agency responsible for maintaining state owned transportation system.  Operates facility in Bennington used primarily for vehicle and equipment storage, maintenance and repair.

In operation and using the Landfill from 1969 through the date of Landfill closure (104(e)).

Employees: 40

Waste estimate includes 25 pounds per month of speedi-dry and oil, 16 oil filters per year, 10 pounds per month of waste paint (Hazardous Waste Management program, Notification of Hazardous Waste Activity), and 2 barrels per year of rags with oil and solvents.  Assume each oil filter contains one quart used oil. Assumed volume of speedi-dry and oil as about twice that of Bennington College.

All estimated volumes were converted to their liquid equivalent in gallons.

29

<u>Vermont Bag & Film, Inc.</u>

Best Estimate of Waste Volume: 1,125 gals.

Source(s) of Information: 104(e) response(s); Information submitted by PRP representatives through the PRP Coalition; VT ANR trip report; transporter journals; Morgan Spring Contamination Study; Witness interview(s); VT ANR inspection checklist

Type of Business:

Plastic extrusion company which manufactures low density polyethylene bags from granulated plastic.

Doing business in Bennington in early 1960's and assumed use of the Landfill from 1969 through the date of Landfill closure(104(e)).

Employees: 12

Waste estimate includes 500 pounds per year of grease and degreasers.

All estimated volumes were converted to their liquid equivalent in gallons.

30

## Vermont Tissue

Best Estimate of Waste Volume: 160 gals.

Source(s) of Information:  104(e) response(s); VT ANR trip report; VT AEC hazardous waste management program information

Type of Business:

Manufacturer of stuffing and packing tissue.

In business for 47 years (Trip Report VT ANR).  Assumed use of the Landfill from 1969 through about 1980.

Employees: 5

Waste estimate includes 16 gallons per year of hazardous waste as part of company's paper sludge known as "white water."  Paper mill white water may contain trace levels of solvents.  Assumed 1 percent of white water consisted of hazardous waste based upon best professional judgement.