# EXHIBIT 76

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF VERMONT
2

3

   JAMES D. SULLIVAN, et   )
4  al., individually, and  )
   on behalf of a Class of  )
5  persons similarly        )
   situated,                )   Civil Action No.
6                           )   5:16-cv-00125
           Plaintiffs,      )
7                           )
      vs.                   )
8                           )
   SAINT-GOBAIN             )
9  PERFORMANCE PLASTICS     )
   CORPORATION,             )
10                          )
           Defendant.       )
11

12

13        VIDEOTAPED DEPOSITION OF JAMES D.
14     SULLIVAN, taken pursuant to notice before Beth
15     Gaige, Registered Professional Reporter, at
16     the offices of BarrSternberg Moss Silver &
17     Munson, P.C. 507 Main Street, Bennington, VT,
18     on April 9, 2018, commencing at 9:24 a.m.
19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFF:
 4          EMILY J. JOSELSON, ESQ.
            Langrock Sperry & Wool, L.L.P.
 5          111 S. Pleasant Street
            Middlebury, VT 05753
 6          Phone:  802.388.6356
            E-mail:  Ejoselson@langrock.com
 7
 8          JAMES W. WHITLOCK, ESQ.
            Davis & Whitlock, P.C.
 9          21 Battery Park Ave., Suite 206
            Asheville, NC 28801
10          Phone:  828.622.0044
            E-mail:  Jwhitlock@enviroattorney.com
11
12          DAVID F. SILVER, ESQ.
            Barr Sternberg Moss Silver & Munson, P.C.
13          507 Main Street
            Bennington, VT 05201
14          Phone:  802.442.6341
            E-mail:  Dsilver@barrsternberg.com
15
16      FOR THE DEFENDANT:
17          LINCOLN WILSON, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
18          51 Madison Avenue
            New York, NY 10010
19          Phone:  212.849.7000
            E-mail:  Lincolnwilson@quinnemanuel.com
20
21          NICHOLAS LOCASTRO, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
22          51 Madison Avenue
            New York, NY 10010
23          Phone:  212.849.7000
            E-mail: Nicholaslocastro@quinnemanuel.com
24
25
```

Page 3

1                          INDEX
2    WITNESS:   JAMES D. SULLIVAN
3       Direct Examination by Mr. Wilson                 6
4
5
6
7
8                     E X H I B I T S
9    Exhibit No.    Exhibit Description          Page
10   Exhibit 1 Article from the Hill Country      19
               Observer
11
     Exhibit 2 Black and white photo of house     23
12
     Exhibit 3 Sketch of house with floor plans   25
13
     Exhibit 4 Appraisal of Real Property         34
14
     Exhibit 5 E-mail from Blue Heron             59
15             Construction to Mr. Sullivan
16   Exhibit 6 E-mail from Jim Sullivan to Leslie 74
               Addison
17
     Exhibit 7 Jim Sullivan Facebook page         75
18
     Exhibit 8 Declaration of James D. Sullivan   146
19
     Exhibit 9 Appraisal of Real Property         232
20
21
22
23
24
25

Page 4

1           STIPULATION

2           (It is hereby agreed by and between the

3      parties that signature is not waived.)

4              - - - - - - - - - -

5           THE VIDEOGRAPHER:  We're now on the

6      record.  Please note that the microphones are

7      sensitive and may pick up whispering and

8      private conversations.

9           Please turn off all cell phones or place

10     them away from the microphones as they can

11     interfere with the deposition audio.  The

12     recording will continue until all parties

13     agree to go off the record.

14          My name is Edward Roy, representing

15     Veritext.  Today's date is April 9th, 2018.

16     The time is now approximately 9:24 a.m.

17          This deposition is being held at

18     BarrSternberg -- BarrSternberg Moss Silver &

19     Munson, PC, located at 507 Main Street

20     Bennington, Vermont, and is being taken by

21     counsel for the plaintiff.

22          The caption of the case is James D.

23     Silver -- Sullivan, et al, individually and on

24     behalf of a class of persons similarly

25     situated, Plaintiffs, versus Saint-Gobain

Page 5

1    Performance Plastics Corporation, Defendant.

2    This case is being filed in the United States

3    District Court, District of Vermont, Case

4    Number Civil Action No. 5:16-CV-00125.

5         The name of the witness is James D.

6    Sullivan.

7         At this time the attorneys present in the

8    room and attending remotely will identify

9    themselves and the parties they represent.

10        MR. WILSON:  Lincoln Wilson of Quinn

11   Emanuel Urquhart & Sullivan for Defendant

12   Saint-Gobain Performance Plastics Corp, and we

13   will be taking this deposition today.

14        MR. LOCASTRO:  Nicholas LoCastro of Quinn

15   Emanuel for the defendant.

16        MR. SILVER:  David S. Silver for the

17   plaintiff.

18        MR. WHITLOCK:  James Whitlock on behalf

19   of the plaintiff.

20        MS. JOSELSON:  Emily Joselson for the

21   plaintiff.

22        THE VIDEOGRAPHER:  Will David F. Silver,

23   representing the BarrSternberg Law, swear in

24   the witness, and we can proceed.

25        (The Witness was administered the oath.)

```
 1          THE VIDEOGRAPHER:  Please commence.
 2      JAMES D. SULLIVAN, having been duly sworn by
 3      the Notary Public, was examined and testified
 4      as follows:
 5                  DIRECT EXAMINATION
 6      BY MR. WILSON:
 7  Q.  Good morning.  Would you please state your
 8      name for the record?
 9  A.  James D. Sullivan.
10  Q.  And your date of birth?
11  A.  9/27/1960.
12  Q.  And, Mr. Sullivan, my name is Lincoln Wilson.
13      We've been introduced off the record.
14          I understand you've been deposed before?
15  A.  Yes.
16  Q.  And just to go over the ground rules before we
17      get into this, I'm going to do my best to be
18      clear in my questions and slow for the court
19      reporter; but if there's anything that you
20      don't understand about my questions, please
21      ask me to rephrase.  I'll be happy to ask
22      again in a way that's going to be easy to
23      understand.
24          It's also important that you give vocal
25      answers.  Sometimes because it's a natural
```

1      conversation you might want to say mm-hmm or

2      uh-huh, but the court reporter needs a clear

3      yes or no to those kinds of questions.

4          And you might also have a good sense of

5      where I'm going with the question and you can

6      answer it before I get to the end of it, and

7      you may know exactly where I'm going; but for

8      the court reporter's sake, it's important to

9      wait until I'm done with the question before

10     you respond.

11         You can take a break basically any time

12     you need one.  The only exception to that is

13     if there's a question pending, we can't take a

14     break while a question is pending.

15         And the one exception to that rule is if

16     there's an -- if you need to invoke

17     attorney/client privilege, you can do so

18     before you answer a question.

19         You do understand today that you're under

20     oath, Mr. Sullivan?

21  A.  Yes, I do.

22  Q.  And the important thing, of course, today

23     is -- is that you tell the truth.

24         Now, I -- I want it to be clear also that

25     I'm not your adversary.  Miss Joselson, Mr.

```
1          Whitlock, Mr. Silver, they're my adversaries.
2          You're not my adversary.  I'm here to try to
3          understand your claims so my client can
4          understand your claims so the court can
5          understand your claims so the jury can
6          understand your claims.  I'll do my very best
7          to be courteous and kind as we go through this
8          process.
9               And I will have to ask some sensitive
10         questions, either about your medical history
11         or about your -- your personal life.  I'll do
12         my best to be respectful, but please
13         understand that it's not because I'm trying to
14         be a jerk or anything.
15              And also, that there may be some times in
16         this deposition that seem -- seem tedious, and
17         I'd just ask you to bear with me as we go
18         through those things.  Some questions you may
19         not understand why I'm asking them, but if we
20         can do our best to get through the process
21         together, that will be great.
22              Anything about that unclear to you?
23    A.   No.
24    Q.   Okay.  And just so we can get it on the
25         record, can you tell me about this prior
```

1            deposition that you've done before?

2    A.    Oh, I -- many years ago I -- I was deposed as

3          part of my employment relative to land use law

4          cases.

5    Q.    Was that one deposition or several

6          depositions?

7    A.    I think there were at least two.

8    Q.    And can you tell me just a little bit about

9          what -- what your -- kind of testimony you

10         were giving in those cases?

11   A.    They -- boy, I don't remember the details of

12         the cases actually.  I think there was a

13         zoning case in -- in the town of Manchester,

14         and there was a -- an appeal of a decision of

15         a town board that -- that I was -- I was

16         involved in because I had worked for the town

17         of Manchester at one time.

18   Q.    So that was not with regard to your current

19         employment at the Bennington County Regional

20         Commission?

21   A.    That's true.  That's true, although I do think

22         that the second deposition, if I remember

23         right, was related to the Regional Commission

24         involved in the case, but it was probably

25         20 years ago, and I can't even tell you what

```
 1          that was about.
 2     Q.   Just to touch briefly on your education.
 3               Can you tell me what the highest level of
 4          education you obtained is?
 5     A.   I have two master's degrees.
 6     Q.   And what are those degrees in?
 7     A.   Natural resource management and public
 8          administration.
 9     Q.   And where did you go to earn those degrees?
10     A.   The natural resource degree was from Cornell
11          University, and the public administration
12          degree was through the Maxwell School at
13          Syracuse University.
14     Q.   And what years did you get those degrees?
15     A.   Okay.  I think that the Cornell degree was
16          1984, and then the -- the Syracuse degree, I
17          think I finished that one up in the beginning
18          of '86, maybe January of '86.
19     Q.   And what field of study was your undergraduate
20          degree in?
21     A.   I was a -- it was a major called biology and
22          environmental science.
23     Q.   What school did you get that from?
24     A.   Colby College.
25     Q.   And that's in Maine, right?
```

```
 1    A.   That is in Maine, yes.
 2    Q.   And now you currently work for the Bennington
 3         County Regional Commission?
 4    A.   That's correct.
 5    Q.   Can you describe your current position?
 6    A.   I'm the executive director of the Regional
 7         Commission.
 8    Q.   And what's your -- what are your
 9         responsibilities in connection with that
10         position?
11    A.   Well, overall -- overall management of the
12         day-to-day operations of the organization, you
13         know, staff supervisor, oversight, budget
14         development, program management.
15              And I -- I'm also, you know, being a
16         small -- a small commission in a small part of
17         the state, I -- you know, I do a lot of
18         hands-on planning work, too, working directly
19         with some of the municipalities in the region.
20    Q.   So maybe a better question, since you're sort
21         of the -- the head of the Bennington County
22         Regional Commission is what is the Bennington
23         County Regional Commission, what are its
24         duties and responsibilities?
25    A.   Well, there -- there's 11 regional planning
```

```
 1          commissions in the state, and they're created
 2          by the municipalities within their regions
 3          specifically to provide technical planning
 4          services to those municipalities.  So those --
 5          those services change over time, but generally
 6          involve assistance in areas like land use
 7          planning, transportation planning, energy
 8          planning, emergency management planning,
 9          environmental planning and economic
10          development.
11     Q.   So when you describe it as a planning
12          organization, does it have authority as a
13          governmental organization?  For instance,
14          if -- if the Bennington County Regional
15          Commission says X, then X is what happens?
16     A.   No.  That would be nice.
17     Q.   So it's -- it's an advisory sort of function?
18     A.   That -- that's -- that's correct.  We work --
19          we work -- again, you know, we work with
20          municipalities primarily.
21     Q.   And how long have you been there?
22     A.   I've been at the Regional Commission since
23          1989.
24     Q.   And in connection with your position, do you
25          have any authority over environmental policy
```

Page 13

```
 1        in Bennington?
 2   A.   No, no, not authority.
 3   Q.   Have you given advice on environmental policy
 4        in Bennington?
 5   A.   Yeah.  Planning advice.
 6   Q.   What -- can you give me some examples of the
 7        kind of planning advice you might have given?
 8   A.   Yeah, sure.  I mean, just -- just in the way
 9        of, like, we -- we do work, for example, in
10        the areas of water quality management for
11        municipalities kind of as a liaison between
12        the state and the town.  So we -- our
13        organization, and me personally, will offer
14        advice on how like the town of Bennington or
15        other municipalities in the region might
16        undertake highway maintenance projects to
17        maintain and improve water quality.
18   Q.   Did you give any advice to either the city or
19        the state with regard to the presence of POFA
20        in Bennington?
21   A.   No.
22   Q.   And why not?
23   A.   Well, it was -- one, it was never really part
24        of our job -- seen as part of our job; and
25        secondly, I was directly affected, so in any
```

```
1          event, if the commission were to be involved,
2          I would not have been involved.
3     Q.   Were you at Bennington County Regional
4          Commission during the time that the ChemFab
5          plants at Water Street and North Side Drive
6          were in operation?
7     A.   Yes.
8     Q.   Can you tell me what you recall of those
9          plants at that time?
10    A.   That -- that it was there and that it
11         manufactured fabrics that -- and materials
12         that were -- had some certain applications
13         that -- and I really didn't know too much
14         about the details of -- of the operations of
15         the plants.
16    Q.   When you say certain applications, did you
17         have any specific recollection about what
18         those applications were?
19    A.   I remember at one point somebody telling me
20         that they had made the -- some of the material
21         for the -- the dome of the -- the dome stadium
22         in Syracuse, which I thought was interesting.
23    Q.   Did you have any concerns with those plants at
24         the time?
25    A.   No.  I really -- I really wasn't involved to
```

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 16 of 283

the level where I knew anything like that.

Q. And were there any interactions between the Bennington County Regional Commission and ChemFab at that time?

MS. JOSELSON: Object to the form. But you can answer.

A. Not that I'm aware of, no.

[redacted]

Page 16

14          Did the Bennington County Regional

15     Commission do any sort of reviews of potential

16     hazardous substances in the course of its

17     actions?

18          MS. JOSELSON:  Object to the form.

19  A.  That's -- I'll answer that the best I can.

20          So the Regional Planning Commission is

21     involved in environmental planning.  Primarily

22     when you're talking about hazardous materials

23     in the way of brownfield redevelopment

24     planning, we don't do those assessments

25     ourselves.  We -- we hire environmental

1    consultants to do that work, and we oversee

2    the projects.

3    //

4    BY MR. WILSON:

5  Q.  And so the Bennington County Regional

6      Commission, would it be keeping abreast of

7      changes in science and regulation about what

8      substances were considered hazardous?

9  A.  No, that's not really part of our role.

10 Q.  Can you tell me when you first heard of PFOA?

11 A.  I can't really tell you specifically when, no.

12 Q.  Can you approximate when you first heard of

13     it?

14 A.  I'm -- I'm going to have to say probably

15     several years ago when I read some material

16     about it.

17 Q.  So this would have been before the

18     announcement of the discovery of PFOA in water

19     in Bennington?

20 A.  Yes.

21 Q.  Do you remember what you heard about it?

22 A.  I remember -- I remember stories about PFOA

23     contamination in some communities.  I forget

24     what state they were in.  I think -- I think

25     there was an article in a newspaper that got

```
 1      some circulation.
 2   Q.  Did you understand at that time that PFOA was
 3      also a substance that had been used by ChemFab
 4      in Bennington?
 5   A.  No.
 6          MS. JOSELSON:  Object --
 7   A.  No.
 8          MS. JOSELSON:  Yeah, so just give me a
 9      little time --
10          THE WITNESS:  Okay.
11          MS. JOSELSON:  -- to make objections to
12      form.
13          THE WITNESS:  All right.
14   BY MR. WILSON:
15   Q.  Did you take any action based on what you
16      heard about PFOA when you first heard about
17      it?
18   A.  No.
19   Q.  Do you have any local concerns based on what
20      you first heard about PFOA?
21          MS. JOSELSON:  Object to the form.
22          THE WITNESS:  Should I answer?
23          MS. JOSELSON:  You can always answer
24      unless they tell you not to.
25          THE WITNESS:  Okay.
```

```
                                        Page 19
 1    A.   Did I have any -- could you -- could you say
 2         that again?
 3         BY MR. WILSON:
 4    Q.   Yeah.  Did you have any -- when you first
 5         heard about PFOA, were you concerned about
 6         anything specific to Bennington or North
 7         Bennington when you first heard about PFOA?
 8              MS. JOSELSON:  Object.
 9    A.   No.
10              MR. WILSON:  Would you mark this as 1?
11              (Deposition Exhibit No. 1 was marked for
12         identification.)
13         BY MR. WILSON:
14    Q.   The court reporter has handed you what's been
15         marked as Exhibit 1 to your deposition.
16              Can you tell me what this is?
17    A.   That appears to be an article from the Hill
18         Country Observer about PFOA contamination in
19         our area.
20    Q.   And is that a picture of you and your wife in
21         the article?
22    A.   Yes, it is.
23    Q.   And do you remember when this article came
24         out?
25    A.   No, but I see the date on it.
```

```
                                        Page 20
 1   Q.  So I'd like you to take a look it looks like
 2       it's about the fifth paragraph.  It says,
 3       quote, I'm concerned about the health effects,
 4       end quote, Sullivan said.  Quote, we just
 5       don't know, end quote.
 6            Did I read that correctly?
 7   A.  Yes.
 8   Q.  Can you tell me what you meant by, we just
 9       don't know, at the time?
10   A.  I really don't recall.
11   Q.  You can't recall how you felt about PFOA at
12       that time?
13            MS. JOSELSON:  Object to the form.
14   A.  No.  I -- when I said, according to the
15       article here, we just don't know, I -- I
16       really don't recall what I was referring to.
17       Perhaps I'd have to read the rest of the
18       article.
19   BY MR. WILSON:
20   Q.  If you take a look at the third paragraph
21       there it says, quote, I had no concerns until
22       this happened, end quote, Sullivan said.
23       Quote, we thought -- excuse me -- we were
24       using the water straight from the tap.  We had
25       no clue, end quote.
```

```
 1            Did I read that correctly?
 2    A.   Yes.
 3    Q.   Does that refresh your recollection about what
 4         you were thinking at the time and what -- what
 5         your concerns were about health effects?
 6            MS. JOSELSON:   Object.
 7    A.   That -- that may be related to the previous
 8         quote.  I -- I can't say that for sure.  It --
 9         it just reflects the fact that prior to the
10         discovery of PFOA in our water supply, I -- we
11         weren't aware of any contamination and so had
12         no concerns about our water.
13    BY MR. WILSON:
14    Q.   So you don't -- you can't tell me, as you sit
15         here today, what you meant by saying, we just
16         don't know?
17            MS. JOSELSON:   Object.
18    A.   That's true.
19    BY MR. WILSON:
20    Q.   So prior to your position as executive
21         director of the Bennington County Regional
22         Commission, can you tell me about the prior
23         positions you held with that organization?
24    A.   Sure.  I was -- I was hired as a -- as kind of
25         a generalist planner, coming from the town of
```

Page 22

```
 1          Manchester, and so my initial responsibilities
 2          dealt primarily with working with towns on
 3          comprehensive plans and land use regulations.
 4               Then, you know, I started getting in --
 5          having some more responsibilities in the area
 6          of geographic analysis as we were starting to
 7          get into geographic information systems.  And
 8          then I, for about ten years, I had also
 9          taken on, in addition to those
10          responsibilities, the role of transportation
11          planner.  I was exposed to transportation
12          planning and -- and then I subsequently got --
13          worked in the brownfields program for a little
14          bit.  I started that at the commission, and --
15          and then I've worked a lot in energy planning.
16     Q.   So you mentioned that prior to your work at
17          the Bennington County Regional Commission,
18          you'd worked for the town of Manchester?
19     A.   That's correct.
20     Q.   And what was your position there?
21     A.   I was the town planner and zoning
22          administrator.
23     Q.   And prior to work with the town of Manchester,
24          you worked -- well, who did you work with
25          before that?
```

1    A.   I was in graduate school before that.

2    Q.   And forgive the ignorance of a Seattleite

3         asking this question, is this Manchester, New

4         Hampshire, or Manchester --

5    A.   Oh, Manchester, Vermont.

6    Q.   Vermont?

7    A.   Sorry about that, yeah.

8    Q.   Thank you.  So I'd like to ask some questions

9         now about your property at 35 Asa Way.

10            You own that property; is that correct?

11   A.   That's correct.

12   Q.   Together with your wife?

13   A.   Yes.

14   Q.   And this is a single-family home?

15   A.   Yes, it is.

16            MR. WILSON:  I'm going to mark some

17        exhibits here.  This will be 2.

18            (Deposition Exhibit No. 2 was marked for

19        identification.)

20        BY MR. WILSON:

21   Q.   The court reporter has handed you what's been

22        marked as Exhibit 2 to your deposition.

23            Can you tell me what this is?

24   A.   That is an image of my house.

25   Q.   Did you take this picture?

1    A.   I'm going to say probably.  I don't really

2         recall who took it, but I wouldn't be

3         surprised if I did.

4    Q.   And looking at that picture, is there anything

5         that you see in that that you say, oh, it

6         doesn't look like that now; this -- this has

7         changed since that time?

8              MS. JOSELSON:  Objection.

9    A.   Yes.

10        BY MR. WILSON:

11   Q.   What's changed?

12   A.   The snow melted.

13   Q.   Okay.

14   A.   In addition to that, I would say that we added

15        some photovoltaic panels to the roof.

16   Q.   Okay.  I'd like you -- if I can, I'm going to

17        hand you this pen, and since it would not be

18        proper for me to write on a deposition

19        exhibit, since I'm not giving the testimony,

20        could you indicate where those -- on that

21        picture where those photovoltaic panels were

22        added?

23   A.   With an arrow?

24   Q.   Yes.  You can write right on the exhibit.

25   A.   (Witness complying) PV panels.

1    Q.   And you don't need to indicate the snow

2         melting.  But is there anything else on there

3         that's changed since that time?

4    A.   No.

5              MR. WILSON:  This is going to be 3.

6              (Deposition Exhibit No. 3 was marked for

7         identification.)

8         BY MR. WILSON:

9    Q.   The court reporter has handed you what's been

10        marked as Exhibit 3 to your deposition.

11             Can you tell me what this is?

12   A.   These are the -- the building elevations and

13        floor plans associated with the house at the

14        35 Asa Way, and there is a -- also a -- a

15        sketch plan of the lot with the location of

16        the house on it that I -- I recall being used

17        for the zoning permit, since it shows the

18        setbacks.

19   Q.   So these drawings were done at the time the

20        house was built.

21   A.   They were done prior to the house being built.

22   Q.   And let's take a look through these drawings.

23             If you look at the first three pages that

24        show, I believe, exterior drawings, can you

25        tell me on those first three pages if there's

1      anything that's changed to the exterior of the

2      home since these drawings were done?

3   A.  The first three pages -- so I'm going to say

4      that on the first page, the -- the window that

5      you see on the left on the first floor, which

6      is the -- the one toward the -- on the west

7      side facing west toward the -- toward the

8      north is -- I think was moved toward the north

9      by about a foot.

10  Q.  Okay.

11  A.  And I would say other than that, that the --

12     this is a bit of a detail.  The smoke stack

13     there --

14         MS. JOSELSON:  On page 3.

15         THE WITNESS:  On page 3, right.

16  A.  That had a -- has a -- like the top -- the

17     design of the top was changed a little bit to

18     add a metallic cage to prevent birds from

19     getting into it.

20         Other than that, I would say it's pretty

21     much what it is today.

22  BY MR. WILSON:

23  Q.  Would you make an indication for that addition

24     to the top of the smoke stack there?

25  A.  Sure. (Witness complying) Bird cage added.

```
 1   Q.   So now if you turn to the fourth page of this
 2        document, we're looking at I believe it's the
 3        floor plan of the second floor; is that
 4        correct?
 5   A.   That's correct.
 6   Q.   And there's an indication on here, it says,
 7        hardwood flooring in both the bedrooms and
 8        hardwood in the hallway?
 9   A.   That's true.
10   Q.   It looks like -- were those later improvements
11        that were added?
12   A.   No.
13   Q.   So the hardwood floors went in when the home
14        was first constructed?
15   A.   That's correct.
16   Q.   And is there anything that's changed about the
17        floor plan on this floor since the time that
18        you built the home?
19   A.   No.  The -- the only thing that doesn't show
20        on this floor plan is that there's a full
21        doorway access from bedroom number two into
22        the space to the left of that, which is, in
23        fact, the attic.
24   Q.   Okay.  Would you just make an indication for
25        that on the drawing?
```

```
 1    A.   (Witness complying) Door to attic.

 2    Q.   And if you'll turn to the following page, take

 3         a look at that.

 4    A.   (Witness complying)

 5    Q.   Is this a floor plan of the main floor of your

 6         home?

 7    A.   Yes, it is.

 8    Q.   And could you tell me what the flooring is in

 9         these various rooms?

10    A.   Sure.  The -- the flooring in the living --

11         the area shown as the living room and the --

12         the hallway -- I -- I hope I don't have to

13         explain what the hallway is -- the hallway and

14         the -- the -- if it's called the study --

15    Q.   Mm-hmm.

16    A.   -- on the plans, right, that's hardwood,

17         bird's eye maple.  And the -- the flooring in

18         the master bedroom, which is shown as bedroom

19         there, is a -- is a -- is a -- another

20         hardwood floor, the same as used in the

21         upstairs bedrooms, and it's some kind of a

22         tropical hardwood, and I can't remember

23         species.

24              The -- the balance of the building, the

25         kitchen, dining room, both of the bathrooms
```

```
 1          and the laundry is a ceramic tile.
 2     Q.   Okay.  Would you just make some indications in
 3          there for tile and bird's eye maple and
 4          tropical hardwood?
 5     A.   Sure. (Witness complying) Let's see, tropical
 6          hardwood floor.  Bird's eye maple floor here
 7          and here and here.  Ceramic tile.  How do you
 8          spell ceramic?  And here ceramic tile floor.
 9          Oh, and around the pellet stove is also a
10          ceramic tile.
11     Q.   And there's an indication on the left side of
12          that drawing.  I think it says window seat and
13          it's x'ed out?
14     A.   That's right.
15     Q.   Can you tell me what that's about?
16     A.   Sure.  So I guess the original sketch plan
17          showed a window seat and that protruding
18          window, and we decided not to put a window
19          seat in.  So it's just -- the floor continues
20          up to the wall.
21     Q.   If you'll turn to the following page.
22     A.   (Witness complying)
23     Q.   Is this the basement to your home?
24     A.   Let's see.  Yes, it is.
25     Q.   And is that a playroom and a study, slash,
```

1       bedroom down there that I see?

2   A.  Yes.

3   Q.  Okay.  And what's the flooring in there?

4   A.  That's -- that's actually a stained concrete

5       floor.

6   Q.  Would you indicate that?

7   A.  Mm-hmm. (Witness complying) Concrete floor,

8       and that's there and here.

9   Q.  And the POET that's been installed on your

10      home --

11  A.  Mm-hmm.

12  Q.  -- and just for the record, that's a

13      point-of-entry treatment system -- can you

14      tell me where that has been installed?

15  A.  Yes.

16  Q.  Where's it been installed?

17  A.  Well, that was installed in the utility room.

18  Q.  Would you indicate where that is on the

19      drawing?

20  A.  The utility room is right there. (Witness

21      indicating)

22  Q.  And would you write it on the drawing?

23  A.  The POET system is --

24  Q.  Yes.

25  A.  -- specifically?  Okay.  Sure.  It's

```
 1         approximately in this area, POET system.
 2    Q.   And if you turn to the following page,
 3         looking -- I understand this is an overhead
 4         view of the lot on which your home sits; is
 5         that correct?
 6    A.   That's correct.
 7    Q.   And can you tell me how many acres is this
 8         lot?
 9    A.   I believe it's .545 acres.
10    Q.   And can you tell me what features of the land
11         we might see in this lot, other than your
12         house?
13              MS. JOSELSON:  Object.
14    A.   Features of the land other than the house.  I
15         guess you'd see the -- the infrastructure
16         improvement, like the driveway access to the
17         house and the retaining wall to the, as you're
18         staring at the front of the house, the left
19         side of the house.  You would see the lawn,
20         which surrounds much of the house, and a
21         treeline along the -- the north property
22         boundary and a -- a thinner tree line along
23         what's really the eastern property boundary,
24         and a few trees.  There's also, we added two
25         or three years after we built the house, a
```

1      small garden shed in -- toward the back

2      northeast corner of the lot.

3      //

4      BY MR. WILSON:

5   Q.  Would you indicate on the drawing the treeline

6      and the garden shed that you just told me

7      about?

8   A.  Sure. (Witness complying) So this is the

9      treeline, and then the shed is about -- this

10     is very rough.  I hope it meets setback

11     requirements.

12  Q.  You are under oath with these drawings, as you

13     know.

14  A.  I know.  I got a permit for it.  Shed.

15          So -- so there's -- there's a -- all

16     right.  There's a treeline here, too,

17     although, like I said, it's not as thick.

18  Q.  And you mentioned that's a garden shed.

19          Where is your garden located?

20          MS. JOSELSON:  Object to the form.

21  A.  Okay.  The -- the -- there are at least --

22     there's a vegetable garden, which is located

23     near the shed toward the eastern property line

24     here; and then there's a perennial garden

25     located on the southeastern side of the house

```
 1       kind of built into the -- the retaining wall
 2       structure.  And there's a couple of annual
 3       beds that are located next to the driveway.
 4       BY MR. WILSON:
 5   Q.  Would you indicate those on the drawing,
 6       please?
 7   A.  Sure. (Witness complying) Let's see.
 8       Vegetable garden.
 9            There's also -- there's also a row of
10       hostas along the back side of the house.
11   Q.  That's --
12   A.  I don't -- I don't usually call that a garden.
13   Q.  Are there any physical structures on this lot,
14       other than what you've described?  Any olympic
15       swimming pool?
16   A.  No.
17   Q.  No?  Okay.
18   A.  Nothing.
19   Q.  And the final page of this, I believe, is a
20       picture of the front elevation of your -- your
21       home.
22   A.  Yes.
23   Q.  Can you tell me if anything's changed since
24       this drawing was done about the front
25       elevation of your home?
```

1   A.   The -- yeah, the thing that -- well, the one

2        thing that's noted on the -- the right-hand

3        side there is that the -- the size of the

4        screened-in porch was reduced slightly, as is

5        noted on the plan.  And the other thing that

6        changed is -- that's -- the design of the

7        garage door has changed slightly.

8   Q.   Were they -- are they now doors that go up

9        instead of to the side.  Is that the

10       difference or --

11  A.   Well, I think that -- that this -- this --

12       this design showed doors with kind of a lot

13       more architectural detail.  We have a more

14       standard designed garage door now, although it

15       still has the -- the windows along the --

16       across the top, but it doesn't have the --

17       those architectural elements in it.

18            MR. WILSON:  Okay.  Would you mark this

19       as Exhibit 4, please?

20            (Deposition Exhibit No. 4 was marked for

21       identification.)

22            THE WITNESS:  Thank you.

23       BY MR. WILSON:

24  Q.   The court reporter has handed you what's been

25       marked as Exhibit 4 to your deposition.

```
 1              Can you tell me what this is?
 2    A.   This is an appraisal of our home.
 3    Q.   And the date is February 9th, 2010, on the
 4         front page; is that correct?
 5    A.   That's correct.
 6    Q.   And can you tell me why this appraisal was
 7         completed?
 8    A.   This appraisal was completed to -- in support
 9         of a mortgage refinancing that we did at the
10         time.
11    Q.   So if you'll turn to page -- it's marked as
12         Sull-Add2-0018.  It's the first page where
13         there are pictures.
14    A.   (Witness complying) Yeah.
15    Q.   Are these pictures of your home that were
16         taken at the time of the appraisal?
17              MS. JOSELSON:  Object.
18    A.   I -- I would assume so.
19         BY MR. WILSON:
20    Q.   And on that page there -- is there anything in
21         those photos that is different now than at the
22         time these photos were taken?
23    A.   I -- I think there -- there's a couple things.
24         One, I believe that the photo shows the -- at
25         the time that the driveway was still a gravel
```

```
 1        driveway, and it's been paved since then; and
 2        the -- again the photovoltaic panels I don't
 3        believe show on that.  So they must have been
 4        added later.
 5   Q.   And the -- first would you indicate on the
 6        drawing that the driveway's been paved?
 7   A.   Oops, yes.
 8   Q.   Sorry to make you keep putting your glasses
 9        on.
10   A.   Well, that's -- that's --
11   Q.   We'll be done with the --
12   A.   -- that's me.  Driveway now paved.  Okay.
13   Q.   And we'll be done with the artistic portion of
14        this deposition soon, I promise.
15   A.   Okay.
16   Q.   Also, I see in that photo where you marked
17        driveway paved, on the left side of the house,
18        there's something in the lawn.  I can't tell
19        what it is.  Looks like there's two
20        rectangular objects?
21   A.   Yes.
22   Q.   Can you tell me what those are?
23   A.   Sure.  Those are -- those are solar thermal
24        panels associated with our hot water system.
25        They -- they were built at the time the house
```

```
 1        was built.
 2   Q.   And they're still there?
 3   A.   Yes, they are.
 4   Q.   Okay.  Would you indicate those -- that on the
 5        panel, what those are?
 6   A.   Mm-hmm. (Witness complying)
 7   Q.   If you turn to the following page.  Anything
 8        that has changed about the property since
 9        these photos were taken?
10   A.   Yes, slightly.  So in -- in addition to the --
11        the PV panels that we mentioned earlier, we
12        added a -- a little dog pen, a little dog run,
13        that's located kind of next to the house and
14        the porch.  And although it's not really clear
15        on the photo, that second photo, I'm pretty
16        sure that what is showing there, the deck
17        steps are wood, and we replaced those with
18        concrete steps.
19   Q.   Would you indicate the dog run in the drawing,
20        as best as you can?
21   A.   Yeah. (Witness complying)
22   Q.   If you turn to the next page.
23   A.   (Witness complying)
24   Q.   Are these pictures of the interior of your
25        home?
```

```
 1    A.   Yes.

 2    Q.   And anything, other than furnishing decisions,

 3         anything changed about these photos since the

 4         time they were taken?

 5    A.   No.

 6    Q.   The appliances in there, are those stainless

 7         steel appliances?

 8    A.   Yes.

 9    Q.   Would you indicate that?

10    A.   (Witness complying)

11    Q.   Are the countertops granite countertops or --

12    A.   Yes.

13    Q.   Would you also note that?

14    A.   (Witness complying)

15    Q.   And I'm sorry I'm getting into such small

16         detail here, but my wife and I just renovated

17         a home, too, so we're -- we're thinking about

18         all this stuff.

19    A.   Are the -- are the cabinets all plywood

20         cabinets, or can you tell me anything in

21         particular about their construction?

