# EXHIBIT 77

Page 1

1             UNITED STATES DISTRICT COURT
                 DISTRICT OF VERMONT
2

3

    JAMES D. SULLIVAN, et   )
4   al., individually, and  )
    on behalf of a Class of  )
5   persons similarly         )
    situated,                 )    Civil Action No.
6                             )    5:16-cv-00125
            Plaintiffs,       )
7                             )
       vs.                    )
8                             )
    SAINT-GOBAIN              )
9   PERFORMANCE PLASTICS      )
    CORPORATION,              )
10                            )
            Defendant.        )
11

12

13          VIDEOTAPED DEPOSITION OF WILLIAM S.
14      SUMNER, JR., taken pursuant to notice before
15      Beth Gaige, Registered Professional Reporter,
16      at the offices of BarrSternberg Moss Silver &
17      Munson, P.C. 507 Main Street, Bennington, VT,
18      on April 11, 2018, commencing at 9:35 a.m.
19

20

21

22

23

24

25

```
                                            Page 2
 1                A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFFS:
 4          EMILY J. JOSELSON, ESQ.
            Langrock Sperry & Wool, L.L.P.
 5          111 S. Pleasant Street
            Middlebury, VT 05753
 6          Phone:  802.388.6356
            E-mail:  Ejoselson@langrock.com
 7
 8          JAMES W. WHITLOCK, ESQ.
            Davis & Whitlock, P.C.
 9          21 Battery Park Ave., Suite 206
            Asheville, NC 28801
10          Phone:  828.622.0044
            E-mail:  Jwhitlock@enviroattorney.com
11
12          DAVID F. SILVER, ESQ.
            Barr Sternberg Moss Silver & Munson, P.C.
13          507 Main Street
            Bennington, VT 05201
14          Phone:  802.442.6341
            E-mail:  Dsilver@barrsternberg.com
15
16      FOR THE DEFENDANT:
17          LINCOLN WILSON, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
18          51 Madison Avenue
            New York, NY 10010
19          Phone:  212.849.7000
            E-mail:  Lincolnwilson@quinnemanuel.com
20
21          TOM BARNES, ESQ.
            Quinn Emanuel Urquhart & Sullivan LLP
22          51 Madison Avenue
            New York, NY 10010
23          Phone:  212.849.7000
            E-mail: Nicholaslocastro@quinnemanuel.com
24
25
```

Page 3

1                        INDEX
2     WITNESS:  WILLIAM S. SUMNER, JR.
3        Direct Examination by Mr. Wilson                6
4
5
6
7
8                     E X H I B I T S
9     Exhibit No.     Exhibit Description              Page
10    Exhibit 1 Black and white exterior photos of     64
                  home
11
      Exhibit 2 Black and white interior photos of     64
12                home
13    Exhibit 3 Diagram                                 70
14    Exhibit 4 Declaration of William S. Sumner,       85
                  Jr.
15
      Exhibit 5 VT Digger article                       93
16
17
18
19
20
21
22
23
24
25

```
 1                    STIPULATION

 2          (It is hereby agreed by and between the

 3     parties that signature is not waived.)

 4              - - - - - - - - - -

 5          THE VIDEOGRAPHER:  We are now on the

 6     record.  Please note that the microphones are

 7     sensitive and may pick up whispering and

 8     private conversations.  Please turn off all

 9     cell phones or place them away from

10     microphones as they can interfere with the

11     deposition audio.

12          Recording will continue until all parties

13     agree to go off the record.

14          My name is Edward Roy, representing

15     Veritext.  Today's date is April 11th, 2018.

16     The time is now approximately 9:35 a.m.

17          This deposition is being held at

18     BarrSternberg Moss Silver & Munson, P.C.,

19     located at 507 Main Street, Bennington,

20     Vermont, and is being taken by counsel for the

21     defendant.

22          The caption of the case is James D.

23     Sullivan, et al, individually and on behalf of

24     a class of persons similarly situated,

25     Plaintiffs, versus Saint-Gobain Performance
```

 1     Plastics Corporation, Defendant.

 2          This case is filed in the United States

 3     District Court, District of Vermont, Civil

 4     Action No. 5:16-CV-00125.  The name of the

 5     witness is William S. Sumner, Jr.

 6          At this time the attorneys present in the

 7     room and attending remotely will identify

 8     themselves and the parties they represent.

 9          MR. WILSON:  Lincoln Wilson, Quinn

10     Emanuel Urquhart & Sullivan for Defendant

11     Saint-Gobain Performance Plastics Corp.

12          MR. BARNES:  Tom Barnes, Quinn Emanuel,

13     also for Saint-Gobain Performance Plastics.

14          MR. SILVER:  David F. Silver for the

15     plaintiff.

16          MS. JOSELSON:  Emily Joselson,

17     plaintiffs.

18          MR. WHITLOCK:  James S. Whitlock on

19     behalf of the plaintiffs.

20          THE VIDEOGRAPHER:  Will Attorney David

21     Silver, representing BarrSternberg Law, please

22     swear in the witness and we can proceed.

23          (The Witness was administered the oath.)

24               (Off--the-record colloquy.)

25     WILLIAM S. SUMNER, JR., having been duly sworn

```
 1        by the Notary Public, was examined and
 2        testified as follows:
 3                    DIRECT EXAMINATION
 4        BY MR. WILSON:
 5   Q.   Good morning, Mr. Sumner.  Apologies for those
 6        technical delays.
 7             Would you please state your full legal
 8        name and date of birth for the record.
 9   A.   William Sayre, spelled S-a-y-r-e, Sumner, Jr.,
10        August 1st, 1952.
11   Q.   And we were introduced off the record.  My
12        name is Lincoln Wilson.  I'm an attorney for
13        Saint-Gobain, and I'll be taking your
14        deposition today.
15             Just to be clear, you also go by Sandy,
16        as well?
17   A.   Yes.
18   Q.   Have you ever been deposed before, Mr. Sumner?
19   A.   No.
20   Q.   So I'm sure your attorneys have explained to
21        you the ground rules of deposition, but I'm
22        just going to go over them for a moment so
23        that we're both clear.
24             The goal is to make a clear written
25        record through the court reporter; and to do
```

```
 1        that, I need to be clear on my questions and
 2        you need to be clear on your answers.  And
 3        sometimes we're going to be conversational;
 4        you might be inclined to say, yeah, uh-huh,
 5        uh-uh or shake or nod your head, but we need
 6        clear verbal answers for the court reporter to
 7        take down.
 8             You may also have a clear idea of where
 9        I'm going with a question and may be inclined
10        to respond before I finish my question, but
11        I'll ask that for the court reporter's sake,
12        that you wait until I finish my question, even
13        if you know where it's going, before you
14        provide your answer.
15             As your counsel said, if you'd take a
16        breath before you respond, that's usually a
17        good practice.
18             You can take a break if you need it
19        really any time, just so long as it's not in
20        the -- before you've answered one of my
21        questions.
22             And I do apologize in advance that some
23        of the questions that I have to ask you today,
24        because of the nature of this case, might be
25        sensitive about your personal background; and
```

```
 1        some of them might, frankly, be tedious, but I
 2        am going to do my best to be considerate and
 3        kind in the way that I ask them, and I'll ask
 4        for your consideration as we do that.  And if
 5        there's anything that we can do to make you
 6        comfortable in that, please let us know.
 7             So would you tell me where you were born,
 8        Mr. Sumner?
 9   A.   Plainfield, New Jersey.
10   Q.   How long did you live in New Jersey?
11   A.   We left when I was six.
12   Q.   Where did you go to next?
13   A.   Pittsburgh.
14   Q.   And how long were you there for?
15   A.   It varied because I went to boarding school
16        when I was 13.  So for most of my academic
17        year, I was in Malvern, Pennsylvania, but
18        would be home on vacations, and again went
19        away to college.
20   Q.   And where did you go to college?
21   A.   New England College in Henniker, New
22        Hampshire.
23   Q.   And did you earn a degree there?
24   A.   No.
25   Q.   How much college did you complete?
```

1    A.   Two years.

2    Q.   What did you study while you were there?

3    A.   Art and religion.

4    Q.   Okay.  And after you went to college, where

5         did you go -- move next?

6    A.   I took a year off and stayed on campus

7         basically trying to explore art as an

8         occupation; decided to go to a trade school

9         instead.  So the next move was to Melbourne --

10        I'm sorry -- Marion, Massachusetts, where I

11        went to a trade school for a year.

12   Q.   Okay.  And what year was that?

13   A.   I can't remember exactly.  I'll have to

14        calculate.

15   Q.   That's all right.

16   A.   Yeah.

17   Q.   So after you were in Marion, Massachusetts,

18        for the trade school, where did you move next?

19   A.   I came up here to Vermont and lived in

20        Bennington for a summer and into January

21        working on a house with my uncle.

22   Q.   And have you been in Bennington since?

23   A.   No.

24   Q.   So from that first time you moved to

25        Bennington, where did you go next?

```
                                           Page 10

 1    A.   To a small town in New Hampshire called
 2         Danbury.
 3    Q.   And how long were you there for?
 4    A.   Probably from -- I'm trying to think -- '74 or
 5         '75.
 6    Q.   And --
 7    A.   Maybe '73.  Like a year and a half.
 8    Q.   Okay.  And after Danbury, where did you move
 9         to?
10    A.   To Hanover, New Hampshire.
11    Q.   And how long were you there for?
12    A.   It's hard because you never move to a place
13         and just land January 1st and leave, you know,
14         December 31st.
15    Q.   A rough guess is fine.
16    A.   Yeah.  About two years.
17    Q.   And after Hanover, New Hampshire, where next?
18    A.   Jamaica Queens, New York.
19    Q.   That's interesting.
20              And how long were you in Queens.
21    A.   About three years.
22    Q.   And what brought you down to Queens?
23    A.   Job opportunities as a carpenter, and I had
24         friends down there.
25    Q.   And so just to -- I should have asked this
```

Case 5:16-cv-00125-gwc   Document 219-80   Filed 11/28/18   Page 12 of 294

1      before, but from the time you finished trade
2      school, was that in carpentry or woodworking?
3   A.  Yeah.
4   Q.  Both?
5   A.  It was actually an introduction to the trade.
6      So you could do -- explore any or all trades.
7   Q.  And were your jobs that you had in these
8      various cities after you went to trade school,
9      were those in carpentry or woodworking?
10  A.  Carpentry.
11  Q.  Carpentry.  And so you were -- you moved for a
12     carpentry job to Queens?
13  A.  Mm-hmm.
14  Q.  And where after that?
15  A.  I came back to Bennington.
16  Q.  And so after a lot of moving around, you
17     landed in Bennington.
18          And what year was that?
19  A.  '85.
20  Q.  '85.  And you've been here since?
21  A.  Mm-hmm.
22  Q.  Okay.  And when you moved to Bennington, where
23     did you begin working?
24  A.  I'm sorry?
25  Q.  Where did you work when you moved to

Page 12

1        Bennington?

2    A.   I worked for a company called Blue Heron

3        Construction.

4    Q.   And how long did you work at Blue Heron?

5    A.   Nine, nine-and-a-half years.

6    Q.   And you were doing carpentry work for Blue

7        Heron?

8    A.   Mm-hmm.

9    Q.   And in all these carpentry jobs that you had

10       after trade school, was the nature of your

11       work more or less the same, the kind of tasks

12       that you performed?

13   A.   Yes.

14   Q.   And would that be typically framing houses?

15   A.   Working, renovating houses, and building new

16       houses.  All residential.

Page 13



24    Q.    And I kind of jumped over something.

25              At some point along the way here you got

```
 1        married.  When was that?
 2    A.  Woo, I always get in trouble.  January '92 I
 3        believe.
 4    Q.  Okay.  Well, we're not taking her deposition,
 5        so we won't tell her.
 6            What's your wife's name?
 7    A.  Marie-Pierre Clair Madelyn Marguerite Huguet.
 8    Q.  And where did you meet her?
 9    A.  Here in Bennington.
10    Q.  And is she from the area?
11    A.  No.  She's from Clermont-Ferrand, France.
12    Q.  Who would have guessed.
13            And she's not a plaintiff in this action,
14        is she?
15    A.  No.
16    Q.  Why not?
17    A.  She didn't have the time.  Basically that's
18        it.
19    Q.  Did you ask her to join?
20    A.  We talked about it.
21    Q.  And -- and what does she do professionally?
22    A.  She's an instructional designer.
23    Q.  And taking another step back -- actually, can
24        you tell me what an instructional designer is?
25    A.  They design instruction.  So a teacher would
```

Page 15

1       give you content, and you put together a

2       program for, let's say, online learning for an

3       online course, and that's what she does.

4    Q.  And did she go to school for that?

5    A.  Yes.  She got a PhD in it.

6    Q.  Where from?

7    A.  RP -- I'm sorry.  SUNY Albany.

8    Q.  And how did the two of you meet?

9    A.  Through mutual friends here in Bennington.

[redacted]

BY MR. WILSON:

[redacted]

2    Q.   Now, I understand that in 1996 you left Blue

3         Heron Construction and shifted to woodworking

4         as a trade; is that correct?

5    A.   Mm-hmm.

6    Q.   And initially you were working at the mill

7         shop?

8    A.   (Nod)

9    Q.   And what did you do at the -- I'm sorry.  I

10        don't think we got a clear answer there on the

11        record.

12   A.   Yes, I did.

13   Q.   Okay.  And what did you do at the mill shop?

14   A.   We did millwork, which is windows, doors,

15        trim, whatever came in the -- you know,

16        whatever requested by architects or

17        individuals.

18   Q.   Was it for a commercial or residential

19        projects or both?

20   A.   Both.

Page 18



20  Q.  And you left your position at the mill shop

21      two years later in 1998; is that right?

22  A.  Correct.

23  Q.  And why did you leave the mill shop?

24  A.  To start my own business.

25  Q.  And I understand that the mill shop is no

```
                                              Page 19
 1        longer in business.
 2              Do you know approximately when it went
 3        out to business?
 4   A.   I don't actually.  It phased itself out over a
 5        couple years.  I don't really know exactly.
 6   Q.   And so you started your own woodworking shop
 7        at your home; is that correct?
 8   A.   Correct.
 9   Q.   And is it located in your basement?
10   A.   Correct.
11   Q.   And what were your primary sources of income
12        through your woodworking shop in your
13        basement?
14              MR. WHITLOCK:  Object to the form.
15   A.   I did work for architects and contractors.
16        BY MR. WILSON:
17   Q.   Did you -- if you can just describe generally
18        the kind of work that you did.  Was it the
19        same kind of work that you did at the mill
20        shop?
21   A.   Yes.  Mostly built-ins.
22   Q.   Built-ins like cabinetry?
23   A.   Kitchens, bookshelves, vanities.
24   Q.   Is your shop pretty well equipped?
25   A.   Very well.
```

Page 20

1   Q.   And you still have your shop, right?

2   A.   I'm selling everything now.

3   Q.   You're selling all the -- the tools and

4        equipment?

5   A.   Mm-hmm.

6   Q.   And is that because you've retired or some

7        other reason?

8   A.   Because I'm retired and because I lost

9        interest.

10  Q.   Do you do it as a hobbyist anymore then?

11  A.   No.

12  Q.   And now that you've worked -- now that you're

13       working -- I'm sorry.  Let me withdraw that

14       question.

Page 21



24   Q.   And now that you are retired -- that was in

25        2015; is that correct?

```
 1    A.   Correct.
 2    Q.   What do you do for -- well, what do you occupy
 3         your time with?
 4    A.   I used to love gardening.  I play a lot of
 5         golf.  I enjoy cooking.  Ice skating.  Hiking.
 6    Q.   Okay.  Anything else?
 7    A.   Not that I can think of right now.  Other -- I
 8         mean, I enjoy writing.
 9    Q.   What do you write?
10    A.   Reading.  Short stories.
11    Q.   What about?
12    A.   Things I'm familiar with.  My life
13         experiences.
14    Q.   Are you published?
15    A.   No.
16    Q.   And let's -- let's talk a little bit about
17         your home now.
18              Your home address in Bennington is 37
19         Susan Taylor Lane; is that correct?
20    A.   North Bennington.
21    Q.   North Bennington, I'm sorry.
22              And just to clear up a little question
23         about your address, there was something in
24         your records that listed an address on Royal
25         Street.
```

```
 1              Did you ever live on Royal Street?
 2   A.   When I first built my house, there was no
 3        official road in front of my house.  It was a
 4        development in progress, and they hadn't named
 5        it yet.  So my mailing address was on Royal
 6        Street.
 7   Q.   And is my understanding correct that Royal
 8        Street and Taylor -- Susan Taylor Lane are
 9        perpendicular to one another?
10   A.   Yes.
11   Q.   Is your home a single-family home?
12   A.   Yes.
13   Q.   Can you tell me how many square feet it is,
14        approximately?
15   A.   Present day?
16   Q.   Yes.
17   A.   1650.
18   Q.   How many bedrooms?
19   A.   Well, we're using two with an office that
20        could be a bedroom.
21   Q.   Does that 1650 include the basement wood shop?
22   A.   No.
23   Q.   How many bathrooms?
24   A.   One and a half.
25   Q.   Is the basement wood shop, is it finished?
```

Page 24

1      Like once you take your equipment out, it's
2      finished space, or is it concrete walls?
3  A.  It has plywood on the walls.
4  Q.  Do you have a garage?
5  A.  No.
6  Q.  Do you have a shed?
7  A.  Yes.
8  Q.  How many?
9  A.  I have a shed for my garbage, and I have a
10     shed for my wood storage and gardening tools.
11 Q.  And when you say wood storage, is that wood
12     for woodworking or wood for firewood?
13 A.  Wood for woodworking.
14 Q.  Is there an attic?
15 A.  No.
16 Q.  How many stories is the home?
17 A.  One story.
18 Q.  One story and the basement?
19 A.  Yes, correct.
20 Q.  And you built your home; is that correct?
21 A.  Mm-hmm.
22 Q.  Do you take a lot of pride in it?
23 A.  Yes.
24 Q.  And did you design it yourself?
25 A.  Yes.

Page 25

```
 1   Q.   And you own it with your wife; is that
 2        correct?
 3   A.   Yes.
 4   Q.   So you bought the property first to build your
 5        home on it; is that correct?
 6   A.   Correct.
 7   Q.   And how did you finance the purchase of the
 8        land?
 9   A.   I took a mortgage out.
10   Q.   And did you also finance the construction of
11        the home through a mortgage?
12   A.   Yes.
13   Q.   And those --
14   A.   Mostly.
15   Q.   And just again for the court reporter's sake,
16        just make sure that you wait until my question
17        is done before responding, though I -- you --
18        you have a very clear idea of where I'm going.
19             So when you say mostly, what do you mean?
20   A.   Well, I had saved some money.
21   Q.   And those mortgages are paid off now --
22   A.   Yes.
23   Q.   -- is that correct?
24             And you also had a home equity line of
25        credit previously?
```

```
 1    A.   Yes.

 2    Q.   And that's paid off now?

 3    A.   Yes.

 4    Q.   And you don't have any appraisals in your

 5         possession that are associated with those

 6         loans, do you?

 7    A.   No.

 8    Q.   You also purchased some additional land around

 9         your home in 1989 or since 1989; is that

10         correct?

11    A.   Yes.

12    Q.   Where is that land located?

13    A.   It's -- it was -- I bought a parcel, small

14         parcel, of the lot before -- right next to

15         mine to increase the size of my lot.

16    Q.   Did you build anything additional on that

17         land?

18    A.   No.

19    Q.   Did you landscape anything additional?

20    A.   I don't understand that question.

21    Q.   Well, I guess the question would be once you

22         added that parcel to --

23    A.   Yes.

24    Q.   -- your land, what did you do with it?

25    A.   Yes.  There was -- I incorporated part of that
```

```
 1          in a landscaping program or project that I
 2          had.
 3     Q.   And so I'm understanding it correctly, is
 4          that -- does your -- does your parcel abut the
 5          river?
 6     A.   No.
 7     Q.   No.  But it's near the river; is that correct?
 8     A.   Not -- I wouldn't say near.
 9     Q.   How far away from the river is it?
10     A.   I would think 300 yards.
11     Q.   Did you pay cash for the second property or
12          did you finance that?
13     A.   I think I paid cash, as far as I can recall.
14     Q.   Your home, is it a concrete foundation?
15     A.   Yes.
16     Q.   And wood frame?
17     A.   Yes.
18     Q.   Can you tell me just big picture of the -- of
19          the work of building your home, how much did
20          you do yourself and how much did you sub out?
21              And just to make it easy, let's talk
22          about just the initial phase before you -- you
23          moved in, not subsequent projects.
24     A.   Just the initial construction?
25     Q.   Yes.
```

```
 1    A.  So ask the question again, please.
 2    Q.  How much -- what aspects of your home did you
 3        build yourself and what aspects did you sub
 4        out to others to do?
 5    A.  Well, I was involved in the framing.  I mean,
 6        I was involved in pretty much every aspect.
 7            Percentagewise or -- I don't know --
 8        understand how to answer that question.
 9    Q.  Yeah.  Well, were there any trades that you
10        said, well, I'm going to hire an electrician
11        to do the electrical?
12    A.  Yes.  I hired a -- an electrician, a plumber,
13        someone to tape my sheetrock.
14    Q.  No one wants to do that, do they?
15    A.  No, I wouldn't agree with that.
16    Q.  Really?  Okay.
17    A.  No.
18    Q.  We have a tough time finding sheetrockers
19        where I'm from, so --
20    A.  No.  The guys that I knew enjoyed it.
21    Q.  They should move to Idaho.  There's a big
22        demand.
23            So anything else that you subbed out?
24    A.  The top of my chimney, because it was brick.
25            Can I -- can I ask what I've said --
```

1      which subs I've -- because I think there was

2      one more that I didn't mention.

3            I said plumbing and electrical.

4            MR. WHITLOCK:  So far you've mentioned

5      electric --

6            THE WITNESS:  Yeah.

7            MR. WHITLOCK:  -- plumbing, and

8      Sheetrock, and then the --

9            MR. WILSON:  The chimney.

10           MR. WHITLOCK:  -- the chimney, the brick

11     on the chimney.

12           THE WITNESS:  Okay.  Let me just think.

13     BY MR. WILSON:

14  Q.  If you can't remember anything else at the

15      time, that's fine.

16  A.  Yeah.  Right now that's all I can remember.

17  Q.  So in terms of other structures on the

18      property, you have two sheds.  One for your

19      garbage, one for your -- your wood and your

20      tools; it that correct?

21  A.  That's correct.

22  Q.  Any other structures?

23  A.  No, no structures.

24  Q.  Do you have a wood pile on your property?

25  A.  Yes.

1    Q.   And is that firewood?

2    A.   Yes.

3    Q.   And you have a garden, as well; is that

4         correct?

5    A.   Many.

6    Q.   How many gardens do you have?

7    A.   We have one very big vegetable garden.  We

8         have two very large perennial beds, an herb

9         garden and two rock gardens.

10   Q.   Can you tell me what a rock garden is.

11   A.   In my definition a rock garden is -- these two

12        gardens that I have are surrounded by rock

13        ledge, and I basically built stone walls in

14        front of them to create a garden that I could

15        incorporate and grow things in the rocks, as

16        well as in pockets around the stone wall

17        and -- and ledge.

18   Q.   Do you still use your garden for -- your

19        vegetable garden today?

20   A.   No.

21   Q.   Why not?

22   A.   Because of the contamination.

23   Q.   Has anyone told you that it's unsafe to grow

24        vegetables in soil that has PFOA in it?

25   A.   No.

```
 1    Q.   Have you considered replacing the soil with
 2         new soil?
 3    A.   I'm not going to go to that expense.  We have
 4         a very large garden.  I've already done it
 5         once.  When I created the garden, I brought in
 6         dirt, and it was expensive.
 7    Q.   And you have, with your garden, replaced the
 8         original cedar boards with -- with plywood; is
 9         that correct?
10    A.   Yes.
11    Q.   So you have done some maintenance to your
12         garden over the years?
13    A.   I've spent a lot of time on it.
14    Q.   Would you consider starting your vegetable
15         garden again?
16    A.   No, not at this point.
17    Q.   Do you still grow your -- your perennials?
18    A.   Yes.
19    Q.   So it's just the vegetables that you don't
20         grow anymore?
21    A.   Yes.
22    Q.   I understand you also -- well, let's ask --
23         talk about those vegetables.
24              Were those for your -- your own use or do
25         you sell them?
```

Page 32



1    A.   No, for my -- my own use.

Page 33

6    Q.  So just to cover your prior residential

7        history, before you bought your home in

8        Bennington, but you were living in Bennington,

9        what other address did you live at in

10       Bennington?

11   A.  In Bennington?

12   Q.  Yes.

13   A.  In -- on Middle Pownal Road.  I think it's

14       1952 Middle Pownal Road.  I can't remember

15       exactly the number.

16           Then I lived in North Bennington at -- I

17       don't -- it was a rural -- I think it was a

18       rural route or I had a post office box.  It

19       was on the Park-McCullough property.  I

20       don't know exactly what the address was.

21   Q.  Okay.  Was it -- that was PO Box 705 in North

22       Bennington; is that --

23   A.  No.  That's actually where I am now.

24   Q.  Oh, that's --

25   A.  And then I lived at another PO box off of 67.

```
                                                  Page 34
 1    Q.   Just so we have a clear record, can you give
 2         us a little more detail geographically about
 3         where that home was?
 4    A.   Which one?
 5    Q.   The one that you said it was a rural -- rural
 6         home.
 7    A.   Yes.
 8    Q.   Yeah.
 9    A.   It's near the Bennington College entrance
10         between Bennington College and what is now
11         Home Depot, and it was sort of back in the
12         woods a little bit.
13    Q.   And your prior residences in Bennington, did
14         you own those or were you renting there?
15    A.   I was renting.
16    Q.   Do you have any children?
17    A.   No.
18    Q.   Do you own any other real estate besides your
19         home at 37 Susan Taylor Lane?
20    A.   No.
21    Q.   About how many other homes are on your street?
22    A.   My street?  Susan Taylor Lane?
23    Q.   Let's ask that first.  How many are on your
24         street, Susan Taylor Lane?
25    A.   One.  Let's see, I don't -- I don't know if --
```

```
 1          my next-door neighbor, he's sort of on the
 2          corner, so I think his address is actually
 3          Royal Street, so I can't count that one.  So
 4          three others.
 5     Q.   So let's -- I'm going to ask some questions
 6          about the homes around you.
 7     A.   Mm-hmm.
 8     Q.   Let's talk about those three others.
 9     A.   Mm-hmm.
10     Q.   And also the one that's technically on Royal
11          Street but that's right next to you.
12               Are they all on the same size lot?
13     A.   I don't know that.  I don't think so.
14     Q.   How big is the degree of variance between --
15          you know, are some on very small sized lots
16          and some on very large lots, or is it a small
17          degree of variance?
18     A.   No, they're all very close in size, but I know
19          they vary in small degrees.
20     Q.   Are they all wood construction?
21     A.   Yes, mostly.  Yeah.
22     Q.   Are any brick construction or stone?
23     A.   One has a -- an artifical stone foundation.
24     Q.   So like a stone facade?
25     A.   Yes, exactly.
```

Page 36

1    Q.  And how many floors are they?

2    A.  Is that house?

3    Q.  Well, let's -- I'll ask a better question.

4        Are all the other homes around you

5        single-story homes like yours?

6    A.  No.

7    Q.  Are they mostly two story?

8    A.  Yes.

9    Q.  Are they the same number of bedrooms as yours?

10   A.  I don't know that.

11   Q.  Have you been inside many of those homes in --

12       around you?

13   A.  No, not many.

14   Q.  Have you been inside Jim Sullivan's home?

15   A.  Briefly.

16   Q.  And about far away is Jim Sullivan from you?

17   A.  About 300 yards.

18   Q.  Do you see him a lot?

19   A.  No.

20   Q.  How would you compare Jim Sullivan's house to

21       yours?

22           MR. WHITLOCK:  Object to the form.

23       BY MR. WILSON:

24   Q.  Tell me similarities or differences.

25   A.  Well, the construction is basically the same,

```
 1         but he definitely has a bigger house.  I don't
 2         know how big it is, but it's probably twice
 3         the size of mine.  The same -- built the same
 4         quality as mine.
 5    Q.   Anything else in terms of style or features
 6         that you would compare?
 7    A.   It's hard to say.  I -- I would think his
 8         would be a little bit more contemporary maybe.
 9    Q.   His was built more recently than yours.
10    A.   Yes.
11    Q.   Is that correct?
12    A.   Mm-hmm.
13    Q.   Have you upgraded your kitchen appliances?
14    A.   Ever?
15    Q.   Since you built the home.
16    A.   Yes.
17    Q.   How recently?
18    A.   The last thing I bought was a new dishwasher
19         probably a year ago.
20    Q.   What about the range and the -- the fridge?
21    A.   They have been replaced over time.
22    Q.   Are the replacement appliances stainless steel
23         or some other finish?
24    A.   They're not stainless steel.  They're just
25         white.
```

```
                                                   Page 38
 1   Q.   And I'm taking a step back to talk about our
 2        friend Jim Sullivan.
 3             How would you compare the landscaping at
 4        your home to the landscaping at his home?
 5   A.   I think mine's more attractive.
 6   Q.   I won't tell him you said so.
 7             What's more attractive about your
 8        landscaping?
 9   A.   I spent a lot of time on it.  I love
10        gardening, and I made my gardens pretty.
11   Q.   And does Jim let it go to seed or --
12   A.   To tell you the truth --
13             MR. WHITLOCK:  I object -- object to the
14        form.
15             You can answer.
16   A.   Honestly I don't pay much attention to his
17        landscaping.
18        BY MR. WILSON:
19   Q.   And I'm not trying to stir up dissension.
20             Talking about those homes in your
21        neighborhood, are they in different styles
22        architecturally?
23   A.   They're within a range.  There's only one
24        house that stands out as very contemporary.
25   Q.   And what other --
```

1   A.   The rest -- the rest are basically country --
2        country homes.
3   Q.   Any other styles of those homes around you?
4   A.   Nothing -- no.
5   Q.   So you mentioned you haven't been inside most
6        of the homes around you.
7             Do you have a general sense of whether
8        they are -- of those homes around you how many
9        are larger than yours?
10  A.   Well, just from looking at the outside?
11  Q.   Yes.
12            MR. WHITLOCK:  Objection to form.  Calls
13       for speculation.
14            But you can answer.
15  A.   Yeah.  I mean, it's -- it's -- I would say a
16       percentage of them are -- are bigger, yes.
17       BY MR. WILSON:
18  Q.   About how many?
19  A.   Maybe two or three.
20  Q.   And would that mean that two or three are
21       smaller than yours?
22  A.   Or the same size.
23  Q.   Were most of the homes around you built before
24       your home or after your home?
25  A.   Are you including Royal Street in that?

```
 1    Q.   I -- those homes that we were talking about
 2         before that were the homes on your street --
 3    A.   Yes.
 4    Q.   -- plus that one neighbor on Royal Street.
 5    A.   Mine was the first.
 6    Q.   And did the others follow relatively recently
 7         after or in stages afterward?
 8    A.   It took a while.
 9    Q.   How old are most of the homes around you?
10    A.   It varies from maybe three years to 25 years.
11    Q.   Is your home air conditioned?
12    A.   I have an air conditioner, but it's not
13         central.
14    Q.   So a window unit?
15    A.   Yes.
16    Q.   Do you know whether the other homes on your
17         block are air conditioned?
18    A.   I don't know.
19    Q.   What type of heating system do you have in
20         your home?
21    A.   Hot -- hot boiler.
22    Q.   I'm sorry?
23    A.   Oil burner, hot water.
24    Q.   And so is that baseboard radiators?
25    A.   Yes.
```

```
 1    Q.  Do you know what -- about the heating systems
 2        of the other homes?
 3    A.  No, I don't.
 4    Q.  And did you build your home with that
 5        baseboard heating, or did it have a different
 6        system of heat when you built it?
 7    A.  No, that's what I put in.
 8    Q.  Do you like radiant heat?
 9    A.  Do I like radiant heat?
10    Q.  Yes.
11    A.  I've never lived in it.
12    Q.  Oh, I mean, I guess baseboard radiators
13        though.
14            Do you like those -- that style?
15    A.  Yeah, it's fine.
16    Q.  Are there any commercial properties near you?
17    A.  Well, the BCIC building, which is where
18        ChemFab was.
19    Q.  And what businesses are in BCIC?
20    A.  At this stage I don't know.  It was -- the
21        building complex was known as an incubator
22        building.  I don't know -- right now I don't
23        know.
24    Q.  Is -- is Dion Snowshoes located there or
25        somewhere nearby?
```

```
                                              Page 42

 1    A.   I don't know.

 2    Q.   And what about Sterling Gun Drills?

 3    A.   I don't know.

 4    Q.   Are there any religious institutions or

 5         other -- or churches near your home?

 6    A.   Across the street from the BCIC building

 7         there's a -- what's called -- they call

 8         themselves the Cornerstone Church.

 9    Q.   Is it -- is Capstone Baptist Church --

10    A.   Oh, that's what it is.

11    Q.   Okay.  And government buildings, is there a

12         post office or a school nearby?

13    A.   In the town of North Bennington, which is

14         about a mile and a half away.

15    Q.   And Bennington College is fairly close to you;

16         is that correct?

17    A.   Correct.

18    Q.   About how far is Bennington College?

19    A.   Well, it -- it borders the development that

20         I'm in, so all depends what location you walk

21         to.

22    Q.   Is that considered an -- an attractive feature

23         that your home is near the college or not an

24         attractive feature?

25    A.   Do I consider it?
```

```
                                               Page 43
 1    Q.  Well, I guess we'll ask it in two questions.
 2            Do you consider it an attractive feature?
 3    A.  Yeah.
 4    Q.  And do other people in Bennington or North
 5        Bennington consider that to be an attractive
 6        feature?
 7            MR. WHITLOCK:  Object to the form.
 8    A.  I don't know.
 9            MR. WHITLOCK:  Calls for speculation.
10            Let me -- let me object first and then
11        answer.
12        BY MR. WILSON:
13    Q.  Any police station or fire station nearby your
14        home?
15    A.  Fire station in North Bennington.
16    Q.  Is there a library nearby?
17    A.  Library in North Bennington.
18    Q.  Now, is it true that there's still a large
19        empty plot of land to the east of your home?
20            MR. WHITLOCK:  Object to the form.  Vague
21        and ambiguous.
22    A.  Yeah, it's not a clear question.  I don't know
23        what you mean by large.
24        BY MR. WILSON:
25    Q.  It's to the left, when you're -- when you're
```

```
                                                       Page 44
 1        looking at the front door of your home, just
 2        past the cul-de-sac at the end of Susan Taylor
 3        Lane.
 4    A.  Mm-hmm.  Are you -- you're asking me -- can
 5        you ask that question again?
 6    Q.  Is there an empty plot of land there?
 7    A.  Yes.
 8    Q.  And do know who owns that land?
 9    A.  No.  No, I don't know specifically.
10    Q.  And to your knowledge, it's not being used for
11        anything now; is that correct?
12    A.  Correct.
13    Q.  How many acres is your lot?
14    A.  Five-eights or I think it's .62.
15    Q.  And the surface of your yard is mostly grass;
16        is that correct?
17    A.  Except for the sheds that I have, and the 1650
18        square foot house that I have, yeah.
19    Q.  And -- and the gardens and the wood pile would
20        be...
21    A.  Yeah.
22    Q.  Do you have any trees?
23    A.  I'm sorry?
24    Q.  Do you have any trees on your property?
25    A.  A few.
```

```
                                              Page 45
 1    Q.   What type of trees are they?
 2    A.   Black cherry, one apple, one sour cherry,
 3         there's a couple maples, and one blue spruce.
 4    Q.   Did you plant those trees or were they there
 5         when you got there?
 6    A.   I planted two of those.
 7    Q.   Which trees did you plant?
 8    A.   The apple tree and the sweet cherry tree.
 9    Q.   Are they fairly mature trees?
10    A.   Yeah.
11    Q.   And do you eat the fruit from the cherry trees
12         still?
13    A.   We -- we have.
14    Q.   Do you eat it anymore?
15    A.   Less and less.  We've been giving it to the
16         birds.
17    Q.   But do you eat some of the cherries?
18    A.   No.
19    Q.   Is there a slope to your land, or is it
20         generally flat?
21    A.   There's a slope to the front yard.
22    Q.   Is it a dramatic slope or a gradual slope?
23    A.   I consider it gradual.
24    Q.   Do the homes on your street have similar sized
25         front and backyards to yours, or are they
```