22              MS. JOSELSON:   Object.

23    A.   The -- the cabinets are -- are -- are plywood

24         constructed with solid oak on the -- for all

25         the doors.
```

```
 1        By MR. WILSON:
 2   Q.   Would you write an indication for that on the
 3        drawing?
 4   A.   (Witness complying)
 5   Q.   The following picture --
 6   A.   Oh, I should -- I should -- I should clarify
 7        on the -- on the cabinets.  There are portions
 8        of the structure that -- that are composite
 9        wood, as well as portions that are plywood.
10        It's not 100 percent plywood.
11   Q.   I think I know what you mean.  Is it melamine
12        shelves and then plywood frames and then solid
13        wood faces?
14            MS. JOSELSON:  Objection.
15   A.   I think that's largely correct, yeah.  Like I
16        said, it's -- there's plywood structure.
17        There's some -- there's some composite and
18        the -- the door panels and drawers are solid
19        oak.
20        BY MR. WILSON:
21   Q.   Well, you and I should talk cabinets some
22        time --
23   A.   Okay.
24   Q.   -- but thanks for your honesty, too, and the
25        full disclosure.
```

```
 1          On the following page, these are pictures
 2      of a couple of your bathrooms; is that
 3      correct?
 4   A.  Yes.
 5   Q.  Is that the upstairs bath in the top picture?
 6   A.  That is the main floor master bath.
 7   Q.  And is the countertop there granite or is it
 8      some other material?
 9   A.  That's granite.
10   Q.  Would you indicate that?
11   A.  Mm-hmm. (Witness complying)
12   Q.  And is the tile ceramic tile?
13   A.  In the -- the shower?
14   Q.  Yes.
15   A.  Yes.  Although we recently renovated the
16      bathroom.
17   Q.  Okay.  And how have you renovated it?
18   A.  The -- we replaced that shower stall with a
19      full bathtub with tile.
20   Q.  Would you indicate that in the picture?
21   A.  Mm-hmm. (Witness complying)
22   Q.  And is it a freestanding tub?
23   A.  No.  To be -- to be clear, it's a -- it's a --
24      just a bathtub unit.  It's not a full height
25      unit, so it's just the bathtub unit, and then
```

Page 41

```
 1       the surround --
 2   Q.  Mm-hmm.
 3   A.  -- and the wall is all tile.
 4   Q.  Thank you.  And the second picture on that
 5       page, what bathroom is that?
 6   A.  That's the upstairs second-floor bathroom.
 7   Q.  Is that also granite countertops?
 8   A.  That's not.  That a Formica countertop.
 9   Q.  Would you indicate that in the picture?
10   A.  Sure. (Witness complying)
11   Q.  And on the following page, can you tell me
12       whether anything has changed about these
13       pictures?
14   A.  Well, on the top one it's less of a mess.
15   Q.  You cleaned it up in the last eight years?
16   A.  That was probably thrown down there when
17       the -- the dog was -- had free run of that
18       room and was a puppy.
19   Q.  But you built the dog run, so now that's taken
20       care of?
21   A.  Yes.
22   Q.  Okay.  Great.  Anything else?
23   A.  On that -- that -- the second two photos, as
24       well?
25   Q.  Yeah, if there's anything else in the second
```

```
 1        two photos.
 2  A.   I can't say that there really is, no.
 3  Q.   And just out of curiosity, since I know what
 4        it's like to get an appraisal done, if you
 5        take a look at the following two pages of the
 6        report that show comparable sales and
 7        listings, can you take a quick look at those
 8        and tell me if you know any of those houses,
 9        if you know the people who live there.
10             MS. JOSELSON:  Object.
11  A.   No.
12        BY MR. WILSON:
13  Q.   Okay.  I was hoping one would be David's
14        house.
15             Okay.  So I think that concludes probably
16        the artistic portion of this exam.  We're
17        going to ask some questions now about your
18        home.
19             Is the -- is your home a wood frame home?
20  A.   Yes.
21  Q.   And I saw stone facing at the basement level.
22             Is that a facade or is that stone
23        foundation or --
24  A.   No.  That's -- that's -- that's -- it's --
25        it's real stone, but it's stone facing.
```

Page 43

```
 1    Q.   And the home has a total of three bedrooms; is
 2         that correct?
 3    A.   It has -- it has two bedrooms on the second
 4         floor.  It has the master bedroom on the first
 5         floor, and then in the finished basement,
 6         there is a, as shown on the plans, a bedroom,
 7         slash, study, however it might be used.  Kind
 8         of a flexible room.
 9    Q.   And is it three baths?
10    A.   There are actually -- because -- because
11         people count bathrooms in strange ways --
12    Q.   Mm-hmm.
13    A.   -- with half baths and three-quarter baths and
14         full baths, so I'll tell you.
15    Q.   Okay.
16    A.   On the second floor there is a full bath with
17         a tub/shower unit.  In the master bath, that
18         is also a full bath with a -- a bathtub/shower
19         unit.  And the -- also on the main floor,
20         there is a half bath with just a toilet and a
21         sink, and then in the basement there is a
22         sometimes called a three-quarters bath.  It
23         has just a shower instead of a full bathtub.
24         So there is actually four bathrooms.
25    Q.   And the total square footage of your home is
```

Page 44

```
 1       approximately how much?
 2   A.  Well, finished space, living space is about,
 3       as I recall, about 2200 square feet.  Then
 4       there is also the -- the screened-in porch,
 5       which is another 250 or so or maybe a little
 6       less than that, 200 square feet, and then the
 7       space in the enclosed basement, garage and
 8       utility room.
 9   Q.  And the home was built, was it 2008?
10   A.  Yes.
11   Q.  And you purchased it at that time?
12   A.  We -- we purchased the -- the lot and then
13       entered into a -- an agreement -- a contract
14       with a construction company to build the
15       house.
16   Q.  And I understand you purchased the lot from
17       Blue Heron Construction, and they also did
18       the -- the work; is that correct?
19   A.  That's correct.
20   Q.  Do you own any other real property besides
21       your home at 35 Asa Way?
22   A.  No.
23   Q.  So on Asa Way can you tell me how many other
24       homes there are on your block, if block's the
25       right way of saying it?
```

Page 45

```
 1   A.   On Asa Way, let's see, there's one --
 2        there's -- there's -- I'm going to say there's
 3        five.  The reason I hesitate a little bit is
 4        one of the houses is right about on the
 5        intersection with Asa Way, Susan Taylor Lane
 6        and Royal Street.  So I'm not sure technically
 7        which street that one's on.
 8   Q.   Okay.  I'm going to be asking in a bit about
 9        your neighbors' properties.  And when I say
10        your neighbors' properties, let's just for --
11        for the time being, let's say that those five
12        homes are your neighbors' properties so
13        just -- you'll know what I'm talking about
14        when I ask that.
15             Are all those homes on the same size lot
16        or do they -- lot sizes vary?
17   A.   The lot sizes vary slightly.
18   Q.   Slightly -- can you give me a sense of how
19        much?
20   A.   I think that the smallest one might be closer
21        to four-tenths of an acre.  Maybe between, you
22        know, a third and four-tenths of an acre.  I
23        think -- I think ours is, of the ones that are
24        built -- built on, one of the larger lots.
25   Q.   And are the other homes on your street also
```

```
 1      constructed of wood?
 2  A.  Yes.
 3  Q.  Any constructed of brick or stone?
 4  A.  No.
 5  Q.  Do you know how many bedrooms the other houses
 6      on Asa Way have?
 7  A.  No.
 8  Q.  Are the homes from the street roughly the same
 9      size as yours?
10          MS. JOSELSON:  Object.
11  A.  Not all of them.
12      BY MR. WILSON:
13  Q.  How many are bigger?
14  A.  I don't know.
15  Q.  When you say -- when you say not all of them,
16      just tell me what you mean by not all of them.
17  A.  Well, there's -- there is -- there is one
18      house, for example, at the curve of the road
19      that's clearly a smaller footprint house than
20      ours.  The house that's -- the next two houses
21      up between our house and that one I mentioned
22      appear to be close to the same size as our
23      house, but I really don't know the -- the
24      square footage.
25  Q.  And are you close with your neighbors?
```

```
                                                   Page 47
```

1    A.   Not particularly.  We know them.

2    Q.   In terms of the age of those homes, were they

3         built around the same time as your home or

4         before or after?

5              MS. JOSELSON:  Object.

6    A.   Of the -- the houses I mentioned on Asa Way,

7         two were built before ours, and two were built

8         after ours or three -- three were built after

9         ours.

10        BY MR. WILSON:

11   Q.   And are those in relatively recent time, or

12        were these older developments that were built

13        before yours?

14             MS. JOSELSON:  Object.

15   A.   Relatively recent.

16        BY MR. WILSON:

17   Q.   Do I understand that you live in the North

18        Village Subdivision; is that correct?

19   A.   Technically that is the name of the

20        development, yes.

21   Q.   Okay.  And it's a relatively recent

22        development; is that correct?

23   A.   Relatively.  It was -- it was developed in a

24        couple of stages.

25   Q.   Can you describe that to me?

```
 1    A.   To the extent that I can, yeah.  I mean, I
 2         know very little about the history of it; but
 3         the first part of the development, the first
 4         houses were built along Susan Taylor Lane, and
 5         that was largely built out before the -- they
 6         finished the improvements to the road and
 7         extended it to the -- all the way around Asa
 8         Way after -- after Susan Taylor Lane was built
 9         out.
10    Q.   Are the other homes on your street the same
11         style as yours?
12              MS. JOSELSON:  Object.
13    A.   On Asa Way?
14         BY MR. WILSON:
15    Q.   Yes.
16    A.   I'd say no.
17    Q.   In the neighborhood are they the same style?
18    A.   I would say that there are a variety of
19         styles.
20    Q.   And they're mostly newer homes though; is that
21         correct?
22    A.   Yes.
23    Q.   What other styles would you see represented
24         there?
25              MS. JOSELSON:  Object.
```

```
1    A.   Well, you're -- you're kind of asking me to
2         describe building styles in detail, and I
3         don't know if I'm really qualified to do that,
4         but there's, you know, there's one that's more
5         contemporary style home.  There's one that's
6         more of a classic colonial style home.  And
7         there's, you know, there's a home that's more
8         of like a modified ranch if you get down to
9         Susan Taylor Lane.
10   Q.   That's -- that's extremely helpful.  So thank
11        you.  You don't need to be an expert witness
12        on architecture.
13   A.   Well, that's a good thing.
14   Q.   Okay.  Do most of the homes on your street
15        have air conditioning?
16   A.   I don't know.
17   Q.   And the heating system that you have in your
18        home, is it forced air?
19   A.   I -- I chuckle because you -- you asked me --
20        well, you -- you do not realize it's a
21        complicated question.
22   Q.   Okay.
23   A.   But I will happily answer.
24   Q.   Please do.
25   A.   So I would say that our primary heating system
```

1      is passive solar --

2   Q.  Okay.

3   A.  -- because the house is oriented directly

4       along the solar south access with significant

5       solar gain.  So probably most of our heating

6       comes directly from solar radiation.

7           The -- the -- the second part of the

8       heating system is a pellet stove, which is

9       located in the -- in the living room, as you

10      see on the plans, which basically heats the

11      house to the extent that the sun doesn't.

12          And then there's a -- a third-level

13      heating system that's a -- a radiant floor

14      heating system that's powered by an oil-fueled

15      Buderus boiler.

16  Q.  Okay.  That is a complex answer.

17  A.  Yeah, sorry about that.

18  Q.  No.

19  A.  I'm an energy geek.

20  Q.  Yeah, well, I'm not surprised that someone of

21      your background has this kind of heating

22      system.

23          But -- so first of all, the -- the solar

24      heating system, is that something that you

25      chose primarily for environmental reasons,

1        primarily for cost reasons or both?

2    A.  Absolutely both.

3    Q.  Okay.  And you said it's the primary system of

4        heat.

5            How much of the year does that -- does it

6        provide the -- as much heat as you need?

7    A.  It's -- it's difficult to quantify solar

8        thermal heating, but it depends -- it's more

9        weather dependent than seasonally dependent.

10       On a -- on a sunny day at any time of the

11       year, it provides plenty of heat to heat the

12       house.  On an overcast, cool day, it does not.

13       So then the -- the pellet stove goes on.

14   Q.  And the pellet stove is -- could it also burn

15       regular wood but you just choose to burn

16       pellets or does it only --

17   A.  No.

18   Q.  It only burns pellets?

19   A.  It only burns pellets.

20   Q.  Okay.  And the radiant floor heating system --

21       that was an aspiration for our home, but we

22       did not get to it -- you said that's heated by

23       a boiler.

24           Is that a high-efficiency boiler?

25   A.  Yes.  It's the highest efficiency oil boiler

Page 52

```
1          that was available on the market when we built
2          the house.
3     Q.   And so it's an oil boiler.  Is that because
4          there's -- is there no natural gas service to
5          the home or --
6     A.   That -- that would be -- that's true that
7          there's no natural gas service to the home,
8          but that probably wouldn't have been the --
9     Q.   Didn't affect your decision making?
10    A.   No.
11    Q.   So what do you do -- how often do you have to
12         supply oil to the boiler?
13    A.   So I would say that that's changed a little
14         bit over time, because our -- when we first
15         moved into the house several of our children
16         were living with us, and there was a little
17         bit more demand on the oil, because it not
18         only heats the space in the house, but it also
19         is a backup to the thermal hot water system.
20         So originally we filled it probably once a
21         year, the oil tank.
22    Q.   Mm-hmm.
23    A.   And now it's maybe once every 18 to 24 months.
24    Q.   And how big is the oil tank?
25    A.   It's a -- it's a standard size oil tank, and
```

```
 1        I'm going to say that's about 250 gallons.
 2   Q.   Okay.  Now, just out of curiosity, because,
 3        you know, I used to live in Jersey City, and
 4        there all the old homes had big oil tanks, and
 5        the oil tanks were more of like an
 6        environmental concern that they were buried
 7        and you had to dig them up and deal with them.
 8             What do you do for your -- your oil tank
 9        to make sure that it's environmentally
10        positive rather than an environmental
11        liability?
12             MS. JOSELSON:  Objection.
13   A.   The -- the oil tank is located in the utility
14        room which has a fully enclosed, you know,
15        concrete floor.
16   BY MR. WILSON:
17   Q.   So the big mistake with oil tanks is burying
18        them; is that the issue or --
19             MS. JOSELSON:  Objection.
20   A.   Speaking from my -- my experience in
21        brownfield planning, buried underground
22        storage tanks can be a problem.
23             MR. SILVER:  We've been going for over an
24        hour.  I need to take a break.
25             MR. WILSON:  That's fine, yeah.
```

```
                                         Page 54
 1            THE VIDEOGRAPHER:  Time is now
 2       approximately 10:27 a.m.  Going off the
 3       record.
 4            (Brief recess taken.)
 5            THE VIDEOGRAPHER:  The time is now
 6       approximately 10:41.  Going back on the
 7       record.
 8       BY MR. WILSON:
 9    Q.  Mr. Sullivan, do you know if other homes on
10       your -- in your neighborhood have the same
11       type of heating system that you do?
12    A.  No.
13    Q.  Would you expect they do?  Is that a common
14       kind of heating system?
15            MS. JOSELSON:  Object.
16    A.  So I -- I don't think that any of the homes on
17       the street put the level of emphasis on
18       passive solar heating.
19            As far as oil-based, I wouldn't be
20       surprised if some have oil.  Some probably
21       have propane.  Some probably have wood.  I
22       don't know.
23       BY MR. WILSON:
24    Q.  And your air conditioning system, is it a
25       mini-split system or --
```

```
                                            Page 55

 1    A.  Yes.

 2    Q.  -- some other kind?

 3    A.  It's a mini-split.

 4    Q.  And how many handlers do you have?

 5    A.  Three.

 6    Q.  Three.  And where are they located?

 7    A.  In each of the upstairs bedrooms and in the

 8        master bedroom.

 9    Q.  How often do you end up using that?

10    A.  Again, that -- you know, it -- it has changed

11        over time because, you know, we don't have --

12        it's just my wife and I now.  So currently I

13        would say maybe 15, 20 times a year in the

14        evening.  Cool it down.

15    Q.  Are there any commercial properties located in

16        North Village?

17    A.  No.

18    Q.  Any religious institutions?

19    A.  No.

20    Q.  Any government buildings?

21    A.  No.

22    Q.  Can you tell me where you lived before you

23        lived on Asa Way?

24    A.  Immediately prior?

25    Q.  Yes.
```

```
 1    A.   We rented a -- an apartment in a house on
 2         South Street in Bennington.
 3    Q.   And before that?
 4    A.   Before that I lived at a house on -- on
 5         Hollerith Road in Arlington, Vermont.
 6    Q.   Is Arlington, Vermont, also in Bennington
 7         County?
 8    A.   Yes, it is.
 9    Q.   So you were with Bennington County Regional
10         Commission at that time?
11    A.   Yes.
12    Q.   And when did you move from that apartment or
13         that home on Hollerith Road to your apartment
14         on South Street?
15    A.   I think it was in the summer of 2008.  It was
16         an apartment we rented for a few months while
17         we were -- construction was being completed on
18         our house.
19    Q.   And did you live with Miss Addison at
20         Hollerith Road?
21    A.   No.
22    Q.   Was that your -- your ex-wife that you lived
23         with there?
24    A.   For a short period of time.
25    Q.   And how long was that period of time?
```

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 58 of 283

A. How long did I live there?
Q. Yeah. How long did you live there -- yes, that would be the question.
A. I lived there for approximately 20 years.
Q. Okay. And you were with your ex-wife at that home for how long?
A. My ex-wife?
Q. Yes.
[redacted]

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 59 of 283

[redacted]

Q. Can you tell me how much you paid for your home?

A. Well, again, you know, we paid for the lot and for construction of the home. The total -- the total cost between the -- the lot and all

1    the improvements was about $480,000.

2         MR. WILSON:  Can we mark this as

3    Exhibit 5?

4         (Deposition Exhibit No. 5 was marked for

5    identification.)

6    BY MR. WILSON:

7  Q.  The court reporter has handed you what's been

8       marked as Exhibit 5 to your deposition.

9            Can you tell me what this is.

10 A.  Let's see, this looks like an e-mail from Blue

11      Heron Construction to me that details some of

12      the final adjustments on the construction and

13      a request for a cash disbursement.

14 Q.  And so it says total contract cost A plus B

15      equals 396,102.75.  And that's a handwritten

16      note.

17           Did I read that correctly?

18 A.  Yes.

19 Q.  Is that the initial cost of construction?

20 A.  That -- that -- that is the -- the contract

21      cost, which was $377,000, our initial contract

22      with Blue Heron, plus the sum of the

23      adjustments that are indicated in this e-mail.

24 Q.  And you mentioned the total cost that you've

25      paid now is about 480,000?

Page 60

```
 1    A.   That's correct.

 2    Q.   And so the difference between the 396 and the

 3         480,000, what is that?

 4    A.   Well, the -- the largest share would be the

 5         cost of the lot, which isn't included in the

 6         construction cost, which was about $60,000.

 7    Q.   And the remainder?

 8    A.   The additional items would be things that --

 9         included things like the driveway paving, the

10         solar photovoltaic panels, the garden shed.

11         I'm not sure if there were a couple other

12         minor improvements.

13    Q.   And how did you finance the purchase of your

14         home?

15    A.   We -- a mortgage.

16    Q.   And do you know approximately how much you put

17         down?

18    A.   The initial down payment I don't recall.

19    Q.   Do you know -- or withdraw that question.

20              Have you obtained a home equity line of

21         credit since that time?

22    A.   No.

23    Q.   But you have refinanced your home?

24    A.   Yes.

25    Q.   Have you refinanced it twice?
```

```
 1    A.   Yes.
 2    Q.   And you produced the two appraisals that you
 3         received in connection with that refinance to
 4         your attorneys; is that correct?
 5    A.   I -- I was able to locate two appraisals, and
 6         I -- I believe they were both associated with
 7         the refi -- refinancing.  The -- there was --
 8         you know, there was obviously another
 9         appraisal associated with construction.  I
10         didn't have that.  I think that's the one I
11         didn't have.
12    Q.   And we covered a lot of the details for your
13         home in -- when we were marking on the
14         exhibits, but if you could give me some more
15         details about it.
16              Is your yard predominately grass?
17    A.   Predominately, yes.
18    Q.   Do many of your neighbors have fences around
19         their yards?
20    A.   No.
21    Q.   Are most of them covered with grass?
22    A.   Most -- most of the houses in the neighborhood
23         have grass lawns.  I can't say that most of
24         their individual lots are grass-covered.  I
25         don't know that.
```

```
                                         Page 62

 1    Q.   I'd like to ask you a few questions now about

 2         the -- the well on your property.

 3              Can you tell me where on your property

 4         the well is located?

 5    A.   Sure.  The -- the well is located toward the

 6         rear of the lawn and toward the north and east

 7         part of the property.

 8    Q.   Could you turn back to the exhibit that we had

 9         previously that shows the overhead view?  And

10         would you make an indication on that where

11         your well is located?

12    A.   Sure. (Witness complying)

13              MS. JOSELSON:  And just for the clarity

14         of the record, you're looking at Exhibit 3, is

15         that correct, and what page are you turning

16         to?

17              THE WITNESS:  Exhibit 3 is the two,

18         three, four, five -- the seventh page.

19              MS. JOSELSON:  And is there a Bates

20         stamp?

21              THE WITNESS:  Oh, yes.  Sull-Add6-0008.

22              MS. JOSELSON:  Okay.  Thanks.

23         BY MR. WILSON:

24    Q.   Thank you.  Do you know how deep the well

25         goes?
```

1    A.   I recall that they had to go about 520 feet
2         deep.
3    Q.   Was it drilled at the time that your home was
4         built?
5    A.   It was -- it was drilled as the -- basically
6         the first part of construction.  Well, just
7         prior to the home being built, yeah.
8    Q.   And for us city boys, is 520 feet, is that a
9         pretty deep well?
10            MS. JOSELSON:  Object.
11   A.   That's -- that's a -- that's a relatively deep
12        well.  There are wells that are deeper.  There
13        are many that are swallower.
14        BY MR. WILSON:
15   Q.   Can you tell me about the construction of the
16        well?
17   A.   Really not a -- a well drilling expert.  It's
18        a -- it's a drilled well with -- with casing
19        where there's not bedrock.
20   Q.   What maintenance have you performed on your
21        well on a routine basis?
22            MS. JOSELSON:  Objection.
23   A.   None.
24        BY MR. WILSON:
25   Q.   Have you done the bacteria test that's

Page 64

```
 1        recommended?
 2              MS. JOSELSON:  Objection.
 3   A.   I don't believe we've had a bacteria test
 4        done.
 5        BY MR. WILSON:
 6   Q.   Do you know now frequently you've had that
 7        done?
 8   A.   No, we haven't -- we haven't had a bacteria
 9        test done.
10   Q.   Oh, I'm sorry.  You said you -- you haven't
11        had it done?
12   A.   Right.
13   Q.   Misheard.  Have you done any maintenance to
14        the pump or expansion tank?
15   A.   No.
16   Q.   Do you know whether maintenance is recommended
17        to your well?
18              MS. JOSELSON:  Objection.
19   A.   No.
20        BY MR. WILSON:
21   Q.   Prior to January 2016, did you ever consider
22        seeking to connect your property to municipal
23        water?
24   A.   No.
25   Q.   Why not?
```

```
 1   A.   There would -- there would have been no need
 2        to connect to municipal water because we felt
 3        that we had a -- a clean water supply.
 4   Q.   Do you know if there would have been a cost to
 5        connect to municipal water?
 6   A.   I don't -- I don't know, but I assume there
 7        would have been a cost.
 8   Q.   And are you now seeking to have your property
 9        connected to the municipal water?
10   A.   Yes, we are.
11   Q.   Do you know when that's scheduled to occur?
12   A.   No.
13   Q.   Do most of the other properties in your
14        neighborhood also use private wells?
15             MS. JOSELSON:  Objection.
16   A.   In -- in the neighborhood that includes the
17        Susan Taylor Lane and Asa Way, yes.  The lower
18        part of the neighborhood, if you would call it
19        that, Royal Street, is on municipal water.
20        BY MR. WILSON:
21   Q.   Do you happen to know how deep those wells
22        are?
23   A.   No.
24             MS. JOSELSON:  Objection.
25             THE WITNESS:  Oh, sorry.
```

```
 1        BY MR. WILSON:
 2    Q.  Do you know if any of your neighbors have
 3        barns?
 4    A.  Not on their properties.
 5    Q.  Do they have tool sheds?
 6    A.  I -- I have to say I -- I've never -- I've
 7        never done a survey, but I -- I think I can
 8        recall one or two small garden sheds like we
 9        have.
10    Q.  Would you say in general that the way your
11        neighbors have done their -- their lawns, is
12        it similar or different landscaping to yours?
13            MS. JOSELSON:  Objection.
14    A.  I don't -- I don't know if I could really
15        characterize it.  I mean, there -- there, you
16        know, lawns with some ornamental plantings and
17        mature trees.
18        BY MR. WILSON:
19    Q.  Is there a home that's directly across the
20        street from yours?
21    A.  No.
22    Q.  Are there homes directly next door to yours on
23        either side?
24    A.  Both of the -- the lots on either side of us
25        and across the street from us are empty.
```

```
 1   Q.  Just out of curiosity, do you know why that
 2       is?
 3   A.  No.  Other than the rather obvious fact that
 4       no one's built on them.
 5   Q.  Can you tell me about the -- the soil at your
 6       home?  Is it -- is it clay, is it sandy,
 7       rocky, soft dirt, something else?
 8   A.  It's -- it's primarily a sandy loam.
 9   Q.  And can you tell me about the foundation your
10       home sits on; is it -- what's it made out of?
11   A.  It's poured concrete foundation.
12   Q.  Do you have a septic tank on-site?
13   A.  No.
14   Q.  So are you connected to the public sewer then?
15   A.  Yes.
16   Q.  Do you have any power lines buried beneath
17       your land?
18   A.  Yeah.  There's -- there's underground electric
19       service to the house.
20   Q.  Have you ever had any occasion to dig in your
21       yard?
22           MS. JOSELSON:  Objection.
23   A.  Yes.
24       BY MR. WILSON:
25   Q.  Okay.  When you dig, do you tend to hit a lot
```

Page 68

```
 1        of roots or rocks?
 2   A.   I hit, I would say, hit some modest size
 3        stones.  Not many roots, no.
 4   Q.   About how big would you say the stones are?
 5   A.   I would say the average stone size would
 6        probably be about the size of a grapefruit.
 7   Q.   Since you purchased the home -- I think I know
 8        the answer to these questions, but I got to
 9        ask them -- have you had to replace the roof?
10   A.   No.
11   Q.   Have you had to replace the siding?
12   A.   No.
13   Q.   Have you had to repaint?
14   A.   No.
15   Q.   Have you replaced your windows?
16   A.   No.
17   Q.   When you did the solar panels, did you install
18        those yourself or did you pay someone to do
19        it?
20   A.   The photovoltaic panels?
21   Q.   Yes.
22   A.   We paid someone to do that.
23   Q.   And I understand that the stone facing that's
24        on your -- the facade, that was something that
25        was installed after you purchased the home; is
```

Page 69

```
 1      that correct?
 2  A.   No.
 3          MS. JOSELSON:  Objection.
 4          THE WITNESS:  Sorry.
 5  A.  That was -- that was -- that was done during
 6      construction of the home.
 7  BY MR. WILSON:
 8  Q.  Was it an add-on or something like that or --
 9          MS. JOSELSON:  Objection.
10  A.  By add-on you mean?
11  BY MR. WILSON:
12  Q.  Add-on to the original contract price or the
13      original scope of work?
14  A.  No.  The -- the portion of that project that
15      was included in the original contact --
16      contract price was the cost of the stone.  I
17      did the installation myself.
18  Q.  So for the improvements that you've done at
19      the home, whether it's the -- the dog run, the
20      stone -- the stone facing, et cetera, do you
21      typically do those yourself?
22          MS. JOSELSON:  Objection.
23  A.  So I wouldn't say -- say typically, because I
24      think you just named --
25      BY MR. WILSON:
```

```
                                                    Page 70
 1     Q.   A couple examples?
 2     A.   All --
 3     Q.   It's an unfair question.
 4     A.   Yeah, most of them.
 5     Q.   Okay.  Yeah, so those improvements did you do
 6          yourself?
 7     A.   The dog -- the dog run and the -- and the
 8          stone facing, yes, I did those myself.
 9     Q.   Did you do the tool shed yourself?
10     A.   No.
11     Q.   Did you do the landscaping yourself?
12     A.   I did some landscaping myself.
13     Q.   Did you do the retaining wall yourself?
14     A.   No.
15     Q.   So you talked earlier about how you remodeled
16          your master bathroom recently.
17               Are there any other rooms that you have
18          remodeled since you bought the home?
19     A.   No.
20     Q.   Have you repainted any rooms in the house?
21     A.   Just touch-up paint.
22     Q.   Have you refinished the floors?
23     A.   No.
24     Q.   For the improvements that you've done after
25          the construction of the home, how did you
```

Page 71

```
 1        finance them?
 2   A.   We -- we basically paid cash for any
 3        improvements.
 4   Q.   I understand that you don't have any carpet in
 5        your home, do you?
 6   A.   No.
 7   Q.   Can you tell me if you have homeowners
 8        insurance?
 9   A.   Yes.
10   Q.   How many policies?
11   A.   One.
12   Q.   Who's your insurer?
13   A.   We get our insurance through Wills Insurance
14        locally.  It's part of the Richards Group now.
15   Q.   Is that the -- the broker or is that --
16   A.   That's the broker.
17   Q.   Okay.  Do you know who the carrier is?
18   A.   That's a -- that's good because we have -- we
19        have Safeco policy for auto and Cincinnati for
20        life, and one of the other of those is
21        combined with our homeowners.  I think it's
22        Safeco, to tell you the truth.
23   Q.   Okay.  Do you happen to know how much you pay
24        in terms of annual premium for insurance?
25             MS. JOSELSON:  Objection.
```

```
                                        Page 72

 1    A.   I think it's approximately $1,300.

 2         BY MR. WILSON:

 3    Q.   And do you know if there's any specific

 4         exclusions from coverage?

 5              MS. JOSELSON:  Objection.

 6    A.   I don't know.

 7         BY MR. WILSON:

 8    Q.   Do you know what the total insured value of

 9         your home is?

10    A.   I believe it -- that we just got an adjustment

11         to that, and I think -- I think it was -- it

12         was either 460,000 or $480,000.

13    Q.   And is that a replacement cost valuation?

14    A.   Yes.

15    Q.   Did the insurance company make an actual value

16         estimation of your home value?

17              MS. JOSELSON:  Objection.

18    A.   I'm not sure what the insurance company did,

19         other than send us a bill.

20         BY MR. WILSON:

21    Q.   So you're unaware of any value that the

22         insurance company has placed on your home,

23         other than the $460,000 replacement cost

24         valuation?

25              MS. JOSELSON:  Objection.
```

```
                                                    Page 73

 1    A.   That's true.

 2         //

 3         BY MR. WILSON:

 4    Q.   Is your home currently for sale?

 5    A.   No.

 6    Q.   Have you tried to sell your home in the past?

 7    A.   No.

 8    Q.   Do you have any present plans to sell your

 9         home?

10    A.   No.

11    Q.   Why not?

12    A.   We have no plans to sell the house because we

13         are currently living in the house and have no

14         plans to move at the present time.

15    Q.   What circumstances would lead you to sell your

16         home?

17              MS. JOSELSON:   Objection.

18    A.   The only thing that, you know, we contemplated

19         over time when we built the house was at some

20         point, you know, when we retire, we might want

21         to downsize and move to another home

22         somewhere.

23         BY MR. WILSON:

24    Q.   What would -- what would downsizing be?

25              MS. JOSELSON:   Objection.
```

```
                                          Page 74

  1   A.   Probably just, you know, moving to a smaller

  2        home somewhere.

  3        BY MR. WILSON:

  4   Q.   Would you move somewhere else in Bennington or

  5        somewhere else altogether?

  6   A.   Great question.  I have no idea.

  7             MR. WILSON:  I would like to mark this as

  8        Exhibit 6.

  9             (Deposition Exhibit No. 6 was marked for

 10        identification.)

 11        BY MR. WILSON:

 12   Q.   The court reporter has handed you what's been

 13        marked as Exhibit 6 to your deposition.  I see

 14        you got a nice chuckle out of seeing this.

 15   A.   Mm-hmm.

 16   Q.   Can you tell me what this is?

 17   A.   This is an e-mail from me to my wife regarding

 18        a -- a house -- a real estate listing in

 19        Camden, Maine.

 20   Q.   And it says in the last line, time to quit our

 21        jobs and move.  Oh, we have to sell our PFOA

 22        house first, exclamation mark.