Page 46

```
 1       different?

 2   A.  They're -- it varies.

 3   Q.  Does it vary a lot or a little?

 4           MR. WHITLOCK:  Object to the form.  A lot

 5       or a little is vague and ambiguous.

 6       BY MR. WILSON:

 7   Q.  You can answer.

 8   A.  Some are -- I think I have a bigger front yard

 9       than most, and the backyard --

10   Q.  And the landscaping of your neighbors' yards,

11       do they have similar landscaping to yours?

12   A.  In some respects.

13   Q.  What respects are they similar?

14   A.  They -- most of us have lawn to mow.  There's

15       some shrubs.

16   Q.  Do they have the same mature trees that you

17       do?

18   A.  Some do.  Some don't.

19   Q.  Do they have the same gardens that you do?

20   A.  No.

21   Q.  Were you more committed to your garden than

22       most of your neighbors were?

23           MR. WHITLOCK:  Object to the form.

24   A.  I don't know that.

25       //
```

```
                                            Page 47

 1        BY MR. WILSON:
 2    Q.   Is your -- is your garden more well developed
 3         than that of your neighbors?
 4    A.   In what respect?  What does that mean?
 5    Q.   That -- is it larger than most of your
 6         neighbors?
 7    A.   My vegetable garden is.
 8    Q.   Okay.  And -- but not your flower gardens?
 9    A.   There's some that are comparable.
10    Q.   Do any of your neighbors have wooded areas of
11         their property?
12    A.   Yes.
13    Q.   How many?
14    A.   How many what?
15    Q.   How many of the -- your neighbors on your
16         street have wooded property?
17    A.   One -- one in particular.  One that I recall
18         wooded.
19    Q.   Now, there's a well on your property; is that
20         correct?
21    A.   Correct.
22    Q.   Where is the well located on the lot?
23    A.   On the south side of my front yard.
24    Q.   And it was installed shortly before you built
25         your home; is that correct?
```

```
 1    A.   Correct.
 2    Q.   How deep does it go?
 3    A.   500 feet.
 4    Q.   Do you know what the construction of the well
 5         is?
 6    A.   It's casing down about 60 feet and then ledge.
 7    Q.   Can you describe ledge?
 8    A.   Well, stone.
 9    Q.   Since the time you drilled your well, have you
10         performed maintenance on it?
11    A.   I replaced the pump once.
12    Q.   When was that?
13    A.   I don't remember what year.  Probably -- it's
14         been probably a good five years.
15    Q.   Did you replace the pump because it was
16         failing or because you just felt that it was
17         due?
18    A.   Yeah, it was -- I've seen plumbers -- I didn't
19         want the plumber to have to come back in the
20         wintertime if it failed.  It's too labor
21         intensive.  So I replaced it before I thought
22         it would die.
23    Q.   Do you remember how much you paid for that?
24    A.   My new pump?
25    Q.   Yes.
```

Page 49

```
 1    A.  No, I don't.
 2    Q.  Did you replace it yourself, or did you hire
 3        someone to do it?
 4    A.  I hired someone.
 5    Q.  Do you think you might have any records of how
 6        much it cost to replace that pump?
 7    A.  No.
 8    Q.  Did you search for it?
 9    A.  What?
10    Q.  Did you search for that record -- those
11        records?
12    A.  No, I didn't think of it as an improvement
13        when I was asked about improvements.
14            MR. WILSON:  We'll reserve our rights to
15        request that after the deposition, but we can
16        do that after -- later.
17    Q.  Have you had to replace the expansion tank for
18        your well?
19    A.  No.
20            MR. WHITLOCK:  Object to the form.
21        BY MR. WILSON:
22    Q.  Have you done any of the tests that are
23        recommended for wells?
24            MR. WHITLOCK:  Object to the form.
25        //
```

```
 1        BY MR. WILSON:
 2    Q.  The bacteria test, for instance?
 3    A.  Before you can get certification of occupancy,
 4        you have to have the state test your water and
 5        I did.
 6    Q.  Have you had it tested since then?
 7    A.  Well, since the PFOA thing?
 8    Q.  I -- I mean in the time -- after that initial
 9        test of the water that you did when you got
10        your CO --
11    A.  Right.
12    Q.  -- did you do any additional bacteria tests --
13    A.  No.
14    Q.  -- of your well?
15            Do you have a fence around your property?
16    A.  I have a picket fence, a decorative picket
17        fence on the northwest -- a portion -- a
18        portion of my northwest border.
19    Q.  Do many of your neighbors have fences?
20    A.  No.
21    Q.  Do you have a retaining wall?
22    A.  I have my stone rock garden, which I would
23        call retaining walls.
24    Q.  And I take it you don't have a swimming pool?
25    A.  Correct.
```

```
                                                    Page 51

 1     Q.   Do any of your neighbors have barns?

 2     A.   No.

 3     Q.   Do many of your neighbors have tool sheds like

 4          you do?

 5     A.   Not like I do.

 6     Q.   What's different about their tool sheds?

 7     A.   One was purchased commercially.  One neighbor

 8          has one that he bought and was delivered, and

 9          I don't know of anybody else who has one.

10     Q.   And you built yours from scratch?

11     A.   Yes.

12     Q.   So the ones that you buy at Home Depot don't

13          look as nice as yours, do they?

14     A.   Oh, they're nice.

15     Q.   They're nice?

16     A.   Yeah, he's done a good job with it.

17     Q.   What about the ones that you -- you said it

18          was ordered?

19     A.   That's the same one.

20     Q.   Same one.  Okay.

21               Can you tell me what the soil beneath

22          your home is like?  Is it clay or is it sandy,

23          rocky, softer?

24     A.   Mostly clay.

25     Q.   And other than your basement, is there
```

```
                                          Page 52

 1       anything else beneath the surface of your land
 2       like a septic tank or something else?
 3   A.  No.
 4   Q.  Do you have a septic tank?
 5   A.  No.
 6   Q.  So you're connected to public sewer lines?
 7   A.  Yes.
 8   Q.  Are the power lines for your home buried
 9       underground or are they elevated?
10   A.  They're underground.
11           THE WITNESS:  Can I get some more water?
12           MS. JOSELSON:  Yeah, I was going to say
13       it's been about an hour.
14           MR. WILSON:  We can take a break.
15           MR. SILVER:  How long do you want to do
16       it for?  Like a ten-minute --
17           MR. WHITLOCK:  Let's try and make them a
18       little quicker.
19           MR. WILSON:  Let's try and make them --
20           MR. WHITLOCK:  Yeah.
21           MR. WILSON:  -- a serious ten-minute
22       break, if we can.
23           MR. WHITLOCK:  Yeah.
24           THE VIDEOGRAPHER:  The time is now
25       approximately 10:30 a.m.  Going off the
```

Page 53

1    record.

2         (Brief recess taken.)

3         THE VIDEOGRAPHER:  The time is now

4    approximately 10:44 a.m.  Going back on the

5    record.

6    BY MR. WILSON:

7    Q.  Mr. Sumner, I'd like to ask you just a couple

8        follow-up questions about some stuff we've

9        talked about already.

10            When you were running your wood shop in

11       your basement, where did you store the wood

12       for it?

13   A.  Out in the woodshed.

███  ███  █████████████████████████████████████

███  ███  ████████████████████████████████████████

███  ███  █████████████████████████████████████████

███  ███  ██████████████████████

███  ███  ███████████████████████████████

███  ███  ███████████████████████████████████████

███  ███  █████████████████████████████████

███  ███  ███████████████████

███  ███  ███

23   Q.  So let's talk a bit about improvements to your

24       home, things that you've done since the time

25       that you -- you initially built it.

1          You've replaced the roof; is that

2      correct?

3   A.   Mm-hmm.

4   Q.   And it seemed that from the records that maybe

5      you replaced it once in 2000 and then again in

6      2012?

7   A.   I had -- the porch roof required rubber

8      roofing, and that had to be done before the

9      rest of the roof failed.  So I did that first,

10     and then I did the bulk of the asphalt

11     shingles later.

12  Q.   And you did some of the install work yourself

13     on the shingles; is that correct?

14  A.   Yeah, most of it.

15  Q.   Typically when you do home improvement

16     projects, you buy the materials and then you

17     do the work; is that how you do it?

18  A.   Mm-hmm.  Yes.

19          MR. WHITLOCK:  Remember to answer

20     verbally.

21          THE WITNESS:  Okay.

22  BY MR. WILSON:

23  Q.   And you've actually -- you've been helpful in

24     producing a lot of the receipts for the

25     materials that you bought, and we -- we

```
 1        appreciate that.  And I don't want to get into
 2        a big, you know, oh, how much was this
 3        receipt, how much was that receipt, how much
 4        was the other one.
 5              So I'll just ask you, do you have any
 6        reason to think that the receipts that you've
 7        provided -- that you provided to us are not an
 8        accurate reflection of the amounts that you
 9        spent on materials for these various projects?
10              MR. WHITLOCK:  Objection.
11   A.   Can you ask the question again?
12        BY MR. WILSON:
13   Q.   I'm sorry.  It was an unclear question.
14              You provided us with a bunch of receipts
15        for the work that you've done.
16   A.   Yes.
17   Q.   Do you have any reason to think that those are
18        not an accurate representation of the amounts
19        that you spent on the various projects?
20              MR. WHITLOCK:  Objection to the form to
21        the extent it implies that all receipts for
22        any and all work done have been provided.
23        BY MR. WILSON:
24   Q.   I'll rephrase the question.
25              Are there any receipts that you have in
```

```
 1        your possession that you haven't provided for
 2        us?
 3   A.   Not that I'm aware of.
 4   Q.   So the receipts that you have provided, do you
 5        believe that those are an accurate reflection
 6        of the amounts that you spent on the work that
 7        you did?
 8   A.   On the work that I did?
 9   Q.   Yes.
10            MR. WHITLOCK:  Object to the form.
11   A.   It's accurate to the materials.
12        BY MR. WILSON:
13   Q.   And would labor have been something that you
14        would have paid cash for or labor that you
15        would have done yourself?
16   A.   Can you ask it again?
17   Q.   So if those receipts show the price of
18        materials, is there any documentation that
19        would show the price of labor?
20   A.   Only -- only the ones that I provided.  There
21        were some electrical receipts, some plumbing
22        receipts.  I can't remember -- there's --
23        there's one for the chimney, and there were
24        some for carpentry, so...
25            MR. WILSON:  Okay.  And just to be clear
```

1          with plaintiffs' counsel, I'm -- I'm just

2          trying to make this easier because there's

3          been a lot of receipts that have been

4          produced --

5               MR. WHITLOCK:  Sure.

6               MR. WILSON:  I'm just trying to find an

7          easy way to go through it.

8               MR. WHITLOCK:  Yeah.  And -- and I guess

9          just for the record, I -- we -- you know, Mr.

10         Sumner has produced all the receipts that he

11         has in his possession, but I don't -- that's

12         not necessarily every single receipt that he

13         has spent on improvements.

14              MR. WILSON:  I'm -- I'm not going to make

15         an issue if it turns out that he bought five

16         nails in 1993 and didn't give us the receipt,

17         so...

18              MR. WHITLOCK:  Well, I think it could be

19         more significant than that, but...

20              MR. WILSON:  Okay.  So we'll do our best

21         to get through this with what -- with what we

22         have.

23         BY MR. WILSON:

24    Q.   So in addition to replacing the roof, have you

25         replaced the siding?

```
                                                    Page 58

1    A.   No.  Well, there -- a few places where the
2         siding failed and I replaced.
3    Q.   And my understanding is that the -- the roof
4         improvements that you did, the initial
5         improvements in about 2000, you spent maybe
6         about $4,000 in materials on.
7              Does that sound about right?
8    A.   Yeah, for the asphalt.
9    Q.   And about 5,700 in 2012.
10             Does that sound about right?
11   A.   I would have to go back and look at my
12        records.
13   Q.   And when you mentioned you've replaced small
14        areas of siding --
15   A.   Mm-hmm.
16   Q.   -- is that just patches that you've done?
17   A.   Yeah, very small.  Just a few areas where the
18        siding, for whatever reason, failed.
19   Q.   And you just tried to keep up on top of that?
20   A.   Yes.
21   Q.   Have you repainted since the time you built
22        your home?
23   A.   Yes.
24   Q.   Have you repainted the exterior?
25   A.   Twice.  Working on my third time.
```

1   Q.   Did you change the color or were you just

2        freshening up?

3   A.   Just -- well, more than freshening up.

4        Complete coats.

5   Q.   So you're on your third repainting?

6   A.   Mm-hmm.

7   Q.   And interior, have you repainted the interior?

8   A.   Completely.

9   Q.   How many times?

10  A.   Once.

11  Q.   Same colors?

12  A.   Same colors, except for the master bedroom we

13       changed the bedroom -- master bedroom wall.

14  Q.   And we've talked about some of the upgrades to

15       the landscaping.  You've added a vegetable

16       garden?

17  A.   Correct.

18  Q.   And you initially did that with -- with cedar

19       for about $800, but then you upgraded to

20       something more durable.  Pressure treated

21       plywood; is that correct?

22  A.   Yes.

23  Q.   And the pressure treated plywood was cheaper,

24       but it lasts longer; is that fair?

25  A.   I don't know if it lasts longer.

```
1    Q.  Hoping.
2    A.  Well, they've taken all the bad chemicals out
3         of it, so I don't know what it will do.
4    Q.  And I understand in -- in 2001 you purchased
5         about 8 tons of topsoil and had Phil
6         Harrington do some backfilling and grading
7         around the foundation for about $650.
8    A.  I don't --
9    Q.  Can you tell me what -- is that correct?
10   A.  I don't remember the tonnage.
11   Q.  But you recall purchasing those -- that
12        topsoil and having the grading done?
13   A.  It was a combination of topsoil, manure and
14        sand from my garden.  If that's what you're
15        referring to.
16   Q.  And you had Phil Harrington do some grading
17        for that?
18   A.  He excavated out the vegetable garden and put
19        in the soil that he had brought.
20   Q.  And we've discussed your rock garden already.
21             Have you replaced your windows?
22   A.  No.  I broke one sash and had to replace it.
23   Q.  And when you've done those improvements, did
24        you pay cash for them or have you financed
25        them?
```

```
                                                     Page 61
 1              MR. WHITLOCK:  Object to the form.
 2              You can answer.
 3    A.   I didn't refinance any -- any of my
 4         improvements.  All cash.
 5         BY MR. WILSON:
 6    Q.   I understand you hired R&D Concrete Cutting &
 7         Drilling in 2000.  Paid them about $425.
 8              Do you recall what job they were doing?
 9    A.   Yes.
10    Q.   Can you tell me what it was.
11    A.   When I put on the addition, I had to cut
12         through my foundation to create a storage room
13         underneath the addition and have access to it.
14    Q.   And so let's talk about that addition.
15              That's an office addition; is that
16         correct?
17    A.   It is now.  It could be a bedroom.
18    Q.   And what year did you do that in?
19    A.   It was -- I started it in 1999 and finished it
20         in 2000.
21    Q.   Did you do most of the work yourself?
22    A.   I'm sorry?
23    Q.   Did you do most of the work yourself?
24    A.   Yes.
25    Q.   And total cost was about $20,000; is that
```

Page 62

```
 1       correct?
 2   A.  Yes, that's my estimate.
 3   Q.  And about how many square feet did you add to
 4       the property with that office addition?
 5   A.  I went from 1440 to 1650.
 6   Q.  Let's talk now about the improvements you've
 7       made to the interior.
 8            What changes have you done on the inside
 9       of the house?
10   A.  In one of the bedrooms, I built and installed
11       a -- an entire wall of shaker storage units,
12       drawers and cabinets.
13            Other than the addition?
14   Q.  Yes.
15   A.  Of course, the interior painting.  We've
16       upgraded our appliances, as I already noted.
17   Q.  Have you made any upgrades to the systems,
18       like plumbing, electrical or heating?
19   A.  When I put on the addition, I changed -- I
20       converted a closet into the half bath.
21   Q.  So now the total number of baths in your home
22       is?
23   A.  One and a half.
24   Q.  And you said that was in 2001?
25   A.  What -- what?
```

```
 1    Q.   The conversion to the half bath.
 2    A.   It probably was right there with the addition,
 3         which was '99, 2000.  It was the last thing I
 4         did, so it might have gone into 2001, but I
 5         think it was still in 2000.
 6    Q.   Have you refinished the floors?
 7    A.   I've changed carpeting but -- and -- and
 8         that's it.
 9    Q.   Are all the floors in your home carpet?
10    A.   No.
11    Q.   Which of them are carpet?
12    A.   One bedroom and the office.
13    Q.   And is everything else hardwood?
14    A.   No.
15    Q.   What -- what other flooring do you have?
16    A.   Wide pine boards.
17    Q.   Are these like sort of the historic
18         subflooring that you'd see in old homes; is
19         that what it looks like?
20    A.   Well, the subflooring is what goes underneath
21         your flooring.  So I don't understand your
22         question.
23    Q.   Yeah, I'm sorry.  I know like when -- when
24         I've done renovations and pull up the old
25         hardwood --
```

```
 1    A.   Yes.

 2    Q.   -- in old homes, you find the subflooring

 3         that's usually wide -- wide pine boards; isn't

 4         it?

 5    A.   No.  Well, it all depends.  In my house my

 6         subfloor is three-quarter inch plywood, and my

 7         flooring is wide pine boards.

 8    Q.   Okay.  And you haven't refinished those?

 9    A.   No.

10    Q.   And your bathrooms, what's the flooring in

11         there?

12    A.   Linoleum.

13    Q.   Have you replaced that linoleum?

14    A.   No.  The half bath is -- was new.  So that

15         linoleum was 2000, 2001.

16    Q.   So we're going to mark a couple exhibits here.

17    A.   Mm-hmm.

18              MR. WILSON:  This will be 1, and this

19         will be 2.

20              (Deposition Exhibit No. 1 was marked for

21         identification.)

22              (Deposition Exhibit No. 2 was marked for

23         identification.)

24              (Off-the-record colloquy.)

25         //
```

```
 1        BY MR. WILSON:
 2    Q.  So, Mr. Sumner, your attorneys have produced
 3        to us a number of documents that they've
 4        represented are -- are photos of your home,
 5        and I've handed you as Exhibit 1 a -- a group
 6        of photos that appear to be interior photos of
 7        your home, and as Exhibit 2 -- I'm sorry --
 8        exterior photos of your home.
 9    A.  Yes.  Thank you.
10    Q.  And as Exhibit 2 a collection of interior
11        photos of your home.
12            Could you just take a look at these and
13        confirm that they are what they appear to be?
14    A.  (Witness complying)
15    Q.  And I apologize --
16    A.  Well, that's not my home.  That's my shed.
17    Q.  I'm glad you don't live in there.
18    A.  And that's not my home.  That's my garden.
19    Q.  Okay.
20    A.  These are gardens.  So, yeah, this is a
21        mixture of home and gardens.
22    Q.  So would it be fair to say that Exhibit 1
23        fairly and accurately shows pictures of your
24        home and garden --
25    A.  Yes.
```

1    Q.   -- exterior?

2    A.   Yes.  And shed.

3             MR. WHITLOCK:  Lincoln, just for the

4         record, Exhibit 2, these were documents that

5         were produced in discovery?

6             MR. WILSON:  That's my understanding.

7             MR. WHITLOCK:  Okay.  There just wasn't

8         Bate stamps on them, so I was asking.  I'm

9         fairly certainly they are.  I recall seeing

10        them.  Just was wondering why there weren't

11        Bate stamps on them.  Just --

12            MR. WILSON:  Do you have an associate you

13        can blame?

14            MS. JOSELSON:  I hope not.

15            MR. WHITLOCK:  Well, I mean, they would

16        have -- yeah, seems like they would have been

17        produced to you guys with Bate stamps.

18            I need an associate to blame.  It's a

19        valid point.  You guys have lots.

20            Can I have one of them?

21   A.   So, Lincoln, yes, this is mostly my interior

22        Exhibit 2, but there is one exterior photo.

23        BY MR. WILSON:

24   Q.   Okay.

25   A.   And it is my house.

```
                                               Page 67

 1    Q.   Thank you, Mr. Sumner.

 2              And do you know who took these photos?

 3    A.   I did.

 4    Q.   And --

 5    A.   And my wife took some.

 6    Q.   Do you know when you took them?

 7    A.   When I was asked for photos of my house, which

 8         was last fall.  I can't remember -- it must

 9         have been wintertime, so it must have been

10         last winter or last spring.

11    Q.   Having taken a look through these photos, is

12         there anything in here that you see that you

13         would say has changed since the time you took

14         the photos?

15    A.   No.

16              MR. WHITLOCK:  I'm sorry, Lincoln, were

17         we talking about Exhibit 1?

18              MR. WILSON:  Both collections.

19              MR. WHITLOCK:  Oh, okay.

20         BY MR. WILSON:

21    Q.   So you haven't made any further improvements

22         since the time that you took these photos; is

23         that correct?

24    A.   That's correct.

25    Q.   And most of these photos in Exhibit 2 are very
```

```
 1          clearly labelled so that we know what's going

 2          on.

 3                If you look at the picture towards the

 4          end it says, concrete storage under porch --

 5     A.   Right.

 6     Q.   -- 2000?

 7     A.   Mm-hmm.

 8     Q.   Can you tell me what I'm looking at here?

 9     A.   Yes.  So when I initially built the house,

10          that was mostly -- the backyard continued in

11          underneath the porch with just a very, very

12          narrow walkway to the door.  So I decided to

13          create storage under there.  So I had an

14          excavator come and dig out underneath my porch

15          to a full 8-foot standing height, put in the

16          retaining walls that are concrete and a

17          concrete floor.

18     Q.   Do you recall what that cost?

19     A.   I have it in my -- it was submitted to you

20          guys.  Specifically I think -- I can't

21          remember exactly.  Around the general 8,

22          $10,000.  Something like that.

23     Q.   And would that be in the picture a door to

24          your shop in the basement?

25     A.   No.
```

Page 69

```
 1   Q.   What would be behind that door?
 2   A.   Basically a laundry room, utility room.  We
 3        have some storage cabinets in there like a
 4        pantry.
 5   Q.   And so in the basement you have your -- your
 6        shop, that utility room, storage cabinets and
 7        laundry; is that correct?
 8   A.   And then the storage room underneath the
 9        office, which is separate from this.
10   Q.   Is there anything else in your basement?
11   A.   I don't understand the question.  You mean
12        like what?
13   Q.   Any other features?
14   A.   Features.  Well, the chimney goes down there.
15        The chimney is very close to -- to the door
16        right there.  No, no features.
17   Q.   And to confirm, the exterior photos in
18        Exhibit 1, you also believe that these fairly
19        and accurately represent your home?
20   A.   Yes.
21   Q.   And you haven't made any changes to the
22        exterior since this time?
23   A.   Yes.  I did do some painting.  I started
24        painting last year, last summer.
25             MR. WILSON:  Can we go off the record for
```

```
 1      a moment?
 2           THE VIDEOGRAPHER:  The time is now
 3      approximately 11:04 a.m.  Going off the
 4      record.
 5           (Off-the-record colloquy.)
 6           THE VIDEOGRAPHER:  Time is now
 7      approximately 11:05 a.m.  Going back on the
 8      record.
 9      BY MR. WILSON:
10   Q.  So, Mr. Sumner, we've handed you a blank piece
11      of lined paper.  This is going to be
12      designated as Exhibit 3.  If you'll put the
13      Exhibit 3 tag on it.
14           (Witness complying)
15           (Deposition Exhibit No. 3 was marked for
16      identification.)
17   Q.  As we discussed, we're going to have you
18      sketch out the floor plan of -- of your home
19      and label the various rooms, if you'd do that
20      for us.
21   A.  (Witness complying)
22           MR. WHITLOCK:  Mr. Sumner, would looking
23      at that help?
24           THE WITNESS:  No.
25           MR. WHITLOCK:  Okay.
```

```
                                          Page 71
 1              THE WITNESS:  But thank you.
 2              MR. WHITLOCK:  I mean, I know you know it
 3         so...
 4              Do you want to go off the record,
 5         Lincoln, while he does that or --
 6              MR. WILSON:  That's fine.  We can -- we
 7         don't need a video.
 8              THE VIDEOGRAPHER:  The time is now
 9         approximately 11:06 a.m.  Going off the
10         record.
11              (Off-the-record colloquy.)
12              THE VIDEOGRAPHER:  The time is now
13         approximately 11:16 a.m.  Going back on the
14         record.
15         BY MR. WILSON:
16    Q.   And, Mr. Sullivan, what you've drawn --
17    A.   Sumner, Sumner.
18    Q.   Sumner, I'm sorry.
19    A.   That's all right.
20    Q.   Two days.
21              Mr. Sumner, on the reverse side of
22         Exhibit B here, is this a fair -- sorry.
23         Withdraw the question.
24              Mr. Sumner, on the reverse side of
25         Exhibit 3, is this a fair and accurate
```

```
                                                   Page 72
  1        depiction of your rough sketch of the basement
  2        floor plan of your home?
  3   A.   It's a fair.  Not accurate.
  4   Q.   Thank you.  And may I just take a quick look
  5        at what you've drawn there?
  6   A.   Yeah.
  7   Q.   Hand that back to you.
  8             Mr. Sumner, would you please -- on the
  9        basement floor plan, would you indicate to me
 10        where the POET has been installed in your
 11        basement?
 12   A.   (Witness complying)
 13   Q.   And would you write POET next to it so we know
 14        what we're looking at?
 15   A.   (Witness complying)
 16   Q.   And is the -- where are the utilities located
 17        in your basement?
 18   A.   So my water comes in here, and the water
 19        storage tank is right there next to the POET.
 20        My furnace is right here. (Indicating)
 21   Q.   Would you write furnace there for me?
 22   A.   Mm-hmm. (Witness complying)
 23   Q.   And would you also write in that water storage
 24        tank?
 25   A.   Actually it's the pressure tank.  The storage
```

                                                    Page 73

1         tank is over here.  And then I have a hot
2         water heater here.  So the storage, pressure
3         tank.  So the water comes in this way.  And my
4         pump is out here, my well. (Indicating)
5    Q.   Thank you.  And would you also label that hot
6         water heater?
7    A.   Let's see.  (Witness complying) It's both.
8         This preheats it.  So they're both labelled
9         hot water storage, but this one preheats it,
10        and that one is a hybrid.
11   Q.   Thank you.  And I think I had one more
12        question about this.
13            Oh, do you -- where do you store the oil
14        for your furnace?
15   A.   275-gallon tank right there. (Indicating)
16   Q.   And it's elevated tank?  It's not buried?
17   A.   It's on -- it's on legs, yeah, in my basement.
18   Q.   I believe this probably concludes the drawing
19        portion of this examination.
20   A.   Okay.
21   Q.   Okay.  Thank you.
22            Just to speak about some of the furniture
23        in your home.  Does any of the upholstery in
24        your home have a stain-resistant fabric
25        protector?

```
                                             Page 74
 1    A.   I believe our couch does.

 2    Q.   Anything else?

 3    A.   No, not that -- not that I'm aware of.

 4    Q.   And any furniture that you purchased that may

 5         have been pretreated as stain resistant?

 6    A.   I don't have any idea.  I don't believe so.

 7    Q.   Do you have homeowners insurance?

 8    A.   Yes.

 9    Q.   How many policies?

10    A.   How many policies?

11    Q.   Yes.

12    A.   One policy.

13    Q.   Do you know if there are any specific

14         exclusions from coverage in your policy?

15              MR. WHITLOCK:  Object to the form.

16              You can answer.

17    A.   Can you give me an example of an exclusion?

18         BY MR. WILSON:

19    Q.   For example, some homeowners policies or most

20         homeowners policy exclude flood.

21              Do you know if yours excludes flood?

22    A.   I don't know.

23    Q.   Do you have a separate flood insurance policy?

24    A.   Not that I'm aware of.

25    Q.   Are you aware of anything else that's excluded
```

```
                                                          Page 75
 1        from coverage?
 2                MR. WHITLOCK:  Object to the form.
 3                You can answer.
 4    A.   Not that I'm aware of.
 5         BY MR. WILSON:
 6    Q.   Do you know the amount that you pay for
 7         insurance annually?
 8    A.   For homeowners insurance?
 9    Q.   Yes.
10                MR. WHITLOCK:  Object to the form.
11                You can answer.
12    A.   Yeah.  It's over 900.
13         BY MR. WILSON:
14    Q.   And do you know if it's insured for its total
15         value or for its replacement cost?
16    A.   Are you talking the house?
17    Q.   Yes.
18    A.   Well, let me just say it is insured to cover
19         what it would -- to replace it.
20    Q.   Is your home currently for sale?
21    A.   No.
22    Q.   Have you attempted to sell your home in the
23         past?
24    A.   No.
25    Q.   Do you have any present plans to sell your
```

Page 76

```
 1        home?
 2   A.   No.
 3   Q.   Have you ever attempted to lease your home?
 4   A.   No.
 5   Q.   Did you ever have your well tested, other than
 6        the PFOA tests and the bacteria test that we
 7        already discussed?
 8   A.   There have been -- the state has done a number
 9        or maybe even Saint-Gobain -- there have been
10        a number of tests on it.  So those are all
11        related to the PFOA, I guess, but other than
12        the initial certification for occupancy test
13        that I had back in 1990, no.
14   Q.   And do you recall when the -- do you recall
15        the date of the first PFOA test on your home?
16   A.   No, I don't.
17   Q.   Do you recall the result of the water test?
18   A.   Of the water test?  At the time?
19   Q.   Yes.
20   A.   Parts per trillion?
21   Q.   Yes.
22   A.   I believe it was 420.
23   Q.   If -- if we had the documentation that showed
24        the test results, would you defer to the
25        documentation rather than your recollection?
```

```
 1   A.   Sure.
 2   Q.   Sometime after that initial test result, you
 3        had a POET installed; is that correct?
 4   A.   That's correct.
 5   Q.   And has your home been tested after the
 6        installation of that POET?
 7   A.   The state has regularly tested it after or --
 8        or Saint-Gobain has tested it.  I don't know
 9        who is responsible -- behind the testing, but
10        yes.
11   Q.   Do you remember when that POET was installed?
12   A.   I think it was early or spring of 2016.
13   Q.   And is it your understanding that following
14        the installation of that POET no PFOA is
15        detected in the water that is used in your
16        home?
17   A.   I don't know that.
18            MR. WHITLOCK:  Object to the form.
19   A.   I don't know that.
20        BY MR. WILSON:
21   Q.   Has anyone -- were you provided with those
22        test results?
23   A.   Yes.
24   Q.   Did you understand those test results to say
25        that PFOA was deductible in that water?
```

```
                                            Page 78
 1              MR. WHITLOCK:  Object to the form.
 2    A.   Again, before the filter or after the filter?
 3         BY MR. WILSON:
 4    Q.   After the filter.
 5    A.   Can you ask that question again?
 6    Q.   So now that the POET has been installed in
 7         your home --
 8    A.   Yes.
 9    Q.   -- is it your understanding that no test has
10         detected PFOA in the water in your home?
11              MR. WHITLOCK:  Object to the form.
12         Before the filter or after the filter?  Just
13         ask the question.
14              MR. WILSON:  I believe I said after the
15         filter.
16              MR. WHITLOCK:  You didn't.
17         BY MR. WILSON:
18    Q.   After the filter was installed --
19    A.   Right.
20    Q.   -- is it your understanding that PFOA has not
21         been detected in the water that's in your
22         home?
23    A.   Okay.
24              MR. WHITLOCK:  Object to the form.
25    A.   It has been tested a number of times.  I'm not
```

```
 1         familiar with all the tests.  I think most of
 2         the tests after the filter proved nondetect,
 3         but I'm not aware of all the tests.
 4         BY MR. WILSON:
 5    Q.   Have you provided us with all the test results
 6         that you're aware of?
 7    A.   Yes.
 8    Q.   Do you know who paid for the testing?
 9    A.   No.
10    Q.   Did you pay for it?
11    A.   No.
12    Q.   When you first received that test result that
13         showed PFOA in your water, before the filter
14         was installed, did you take any action based
15         on those results?
16    A.   Can you ask the again question?
17    Q.   When you received those first test results
18         before the filter was installed, did you take
19         any action when you learned of those results?
20    A.   Just allowing the POET to be installed.
21    Q.   Anything else?
22    A.   No.
23    Q.   Have you had your soil tested?
24    A.   Yes.
25    Q.   Did you ever have your soil tested prior to
```

```
 1        the discovery of PFOA in Bennington?
 2   A.   Yes, but only for pH factors in the vegetable
 3        garden.
 4   Q.   What were the results of the soil test that
 5        you had after PFOA was detected in Bennington?
 6   A.   The scale that the soil tests are put on I
 7        don't really comprehend.  I remember there was
 8        a 300 at the end of the column, and there was
 9        an 8.2 or .82 milligrams per liter or
10        something.  I don't really comprehend what
11        that scale represents.
12   Q.   Did you take any action based on those test
13        results?
14   A.   Yes.
15   Q.   What did you do?
16   A.   Well, we -- we stopped using our garden.  We
17        were going to stop using it anyway, but that
18        confirmed it.
19   Q.   Did your wife tell you anything about those
20        test results?
21   A.   Did she tell me anything about them?
22   Q.   Yeah.  Since you said you didn't understand
23        them, did she have any understanding about
24        them?
25   A.   No, she didn't.
```

```
                                             Page 81

 1            MS. JOSELSON:  That's also your water.

 2       BY MR. WILSON:

 3   Q.  If -- if you were told that the results of --

 4       for PFOA in your soil showed the PFOA levels

 5       were less than the recommended safe level in

 6       Vermont, would that lead you to use your

 7       vegetable garden again?

 8   A.  No.

 9            MR. WHITLOCK:  Objection to the form and

10       to the hypothetical.

11       BY MR. WILSON:

12   Q.  Why not?

13   A.  I'm not comfortable with any PFOA in my soil.

14   Q.  And I think as we -- and if you brought new

15       soil into your vegetable garden, would that

16       make you comfortable with using your vegetable

17       garden again?

18   A.  No.

19   Q.  Why not?

20   A.  Because the groundwater is contaminated, and

21       it could easily be contaminating any soil I

22       bring in.

23   Q.  Has anyone told you that that's the case?

24   A.  No.

25   Q.  Do you believe that all levels of PFOA in soil
```

1      are unsafe?