 23   A.   Mm-hmm.

 24   Q.   Did I read that correctly?

 25   A.   Yes.
```

Page 75

1    Q.   Were you considering moving to Maine?

2    A.   No.  We've never seriously considered moving

3         to Maine.

4    Q.   Do you recall seeing this listing, and what

5         made you send it to your wife?

6    A.   Sure.  I -- I -- I get real estate listings

7         from time to time that just kind of float

8         through, you know, those e-mails and home

9         pages like everybody does.  So, yeah, so I

10        said, oh, there's -- Camden's a cool town.

11        Maybe we should move there, in an offhanded

12        sort of way, yeah.

13   Q.   Did you take any action having seen that

14        listing to try to sell your home or --

15   A.   Oh, no.

16   Q.   Do you and your wife joke about PFOA when you

17        talk to each other?

18            MS. JOSELSON:  Objection.

19   A.   I wouldn't say that we ever, you know, talk

20        about PFOA in a -- in a joking way, other than

21        what you see on this -- this, you know, this

22        glib e-mail.

23            MR. WILSON:  I'd like to mark this as

24        Exhibit 7.

25            (Deposition Exhibit No. 7 was marked for

1           identification.)

2                 THE WITNESS:  Thank you.

3           BY MR. WILSON:

4      Q.   The court reporter has handed you what's been

5           marked as Exhibit 7 to your deposition.

6                 Can you tell me what this is?

7      A.   This looks like a page from probably my

8           Facebook site?

9      Q.   I'll represent to you that this is a printout

10          of your public Facebook profile.

11     A.   Okay.

12     Q.   And it's a big document, but I just have, I

13          think, one question about it.

14     A.   Sure.

15     Q.   If you'll turn to page 17?

16     A.   (Witness complying) Okay.

17     Q.   See a post that you made.  It says Grinold,

18          Jepson & Colvin:  Rural economy is alive and

19          kicking - VTDigger.  And Doug Sacra comments

20          on the post:  Makes you want to be part of

21          some great development project in Vermont.

22          Let me know if you have something in mind for

23          a super green architect from Massachusetts

24          that likes old buildings and old industrial

25          downtowns.

Page 77

1           Did I read that correctly?
2    A.   Yes.
3    Q.   And then you commented to -- or you replied to
4         Doug Sacra's comment, come visit Bennington.
5         I'll give you a tour of a great redevelopment
6         site.
7              Did I read that correctly?
8    A.   Yes.
9    Q.   Can you tell me, did you have a specific
10        redevelopment site in mind when you made that
11        comment?
12   A.   I had a couple in mind probably, I think, when
13        I was talking to Doug Sacra, who is an old
14        college friend of mine.
15   Q.   And what sites would those be?
16   A.   The -- the Putnam Block Project in the
17        downtown and the -- the former Tuttle Hardware
18        lot on Depot Street.
19   Q.   And can you tell me a little bit about those
20        sites and why they're -- you think they're
21        good redevelopment sites?
22             MS. JOSELSON:  Objection.
23   A.   Well, the Putnam -- the so-called Putnam
24        property is currently the subject of
25        redevelopment offered by a group called the

 1          Bennington Redevelopment Group, and there's
 2          been a lot of local interest in investment
 3          in -- in that property because it's at the
 4          center of the downtown.  And some people in
 5          our office are actively on -- working on that
 6          redevelopment project.
 7               And, you know, my -- my -- my friend
 8          there, much -- who I haven't seen in probably
 9          over 20 years, you know, is -- is apparently
10          interested in -- in redevelopment projects.
11               The Tuttle -- the Tuttle property is just
12          a -- a vacant lot near the center of town that
13          would seem to have a lot of redevelopment
14          potential.
15          BY MR. WILSON:
16     Q.   And do you recommend that people come to
17          Bennington to try to develop or redevelop it?
18               MS. JOSELSON:  Objection.
19     A.   I would say that other than talking to my --
20          my friend Doug through these -- these posts, I
21          haven't -- I haven't gotten involved in -- in
22          marketing Bennington.
23          BY MR. WILSON:
24     Q.   Mm-hmm.  Any reason why not?
25     A.   It's not what I do.

1    Q.   Are you personally passionate about it?

2    A.   Personally passionate about what?

3    Q.   About marketing Bennington for redevelopment.

4    A.   No --

5              MS. JOSELSON:   Objection.

6    A.   -- I wouldn't say that.  I'd say, you know, I

7         have a -- an interest as part of my job with

8         the Regional Planning Commission in seeing

9         successful economic development in our region.

10        BY MR. WILSON:

11   Q.   Do you think there are good opportunities for

12        redevelopment in Bennington?

13             MS. JOSELSON:   Object.

14   A.   I think that there's some potential

15        opportunities for redevelopment in Bennington.

16        BY MR. WILSON:

17   Q.   What do you think is good about Bennington

18        that makes it have good opportunities for

19        redevelopment?

20             MS. JOSELSON:   Objection.

21   A.   Well, one of the -- one of the interesting

22        things about Bennington is its geographic

23        location, proximity to -- to population

24        centers and access in the southwestern corner

25        of Vermont.  So there's -- there's -- mostly

```
 1        there's some good potential there.  And then
 2        there's some good synergies with some of the
 3        nearby regions like the Berkshires in
 4        Massachusetts.  And, you know, there's
 5        relatively convenient access to a lot of
 6        outdoor recreation areas like the Green
 7        Mountain National Forest.
 8        BY MR. WILSON:
 9   Q.   Have you ever attempted to lease or rent out
10        your home?
11   A.   No.
12   Q.   Do you have any training or experience in real
13        estate appraisal?
14   A.   No.
15   Q.   Have you ever appraised your own property?
16            MS. JOSELSON:  Objection.
17   A.   No.
18        BY MR. WILSON:
19   Q.   Have you ever appraised any property?
20   A.   No.
21   Q.   Do you have any training in real estate sales?
22   A.   No.
23   Q.   Have you ever estimated the list price for a
24        property?
25   A.   I'm -- I don't really know what that is.  You
```

1      mean like a formal --

2  Q.  The asking price for the property; have you

3      ever estimated that?

4        MS. JOSELSON:  Objection.

5  A.  For my property or --

6      BY MR. WILSON:

7  Q.  For any property.

8  A.  No.

9  Q.  Have you ever listed or sold a property?

10  A.  You -- you mean as -- as a professional real

11      estate -- real estate professional?

12  Q.  First that, yes.

13  A.  No.

14  Q.  Have you ever listed or sold a property as a

15      homeowner?

16  A.  I -- I listed my house in Arlington for sale

17      by owner for a while.

18  Q.  Did it ultimately sell through for sale by

19      owner?

20  A.  No.

21  Q.  Did you use a realtor to sell that?

22  A.  So the -- the initial contact was made through

23      my -- my for-sale-by-owner listing but the --

24      the ultimate -- ultimately the buyer worked

25      through the real estate agent.  We had a

 1          separate listing with the real estate agent.
 2     Q.   Have you ever used your home, either your
 3          current home or your former home as collateral
 4          for a home equity line?
 5               MS. JOSELSON:  Objection.
 6     A.   Not our current home, and I can't -- I can't
 7          recall if we ever had a home equity loan with
 8          the -- with the Arlington house.
 9     BY MR. WILSON:
10     Q.   Have you allowed any others, such as family
11          members, to use your home as collateral for a
12          loan?
13     A.   No.
14     Q.   Has a real estate sales agent or broker ever
15          estimated the market value of your home?
16     A.   No.  Well -- no.  I was trying -- I was trying
17          to think if -- if anyone had done an estimate
18          on it before we built the house, a real -- a
19          real estate agent, but I don't believe anyone
20          did.
21     Q.   Has a real estate agent or broker ever given
22          you their opinion on a list price for your
23          home?
24     A.   No.
25     Q.   Are you aware of the tax assessed value of

```
 1        your home at this time?
 2   A.   Approximately.
 3   Q.   That value was the same both before and after
 4        the discovery of PFOA in Bennington; is that
 5        correct?
 6             MS. JOSELSON:  Objection.
 7   A.   I believe that's correct.
 8        BY MR. WILSON:
 9   Q.   Did you ever challenge the tax assessor's
10        valuation of your home because of the presence
11        of PFOA?
12   A.   No.  I, you know, I talked with the municipal
13        assessor about it.
14   Q.   Have you ever challenged the tax assessor's
15        value of your home for any reason?
16   A.   No.
17   Q.   I understand from recent discovery responses
18        that have been served on your behalf -- and
19        I'm happy to pull them out and we can look at
20        them if you'd like -- but I understand that
21        you have come up for -- with an estimate of
22        the value of your home without PFOA in it.
23             MS. JOSELSON:  Object --
24        BY MR. WILSON:
25   Q.   Can you tell me how you came up with that
```

Page 84

1     estimate?

2           MS. JOSELSON:  Object to form.

3  A.  Sure.  Well, we -- you know, I know -- I know

4      my house and know what went into the house.

5      I -- I know that, you know, we have over

6      $480,000 into it.  We know -- you know, we

7      know the area, we know the quality of the

8      construction of the house and the -- the

9      quality of the -- the lot and the location

10     where it is.  And so it is largely based on

11     that and a knowledge of the, you know, the

12     community.

13     BY MR. WILSON:

14  Q.  And so you came up with an opinion of the

15     value of your home both without PFOA and an

16     opinion of the value of your home with PFOA;

17     is that correct?

18  A.  That's correct.

19  Q.  Did you research or analyze any market data to

20     develop those opinions?

21  A.  Did not do market research, no.

22  Q.  Did you arrive at those opinions on your own

23     or through consultation with another person?

24  A.  I arrived at those on my own.

25  Q.  Did you consult your wife?

```
 1    A.   Yes.
 2    Q.   Shifting gears a little bit.  You mentioned
 3         that you have a vegetable garden at your home?
 4    A.   Yes, we do.
 5    Q.   And I understand that you've made changes to
 6         that garden based on the presence of PFOA; is
 7         that correct?
 8    A.   Yes.
 9    Q.   Can you tell me what changes you made?
10    A.   Sure.  We -- we no longer plant any vegetables
11         in the native soil.  We constructed eight
12         raised beds and imported soil to fill those,
13         and I have to -- I have to say we -- we don't
14         grow many vegetables in them anymore.  Like,
15         you know, sunflowers and things like that.
16    Q.   Did you use them for a lot of vegetables
17         before the discovery of PFOA?
18    A.   We -- we -- we had -- you know, I mean, it
19         wasn't a farm, but, you know, we had -- we had
20         quite a variety of vegetables.
21    Q.   Did anyone tell you that it was necessary for
22         your safety to not use the soil at your home
23         for growing of vegetables?
24    A.   There -- there was -- there was a fair bit of
25         information from the state on what you should
```

```
 1        and shouldn't do and what, you know, various
 2        research findings were on crops grown in PFOA
 3        contaminated soils.  But, you know, they --
 4        they didn't give any clear specific guidance.
 5        We just -- we just felt -- we felt more
 6        comfortable.
 7   Q.   Does the fact that you grow less in your
 8        garden now have anything to do with the fact
 9        that there's PFOA -- that there was PFOA
10        there?
11            MS. JOSELSON:  Objection.
12   A.   Yeah.
13        BY MR. WILSON:
14   Q.   But if -- just so I'm understanding correctly,
15        if you brought new soil in that doesn't have
16        PFOA in it, why do you not grow as much as you
17        used to?
18   A.   Well, it's -- like I said, it's -- it's more
19        of a -- of a -- of a feel thing.  You know, my
20        wife really wasn't -- wasn't comfortable with
21        the -- the amount that we were growing before
22        and even with the raised beds.  So we still --
23        we still do grow some things.  Not as much.
24   Q.   And when you did grow, was it primarily for
25        your own use?
```

Page 87

1   A.   Primarily.  My -- actually my -- my wife used
2        a lot of the zucchini and cucumbers and
3        peppers and onions to make relish that she
4        gave away to other people.
5   Q.   You have a side business as a farmer?
6   A.   No.
7   Q.   So you described the change in your use of
8        your property based on the presence of PFOA,
9        that you've now got these raised vegetable
10       beds.
11            Have there been any other changes in how
12       you use your property since the discovery of
13       PFOA?
14  A.   So I -- I think -- I think that that goes to a
15       couple things.  You know, we certainly changed
16       the way that we get and use water at the
17       property, which is a significant change in the
18       way we've lived there.  We, you know, we use
19       water in jugs and -- and bottles that are
20       delivered that we have to, you know, haul
21       around the house when we want to consume water
22       or anything that we make with water.
23       That's -- that's certainly one thing.
24            And then there's also -- there's also
25       just the -- the overall general sense of

```
 1          comfort and enjoyment of the property that,
 2          you know, prior to the discovery of PFOA was,
 3          you know, rather our -- our -- kind of like
 4          our dream home and -- and things were --
 5          everything that we did at the house was really
 6          seen in a -- in a positive context.  And
 7          that's -- that -- that -- just kind of the
 8          feeling that -- that comfort and level of
 9          comfort and pleasure of the house has been,
10          you know, changed than what we are living in
11          the house now.
12     Q.   Anything else?
13     A.   No.
14     Q.   And --
15     A.   Nothing that I can think of at the moment.
16     Q.   -- when you -- when you talked about how you
17          used bottled water, do you still use bottled
18          water now that the POET's been installed?
19     A.   Yes, I do.
20     Q.   Is it your understanding that the POET has
21          removed PFOA from the water?
22     A.   That -- when it's been tested, the POET -- the
23          findings have been that the POET system has
24          been removing the PFOA.
25     Q.   And what's your reason for continuing to use
```

1      bottled water?

2  A.   Well, there's -- there's a few things about

3       the -- primarily about the -- the POET system

4       itself.  There's one, it's only tested every

5       few months so that you know, once it's been

6       tested, that the water is okay.  You don't

7       know on a day-to-day basis that the system is

8       still functioning adequately.  And we've had

9       some problems with the POET system.

10          At one point there was a malfunction in

11      the ultraviolet light system that kills the --

12      the pathogens that are known to grow in the

13      carbon filters, and so Culligan had to bypass

14      that until they would get a new part.

15          So we did not feel that was -- that's the

16      kind of thing that could go wrong.  We don't

17      want to be, you know, consuming these

18      pathogens that might grow on the carbon

19      filters.

20          And, you know, a while ago an alarm went

21      off on the system, and I called Culligan to

22      find out, you know, what the cause of that

23      alarm was, and -- and they said, oh, that just

24      means that the filters are -- are supposed to

25      be replaced.

```
 1              And -- and I asked, you know, when they
 2         were going to be replaced.
 3              And she said, oh, probably later this
 4         month.
 5              And so those are the kinds of things that
 6         raise concerns with the -- with the POET
 7         system.
 8    Q.   Now, the -- the maintenance -- withdraw that
 9         question.
10              So this ultraviolet bypass, is that the
11         correct name for it or did I --
12    A.   Well, it's a -- it's a -- it's a UV light, has
13         a tube that the water goes through and the UV
14         light, I guess, kills the -- it's supposed to
15         kill the -- anything that -- that is picked up
16         from the carbon filters.
17    Q.   Oh, and I'm sorry, and they had to bypass that
18         when it was malfunctioning?
19    A.   Yes.
20    Q.   Okay.  And I think you -- I saw somewhere in
21         your discovery responses that there had been a
22         malfunction with the POET that had caused some
23         damage to your drywall?
24    A.   Oh, so -- so there -- there was -- there was a
25         malfunction.  That was associated with that.
```

```
 1        There was -- there was leak -- there was leaks
 2        there.  I don't know if it was actually
 3        drywall, but there was some damage to
 4        that whatever was along the wall that it
 5        leaked onto.  I can't say that that was
 6        drywall.
 7   Q.   Okay.  And so that was the same problem as
 8        the --
 9   A.   Yes.
10             MS. JOSELSON:  Let him --
11             THE WITNESS:  Oh, I'm sorry.  I forgot
12        rule one.  Yes.
13   BY MR. WILSON:
14   Q.   You know where I'm going.  But that was the
15        same problem as the ultraviolet --
16   A.   Yes.
17   Q.   -- filter?
18             And did you have to pay to fix the
19        ultraviolet filter?
20   A.   No.
21   Q.   Did you have to pay to fix any damage to your
22        wall?
23   A.   No.
24   Q.   Do you know how much it cost to fix --
25             MS. JOSELSON:  Objection.
```

Page 92

```
 1        BY MR. WILSON:
 2   Q.   -- the damage to your wall?
 3   A.   No.  The wall is as the wall was.
 4   Q.   Do you know how much it cost to fix the
 5        ultraviolet filter?
 6   A.   No.
 7   Q.   Do you know how a prospective home buyer would
 8        view the fact that you have a POET system in
 9        your home?
10             MS. JOSELSON:  Objection.
11   A.   Do I know how a prospective homeowner?
12        BY MR. WILSON:
13   Q.   Yes.
14   A.   No.  And I answer -- I answer that way because
15        you're asking about a prospective homeowner,
16        and different homeowners might respond -- or
17        potential buyers might respond differently.
18   Q.   Would a connection to municipal water affect
19        your belief about the valuation of your home?
20             MS. JOSELSON:  Object.
21   A.   Yes.
22        BY MR. WILSON:
23   Q.   How would it affect it?
24   A.   It would -- it would -- it would improve
25        the -- the value of the home from its current
```

```
 1        condition.
 2   Q.   And why is that?
 3   A.   Because at the present time, the water that
 4        comes into the house is contaminated with
 5        toxic chemical, and the municipal water supply
 6        connection would -- would address that
 7        particular concern.
 8   Q.   Do you believe that -- let me withdraw that.
 9            You've described the value of your home
10        that you believe it has without PFOA and the
11        value that it has with PFOA.
12            If the home was connected to municipal
13        water, do you believe that that brings its
14        value up to the value without PFOA?
15   A.   No.
16   Q.   Why not?
17   A.   Well, because that addresses one concern
18        with -- with providing potable water to the
19        house.  It -- it doesn't address the broader
20        contamination issue that the -- that the
21        entire area remains contaminated with PFOA.
22   Q.   Would you stop using bottled water if your
23        home was connected to municipal water?
24   A.   Yes.
25   Q.   Can you describe any general community
```

Page 94

```
 1         amenities that enhance the value of your home?
 2              MS. JOSELSON:  Objection.
 3    A.   Community amenities that enhance the value of
 4         the home?
 5    BY MR. WILSON:
 6    Q.   Yes.
 7    A.   By community you mean public or just things
 8         located in the area?
 9    Q.   Either -- either one.
10              MS. JOSELSON:  Same objection.
11    A.   Well, I -- I would say that, you know, the
12         open space and -- and adjacent Bennington
13         College is an amenity that's attractive.  I'd
14         say some of the facilities in the village of
15         North Bennington where the property is located
16         such as the -- the rather highly regarded
17         Village School of North Bennington probably
18         affects the value of the property in a
19         positive way.
20    BY MR. WILSON:
21    Q.   Are there any factors in the community that
22         detract from the value of your home?
23              MS. JOSELSON:  Objection.
24    A.   I would say that the -- the fact that we live
25         in a zone of -- known zone of contamination
```

```
 1      from PFOA detracts from the value of the home.
 2      //
 3      BY MR. WILSON:
 4   Q. Anything other than that?
 5   A. No, not that I can think of at the moment.
 6   Q. Do you actually know for a fact if your
 7      neighbors' properties are physically impacted
 8      by PFOA in the same way as yours?
 9          MS. JOSELSON:  Objection.
10   A. I -- I know that -- I know that all the
11      properties in the zone of contamination have
12      been affected by the presence of PFOA.
13      BY MR. WILSON:
14   Q. Do you know that they're affected in the same
15      way?
16          MS. JOSELSON:  Objection.
17   A. I know -- I know that all of the -- the
18      properties in -- in our neighborhood and in
19      the zone of contamination have -- have been
20      affected in some way by PFOA.
21      BY MR. WILSON:
22   Q. But you know they've been affected in the same
23      way?
24          MS. JOSELSON:  Objection.
25   A. All -- all the properties in the zone of
```

1    contamination have been documented to have

2    been affected by PFOA.  I don't know the

3    specific details of every single house, but I

4    know that everybody has been affected by its

5    presence.

6    BY MR. WILSON:

7    Q.  So you don't know that they've been affected

8        in the same way?

9             MS. JOSELSON:  Objection.

10   A.  I don't know that they -- I -- I don't know

11       that the properties in the zone -- all of the

12       properties in the zone of contamination have

13       been affected in an identical way, but I know

14       they've all been affected.

15   BY MR. WILSON:

16   Q.  What's your understanding of the term zone of

17       contamination?

18   A.  Zone of contamination, as -- as I understand

19       it, is the area that's been mapped out by the

20       state as having shown detectable levels of

21       PFOA.

22   Q.  What disclosure do you think you would have to

23       make to a prospective buyer of your house with

24       regard to PFOA?

25             MS. JOSELSON:  Objection.

```
 1   A.   I -- I expect that we would have to disclose

 2        to them that -- that we are -- the house is

 3        located in zone of contamination and that --

 4        well, that's -- that -- that probably would be

 5        said, that the property is located within the

 6        zone of contamination.

 7             MR. WILSON:  We can take a break.

 8             THE VIDEOGRAPHER:  The time is now

 9        approximately 11:35 a.m.  This completes disc

10        No. 1 of the deposition of James D. Sullivan.

11             Going off the record.

12             (Brief recess taken.)

13             THE VIDEOGRAPHER:  The time is now

14        approximately 11:51 a.m.  Going back on the

15        record with disc No. 2 of the deposition of

16        James D. Sullivan.

17        BY MR. WILSON:

18   Q.   Mr. Sullivan, prior to January 2016, did you

19        ever have your well water tested?

20   A.   No.

21   Q.   Now since that time, you've had your water

22        tested for PFOA; is that correct?

23   A.   That's correct.  It was tested as part of

24        the -- the protocol that the -- that the state

25        instituted.
```

```
1    Q.   And do you know what the initial test result
2         was?
3    A.   I -- as far as the PFOA levels?
4    Q.   Yes.
5    A.   I -- I believe it was approximately 270 parts
6         per trillion in the first test.
7    Q.   And after those tests, a POET was installed in
8         your home; is that correct?
9    A.   It was after -- it was after -- I -- actually
10        I can't remember exactly the sequence, but a
11        POET system was installed, yes.
12   Q.   And who paid for that POET to be installed?
13   A.   Not me.
14   Q.   Do you know who paid for it?
15   A.   My -- my understanding is that Saint-Gobain
16        did, but I really don't have any direct
17        knowledge of that.
18   Q.   And after the POET was installed, did it
19        remove PFOA from your water?
20             MS. JOSELSON:   Objection.
21   A.   The -- the -- when it's been tested
22        subsequently, I -- I believe that the PFOA
23        levels were classified as non-detected.
24        BY MR. WILSON:
25   Q.   So no PFOA has been detected in your water
```

Page 99

```
 1        after the installation of that POET?
 2             MS. JOSELSON:  Objection.
 3   A.   No PFOA has been detected in the water exiting
 4        the POET system.  Its levels have increased
 5        actually quite a bit before it goes into the
 6        PFOA system.
 7        BY MR. WILSON:
 8   Q.   And to be clear, the water exiting the POET
 9        system is the water that is being used in your
10        home; is that correct?
11             MS. JOSELSON:  Objection.
12   A.   That's correct.
13             THE WITNESS:  Oh, sorry.
14        BY MR. WILSON:
15   Q.   Do you use any water in your home, other than
16        the water that comes out of the POET system?
17   A.   No.
18   Q.   Prior to January 2016 did you ever have your
19        soil tested?
20   A.   No.  Could I -- could I just retreat a moment?
21   Q.   What do you mean by retreat?
22   A.   A question.  You asked if we used any other
23        water.
24   Q.   Yes.  If you -- if you need to change your
25        answer to that effect, please go ahead.
```

```
                                          Page 100
 1   A.  We -- we use the -- we use the bottled water
 2       that's brought into the house for domestic
 3       consumption.
 4   Q.  Thanks for that clarification or retreat.
 5   A.  Thank you.
 6   Q.  Since January 2016, have you had the soil
 7       tested at your home?
 8   A.  No.
 9   Q.  So you've never had the soil tested at your
10       home?
11   A.  No.
12   Q.  Any other testing at your property with regard
13       to PFOA?
14           MS. JOSELSON:  Objection.
15   A.  No.
16       BY MR. WILSON:
17   Q.  Any testing with regard to any other
18       substances at your home?
19   A.  The -- the -- the tests that are done for PFOA
20       include a number of other chemicals, as well.
21   Q.  And did those tests find any other chemicals
22       of concern?
23   A.  Yeah.  At -- at -- at varying levels, but,
24       yeah, I'm not as familiar with -- with those
25       specific chemicals.  But they test for an
```

```
 1        array of them.
 2   Q.   Did the levels of those other chemicals exceed
 3        recommended thresholds?
 4   A.   I don't -- I don't believe so.  I don't --
 5        I -- I can't speak to all those, no.
 6   Q.   Do you and your wife entertain socially at
 7        your home?
 8   A.   Infrequently.
 9   Q.   Has the detection of PFOA changed in any way
10        the frequency with which you entertain?
11   A.   No.  We've gone from infrequent to infrequent.
12   Q.   Since PFOA was first detected in your water,
13        have you taken any steps to have it removed?
14             MS. JOSELSON:  Objection.
15   A.   Since PFOA was detected in the -- in the
16        water?
17        BY MR. WILSON:
18   Q.   Yes.
19   A.   Other -- other than agreeing to the
20        installation of the POET system?
21   Q.   Yes.
22   A.   No.
23   Q.   Are you aware of the Bennington landfill?
24   A.   I -- I know where it is.
25   Q.   How close is your home to the landfill?
```

1    A.   I can't say exactly.  It's -- it's located off

2         Houghton Lane, which is -- when you drive

3         there, it's probably about a 3-mile drive.

4    Q.   Have you ever assessed the value of any other

5         properties near your home?

6              MS. JOSELSON:  Objection.

7    A.   No.

8         BY MR. WILSON:

9    Q.   Have you incurred any expenses due to PFOA in

10        groundwater that have not been reimbursed?

11   A.   Your -- so apologies, but I think in terms of

12        economics when you say that, and I -- I

13        consider that kind of broadly.  So expenses

14        you mean dollars and cents?

15   Q.   Yes.  I -- I mean actual -- actual expenses.

16        You know, if something was -- I'm not talking

17        about something if it was an inconvenience,

18        but you didn't pay any money for it.  Just

19        actual expenses that you paid money for.

20             MS. JOSELSON:  Objection.

21   A.   Actual expenses that we paid money for

22        associated with the -- the PFOA.

23             Well, I mean, there's certainly the, you

24        know, the changing in our -- the investment in

25        the garden stuff that -- that we've done, as

```
 1        far as that goes.  And other than that, I
 2        would say probably the -- the recycling and --
 3        the effort of getting rid of all those plastic
 4        bottles that I so dislike.
 5        BY MR. WILSON:
 6   Q.   But any expense associated with that recycling
 7        or just -- just time?
 8   A.   Yeah.  Time -- time is money.
 9   Q.   Do you believe you'll have to incur any
10        expenses in the future due to the presence of
11        PFOA in groundwater?
12             MS. JOSELSON:  Objection.
13   A.   Well, again, you know, I -- I would say
14        expense is -- is -- you know, could be like an
15        opportunity cost issue.  So an expense is the
16        loss -- loss in value of the house.  That's a
17        real expense.
18        BY MR. WILSON:
19   Q.   Just -- just to keep things separate, I -- I
20        do understand that you're claiming loss of
21        value, but just so we're talking about the
22        same -- same things, I'm thinking of actual
23        expenses that you might spend out-of-pocket
24        dollars on.
25             Do you anticipate any out-of-pocket
```

1      expenses in the future --

2           MS. JOSELSON:  Objection.

3      BY MR. WILSON:

4   Q.  -- with regard to PFOA in groundwater?

5   A.  Out-of-pocket expenses that I'm -- I'm

6      anticipating in the short term?  I -- I don't

7      have any.

8   Q.  So we've been talking about your property for

9      some time now.  We're going to shift now to

10     talk about you.

11  A.  Excellent.  Fascinating subject.

12  Q.  Well, I thought your property was pretty

13     fascinating, too.

14          But can you tell me how old you are?

15  A.  I'm 57.

16  Q.  And how long have you lived in Bennington?

17  A.  Since the summer of 2008.

18  Q.  And before that you were in Arlington?

19  A.  That's correct.

20  Q.  And the only other address that you've lived

21     at in Bennington was that apartment downtown;

22     is that correct?

23  A.  That's correct.

24  Q.  Do you happen to know whether that apartment

25     was on municipal water?

```
                                                 Page 105

 1    A.  Yes, it was.

 2    Q.  And where did you grow up?

 3    A.  I grew up in Auburn, New York.

 4    Q.  And how long did you live in Auburn?

 5    A.  I lived there from the time I was born until

 6        the time I graduated from high school in 1978,

 7        returning during the summers while I was an

 8        undergraduate.

 9    Q.  Okay.  So it was New York, Auburn, New York,

10        from birth to end of high school.  Then Maine

11        for college?

12    A.  Yes.

13    Q.  And then back to New York for Cornell?

14    A.  That's right.

15    Q.  And then -- I'm sorry, where did you get your

16        last degree?

17    A.  Syracuse.

18    Q.  Syracuse.  Okay.  And then to Vermont.

19    A.  Yes.

20    Q.  To Manchester.

21    A.  Yes.  I -- I -- well, I was -- that's correct.

22        I was -- I was hired to work in Manchester,

23        and my first -- my first apartment in Vermont

24        was in Manchester Village.

25    Q.  Okay.  And then after Manchester, it was to
```

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 107 of 283

Arlington?

A. I lived in like -- I lived in three places technically in Manchester. A couple of them short term rentals after I moved out of the first one, and then I moved to an apartment in Arlington, West Arlington, while -- while the first house -- the Hollerith Road house was building built.

[redacted]

[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 109 of 283

[redacted]



[redacted]





Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 112 of 283

[redacted]



Page 112



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 115 of 283

[redacted]



[redacted]





[redacted]

Page 117



[redacted]







[redacted]

[redacted]

Page 121



Page 122



Page 123



Page 124



Page 125



Page 126



Page 127



Page 128





Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 130 of 283

[redacted]

[redacted]



Page 131



Page 132



Page 133

5      MR. WILSON:  That's probably a good

6   stopping point if you want to break for lunch.

7      THE VIDEOGRAPHER:  The time is now

8   approximately 12:34 p.m.  Going off the

9   record.

10      (Lunch recess taken.)

11      THE VIDEOGRAPHER:  The time is now

12   approximately 1:50 p.m.  Going back on the

13   record.

14      MS. JOSELSON:  And before we do, Lincoln,

15   I just wanted to put a standing objection on

16   the record to the extent that your questions

17   inquire about medical records beyond or the

18   medical issues beyond the 20 years that the

19   Court allowed.  We've just got a standing

20   objection to that throughout the depos.

21      MR. WILSON:  Objection's noted.  Thanks,

22   Emily.

23   BY MR. WILSON:

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 135 of 283

[redacted]



Page 135



Page 136



Page 137



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 140 of 283

[redacted]



[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 143 of 283

[redacted]



```
 1        inherited that from her mother's side of the
 2        family.
 3             Other than that, I don't know of any.
 4   Q.   Has your physician told you about any risk of
 5        cancer to you based on family history?
 6   A.   The increased risk for prostate cancer because
 7        of family history, yeah.
 8   Q.   Has your physician told you about any risk of
 9        cancer due to any other factor that's in your
10        life?
11   A.   The only thing that my physician has told me
12        regarding that is recently that we should
13        monitor -- monitor my health for anything
14        related -- that's been -- that's been
15        correlated with PFOA exposure.
16   Q.   Have you had any cancer scares, if you -- if
17        you understand what that would mean?
18             MS. JOSELSON:  Object to the form.
19        BY MR. WILSON:
20   Q.   Moments where you had some symptoms that you
21        thought, oh, what if this is cancer, and you
22        looked, checked it out and turned out not to
23        be?
24   A.   No.
25   Q.   So speaking of your -- your blood relatives,
```

[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 146 of 283

[redacted]



Page 146

[REDACTED]

7        MR. WILSON:  My apologies.  Just trying
8    to find a -- what are we up to on exhibits?
9        MS. JOSELSON:  8.
10       (Deposition Exhibit No. 8 was marked for
11   identification.)
12   BY MR. WILSON:
13   Q.  The court reporter's handed you what's been
14       marked Exhibit 8 to your deposition.
15           Can you tell me what this is?
16   A.  Not easily but Declaration of James D.
17       Sullivan In Support of Plaintiff's Motion For
18       Class Certification.
19   Q.  Do you recognize it?
20   A.  Yes.
21   Q.  What role did you have in preparing this
22       document?
23   A.  I met with my attorneys, I reviewed the
24       document and provided them information for
25       it -- for the preparation of it.