2   A.   Yes.

3   Q.   Do you believe that all levels of PFOA in the

4      blood are unsafe?

5   A.   Yes.

6   Q.   So the only appraisals that you've had of your

7      home have been the town tax assessments; is

8      that correct?

9   A.   There was -- we found evidence of one

10      appraisal that was done either during or

11      shortly after construction, but we couldn't

12      get the records.  They were destroyed after

13      ten years of storage.

14   Q.   Thank you for that answer and for your

15      diligence in looking for that.

16         So the only appraisals that you have

17      available to you, are the town tax

18      assessments; is that correct?

19   A.   Yes.

20   Q.   And the town has had the same assessed value

21      for your home both before PFOA was detected

22      and after PFOA was detected; is that right?

23   A.   Yes.

24   Q.   Do you believe that the value of your home has

25      been the same both before PFOA was detected

1       and after PFOA was detected?

2    A.  No.

3    Q.  Did you challenge the tax assessment that you

4       received as inaccurate because of the

5       diminution in value that you attribute to

6       PFOA?

7    A.  No.

8    Q.  Besides using your home -- besides living in

9       your home and previously running your

10      woodworking shop out of it, what else do you

11      use your home for?

12   A.  Besides living in it?

13   Q.  Yes.

14   A.  Recreation.

15   Q.  What specifically?

16   A.  Well, my gardening was a big part of it and

17      certainly hobby work in my shop.  I like to or

18      used to like to chip my golf balls around my

19      yard.

20   Q.  Do you not do that anymore?

21   A.  No, I don't.

22   Q.  Why not?

23   A.  I don't enjoy my yard like I used to, and I

24      don't -- it's just different now that I know

25      there's -- the soil is contaminated.

```
                                                    Page 84
 1    Q.  Do you entertain socially at your home?

 2    A.  Minimally.  Rarely.

 3    Q.  Has that been affected by PFOA?

 4    A.  I can't say it has.

 5    Q.  Other than the installation of the POET, have

 6        you taken any steps to remove PFOA from your

 7        water or your soil?

 8    A.  No.

 9              MR. WILSON:  How we doing on tape?

10              THE VIDEOGRAPHER:  We got about

11        23 minutes.

12              MR. WILSON:  Maybe we'll make it through

13        the end of the tape, and then break for lunch?

14              MR. WHITLOCK:  Yeah.

15              MR. WILSON:  Okay.

16              MR. WHITLOCK:  Be right around noon.

17              Are you okay, Sandy?

18              THE WITNESS:  Yeah, I'm fine.

19              MR. WHITLOCK:  Okay.

20        BY MR. WILSON:

21    Q.  You lived in your home at the time that the

22        former ChemFab facility in North Bennington at

23        1030 Water Street was active; is that correct?

24    A.  Correct.

25    Q.  And you were aware of the facility at that
```

Page 85

1        time; is that correct?

2   A.   Yes.

3   Q.   And how close is your home to that facility?

4   A.   As the crow flies, again it's probably about

5        300 yards.

6            MR. WILSON:  This is going to be No. 4.

7            (Deposition Exhibit No. 4 was marked for

8        identification.)

9        BY MR. WILSON:

Page 86

5          MR. WHITLOCK:  Lincoln, I won't be as
6     hard on you as I was in Mr. Jennings'
7     deposition.
8          MR. WILSON:  Okay.  On my reading?
9          MR. SILVER:  Just -- just be confident
10    that he's not trying to pull the wool over
11    your eyes.  Keep an open mind.
12          MS. JOSELSON:  Yeah.  Shady.
13    BY MR. WILSON:
14  Q.  So on the first page of your declaration --
15     let me just back up.
16          Have you seen this document before?
17  A.  Yes.
18  Q.  Can you tell me what it is?
19  A.  It's my declaration and responses -- no, not
20     responses.  Just basically my declaration.
21  Q.  What role did you have in preparing this
22     document?
23  A.  I responded to the questions that I was asked
24     by my lawyers.
25  Q.  And did they draft this document for you?

Page 87

```
 1   A.   Yes.

 2   Q.   And you reviewed it; is that correct?

 3   A.   Yes.

 4   Q.   And you signed it on the fourth page and said

 5        that you declare under penalty of perjury

 6        under the laws of the state of Vermont and the

 7        United States that the above is true and

 8        correct and that this declaration was executed

 9        on September 27th, 2017?

10   A.   Yes.

11   Q.   Are you aware of anything in this declaration

12        that you believe is inaccurate?

13   A.   Not without reading it again right now; but

14        no, when I reviewed it, I was comfortable.

15   Q.   So on the first page of this declaration, it

16        says in paragraph 3, my home is located to the

17        east of ChemFab, Saint-Gobain's former plant

18        on Water Street.  From the time I moved into

19        my home in 1990, I and my neighbors

20        experienced noxious odors, emissions, and

21        visible smoke released from ChemFab's,

22        Saint-Gobain's operations.

23            The pollution filled our house and made

24        me and my wife feel ill.  I, my neighbors

25        complained to ChemFab, Saint-Gobain repeatedly
```

```
 1        over the years about the plant's noxious air
 2        pollution, and we met regularly for a period
 3        of time with ChemFab, Saint-Gobain's
 4        management to urge them to make improvements
 5        in their air emissions and/or exhaust system
 6        but to no avail.
 7             MR. WILSON:  Mr. Whitlock, did I read
 8        that correctly?
 9             MR. WHITLOCK:  You did, counsel.  Thank
10        you.
11        BY MR. WILSON:
12   Q.   So, Mr. Sumner, I'd like you to tell me a
13        little bit more about this.
14             When you lived in your home in 1990, you
15        were aware that the ChemFab plant was
16        operating near your home; is that correct?
17   A.   Yes.
18   Q.   And did you understand before you moved into
19        your home what the facility did?
20   A.   No.
21   Q.   What was your understanding of the facility --
22        what the facility did after you moved into
23        your home?
24   A.   Well, it was an evolution.  I learned that
25        they made -- that they coated roofing material
```

```
 1          for commercial businesses.
 2     Q.   Did you know what they coated the material
 3          with?
 4     A.   I learned over time.
 5     Q.   When did you learn it?
 6     A.   We -- mostly during the meetings when we went
 7          down and met with management down there.  So
 8          early '90s.
 9     Q.   So this was while the plant was operating?
10     A.   Yes.
11     Q.   Now, you -- you say in this declaration, the
12          pollution filled our house and made me and my
13          wife feel ill.
14     A.   Yes.
15     Q.   Can you describe what those feelings were?
16     A.   Yeah.  If we closed our windows, it wasn't too
17          much of an issue; but if we had our windows
18          open and, let's say, you know, at some point
19          the fumes started to come into our house, it
20          would instantly irritate our throats.  If we
21          went to bed with our windows open, you could
22          easily often wake up with a very dry, sore
23          throat, headaches, an occasional nose bleed.
24          When I say occasional, that was the least of
25          all the symptoms; but mostly headaches and
```

1    sore throat, coughing, because during the

2    night, the fumes would come in.  You couldn't

3    always know when the fumes were going to come

4    in, because the wind would change direction or

5    they would start emitting, you know, at

6    different times.  There was no schedule, rhyme

7    or reason to when we would get impacted by the

8    fumes.

9  Q.  At the time that you were experiencing those

10    fumes, you attributed them to the emissions

11    from the -- the ChemFab facility; is that

12    correct?

13  A.  We did.

14  Q.  Did you ever consider bringing legal action

15    against ChemFab because of the fumes?

16  A.  I contacted the EPA on two occasions and filed

17    official complaints, and they told me that

18    ChemFab was doing -- was working according to

19    state and national regulations.

20         So, no, I did not.

21  Q.  Do you have copies of those complaints you

22    filed with the EPA?

23  A.  I'm sure the EPA does.

24  Q.  But you don't have copies of them?

25  A.  No.  It was phone calls.

```
                                                     Page 91
 1     Q.   Phone calls.
 2     A.   You could check my phone records.
 3     Q.   Did you ever consider bringing a civil action
 4          against Saint-Gobain?
 5     A.   No.
 6     Q.   Did you ever believe that there may be
 7          long-term physical effects associated with the
 8          exposure that you had to those emissions?
 9               MR. WHITLOCK:   Objection.
10               You can answer.
11     A.   I was concerned.
12          BY MR. WILSON:
13     Q.   And that was during the time that you were
14          exposed to the emissions; is that correct?
15     A.   Yeah.   Yes.
16     Q.   Did you know what was contained in those
17          emissions?
18     A.   No.
19     Q.   What things did you think that maybe those
20          emissions might cause in the future?
21     A.   Can you say -- ask that again?
22     Q.   When you said you were concerned about the
23          possibility of future health problems from
24          those emissions --
25     A.   Right.
```

1    Q.   -- what were you concerned those emissions

2         might cause?

3              MR. WHITLOCK:  Object to the form.

4              You can answer.

5    A.   They -- the effect at times was so harsh that

6         I -- I did think that they were carcinogenic.

7         BY MR. WILSON:

8    Q.   Do -- did you feel after PFOA was detected

9         in -- in water in Bennington and that what

10        state and federal health authorities have

11        said, did you feel that your belief about

12        those things maybe being carcinogenic have

13        been vindicated?

14             MR. WHITLOCK:  Object to the form.  Vague

15        and ambiguous.

16   A.   I know that nothing has been proved

17        scientifically.

18             Can you ask the question again?

19        BY MR. WILSON:

20   Q.   Let's -- this might be better done with

21        another exhibit.

22             MR. WILSON:  And, Ed, how are we doing on

23        time?

24             THE VIDEOGRAPHER:  15 minutes.

25             (Off-the-record colloquy.)

```
 1          (Deposition Exhibit No. 5 was marked for
 2      identification.)
 3      BY MR. WILSON:
 4   Q.  So, Mr. Sumner, the court reporter has handed
 5      you what's been marked as Exhibit 5 to your
 6      deposition.
 7          Do you recognize this document?
 8   A.  I -- I've read the article online, but I don't
 9      recognize it in this format.
10   Q.  So does it appear to be a printout of an
11      online article that you've read before?
12   A.  It does.
13   Q.  And the top of the article says, Vermont
14      Digger Investigation by Mike Polhamus.  Part
15      3:  Neighbors in the contamination zone
16      sickened by PFOA.
17          MR. WILSON:  Mr. Whitlock, did I read
18      that correctly?
19          MR. WHITLOCK:  I believe so.  I was just
20      looking for the -- oh, I see it.  Yes, sir.
21      BY MR. WILSON:
22   Q.  And on the fourth page of this document,
23      there's a heading that says, Ground Zero.
24   A.  Okay.
25   Q.  And it says, this is ground zero, said Sandy
```

```
                                              Page 94
 1        Sumner, a 65-year-old who lives a few houses
 2        downhill from Kelly and her family, about
 3        1,000 feet east of the former ChemFab plant.
 4   A.   Mm-hmm.
 5   Q.   The prevailing winds are from the direction of
 6        the factory, so we got the brunt of their
 7        exhaust, Sumner said.
 8             MR. WILSON:  Mr. Whitlock, did I read
 9        that correctly?
10             MR. WHITLOCK:  You did, counsel.  Thank
11        you.
12   BY MR. WILSON:
13   Q.   And at the bottom of that page, the paragraph
14        at the bottom, the second sentence says,
15        however, the pollution intensified to the
16        point that he began to worry it might affect
17        the couples' health, Sumner said.
18             The maps Saint-Gobain Performance
19        Plastics produced this year showed the
20        factory's pollution levels ramping up steadily
21        through the 1990s.
22             MR. WILSON:  Mr. Whitlock, did I read
23        that correctly?
24             MR. WHITLOCK:  You did.  Thank you.
25        //
```

```
 1        BY MR. WILSON:
 2    Q.  Mr. Sumner, can you tell me when you began to
 3        worry about the pollution, that it might
 4        affect you and your wife's health, can you
 5        describe those worries that you were feeling
 6        to me?
 7    A.  They were serious concerns.
 8             From what aspect do you want me to
 9        describe it?  Emotionally?
10    Q.  Were they -- they were serious enough concerns
11        that you felt you needed to take action?
12    A.  Well, I did -- I did take action.
13    Q.  And you -- you took several actions, right?
14    A.  Well, we met with Saint-Gobain management.  I
15        called the EPA.  I talked with the guy who
16        owns our development and who had also had
17        property there.  So those are the actions that
18        I took.
19    Q.  And did you feel that your concerns were
20        adequately addressed by ChemFab or by the EPA?
21    A.  No.
22    Q.  What actions did ChemFab or the EPA take in
23        response to your concerns?
24    A.  Well, when we would meet with ChemFab, they
25        would say, well -- they'd give us a list of
```

```
 1        things that they were going to try to do,
 2        improvements that they were going to try to
 3        make, and then they'd say okay, we'll let this
 4        go for two or three months and then you
 5        guys -- we'll meet back here again, and you
 6        tell us if any of the improvements that we're
 7        going to make did anything.
 8             And we would meet back with them, and
 9        we'd say, no, still bad.  Still the same.
10             And then they'd say, okay, well, we'll
11        try this.
12             And we were never satisfied.
13   Q.   Now, on the second full paragraph of page 5 of
14        this article, it says, the factory's gray
15        exhaust fumes weren't as noticeable as the
16        smell, Sumner said, which, quote, you'd feel
17        in your throat as much as smell it.  Your
18        throat would start to get tense immediately,
19        end quote.
20             MR. WILSON:  Mr. Whitlock, did I read
21        that correctly?
22             MR. WHITLOCK:  You did.  Thank you.
23        BY MR. WILSON:
24   Q.   Mr. Sumner, is it fair to say that you felt
25        that there was an immediate association
```

```
1        between the emissions and that feeling in your
2        throat?
3    A.  Over time, yes.  You -- you could identify the
4        smell immediately, and there would be a -- a
5        physical reaction to it.
6    Q.  Did that lead you to believe that there was a
7        causal relationship between those emissions
8        and the symptoms you were experiencing?
9    A.  Over time.
10   Q.  And did that further lead you to believe that
11       there may be a risk of future health effects
12       from those emissions?
13   A.  There is no way of knowing.  And I knew that.
14       I knew that.
15   Q.  So -- but did you believe that there was a
16       potential risk?
17   A.  I was concerned.
18   Q.  Take a look down further on this page.
19       There's a paragraph that begins regardless.
20       It says, regardless, he'd always say, I came
21       up there and never smelled anything, Sumner
22       said.  My instincts told me at the time that
23       was -- it was bullshit.
24           MR. WILSON:  Did I read that correctly,
25       Mr. Whitlock?
```

1          MR. WHITLOCK:  You did, counsel.  Could I

2     ask, just for clarity, would -- would you read

3     the preceding paragraph, as well --

4          MR. WILSON:  Yeah.

5          MR. WHITLOCK:  -- just so we know who he

6     is.

7          MR. WILSON:  I was -- I was going to ask

8     Mr. Sumner if --

9          MR. WHITLOCK:  Okay.

10    BY MR. WILSON:

11    Q.  If the guy referred to in that sentence was a

12        ChemFab manager?

13    A.  He identified himself as such.

14    Q.  And in the next sentence says, I remember

15        saying to the guy, I think this is

16        carcinogenic, and he blew his stack, Sumner

17        said.

18             He came back at me and said it's not.  It

19        turns out the fucking shit is carcinogenic.

20             MR. WILSON:  Did I read that correctly,

21        Mr. Whitlock?

22             MR. WHITLOCK:  You did.

23        BY MR. WILSON:

24    Q.  So, Mr. Sumner, is it fair to say that you

25        believed at the time that the plant was

Page 99

```
 1        operating, that the emissions you were being
 2        exposed to were carcinogenic?
 3   A.   I was concerned.
 4   Q.   Is it fair to say that you -- you thought
 5        that?
 6   A.   I was concerned.
 7   Q.   Is it fair to say that you believed it was
 8        carcinogenic?
 9            MR. WHITLOCK:  I'm going to object to the
10        form.  Mischaracterizes the quote.
11            But you can answer.
12   A.   I was concerned.
13        BY MR. WILSON:
14   Q.   So when you said, quote, I think this is
15        carcinogenic, quote, is it fair to say that
16        you thought it was carcinogenic?
17   A.   I knew that the potential was there.
18   Q.   And when you said, quote, it turns out the
19        fucking shit is carcinogenic, does that show
20        that you believed you'd been vindicated in
21        your belief?
22            MR. WHITLOCK:  Object to the form.
23            You can answer.
24   A.   I know that there's -- scientifically it has
25        not been absolutely proven definitively, so
```

Page 100

```
 1        I -- I understand that.  And I think I said
 2        that out of -- vindicated is a strong word.  I
 3        don't agree with that.
 4        BY MR. WILSON:
 5   Q.   Would you say that you believed you had been
 6        proven right?
 7             MR. WHITLOCK:  Object to the form.
 8   A.   No.  No.
 9             THE WITNESS:  I'm sorry.
10             MR. WHITLOCK:  That's okay.  You can
11        answer.
12        BY MR. WILSON:
13   Q.   Why not?
14   A.   Because it hasn't been proven scientifically.
15   Q.   When you said it turns out the fucking shit is
16        carcinogenic, what did you mean by turns out?
17   A.   That there has been evidence connecting it to
18        it.
19   Q.   Two more paragraphs down it says, when you're
20        in a situation and you don't want to believe
21        something in your head, you'll justify the
22        situation, he said.  Even though we were
23        actually getting sick from the exhaust from
24        time to time, I couldn't get myself to sell
25        this house because I put so much into it.
```

1          MR. WILSON:  Did I read that correctly,

2     Mr. Whitlock?

3          MR. WHITLOCK:  You did, counsel.

4     BY MR. WILSON:

5  Q.  So, Mr. Sumner, is it correct to say that you

6     felt that you'd been injured by the exposure

7     to those emissions at the time that the plant

8     was operating?

9  A.  I was concerned.

10 Q.  Well, when you said that you were actually

11    getting sick from the exhaust --

12 A.  Right.

13 Q.  -- did you believe that you had been injured

14    by those emissions?

15         MR. WHITLOCK:  Object to the form.

16 A.  I knew at the time that I had been affected by

17    them, but long term who knew?

18    BY MR. WILSON:

19 Q.  And you saw physical manifestations of those

20    effects, is that correct, including nose

21    bleeds and headaches.  Is that correct?

22 A.  That's correct.

23 Q.  And the other symptoms that you mentioned?

24 A.  Coughing.

25 Q.  And you were reluctant to move because of the

1          investment that you made in your home; is that
2          correct?
3     A.   And I knew that there were other people
4          working on the problem who had more experience
5          in dealing with corporations.  So I was hoping
6          that something would be resolved.
7     Q.   And you felt when the plant closed in 2002,
8          that things were okay at that point?
9     A.   I did.  Well, at least I didn't think about it
10         anymore.
11    Q.   Did you ever, after that time, think in your
12         head, what if there was a long-time effect
13         from this exposure?
14    A.   To be honest, I was so involved in my life, I
15         really didn't -- once they were gone, we just
16         felt a great sense of relief.
17    Q.   Did you not think about it at all between 2002
18         and 2016?
19    A.   No.
20    Q.   One more question on this, and then we can
21         break -- break for lunch.
22              There's a paragraph that begins neither.
23    A.   Mm-hmm.
24    Q.   It's the third full paragraph from the bottom.
25         The second sentence of that paragraph says,

```
 1        two neighbors have already had cancers that
 2        appear linked to the pollution, he said.  One
 3        had testicular cancer.  Another had thyroid
 4        cancer.
 5             MR. WILSON:  Mr. Whitlock, did I read
 6        that correctly?
 7             MR. WHITLOCK:  You did.  And just for the
 8        record, as opposed to some of the previous
 9        sections you've read from this article, there
10        are no quotations in what you just read.
11             But you did read it correctly, yes.
12        BY MR. WILSON:
13   Q.   Mr. Sumner, are those individuals who had
14        testicular cancer and thyroid cancer, are they
15        neighbors of yours?
16   A.   Yes.
17   Q.   How close do they live to you?
18   A.   They're both very similar in distance.
19        Probably about a hundred yards.
20   Q.   Can you give me their names?
21   A.   Yes.  Ben Barton and Robert Ridley.
22   Q.   Can you spell those names?
23   A.   It's B-a-r-t-e-n or B-a-r-t-o-n.  And Ridley I
24        don't know.  R-i-d-l-e-y.  I don't know about
25        that.  I'm a terrible speller.
```

```
 1   Q.  Do you know whether those people have --
 2       intend to bring action against Saint-Gobain
 3       because of their alleged injuries?
 4   A.  I --
 5            MR. WHITLOCK:  Object to the form.  Calls
 6       for speculation.
 7   A.  I think -- I believe Robert Ridley is part of
 8       the class action.  I don't know about Ben.
 9            THE VIDEOGRAPHER:  One minute.
10            MR. WILSON:  We can take a break.
11            THE VIDEOGRAPHER:  The time is now
12       approximately 11:56 a.m.  This completes disc
13       No. 1 of the deposition of William S. Sumner,
14       Jr.
15            Going off the record.
16            (Lunch recess taken.)
17            THE VIDEOGRAPHER:  The time is now
18       approximately 12:52 p.m.  Going back on the
19       record with disc No. 2 of the deposition of
20       William S. Sumner, Jr.
21       BY MR. WILSON:
22   Q.  Mr. Sumner, I just wanted to follow up with
23       one more thing about what we were talking
24       about before lunch.
25            You talked about how you had had concerns
```

1       about the ChemFab plant when it was operating
2       and --
3   A.  Yes.
4   Q.  -- based on where your home was; is that
5       correct?
6   A.  That's correct.
7   Q.  And there were other neighbors in the area of
8       your home who also had those concerns; is that
9       correct?
10          MR. WHITLOCK:  Objection.
11  A.  I don't know.
12      BY MR. WILSON:
13  Q.  Am I correct that you said that you and
14      other -- some of your neighbors met with
15      ChemFab about the issue?
16  A.  Yes, that's true.
17  Q.  So do you think those neighbors were also
18      concerned?
19  A.  Yes.
20          MR. WHITLOCK:  Object to the form.
21  A.  Yes.
22      BY MR. WILSON:
23  Q.  Do you recall who any of those neighbors were?
24  A.  Andy Beckerman, Betsy Palmer, Matthew Moss.
25  Q.  And are any of those individuals still living

```
 1        in the neighborhood?
 2   A.   Andy Beckerman and Betsy Palmer.
 3   Q.   And Miss Moss, do you know when --
 4   A.   Matthew Moss.
 5   Q.   Matthew Moss.  I'm sorry.  When did Mr. Moss
 6        move away?
 7   A.   It's probably been ten years.  I don't know
 8        specifically.
 9   Q.   Do you know where he moved to?
10   A.   He's living -- I know he's working in New York
11        City, and he had a house in Hudson, New York;
12        but I don't know if he still has that
13        residence.
14   Q.   Do you have any education, training or other
15        expertise as to real estate valuation?
16   A.   No.
17   Q.   Have you ever appraised your own property?
18   A.   I have an opinion.
19   Q.   Have you ever conducted a formal appraisal?
20   A.   I would call it informal.
21   Q.   Have you ever appraised any other property?
22   A.   No.
23   Q.   Have you ever estimated the list price for a
24        property?
25   A.   Can you ask that again?
```

```
                                                Page 107
1    Q.   Have you ever estimated the asking price for a
2         property?
3    A.   No.
4    Q.   Have you ever listed or sold a property?
5    A.   No.
6    Q.   Has a real estate agent or broker ever
7         estimated the market value of your home?
8    A.   No.
9    Q.   Now, you've estimated the value of your home;
10        is that correct?
11   A.   Yes.
12   Q.   Did you research or analyze any market data to
13        develop your opinion on the value of your
14        home?
15   A.   No.
16   Q.   But you believe there is -- that it's
17        diminished in value because of PFOA; is that
18        correct?
19   A.   That's correct.
20   Q.   How did you perform that estimate?
21   A.   How did I form that estimate?
22   Q.   How did you perform that estimate?
23   A.   How did I come to the conclusion -- can you
24        rephrase it?
25   Q.   That's a fair way of stating it.
```

```
 1           How did you come to that conclusion that
 2       your home had diminished in value due to PFOA?
 3   A.  Just the obvious.  My property and all of the
 4       properties affected are in a state identified
 5       contamination zone, and the basic rule of real
 6       estate is location, location, location.  So
 7       why would anybody -- I wouldn't buy my house.
 8       Why would anybody buy my house when they
 9       could, you know, go 20 miles down the road and
10       buy a house in a non-contaminated zone.
11   Q.  Did you -- in terms of coming to your opinion
12       on the specific amount of the value of your
13       home because of PFOA, how did you determine
14       that amount was the amount?
15   A.  Again, I wouldn't buy my house, but maybe
16       somebody looking for a deal, somebody in the 1
17       percent who wants a tax write-off, wants a
18       place to park his car with a nice view and
19       make out with his mistress, maybe they'd be
20       willing to buy my property.
21   Q.  Was there any calculation that you performed
22       to come up with that number?
23   A.  It's an educated guess.  Not a guess.  It's an
24       educated estimate.
25   Q.  And was there any calculation that you
```

```
 1        performed to determine the value of your home
 2        that you estimate if it didn't have any PFOA?
 3   A.   Can you ask the question again?
 4   Q.   So I understand that you've provided an
 5        opinion about the value of your home with PFOA
 6        and the value of your home without PFOA.
 7   A.   Yes.
 8   Q.   For that opinion about the value of your home
 9        without PFOA, was there any calculation that
10        you went through to reach that number?
11             MR. WHITLOCK:  I'm going to object to the
12        form.
13   A.   No, no calculation.  No formal calculation.
14        BY MR. WILSON:
15   Q.   What method did you use to determine that?
16   A.   I've been in the trades my entire life.  I
17        built my house.  I know what went into it.  We
18        are located in a nice community.  We're
19        located in a nice community, close to schools,
20        close to good shopping.  It's a nice, safe
21        neighborhood with a great view.  I worked hard
22        to maintain my house to a very high standard.
23        All those factors and probably more that I
24        can't think of right now factored into that.
25   Q.   And you can't think of anything else right
```

```
 1        now; is that correct?
 2   A.   I know that over the course of the 28 years
 3        that I've lived there, three people have
 4        approached me to buy my house.  We never
 5        talked price, but I felt I had something worth
 6        what I appraised it at.
 7   Q.   When was the last time that someone approached
 8        you to buy your house?
 9   A.   I had a yard sale, oh, it was probably six
10        years ago at this point was the last time, and
11        one of the people just started a conversation
12        and said if I ever wanted to sell, to please
13        contact him.  Nobody I'd ever met before.
14   Q.   Have you incurred any expenses due to the
15        presence of PFOA in groundwater that you
16        haven't been reimbursed for?
17   A.   Yes.
18   Q.   What expenses are those?
19   A.   I had to call a plumber twice because of the
20        POET's effect on my water pressure, and it
21        caused problems that I didn't know -- I
22        couldn't figure out.
23   Q.   And do you remember how much you paid?
24   A.   It was minimal.  I just -- there was no bill.
25        I know the plumber well.  I probably gave him
```

Page 111

```
 1        $50 each time.
 2   Q.   Any other expenses you've had to pay because
 3        of the presence of PFOA in groundwater that
 4        you haven't been reimbursed for?
 5   A.   No.
 6   Q.   So we're going to shift gears now and talk a
 7        bit -- we've been talking about your property
 8        for an awful long time.  Let's talk about you.
 9   A.   Okay.
10   Q.   So would you restate for the record how old
11        you are?
12   A.   65.  I had to think.
13   Q.   And how tall are you?
14   A.   Five-foot-six plus.
15   Q.   And could you give us your current weight?
16   A.   My current weight is probably 174.
```

Page 112



Page 113



Page 114



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 116 of 294

[redacted]



Page 116



Page 117



Page 118



Page 119

8           MR. SILVER:  Your game has other

9      problems.

10          THE WITNESS:  Right.

11          MR. WILSON:  David's so mean to his

12      clients.

13      BY MR. WILSON:

14  Q.  And do you -- you've mentioned you golf pretty

15      frequently.

16  A.  In the summer.

17  Q.  About how -- how often?

18  A.  Probably four or five times a week.

19  Q.  I'll just ask this before I forget it, since

20      Mr. Silver here is -- is so free with his

21      comments, did you know him before this

22      litigation started?

23  A.  Not socially.  I mean, he goes to the same

24      golf club, and I have seen him at a couple

25      social functions that -- but we've never

Page 120

```
 1       really talked.
 2            Matthew -- when Matthew -- he had a
 3       birthday party or something over at Neil
 4       Moss's house.
 5            THE WITNESS:  You were there.  We didn't
 6       talk, but I saw you there.
 7    A.  So I see -- I mean, it's a small town.  I see
 8       David.
 9    BY MR. WILSON:
10    Q.  Did you come to him when you had concerns
11       about the PFOA in --
12    A.  I didn't.
13    Q.  No.  Who did you go to first?
14    A.  I didn't go to anybody.
15    Q.  Who came to you?
16    A.  Well, my neighbors invited some lawyers, and
17       so I went to a meeting that David came to and
18       Emily.
```

Page 121



Page 122



Page 123



[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 126 of 294

[redacted]



Page 126



Page 127



Page 128



[redacted]



Page 130



Page 131





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 133 of 294

[redacted]

[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 135 of 294

[redacted]



Page 135



Page 136



Page 137



[redacted]





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 141 of 294

[redacted]





Page 142



Page 143



Page 144



[redacted]





[redacted]

Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 148 of 294

[redacted]



[redacted]



Page 149



Page 150



Page 151



Page 152



[redacted]



Page 154



[redacted]



[redacted]



Page 157



Page 158



[redacted]



[redacted]



Page 161



23          MR. WHITLOCK:  Let's take a break.

24          THE VIDEOGRAPHER:  The time is now

25     approximately 2:00 p.m.  Going off the record.

```
 1              (Brief recess taken.)
 2              THE VIDEOGRAPHER:  The time is now
 3         approximately 2:18 p.m.  Going back on the
 4         record.
 5         BY MR. WILSON:
 6    Q.   Mr. Sumner, before we continue, I just want to
 7         emphasize something that I said at the
 8         beginning of this deposition.  That I
 9         understand that some of the things we've
10         talked about today have been sensitive and
11         personal, and that I'm going to do my best,
12         and I hope that I have done my best, to be
13         respectful and considerate in the way that
14         we've addressed these issues.
15              And as I said at the beginning of this
16         deposition, if there's any time that you feel
17         uncomfortable or if there's a way that we need
18         to make it more comfortable for you, would you
19         please let me know.
20              Do you understand that?
21    A.   Yes.
22    Q.   Thank you.
23              So I think we are mostly on now to
24         frankly the tedious portion of the deposition,
25         and so I apologize that there's going to be a
```

Case 5:16-cv-00125-gwc Document 221-91 Filed 11/28/18 Page 164 of 294

lot of lists, but we'll do our best to get through this in an efficient way so we can understand your background and -- and your lifestyle a little bit better.