```
                                            Page 147
 1   Q.  Did you review it before you signed it?
 2   A.  Oh, yes.
 3   Q.  And you understand that everything -- that you
 4       swore that everything in this document is
 5       true; is that correct?
 6   A.  Yes.
 7   Q.  Do you understand yourself to be representing
 8       the exposure class in this action?
 9           MS. JOSELSON:  Objection.
10           But you can answer.
11   A.  I certainly represent -- understand myself to
12       be representing the -- the class of residents
13       who've been exposed to PFOA, yes.
14   BY MR. WILSON:
15   Q.  And do you understand yourself to be
16       representing the property damage class in this
17       action?
18   A.  Oh, yeah.  Yes.
19   Q.  So just noticing sort of a difference in how
20       you responded to those two questions, do you
21       consider yourself to be more interested in the
22       property class or better representative of the
23       property class than the exposure class?
24           MS. JOSELSON:  Objection.
25   A.  No, I think it's just the first question I
```

```
 1        wasn't quite sure about the meaning and the
 2        term exposure class.
 3        BY MR. WILSON:
 4   Q.   So what -- can you tell me your understanding
 5        of what this lawsuit is about?
 6   A.   Sure.  The -- the lawsuit is -- is about
 7        damages suffered by people in the North
 8        Bennington, Bennington area resulting from
 9        exposure to PFOA that was released over the
10        years from the former ChemFab, slash,
11        Saint-Gobain factory in North Bennington.
12   Q.   And what's your understanding of what the
13        lawsuit alleges that Saint-Gobain did that was
14        wrong?
15   A.   Saint-Gobain released a harmful chemical into
16        the environment that affected the environment,
17        soils, groundwater, individual people and
18        their properties.
19   Q.   And what do you understand to be the relief
20        that you're asking the court to provide?
21   A.   Relief that we're looking for deals
22        specifically with ongoing medical monitoring
23        to be paid by the plaintiff, to monitor
24        potential health effects resulting from
25        exposure and also the loss in the value of the
```

```
 1        property and enjoyment of our property and
 2        also the -- the -- the disrupt and kind of
 3        distress caused by the situation that we've
 4        been exposed to.
 5   Q.   What do you understand to be your duty or
 6        duties as a representative of the putative
 7        class?
 8   A.   You know, to work with the -- work with the
 9        legal team to make sure that all of the -- the
10        facts are presented thoroughly and fairly and
11        to, you know, to appear in proceedings like
12        this to -- to make sure that, you know, we're
13        doing everything that is required of us.
14   Q.   What made you decide to file this lawsuit?
15   A.   Well, there was a, you know, a concern about
16        the effect that PFOA had on us and our
17        neighbors and other people in the community,
18        and just wanting to try to recover from the
19        impacts of that.
20   Q.   Did you reach out to an attorney about filing
21        this lawsuit, or did an attorney reach out to
22        you?
23   A.   I -- if I recall right, I -- I contacted an
24        attorney shortly after I discovered that our
25        neighborhood had been impacted.
```

```
                                              Page 150
```

 1   Q.  And just to be clear, I'm not asking you to
 2       divulge any communications that you've had
 3       with any of your attorneys.  That's protected
 4       by attorney/client privilege.
 5   A.  Mm-hmm.
 6   Q.  Which attorney did you contact after you had
 7       these concerns?
 8   A.  I believe that I contacted David Silver
 9       initially.
10   Q.  And I notice on the caption to this case it
11       lists your name first.
12           Did you have any -- is there any
13       significance to that?  Did you have any role
14       in being -- leading the charge, as it were, in
15       this lawsuit?
16           MS. JOSELSON:  Objection.
17   A.  Not that I know of.
18       BY MR. WILSON:
19   Q.  Not that you know of.
20           Are you flattered that you're the first
21       plaintiff listed on the caption?
22           MS. JOSELSON:  Objection.
23   A.  I would have to say no, that's not something
24       that I find flattering.
25           MR. SILVER:  It was -- we listed it by

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 152 of 283

weight.

MS. JOSELSON: So unnecessarily mean.

MR. WILSON: Didn't want to go off the record for that?

THE WITNESS: I won't contact you first again.

MR. WILSON: Yeah. You contacted the wrong attorney. Okay.

BY MR. WILSON:

[redacted]

[redacted]



[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 156 of 283

[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 157 of 283

[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 158 of 283

[redacted]



[redacted]



Page 159



Page 160



[redacted]



Page 162



[redacted]



Page 164





Page 166



[redacted]



[redacted]



[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 172 of 283

[redacted]



Page 172



Page 173



Page 174



Page 175



```
15   Q.   Before PFOA was detected in your well water,
16        can you tell me all the different ways that
17        you used your water?
18             Did you bathe with it?
19   A.   Yes.
20   Q.   Did you cook with it?
21   A.   Yes.
22   Q.   Did you clean with it?
23   A.   Yes.
24   Q.   Did you drink it?
25   A.   Yes.
```

```
 1    Q.   Did you water your lawn or other plants?
 2    A.   Watered mostly the garden.  Generally don't
 3         water my lawn.
 4    Q.   Any other uses?
 5    A.   Well, you say clean, so I suppose there's
 6         different things I might have cleaned like
 7         wash the car and things like that.  But, you
 8         know --
 9    Q.   And after PFOA has been detected in your
10         water, how did your water usage change?
11              Do you still bathe with it?
12    A.   Yes.  It's still -- still bathe with it.
13         There was a period before the POETs were
14         installed, the port-of-entry treatment system,
15         where we were instructed to strictly limit the
16         amount of time we spent showering, for
17         example; but after the POET system, it's
18         largely the way previously.
19    Q.   Do you cook with it?
20    A.   We use bottled water to cook.
21    Q.   Do you use tap water to clean?
22    A.   To clean the -- like countertops and things
23         like that; is that what you're referring to?
24    Q.   That or anything else that you might clean
25         with.
```

Page 177

1   A.   Yeah.   Yeah.   You know, surfaces like that I

2        do.

3   Q.   And I understand you drink bottled water now?

4   A.   That's correct.

5   Q.   Do you use -- still use tap water to water

6        your plants?

7   A.   The -- yeah.   The -- the gardens, yes, we do.

[redacted]





Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 181 of 283

[redacted]



[redacted]



[redacted]





[redacted]

[redacted]



Page 185



[redacted]





[redacted]



[redacted]



Page 190







[redacted]

Page 193



[redacted]



Page 195



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 197 of 283

[redacted]



Page 197



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 200 of 283

[redacted]









[redacted]

[redacted]

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 204 of 283

[redacted]



Page 204



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 206 of 283

[redacted]

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 207 of 283

[redacted]



[redacted]





[redacted]

Page 209



Page 210



Page 211





Page 213



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 215 of 283

[redacted]



Page 215



[redacted]



Page 217



[redacted]



[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 222 of 283

[redacted]



Page 222

3   Q.  All of it.  A few more questions, and then I
4       think my colleague and I will probably take a
5       quick break to see if there's anything else we
6       need to talk about.
7   A.  Okay.  Sure.
8   Q.  Are you -- are you acquainted with the other
9       named plaintiffs in this lawsuit?
10  A.  I think I -- I think I've met them all, but I
11      don't know them all well.
12  Q.  Which of them were you acquainted with prior
13      to the filing of this lawsuit?
14  A.  Primarily -- well, my -- my wife, Leslie
15      Addison, and Sandy Sumner, who lives nearby
16      us, and I think that's about it actually.
17  Q.  And do you know Sandy primarily as a neighbor
18      or through some other connection?
19  A.  Yeah, as a neighbor.
20  Q.  Have you discussed this litigation with the
21      other named plaintiffs?
22  A.  Not -- not in much detail.  Just, you know,
23      when we've been together at a meeting just
24      kind of casual conversation.
25  Q.  And you've had e-mail communications, as well,

1       right?

2   A.  Back and forth between the named plaintiffs?

3       Not that I recall.

4   Q.  I think that some e-mails have been produced

5       in this case that involve e-mail

6       communications between --

7   A.  Oh, I'm sorry.  So -- not -- so there was some

8       e-mail communications early on, especially

9       amongst our neighborhood group, and Sandy was

10      in that e-mail chain.

11          There were also some e-mails with some

12      other -- other folks in the community, but I

13      can't remember if any of them are named

14      plaintiffs, to tell you the truth.  There were

15      some people over on -- on like Barred Road

16      that we e-mailed with and I think on Apple

17      Hill.

18  Q.  And so were you having conversations about

19      PFOA and APFO, that sort of thing?

20  A.  Like through these e-mails or --

21  Q.  Yes.

22  A.  Yeah.  To the extent that we were

23      communicating about the case, we talked about

24      issues related to the case.  So it was

25      primarily, like, you know, getting -- trying

Page 224

```
 1            to schedule a meeting, that kind of thing.
 2    Q.   Do people in the Bennington area know that
 3         you're a named plaintiff in this case?
 4            MS. JOSELSON:  Objection.
 5    A.   I was a -- some -- some people do.  Most
 6         people probably don't.
 7    BY MR. WILSON:
 8    Q.   Do people ask you about it out of the blue?
 9    A.   Out of the blue?  No.
10    Q.   Have you arranged any public meetings to
11         discuss this case?
12    A.   I haven't arranged any public meetings, no.
13    Q.   Have you arranged small group meetings?
14    A.   I helped arrange a couple of meetings with our
15         neighborhood group and another neighborhood
16         group.  And I think -- I think I -- I also --
17         I also helped arrange a meeting where we
18         talked specifically about the municipal water
19         connection issue that was maybe, you know, a
20         broader audience.
21    Q.   Anything else you've discussed at these
22         meetings, other than what you've told me
23         about?
24    A.   Like, what we discussed at the meetings?  I
25         mean, we -- you know, we talked about -- back
```

```
 1        when we were having these meetings, we talked
 2        about, well, you know, what -- what should we
 3        do, and, you know, how should we carry
 4        forward.  It was -- a lot of it was, you know,
 5        before there was this case.  It was just the
 6        knowledge of the PFOA.
 7    Q.  At that time had you already reached out to
 8        Mr. Silver about filing this lawsuit?
 9    A.  When we first had those neighborhood meetings?
10        I can't really -- I can't really recall.  I do
11        think I -- I made initial contact with Mr.
12        Silver within a few days of finding out that
13        we had PFOA just to kind of have a general
14        conversation about legal options, but we
15        didn't do any follow-up conversations for
16        quite a while.
17    Q.  And was it your conversation with Mr. Silver
18        that led to all of these plaintiffs agreeing
19        to file this lawsuit?
20            MS. JOSELSON:  Objection.
21    A.  No.
22        BY MR. WILSON:
23    Q.  Do you know if -- did other people have
24        independent contact with Mr. Silver?
25            MS. JOSELSON:  Objection.
```

Page 226

```
 1    A.   I don't know.

 2         //

 3         BY MR. WILSON:

 4    Q.   Do you know Bishop Robin Green?

 5    A.   No.

 6    Q.   Do you know Sharon Jones?

 7    A.   Sharon -- Sharon Jones is one of -- one of our

 8         neighbors, I think.

 9    Q.   Do you know -- were you aware that she has

10         withdrawn as a class representative in this

11         case?

12    A.   No.

13    Q.   Have you communicated with any member of any

14         government agency regarding PFOA, ChemFab or

15         Saint-Gobain?

16    A.   PFOA, ChemFab or Saint-Gobain.  Yes.

17    Q.   Which agency?

18    A.   I think primarily, if not exclusively, with

19         folks in the Department of Environmental

20         Conservation.  Although may have had some

21         passing communication with someone, the health

22         department regarding, you know, schedule of

23         blood testing and things like that.

24    Q.   Do you know the names of those people?

25    A.   Do I know the names?  I -- I recall --
```

```
1          probably I can't remember the people in the
2          Department of Environmental Conservation
3          specifically.  A couple of people, yeah.
4    Q.    And did you communicate with anyone at the
5          local Bennington water utility?
6    A.    I've -- I've communicated with someone at the
7          North Bennington water department.  I think
8          they actually -- they may have contacted me
9          about, you know -- I mean, my wife and other
10         people in the neighborhood about whether we
11         were interested in getting connected to their
12         system.
13   Q.    And can you describe -- taking a step back --
14         those conversations that you've had with the
15         Department of Environmental Conservation?
16            MS. JOSELSON:  Objection.
17   A.    Yeah.  So early -- early on when this was
18         discovered, I know we had some general
19         conversations with kind of their point person
20         on this, whose name was Richard Spiese,
21         S-p-i-e-s-e, and there was another gentleman
22         whose name I don't recall.  It's at the tip of
23         my tongue.
24            But anyway, they were both DEC
25         representatives, and the commissioner of the
```

```
 1        Department of Environmental Conservation, the
 2        previous one and -- whose name I don't --
 3        BY MR. WILSON:
 4    Q.  Is that Miss Dugan?
 5    A.  No, it wasn't Dugan.  Do you know the previous
 6        commissioner?
 7    Q.  Schuren?
 8    A.  Oh, yeah, Alyssa Schuren, yeah.  I just kind
 9        of contacted them and kind of inquiring what
10        the -- kind of, like, what the -- the status
11        of things were or what -- what they were going
12        to do for, you know, testing and -- and kind
13        of the general process for how things would
14        lay out going forward.
15             And I would say I -- I spoke with -- I
16        spoke, you know, at some of the -- a couple of
17        the public meetings, too, and I asked
18        questions of them, and most -- more recently
19        I -- I asked -- I directed a question to, I
20        think it was to Richard Spiese -- Spiese at
21        the department about what the status was of
22        testing at the ChemFab building itself.
23    Q.  So what -- when you reached out to these
24        officials at the Department of Environmental
25        Conservation, what did they tell you?
```

```
 1              MS. JOSELSON:  Objection.
 2   A.   I -- I mean, I can't remember details.  I
 3        would say that in general they, you know,
 4        described what, you know, their response was
 5        going to be as far as, you know, initially
 6        bringing in tanker trucks of water and where
 7        they'd be deployed and how they were hoping
 8        to, you know, follow up and pursue discussions
 9        with Saint-Gobain about remediating the
10        contamination.
11        BY MR. WILSON:
12   Q.   And you mentioned you had a recent
13        communication with them about the status of
14        testing at the former ChemFab facility.
15              Have communications with the Department
16        of Environmental Conservation continued after
17        the filing of this lawsuit?
18              MS. JOSELSON:  Objection.
19   A.   Yeah, I would -- I would say in -- not beyond
20        what I've just already described to you.
21        BY MR. WILSON:
22   Q.   Does anyone in -- either in the putative class
23        or do the other class members look to you
24        to -- to speak to people on behalf of the
25        class?
```

```
 1          MS. JOSELSON:  Objection.
 2   A.  I -- I would say that very early on in the --
 3       I was -- I was asked, because I work with
 4       state agency folks, that -- if I would try to
 5       make sure that there was open communication,
 6       especially regarding the municipal water
 7       issue.  So they did ask me to do that.
 8       BY MR. WILSON:
 9   Q.  And do you take it upon yourself to keep
10       people in the loop, send out updates, that
11       sort of thing?
12   A.  No.
13   Q.  Do people ask you for updates?
14   A.  No, not typically, no.
15   Q.  Have you ever communicated with any
16       Saint-Gobain or ChemFab employee about PFOA or
17       the company operations?
18   A.  No.
19          MR. WILSON:  We can take a break.  It
20       might be anywhere from five to 15 minutes just
21       to see if we have any more questions.
22          THE WITNESS:  Sure.
23          THE VIDEOGRAPHER:  Time now is
24       approximately 3:57 p.m.  Going off the record.
25          (Brief recess taken.)
```

Case 5:16-cv-00125-gwc Document 221-10 Filed 11/28/18 Page 232 of 283

THE VIDEOGRAPHER: The time is now approximately 4:08 p.m. Going back on the record.

MR. WILSON: Mr. Sullivan, thank you for your time today. I just have a few more questions.

THE WITNESS: Okay.

BY MR. WILSON:

[redacted]

Page 232



16    Q.   We have just one more exhibit here.

17    A.   Okay.

18              (Deposition Exhibit No. 9 was marked for

19         identification.)

20         BY MR. WILSON:

21    Q.   So the court reporter has handed you what's

22         been marked as Exhibit 9 to your deposition.

23              Can you tell me what this is?

24    A.   So I believe this is the -- the appraisal

25         associated with the second refinancing we did

```
 1         on our -- our home.
 2    Q.   So the first appraisal that we talked about
 3         was from 2010, and that would have been the
 4         first refinance appraisal?
 5    A.   Yes.
 6    Q.   And do you recall whether you believe that the
 7         valuation that was given during this appraisal
 8         was fair and accurate?
 9              MS. JOSELSON:  Objection.
10    A.   I -- I do recall having an opinion about it.
11         BY MR. WILSON:
12    Q.   What was your opinion?
13    A.   I thought that it -- that the appraisal was
14         low.
15    Q.   Do you believe that you are more qualified to
16         assess the value of your home than the
17         appraiser?
18              MS. JOSELSON:  Objection.
19    A.   Yes.
20         BY MR. WILSON:
21    Q.   On what basis do you believe that?
22    A.   Because I -- I know my home a lot better than
23         the appraiser and what went into the home, and
24         I also know the community very well.
25              MR. WILSON:  I have no further questions.
```

```
                                               Page 234
 1        Thank you.
 2             THE WITNESS:  Thank you.
 3             MS. JOSELSON:  Thank you.
 4             THE VIDEOGRAPHER:  The time is now
 5        approximately 4:12 p.m.  This completes
 6        today's testimony of James D. Sullivan.
 7             Going off the record.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 235

1          ACKNOWLEDGMENT OF DEPONENT

2

3          I have read the foregoing transcript of

4     my deposition and except for any corrections or

5     changes noted on the errata sheet, I hereby

6     subscribe to the transcript as an accurate record

7     of the statements made by me.

8

9          _____

10                 JAMES D. SULLIVAN

11

12          SUBSCRIBED AND SWORN before and to me

13     this _____ day of _____, 20___.

14

15

16          _____

17                 NOTARY PUBLIC

18

19

20     My Commission expires:

21

22

23

24

25

Page 236

1                    CERTIFICATE

2         I, Beth Gaige, a Registered

3    Professional Reporter, hereby certify that the

4    within-named deponent was sworn to testify the

5    truth, the whole truth, and nothing but the

6    truth in the aforementioned cause of action.

7         I further certify that this deposition

8    was stenographically reported by me and later

9    reduced to print through computer-aided

10   transcription, and the foregoing is a full and

11   true record of the testimony given by the

12   deponent.

13        I further certify that I am a

14   disinterested person in the event or outcome

15   of the above-named cause of action.

16        IN WITNESS WHEREOF, I subscribe my hand

17   and affix my seal this 12th day of April

18   2018.

19

20

21        _____

                     Beth Gaige, RPR
22                   Notary Public

23   My commission expires:
     August 22, 2019

24

25

Page 237

```
1                    E R R A T A   S H E E T

2      IN RE:  SULLIVAN, et al. vs. SAINT-GOBAIN

3      DATE:   4/9/2018

4      PAGE     LINE   CORRECTION AND REASON

5      _____   _____   _____

6      _____   _____   _____

7      _____   _____   _____

8      _____   _____   _____

9      _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23

24     _____   _____

25     (DATE)                  JAMES D. SULLIVAN
```

[& - aardvarks]                                                                      Page 1

| **&** | **1958** 141:20 | **232** 3:19 | **507** 1:17 2:13 4:19 |
|---|---|---|---|
| **&** 1:16 2:4,8,12,17 2:21 4:18 5:11 76:18 | **1965** 141:17 | **24** 52:23 120:3 132:15 151:18,18 | **51** 2:18,22 |
| | **1978** 105:6 | | **520** 63:1,8 |
| | **1984** 10:16 | **25** 3:12 | **545** 31:9 |
| | **1987** 106:13 | **250** 44:5 53:1 | **57** 104:15 |
| **0** | **1989** 12:23 106:24 | **270** 98:5 | **59** 3:14 |
| **00125** 1:6 5:4 | **1991** 106:24 | **28801** 2:9 | **5:16** 1:6 5:4 |
| **05201** 2:13 | **1998** 140:13 | **2:43** 174:19 | **5th** 140:6 |
| **05753** 2:5 | **1:50** 133:12 | **3** | **6** |

**&**

**&** 1:16 2:4,8,12,17 2:21 4:18 5:11 76:18

**0**

**00125** 1:6 5:4
**05201** 2:13
**05753** 2:5

**1**

**1** 3:10 19:10,11,15 97:10 108:25
**1,3** 188:15
**1,300** 72:1
**100** 39:10
**10010** 2:18,22
**10:27** 54:2
**10:41** 54:6
**10th** 141:17
**11** 11:25
**111** 2:5
**11:35** 97:9
**11:51** 97:14
**12** 155:9 232:7
**12:34** 133:8
**12th** 236:17
**14** 155:9
**146** 3:18
**15** 55:13 116:16 230:20
**15th** 141:20
**16** 132:21
**17** 76:15 132:21
**18** 52:23
**185** 108:25
**19** 3:10
**190** 108:25
**1925** 140:6
**1933** 140:8
**195** 108:22

**1958** 141:20
**1965** 141:17
**1978** 105:6
**1984** 10:16
**1987** 106:13
**1989** 12:23 106:24
**1991** 106:24
**1998** 140:13
**1:50** 133:12

**2**

**2** 3:11 23:17,18,22 97:15
**2,4** 188:21
**2,4,5** 188:19
**20** 9:25 55:13 57:4 78:9 108:23,24 133:18 232:6,14 235:13
**200** 44:6 108:22 140:25
**2004** 121:19 125:6 125:8,16
**2005** 58:8
**2006** 58:12 186:7
**2008** 44:9 56:15 58:14 104:17
**2010** 35:3 233:3
**2016** 64:21 97:18 99:18 100:6
**2018** 1:18 4:15 236:18
**2019** 236:23
**205** 108:17
**206** 2:9
**21** 2:9 132:17
**212.849.7000** 2:19 2:23
**22** 236:23
**2200** 44:3
**23** 3:11

**232** 3:19
**24** 52:23 120:3 132:15 151:18,18
**25** 3:12
**250** 44:5 53:1
**270** 98:5
**28801** 2:9
**2:43** 174:19

**3**

**3** 3:12 25:5,6,10 26:14,15 62:14,17 102:3 174:23
**3,450** 113:17
**30** 139:8 232:6,14
**30's** 137:14
**34** 3:13
**35** 23:9 25:14 44:21
**377,000** 59:21
**396** 60:2
**396,102.75.** 59:15
**3:00** 174:22
**3:57** 230:24

**4**

**4** 3:13 34:19,20,25 195:3
**4/9/2018** 237:3
**40** 155:19
**45** 132:9 155:19
**460,000** 72:12,23
**480,000** 59:1,25 60:3 72:12 84:6
**4:08** 231:2
**4:12** 234:5

**5**

**5** 3:14 59:3,4,8 164:21
**50** 112:7
**50/50** 162:3

**507** 1:17 2:13 4:19
**51** 2:18,22
**520** 63:1,8
**545** 31:9
**57** 104:15
**59** 3:14
**5:16** 1:6 5:4
**5th** 140:6

**6**

**6** 3:3,16 74:8,9,13
**60** 141:25
**60,000** 60:6
**67** 141:23

**7**

**7** 3:17 75:24,25 76:5 186:7
**74** 3:16
**75** 3:17

**8**

**8** 3:18 146:9,10,14
**802.388.6356** 2:6
**802.442.6341** 2:14
**81** 231:21,24
**828.622.0044** 2:10
**85** 141:7
**86** 10:18,18
**89** 57:21

**9**

**9** 1:18 3:19 232:18 232:22
**9/27/1960** 6:11
**9:24** 1:18 4:16
**9th** 4:15 35:3 140:8

**a**

**a.m.** 1:18 4:16 54:2 97:9,14
**aardvarks** 213:19

**[able - analysis]**

**able** 61:5 128:23 209:4
**abrasive** 216:6
**abreast** 17:6
**absolutely** 51:2
**abuse** 180:8
**access** 27:21 31:16 50:4 79:24 80:5
**account** 145:1
**accurate** 233:8 235:6
**acetaminophen** 180:21
**ache** 177:22
**aches** 177:20
**achilles** 123:24 125:1 184:1
**acid** 122:9
**acknowledgment** 235:1
**acquainted** 222:8 222:12
**acre** 45:21,22
**acres** 31:7,9
**acrylamide** 189:6
**actinomycin** 180:25
**action** 1:5 5:4 18:15 75:13 129:7 147:8,17 236:6,15
**actions** 16:17
**activated** 159:6
**active** 124:6,9 165:22
**actively** 78:5
**activities** 124:11 139:2
**acts** 118:13,16
**actual** 58:7 72:15 102:15,15,19,21 103:22

**acute** 123:16,17 145:22
**adams** 137:3 163:14
**add** 26:18 69:8,10 69:12 198:23 210:1,11
**add2-0018** 35:12
**add6-0008** 62:21
**added** 24:14,22 26:25 27:11 31:24 36:4 37:12 197:8 203:11
**addison** 3:16 56:19 58:11 222:15
**addition** 22:9 24:14 26:23 37:10
**additional** 60:8 231:10
**additive** 196:16
**address** 93:6,19 104:20
**addresses** 93:17
**adds** 212:8
**adequately** 89:8
**adjacent** 94:12
**adjustment** 72:10
**adjustments** 59:12 59:23
**administered** 5:25
**administration** 10:8,11
**administrator** 22:22
**admit** 216:9
**adult** 131:10,12
**adversaries** 8:1
**adversary** 7:25 8:2

**adverse** 120:21
**advice** 13:3,5,7,14 13:18
**advisory** 12:17
**aerosol** 189:1
**aerosols** 188:23,24 188:24 189:4
**affect** 16:1 52:9 92:18,23
**affix** 236:17
**aforementioned** 236:6
**afraid** 121:11
**afternoon** 137:11 158:1 197:18
**age** 47:2 142:18
**agency** 226:14,17 230:4
**agent** 81:25 82:1 82:14,19,21 189:8 231:19
**agents** 191:17
**ages** 108:5
**aggressively** 124:14
**ago** 9:2,25 17:15 89:20 108:18,23 108:24 111:19 119:17 120:3,6,8 131:14 140:12 177:14 178:20
**agree** 4:13
**agreed** 4:2
**agreeing** 101:19 225:18
**agreement** 44:13
**ahead** 99:25
**aid** 179:16
**aided** 236:9
**aids** 179:24

**air** 49:15,18 54:24 173:7 188:24 218:9,11
**airline** 185:17
**airplanes** 169:13 221:5
**ajax** 216:6
**al** 1:4 4:23 237:2
**alanine** 122:24
**alarm** 89:20,23
**albany** 116:21 117:2,3,5,9,10 129:21 130:8
**alcohol** 131:3,5 132:4 180:8 194:22
**alcoholism** 178:6
**aldrin** 189:10
**alive** 76:18 140:14
**alleged** 153:24
**alleges** 148:13
**allergic** 232:8
**allergies** 177:13 177:14,15 180:15
**allergy** 232:4
**allowed** 82:10 133:19
**almonds** 194:24 195:1,2,3 206:25
**altogether** 74:5
**alyssa** 228:8
**amenities** 94:1,3
**amenity** 94:13
**america** 204:20
**aminotransferase** 122:25
**amount** 86:21 119:20 176:16 194:14
**analysis** 22:6

**analyze** 84:19
**anesthetic** 189:12
**animal** 186:25
**animals** 174:4
**anise** 211:7
**ankle** 183:16
**announcement** 17:18
**annual** 33:2 71:24 110:18,25 111:1,2 113:4,20 114:1 119:25
**annually** 114:5,8 114:12
**answer** 7:6,18 15:6,23 16:19 18:22,23 49:23 50:16 68:8 92:14 92:14 99:25 115:15 132:13,24 147:10
**answers** 6:25 163:13
**ant** 219:2
**antacid** 178:2
**anterior** 115:6
**anti** 231:19
**antibiotic** 178:21
**anticipate** 103:25
**anticipating** 104:6
**antiseptic** 214:13
**ants** 219:1
**anymore** 85:14 213:12
**anything's** 33:23
**anyway** 170:11 198:5 227:24
**apartment** 56:1,12 56:13,16 104:21 104:24 105:23 106:5

**apartments** 57:23
**apfo** 223:19
**apologies** 102:11 146:7
**apologize** 173:9 178:4
**apparently** 78:9
**appeal** 9:14
**appear** 46:22 149:11
**appears** 19:17
**apple** 195:4,5,7,9 195:12 223:16
**apples** 195:14,15 195:17
**appliances** 38:6,7
**applications** 14:12 14:16,18
**applied** 139:25 218:21
**apply** 219:6
**appraisal** 3:13,19 35:2,6,8,16 42:4 61:9 80:13 232:24 233:2,4,7,13
**appraisals** 61:2,5
**appraised** 80:15 80:19
**appraiser** 233:17 233:23
**appropriate** 110:8
**approximate** 17:12
**approximately** 4:16 31:1 44:1 54:2,6 57:4 60:16 72:1 83:2 97:9,14 98:5 133:8,12 174:19,22 230:24 231:2 234:5

**apricots** 195:19,20
**april** 1:18 4:15 141:17 236:17
**architect** 76:23 115:1
**architectural** 34:13,17
**architecture** 49:12
**area** 19:19 22:5 28:11 31:1 58:9 84:7 93:21 94:8 96:19 135:22,24 140:16 148:8 170:19 224:2
**areas** 12:6 13:10 80:6
**arlington** 56:5,6 81:16 82:8 104:18 106:1,6,6,25 107:2 121:10 163:18,23 169:11 172:6 186:2
**arm** 127:7,14
**arm's** 127:11
**arrange** 224:14,17
**arranged** 224:10 224:12,13
**array** 101:1
**arrive** 84:22
**arrived** 84:24
**arrow** 24:23
**arsenic** 189:14,17
**arsenite** 189:19
**arteries** 126:18,20
**artery** 114:12 115:7,10,13 118:5 126:16,17 127:6 127:14
**arthritis** 179:20
**article** 3:10 17:25 19:17,21,23 20:15

20:18
**artistic** 36:13 42:16
**arugula** 195:21
**asa** 23:9 25:14 44:21,23 45:1,5 46:6 47:6 48:7,13 55:23 65:17
**asbestos** 189:16 190:3
**asheville** 2:9
**aside** 207:7
**asked** 49:19 90:1 99:22 115:19,19 228:17,19 230:3
**asking** 8:19 23:3 45:8 49:1 57:9 81:2 92:15 148:20 150:1 221:18
**asparagus** 195:23 195:24
**aspartate** 123:2
**aspect** 162:9
**aspects** 154:16
**asphalt** 190:5
**aspir** 231:21,24
**aspiration** 51:21
**aspirin** 118:11,11 118:13 179:3,4 231:23 232:1
**assembling** 161:1
**assess** 233:16
**assessed** 82:25 102:4
**assessments** 16:24
**assessor** 83:13
**assessor's** 83:9,14
**assistance** 12:6
**assistant** 186:16
**associated** 15:20 25:13 36:24 61:6

61:9 90:25 102:22 103:6 113:25 120:20 129:10 142:9 152:1 153:14 232:25
**assume** 35:18 65:6
**assuming** 158:2
**assumption** 160:22
**assuredly** 117:18
**asthma** 178:10
**athlete** 142:6
**athletic** 185:25
**atromid** 181:6
**attached** 171:3
**attack** 115:13 117:19 128:2 144:5 145:4 231:15
**attempted** 80:9
**attending** 5:8
**attic** 27:23 28:1
**attorney** 7:17 149:20,21,24 150:4,6 151:8
**attorneys** 5:7 61:4 146:23 150:3
**attractive** 94:13
**attributable** 128:18 129:1 154:20
**auburn** 105:3,4,9 140:19,23
**audience** 224:20
**audio** 4:11
**august** 236:23
**aunt** 144:14
**aunts** 144:12
**authority** 12:12,25 13:2
**auto** 71:19 184:12
**available** 52:1
**ave** 2:9
**avenue** 2:18,22
**average** 68:5 131:8 135:16 138:18 154:24 156:8 169:17,19 200:8 205:17
**aware** 15:7 21:11 82:25 101:23 112:1 153:17 226:9
**awful** 167:12
**awfully** 168:13

**b**

**b** 3:8 59:14 134:16
**b's** 196:3,4
**baby** 118:11 141:21 179:4 232:1
**back** 32:1 33:10 54:6 57:25 62:8 97:14 105:13 107:16 116:3 125:6 126:17 133:12 164:18,20 168:15 170:8,19 170:24 174:22 185:23 223:2 224:25 227:13 231:2,16
**background** 50:21 151:23
**backup** 52:19
**bacon** 206:7,9
**bacteria** 63:25 64:3,8
**bad** 130:18
**bag** 207:25
**baked** 161:22,23 197:9 202:11 208:4,5
**baker** 212:8
**balance** 28:24
**balances** 119:4
**ballpark** 121:24
**banana** 196:1
**bananas** 196:4,5,6 196:6
**barbecue** 161:4
**barium** 183:19
**barns** 66:3
**barr** 2:12
**barred** 223:15
**barrsternberg** 1:16 4:18,18 5:23
**barrsternberg.com** 2:14
**baseball** 203:21
**based** 18:15,19 54:19 84:10 85:6 87:8 143:5 218:10
**basement** 29:23 42:21 43:5,21 44:7 171:25
**basically** 7:11 50:10 63:5 71:2
**basil** 196:8,9
**basis** 63:21 89:7 109:17 110:17 111:12 156:4 197:10 233:21
**bates** 62:19
**bath** 40:5,6 43:16 43:17,18,20,22
**bathe** 160:16 172:19 175:18 176:11,12
**bathroom** 40:16 41:5,6 70:16 217:18,21
**bathrooms** 28:25 40:2 43:11,24
**baths** 43:9,13,13 43:14 160:16
**bathtub** 40:19,24 40:25 43:18,23 160:20
**battery** 2:9 114:10
**beans** 203:13
**bear** 8:17
**bedrock** 63:19
**bedroom** 27:21 28:18,18 30:1 43:4,6 55:8
**bedrooms** 27:7 28:21 43:1,3 46:5 55:7
**beds** 33:3 85:12 86:22 87:10
**bee** 232:4
**beef** 161:6,8 200:10,14 202:13 208:25 210:23
**beer** 131:19,21,22 131:24 157:4,5,9 158:3 194:22 196:11,12,13
**beers** 158:5
**bees** 232:6
**beetle** 215:4
**began** 159:24
**beginning** 10:17
**behalf** 1:4 4:24 5:18 83:18 229:24
**belief** 92:19
**believe** 25:24 27:2 31:9 33:19 35:24 36:3 61:6 64:3 72:10 82:19 83:7 93:8,10,13 98:5,22

101:4 103:9 108:8
112:11 114:10
128:17 140:13
150:8 151:17
154:20 173:1
204:16 232:24
233:6,15,21
**beneath** 67:16
**bennington** 1:17
2:13 4:20 9:19
11:2,21,22 12:14
13:1,4,14,20 14:3
15:3,12,19 16:14
17:5,19 18:4 19:6
19:7 21:21 22:17
56:2,6,9 74:4 77:4
78:1,17,22 79:3,12
79:15,17,22 83:4
94:12,15,17
101:23 104:16,21
106:15 107:1,3,6
107:16,25 108:3
109:24 116:25
129:13 135:22,25
136:2,6 140:23
148:8,8,11 152:22
155:23 157:16,17
158:24 162:4,5,7,7
162:11,12,17,24
163:6 186:6 224:2
227:5,7
**benomyl** 190:7
**benzene** 190:9
**berkshires** 80:3
**beryllium** 190:11
**best** 6:17 8:6,12,20
16:19 37:20
110:14 126:10
130:11 153:10
**betablocker**
127:23 129:23

**beth** 1:14 236:2,21
**better** 11:20 58:14
120:4 147:22
233:22
**beverage** 197:20
**beverages** 156:4
156:21,24 157:3,9
157:16,24
**beyond** 121:11
133:17,18 229:19
**bicycling** 139:1
**big** 52:24 53:4,17
68:4 76:12 158:19
**bigger** 46:13
**bike** 124:6
**bilirubin** 122:20
**bill** 72:19
**biology** 10:21
186:22
**biomechanical**
142:4
**bird** 26:25
**bird's** 28:17 29:3,6
**birds** 26:18
**birth** 6:10 105:10
140:4 141:14
**bishop** 226:4
**bit** 9:8 22:14 26:12
26:17 45:3,8
52:14,17 77:19
85:2,24 99:5
118:22 119:6,19
131:14 138:23
139:1 155:10
189:20 197:10
205:7 210:1
**black** 3:11 190:15
196:14
**bleach** 216:4,5
**block** 44:24 77:16

**block's** 44:24
**blockage** 118:7
**blood** 113:4,20,21
115:9 117:1,6
118:13 119:23
120:1,3 142:21
143:25 144:6,10
145:12 151:10,12
151:18 154:16
179:1,12 226:23
231:18
**blue** 3:14 44:17
59:10,22 113:15
113:16 201:13
224:8,9
**board** 9:15
**boards** 162:19
**body** 219:24
**boiler** 50:15 51:23
51:24,25 52:3,12
**boils** 178:17
**bok** 196:18
**bone** 184:2
**border** 164:13,14
164:19,20,23
**born** 105:5 106:23
106:24 107:25
108:1,2,3 140:5,7
141:17,19
**bottle** 156:12
208:18
**bottled** 88:17,17
89:1 93:22 100:1
157:18 158:12,14
158:25 176:20
177:3
**bottles** 87:19
103:4 159:20
**bought** 70:18
**boundaries** 162:6