[redacted]



Page 164



Page 165



Page 166



[redacted]



Page 168



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 170 of 294

[redacted]



Page 170



[redacted]



[redacted]





[redacted]

[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 176 of 294

[redacted]



[redacted]



[redacted]



[redacted]



Case 5:16-cv-00125-gwc Document 219-80 Filed 11/27/18 Page 180 of 294

[redacted]



Page 180





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 183 of 294

[redacted]





Page 184





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 186 of 294

[redacted]

[redacted]

BY MR. WILSON:

[redacted]

Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 188 of 294

[redacted]



Page 188



Page 189



Page 190



[redacted]



Page 192



[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 195 of 294

[redacted]



Page 195



Page 196



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 198 of 294

[redacted]



Page 198











Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 200 of 294

[redacted]

[redacted]

Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 202 of 294

[redacted]

Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 203 of 294

[redacted]

Page 203

5    Q.   Can you tell me when you first heard about
6         PFOA?
7    A.   When it was discovered that Hoosick Falls had
8         contamination.
9    Q.   When was that?
10   A.   The year before -- maybe even the year and a
11        half before March of 2016.
12   Q.   And what did you hear about it then?
13   A.   Just that the company had contaminated certain
14        areas of Hoosick Falls or the water system.
15   Q.   Did your mind start drawing connections then?
16   A.   No, I didn't have a clue.
17   Q.   Did you have any concerns at that time?
18   A.   No.
19   Q.   When did you first become concerned about
20        PFOA?
21   A.   When a couple -- a team of men came to my
22        house and asked to take a water sample March
23        of 2016.
24   Q.   So I'd like to talk a little bit now about
25        your role in this case as a class action.

```
 1    A.   Mm-hmm.
 2    Q.   Do you understand yourself to be representing
 3         the exposure class in this action?
 4    A.   Yes.
 5    Q.   Do you also understand yourself to be
 6         representing the property damage class in this
 7         action?
 8    A.   Yes.
 9    Q.   Can you tell me what your understanding of
10         this lawsuit is?  What is this lawsuit about?
11    A.   This lawsuit is about medical monitoring; this
12         lawsuit is about compensation for loss of
13         property value; compensation for lack of use
14         and enjoyment of my property; property damage;
15         nuisance; negligence; upset; and annoyance.
16    Q.   Did you read the complaint that was filed in
17         this action?
18    A.   I've read the papers that my lawyer gave me.
19    Q.   Do you know if that included the complaint?
20    A.   Yes.
21    Q.   What's your understanding of what the lawsuit
22         alleges that Saint-Gobain did that was wrong?
23    A.   They contaminated my community and portions of
24         Bennington with PFOA, and it's gotten into our
25         groundwater, our soil and for some, our blood.
```

Page 205

1   Q.   What do you understand to be your duty as a
2        representative of the putative class?
3   A.   To represent the class responsibly and
4        honestly and to the best of my ability.
5   Q.   Can you describe that in a little more detail?
6            MR. WHITLOCK:  Objection.
7            You can answer.
8   A.   I agreed to become a representative because I
9        cared about my community.  I had -- I have
10       retired.  I have the time and -- willing to
11       spend on it, and I had the same damage
12       occurred as all my neighbors and community and
13       would like the chance to right a wrong.
14  BY MR. WILSON:
15  Q.   Do you believe that everyone in the class has
16       been damaged in the same way to the same
17       degree as you?
18  A.   Yes.
19  Q.   Do you know that for a fact?
20  A.   No.  It's my opinion.



Page 206

15          MR. WILSON:  Let's take a break.

16          THE VIDEOGRAPHER:  The time is now

17     approximately 3:08 p.m.  This completes disc

18     No. 2 of the deposition of William Sumner.

19          Going off the record.

20          (Brief recess taken.)

21          THE VIDEOGRAPHER:  The time is now

22     approximately 5:22 p.m. -- I mean -- I'm

23     sorry -- 3:22 p.m.  Going back on the record

24     with disc No. 3 of the deposition of William

25     S. Sumner, Jr.

```
 1        BY MR. WILSON:
 2    Q.  Mr. Sumner, how soon after PFOA was detected
 3        in groundwater in Bennington -- in North
 4        Bennington did Saint-Gobain respond to the
 5        situation?
 6             MR. WHITLOCK:  Object to the form.
 7    A.  In what capacity?
 8        BY MR. WILSON:
 9    Q.  In any capacity.
10    A.  Well, what I was aware of was that we had
11        water delivered to us.  Let's see, we became
12        aware of it in March of 2016.  It was probably
13        six weeks before we got the water -- the POET
14        filters.  Maybe more.  I don't really know the
15        timeline.
16    Q.  How quickly did they start providing bottled
17        water?
18    A.  I don't know exactly.  It wasn't too long
19        after it became public.
20    Q.  Did you feel that it was a prompt response?
21             MR. WHITLOCK:  Object to the form.
22    A.  Yeah.  It was -- yes.
23        BY MR. WILSON:
```

[redacted]

BY MR. WILSON:

Q. Can you tell me what the results were of your PFOA blood test?

A. 305.

[redacted]

7    Q.   Do you believe that the proximity of your home

8         to the ChemFab facility meant that your home

9         was uniquely affected by the emissions from

10        the facility?

11   A.   No.

12             MR. WHITLOCK:   Objection.   Calls for an

13        expert opinion.

14        BY MR. WILSON:

15   Q.   I'm sorry.   I missed your answer there.

16   A.   No.

17   Q.   Why not?

18   A.   Contamination is contamination.

19   Q.   Do you believe that all the homes in

20        Bennington and North Bennington have the same

21        level of PFOA in their groundwater?

22             MR. WHITLOCK:   Object to the form.

23             You can answer.

24   A.   In their groundwater?   Those who have been

25        tested and not been tested?

```
 1        BY MR. WILSON:
 2   Q.   Either -- either answer.
 3   A.   Repeat the question, please.
 4   Q.   Has everyone in the Bennington and North
 5        Bennington area seen the same level of PFOA in
 6        groundwater tests at their homes?
 7   A.   No.
 8   Q.   Do you feel that your level is different
 9        because of your proximity to the facility?
10             MR. WHITLOCK:  Objection.  Calls for
11        expert --
12   A.   No.
13             MR. WHITLOCK:  -- opinion.
14   A.   I don't know.
15        BY MR. WILSON:
16   Q.   I understand that you visited with Senator
17        Leahy about this issue?
18   A.   Mm-hmm.
19   Q.   Can you tell me about that visit?
20             MR. WHITLOCK:  Objection.
21   A.   He came to our house and listened to the
22        neighbors and said he was going to go back to
23        Washington to try to procure funding for
24        Vermont State to protect its water in the
25        future.
```

```
 1        BY MR. WILSON:
 2   Q.   Do you know whether he visited any other
 3        houses in the area?
 4   A.   I think the only other place he went to was
 5        the North Bennington train station where he
 6        met with people.  I don't know that for a fact
 7        though.
 8   Q.   Do you know why he selected your house in
 9        particular?
10   A.   Because Richard Spiese asked me if I would
11        host, and I was retired, home and available.
12   Q.   Do you know why Richard Spiese asked you?
13   A.   No.
14   Q.   And for the record will you tell us --
15            THE WITNESS:  Is the AC -- is the AC on?
16            (Off-the-record colloquy.)
17        BY MR. WILSON:
18   Q.   And for the record, Mr. Sumner, can you
19        tell -- tell us who Richard Spiese is?
20   A.   I know he works for the DEC.
21   Q.   And DEC is Department of Environmental
22        Conservation; is that correct?
23   A.   It is.  Mm-hmm.
24   Q.   And can you give a verbal answer there?
25   A.   He works for the Vermont Department of
```

Page 212

1        Environmental Conservation.

2   Q.   Yes.  And we're almost done with the

3        deposition, so it doesn't matter so much, but

4        when I say verbal answer, I mean yes or no as

5        opposed to mm-hmm.

6   A.   Yeah.  Okay.

7   Q.   But your sentence was fine, too.

Page 213



Page 214



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 216 of 294

[redacted]





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 217 of 294

[redacted]

[redacted]



[redacted]



[redacted]



[redacted]



Page 221



[redacted]





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 224 of 294

[redacted]

Page 224



Page 225



[redacted]



Page 227



Page 228





Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 230 of 294

[redacted]

Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 231 of 294

[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 232 of 294

[redacted]



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 233 of 294

[redacted]





Page 234



Page 235



Page 236



Page 237



[redacted]



Page 239



Case 5:16-cv-00125-gwc Document 221-11 Filed 11/28/18 Page 241 of 294

[redacted]



Page 241



Page 242



20   Q.   Do you know any of the other named plaintiffs

21        in this action?

22   A.   Yes.

23   Q.   Who do you know?

24   A.   Jim Sullivan lives in my neighborhood.  Bill,

25        who you deposed yesterday, I remembered seeing

```
 1        him before on jobs.  He's an electrician, but
 2        not -- like that was back in the late '80s
 3        that I saw him, and I've seen him drive his
 4        truck around.  And Phil Garrison, I think his
 5        name is, he took a French class with my wife.
 6   Q.   Was your wife teaching the French class?
 7   A.   Mm-hmm.
 8   Q.   Okay.  I assume she wasn't taking French?
 9   A.   Right.
10   Q.   Yeah.  Do you know any of the other
11        plaintiffs?
12   A.   Can you give me their names?
13   Q.   Ron Housethor?
14   A.   No.
15   Q.   Linda Crawford?
16   A.   No.
17   Q.   Ted Crawford?
18   A.   No.
19   Q.   Do you know Sharyn Jones?
20   A.   No.  Sharyn Jones?  No.
21   Q.   Bishop Robin Hood Greene?
22   A.   Really?  No.
23   Q.   Of -- of those plaintiffs that you do know,
24        who are you close friends with?
25   A.   None.
```

```
 1    Q.   Did you get to know Jim because he's your
 2         neighbor or in the course of becoming a
 3         plaintiff in this action?
 4    A.   I really don't know him.  I've been once to
 5         his house, and we wave to each other when we
 6         pass each other in cars.  I really don't know
 7         him.
 8    Q.   Other than your communication with Senator
 9         Leahy, have you had any other
10         communications -- I'm sorry.  Let me withdraw
11         that.
12              Other than your communications with
13         Senator Leahy and the Vermont DEC that we've
14         already discussed, have you had any other
15         communications with the government that we
16         haven't discussed with regard to PFOA?
17    A.   State or national?
18    Q.   Either.
19    A.   When it came time to inform the public about
20         the blood test, I did get a call from Sarah
21         Vose, I think her name is.  She's from the
22         Vermont Department of Health, and she sort of
23         ran me through where to go and did I have any
24         questions.  And that's -- I'm pretty sure -- I
25         mean, I see Richard Spiese occasionally doing
```

```
 1        testing or whatever in our neighborhood, and I
 2        will greet him, but we don't have much to say.
 3   Q.   Have you ever communicated with Saint-Gobain
 4        or ChemFab or any of their employees with
 5        regard to PFOA, other than what we discussed
 6        back at the time the facility was active?
 7   A.   I got a letter from the CEO apologizing for
 8        the way the company presented me with a
 9        summons to go to court.  So that's the only --
10        I didn't respond.
11   Q.   Did you appreciate that letter?
12   A.   It was a little -- too little too late.
13   Q.   When you built your home, if municipal water
14        had been available to you, would you have
15        wanted to hook up to municipal water?
16   A.   I would have priced it out, and I would have
17        investigated to see if it's chlorinated or
18        not.
19   Q.   If municipal water were cheaper than a well
20        and non-chlorinated, would you have elected to
21        connect to municipal water?
22   A.   That would have been easier.
23             MR. WILSON:  I have no further questions.
24             MR. WHITLOCK:  No questions.
25             THE VIDEOGRAPHER:  The time is now
```

Page 246

1          approximately 4:00 p.m.   This completes

2          today's deposition of William S. Sumner, Jr.

3               Going off the record.

4                    * * * * * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 247

1           ACKNOWLEDGMENT OF DEPONENT

2

3           I have read the foregoing transcript of

4     my deposition and except for any corrections or

5     changes noted on the errata sheet, I hereby

6     subscribe to the transcript as an accurate record

7     of the statements made by me.

8

9           _____

10                   WILLIAM S. SUMNER, JR.

11

12           SUBSCRIBED AND SWORN before and to me

13     this _____ day of _____, 20____.

14

15

16                   _____

17                       NOTARY PUBLIC

18

19

20     My Commission expires:

21

22

23

24

25

Page 248

1                    CERTIFICATE

2          I, Beth Gaige, a Registered

3   Professional Reporter, hereby certify that the

4   within-named deponent was sworn to testify the

5   truth, the whole truth, and nothing but the

6   truth in the aforementioned cause of action.

7          I further certify that this deposition

8   was stenographically reported by me and later

9   reduced to print through computer-aided

10   transcription, and the foregoing is a full and

11   true record of the testimony given by the

12   deponent.

13          I further certify that I am a

14   disinterested person in the event or outcome

15   of the above-named cause of action.

16          IN WITNESS WHEREOF, I subscribe my hand

17   and affix my seal this 16TH day of April 2018.

18

19

20   _____

     Beth Gaige, RPR

21   Notary Public

22   My commission expires:
     August 22, 2019

23

24

25

Page 249

1                    E R R A T A   S H E E T

2       IN RE:  SULLIVAN, et al. vs. SAINT-GOBAIN

3       DATE:   4/11/2018

4       PAGE    LINE    CORRECTION AND REASON

5       _____   _____   _____

6       _____   _____   _____

7       _____   _____   _____

8       _____   _____   _____

9       _____   _____   _____

10      _____   _____   _____

11      _____   _____   _____

12      _____   _____   _____

13      _____   _____   _____

14      _____   _____   _____

15      _____   _____   _____

16      _____   _____   _____

17      _____   _____   _____

18      _____   _____   _____

19      _____   _____   _____

20      _____   _____   _____

21      _____   _____   _____

22      _____   _____   _____

23

24      _____   _____

25      (DATE)              WILLIAM S. SUMNER, JR.

| & | | | |
|---|---|---|---|

**&** 1:16 2:4,8,12,17
2:21 4:18 5:10
61:6

| 0 |
|---|

**00125** 1:6 5:4
**05201** 2:13
**05753** 2:5

| 1 |
|---|

**1** 3:10 64:18,20
65:5,22 67:17
69:18 104:13
108:16 120:25
121:4
**1,000** 94:3
**1,3** 235:22,25
236:11
**10,000** 68:22
**100** 202:25
**10010** 2:18,22
**1030** 84:23
**10:30** 52:25
**10:44** 53:4
**11** 1:18
**111** 2:5
**11:04** 70:3
**11:05** 70:7
**11:06** 71:9
**11:16** 71:13
**11:56** 104:12
**11th** 4:15
**12** 129:10 217:5
**12:52** 104:18
**13** 8:16
**1440** 62:5
**15** 92:24 174:5
176:22
**163** 112:1
**1650** 23:17,21
44:17 62:5

**16th** 248:17
**174** 111:16
**18** 222:8
**19** 112:12
**1952** 6:10 33:14
**1964** 223:1
**1971** 112:12
**1989** 26:9,9 154:5
**1990** 76:13 87:19
88:14
**1990s** 94:21
**1993** 57:16
**1996** 17:2 130:1
**1998** 18:21
**1999** 61:19
**1st** 6:10 10:13

| 2 |
|---|

**2** 3:11 64:19,22
65:7,10 66:4,22
67:25 104:19
206:18
**2,4** 236:15
**2,4,5** 236:13
**20** 108:9 124:7,10
124:10 131:17
138:11 168:13
179:18 226:4
247:13
**20,000** 61:25
**200** 111:24 115:1
**2000** 32:10 54:5
58:5 61:7,20 63:3
63:5 64:15 68:6
**2001** 60:4 62:24
63:4 64:15
**2002** 102:7,17
**2007** 155:12
**2008** 116:22
130:12 133:7
**2009** 136:23

**2012** 54:6 58:9
**2013** 128:3
**2014** 120:25
**2015** 21:25 216:18
**2016** 77:12 102:18
203:11,23 207:12
**2017** 87:9
**2018** 1:18 4:15
248:17
**2019** 248:22
**206** 2:9
**21** 2:9
**212.849.7000** 2:19
2:23
**22** 219:4 248:22
**23** 84:11
**25** 40:10
**275** 73:15
**27th** 87:9
**28** 110:2
**28801** 2:9
**2:00** 161:25
**2:18** 162:3

| 3 |
|---|

**3** 3:13 70:12,13,15
71:25 87:16 93:15
206:24
**30** 13:15
**300** 27:10 36:17
80:8 85:5
**305** 208:12,16
209:1
**31st** 10:14
**37** 22:18 34:19
**3:08** 206:17
**3:22** 206:23

| 4 |
|---|

**4** 3:14 85:6,7,11
**4,000** 58:6

**4/11/2018** 249:3
**409** 194:3,5
**420** 76:22
**425** 61:7
**4:00** 246:1
**4:30** 212:17

| 5 |
|---|

**5** 3:15 93:1,5
96:13 212:17
**5,000** 221:23
**5,700** 58:9
**50** 111:1
**50/50** 225:6
**500** 48:3
**507** 1:17 2:13 4:19
**50s** 147:13
**51** 2:18,22
**5:00** 220:20
**5:16** 1:6 5:4
**5:22** 206:22

| 6 |
|---|

**6** 3:3
**60** 48:6
**60s** 147:13 223:3
**61** 131:20
**61st** 187:23
**62** 44:14
**63** 188:1
**64** 3:10,11 188:1
**65** 94:1 111:12
**650** 60:7
**67** 33:25

| 7 |
|---|

**70** 3:13
**705** 33:21
**71** 112:14,20,21
**72** 154:5
**73** 10:7
**74** 10:4

**75** 10:5
**7:30** 212:17

**8**

**8** 60:5 68:15,21
**8.2** 80:9
**800** 59:19
**802.388.6356** 2:6
**802.442.6341** 2:14
**80s** 243:2
**81** 121:17
**82** 80:9
**828.622.0044** 2:10
**85** 3:14 11:19,20
**89** 187:9

**9**

**900** 75:12
**90s** 89:8
**91** 115:3
**92** 14:2 32:9 115:3
**93** 3:15 156:4
**95** 156:3
**96** 187:9
**98** 32:9 212:13
**99** 63:3
**9:00** 220:20
**9:35** 1:18 4:16
**9th** 187:22

**a**

**a.m.** 1:18 4:16
  52:25 53:4 70:3,7
  71:9,13 104:12
  220:20
**ability** 147:21
  205:4
**able** 148:12
**abrasive** 194:1
**absolutely** 99:25
**abut** 27:4
**ac** 211:15,15

**academic** 8:16
**access** 61:13
**accidently** 122:19
  123:17
**accurate** 55:8,18
  56:5,11 71:25
  72:3 113:17
  231:15 247:6
**accurately** 65:23
  69:19 122:8
**acid** 185:14 186:4
  231:23
**acknowledgment** 247:1
**acquire** 219:12
**acres** 44:13
**acrylamide** 237:1
**acrylics** 200:22
**actinomycin** 228:24
**action** 1:5 5:4
  14:13 79:14,19
  80:12 90:14 91:3
  95:11,12 104:2,8
  203:25 204:3,7,17
  242:21 244:3
  248:6,15
**actions** 95:13,17
  95:22
**active** 84:23 245:6
**actual** 18:10
**acupuncture** 125:1
**acute** 128:5,6,15
**adams** 167:5
**add** 62:3 179:22
  179:25
**added** 26:22 59:15
**addition** 57:24
  61:11,13,14,15
  62:4,13,19 63:2

132:18
**additional** 26:8,16
  26:19 50:12
**address** 22:18,23
  22:24 23:5 33:9
  33:20 35:2 149:23
  149:25 161:20
**addressed** 95:20
  162:14
**adenoma** 130:12
**adequately** 95:20
**adhd** 147:7
**adhesives** 13:5
  18:2
**administered** 5:23
**admit** 113:13
  114:5
**admits** 113:20
**admitted** 114:11
**adult** 148:5 196:13
**advance** 7:22
**advanced** 131:11
**adverse** 208:5
**aerosol** 236:19,21
  236:23,24,25
**aerosols** 236:17,22
**affect** 94:16 95:4
  148:25
**affix** 248:17
**aforementioned** 248:6
**afternoon** 165:12
**afterward** 40:7
**agent** 107:6
**agents** 239:12
**ago** 13:15 32:8
  37:19 110:10
  111:22 112:3,23
  115:2 125:24
  128:3 129:10
  131:20 138:23

154:9 184:18
  217:6 219:15
**agree** 4:13 28:15
  100:3
**agreed** 4:2 205:8
**ahead** 197:5
**aid** 228:1,3
**aided** 248:9
**aids** 228:11
**air** 40:11,12,17
  88:1,5 195:21
  216:15,17
**airplanes** 201:20
  221:18
**ajax** 194:1
**al** 1:4 4:23 249:2
**albany** 15:7
**alcohol** 154:21,23
  156:2 168:12
**alcoholism** 155:22
  227:4
**aldrin** 237:3
**alleged** 104:3
**alleges** 204:22
**allegro's** 164:15
**allergy** 226:1
**allowed** 146:12
**allowing** 79:20
**allows** 138:1
**almonds** 168:16
  168:17,21 170:3
**ambien** 151:16,17
  228:12
**ambiguous** 43:21
  46:5 92:15 123:13
  134:22
**ambulance** 152:3
**ambulent** 152:3
**amount** 75:6
  108:12,14,14
  178:20

**amounts** 55:8,18 56:6
**analyze** 107:12
**ancef** 152:14
**andy** 105:24 106:2
**anesthetic** 237:5
**animals** 32:5 223:23,24
**anise** 181:4
**annoyance** 204:15
**annual** 116:18 129:21 136:2
**annually** 75:7
**answer** 7:14 15:19 15:24 16:1 17:10 28:8 38:15 39:14 43:11 46:7 54:19 61:2 74:16 75:3 75:11 82:14 91:10 92:4 99:11,23 100:11 118:8 132:1 134:23 136:5 137:9 144:4 145:21 150:7 152:2 157:4 159:11,12,15,22 160:15 166:13 177:6 190:13 205:7 206:4 209:15,23 210:2 211:24 212:4 221:7 241:8
**answered** 7:20 197:15
**answers** 7:2,6 165:15
**anthony** 164:11
**antiseptic** 192:8
**anybody** 51:9 108:7,8 120:14 151:5 190:9

**anymore** 20:10 31:20 45:14 83:20 102:10 125:21 137:20,22 144:17 199:4 213:8
**anyway** 80:17 186:9
**apologies** 6:5 226:8
**apologize** 7:22 65:15 125:10 162:25
**apologizing** 245:7
**apparatus** 16:15 18:18
**appear** 65:6,13 93:10 103:2 238:19
**appendicitis** 127:23 128:5
**appendix** 127:25 128:20
**apple** 45:2,8 173:20 178:23
**apples** 173:19
**appliances** 37:13 37:22 62:16
**applies** 157:22
**apply** 196:10
**appointment** 124:7
**appraisal** 82:10 106:19
**appraisals** 26:4 82:6,16
**appraised** 106:17 106:21 110:6
**appreciate** 55:1 245:11
**approached** 110:4 110:7

**approaching** 124:6
**approved** 131:18
**approximately** 4:16 19:2 23:14 52:25 53:4 70:3,7 71:9,13 104:12,18 114:25 121:9 161:25 162:3 206:17,22 246:1
**apricot** 174:1
**apricots** 173:25
**april** 1:18 4:15 188:5 248:17
**architects** 17:16 19:15
**architecturally** 38:22
**area** 14:10 105:7 210:5 211:3 214:22
**areas** 47:10 58:14 58:17 203:14
**arsenic** 237:7
**art** 9:3,7 200:19
**artful** 202:25
**arthritis** 118:13 118:24 228:7
**article** 3:15 93:8 93:11,13 96:14 103:9
**artifical** 35:23
**arugula** 170:9,12
**asbestos** 201:22 202:3,4,6,20 203:1 237:9
**asheville** 2:9
**asked** 10:25 49:13 67:7 86:23 138:21 152:9 156:13 168:20 170:6

**197:14** 203:22 211:10,12
**asking** 13:14 44:4 66:8 107:1 149:25 197:24
**asparagus** 170:15 173:9
**aspect** 28:6 95:8
**aspects** 28:2,3 206:9
**asphalt** 54:10 58:8 237:12
**aspirin** 121:17 143:5 151:17 226:15,20
**assessed** 82:20
**assessment** 83:3
**assessments** 82:7 82:18
**associate** 66:12,18
**associated** 26:5 91:7
**association** 96:25
**assume** 133:22 154:19 242:12 243:8
**assuming** 158:9
**asthma** 227:8
**attached** 222:2
**attack** 189:20 190:8,14
**attempted** 75:22 76:3
**attending** 5:7
**attention** 38:16 116:6 121:12 125:16 198:2
**attic** 24:14
**attorney** 5:20 6:12 85:23 86:2 118:16

[attorneys - believe]

**attorneys** 5:6 6:20
65:2 85:13
**attractive** 38:5,7
42:22,24 43:2,5
**attributable**
150:12
**attribute** 83:5
126:1,25 150:5
**attributed** 90:10
**audio** 4:11
**august** 6:10
248:22
**aunt** 152:4 228:13
**author** 149:6
**authorities** 92:10
**auto** 232:9
**avail** 88:6
**available** 82:17
198:18,21 211:11
245:14
**ave** 2:9
**avenue** 2:18,22
**average** 137:10
155:1 177:9
221:24
**avoid** 143:15
148:17
**aware** 56:3 74:3
74:24,25 75:4
79:3,6 84:25
87:11 88:15 146:3
189:24 206:3
207:10,12 236:14
236:16 237:2
**awful** 111:8

**b**

**b** 3:8 71:22 103:23
103:23 188:3
**back** 11:15 14:23
34:11 38:1 48:19
53:4 58:11 70:7

71:13 72:7 76:13
86:15 96:5,8
98:18 104:18
113:18 117:17
119:6 120:19
132:12 133:12,15
141:18 144:24,25
145:1 147:12,23
162:3 179:24
185:1 187:24
188:24 199:5
206:23 210:22
243:2 245:6
**backfilling** 60:6
**background** 7:25
15:13,15 163:3
232:4
**backyard** 46:9
68:10
**backyards** 45:25
**bacon** 146:20,21
177:16,17 178:2
178:21
**bacteria** 50:2,12
76:6
**bad** 60:2 96:9
**bag** 181:14
**baked** 163:11
**balance** 163:16
**balls** 83:18
**baltimore** 215:2
**bananas** 173:21
**bangaroo** 126:11
**bank** 221:25
**baptist** 42:9
**barbecue** 217:17
**barium** 231:21,22
**barnes** 2:21 5:12
5:12
**barns** 51:1

**barr** 2:12
**barrsternberg**
1:16 4:18 5:21
**barrsternberg.com**
2:14
**barton** 103:21
**baseboard** 40:24
41:5,12
**based** 79:14 80:12
105:4 189:7,10
191:3 214:10
**basement** 19:9,13
20:16 21:16 23:21
23:25 24:18 51:25
53:11 68:24 69:5
69:10 72:1,9,11,17
73:17 196:18
223:19
**basements** 202:1
**basic** 108:5
**basically** 9:7 14:17
30:13 36:25 39:1
69:2 86:20 147:22
188:17
**basil** 181:12
**basis** 116:19
**basking** 215:3
**bate** 66:8,11,17
**bath** 62:20 63:1
64:14
**bathe** 214:6
224:12 225:3
**bathroom** 195:6
**bathrooms** 23:23
64:10
**baths** 62:21
**battery** 2:9
**bcic** 41:17,19 42:6
**beano** 227:25
**beans** 172:3

**beckerman** 105:24
106:2
**becoming** 244:2
**bed** 89:21
**bedroom** 23:20
59:12,13,13 61:17
63:12
**bedrooms** 23:18
36:9 62:10
**beds** 30:8
**bee** 32:23
**beef** 177:13,21
178:6 218:5,6
**beehives** 32:11,14
32:19
**beer** 155:14,19,24
156:1,7 166:18,23
166:24 168:12
**bees** 32:21 200:3
**beeswax** 200:4
**began** 94:16 95:2
145:13
**beginning** 162:8
162:15
**begins** 97:19
102:22
**behalf** 1:4 4:23
5:19
**belief** 92:11 99:21
**believe** 14:3 56:5
69:18 73:18 74:1
74:6 76:22 78:14
81:25 82:3,24
87:12 91:6 93:19
97:6,10,15 100:20
101:13 104:7
107:16 118:15
139:14 143:6
150:11,17 160:24
167:7 174:18
187:8 189:22

192:18 205:15
209:7,19 219:8
230:20 232:2
**believed**  98:25
99:7,20 100:5
**believes**  161:17
**bell's**  142:12,13
**belonged**  230:21
**ben**  103:21 104:8
**beneath**  51:21
52:1
**benign**  130:11,19
134:8,9
**bennington**  1:17
2:13 4:19 9:20,22
9:25 11:15,17,22
12:1 14:9 15:9
22:18,20,21 33:8,8
33:10,11,16,22
34:9,10,13 42:13
42:15,18 43:4,5,15
43:17 80:1,5
84:22 92:9 126:6
164:9 198:14,16
204:24 207:3,4
209:20,20 210:4,5
211:5 212:22,22
214:3,3 215:16,17
219:21
**benomyl**  237:14
237:15
**benzene**  237:16
**beryllium**  237:18
**best**  8:2 57:20
137:12 162:11,12
163:1 177:10
187:20 205:4
**beth**  1:15 248:2,20
**betsy**  105:24 106:2
**better**  36:3 92:20
158:6 163:4

**beverages**  165:4
**beyond**  131:17
**big**  27:18 28:21
30:7 35:14 37:2
55:2 83:16 131:12
143:16 222:17
**bigger**  37:1 39:16
46:8
**bill**  110:24 148:15
242:24
**billing**  148:18
**biopsied**  133:20
**birds**  45:16
**birth**  6:8 186:13
187:1,19
**birthday**  120:3
186:20 187:22,23
188:4
**birthdays**  188:6
**bishop**  243:21
**bismol**  227:3
**bit**  15:10 22:16
34:12 37:8 53:23
88:13 111:7 163:4
186:11 198:5
203:24
**bite**  142:5,6,9
**bites**  142:7,9
**bitten**  142:3
**black**  3:10,11 45:2
180:3 237:22
**blame**  66:13,18
164:4
**blank**  70:10
**bleach**  193:15
**bleed**  89:23
**bleeds**  101:21
**blew**  98:16
**block**  40:17
**blocks**  220:7

**blood**  15:11 82:4
114:21 115:4,25
121:8,10 123:24
124:13,19,23
125:2,7,12 134:17
134:19 135:5
139:18 188:17
190:18,23 191:6
191:10,11,14,19
204:25 206:1
208:1,4,11 209:3,5
217:12,14 227:18
244:20
**blt's**  146:16
**blue**  12:2,4,6 17:2
45:3 135:25,25
184:21 185:25
212:14 213:19
214:2
**boarding**  8:15
**boards**  31:8 63:16
64:3,7
**body**  200:7
**boiler**  40:21
225:10
**boiling**  225:7
**bok**  170:19
**bone**  231:24
**bones**  118:18
**bookshelves**  19:23
**booth**  20:21,24
21:2,3 222:11
**border**  50:18
**borders**  42:19
**born**  8:7 186:16
188:2
**borrowed**  228:12
**bottle**  213:9,10
**bottled**  207:16
213:5 215:13,15
225:8,12,14,16

**bottom**  94:13,14
102:24 132:9
239:7
**bought**  25:4 26:13
33:5,7 37:18 51:8
54:25 57:15 154:6
219:15
**bourbon**  167:15
167:17
**bout**  130:6
**bowel**  196:1
**box**  33:18,21,25
222:17
**boy**  135:7 177:24
178:13
**boys**  188:7
**brain**  13:17
**brake**  232:11
**brand**  219:5
**brandies**  168:10
**brazil**  169:18
**bread**  163:11,11
163:13 175:17,23
**break**  7:18 52:14
52:22 84:13
102:21,21 104:10
121:24 161:23
206:15
**breast**  187:16
**breath**  7:16
195:17,19
**breathing**  16:15
16:16 18:18
**brick**  28:24 29:10
35:22
**brief**  53:2 122:21
162:1 206:20
**briefly**  36:15
205:22
**bring**  81:22 104:2
213:23