**boundary** 31:22
31:23
**bourbon** 196:20
212:18
**bowl** 134:3 218:16
218:17
**bowling** 164:16
**box** 171:24
**boy** 9:11 202:20
212:7,23
**boys** 63:8
**brake** 184:14
**brandies** 202:21
**brazil** 196:22
**bread** 212:20
**break** 7:11,14
53:24 97:7 133:6
174:17 222:5
230:19
**breakfast** 134:1
201:18 206:8
213:1
**breath** 218:7
**brewer** 158:3
**brewing** 157:6
**brick** 46:3
**brief** 54:4 97:12
174:20 230:25
**briefly** 10:2
**bringing** 229:6
**brings** 93:13
**broader** 93:19
224:20
**broadly** 102:13
**broccoli** 196:24,25
**broker** 71:15,16
82:14,21
**brother** 141:22
142:1,4
**brother's** 141:15

brought  86:15
  100:2
brown  197:1
  205:11
brownfield  16:23
  53:21
brownfields  22:13
brussel  197:3
  207:8
brussels  197:4
buderus  50:15
budget  11:13
bug  214:15
build  44:14
building  25:12
  28:24 49:2 106:8
  118:7 189:22
  228:22
buildings  55:20
  76:24
builds  16:11
built  25:20,21
  27:18 31:25 33:1
  36:25 37:1 41:19
  44:9 45:24,24
  47:3,7,7,8,12 48:4
  48:5,8 52:1 63:4,7
  67:4 73:19 82:18
  106:8
bullets  220:24,25
bunch  196:5
burger  134:25
  161:8
buried  53:6,21
  67:16
burlington  170:22
burn  51:14,15
burning  164:2
  220:20
burns  51:18,19

burying  53:17
business  87:5
butadiene  188:15
butter  197:6,7,7
  202:15,16,18
  206:19,21,23
buy  195:17
buyer  81:24 92:7
  96:23
buyers  92:17
bypass  89:13
  90:10,17

**c**

c  2:1
cabbage  197:11
cabinets  38:19,20
  38:23 39:7,21
cadmium  190:13
caffeinated  197:16
  197:17,20
cage  26:18,25
cake  138:12,14
call  33:12 65:18
  126:8 220:15
called  10:21 28:14
  43:22 77:23,25
  89:21 127:23
  137:4
calories  109:12,18
cambridge  164:17
camden  74:19
camden's  75:10
camera  126:20
  221:22
canada  170:12
cancer  111:10,23
  111:25 140:10
  142:8,10,17,21,25
  143:5,6,9,16,21
  178:22

candies  138:14
candles  219:18
candy  138:13
caption  4:22
  150:10,21
car  116:2 170:16
  171:2 176:7 192:6
  216:3 218:11
  219:24 220:1
carbon  89:13,18
  90:16 159:6
  190:15,17
cardiac  117:22
  119:21 126:11
cardiologist
  117:15 129:21
  130:5,7
care  41:20 109:20
  110:2,5
career  146:2
caribbean  204:21
carpentry  184:16
  194:15
carpet  71:4 217:23
carrier  71:17
carrots  197:22,23
carry  225:3
cars  166:13
carter  108:8
case  4:22 5:2,3
  9:13,24 126:16
  150:10 184:7
  223:5,23,24 224:3
  224:11 225:5
  226:11 232:11
cases  9:4,10,12
cash  59:13 71:2
casing  63:18
casual  222:24
cat  171:19,21,23
  183:24

catheter  126:21
catheterization
  117:22 126:6,10
  126:11
cats  171:25 172:4
  172:7,7,10,16
cauliflower
  197:25
cause  89:22
  124:13 236:6,15
caused  90:22
  149:3
causing  115:13
celery  198:4,5
cell  4:9
center  78:4,12
  116:21,24
centers  79:24
central  141:4
  204:20
cents  102:14
ceramic  29:1,7,8,8
  29:10 40:12
ceramics  219:12
cereal  134:3 198:6
  198:7 205:2
certain  14:12,16
certainly  87:15,23
  102:23 137:15
  147:11 180:23
certificate  236:1
certification
  146:18
certify  236:3,7,13
cetera  69:20
chagrin  195:10
chain  134:11
  194:17 223:10
chairs  193:4
challenge  83:9

**challenged** 83:14

**change** 12:5 87:7
87:17 99:24 172:2
176:10

**changed** 24:7,11
25:3 26:1,17
27:16 33:23 34:6
34:7 37:8 38:3
41:12 52:13 55:10
87:15 88:10 101:9
119:2 127:11
172:8

**changes** 17:7 85:5
85:9 87:11 235:5

**changing** 102:24

**characterize** 66:15

**charcoal** 161:4,5

**charge** 150:14

**check** 120:2

**checked** 114:5,6,8
124:4 143:22

**checking** 120:20

**checkup** 110:18
110:22,25 111:1,3
114:1

**cheese** 198:12,13
198:13

**chemfab** 14:4 15:4
18:3 148:10
226:14,16 228:22
229:14 230:16

**chemical** 93:5
148:15 151:24
184:18

**chemicals** 100:20
100:21,25 101:2
213:21 218:19

**chemistry** 193:17

**cherries** 198:9,10

**cherry** 198:8

**chicken** 161:10
174:11 198:16,17
198:17

**children** 52:15
145:17

**chili** 198:20

**chills** 116:7

**chinese** 198:21

**chip** 208:2

**chips** 194:17
207:24,25

**chlorambucil**
181:2

**chlordane** 190:19

**chloride** 194:8

**chloroform**
190:21

**chloroquine**
190:23

**chocolate** 198:25
199:1,3

**cholesterol** 111:14
113:22 114:5
118:20,22 119:5
120:25 121:9,14
128:3,17,25 129:3
129:7 145:8,9
152:10 153:15
154:8,16,17

**choose** 51:15
130:16

**chose** 50:25

**choy** 196:18

**christmas** 191:4

**chromium** 190:25

**chronic** 111:4,7
123:13 141:9
145:22

**chuckle** 49:19
74:14

**cider** 195:4,5,6

**cigarettes** 131:1

**cigars** 131:1

**cincinnati** 71:19

**cinnamon** 199:4

**circular** 194:16

**circulation** 18:1

**circumstances**
73:15 110:8

**cities** 136:12,13

**citrus** 199:6,7
218:10

**city** 13:18 53:3
63:8

**civil** 1:5 5:4

**claiming** 103:20

**claims** 8:3,4,5,6

**clarification** 100:4

**clarify** 39:6

**clarifying** 232:2

**clarity** 62:13

**class** 1:4 4:24
146:18 147:8,12
147:16,22,23,23
148:2 149:7
226:10 229:22,23
229:25

**classic** 49:6

**classified** 98:23
126:5

**clay** 67:6

**clean** 65:3 175:22
176:5,21,22,24
216:2,9 217:21

**cleaned** 41:15
166:20,23,25
176:6 220:1

**cleaner** 216:2
217:18,20,23,25
218:2,3

**cleaners** 215:21,22
215:23,25 216:6
216:17 218:16,17

**cleaning** 139:23
139:24 186:12
189:2 193:24
220:22

**clear** 6:18 7:2,24
37:14 40:23 86:4
99:8 150:1 172:4

**clearly** 46:19
109:6

**client** 7:17 8:3
150:4

**clofibrate** 181:6

**close** 46:22,25
101:25 117:14

**closer** 45:20

**clothes** 166:20
175:11

**clothing** 166:1
191:9

**clots** 179:1

**clotting** 118:12,18
231:19

**clue** 20:25

**coach** 185:25

**coal** 191:2,3,4,6

**cocaine** 133:2

**cocoa** 199:21

**coconuts** 199:23

**coffee** 137:6,9,11
137:12,13 138:1,4
156:14,18 157:25
158:1,2 164:8
197:18,19

**coins** 192:19

**coke** 157:18,18

**colby** 10:24

**cold** 181:19,20,25

**coleslaw** 197:12
197:13
**collard** 199:25
**collars** 173:3
**collateral** 82:3,11
**colleague** 222:4
**college** 10:24
77:14 94:13
105:11 132:22
139:11 184:8
186:14,15 188:6
193:17
**colloquy** 121:25
210:18
**colon** 142:25
146:2
**colonial** 49:6
**colonoscopies**
142:14
**colonoscopy** 112:8
112:9,15,19 126:6
**colorectal** 142:10
142:17
**colt** 132:9
**coltsfoot** 200:2
**colvin** 76:18
**comb** 173:20
**combination**
134:6
**combined** 71:21
**come** 77:4 78:16
83:21 159:17,25
**comes** 50:6 93:4
99:16 159:19
**comet** 216:6,7,12
**comfort** 88:1,8,9
**comfortable** 86:6
86:20
**comfrey** 200:4
**coming** 21:25

**commence** 6:1
**commencing** 1:18
**comment** 77:4,11
171:12
**commented** 77:3
**comments** 76:19
**commercial** 55:15
169:13
**commission** 9:20
9:23 11:3,7,16,22
11:23 12:15,22
14:1,4 15:3,12,19
16:15,20 17:6
21:22 22:14,17
56:10 79:8 106:15
155:23 235:20
236:23
**commissioner**
227:25 228:6
**commissions** 12:1
162:19
**common** 54:13
**communicate**
227:4
**communicated**
226:13 227:6
230:15
**communicating**
223:23
**communication**
226:21 229:13
230:5
**communications**
150:2 222:25
223:6,8 229:15
**communities**
17:23
**community** 84:12
93:25 94:3,7,21
149:17 223:12
233:24

**commuting**
170:19
**company** 44:14
72:15,18,22 157:6
219:5,6 230:17
**comparable** 42:6
**compared** 173:15
**comparison**
173:14
**compensation**
140:1
**completed** 35:7,8
56:17 116:11
**completes** 97:9
234:5
**completion** 107:6
**complex** 50:16
**complicated** 49:21
57:10 118:23
**complying** 24:25
26:25 28:1,4 29:5
29:22 30:7 32:8
33:7 35:14 37:6
37:21,23 38:10,14
39:4 40:11,21
41:10 62:12 76:16
**composite** 39:8,17
**compound** 189:2
189:19
**comprehensive**
22:3
**computer** 236:9
**concern** 53:6 93:7
93:17 100:22
112:5 149:15
152:9
**concerned** 19:5
20:3
**concerns** 14:23
18:19 20:21 21:5
21:12 90:6 121:5

139:22 150:7
153:2,13 154:7
**concerted** 156:3
**concludes** 42:15
**concrete** 30:4,7
37:18 53:15 67:11
**condition** 93:1
111:17 144:3,3,15
154:20
**conditioning**
49:15 54:24
**conditions** 111:4,7
123:6,10 124:24
125:9,11,15 129:9
138:25 141:9
142:2 144:1
145:23 152:3,6
167:24 177:8,10
180:1
**conduct** 153:12
**conducted** 120:24
153:22
**confirm** 231:9
**confirmed** 152:18
152:19
**congratulations**
213:14
**connect** 64:22
65:2,5
**connected** 65:9
67:14 93:12,23
227:11
**connection** 11:9
12:24 61:3 92:18
93:6 222:18
224:19
**connective** 123:22
**conservation**
226:20 227:2,15
228:1,25 229:16

consider   64:21
  102:13 147:21
considered   17:8
  75:2
considering   75:1
consistent   163:12
consisting   134:2
constructed   27:14
  38:24 46:1,3
  85:11
construction   3:15
  38:21 44:14,17
  56:17 58:24 59:11
  59:12,19 60:6
  61:9 63:6,15 69:6
  70:25 84:8 184:20
consult   84:25
consultants   17:1
consultation   84:23
consulting   129:20
consume   87:21
  109:12 131:3,5
  159:17 174:6
consumed   160:3
consuming   89:17
  132:3
consumption
  100:3
contact   69:15
  81:22 150:6 151:5
  188:11 225:11,24
contacted   149:23
  150:8 151:7 227:8
  228:9
contain   138:12
  156:5
containers   193:3
contaminated
  86:3 93:4,21
contamination
  17:23 19:18 21:11

93:20 94:25 95:11
  95:19 96:1,12,17
  96:18 97:3,6
  229:10
contemplated
  73:18
contemporary
  49:5
context   88:6
  183:22
continue   4:12
continued   229:16
continues   29:19
continuing   88:25
  116:4
contract   44:13
  59:14,20,21 69:12
  69:16
control   218:21
  219:5,6
convenient   80:5
conversation   7:1
  222:24 225:14,17
conversations   4:8
  223:18 225:15
  227:14,19
cook   160:24
  175:20 176:19,20
  197:23 202:25
  205:7
cooked   162:1,3
cookie   138:14
cookies   138:13
cooking   160:25
  217:9,11,11
cooks   198:1
cookware   166:5
cool   51:12 55:14
  75:10
cooler   158:20,22
  160:11

copper   189:19
cordon   201:13
corn   200:6,7,7
corned   200:10,14
cornell   10:10,15
  105:13
corner   32:2 79:24
coronary   114:12
  115:7,10 126:18
corp   5:12
corporation   1:9
  5:1
correct   11:4 12:18
  22:19 23:10,11
  27:4,5,15 31:5,6
  35:4,5 39:15 40:3
  43:2 44:18,19
  47:18,22 48:21
  60:1 61:4 62:15
  69:1 83:5,7 84:17
  84:18 85:7 90:11
  97:22,23 98:8
  99:10,12 104:19
  104:22,23 105:21
  107:1,11 112:6,15
  112:21 116:22
  118:14,20 119:14
  121:1 124:7 128:4
  138:8 140:21
  145:18,19 147:5
  154:9,10 156:16
  156:17 162:13
  169:3 177:4 179:3
  231:12
correction   237:4
corrections   235:4
correctly   20:6
  21:1 59:17 74:24
  77:1,7 86:14
  110:24 122:24

correlated   129:3
  143:15 152:4
cosmetics   218:14
cost   51:1 58:25
  59:14,19,21,24
  60:5,6 65:4,7
  69:16 72:13,23
  91:24 92:4 103:15
cotton   191:8,9,10
counsel   4:21
count   43:11
counter   181:18
countertop   40:7
  41:8
countertops   38:11
  38:11 41:7 176:22
country   3:10
  19:18 138:25
  165:17 167:25
  186:4
counts   164:9
county   9:19 11:3
  11:21,23 12:14
  14:3 15:3,12,19
  16:14 17:5 21:21
  22:17 56:7,9
  106:15 155:23
  162:8,12,24 163:6
couple   33:2 35:23
  40:2 47:24 60:11
  70:1 77:12 87:15
  106:3 156:9
  162:21 165:8
  167:16 169:11
  170:7 172:9,23
  174:8 191:3
  196:16,16,25
  197:5,24 198:5,18
  198:18 201:24
  203:6,8 205:4,8,23
  206:2,16,20,25

208:19,20 211:11
212:1,4 215:12
217:2,13 218:3,12
224:14 227:3
228:16
**couples** 208:23
**course** 7:22 16:16
162:10 205:18
213:10
**court** 1:1 5:3 6:18
7:2,8 8:4 19:14
23:21 25:9 34:24
59:7 74:12 76:4
133:19 146:13
148:20 232:21
**courteous** 8:7
**cousins** 144:12
145:1
**cover** 110:21
**coverage** 72:4
**covered** 61:12,21
61:24
**craft** 221:18,20
**cranberry** 200:12
**crap** 138:9
**cream** 138:13,14
200:19,21
**created** 12:1
**creatinine** 122:15
**credit** 60:21
**creosote** 191:11
**crestor** 119:8,9,10
127:21 130:1,2,6
**crop** 191:13
**crops** 86:2
**cross** 113:15
138:25 165:17
167:25 186:4
**ct** 183:23,25
**cucumber** 207:17

**cucumbers** 87:2
200:23 201:1
**cuisine** 135:19
136:9
**culligan** 89:13,21
**cup** 134:4 137:9
157:25 198:10
**cups** 137:8 156:14
**cured** 201:3,4,5,8
201:9
**curiosity** 42:3 53:2
67:1
**current** 9:18 11:5
82:3,6 92:25
108:14,16 123:6
**currently** 11:2
55:12 73:4,13
77:24 127:20
129:20 180:5
**curve** 46:18
**cuts** 126:1,4
**cv** 1:6 5:4
**cvs** 129:13

**d**

**d** 1:3,13 3:2,18
4:22 5:5 6:2,9
97:10,16 141:18
146:16 174:24
180:5,25 188:21
234:6 235:10
237:25
**daily** 130:14
182:19 197:10
**damage** 90:23
91:3,21 92:2
147:16
**damages** 148:7
**danette** 141:18
**daniel** 140:5
**dapsone** 181:8

**data** 84:19
**date** 4:15 6:10
19:25 35:3 237:3
237:25
**dates** 140:4 141:14
**daughter** 107:3,5
107:12,13,14,15
107:22 142:24
145:25 169:25
**daughters** 106:21
107:10,21 145:16
172:5
**david** 2:12 5:16,22
150:8
**david's** 42:13
**davis** 2:8 141:19
**day** 11:12,12
51:10,12 58:17
89:7,7 109:13
116:13 117:7
118:11 137:8
138:11,18 139:5
155:3,7,9 156:1,8
156:14 158:8
160:17,18 162:17
167:2,5,5,11,21
168:5 170:15
200:14 235:13
236:17
**dayquil** 181:18
**days** 139:11
170:21 175:10
225:12
**ddt** 191:15
**deadlines** 15:17
**deal** 53:7
**deals** 148:21
**dealt** 22:2
**dec** 227:24
**decaf** 197:21

**december** 141:20
**decide** 149:14
**decided** 29:18
**decision** 9:14 52:9
**decisions** 38:2
**deck** 37:16 189:22
**declaration** 3:18
146:16
**decoupage** 219:14
**deductible** 113:12
113:14,15
**deep** 62:24 63:2,9
63:11 65:21
214:10
**deeper** 63:12
**deer** 174:8,9
**defendant** 1:10
2:16 5:1,11,15
**definitely** 174:14
**degreasing** 185:22
186:8 191:17
**degree** 10:10,12
10:15,16,20
105:16
**degrees** 10:5,6,9
10:14
**delicatessen**
201:11
**delivered** 87:20
159:20
**demand** 52:17
**density** 118:23,24
**dental** 139:21,21
183:14
**dentist** 139:17
**deodorant** 214:2,6
214:8,9
**deodorizers** 173:7
**department**
151:14 226:19,22
227:2,7,15 228:1

228:21,24 229:15
**dependent** 51:9,9
**depending** 166:15
**depends** 51:8
167:24 175:5
**deployed** 229:7
**deponent** 235:1
236:4,12
**depos** 133:20
**deposed** 6:14 9:2
216:13
**deposition** 1:13
4:11,17 5:13 8:16
9:1,5,22 19:11,15
23:18,22 24:18
25:6,10 34:20,25
36:14 59:4,8 74:9
74:13 75:25 76:5
97:10,15 109:8
146:10,14 174:23
232:18,22 235:4
236:7
**depositions** 9:6
**depot** 77:18
**descending** 115:6
**describe** 11:5
12:11 15:10,13
47:25 49:2 57:16
93:25 126:9
133:25 141:5
145:20 227:13
**described** 33:14
87:7 93:9 229:4
229:20
**description** 3:9
**design** 26:17 34:6
34:12
**designed** 34:14
**despite** 204:3
**destination** 169:21
170:11

**destroying** 127:6
**detail** 26:12 34:13
38:16 49:2 111:21
222:22
**details** 9:11 14:14
59:11 61:12,15
96:3 229:2
**detectable** 96:20
**detected** 98:23,25
99:3 101:12,15
121:14 158:24
159:23 175:15
176:9
**detection** 101:9
**detract** 94:22
**detracts** 95:1
**develop** 78:17
84:20
**developed** 47:23
**development**
11:14 12:10 47:20
47:22 48:3 76:21
79:9 220:5
**developments**
47:12
**devices** 130:23
**dhea** 182:20
**diabetes** 179:6
**diagnosis** 129:5
**diagnostic** 125:2
**diarrhea** 179:8
**diazepam** 182:3
**dibenzyline** 182:9
**died** 111:25
**dieldrin** 191:19
**diesel** 191:21
**diet** 109:1,2,10
133:25 137:18
**dietary** 130:18
182:17

**difference** 34:10
60:2 147:19
**different** 35:21
66:12 92:16
135:23 138:10
154:15,16 159:8,9
175:16 176:6
200:13 205:14
**differently** 92:17
**difficult** 51:7
**difficulty** 116:4
**dig** 53:7 67:20,25
**digging** 184:22
**digital** 221:22,22
**diisocate** 194:5
**diisocyanate**
194:6
**dining** 28:25
**dinner** 134:7
161:2 209:11,14
**dioxin** 191:23
**direct** 3:3 6:5
98:16
**directed** 228:19
**directly** 11:18
13:25 50:3,6
66:19,22 154:1
197:8
**director** 11:6
21:21
**dirt** 67:7
**disbursement**
59:13
**disc** 97:9,15
174:23
**discharged** 117:11
**disclose** 97:1
**disclosure** 39:25
96:22
**discomfort** 116:6

**discontinued**
231:15
**discover** 115:23
**discovered** 117:23
118:1 149:24
227:18
**discovery** 17:18
21:10 83:4,17
85:17 87:12 88:2
90:21 112:13
**discuss** 224:11
**discussed** 123:14
218:24 221:19
222:20 224:21,24
**discussions** 229:8
**disease** 152:9,10
**dish** 207:8
**dishes** 175:7,10
**dishwasher** 188:8
**disinterested**
236:14
**dislike** 103:4
**disrupt** 149:2
**disruptions**
124:13
**dissection** 114:13
117:24
**distance** 169:17
**distress** 149:3
**district** 1:1,1 5:3,3
**disulfiram** 181:10
**diupres** 182:11
**diutensen** 182:11
**divorce** 58:5,7
**divorced** 58:3
**divulge** 150:2
**doctor** 114:25
115:2,14 119:14
124:17 130:1,15
139:13 152:13
153:9,11 154:14

**doctors** 115:16
139:15,18
**document** 27:2
76:12 146:22,24
147:4
**documented** 96:1
**dog** 37:12,12,19
41:17,19 69:19
70:7,7 132:15
172:23 173:2
**dogs** 168:6 172:13
172:15,19,22,24
173:3
**doing** 112:14
149:13 155:8
168:2
**dollars** 102:14
103:24
**dome** 14:21,21
**domestic** 100:2
**donnatal** 182:7
**door** 28:1 34:7,14
39:18 66:22 116:3
136:7
**doors** 34:8,12
38:25
**doorway** 27:21
**dosage** 118:10
119:2,14,15,18
231:25
**dose** 127:23
**double** 213:19
**doug** 76:19 77:4
77:13 78:20
**downhill** 165:18
**downsize** 73:21
**downsizing** 73:24
**downtown** 77:17
78:4 104:21
135:24 136:6

**downtowns** 76:25
**dozen** 163:9
183:13
**dr** 109:21,23 110:2
110:15 111:5
120:7,12 124:16
124:19,20 129:17
130:6,9,17 139:16
139:16 152:15,17
153:23
**drain** 217:25
**drawers** 39:18
**drawing** 27:25
29:12 30:19,22
32:5 33:5,24 36:6
37:19 39:3
**drawings** 25:19,22
25:24 26:2 32:12
**dream** 88:4
**dressing** 212:12
**dried** 201:14
**drilled** 63:3,5,18
**drilling** 63:17
**drink** 131:17,20
131:20,23,25
132:20 137:6,8,16
137:18,20 156:1,3
156:12,13,21
157:3,16 158:7,11
158:16,18,25
159:2 163:19,21
164:5,7 165:12,14
175:24 177:3
**drinker** 158:20
**drinking** 137:12
137:13 156:4
**drinks** 197:16
**drive** 14:5 102:2,3
129:13 170:21
**driveway** 31:16
33:3 35:25 36:1

36:12,17 60:9
**driveway's** 36:6
**driving** 166:16
**drug** 180:8
**drugs** 133:1
**dry** 166:20,23
186:12
**drywall** 90:23
91:3,6
**dsilver** 2:14
**due** 102:9 103:10
143:9
**dugan** 228:4,5
**duly** 6:2
**dump** 218:20
**dust** 189:2 191:13
194:12,13
**duties** 11:24 15:18
149:6
**duty** 149:5
**dye** 126:18 217:3
**dyes** 191:25

**e**

**e** 2:1,1,6,10,14,19
2:23 3:8,14,16
59:10,23 74:17
75:8,22 130:11
141:18,18 222:25
223:4,5,8,10,11,16
223:20 227:21,21
237:1,1,1
**earlier** 37:11
70:15 116:13
**earliest** 121:18
**early** 223:8 227:17
227:17 230:2
**earn** 10:9
**easier** 155:3
**easily** 146:16
**east** 62:6

**eastern** 31:23
32:23
**easy** 6:22 155:4
**eat** 134:8,14 135:2
135:5,10,12,20
136:12,18,21
137:4 138:11
161:2,6 162:1
194:19 195:15,15
195:24 198:13,21
201:10,10,22
203:7 205:22
207:3,10 209:5
**ecology** 186:16,17
186:18,20
**economic** 12:9
79:9
**economics** 102:12
**economy** 76:18
**editorial** 171:12
171:13
**education** 10:2,4
**edward** 4:14
141:16
**effect** 99:25 127:5
149:16
**effects** 20:3 21:5
111:15 120:21
148:24
**efficiency** 51:24
51:25
**effort** 103:3 118:6
**eggplant** 201:21
**eggs** 201:16,17,17
**eight** 41:15 85:11
167:20 169:7
**either** 8:10 13:18
66:23,24 72:12
82:2 94:9,9
107:21 142:1
197:7 201:17

202:11 209:14
213:12 229:22
ejoselson  2:6
electric  67:18
  166:14
electronics  187:1
elements  34:17
elevated  111:14
  121:9,14 145:9
elevation  33:20,25
elevations  25:12
emanuel  2:17,21
  5:11,15
emergency  12:8
  116:23
emily  2:4 5:20
  133:22
emotional  179:22
emphasis  54:17
employee  230:16
employment  9:3
  9:19 184:7
empty  66:25
enclosed  44:7
  53:14
endive  202:1
endurance  142:6
enema  183:19
energy  12:7 22:15
  50:19
engine  191:21
  220:1
enhance  94:1,3
enjoy  110:2
enjoyed  134:20
enjoyment  88:1
  149:1
entered  44:13
entertain  101:6,10
entire  93:21

entry  30:13
  176:14
entrée  209:11
enviroattorney.c...
  2:10
environment
  148:16,16
environmental
  10:22 12:9,25
  13:3 16:21,25
  50:25 53:6,10
  226:19 227:2,15
  228:1,24 229:16
environmentally
  53:9
equals  59:15
equity  60:20 82:4
  82:7
eraser  217:7,8
errata  235:5
eryzole  182:15
especially  223:8
  230:6
esq  2:4,8,12,17,21
estate  74:18 75:6
  80:13,21 81:11,11
  81:25 82:1,14,19
  82:21
estimate  82:17
  83:21 84:1 168:14
estimated  80:23
  81:3 82:15
estimation  72:16
et  1:3 4:23 69:20
  237:2
europe  170:13
evaluate  153:12
evening  55:14
  168:8
evenings  162:20

event  14:1 236:14
everybody  75:9
  96:4
ex  56:22 57:5,7
  58:9
exact  113:17
  178:15
exactly  7:7 98:10
  102:1 113:19
  115:7 119:11
  120:9 137:14
  151:13
exam  42:16
  119:25 139:12
examination  3:3
  6:5
examined  6:3
  116:25
example  13:9
  46:18 154:8
  176:17 201:7
examples  13:6
  70:1
exceed  101:2
excellent  104:11
  110:4
exception  7:12,15
exclamation  74:22
exclusions  72:4
exclusively  131:24
  226:18
excuse  20:23
  194:5
executive  11:6
  21:20
exercise  138:20,22
  139:3,4,6,7
exercising  139:9
  160:19
exhaust  191:21

exhibit  3:9,9,10,11
  3:12,13,14,16,17
  3:18,19 19:11,15
  23:18,22 24:19,24
  25:6,10 34:19,20
  34:25 59:3,4,8
  62:8,14,17 74:8,9
  74:13 75:24,25
  76:5 146:10,14
  232:16,18,22
exhibits  23:17
  61:14 146:8
exiting  99:3,8
expansion  64:14
expect  54:13 97:1
expectations
  15:21
expense  103:6,14
  103:15,17
expenses  102:9,13
  102:15,19,21
  103:10,23 104:1,5
  113:13
experience  53:20
  80:12 115:24
experienced  116:6
expert  49:11 58:19
  63:17 115:1,2
expertise  128:23
expires  235:20
  236:23
explain  28:13
  155:4
explanation  118:3
exposed  22:11
  147:13 149:4
  151:22 171:16
exposure  129:4,10
  143:15 147:8,23
  148:2,9,25 152:4
  154:21

**express** 169:22
**extended** 48:7
  165:6
**extent** 48:1 50:11
  133:16 223:22
**exterior** 25:24
  26:1
**exterminating**
  187:19
**extract** 182:22,24
  183:1,3,5
**extreme** 142:5
**extremely** 49:10
**eye** 28:17 29:3,6
  124:4

**f**

**f** 2:12 5:22 130:11
**fabric** 159:4 217:5
**fabrics** 14:11
**facade** 42:22
  68:24
**facebook** 3:17
  76:8,10
**faces** 39:13 204:15
**facilities** 94:14
**facility** 229:14
**facing** 26:7 42:21
  42:25 68:23 69:20
  70:8
**fact** 21:9 27:23
  67:3 86:7,8 92:8
  94:24 95:6
**factor** 143:9
**factors** 94:21
  152:1
**factory** 148:11
**facts** 149:10
**fair** 85:24 138:23
  233:8
**fairly** 149:10

**fall** 167:14 177:15
**familial** 146:1
**familiar** 100:24
  122:17,21 153:6
**familiarity** 114:16
**family** 23:14 82:10
  111:8,10,24
  113:15 141:21
  143:2,5,7 163:4,9
  163:9 165:4 170:6
**far** 54:19 98:3
  103:1 140:22
  153:22 154:13
  188:18 221:19
  229:5 232:5,5
**farm** 85:19
**farmer** 87:5
**farming** 187:3
**fascinating** 104:11
  104:13
**fast** 134:8,11,15
  134:24 135:2,6,12
**father** 111:25
  140:9 142:20
**father's** 140:5
**features** 31:10,14
**february** 35:3
  140:13
**feel** 16:1 86:19
  89:15
**feeling** 88:8
**feet** 44:3,6 63:1,8
**felt** 20:11 65:2
  86:5,5 127:1
**fences** 61:18
**fertility** 179:16
**fertilizers** 215:17
  215:18,19
**fever** 180:14
**fiberglass** 192:2,3
  192:4,8

**fiddlehead** 202:3
**field** 10:19 186:21
**fieldwork** 186:23
**fifth** 20:2
**figs** 202:5
**file** 149:14 225:19
**filed** 5:2
**filing** 149:20
  222:13 225:8
  229:17
**fill** 85:12 166:11
**filled** 52:20 115:11
  166:14
**fillipone** 130:9
  139:16
**film** 220:5
**filter** 91:17,19
  92:5 159:4,4,6,14
**filtered** 159:2,3
**filters** 89:13,19,24
  90:16
**final** 33:19 59:12
  169:21
**finance** 60:13 71:1
**find** 89:22 100:21
  112:12 146:8
  150:24
**finding** 225:12
**findings** 86:2
  88:23 152:20
**fine** 53:25 114:24
  144:17,25
**finger** 141:4
**finished** 10:17
  43:5 44:2 48:6
**fireworks** 221:3
**first** 17:10,12
  18:16,20 19:4,7
  25:23,25 26:3,4,5
  27:14 35:12 36:5
  43:4 48:3,3 50:23

52:14 63:6 74:22
  81:12 98:6 101:12
  105:23,23 106:5,7
  106:11 112:9,13
  116:23 119:16
  121:8 132:9,20,20
  145:1 147:25
  150:11,20 151:5
  192:3 225:9 233:2
  233:4
**fish** 130:14,17,21
  161:24 182:18
  202:7,8 207:14
  208:14 210:21
**five** 45:3,11 62:18
  107:19 108:8,15
  161:3 165:6
  168:24 170:23
  183:16 195:18
  198:11 201:13
  203:1,24 204:6
  209:16 230:20
**fix** 91:18,21,24
  92:4
**flagyl** 181:16
**flattered** 150:20
**flattering** 150:24
**flavoring** 212:6
**flea** 172:21 173:1
  173:3
**flexible** 43:8
**flights** 169:17,20
  170:5
**float** 75:7
**floor** 3:12 25:13
  26:5 27:3,3,17,17
  27:20 28:5,5,20
  29:6,6,8,19 30:5,7
  40:6 41:6 43:4,5
  43:16,19 50:13
  51:20 53:15

215:25 216:1,20
**flooring** 27:7 28:8
28:10,17 30:3
**floors** 27:13 70:22
**flow** 115:12
**flowed** 115:9
**fluid** 217:7,8
**fly** 169:13,15
170:4
**flying** 169:24,25
**focus** 111:17
**folks** 223:12
226:19 230:4
**follow** 110:12,13
110:13 112:11
114:11 125:3
128:14 225:15
229:8
**followed** 111:11
**following** 28:2
29:21 31:2 37:7
39:5 40:1 41:11
42:5 114:12
128:15 194:20
213:23
**follows** 6:4
**food** 134:8,11,15
134:25 135:3,6,12
137:2 138:1 174:4
196:16 210:1
213:14 215:1
**foods** 138:11
194:20 202:15,16
**foot** 26:9 108:15
124:2,20,25
180:10 183:15
**footage** 43:25
46:24
**footprint** 46:19
**forced** 49:18

**foregoing** 235:3
236:10
**forest** 80:7
**forget** 17:23
199:13
**forgive** 23:2
**forgot** 91:11
**form** 15:5,22
16:18 18:12,21
20:13 32:20 84:2
143:18 153:25
155:5 168:21
198:19 199:1,7
208:2
**formal** 81:1
**former** 77:17 82:3
148:10 229:14
**formica** 41:8
**forth** 164:19,20
168:15 170:8,19
170:24 223:2
**forward** 225:4
228:14
**foul** 172:24
**found** 112:10
116:3 151:18
172:25
**foundation** 42:23
67:9,11
**foundry** 187:5
**four** 43:24 45:21
45:22 57:12 62:18
107:19,19 165:6
168:1,9,23 183:16
195:18 196:13
198:7,15 201:19
203:1,24 204:6
205:3 207:13
209:11,16 213:5
**fourth** 27:1

**frame** 42:19
**frames** 39:12
**frankfurters**
161:16,17
**frankly** 144:11
157:15
**free** 41:17 167:7
194:22
**freestanding**
40:22
**frequency** 101:10
128:7 139:10
**frequently** 64:6
114:6,11 135:19
162:10
**freshener** 218:11
**fresheners** 173:7
218:9
**freshmen** 186:22
**fried** 161:18,20
201:17 202:10,13
202:15,18 206:7
208:4,5
**friend** 77:14 78:7
78:20 117:15
130:5 174:7
**friends** 115:16
164:17
**fries** 135:9
**front** 31:18 33:20
33:24 35:4
**fruit** 134:5 199:6,7
199:7,9,10 202:21
**fruits** 215:1
**fry** 210:11 211:2
**fueled** 50:14
**full** 27:20 39:25
40:19,24 43:14,16
43:18,23 236:10
**fully** 53:14