**bringing** 90:14
91:3
**broccoli** 170:21,24
171:7
**broke** 60:22
**broker** 107:6
**brother** 187:22
190:21 215:2,8
217:14
**brothers** 188:19
**brought** 10:22
31:5 60:19 81:14
116:5 121:12
125:16 144:21
198:1
**brown** 183:4
**brunt** 94:6
**brussel** 170:23
171:7
**bubbles** 195:7
**bug** 192:10
**build** 25:4 26:16
28:3 41:4 148:14
201:20
**building** 12:15
27:19 41:17,21,22
42:6
**buildings** 42:11
**built** 19:21,22
21:22 23:2 24:20
30:13 37:3,9,15
39:23 41:6 47:24
51:10 53:25 58:21
62:10 68:9 109:17
245:13
**bulk** 54:10
**bullets** 201:15
**bullshit** 97:23
**bunch** 55:14
**buried** 52:8 73:16

**burk** 188:3
**burlap** 33:3,4
**burner** 40:23
**burning** 201:11
218:19
**business** 18:24
19:1,3 20:16
185:4 212:13
**businesses** 41:19
89:1
**butadiene** 235:22
235:25 236:11
**butter** 169:9,14
181:15
**button** 172:19
**buttons** 172:19
**buy** 51:12 54:16
108:7,8,10,15,20
110:4,8 163:11,11
163:12 169:3,6
179:11

**c**

**c** 2:1 152:16
**cabbage** 170:25
**cabinetry** 19:22
**cabinets** 62:12
69:3,6 148:12
**cadmium** 237:20
**caffeinated** 165:6
**cakes** 179:19
**calculate** 9:14
174:12
**calculation** 108:21
108:25 109:9,13
109:13
**calculus** 148:2
**call** 42:7 50:23
106:20 110:19
133:1 148:9
244:20

**called** 10:1 12:2
42:7 95:15 121:18
231:22
**calls** 39:12 43:9
90:25 91:1 104:5
145:20 209:12
210:10
**calm** 32:21
**campus** 9:6
**cancer** 103:3,4,14
103:14 129:17
130:3 133:10
187:10,12,15
188:25 189:7,10
189:12,16 227:16
**cancerous** 133:22
**cancers** 103:1
**candle** 200:2
**candles** 200:3
**canned** 182:21
**capacity** 207:7,9
**capstone** 42:9
**caption** 4:22
**car** 108:18 200:7,9
221:21 222:1
240:4
**carbon** 237:22,24
**carcinogenic** 92:6
92:12 98:16,19
99:2,8,15,16,19
100:16
**card** 122:4,24
123:3
**cardiovascular**
138:15
**care** 117:18
**cared** 205:9
**career** 239:5
**careers** 21:12
242:13

**carpenter** 10:23
16:25 18:5 233:1
242:13
**carpentry** 11:2,9
11:10,11,12 12:6,9
16:5 21:13 56:24
**carpet** 63:9,11
195:9
**carpeting** 63:7
**carpets** 220:14
**carrier** 135:21,23
**carrot** 171:5
**carrots** 171:2
218:12
**cars** 244:6
**case** 4:22 5:2 7:24
81:23 203:25
**cash** 27:11,13
56:14 60:24 61:4
**casing** 48:6
**cat** 32:7 222:13,13
222:20 223:4
**categories** 202:23
**category** 193:18
**cauliflower** 171:6
**causal** 97:7
**cause** 91:20 92:2
160:6 187:13
248:6,15
**caused** 110:21
123:10 128:11
150:18,23 151:4
**causing** 140:25
**caution** 125:17
**cedar** 31:8 59:18
**celery** 171:9
218:12
**cell** 4:9
**cement** 12:25
13:10 18:8

**center** 132:11
**central** 40:13
**ceo** 245:7
**cephalexin** 152:18
**cereal** 175:9
**certain** 141:17
203:13
**certainly** 66:9
83:17 242:15
**certificate** 248:1
**certification** 50:3
76:12
**certify** 248:3,7,13
**chain** 240:8
**challenge** 83:3
149:3
**chance** 164:18
205:13
**change** 16:18,21
59:1 90:4 143:25
144:25 145:1
146:6 160:6
222:16
**changed** 59:13
62:19 63:7 67:13
111:17,20 123:19
141:12,19 145:25
146:11 179:25
225:1,2
**changes** 62:8
69:21 117:8 247:5
**characterization**
157:3
**charbroil** 218:7
**charcoal** 217:17
217:20
**chattered** 198:1
**cheaper** 59:23
245:19
**check** 91:2 114:23
124:1,5,7,13

148:16 149:4,4,5
164:22 232:5
**checked** 123:25
124:15,19 129:20
**checkup** 116:11
**cheese** 163:16
182:2
**chemfab** 41:18
84:22 87:17,25
88:3,15 90:11,15
90:18 94:3 95:20
95:22,24 98:12
105:1,15 126:2,19
127:1 209:8 245:4
**chemfab's** 87:21
**chemical** 186:6
191:24 232:13
238:14
**chemicals** 60:2
185:14 186:6
191:22 235:18
236:4,9
**chemistry** 145:25
**cherries** 45:17
174:2
**cherry** 45:2,2,8,11
**chewing** 154:19
**chicken** 177:2,6
218:5,6
**children** 34:16
188:10
**chili** 182:17
**chilies** 182:14,16
**chimney** 28:24
29:9,10,11 56:23
69:14,15 241:15
**chinese** 168:8
**chip** 83:18
**chips** 182:12
**chlorambucil**
229:3

**chlordane** 238:1
**chloride** 242:8
**chlorinated**
245:17,20
**chloroform** 238:3
**chloroquine** 238:5
**chlorthalidone**
121:18,19 143:4
**chocolate** 179:2,5
179:6
**chocolates** 179:8
**cholesterol** 114:21
115:5,24 116:1,4,9
116:12,15,22
117:1,6 135:7,7
190:16 191:16
**choy** 170:19
**christmas** 174:7
199:10
**chromium** 238:7
**chronic** 120:20,21
120:25 129:22
140:15 185:19
**chronologically**
132:8
**church** 42:8,9
**churches** 42:5
**ciders** 165:24
**cigar** 153:23 154:8
154:10
**cigarettes** 153:23
154:2,17 241:18
242:4
**cigars** 154:3 242:3
**cinnamon** 180:9
**circle** 142:8
**cities** 11:8
**citrus** 174:4
**city** 106:11
**civil** 1:5 5:3 91:3

**claims** 185:22
186:3
**clair** 14:7
**clarification**
123:15 137:23
**clarify** 155:5
**clarity** 98:2
**class** 1:4 4:24
104:8 147:22
203:25 204:3,6
205:2,3,15 243:5,6
**classic** 142:8
**clay** 51:22,24
**clean** 200:9 224:18
**cleaned** 220:12,15
**cleaner** 194:25
195:2,9,11,13
**cleaners** 193:6
194:1,3,6 195:6
196:1
**cleaning** 224:19
234:3
**clear** 6:15,23,24
7:1,2,6,8 17:10
22:22 25:18 34:1
43:22 56:25
112:19 131:15
152:7 157:21
202:21,23 236:2
**clearly** 68:1
**clementine** 174:17
**clenching** 159:4
160:5 161:2,8
**clermont** 14:11
**clients** 17:25
119:12
**clofibrate** 229:5
**close** 35:18 42:15
69:15 85:3 103:17
109:19,20 138:11
214:20 243:24

[closed - conservation]                                            Page 8

**closed** 89:16 102:7
**closet** 62:20
**clothes** 16:18,21
  220:12
**clothing** 219:7
  239:2
**clots** 227:18
**club** 119:24
  164:11
**clue** 203:16
**coal** 238:9,10
**coat** 239:7
**coated** 88:25 89:2
**coats** 59:4
**cocaine** 158:12
**cocoa** 179:13,15
**coconuts** 175:6
**codfish** 176:9
**coffee** 165:9
  225:11
**coincides** 141:9
**cold** 138:12 221:5
**collard** 171:12,14
**collection** 65:10
**collections** 67:18
**college** 8:19,20,21
  8:25 9:4 34:9,10
  42:15,18,23 148:1
  154:2,13 156:6,9
  156:22 157:13,16
  157:18 158:2
  159:3 166:25
  192:5 235:14
  236:23 241:19,21
**colloquy** 5:24
  64:24 70:5 71:11
  92:25 138:7
  211:16 229:19
**colonoscopy**
  132:23 134:4

**color** 59:1
**colorectal** 133:10
**colors** 59:11,12
  200:22
**coltsfoot** 166:9,11
**column** 80:8
**combination**
  60:13
**combo** 154:11
**come** 48:19 68:14
  89:19 90:2,3
  107:23 108:1,22
  113:18 120:10
  133:12 215:7,8
  216:25
**comes** 72:18 73:3
**comet** 194:1
**comfortable** 8:6
  81:13,16 85:19
  87:14 162:18
  213:25
**comfrey** 166:16
**coming** 108:11
**commencing** 1:18
**comments** 119:21
**commercial** 17:18
  21:19 41:16 89:1
  221:17
**commercially** 51:7
**commission**
  247:20 248:22
**committed** 46:21
**communicated**
  245:3
**communication**
  244:8
**communications**
  244:10,12,15
**community**
  109:18,19 204:23
  205:9,12

**comp** 186:2
**company** 12:2
  196:10 203:13
  245:8
**comparable** 47:9
**compare** 36:20
  37:6 38:3
**compensate**
  147:15
**compensated**
  148:7
**compensation**
  185:23 204:12,13
**complained** 87:25
  140:18
**complaint** 140:19
  204:16,19
**complaints** 90:17
  90:21
**complete** 8:25
  59:4
**completely** 59:8
**completes** 104:12
  206:17 246:1
**complex** 41:21
**complications**
  132:4
**complying** 65:14
  70:14,21 72:12,15
  72:22 73:7
**comprehend** 80:7
  80:10
**computer** 149:19
  149:20,21 248:9
**concentrate** 149:4
**concerned** 91:11
  91:22 92:1 97:17
  99:3,6,12 101:9
  105:18 139:12
  203:19

**concerns** 95:7,10
  95:19,23 104:25
  105:8 120:10
  203:17
**concluded** 138:22
**concludes** 73:18
**conclusion** 107:23
  108:1
**concrete** 12:25
  24:2 27:14 61:6
  68:4,16,17
**condition** 129:1,3
  129:18 130:6
  139:7,9,13 146:23
  188:22
**conditioned** 40:11
  40:17
**conditioner** 40:12
**conditions** 142:24
  143:1,20 144:2,10
  144:11 145:2
  150:3 151:4
  156:16 185:19
  191:3 202:4
  225:23,25
**conducted** 106:19
**confidence** 86:2
**confident** 86:9
**confirm** 65:13
  69:17
**confirmed** 80:18
**connect** 245:21
**connected** 52:6
**connecting** 100:17
  150:15 198:3
**connection** 151:7
**connections**
  203:15
**conservation**
  211:22 212:1

**consider** 31:14 42:25 43:2,5 45:23 90:14 91:3
**considerate** 8:2 161:21 162:13
**consideration** 8:4
**considered** 31:1 42:22 114:19
**constantly** 146:15
**construction** 12:3 17:3 25:10 27:24 35:20,22 36:25 48:4 82:11 184:22 212:14 213:20
**consumed** 225:13
**consuming** 156:2
**consumption** 216:3
**contact** 13:10 18:7 110:13
**contacted** 90:16
**contained** 91:16
**contaminated** 81:20 83:25 108:10 203:13 204:23 205:25,25
**contaminating** 81:21
**contamination** 30:22 93:15 108:5 203:8 206:3,10,12 209:18,18
**contemporary** 37:8 38:24
**content** 15:1 149:15
**contents** 85:22
**context** 197:22
**continue** 4:12 157:1 162:6

**continued** 68:10
**contractors** 19:15
**contributed** 144:1 145:2
**control** 21:4 196:9
**conversation** 110:11
**conversational** 7:3
**conversations** 4:8
**conversion** 63:1
**converted** 62:20
**cook** 177:6 214:8,9 214:12 217:23 218:3 224:16 225:5
**cooked** 218:11,14
**cookies** 179:10,12
**cooking** 22:5 146:14 179:23 194:22,23
**cookware** 219:9 219:13,17,22
**cooler** 213:23
**copay** 136:3
**copies** 90:21,24
**copy** 121:23
**cords** 16:12
**corn** 171:17
**corned** 177:13
**corner** 35:2
**cornerstone** 42:8
**corp** 5:11
**corporation** 1:9 5:1
**corporations** 102:5
**correct** 17:4 18:22 19:7,8,10 21:25 22:1,19 23:7 24:19,20 25:2,5,6 25:23 26:10 27:7

29:20,21 30:4 31:9 32:12 37:11 42:16,17 44:11,12 44:16 47:20,21,25 48:1 50:25 54:2 54:13 59:17,21 60:9 61:16 62:1 67:23,24 69:7 77:3,4 82:8,18 84:23,24 85:1 87:2,8 88:16 90:12 91:14 101:5 101:20,21,22 102:2 105:5,6,9,13 107:10,18,19 110:1 113:5 185:24 187:4,11 188:9,9,11 189:3 198:19 208:17,18 209:1,2 211:22 218:22 224:1 225:14,15,17
**corrected** 114:24
**correction** 249:4
**corrections** 247:4
**correctly** 27:3 85:24 86:1 88:8 93:18 94:9,23 96:21 97:24 98:20 101:1 103:6,11
**correlation** 145:23
**cosmetics** 195:24
**cost** 49:6 61:25 68:18 75:15
**cotton** 238:13,16 238:18 239:2
**cotton's** 238:14
**couch** 74:1
**coughing** 90:1 101:24

**counsel** 4:20 7:15 57:1 88:9 94:10 98:1 101:3 161:17
**counsel's** 157:1
**count** 35:3
**counter** 224:20
**country** 39:1,2 164:11 218:25
**couple** 19:5 45:3 53:7 64:16 119:24 154:8 165:16,16 172:2 184:11 198:16 200:24 203:21 219:15
**couples** 94:17
**course** 15:3 18:11 62:15 110:2 138:1 138:22 139:1 186:25 240:3 242:12 244:2
**court** 1:1 5:3 6:25 7:6,11 25:15 85:10 93:4 185:5 245:9
**cousins** 188:22
**cover** 33:6 75:18
**coverage** 74:14 75:1
**covered** 202:2 203:3
**cow** 222:23
**craft** 202:17
**cranberry** 182:19
**crawford** 131:17 157:9 243:15,17
**cream** 179:17 181:25 182:23
**creasote** 239:4
**create** 30:14 61:12 68:13

**created** 31:5
**credit** 25:25
**creosote** 239:6
**crop** 239:8
**cross** 135:25
218:25
**crow** 85:4
**cucumber** 173:8
**cucumbers** 171:19
**cuff** 118:21,23
**cul** 44:2
**cups** 165:11
**cured** 177:15
178:19
**curiosity** 122:3
**current** 111:15,16
156:15 159:6
160:8
**currently** 75:20
112:6 153:9
**currents** 21:5
**cut** 61:11 179:24
**cutting** 61:6
**cv** 1:6 5:4
**cyst** 130:21 131:23
132:9,10,11,15,22
140:9,10,10,10,11
**cysts** 131:4 132:25
133:19 134:6

**d**

**d** 1:3 4:22 103:24
141:10,15 228:24
236:15
**d.c.** 215:4
**daily** 165:15 224:4
**damage** 204:6,14
205:11
**damaged** 205:16
**danbury** 10:2,8
220:9

**dapsone** 229:7
**data** 107:12
**date** 4:15 6:8
76:15 187:1 249:3
249:25
**dates** 186:13,22
187:20
**david** 2:12 5:14,20
120:8,17
**david's** 119:11
**davis** 2:8
**day** 13:17 23:15
124:10,11 154:14
165:16 166:4
171:5 179:9 180:6
180:6 212:19
214:7,14 216:7
220:17,20 221:20
247:13 248:17
**dayquil** 229:20
**days** 71:20 124:10
**ddt** 239:10
**de** 44:2
**deal** 108:16
137:10 148:22
149:2
**dealing** 102:5
**dealt** 148:7 149:11
**death** 187:13
**dec** 211:20,21
244:13
**december** 10:14
**decide** 159:24
**decided** 9:8 68:12
146:10
**declaration** 3:14
86:14,19,20 87:8
87:11,15 89:11
**declare** 87:5
**decorative** 50:16

**decoupage** 199:23
**deductible** 77:25
136:2
**deep** 48:2
**defendant** 1:10
2:16 4:21 5:1,10
**defer** 76:24
**deficiency** 141:11
141:14
**definitely** 37:1
147:23 194:5
**definition** 30:11
128:6
**definitively** 99:25
151:6
**degreasing** 233:24
239:12
**degree** 8:23 35:14
35:17 205:17
**degrees** 35:19
**delays** 6:6
**delicate** 161:20
**delivered** 51:8
207:11 213:5
**demand** 28:22
**dentist** 231:12
**deodorant** 192:4
236:18,19,21,23
**department**
211:21,25 244:22
**depends** 42:20
64:5 177:5 218:12
221:4
**depiction** 72:1
**deponent** 247:1
248:4,12
**deposed** 6:18
242:25
**deposition** 1:13
4:11,17 6:14,21
14:4 49:15 64:20

64:22 70:15 85:7
85:12 86:7 93:1,6
104:13,19 146:25
162:8,16,24
206:18,24 212:3
246:2 247:4 248:7
**depot** 34:11 51:12
**describe** 19:17
48:7 89:15 95:5,9
163:5 205:5
**described** 143:19
147:19 188:18
**description** 3:9
**design** 14:25 24:24
**designated** 70:12
**designer** 14:22,24
**desired** 20:25
**desserts** 178:22
**destroyed** 82:12
**detail** 34:2 205:5
**detected** 77:15
78:10,21 80:5
82:21,22,25 83:1
92:8 207:2 208:1
212:22 213:3,7
219:13,16,21
224:9,25
**determine** 108:13
109:1,15 115:15
151:3
**determined**
128:23 135:9
**develop** 107:13
**developed** 47:2
**development** 23:4
42:19 95:16
200:11
**device** 124:12,17
**devices** 153:20
**dhea** 230:15

**diabetes** 114:21 137:5 138:18 227:20
**diabetic** 136:18
**diagnosed** 85:15 118:5 119:5 120:20 121:10 128:25 129:7,22 129:25 130:11 134:9 136:18 139:6,25 140:15 140:18 141:10,21 147:1
**diagnosis** 121:7
**diagram** 3:13
**diazepam** 229:24
**dickinson** 187:21
**die** 48:22
**died** 130:2
**dieldrin** 239:14,16
**diesel** 239:18
**diet** 112:5 113:4,7 113:9 117:8,12 139:4 146:3,5 163:6,18 184:12
**dieting** 139:3
**difference** 127:12 149:10
**differences** 36:24
**different** 16:10 18:6 38:21 41:5 46:1 51:6 83:24 90:6 128:22 158:7 206:9 210:8 237:10 241:7
**dig** 68:14
**digger** 3:15 93:14
**digging** 232:15,16
**diisocyanate** 242:6

**diligence** 82:15
**diminish** 129:12
**diminished** 107:17 108:2 129:2,11
**diminution** 83:5
**dinner** 175:18
**dion** 41:24
**dioxin** 239:20
**direct** 3:3 6:3
**direction** 90:4 94:5
**dirt** 31:6
**disability** 147:1,18 149:11
**disagree** 53:21 113:21 114:13,14 116:23,24 121:1 136:25 157:2 224:5
**disc** 104:12,19 206:17,24
**discovered** 203:7 206:11
**discovery** 66:5 80:1 113:13 136:9
**discussed** 60:20 70:17 76:7 85:13 138:14 143:2 150:3 241:10 242:4,18 244:14 244:16 245:5
**disease** 120:20,21 120:22,25 121:4 138:18 139:6,20 141:21 142:7,11 142:21,22
**dishes** 224:3,8
**dishwasher** 37:18 235:16
**disinclination** 143:10

**disinterested** 248:14
**disorder** 134:10
**disrupting** 130:10
**dissension** 38:19
**distance** 103:18
**distinct** 16:15 178:19 199:9
**distinguish** 126:20
**district** 1:1,1 5:3,3
**disturbed** 202:3
**disulfiram** 229:9
**doctor** 53:14,19 113:20,22 114:11 114:15,23 115:21 116:14,17 117:2,5 117:17 118:11,22 122:7 124:16,22 125:6 126:4 127:10 128:8,19 129:16 133:9 134:16 137:12 140:6 141:4,6 145:24 159:6,18 160:4,7,25 161:1,4 161:7 184:17 189:9 191:2 196:23 197:12 207:24 208:13 209:4
**doctor's** 117:14,23 124:6 144:23
**doctors** 121:5
**document** 86:16 86:22,25 93:7,22 113:12,24 159:19
**documentation** 56:18 76:23,25
**documents** 65:3 66:4 85:18,21

**doing** 12:6 61:8 84:9 90:18 92:22 199:5 238:19 244:25
**door** 35:1 44:1 68:12,23 69:1,15
**doors** 17:14 221:2
**dosages** 122:9
**dose** 122:19 123:18
**dots** 150:15
**double** 225:9
**dove** 179:8
**downhill** 94:2
**downstairs** 164:16
**dozen** 171:1
**dr** 117:19,20 126:7 138:14 145:11 155:12 156:11 205:21
**draft** 86:25
**drain** 195:11
**dramatic** 45:22
**drank** 213:20 215:15 217:7
**drapes** 220:14
**drawers** 62:12
**drawing** 73:18 203:15
**drawn** 71:16 72:5
**drilled** 48:9
**drilling** 61:7
**drills** 42:2
**drink** 154:21,23 155:3,3,24,24 156:6 165:4 166:24 167:4,4 168:7 171:5 184:12 212:19,21 212:23 213:4,8,25 215:13 224:21

225:16
**drinks** 165:6
**drive** 243:3
**drooping** 142:14
**drop** 148:2
**drugs** 155:13
158:11,15
**dry** 89:22 182:8
220:12 234:3
**drywall** 12:17
**dsilver** 2:14
**due** 48:17 108:2
110:14
**duly** 5:25
**dumb** 226:18
**durable** 59:20
**dust** 16:10 18:17
21:9 239:8 242:12
242:14
**duty** 205:1
**dye** 194:14
**dyes** 239:22,23
**dysentery** 131:4
**dyslexia** 85:16
147:6,12
**dyslipidemia**
117:3

**e**

**e** 2:1,1,6,10,14,19
2:23 3:8 6:9
103:23,24 149:23
149:25 152:16
188:4 249:1,1,1
**earlier** 136:17
214:19
**earliest** 131:2
**early** 77:12 89:8
122:17 146:24
147:13 239:5
**earn** 8:23

**easier** 57:2 114:3
245:22
**easily** 81:21 89:22
**east** 43:19 87:17
94:3
**easy** 27:21 57:7
155:8 165:19
**eat** 45:11,14,17
146:10,11 163:9
163:10,19,21,21
164:5,7,7,18
168:17,21 173:1,6
176:23 177:7
184:8 214:10
218:10,16
**eaten** 164:25
**eating** 112:13,17
112:18,25 145:14
146:4,4
**eats** 112:11
**ed** 92:22
**edited** 149:13
**editorial** 154:11
**educated** 108:23
108:24
**education** 106:14
147:5
**edward** 4:14
**effect** 92:5 102:12
110:20 148:19
**effects** 91:7 97:11
101:20 208:6
**efficient** 163:2
**egg** 164:3
**eggplant** 171:24
**eggs** 181:19,20
**eight** 32:17,20
128:14 140:23
142:1 183:24
**eights** 44:14

**either** 82:10
166:15 187:1
210:2,2 244:18
**ejoselson** 2:6
**elected** 245:20
**electric** 29:5
**electrical** 28:11
29:3 56:21 62:18
**electrician** 28:10
28:12 243:1
**electronics** 234:5
**elevated** 52:9
73:16
**elmer's** 13:12 18:8
**emanuel** 2:17,21
5:10,12
**embarrassment**
148:17
**emergency** 128:21
**emily** 2:4 5:16
120:18 184:6
235:20
**emissions** 87:20
88:5 90:10 91:8
91:14,17,20,24
92:1 97:1,7,12
99:1 101:7,14
126:2,19 209:9
**emitting** 90:5
**emotional** 228:9
**emotionally** 95:9
**emphasize** 162:7
**employees** 245:4
**empty** 43:19 44:6
**endives** 172:13
**enema** 231:21,23
**engine** 200:9
239:18
**england** 8:21
**enjoy** 22:5,8 83:23

**enjoyed** 28:20
**enjoyment** 204:14
**enlarged** 129:4
**entered** 147:4
**entertain** 84:1
**entire** 62:11
109:16 152:1
157:22
**entrance** 34:9
**entry** 155:5
**enviroattorney.c...**
2:10
**environmental**
211:21 212:1
**epa** 90:16,22,23
95:15,20,22
**equal** 123:22
**equipment** 16:7,9
18:13 20:4 21:6,8
24:1
**equipped** 19:24
**equity** 25:24
**eraser** 194:20
**errata** 247:5
**esophageal** 130:3
187:12
**esophagitis** 129:23
**esq** 2:4,8,12,17,21
**essence** 147:20
**estate** 34:18
106:15 107:6
108:6
**estimate** 62:2
107:20,21,22
108:24 109:2
111:22 129:9
177:10 191:18,20
**estimated** 106:23
107:1,7,9
**et** 1:3 4:23 249:2

**event**  143:25 144:25 248:14
**everybody**  212:16
**evidence**  82:9 100:17
**evolution**  88:24
**exactly**  9:13 12:24 19:5 32:18 33:15 33:20 35:25 68:21 148:13 169:4 197:10 207:18
**exam**  184:16
**examination**  3:3 6:3 73:19 118:22
**examined**  6:1 128:21
**example**  74:17,19 177:17 193:10 223:15 241:20
**examples**  13:9
**excavated**  60:18
**excavator**  68:14
**excision**  132:22 140:1
**exclude**  74:20
**excluded**  74:25
**excludes**  74:21
**exclusion**  74:17
**exclusions**  74:14
**excuse**  138:6
**executed**  87:8
**exercise**  137:10,11 137:13,14 138:5,9 138:20 139:2
**exhaust**  88:5 94:7 96:15 100:23 101:11 239:18
**exhibit**  3:9,9,10,11 3:13,14,15 64:20 64:22 65:5,7,10,22 66:4,22 67:17,25

69:18 70:12,13,15 71:22,25 85:7,11 92:21 93:1,5 121:20
**exhibits**  64:16
**expansion**  49:17
**expect**  136:14
**expense**  31:3
**expenses**  110:14 110:18 111:2
**expensive**  31:6
**experience**  102:4 145:6
**experienced**  87:20 125:18 126:18
**experiences**  22:13
**experiencing**  90:9 97:8 141:7 142:20
**expert**  209:13 210:11
**expertise**  106:15
**expires**  247:20 248:22
**explained**  6:20 127:17
**explore**  9:7 11:6
**exposed**  91:14 99:2 196:12 201:22 205:24 236:8 238:23,24 238:25 240:22 242:15
**exposure**  91:8 101:6 102:13 126:2 142:21 185:13 186:3 196:24 197:13,20 202:20 203:1 204:3 242:17
**exposures**  186:6

**extension**  16:12
**extent**  55:21 185:12 196:21 216:2 226:3
**exterior**  3:10 58:24 65:8 66:1 66:22 69:17,22
**exterminator**  196:19 234:25
**extract**  230:17,19 230:23,25 231:2,4 231:6
**extreme**  128:10
**eye**  122:7
**eyes**  86:3,11

**f**

**f**  2:12 5:14 152:16
**fabric**  73:24 194:16,19
**facade**  35:24
**face**  142:14
**facility**  84:22,25 85:3 88:19,21,22 90:11 126:20 127:1 209:8,10 210:9 245:6
**fact**  205:19 211:6
**factored**  109:24
**factors**  80:2 109:23
**factory**  94:6
**factory's**  94:20 96:14
**fail**  213:18
**failed**  48:20 54:9 58:2,18
**failing**  48:16
**fair**  59:24 65:22 71:22,25 72:3 96:24 98:24 99:4 99:7,15 107:25

112:19 113:15 114:6 144:9 218:14
**fairly**  42:15 45:9 65:23 66:9 69:18
**fall**  67:8
**falls**  193:17 203:7 203:14
**familiar**  22:12 79:1
**family**  23:11 94:2 186:11 188:15,16 189:7,10,20 190:16,25 191:4,9 214:19 216:21,25 217:5 221:17
**fan**  21:19
**far**  27:9,13 29:4 36:16 42:18 216:12
**farming**  234:7
**fast**  147:24 163:19 163:21,22 164:5
**father**  130:2 187:8 187:10 189:1,4 190:21
**father's**  186:14 190:3
**fatigue**  140:16,25 141:9
**fatty**  139:7,20 144:18
**fault**  113:14,16,21 114:12
**favorite**  170:12 178:24
**feature**  42:22,24 43:2,6
**features**  37:5 69:13,14,16

**february** 138:2
**federal** 92:10
**feel** 87:24 89:13
 92:8,11 95:19
 96:16 159:22
 161:16,18 162:16
 163:18 188:22,23
 193:20 207:20
 210:8 213:25
 229:1
**feeling** 95:5 97:1
 134:14
**feelings** 89:15
**feet** 23:13 48:3,6
 62:3 94:3
**felt** 48:16 95:11
 96:24 101:6 102:7
 102:16 110:5
 146:13 206:6
**fence** 50:15,16,17
 239:7
**fences** 50:19
**fennel** 181:4
**ferrand** 14:11
**fertility** 228:1,3
**fertilizers** 193:4
**fiberglass** 12:19
 12:22 240:1
**fiddlehead** 172:1
**figs** 174:6,7
**figure** 110:22
 128:17
**filed** 5:2 90:16,22
 185:22 204:16
**filled** 87:23 89:12
**filling** 240:3
**film** 200:11
**filter** 78:2,2,4,12
 78:12,15,18 79:2
 79:13,18

**filtered** 53:17
 154:16,18
**filtering** 21:20
**filters** 207:14
**finance** 25:7,10
 27:12
**financed** 60:24
**find** 57:6 64:2
 133:17 142:5
**finding** 28:18
**fine** 10:15 29:15
 41:15 71:6 84:18
 112:15 122:3
 152:12 182:18
 186:17 212:7
 241:25
**finger** 185:8
**finish** 7:10,12 13:2
 20:25 21:1 37:23
**finished** 11:1
 23:25 24:2 61:19
 184:10
**fire** 43:13,15
**fireplace** 218:17
**firewood** 24:12
 30:1
**fireworks** 201:18
**first** 9:24 21:21
 23:2 25:4 34:23
 40:5 43:10 54:9
 76:15 79:12,17
 86:14 87:15
 112:16 116:22
 120:13 121:9
 125:25 126:7
 129:7 132:6
 133:25 134:3
 135:17 140:21
 141:24,25 144:7
 147:5 148:1
 158:20 160:13,14

160:23 188:22
 203:5,19
**fish** 112:11,13,17
 112:25 146:10,17
 163:14 176:5,15
 176:21,24 198:25
 222:24
**fit** 140:6
**five** 44:14 48:14
 57:15 111:14,17
 112:17 113:3
 117:13 119:18
 125:14,24 133:12
 133:15 138:12
 168:22 177:11
 181:2 212:20
**flat** 45:20
**flavor** 165:18
**flies** 85:4
**flood** 74:20,21,23
**floor** 68:17 70:18
 72:2,9 194:7
**flooring** 63:15,21
 64:7,10
**floors** 36:1 63:6,9
**flower** 47:8
**fluid** 194:20
**fly** 221:17
**follow** 40:6 53:8
 104:22 113:7
 117:23
**followed** 139:4
**following** 77:13
**follows** 6:2
**food** 53:15 163:19
 163:21,22 164:5
 217:24 223:23,25
**foods** 163:8
 182:10
**foot** 44:18 68:15
 111:14 132:10

228:19
**foregoing** 247:3
 248:10
**forget** 119:19
**forgot** 125:11
**form** 15:18,22
 19:14 36:22 38:14
 39:12 43:7,20
 46:4,23 49:20,24
 55:20 56:10 61:1
 74:15 75:2,10
 77:18 78:1,11,24
 81:9 92:3,14
 99:10,22 100:7
 101:15 104:5
 105:20 107:21
 109:12 114:7
 118:2,7 122:25
 139:21 189:18
 191:5 207:6,21
 208:7 209:22
 213:13 219:18
 240:23
**formal** 106:19
 109:13
**format** 93:9
**former** 84:22
 87:17 94:3
**forming** 142:8
**found** 82:9 142:6,7
 151:11
**foundation** 27:14
 35:23 60:7 61:12
**foundry** 234:9,11
**four** 117:21
 119:18 121:14
 125:23 131:3,9
 132:18 148:17
 155:1 157:14
 165:23 166:21
 167:11 168:2,22

169:23 171:20 173:11,22 176:14 176:25 181:2 184:18 188:7 212:20 216:24
**fourth** 87:4 93:22
**frame** 27:16
**framing** 12:14 28:5
**france** 14:11 216:20 221:16
**frankly** 8:1 143:19 162:24
**free** 119:20 168:12 188:23 193:20 229:2
**french** 243:5,6,8
**frequency** 127:4 165:14 191:18 215:21
**frequent** 126:13
**frequently** 12:22 16:24 115:20 116:8,18 117:20 119:15 125:20 126:8,10 129:20 165:5 168:20 170:11,22 171:10 179:22 181:7,9,11 181:13,23 182:4 183:2 217:23 219:24
**fresheners** 195:21
**freshening** 59:2,3
**freshman** 154:3
**fridge** 37:20
**fried** 176:9 177:21 182:10
**friend** 38:2
**friends** 10:24 15:9 215:24 243:24