**fumes** 194:10
**function** 12:17
159:10
**functionality**
127:12
**functioning** 89:8
**fungal** 178:12
**fungicides** 192:24
218:22
**fungus** 178:14
**funny** 194:25
**furnishing** 38:2
**furniture** 166:24
216:22,23 217:1
219:22
**furosemide** 181:12
**further** 233:25
236:7,13
**future** 103:10
104:1

**g**

**gaige** 1:15 236:2
236:21
**gain** 50:5
**gained** 108:22
198:24
**gallons** 53:1
**game** 174:6
203:22
**gamma** 123:4
**garage** 34:7,14
44:7 171:2,6
**garden** 32:1,6,18
32:19,22,24 33:8
33:12 60:10 66:8
85:3,6 86:8
102:25 176:2
201:23 213:10
214:23 215:19,20
**gardens** 177:7

garlic  183:3
  202:23,24,24,25
gas  52:4,7 161:4
  166:7 179:14
  192:16 221:13
gases  189:12
gasoline  173:24
  187:21 192:5,6
gears  85:2
geek  50:19
geez  221:7
gene  142:24
general  57:17
  66:10 87:25 93:25
  110:21 114:16
  118:21 126:14
  133:24 152:12,12
  215:19 216:17
  225:13 227:18
  228:13 229:3
generalist  21:25
generally  12:5
  135:5,7 139:8
  155:21 176:2
  195:14
gentleman  227:21
geographic  22:6,7
  79:22
geography  140:22
getting  22:4 26:19
  38:15 103:3 114:4
  158:14 170:24
  216:13 223:25
  227:11
gin  203:2
ginger  182:22
ginkgo  182:24
ginseng  183:1
give  6:24 13:6,18
  18:8 45:18 61:14
  77:5 86:4 108:9

115:14 140:3
  141:14 153:20
  167:16
given  13:3,7 82:21
  151:21 174:8
  233:7 236:11
giving  9:10 24:19
glass  131:21 132:9
  157:13 160:14
  205:4 215:23
  219:20
glasses  36:8 156:9
  158:7,9 203:7
  208:19,21
glib  75:22
glutamyltransfer...
  123:4
go  4:13 6:16 8:7
  8:17 10:9 34:8
  63:1 89:16 99:25
  116:16 121:13
  131:14 135:19,22
  136:3,12 139:23
  151:3 163:10,15
  164:16,16,18,20
  164:21 167:25
  174:14 189:17
  203:22 206:8
gobain  1:8 4:25
  5:12 98:15 148:11
  148:13,15 226:15
  226:16 229:9
  230:16 237:2
god  214:3
goes  51:13 62:25
  87:14 90:13 99:5
  103:1 125:22,24
going  6:17,22 7:5
  7:7 17:14 23:16
  24:1,16 25:5 26:3
  42:17 45:2,8 53:1

53:23 54:2,6 90:2
  91:14 97:11,14
  104:9 108:24
  112:20 118:5
  122:23 125:6,12
  126:22 133:8,12
  144:1 155:16
  167:19 168:22
  170:20 173:10
  174:22 177:8
  178:5 180:16,17
  184:4 188:11
  213:18 214:3
  228:11,14 229:5
  230:24 231:2
  234:7
good  6:7 7:4 49:13
  71:18 77:21 79:11
  79:17,18 80:1,2
  132:3 133:5
  152:24 160:22,22
goodness  181:22
goods  197:9
gore  166:1,2
gosh  107:18 196:2
gotten  78:21 116:1
gout  178:8
government  55:20
  226:14
governmental
  12:13
grab  156:11
graduate  23:1
graduated  105:6
grains  212:24,25
grandkids  107:23
granite  38:11 40:7
  40:9 41:7
granola  203:10
grapefruit  68:6
  199:13,14

grapes  203:4,5,7,8
  203:9
grass  61:16,21,23
  61:24
gravel  35:25
great  8:21 41:22
  74:6 76:21 77:5
  111:21
green  76:23 80:6
  203:13 226:4
greens  199:25
  202:3 205:9
grew  105:3 106:25
  107:2 140:20
  213:9
grill  161:4,5,6,14
  213:9
grilled  202:12
grinold  76:17
ground  6:16
  202:13
groundwater
  102:10 103:11
  104:4 148:17
group  71:14 77:25
  78:1 173:15 223:9
  224:13,15,16
grow  85:14 86:7
  86:16,23,24 89:12
  89:18 105:2
growing  85:23
  86:21
grown  86:2
guess  29:16 31:15
  90:14 108:21
  123:9,12,22
  125:21 127:19
  139:17 157:15
  164:13,19 213:2
  214:22 216:23
  231:18

**guessing** 109:17
**guidance** 86:4

**h**

**h** 3:8 237:1
**h2o** 156:24
**hair** 173:12,18,19
173:20 213:25
214:3 217:3
**hairs** 173:22
**half** 43:13,20
163:9 170:20
183:13
**hallway** 27:8
28:12,13,13
**hamburgers**
161:18
**hampshire** 23:4
**hams** 201:8,11
**hand** 24:17 34:2
236:16
**handed** 19:14
23:21 25:9 34:24
59:7 74:12 76:4
146:13 232:21
**handled** 188:13
**handlers** 55:4
**hands** 11:18
**handwritten**
59:15
**happen** 65:21
71:23 104:24
183:23 185:17
204:21 220:24
**happened** 20:22
114:11,19 115:5,8
115:18 117:12
160:12
**happens** 12:15
**happily** 49:23
**happy** 6:21 83:19

**hard** 131:23,25
156:10 168:13
195:5
**hardware** 77:17
**hardwood** 27:7,8
27:13 28:16,20,22
29:4,6
**harmful** 148:15
**harsh** 214:4
**hate** 171:10
**haul** 87:20
**hay** 180:14
**hazardous** 16:16
16:22 17:8
**head** 11:21
**health** 16:2 20:3
21:5 57:22 141:6
143:13 145:20
148:24 151:14,25
152:2,12 153:2,7
153:13 154:19
226:21
**healthcare** 153:6
**healthy** 141:7
145:21
**heard** 17:10,12,21
18:16,16,20 19:5,7
110:24
**hearst** 124:20
**heart** 111:18,18
115:13 117:18
128:2 144:5 145:4
231:15
**heat** 51:4,6,11,11
**heated** 51:22
**heater** 221:15
**heating** 49:17,25
50:5,8,13,14,21,24
51:8,20 54:11,14
54:18

**heats** 50:10 52:18
**heavier** 134:7
**heel** 184:1
**height** 40:24
108:14
**held** 4:17 21:23
**helped** 224:14,17
**helpful** 49:10
57:18 162:9
184:11
**herbal** 180:6
200:2,4
**herbicide** 188:19
188:21
**herbicides** 218:22
**heron** 3:14 44:17
59:11,22
**hesitate** 45:3
**high** 15:21 51:24
105:6,10 107:7
113:12 118:23
119:20 128:17,25
129:6 132:10
145:8,12 146:2
179:12 185:20,24
185:24
**higher** 118:10
**highest** 10:3 51:25
**highly** 94:16
**highway** 13:16
187:9
**hill** 3:10 19:17
223:17
**hire** 16:25
**hired** 21:24
105:22
**histories** 144:21
**history** 8:10 48:2
111:9,24 112:1
125:8 142:21
143:5,7 184:7

**hit** 67:25 68:2,2
**hmm** 7:1 28:15
30:7,11 37:6
40:11,21 41:2
43:12 52:22 74:15
74:23 78:24 150:5
156:15 202:19
215:24
**hobbies** 219:11
**hobby** 220:15
221:8,18,20
**hold** 144:25
**hole** 127:17
**holidays** 200:13
**hollerith** 56:5,13
56:20 106:7
**home** 23:14 26:2
27:13,18 28:6
29:23 30:10 31:4
33:21,25 35:2,15
37:25 38:17 42:18
42:19,19 43:1,25
44:9,21 47:3 49:5
49:6,7,18 51:21
52:5,7 56:13 57:6
58:22,24 60:14,20
60:23 61:13 63:3
63:7 66:19 67:6
67:10 68:7,25
69:6,19 70:18,25
71:5 72:9,16,22
73:4,6,9,16,21
74:2 75:8,14
80:10 82:2,3,3,4,6
82:7,11,15,23 83:1
83:10,15,22 84:15
84:16 85:3,22
88:4 92:7,9,19,25
93:9,12,23 94:1,4
94:22 95:1 98:8
99:10,15 100:7,10

100:18 101:7,25
102:5 154:25
159:13 160:24
161:2 163:23
164:3 166:18
167:11 173:25
175:7 189:2
218:23 233:1,16
233:22,23
**homeowner**  81:15
92:11,15
**homeowners**  71:7
71:21 92:16
**homes**  44:24 45:12
45:15,25 46:8
47:2 48:10,20
49:14 53:4 54:9
54:16 66:22
**honestly**  123:1
156:10 193:14
**honesty**  39:24
**honey**  203:15,16
203:16,17
**hope**  28:12 32:10
**hoping**  42:13
229:7
**hormonal**  180:1
**hormone**  122:3
**horseradish**
203:18
**hospitalization**
125:11
**hospitalizations**
125:9
**hospitalized**  57:23
125:13
**hostas**  33:10
**hot**  36:24 52:19
169:8,12
**hotdog**  203:23

**hotdogs**  161:17
203:20,21
**houghton**  102:2
**hour**  53:24 120:3
170:20,21
**hours**  15:15
116:14 139:8
155:1,2,3,9,19
162:20 167:2,20
168:1,9 170:15,23
**house**  3:11,12
23:24 25:13,16,20
25:21 31:12,14,17
31:18,19,20,25
32:25 33:10 36:17
36:25 37:13 42:14
44:15 46:18,19,20
46:21,23 50:3,11
51:12 52:2,15,18
56:1,4,18 57:13,20
67:19 70:20 73:12
73:13,19 74:18,22
81:16 82:8,18
84:4,4,8 87:21
88:5,9,11 93:4,19
96:3,23 97:2
100:2 103:16
106:7,7 116:3
158:12,17 159:4
159:21 160:1
171:3 172:6 173:8
174:1,12 180:24
189:23 192:3,22
194:15 217:12
219:7,9 220:13,15
220:17
**household**  193:24
213:21 215:21,22
216:17 220:17
**houses**  42:8 45:4
46:5,20 47:6 48:4

61:22
**hsa**  113:16
**huh**  7:2
**humidifier**  221:11
**hungry**  134:17
**hunter**  174:8
**hurry**  134:16
**hydropres**  182:11

## i

**ibuprofen**  177:21
**ice**  137:17 138:13
138:14 157:11
160:14
**iced**  137:11 138:4
158:1 197:18
**idaho**  164:23
**idea**  74:6 152:24
188:16
**identical**  96:13
**identification**
19:12 23:19 25:7
34:21 59:5 74:10
76:1 146:11
186:24 232:19
**identify**  5:8
**ignorance**  23:2
**illegal**  133:1
**image**  23:24
221:22
**imagery**  183:25
**immediately**  55:24
**impacted**  95:7
149:25
**impacts**  149:19
**implanted**  130:24
**important**  6:24
7:8,22 58:16
197:14
**imported**  85:12
**impotence**  179:18

**improve**  13:17
92:24
**improvement**
31:16
**improvements**
27:10 48:6 59:1
60:12 69:18 70:5
70:24 71:3
**incident**  119:21
**include**  100:20
**included**  60:5,9
69:15 122:6,11
**includes**  65:16
120:1
**inconvenience**
102:17
**incorrectly**  116:9
**increased**  99:4
119:3,14,15,18,20
120:16 129:2
130:4 142:16
143:6
**increasing**  16:11
**incur**  103:9
**incurred**  102:9
**independent**
225:24
**index**  3:1
**indicate**  24:20
25:1 30:6,18 32:5
33:5 36:5 37:4,19
38:9 40:10,20
41:9
**indicated**  59:23
117:18
**indicating**  30:21
**indication**  26:23
27:6,24 29:11
39:2 62:10 231:20
231:23

**indications**  29:2
**indirectly**  154:4
**individual**  61:24
  148:17 169:20
**individually**  1:4
  4:23
**indoor**  220:13,14
**indoors**  167:2
**industrial**  76:24
**industry**  184:18
  185:11 188:4
**infection**  178:12
**infections**  178:17
**infestations**  215:4
**information**  22:7
  85:25 146:24
  151:22,24 153:10
**infrastructure**
  31:15
**infrequent**  101:11
  101:11 132:21
**infrequently**
  101:8 174:7 199:5
  207:5
**ingredient**  197:9
  201:18
**inhaler**  180:12
**inherited**  142:24
  143:1
**initial**  22:1 59:19
  59:21 60:18 81:22
  98:1 129:21
  225:11
**initially**  150:9
  229:5
**injuries**  139:19,21
**inquire**  133:17
**inquiring**  228:9
**insect**  214:5,10
**insecticides**
  218:22

**insert**  126:15
**inside**  116:5 118:5
  172:10 174:11,14
  216:3
**install**  68:17
**installation**  69:17
  99:1 101:20
  220:18
**installed**  30:9,14
  30:16,17 68:25
  88:18 98:7,11,12
  98:18 176:14
  192:4
**instance**  12:13
**instituted**  97:25
**institutions**  55:18
**instructed**  176:15
**insulation**  192:4,8
**insurance**  71:8,13
  71:13,24 72:15,18
  72:22 113:9,10,11
**insured**  72:8
**insurer**  71:12
**intended**  118:17
**interactions**  15:2
**interest**  78:2 79:7
**interested**  78:10
  147:21 227:11
**interesting**  14:22
  79:21 199:15
**interestingly**
  141:17
**interfere**  4:11
**interior**  37:24
  115:5
**intersection**  45:5
**intestinal**  179:14
**introduced**  6:13
**invasive**  126:7,23
  126:24 127:1,15

**investment**  78:2
  102:24
**invoke**  7:16
**involve**  12:6 223:5
**involved**  9:16,24
  14:1,2,25 16:21
  78:21 152:7
**issue**  53:18 93:20
  103:15 111:18
  120:11,14 124:21
  224:19 230:7
**issues**  57:22 111:9
  123:18,20,23
  124:10,17 133:18
  139:22 145:14
  223:24
**italian**  136:10
**item**  138:18
**items**  60:8 138:1

**j**

**j**  2:4 141:16
**jacket**  166:2
**jacuzzi**  169:8
**james**  1:3,13 2:8
  3:2,18 4:22 5:5,18
  6:2,9 97:10,16
  146:16 174:24
  234:6 235:10
  237:25
**january**  10:18
  64:21 97:18 99:18
  100:6 140:8
**japanese**  215:4
**jar**  195:2
**jasmine**  203:25
**jepson**  76:18
**jerk**  8:14
**jersey**  53:3 166:9
**jerseyans**  166:10
**jewish**  108:11,11

**jim**  3:16,17 221:7
**job**  13:24,24 15:11
  15:21 16:8 79:7
  184:8,8 188:12
  189:21
**jobs**  74:21
**john**  130:9
**joint**  123:18,20,21
  124:10,16
**joke**  75:16
**joking**  75:20
**jones**  226:6,7
**joselson**  2:4 5:20
  5:20 7:25 15:5,22
  16:18 18:6,8,11,21
  18:23 19:8 20:13
  21:6,17 24:8
  26:14 31:13 32:20
  35:17 38:22 39:14
  42:10 46:10 47:5
  47:14 48:12,25
  53:12,19 54:15
  57:19 62:13,19,22
  63:10,22 64:2,18
  65:15,24 66:13
  67:22 69:3,9,22
  71:25 72:5,17,25
  73:17,25 75:18
  77:22 78:18 79:5
  79:13,20 80:16
  81:4 82:5 83:6,23
  84:2 86:11 91:10
  91:25 92:10,20
  94:2,10,23 95:9,16
  95:24 96:9,25
  98:20 99:2,11
  100:14 101:14
  102:6,20 103:12
  104:2 109:14
  110:9 111:6
  112:16 113:6,23

114:7,20 115:25
119:24 120:13,18
121:2,15,22 122:4
122:10,16 123:8
124:18 125:10,17
125:23 126:25
128:5,12 129:18
131:4 132:5 133:3
133:14 136:4,14
138:2,16 142:11
143:18 146:9
147:9,24 150:16
150:22 151:2
153:25 155:5,17
156:6,23 157:7,21
158:10 159:18
160:5,9 162:14,25
164:6 165:2 167:3
168:21 170:3
172:3 183:12
193:19 196:2
199:13 214:6
224:4 225:20,25
227:16 229:1,18
230:1 233:9,18
234:3
**jugs**  87:19 159:20
159:24
**juice**  134:2 195:7
199:7 206:3
**junior**  186:15
**jury**  8:5
**jwhitlock**  2:10

### k

**k**  116:16 161:17
**kale**  204:2
**kayaking**  139:1
**keep**  36:8 103:19
124:4 156:10
214:3 230:9

**keeping**  17:6
**kerosene**  221:15
**kicking**  76:19
**kidney**  152:9
153:14
**kill**  90:15
**killer**  215:6,9
**kills**  89:11 90:14
**kind**  8:7 9:9 13:7
13:11 21:24 28:21
33:1 34:12 37:13
43:7 49:1 50:21
54:14 55:2 58:15
75:7 88:3,7 89:16
102:13 111:14
118:7,18 119:17
123:25 125:2,3,4
126:21 136:9
142:5 149:2
151:23 153:11
158:22,23 159:3
177:16 180:14
181:24 186:23
193:8 198:14,14
205:3 208:6 213:1
215:3 216:25
217:19 222:24
224:1 225:13
227:19 228:8,9,10
228:12
**kinds**  7:3 90:5
205:14
**king**  135:1
**kit**  232:9
**kitchen**  28:25
**knew**  15:1
**know**  7:7 11:13,15
11:17 12:19 14:13
15:15 16:10 20:5
20:9,15 21:16
22:4 32:13,14

39:11 42:3,8,9
45:13,22 46:5,14
46:23 47:1 48:2
49:3,4,7,16 53:3
53:14 54:9,22
55:10,11 58:8,23
60:16,19 61:8,25
62:24 64:6,16
65:4,6,11,21 66:2
66:14,16 67:1
68:7 71:17,23
72:3,6,8 73:18,20
74:1 75:8,19,21
76:22 78:7,9 79:6
80:4,25 83:12
84:3,3,3,4,5,5,6,6
84:7,7,11 85:15,18
85:19 86:1,3,19
87:15,18,20 88:2,3
88:10 89:5,7,17,20
89:22 90:1 91:2
91:14,24 92:4,7,11
94:11 95:6,10,10
95:14,17,17,22
96:2,4,7,10,10,13
98:1,14 101:24
102:16,24 103:13
103:14 104:24
107:7,18,18
109:15,19 110:1
110:21 111:8,9
112:2,7 113:17
114:1,9,9 116:19
117:5 118:15,16
118:22 119:1
120:1,14 121:8
122:2,5,8,11,14
123:1,3,5,9,17,21
123:22,25 124:1
124:13 125:1,24
125:25 126:7,7

130:7,22,25
131:19 132:19,24
134:22 135:21
141:10,25 142:3,4
142:6 143:3
144:12,13,15,16
144:17,19,19,23
145:5,7,11,13,15
145:25 149:8,11
149:12,15 150:17
150:19 152:8,18
152:19 153:6,14
153:15 154:13,15
154:23 156:2,8,9
156:11,19 157:11
157:25 158:4
159:11 160:12
161:3 163:8,11,12
163:14,23 164:18
164:18,24 165:5
165:23 166:22,22
167:4,11,25 168:6
168:16,17 170:23
171:17,17,24
172:8 176:8 177:1
180:13 181:1,21
183:10,22 184:5
184:11 188:18,20
189:2,17,20,21
192:21 194:14,14
195:10,16,24
196:12,15 197:7
198:11 201:4,5,10
201:10,13,25
202:8,24,25 204:6
204:14 205:3
206:1 209:9 211:5
212:9 214:11
216:7,10 218:18
221:23 222:11,17
222:22 223:25

**[know - lives]**                                                        Page 21

224:2,19,25 225:2
225:3,4,23 226:1,4
226:6,9,22,24,25
227:9,18 228:5,12
228:16 229:3,4,5,8
231:22 232:5
233:22,24
**knowledge** 84:11
98:17 225:6
**known** 89:12
94:25
**kocher** 129:13
**kryptonite** 189:24

**l**

**l** 130:11,11
**l.l.p.** 2:4
**lab** 186:16,17,18
186:20,23 193:17
**laboratory** 186:10
186:13
**laid** 116:6
**lakes** 141:4
**lamp** 221:15
**land** 9:3 12:6 22:3
31:10,14 67:17
**landfill** 101:23,25
**landon** 108:7
**landscaping** 66:12
70:11,12
**lane** 45:5 48:4,8
49:9 65:17 102:2
**langrock** 2:4
**langrock.com** 2:6
**largely** 39:15 48:5
84:10 176:18
**larger** 45:24
**largest** 60:4
**lasix** 181:12
**laugh** 166:21
**laundry** 29:1
175:11 216:4

**law** 5:23 9:3
**lawn** 31:19 36:18
62:6 174:15 175:1
176:1,3 219:5,7
**lawnmower** 171:6
192:7
**lawns** 61:23 66:11
66:16
**lawsuit** 138:10
148:5,6,13 149:14
149:21 150:15
222:9,13 225:8,19
229:17
**lay** 228:14
**layers** 115:10,11
**lead** 73:15 192:10
**leading** 150:14
**leak** 91:1
**leaked** 91:5
**leaks** 91:1
**learning** 152:20
**lease** 80:9
**leather** 220:9
**leave** 162:4,5,6,24
163:6 164:12,25
165:7 171:5
**leaves** 194:3
**led** 225:18
**left** 26:5 27:22
29:11 31:18 36:17
58:2 115:6 164:22
**legal** 149:9 225:14
**legs** 214:11
**lemons** 199:11,18
**leslie** 3:16 222:14
**letting** 144:18
**lettuce** 204:4,5,5
**leukeran** 181:4
**level** 10:3 15:1
42:21 50:12 54:17
88:8 130:4 139:4

151:17 231:25
**levels** 16:11 96:20
98:3,23 99:4
100:23 101:2
111:14 119:4
120:17,19 122:15
128:3 129:3
154:17
**liability** 53:11
**liaison** 13:11
**life** 8:11 71:20
131:11,12 143:10
169:7 178:20
**lifetime** 171:9
**light** 89:11 90:12
90:14 134:1
**likes** 76:24
**limes** 199:11,12
**limit** 176:15
**lincoln** 2:17 5:10
6:12 133:14
**lincolnwilson** 2:19
**line** 31:22 32:23
60:20 74:20 82:4
237:4
**lines** 67:16
**lining** 115:6
184:14
**lipitor** 119:8,13
130:4
**lipo** 118:24
**liquid** 132:10
181:19 215:21,22
**liquor** 131:23,25
**list** 80:23 82:22
135:18 144:1
152:3,8 153:21
177:8 184:4
188:10 194:19
213:14,21 221:25

**listed** 81:9,14,16
150:21,25
**listing** 74:18 75:4
75:14 81:23 82:1
**listings** 42:7 75:6
**lists** 150:11
**liter** 151:19
**litigation** 222:20
**litter** 171:23,24
172:2,7
**little** 9:8 18:9
22:13 26:17 37:12
37:12 44:5 45:3
48:2 52:13,16
77:19 85:2 108:22
109:25 118:22
119:6,19 126:20
127:16 131:14
151:18 155:10
168:12,12 189:20
191:3 197:10,19
200:8 210:1
216:24 218:10,18
219:2
**live** 42:9 47:17
53:3 56:19 57:1,2
94:24 105:4
140:16,18 164:23
166:8
**lived** 55:22,23
56:4,22 57:4,11,13
57:23 58:1 87:18
104:16,20 105:5
106:2,2 107:3
163:18 166:18
169:10
**liver** 120:17,19,19
121:5
**lives** 140:19
222:15

**living**  28:10,11
  44:2 50:9 52:16
  73:13 88:10
  121:10 172:5
**llp**  2:17,21
**loam**  67:8
**loan**  82:7,12
**lobster**  204:8
**local**  18:19 78:2
  157:3 158:2,3,3
  159:23 227:5
**locally**  71:14
  157:24
**locastro**  2:21 5:14
  5:14
**locate**  61:5
**located**  4:19 32:19
  32:22,25 33:3
  37:13 50:9 53:13
  55:6,15 62:4,5,11
  94:8,15 97:3,5
  102:1
**location**  25:15
  57:11 79:23 84:9
**long**  12:21 15:15
  56:25 57:1,2,6
  58:6 104:16 105:4
  107:17 109:23
  120:6 132:3,6
  137:12 139:6,9
  140:12 163:11
  167:25 178:20
  193:17
**longer**  85:10
**look**  20:1,20 24:6
  25:22,23 28:3
  42:5,7 83:19
  141:25 229:23
**looked**  15:9
  143:22

**looking**  24:4 27:2
  31:3 62:14 148:21
**looks**  20:1 27:10
  36:19 59:10 76:7
**loop**  230:10
**loss**  103:16,16,20
  148:25 177:23
**lot**  11:17 22:15
  25:15 31:4,8,11
  32:2 33:13 34:12
  44:12,16 45:15,16
  45:17 58:23,25
  60:5 61:12 67:25
  77:18 78:2,12,13
  80:5 84:9 85:16
  87:2 108:4,4
  116:6 117:6
  128:14 134:24
  152:23 160:19
  162:18 167:5,6,12
  167:13 216:9
  219:1 225:4
  233:22
**lots**  15:15 45:24
  61:24 66:24 193:2
**lounge**  136:5
**low**  118:24 233:14
**lower**  65:17
  118:19 119:5
**lunch**  133:6,10
  134:3 204:10,11
  209:8
**lunchtime**  168:7
**luxury**  166:10

---

**m**

**mace**  204:13,14
**mad**  132:15
**madison**  2:18,22
  157:6
**madison's**  136:6
  158:2

**mail**  2:6,10,14,19
  2:23 3:14,16
  59:10,23 74:17
  75:22 222:25
  223:5,8,10
**mailed**  223:16
**mails**  75:8 223:4
  223:11,20
**main**  1:17 2:13
  4:19 28:5 40:6
  43:19 159:10
  219:3
**maine**  10:25 11:1
  74:19 75:1,3
  105:10
**maintain**  13:17
**maintenance**
  13:16 63:20 64:13
  64:16 90:8
**major**  10:21
**majority**  159:16
  159:25 162:16
  170:5
**making**  52:9
  156:20
**malaga**  211:17
**malathion**  192:12
**malfunction**  89:10
  90:22,25
**malfunctioning**
  90:18
**malt**  132:9 196:11
**man**  132:3
**management**  10:7
  11:11,14 12:8
  13:10
**manchester**  9:13
  9:17 22:1,18,23
  23:3,4,5 105:20,22
  105:24,25 106:3
  106:17

**mango**  204:19
**manufactured**
  14:11
**manufacturing**
  185:13
**maple**  28:17 29:3
  29:6
**mapped**  96:19
**margarine**  204:24
**margarita**  132:1
**marjoram**  204:22
**mark**  19:10 23:16
  34:18 58:20 59:2
  74:7,22 75:23
**marked**  19:11,15
  23:18,22 25:6,10
  34:20,25 35:11
  36:16 59:4,8 74:9
  74:13 75:25 76:5
  146:10,14 232:18
  232:22
**markers**  167:16
**market**  52:1 82:15
  84:19,21
**marketing**  78:22
  79:3
**marking**  61:13
**marriage**  106:11
**married**  57:21
  58:13,14,17 106:9
  107:21,22
**mashed**  208:4,5
**mass**  163:15
**massachusetts**
  57:24 76:23 80:4
  137:4
**master**  28:18 40:6
  43:4,17 55:8
  70:16
**master's**  10:5

**material** 14:20 17:15 40:8
**materials** 14:11 16:22 188:10,12 188:16
**math** 132:11
**mature** 66:17
**maxwell** 10:12
**mcdonald's** 134:19,21,23 135:10
**meal** 134:7
**meals** 160:24,25 161:1
**mean** 13:8 39:11 46:16 48:1 66:15 69:10 81:1,10 85:18 94:7 99:21 102:14,15,23 110:16 124:8,12 127:4 128:13 134:24 136:19,20 143:17 144:18 151:2 153:3 156:7 157:8,8 159:9 162:5 163:12 164:12,18 169:5 169:19 180:13 194:13 201:4 212:25 214:20 215:7 216:23 217:10 224:25 227:9 229:2
**meaning** 148:1
**means** 89:24 123:10
**meant** 20:8 21:15
**meat** 174:9 201:6 201:8 204:10,11 209:8

**meats** 201:3,4,9 210:23
**med** 117:2,5,10
**medical** 8:10 15:10 115:15 116:21,24 117:4 123:6,9 125:5,7 128:9 130:23 133:17,18 141:9 142:2 144:21 145:22 148:22 153:21 154:19
**medically** 118:8
**medication** 111:16 177:9,11 178:14 181:20
**medications** 127:21 129:16 180:17 181:19 231:10
**medicinal** 180:12
**medicine** 181:25
**medronidazole** 181:16
**meet** 58:11 162:18 162:19
**meeting** 170:20 222:23 224:1,17
**meetings** 155:8,14 155:20 224:10,12 224:13,14,22,24 225:1,9 228:17
**meets** 32:10
**melamine** 39:11
**melted** 24:12
**melting** 25:2
**member** 226:13
**members** 82:11 229:23
**memorize** 108:5

**memory** 141:15
**mental** 57:22
**mentioned** 22:16 32:18 37:11 46:21 47:6 59:24 85:2 111:24 125:5 144:9 158:7 164:2 172:13 182:18 183:15 186:14 209:9 216:18 217:20 221:24 229:12
**mercury** 192:14
**mess** 41:14
**met** 15:17 58:12 146:23 222:10
**metal** 185:9 220:20
**metallic** 26:18
**methamphetami...** 133:2
**methimazole** 181:14
**metoprolol** 127:23
**metron** 181:16
**mexican** 137:1,2 198:21
**micrograms** 151:19
**microphone** 210:17
**microphones** 4:6 4:10
**middlebury** 2:5
**mile** 102:3
**miles** 140:24,25 164:21 169:23
**milk** 134:3 201:14 205:1,2,4
**milligram** 130:13

**mind** 76:22 77:10 77:12 113:18
**mine** 77:14 132:15 132:16
**mineral** 193:18,22 193:23
**mini** 54:25 55:3
**minimal** 119:18 173:19
**minimally** 126:24 127:15
**mining** 187:7
**minor** 60:12
**minutes** 139:8 230:20
**misdiagnosed** 117:10
**misheard** 64:13
**mistake** 53:17
**mix** 157:13,13 162:3
**mm** 7:1 28:15 30:7 30:11 37:6 40:11 40:21 41:2 43:12 52:22 74:15,23 78:24 150:5 156:15 202:19 215:24
**mobile** 166:18
**model** 221:5
**models** 221:5
**modest** 68:2
**modified** 49:8
**mold** 214:17
**moment** 88:15 95:5 99:20
**moments** 143:20
**money** 102:18,19 102:21 103:8
**monitor** 111:15 120:4 143:13,13

148:23 153:18
**monitored** 117:6
  120:12 122:14
  124:3
**monitoring** 112:2
  119:22 120:16,19
  120:25 122:2,8
  123:25 128:2
  129:9 148:22
**monitors** 111:5
  124:16
**montana** 107:10
  169:24
**month** 90:4 135:4
  163:3 171:1 172:8
  175:6 195:6
  196:25 197:5,15
  198:3 201:25
  203:14 206:17,20
  207:13 208:1,20
  208:21 209:1,23
  210:9,12 211:3,6
  211:12
**months** 52:23
  56:16 89:5 128:4
  128:10
**montpelier** 170:22
**morning** 6:7
  137:10 157:25
  168:7 197:18
**mortgage** 35:9
  60:15
**mosquito** 215:15
**moss** 1:16 2:12
  4:18
**moth** 173:5
**mother** 140:14
  145:9
**mother's** 140:6
  141:5 143:1

**motion** 146:17
**mountain** 80:7
**mouse** 215:13
**move** 56:12 73:14
  73:21 74:4,21
  75:11 196:3
**moved** 26:8 52:15
  57:20,25 106:4,5
  107:5,16 109:24
  186:6
**moving** 74:1 75:1
  75:2 168:15
**mow** 174:15 175:1
**mri** 125:1 184:1
**multiple** 115:10
**multipurpose**
  217:19
**municipal** 64:22
  65:2,5,9,19 83:12
  92:18 93:5,12,23
  104:25 155:24
  162:6,19 163:24
  224:18 230:6
**municipalities**
  11:19 12:2,4,20
  13:11,15
**munitions** 192:16
**munson** 1:17 2:12
  4:19
**muscle** 177:20,22
**mushroom** 200:21
**mushrooms** 205:6
  205:7
**mustard** 197:1
  205:9,11,13,14

**n**

**n** 2:1 130:11
  141:18
**nail** 178:14 218:13
  218:14

**name** 4:14 5:5 6:8
  6:12 47:19 90:11
  130:7,10 134:11
  140:6 141:15,18
  141:19 150:11
  178:16 181:23
  227:20,22 228:2
**named** 69:24
  222:9,21 223:2,13
  224:3 236:4,15
**names** 140:3
  141:14 226:24,25
**nasal** 177:16
  180:15
**national** 80:7
**native** 85:11
**natural** 6:25 10:7
  10:10 52:4,7
**nature** 193:5
**nc** 2:9
**near** 32:23 78:12
  102:5
**nearby** 80:3
  222:15
**necessary** 85:21
**nectarines** 205:16
  205:17
**need** 7:12,16 25:1
  49:11 51:6 53:24
  65:1 99:24 112:23
  134:17 153:12
  169:23 222:6
**needed** 110:17
**needs** 7:2 175:4
**neighbor** 222:17
  222:19
**neighborhood**
  48:17 54:10 61:22
  65:14,16,18 95:18
  149:25 223:9
  224:15,15 225:9