**front** 23:3 30:14 44:1 45:21,25 46:8 47:23 113:24 159:9,13,19,24 218:22
**fruit** 45:11 165:20 168:10 174:4
**fruits** 163:10 173:19
**fucking** 98:19 99:19 100:15
**fuel** 33:2
**full** 6:7 68:15 96:13 102:24 248:10
**fumes** 89:19 90:2 90:3,8,10,15 96:15 242:10
**functions** 119:25
**funding** 210:23
**fungal** 227:10
**fungicides** 32:2 196:3
**furnace** 72:20,21 73:14
**furniture** 73:22 74:4 194:9 199:13 220:14
**furosemide** 229:11 229:13
**further** 67:21 97:10,18 245:23 248:7,13
**future** 91:20,23 97:11 210:25

**g**

**gaige** 1:15 248:2 248:20
**gallon** 73:15
**game** 119:6,8

**garage** 24:4 222:1 222:3
**garbage** 24:9 29:19
**garden** 30:3,7,9,10 30:11,14,18,19 31:4,5,7,12,15 32:3 46:21 47:2,7 50:22 53:15 59:16 60:14,18,20 65:18 65:24 80:3,16 81:7,15,17 137:19 137:21 192:19 196:4
**gardening** 22:4 24:10 38:10 83:16 137:17 199:12
**gardens** 30:6,9,12 38:10 44:19 46:19 47:8 65:20,21
**garlic** 180:14 231:2
**garrison** 243:4
**gas** 202:9,13,22 217:17,20,22 227:24 240:15,16
**gases** 237:5
**gasoline** 220:1 223:10 235:2 240:3,6
**gears** 111:6
**genders** 187:19
**general** 39:7 68:21 134:14 141:9 153:13 194:3 197:25
**generally** 19:17 45:20 113:10 117:14 155:10 163:5 165:1 179:5 179:6 238:15

**geographically** 34:2
**geography** 216:12
**georgetown** 215:4
**gestured** 185:5
**getting** 100:23 101:11 126:8
**gifts** 199:11
**gin** 167:25
**ginger** 230:17,19
**ginkgo** 230:23
**ginseng** 230:25 231:1
**girls** 188:8
**give** 13:9 15:1 34:1 57:16 74:17 95:25 103:20 111:15 128:6 186:12 187:19 197:21 211:24 221:22 223:15 225:22 243:12
**given** 248:11
**gives** 117:24
**giving** 45:15
**glad** 65:17
**glass** 200:5
**glasses** 212:20
**glucose** 115:17,18 115:23 135:12 137:3
**glue** 13:12 18:8,9
**go** 4:13 6:15,22 8:12,20 9:5,8,25 15:4 31:3 38:11 48:2 57:7 58:11 69:25 71:4 96:4 108:9 120:13,14 122:6 133:15 137:25 138:24 150:14 159:21

164:2,8,12 165:2,3
165:13 168:8
175:18,19 177:1
197:5 210:22
214:16 215:5,20
216:19 220:24
221:8,25,25
244:23 245:9
**goal** 6:24
**gobain** 1:8 4:25
5:11,13 6:13 76:9
77:8 87:25 91:4
94:18 95:14 104:2
204:22 207:4
245:3 249:2
**gobain's** 87:17,22
88:3
**god** 154:5 174:12
176:22 188:4
**goes** 63:20 69:14
119:23 132:25
187:24
**goggles** 16:13
18:17 21:9
**going** 6:22 7:3,9
7:13 8:2 25:18
28:10 31:3 35:5
52:12,25 53:4
57:14 64:16 68:1
70:3,7,11,17 71:9
71:13 80:17 85:6
90:3 96:1,2,7 98:7
99:9 104:15,18
109:11 111:6
113:25 128:14
130:13,13 136:12
137:4 140:5 148:3
150:14 151:10,12
151:18,25 156:3
158:8,10 159:17
161:25 162:3,11

162:25 165:3
168:14 188:15
189:23 206:19,23
210:22 225:13,22
228:21 232:1,2
246:3
**golf** 22:5 83:18
119:6,14,24
137:17,25 138:1
154:10 198:7
**golfing** 164:12
**good** 6:5 7:17
16:11 20:21,22
48:14 51:16
109:20 149:14
153:14 154:11
163:16 164:21
184:11 186:7,21
206:8 222:17
242:14
**gore** 219:7
**gosh** 32:9 112:14
135:12 173:11
**gotten** 111:24,25
204:24
**gout** 227:6
**government** 42:11
244:15
**grab** 181:14
**grade** 147:5,5
**grading** 60:6,12
60:16
**gradual** 45:22,23
**grains** 163:17
175:8,25
**grandfathers**
190:1
**grandmother**
190:3,22
**grandmothers**
190:2

**granola** 175:11
**grapes** 174:9
**grass** 44:15
**gray** 96:14
**great** 21:15 102:16
109:21 137:9
236:5
**green** 172:3 201:4
**greene** 243:21
**greens** 171:12,14
172:1,23
**greet** 245:2
**greg** 117:19
**grill** 217:17,19
218:7 219:15
**grinder** 185:1
**grocery** 172:19
**ground** 6:21 93:23
93:25 177:21
**groundwater**
81:20 110:15
111:3 204:25
207:3 209:21,24
210:6
**groundwork**
144:8
**group** 65:5
**grow** 30:15,23
31:17,20
**grown** 145:25
**guess** 10:15 26:21
41:12 43:1 57:8
76:11 108:23,23
112:15 124:4
214:15 231:16
**guessed** 14:12
**guessing** 135:2
136:21 166:13
195:23 201:15
223:8

**gum** 231:1
**gun** 42:2
**guy** 95:15 98:11
98:15 148:2
**guys** 28:20 66:17
66:19 68:20 96:5
**gym** 137:25
220:24,25 221:25
241:3

**h**

**h** 3:8 249:1
**hair** 191:25 192:1
194:14 223:8
**half** 10:7 12:5
23:24 42:14 62:20
62:23 63:1 64:14
124:8 136:22
154:15 203:11
216:14 221:23
225:8,8
**ham** 177:18,18,19
178:21
**hampshire** 8:22
10:1,10,17 220:9
**hand** 72:7 134:7
185:3,9 248:16
**handed** 65:5 70:10
85:10 93:4
**hanover** 10:10,17
**happen** 141:23
188:21
**happy** 155:6,11
159:23
**harass** 156:25
158:24
**hard** 10:12 12:23
37:7 86:6 109:21
155:24 169:3
174:12
**hardwood** 63:13
63:25

**harrington** 60:6 60:16
**harsh** 92:5
**hat** 140:6
**hates** 224:7
**haunted** 146:16
**he'll** 85:24
**head** 7:5 100:21 102:12 127:21 140:9,10,12,13 185:1
**headaches** 89:23 89:25 101:21 126:18,21,22,24
**heading** 93:23 155:13
**headphones** 21:9 21:10
**health** 91:23 92:10 94:17 95:4 97:11 134:14 146:9 153:13 197:25 208:5 244:22
**healthwise** 145:17
**healthy** 113:9 115:13 163:7,17
**hear** 203:12
**heard** 153:13 203:5
**hearing** 21:13
**heart** 124:23 138:18 189:12,20 190:6,7,14 191:3
**heat** 41:6,8,9
**heater** 73:2,6 202:15
**heath** 146:8
**heating** 40:19 41:1 41:5 62:18
**height** 68:15

**held** 4:17 119:6,6 147:23
**help** 70:23 122:24 130:13 147:10 152:5 165:14
**helpful** 54:23 155:7
**henniker** 8:21
**herb** 30:8
**herbicide** 236:13 236:15
**herbicides** 32:3 196:3,7,10,12
**herbs** 125:2 179:21 230:21
**heroin** 158:13
**heron** 12:2,4,7 17:3 184:21 185:25 212:14 213:19 214:2
**high** 109:22 114:20 115:4,5,25 116:1,3,8,12,15,22 117:1,3,6 121:8,10 124:19,23 125:2,7 125:12 190:16,18 190:22 191:6,15 233:20,22
**highly** 20:25
**highway** 234:15
**hike** 137:18 138:3
**hiking** 22:5 202:19
**hire** 28:10 49:2 196:9
**hired** 28:12 49:4 61:6
**historic** 63:17
**history** 33:7 140:1 188:16,25 189:7 189:11,20 191:4,9

**hit** 114:25 185:1
**hmm** 11:13,21 12:8 13:11 17:5 20:5 24:21 32:13 35:7,9 37:12 44:4 54:3,18 58:15 59:6 64:17 68:7 72:22 94:4 102:23 133:16 143:18 161:22,22 188:20 198:20 204:1 210:18 211:23 212:5 232:6 243:7
**hobbies** 198:5
**hobby** 83:17 199:7 202:17,21,22 203:2
**hobbyist** 20:10 199:8
**home** 3:10,12 8:18 16:23 19:7 21:6 22:17,18 23:11,11 24:16,20 25:5,11 25:24 26:9 27:14 27:19 28:2 33:7 34:3,6,11,19 36:14 37:15 38:4,4 39:24,24 40:11,20 41:4 42:5,23 43:14,19 44:1 47:25 51:12,22 52:8 53:24 54:15 58:22 62:21 63:9 65:4,7,8,11,16,18 65:21,24 69:19 70:18 72:2 73:23 73:24 75:20,22 76:1,3,15 77:5,16 78:7,10,22 82:7,21 82:24 83:8,9,11 84:1,21 85:3

87:16,19 88:14,16 88:19,23 102:1 105:4,8 107:7,9,14 108:2,13 109:1,5,6 109:8 124:12 159:21 196:4 202:9,13 209:7,8 211:11 212:9,15 213:7,8,22 214:8 214:10,13 220:3 223:11 224:3,9 245:13
**homebody** 215:18
**homeowners** 74:7 74:19,20 75:8
**homes** 34:21 35:6 36:4,5,11 38:20 39:2,3,6,8,23 40:1 40:2,9,16 41:2 45:24 63:18 64:2 209:19 210:6
**honest** 102:14
**honestly** 38:16 205:4
**honey** 182:25
**hood** 243:21
**hook** 245:15
**hoosick** 203:7,14
**hope** 66:14 161:15 161:17 162:12 208:23
**hoping** 60:1 102:5
**horseradish** 183:10
**hospital** 138:23
**host** 211:11
**hot** 40:21,21,23 73:1,5,9 213:22
**hotdogs** 177:23
**hour** 52:13 128:14 216:9,9,14

| hours | i | inapplicable 158:9 | information 122:2 |
|---|---|---|---|
| **hours** 138:4,8,11 | **i** | **inapplicable** 158:9 | **information** 122:2 |
| 138:13 220:17 | **ibuprofen** 226:22 | **inch** 64:6 | 136:9,13 |
| 221:20 | **ice** 22:5 138:3 | **incident** 122:16 | **informed** 206:6 |
| **house** 9:21 23:2,3 | 179:17 198:9,11 | 123:17 | **infrequently** |
| 36:2,20 37:1 | 198:13 | **incision** 131:12 | 158:3 |
| 38:24 44:18 62:9 | **idaho** 28:21 | **inclined** 7:4,9 | **initial** 27:22,24 |
| 64:5 66:25 67:7 | **idea** 7:8 25:18 | **include** 23:21 | 50:8 58:4 76:12 |
| 68:9 75:16 87:23 | 74:6 127:7 142:19 | **included** 204:19 | 77:2 |
| 89:12,19 100:25 | 145:7 155:16,20 | **including** 39:25 | **initially** 17:6 |
| 106:11 108:7,8,10 | 221:22 | 101:20 231:12 | 53:25 59:18 68:9 |
| 108:15 109:17,22 | **identification** | **income** 19:11 | **injured** 101:6,13 |
| 110:4,8 120:4 | 64:21,23 70:16 | **incorporate** 30:15 | **injuries** 104:3 |
| 193:16,19 196:17 | 85:8 93:2 | **incorporated** | 184:20 185:12,20 |
| 198:17 199:10 | **identified** 98:13 | 26:25 | 185:23 |
| 200:25 203:22 | 108:4 | **incorrect** 148:18 | **injury** 185:3 |
| 210:21 211:8 | **identify** 5:7 97:3 | **incorrectly** 147:25 | **ins** 19:21,22 |
| 212:17 221:1 | **illegal** 158:11 | **increase** 26:15 | **insect** 192:6 |
| 222:2 225:20 | **immediate** 96:25 | **increased** 128:13 | **insecticide** 197:13 |
| 244:5 | **immediately** 96:18 | 129:17 133:10 | 197:20 |
| **household** 191:22 | 97:4 | 208:5 | **insecticides** 32:2 |
| 193:6 194:3,6 | **impacted** 90:7 | **incubator** 41:21 | 196:3,6,10,12,24 |
| 201:6 | **implanted** 153:20 | **incurred** 110:14 | **inside** 21:20 36:11 |
| **houses** 12:14,15 | **implies** 55:21 | **index** 3:1 | 36:14 39:5 62:8 |
| 12:16 94:1 211:3 | **importance** 20:23 | **indicate** 72:9 | 193:16 213:24 |
| 213:24 | **important** 206:9 | **indicating** 72:20 | 220:25 |
| **housethor** 243:13 | **impotence** 228:5 | 73:4,15 184:25 | **install** 12:17 54:12 |
| **how's** 111:20 | **improve** 145:14 | **individually** 1:4 | **installation** 77:6 |
| **hudson** 106:11 | 145:16 | 4:23 | 77:14 84:5 201:7 |
| **huguet** 14:7 | **improved** 127:3,5 | **individuals** 17:17 | **installed** 21:21 |
| **huh** 7:4 238:21 | 137:6 | 103:13 105:25 | 47:24 62:10 72:10 |
| **humidifier** 202:7 | **improvement** | **indoor** 200:25 | 77:3,11 78:6,18 |
| **hundred** 103:19 | 49:12 54:15 | 220:18 | 79:14,18,20 213:6 |
| **hungry** 146:18 | **improvements** | **indoors** 220:21 | **instance** 50:2 |
| **hurt** 222:10 | 49:13 53:23 57:13 | **industry** 232:13 | 192:18 |
| **hybrid** 73:10 | 58:4,5 60:23 61:4 | 233:14 235:12 | **instantly** 89:20 |
| **hypertension** | 62:6 67:21 88:4 | **infection** 227:10 | **instincts** 97:22 |
| 121:8 | 96:2,6 | **infections** 227:12 | **institutions** 42:4 |
| **hypothetical** | **improving** 145:3 | 227:14 | **instruction** 14:25 |
| 81:10 | **inaccurate** 83:4 | **inform** 244:19 | 193:23 |
| | 87:12 | **informal** 106:20 | **instructional** |
| | | | 14:22,24 |

insulation   12:20
  12:24
insurance   74:7,23
  75:7,8 135:21,23
  136:13
insured   75:14,18
intend   104:2
intended   156:24
  158:15,24
intensified   94:15
intensive   48:21
interest   20:9
interesting   10:19
interests   203:3
interfere   4:10
interior   3:11 59:7
  59:7 62:7,15 65:6
  65:10 66:21
intestinal   132:15
  227:24
intestine   131:24
  132:22
intestines   131:4
introduced   6:11
introduction   11:5
investigated
  245:17
investigation
  93:14
investment   102:1
invited   120:16
involved   13:2 28:5
  28:6 102:14
ironing   195:4
irregularity
  134:11
irritate   89:20
issue   57:15 89:17
  105:15 114:20
  116:25 118:21
  144:17 148:23

206:12 210:17
issues   123:6
  162:14 189:13
  190:6,25

**j**

j   2:4
jacuzzi   221:14
jamaica   10:18
  196:16
james   1:3 2:8 4:22
  5:18
janet   186:23
  187:25
january   9:20
  10:13 14:2
japanese   168:8
jasmine   166:5
jennings   86:6
jersey   8:9,10
  215:3
jim   36:14,16,20
  38:2,11 242:24
  244:1
job   10:23 11:12
  16:19,22 20:22
  51:16 61:8 136:6
  148:15 184:11
  206:8
jobs   11:7 12:9
  16:5 21:10 243:1
join   14:19
jones   243:19,20
joselson   2:4 5:16
  5:16 52:12 66:14
  81:1 86:12 136:11
  178:17 231:15
jr   1:14 3:2,14 5:5
  5:25 6:9 104:14
  104:20 206:25
  246:2 247:10
  249:25

judge   131:17
  157:9
juice   171:5
juices   165:20
july   187:22
jumped   13:24
junior   186:15
justify   100:21
jwhitlock   2:10

**k**

k   188:3
kale   172:7 218:13
keep   58:19 86:11
  122:4 137:3
  163:15
kelly   94:2
kerosene   202:15
kevin's   164:8
kicked   185:1
kidney   120:20,21
  120:22,25 121:4
  135:11
killer   192:21
kind   8:3 12:11
  13:24 19:18,19
  120:22 146:19
  161:20 169:25
  170:1,2 172:16
  175:16 199:8
  223:14 241:19
kinds   18:5 163:8
king   117:19,20
  126:7 138:14
  155:12 156:11
  205:21
kitchen   21:19
  37:13 202:10
  224:20
kitchens   19:23
knew   28:20 97:13
  97:14 99:17

101:16,17 102:3
know   7:13 8:6
  10:13 12:24 13:15
  13:20 17:15 19:2
  19:5 28:7 32:17
  33:1,20 34:25
  35:13,15,18 36:10
  37:2 40:16,18
  41:1,20,22,23 42:1
  42:3 43:8,22 44:8
  44:9 46:24 48:4
  51:9 55:2 57:9
  59:25 60:3 63:23
  67:2,6 68:1 71:2,2
  72:13 74:13,21,22
  75:6,14 77:8,17,19
  79:8 83:24 85:24
  86:1 89:2,18 90:3
  90:5 91:16 92:16
  98:5 99:24 103:24
  103:24 104:1,8
  105:11 106:3,7,9
  106:10,12 108:9
  109:17 110:2,21
  110:25 112:10
  115:15 118:13
  119:21 120:23
  121:2,4,13 122:1
  133:8 134:19
  135:8,10,13,17
  136:5,7 137:8
  139:8,15 140:17
  142:6,13,17,21
  144:20 145:19,23
  147:4,7,11,13
  149:15 150:20
  151:5,23 152:21
  152:25 154:5
  161:16 162:19
  163:17 167:5
  168:3 169:4,5

| | | | |
|---|---|---|---|
| 170:20 174:8 | **land** 10:13 25:8 | **lead** 81:6 97:6,10 | 148:5 153:16 |
| 177:5,7 181:3 | 26:8,12,17,24 | 138:18 240:9 | 170:14,20 222:21 |
| 182:15,16 184:5 | 43:19 44:6,8 | **leading** 197:4 | 231:13,13 |
| 186:18 187:13 | 45:19 52:1 | **leahy** 210:17 | **lifestyle** 163:4 |
| 188:2,21,21,22 | **landed** 11:17 | 244:9,13 | **likes** 184:6 |
| 190:9,17,24 | **landscape** 26:19 | **learn** 89:5 | **lincoln** 2:17 5:9 |
| 192:18 194:23 | **landscaping** 27:1 | **learned** 79:19 | 6:12 66:3,21 |
| 201:25 204:19 | 38:3,4,8,17 46:10 | 88:24 89:4 147:15 | 67:16 71:5 86:5 |
| 205:19 206:9 | 46:11 59:15 | 148:8,22 149:3 | 131:14 136:14 |
| 207:14,18 210:14 | **lane** 22:19 23:8 | **learning** 15:2 | **lincolnwilson** 2:19 |
| 211:2,6,8,12,20 | 34:19,22,24 44:3 | 147:1,18 | **linda** 243:15 |
| 219:5 221:7 | **langrock** 2:4 | **lease** 76:3 | **line** 25:24 152:1 |
| 223:12 225:10 | **langrock.com** 2:6 | **leather** 199:15 | 157:22 185:15 |
| 228:25 229:1,4,6,8 | **laparoscopy** | **leave** 10:13 16:19 | 249:4 |
| 229:10,14,16,18 | 132:21 | 16:22 18:23 | **lined** 70:11 |
| 229:23,25 230:4,6 | **large** 30:8 31:4 | **leaves** 242:3 | **lines** 52:6,8 |
| 230:8,10,12,14,16 | 35:16 43:18,23 | **leaving** 164:22 | **lining** 232:11 |
| 230:20 231:17,17 | 123:20,22 132:21 | **ledge** 30:13,17 | **linked** 103:2 |
| 232:8 236:12 | **larger** 39:9 47:5 | 48:6,7 | **linoleum** 64:12,13 |
| 237:23 240:12 | **lasted** 138:22 | **left** 8:11 17:2 | 64:15 |
| 241:9,24 242:20 | **lasts** 59:24,25 | 18:20 43:25 132:9 | **linseed** 153:10 |
| 242:23 243:10,19 | 174:8 | 132:10 | **liquid** 193:6 |
| 243:23 244:1,4,6 | **late** 147:13 243:2 | **legal** 6:7 90:14 | **liquor** 155:25 |
| **knowing** 97:13 | 245:12 | 158:15 | 166:22,23 167:3,5 |
| 150:8,25 151:2 | **latest** 131:2 | **legs** 73:17 | **lisinopril** 121:17 |
| **knowledge** 44:10 | **laundry** 69:2,7 | **length** 228:18 | 143:5 |
| **known** 41:21 | 193:15 194:17,19 | **letter** 245:7,11 | **list** 95:25 106:23 |
| 133:5 215:18 | **law** 5:21 | **letting** 206:8 | 141:14 144:23 |
| **knows** 152:8 | **lawn** 46:14 137:16 | **lettuce** 172:5 | 151:10 165:3 |
| | 224:1,23 225:19 | **level** 81:5 207:25 | 177:1 225:22 |
| **l** | **lawnmower** 240:7 | 208:4 209:21 | 232:1 235:18 |
| **l** 103:24 | **laws** 87:6 | 210:5,8 | 236:5 |
| **l.l.p.** 2:4 | **lawsuit** 204:10,10 | **levels** 15:13,16 | **listed** 22:24 107:4 |
| **lab** 135:1 234:1 | 204:11,12,21 | 53:16 81:4,25 | **listened** 210:21 |
| **label** 70:19 73:5 | **lawyer** 128:8 | 82:3 94:20 115:17 | **lists** 163:1 165:13 |
| **labelled** 68:1 73:8 | 204:18 | 137:4 | 184:11 |
| **labor** 48:20 56:13 | **lawyers** 86:24 | **library** 43:16,17 | **liter** 80:9 208:24 |
| 56:14,19 | 120:16 | **life** 22:12 102:14 | 209:1 |
| **lack** 204:13 | **lay** 144:7 148:10 | 109:16 126:16 | **literally** 221:2 |
| **laid** 148:12 | **layout** 148:9 | 130:10,10 143:25 | **litigation** 119:22 |
| **lake** 198:15 | | 144:24 146:14 | |

litter 222:14,16
little 15:10 22:16
22:22 34:2,12
37:8 46:3,5 52:18
88:13 163:4 185:8
186:11 198:5
203:24 205:5
221:24 245:12,12
live 8:10 23:1 33:9
65:17 103:17
214:22,24 215:1
lived 9:19 33:16
33:25 41:11 84:21
88:14 110:3 220:3
liver 135:8,10
139:6,8,20 144:18
lives 94:1 215:2,3
215:4 242:24
living 33:8 83:8,12
105:25 106:10
196:16
llp 2:17,21
loans 26:6
lobster 176:11
local 168:8 216:1
locally 163:12
located 4:19 19:9
26:12 41:24 47:22
72:16 87:16
109:18,19
location 42:20
108:6,6,6
long 7:19 8:10,14
10:3,11,20 12:4
32:8,19 52:15
53:16 91:7 101:17
102:12 111:8
116:3 125:11
128:22 136:13
141:7 153:17
156:2 207:18

215:9 217:10
longer 19:1 59:24
59:25 139:12
141:13 217:18
longstanding
132:4
look 51:13 58:11
65:12 67:11 68:3
72:4 97:18 115:23
115:24,25 144:25
145:1 151:3
155:11
looking 39:10 44:1
68:8 70:22 72:14
82:15 93:20
108:16 144:24
looks 63:19
lord 187:25
lose 117:13 139:5
losing 125:9
loss 137:8,11
204:12 226:25
lost 20:8 185:8
lot 11:16 22:4
24:22 26:14,15
31:13 35:12 36:18
38:9 44:13 46:3,4
47:22 54:24 57:3
138:10 143:19
163:1,10 164:6
173:6 193:12
213:23 218:16
238:20
lots 35:15,16 66:19
love 22:4 38:9
121:20 138:2
184:8
low 53:16 183:23
lsd 156:9,12,14,17
156:21 157:12
159:3,7 160:6,9

161:3,5,9
lumber 18:10
lunch 84:13
102:21 104:16,24
164:20 177:25
lung 187:15
lyme 141:21 142:7
142:11,20,21
lysol 195:6,8

**m**

mace 180:16
madelyn 14:7
madison 2:18,22
mail 2:6,10,14,19
2:23 149:23,25
mailing 23:5
main 1:17 2:13
4:19
maintain 32:14,19
109:22
maintained 32:11
maintenance
31:11 48:10
major 131:5
making 146:18
200:2 225:11
malathion 240:11
malt 166:22,23
167:3,5
malvern 8:17
manage 125:7
130:8 138:20
139:19 141:2
managed 137:3
management 88:4
89:7 95:14
manager 98:12
manchester
215:20,22 216:6
216:12

mango 174:14
manifestations
101:19
manmade 213:17
manufacturing
233:16
manure 60:13
maples 45:3
maps 94:18
march 203:11,22
207:12
margarine 180:20
181:17
marguerite 14:7
marie 14:7
marijuana 157:15
157:18 158:1
marion 9:10,17
marjoram 180:18
180:21
mark 64:16
marked 64:20,22
70:15 85:7,11
93:1,5
market 107:7,12
239:6
married 14:1
188:12
mask 16:16
242:14
masks 16:10 18:17
21:9
massachusetts
9:10,17
master 59:12,13
material 88:25
89:2 242:16
materials 54:16,25
55:9 56:11,18
58:6

math  148:1,16
matter  212:3
matthew  105:24
  106:4,5 120:2,2
mature  45:9 46:16
max  115:1
mccullough  33:19
mcdonald's
  163:23 164:2
mcmuffin  164:3
meal  164:1
meals  214:8,10,12
mean  22:8 25:19
  28:5 39:15,20
  41:12 43:23 47:4
  50:8 66:15 69:11
  71:2 100:16
  111:24 119:11,23
  120:7 124:3,3
  133:25 137:9
  147:20 149:15
  158:3 177:12
  188:16 192:17
  206:22 212:4
  215:20 220:24
  221:1,2 223:12
  227:3 228:13
  232:18 244:25
meaning  225:7
means  118:17
  130:18
meant  209:8
measures  135:6
meat  112:18
  145:14 146:4,11
  163:14 176:23
  177:25 218:4
meats  176:4,23
  177:15 178:14
mechanical
  213:17

medical  53:19
  85:14 113:19
  114:10 116:21
  120:24 131:15
  142:23,25 144:11
  145:6 151:11
  153:20 155:6
  156:16 159:2,6
  160:8 188:16,22
  204:11
medication  121:13
  121:15 122:7,18
  122:20 125:14
  127:6,10 129:12
  129:14 152:9
  158:16 225:24
  226:13
medications
  117:11 122:5
  123:4 125:7
  131:16 141:2
  143:4,11 151:10
  151:20 228:22
meet  14:8 15:8
  95:24 96:5,8
  124:20
meeting  115:21
  120:17
meetings  89:6
melbourne  9:9
member  217:5
memory  122:12
  146:16
men  203:21
mention  29:2
  188:23
mentioned  29:4
  39:5 58:13 101:23
  119:14 126:17
  135:15 136:17
  143:5 144:18

196:2,25 197:2,7
  197:20 198:7,9
mercury  240:13
met  88:2 89:7
  95:14 105:14
  110:13 191:13
  211:6
metal  199:17
  201:11 233:12
metastasized
  187:16
methamphetami...
  158:12
methimazole
  229:15
method  109:15
metronidazole
  229:17
micrograms
  208:24 209:1
microphones  4:6
  4:10
middle  33:13,14
  186:24
middlebury  2:5
migraine  126:23
  126:25
migraines  125:18
  125:22 126:1,5,21
  127:4,9,12,18,19
  127:24 144:15
  156:8
mike  93:14
mile  42:14
miles  108:9 198:16
  221:23
milk  166:1 182:8
mill  17:6,13,21
  18:3,7,10,11,14,20
  18:23,25 19:19

milligrams  80:9
  121:17
millwork  17:14
mind  86:11 136:14
  179:7 203:15
mine  26:15 37:3,4
  40:5 170:13
  186:15
mine's  38:5
mineral  241:12,23
  241:24
minimal  110:24
minimally  84:2
minimum  163:15
mining  234:13
minor  125:23
  126:22 190:7,14
  224:20
minute  52:16,21
  104:9
minutes  84:11
  92:24
mirandize  158:19
mischaracterizes
  99:10
missed  138:25
  209:15
missing  135:12
mistake  170:8
  208:22
mistress  108:19
mix  169:19 172:18
mixed  169:3,6
mixing  209:3
mixture  65:21
mm  11:13,21 12:8
  13:11 17:5 20:5
  24:21 32:13 35:7
  35:9 37:12 44:4
  54:3,18 58:15
  59:6 64:17 68:7

72:22 94:4 102:23
133:16 143:18
161:22,22 188:20
198:20 204:1
210:18 211:23
212:5 232:6 243:7
**mobile** 220:3,6
**model** 201:20
**models** 201:20
**mold** 192:12,14
**moment** 6:22 70:1
131:7 147:4
**money** 25:20
**monitored** 115:16
116:8,18 139:13
139:15,16
**monitoring** 189:15
191:8 204:11
**month** 124:8
131:5 165:17
167:24 170:18
171:18,20,23,25
172:22 173:20,22
173:24 174:10,22
175:14 177:12,22
178:3,9 179:12
182:11 215:25
**months** 96:4
115:22 117:22
124:20 126:12
134:16 138:12
141:18 175:5
176:18 183:14,16
184:18 191:12,13
191:17
**moral** 146:8
**morning** 6:5
165:11
**mortgage** 25:9,11
**mortgages** 25:21

**mosquito** 193:2
**moss** 1:16 2:12
4:18 105:24 106:3
106:4,5,5
**moss's** 120:4
**mothballs** 223:6
**mother** 187:9,14
189:2,4,5 190:4,22
**mother's** 146:16
186:23 189:5
**mount** 164:11
**mouse** 192:25
**move** 9:5,9,18
10:8,12 28:21
101:25 106:6
152:2
**moved** 9:24 11:11
11:22,25 27:23
87:18 88:18,22
106:9 126:6
**moving** 11:16
**mow** 46:14 137:16
224:1
**mri** 127:13,21
**mris** 127:19,20,22
**multiple** 131:4
**multivitamin**
153:15
**multivitamins**
228:17
**municipal** 245:13
245:15,19,21
**munitions** 240:15
240:16
**munson** 1:17 2:12
4:18
**muscle** 141:5,8
**mushroom** 182:23
**mushrooms**
172:15

**mustard** 172:23
183:4,8
**mutual** 15:9

**n**

**n** 2:1 103:23,23
152:16 188:4
**nagging** 128:16
**nail** 195:23,23
**nails** 57:16
**name** 4:14 5:4 6:8
6:12 14:6 152:8
186:14,23,24,24
187:25 243:5
244:21
**named** 23:4
242:20 248:4,15
**names** 103:20,22
186:12 187:19
243:12
**narrow** 68:12
**national** 90:19
244:17
**nature** 7:24 12:10
127:23
**nc** 2:9
**near** 27:7,8 34:9
41:16 42:5,23
88:16
**nearby** 41:25
42:12 43:13,16
**necessarily** 57:12
**necessary** 160:21
**nectarines** 174:16
174:20
**need** 7:1,2,5,18
13:16 66:18 71:7
116:17 121:21
148:2 150:1
162:17 201:7
215:25 223:12

**needed** 95:11
133:12
**needs** 159:25
225:21
**negligence** 204:15
**neighbor** 35:1
40:4 51:7 244:2
**neighborhood**
38:21 106:1
109:21 242:24
245:1
**neighbors** 46:10
46:22 47:3,6,10,15
50:19 51:1,3
87:19,24 93:15
103:1,15 105:7,14
105:17,23 120:16
205:12 210:22
**neil** 120:3
**neither** 102:22
**neurofibroma**
140:1
**neurofibromatosis**
139:25
**never** 10:12 13:4
20:18 41:11 96:12
97:21 110:4 119:6
119:25 128:15,15
136:14 140:13
149:8 154:19
165:18 166:15
178:7 200:10
202:2 223:24
**new** 2:18,22 8:9,10
8:21,21 10:1,10,17
10:18 12:15 31:2
37:18 48:24 64:14
81:14 106:10,11
116:5,10 196:16
215:3 220:9

nice  51:13,14,15
  108:18 109:18,19
  109:20
nicholaslocastro
  2:23
nickel  240:19
night  90:2
nights  155:1
nine  12:5,5
nod  7:5 17:8
non  108:10 245:20
nondetect  79:2
nonstick  194:22
  219:9,16,22
noon  84:16
nordic  198:24
north  22:20,21
  33:16,21 42:13
  43:4,15,17 84:22
  164:9 198:16
  207:3 209:20
  210:4 211:5
  212:22 214:3
  215:17
northwest  50:17
  50:18
nose  89:23 101:20
notary  6:1 247:17
  248:21
note  4:6 132:21
  193:20 218:9
noted  62:16
  131:19 152:12
  247:5
notice  1:14
noticeable  96:15
nowadays  179:25
noxious  87:20
  88:1
nuisance  204:15

number  33:15
  36:9 62:21 65:3
  76:8,10 78:25
  108:22 109:10
  142:23 144:10
  151:10
numbers  144:16
  148:8 149:1,2
nutmeg  180:11
nuts  168:14,25
  169:3,6,18,24
  170:2
ny  2:18,22
nyquil  229:20