227:10
**neighbors** 45:9,10
  45:12 46:25 61:18
  66:2,11 95:7
  149:17 226:8
**never** 13:23 66:6,7
  75:2 100:9 137:19
  161:7 165:22
  166:3,14 169:1
  185:23 195:12
  232:14
**new** 2:18,22 23:3
  86:15 89:14 105:3
  105:9,9,13 116:17
  117:15 134:21
  136:25 140:19,22
  141:1 160:20
  164:17 166:9,10
**newer** 48:20
**newspaper** 17:25
**nice** 12:16 74:14
  137:3
**nicholas** 2:21 5:14
**nicholaslocastro**
  2:23
**nick** 134:20
**nickel** 192:18
**night** 134:22
  167:12
**nights** 161:3
**non** 98:23 208:2
  217:11
**nonstick** 166:5
  217:9,11
**north** 14:5 19:6
  26:8,8 31:21
  47:17 55:16 62:6
  94:15,17 135:24
  136:5 137:3 141:2
  141:4 148:7,11
  152:22 157:17

163:14 170:23
227:7
**northeast** 32:2
165:5 170:1
**northern** 163:2
170:13
**northwest** 170:7
**notable** 125:8
**notary** 6:3 235:17
236:22
**note** 4:6 38:13
59:16
**noted** 34:2,5
133:21 152:24
235:5
**notice** 1:14 150:10
**noticing** 147:19
**nowadays** 221:21
**number** 5:4 27:21
100:20 113:17
119:16 144:1
169:23 177:8
**nutmeg** 205:19
**nuts** 196:22
207:20 209:2
**ny** 2:18,22
**nyquil** 181:18,22

**o**

**o** 130:11
**oak** 38:24 39:19
**oath** 5:25 7:20
32:12
**oatmeal** 213:1
**object** 15:5,22
16:18 18:6,21
19:8 20:13 21:6
21:17 31:13 32:20
35:17 38:22 42:10
46:10 47:5,14
48:12,25 54:15
63:10 79:13 83:23

84:2 92:20 143:18
153:25 155:5
168:21
**objection** 24:8
39:14 53:12,19
57:19 63:22 64:2
64:18 65:15,24
66:13 67:22 69:3
69:9,22 71:25
72:5,17,25 73:17
73:25 75:18 77:22
78:18 79:5,20
80:16 81:4 82:5
83:6 86:11 91:25
92:10 94:2,10,23
95:9,16,24 96:9,25
98:20 99:2,11
100:14 101:14
102:6,20 103:12
104:2 109:14
110:9 111:6
112:16 113:6,23
114:7,20 115:25
119:24 120:13,18
121:2,15,22 122:4
122:10,16 123:8
124:18 125:10,17
125:23 126:25
128:5,12 129:18
131:4 132:5 133:3
133:15,20 136:4
136:14 138:2,16
142:11 147:9,24
150:16,22 155:17
156:6,23 157:7,21
158:10 159:18
160:5,9 162:14,25
164:6 165:2 167:3
170:3 172:3
183:12 224:4
225:20,25 227:16

229:1,18 230:1
233:9,18
**objection's** 133:21
**objections** 18:11
**objects** 36:20
**observer** 3:10
19:18
**obtained** 10:4
60:20
**obvious** 67:3
**obviously** 61:8
**occasion** 67:20
110:19
**occasional** 132:1
134:25 163:8
165:4 189:1,3
195:5
**occasionally** 134:2
134:9 135:25
136:7,18,23 137:2
137:5,10,17,21,22
158:19 160:10,11
161:10,17 163:4
164:7 165:14
169:6 170:11,13
173:20 177:14,21
178:3 180:4
181:21 192:6
193:23 195:1
196:9 202:14
203:11,14 210:2
212:10,13 215:25
216:7 218:11
**occasions** 218:4
**occupations** 184:5
184:6
**occur** 65:11
**october** 140:6
**offer** 13:13
**offered** 77:25

**offhanded** 75:11
**office** 78:5 155:18
155:19 158:18,19
162:17 167:10
184:24
**offices** 1:16
**officials** 228:24
**oh** 9:2 23:5 24:5
29:9 39:6 62:21
64:10 65:25 74:21
75:10,15 89:23
90:3,17,24 91:11
99:13 113:1
116:13 123:21
127:10,16 131:8
138:8 142:18
143:21 147:2,18
160:6 167:19
179:4 185:23
189:17 196:2
197:14 199:17
213:17 215:7
223:7 228:8
231:14,24 232:5
**oil** 50:14 51:25
52:3,12,17,21,24
52:25 53:4,5,8,13
53:17 54:19,20
130:14,17,21
182:19 187:23
192:5 210:10,11
215:3
**oils** 193:18,22,23
**okay** 8:24 10:15
18:10,25 24:13,16
26:10 27:24 29:2
30:3,25 32:21
33:17 34:18 36:12
36:15 37:4 39:23
40:17 41:22 42:13
42:15 43:15 45:8

47:21 49:14,22
50:2,16 51:3,20
53:2 57:5 58:18
62:22 67:25 70:5
71:17,23 76:11,16
89:6 90:20 91:7
105:9,18,25
106:18 107:17
108:7,10 112:19
113:1 115:17
117:12 125:24
127:4,10 136:5
141:1,5,15,23
144:24 145:3
151:8 157:21,22
162:9 177:12
180:20 182:1
186:13 188:10,14
193:10 213:17,22
213:24 214:24
221:25 222:2,7
231:7 232:13,17
**old** 53:4 76:24,24
77:13 104:14
141:7 232:7
**older** 47:12 107:12
107:15,22
**oldest** 107:3
**olives** 205:21,22
205:24
**olympic** 33:14
**once** 52:20,23 89:5
128:4,9 135:4,16
137:23 145:1
160:17 161:25
163:11 166:16
170:10 172:8,9
175:10,14 195:2
195:13,25 197:15
198:3,22 199:19
200:8,11,13,24

201:2,12 202:8
203:8,11,14,17
205:15 206:4,6,9
206:10 207:3
209:1,9,23 210:9
210:12 211:2
**one's** 45:7 67:4
**ones** 45:23 123:13
136:3 173:16
216:18 218:23
**ongoing** 148:22
154:5
**onions** 87:3
205:25 206:1
**oops** 36:7
**open** 94:12 230:5
**operating** 187:11
**operation** 14:6
**operations** 11:12
14:14 230:17
**opinion** 58:19
82:22 84:14,16
233:10,12
**opinions** 84:20,22
**opportunities**
79:11,15,18
**opportunity**
103:15
**opposed** 15:20
156:4 157:4,5,17
**opposite** 173:10
**options** 134:25
225:14
**orange** 189:8
206:3,6
**oranges** 199:11,12
199:18 206:5
**order** 135:5
**organization**
11:12 12:12,13
13:13 21:23

**oriented** 50:3
**origin** 169:21
**original** 29:16
69:12,13,15
**originally** 52:20
**ornamental** 66:16
**ounces** 195:3
**outcome** 236:14
**outdoor** 80:6
139:2 169:12
171:25 172:7
186:19 221:23
**outdoors** 168:8
**outside** 167:6,7,13
167:18,19,20,23
168:3,5,11 171:5
174:13 206:23
211:12
**oven** 218:2,3
**overall** 11:11,11
87:25
**overcast** 51:12
**overhead** 31:3
62:9
**overlap** 154:6,11
**overnight** 163:7
**oversee** 17:1
**oversight** 11:13
**owned** 169:1
**owner** 81:17,19,23
**oxazepam** 182:1
**oysters** 210:21

**p**

**p** 2:1,1 130:11
227:21
**p.c.** 1:17 2:8,12
**p.m.** 133:8,12
174:19,22 230:24
231:2 234:5
**pads** 218:18

**page** 3:9,17 26:4
26:14,15 27:1
28:2 29:21 31:2
33:19 35:4,11,12
35:20 37:7,22
40:1 41:5,11
62:15,18 76:7,15
237:4
**pages** 25:23,25
26:3 42:5 75:9
**paid** 58:21,23
59:25 68:22 71:2
98:12,14 102:19
102:21 148:23
**pain** 177:20,22
**paint** 70:21
**painter** 185:1
**painting** 192:22
220:11
**paints** 173:24
192:20,21
**pam** 217:9
**pan** 161:18,20
206:7
**panel** 37:5
**panels** 24:15,21,25
36:2,24 37:11
39:18 60:10 68:17
68:20
**pangaea** 136:5
**paragraph** 20:2
20:20
**parasites** 177:18
**pardon** 140:22
**parents** 140:3
144:10
**park** 2:9 171:2
**parsley** 206:11
**parsnips** 206:13
**part** 9:3 11:16
13:23,24 17:9

48:3 50:7 62:7
63:6 65:18 71:14
76:20 79:7 89:14
97:23 113:25
119:25 163:2
189:21 196:9
201:13
**particular** 38:21
93:7
**particularly** 47:1
172:24
**particulate** 159:11
**parties** 4:3,12 5:9
**partner** 124:20
**parts** 98:5 162:11
**passed** 140:9
**passing** 226:21
**passionate** 79:1,2
**passive** 50:1 54:18
**pathogens** 89:12
89:18
**patients** 152:23
**patrick's** 200:14
**paved** 36:1,6,12
36:17
**paving** 60:9
**pay** 68:18 71:23
91:18,21 102:18
113:9
**payment** 60:18
**pc** 4:19
**pcp** 133:2
**peaches** 206:15,16
206:16,18
**peanut** 206:19,20
206:23
**peanuts** 206:22,24
209:3,4,5
**pears** 207:4
**peas** 207:2,3,3

**pecans** 207:6,9,10
**pellet** 29:9 50:8
51:13,14 164:2
**pellets** 51:16,18,19
**pen** 24:17 37:12
**pending** 7:13,14
**people** 42:9 43:11
78:4,16 87:4
113:11 129:2,2
135:9 144:9 148:7
148:17 149:17
151:22 166:21
223:15 224:2,5,6,8
225:23 226:24
227:1,3,10 229:24
230:10,13
**peoples** 204:15
**pepper** 196:14,15
212:22
**pepperoni** 207:11
207:12
**peppers** 87:3
198:20
**percent** 39:10
**perennial** 32:24
**performance** 1:9
5:1,12
**performed** 63:20
**perineal** 215:20
**period** 56:24,25
107:4 176:13
178:13 231:14
**periodic** 113:21
**perm** 173:12
**permanently** 58:2
**permed** 173:21
**permit** 25:17
32:14
**person** 84:23
227:19 236:14

**personal** 8:11
57:15 125:3
**personally** 13:13
79:1,2
**persons** 1:5 4:24
**pest** 218:21 219:5
219:6
**pesticide** 219:3
**pesticides** 192:24
**pesto** 196:9
**petroleum** 185:11
**pets** 172:15
**pfoa** 17:10,18,22
18:2,16,20 19:5,7
19:18 20:11 21:10
74:21 75:16,20
83:4,11,22 84:15
84:16 85:6,17
86:2,9,9,16 87:8
87:13 88:2,21,24
93:10,11,14,21
95:1,8,12,20 96:2
96:21,24 97:22
98:3,19,22,25 99:3
99:6 100:13,19
101:9,12,15 102:9
102:22 103:11
104:4 128:18
129:1,3,10 143:15
147:13 148:9
149:16 151:10,17
151:23 152:5,20
153:24 154:6,11
154:21 158:24
159:23 175:15
176:9 223:19
225:6,13 226:14
226:16 230:16
**pharmacy** 129:11
129:14

**phenacetin** 182:5
**phenobarbital**
182:7
**phenoxybenzam...**
182:9
**phone** 2:6,10,14
2:19,23
**phones** 4:9
**photo** 3:11 35:24
36:16 37:15,15
188:2
**photography**
221:21
**photos** 35:21,22
37:9 38:3 41:23
42:1
**photovoltaic** 24:15
24:21 36:2 60:10
68:20
**physical** 33:13
125:4 139:12
**physically** 95:7
**physician** 109:10
109:20 110:3,4
143:4,8,11
**physicians** 117:10
**pick** 4:7 134:17
**picked** 90:15
**pickled** 207:14,16
**pickles** 201:1
207:17,17
**picture** 19:20
23:25 24:4,21
33:20 39:5 40:5
40:20 41:4,9
**pictures** 35:13,15
37:24 40:1 41:13
**pie** 195:9,11,12
208:8
**pieces** 174:9 191:3

pilot 185:18
pinched 115:12
pineapple 207:18
pint 131:19,21
pipe 131:1
pipefitter 187:13
pistachio 207:20
pistol 220:22
pittsfield 163:15
pizza 136:10
　207:12 210:7
place 4:9
placed 72:22
places 106:2 160:3
　168:16
plaintiff 2:3 4:21
　5:17,19,21 148:23
　150:21 224:3
plaintiff's 146:17
plaintiffs 1:6 4:25
　222:9,21 223:2,14
　225:18
plan 25:15 27:3,17
　27:20 28:5 29:16
　34:5 113:12,16
planner 21:25
　22:11,21
planning 11:18,25
　12:3,7,7,8,8,9,11
　13:5,7 16:20,21,24
　22:12,15 53:21
　79:8
plans 3:12 22:3
　25:13 28:16 43:6
　50:10 73:8,12,14
plant 85:10
plantings 66:16
plants 14:5,9,15
　14:23 176:1 177:6
　186:25 220:13,15

plastic 103:3
　193:3,3,4
plastics 1:9 5:1,12
　193:1,2
plavix 231:13,14
　231:17
playroom 29:25
pleasant 2:5
please 4:6,9 6:1,7
　6:20 8:12 33:6
　34:19 49:24 99:25
　144:16
pleasure 88:9
pledge 216:24,25
plenty 51:11
plumbing 185:15
　220:17
plums 207:22
plus 59:14,22
　131:13
plywood 38:19,23
　39:9,10,12,16
poached 202:10
pocket 103:23,25
　104:5 113:13
poet 30:9,23 31:1
　88:20,22,23 89:3,9
　90:6,22 92:8 98:7
　98:11,12,18 99:1,4
　99:8,16 101:20
　176:17
poet's 88:18
poets 176:13
pofa 13:19
point 14:19 30:13
　73:20 89:10
　111:22 120:2
　133:6 134:16,16
　164:19 178:19
　180:23 193:16
　227:19

poison 215:13,15
policies 71:10
policy 12:25 13:3
　71:19 113:11
polish 217:14
　218:13,14
polishes 216:22,23
polyposis 146:1
polyps 112:5,10
　112:12,13
pool 33:15 168:18
　168:20,22,23
　169:2
population 79:23
porch 34:4 37:14
　44:4
pork 161:11
　210:23
port 176:14
　211:17
portion 36:13
　42:16 69:14
portions 39:7,9
position 11:5,10
　12:24 21:20 22:20
positions 21:23
positive 53:10
　88:6 94:19
possible 127:22
possibly 155:10
post 76:17,20
posts 78:20
potable 93:18
potato 207:24,25
potatoes 207:9
　208:2,6 211:15,19
potential 16:15
　78:14 79:14 80:1
　92:17 118:7
　148:24 153:1

potentially 157:9
pottery 219:12
poultry 161:9
pour 157:12
poured 67:11
powder 193:7,7,8
powders 180:10
　193:6,7,7,9
power 67:16
powered 50:14
practices 152:22
pre 135:11
precise 169:23
predisposes
　142:25
predominately
　61:16,17
preface 173:13
premium 71:24
preparation
　146:25
prepared 201:11
　202:16
preparing 146:21
prescribed 120:7
　127:20 129:16
prescriptions
　129:12,22
presence 13:19
　83:10 85:6 87:8
　95:12 96:5 103:10
present 5:7 73:8
　73:14 93:3 159:19
presented 149:10
pressure 119:23
　120:2,3 145:12
　179:12 189:18
presumably
　156:18
pretty 26:20 37:15
　63:9 104:12 124:2

**[pretty - put]**                                                                          Page 29

124:5,8 127:1
132:24 191:5
198:9
**prevent** 26:18
**preventative**
179:5
**previous** 21:7
163:13 173:15
228:2,5
**previously** 62:9
116:14 119:13
176:18
**price** 69:12,16
80:23 81:2 82:22
**primarily** 12:20
16:21 22:2 50:25
51:1 67:8 86:24
87:1 89:3 160:21
162:1 163:21
222:14,17 223:25
226:18
**primary** 49:25
51:3 109:20 110:2
**print** 236:9
**printout** 76:9
**prior** 8:25 21:9,20
21:22 22:16,23
25:21 55:24 63:7
64:21 88:2 97:18
99:18 125:8,15
222:12
**private** 4:8 65:14
**privilege** 7:17
150:4
**probably** 9:24
17:14 24:1 41:16
42:15 50:5 52:8
52:20 54:20,21
58:8,12 68:6 74:1
76:7 77:12 78:8
90:3 94:17 97:4

102:3 103:2
107:19 108:25
116:14 119:6
121:23 131:8
132:12,14,19,20
133:5 135:4,16
137:14,23 139:11
140:24 155:18
156:7,8,24 161:1,3
162:2,20 163:3
165:9 166:16
167:20 168:2,6
169:6,16 170:4,4
170:10,25 172:8
175:14 178:21
183:13,16,20
186:7 193:14,15
195:6,11,13,17,24
197:4,9,14,23
198:2,2,5,13,17
199:1 200:24
201:2,2,19 203:6
204:5,11 205:2,8
205:15,17 207:3
208:6,17,18,19,23
209:9,11,15,16,23
210:12 211:11
212:1,4 213:4
218:12 222:4
224:6 227:1 232:6
**problem** 53:22
91:7,15 171:14
**problems** 89:9
179:22
**procedures** 117:3
**proceed** 5:24
**proceedings**
149:11
**process** 8:8,20
228:13

**processing** 221:22
**produced** 61:2
157:24 223:4
**produces** 194:17
**product** 181:24
**professional** 1:15
81:10,11 236:3
**professionally**
166:24
**profile** 76:10
**program** 11:14
22:13 151:15
**programs** 15:16
**project** 69:14
76:21 77:16 78:6
**projects** 13:16
15:17 17:2 78:10
**promise** 36:14
**pronounce** 122:23
**propane** 54:21
**proper** 24:18
119:4 162:12
**properties** 45:9,10
45:12 55:15 65:13
66:4 95:7,11,18,25
96:11,12 102:5
148:18
**property** 3:13,19
23:9,10 31:21,23
32:23 37:8 44:20
62:2,3,7 64:22
65:8 77:24 78:3
78:11 80:15,19,24
81:2,5,7,9,14 87:8
87:12,17 88:1
94:15,18 97:5
100:12 104:8,12
147:16,22,23
149:1,1
**prosciutto** 201:7
201:12

**prospective** 92:7
92:11,15 96:23
**prostate** 111:10,23
111:25 142:8
143:6
**protect** 214:22
**protected** 150:3
**proteins** 118:24
**protocol** 97:24
**protruding** 29:17
**provide** 12:3 51:6
148:20
**provided** 146:24
**providers** 153:6
**provides** 51:11
**providing** 93:18
**proximity** 79:23
**public** 6:3 10:7,11
67:14 76:10 94:7
137:4 224:10,12
228:17 235:17
236:22
**pull** 83:19
**pump** 64:14 166:7
215:10
**pumpkin** 208:8,10
**puppy** 41:18
**purchase** 60:13
**purchased** 44:11
44:12,16 68:7,25
**purpose** 216:2
231:17
**pursuant** 1:14
**pursue** 124:15
129:9 229:8
**pursuits** 221:24
**put** 29:18 54:17
60:16 109:10
133:15 192:6
197:19 215:10

**putative** 149:6 229:22

**putnam** 77:16,23 77:23

**putting** 36:8

**pv** 24:25 37:11

**q**

**qualified** 49:3 233:15

**quality** 13:10,17 84:7,9

**quantify** 51:7

**quarter** 43:13

**quarters** 43:22

**question** 7:5,9,13 7:14,18 11:20 23:3 49:21 57:3,9 60:19 70:3 74:6 76:13 90:9 99:22 128:11 147:25 164:9 171:13 173:13 193:10 221:17 228:19

**questions** 6:18,20 7:3 8:10,18 23:8 42:17 62:1 68:8 133:16 147:20 173:9,15 178:5 219:11 222:3 228:18 230:21 231:6 233:25

**quick** 42:7 222:5

**quinn** 2:17,21 5:10 5:14

**quinnemanuel.c...** 2:19,23

**quit** 74:20

**quite** 85:20 99:5 132:21 141:7 145:21 148:1 205:7 225:16

**quote** 20:3,4,4,5 20:21,22,23,25 21:8

**r**

**r** 2:1 141:19 182:11 237:1,1

**race** 116:11

**radiant** 50:13 51:20

**radiation** 50:6 178:24

**railroad** 187:25

**rains** 175:5

**raise** 90:6

**raised** 85:12 86:22 87:9 174:4

**raisins** 208:12

**ramuto's** 136:6,9

**ran** 116:17

**ranch** 49:8

**range** 108:25 109:17

**rarely** 161:24,24 202:14 206:23 207:7

**rat** 215:13

**raw** 162:1,3 197:23 208:14

**ray** 183:7,15

**rays** 124:25 183:14,17

**reach** 149:20,21

**reached** 225:7 228:23

**reaction** 232:8,9

**read** 17:15 20:6,17 21:1 59:17 74:24 77:1,7 116:9 120:4 221:9 235:3

**real** 3:13,19 42:25 44:20 74:18 75:6

**80**:12,21 81:10,11 81:25 82:1,14,18 82:19,21 103:17 138:6

**realize** 49:20 198:23

**really** 13:23 14:13 14:25,25 16:5 17:9,11 20:10,16 24:1 31:23 37:14 42:2 46:23 49:3 63:17 66:14 80:25 86:20 88:5 98:16 107:18 108:20 112:21 113:1 120:14 121:11 122:17 123:9 126:13 128:7,19 130:22 153:20,20 154:17,22,22 156:2 157:23 159:10 161:19 165:23 166:23 171:17 180:13 195:11,20 200:20 201:4 205:12 210:14 212:21 214:25 216:9 225:10,10

**realtor** 81:21

**rear** 62:6

**reason** 45:3 78:24 83:15 88:25 110:23 128:10 141:24 172:11 237:4

**reasons** 50:25 51:1 57:17

**recall** 14:8 20:10 20:11,16 24:2 25:16 44:3 57:25

**60**:18 63:1 66:8 75:4 82:7 108:19 108:20 128:6 130:22 139:14 149:23 171:10 178:2,15 183:17 193:15 223:3 225:10 226:25 227:22 233:6,10

**received** 61:3 142:14

**receiving** 159:24

**recess** 54:4 97:12 133:10 174:20 230:25

**recognize** 146:19

**recollection** 14:17 21:3

**recommend** 78:16

**recommendation** 130:3

**recommendations** 110:7,12,14 125:3

**recommended** 64:1,16 101:3 130:5,15

**record** 4:6,13 6:8 6:13 8:25 30:12 54:3,7 62:14 97:11,15 107:9 121:18,25 132:17 132:18 133:9,13 133:16 151:4 174:23 210:18 230:24 231:3 234:7 235:6 236:11

**recording** 4:12

**records** 15:10 114:17 115:22 125:5 128:9

133:17 231:20
**recover** 129:6
  149:18
**recreation** 80:6
**rectangular** 36:20
**recurring** 120:11
**recycling** 103:2,6
**red** 208:16,17,18
**redevelop** 78:17
**redevelopment**
  16:23 77:5,10,21
  77:25 78:1,6,10,13
  79:3,12,15,19
**redirect** 190:1
**reduce** 118:6,12
  118:17
**reduced** 34:4
  236:9
**referring** 20:16
  176:23
**refi** 61:7
**refinance** 61:3
  233:4
**refinanced** 60:23
  60:25
**refinancing** 35:9
  61:7 232:25
**refined** 137:25
  138:12
**refining** 185:9
  187:23
**refinish** 219:22
**refinished** 70:22
**reflects** 21:9
**refresh** 21:3
**refrigerator**
  156:12
**regard** 9:18 13:19
  96:24 100:12,17
  104:4 121:5

**regarded** 94:16
**regarding** 74:17
  143:12 226:14,22
  230:6
**region** 11:19 13:15
  79:9 141:4
**regional** 9:19,23
  11:3,6,22,23,25
  12:14,22 14:3
  15:3,12,19 16:14
  16:20 17:5 21:21
  22:17 56:9 79:8
  106:15 116:21
  155:23
**regions** 12:2 80:3
**registered** 1:15
  236:2
**regular** 51:15
  111:12 119:25
  124:14 137:20
  153:5
**regularly** 138:20
  139:15 162:8
**regulation** 17:7
**regulations** 22:3
**reimbursed**
  102:10
**related** 9:23 21:7
  111:17 116:18
  118:25 119:3
  142:16,19 143:14
  155:21 223:24
**relation** 106:9
  153:23
**relative** 9:3
**relatively** 47:11,15
  47:21,23 63:11
  80:5 119:20
  126:24
**relatives** 142:22
  143:25 144:2,6,11

**relaying** 153:10
**released** 148:9,15
**relevant** 178:5
**relief** 148:19,21
  181:25
**religious** 55:18
**relish** 87:3 213:11
**remainder** 60:7
**remaining** 127:14
**remains** 93:21
**remediating** 229:9
**remember** 9:11,22
  14:19 17:21,22,22
  19:23 28:22 58:14
  58:16 98:10
  106:11 126:13
  151:13 169:10
  177:17 181:23,23
  183:20,20 215:2
  223:13 227:1
  229:2
**remodeled** 70:15
  70:18
**remotely** 5:8
**remove** 98:19
  159:11
**removed** 88:21
  101:13 112:10
  145:1 146:3
**remover** 218:14
**removers** 218:5
**removing** 88:24
**renovated** 38:16
  40:15,17
**rent** 80:9
**rentals** 106:4
**rented** 56:1,16
**repaint** 68:13
**repainted** 70:20
**repair** 184:12
  187:9 219:24

**repairs** 220:17
**repellant** 173:5
  214:5,10
**rephrase** 6:21
  157:2
**replace** 68:9,11
**replaced** 37:17
  40:18 68:15 89:25
  90:2
**replacement** 72:13
  72:23
**replied** 77:3
**report** 42:6
**reported** 236:8
**reporter** 1:15 6:19
  7:2 19:14 23:21
  25:9 34:24 59:7
  74:12 76:4 232:21
  236:3
**reporter's** 7:8
  146:13
**represent** 5:9 76:9
  147:11
**representative**
  147:22 149:6
  226:10
**representatives**
  227:25
**represented** 48:23
**representing** 4:14
  5:23 147:7,12,16
**request** 59:13
**required** 149:13
  170:10
**requirements**
  32:11
**research** 84:19,21
  86:2
**reserpine** 182:11
**residents** 147:12

**resolve**  120:11
**resource**  10:7,10
**respectful**  8:12
**respond**  7:10
   92:16,17
**responded**  147:20
**response**  229:4
**responses**  83:17
   90:21
**responsibilities**
   11:9,24 15:16
   22:1,5,10
**responsibility**
   16:12
**rest**  20:17 155:13
**restaurant**  134:12
   134:15 135:6,24
   136:1,25 137:1,3
   160:14 163:16
**restaurants**  135:3
   135:13,18,21,23
   136:2,22
**result**  98:1 115:12
   146:3
**resulting**  148:8,24
**results**  117:17
   118:4 122:21
   151:16,20 152:13
**retaining**  31:17
   33:1 70:13
**retention**  179:10
**retire**  73:20
**retreat**  99:20,21
   100:4
**returning**  105:7
**review**  147:1
**reviewed**  146:23
**reviews**  16:15
**rice**  208:22,23
**richard**  227:20
   228:20

**richards**  71:14
**rid**  103:3
**riding**  124:6
**rifadin**  182:13
**rifamate**  182:13
**rifampin**  182:13
**rifater**  182:13
**rifle**  220:22
**rifs**  182:14
**right**  9:23 10:25
   18:13 24:24 26:15
   28:16 29:14 30:20
   32:16 34:2 44:25
   45:4 64:12 105:14
   108:6 113:19
   115:3,3,3 121:23
   123:7,23 127:6
   138:25 149:23
   161:15 164:13,14
   194:19 197:14
   213:13 223:1
   231:14
**risk**  111:23 142:10
   142:17 143:4,6,8
   152:1 153:7
**risks**  152:2,12
   153:19,24 154:12
**road**  46:18 48:6
   56:5,13,20 106:7
   164:16,21 223:15
**roast**  208:25 209:7
   209:10
**roasted**  209:2,3,3
   209:5,8
**robin**  226:4
**rochester**  117:16
   130:5
**rocks**  68:1 132:1
**rocky**  67:7
**role**  17:9 22:10
   146:21 150:13

**rolled**  172:24
**rolls**  209:13,14,14
   209:15
**roof**  24:15 68:9
**room**  5:8 28:11,25
   30:17,20 41:18
   43:8 44:8 50:9
   53:14 116:23
   173:7 187:11
**rooms**  28:9 70:17
   70:20
**roots**  68:1,3
**rough**  32:10
**roughly**  46:8
   131:12 183:11
**roundup**  215:8
**routine**  63:21
**row**  33:9
**roy**  4:14
**royal**  45:6 65:19
**rpr**  236:21
**rubber**  188:4
**rug**  217:23
**rule**  7:15 91:12
**rules**  6:16
**run**  37:12,19
   41:17,19 69:19
   70:7 116:15,16
**running**  124:6
   138:23 151:14
   166:2 186:4
**rupture**  124:1
**rural**  76:18
**ruth**  140:7

**s**

**s**  2:1,5 3:8 5:16
   140:7 181:6
   227:21,21 237:1
**sacra**  76:19 77:13
**sacra's**  77:4

**safe**  215:1
**safeco**  71:19,22
**safety**  85:22
**sage**  209:17
**saint**  1:8 4:25 5:12
   98:15 148:11,13
   148:15 226:15,16
   229:9 230:16
   237:2
**sake**  7:8 209:19
**salad**  204:6 205:22
   212:5,12
**salads**  135:10,11
   136:10 200:24
   206:1 211:5
**salami**  209:21,22
   209:24
**sale**  73:4 81:16,18
   81:23
**sales**  42:6 80:21
   82:14
**salmon**  161:20,22
   161:23,24
**salt**  132:2 209:25
   210:1,1
**sandblaster**
   187:17
**sandwich**  134:4
   135:8 204:7
   209:14,22 212:5
**sandy**  67:6,8
   222:15,17 223:9
**sashimi**  208:14
**sassafras**  210:3
**sat**  193:4
**sauce**  200:12
   210:25 211:1,2
**sauna**  169:4,5
**sausage**  161:16
   210:5,6,7,8

sauted 202:10
save 190:1
saw 42:21 90:20
    124:19 194:16,17
sawdust 194:18
sawmill 185:3
saying 21:15 44:25
says 12:15 20:2,21
    27:6 29:12 59:14
    74:20 76:17
scalloped 208:5
scan 183:23,24,25
    184:2
scar 118:4
scares 143:16
schedule 124:14
    224:1 226:22
scheduled 65:11
schenectady
    116:17
school 10:12,23
    23:1 94:17 105:6
    105:10 107:7
    132:10 146:2
    185:20,24,24
schuren 228:7,8
schuylerville
    136:25
science 10:22 17:7
scope 69:13
    126:15
scotchgard 165:21
    165:22
scrambled 201:17
screened 34:4 44:4
screening 113:25
    142:7,9 219:16
scrub 218:18
scrubbing 216:8
seal 236:17

season 167:13
    203:22 211:11
seasonal 177:15
    198:9 200:8
seasonally 51:9
seat 29:12,17,19
seattleite 23:2
second 9:22 27:3
    37:15 41:4,6,23,25
    43:3,16 50:7
    232:25
secondly 13:25
section 222:1
sediment 159:11
see 19:25 24:5
    26:5 29:5,24 30:1
    31:11,15,19 33:7
    36:16 45:1 48:23
    50:10 59:10 74:13
    75:21 76:17 108:7
    117:19 122:23
    125:21 126:19
    139:15,17 141:15
    169:25 222:5
    230:21
seeds 208:10
    211:13
seeing 74:14 75:4
    79:8
seeking 64:22 65:8
    129:6,8,8
seen 13:24 75:13
    78:8 88:6 115:22
    115:22
seinfeld 158:21
sell 73:6,8,12,15
    74:21 75:14 81:18
    81:21 216:11
send 72:19 75:5
    230:10

senior 186:15
sense 7:4 45:18
    87:25
sensitive 4:7 8:9
sent 117:16
separate 82:1
    103:19
separated 58:6
septic 67:12
sequence 98:10
serax 182:1
series 183:16
    184:4
serious 57:22
    171:8
seriously 75:2
serum 154:17
serve 231:17
served 83:18
service 52:4,7
    67:19
services 12:4,5
serving 203:17
servings 138:11
sesame 210:10,11
set 221:3
setback 32:10
setbacks 25:18
seven 108:8 169:7
seventh 62:18
severe 232:8
severely 124:2
    127:1
sewer 67:14
shampoo 172:23
    173:1,2 217:23
shampoos 172:21
share 60:4
shared 141:11
sharon 226:6,7,7

she'll 216:14
shed 32:1,6,9,14
    32:18,23 60:10
    70:9
sheds 66:5,8
sheet 235:5
shellfish 210:13,14
shelves 39:12
sherry 211:17
shield 113:16
shift 104:9
shifting 57:17 85:2
shipyards 187:15
shoe 217:14
shooting 220:22
shop 158:2 188:2
short 56:24 104:6
    106:4 107:4
    178:13
shortly 121:13
    149:24
show 25:24 27:19
    36:3 42:6
showed 29:17
    34:12
shower 40:13,18
    43:17,18,23
    160:16,17
showering 176:16
showing 37:16
shown 28:11,18
    43:6 96:20 151:25
shows 25:17 35:24
    62:9
shrimp 210:15
siblings 141:12
    144:9
side 14:5 26:7
    29:11 31:19 32:25
    33:10 34:3,9
    36:17 66:23,24

87:5 143:1
**siding** 68:11
**signature** 4:3
    236:20
**signed** 147:1
**significance**
    150:13
**significant** 50:4
    87:17
**silica** 171:16,18
    193:11
**silk** 219:16
**silver** 1:16 2:12,12
    4:18,23 5:16,16,22
    8:1 53:23 108:11
    109:5,7 112:25
    113:16 132:15
    150:8,25 173:21
    189:24 213:18
    225:8,12,17,24
**similar** 66:12
    152:25 153:15
    159:7
**similarly** 1:5 4:24
    152:23
**simple** 119:6
**single** 23:14 96:3
**sink** 43:21
**sister** 142:1
**sister's** 141:18
**sit** 21:14
**site** 67:12 76:8
    77:6,10
**sites** 77:15,20,21
**sits** 31:4 67:10
**situated** 1:5 4:25
**situation** 149:3
    152:25 153:1
**six** 161:3 167:20
    169:7 170:23
    198:11 203:1