**o**

o  103:23
oath  5:23
object  15:18 19:14
  36:22 38:13,13
  43:7,10,20 46:4,23
  49:20,24 56:10
  61:1 74:15 75:2
  75:10 77:18 78:1
  78:11,24 92:3,14
  99:9,22 100:7
  101:15 104:5
  105:20 109:11
  114:7 118:2,7
  122:25 123:12
  131:15 134:21
  139:21 151:25
  185:15 186:2
  189:18 191:5
  207:6,21 208:7
  209:22 213:12,12
  219:18 226:7
objected  15:21
objection  39:12
  55:10,20 81:9
  91:9 105:10
  113:23 121:3

131:19,25 135:24
  136:4 144:3
  145:18 150:6,13
  150:19,24 152:12
  156:19,23 157:22
  158:18 159:8
  160:11 186:7
  193:22 197:14,23
  205:6 208:19
  209:12 210:10,20
  216:4
obvious  108:3
occasion  240:2
occasional  89:23
  89:24 137:17
  138:3 154:8,9
  156:1 202:1
occasionally  154:7
  163:12,20 165:11
  165:21 167:13,16
  175:10,12 179:11
  181:16 182:7
  193:16 202:6
  233:1 244:25
occasions  90:16
  233:2
occupancy  50:3
  76:12
occupation  9:8
  232:20
occupations  232:1
  232:8
occupy  22:2
occurred  205:12
odors  87:20
office  23:19 33:18
  42:12 61:15 62:4
  63:12 69:9 232:21
offices  1:16
official  23:3 90:17

oftentimes  147:24
oh  32:9 33:24
  41:12 42:10 51:14
  55:2 67:19 73:13
  93:20 110:9 115:2
  117:9 132:23,24
  134:8 135:7 145:1
  151:21 153:16
  154:5 165:1 170:6
  177:24 180:22
  188:4 192:20
  193:18 194:17
  197:2 215:20
  220:6 224:7 238:2
  239:3 240:18
oil  40:23 73:13
  153:10 183:17
  235:4
oils  241:12,23,24
okay  9:4,12 10:8
  11:22 12:25 13:18
  14:4 15:23 17:13
  21:15 22:6 28:16
  29:12 32:23 33:21
  42:11 47:8 51:20
  54:21 56:25 57:20
  64:8 65:19 66:7
  66:24 67:19 70:25
  73:20,21 78:23
  84:15,17,19 86:8
  93:24 96:3,10
  98:9 100:10 102:8
  111:9 114:2,10
  117:10 118:19
  131:1 132:6 134:2
  134:24 150:2
  151:15 153:3,6
  160:10,22 165:3
  169:11 176:4
  177:1 180:1,22
  181:14 184:10

186:19 190:11,12
197:8,10 201:18
212:6 224:9
225:22 228:21
232:1 235:18
236:10 238:16
241:1 243:8
**old** 40:9 63:18,24
64:2 94:1 111:10
131:3,9 132:19
**older** 145:25 188:3
**oldest** 215:2
**olives** 183:15
**once** 24:1 26:21
31:5 48:11 54:5
59:10 102:15
124:10 142:10
152:3 158:5
163:25 165:17,23
167:13,24 169:7
169:17 170:18,22
171:18,25 172:11
173:6,7,7,24
174:10,15,22
175:5,14,19,22
176:8,12,18
177:20 178:3,13
178:24 179:1,12
180:15 182:11,20
183:7,9,13,16
184:4 191:11,13
191:21 192:24
196:5,14 198:12
214:17 215:8,24
216:24 218:2
222:19 244:4
**one's** 121:11
**ones** 51:12,17
56:20 133:24,25
165:8 172:20
184:24 231:12

**ongoing** 118:25
134:12 140:19
**onions** 172:25
**online** 15:2,3 93:8
93:11
**open** 86:11 89:18
89:21 164:20
**operating** 88:16
89:9 99:1 101:8
105:1 234:17
**operations** 87:22
**opinion** 106:18
107:13 108:11
109:5,8 160:7
205:20 209:13
210:13
**opioid** 158:16
**opportunities**
10:23
**opposed** 103:8
153:4 212:5
**opposite** 214:15
**oranges** 174:21
**order** 164:1
**ordered** 51:18
**original** 31:8
**originally** 146:7
**osteoarthritis**
118:6,9,12,14
**outcome** 248:14
**outdoors** 220:23
220:24
**outlook** 146:11
**outside** 39:10
215:16 220:19
226:3
**oven** 195:13
**overnight** 216:7
**overweight** 114:19
114:20

**owned** 222:13
223:24
**owns** 44:8 95:16
**oxazepam** 229:22
**oysters** 176:21

**p**

**p** 2:1,1
**p.c.** 1:17 2:8,12
4:18
**p.m.** 104:18
161:25 162:3
206:17,22,23
220:20 246:1
**pack** 154:15
**page** 3:9 86:14
87:4,15 93:22
94:13 96:13 97:18
249:4
**paid** 25:21 26:2
27:13 48:23 56:14
61:7 79:8 110:23
**pain** 128:10,13
158:16 226:12,13
**paint** 236:19,24,25
**painted** 200:22
**painter** 232:23
**painting** 13:3
62:15 69:23,24
200:15 233:2
**paints** 17:22 20:17
223:10,12,21
**palm** 132:10
**palmer** 105:24
106:2
**palmetto** 153:18
**pals** 150:1
**palsy** 142:12,13
**pam** 194:22
**panel** 134:19
**panfried** 178:2

**panic** 138:6
**pantry** 69:4
**paper** 70:11
149:18
**papers** 204:18
**paragraph** 87:16
94:13 96:13 97:19
98:3 102:22,24,25
**paragraphs**
100:19
**paran** 198:15
**parasites** 226:6,10
**parcel** 26:13,14,22
27:4
**pardon** 170:8
**parents** 186:12
187:2 188:18
**park** 2:9 33:19
108:18 222:1
**parsley** 181:10
**parsnips** 173:3
**part** 26:25 83:16
93:14 104:7
134:25 160:14,23
**particular** 47:17
123:9 131:21
164:1 189:10
191:2 211:9
**parties** 4:3,12 5:8
**parts** 76:20 208:16
**party** 120:3
**pass** 187:5 244:6
**passed** 187:2
**patches** 58:16
**path** 197:4
**patient** 161:15
**pay** 27:11 38:16
60:24 75:6 79:10
111:2 135:1,3,15
135:18

paying  135:20
pcp  158:12
peach  174:19
peaches  174:23
peanut  169:9,14
peanuts  169:8
pears  174:25
peas  173:5,6
pecans  169:2,5
pee  129:14
pen  149:18 150:1
penalty  87:5
pennsylvania  8:17
people  43:4 102:3
  104:1 110:3,11
  142:18 147:10
  188:17 201:5
  211:6
pepper  180:3,7
pepperoncini
  182:15
pepperoni  178:4
pepto  227:3
percent  108:17
  202:25
percentage  39:16
percentagewise
  28:7
perennial  30:8
perennials  31:17
perfloron  186:5
perfluorinated
  186:5,5
perfluoro  186:4
perfluorooctanoic
  185:14 186:4
perform  107:20
  107:22
performance  1:9
  4:25 5:11,13
  94:18

performed  12:12
  48:10 108:21
  109:1
period  88:2
  127:11 128:14
  131:10 141:16
  158:4 177:7
  228:18
perjury  87:5
perm  223:8
perpendicular
  23:9
person  16:7
  137:11 221:24
  248:14
personal  7:25
  122:1 162:11
personally  203:1
persons  1:5 4:24
perspective
  114:24
pertain  186:3
pertaining  118:17
pescatarian  112:7
  112:9
pest  196:9
petroleum  233:14
pets  222:20 223:4
pfoa  15:11,15
  30:24 50:7 53:16
  76:6,11,15 77:14
  77:25 78:10,20
  79:13 80:1,5 81:4
  81:4,13,25 82:3,21
  82:22,25 83:1,6
  84:3,6 92:8 93:16
  107:17 108:2,13
  109:2,5,6,9 110:15
  111:3 120:11
  150:5,12,18,23
  151:4 203:6,20

204:24 205:21
  206:9 207:2,24,25
  208:4,11 209:21
  210:5 212:21
  213:3,7 217:12,15
  219:11,13,16,21
  224:9,13,25
  244:16 245:5
ph  80:2
pharmaceutical
  123:19
phase  27:22
phased  19:4
phd  15:5
phenacetin  230:1
  230:3
phenobarbital
  230:5
phenoxybenzam...
  230:7
phil  60:5,16 243:4
philosophical
  146:9
phone  2:6,10,14
  2:19,23 90:25
  91:1,2
phones  4:9
photo  66:22 235:8
  235:10
photos  3:10,11
  65:4,6,6,8,11 67:2
  67:7,11,14,22,25
  69:17
phrase  134:21
physical  91:7 97:5
  101:19 124:6
  129:21 184:16
physician  117:18
  189:6
pick  4:7

picket  50:16,16
pickled  173:8,9
  176:15
pickles  171:21,22
picture  27:18 68:3
  68:23 143:16
pictures  65:23
pie  178:23,25
  179:2,7
piece  70:10
pierre  14:7
pile  29:24 44:19
pill  123:20,21,23
pills  123:21
pine  63:16 64:3,7
pineapple  175:4
pipe  153:24 154:3
  154:6
pipefitter  234:19
pipes  202:1
pistachio  168:25
pistol  201:13
pittsburgh  8:13
pizza  218:6,7
place  4:9 10:12
  108:18 168:8,9
  198:13 211:4
places  58:1 165:2
plainfield  8:13
plaintiff  5:15
  14:13 244:3
plaintiffs  1:6 2:3
  4:25 5:17,19 57:1
  185:15 186:1
  216:4 242:20
  243:11,23
plan  70:18 72:2,9
plans  75:25
plant  45:4,7 87:17
  88:15 89:9 94:3
  98:25 101:7 102:7

105:1
plant's  88:1
planted  45:6
plants  200:25
plastics  1:9 5:1,11
  5:13 94:19 240:21
  240:22
play  22:4 137:17
  137:25 154:10
played  138:1
plays  149:17
pleasant  2:5
please  4:6,8 5:21
  6:7 8:6 28:1 72:8
  110:12 162:19
  210:3 232:8
pledge  194:9,10
plot  43:19 44:6
plumber  28:12
  48:19 110:19,25
plumbers  48:18
plumbing  29:3,7
  56:21 62:18 201:6
  233:18
plums  175:2
plus  40:4 111:14
plywood  24:3 31:8
  59:21,23 64:6
po  33:21,25
pocket  135:2,16
  135:18,20
pockets  30:16
poet  72:10,13,19
  77:3,6,11,14 78:6
  79:20 84:5 207:13
  213:6,14
poet's  110:20
point  13:16,25
  31:16 66:19 89:18
  94:16 102:8
  110:10 111:25

116:11 129:24
  153:16 160:18
poison  192:25
  193:2
poles  148:10
polhamus  93:14
police  43:13
policies  74:9,10,19
policy  74:12,14,20
  74:23
polish  195:2,23,24
polishes  194:9
pollution  87:23
  88:2 89:12 94:15
  94:20 95:3 103:2
polyps  133:2,3,4,4
  133:11,13,17
  134:1
polyurethane
  223:17
pool  50:24 221:9
porch  54:7 68:4,11
  68:14
pork  218:5,6
port  167:12
portion  50:17,18
  73:19 162:24
portions  161:13
  204:23
position  18:20
possession  26:5
  56:1 57:11
possibility  91:23
possible  85:19
  121:23 145:12
possibly  161:2
post  33:18 42:12
  239:7
potato  173:18
  182:12

potatoes  173:14
  173:16
potential  97:16
  99:17
pottery  199:19,21
pounds  111:25
  117:13
pour  12:25
powder  241:1
powders  228:19
power  52:8
pownal  33:13,14
practice  7:17
precancerous
  133:23,24
preceding  98:3
prediabetes  115:7
  115:8,17 136:24
  138:15,20,21
  144:15 191:15
prediabetic
  136:18,19 137:4
prefer  143:15
preheats  73:8,9
prepare  214:9,12
preparing  86:21
prescription  152:4
presence  110:15
  111:3
present  5:6 23:15
  75:25
presented  245:8
pressure  59:20,23
  72:25 73:2 110:20
  114:21 115:5,25
  121:8,10 123:24
  124:13,19,24
  125:2,8,13 190:18
  190:23 191:6,14
pretreated  74:5

pretty  19:24 28:6
  38:10 119:14
  149:21 244:24
prevailing  94:5
prevent  192:19
previous  103:8
previously  25:25
  83:9 112:7 125:1
  126:17 153:10
  188:13 196:6
price  56:17,19
  106:23 107:1
  110:5
priced  245:16
pride  24:22
primarily  137:8
  218:10
primary  19:11
  117:18
print  248:9
printout  93:10
prior  33:6 34:13
  79:25
priority  144:23
private  4:8
probably  10:4
  32:9,20 37:2,19
  48:13,14 53:15
  63:2 73:18 85:4
  103:19 106:7
  109:23 110:9,25
  111:16 112:12,14
  115:3 119:18
  121:11,21 127:2
  129:10 131:11
  135:8 136:21
  147:7 154:5 156:3
  170:13 171:1,18
  171:20,22,25
  172:11,22 173:1,6
  173:24 174:5,10

175:5,14,22
176:14,18,22,25
177:11,22 178:9
179:18,20 180:6
180:12,15 181:2
182:5,22 183:18
183:24 184:4,8
188:1 194:5
207:12 217:5
221:22 222:8,18
223:1
**problem** 102:4
118:25 134:12
137:2 152:5 160:4
201:9
**problems** 91:23
110:21 119:9
124:23 129:15
147:11 159:4,7
160:8 228:9
**procedures** 131:15
**proceed** 5:22
157:9
**procure** 210:23
**produced** 57:4,10
65:2 66:5,17
94:19 113:12
**producing** 54:24
**product** 195:8
**products** 17:24
**professional** 1:15
248:3
**professionally**
14:21 124:3 199:3
199:6,9 220:15
**proficient** 149:21
**program** 15:2
27:1
**progress** 23:4
**project** 27:1

**projects** 17:19
27:23 54:16 55:9
55:19
**prompt** 207:20
**properties** 41:16
108:4
**property** 25:4
27:11 29:18,24
32:6,12 33:19
44:24 47:11,16,19
50:15 62:4 95:17
106:17,21,24
107:2,4 108:3,20
111:7 204:6,13,14
204:14
**prosciutto** 177:17
**prostate** 128:25
129:5,18 144:16
**protect** 210:24
**protector** 73:25
**proteins** 163:14,15
**proved** 79:2 92:16
**proven** 99:25
100:6,14
**provide** 7:14
17:24
**provided** 55:7,7
55:14,22 56:1,4,20
77:21 79:5 109:4
**providing** 207:16
**proximity** 209:7
210:9
**public** 6:1 52:6
206:13 207:19
244:19 247:17
248:21
**published** 22:14
149:8
**pull** 63:24 86:3,10
155:6

**pump** 48:11,15,24
49:6 73:4 220:1
**pumpkin** 169:20
178:25
**purchase** 25:7
**purchased** 26:8
51:7 60:4 74:4
**purchasing** 60:11
**pursuant** 1:14
**put** 15:1 41:7
60:18 61:11 62:19
68:15 70:12 80:6
100:25 113:23
127:10 148:9
159:8,13,18,23
178:20 194:19
221:22
**putative** 205:2
**putting** 140:5

**q**

**qualifies** 182:17
**qualities** 16:10
**quality** 16:12 37:4
**quantities** 180:2
**quarter** 64:6
**queens** 10:18,20
10:22 11:12
196:16
**question** 7:9,10,12
20:14 22:22 25:16
26:20,21 28:1,8
36:3 43:22 44:5
55:11,13,24 63:22
69:11 71:23 73:12
78:5,13 79:16
92:18 102:20
109:3 114:8
143:12,16 158:9
158:23 160:1,13
160:14,23 169:10
189:8 197:16

206:14 210:3
214:11,15 226:19
236:2,3,6 238:22
**questioning** 152:1
157:23 161:13
185:16
**questions** 7:1,21
7:23 13:14 35:5
43:1 53:8 85:21
86:23 124:4
156:24 160:12
186:2,8 188:15
206:5 216:3
244:24 245:23,24
**quick** 72:4
**quicker** 52:18
159:21
**quickly** 207:16
**quinn** 2:17,21 5:9
5:12
**quinnemanuel.c...**
2:19,23
**quite** 172:8
**quotations** 103:10
**quote** 96:16,19
99:10,14,15,18
113:13

**r**

**r** 2:1 6:9 103:23,23
103:24 188:3
249:1,1
**r&d** 61:6
**raccoon** 222:24,25
**radiant** 41:8,9
**radiators** 40:24
41:12
**radioactive** 242:16
**railroad** 235:6
**raise** 32:5
**raised** 223:23,24

**raisins** 174:11
**ramping** 94:20
**ran** 20:15 184:25
   244:23
**range** 37:20 38:23
   137:4 141:17
**rare** 168:1 177:24
**rarely** 13:1 20:18
   84:2 169:23
   177:24 178:13
   182:1,13 215:18
   216:16
**rarest** 233:2
**rat** 192:25
**raw** 171:19 218:10
   218:13,13,13,16
**ray** 231:8 242:16
**rays** 231:10
   242:17
**reach** 109:10
**reaction** 97:5
**read** 85:22,24,25
   88:7 93:8,11,17
   94:8,22 96:20
   97:24 98:2,20
   101:1 103:5,9,10
   103:11 147:24,25
   147:25 149:1,12
   155:18 204:16,18
   247:3
**reading** 22:10
   86:8 87:13 147:10
   147:21 149:10
   208:23
**real** 34:18 106:15
   107:6 108:5 147:8
**realize** 13:14
**really** 7:19 12:24
   19:5 28:16 80:7
   80:10 102:15
   120:1 128:15

135:9,10,13
143:17 146:13
149:3 171:15
179:24 193:20
207:14 221:5
226:23,24 231:17
241:24 243:22
244:4,6
**reason** 20:7 53:20
   55:6,17 58:18
   90:7 123:9 136:24
   156:24 249:4
**reasons** 146:8,8
**rebound** 127:12
**recall** 13:22,23
   27:13 47:17 53:14
   60:11 61:8 66:9
   68:18 76:14,14,17
   105:23 117:4
   118:11 122:22
   124:25 125:17
   140:2 151:13,14
   151:22 156:18
   189:14
**recalled** 197:18,21
**receipt** 55:3,3
   57:12,16
**receipts** 54:24
   55:6,14,21,25 56:4
   56:17,21,22 57:3
   57:10
**receive** 127:13
**received** 79:12,17
   83:4 135:6
**recess** 53:2 104:16
   162:1 206:20
**recognize** 93:7,9
**recollection** 76:25
   159:5
**recommend** 117:5
   117:8,12 138:19

139:19
**recommendations**
   117:15,24 139:4
**recommended**
   49:23 81:5 116:14
   123:18 125:6
   128:19 189:15
   191:8,11
**record** 4:6,13 5:24
   6:8,11,25 17:11
   34:1 49:10 53:1,5
   57:9 64:24 66:4
   69:25 70:4,5,8
   71:4,10,11,14
   92:25 103:8
   104:15,19 111:10
   113:20,22 114:13
   114:14 121:1
   136:23 137:1
   138:7 139:24
   155:12 158:24
   159:8,13,23,25
   160:3,20 161:25
   162:4 185:11
   202:21 206:19,23
   211:14,16,18
   213:13 229:19
   236:1 246:3 247:6
   248:11
**record's** 131:14
   157:21
**recording** 4:12
**records** 22:24 49:5
   49:11 53:19 54:4
   58:12 82:12 85:14
   91:2 114:10
   116:21 120:24
   121:5 122:16
   132:21 151:11
   155:6 159:2
   184:19

**recovery** 155:14
   155:18,19
**recreation** 83:14
**recreational**
   200:16
**recuperating**
   131:6
**red** 167:8
**reduced** 248:9
**reeled** 146:19
**refer** 206:4
**referencing**
   155:17
**referred** 98:11
**referring** 60:15
   140:3 185:7
   197:11
**refill** 122:17
**refinance** 61:3
**refining** 233:12
   235:4
**refinished** 63:6
   64:8
**refinishing** 199:13
**reflection** 55:8
   56:5
**reflux** 129:23
   231:23
**refresh** 159:5
**regard** 244:16
   245:5
**regardless** 97:19
   97:20
**registered** 1:15
   248:2
**regularly** 77:7
   88:2 124:1 165:2
   173:4 184:4
**regulations** 90:19
**reimbursed**
   110:16 111:4

**relate** 216:3
**related** 76:11
   127:24 156:16
   159:4,7 160:5,8
   161:5,9
**relation** 185:23
**relationship** 97:7
**relatively** 40:6
   116:10
**relatives** 188:17
**released** 87:21
**relevance** 152:1
   158:25
**relevant** 232:3
**relief** 102:16
**religion** 9:3
**religious** 42:4
**reluctant** 101:25
**remark** 154:12
**remember** 9:13
   29:14,16 33:14
   48:13,23 53:18
   54:19 56:22 60:10
   67:8 68:21 77:11
   80:7 98:14 110:23
   112:2 115:6
   125:23 132:1,8
   141:25 152:17,19
   153:5 160:24
   161:1,11 171:16
   173:17 174:1
   179:3 180:10
   182:24 186:20,21
   186:24,25 188:5
   197:6 221:10
   224:19
**remembered**
   242:25
**remembering**
   186:21

**remind** 122:4,6
   123:3
**remotely** 5:7
**removal** 132:16
**remove** 84:6
   130:21
**removed** 128:11
   131:23 132:9,10
   132:11 133:14
   134:1
**remover** 195:24
**removers** 195:15
**renovating** 12:15
   196:18
**renovations** 63:24
**renting** 34:14,15
**reoccurring**
   142:19
**repainted** 58:21
   58:24 59:7
**repainting** 59:5
**repair** 200:7 232:9
   234:15
**repairs** 201:6
**repeat** 160:14
   189:8 210:3
**repeatedly** 87:25
**repellant** 192:6
**rephrase** 55:24
   107:24
**replace** 48:15 49:2
   49:6,17 60:22
   75:19
**replaced** 31:7
   37:21 48:11,21
   54:1,5 57:25 58:2
   58:13 60:21 64:13
**replacement** 37:22
   75:15
**replacing** 31:1
   57:24

**reported** 248:8
**reporter** 1:15 6:25
   7:6 85:10 93:4
   185:5 235:23
   248:3
**reporter's** 7:11
   25:15
**represent** 5:8
   69:19 205:3
**representation**
   55:18 118:15
**representations**
   151:19
**representative**
   205:2,8
**represented** 65:4
**representing** 4:14
   5:21 159:18 204:2
   204:6
**represents** 80:11
**request** 49:15
   136:8,12
**requested** 17:16
**required** 16:18
   18:13 33:1 54:7
   148:14
**research** 107:12
   151:16
**reserpine** 230:9
**reserve** 49:14
**residence** 106:13
**residences** 34:13
**residential** 12:16
   17:18 33:6 196:17
**resistance** 143:14
**resistant** 73:24
   74:5 219:10,12
**resolve** 119:4,5
**resolved** 102:6
   143:21 144:11,13

**resolving** 144:2
**resources** 206:4
**respect** 47:4
**respectful** 161:16
   162:13
**respects** 46:12,13
**respond** 7:10,16
   207:4 245:10
**responded** 86:23
**responding** 25:17
**response** 95:23
   207:20
**responses** 86:19
   86:20
**responsible** 77:9
**responsibly** 205:3
**rest** 39:1,1 54:9
   158:8
**restate** 111:10
**restaurant** 164:9
   214:16
**restrictions** 113:4
**result** 76:17 77:2
   79:12
**resulted** 185:20
**results** 15:13,15
   76:24 77:22,24
   79:5,15,17,19 80:4
   80:13,20 81:3
   127:15 208:10,14
   209:5
**retaining** 50:21,23
   68:16
**retention** 227:22
**retired** 20:6,8
   21:24 148:24
   205:10 211:11
**reverse** 71:21,24
**reviewed** 85:14
   87:2,14

**reviewing** 85:18
**rhyme** 90:6
**rice** 175:13
**richard** 211:10,12
  211:19 244:25
**rid** 217:19
**ridge** 215:3
**ridley** 103:21,23
  104:7
**rifampin** 230:11
**rifle** 201:13
**right** 9:15 18:21
  20:1 22:7 26:14
  29:16 35:11 41:22
  50:11 58:7,10
  63:2 68:5 69:16
  71:19 72:19,20
  73:15 78:19 82:22
  84:16 87:13 91:25
  95:13 100:6
  101:12 109:24,25
  119:10 134:5
  135:11 147:5
  164:16,16 185:8
  205:13 208:24
  238:19 243:9
**rights** 49:14
**rink** 198:21,24
**risk** 97:11,16
  129:17 133:10
  189:6,10,16 208:5
  213:18
**risks** 138:15 191:3
**river** 27:5,7,9
**road** 23:3 33:13,14
  108:9
**roast** 170:2 178:6
  178:8
**roasted** 169:24
  170:2,5 177:6

**robert** 103:21
  104:7 187:21
**robin** 243:21
**rock** 30:9,10,11,12
  50:22 60:20
**rocks** 30:15
**rocky** 51:23
**role** 86:21 203:25
**rolls** 175:15,16,17
**ron** 243:13
**roof** 16:11 54:1,7
  54:9 57:24 58:3
**roofing** 54:8 88:25
**room** 5:7 61:12
  69:2,2,6,8 128:21
  234:17
**rooms** 70:19
**rotator** 118:21,23
**rough** 10:15 72:1
  112:15
**roughly** 231:11,12
**round** 141:25
**rounds** 141:24
**roundup** 192:22
  192:23
**route** 33:18
**roy** 4:14
**royal** 22:24 23:1,5
  23:7 35:3,10
  39:25 40:4
**rp** 15:7
**rpr** 248:20
**rubber** 54:7
  235:12
**rug** 195:9
**rule** 108:5
**rules** 6:21
**run** 225:9
**running** 53:10
  83:9

**rural** 33:17,18
  34:5,5

---
**s**
---

**s** 1:13 2:1,5 3:2,8
  3:14 5:5,18,25 6:9
  104:13,20 188:4
  206:25 246:2
  247:10 249:1,25
**sac** 44:2
**safe** 53:15 81:5
  109:20
**safety** 16:6,9,13
  18:13 21:6,9
**sage** 181:1,5
**saint** 1:8 4:25 5:11
  5:13 6:13 76:9
  77:8 87:17,22,25
  88:3 91:4 94:18
  95:14 104:2
  204:22 207:4
  245:3 249:2
**sake** 7:11 25:15
  168:6,7
**salami** 178:10
**sale** 75:20 110:9
**salt** 179:22,25
**sam** 167:4
**sample** 203:22
**sand** 60:14
**sandblaster**
  234:23
**sandwich** 163:12
**sandwiches**
  146:17
**sandy** 6:15 51:22
  84:17 93:25 148:2
**sarah** 244:20
**sash** 60:22
**sashimi** 176:13
**sassafras** 166:7

**satisfied** 96:12
**sauce** 182:19
  183:20,21
**sauna** 221:12
**sausage** 178:12
**saved** 25:20 184:5
**saw** 101:19 120:6
  153:18 240:8
  243:3
**sawdust** 242:12
**sawmill** 232:25
  233:4
**saying** 53:18 98:15
  152:24
**sayre** 6:9 186:14
**says** 68:4 87:16
  93:13,23,25 94:14
  96:14 97:20 98:14
  100:19 102:25
  113:13 137:1
  139:24 155:14,19
**scale** 80:6,11
**scan** 231:24
**schedule** 90:6
**schlitz** 167:1,3
**school** 8:15 9:8,11
  9:18 11:2,8 12:10
  15:4 42:12 147:14
  200:19 233:20,22
**schooling** 147:8
**schools** 109:19
**science** 151:9
**scientifically**
  92:17 99:24
  100:14
**scotchgard** 194:12
**scratch** 51:10
**screening** 199:25
**scrubbing** 195:6
**seal** 248:17

**search** 49:8,10
**season** 137:15,15
 168:3
**second** 27:11
 94:14 96:13
 102:25 132:7
 147:5 188:7
 189:23
**sections** 103:9
**see** 34:25 36:18
 63:18 67:12 73:7
 93:20 117:20
 120:7,7 124:8
 141:19 148:11,12
 148:13 155:5
 157:8 158:6
 172:11 207:11
 215:24 221:16
 244:25 245:17
**seed** 38:11
**seeds** 168:15,23
 169:20 170:4
**seeing** 66:9 126:4
 242:25
**seen** 48:18 86:16
 119:24 122:15
 141:4 210:5 243:3
**selected** 211:8
**sell** 31:25 75:22,25
 100:24 110:12
**selling** 20:2,3
**seminar** 142:17
**senator** 210:16
 244:8,13
**sense** 39:7 102:16
**sensitive** 4:7 7:25
 161:13 162:10
**sentence** 94:14
 98:11,14 102:25
 212:7

**separate** 69:9
 74:23 169:10
 189:22
**september** 87:9
**septic** 52:2,4
**serious** 52:21 95:7
 95:10 222:4,7,9
**sesame** 183:17
**sessions** 138:24
**set** 201:18
**seven** 138:13
**severe** 129:19
 148:20,20
**sewer** 52:6
**shady** 86:2,12
**shake** 7:5
**shaker** 62:11
**shampoo** 195:9
**sharp** 128:16
**sharyn** 243:19,20
**shed** 24:6,9,10
 65:16 66:2
**sheds** 29:18 44:17
 51:3,6
**sheet** 247:5
**sheetrock** 28:13
 29:8
**sheetrockers**
 28:18
**shellfish** 176:17
**sherry** 167:12,13
**shield** 135:25
**shift** 111:6
**shifted** 17:3
**shingles** 54:11,13
**shipyards** 234:21
**shit** 98:19 99:19
 100:15
**shoe** 195:2,2
**shooting** 201:13

**shop** 17:7,13,21
 18:3,7,11,14,20,23
 18:25 19:6,12,20
 19:24 20:1 21:22
 23:21,25 53:10
 68:24 69:6 83:10
 83:17 235:8,10
**shopping** 109:20
 216:1
**short** 22:10 141:16
**shortly** 47:24
 82:11 119:4
**shoulder** 118:24
**shovel** 232:18
**show** 56:17,19
 99:19 127:15,17
 155:7 160:19
**showed** 76:23
 79:13 81:4 94:19
**shower** 214:6
**shows** 65:23
**shrimp** 176:19
**shrubs** 46:15
**siblings** 187:17
 214:20
**sic** 152:3
**sick** 100:23 101:11
**sickened** 93:16
**side** 47:23 71:21
 71:24
**siding** 57:25 58:2
 58:14,18 202:5
**sign** 138:21
**signature** 4:3
 248:19
**signed** 87:4
**significant** 57:19
 143:1
**silica** 241:4,7,9
**silicone** 241:5

**silk** 199:25
**silver** 1:16 2:12,12
 4:18 5:14,14,21
 16:1 52:15 86:9
 119:8,20 146:20
 158:19 208:20
**similar** 45:24
 46:11,13 103:18
 123:6 174:19
**similarities** 36:24
**similarly** 1:5 4:24
**single** 23:11 36:5
 57:12
**sir** 93:20
**sister** 188:3 215:3
 215:4
**sister's** 187:25
**sisters** 188:19
**site** 16:19,22
**situated** 1:5 4:24
**situation** 100:20
 100:22 202:2
 207:5
**six** 8:11 110:9
 111:14 112:16,22
 115:22 117:22
 124:20 126:11
 134:16 138:13
 141:18 163:25
 174:3 177:11
 182:22 183:24
 184:2 191:12,13
 191:17 201:3,4
 207:13 216:24
**size** 26:15 35:12
 35:18 37:3 39:22
 123:19
**sized** 35:15 45:24
**skate** 198:9,11,13
 198:15

skates  198:23,23
  198:24
skating  22:5 138:3
sketch  70:18 72:1
ski  218:24,25
skis  219:1,2,2,3
sky  221:3
sleeping  151:21
  152:6 228:11
slope  45:19,21,22
  45:22
slow  129:5
small  10:1 26:13
  35:15,16,19 58:13
  58:17 118:23
  120:7 123:21,21
  164:8 180:1
smaller  39:21
smell  96:16,17
  97:4
smelled  97:21
smelt  126:19
smoke  32:22 87:21
  153:23 154:4,14
  154:16 157:15,18
  240:15
smoked  154:2,3
  158:1 176:21
  178:14,19 241:18
smoker  32:23 33:2
smoking  154:8,13
  242:3
snowblower  240:7
  241:6
snowshoes  41:24
social  119:25
  155:13
socially  84:1
  119:23
sodas  184:12

sodium  183:23
softener  194:16,19
softer  51:23
soil  30:24 31:1,2
  51:21 60:19 79:23
  79:25 80:4,6 81:4
  81:13,15,21,25
  83:25 84:7 204:25
  205:24
sold  107:4
soldering  201:11
solid  240:23
solvent  223:14
solvents  223:10,13
  241:10,11
somebody  108:16
  108:16
soon  130:3 206:11
  206:12 207:2
soot  241:13
soots  241:12
sore  89:22 90:1
sorry  9:10 11:24
  15:7,20 16:2 17:9
  20:13 22:21 40:22
  44:23 55:13 61:22
  63:23 65:7 67:16
  71:18,22 100:9
  106:5 117:4
  157:24 171:13
  179:5 180:19
  189:3 206:13,23
  208:21 209:15
  232:4 235:23
  241:10 244:10
sort  34:11 35:1
  63:17 131:16
  149:9 194:3
  244:22
sound  58:7,10
  113:16 209:1

sounds  226:18
soup  182:23
soups  182:21
sour  45:2
source  212:24
sources  19:11
south  47:23
soy  183:20,21
space  24:2
speak  73:22
special  189:15
specialist  150:9
specific  13:7 74:13
  108:12 159:17
  191:8 207:25
  208:4 228:22
specifically  13:6
  44:9 68:20 83:15
  106:8 112:2
  167:19 176:19
speck  177:17
speculation  39:13
  43:9 104:6 145:20
spell  103:22
spelled  6:9
speller  103:25
spelling  149:14
spend  205:11
  212:9,15 220:17
  221:20
spent  31:13 38:9
  55:9,19 56:6
  57:13 58:5
sperry  2:4
spice  180:16,21
spices  179:21
spiese  211:10,12
  211:19 244:25
spinach  172:10
  218:13

spot  195:15
spray  20:21,24,25
  191:25 192:1,4,18
  194:22,23 195:4
  195:17,19,21
  228:19 241:5
sprayed  196:5
spraying  196:20
sprays  192:8,10
  192:12,14,16,17
  236:20
spring  67:10 77:12
sprouts  170:23
  171:8
spruce  45:3
square  23:13
  44:18 62:3
stack  98:16
stage  41:20 120:25
  121:4
stages  40:7
stain  73:24 74:5
stained  200:5
stainless  37:22,24
stains  223:16
  239:22,23,23
stamps  66:8,11,17
standard  109:22
  134:19,22 135:2,5
  135:11
standards  141:13
  141:19
standing  68:15
  216:4
stands  38:24
  144:20
star  181:4
starch  195:4
start  17:22 18:24
  90:5 96:18 140:21
  203:15 207:16