**size** 34:3 45:15
    46:9,22 52:25
    68:2,5,6
**sizes** 45:16,17
**sketch** 3:12 25:15
    29:16
**ski** 138:25 165:16
    168:1
**skiing** 165:17,18
**skim** 134:3
**skis** 165:19,20
**slash** 29:25 43:7
    148:10
**sleeping** 179:24
**slightly** 34:4,7
    37:10 45:17,18
    119:15 145:9
**slow** 6:18
**small** 11:16,16,16
    32:1 38:15 66:8
    123:24 194:14
    220:14 224:13
**smaller** 46:19 74:1
**smallest** 45:20
    127:22
**smelled** 174:13
**smelling** 172:25
**smells** 173:8
**smoke** 26:12,24
    131:1 192:16
**smoked** 210:21,23
**snack** 206:25
**snow** 24:12 25:1
    167:24
**socially** 101:6
**soda** 137:20
**sodas** 137:18
**soft** 67:7
**softener** 159:7,8,9
    217:5

**soil** 67:5 85:11,12
    85:22 86:15 99:19
    100:6,9
**soils** 86:3 148:17
**solar** 36:23 50:1,4
    50:5,6,23 51:7
    54:18 60:10 68:17
**sold** 81:9,14
**soldering** 220:20
**solid** 38:24 39:12
    39:18
**solvent** 193:16
**solvents** 173:24
    193:13,14
**somebody** 14:19
**someplace** 160:13
**somewhat** 111:13
**sons** 107:24 108:6
**soon** 36:14
**sooner** 112:22
**soots** 193:18,19,21
**sophomore** 186:22
**sorry** 23:7 36:8
    38:15 50:17 64:10
    65:25 69:4 90:17
    91:11 99:13
    105:15 138:10
    157:22 194:25
    223:7
**sort** 11:20 12:17
    16:15 57:16 75:12
    147:19 223:19
    230:11
**sounded** 127:15
**soup** 200:21
**south** 50:4 56:2,14
**southeastern**
    32:25
**southwest** 116:24
**southwestern**
    79:24

**soy** 210:25 211:1
**space** 27:22 44:2,2
    44:7 52:18 94:12
**speak** 101:5
    154:18 229:24
**speaking** 53:20
    139:21 143:25
    144:8
**species** 28:23
    186:24
**specific** 14:17 19:6
    72:3 77:9 86:4
    96:3 100:25 121:4
    129:5 153:17
    180:17
**specifically** 12:3
    17:11 30:25 144:8
    148:22 153:3
    158:11 161:13
    217:21 224:18
    227:3
**specimens** 186:24
**spell** 29:8 130:10
**spend** 103:23
    154:24 155:13
    167:2,6,18 168:11
    170:15
**spent** 162:17
    176:16
**sperry** 2:4
**spice** 204:17
**spiced** 210:11
**spiese** 227:20
    228:20,20
**spinach** 211:4
**split** 54:25 55:3
**spoke** 228:15,16
**sport** 186:3
**spot** 218:5
**spray** 177:16
    180:10,15 188:24

204:15,16 213:25
214:2,8,9,21,25
215:1,7,11,25
216:1 217:9,11,16
218:7,9
**sprays** 189:1
191:13 214:13,15
214:17,19
**spring** 167:14
**sprouts** 197:3,4
207:8
**square** 43:25 44:3
44:6 46:24
**st** 200:14
**stack** 26:12,24
**stadium** 14:21
**staff** 11:13
**stages** 47:24
**stained** 30:4
219:20
**stainless** 38:6
**stainmaster**
165:24
**stains** 191:25
**stall** 40:18
**stamp** 62:20
**standard** 34:14
52:25 113:25
142:18 159:4
181:24 183:14
**standing** 133:15
133:19
**star** 211:7
**starch** 217:16
**staring** 31:18
**start** 137:13
213:19
**started** 16:4,5 22:4
22:14 119:16
121:8 158:14

**starting** 22:6
198:23
**state** 6:7 11:17
12:1 13:12,19
17:24 85:25 96:20
97:24 117:15
134:21 163:2
164:12 230:4
**statement** 128:23
**statements** 235:7
**states** 1:1 5:2
170:12
**statin** 118:10,19
119:1,7 120:22
121:13 129:22,25
199:15
**station** 187:21
**status** 228:10,21
229:13
**stay** 153:1,3
**steady** 131:10
**steak** 161:6,7
**steel** 38:7
**stenographically**
236:8
**stents** 118:9
**step** 227:13
**steps** 37:17,18
101:13
**sternberg** 2:12
**sticks** 113:18
**stimulating** 122:3
**sting** 232:4
**stipulation** 4:1
**stir** 210:11 211:2
**stitches** 125:25
126:4
**stocking** 191:4
**stomach** 177:25
178:2

**stone** 42:21,22,25
42:25 46:3 68:5
68:23 69:16,20,20
70:8
**stones** 68:3,4
**stood** 116:4
**stop** 93:22 186:5
**stopped** 136:24
**stopping** 133:6
**storage** 53:22
**store** 163:16
173:24 195:17
217:1
**stories** 17:22
**story** 115:21
**stove** 29:9 50:8
51:13,14 164:2
221:13
**straight** 20:24
173:18
**strange** 43:11
**strawberries**
211:9,10
**street** 1:17 2:5,13
4:19 14:5 45:6,7
45:25 46:8 48:10
49:14 54:17 56:2
56:14 65:19 66:20
66:25 77:18 157:6
168:16
**strep** 178:17,19
**stress** 15:11,13,18
15:20 16:2,4,5,11
117:7
**stressed** 16:7
**strictly** 176:15
**strikingly** 173:10
**stroke** 144:7 145:6
**structure** 33:2
39:8,16 126:19

**structures** 33:13
**stuck** 172:10
**students** 186:22
**studies** 151:25
152:4
**study** 10:19 28:14
29:25 43:7
**stuff** 38:18 58:15
102:25 123:22
135:21 136:11
154:14 172:25
186:14,20 189:22
194:15 204:15
215:3 216:12
217:21
**stung** 232:6,13,14
**style** 48:11,17 49:5
49:6
**styles** 48:19,23
49:2
**sub** 112:23
**subdivision** 47:18
**subject** 77:24
104:11
**subjective** 124:9
**subscribe** 235:6
236:16
**subscribed** 235:12
**subsequently**
22:12 58:3 98:22
**substance** 18:3
**substances** 16:16
17:8 100:18
**substantially**
121:20
**substitute** 138:7
**substitutes** 137:25
138:9
**successful** 79:9
**suck** 200:18

**suffered**  148:7
**sufficient**  112:2
**sugar**  137:25
  138:1,4,6,6,9,12
**suggested**  112:8
  128:9 130:17
  153:5
**suite**  2:9
**sulfisoxazole**
  182:15
**sull**  35:12 62:21
**sullivan**  1:3,14
  2:17,21 3:2,15,16
  3:17,18 4:23 5:6
  5:11 6:2,9,12 7:20
  20:4,22 54:9
  97:10,16,18
  133:24 140:5,7
  141:16,16 146:17
  174:24 175:1
  200:16 231:4
  234:6 235:10
  237:2,25
**sum**  59:22
**summer**  56:15
  104:17 139:2
  167:14,17,19
  168:4 171:4 184:8
  213:8
**summers**  105:7
  107:7
**sumner**  222:15
**sun**  50:11 171:10
**sunburn**  171:8
**sunflower**  211:13
**sunflowers**  85:15
**sunny**  51:10
**super**  76:23
**supervision**
  153:23

**supervisor**  11:13
**supplement**
  130:18
**supplements**
  130:12,19 180:3,6
  182:17
**supply**  21:10
  52:12 65:3 93:5
  159:5 163:24
**support**  35:8
  146:17
**suppose**  155:2
  176:5
**supposed**  89:24
  90:14
**sure**  13:8 15:15
  21:8,24 26:25
  28:10 29:5,16
  30:25 32:8 33:7
  36:23 37:16 41:10
  45:6 53:9 57:20
  60:11 62:5,12
  72:18 75:6 76:14
  84:3 85:10 110:24
  120:21 124:12
  126:5 132:24
  134:1 148:1,6
  149:9,12 160:6
  178:19 184:10
  222:7 230:5,22
**surfaces**  177:1
  217:2,22
**surgery**  117:8,9
  125:20,25 126:8
**surprised**  24:3
  50:20 54:20
**surround**  41:1
**surrounds**  31:20
**survey**  66:7
**susan**  45:5 48:4,8
  49:9 65:17

**sushi**  208:14
**sustained**  154:19
**swallower**  63:13
**swam**  168:18
**swear**  5:23
**sweet**  207:9
  211:15,17,19
**swim**  168:20
**swimming**  33:15
  168:18,23 169:1
**switch**  119:10
  130:6
**switched**  130:2
**swore**  147:4
**sworn**  6:2 235:12
  236:4
**symptom**  181:25
**symptoms**  143:20
**synergies**  80:2
**syracuse**  10:13,16
  14:22 105:17,18
**system**  30:13,23
  31:1 36:24 49:17
  49:25 50:8,13,14
  50:22,24 51:3,20
  52:19 54:11,14,24
  54:25 88:23 89:3
  89:7,9,11,21 90:7
  92:8 98:11 99:4,6
  99:9,16 101:20
  176:14,17 227:12
**systems**  22:7

**t**

**t**  3:8 141:18,18
  188:19 237:1,1
**tables**  217:2
**tablet**  130:14
  178:3 181:19
  182:19
**tablets**  200:4

**take**  7:11,13 18:15
  20:1,20 23:25
  25:22 28:2 42:5,7
  53:24 75:13 97:7
  108:9 118:6,10
  126:21,21 130:12
  130:13,16 160:16
  160:17 168:6
  169:1,18 174:17
  177:16,21 178:1
  179:3,4 180:15,18
  182:18 218:13
  222:4 230:9,19
**taken**  1:14 4:20
  22:9 35:16,22
  37:9 38:4 41:19
  54:4 97:12 101:13
  133:10 174:20
  177:9 180:4,18,22
  181:20 230:25
  231:10,12
**talk**  39:21 75:17
  75:19 104:10
  111:21 114:15
  152:13 158:21
  222:6
**talked**  70:15 83:12
  88:16 107:9 142:7
  145:16 155:20
  214:15 223:23
  224:18,25 225:1
  233:2
**talking**  16:22
  45:13 77:13 78:19
  102:16 103:21
  104:8 157:8,10
  161:13
**tank**  52:21,24,25
  53:8,13 64:14
  67:12 166:12

**tanker** 229:6
**tanks** 53:4,5,17,22
**tap** 20:24 158:17
  159:13 160:4
  163:19 176:21
  177:5
**tapazole** 181:14
**taps** 160:1
**tar** 190:5 191:6
**tarragon** 211:21
**tars** 193:18,22
**tax** 82:25 83:9,14
**taylor** 45:5 48:4,8
  49:9 65:17
**tce** 194:1
**tea** 137:16,17
  138:1 157:11
  200:2,4 203:25
  210:3
**teacher** 185:20,24
  188:6
**team** 149:9
**tear** 115:9 123:24
**technical** 12:3
**technically** 45:6
  47:19 106:3
**tedious** 8:16
**tell** 7:23 8:25 9:8
  9:25 10:3 14:8
  17:10,11 18:24
  19:16 20:8 21:14
  21:22 23:23 25:11
  25:25 28:8 29:15
  30:14 31:7,10
  33:23 35:1,6
  36:18,22 38:20
  41:11 42:8 43:14
  44:23 46:16 55:22
  58:21 59:9 62:3
  63:15 67:5,9 71:7
  71:22 74:16 76:6

77:9,19 83:25
  85:9,21 104:14
  108:6,14,18
  114:18,21 117:21
  119:11 120:8
  121:12 123:19
  126:14 137:15
  144:2,11 146:15
  148:4 175:16
  213:23 216:14
  223:14 228:25
  232:23
**telling** 14:19
**ten** 22:8 108:15,18
  110:1 112:20
  120:8 131:13
  185:25
**tend** 67:25
**tenths** 45:21,22
**terbinafine** 178:15
**term** 96:16 104:6
  106:4 148:2
**termites** 219:9
**terms** 47:2 71:24
  102:11 124:6
  125:8 133:25
  140:24
**test** 63:25 64:3,9
  98:1,6 100:25
  117:7,17 122:21
  126:23 154:15
**tested** 88:22 89:4,6
  97:19,22,23 98:21
  99:19 100:7,9
  146:4 151:10,12
**testified** 6:3
**testify** 236:4
**testimony** 9:9
  24:19 234:6
  236:11

**testing** 100:12,17
  142:19 151:14
  153:5,8,11,17,22
  226:23 228:12,22
  229:14
**tests** 98:7 100:19
  100:21 111:11
  113:4,20,22
  114:10 117:1,6
  122:6,12 126:7
  128:14 153:12
  154:5,9,11
**tetrachloride**
  190:17
**tex** 166:1,2
**thank** 23:8 34:22
  41:4 49:10 62:24
  76:2 100:5 231:4
  234:1,2,3
**thanks** 39:24
  62:22 100:4
  133:21 232:2
**therapy** 125:4
  178:24
**thereof** 134:6
**thermal** 36:23
  51:8 52:19
**thick** 32:17
**thing** 7:22 27:19
  34:1,2,5 49:13
  73:18 86:19 87:23
  89:16 120:4 125:4
  138:3 142:23
  143:11 145:24
  158:22,23 178:1
  200:18 213:2
  214:3,24 215:10
  216:25,25 218:25
  223:19 224:1
  230:11

**things** 8:18 35:23
  60:8,9 79:22
  85:15 86:23 87:15
  88:4 89:2 90:5
  94:7 103:19,22
  110:20,22 116:7,9
  118:25 119:4
  122:24 124:8,15
  126:1 127:11
  142:4 152:7,11
  153:16 168:14
  176:6,7,22 193:2,4
  193:24 199:18
  209:15 219:6
  226:23 228:11,13
**think** 9:7,12,21
  10:15,17 15:24
  16:7 17:24,24
  26:8 29:12 34:11
  35:23 39:11,15
  42:15 45:20,23,23
  54:16 56:15 57:10
  58:12,16,20 61:10
  66:7 68:7 69:24
  71:21 72:1,11,11
  76:13 77:12,20
  79:11,14,17 82:17
  87:14,14 88:15
  90:20 95:5 96:22
  102:11 108:2
  109:25 110:4
  120:2 121:18
  123:24 124:2
  125:13 127:24
  130:13 135:7
  136:17 147:25
  151:21 152:21
  158:11 178:14
  182:18 183:23
  184:6 188:22
  189:1,5 192:19

196:12 201:7
202:20 204:14,16
207:7,7 209:4
212:7,7 218:25
219:3 222:4,10,10
222:16 223:4,16
224:16,16 225:11
226:8,18 227:7
228:20 232:7
**thinking** 21:4
38:17 103:22
113:16 157:15
**thinner** 31:22
118:13 231:18
**third** 20:20 45:22
50:12
**thoroughly** 149:10
**thought** 14:22
20:23 104:12
141:23,23 143:21
213:18 233:13
**thousand** 130:13
**thread** 126:17
**threat** 118:17
**threats** 118:12
**three** 25:23,25
26:3 31:25 43:1,9
43:13,22 47:8,8
55:5,6 57:12,14
58:2 62:18 106:2
107:24 108:9
116:14 128:4,10
131:8 135:23
162:21 163:3
165:9 168:1,9,9
169:16 170:6,25
175:6 195:6 198:7
198:14 199:2
201:19 204:12
205:3 207:12,25
211:5 213:4

220:14
**thresholds** 101:3
**throat** 178:17,19
**throughway**
134:22
**thrown** 41:16
**thyme** 211:23
**thyroid** 122:3
145:14 152:10
153:14 180:1
**tick** 172:21 173:1
**ticks** 214:11
**tile** 29:1,3,7,8,10
40:12,12,19 41:3
217:22
**time** 4:16 5:7 7:11
9:17 12:5 14:4,9
14:24 15:4 16:8
16:11 18:2,9 20:9
20:12 21:4 24:7
25:3,19 27:17
35:10,16,22,25
36:25 38:4 39:22
44:11 45:11 47:3
47:11 51:10 52:14
54:1,5 55:11
56:10,24,25 58:6
60:21 63:3 73:14
73:19 74:20 75:7
75:7 83:1 93:3
97:8,13,21 103:7,8
103:8 104:9 105:5
105:6 106:19
107:4 109:24
114:4 121:11,24
133:7,11 134:14
139:12 152:21
154:24 155:13,15
159:19 160:2
162:16 167:6,7,17
167:22 168:4,10

174:18,21 176:16
178:20 193:17
207:10 210:8
225:7 230:23
231:1,5,14 232:15
234:4
**times** 8:15 15:10
55:13 131:8
135:10 162:22
163:3,10 164:17
165:6 168:20
169:7,15,16 170:8
170:25 172:23
175:6,13 196:13
196:16,25 197:5
197:24 198:5,7,11
198:15,18 199:2
201:19,24 203:1
203:24 204:6,12
205:3,5,8,23 206:2
206:17,20,25
207:13,25 208:20
208:23 209:11,16
211:6,11 212:2,4
213:5 215:12
218:12
**tip** 227:22
**tissue** 118:4
123:22
**toast** 197:8 211:25
212:1,1
**tobacco** 194:3
**today** 5:13 7:19,22
21:15 26:21 231:5
**today's** 4:15 234:6
**toilet** 42:30 218:16
218:17,17
**told** 32:6 128:25
129:2 143:4,8,11
151:20 152:2
224:22

**toluene** 194:5,5
**tomatoes** 212:3,5
**tongue** 227:23
**tool** 66:5 70:9
**tools** 193:24
**top** 26:16,17,24
34:16 40:5 41:14
153:1,3 205:5
**topping** 207:12
**toppings** 206:1
**tore** 115:7
**total** 43:1,25 58:24
58:25 59:14,24
72:8
**touch** 10:2 70:21
192:21
**touched** 184:9
**tough** 170:17
**tour** 77:5
**town** 9:13,15,16
13:12,14 21:25
22:18,21,23 75:10
78:12 106:16
136:1,18,21
170:18
**towns** 22:2
**toxic** 93:5 138:9
**track** 156:11
**tracked** 109:18
**trails** 138:24
**train** 187:25
**trained** 154:14
**training** 80:12,21
**transaminase**
123:2
**transcript** 235:3,6
**transcription**
236:10
**transportation**
12:7 22:10,11

transported 117:1
traps 219:2
travel 135:25
  162:7 163:1
  164:11,12
traveling 170:10
treat 124:23
treated 114:19
  118:8 189:18,18
  219:9
treatment 30:13
  115:20 117:25
  176:14
tree 31:22
treeline 31:21 32:5
  32:9,16
trees 31:24 66:17
  215:5
trendy 204:3
tried 73:6
trigger 112:2
triglycerides
  118:25
trillion 98:6
trips 186:21
tropical 28:22
  29:4,5
trucking 185:7
trucks 229:6
true 9:21,21 21:18
  27:9 52:6 73:1
  147:5 162:15
  218:15 236:11
trust 110:5,7
truth 7:23 71:22
  223:14 236:5,5,6
try 8:2 75:14
  78:17 118:11
  122:23 149:18
  230:4

trying 8:13 82:16
  82:16 119:3 146:7
  223:25
tub 40:22 43:17
  169:8,12
tube 90:13
turkey 174:12
  209:7,8,10,10
turkeys 201:11
turn 4:9 27:1 28:2
  29:21 31:2 35:11
  37:7,22 62:8
  76:15 112:7
turned 143:22
turning 62:15
tuttle 77:17 78:11
  78:11
twice 60:25 139:17
  139:23,24 160:18
  163:11 197:15
  199:19 200:9,24
  201:2 202:9
  205:15 206:4
  208:7,21 209:23
  211:2
twisted 124:2
two 9:7 10:5 27:21
  31:24 36:19 41:23
  42:1,5 43:3 46:20
  47:7,7 61:2,5
  62:17 66:8 106:21
  108:2,2 135:23
  139:8 145:17
  147:20 156:14
  158:5,7 162:21
  163:3 165:9
  166:13,16 169:16
  170:5,25 175:5
  195:6 196:6,13
  199:1 203:12
  207:25 208:20

211:5,5
tylenol 180:21
type 54:11 119:1
  138:22 153:7
types 135:19
  153:15
typewriter 217:7,8
typical 109:12
  167:17 170:18
typically 69:21,23
  110:18 111:2
  113:7,24 114:8
  120:20 169:24,25
  197:17 230:14

**u**

uh 7:2
ultimate 81:24
ultimately 81:18
  81:24
ultraviolet 89:11
  90:10 91:15,19
  92:5
unaware 72:21
uncertain 115:8
uncle 144:14
unclear 8:22
uncles 144:12
undergrad 107:8
undergraduate
  10:19 105:8
underground
  53:21 67:18
understand 6:14
  6:20,23 7:19 8:3,4
  8:5,6,13,19 15:9
  16:13 18:2 31:3
  44:16 47:17 68:23
  71:4 83:17,20
  85:5 96:18 103:20
  106:20 112:4,19
  113:21 114:21

116:20 124:5
  140:9 143:17
  147:3,7,11,15
  148:19 149:5
  177:3 232:3
understanding
  86:14 88:20 96:16
  98:15 148:4,12
  152:19
understood
  116:10 184:6
undertake 13:16
unfair 70:3
unique 15:18
unit 40:24,25,25
  43:17,19
united 1:1 5:2
  170:12
university 10:11
  10:13 117:16
unnecessarily
  151:2
unrelated 116:12
unusual 141:19
  162:21
updates 230:10,13
ups 114:11
upset 177:25
  178:1
upstairs 28:21
  40:5 41:6 55:7
uric 122:9
urquhart 2:17,21
  5:11
usage 176:10
use 9:3 12:6 22:3
  65:14 81:21 82:11
  85:16,22 86:25
  87:7,12,16,18
  88:17,25 99:15
  100:1,1 126:18

129:11 130:23
133:1 137:25
138:3,4,8 165:21
165:22 166:5
169:4,8 171:23
172:1,11 173:3,5
176:20,21 177:5,5
189:3 197:21
211:1 213:23
214:8,10 216:5
218:11,17,19,19
221:11
**uses** 176:4
**usually** 33:12
110:21 131:18,18
134:1,4 137:9
164:8 168:8
197:18,20 202:8
202:11,11 205:22
209:4 210:6 211:1
212:12 215:19
**uti** 178:18
**utility** 30:17,20
44:8 53:13 227:5
**uv** 90:12,13

**v**

**v8** 134:2
**vacant** 78:12
**vacation** 136:20
163:11 165:1,7,13
165:14 170:9
**vacationing**
204:20
**vacations** 165:8
**valerian** 183:5
**valium** 182:3
**valuation** 72:13,24
83:10 92:19 233:7
**value** 72:8,15,16
72:21 82:15,25
83:3,15,22 84:15

84:16 92:25 93:9
93:11,14,14 94:1,3
94:18,22 95:1
102:4 103:16,21
148:25 233:16
**vanilla** 212:6,9
**vapor** 185:22
186:8
**varied** 167:12
**varies** 167:5
**variety** 15:16
48:18 85:20 152:7
**various** 15:17 28:9
86:1 155:14
162:11 201:8
**vary** 45:16,17
**varying** 100:23
**vast** 162:16
**vegetable** 32:22
33:8 85:3 87:9
207:16 214:19,20
214:25
**vegetables** 85:10
85:14,16,20,23
162:1,3 214:22
**veritext** 4:15
**vermont** 1:1 4:20
5:3 23:5,6 56:5,6
76:21 79:25
105:18,23 116:24
164:11,22,25
**versus** 4:25
**videographer** 4:5
5:22 6:1 54:1,5
97:8,13 133:7,11
174:18,21 210:17
230:23 231:1
234:4
**videotaped** 1:13
**view** 31:4 62:9
92:8 126:21

**village** 47:18
55:16 94:14,17
105:24
**vinegar** 212:11
**vinyl** 194:8
**virginia** 107:5,15
107:17 108:1,2
**virtually** 161:7
**visit** 77:4 110:15
110:17,19,22
113:5 163:4,8
165:4 170:6
**visiting** 160:13
**vitamin** 180:3,4
**vocal** 6:24
**vodka** 212:14
**volunteer** 162:18
**vs** 1:7 237:2
**vt** 1:17 2:5,13
**vtdigger** 76:19

**w**

**w** 2:8 140:5
**wait** 7:9
**waived** 4:3
**walk** 138:23
**walking** 116:2
168:16
**wall** 29:20 31:17
33:1 41:3 70:13
91:4,22 92:2,3,3
**walnuts** 212:16
**wand** 215:11
**want** 7:1,24 57:15
73:20 76:20 87:21
89:17 110:24
112:21 118:2
124:1 127:19
133:6 151:3
169:22 174:14
**wanted** 116:15
133:15 231:9

**wanting** 149:18
**wardrobe** 166:22
**wash** 175:7,10,11
176:7
**washington**
164:23
**water** 13:10,17
14:5 17:18 20:24
21:10,12 36:24
52:19 64:23 65:2
65:3,5,9,19 87:16
87:19,21,22 88:17
88:18,21 89:1,6
90:13 92:18 93:3
93:5,13,18,22,23
97:19,21 98:19,25
99:3,8,9,15,16,23
100:1 101:12,16
104:25 155:24
156:1,3,5,8,11,18
156:21 157:4,10
157:12,17 158:4,8
158:9,11,12,14,15
158:18,19,20,21
158:25 159:2,3,5,7
159:8,9,12,13,16
159:20,23,25
160:3,11,11,14
163:19,22,24
164:5,9 165:12,14
175:15,17 176:1,3
176:10,10,20,21
177:3,5,5 179:10
218:20 224:18
227:5,7 229:6
230:6
**watered** 176:2
**wax** 165:19,20
**waxes** 216:20
**way** 6:22 13:8
16:23 23:9 25:14

44:21,23,25 45:1,5
46:6 47:6 48:7,8
48:13 55:23 65:17
66:10 75:12,20
87:16,18 92:14
94:19 95:8,15,20
95:23 96:8,13
101:9 110:20
128:19 129:5
134:18,21 156:19
176:18
**ways** 43:11 175:16
**we've** 6:13 53:23
64:3 75:2 87:18
89:8 101:11
102:25 104:8
111:10 123:13
133:19 145:16
149:3 213:21
219:1,2 222:23
**weather** 51:9
**weaving** 220:7
**weed** 215:6,9
**weeds** 215:12
**week** 131:9 135:16
137:24 139:3
154:24 155:2,9,19
158:5 161:3 162:8
162:22 163:11
167:9 175:13
195:16,18,25
196:6,13,17
197:24 198:5,7,15
198:18,22 199:2
199:19 200:9,25
201:2,20,24 202:9
203:7,12,17 204:6
204:12 205:3,5,8
205:15,18,23
206:2,4,6,9,10
207:3 208:7,24

209:10,16 211:11
212:2,4 213:5
**weekend** 165:4
167:17,19,22
**weekends** 155:11
167:5
**weeks** 165:9
166:17 172:9
203:8
**weight** 108:16,18
108:20,23 151:1
177:23 198:24
**welder** 185:5
**welding** 194:10
220:20
**wells** 63:12 65:14
65:21
**went** 27:13 58:7
84:4 89:20 116:5
116:17,20 131:16
159:14 186:20
233:23
**west** 26:6,7 106:6
141:1,3
**weston** 108:8
**whatever's** 134:18
**whereof** 236:16
**whiskeys** 196:20
212:18
**whispering** 4:7
**white** 3:11 212:20
212:22
**whitlock** 2:8,8
5:18,18 8:1
112:23 113:1
132:13,16 171:13
173:14 221:7
**who've** 147:13
**wife** 19:20 23:12
38:16 55:12 56:22
57:5,7,21 58:9

74:17 75:5,16
84:25 86:20 87:1
101:6 116:15,23
135:16 160:21
170:9 198:1 207:8
212:8 216:8
222:14 227:9
**wife's** 163:9
195:10 213:11
**wild** 174:6
**wills** 71:13
**wilson** 2:17 3:3
5:10,10 6:6,12
15:8,25 17:4
18:14 19:3,10,13
20:19 21:13,19
23:16,20 24:10
25:5,8 26:22 32:4
33:4 34:18,23
35:19 39:1,20
42:12 46:12 47:10
47:16 48:14 53:16
53:25 54:8,23
58:4 59:2,6 62:23
63:14,24 64:5,20
65:20 66:1,18
67:24 69:7,11,25
72:2,7,20 73:3,23
74:3,7,11 75:23
76:3 78:15,23
79:10,16 80:8,18
81:6 82:9 83:8,24
84:13 86:13 91:13
92:1,12,22 94:5,20
95:3,13,21 96:6,15
97:7,17 98:24
99:7,14 100:16
101:17 102:8
103:5,18 104:3
108:13 109:7,9,16
110:11 111:20

112:18 113:3,8
114:3,14,23 116:8
120:5,15,23 121:3
121:17 122:1,7,13
122:19 123:11
124:22 125:14,19
126:3 127:3 128:8
128:16 129:24
131:6 132:7,23
133:5,21,23 136:8
136:16 138:5,19
142:13 143:19
146:7,12 147:14
148:3 150:18
151:3,7,9 154:3
155:12,22 157:1
157:14 158:6,13
159:22 160:7,15
162:23 163:5
164:10 165:11
167:15 168:25
170:14 171:15
172:12 173:17,23
174:17,25 183:18
190:1,2 193:21,25
196:7 199:16,20
210:20 213:20
214:9,12 221:10
224:7 225:22
226:3 228:3
229:11,21 230:8
230:19 231:4,8
232:20 233:11,20
233:25
**windex** 215:23
**window** 26:4
29:12,17,18,18
**windows** 34:15
68:15
**wine** 131:21,22,24
203:5,7 208:16,17

208:18
**wines** 211:17
**winter** 138:24
    167:14,22 168:3
    168:10 171:4
**withdraw** 60:19
    90:8 93:8 193:10
**withdrawn** 226:10
**witness** 3:2 5:5,24
    5:25 18:10,13,22
    18:25 24:25 26:15
    26:25 28:1,4 29:5
    29:22 30:7,20
    32:8 33:7 34:22
    35:14 37:6,21,23
    38:10,14 39:4
    40:11,21 41:10
    49:11 62:12,17,21
    65:25 69:4 76:2
    76:16 91:11 99:13
    109:6 151:5
    157:22 189:25
    196:4 199:14
    214:7 221:9
    230:22 231:7
    234:2 236:16
**woman** 141:8
**wonderful** 115:15
**wood** 37:17 39:9
    39:13 42:19 46:1
    51:15 54:21
    109:21,23 110:2
    110:15 111:5
    120:7,12 124:16
    124:19 129:17
    130:6,17 139:16
    152:15,17 189:18
    194:12,13 217:2
**wood's** 153:23
**woods** 172:25
    214:10

**woodworking**
    220:3
**wool** 2:4
**wore** 120:3
**work** 11:2,18
    12:18,19,19 13:9
    17:1 22:16,23,24
    44:18 69:13
    105:22 149:8,8
    155:6,14,16,18,18
    155:21 160:12
    162:8,20 163:2
    164:5,8 170:19
    186:10,13 189:20
    219:24 230:3
**workday** 162:11
    167:9 168:4,10
    170:18
**worked** 9:16 22:13
    22:15,18,24 81:24
    178:16 186:17,21
    188:12 192:9
**worker** 184:24
**workers** 139:25
**working** 11:18
    22:2 78:5 106:14
    106:16
**workplace** 139:19
**works** 110:20
    220:9
**workweek** 155:6
**worms** 177:18
**worn** 166:3
**worry** 127:13
**wrist** 126:16
**write** 24:18,24
    30:22 39:2
**wrong** 89:16
    148:14 151:8

**x**

**x** 3:8 12:15,15
    124:25 183:7,14
    183:15,17
**x'ed** 29:13

**y**

**yard** 61:16 67:21
    187:25 218:23
**yards** 61:19
**yeah** 13:5,8 18:8
    19:4 23:7 34:1
    35:14 37:21 39:15
    41:25 48:1 50:17
    50:20 53:25 57:2
    58:20 63:7 67:18
    70:4,5 75:9,12
    86:12 100:23,24
    103:8 107:2 108:7
    109:6 110:6,10
    111:3 112:3,17
    113:7 114:15,24
    115:21 116:13
    118:15,21 119:7
    121:16 124:15
    126:9,13 127:15
    127:18 130:17
    131:5 132:8,22
    134:13 135:14
    136:17,19,19,23
    138:15 139:2,24
    142:3 143:7
    144:20 147:18
    151:7 152:11
    158:19,23,23,23
    159:15 160:23
    164:9,15 168:9
    169:22 171:4
    175:12,12 177:1,1
    177:7 179:5
    181:20 193:21

195:1,15,24 196:5
196:15,25 197:4
197:24 198:13,17
198:21 199:1
200:7,13,15,24
201:19,22 202:8
202:14 203:21
204:5,11 205:2,7
205:14,15,17
207:3,13 208:5,23
209:15 211:11
212:5 213:4,8,16
214:7 215:8
216:14,14,14,15
216:16 221:1
222:19 223:22
227:3,17 228:8,8
229:19 231:24
232:5,10,12,15
**year** 51:5,11 52:21
    55:13 57:25 58:5
    58:13 112:11,20
    119:12 124:3
    128:14 139:17,23
    139:24 141:7
    161:25 163:10,11
    164:18 165:6,8
    168:20 169:15,16
    170:8,10 195:2,13
    198:11 200:11,13
    201:25 203:1,24
    205:18 207:1
    209:12 218:12
**years** 9:2,25 10:14
    17:15 22:8 31:25
    41:15 57:4,12,13
    57:14,24 58:2
    78:9 107:19,20
    108:18,23,24
    110:1,19 111:16
    111:19 112:20

119:17,19,23
120:3,8 129:15
131:13 133:18
148:10 168:24
169:11 170:6
172:5 174:9
177:14 183:14
185:25 186:15
192:22 201:13
217:13 219:1
232:7
**yellow**   205:13,14
**yogurt**   134:5
203:11 206:18
213:3,4,6
**york**   2:18,22
105:3,9,9,13
116:17 117:15
134:21 136:25
140:19,22 141:1
164:17
**young**   172:5
**younger**   107:5,12
107:14 141:22,25
**youngest**   142:24
145:25

**z**

**zip**   163:14
**zone**   94:25,25
95:11,19,25 96:11
96:12,16,18 97:3,6
**zoning**   9:13 22:21
25:17
**zucchini**   87:2
213:7,11
**zucchini's**   213:15

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.