**started** 19:6 61:19
69:23 89:19
110:11 112:13,17
112:18,25 119:22
147:14 212:13
**starting** 31:14
**state** 6:7 50:4 76:8
77:7 87:6 90:19
92:10 108:4 206:7
210:24 244:17
**statements** 247:7
**states** 1:1 5:2 87:7
**stating** 107:25
**station** 43:13,13
43:15 211:5 235:2
**stay** 215:9 217:10
**stayed** 9:6 20:22
217:8
**steadily** 94:20
**steel** 37:22,24
**stenographically**
248:8
**step** 14:23 38:1
117:17
**steps** 84:6
**sterling** 42:2
**sternberg** 2:12
**stick** 148:13
219:10,12
**sticks** 148:9
**stipulation** 4:1
**stir** 38:19
**stitches** 185:2
**stomach** 227:2
**stone** 30:13,16
35:22,23,24 48:8
50:22
**stop** 32:16 80:17
125:4 128:17
131:7

**stopped** 80:16
127:7 130:4
139:10 145:13
154:2,8
**storage** 24:10,11
61:12 62:11 68:4
68:13 69:3,6,8
72:19,23,25 73:2,9
82:13
**store** 53:11 73:13
172:19 223:10
**stored** 223:19
**stories** 22:10
24:16 149:13,18
**story** 24:17,18
36:5,7 148:10
**stove** 202:9,13,22
218:19
**strawberries**
173:23
**street** 1:17 2:5,13
4:19 22:25 23:1,6
23:8 34:21,22,24
35:3,11 39:25
40:2,4 42:6 45:24
47:16 84:23 87:18
164:17
**strictly** 113:7
**strike** 152:2
**stroke** 189:21,23
190:3,5
**strokes** 189:24,25
**strong** 100:2
143:14
**structures** 29:17
29:22,23
**struggle** 147:9
148:18
**struggled** 147:6
**struggling** 135:9

**student** 147:16
**study** 9:2
**stuff** 53:8 219:10
**style** 37:5 41:14
**styles** 38:21 39:3
**sub** 27:20 28:3
**subbed** 12:23
28:23
**subfloor** 64:6
**subflooring** 63:18
63:20 64:2
**subjects** 161:20
**submitted** 68:19
**subs** 29:1 233:3
**subscribe** 247:6
248:16
**subscribed** 247:12
**subsequent** 27:23
**subsided** 139:10
**substances** 238:15
**substitute** 184:14
**succeed** 118:1
**successfully**
142:16
**sudden** 128:10
**sugar** 184:14
**suggest** 156:15
**suggested** 159:2
160:7
**suite** 2:9
**sulfisoxazole**
230:13
**sullivan** 1:3 2:17
2:21 4:23 5:10
36:16 38:2 71:16
242:24 249:2
**sullivan's** 36:14,20
**summer** 9:20
69:24 119:16
142:17 147:9
168:1,2 172:8

192:24 198:13,22
215:8,12 220:18
220:19 223:1
**summertime**
137:16 138:10,11
218:2
**summons** 245:9
**sumner** 1:14 3:2
3:14 5:5,25 6:5,9
6:18 8:8 53:7
57:10 65:2 67:1
70:10,22 71:17,17
71:18,21,24 72:8
85:10 88:12 93:4
94:1,7,17 95:2
96:16,24 97:21
98:8,16,24 101:5
103:13 104:13,20
104:22 152:20
160:3 162:6
186:14,25 187:21
188:1 206:18,25
207:2 211:18
246:2 247:10
249:25
**sunburn** 222:4,7
**sunflower** 168:23
170:4
**suny** 15:7
**supplement**
153:14 228:16
**supplements**
131:16 141:15
153:8
**supply** 225:20
**supposed** 122:20
**sure** 6:20 25:16
57:5 77:1 90:23
127:16 131:8
133:13 135:12
145:8,10 155:9

| | | | |
|---|---|---|---|
| 156:13 239:3 | 79:14,18 80:12 | 114:15 120:1 | **teenager** 196:13 |
| 242:15 244:24 | 95:11,12,22 97:18 | 121:7 126:7 141:6 | **teens** 241:2 |
| **surface** 44:15 52:1 | 104:10 116:12,14 | 142:23 162:10 | **teeth** 159:4 160:4 |
| **surgery** 130:21 | 117:17 118:16,16 | 178:15 199:12 | 161:1,8 198:1 |
| 131:5 | 119:2 121:15,17 | 202:18 205:22 | **tell** 8:7 14:5,24 |
| **surgical** 131:10 | 122:5 123:22 | 207:24 214:19 | 20:23 21:2 23:13 |
| **surprised** 148:4 | 127:6,8 128:23 | **talking** 38:20 40:1 | 27:18 30:10 36:24 |
| **surrounded** 30:12 | 130:8 141:2,15 | 67:17 75:16 | 38:6,12 51:21 |
| **survived** 21:12 | 143:8,12 149:16 | 104:23 111:7 | 60:9 61:10 68:8 |
| **susan** 22:19 23:8 | 153:8,10,12,14,15 | 128:8 152:9 | 80:19,21 86:18 |
| 34:19,22,24 44:2 | 153:18 156:9,21 | 155:20 189:12 | 88:12 95:2 96:6 |
| 188:3 | 157:12,15 161:23 | **tall** 111:13 | 114:18,25 118:20 |
| **sushi** 176:13 | 203:22 206:15 | **tank** 49:17 52:2,4 | 129:16 131:1,1 |
| **swayne** 188:4 | 213:18 226:22 | 72:19,24,25 73:1,3 | 132:6 133:9 135:5 |
| **swear** 5:22 | **taken** 1:14 4:20 | 73:15,16 | 137:13 147:3 |
| **sweet** 45:8 113:14 | 53:2 60:2 67:11 | **tanning** 222:11 | 149:9 153:2 161:7 |
| 113:21 114:12 | 84:6 104:16 | **tap** 212:23 213:2,9 | 165:14 185:6 |
| 167:12 173:16,17 | 122:17 127:25 | 214:1 215:13 | 196:15 197:5,10 |
| **swimming** 50:24 | 128:20 151:12 | 217:7 225:8,10 | 197:21 200:21 |
| 221:8,8 | 156:13 158:11,15 | **tape** 28:13 84:9,13 | 203:5 204:9 |
| **sworn** 5:25 247:12 | 162:1 206:20 | **tar** 237:12 241:19 | 205:23 206:2 |
| 248:4 | 225:24 226:13,20 | **tarragon** 181:6 | 208:10,13,13 |
| **symbols** 208:23 | 226:23 227:3 | **tars** 241:12,18 | 209:4 210:19 |
| **sympathetic** 130:1 | 228:23 229:21 | **tasks** 12:11 | 211:14,19,19 |
| 130:5 | **talcum** 241:1 | **tax** 82:7,17 83:3 | 228:22 |
| **symptoms** 89:25 | **talk** 15:10 22:16 | 108:17 | **telling** 53:14 |
| 97:8 101:23 130:2 | 27:21 31:23 35:8 | **taylor** 22:19 23:8 | 118:11 160:25 |
| 130:5,9 141:7 | 38:1 53:23 61:14 | 23:8 34:19,22,24 | 161:1 |
| 142:11,18,20 | 62:6 111:6,8 | 44:2 | **ten** 32:20 52:16,21 |
| **system** 21:18,20 | 116:1 120:6 | **tea** 166:5,7,9,11,16 | 82:13 106:7 |
| 40:19 41:6 88:5 | 134:15 135:20 | **teacher** 14:25 | 111:18,22 112:3 |
| 203:14 | 136:9 137:13 | 235:14 | 117:13 142:1 |
| **systems** 41:1 | 146:5,23 155:10 | **teaching** 233:20 | 217:5 231:19 |
| 62:17 | 156:11 168:14 | 233:22 243:6 | **tense** 96:18 |
| | 186:11 196:23 | **team** 203:21 | **tequila** 168:4 |
| **t** | 198:5 203:24 | **technical** 6:6 | **term** 91:7 101:17 |
| **t** 3:8 103:23,23 | 205:21 207:25 | **technically** 35:10 | 123:12 130:18 |
| 236:13 249:1,1 | 224:10,25 | **techniques** 131:11 | 190:7,10 |
| **tag** 70:13 | **talked** 14:20 53:9 | **ted** 243:17 | **terms** 29:17 37:5 |
| **take** 7:7,15,18 | 59:14 95:15 | **tedious** 8:1 162:24 | 108:11 163:8,14 |
| 24:1,22 50:24 | 104:25 110:5 | | |
| 52:14 65:12 72:4 | | | |

**terrible**  103:25
  147:16 149:14
**test**  50:2,4,9 76:6
  76:12,15,17,18,24
  77:2,22,24 78:9
  79:5,12,17 80:4,12
  80:20 135:6,11
  208:11 209:5
  244:20
**tested**  15:11 50:6
  76:5 77:5,7,8
  78:25 79:23,25
  209:25,25 217:12
  217:14
**testicular**  103:3,14
**testified**  6:2
  137:19
**testify**  248:4
**testimony**  248:11
**testing**  77:9 79:8
  245:1
**tests**  49:22 50:12
  76:6,10 79:1,2,3
  80:6 115:18,18
  128:23 135:1,16
  135:17 139:18
  191:10,11,19
  210:6
**tethered**  16:11
**tetrachloride**
  237:24
**tex**  219:7
**thank**  65:9 67:1
  71:1 72:4 73:5,11
  73:21 82:14 85:20
  86:4 88:9 94:10
  94:24 96:22
  161:14 162:22
  185:17
**thanks**  123:14
  137:23 241:8,8

**thanksgiving**
  182:20
**that'd**  121:11
**thing**  37:18 50:7
  63:3 104:23
  135:14 189:21,23
  194:4 197:2
**things**  13:19 22:12
  30:15 53:24 91:19
  92:12 96:1 102:8
  121:25 126:7
  127:22,23 131:20
  135:5,13 143:17
  145:14 159:17
  162:9 187:15
  193:13 199:8,10
  213:17 225:1
  238:23
**think**  10:4 13:7,20
  17:10 22:7 27:10
  27:13 29:1,12
  33:13,17 35:2,13
  37:7 38:5 44:14
  46:8 49:5,12 55:6
  55:17 57:18 63:5
  68:20 73:11 77:12
  79:1 81:14 91:19
  92:6 98:15 99:14
  100:1 102:9,11,17
  104:7 105:17
  109:24,25 111:12
  112:13 114:2,8
  116:7,10 121:14
  121:21 122:13,15
  122:15 123:9
  125:15,23 127:21
  128:3 132:12,14
  139:11,11,18
  140:8,14,14,22
  144:9,18 145:24
  149:14,16 151:24

**152**:7,11 155:8
  158:5 161:12
  162:23 165:19
  169:5,19 174:18
  176:10 180:23
  183:13 187:15
  188:5,24 189:5
  194:10 195:5
  203:3 206:6 211:4
  224:7 231:22
  238:22 240:17
  241:7 243:4
  244:21
**thinking**  131:10
  171:25
**thinks**  157:9
**third**  58:25 59:5
  102:24
**thorough**  169:12
**thought**  48:21
  99:4,16 118:21
  123:22 150:22
  178:15
**three**  10:21 35:4,8
  39:19,20 40:10
  64:6 96:4 110:3
  114:22 115:22
  117:21 136:22
  138:2 144:21
  148:16 155:1
  157:14 158:5
  165:23 166:21
  167:11,16 168:2
  169:23 170:13
  171:10,20,22
  172:12,22 173:1
  173:11,15,22
  175:20 176:3,14
  176:18,25 177:22
  178:9 180:12
  181:24 182:5

**183**:18 185:3
  187:18 214:14,18
  220:10
**throat**  89:23 90:1
  96:17,18 97:2
**throats**  89:20
**thumb**  201:4
**thyme**  181:8
**thyroid**  103:3,14
  134:10,11 190:25
  228:14
**tick**  142:3
**tied**  16:11
**time**  4:16 5:6 7:19
  9:24 11:1 14:17
  17:22 18:1,11
  20:15,17 22:3
  28:18 29:15 31:13
  37:21 38:9 48:9
  50:8 52:24 53:3
  53:24 58:21,25
  67:13,22 69:22
  70:2,6 71:8,12
  76:18 84:21 85:1
  87:18 88:3 89:4
  90:9 91:13 92:23
  97:3,9,22 98:25
  100:24,24 101:7
  101:16 102:11,12
  104:11,17 110:7
  110:10 111:1,8
  113:6 122:21
  125:22 126:9,12
  126:15 127:11
  128:22 131:6,10
  141:16 143:23
  144:2,12 145:12
  147:8,12,15 148:8
  148:15,20 149:1
  149:16 160:15
  161:24 162:2,16

164:19 171:16
173:17 174:1
177:7 178:20
179:4,18,25
180:10 182:24
184:16 198:2
203:17 205:10
206:16,21 212:8
212:15 215:11
216:17 217:3
221:10 228:18
244:19 245:6,25
**timeline** 207:15
**times** 12:23 59:9
78:25 90:6 92:5
119:18 124:7,10
130:25 138:2
148:17 156:21
157:12 165:16,17
166:21 167:11,16
168:2,22 169:23
170:14 171:1,10
171:20,23 172:2
172:22 173:1,11
174:3,5 176:3,14
176:22,25 177:11
177:22 178:9
179:18 180:12
181:2,24 182:5,22
183:18,24 184:2
214:14 222:6
**tip** 185:8
**tips** 238:20
**toast** 175:21
**tobacco** 154:19
242:3
**today** 6:14 7:23
30:19 162:10
**today's** 4:15 246:2
**tofu** 163:16

**toilet** 196:1
**told** 30:23 53:20
81:3,23 90:17
97:22 116:17
117:2 124:22
125:10 130:1,4
139:9 140:24
156:14 159:6
189:6,9 197:12,12
197:25 205:24
206:7 208:3
**toluene** 242:6,6
**tom** 2:21 5:12
**tomatoes** 173:12
**tonnage** 60:10
**tons** 60:5
**tool** 51:3,6
**tools** 20:3 24:10
29:20
**tooth** 113:14,21
114:12
**top** 28:24 58:19
93:13
**topsoil** 60:5,12,13
**total** 61:25 62:21
75:14
**touch** 135:14
**touched** 146:24
**tough** 28:18
**town** 10:1 42:13
82:7,17,20 120:7
**track** 120:19
**trade** 9:8,11,18
11:1,5,8 12:10
17:4
**trades** 11:6 28:9
109:16
**train** 211:5 235:6
**training** 106:14
**transcript** 247:3,6

**transcription**
248:10
**transform** 126:23
126:24
**travel** 215:16,19
215:19,22,23
216:6,15
**traveled** 216:17
**traveling** 215:21
**treat** 125:2 139:20
**treated** 59:20,23
142:16 155:21
**treatment** 127:8
141:24 143:23
144:12,13
**tree** 45:8,8
**trees** 44:22,24
45:1,4,7,9,11
46:16
**trichloroethylene**
242:1
**tried** 58:19 157:17
161:18 170:12
228:17
**triglycerides**
117:3
**trillion** 76:20
208:16
**trim** 17:15
**trip** 216:7,9,10
**trips** 221:16
**trouble** 14:2
**truck** 243:4
**trucking** 233:8,10
**true** 32:13 43:18
87:7 105:16 114:5
130:3 212:11
248:11
**trust** 117:14 121:5
145:10 213:14

**truth** 38:12 248:5
248:5,6
**try** 52:17,19 96:1
96:2,11 117:13,25
143:15 144:7
158:5 163:11
210:23 218:8
**trying** 9:7 10:4
38:19 57:2,6 86:3
86:10 139:5
141:17 143:17
147:10 179:24
183:13 186:20
**tubular** 130:12
**tumor** 130:16
**tuna** 146:17
**turkey** 178:8
**turn** 4:8
**turns** 57:15 98:19
99:18 100:15,16
**turpentine** 223:18
**turtles** 222:23
**tutoring** 147:9
**twice** 37:2 58:25
110:19 122:19
123:18 124:11
167:24 169:7,17
170:18,20 173:6
175:14,14,22
177:22 178:13
179:12 180:15
182:11 184:4
192:24
**two** 9:1 10:16 15:8
18:21 23:19 29:18
30:8,9,11 36:7
39:19,20 43:17
45:6 71:20 90:16
96:4 100:19 103:1
123:22 136:22
138:23 141:24

144:21 153:1
155:4 160:12
165:11 167:13
170:13 171:10,22
172:22 173:1,15
175:5,19 176:3,8
177:20 178:9
179:8 180:12
181:24 183:9,13
183:16,18 188:7,7
216:9 217:11
218:2 220:10,11
222:19 223:1
**tylenol** 226:22,23
**type** 40:19 45:1
**types** 13:7 167:17
**typewriter** 149:19
194:20
**typically** 12:14
54:15 134:16
216:7 218:3

**u**

**u** 188:3
**uh** 7:4,5,5 238:21
**uncle** 9:21 190:5,6
**unclear** 55:13
**uncomfortable**
150:15 162:17
**underground** 52:9
52:10
**underneath** 61:13
63:20 68:11,14
69:8
**understand** 17:2
18:25 26:20 28:8
31:22 60:4 61:6
63:21 69:11 77:24
80:22 85:15 88:18
100:1 109:4
130:19 143:17
149:6 162:9,20

163:3 184:19
188:10 204:2,5
205:1 210:16
219:11
**understanding**
23:7 27:3 58:3
66:6 77:13 78:9
78:20 80:23 88:21
130:17 143:24
204:9,21
**unfiltered** 154:16
**unfinished** 17:24
**uniquely** 209:9
**unit** 40:14
**united** 1:1 5:2 87:7
**units** 62:11
**unsafe** 30:23 82:1
82:4
**upgraded** 37:13
59:19 62:16
**upgrades** 59:14
62:17
**upholstery** 73:23
**upset** 204:15
227:2
**urge** 88:4
**urinating** 129:6
**urquhart** 2:17,21
5:10
**usda** 141:12,19
**use** 16:6,9,13,15
16:24 18:2,7,8,13
20:17 21:2,6
30:18 31:24 32:1
32:2,25 33:2 81:6
83:11 109:15
123:3 125:1 154:7
156:11,17 159:3,7
160:5 163:15
184:14 191:23
192:23 193:10,12

193:13 195:23
196:6 198:24
202:7 204:13
217:23 218:1
219:16,22,24
221:12,14 222:11
222:13 223:6
225:10,11,14
239:5 241:5
**uses** 193:18,19
240:6
**usually** 7:16 64:3
164:13 167:4,4
168:1 172:18
175:18 179:8
189:12 193:14
215:8 217:11
221:19 233:3
**utilities** 72:16
**utility** 69:2,6

**v**

**vacations** 8:18
**vague** 43:20 46:5
92:14 123:13
134:22
**valerian** 231:4,6
**valid** 66:19
**valuation** 106:15
**value** 75:15 82:20
82:24 83:5 107:7
107:9,13,17 108:2
108:12 109:1,5,6,8
204:13
**vanilla** 184:1
**vanities** 19:23
**vapor** 233:24
**vapors** 21:4
**variance** 35:14,17
**varied** 8:15
**varies** 40:10 46:2
137:15

**various** 11:8 16:5
55:9,19 70:19
133:19 134:6
168:14
**varnish** 13:3 16:24
**varnishes** 17:22
20:17
**vary** 35:19 46:3
**vegetable** 30:7,19
31:14 47:7 59:15
60:18 80:2 81:7
81:15,16 137:21
192:16,17 218:12
**vegetables** 30:24
31:19,23 163:10
170:9 173:8
218:10,14,16
**vegetarian** 112:14
112:20,22 113:6
146:7
**vegetarianism**
145:13
**vegetation** 112:11
**ventilation** 21:18
**verbal** 7:6 211:24
212:4
**verbally** 54:20
**veritext** 4:15
**vermont** 1:1 4:20
5:3 9:19 81:6 87:6
93:13 206:8
210:24 211:25
214:24 216:11
244:13,22
**versus** 4:25
**video** 71:7
**videographer** 4:5
5:20 52:24 53:3
70:2,6 71:8,12
84:10 92:24 104:9
104:11,17 161:24

162:2 206:16,21
245:25
**videotaped** 1:13
**view** 108:18
109:21
**vindicated** 92:13
99:20 100:2
**vinegar** 184:3
**vinyl** 242:8
**visible** 87:21
**visit** 210:19 215:5
215:7 216:8,21,25
**visited** 134:15
210:16 211:2
215:11 217:3
**visits** 134:17
144:22
**visually** 148:11
**vitamin** 141:10,15
228:16
**vodka** 156:1
167:18,21
**vose** 244:21
**vs** 1:7 249:2
**vt** 1:17 2:5,13 3:15

**w**

**w** 2:8 188:4
**wait** 7:12 25:16
**waived** 4:3
**wake** 89:22
**walk** 42:20
**walkway** 68:12
**wall** 30:16 50:21
59:13 62:11
**wallet** 121:16
122:4
**walls** 24:2,3 30:13
50:23 68:16
**walnuts** 168:18
**want** 48:19 52:15
55:1 71:4 85:18

95:8 100:20
121:19 143:12
145:10 149:12
151:19 158:19
159:16 161:14
162:6 191:23
202:22 225:23
**wanted** 104:22
110:12 135:14
146:15 245:15
**wants** 28:14
108:17,17
**warm** 168:3
**warned** 191:2
**washing** 224:7
**washington**
210:23
**watchers** 179:11
**water** 40:23 50:4,9
52:11 53:17 72:18
72:18,23 73:2,3,6
73:9 76:17,18
77:15,25 78:10,21
79:13 81:1 84:7
84:23 87:18 92:9
110:20 200:22
203:14,22 205:25
207:11,13,17
209:3 210:24
212:19,23 213:4,5
213:8,20 214:1
215:13,13,15
216:3 217:7
224:11,23 225:3,7
225:8,11,12,13,14
225:16,19,19
227:22 245:13,15
245:19,21
**wave** 244:5
**wax** 219:1,2,3,3,5

**waxed** 219:4
**waxes** 194:7
**waxless** 219:2
**way** 8:3 13:25
57:7 73:3 97:13
107:25 114:2
123:1 150:8,25
151:2 161:21
162:13,17 163:2
165:19 205:16
245:8
**ways** 224:10
**we've** 45:15 53:8
59:14 60:20 62:15
70:10 111:7
119:25 142:23
151:11 162:9,14
191:13 194:10
203:3 205:22
241:10 242:17
244:13
**weakness** 141:5,8
**weapons** 240:17
**wear** 239:2
**weather** 213:23
221:4
**weaving** 200:13
**weed** 192:21
**weeds** 196:5
**weedwhacker**
240:8
**week** 119:18 138:4
138:8,12,13 148:1
155:2 165:17
166:21 167:11
169:17 170:22
171:11 172:4,6
173:2,7,7,7,13
174:8 175:22
176:3,25 177:12
180:15 181:24

182:5 183:7 184:4
184:9 212:8
215:10
**weekly** 212:18
**weeks** 138:23
163:25 165:23,23
172:12 173:15
175:20 176:8
177:20 183:9
207:13 214:18
217:11 218:2
222:19 223:2
**weighed** 112:3
**weight** 111:15,16
111:17,23 114:16
115:1 125:9 137:8
137:11 139:5
179:11 226:25
**welcome** 157:1
**welder** 233:6
**welding** 201:11
242:10
**wells** 49:23
**went** 8:15,18 9:4
9:11 11:8 19:2
62:5 89:6,21
109:10,17 120:17
128:19,21 141:18
142:17 144:15
158:3 198:12
211:4
**whereof** 248:16
**whiskey** 167:19
**whiskeys** 167:17
**whispering** 4:7
**white** 3:10,11
37:25 172:19
175:23 180:7
**whitlock** 2:8,8
5:18,18 15:18,21
15:24 19:14 29:4

29:7,10 36:22
38:13 39:12 43:7
43:9,20 46:4,23
49:20,24 52:17,20
52:23 54:19 55:10
55:20 56:10 57:5
57:8,18 61:1 66:3
66:7,15 67:16,19
70:22,25 71:2
74:15 75:2,10
77:18 78:1,11,16
78:24 81:9 84:14
84:16,19 85:23
86:5 88:7,9 91:9
92:3,14 93:17,19
94:8,10,22,24
96:20,22 97:25
98:1,5,9,21,22
99:9,22 100:7,10
101:2,3,15 103:5,7
104:5 105:10,20
109:11 113:23
114:7 118:2,7
121:3 122:11,25
123:12 131:14,20
131:25 133:3
134:21 135:24
136:4,12 139:21
144:3 145:8,18,20
146:21 150:6,13
150:19,24 151:24
152:7,20,23 153:2
153:4 156:19,23
157:8,21 158:18
158:23 159:8,12
159:16 160:11
161:23 164:21
167:1 180:19,22
185:11 186:1
189:18 190:11,13
191:5 193:22

197:14,23 202:20
205:6 207:6,21
208:7,19 209:12
209:22 210:10,13
210:20 213:12
216:2 219:18
226:3,7,18 230:21
236:1,4 238:22
245:24
**why's** 151:8
**wide** 63:16 64:3,3
64:7
**wife** 25:1 67:5
80:19 87:24 89:13
136:6 179:11
188:12,13 193:12
193:18,19 224:5
228:13 243:5,6
**wife's** 14:6 95:4
216:21,25 221:17
**wild** 172:18
**william** 1:13 3:2
3:14 5:5,25 6:9
104:13,20 186:14
206:18,24 246:2
247:10 249:25
**willing** 108:20
205:10 213:18
**wilson** 2:17 3:3
5:9,9 6:4,12 16:4
19:16 29:9,13
36:23 38:18 39:17
43:12,24 46:6
47:1 49:14,21
50:1 52:14,19,21
53:6 54:22 55:12
55:23 56:12,25
57:6,14,20,23 61:5
64:18 65:1 66:6
66:12,23 67:18,20
69:25 70:9 71:6

71:15 74:18 75:5
75:13 77:20 78:3
78:14,17 79:4
81:2,11 84:9,12,15
84:20 85:6,9 86:8
86:13 88:7,11
91:12 92:7,19,22
93:3,17,21 94:8,12
94:22 95:1 96:20
96:23 97:24 98:4
98:7,10,20,23
99:13 100:4,12
101:1,4,18 103:5
103:12 104:10,21
105:12,22 109:14
114:1,4,9 118:4,10
119:11,13 120:9
121:6 122:14
123:2,14,16
131:19,22 132:3
133:6 135:4 136:1
136:8,16 139:23
144:6 145:9,11
146:1,22 150:10
150:16,21 151:1
152:11,13 153:7
156:20 157:2,6,10
157:11,25 158:21
159:1,10,14,20
160:2,16 162:5
164:23 167:2
178:18 180:21,25
185:18 186:7,10
189:19 190:15
191:7 193:25
197:17 198:4
202:24 203:4
205:14 206:15
207:1,8,23 208:9
208:21,25 209:14
210:1,15 211:1,17

213:15 216:5
219:20 226:5,8,9
226:21 230:22
231:18 235:20,21
236:7 238:25
239:1 245:23
**wind** 21:5 90:4
**windex** 195:1
**window** 40:14
194:25
**windows** 17:14
21:15 60:21 89:16
89:17,21
**winds** 94:5
**wine** 155:24 156:1
167:8
**wines** 167:12
**winter** 67:10
137:24 198:12,18
220:22
**wintertime** 48:20
67:9 138:12
**withdraw** 20:13
71:23 206:13
214:11 244:10
**witness** 3:2 5:5,22
5:23 15:20,23,25
16:3 29:6,12
52:11 54:21 65:14
70:14,21,24 71:1
72:12,15,22 73:7
84:18 100:9
119:10 120:5
134:24 145:22
152:8,22,25 153:3
153:6 190:9,12
211:15 236:3
248:16
**wondering** 66:10
**woo** 14:2

**wood**  21:22 23:21
23:25 24:10,11,11
24:12,13 27:16
29:19,24 35:20
44:19 53:10,11
148:11 218:19
242:12
**wooded**  47:10,16
47:18
**woodpile**  218:22
**woods**  34:12
**woodshed**  53:13
**woodworker**
212:12 242:13
**woodworkers**
18:9
**woodworking**
11:2,9 17:3 19:6
19:12 20:16 21:13
24:12,13 83:10
148:7 199:2,3
223:16 239:23
**wool**  2:4 86:3,10
**word**  100:2 133:4
**work**  11:25 12:4,6
12:11,19,22 13:2,5
18:10 19:15,18,19
27:19 54:12,17
55:15,22 56:6,8
61:21,23 83:17
125:5 134:17
152:6 199:17
200:7 202:1,6
213:21 214:2
234:1
**worked**  12:2 16:5
20:12 109:21
196:17 202:4
212:16 236:8
**worker**  232:21

**workers**  185:22
186:2
**working**  9:21
11:23 12:15 16:25
17:6 20:13 21:6
58:25 90:18 102:4
106:10 114:22
196:19 212:11
213:19,24 232:25
233:4,6
**workplace**  184:20
185:12,20
**works**  199:15
211:20,25
**worms**  226:10
**worries**  95:5
**worry**  94:16 95:3
**worst**  184:10
**worth**  110:5
118:17
**wrack**  13:16
**write**  22:9 72:13
72:21,23 108:17
122:8 149:16,18
**writer**  149:7
**writing**  22:8
149:10
**written**  6:24
**wrong**  204:22
205:13

**x**

**x**  3:8 231:8,10
242:16,17

**y**

**y**  6:9 103:24 188:4
**yard**  44:15 45:21
46:8 47:23 83:19
83:23 110:9 196:5
235:6

**yards**  27:10 36:17
46:10 85:5 103:19
**yeah**  7:4 9:16
10:16 11:3 13:8
13:21 15:25 28:9
29:6,16 34:8
35:21 39:15 41:15
43:3,22 44:18,21
45:10 48:18 51:16
52:12,20,23 54:14
57:8 58:8,17
63:23 65:20 66:16
72:6 73:17 75:12
80:22 84:14,18
86:12 89:16 91:15
98:4 112:16,24
113:2 122:6
123:19 127:6
128:9 131:3
132:25 139:17
144:20 145:10,22
151:22 152:22
153:3 161:10
167:3 169:19
170:2,7 171:22,25
172:11,18 174:10
177:9,19 178:17
180:23 187:12,21
192:2 196:22
207:22 208:21
212:6 218:16
222:23 224:20
226:17 231:17,23
236:3 238:15,18
238:21 240:25
241:2 243:10
**year**  8:17 9:6,11
9:12 10:7 11:18
37:19 48:13 61:18
69:24 94:1,19
113:1 116:6

129:21 138:2,22
154:3 167:16
168:22 169:7,23
171:1 172:2
173:11 174:3,5,7
174:15 176:12,14
176:22 178:13,24
179:1 180:13
181:2 182:20,22
183:19,25 184:2
186:17,18 187:23
188:2 191:21
203:10,10 221:23
**year's**  179:18
**years**  9:1 10:16,21
12:5 13:15 16:6
18:21 19:5 31:12
32:17,20 40:10,10
48:14 82:13 88:1
106:7 110:2,10
111:18,22 112:3
112:16,17,23
113:3 115:2,23
117:21 121:14
125:15,24 128:3
129:10 131:3,9,17
131:20 132:19
133:12,15 136:22
140:23 142:1,2
154:9 158:5
167:14 168:13,24
169:1 171:15
187:6 194:11
195:12 200:24
216:24 217:5
219:4,15 220:10
226:4
**yellow**  183:8
**yesterday**  136:14
151:25 242:25

| | |
|---|---|
| **yogurt** | 182:6 |
| **york** | 2:18,22 |
| | 10:18 106:10,11 |
| | 196:16 |
| **young** | 196:13 |
| **younger** | 187:21,25 |
| | 201:25 202:5 |
| | 215:4 |

**z**

| | |
|---|---|
| **zero** | 93:23,25 |
| **zone** | 93:15 108:5 |
| | 108:10 |
| **zucchini** | 184:7,8 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.