# EXHIBIT 78

Page 1

1            UNITED STATES DISTRICT COURT
                DISTRICT OF VERMONT

2

3

    JAMES D. SULLIVAN, et   )
4   al, individually, and   )
    on behalf of a Class of )
5   persons similarly       )
    situated,               )   Civil Action No.
6                           )   5:16-cv-00125
            Plaintiffs,     )
7                           )
       vs.                  )
8                           )
    SAINT-GOBAIN            )
9   PERFORMANCE PLASTICS     )
    CORPORATION,            )
10                          )
            Defendant.      )
11

12

13          VIDEOTAPED DEPOSITION OF THEODORE B.
14      CRAWFORD, taken pursuant to notice before Beth
15      Gaige, Registered Professional Reporter, at
16      the offices of BarrSternberg Moss Silver &
17      Munson, P.C. 507 Main Street, Bennington,
18      Vermont, on May 1, 2018, commencing at 9:35
19      a.m.
20

21

22

23

24

25

```
                                          Page 2

1                 A P P E A R A N C E S
2
3        FOR THE PLAINTIFFS,
4            EMILY J. JOSELSON, ESQ.
             Langrock Sperry & Wool, L.L.P.
5            P.O. Drawer 351
             Middlebury, VT 05753
6            Phone:  802.388.6356
             E-mail:  Ejoselson@langrock.com
7
8            DAVID F. SILVER, ESQ.
             Barr Sternberg Moss Silver & Munson, P.C.
9            507 Main Street
             Bennington, VT 05201
10           Phone:  802.442.6341
             E-mail:  Dsilver@barrsternberg.com
11
12       FOR THE DEFENDANT:
13           LINCOLN WILSON, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
14           51 Madison Avenue
             New York, NY 10010
15           Phone:  212.849.7000
             E-mail:  Lincolnwilson@quinnemanuel.com
16
17           TOM BARNES, ESQ.
             Quinn Emanuel Urquhart & Sullivan LLP
18           51 Madison Avenue
             New York, NY 10010
19           Phone:  212.849.7000
             E-mail: Tombarnes@quinnemanuel.com
20
21
22
23
24
25
```

Page 3

INDEX

WITNESS:  THEODORE B. CRAWFORD

    Direct Examination by Mr. Barnes              6
    Cross-Examination by Ms. Joselson           201
    Redirect Examination by Mr. Barnes          208

E X H I B I T S

Exhibit No.    Exhibit Description            Page
Exhibit 1  Bennington Banner October 8, 2005    63
           article

Exhibit 2  R.k. Miles Invoice                  102

Exhibit 3  Doxsee Roofing, Inc., invoice       102

Exhibit 4  Analytical Results.  Printed:       107
           5/3/2016
Exhibit 5  Analytical results.  Printed        143
           9/28/2016 and other documents
           relating to samplings
Exhibit 6  August 2, 2017,letter from MSK      154
Exhibit 7  Tax bill for tax year 2017-18       179
Exhibit 8  Declaration of Ted Crawford in      196
           support of plaintiffs' motion for
           class certification
Exhibit 9  Plaintiffs' fourth supplemental     201
           disclosures on merits issues

1                    STIPULATION

2           (It is hereby agreed by and between the

3      parties that signature is not waived.)

4                - - - - - - - - - -

5           THE VIDEOGRAPHER:  We are now on the

6      record.

7           Please note that the microphones are

8      sensitive and may pick up whispering and

9      private conversations.  Please turn off all

10     cell phones or place them away from the

11     microphones as they can interfere with the

12     deposition audio.  Recording will continue

13     until all parties agree to go off the record.

14          My name is Edward Roy representing

15     Veritext.  Today's date is May 1, 2018.  The

16     time is now approximately 9:29 a.m.  This

17     deposition is being held at BarrSternberg Moss

18     Silver & Munsom, P.C., located at 507 Main

19     Street, Bennington, Vermont, and is being

20     taken by counsel for the plaintiff.

21          MS. JOSELSON:  Mm-mm.

22          THE VIDEOGRAPHER:  Defendant, I'm sorry.

23     The caption of the case is James D. Sullivan,

24     et al, individually and on behalf of a class

25     of persons similarly situated, plaintiffs,

Page 5

```
 1      versus Saint-Gobain Performance Plastics
 2      Corporation, defendant.  This case is filed in
 3      the United States District Court, District of
 4      Vermont, civil Action No. 5:16-cv-00125.  The
 5      name of the witness is Ted Crawford.
 6          At this time the attorneys present in the
 7      room and attending remotely will identify
 8      themselves and the parties they represent.
 9          MR. BARNES:  Tom Barnes.  I'm with Quinn
10      Emanuel Urquhart & Sullivan, and I represent
11      the defendant, Saint-Gobain.
12          MR. WILSON:  Lincoln Wilson for the
13      defendant.
14          MR. SILVER:  David F. Silver for the
15      plaintiffs.
16          MS. JOSELSON:  Emily Joselson for the
17      plaintiffs.
18          THE VIDEOGRAPHER:  Will the court
19      reporter, Beth Gaige, representing Veritext --
20      will swear in the witness and we can proceed.
21          MR. SILVER:  I'll do it.  She's not a
22      notary.
23          (The Witness was administered the oath by
24      Attorney Silver.)
25          MS. JOSELSON:  I just want to put
```

```
 1        something on the record before we start.
 2             Mr. Crawford is not a member of nor
 3        representing the exposure class, and based on
 4        Judge Crawford's order, Document 134, we would
 5        object and instruct the witness not to answer
 6        any questions regarding any medical record
 7        information, exposure information, information
 8        about chemicals or foods or other items that
 9        clearly relate to, if anyone, those in the
10        exposure class only.
11             MR. BARNES:  Objection noted.
12        THEODORE B. CRAWFORD, having been duly sworn
13        by the Notary Public, was examined and
14        testified as follows:
15                     DIRECT EXAMINATION
16        BY MR. BARNES:
17   Q.   Are you ready, Mr. Crawford?
18   A.   Yes.
19   Q.   Good morning.  My name is Tom Barnes.  We met
20        earlier, but I'm representing the defendant
21        today -- at today's deposition and I will be
22        asking the questions.
23   A.   Okay.
24   Q.   Can you please state your full name for the
25        record?
```

```
 1    A.   Theodore Burton Crawford.

 2    Q.   And what is your date of birth?

 3    A.   July 25, 1952.

 4    Q.   And so as I said, today I will be asking some

 5         questions and you'll just be giving me answers

 6         back.  There's a court reporter here who is

 7         going to be writing down everything we say, so

 8         just a few good ground rules.

 9              One of them is that when I ask a question

10         it's helpful to wait until I finish the

11         question before giving your response.  You may

12         know where I'm going with the question, but it

13         will be easier for her if we take turns

14         speaking, and I will try to do the same for

15         you.  Okay?

16    A.   Okay.

17    Q.   The other -- another good ground rule is that

18         when you give your response it's helpful to

19         give verbal answers as opposed to mm-hmm,

20         mm-mms, you nodding your head, shaking your

21         head.  That will make It easier on the court

22         reporter as well.

23              I'll also try and be clear with my

24         questions, but if you don't understand a

25         question or want clarification, just ask and
```

Page 8

```
 1        I'm happy to try and clarify for you.  Okay?
 2   A.   Okay.
 3   Q.   And if at any point you need a break or to
 4        just take a bathroom break or anything, just
 5        let me know.  All I ask is that if there's a
 6        pending question or if you are in the middle
 7        of an answer, just we'll finish that and then
 8        we'll try and take a break then.
 9             All right.  Have you ever been deposed
10        before?
11   A.   No.
12   Q.   Have you ever given testimony at any sort of
13        trial or litigation?
14   A.   Yes.
15   Q.   When was that?
16   A.   Probably 1982 or '3.
17   Q.   And what was that?  What was the case about?
18   A.   Divorce case.
19   Q.   And were you -- were you involved in the
20        divorce case?  Were you --
21   A.   I was.
22   Q.   And was that your -- was that a first one?
23   A.   Yes.
24   Q.   And you're currently married right now?
25   A.   I am.
```

1    Q.   And to whom?

2    A.   Linda.

3    Q.   Linda Crawford?

4    A.   Linda Crawford.

5    Q.   Does Linda Crawford prefer Ms. Or Mrs.

6         Crawford?

7    A.   To me she prefers Linda.  To everybody else

8         Mrs. Crawford.

9    Q.   Mrs. -- I'll go with Mrs. Crawford then.

10   A.   Okay.

11   Q.   And she is also a class representative in this

12        matter as well?

13   A.   She is.

25   Q.   Anything else?

```
 1   A.   No.
 2   Q.   Do you believe those medications will affect
 3        your ability to answer the questions today?
 4   A.   They will not.
 5   Q.   And what, if anything, did you do to prepare
 6        for today's deposition?
 7   A.   I read through the book that Emily and David
 8        provided us.  We had several meetings and
 9        talked about things.  And I helped Linda get
10        ready for her deposition, and she helped me.
11   Q.   With regard to the book, what sort of
12        documents were in that material?
13            MS. JOSELSON:  Just the discovery that we
14        provided to you.
15            MR. BARNES:  I'll ask Mr. Crawford.
16        BY MR. BARNES:
17   Q.   Would you answer that question?
18   A.   The discovery book, yeah.  Everything that we
19        had given to you people and -- go ahead.
20   Q.   And it was -- when you say the discovery
21        things given us, this is documents you
22        produced to the defendants?
23   A.   Yeah.  We gave everything we asked -- that
24        were asked to give we gave, yes.
25   Q.   And did you review any court filings or
```

```
 1        anything in this matter?
 2    A.   Yes.
 3    Q.   Which ones?
 4    A.   All we were given.
 5    Q.   Do you recall specifically which documents?
 6    A.   No, but if you want me to look at them, I can
 7         tell you which ones I looked at.
 8    Q.   And you said you also had a few meetings to
 9         prepare for this; is that correct?
10    A.   That's correct.
11    Q.   And without telling me what was said during
12         those meetings, were these meetings with your
13         attorneys?
14    A.   Yes.
15    Q.   And do you recall how long those meetings
16         lasted?
17    A.   Hour, hour and a half, perhaps.
18    Q.   And by meetings, how many meetings were there?
19    A.   Three as I recall.
20    Q.   And were each about an hour, hour and a half?
21    A.   Yes.
22    Q.   And do you recall when those were?
23    A.   Yes.  They were here.
24    Q.   I'm sorry.  When they were?
25    A.   Oh, when they were.  No, not exactly I don't.
```

1    Q.   Was it within the last two weeks?

2    A.   One may have been.

3    Q.   Okay.

4    A.   The last couple of weeks have been kind of

5         crazy.

6    Q.   I understand.  Within the last maybe month,

7         would you say?

8    A.   One was at least, but I don't know exact

9         dates, no.

10   Q.   And you also said you talked with your wife

11        about this -- preparing for the deposition,

12        correct?

13   A.   About what?

14   Q.   You talked with Mrs. Crawford to prepare for

15        today's deposition?

16   A.   Yes.

17   Q.   And what did you talk about?

18   A.   We talked about the improvements to the house,

19        values.  That kind of thing.

20   Q.   And was this -- did you prepare together

21        before her deposition or after?

22   A.   Before.

23   Q.   Did you talk with Mrs. Crawford after her

24        deposition?

25   A.   Yes.

1    Q.   And what did you talk about at that time?

2    A.   We talked about the questions that she was

3         asked and a couple of things that were a

4         little quirky, shall I say, different, that

5         she thought was funny; but, you know, in

6         general we talked about what she said.

7    Q.   Go ahead.

8    A.   Most of what she was asked was her medical

9         records, so I assume we're not going to rehash

10        that here.

11   Q.   And at the risk of offending one of my

12        colleagues, what were some of the quirky

13        things you thought about at the last

14        deposition?

15   A.   Somebody asked her what that white pipe was in

16        the corner of our living room.  That's a pole

17        lamp, which when I was kid everybody had one

18        or two or three or five, and that one was her

19        mother's.  So that -- you know, that was kind

20        of different.

21             And the other thing was, that struck me

22        kind of funny, was he asked what the thing on

23        the roof was.  A chimney.  Everybody has got a

24        chimney in Vermont, at least one.  That's

25        where you've got to have someplace for your

1       oil fumes to go, you know.  Otherwise it's in

2       your house.  Just kind of funny, that's all.

3       Struck me funny.  I'm sorry.

4  Q.  No, that's -- that's okay.

5  A.  Anyway.

6        MR. WILSON:  We know Paul.  We're not

7       surprised.

8       BY MR. BARNES:

9  Q.  And you said you talked about some questions

10      she was asked as well; is that correct?

11  A.  Yes.

12  Q.  Do you recall which questions she had told you

13      about?

14  A.  Not really specifically.  I mean, it was kind

15      of general, you know, like what kind of food

16      she ate and that kind of stuff.  You know,

17      general.

18  Q.  Okay.  I'd like to ask you a few questions

19      about your background now, if that's okay.

20        Where were you born, Mr. Crawford?

21  A.  Bennington, Vermont.

22  Q.  In Bennington.  And have you lived in

23      Bennington your whole life since then?

24  A.  I have except for a short period in 1969.  It

25      was a summer in Mexico.

```
                                                  Page 15
 1    Q.   And what brought you to Mexico?
 2    A.   It was a school program that I joined and a
 3         bunch of kids went with three teachers for the
 4         summer, six weeks.
 5    Q.   And so from 1952, when you were born, until
 6         you said 1960 --
 7    A.   Nine.
 8    Q.   -- 9 you stayed in Bennington?
 9    A.   I did.
10    Q.   And then you left for a summer and then after
11         you came back in the fall of 1969?
12    A.   Yeah.  Senior year in high school.
13    Q.   And you've lived in Bennington continuously
14         since then?
15    A.   Except for another short period of time when I
16         lived in Fort Ord, California.
17    Q.   And what brought you there?
18    A.   The army national guard.
19    Q.   Did you -- when did you join the national
20         guard?
21    A.   '71 or '72, somewhere in there.
22    Q.   And how long did you stay in the national
23         guard?
24    A.   Eight years.
25    Q.   Eight years.
```

```
 1          MS. JOSELSON:  And remind you just to
 2      slow down because Beth is already having to
 3      scramble.
 4          THE WITNESS:  Sorry.
 5      BY MR. BARNES:
 6   Q.  And eight years, so that would be --
 7      apologies.
 8          When did you say you joined the national
 9      guard?
10   A.  It was '71 or '72.  Somewhere in there.
11   Q.  And so you left the national guard around
12      1980?
13   A.  Right in that period, yeah.
14   Q.  And did you stay in California that whole
15      time?  Is it Fort Worth you said?
16   A.  No.  I said Fort Ord.
17   Q.  And where is that?
18   A.  It's near Monterey.
19   Q.  And --
20   A.  And, no, I didn't stay there the whole time.
21      I was only there for the summer, six months.
22      Yeah, six months I guess it was.
23   Q.  And where else did you serve in the national
24      guard?
25   A.  Ludlow, Vermont, for a period of time.  Then I
```

1       rejoined Bennington, and then I went to

2       Rutland and was in the engineers for the rest

3       of my time.

4    Q.  The engineers of the national guard?

5    A.  Yes.

6    Q.  And what did you -- what did you do in the

7       national guard as an engineer?

8    A.  As an engineer, basically I drove a dump

9       truck.

10   Q.  And were you an engineer the whole time, from

11      '72 to 1980?

12   A.  Say that again.

13   Q.  Were you an engineer from 1972 to 1980?

14   A.  No.  When I was in Ludlow, we were in mortars.

15      Sorry, got to slow down.

16          I was in mortars in Ludlow with APCs,

17      Armoured Personnel Carriers.  We were mobile,

18      so the mortar tube was in the back of the

19      machine.  And then when we came to Bennington

20      we were tankers.  So because of my maintenance

21      background, I was put in the maintenance thing

22      and we -- we maintained the tanks, which was

23      fun sort of.

24   Q.  And from 1972 until when were you in the

25      mortar division?

```
                                                      Page 18

 1    A.   Man, probably -- I'm going to estimate I was

 2         up there for two years in Ludlow and then four

 3         years in Bennington and then two years in

 4         Rutland.

 5    Q.   So approximately from 1974 to 1978 you were in

 6         Bennington in the -- in the armoured --

 7    A.   Yeah.

 8    Q.   -- vehicle division?

 9              And then after -- in 1978 is when you

10         became an engineer?

11    A.   Correct, as best I recall.  The dates may be

12         whatever, but...

13    Q.   And you left the national guard in 1980?

14    A.   I did.

15    Q.   And did you -- did you receive any additional

16         education besides that military training?

17    A.   I had -- I have a degree from Community

18         College of Vermont.

19    Q.   And which college is that?

20    A.   Community College of Vermont.  That's the

21         college.

22    Q.   And when did you start at the Community

23         College of Vermont?

24    A.   I don't remember, but it took me about eight

25         years to get a degree because I was working
```

1      part-time.  So it took a while.

2  Q.  Did you receive a degree?

3  A.  I did.

4  Q.  And what was the degree in?

5  A.  Business management.

6  Q.  And do you recall the year of graduation?

7  A.  Do I recall?

8  Q.  When did you -- apologies.

9          Do you recall when you graduated after

10     you said eight years?

11 A.  No, I don't.  I would have to look it up.

12 Q.  And did you -- withdrawn.

13         Have you ever attended the Cleveland

14     Institute of Electronics?

15 A.  Attended it?  Yes.  Well, mail, through the

16     mail.

17 Q.  And what do you mean by through the mail?

18 A.  It was a mail order program.  You did

19     everything at home and mailed in all your

20     tests and all that stuff.

21 Q.  So it was sort of online college before

22     online?

23 A.  Kind of.  Yes, it was.  Yeah.

24 Q.  And do you recall when you started at the

25     Cleveland Institute of Electronics?

```
                                              Page 20
 1    A.   No, I don't.
 2    Q.   Did you graduate, receive a degree from the
 3         Cleveland Institute of ElectronicS?
 4    A.   No, not that I recall.
 5    Q.   Do you recall what courses you took?
 6    A.   No, I don't.
 7    Q.   Did you attend correspondence college in --
 8         while you were attending school through the
 9         mail?
10              MS. JOSELSON:  Object, but you can answer
11         it if you understand it.
12              THE WITNESS:  I didn't hear you.
13              MS. JOSELSON:  I'm going to object
14         periodically throughout the deposition, but
15         you can answer the question anyway, unless I
16         tell you not too.
17              THE WITNESS:  Okay.
18              MS. JOSELSON:  That's another reason why
19         you need to leave space between --
20              THE WITNESS:  Okay.
21              MS. JOSELSON:  -- his questions and your
22         answers so I can --
23              THE WITNESS:  Okay.
24              MS. JOSELSON:  -- put an objection on the
25         record.
```

```
                                              Page 21
 1            THE WITNESS:  Okay.  Did you just tell me
 2       not to answer that?
 3            MS. JOSELSON:  I did not.
 4            THE WITNESS:  Okay.
 5       BY MR. BARNES:
 6   Q.  I'll ask a different question.
 7            Did you ever travel to Cleveland to
 8       attend school?
 9   A.  No.
10   Q.  Talk a little bit now about your job history.
11            Are you currently employed?
12   A.  Yes.
13   Q.  And where are you employed?
14   A.  At Mcgill Air Flow.
15   Q.  And when did you start at Mcgill Air Flow?
16   A.  1985.
17   Q.  And in 1985, what job did you have with
18       Mcgill?
19   A.  I was an apprentice, a sheet metal apprentice.
20   Q.  And how long were you a sheet metal apprentice
21       for?
22   A.  Two years.
23   Q.  And while you were a sheet metal apprentice,
24       what sort of responsibilities did you have?
25   A.  Build product.  I was out on the floor and
```

Page 22

```
 1        learned the trade, learn how things go
 2        together and what goes together with what.
 3        When you got a fitting that wasn't correct,
 4        make sure you got it fixed before it went out
 5        the door.  That kind of thing.
 6   Q.   And in 1985, what kind of projects did Mcgill
 7        Air Flow make?
 8   A.   HVAC products, round and oval.
 9   Q.   Anything else?
10   A.   In Bennington?  No.
11   Q.   And did you work with certain types of metals
12        that you recall?
13   A.   Yes.
14   Q.   And what were they?
15   A.   Galvanized, stainless, galvanneal, aluminum,
16        perforated materials, sheet material, which
17        could be galvanized and black iron, as well as
18        stainless.  Uni-Coat, which is a poly mild
19        coated metal.  I think that's about it.
```



[redacted]

1    Q.   And what kind?

2              MS. JOSELSON:  Objection.  I'm going to

3         instruct you not to answer.  There's no

4         relevance.  It's covered by the order.

5              MR. BARNES:  There -- relevance isn't a

6         proper objection to begin, and the second,

7         that order does discuss the production of

8         medical records but it has no bearing on

9         whether or not he can answer a question about

10        his job history.

11             MS. JOSELSON:  You can ask him about his

12        job history.  You can't ask him about any

13        chemicals at any of his job -- jobs where he

14        has worked.

15             MR. BARNES:  And what's the basis for

16        refusing to --

17             MS. JOSELSON:  As I said, the court

18        order, Document 134.

19             MR. BARNES:  Specifically what part of

20        the court order though?

21             MS. JOSELSON:  We'll argue about that

22        later.

23             MR. BARNES:  Well, I'd like him to answer

24        the question, so I think we have to discuss it

25        now.

1          MS. JOSELSON:  No.  You can call the

2     Judge.

3          MR. BARNES:  Is that the same order that

4     discusses the proper objections as well?

5          MS. JOSELSON:  No.  It's the order that

6     governs the discovery of information for those

7     in the exposure class, and since he is not in

8     the exposure class, there's no relevance to

9     any of those questions.

10          MR. BARNES:  Well, I'll repeat again that

11     relevance is not a proper objection in a

12     deposition, nor is it a proper basis to

13     instruct the witness not to answer a question.

14     And I do have a copy of these orders as well.

15          One second, Mr. Crawford.  I apologize.

16          MR. WILSON:  I think you've made your

17     position clear.  We don't believe it's

18     supported.  We don't think that relevance is a

19     proper objection, and the law is clear that

20     objection to form is the only objection that

21     you need to make here.

22          If you are going to instruct the witness

23     not to answer, we'll reserve our right to keep

24     this deposition open until we can bring this

25     issue before Judge Crawford to get a ruling

```
 1      and continue it.  So --
 2           MS. JOSELSON:  Can you give me a proffer
 3      for why asking a non-exposure class member any
 4      questions about chemicals that he's already
 5      testified he didn't work with but might have
 6      been used by others in a job he had is
 7      possibly going to lead to the discovery of any
 8      relevant evidence in this case?
 9           MR. WILSON:  We're not required to give
10      you a proffer about the relevance of that
11      question.  We're entitled to ask the question
12      that we want to as long as it's not privileged
13      and not harassing the witness.  We are
14      entitled to ask that question.
15           I'm happy to give that proffer if you
16      like.  I don't think it's necessary at the
17      time, at this time.
18           But my question to you is whether you
19      want us just to ask these questions and
20      proceed, or whether you would like to keep the
21      deposition open and we can bring this before
22      Judge Crawford later.
23           MS. JOSELSON:  First of all, I think the
24      person who is taking the deposition should
25      make the objection, so I would respectfully
```

1      ask that Tom do the speaking here.

2          And, secondly -- sure, go ahead and make

3      your proffer.

4          MR. BARNES:  I would say -- well, first I

5      would say I think it's okay for Lincoln also

6      to address this issue because we're talking

7      about improper objections anyway.

8          Second, I would just say in the order

9      from Judge Crawford on November 28, 2017,

10     document number 134, it discusses about the

11     issue of objections during depositions.  And

12     it says on page two, the result has been

13     frequent objections addressed to the purpose

14     and scope of individual questions.  Such

15     interference with the conduct of a deposition

16     is not tolerable.

17         So I would ask that we -- allow us to ask

18     our questions without having to address the

19     purpose and the scope of the question.  If

20     there is any question about medical records or

21     asking to produce medical records, then we can

22     discuss that, whether that's proper under this

23     order, but I don't think this order addresses

24     generic relevancy questions based on his prior

25     work history.

Page 28

1          MS. JOSELSON:  Of course it does.  It

2     limits the scope of discovery regarding the

3     non-exposure class members, and you know that.

4          So I will allow -- allow him to answer

5     this question, but I'm not going to go very

6     far further in this line in allowing you --

7     and we'll just have to check with Judge

8     Crawford.

9     BY MR. BARNES:

10    Q.   Would you like me to reask the question, Mr.

11    Crawford?

12    A.   Please.

Case 5:16-cv-00125-gwc Document 221-82 Filed 11/28/18 Page 30 of 253

[redacted]

Q. And how close is this factory to your current home?

A. About three miles.

Q. And how many people in Bennington worked at this factory?

A. You're going have to be more specific.

Q. Do you recall how many workers were employed

```
                                                  Page 30
 1        at the factory you were employed at at the
 2        time in 1985?
 3   A.   1985 had about 40 people.
 4   Q.   And today how many people work at that
 5        factory?
 6   A.   13, I think it is.
 7   Q.   And were you required to change your clothes
 8        before leaving the factory?
 9            MS. JOSELSON:  Objection, but you can
10        answer.
11   A.   Not required but -- not very smart not to,
12        how's that?  It was dirty business.
13        BY MR. BARNES:
14   Q.   Dirty as in -- what do you mean by that?
15   A.   Sheet metal is dirty.  When you cut it, you
16        form it and roll it and handle it.  Your hands
17        get dirty; your clothes; get dirty.
18            We also did a lot of lined stuff,
19        insulated, so fiberglass particles.  So your
20        clothes were pretty dirty at the end of the
21        day.  So I changed my clothes.  We had
22        uniforms.
23   Q.   And you would change before you left?
24   A.   Correct.
25   Q.   And would you do that every day -- every time?
```

```
                                              Page 31
 1    A.   Every time, every day.
 2    Q.   Do you know anyone who worked with you in --
 3         at Mcgill in 1985 who still lives in
 4         Bennington?
 5    A.   I can't answer if they live in Bennington or
 6         not.
 7    Q.   Do they -- do you know anyone who you worked
 8         with when you started at Mcgill who lives in
 9         the area?
10    A.   Yes.
11    Q.   Approximately how many people would you
12         estimate?
13    A.   Four, I believe it is.
14    Q.   And do they live -- do you know where they
15         live specifically?
16    A.   No.
17    Q.   Are their homes outside Bennington?
18    A.   I don't know.
19    Q.   And the four people you mentioned, do you know
20         their names?
21    A.   Yes.
22    Q.   And who are they?
23    A.   One is Terry Ratz.  One is Gordie Plago
24         (Phonetic).  What are the other two.  Hum.
25              I'm drawing a blank, but I think there is
```

```
 1        two more.  I can't remember their names.
 2   Q.   And Terry Ratz, do you know if -- he?  Is
 3        that -- is this a man?  Terry Ratz is a man?
 4   A.   Say it again.
 5   Q.   Is Terry Ratz a man or a woman?
 6   A.   Oh, I'm sorry.  It's a man.
 7   Q.   And is Terry Ratz -- do you know if Terry Ratz
 8        is a potential plaintiff in this case?
 9   A.   He is not.
10   Q.   And the second individual, is that person a
11        member of this class?
12   A.   No, he is not, as far as I know.
13   Q.   Do you know, as far as you know, the other two
14        individuals, are they members of the class?
15   A.   I don't believe so.
16   Q.   So after you were a sheet metal apprentice,
17        what did you do next at Mcgill?
18   A.   I was a sheet metal mechanic.
19   Q.   For how long?
20   A.   Approximately two more years.
21   Q.   So approximately from 1987 to 1989?
22   A.   '89, '90, somewhere in there.  Yeah.
23   Q.   And what did you do as a sheet metal mechanic?
24   A.   The same thing that I did as an apprentice
25        except I got paid more.
```

1   Q.  And how -- what position -- withdrawn.

2           And you changed positions again in 1990?

3       '89 or '90.

4   A.  '89, '90.  Right in there someplace, yes.  I

5       went in the office.

6   Q.  And what did you do in the office?

7   A.  I was called -- the position was called

8       production planner at that point.

9   Q.  And what did you do as a production planner?

10  A.  We got the orders from the sales offices and

11      processed them and gave them to the shop guys

12      to fabricate.  So I used to say I turn paper

13      into sheet metal.

14  Q.  And so did you work in the factory at all

15      during that time?

16  A.  No, we're not allowed.  It's a union shop.

17  Q.  Was the office located in the same location as

18      the factory?

19  A.  Yes.

20  Q.  Was that also approximately three miles away?

21  A.  Same building, yes.

22  Q.  And after -- what was the next position you

23      had at Mcgill?

24  A.  It was the same position but they renamed it

25      production supervisor.

1    Q.   And is that your current position?

2    A.   It is.

3    Q.   So how long have you been a production

4         supervisor?

5    A.   20-something years, I guess.  Yeah, it would

6         have been since '91 to the present, or '92.

7         Somewhere in there it changed.

8    Q.   And prior to starting at Mcgill did you have

9         another job?

10   A.   Yes.

11   Q.   And where was that?

12   A.   First Cook.

13   Q.   First Cook is the -- what is First Cook?

14   A.   First Cook is the -- well, back then it was

15        the Putnam Memorial Hospital.

16   Q.   And what did you do at First Cook then?

17   A.   Cooked, ran the kitchen basically.

18   Q.   And when did you start there?

19   A.   1969.

20   Q.   And you worked -- when did you end at First

21        Cook?

22   A.   1985, when I went to Mcgill.

23   Q.   And were you working at First Cook at the same

24        time as you were in the national guard?

25   A.   Yes.

1  Q.  And were you a cook continuously during that
2      time?
3  A.  Yes.
4  Q.  What kind of food did they serve there?  Did
5      they serve.
6  A.  It was a hospital.  We served all kinds of
7      food.
8  Q.  And have you had any other jobs other than the
9      ones we have discussed today?
10 A.  You mean prior to the hospital job?  I mean --
11     yes.
12 Q.  What was that?
13 A.  I worked in a store when I was in high school,
14     part-time.
15 Q.  Do you recall what the store was?
16 A.  I do.
17 Q.  What was it?
18 A.  Henry's Market now.  It was Saiem's
19     Supermarket then.
20         THE REPORTER:  What supermarket?
21         THE WITNESS:  Saiem's.  Sorry.
22     BY MR. BARNES:
23 Q.  And what did you do while you were there?
24 A.  Whatever George and Henry wanted us to do.
25     The brothers owned the store.

```
                                                    Page 36
 1    Q.   So what sort of jobs would that entail?
 2    A.   Stocking shelves, carrying groceries out for
 3         customers.  That kind of thing.
 4    Q.   Were there --
 5    A.   Running the register.
 6    Q.   Were there any other jobs you had besides that
 7         one that we have not discussed yet today?
 8    A.   Yes.  I mean, before that I mowed lawns and
 9         did odd jobs for Richard Slingham.
10    Q.   Was that while you were in high school?
11    A.   It might even have been before high school.
12         Yeah, it was a long time ago.
13    Q.   And do you have any plans on retiring?
14    A.   July 31st, 19 -- or 2018.
15    Q.   And do you have any plans once you retire?
16    A.   Yes.
17    Q.   What are they?
18    A.   My wife has a list, long list, and we're going
19         to travel a little bit.
20    Q.   What are some of the things on the list that
21         you are hoping to do after retiring?
22    A.   Oh, my God.  She wants me to do work on the
23         house, stuff like that, normal stuff.  She
24         would like me to clean the garage out so she
25         can get her car in there.  You know, normal
```

```
 1        everyday stuff.
 2   Q.   So would you call this a fun list or a chore
 3        list?
 4   A.   It depends on whether the write-er or the
 5        write-ee.
 6   Q.   You said you also plan on traveling a little
 7        bit?
 8   A.   Yeah.
 9   Q.   Do you have any specific plans to travel
10        anywhere?
11   A.   We're going to take a week off and go to
12        Westerly, Rhode Island, which is where we
13        vacation normally.
14             And one of us wants to retire and go
15        south, and the other one is just going to go
16        along for the ride, but no.  We want to
17        investigate some southerly locations.
18   Q.   Who is the person that wants to move south?
19   A.   The one that doesn't like the snow.
20   Q.   Is that you or your wife?
21   A.   That would be my wife.
22   Q.   And you said you have a typical vacation spot?
23   A.   Yes.
24   Q.   Do you own a house there?
25   A.   No.
```

```
                                        Page 38
 1   Q.   Where do you stay when you vacation there?
 2   A.   We stay at a hotel.
 3   Q.   And approximately how -- how frequently do you
 4        travel there?
 5   A.   We go there at least once a year and usually
 6        twice.
 7   Q.   And how long do you stay?
 8   A.   When we go in the summer, we stay for seven or
 9        eight or nine days.  When we go in the fall,
10        we stay for two or three days.
11   Q.   And when you retire, do you plan on staying
12        longer?
13   A.   Yes.
14   Q.   How long?
15   A.   A couple weeks at a time if we can.
16   Q.   So I would like to talk a little bit more
17        about your property now.
18             What is your home address?
19   A.   643 West Road.
20   Q.   And is that a single family home?
21   A.   It is.
22   Q.   And do you own the home?
23   A.   Almost.
24   Q.   What do you mean by that?
25   A.   I mean the bank has still got a little bit in
```

```
 1         it.  So we've got four more payments after I
 2         retire.  So in November we will own it.
 3    Q.   And by we, do you mean you and your wife?
 4    A.   I do.
 5    Q.   Are there any other coowners?
 6    A.   No.
 7    Q.   And what is the home constructed out of?
 8    A.   Wood.
 9    Q.   And that's a wood -- wood frame?
10    A.   Wood frame, yes.
11    Q.   And wood on the sides as well?
12    A.   The sides are -- I think they're cedar.  I'm
13         pretty sure cedar siding.
14    Q.   And is your house painted?
15    A.   Yes.
16    Q.   What color?
17    A.   White.
18    Q.   And how many stories is your home?
19    A.   Two.
20    Q.   And how many bedrooms?
21    A.   Five.
22    Q.   How many bathrooms?
23    A.   Two.
24    Q.   And what type of flooring does your home have?
25    A.   Hardwood floors upstairs.  Carpeted
```

                                                    Page 40

 1        downstairs.  It's a split level.
 2    Q.   And has that always been true for the entire
 3        time you have lived there?
 4    A.   Say it again.
 5    Q.   Has your home always had hardwood on the top
 6        floor and carpet on the bottom floor since --
 7    A.   Yes.
 8    Q.   -- you lived there?
 9    A.   Yeah.
10            MS. JOSELSON:  Okay.  You really need to
11        wait until after he finishes his question --
12            THE WITNESS:  Okay.
13            MS. JOSELSON:  -- until you answer.
14            THE WITNESS:  Okay.
15            MS. JOSELSON:  Beth is shooting me looks
16        that she can't write it down when you are both
17        talking at the same time.
18            THE WITNESS:  Okay.
19            MS. JOSELSON:  Okay?
20            THE WITNESS:  Yeah.
21            (Off-the-record colloquy.)
22            MR. WILSON:  You have to pretend you're
23        not a human being for the deposition and
24        just...
25        BY MR. BARNES:

Page 41

1    Q.  And does your home have air conditioning?

2    A.  No.

3    Q.  Does it have fans?

4    A.  Yes.

5    Q.  Ceiling fans?

6    A.  Yes.

7    Q.  Does it have the stand-up fans as well?

8    A.  Yes.

9    Q.  So there is no central air conditioning

10        system?

11   A.  There is no central air conditioning.

12   Q.  Why do you -- why are you hesitating a little

13        bit on that?

14   A.  Well, you asked me if I had air conditioning.

15        No.  So there's no central air conditioning.

16   Q.  Do you have -- do you have any window units?

17   A.  Yes.

18   Q.  How many?

19   A.  One.

20   Q.  And what type of heating system do you have in

21        your home?

22   A.  Hot water, baseboard heat.

23   Q.  And do you use a space heater as well?

24   A.  I'm going to say no.

25   Q.  Do you have a fireplace?

```
 1    A.  No.

 2    Q.  But you do have a chimney?

 3    A.  We do have a chimney.

 4    Q.  And do you have a septic tank?

 5    A.  There is a septic tank.  We do not use it.

 6    Q.  Let me back up and ask, when did you purchase

 7        your home?

 8    A.  1985.

 9    Q.  And since 1985, have you ever used the septic

10        tank?

11    A.  Yes.

12    Q.  Approximately when was that?

13    A.  From 1985 to -- I believe it was 2000 we

14        hooked onto the sewer system, the town sewer

15        system.

16    Q.  And from 2000 to today you have been using the

17        town sewer system?

18    A.  Correct.

19    Q.  And do you know the square footage of your

20        home?

21    A.  I do.

22    Q.  What is that?

23    A.  Approximately 2080, not counting the garage.

24    Q.  Do you know when your home was built?

25    A.  1961.
```

```
                                            Page 43
 1    Q.   And has the address for your home ever changed
 2         since 1985?
 3    A.   Yes.
 4    Q.   When was that?
 5    A.   I don't recall.
 6    Q.   In 1985, what was the address of your home?
 7    A.   63.
 8    Q.   That was 63 West Road?
 9    A.   Correct.
10    Q.   And at some point it changed to 643 West Road?
11    A.   911, yes.
12    Q.   What do you mean?
13    A.   They changed the thing in Bennington and they
14         changed some of the addresses for -- so they
15         could find houses quicker, 911.
16    Q.   I gotcha.  And who currently lives at 643 West
17         Road?
18    A.   Myself, my wife, my daughter, and her
19         boyfriend.
20    Q.   And how old is your daughter?
21    A.   27.
22    Q.   How old is her boyfriend?
23    A.   I don't know.
24    Q.   Has -- has she lived at this property with you
25         continuously since she was born?
```

```
                                              Page 44

 1    A.   She has.  Wait a minute.  I have to -- no, she
 2         hasn't.
 3    Q.   And do you -- is your daughter a potential
 4         member of this class as well?
 5    A.   No, she is not.
 6    Q.   Has she ever had her blood tested for PFOA?
 7    A.   She has.
 8    Q.   Do you recall what those results were?
 9    A.   I don't.
10    Q.   Do you recall if they were above a certain
11         level?
12    A.   No, I don't.
13    Q.   And you said her boyfriend lives with you as
14         well?
15    A.   Yes.
16    Q.   How long has he lived there?
17    A.   I'm gonna -- I don't really know, but --
18         because he's in and out, and he works nights.
19         So it's like I go to bed early and get up
20         early.  So we are ships passing in the night.
21    Q.   Does he -- did he move in in the last five
22         years?
23    A.   Yes.
24    Q.   Did he move in in the last two years?
25    A.   Yes.
```

```
                                                    Page 45
 1    Q.   Last six months?
 2    A.   Yeah, probably something like that.
 3    Q.   And has anyone else lived in your home besides
 4         you and Mrs. Crawford, your daughter and her
 5         boyfriend?
 6    A.   Since 1985?
 7    Q.   Yes.
 8    A.   Yes.  Our oldest daughter lived with us for a
 9         while.
10    Q.   How old is your oldest daughter?
11    A.   50.
12    Q.   And approximately when did she live with you?
13    A.   I don't remember.  She lived there for a
14         summer while she worked in Williamstown.
15    Q.   So just a few months?
16    A.   Yeah, just a few months.
17    Q.   And what is your oldest daughter's name?
18    A.   Johnna.
19    Q.   And what is your youngest daughter's name?
20    A.   Chelsea.
21    Q.   And her boyfriend's name?
22    A.   Dallas.
23    Q.   What's Dalla's last name?
24    A.   I always call him Dallas Tortellini, but
25         that's not his real last name, but it's close.
```

```
 1    Q.   And his last name sounds like Tortellini; is
 2         that what you mean?
 3    A.   No, it looks like Tortellini.
 4    Q.   Is he from Bennington?
 5    A.   No.
 6    Q.   Where is he from?
 7    A.   Pownal.
 8    Q.   Say that again?
 9    A.   Pownal.
10    Q.   And have you lived at any other addresses in
11         Bennington besides 643 West Road?
12    A.   Yes.
13    Q.   When was that?
14    A.   Right after I was born.
15    Q.   Do you recall the address?
16    A.   No, but the street was Carrigan Lane.
17    Q.   And approximately how far is Carrigan Lane
18         from your current address?
19    A.   Two and a half, three miles.
20    Q.   And do you recall when you left that home?
21    A.   Yes.
22    Q.   When was that?
23    A.   1956.
24    Q.   And where did you move in 1956?
25    A.   Burgess Road, Bennington.
```

```
 1   Q.  And did you move with your family?
 2   A.  Yes.
 3   Q.  Who did you live with there?
 4   A.  My mother and father and eventually nine
 5       brothers and sisters.
 6   Q.  Are you the oldest of the nine?
 7   A.  I am not.
 8   Q.  What number are you in the --
 9   A.  Four.
10   Q.  Four.  Do all of your brothers and sisters
11       still live in Bennington?
12   A.  They do.
13   Q.  And do they all live within sort of close
14       proximity to your house?
15   A.  No.
16   Q.  Do you -- do you know if any of them are
17       potential members of this class?
18           MS. JOSELSON:  Objection.  Calls for a
19       legal conclusion, but you can answer it if you
20       understand it.
21   A.  One might be, but I don't know for sure if he
22       is or not.
23       BY MR. BARNES:
24   Q.  And do you recall how much you paid for your
25       home?
```

```
 1    A.  I do.

 2    Q.  How much was that?

 3    A.  $58,500.

 4    Q.  And was that in 1985?

 5    A.  It was.

 6    Q.  And how did you finance that purchase?

 7    A.  Through what was then the Bennington Savings

 8        and Loan.

 9    Q.  Was that a mortgage?

10    A.  Yes.

11    Q.  And how much was the mortgage total?

12    A.  I think it -- boy, hmm.  It was 55,000.

13    Q.  And have you paid that mortgage off?

14    A.  Yes.

15    Q.  When was that?

16    A.  I don't recall.

17    Q.  Was it within the last ten years?

18    A.  It would have been a little more than ten

19        years ago.

20            THE VIDEOGRAPHER:  Excuse me.  I'm

21        getting cell phone really bad.

22            Okay.  Could you ask that question again?

23        BY MR. BARNES:

24    Q.  Did you pay your mortgage off that you

25        received in 1985 within the last ten years?
```

```
                                               Page 49

 1   A.   A little longer than ten years ago.  We
 2        remortgaged through Heritage Family Credit
 3        Union.
 4   Q.   You remortgaged, when was that?
 5   A.   A little more than ten years ago.  It was a
 6        ten-year mortgage.  It's all done in November.
 7   Q.   Would that be around 2004 maybe?
 8   A.   Say it again.
 9   Q.   Would that be -- do you recall a more specific
10        date?
11   A.   No.
12   Q.   When you received your mortgage in 1985, did
13        you receive an appraisal for your home?
14   A.   Yes.
15   Q.   Do you recall what -- what the value was?
16   A.   61,000 and change.
17   Q.   And have you ever obtained a home equity loan?
18   A.   No.
19   Q.   Have you ever obtained a line of credit?
20   A.   Not that I am aware of.
21   Q.   And besides the time you refinanced your
22        mortgage approximately ten years ago, have
23        there been any other times you refinanced your
24        mortgage?
25   A.   Yes.
```

```
                                              Page 50
 1    Q.  When was that?
 2    A.  1994.
 3    Q.  And do you recall how much that was for?
 4    A.  No.
 5    Q.  Were there any other times?
 6    A.  Not that I recall.
 7    Q.  And after you received the appraisal in 1985,
 8        have you received any additional appraisals
 9        since then?
10    A.  Yes.
11    Q.  How many?
12    A.  Two.
13    Q.  When was the first one?
14    A.  1999.
15    Q.  And do you recall what the value was on the
16        home?
17    A.  Wait a minute.  Was it '99?  Hum.  I think it
18        was '92, and it was for 99,000.
19    Q.  And do you recall who -- which bank that was
20        through?
21    A.  That was the Bank -- well, it was the Bank of
22        Bennington then.
23    Q.  And the second time you received an appraisal,
24        when was that?
25            MS. JOSELSON:  Object to the form, but
```

```
 1        you can answer.
 2   A.   I think it was 2004, and that was for 136,5.
 3        BY MR. BARNES:
 4   Q.   And who was that -- who conducted the
 5        appraisal?
 6   A.   Again the Bank of Bennington.
 7   Q.   And when was the last time your property was
 8        apprised?
 9   A.   That would have been that, '94 or -- yeah, not
10        '94.  2004, sorry.  2004.
11   Q.   And have you ever allowed others to use your
12        home as collateral for a loan?
13   A.   No.
14   Q.   Do you own any other real property besides
15        your home at 643 West Road?
16   A.   No.
17   Q.   You don't own a second home?
18   A.   No.
19   Q.   And the property at 643 West Road, is it in a
20        neighborhood?
21            MS. JOSELSON:  Objection but you can
22        understand -- answer it if you understand.
23   A.   Is it in a neighborhood?  Yes.
24        BY MR. BARNES:
25   Q.   Could you sort of describe the roads around
```

```
                                              Page 52
 1        your house?
 2   A.   Route 9, also known as West Road, goes in
 3        front of our house, and Jennings Drive, a
 4        small street with maybe eight or ten houses on
 5        it, goes around our house and loops back onto
 6        Route 9.
 7   Q.   So your house is sort of encircled by Jennings
 8        Road?
 9   A.   Jennings Drive.
10   Q.   Jennings Drive.
11   A.   Yes.
12   Q.   And approximately how many homes are on
13        Jennings Drive and your stretch of West --
14        West Road?
15             MS. JOSELSON:  Objection, but you can
16        answer.
17   A.   Ten or 12 I will say.
18        BY MR. BARNES:
19   Q.   And how large is your lot?
20   A.   It's 1.4 acres.
21   Q.   And are those homes that you recall, are they
22        on similar sized lots?
23   A.   Yes, except for one.  One is on a double lot.
24   Q.   And how big is that lot, double lot, would you
25        estimate?
```

```
                                              Page 53

 1    A.   I don't know.  It's a double lot.  That's what
 2         the owner always told me.  It's a double lot.
 3    Q.   And do all of these other homes have two
 4         stories as well?
 5    A.   No.
 6    Q.   About how many have two stories?
 7    A.   It's seven or eight.
 8    Q.   And how many would be one-story homes?
 9    A.   The rest.
10    Q.   And are all of these homes also constructed
11         out of wood?
12    A.   Yes.
13    Q.   Are any constructed out of brick?
14    A.   No.
15    Q.   Are any constructed out of stone?
16    A.   No.
17    Q.   And do all of the homes on your street have
18         the same number of bedrooms that your home
19         has?
20    A.   I wouldn't know that.
21    Q.   Do you -- have you ever been inside any of
22         those other homes?
23    A.   Yes.
24    Q.   Which ones?
25    A.   The one to the east of us, the one -- next one
```

Page 54

```
 1        past that, the one to the west of us, and the
 2        one directly behind us.
 3    Q.  Would that be your two next door neighbors?
 4    A.  Correct, and the one removed, west toward --
 5        or I'm sorry -- east, toward Bennington.
 6    Q.  And let's start with the neighbor to the east
 7        of your home.
 8             How many bedrooms does that home have?
 9    A.  I don't know.  I have been inside it, but I
10        haven't been, you know, like through it.
11    Q.  Do you recall how many stories that home has?
12    A.  That's a single-story house.
13    Q.  And the one to the west, your other next door
14        neighbor, do you know how many bedrooms
15        that --
16    A.  I do not, no.
17    Q.  And how many -- and how many stories does that
18        home have?
19    A.  Single-story house.
20    Q.  Do -- do you know if any of the homes have the
21        same number of bathrooms as your house does?
22    A.  I don't.
23    Q.  Do you know if those other homes have the same
24        square footage as your home does?
25    A.  I do not.
```

```
                                                    Page 55
```

1    Q.   How many would you estimate have more square

2         footage than your home?

3    A.   Umm.

4    Q.   You can answer.

5    A.   I didn't know what the bird was for a second.

6              How many have more.  I would guess

7         only -- I'm going to estimate only one.

8    Q.   And so the rest all have less square footage

9         than your home does?

10   A.   They are smaller, yes.

11   Q.   And were all the homes in your -- in the area

12        that you're describing, were they all built in

13        1960 -- in the 1960s?

14   A.   I don't know that.

15   Q.   Were some of them built after 1985 when you

16        moved in?

17   A.   Yes.

18   Q.   Approximately how many?

19   A.   One.

20   Q.   And were -- do you know if any of these other

21        homes were built before your home?

22   A.   I don't know that.

23   Q.   And what type of home do you have?  For

24        instance, colonial, ranch, or split level?

25   A.   It's -- I a think technically it's a raised

```
                                            Page 56
 1        ranch, is what it's called.
 2   Q.   And are all the homes on your street that same
 3        raised ranch style?
 4   A.   No.
 5   Q.   What would you describe those as?
 6   A.   Well, several are just single-story houses.  A
 7        couple of them are two-story houses.  I
 8        believe there's only one more split level
 9        raised ranch, if you will.
10   Q.   And do all -- do any of the homes in your area
11        have central air conditioning?
12   A.   I don't know.
13   Q.   Do you know if those homes have window units
14        as well?
15   A.   I don't.
16   Q.   Do you have any idea if those homes have
17        baseboard heating?
18   A.   No, I don't.
19   Q.   Do you have any idea of what type of heating
20        systems the other homes have at all?
21   A.   No, I don't really.  No.  I would -- I
22        would --
23            MS. JOSELSON:  Don't guess.  If you know.
24   A.   I don't know.
25        BY MR. BARNES:
```

```
                                             Page 57

 1    Q.   Do you know if any of the homes on your street
 2         have fireplaces?
 3    A.   Yes.
 4    Q.   Approximately how many would you say?
 5    A.   I know of one.
 6    Q.   And you are not sure about the rest?
 7    A.   Correct.
 8    Q.   And are there any commercial properties
 9         located near your home?
10    A.   You'll have to define near.
11    Q.   Within a quarter mile of your home.
12    A.   Yes.
13    Q.   What types?
14    A.   Camelot Village is across the street, which is
15         a retail, antique sort of place.
16              And then the one west toward New York
17         State, we have Geannelis's Animal Hospital,
18         Mount Anthony Veterinarian.
19    Q.   Are there any others?
20    A.   No.
21    Q.   Are there museums near your house?
22    A.   Define near.
23    Q.   What is the closest museum to your house?
24    A.   Bennington Museum.
25    Q.   And approximately how far is that?
```

```
                                          Page 58

 1    A.   It's -- I would say it's about a mile or so.

 2              And there is one other quasi museum, but

 3         it's not really classified as a museum.  It's

 4         a covered bridge museum, which is about a

 5         quarter mile to the west.

 6    Q.   And what do you mean by a covered bridge

 7         museum?

 8    A.   Just that.  It's a big old covered bridge.

 9         It's got covered bridges inside it, pictures

10         and little scale models and...

11    Q.   And is there an art center near your house?

12    A.   Right next to the covered bridge museum.

13    Q.   And what about an assisted living facility?

14    A.   A little further west.

15    Q.   Any hotels?

16    A.   No.

17    Q.   How about religious institutions?

18    A.   Say again.

19    Q.   Religious institutions, churches, mosques?

20    A.   We got a specified distance?

21    Q.   Within a quarter mile let's say.

22    A.   No.

23    Q.   How about within a half mile?

24    A.   Barely.

25    Q.   Which one is that?
```

```
 1   A.   That's the old First Church in Old Bennington.
 2   Q.   Approximately how far is that?
 3   A.   It's approximately a half mile and a couple
 4        shakes.
 5   Q.   What about any government buildings?
 6   A.   No.
 7   Q.   Any post offices?
 8   A.   No.
 9   Q.   Schools?
10   A.   How close?
11   Q.   Within half a mile.
12   A.   No.
13   Q.   Police stations?
14   A.   No.
15   Q.   Fire stations?
16   A.   Yes.
17   Q.   Where is the fire station located?
18   A.   West of my house.  About, I would estimate, 7
19        or 800 feet.
20   Q.   What about libraries?
21   A.   No.
22   Q.   Is there an airport near your home?
23   A.   How near?
24   Q.   Within a mile.
25   A.   Yes.
```

```
                                              Page 60
 1   Q.  Which airport is that/?

 2   A.  Bennington Airport.

 3   Q.  And does that also go by the William Morse

 4       Airport?

 5   A.  Yes.

 6   Q.  What do people typically call it?

 7   A.  The airport.

 8   Q.  The airport.

 9           And where is that located?

10   A.  North and west of us.

11   Q.  And from your property can you hear airplanes

12       taking off and landing?

13   A.  Yes.

14   Q.  Do you know if that airport is a public or

15       private airport?

16   A.  I do not know.  I believe it's a state

17       airport, so that would make it public.

18   Q.  And approximately how big is that airport?

19   A.  No idea.

20   Q.  Have you ever flown out of it?

21   A.  I have not.

22   Q.  Do you know if -- how many flights depart from

23       it?

24   A.  No.

25   Q.  On a typical day, how often would you hear the
```

1        planes landing or taking off?

2    A.  It depends on whether it's a weekend or a

3        weekday.

4    Q.  Let's say on the weekend.

5    A.  On the weekend?  Two to three generally.

6    Q.  And on the weekday?

7    A.  I'm not home.  I don't know.

8    Q.  And was the airport there when you purchased

9        your home in 1985?

10   A.  It was.

11   Q.  And at the time you bought your home in 1985,

12       were you at all concerned about the presence

13       of the airport?

14   A.  No.

15   Q.  And has the airport expanded at all since

16       1985?

17   A.  I don't know.

18   Q.  Are you aware of any proposed expansions to

19       the airport?

20   A.  I know they are working on the runway, but I

21       don't know if they are expanding it.  I think

22       they are just resurfacing it.

23   Q.  Do you believe the airport detracts from your

24       property value at all?

25   A.  No.

```
                                               Page 62
 1    Q.   Why not?  Why not?
 2    A.   There's never been an accident or anything, so
 3         I can't -- I don't know.  I don't think it
 4         would bother anybody.
 5              MS. JOSELSON:  So it's been about an
 6         hour.  Can we take a break?
 7              MR. BARNES:  Do you mind if I go ahead
 8         and ask a few more questions related to this?
 9              MS. JOSELSON:  To the airport?
10              MR. BARNES:  Mm-hmm.
11              MS. JOSELSON:  Well, we're not in the
12         middle of a question.
13              MR. BARNES:  Take a break right now?
14              MS. JOSELSON:  Yeah.
15              THE VIDEOGRAPHER:  The time approximately
16         10:30 a.m.  Going off the record.
17                  (Brief recess taken.)
18              THE VIDEOGRAPHER:  The time is now
19         approximately 10:50 a.m.  Going back on the
20         record.
21         BY MR. BARNES:
22    Q.   Are you ready to begin again, Mr. Crawford?
23    A.   Yes.
24    Q.   And so before the break we were discussing the
25         airport, the Bennington Airport close by your
```

1      house.

2              MR. BARNES:  Can I mark this as

3      Exhibit 1?

4              (Deposition Exhibit No. 1 was marked for

5      identification.)

6              MS. JOSELSON:  Object to the form but

7      you -- go on.

8      BY MR. BARNES:

9   Q.  So, Mr. Crawford, I'm handing you what has

10     been marked as Exhibit 1.  You can take a

11     moment to look it over and let me know when

12     you are ready.

13  A.  (Witness complying).  Yeah.  Go ahead.

14  Q.  And at the top of the document do you see what

15     that says?  It says Bennington Banner?

16  A.  Yeah.

17  Q.  In parentheses VT.

18          Did I read that correctly?  Did I read

19     that correctly?

20  A.  Yes, Bennington Banner.

21  Q.  And it's dated October 8, 2005, right?

22  A.  Yes.

23  Q.  And the next line says, section, letters.

24     Correct?

25  A.  Correct.

```
                                            Page 64
1    Q.   And the line after that says letters to the
2         editor, and -- right?
3    A.   Yes.
4    Q.   Thank you.
5              And about halfway down the page there's a
6         box that says -- titled Airport Q and A, and
7         the bottom of that box is a name, Theodore
8         Crawford.
9              Do you see that?
10   A.   I do.
11   Q.   Do you recall writing a letter to the editor
12        in 2005?
13   A.   Not particularly but it looks like I did.
14   Q.   Do you know what this letter is about?
15   A.   Yes.
16   Q.   And what was that?
17   A.   At the time they were going to expand the
18        airport and allow jets, light jets as it were.
19   Q.   And how did you feel about that?
20   A.   Not too crazy.
21   Q.   What do you mean by that?
22   A.   Jets are, one thing, very noisy.  The other
23        thing is they tend to be big.  Bigger than the
24        planes that are in there now.  So, yeah, hence
25        the letter.
```

```
                                                    Page 65
 1    Q.   And prior to 2005, you -- did you have issues
 2         with the noise from the airport?
 3    A.   No.
 4    Q.   Did you -- could you hear the airplanes flying
 5         prior to 2005?
 6    A.   Yes.
 7    Q.   And did you have any concerns about the noise
 8         level from the airport prior to 2005?
 9    A.   Not the noise level, no.
10    Q.   And when you heard about this proposed
11         expansion, what were you feeling?
12             MS. JOSELSON:  Objection.  Asked and
13         answered, but you can answer it again.
14    A.   We didn't like it because they were -- for a
15         lot of the reasons, but the ones I mentioned
16         in here.
17    BY MR. BARNES:
18    Q.   Okay.  I'm going to -- in the second paragraph
19         of that box, I'm going to read one of the
20         sentences.  It says:  Most of the planes using
21         Morse Airport are single-engine planes.  An
22         average jet likely to use the airport, as
23         listed in the consultant's, parentheses, the
24         LearJet 35, end parentheses, comma, has a
25         noise level 100 times that of the average
```

                                                            Page 66

 1        single piston engine, parentheses, Cirrus SR

 2        20, closed parentheses, period.  The noise

 3        factor is all the more significant because

 4        this is a rural area.

 5             Did I read that correctly?

 6   A.   Yes.

 7   Q.   Do you -- let me withdraw.  Let me rephrase

 8        that.

 9             What did -- what does that mean by the

10        noise factor is more significant in rural

11        areas?

12   A.   Well, if you are going to have a jet that's

13        100 times noisier than a plane, it's going to

14        be significant in any kind of area, but our

15        area is a rural area, what we consider to be

16        rural.

17   Q.   And so in your opinion, because it's a rural

18        area, these larger airports can cause more

19        problems.  Is that fair to say?

20   A.   They're just noisier.

21   Q.   And the next paragraph about -- in the middle

22        of that paragraph, it says:  A longer runway

23        put neighbors, particularly to the east of the

24        runway, at risk.

25             What does that mean to you?

                                                    Page 67

1    A.   That means depending on which way the wind is

2         blowing.  They take off in a certain

3         direction.  Generally they go from the west to

4         the east because of the way the wind blows.

5    Q.   And do you recall what the proposed expansion

6         was to the airport?

7    A.   No.

8    Q.   And why does the direction that the airplanes

9         are taking off put a greater risk to people

10        towards the east of the runway?

11   A.   Because most accidents are either a take off

12        or a landing accident.

13   Q.   So you believe that if they were to expand it

14        farther east the closer houses would be at

15        greater risk.  Is that fair to say?

16   A.   Correct.

17   Q.   And the next paragraph says:  Property values

18        will be affected by the airport and already

19        have been.  Yes, they have gone up, but have

20        they gone up as fast as the east end of

21        Bennington or rural areas in North Bennington

22        and Shaftsbury?  We don't think so.  They

23        would have gone up much faster without the

24        airport.

25             Did I read that correctly?

Page 68

```
 1    A.   You did.
 2    Q.   And in 2005, did you believe that the airport
 3         had negatively impacted your property values?
 4    A.   I believe it had the potential to negatively
 5         do that, yes, especially if they expanded.
 6    Q.   Why did it have that potential?
 7    A.   Because if they expanded, it was going to be
 8         noisier, for one thing.  And jets burn a
 9         different fuel than regular motors for
10         airplanes, so you're going to have that too.
11    Q.   And what do you mean by that?
12    A.   You'll have exhaust fumes.
13    Q.   Were you concerned about the noise of that or
14         the health effects of that?
15    A.   Both.
16              MS. JOSELSON:  Object.
17              THE WITNESS:  Oh, sorry.
18         BY MR. BARNES:
19    Q.   You can answer.
20    A.   Both.
21    Q.   And when this letter says, property values
22         will be affected by the airport and already
23         have been, do you still agree with that; that
24         your property values has been negatively
25         impacted by this airport?
```

```
                                         Page 69
 1            MS. JOSELSON:  Object to the form.
 2       BY MR. BARNES:
 3   Q.  You can answer.
 4   A.  Just re-ask that question, would you please?
 5   Q.  When you say -- when you said property values
 6       have already been affected, do you still
 7       believe that today?
 8            MS. JOSELSON:  Same objection but can you
 9       answer it.
10   A.  I think they would be affected by it if they
11       expanded the airport, yes.
12       BY MR. BARNES:
13   Q.  And had they expanded the airport prior to
14       2005?
15   A.  Not that I was aware of, no.
16   Q.  So without any expansions, do you believe
17       today that that airport has affected your
18       property value at all?
19   A.  I'm not sure how to answer that.
20   Q.  And what do you mean, you don't have an
21       opinion about it?
22   A.  You've got like two things going on there.
23       Rephrase that, please.
24   Q.  When you say you don't have -- you don't know
25       how to answer that, do you mean is the
```

Page 70

```
 1          question unclear or you just don't have an
 2          opinion about whether or not the airport has
 3          affected your property values?
 4    A.    You're still asking two questions.
 5    Q.    Do you have an opinion about whether or not
 6          the airport has affected your property values?
 7    A.    Yes.
 8    Q.    And what is that opinion?
 9    A.    If they did the runway expansion, it would, I
10          think, negatively affect us.  They didn't.  So
11          as of right now I don't think it does.
12    Q.    And when you wrote this letter in 2005, was
13          it -- withdrawn.
14               When you wrote this letter in 2005, was
15          it true that your property had been affected
16          by the airport?
17               MS. JOSELSON:  Objection.  You can answer
18          it.
19    A.    I am not sure if it was the airport, but in
20          2005, property values did go down in that --
21          around that time period.
22    BY MR. BARNES:
23    Q.    And do you know of any other reasons why
24          property values might have gone down in that
25          time period?
```

Page 71

```
 1    A.   No, just general economics.
 2    Q.   What do you mean by that?
 3    A.   I mean I believe that in that time people were
 4         having -- were struggling.  Jobs were down.
 5         We were in an economic downturn.
 6    Q.   But in this letter you had stated that the
 7         airport had affected property values prior to
 8         the expansion, right?
 9             MS. JOSELSON:  Objection.  Asked and
10         answered.  You can answer it again if you
11         understand it.
12    A.   Say it again.
13         BY MR. BARNES:
14    Q.   In this letter, you stated that your property
15         values were impacted by the airport in 2005
16         prior to the expansion; is that correct?
17             MS. JOSELSON:  Objection.
18    A.   I didn't say mine.  I said property values.
19    Q.   Generally in Bennington?
20    A.   Generally.
21    Q.   And when --
22    A.   In close proximity but not necessarily mine.
23    Q.   Close proximity to what?
24    A.   To the airport.
25    Q.   So was it not true then that property values
```

Page 72

1          will be affected by the airport and already

2          have been?

3                MS. JOSELSON:  Objection.  Asked and

4          answered.  Argumentative.  You can answer it

5          again if you understand it.

6     A.   I don't understand it.

7          BY MR. BARNES:

8     Q.   Just to clarify, in 2005, was it -- did you

9          not believe that property values already had

10         been affected by the airport?

11               MS. JOSELSON:  Objection.

12    A.   Not believe.  I had thought that they could

13         be, yes.

14         BY MR. BARNES:

15    Q.   And in 2005, did you also believe that it was

16         affecting homes closer to the airport than

17         those homes that are farther apart from the

18         airport?

19               MS. JOSELSON:  Objection.  Asked and

20         answered.  Objection to form.  You can answer

21         it again.

22    A.   The airport information that we got at that

23         time showed a safety cone that went -- like a

24         diagonal, like a piece of pie, and the closer

25         you got to the airport, the closer you were to

```
 1        the center of that.  The less safe you were.
 2        BY MR. BARNES:
 3   Q.   So you believe that those within that cone
 4        were likely more affected by the airport than
 5        the homes that were outside the cone?
 6   A.   Correct.
 7   Q.   And is your home in the cone that you
 8        described?
 9   A.   Yes.
10   Q.   And approximately how close is it to the cone?
11   A.   I don't remember.
12   Q.   And when you say we don't think so, do you
13        recall who you were referring to by we?
14   A.   No, I don't.
15   Q.   And you had said earlier that you are not sure
16        if your house was affected; is that correct?
17            Let me rephrase.  Withdraw that.
18            Earlier you had said that property values
19        might have been affected by the airport but
20        you weren't necessarily saying yours was
21        affected; is that correct?
22   A.   Correct.
23   Q.   And is it your opinion that your home was the
24        only one not affected?
25            MS. JOSELSON:  Object to the form.  Asked
```

```
 1        and answered.  You can answer it again if you
 2        understand it.
 3   A.   I understand but I don't know.  How would I
 4        know?
 5        BY MR. BARNES:
 6   Q.   Just asking for your opinion.
 7   A.   Oh.  But how would I know other people's...
 8             MS. JOSELSON:  Just say you don't know.
 9   A.   I don't know.
10        BY MR. BARNES:
11   Q.   Thank you.
12             And sort of discussing your neighborhood
13        generally, what community value -- what --
14        pardon me.  Let me rephrase.
15             What community amenities would you say
16        increases the value of your property?
17             MS. JOSELSON:  Objection.  You can
18        answer.
19   A.   We are close to town, close to the hospital.
20        It's a quiet neighborhood.  Everybody has a
21        large lot.  Close to the museum, both of them.
22        Close to the fire house, which is good in case
23        of a fire.
24        BY MR. BARNES:
25   Q.   Is there anything else?
```

```
                                              Page 75

 1    A.  No, not that I can think of at this time.

 2    Q.  Were you recommending visiting the bridge

 3        museum?

 4    A.  I have been there.  Yes, I would.  It's

 5        different.

 6    Q.  I'll have to check it out.

 7            Are there any other factors in your

 8        community that you think detracts from the

 9        property value of your home?

10            MS. JOSELSON:  Objection.

11    A.  Only that we're in the PFOA zone.

12        BY MR. BARNES:

13    Q.  Is there anything else?

14    A.  No.

15    Q.  When did -- just to backtrack a little bit

16        about your history of living in Bennington.

17        We had discussed two homes you lived with your

18        family, but I realize I didn't follow through

19        to connect it all the way to 1985.

20            So would you remind me when you left that

21        second home with your family?

22            MS. JOSELSON:  Object to the form.  You

23        can answer if you understand it.

24    A.  The one on the Burgess Road?

25        BY MR. BARNES:
```

Page 76

```
 1    Q.  Yes, please.

 2    A.  Yes.  I went to South Street.

 3    Q.  And what year was that?

 4    A.  '70 -- 1970 or 1971.

 5    Q.  And how long did you live on South Street for?

 6    A.  Approximately 12 years.

 7    Q.  And so that would mean you moved out around

 8        1982, '83?

 9    A.  Correct.

10    Q.  Where did you move to?

11    A.  Evergreen Drive.

12    Q.  And did you live with your family at Evergreen

13        Drive?

14    A.  No, I lived with Linda.

15    Q.  And how long did you live at Evergreen Drive

16        for?

17    A.  Until 1985.

18    Q.  And did you own that home or rent it?

19    A.  We rented it.

20    Q.  And did you rent it -- and were you looking

21        for a home while you were renting?

22    A.  Yes.

23    Q.  And prior to that, when you moved in with

24        Linda, were you living with your family still?

25            MS. JOSELSON:  Objection, but you can
```

```
 1        answer it.
 2   A.   I lived for a brief time with my brother.
 3        BY MR. BARNES:
 4   Q.   Do you recall when that was?
 5   A.   When?
 6   Q.   When.
 7   A.   No, not really.
 8   Q.   And when you acquired your home in 1985, who
 9        did you buy it from?
10   A.   Hoisington.
11   Q.   And who was that?
12   A.   Where was it?
13   Q.   Apologizes.  Who did you buy the property
14        from?
15   A.   Hoisington.
16   Q.   Is that a company?
17   A.   They are a real estate agent.
18   Q.   Did you -- were there previous residents in
19        the home at that time?
20   A.   Yes.
21   Q.   Do you recall who that was?
22   A.   No.  I know their first names, John and Jane.
23        Doherty.  I'm sorry.  Doherty.
24   Q.   John -- John and Jane Doherty were the
25        residents in the home prior to you moving in?
```

```
                                                Page 78
 1    A.   Correct.
 2    Q.   And do you know if they lived there
 3         continuously from 1961 to 1985?
 4    A.   I don't know.
 5    Q.   Do you know if there were any other residents
 6         besides the Dohertys?
 7    A.   I don't know.
 8              MS. JOSELSON:  When?  Ever?
 9              MR. BARNES:  Since 1961.
10              MS. JOSELSON:  Okay.
11    A.   No, I don't know.
12         BY MR. BARNES:
13    Q.   And do you know if they owned the property?
14    A.   Who are they, John --
15    Q.   The Dohertys?
16    A.   They were at the closing, so I assume they
17         owned it, yes.
18    Q.   And how was title transferred, by general
19         warranty deed, quitclaim?
20    A.   Both.
21    Q.   What do you mean by that?
22    A.   We got a general title, and then Linda was --
23         we weren't married, so we got a quitclaim.
24    Q.   And when did you get the general title?
25    A.   When we purchased the home.
```

Page 79

1   Q.  In 1985?

2   A.  '85.

3   Q.  And when did you get the -- when did you get

4      the quitclaim?

5   A.  I don't remember exactly.

6   Q.  Was it a few years after 1985?

7   A.  Yeah, it was after.

8   Q.  And I want to talk a little bit about the

9      physical description of your land.

10        Do you have a front yard?

11   A.  Do we have a front yard?

12   Q.  Front yard.

13   A.  Yes.

14   Q.  Approximately how big is it?

15   A.  I would say it's about a third of the

16      property.  It's about -- I would estimate it

17      to be 120 feet deep and about 220 feet wide.

18   Q.  And so your home is set back from West Road

19      approximately 120 feet?

20   A.  Correct.

21   Q.  And so you have a long driveway?

22   A.  It's about 120 feet.

23   Q.  And do you know what the driveway is made out

24      of?

25   A.  Yes.

Page 80

```
 1   Q.  What is that?

 2   A.  Gravel.

 3   Q.  And has it always been made out of gravel

 4       since you moved into the home in 1985?

 5   A.  Yes.

 6   Q.  And what about a backyard, do you have a

 7       backyard?

 8   A.  We do.

 9   Q.  Approximately how big would you say that is?

10   A.  I would say -- I would estimate that to be

11       about 70 feet wide and about 110 feet long.

12   Q.  And your front yard, is it covered in grass?

13   A.  Yes.

14   Q.  Anything else, concrete?  Is there any other

15       surface of your front yard other than grass?

16   A.  There is a small flower garden and a very,

17       very large willow tree.

18   Q.  What was that last part?

19   A.  Very, very large willow tree.

20   Q.  And what about the backyard?  Similar?

21   A.  Similar.

22   Q.  And do you have any wooded property on your

23       property as well?

24   A.  Yes.

25   Q.  Your yard?  And how large is that?
```

                                                     Page 81

1    A.   I would estimate that to be about 40 feet wide
2         and about 60 feet deep.
3    Q.   And what is directly in front of your home?
4    A.   A field.
5    Q.   Is there anything built on the field?
6    A.   No, it's a field.
7    Q.   Just empty?
8    A.   Yes.
9    Q.   Approximately how big is that?
10   A.   I don't know.  I would estimate that to be
11        about three acres.
12   Q.   And do you know who owns that field?
13   A.   I do not.
14   Q.   And what is directly behind your home?
15   A.   Well, there is parts of three houses.
16   Q.   What do you mean by parts of three houses?
17   A.   There is a house partly borders us on the
18        east, partly -- one right directly behind us
19        and partly one on the west.
20   Q.   I see.  What about on the side of your home?
21   A.   Two houses, one on each side.
22   Q.   And is your land flat or does it slope in any
23        way?
24   A.   It's basically flat.  There's a bank on the
25        side of the road, the highway.

```
 1    Q.   And -- and the neighboring properties, do they
 2         all have similar-sized front yards?
 3    A.   No.
 4    Q.   What are the differences between their yards
 5         and yours?
 6    A.   The one to the east is larger and the one to
 7         the west is smaller.
 8    Q.   What about behind you?
 9    A.   Those are backyards, of course.
10    Q.   Those houses' front yards, do you know how big
11         they are compared to yours?
12    A.   Yes.
13    Q.   Are they bigger than your front yard?
14    A.   No.  Those three houses are smaller.
15    Q.   And the houses to each side of your house, are
16         they bigger front yards than yours?
17    A.   I thought I answered that already.
18    Q.   Just to clarify.
19    A.   Okay.  The house to the east is larger.  The
20         house to the west is smaller.
21    Q.   And do they both, the houses on the east and
22         west, have backyards as well?
23    A.   Yes.
24    Q.   And are those backyards bigger or smaller or
25         the same size as yours?
```

```
 1   A.   The house to the east is the double lot one,
 2        so it's larger.  The house to the west has
 3        some wooded area.  I would say the backyard, I
 4        would estimate them to be about the same.
 5   Q.   And does every house neighboring your property
 6        have grass in their yards?
 7   A.   Yes.
 8   Q.   Is any covered with sand?
 9   A.   No.
10   Q.   Or rocks?
11   A.   Not that I am aware of.
12   Q.   And do they -- are they all as far set back
13        from the main road as your house is?
14   A.   The one on the west side is a little closer, I
15        would estimate.
16   Q.   And what about on the east side?
17   A.   The east side is about the same as ours.
18   Q.   And in your estimation, what about the houses
19        behind you?
20   A.   They are closer to Jennings Drive.  Those
21        houses are on Jennings Drive.
22   Q.   Is there a well on your property?
23   A.   Yes.
24   Q.   And where on your property is the well
25        located?
```

```
                                              Page 84
 1    A.   It's about 12 feet from the rear of the house.
 2    Q.   And do you know how deep it goes?
 3    A.   I do.
 4    Q.   How deep is that?
 5    A.   310 feet.
 6    Q.   And do you know what it's made of?
 7    A.   It's a drilled well.  The first several feet
 8         are casing, metal casing.
 9    Q.   And what about below that?
10    A.   No idea.
11    Q.   And is this your only source of water?
12    A.   It is.
13    Q.   And is the well the source of all the running
14         water in your home?
15    A.   Yes.
16    Q.   And what maintenance do you perform on your
17         well?
18    A.   We have it -- have had it checked for
19         potability, but other than that, it's a closed
20         well.  There's no maintenance needed.
21    Q.   And when did you do that check?
22    A.   I don't remember the last time.
23    Q.   Was it within the last ten years?
24    A.   I don't remember.
25    Q.   Do you remember how much that cost?
```

Page 85

```
 1   A.   No, I don't.

 2   Q.   Do you remember if you paid for it?

 3   A.   I honestly don't know.

 4   Q.   Have you had to replace any parts of your well

 5        since you moved into your house in 1985?

 6   A.   Yes.

 7   Q.   What was that?

 8   A.   We had a jet pump, and we replaced it with a

 9        submersible pump in 2000.

10   Q.   And approximately how deep was the jet pump?

11   A.   180 feet.  No, excuse me.  The jet pump was in

12        the basement, but we call that a utility room,

13        downstairs.  And the tubes that -- a jet pump

14        works with -- I don't know if you -- it pushes

15        water down to push it up.  So it's a two --

16        two-pipe system.  And that's what we had, and

17        the pump gave out.  So we put a submersible

18        in.

19   Q.   And have you been using that submersible pump

20        ever since you installed it?

21   A.   Yes.

22   Q.   Have you had to do any further maintenance on

23        the pump since then?

24   A.   On the pump, no.

25   Q.   And do you remember how much it cost to
```

1      install the new pump?

2   A.   Yes.

3   Q.   How much was that?

4   A.   $3,000.

5   Q.   And do you remember how you paid for it?

6   A.   Credit card.

7   Q.   And prior to January 2016, did you ever try to

8        get connected to the municipal water system?

9   A.   No.

10  Q.   And why not?

11  A.   For -- when they first ran the line, we

12       couldn't connect because of a grant or

13       something they had to run it, and that was

14       about the same time we had to fix my well.  So

15       we fixed the well.  We're not real crazy about

16       town water.

17  Q.   And why is that?

18  A.   Because it's chlorinated heavily sometimes and

19       the fluoride issue.

20  Q.   And with regard to the chlorinated issue, what

21       are your concerns about chlorinated water?

22  A.   It's very strong sometimes.

23  Q.   So is it a taste issue?

24  A.   Taste, smell.

25  Q.   Do you have any health concerns about that

Page 87

```
 1        water?
 2   A.   No.
 3   Q.   And what do you mean by the fluorinated issue?
 4   A.   We've had federal battles about putting
 5        fluoride in the water here in town, which we
 6        won.  So there is no fluoride in Bennington's
 7        water.
 8   Q.   And do you recall when those battles were?
 9   A.   No, not right offhand.
10   Q.   Were there any in the last ten years?
11   A.   Yes.
12   Q.   Do you recall approximately when it was?
13   A.   No.
14   Q.   And are you now seeking to have your property
15        connected to municipal water?
16   A.   Yes.
17   Q.   And why is that?
18   A.   Because me are in the zone of contamination
19        and our well was tested at 4.1 and then again
20        at 3, and it's fluctuating all over the place,
21        this PFOA.  And who knows what it is today.
22        You never know what it is from day to day.
23   Q.   And do you believe connecting to municipal
24        water will increase your home value?
25             MS. JOSELSON:  Objection.
```

1      MR. SILVER:  Increase it from what?

2      MR. BARNES:  I'll see if he can answer.

3   And if he needs me to clarify, I will.

4   A.  I'm not sure.

5   BY MR. BARNES:

6   Q.  Do you believe currently being connected to

7       the well has affected your property value?

8   A.  Only because it's got PFOA in it, yes.

9   Q.  And so do you believe that connecting to the

10      municipal water source will increase the

11      property value?

12      MS. JOSELSON:  Same objection.

13  A.  I don't know if it will increase it or not,

14      but the PFOA is the problem.  That's still

15      going to be there.

16  BY MR. BARNES:

17  Q.  And besides your home and your well and the

18      driveway, what other physical features are on

19      the outside of your property?

20      MS. JOSELSON:  Objection.  Asked and

21      answered.  You can answer it again.

22  A.  I'm not sure I understand what you mean.

23      BY MR. BARNES:

24  Q.  Are there any hedges?

25  A.  We have some bushes; we have some trees.

1   Q.   And do you have any vegetable gardens?

2   A.   We did.

3   Q.   And when was that?

4   A.   Previous years.  We always had a little garden

5        patch.

6   Q.   Do you recall when the last time you had a

7        garden patch was?

8   A.   Last year.

9   Q.   And what did you grow?

10  A.   Asparagus.

11  Q.   Anything else?

12  A.   Not last year, no.

13  Q.   Did you grow it to eat yourself?

14  A.   Say it again?

15  Q.   Did you grow the asparagus to eat or to sell?

16  A.   Eat.

17  Q.   And did you eat the asparagus you grew last

18       year?

19  A.   I don't like asparagus.

20  Q.   Does your wife?

21  A.   Very much so.

22  Q.   Who decides to grow asparagus?

23  A.   I did.

24  Q.   For your wife?

25  A.   Yes.

```
                                              Page 90
 1   Q.  And is your garden -- how large would you say
 2       it is, or how large would you say your garden
 3       was?  Excuse me.
 4   A.  I would estimate it to be about 12 by 16 feet.
 5   Q.  And how did you water it?
 6   A.  Hose.
 7   Q.  Is that connected to the well water?
 8   A.  Yes.
 9   Q.  And prior to last year, did you grow any other
10       type of vegetables?
11   A.  Yes.
12   Q.  What kinds?
13   A.  We had tomatoes for several years until the
14       deer ate them.  Carrots.  We tried beets.
15       They didn't grow very well.  I think that's
16       it.
17   Q.  And have you ever sold the vegetables you
18       grew?
19   A.  Have we ever what?
20   Q.  Sold the vegetables you grew?
21   A.  No.
22   Q.  Do you have any other structures on your
23       property besides your home?  A barn or a tool
24       shed?
25   A.  No.
```

```
                                          Page 91
 1    Q.  And do you have a garage?
 2    A.  Yes.
 3    Q.  And what do you store in that garage?
 4    A.  Almost everything.  The lawnmower, the riding
 5        lawnmower is in there.  The outside furniture
 6        goes in there.  Tools.
 7    Q.  Do you have any paints in the garage?
 8    A.  Right now?
 9    Q.  Yes.
10    A.  No.
11    Q.  What about in the past five years?
12    A.  Yes.
13    Q.  Do you ever park your car in the garage?
14    A.  You'll have to rephrase that.
15    Q.  Today can you park your car in the garage?
16    A.  No.
17    Q.  And that's on your to-do list, to clean out
18        the garage; is that correct?
19    A.  Yes.
20    Q.  Do you have a fence?
21    A.  No.
22    Q.  Any retaining walls?
23    A.  No.
24    Q.  What about a swimming pool?
25    A.  Yes.
```

```
 1    Q.   Is it an above-ground pool?

 2    A.   Yes.

 3    Q.   And how -- how is it cleaned?

 4    A.   How is it what?

 5    Q.   Do you clean the pool?

 6    A.   I am the pool boy.

 7    Q.   And how -- how long have you had that pool

 8         for?

 9    A.   That pool?  Since 2014.

10    Q.   Did you have a pool previous to 2014?

11    A.   Yes.

12    Q.   When was that pool installed?

13    A.   I believe it was '88.

14    Q.   And was there a pool before 1988 at your

15         property?

16    A.   No, not that I know of.

17    Q.   And was the pool you installed in 1988 an

18         above-ground pool?

19    A.   Yes.

20    Q.   Do you recall how much you spent to install a

21         new pool in 2014?

22    A.   2014?

23    Q.   Apologies.  Do you recall how much you spent

24         to replace your pool?

25    A.   No, I don't.
```

```
 1   Q.  And do you know if the other homes around your
 2       house also have swimming pools?
 3   A.  None that I am aware of.
 4   Q.  Do you have a sauna?
 5   A.  No.
 6   Q.  A Jacuzzi?
 7   A.  No.
 8   Q.  Do you have a patio in your backyard?
 9   A.  No.
10   Q.  Do you have a deck?
11   A.  A deck?
12   Q.  Do you have any decks in your backyard?
13   A.  Yes.
14   Q.  How many?
15   A.  Two.
16   Q.  And where are they located?
17   A.  In the back of the house.
18   Q.  Are they connected to each other?
19   A.  Yes.
20   Q.  Are they -- when you walk out the back door of
21       your house, do you walk straight onto the
22       deck?
23   A.  You do.
24   Q.  And is it raised off the ground?
25   A.  Yes.
```

```
 1    Q.   And is that connected to the swimming pool?

 2    A.   That deck?

 3    Q.   Either of the two decks.

 4    A.   The lower deck is pool side.  The upper deck

 5         is -- it comes right out the back of the door.

 6    Q.   So to get to the pool, how -- do you have to

 7         walk down the first deck?

 8    A.   Walk across the first deck and down the set of

 9         steps onto the second deck.

10    Q.   And then the pool?

11    A.   And then you are at the pool.

12    Q.   And do you know if any other homes around you

13         have decks in the backyard?

14    A.   Yes.

15    Q.   Approximately how many would you say?

16    A.   One that I know of.

17    Q.   Do any of them have saunas?

18    A.   Not that I am know of.

19    Q.   Do any of them have Jacuzzis?

20    A.   Not that I know of.

21    Q.   And what else is on your deck, the first deck

22         that you walk out, when you walk out the

23         backyard -- the back door?

24    A.   The first deck has a patio table, a set of

25         chairs, a lounge chair, and two small tables.
```

```
                                                        Page 95

 1    Q.  Anything else?

 2    A.  On the deck?  Carpeting.

 3    Q.  What kind of carpeting?

 4    A.  Indoor/outdoor.

 5    Q.  Is there a -- is it covered at all?

 6    A.  Yes.

 7    Q.  And how is it covered?

 8    A.  It's covered with an awning, a powered awning.

 9    Q.  So it can --

10    A.  Go in and out.

11    Q.  And do you have anything on the second lower

12        deck?

13    A.  Yes.

14    Q.  And what is on it?

15    A.  There's three outdoor furniture chairs.

16    Q.  Anything else?

17    A.  No.  Carpet.

18    Q.  And do you own a backyard grill?

19    A.  Yes.

20    Q.  Where is that located?

21    A.  On the ground.

22    Q.  Is there anything else located on the ground,

23        any appliances located on the ground?

24    A.  No.

25    Q.  Do you have -- do deer often come onto your
```

```
 1       property?
 2   A.  Yes.
 3   Q.  And have you ever had one of those -- like a
 4       deer net before, that blocks deer from coming
 5       onto your property?
 6   A.  No.
 7   Q.  And the other properties nearby your house, do
 8       they all have wells as well?
 9   A.  Yes.
10   Q.  And do you know when -- the property to the
11       east of your house, do you know when its well
12       was installed?
13   A.  No.
14   Q.  Do you know when any of the wells were
15       installed in the homes nearby your house?
16   A.  I do not, no.
17   Q.  Do you know how deep any of the wells are
18       beside your house?
19   A.  No, I don't.
20   Q.  Do any of your neighbors have barns?
21   A.  Not that I am aware of.
22   Q.  Do any of them have fences?
23   A.  Yes.
24   Q.  Approximately how many would you say?
25   A.  Three.
```

Page 97

1    Q.   And how would you describe those fences?

2    A.   Split-rail type.

3    Q.   All three?

4    A.   Yes.

5    Q.   And you said you have some flower gardens as

6         well, correct?

7    A.   Yes.

8    Q.   What kind of flowers do you grow?

9    A.   Ones that bloom.  I don't really know what

10        they are.  My sister keeps me in flowers.

11   Q.   Does she help you pick out which ones to

12        plant?

13   A.   No.  She tells me what she has got.  That's

14        what goes in the ground.

15   Q.   Does she help you maintain the gardens at all?

16   A.   No.

17   Q.   And your neighbor to the east, does -- how

18        does his land -- that house's landscaping

19        differ from yours?

20   A.   The neighbor to the east is a female.

21   Q.   How does her landscaping differ from yours?

22   A.   She has a garden around her back deck as well,

23        a flower garden, and one on the side of her

24        house next to the garage.  And that's it.

25        Trees.

1    Q.   Does the neighbor to the west have flower
2         gardens as well?
3    A.   I'm not sure you would call them flower
4         gardens.
5    Q.   What's -- what's another word you might use to
6         describe them?
7    A.   She has bunches of flowers located in
8         different locations, and -- and mulch.
9         There's a big line of mulch with little
10        sections of flowers.
11   Q.   And does she have any trees as well on the
12        property, the neighbor to the west?
13   A.   She has trees.
14   Q.   And do any of your neighbors have gardens?
15   A.   Not that I am aware of.
16   Q.   And do you know what the soil beneath your
17        home is like?
18   A.   Other than it's got PFOA in it now probably.
19        No, I don't.
20   Q.   Do you know if it's clay or rock or sandy?
21   A.   No, I don't know.
22   Q.   Have you ever had to dig down into your soil
23        before?
24   A.   Only a little bit when we set the pool up.
25   Q.   And when you dig, did you tend to hit roots or

```
                                              Page 99

 1         rocks or anything?
 2    A.   We hit dirt and roots, yeah.
 3    Q.   And how deep did the roots go?
 4    A.   I don't know.  We only -- I only dug down
 5         about 10 inches.
 6    Q.   And do you know what type of foundation your
 7         home sits on?
 8    A.   Yes.
 9    Q.   What type?
10    A.   Concrete.
11    Q.   And do you know how deep the foundation goes?
12    A.   The wall -- it's a raised ranch, so the wall
13         is about four feet.
14    Q.   And is there anything else beneath the surface
15         of your land?  A basement?
16    A.   No.
17    Q.   The septic tank is beneath the surface.  Where
18         is that located?
19    A.   It's in the front yard.
20    Q.   And do you have any power lines or sewer lines
21         buried beneath your land?
22    A.   The sewer line is buried.  The power line is
23         not.
24    Q.   What about any water lines?
25    A.   The water line from the well to the house is
```

```
 1        buried.
 2   Q.   And since you acquired your home, what
 3        improvements have you made to the exterior of
 4        the house?
 5   A.   To the exterior.  Replaced 18 windows.  Some
 6        of the shutters had to be replaced.  We put a
 7        new roof on.  Excuse me.  New -- new shingles
 8        on the roof, not a new roof.  Painted.  Put
 9        two decks up.
10   Q.   Anything else?
11   A.   On the exterior?
12   Q.   On the exterior.
13   A.   Not that I can think of right now.
14   Q.   And when you said you put 18 new windows up,
15        is that how many window you have in your
16        house?
17   A.   No.  Yes.  There's one in the garage I didn't
18        replace.
19   Q.   And do you recall when you replaced your
20        windows?
21   A.   No, I don't.  I believe it was 2003.
22   Q.   And do you recall what you replaced it with?
23   A.   Vinyl windows, double pane.
24   Q.   Do you recall how much that cost?
25   A.   Not right offhand, no.
```

```
                                            Page 101

 1    Q.   You said you also replaced the shutters, too?

 2    A.   Yes.

 3    Q.   Was that the shutters for all 18 new windows?

 4    A.   No.

 5    Q.   When did you replace the shutters?

 6    A.   I'll estimate that it was around 2003.

 7    Q.   And do you recall how much that cost?

 8    A.   No, I don't.

 9    Q.   And you said you did some work on the roof as

10         well?

11    A.   Yeah, reshingled it.  Yes.

12    Q.   Do you remember when that was?

13    A.   When it was?

14    Q.   When that was.

15    A.   No.

16    Q.   Was it before or after the year 2000, do you

17         recall?

18    A.   I believe it was after 2000.

19    Q.   And do you recall what it cost to do that?

20    A.   No.

21    Q.   Would it -- does it sound right if it -- if I

22         said the roof was replaced in the year 2002?

23    A.   I don't really remember.  It could have been

24         in there someplace.  Yes.

25    Q.   And do you believe it cost around a thousand
```

1          dollars to replace the shingles?

2     A.   I don't remember.

3     Q.   Do you have any basis to disagree with that,

4          that it cost, say, $1,105 to replace the

5          shingles?

6     A.   Do I have any basis to disagree with that?

7     Q.   Yes.

8     A.   I could go home and get the actual bill.

9     Q.   Would it help to see the bill?

10    A.   Sure.

11    Q.   I don't mean to quiz you, Mr. Crawford.  I

12         just thought it might be faster to ask you.

13              MR. BARNES:  Can we mark this as

14         Exhibit 2 and 3?

15              (Deposition Exhibit No. 2 was marked for

16         identification.)

17              (Deposition Exhibit No. 3 was marked for

18         identification.)

19    Q.   Would you mind reviewing this and then let me

20         know when you are ready?

21    A.   Okay.  (Witness complying).  Okay.

22    Q.   And would you show me which one is No. 2 she

23         marked?

24    A.   This one is No. 2 and this one is No. 3.

25    Q.   So let's look at No. 2 first.

```
 1          At the top right of the document, do you
 2      see the box marked date?
 3   A.  Yeah.
 4   Q.  And under that says it May 29, 2002.  Is that
 5      correct?
 6   A.  Yes.
 7   Q.  And this is a -- what is this document?
 8   A.  I would say it's an invoice from r.k. Miles.
 9   Q.  What is it an invoice for?
10   A.  Shingles.
11   Q.  And --
12   A.  And -- and other things.  Roof -- roof
13      material.
14   Q.  And is this the receipt for the shingles and
15      the roof material that you purchased to
16      replace your shingles on your house?
17   A.  Yes.
18   Q.  And on the very bottom line it says total
19      amount.  Do you see that?
20   A.  Yes.
21   Q.  And it says $1,015.35.  Is that correct?
22   A.  That's correct.
23   Q.  And do you believe that's the amount you spent
24      to replace the shingles on your roof?
25   A.  And related paraphernalia, yes.
```

```
1    Q.   Was any of this -- were any of these materials
2         used for something other than the roof?
3    A.   No.
4    Q.   And if you want to turn to Exhibit 3 now?
5              What is this document?
6    A.   It's an invoice from Doxsee Roofing.  This was
7         for the rake and drip that goes with the roof.
8    Q.   And the -- on the top right it says invoice
9         date, and it says 05/31/2002.
10             Did I read that correctly?
11   A.   Yes.
12   Q.   And this is -- and then it -- under
13        description it says Ted Crawford, correct?
14   A.   Yes.
15   Q.   And you said this was to -- this was part of
16        the upgrade to the roof?
17   A.   Correct.  It's a rake and drip.
18   Q.   And the amount was $143.58, correct?
19   A.   Correct.
20   Q.   And have you replaced the siding of your
21        house?
22   A.   No.
23   Q.   Have you -- how frequently have you painted
24        the exterior of your house?
25   A.   I don't remember exactly.  I painted three
```

```
 1        walls or three sides, I guess I should say,
 2        and I have one side left to do.
 3   Q.   When was the last time you painted one of the
 4        walls?
 5   A.   I don't remember.  It was -- I don't remember.
 6   Q.   Within the last five years?
 7   A.   No.  Previous to that.
 8   Q.   And so you painted wall by wall?
 9   A.   Yes.
10   Q.   And have you made any improvements to your
11        driveway?
12   A.   Yes.
13   Q.   What kinds?
14   A.   We had it graded and regraveled once, and we
15        had it regraveled again.  And then we had it
16        graded and part of it was done with what they
17        call Sure Pack the third time.
18   Q.   Do you recall when that was?
19   A.   The third time was more recent, but I don't
20        recall exactly the date, no.
21   Q.   Within the last five years?
22   A.   Yes.
23   Q.   And how did you finance let's say replacing
24        the windows?
25   A.   I think we wrote a check.  I don't remember.
```

1    Q.   Did you have to get a loan at all?

2    A.   No.

3    Q.   And how about the roof, how did you finance

4         that purchase?

5    A.   The same way.  I don't think we did anything

6         special.  I don't -- we wrote a check for this

7         one.  But this one I don't see anything like

8         that on there, so I don't remember.

9    Q.   And who installed the -- the new shingles on

10        the roof?

11   A.   My brother-in-law and his son and myself.

12   Q.   And who installed the new windows?

13   A.   My brother-in-law and myself.

14   Q.   And who installed the new shutters?

15   A.   Myself.

16   Q.   And who painted the exterior of the house?

17   A.   Myself.

18   Q.   And who installed the two decks that you have?

19   A.   The first deck, the upper most deck, was done

20        by myself and three of my brothers.

21   Q.   And do you recall when that was?

22   A.   1985.

23   Q.   And what about the second deck, who installed

24        that?

25   A.   Myself and one of my brothers.

Page 107

1   Q.  And do you recall when that was?

2   A.  No, not right offhand.

3   Q.  Was it after 1985?

4   A.  Yes.

5           MR. BARNES:  Emily, I'm at a good

6       stopping point.  We have two more minutes left

7       on the video.

8           MS. JOSELSON:  Okay.

9           MR. BARNES:  Should we take a quick break

10      or do you want to break early for lunch?

11          MS. JOSELSON:  Do you want to eat?

12          THE WITNESS:  That's not a good question

13      to ask me.

14          MS. JOSELSON:  Sure, we'll break.

15          MR. BARNES:  All right.

16          THE VIDEOGRAPHER:  The time is now

17      approximately 11:46 a.m.  This completes disk

18      number one of the deposition of Ted Crawford.

19      Going off the record.

20              (Lunch recess taken.)

21          (Deposition Exhibit No. 4 was marked for

22      identification.)

23          THE VIDEOGRAPHER:  The time is now

24      approximately 12:53 p.m.  Going back on the

25      record with disk number two of the deposition

1      of Ted Crawford.

2      BY MR. BARNES:

3  Q.  Good afternoon, Mr. Crawford.

4  A.  Good afternoon.

5  Q.  Are you ready to begin?

6  A.  I am.

7  Q.  So what you've just been handed is marked

8      Exhibit 4, and it is a series of photos that

9      we are going to walk through together right

10     now.  I don't want to be too tedious about

11     this, so we'll try and go fast.  As we go

12     through, I'll just ask you about each photo,

13     if you don't mind.

14          So on this first page, what is this

15     photo?

16 A.  This is our kitchen.

17 Q.  And in this kitchen has anything been replaced

18     since you first moved into the house in 1985?

19 A.  Yes.

20 Q.  What?

21 A.  Well, start in this corner.  The microwave has

22     been replaced.  The range has been replaced.

23     All of the countertops have been replaced and

24     all of the cabinets have been repainted.

25 Q.  And when did you replace the microwave most

Page 109

```
 1      recently?
 2  A.  About two years ago.
 3  Q.  And what about the range?
 4  A.  I would estimate about 10 or 12 years ago.
 5  Q.  And what about the countertops?
 6  A.  That was around -- I am going to say that was
 7      early 2000s.
 8  Q.  And do you know what the material the
 9      countertops are made out of?
10  A.  Yes.
11  Q.  What is that?
12  A.  It's Formica.
13  Q.  And do you remember how much It cost to
14      replace the countertops?
15  A.  I do not.
16  Q.  Were you the one who installed the countertops
17      or did you have someone else do it?
18  A.  That's two questions.
19  Q.  Were you the one who installed the countertop?
20  A.  I helped my brother, who is -- two of my
21      brothers are carpenters, so I helped one of
22      them put it in.
23  Q.  Do your brothers often come by to help with
24      home improvement projects?
25  A.  They're always at beck and call.
```

1    Q.  And what about the cabinets?  When did you

2        replace the cabinets?

3    A.  Didn't replace them.

4    Q.  Did you -- have you ever repainted the

5        cabinets?

6    A.  Yes.  That's what -- yeah, I said that, but we

7        repainted them, yeah.

8    Q.  When did you do that?

9    A.  I don't recall.

10   Q.  Is there anything else in this photo that is

11       new since 1985?

12   A.  Yes.

13   Q.  What else?

14   A.  The rack for the coffee C-cups and the coffee

15       maker.

16   Q.  The Keurig was not there in 1985?

17   A.  No.  It was a Mr. Coffee.

18   Q.  And just -- if you flip back, if that's okay.

19       What kind of flooring is in the kitchen?

20   A.  It's one of those -- I don't remember the

21       name.  It's a poured thing, and, you know, you

22       pour it and then you smooth it out.  And it's

23       supposed to last for a good long time, and

24       it's original.  It's in good shape.

25   Q.  You can flip to the next page?  Is this the

1       same -- a photo of the same kitchen area?

2   A.  Yes.

3   Q.  Is there anything different in this photo that

4       we haven't already discussed?

5           MS. JOSELSON:  Objection to the form.

6       BY MR. BARNES:

7   Q.  You can answer.

8   A.  No, that's -- it's pretty much the same.

9   Q.  Okay.  You can flip to the next page.

10          And what is this a picture of?

11  A.  This is a front-on picture of the kitchen sink

12      and the window off the back and the cabinets

13      on either side and the cabinets on the bottom

14      and all the green lights go to the dishwasher.

15  Q.  Okay.  And is there anything in this photo

16      that's new since 1985?

17  A.  Since 1985?  All of it is new.

18  Q.  How about the dishwasher, when was that last

19      replaced?

20  A.  That's a little less than a year old.

21  Q.  Do you remember how much that cost?

22  A.  I can estimate it was like $450.

23  Q.  Okay.  What about the kitchen sink?

24  A.  That is original.  It's a stainless steel

25      two-bowel sink.  The faucet and the plumbing

```
 1          have been replaced twice.
 2     Q.   When was the last time they were replaced?
 3     A.   Approximately two years ago.
 4     Q.   And do you remember how much that cost?
 5     A.   No, I don't.
 6     Q.   Was -- how about the window, was that one of
 7          the windows that was replaced?
 8     A.   Yes, that is one of the replacement windows.
 9     Q.   And is there anything else in this photo that
10          has been replaced since 1985?
11     A.   I don't believe so.
12     Q.   Okay.  You can flip to the next page.
13              And what is this a picture of?
14     A.   It appears to be the same picture only later
15          and brighter.
16     Q.   Is there anything in this photo that has been
17          replaced since 1985 that we have not already
18          discussed?
19     A.   Yes.  The light over the kitchen sink.  I
20          don't know if that's in the other picture or
21          not.  Oh, yeah, it is, but couldn't really
22          see.  It's a bright spot.  But, yeah, the
23          light is new since 1985.
24     Q.   When did you replace it?
25     A.   The light I replaced -- I am going to estimate
```

```
 1        it was in the early '90s, and when I was
 2        washing the bulb -- or not the bulb but the
 3        globe, I broke it.  About four years ago.
 4   Q.   And did you install the new light fixture?
 5   A.   I did.
 6   Q.   And who installed the new -- the new sink
 7        plumbing?
 8   A.   I did.
 9   Q.   All right.  Flip to the next page.
10             And what is this a picture of?
11   A.   This is a kitchen from another angle showing
12        the range and the microwave, the kitchen
13        cabinets.  That smallish door right there is a
14        pantry, and the other doorway goes into the
15        hallway.
16   Q.   And is the wallpaper new since 1985?
17   A.   Yes.
18   Q.   When was that replaced?
19   A.   About the same time the countertop was.
20   Q.   And what about the cabinet knobs, are those
21        new as well?
22   A.   Yeah.  That was all one project.
23   Q.   Is there anything else in this photo that we
24        haven't already discussed that has been
25        replaced since 1985?
```

```
                                          Page 114
 1   A.  Since 1985?

 2   Q.  Hmm.

 3   A.  Yeah, these wall things.  Those -- the one

 4       that says Skippy's kitchen, that came from

 5       Linda's mother when she died.

 6           And the cat thing was -- one of the kids

 7       gave it to us.

 8           And the -- the picture of the chickens,

 9       that's newest.

10           MS. JOSELSON:  I think he's just asking

11       about improvements to the home, not

12       furnishings.

13           THE WITNESS:  Oh, okay.  All right.

14   BY MR. BARNES:

15   Q.  But to clarify for the court reporter, you

16       were just pointing out -- it looks like

17       decorations on the wall?

18   A.  Correct, yeah.  Decorative.

19   Q.  Okay.  We can flip to the next page.

20           And what is this a picture of?

21   A.  This is what we refer to as the master

22       bedroom, Linda's and my bedroom, and that's my

23       dresser and her side of the bed.

24   Q.  And what floor is this on?

25   A.  This is on the second floor.
```

```
 1    Q.   And what floor is the kitchen on?

 2    A.   The same floor.

 3    Q.   The second floor?

 4    A.   Second floor.

 5    Q.   And when was the -- when did you replace the

 6         dresser?

 7    A.   I didn't replace it.  I'm just saying that is

 8         mine.

 9    Q.   What in this photo have you replaced since you

10         purchased the home?

11    A.   Say that again?

12    Q.   What in this photo is new since --

13              MS. JOSELSON:  Are asking about

14         furnishings as well as improvements to the

15         home now?

16              MR. BARNES:  I'm asking about anything he

17         would like to talk about, about what's new and

18         he's improved on.

19              MS. JOSELSON:  Yeah, I'm going to object

20         to the question.  Let's just focus on

21         improvements and not on furniture.

22              MR. BARNES:  Objection to form would be

23         fine, I think.

24              MS. JOSELSON:  Yeah, I'll make my

25         objections.
```

1       BY MR. BARNES:

2    Q.   You can proceed.

3    A.   Okay.

4            MS. JOSELSON:  If you understand the

5        question.

6            THE WITNESS:  Yeah, he wants to know

7        what's new, I am assuming.

8    A.   But the only thing new is the wallpaper.

9        BY MR. BARNES:

10   Q.   And when was that replaced?

11   A.   I don't really remember.

12   Q.   Was it in the last ten years?

13   A.   No.

14   Q.   And to the left of this picture here, is that

15       a floor fan?

16   A.   Is it a what?

17   Q.   A floor fan?

18   A.   Oh, yeah, that's the tower fan.  Sorry.

19   Q.   And when was this hardwood floor installed?

20   A.   It's original.  I have no idea.  It was there

21       when we bought the house.

22   Q.   Okay.  We can flip to the next page.

23           And what is this a picture of?

24   A.   This is one of the upstairs bedrooms, which we

25       call the office.  It's our computer room.

1    Q.   And is there any -- is the wallpaper new since
2         1985?
3    A.   Yes.
4    Q.   When was that replaced?
5    A.   I don't remember.
6    Q.   And is this one of the windows that you
7         replaced?
8    A.   It is.
9    Q.   Okay.  And just to remind you, if you want to
10        wait until I finish the question, even though
11        all of these I am sure you know the answer to
12        before I finish.
13   A.   Sorry.
14   Q.   That's okay.
15             Is there anything else in here that
16        you've replaced since 1985?
17   A.   No.
18   Q.   Flip to the next page.
19             And what is this a picture of?
20   A.   This is the other upstairs bedroom.  It used
21        to be our daughter's bedroom when she was
22        small and now it's an extra bedroom.
23   Q.   What do you use this bedroom for typically?
24   A.   Extra bedroom.
25   Q.   Guests?

```
                                                    Page 118
 1     A.   Guests.

 2     Q.   Do you have people stay over often?

 3     A.   No.

 4     Q.   How frequently in a year would you say people

 5          stay over?

 6     A.   And use this room?

 7     Q.   Sure, using this room.

 8     A.   Not very often.

 9     Q.   What about in general?

10     A.   In general.  Rare.

11     Q.   And is this hardwood floor the same floor that

12          was installed in the house when you purchased

13          it?

14     A.   It was in the house when we purchased it, yes.

15     Q.   And what about the -- the wall color, did you

16          repaint the walls since 1985?

17     A.   Yes.

18     Q.   And do you recall when?

19     A.   No.

20     Q.   And this is also one of the new windows?

21     A.   It is.

22     Q.   All right.  You can flip the page.

23               You can go back to the page of that

24          bedroom.  Was there anything else you wanted

25          to add that was new since --
```

Page 119

```
 1   A.   No, no.
 2   Q.   Flip the page.
 3            And what is this a picture of?
 4   A.   This is the same room we were just in.  It's
 5        the opposite wall.
 6   Q.   Okay.
 7   A.   Bookcase obviously.
 8   Q.   And is that bookcase attached to the wall or
 9        is it freestanding?
10   A.   It is attached to the wall.
11   Q.   And was that installed in the house when you
12        purchased it?
13   A.   No.
14   Q.   When was that installed?
15   A.   I don't really recall.  I made that.
16   Q.   Did you -- you built the whole bookshelf?
17   A.   Mm-hmm.
18   Q.   What did you make it out of?
19   A.   Pine.
20   Q.   And do you recall, was it in the last ten
21        years?
22   A.   This was the last -- it might have been.
23   Q.   And did you set it up in the room as well?
24   A.   Yes.
25   Q.   And how about the flooring in this room, is
```

1      this the same flooring as what we previously

2      discussed?

3   A.   Yes, this is the same flooring.

4   Q.   Okay.  Flip the page.

5           What is this room?

6   A.   This is another spare bedroom downstairs.

7   Q.   This is a second spare bedroom, so you have

8      two spare bedrooms, correct?

9   A.   Yes.

10  Q.   And what -- how -- what do you use this room

11     for other than --

12  A.   Well, this is when my daughter, Johnna, comes

13     down.  This is -- we call this Johnna's room.

14     This is where she stays with her husband.

15  Q.   And how frequently do you use this room as a

16     guest bedroom for visitors?

17  A.   Typically two times a year.

18  Q.   And what about in this photo?  Is there

19     anything that has been replaced since you

20     purchased the home?

21  A.   Been painted and the doors on the closet --

22     oh, wait a minute.  I'm sorry.

23         This is -- this is still upstairs.  I am

24     sorry.  It's the wrong room.  This is the

25     spare bedroom upstairs, the one -- the

```
 1        previous page.  It's just the other corner.
 2        The closet is in the other corner.  I was
 3        looking at the dresser and wait a minute;
 4        that's not right.
 5             Okay.  So that's still the same one.
 6        These three pictures are the same room.
 7   Q.   The three pictures we just reviewed are all
 8        part of the same first guest bedroom we
 9        discussed?
10   A.   Right, upstairs.
11   Q.   And you were saying that you -- did you
12        replace the closet doors?
13   A.   Yes.  They had slide-bys, and I didn't like
14        them, so I put actually dual-fold, I guess.
15        They only fold in half in the middle.
16   Q.   When was that, that you installed this?
17   A.   When I painted it, and I don't remember when
18        that was.
19   Q.   Okay.  We can flip the page.
20             And what is this room?
21   A.   This is downstairs.  This is what we call the
22        family room.
23   Q.   And what do you typically use this room for?
24   A.   Recreation.  Chelsea and her boyfriend spend
25        time down there together.
```

```
                                                  Page 122
 1    Q.   And --
 2    A.   Playing games.
 3    Q.   And what in this photo has been replaced since
 4         you purchased the home?
 5    A.   Walls are painted.  The other wall has been
 6         wallpapered.  The knee-wall, if you want to
 7         call it that, has been painted.  That was
 8         panelling.  The carpet has been replaced.
 9         And, of course, the window.
10    Q.   So let's start with the -- the walls.
11              When was the wallpaper installed, added?
12    A.   I don't remember.
13    Q.   Do you recall when the other wall was painted?
14    A.   Just before I put the wallpaper on.
15    Q.   But unclear when that was?
16    A.   I don't know.  I don't remember.  I don't
17         remember the dates.
18    Q.   Within -- go ahead.
19    A.   No, it was more than ten years.
20    Q.   And how about this -- the foosball table?  Is
21         that what that is?
22    A.   That's what it is, yeah.
23    Q.   And when was that -- when did you purchase
24         that?
25    A.   Boy, I don't remember.
```

```
 1    Q.   And the wood paneling on the walls, has that
 2         been there since you purchased the home?
 3    A.   It was there.
 4    Q.   And what about the flooring, was that there
 5         when you purchased the home?
 6              MS. JOSELSON:  Asked and answered.  You
 7         can answer it again.
 8    A.   This carpet has been replaced.
 9         BY MR. BARNES:
10    Q.   And when was that?
11    A.   A couple years ago, two or three.
12    Q.   Okay.  Flip the page.
13              And what is this room?
14    A.   The same -- excuse me.  The same room,
15         different wall.
16    Q.   And did you build this bookcase as well?
17    A.   I did.
18    Q.   Do you recall when that was?
19    A.   No, I don't.
20    Q.   And do you recall how much it cost to build
21         the bookcase?
22    A.   No, I don't.
23    Q.   And what -- what on this view of the room has
24         been replaced since you purchased the home?
25    A.   The wallpaper, the ceiling has been painted,
```

Page 124

1       the bookcase, the carpeting again, the chest
2       freezer.
3   Q.  Do you recall when you purchased the chest
4       freezer?
5   A.  No, I don't.
6   Q.  And what is the white box on the floor there?
7   A.  That's a dehumidifier.
8   Q.  And do you have those in more than one room in
9       your home?
10  A.  Yes.
11  Q.  And what do you use it for?
12  A.  Take moisture out of the air.
13  Q.  Do you have a humidity problem in your house?
14          MS. JOSELSON:  Objection.
15      BY MR. BARNES:
16  Q.  You can answer.
17  A.  Only when it's very humid outside.
18  Q.  Flip the page.
19          The same photo as before, correct?
20  A.  Same.
21  Q.  Slightly blurrier?
22  A.  A little blurrier, yeah.  That one --
23  Q.  Flip the page.
24  A.  More shaky.
25  Q.  And this looks like the same photo as before

```
                                              Page 125
 1        with a slightly different angle; is that
 2        correct?
 3   A.   Slightly different angle, yes.
 4   Q.   Flip the page.
 5             What is this a picture of?
 6   A.   That's the bureau that is in the -- the
 7        downstairs extra bedroom.  Excuse me.
 8   Q.   And when was this added to the house?
 9             MS. JOSELSON:  You need to know when the
10        bureau was bought?
11             MR. BARNES:  I would like him to answer
12        the questions that are asked.
13        BY MR. BARNES:
14   Q.   You may proceed.
15   A.   It wasn't bought.
16   Q.   Was it a gift?
17   A.   It was a gift.
18   Q.   Do you remember when?
19   A.   No.
20   Q.   And what about the wallpaper?  Was that added
21        after you purchased the home?
22   A.   Yes.
23   Q.   Do you recall when?
24   A.   Nope.
25   Q.   Okay.  You can flip the page.
```

```
                                             Page 126

 1              And what is this a picture of?
 2    A.   This is the same room, different view.
 3    Q.   And is that a dehumidifier in the room there
 4         too?
 5    A.   It is.
 6    Q.   And what is the flooring in this room?
 7    A.   Carpet.
 8    Q.   And do you recall when that was added?
 9    A.   No, I don't.
10    Q.   And the closet doors, were these the originals
11         when you purchased the home?
12    A.   These are original, yes.
13    Q.   Flip the page.
14              And what is this a picture of?
15    A.   This is the downstairs bathroom.
16    Q.   And what in this picture has been replaced
17         since you purchased the home?
18    A.   The shower stall, the window.  Of course, it's
19         been painted and carpeting.
20    Q.   And what about the toilet?
21    A.   That is original.
22    Q.   And the plumbing, has that been replaced since
23         you purchased home?
24    A.   We can do that in the next picture maybe.
25    Q.   I'll hold off on that question.
```

```
                                              Page 127

 1     A.   Okay.

 2     Q.   What about the -- you said the shower?

 3     A.   That has been replaced.

 4     Q.   When was that?

 5     A.   I don't recall.

 6     Q.   And do you recall when the walls were painted?

 7     A.   No, I don't really.

 8     Q.   And how about the -- what type of flooring is

 9          it?

10     A.   This was carpeted.

11     Q.   Carpet in the bathroom?

12     A.   Carpet in the bathroom.

13     Q.   Do you recall when that was installed?

14     A.   No.

15     Q.   Flip the page.

16          And what is this a picture of?

17     A.   This is the bathroom sink.

18     Q.   Of the same bathroom?

19     A.   Same bathroom, yes.

20     Q.   And what was replaced in this photo?  What has

21          been replaced since you purchased the home?

22     A.   In this photo, everything except the corner of

23          the toilet tank.

24     Q.   When did you replace the sink?

25     A.   I don't recall exactly, but...
```

```
                                              Page 128

 1    Q.  Was it within the last ten years?

 2    A.  Yes.

 3    Q.  And what about the plumbing of this bathroom,

 4        has this been replaced?

 5    A.  The sink has been replumbed, yes.

 6    Q.  When was that?

 7    A.  When I put the sink in.

 8    Q.  And remind me when that was?

 9    A.  I don't remember.

10    Q.  Last ten years?

11    A.  Sometime in the last ten years, I believe.

12    Q.  Flip the page.

13            And what is this a picture of?

14    A.  This is the utility room downstairs.

15    Q.  And what do you typically use the utility room

16        for?

17    A.  Washer and a dryer in there.  Furnace is in

18        there.  The water softener is in there.  The

19        wood boiler is in there.

20    Q.  So looking at this picture, on the bottom

21        left-hand corner, what is that?

22    A.  That's the wood boiler.

23    Q.  And in the middle there is a -- it looks like

24        a washing machine?

25    A.  Yeah.
```

```
 1   Q.  And what's directly to the left of that?
 2   A.  To the left of that is the water softener.
 3   Q.  And do you recall when you purchased the
 4       washing machine?
 5   A.  Not right offhand, no.
 6   Q.  Do you recall when the water softener was
 7       installed?
 8   A.  The water softener is just under two years
 9       old.
10   Q.  And do you recall how much that cost?
11   A.  No, I don't.
12   Q.  And the furnace on the bottom left-hand
13       corner, is that -- has that been replaced
14       since you purchased the home?
15   A.  The --
16   Q.  The wood stove.
17   A.  The wood furnace?  No, that has not been
18       replaced.
19   Q.  And then at the very top of the photo, what is
20       that?
21   A.  This is -- right?  I assume you mean this
22       right here.
23   Q.  Yes, exactly.
24   A.  That is an outside vent because the wood
25       furnace sometimes smoked.  The smoke bothered
```

```
 1        my wife.  So because I was a sheet metal
 2        worker, I made a hood.  I got a piece of
 3        spiral pipe, vented it to the outside.
 4   Q.   So you made that yourself?
 5   A.   I did.
 6   Q.   Do you recall when that was?
 7   A.   Late 1980s.
 8   Q.   And do you recall how much that cost?
 9   A.   Well, it was kind of what we call -- what we
10        do is when we did stuff like this we called it
11        government work, so that didn't cost anything.
12   Q.   Why is it called government work?
13   A.   It's just the term we used.
14   Q.   Do you -- where did you construct this at?
15   A.   At United Mcgill.
16   Q.   Flip the page.
17             And what is this a picture of?
18   A.   This is a view going the other direction
19        toward the dryer.
20   Q.   Of the same time utility room?
21   A.   Same utility room, yeah.
22   Q.   And what is the type of flooring in this room?
23   A.   Concrete.
24   Q.   Original concrete?
25   A.   Original concrete.
```

1    Q.  And do you have a dryer in the utility room?

2    A.  Yeah, that is a dryer.

3    Q.  Do you know when you purchased that?

4    A.  No, I don't.

5    Q.  You can flip the page.

6            And what is this a picture of?

7    A.  This is the dining area off the kitchen.

8    Q.  And the flooring in this picture, is this the

9        original floor?

10   A.  Original hardwood floor, yes.

11   Q.  And do you recall, have these walls been

12       repainted since you purchased the home?

13   A.  Yes.

14   Q.  Do you recall when?

15   A.  No.

16   Q.  And then is this a back door in the photo?

17   A.  It is.

18   Q.  And are those the original doors?

19   A.  No.  Since 1985 replaced.  It's a Marvin door.

20   Q.  It was replaced in 1985 when you purchased the

21       home?

22   A.  When we purchased the home, there was a double

23       window there, no door.  The door was out

24       front.  That was all.  So we wanted a door out

25       back.  So that's what that is.

```
                                              Page 132
 1    Q.  Did you install it yourself?

 2    A.  Brothers.

 3            MR. WILSON:  Wish I had brothers like

 4        you.

 5        BY MR. BARNES:

 6    Q.  And at the top, is that a light fixture in

 7        this picture?

 8    A.  The chandelier?

 9    Q.  Yes.

10    A.  Yes.

11    Q.  Do you recall when that was installed?

12    A.  I have no idea.  It was there when we moved

13        in.  We liked it; we kept it.

14    Q.  Flip the page.

15            And what is this a picture of?

16    A.  That's the master bedroom and the wall and

17        pillows on the bed.

18    Q.  And we discussed this earlier, correct?

19    A.  Yeah.  Yeah.

20    Q.  Flip the page.

21            What is this a picture of?

22    A.  This is the bathroom upstairs.

23    Q.  And has anything in this picture been replaced

24        since you purchased the home?

25    A.  Every -- excuse me -- everything in this
```

1          picture has been replaced.

2    Q.   And what about the sink?

3    A.   Yes.  That was a single-unit sink, and this --

4         the door, the doors, one unit.

5    Q.   And do you recall when that was replaced?

6    A.   No.

7    Q.   And what about these doors to the left?

8    A.   That is a -- where we keep the towels and wash

9         clothes and medicines and stuff like that.

10         And that was installed at the same time.

11   Q.   Flip the page.

12              What is this a picture of?

13   A.   This is the area between the living room and

14         the dining area.

15   Q.   And what do you use that area for?

16   A.   To go from the dining room to the kitchen.

17   Q.   Just a walkway?

18   A.   Just a walkthrough, yeah.

19   Q.   Flip the page.

20              We're back in the kitchen?

21   A.   Back in the kitchen.

22   Q.   Flip the page.

23              And where is this?

24   A.   This is in the living room.

25   Q.   And is there anything in here that's been

```
1          replaced since 1985?
2     A.   Yes, everything.
3     Q.   When were the walls repainted?
4     A.   I don't recall.
5     Q.   Is that floor original?
6     A.   That floor is original.
7     Q.   And when you said everything has been
8          replaced, are you talking mostly about the
9          furniture in the room?
10    A.   Yes.
11    Q.   Anything else?
12    A.   Well, the furniture -- yes, nothing else.
13    Q.   All right.  Flip the page.
14             What is this a picture of?
15    A.   This is the hallway that goes from when you go
16         through the kitchen and go to the -- to the
17         right is the hallway.  The doorway -- the door
18         at the end is a little closet, and the first
19         door on the right is the bathroom door.  The
20         second door on the right is the master bedroom
21         door.  The other two doors on the left are
22         spare bedroom doors.  The little door with the
23         Santa thing hanging on it --
24    Q.   Mm-hmm.
25    A.   -- is a closet.
```

```
                                                       Page 135
 1    Q.  Very helpful.  Thank you.
 2            Is this the original hardwood floor?
 3    A.  It is.
 4    Q.  And is that the original wallpaper?
 5    A.  No.
 6    Q.  When was that replaced?
 7    A.  I don't recall.
 8    Q.  And there is a vent on the floor.  Do you see
 9        that?
10    A.  Yes, that's a vent.
11    Q.  And is that for the heating?
12    A.  It was originally, I assume, because when we
13        first moved there the house was only one zone.
14        So if you wanted it warm downstairs, it was
15        much warmer upstairs.  So that's probably why
16        they put that in.
17            When we put the new furnace in, we zoned
18        it so the downstairs had its own zone; the
19        upstairs has its own zone.
20    Q.  Flip the page.
21            And what is this a picture of?
22    A.  This is the living room.
23    Q.  And what is that on the back wall there?
24    A.  The back wall.
25    Q.  On the bookcase it looks like?
```

```
 1    A.   The bookcase, yeah.

 2    Q.   Did you construct that as well?

 3    A.   I did.

 4    Q.   Do you recall when?

 5    A.   No.

 6    Q.   And what was there before you built that?

 7    A.   If you looked at the bottom of the bookcase,

 8         there is like a railing right there.  That is

 9         what it was, the half wall.

10    Q.   And you just built a bookcase on top of the

11         railing?

12    A.   We put the bookcase on top of it because we

13         had a small child.  So it was like not a good

14         idea because down over it, you know.  So the

15         bookcase is handy.

16    Q.   And the vent up on the top of the ceiling, is

17         that from the old heating system?

18    A.   That is not a vent.

19    Q.   What is it?

20    A.   That's a recessed light.

21    Q.   Do you know when that was installed?

22    A.   No.

23    Q.   And I noticed a lot of bookcases in here.

24         Are you an avid reader?

25    A.   Not as avid as my wife, but I read a lot, yes.
```

```
 1    Q.   Has anything else in here been replaced since
 2         you purchased the home?
 3    A.   Behind the tree there is a window.  That has
 4         been replaced.
 5    Q.   Anything else?
 6    A.   The carpet under the table but that's just a
 7         free carpet, so I don't think that counts.
 8    Q.   You can flip the page.  Last one.
 9              What is this a picture of?
10    A.   This is the downstairs bedroom that I referred
11         to as Johnna's room.  This is the closet we
12         were talking about, would be off to the right.
13         There is the bed and obviously the wall.
14    Q.   And is that carpet on the floor?
15    A.   That is carpet on the floor.
16    Q.   And is that the original carpet?
17    A.   No, that has been replaced.
18    Q.   Do you recall when?
19    A.   Nope.
20    Q.   And the wallpaper?
21    A.   That has been replaced as well, yes.
22    Q.   Do you recall when?
23    A.   No.
24    Q.   I think that is it for the photos.
25    A.   Okay.
```

1    Q.   Thank you for the tour of your home.

2    A.   You're welcome.

3    Q.   So you mentioned you -- you did some

4        replacements for the -- did we already discuss

5        the hot water boiler?

6    A.   We replaced the furnace, yes.

7    Q.   Let me reask, yeah.

8           Do you recall how much that cost to

9        replace the furnace?

10   A.   I can estimate it was around $3500.

11   Q.   And do you recall when you connected to

12       municipal sewer line?

13   A.   No, I don't.

14   Q.   If -- would you have any reason to disagree if

15       it was in 1993?

16   A.   You've got some documentation or something?  I

17       mean, I don't know without looking.

18   Q.   Would you prefer me to show you the receipt?

19       We'll move on.  That's okay.

20          Do you recall how much it cost to connect

21       to the municipal sewer line?

22   A.   Not right offhand, no.

23   Q.   And for the wood flooring, have you refinished

24       it since you moved in?

25   A.   No, we haven't.

1    Q.   And have you noticed -- you said your house

2         was constructed in the '60s, correct?

3    A.   Yes.

4    Q.   And have you noticed, has it -- has it

5         required more upkeep over time as it's gotten

6         a little older?

7    A.   No, not really.

8    Q.   And do you have homeowners insurance?

9    A.   We do.  Excuse me.  Yes.

10   Q.   Do you know how many policies you have?

11   A.   How many --

12   Q.   Do you have one policy, two policies?

13   A.   One.

14   Q.   And do you know who your insurer is?

15   A.   Yes.

16   Q.   Who is it?

17   A.   It's through AARP.  It's the Hartford.

18   Q.   And what does it cover?

19   A.   It covers the -- well, the homeowners covers

20        the home.

21   Q.   Is your home fully insured?

22   A.   It is.

23   Q.   And what do you pay for your insurance?

24   A.   I don't recall.  I would have to look.

25   Q.   And do you know if your insurance company has

```
 1        evaluated your home, placed a value on your
 2        home?
 3             MS. JOSELSON:  Object to the form.  You
 4        can answer it if you understand it.
 5   A.   Rephrase the question.  What are you asking?
 6        BY MR. BARNES:
 7   Q.   What value did the insurance company place on
 8        your home when they issued the policy?
 9             MS. JOSELSON:  Same objection.  You can
10        answer it if you understand it.
11   A.   In our policy, they have a replacement value.
12        BY MR. BARNES:
13   Q.   Do you recall what that is?
14   A.   300-and-something thousand.
15   Q.   And is your home currently for sale?
16   A.   No.
17   Q.   Do you have any plans on selling your home?
18   A.   Is there a time frame in there?
19   Q.   Generally.
20   A.   Yes.
21   Q.   And what are your plans?
22   A.   It's kind of open-ended right now.  I am about
23        to retire, so we are going to look around and
24        sell down the road.
25   Q.   So earlier you talked about possibly moving
```

1          farther south?

2    A.    Yes.

3    Q.    And you would sell your home to do so, as

4          opposed to keeping a second home here?

5    A.    Yes.

6    Q.    And have you ever in the past attempted to

7          sell your home?

8    A.    No.

9    Q.    And as far as the plans to sell your home

10         potentially in the future goes, do you have a

11         timeline in mind yourself?

12   A.    No.

13   Q.    And have you ever attempted to lease your

14         home?

15   A.    No.

16   Q.    And prior to January 2016, have you ever had

17         your well tested?

18              MS. JOSELSON:  Asked and answered, but

19         you can answer it again.

20   A.    Excuse me.  Tested for what?

21   Q.    Anything.

22   A.    Anything.  We had it tested for potability.

23   Q.    And do you remember the results of that test?

24   A.    It was -- everything was fine.

25   Q.    And any test after 2016 for substances other

```
 1        than PFOA?
 2   A.   I think there was a -- we tested for lead, I
 3        think.
 4   Q.   And do you recall what the results of that
 5        time were?
 6   A.   No, not right offhand.
 7   Q.   We'll come back to that.
 8             Has your well ever been tested for the
 9        presence of PFOA?
10   A.   Yes.
11   Q.   Do you recall how many times?
12   A.   Three.
13   Q.   And when were those tests conducted?
14   A.   I don't really recall.
15   Q.   And do you recall who paid for the testing?
16   A.   Say again.
17   Q.   Do you recall who paid for the testing?
18   A.   I would imagine that --
19             MS. JOSELSON:  Don't guess.
20   A.   I don't know then, no.  I don't know who paid
21        it.
22        BY MR. BARNES:
23   Q.   Did you -- did you pay for it?
24   A.   I did not.
25   Q.   And where was the water collected on your
```

```
 1        property during the testing, do you know that?
 2   A.   I know where one of them was.
 3   Q.   What do you mean?  Do you know where one of
 4        them was you said?
 5   A.   Yes.
 6   Q.   Where was that one?
 7   A.   Kitchen sink.
 8             MR. BARNES:  We'll go ahead and mark
 9        these three exhibits.
10             (Deposition Exhibit No. 5 was marked for
11        identification.)
12             (Off-the-record colloquy.)
13             MR. BARNES:  It's the order of Bates
14        numbers.
15   BY MR. BARNES:
16   Q.   And so do you recognize these sets of
17        documents I handed you?
18             MS. JOSELSON:  Take a look at them first.
19   BY MR. BARNES:
20   Q.   So all four -- all four documents have been
21        marked as Exhibit 5.
22   A.   Just the one on the top.
23   Q.   They are all the same exhibit.
24   A.   Okay.
25   Q.   Ready?
```

```
 1   A.  Yes.

 2   Q.  So on the top page, you'll see on the very

 3       bottom it says Cra-0083.  Is that correct?

 4   A.  Yes.

 5           MS. JOSELSON:  The top page?

 6           MR. BARNES:  His copy.

 7           MS. JOSELSON:  Okay.  So --

 8           MR. WILSON:  There we go.

 9       BY MR. BARNES:

10   Q.  And you'll see the very -- at the -- in the

11       box of text it says analytical results,

12       perfluorinated chemicals by EPA 537 UCMR3 safe

13       drinking water analysis.  Is that correct?

14   A.  Yes.

15   Q.  And there's an address written at the top that

16       says 643 West Road.

17           Do you see that?

18   A.  Yes.

19   Q.  And do you know -- is that your handwriting?

20   A.  I don't know.

21   Q.  And in the slightly darker box below that it

22       says collected 04/19/16.

23           Do you see that?

24   A.  I see that.

25   Q.  And on the -- under analyte name, on the
```

```
 1      fourth line, it says -- it's for the PFOA
 2      line.  Do you see that?
 3  A.  Yes.
 4  Q.  And across from that result says non detect.
 5      Do you see that?
 6          Do you recall receiving this test result?
 7  A.  Yes.
 8  Q.  And you can flip to the next page.
 9  A.  Is that Cra0085?
10  Q.  Yes, I believe so.
11          And do you see at the top here it's the
12      same -- the same heading, analytical results,
13      perfluorinated chemicals?
14  A.  Yes.
15  Q.  And there is an address there, 643 West Road?
16  A.  Yes.
17  Q.  And this -- in the black box it says collected
18      09/21/16?
19  A.  Yes.
20  Q.  And on the fourth line of the analyte name for
21      PFOA it says non detect.
22          Do you see that?
23  A.  I see that.
24  Q.  And do you recall -- and the handwriting, I
25      should say in the middle of the page, it says
```

1       PFOA equals non detect, and then in

2       parentheses it looks like it says less than

3       2.3 ppt.

4            Do you see that?

5   A.  I see that.

6   Q.  Do you recall receiving these test results?

7   A.  I do.

8   Q.  You can flip the page.

9            And if you want to flip to the -- and

10      this first page, though, is a letter addressed

11      you to and your wife, correct?

12  A.  Are we at Cra0086?

13  Q.  Yes, we are.

14  A.  Okay.  Yes, I see that.

15  Q.  And that's your address, 643 West Road?

16  A.  It is.

17  Q.  And the date of this letter is June 21, 2017?

18  A.  Yes.

19  Q.  And it looks like it was sent by the State of

20      Vermont Department of Environmental

21      Conservation; is that correct?

22  A.  Yes.

23  Q.  And do you recall receiving this letter?

24  A.  Yes.

25  Q.  You can flip the page.

1           It says sampling point 643 West Road, and

2       in the bottom in handwriting it says PFOA 4.1

3       ppt.

4           Do you see that?

5   A.  I do.

6   Q.  And do you recall receiving this test result

7       as well?

8   A.  Yes.

9   Q.  All right.  Go to the next page.

10  A.  86 or 88?

11          MS. JOSELSON:  I have a page with no

12      Bates number.

13      BY MR. BARNES:

14  Q.  Is there a Bates number on yours?

15  A.  0088.

16          MS. JOSELSON:  Oh, okay.  It was stapled.

17      BY MR. BARNES:

18  Q.  May I see that exhibit, please?

19          All right.  And this says -- what is the

20      date on this sampling?

21          MS. JOSELSON:  There are two dates, three

22      dates.

23      BY MR. BARNES:

24  Q.  What is the date it was collected on?

25  A.  Initial sampling date, it says 4/19/2016.  The

```
 1        second sampling, 9/21/2016.
 2   Q.   And do you see the line for PFOA results?
 3   A.   Yes.
 4   Q.   And what were the results on those dates?
 5   A.   It was looks like one was non detect, less
 6        than 13; non detect, 3.8.  Less than 3.8.
 7        Sorry.
 8   Q.   And which date was that?
 9   A.   That was the 9/21/2016.
10   Q.   And what about the other date?
11   A.   One says that resampling 4/13?
12   Q.   Yes.
13   A.   2017?
14   Q.   Yes.
15   A.   It says -- looks like 4.1.
16   Q.   All right.  And do you have one more page in
17        that exhibit list?  It's right there.  It
18        should say Cra0785.
19   A.   0785, yes.
20   Q.   And this is addressed to Ted and Linda
21        Crawford at the top, correct?
22   A.   Yes.
23   Q.   And the sampling point is 643 West Road?
24   A.   Yes.
25   Q.   And the PFOA line, it looks like it's the
```

```
 1        third from the bottom?
 2   A.   Yeah.  Yes.
 3   Q.   The results are 3 nanograms per liter; is that
 4        correct?
 5   A.   Three is correct.
 6   Q.   And do you remember receiving these test
 7        results?
 8   A.   Yes.
 9   Q.   So to your knowledge, have you ever received a
10        testing result for PFOA above 4.1 parts per
11        trillion?
12   A.   No.
13   Q.   And are all of these tests of the presence of
14        PFOA in your well water?
15   A.   As far as I know, yes.
16   Q.   And what do you mean -- what do you understand
17        it to mean when it says non detect?
18   A.   It's below a certain percentage.
19   Q.   And do you understand -- do you understand
20        this to indicate that your water levels are
21        below the Vermont's safe drinking water
22        standard for PFOA?
23            MS. JOSELSON:  Objection.  Calls for an
24        expert opinion.  You can answer it if you
25        know.
```

```
 1        BY MR. BARNES:
 2    Q.  Are you aware of what the Vermont drinking
 3        water standard is for PFOA?
 4    A.  Yes.
 5    Q.  What is it?  To your knowledge, what is it?
 6    A.  20.
 7    Q.  And so do you understand this indicates your
 8        water levels of PFOA in your well water is
 9        less than the Vermont's drinking water
10        standard for PFOA?
11    A.  Yes.
12    Q.  And when you received these results, did you
13        take any action?
14    A.  Yes.
15    Q.  What action did you take?
16    A.  I stopped drinking the water.
17    Q.  You stopped drinking the water when you
18        received the results or --
19    A.  When it hit 4.1 we stopped.
20    Q.  Did you drink it before that?
21    A.  Yes.
22    Q.  When -- and 4.1 was the test results in April
23        of 2017; is that correct?
24    A.  Without looking.  I don't know.
25    Q.  So when you had non detect for PFOA, did you
```

```
 1        use water normally as you did previously?
 2   A.   Yes.
 3   Q.   And when you received the November 2017 test
 4        results of 3 parts per trillion that we saw,
 5        did your behavior change at all there?
 6   A.   No.
 7   Q.   And do you disagree with the level that the
 8        State of Vermont has set for a drinking water
 9        standard for PFOA?
10   A.   Yes.
11   Q.   And why is that?
12   A.   It should be zero.  Shouldn't be anything.
13        Shouldn't have the poison in our well.
14   Q.   And why do you believe that?
15   A.   Because it's -- for one thing, it's a
16        carcinogen, you know.  It's a contaminant.  It
17        shouldn't be in our well.  It shouldn't be in
18        our water.  It shouldn't be in the aquifer.
19             And how do we know what it's going to be
20        tomorrow?  How do we even know what it is
21        today?  It fluctuates.  It goes all over the
22        place.  It's obviously moving.
23   Q.   Do you think that the State of Vermont -- do
24        you have -- let me withdraw that and ask a
25        different question.
```

```
1            Why do you think the State of Vermont set
2        the safe drinking water standard for PFOA at
3        20 parts per trillion then?
4            MS. JOSELSON:  Objection.  Calls for an
5        expert opinion.  Asked and answered.  You can
6        answer it again.
7   A.   I don't know.
8            MR. BARNES:  Objection to form really
9        will be fine.
10           MS. JOSELSON:  You said that.
11           MR. BARNES:  And I appreciate you
12       recognizing that that's the only objection
13       that's acceptable during a deposition.
14           MS. JOSELSON:  If you ask proper
15       questions, then I will make proper objections.
16           MR. WILSON:  Emily, Judge Crawford's
17       order specifies what proper objections are,
18       and the objections you are making are not
19       proper.  We'll take it up if you continue with
20       them.
21           MS. JOSELSON:  And I would ask that you
22       make objections during this deposition if
23       you're handling them, okay?
24           MR. BARNES:  Well, I have asked, and I'd
25       ask again to --
```

```
 1            MS. JOSELSON:  I'm just objecting to
 2       anyone other than the attorney who is taking
 3       the deposition to be making objections during
 4       the deposition.
 5            MR. WILSON:  I have not made -- I have
 6       not made an objection.
 7            MS. JOSELSON:  I'm not going to argue
 8       with you about it, Lincoln.
 9            MR. WILSON:  Well, you've noted your
10       position on the record.  I'm noting my
11       position on the record that I've appeared as
12       counsel along with Mr. Barnes, and I am
13       entitled to state our client's position about
14       this issue.
15            And again Judge Crawford has been very
16       clear about what a proper objection is in this
17       case, and we will bring it before him if this
18       continues.
19       BY MR. BARNES:
20   Q.  You also said your water was tested for the
21       presence of lead, correct?
22   A.  Yes.
23   Q.  Do you recall when that test was?
24   A.  No.
25            (Deposition Exhibit No. 6 was marked for
```

```
 1        identification.)
 2   Q.   And what I just handed you is Exhibit 6, I
 3        believe.
 4             And at the top you will see a date.  This
 5        is August 2, 2017.  Is that correct?
 6   A.   Correct.
 7   Q.   And it's addressed to Theodore and Linda
 8        Crawford, correct?
 9   A.   Yes.
10   Q.   And that's your address, 643 West Road?
11   A.   Yes.
12   Q.   And it says regarding Town of Bennington PFOA
13        water main extension, baseline lead test
14        results at 643 West Road.
15             Did I read that correctly?
16   A.   You did.
17   Q.   And what is this document?
18   A.   It looks like a test for lead.
19   Q.   And in the middle it says your lead test
20        result was 2.8 micrograms per liter.
21             Did I read that right?
22   A.   That's right.
23   Q.   And then it says aka parts per billion.
24             And do you recall receiving this letter?
25   A.   Yes.
```

```
 1   Q.   And right below it, it's right below the test
 2        results, it says, there is currently no safe
 3        level for lead in drinking water.  We strongly
 4        encourage you to contact Ms. Sille Larsen,
 5        drinking water engineer, Vermont Department of
 6        Health.  And it gives her phone number.  And
 7        then after that it says, she will advise you
 8        on what to do next and answer any questions
 9        you may have.
10             Did you read this letter when you
11        received it?
12   A.   Yes.
13   Q.   And what did you think when you read there is
14        no safe level of -- for lead in drinking
15        water?
16   A.   Just that, there is no safe level for drinking
17        water.
18   Q.   Were you concerned about your water when you
19        received this letter?
20   A.   No.  We weren't drinking it.
21   Q.   And did you take any action once you received
22        these test results?
23   A.   No.  We're not drinking the water.
24   Q.   Did you -- did you contact Ms. Larsen?
25   A.   The same answer.  No, we weren't drinking the
```

```
                                          Page 156

 1        water.

 2   Q.   Do you know if lead was detected in any of

 3        your neighbors well water?

 4   A.   I do not.

 5   Q.   And to your knowledge, was this a test of your

 6        well water?

 7   A.   Yes.

 8   Q.   And prior to January 2017, did you ever have

 9        your soil tested for PFOA?

10   A.   No.

11   Q.   Did you cure any other test besides well water

12        test and -- well water test for the presence

13        of PFOA?

14   A.   Say that again.

15   Q.   Did you have any other testing done on your

16        property besides the well water to look for

17        the presence of PFOA?

18   A.   No.

19   Q.   In this matter -- let me withdraw that and ask

20        a different question.

21            You -- do you have an opinion on whether

22        connecting your house to a municipal waterline

23        will change your property value at all?

24            MS. JOSELSON:  Asked and answered.  You

25        can answer it again.
```

1  A.  No, not really.  I don't -- I don't think it's

2      going to be -- you know, help -- it's probably

3      going to help, but we're still going to have

4      PFOA underneath, in our aquifer.  It's going

5      to be there.

6      BY MR. BARNES:

7  Q.  And what do you mean by it's probably going to

8      help?

9  A.  It -- some people might like it, but it's town

10     water.  Some people might not.

11         When we bought our house, that was one of

12     the things we wanted, the well, not town

13     water.

14 Q.  So is it fair to say you're unsure what it

15     will do to your property values?

16         MS. JOSELSON:  Objection.  You can answer

17     again.

18 A.  No, I don't know what it's going to do.

19     BY MR. BARNES:

20 Q.  And do you have an opinion on whether the

21     airport has affected your property values?

22         MS. JOSELSON:  Asked and answered.

23     BY MR. BARNES:

24 Q.  You may answer.

25         MS. JOSELSON:  How many times do you want

1     to ask it?

2          MR. BARNES:  Is that an objection to

3     form?

4          MS. JOSELSON:  It's an objection to the

5     length of the depo.  You've spent about half

6     an hour on this question.  Do you want to

7     reopen this area and ask it again?

8          MR. BARNES:  I would just like him

9     to answer this question.

10         MS. JOSELSON:  He already did.  You want

11    him to answer it again?

12         MR. BARNES:  I would like him to answer

13    the question that I've asked, yes.

14         MS. JOSELSON:  Again.

15         You can answer it again, but maybe not

16    the fifth time.

17  A.  Want to repeat it again, please, just for a

18    minute?

19    BY MR. BARNES:

20  Q.  Do you have an opinion on whether the

21    proximity of your home to the airport has

22    affected your property values at all?

23         MS. JOSELSON:  Same objection.

24  A.  Yes, I have an opinion.

25    BY MR. BARNES:

1    Q.  What is that opinion?

2    A.  I don't think it does.

3    Q.  And has that opinion been consistent since you

4        moved into your house?

5            MS. JOSELSON:  Asked and answered.

6        BY MR. BARNES:

7    Q.  You may answer.

8            MS. JOSELSON:  Again.

9    A.  Has the -- my opinion changed?  No.

10       BY MR. BARNES:

11    Q.  And in this matter did you estimate the range

12       of value for your home?

13           MS. JOSELSON:  Object to the form.  You

14       can answer it.

15       BY MR. BARNES:

16    Q.  Do you need me to repeat the question?

17    A.  Yes.

18    Q.  In this matter, did you ever estimate the

19       range of value for your home?

20           MS. JOSELSON:  Object to the form.

21    A.  Before or after the PFOA?

22       BY MR. BARNES:

23    Q.  Before.

24    A.  Before?  Yes.

25    Q.  And what was your estimate?

Page 160

```
1    A.   180,000 to 200,000.
2    Q.   And how did you reach that estimate?
3    A.   Because I've lived in Bennington all my life
4         and see how property values go and the
5         location of our home, and that's what I think
6         it's worth.
7    Q.   Did you do any additional research on the
8         housing market in Bennington to come up with
9         your valuation?
10   A.   No.
11   Q.   Did you analyze any market data?
12   A.   No.
13   Q.   Did you talk to any real estate brokers about
14        the potential valuation of your home?
15   A.   No.
16   Q.   Did you consult with any other person at all
17        to arrive at your opinions?
18   A.   Just my wife.
19   Q.   Did she talk to anyone else besides you to
20        arrive at the opinion?
21   A.   Not that I am aware of.
22   Q.   And did you also estimate the diminished range
23        of value for your home considering the
24        presence of PFOA?
25   A.   Yes.
```

1   Q.   And what was your estimate?

2   A.   145 to 160 or so.  Somewhere in there.

3   Q.   And did you do any additional research to come

4        up with that estimate?

5   A.   No.  It's just my own personal feelings and

6        what I would do if I was buying it.

7   Q.   Is that sort of based on your familiarity with

8        the community and your home?

9   A.   Knowing what -- you know, what the surrounding

10        area is and the fact that we're in the zone of

11        contamination.  I think it's going to be a

12        hard sell.  We would take less than what it

13        should be.

14   Q.   And how did the fact that you originally

15        tested non detect for PFOA factor into your

16        analysis?

17   A.   We weren't non detect the last one.  The one

18        before that was even higher.  So, like I said,

19        we don't know what it is now, right now.  We

20        don't know what it's going to be in five

21        months, two months.

22   Q.   And did you --

23   A.   Wait a minute.  I just want to say one more

24        thing.

25             When we go to sell the house, which will

```
 1        be at some point in the future, we are going
 2        to have to say that we're in the zone of
 3        contamination.  We have PFOA.
 4   Q.   And do you think that you -- your property
 5        values have been impacted less than
 6        individuals whose wells have tested higher for
 7        more PFOA in their well water?
 8             MS. JOSELSON:  Objection.
 9        BY MR. BARNES:
10   Q.   You may answer.
11   A.   No.  We are all damaged the same way.  We all
12        have -- we're all in the zone of
13        contamination.
14   Q.   So to clarify, an individual whose well water
15        tested, you know, above the Vermont's drinking
16        water standard for PFOA was impacted the same
17        as individuals below, for example?
18             MS. JOSELSON:  Object.
19   A.   Correct.
20        BY MR. BARNES:
21   Q.   And what is your basis for that opinion?
22   A.   We're all damaged the same way.  We're
23        contaminated, whether it's a small percentage
24        or none or -- well, not none, but a small
25        percentage.  We're all in the zone.  We're all
```

```
 1        in the same boat.
 2   Q.   And did you consult with anyone to arrive at
 3        this opinion?
 4   A.   No.
 5   Q.   Did you do any research to arrive at this
 6        opinion?
 7   A.   No.
 8   Q.   And how did you -- you were able to do this
 9        evaluation for the effective PFOA in your home
10        value, but you were not able to do the effect
11        of the airport or a municipal water supply on
12        your home value?
13             MS. JOSELSON:  Objection.
14   A.   I think you asked me a couple questions in
15        there.
16   BY MR. BARNES:
17   Q.   I'll rephrase to clarify.
18             Why were you able to estimate a
19        diminished value of your home for the presence
20        of PFOA but not for your proximity to the
21        airport or a new connection to the municipal
22        water supply?
23             MS. JOSELSON:  Objection.
24   A.   Still asking me a couple different questions
25        in there.  Just -- can you just simplify that
```

```
 1        a little bit?
 2        BY MR. BARNES:
 3   Q.   You were able to arrive at an opinion about
 4        the effect on your home value of the presence
 5        of PFOA in your well water, correct?
 6   A.   Yes.
 7   Q.   But you were not able to arrive at an opinion
 8        about the effect of a municipal water supply
 9        connection to your home values?
10            MS. JOSELSON:  Objection.  Contrary to
11        the testimony.
12        BY MR. BARNES:
13   Q.   You were unsure of whether or not it would
14        harm or help your home value?
15            MS. JOSELSON:  Objection.
16        BY MR. BARNES:
17   Q.   So when you just gave me your diminished value
18        for your home for the presence of PFOA, why
19        were you able to do that versus estimate the
20        effect of your home's proximity to the airport
21        on your home value?
22            MS. JOSELSON:  Objection.
23        BY MR. BARNES:
24   Q.   You can answer, if you can.
25   A.   The airport was only if it was an extension
```

1      and they made it bigger and put jet planes in

2      there.  So it's a nonissue because they didn't

3      do it.

4      BY MR. BARNES:

5  Q.  And for the connection to the municipal water

6      supply, why were you not able to estimate that

7      effect on your home value?

8          MS. JOSELSON:  Objection.  Misstates the

9      evidence.

10     BY MR. BARNES:

11  Q.  You may answer.

12  A.  I don't know what that would be.  So, no, I

13     didn't do it.

14  Q.  And I apologize.  I'm not trying to

15     mischaracterize your testimony.  I am sorry if

16     that came across.  I just want to try and

17     simplify and clarify for you, ask different

18     ways, but I thank you for that answer.

19         Have you ever tested the value of other

20     properties located near your property?

21  A.  Have I accessed them?

22  Q.  Assessed those values?

23  A.  No.

24  Q.  And do you believe you're qualified to address

25     the value of your own home?

```
 1   A.   Yes.  I live there and it's my house.  I know
 2        what I did to it and what we paid for it and
 3        what it should be worth.
 4   Q.   And do you have any education or training or
 5        expertise in real estate valuations?
 6   A.   No.
 7   Q.   Do you have any training in real estate sales?
 8   A.   No.
 9   Q.   Have you ever appraised your own property
10        before?
11   A.   No.
12   Q.   Have you ever estimated the list price for a
13        property?
14   A.   No.
15   Q.   Have you ever sold a property?
16   A.   No.
17   Q.   And so what is your understanding of the
18        physical impact of PFOA on your property?
19   A.   Con -- our water supply was contaminated, so
20        we don't know if it's in the groundwater too
21        or not.  We don't garden any longer.  We
22        certainly can't use our water to water a
23        garden which we don't have anymore anyway,
24        but, you know.
25   Q.   Anything else?
```

Page 167

```
 1    A.   No.

 2    Q.   Nothing else?  And -- go on.

 3    A.   Go ahead.  No, that's good.

 4    Q.   And do you know for a fact if your neighbor's

 5         properties were physically impacted in the

 6         same way as your property?

 7    A.   I don't know, no.  I know several of them have

 8         been hooked onto the water, and they wouldn't

 9         have hooked on if they weren't impacted, I

10         would imagine.

11    Q.   Could you clarify for me, what do you mean by

12         hooked down to the water?

13    A.   The waterline has been physically attached to

14         their homes.

15    Q.   The municipal water line?

16    A.   Municipal water line.

17    Q.   And your neighbors had their well water tested

18         for PFOA too, correct?

19    A.   I know that one did or two did.  I know that

20         two did.

21    Q.   And do you know if their test results were

22         above 20 parts per trillion for PFOA in their

23         well water?

24    A.   I know one was.

25    Q.   And do you believe that that neighbor's home
```

```
 1        value has been affected in the same manner as
 2        your home value?
 3             MS. JOSELSON:  Objection.
 4        BY MR. BARNES:
 5   Q.   You may answer.
 6   A.   We are all in the same boat.  So it would have
 7        to be the same thing.
 8   Q.   Have you ever been offered a POET system?
 9   A.   No.
10   Q.   And so you have used -- I think you used the
11        term zone of contamination a few times.
12             What is your understanding of that term?
13   A.   What's the term?
14   Q.   Zone of contamination.
15   A.   Zone of contamination.  That's what the state
16        has designated where PFOA is present or could
17        be present.
18   Q.   And is it -- do you know if -- for an area to
19        fall within the term zone of contamination
20        does the level of PFOA have to be above a
21        certain threshold?
22   A.   I don't know.
23   Q.   And do you know if all the homes in the zone
24        of contamination have had testing results for
25        PFOA below 20 parts per trillion?
```

```
                                            Page 169

 1   A.   I don't know.

 2   Q.   I want to talk a little bit now finally about

 3        the other uses of your home, if you don't

 4        mind.

 5              MR. SILVER:  Can we take a little break

 6        now?

 7              MR. BARNES:  Yeah, I think so.  Let's do

 8        that.

 9              THE VIDEOGRAPHER:  The time is now

10        approximately 1:59 p.m.  Going off the record.

11                  (Brief recess taken.)

12              THE VIDEOGRAPHER:  The time is now

13        approximately 2:22 p.m.  Going back on the

14        record.

15   BY MR. BARNES:

16   Q.   All right.  Mr. Crawford, the home stretch.

17        So I am going to ask you just a few questions

18        about the use of your property.

19              So do you entertain socially all your

20        friends at your house?

21   A.   Occasionally.

22   Q.   How often do you mean by occasionally?

23   A.   Three or four times a year perhaps.

24   Q.   Are these indoor gatherings?

25   A.   Generally.
```

```
                                              Page 170

 1    Q.   Do you ever have outdoor barbecues or
 2         anything?
 3    A.   Rarely.
 4    Q.   Do you use your home for any commercial
 5         activity?
 6    A.   No.
 7    Q.   And do you play sports on your land?
 8    A.   Not as much as I used to, but, yes, we still
 9         play like badminton.
10    Q.   Anything else?
11    A.   No, that's it.  Horseshoes.  Sorry.
12    Q.   And how, if at all, has the presence of PFOA
13         affected your ability to entertain socially?
14    A.   Well, my wife has a couple friends that won't
15         drink the water any longer.  And, you know,
16         we don't know how the soil is.  So, you know,
17         people -- you got PFOA in your -- in the --
18         you know, in your grass and in your ground?
19         And not that we know of, but, you know, people
20         ask the questions.
21    Q.   But you haven't moved to test your soil for
22         PFOA?
23    A.   No.
24    Q.   And do you -- do those friends still come over
25         to your house for social events?
```

```
 1    A.   Actually haven't seen them in a while, but I
 2         don't know if they are going to come over or
 3         not any longer.
 4    Q.   And where do they live?
 5    A.   Linda's good friends live in Pawlet, and she
 6         is the one that doesn't -- she won't come down
 7         and drink any water or eat anything because we
 8         don't trust it anymore.  And, of course, my
 9         family is all -- lives here, so...
10    Q.   Did she visit your property around the time
11         that your wells were testing non detect?
12    A.   No, I don't believe so.
13    Q.   And has she visited in the past year?
14    A.   Yes.
15    Q.   And how has -- if at all, has the presence of
16         PFOA affected your ability to play sports
17         outside?
18    A.   Well, we just don't anymore.  So, you know,
19         it's something you think about, you know.
20    Q.   Was that because of the presence of PFOA is
21         why you don't play sports outside?
22    A.   That's part of the reason, yeah.
23    Q.   And what are you concerned will happen if you
24         play sports outside?
25    A.   We don't know if -- where the ground
```

1       contamination is.  I mean, the only thing we

2       know is we're in the zone of contamination,

3       and we don't know what that really means for

4       the soil.

5   Q.  And since you first became aware of PFOA, have

6       you taken any steps to have it removed from

7       the soil?

8   A.  No.

9   Q.  Have you taken any steps to have it removed

10      from the well water?

11  A.  No.

12  Q.  And so did you live in your home at the

13      time -- are you aware if you lived in your

14      home at the time the former ChemFab facility

15      in North Bennington was at 1030 Water Street?

16  A.  Are you asking me if I know where ChemFab was?

17  Q.  Do you know -- the former ChemFab facility,

18      which was located in North Bennington at 1030

19      Water Street, are you aware if you were living

20      in your house at the time it was active?

21  A.  Yes.

22  Q.  And were you aware of the facility at that

23      time?

24  A.  You've got to drive by it if you are going to

25      North Bennington, so yes.

```
 1    Q.   And what impressions, if any, did you have of
 2         this facility at that time?
 3              MS. JOSELSON:  Objection.  You can
 4         answer.
 5    A.   It was a factory where they made a product.
 6         BY MR. BARNES:
 7    Q.   Did you have any concerns about it?
 8    A.   No, not at that time.
 9    Q.   And approximately how far is your home from
10         1030 Water Street?
11    A.   By road or as the crow flies?
12    Q.   Let's do crow flies first.
13    A.   I would estimate that to be about three miles
14         maybe.
15    Q.   How about by road?
16    A.   By road a little bit longer.
17    Q.   And when the former ChemFab facility was at
18         108 Northside Drive, did you live in your
19         house during that time as well?
20    A.   I don't know what years they were there.  I
21         don't remember.
22    Q.   Were you ever aware of the facility at 108
23         Northside Drive?
24    A.   Not that I recall.  It was a Ford dealership
25         the last I remember.
```

```
 1   Q.  And do you happen to know how far your home is
 2       from that location, as the crow flies?
 3   A.  As the crow flies, it's about a mile and a
 4       half.  Maybe two miles.
 5   Q.  And are you aware of the Bennington landfill
 6       as well?
 7   A.  Do I know where it is or was?
 8   Q.  Do you know where it was?
 9   A.  Yes.
10   Q.  And what impressions did you have of the
11       landfill when it was active?
12           MS. JOSELSON:  Objection.  You can answer
13       it if you understand it.
14   A.  What impression did I have of it?  It was --
15       it was a landfill, dump as we used to call it.
16       BY MR. BARNES:
17   Q.  Ask how far is your home from it?
18   A.  I would estimate that to be five, six miles.
19   Q.  And did you have any concerns about the
20       landfill's presence in Bennington?
21   A.  No.
22   Q.  All right.  And so your home has been
23       periodically assessed by the Town of
24       Bennington to determine the cost of your
25       property taxes, correct?
```

```
 1    A.  Correct.
 2    Q.  And one of those assessments was in 2008,
 3        correct?
 4    A.  Yes.
 5    Q.  And do you recall how much that assessment was
 6        in 2008?
 7    A.  It was 136,000.  In that neighborhood.
 8    Q.  And do you have any reason to disagree if it
 9        was $136,200?
10    A.  No, I think that is in the neighborhood.
11    Q.  And it was also assessed in 2017, correct?
12            MS. JOSELSON:  Objection.  Misstates the
13        evidence, but you can answer if you understand
14        it.
15            MR. BARNES:  Objection to form will be
16        fine.  Go ahead.
17            MS. JOSELSON:  Then don't mischaracterize
18        the evidence.
19            MR. BARNES:  I think I just asked did --
20        was your home assessed in 2017.
21            MS. JOSELSON:  Yes, I know.
22            MR. BARNES:  And I'm asking him to answer
23        that question.  I think that's a --
24            MS. JOSELSON:  You said your home was
25        assessed by the town in 2017, wasn't it?
```

1    MR. BARNES:  And can he say yes or no to

2    that?

3        MS. JOSELSON:  I'm saying I made my

4    objection.

5        You can answer it if you understand it.

6        MR. BARNES:  Another improper objection.

7        MR. WILSON:  Emily, this is well beyond

8    the scope of what's appropriate.

9        MS. JOSELSON:  Take a look at the tax

10   bill and tell me when the town last reassessed

11   properties in Bennington, and then you tell me

12   if that's an accurate question.

13       MR. WILSON:  Emily, I am entitled to make

14   my objections, and I'd thank you not to

15   interrupt me when I'm making them, and this is

16   not proper here.  He is asking a completely

17   proper question that has not characterized the

18   record in any way.  What you're doing is

19   coaching the witness.  I know Judge Crawford

20   is not going to appreciate it, but I think

21   we're making our record here.

22       We've been very clear about the nature of

23   these objections, and we've asked you

24   repeatedly to let it stop.  Not going to let

25   it stop, we'll bring it before the Court.

1          MS. JOSELSON:  One, I don't think you're

2      entitled to make objections when you're not

3      taking the deposition.  Two, I believe the

4      record will reflect that you asked him a

5      question which implied that the town

6      reappraised or reassessed in 2017, and I

7      believe that that misstates the evidence.  And

8      I don't think you are allowed to ask that.

9      You may ask it and he may answer it, but I'm

10     putting my objections on the record.

11          MR. BARNES:  So what I would say is that

12     there is only one valid objection, and it's

13     objection to form.  And --

14          MS. JOSELSON:  Yes, you've --

15          MR. BARNES:  And every time we discuss

16     this it hinders this.  It slows us down

17     further, further and further for us, you, and

18     the --

19          MS. JOSELSON:  There's a lot that slows

20     us down.  Asking the same question 17 times

21     also slows us down.

22          MR. WILSON:  Emily, if I say two plus two

23     is five, yes or no, that's not implying

24     anything about what the correct answer is.

25          MS. JOSELSON:  I believe the record will

1       reflect what the question was that I objected

2       to, which I thought misstated the evidence.  I

3       may be wrong.  You may ask your question.  You

4       may answer it.  My objection is on the record.

5               MR. WILSON:  And misstates the evidence

6       again is not a proper objection.  Objection to

7       form is sufficient.

8       BY MR. BARNES:

9   Q.  And so I'll reask that question again if --

10  A.  Okay.

11  Q.  -- you need me to.

12              And you said -- and your home was

13      assessed in 2017 again for -- to determine the

14      cost of your property taxes, correct?

15              MS. JOSELSON:  Objection.  You may answer

16      it.

17  A.  We have a tax bill for 2017, 2018, yes.

18      BY MR. BARNES:

19  Q.  And do you recall what -- what the value of

20      your home was on that tax bill?

21  A.  I think it was 146,000.

22  Q.  146,000 or would you disagree if I said it was

23      136,000?

24  A.  I would like to see it.  How's that?

25  Q.  Happy to do that.

```
 1            MR. BARNES:  This is the next exhibit.
 2            (Deposition Exhibit No. 7 was marked for
 3        identification.)
 4            (Off-the-record colloquy.)
 5        BY MR. BARNES:
 6    Q.  So the document I just handed you has been
 7        marked an Exhibit 7?
 8    A.  Seven.
 9    Q.  And at the top it says Town of Bennington.  On
10        the top left it says tax bill.
11    A.  Yes.
12    Q.  And the bill date says 08/09/2017; is that
13        correct?
14    A.  That's correct.
15    Q.  And the tax year says 2017, dash, to 18?
16    A.  Correct.
17    Q.  And directly to the right of that it says,
18        bill for July 1, 2017, to June 30, 2018.  Is
19        that correct?
20            It's the small text right beside the word
21        tax year.
22    A.  Maybe I am missing that.
23    Q.  It's directly below the phone number on the
24        header.
25    A.  Whose phone number?
```

```
                                          Page 180
 1    Q.  On the header at the very top?
 2    A.  Oh, okay.  All right.  Yeah, okay.  I see it.
 3    Q.  And in the first box it says assessed value,
 4        and it says, below that, total taxable value
 5        136,200.
 6            Did I read that correctly?
 7    A.  Yes.
 8    Q.  And so was this the same total taxable value
 9        as your home was assessed for in 2008?
10            MS. JOSELSON:  Objection, but you can
11        answer it.
12    A.  As best I recall, yes.
13        BY MR. BARNES:
14    Q.  And -- but it's your opinion that the presence
15        of PFOA -- detecting the presence of PFOA has
16        detracted from your home value?
17    A.  Yes.
18    Q.  Did you challenge this 2017 tax assessment?
19    A.  No.
20    Q.  And have you incurred any other expenses due
21        to PFOA in the groundwater -- let me
22        actually -- let me withdraw that and re-ask
23        that.
24            What expenses have you incurred due to
25        PFOA in the groundwater?
```

```
                                        Page 181

 1     A.   We are buying our own bottled water to drink

 2          and cook with.

 3     Q.   Anything else?

 4     A.   No.

 5     Q.   And have you been reimbursed for that?

 6     A.   No.

 7     Q.   Do you know approximately how much you spend

 8          per week on bottled water?

 9     A.   I would estimate around $15.

10     Q.   Is that for both you and your wife?

11     A.   Yes.

12     Q.   And the other residents of your household?

13     A.   No.  They like another kind of bottled water.

14     Q.   Do they buy their own?

15     A.   They buy their own.

16     Q.   Do you believe you'll have to incur any

17          expense in the future due to PFOA in the

18          groundwater?

19     A.   Yes, because we are still going to buy -- most

20          likely we will buy bottled water still because

21          the chlorine is a little strong in

22          Bennington's water.  We are used to zero.  I

23          mean, I keep my pool lower in chlorine than

24          the town uses in the water supply.

25     Q.   And this is because you are planning on
```

```
                                               Page 182
 1          connecting to the municipal water supply; is
 2          that correct?
 3     A.   Yes.
 4     Q.   And so you will still use bottled water after
 5          connecting to the municipal water supply; is
 6          that correct?
 7     A.   Yes, we will.
 8     Q.   And when did you first hear about PFOA?
 9     A.   Boy, it was on Hoosick Falls' water supply --
10          Hoosick Falls, New York.  So two and a half,
11          three years ago.
12     Q.   What would the general year be for that?
13     A.   2014, '15.  Somewhere in there.
14     Q.   And how did you hear about it?
15     A.   It was all over the news.
16     Q.   And do you recall what you -- what you learned
17          about it at that time?
18     A.   We learned that it was a contamination in the
19          water supply in Hoosick Falls.  Then I don't
20          really know why they started testing it here
21          in Vermont, but that's when we started going
22          to meetings.  We were concerned.
23     Q.   And around what time did you start going to
24          meetings?
25     A.   I don't recall.
```

```
                                        Page 183
 1    Q.  Did you take any other action based on the
 2        information you learned?
 3    A.  Not at that time.  There is not a lot you can
 4        do.  You have to find out -- you know, like
 5        they tested.  We got our blood test done.
 6    Q.  And did you have any immediate concerns about
 7        the presence of PFOA when you first learned
 8        about it?
 9    A.  We were concerned about it, yes.  Health wise.
10    Q.  Say that again?
11    A.  Health wise.
12    Q.  Did you have any concerns about your property?
13    A.  Not at first, but then as we got into it, wow,
14        it's going to be not a good thing to have on
15        your -- when you have to disclose that when
16        you are selling your home.
17    Q.  And so in general what is your understanding
18        of what -- about what this lawsuit is about?
19    A.  This is about people getting treated fairly
20        for damages they have incurred from getting
21        the -- in the -- being in the zone of
22        contamination and people having -- that have
23        medical issues getting medical monitoring
24        ongoing.
25    Q.  And what is your understanding of what this
```

Page 184

```
 1        lawsuit alleges that Saint-Gobain did wrong?
 2   A.   They were careless with a very dangerous
 3        chemical and they let it get away from them,
 4        in the water, into the air, into the ground.
 5   Q.   And do you understand this is a class action
 6        case, correct?
 7   A.   I do.
 8   Q.   And what does that term mean to you, class
 9        action?
10   A.   It means there is a lot of injured parties
11        that have damage, but there is going to be
12        just a few class representatives that are
13        going to represent the -- the other people.
14        And it's going to save -- because it's a class
15        action, it's going to save time and money and
16        the court's time.
17   Q.   And do you understand that you are being
18        offered as one of those representatives in the
19        class?
20   A.   I am being what?
21   Q.   Do you understand that you are being offered
22        as one of those representatives of the class?
23   A.   Yes.
24   Q.   And which class or classes are you a
25        representative of?
```

```
                                                   Page 185
 1    A.   I am representing the class -- only one class,
 2         people that have their property damaged.
 3    Q.   And so you understand that -- you understand
 4         yourself to not be representing the exposure
 5         class?
 6    A.   Say that again?
 7    Q.   And so you understand that you are not
 8         representing the exposure class --
 9    A.   Correct.
10    Q.   -- seeking medical monitor?
11             And your wife is part of that class, the
12         exposure class?
13    A.   She is.
14    Q.   And have you ever been a representative of the
15         exposure class?
16    A.   No.
17    Q.   And so what do you understand to be your
18         duties as a representative of just the
19         property damage class?
20    A.   To represent everybody in the class and to
21         treat everybody as the same, to pay attention
22         to what is going on with the lawsuit, keep up
23         with things, do this.  That position, sorry.
24         That's about it.
25    Q.   Anything else?
```

```
                                          Page 186
 1    A.  No.
 2    Q.  And do you believe that your injuries are the
 3        same as everyone else in the property damage
 4        class?
 5    A.  Yes, we're all damaged the same.
 6    Q.  Do you believe that any have been damaged more
 7        than you?
 8    A.  No.  We're all the same.
 9    Q.  And you have had your blood tested for PFOA,
10        correct?
11    A.  I did.
12    Q.  Do you recall what the -- what the results
13        were?
14    A.  Yes.
15    Q.  What were they?
16    A.  1.7.
17    Q.  Would that be micrograms per liter?
18    A.  I believe so, yeah.
19    Q.  And when did you have your blood tested?
20    A.  I don't recall.
21    Q.  Was it before or after you joined the
22        litigation?
23    A.  I don't -- I don't recall.
24    Q.  Do you recall who performed the blood test?
25    A.  Yes.
```

```
 1    Q.  Who was that?
 2    A.  It was done by the State of Vermont down on
 3        Main Street.
 4    Q.  And what were you told about your results?
 5    A.  That it was under the national average.
 6    Q.  And did you talk to anyone else about the
 7        results of your blood test?
 8    A.  Just my wife and my doctor.
 9    Q.  And did your doctor have any advice about the
10        results of your blood test?
11            MS. JOSELSON:  Objection.  I'm going to
12        ask that you not answer any questions
13        regarding medical issues as directed by Judge
14        Crawford.
15            MR. BARNES:  Could you repeat the
16        question for me?
17            (Previous question read back by The
18        Reporter.)
19            MR. BARNES:  Emily, we believe this is a
20        proper question and this is an improper
21        objection, but -- so we're going to reserve
22        our rights to reopen the deposition if need
23        be, but we'll move on if you'd like to.
24            MS. JOSELSON:  Let's look at Judge
25        Crawford's order.
```

1          The Court understands the plaintiffs'
2     position to be that members of the potential
3     class who do not have elevated PFOA levels are
4     not potential subjects to medical monitoring.
5     Two proposed class representatives fit this
6     description.  The requirement, production of
7     medical records, does not apply to them.
8          I am interpreting that to mean that
9     questions regarding PFOA for the two proposed
10    class reps who do not have elevated levels of
11    PFOA in their blood and who are not potential
12    subjects for medical monitoring are not proper
13    subjects for asking about anything to do with
14    medical opinions and PFOA specific to them.
15         MR. BARNES:  I do understand your
16    reading.  I think it's an overly broad
17    reading, and I think it's an improper basis to
18    instruct the witness not to answer a question
19    during a deposition.
20         And I do think that he -- that the
21    witness has testified that there is no safe
22    level of PFOA in the well water, and I think
23    it's a fair question to ask what his doctor
24    has said after he's told us he's talked to his
25    doctor about his blood test results.

1          MS. JOSELSON:  You asked him --

2          MR. BARNES:  But if you would like to

3      stand on the objection, we will move on and

4      just reserve our rights.

5          MS. JOSELSON:  Anything that someone says

6      to their doctor is protected by

7      attorney/client privilege.  It's further

8      protected by the scope of the discovery that

9      Judge Crawford has ordered for non-exposure

10     class members.

11         MR. SILVER:  Subject to --

12         MS. JOSELSON:  I meant doctor/patient.

13     Sorry.

14         MR. BARNES:  We knew what you meant.

15         We'll reserve our rights there.

16         MR. WILSON:  And I would add that we

17     think that the -- it's been placed at issue

18     for a number of reasons relative to the

19     witness's testimony today, but we'll -- again

20     we'll reserve our rights.

21         MS. JOSELSON:  Okay.

22     BY MR. BARNES:

23  Q.  Earlier you had said that you -- you use your

24     bottled water for drinking.

25         Do you also use bottled water for

```
 1       cooking?
 2   A.  Yes.
 3   Q.  Do you ever use your well water to cook
 4       anymore?
 5   A.  No.
 6   Q.  Do you bathe with the well water?
 7   A.  Yes, we have to.  It's a shower.
 8   Q.  Do you water your lawn with well water?
 9   A.  No.  God waters my lawn with rain.
10   Q.  Do you use your well water for anything else?
11   A.  Washing clothes.
12   Q.  And do you -- do you know the other plaintiffs
13       in this lawsuit, the other named plaintiffs in
14       this lawsuit?
15   A.  Do I know the ones that we have met here at
16       the lawyer's office?
17   Q.  Any -- anywhere.
18   A.  Oh.
19   Q.  Do you personally know the other class
20       representatives in this case?
21   A.  No, I do not.
22   Q.  Have you ever discussed them -- discussed with
23       the class representatives about this
24       litigation at this office?
25           MS. JOSELSON:  He's not asking about any
```

Page 191

```
 1        discussions you have had with your attorneys.
 2             THE WITNESS:  Oh.
 3             MR. BARNES:  Just the class
 4        representatives.
 5   A.   No.  I mean, we -- we chatted, but we didn't
 6        really talk about the case.
 7   BY MR. BARNES:
 8   Q.   Did you ever talk to them about Saint-Gobain?
 9   A.   No.
10   Q.   Or ChemFab?
11   A.   No.
12   Q.   And have you ever had discussions with any
13        Bennington resident about PFOA?
14   A.   Family members.
15   Q.   Family members as in your brothers and sister?
16   A.   Yes.
17   Q.   And your kids?
18   A.   My kids or their kids?
19   Q.   Your kids.
20   A.   Yes.
21   Q.   And what did you discuss with your brothers
22        and sisters.
23   A.   The fact that we are in the zone of
24        contamination and we're going to have to do
25        something with our water supply.
```

1    Q.   And do you recall when you had some of these

2         discussions?

3    A.   No.

4    Q.   And what about with your children, what did

5         you discuss about PFOA?

6    A.   The same thing, just -- and then, of course

7         because Chelsea lives with us, we told her she

8         has to be careful, don't drink the water, use

9         the bottled water, which she does most of the

10        time, other than soda.

11   Q.   Other than soda?

12   A.   Yeah, she drinks a lot of soda, unfortunately,

13        as does her boyfriend but...

14   Q.   And for the brothers and sisters, have they

15        ever had their blood testified for PFOA?

16   A.   Not that I'm aware of.

17   Q.   Have they ever had their water tested for

18        PFOA?

19   A.   Not that I am aware of.

20   Q.   And has your children ever had their blood

21        tested for PFOA?

22   A.   Chelsea has.

23   Q.   But you don't recall the results of that?

24   A.   No, I don't.

25   Q.   And have you ever had any discussion with any

1      Bennington resident about Saint-Gobain?

2   A.   Also known as ChemFab?

3   Q.   Yes.

4   A.   Yes.

5   Q.   And what specifically was discussed?

6   A.   Just about the process that they used to make

7        the fabric that they used to send out to --

8        for domes and that sort of thing.

9   Q.   And do you recall when these discussions

10       occurred?

11  A.   God, no.

12  Q.   And have you ever communicated with any member

13       of a government agency about PFOA?

14  A.   Government meaning the State of Vermont?

15  Q.   Local, state or federal.

16  A.   Well, we went to several meetings.  The state

17       people were there, and we didn't really

18       discuss anything.  We just listened to what

19       they had to say.

20  Q.   And did you ask them any questions?

21  A.   No.

22  Q.   Did you discuss ChemFab or Saint-Gobain with

23       any government agency?

24  A.   With any who?

25  Q.   Government agency?

```
 1    A.  Oh, no.

 2    Q.  And do you know any former ChemFab employees?

 3    A.  Yes.

 4    Q.  How many?

 5    A.  Three, four maybe.

 6    Q.  Do you recall their names?

 7    A.  I know Edward Freschette is one.  Bill -- what

 8        was his last name?  Tom -- yeah, Bill Thompson

 9        and Jeff Madison and Jeff's brother, Gary

10        Madison, I believe worked there too.

11    Q.  For three of those I think the spelling might

12        be easy, but will you spell the first name if

13        you can?

14    A.  Spell the first name?  Eddie?  Eddie

15        Freschette?

16    Q.  Mm-hmm.

17    A.  You'll have to look it up.

18    Q.  So you're probably unable to spell that, too?

19    A.  Yeah, that's --

20    Q.  The court reporter is out of luck.

21    A.  It's Eddie.  I am sorry.  Freschette.  It's a

22        french name.  All I can tell you.

23    Q.  Do you know if those four individuals still

24        live in Bennington?

25    A.  Two of them do.
```

```
 1    Q.  Do you know where they live?

 2    A.  No, I don't.

 3    Q.  Have you spoken with them at all about PFOA?

 4    A.  No.

 5    Q.  Have you -- or about Saint-Gobain?

 6    A.  No.

 7    Q.  Have you spoken to them at all in the last

 8        five years?

 9    A.  No.  One maybe.  Yeah, one of them.  No, it

10        was more than five years ago.  Never mind.

11    Q.  Who is the one you were thinking of?

12    A.  Jeff Madison.

13    Q.  And is he one of the ones that still live

14        here?

15    A.  Yes.

16    Q.  Do you recall what you spoke about generally?

17    A.  It was at my father's funeral, so no.

18    Q.  And have you ever communicated with any

19        Saint-Gobain employees about PFOA?

20    A.  No.

21    Q.  Have you ever -- have you ever communicated

22        with any Saint-Gobain employees about just

23        general company operations?

24            MS. JOSELSON:  Asked and answered.  You

25        can answer it again.
```

```
                                              Page 196

 1   A.   No, other than just, you know, what they make

 2        or what they made I should say.

 3             MR. BARNES:  All right.  Give me one --

 4        it's the next exhibit, last exhibit.

 5             (Deposition Exhibit No. 8 was marked for

 6        identification.)

 7             THE WITNESS:  Thank you.

 8   BY MR. BARNES:

 9   Q.   Do you recognize this document, Mr. Crawford?

10   A.   Yes.

11   Q.   And what is it?

12   A.   It's a declaration in support of plaintiffs'

13        motion for class certification.

14   Q.   And this is for you, correct?

15   A.   It is.

16   Q.   And what role did you have in preparing this

17        document?

18   A.   I answered questions.

19   Q.   Did you draft any responses?

20   A.   Yes.

21   Q.   Do you recall which part of this you had

22        drafted?

23   A.   Not right offhand, but it looks like I did

24        most of it.

25   Q.   And did you receive any assistance in
```

Page 197

```
 1        preparing the other parts of the document?

 2             You don't have to go into any

 3        conversations with attorneys, but did anyone

 4        assist you?

 5   A.   Yes.

 6   Q.   And without going into conversations, who

 7        assisted you?

 8   A.   Our legal team.

 9   Q.   Anybody else?

10   A.   My wife.

11   Q.   She helped you draft some of these responses

12        or --

13   A.   We talked about some of them, yes.

14   Q.   Do you recall which ones?

15   A.   No.

16   Q.   And did you review this document before

17        signing it?

18   A.   Yes.

19   Q.   And do you believe right now that everything

20        in here is true?

21   A.   You're going to want me to read this closer,

22        aren't you?  Yes.

23   Q.   And do you recall -- we already discussed your

24        wife had her blood tested for PFOA, but do you

25        recall her blood test levels?
```

```
                                      Page 198

 1    A.   Yes.

 2    Q.   What was it?

 3    A.   I believe it was 2.4.

 4    Q.   It was above 2.1 at least?

 5    A.   Yes.

 6    Q.   And yours is below 2.1?

 7    A.   Yes.

 8    Q.   And do you know of any differences between you

 9         and your wife that might explain the

10         difference -- differences in blood level, PFOA

11         levels in your blood?

12              MS. JOSELSON:  Objection.  You can

13         answer.

14    A.   Yes.

15         BY MR. BARNES:

16    Q.   What is that?

17    A.   She is retired, several years, is home all

18         day.  She drinks a lot more of our water, or

19         she did drink a lot more water than I did.

20         Because I would go to work and drinking water

21         at work, which was on the municipal system

22         already.  So she had more access to the water

23         and she drank more.  And she takes a big glass

24         of water to bed every night.

25    Q.   Any other differences?
```

```
 1    A.   She is not as heavy as I am, not -- no, that's
 2         it.
 3    Q.   And this is the well water -- this is the well
 4         water you are speaking of that she drinks more
 5         of?
 6    A.   Yes.
 7    Q.   And do you often travel together too?
 8    A.   Yes.
 9    Q.   Do you ever travel separately out of
10         Bennington?
11    A.   Yes.
12    Q.   For what occasions?
13    A.   Doctors' appointments mostly.
14    Q.   And do you know how frequently generally you
15         travel outside of Bennington?
16    A.   She goes to Rutland once a month.
17              MS. JOSELSON:  No, I think --
18         BY MR. BARNES:
19    Q.   I asked how frequently you go for right now.
20    A.   How far I go?
21    Q.   How frequently do you go.
22    A.   Oh, how frequent?  Me.
23              MS. JOSELSON:  Listen to the question.
24         How frequently do you leave Bennington.
25              THE WITNESS:  Oh, okay.
```

```
 1              MS. JOSELSON:  If you can answer.
 2   A.  Maybe five times a year and then when we go on
 3       vacation.
 4       BY MR. BARNES:
 5   Q.  And how frequently do you -- does your wife
 6       leave Bennington each year?
 7   A.  She goes at least once a month to Rutland, and
 8       then her doctor is also in Hoosick Falls.  So
 9       she goes there.  And her dentist is
10       Manchester, so we go there.  That's out of
11       Bennington but not very far.
12              And then we go to Rhode Island once a
13       year or twice a year, once or twice.
14   Q.  You go to Rhode Island together?
15   A.  Yes.
16              MR. BARNES:  Well, Mr. Crawford and
17       plaintiffs' counsel, I have no further
18       questions at this time.  Thank you very much
19       for your time.
20              We're going to reserve our right to keep
21       it open due to what we maintain has been
22       improper instructions to not answer certain
23       questions we have asked.
24              But, Mr. Crawford, I genuinely appreciate
25       your time and thank you for answering my
```

Page 201

```
 1      questions.
 2            MS. JOSELSON:  Can you mark this?
 3            MR. BARNES:  Can we mark this?
 4            MS. JOSELSON:  I am asking Beth.
 5            (Off-the-record colloquy.)
 6            (Deposition Exhibit No. 9 was marked for
 7      identification.)
 8            THE WITNESS:  Thank you.
 9            MS. JOSELSON:  And that has been marked
10      as what exhibit?
11            THE WITNESS:  Nine.
12                  CROSS-EXAMINATION
13      BY MS. JOSELSON:
14   Q.  Ted, do you recognize what has been marked as
15      Exhibit 9?
16   A.  Yes.
17   Q.  And if you turn to page three, paragraph 1E,
18      the one that's on the previous page?
19   A.  Yes.
20   Q.  Do you recognize the information contained in
21      that paragraph?
22   A.  I do.
23   Q.  And what is that information?  In general,
24      what is that information?
25   A.  That's property values before PFOA and
```

```
 1        property values after PFOA.
 2   Q.   And did you give us those numbers?
 3   A.   I did.
 4   Q.   And there was some question about your opinion
 5        of the value of your property assuming no PFOA
 6        contamination and given the PFOA
 7        contamination.
 8             Do you remember those questions that you
 9        were asked earlier?
10   A.   I do.
11   Q.   If the answers you gave in that -- in answer
12        to those questions differ from the numbers in
13        this document, which are accurate?
14             MR. BARNES:  Objection.
15        BY MS. JOSELSON:
16   Q.   Which accurately reflect your opinions?
17             MR. BARNES:  Objection.  You may answer.
18   A.   These do.  These are what we thought out, sat
19        down, wrote out and put in here.  The ones
20        today I was trying to remember how close we
21        were and how we got there.  These are more
22        accurate.
23        BY MS. JOSELSON:
24   Q.   And what did you consider in -- and when you
25        say these, what are you referring to?
```

1   A.   The -- the 185,000 and 200,000.  And after

2        PFOA, the 140,000 and the 155,000.

3   Q.   Focusing on your opinion on page three, that

4        the value of your property, assuming no PFOA

5        contamination from defendant's operations, is

6        185 to 200,000, explain to us what went into

7        formulating that opinion.  What's that --

8        what's that opinion based on?

9            MR. BARNES:  Objection.  You may answer.

10  A.   We took the -- what we paid for the house and

11       then what we put into the house and time and

12       money and what costs would have been had we

13       had to pay labor.  That's how we got to that

14       number.

15  BY MS. JOSELSON:

16  Q.   What else did you include in that opinion, in

17       the opinion of the value assuming no PFOA

18       contamination of your house?

19           Anything else other than what you've

20       testified to?

21  A.   No, I think that is it.

22  Q.   And what you testified to earlier?

23  A.   Yes.

24  Q.   And what did you take into consideration in

25       determining the value of your property given

```
 1        the PFOA contamination from defendant's
 2        operations?
 3   A.   What we would have -- what we would have paid
 4        for it ourselves if we had to buy it.  We
 5        would have had to -- taken a significant
 6        discount off the asking price because of the
 7        contamination.
 8   Q.   What do you know of -- are your obligations to
 9        disclose information about your house to a
10        prospective purchaser?
11   A.   You have to -- any defects have to be put on
12        the form so that they know what they are
13        getting.
14   Q.   And what do you feel you would have to tell a
15        prospective purchaser about PFOA
16        contamination?
17   A.   You're in the contamination zone as defined by
18        the State of Vermont.  You have to tell them,
19        and that it's -- while it's -- but you would
20        have to give them the level that it was at
21        last read.  If I was going to buy the place, I
22        would want a test right now to see what the
23        PFOA was.
24   Q.   And are you assuming anything about whether
25        you get connected to municipal water in your
```

1        opinion of the value of your property given

2        the PFOA contamination?

3   A.   Yes, that's the -- the 140 to 155 is with the

4        town water.

5   Q.   Assuming you get connected?

6   A.   Well, yes, we -- yes.

7   Q.   And you were asked a lot of questions about

8        the individual cost of specific improvements

9        you have made to your property over the years.

10            Do you recall those questions?

11  A.   I do.

12  Q.   And you had a hard time identifying

13       specific -- cost of specific improvements?

14  A.   Yes.

15  Q.    What's your best recollection about the

16       actual cost of improvements you have made to

17       your house over the years that you have owned

18       it in terms of the cost of improvements and

19       the value of your and your family's labor?

20            MR. BARNES:  Objection.  You may answer.

21  A.   Approximately $100,000.

22       BY MS. JOSELSON:

23  Q.   And break that down for me.  What you are

24       assuming with that?

25  A.   We have about $60,000 in labor -- or not

1    labor, sorry -- material and my time and then

2    other people's time that was donated that I

3    would have had to pay for, you know, roofers,

4    carpenters, plumbers.

5         Got a lot of plumbing advice from my

6    father who was a master plumber and a master

7    electrician.  And Linda's father was also a

8    master plumber, and he helped a lot too.

9         And her brother is a -- was a roofer by

10   trade.  So when they put the roof on, they did

11   it basically on a weekend, which would have

12   been, you know, very costly.  That kind of

13   thing.

14        The same with my brothers doing the

15   carpentry work, you know.

16   Q.  And in coming up with the dollar value of the

17   materials that you bought, how did you

18   determine that it was around 60,000?

19        MR. BARNES:  Objection.

20   A.  By looking at the receipts and, you know, the

21   bills.  I have a whole box of bills.  Some are

22   so old that I can't really read them.

23   BY MS. JOSELSON:

24   Q.  And we asked you to provide all of those in

25   your discovery?

1   A.  You did.

2   Q.  And you did provide them, all that you had?

3   A.  Yes, I believe so.

4   Q.  And you reviewed those in coming up with that

5      number?

6   A.  Yes.

7         MS. JOSELSON:  That's all I have.

8         THE WITNESS:  Okay.

9         MR. BARNES:  I have a --

10        MR. WILSON:  We have a very short

11     redirect, I think.

12        MS. JOSELSON:  Okay.

13        MR. WILSON:  Let's go take just a couple

14     seconds, and we will be very quick.

15        MS. JOSELSON:  Okay.

16        THE VIDEOGRAPHER:  The time is now

17     approximately 3:05 p.m.  Going off the record.

18         (Brief recess taken.)

19        THE VIDEOGRAPHER:  The time is now

20     approximately 3:11 p.m.  Going back on the

21     record.

22        MR. BARNES:  Hi, Mr. Crawford, I just

23     have a few more follow-up questions and then

24     we will be done.

25           REDIRECT EXAMINATION

Page 208

1      BY MR. BARNES:
2   Q.  Emily asked you a few questions about your
3       opinion on the value of your property given
4       the PFOA presence in your well water, correct?
5       Do you recall that?
6   A.  Yes.
7   Q.  And you had estimated it to be between 140,000
8       to 155,000, right?
9   A.  Yes.
10  Q.  And you had -- is it correct that you took
11      into account the likelihood that you will be
12      connected to the municipal water supply into
13      that valuation?
14  A.  Yes.
15  Q.  And how did you take that into account?
16  A.  I just assumed that we were going to have -- I
17      know we're going to get hooked onto the water
18      supply, so...
19          THE VIDEOGRAPHER:  Excuse me.  I am
20      getting a cell phone really bad.
21          Could you ask it again, please.
22          (Portion of testimony read back by the
23      reporter.)
24  A.  Being hooked up to municipal water?  I know
25      we're going to have to because we can't

```
 1        drink -- you know, we're not going to drink
 2        the well water anymore, so we have to have a
 3        water supply.  But I don't put a high -- great
 4        high value on the town water.
 5        BY MR. BARNES:
 6    Q.  But what I mean is, how did it affect your
 7        valuation?  Did it raise it?  Did it lower it?
 8             MS. JOSELSON:  Objection.  You can answer
 9        it if you understand it.
10    A.  It really didn't.  The PFOA is the thing that
11        I arrived at this with, because it's going to
12        be there.  We didn't get rid of it.  It's just
13        not in the drinking water anymore, but it's
14        still there.  We are still in the zone of
15        contamination.  We still have to disclose that
16        when we sell the property.  It's still going
17        to be detrimental.
18        BY MR. BARNES:
19    Q.  So how would this number change if you did not
20        have plans to be connected to the municipal
21        water supply?
22    A.  It's not an option.
23             THE VIDEOGRAPHER:  Five minutes.
24    A.  We have to be connected to the town water
25        supply.  We can't use the well.
```

Page 210

```
 1        BY MR. BARNES:
 2    Q.  So let's say you declined the option to
 3        connect to the municipal water supply, would
 4        that affect this property value?  You --
 5    A.  No.
 6    Q.  No.  So when you said you did take it into
 7        account, it didn't change the results?
 8    A.  Correct.
 9    Q.  I would also like to quickly ask you, you had
10        mentioned that -- I guess a couple times that
11        the, I think, and correct me if this is wrong,
12        but that you said the State of Vermont had
13        determined that you were in a zone of
14        contamination; is that accurate?
15    A.  That's correct.
16    Q.  And what is your basis for belief -- what is
17        the basis for your belief that the State of
18        Vermont has done that, has defined a zone of
19        contamination?
20    A.  There is a map and they've defined the
21        boundaries.
22    Q.  And if I told you they called it a designated
23        area of concerns that --
24    A.  Zone of contamination.  That's what everybody
25        calls it.
```

```
 1   Q.  But would you have any basis to disagree that
 2       they might use a term designated area of
 3       concern?
 4   A.  They use that term, yes.
 5   Q.  And would you agree that they use that term to
 6       pick areas that are in need of further
 7       investigation for the presence of PFOA?
 8           MS. JOSELSON:  Objection.
 9   A.  I don't know.
10       BY MR. BARNES:
11   Q.  Would you agree that those are the areas they
12       focused on testing for water supplies?
13           MS. JOSELSON:  Objection.
14       BY MR. BARNES:
15   Q.  You may answer, if you can.
16   A.  The way I understand it is they went away from
17       the Saint-Gobain, and when they found
18       contamination, they expanded their zones.  And
19       they kept going until they didn't find any
20       anymore.  That is how I understand they
21       arrived at that.
22   Q.  So it's areas where PFOA could be found?
23   A.  And is found.
24   Q.  And Vermont then conducted testing for your
25       well water, correct?
```

```
 1    A.   They did.
 2    Q.   And they found it to be less than 20 parts per
 3         trillion level for PFOA?
 4              MS. JOSELSON:  Asked and answered, but
 5         you can answer it again.
 6    A.   Yes.
 7         BY MR. BARNES:
 8    Q.   And so why do you feel obligated to disclose
 9         that fact, that you are within a designated
10         area of concern when you're testing below 20
11         parts per trillion in your well water?
12    A.   It would be dishonest not to.  You have to
13         disclose things like that when you sell a
14         property.  It's -- I think it's -- I am going
15         to go out on a limb and say it's the law.  You
16         can't hold something like that back.
17              And further, anybody that's going to buy
18         any property around -- in Bennington, I'm
19         almost certain they're going to be looking
20         where the PFOA zones of contamination are.
21              THE VIDEOGRAPHER:  Two minutes.
22         BY MR. BARNES:
23    Q.   So when the state says your water levels
24         are -- let me withdraw and re-ask that
25         question.
```

```
 1          So when the state says that your PFOA
 2      levels in your water are below 20 parts per
 3      trillion, do you still believe -- let me start
 4      over.
 5          So when the state says your water is
 6      below of PFOA -- safe levels of PFOA -- I
 7      apologize, Mr. Crawford.
 8          So when the state says your water is
 9      below safe levels of PFOA, do you still
10      believe it's the law to disclose that fact to
11      potential buyers?
12          MS. JOSELSON:  I'm going to object to the
13      form, but you can answer.
14  A.  The state has set a limit of 20 parts per
15      trillion.
16          THE VIDEOGRAPHER:  One minute.
17  A.  But the testing people are saying that
18      whatever the tests come out, but you don't
19      know from day to day.  And, yes, I think you
20      still have to disclose you're in the
21      contamination zone.
22          MR. BARNES:  All right.  And as we said
23      earlier, we're going to reserve our right to
24      keep it open and let it be unanswered
25      questions.
```

1          MS. JOSELSON:  There was one question

2      that I instructed the witness not to answer,

3      not more.

4          MR. BARNES:  And any follow-ups.

5          THE VIDEOGRAPHER:  Is that it?

6          MR. BARNES:  That's it.

7          THE VIDEOGRAPHER:  The time is

8      approximately 3:18 p.m.  This completes

9      today's testimony of Ted Crawford.  Going off

10      the record.

11              *  *  *  *  *  *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 215

1                ACKNOWLEDGMENT OF DEPONENT

2

3            I have read the foregoing transcript of

4      my deposition and except for any corrections or

5      changes noted on the errata sheet, I hereby

6      subscribe to the transcript as an accurate record

7      of the statements made by me.

8

9            _____

10                  THEODORE B. CRAWFORD

11

12           SUBSCRIBED AND SWORN before and to me

13      this ____ day of _____, 20___.

14

15

16                  _____

17                        NOTARY PUBLIC

18

19

20      My Commission expires:

21

22

23

24

25

Page 216

```
 1                    CERTIFICATE
 2          I, Beth Gaige, a Registered
 3    Professional Reporter, hereby certify that the
 4    within-named deponent was sworn to testify the
 5    truth, the whole truth, and nothing but the
 6    truth in the aforementioned cause of action.
 7          I further certify that this deposition
 8    was stenographically reported by me and later
 9    reduced to print through computer-aided
10    transcription, and the foregoing is a full and
11    true record of the testimony given by the
12    deponent.
13          I further certify that I am a
14    disinterested person in the event or outcome
15    of the above-named cause of action.
16          IN WITNESS WHEREOF, I subscribe my hand
17    and affix my seal this 3rd day of April 2018.
18
19
20
             Beth Gaige, RPR
21           Notary Public
22    My commission expires:
      August 22, 2019
23
24
25
```

Page 217

1                    E R R A T A   S H E E T

2         IN RE:  SULLIVAN, et al. vs. SAINT-GOBAIN

3         DATE:   5/1/2018

4         PAGE    LINE    CORRECTION AND REASON

5         ____    ____    _____

6         ____    ____    _____

7         ____    ____    _____

8         ____    ____    _____

9         ____    ____    _____

10        ____    ____    _____

11        ____    ____    _____

12        ____    ____    _____

13        ____    ____    _____

14        ____    ____    _____

15        ____    ____    _____

16        ____    ____    _____

17        ____    ____    _____

18        ____    ____    _____

19        ____    ____    _____

20        ____    ____    _____

21        ____    ____    _____

22        ____    ____    _____

23

24        _____    _____

25        (DATE)                    THEODORE B. CRAWFORD

| & | | | |
| --- | --- | --- | --- |

**&**   1:16 2:4,8,13,17
  4:18 5:10

| 0 | | | |
| --- | --- | --- | --- |

**00125**   1:6 5:4
**0083**   144:3
**0088**   147:15
**04/19/16**   144:22
**05/31/2002**   104:9
**05201**   2:9
**05753**   2:5
**0785**   148:19
**08/09/2017**   179:12
**09/21/16**   145:18

| 1 | | | |
| --- | --- | --- | --- |

**1**   1:18 3:11 4:15
  63:3,4,10 179:18
**1,015.35.**   103:21
**1,105**   102:4
**1.4**   52:20
**1.7.**   186:16
**10**   99:5 109:4
**100**   65:25 66:13
**100,000**   205:21
**10010**   2:14,18
**102**   3:12,13
**1030**   172:15,18
  173:10
**107**   3:14
**108**   173:18,22
**10:30**   62:16
**10:50**   62:19
**110**   80:11
**11:46**   107:17
**12**   52:17 76:6 84:1
  90:4 109:4
**120**   79:17,19,22
**12:53**   107:24
**13**   30:6 148:6

**134**   6:4 24:18
  27:10
**136,000**   175:7
  178:23
**136,200**   175:9
  180:5
**136,5**   51:2
**140**   205:3
**140,000**   203:2
  208:7
**143**   3:16
**143.58**   104:18
**145**   161:2
**146,000**   178:21,22
**15**   181:9 182:13
**154**   3:18
**155**   205:3
**155,000**   203:2
  208:8
**16**   90:4
**160**   161:2
**17**   177:20
**179**   3:19
**18**   100:5,14 101:3
  179:15
**180**   85:11
**180,000**   160:1
**185**   203:6
**185,000**   203:1
**19**   36:14
**1952**   7:3 15:5
**1956**   46:23,24
**196**   3:20
**1960**   15:6 55:13
**1960s**   55:13
**1961**   42:25 78:3,9
**1969**   14:24 15:11
  34:19
**1970**   76:4
**1971**   76:4

**1972**   17:13,24
**1974**   18:5
**1978**   18:5,9
**1980**   16:12 17:11
  17:13 18:13
**1980s**   130:7
**1982**   8:16 76:8
**1985**   21:16,17 22:6
  30:2,3 31:3 34:22
  42:8,9,13 43:2,6
  45:6 48:4,25
  49:12 50:7 55:15
  61:9,11,16 75:19
  76:17 77:8 78:3
  79:1,6 80:4 85:5
  106:22 107:3
  108:18 110:11,16
  111:16,17 112:10
  112:17,23 113:16
  113:25 114:1
  117:2,16 118:16
  131:19,20 134:1
**1987**   32:21
**1988**   92:14,17
**1989**   32:21
**1990**   33:2
**1993**   138:15
**1994**   50:2
**1999**   50:14
**1:59**   169:10
**1e**   201:17

| 2 | | | |
| --- | --- | --- | --- |

**2**   3:12,18 102:14
  102:15,22,24,25
  154:5
**2.1**   198:4,6
**2.3**   146:3
**2.4.**   198:3
**2.8**   154:20
**20**   34:5 66:2 150:6
  152:3 167:22

**168:25 212:2,10**
  213:2,14 215:13
**200,000**   160:1
  203:1,6
**2000**   42:13,16 85:9
  101:16,18
**2000s**   109:7
**2002**   101:22 103:4
**2003**   100:21 101:6
**2004**   49:7 51:2,10
  51:10
**2005**   3:11 63:21
  64:12 65:1,5,8
  68:2 69:14 70:12
  70:14,20 71:15
  72:8,15
**2008**   175:2,6 180:9
**201**   3:3,22
**2014**   92:9,10,21,22
  182:13
**2016**   86:7 141:16
  141:25
**2017**   3:18 27:9
  146:17 148:13
  150:23 151:3
  154:5 156:8
  175:11,20,25
  177:6 178:13,17
  179:15,18 180:18
**2017-18**   3:19
**2018**   1:18 4:15
  36:14 178:17
  179:18 216:17
**2019**   216:22
**208**   3:4
**2080**   42:23
**21**   146:17
**212.849.7000**   2:15
  2:19
**22**   216:22

**220** 79:17
**24** 9:15,22
**25** 7:3
**27** 43:21
**28** 27:9
**29** 103:4
**2:22** 169:13

**3**

**3** 3:13 8:16 87:20
  102:14,17,24
  104:4 149:3 151:4
**3,000** 86:4
**3.8.** 148:6,6
**30** 179:18
**300** 140:14
**310** 84:5
**31st** 36:14
**35** 65:24
**3500** 138:10
**351** 2:5
**3:05** 207:17
**3:11** 207:20
**3:18** 214:8
**3rd** 216:17

**4**

**4** 3:14 107:21
  108:8
**4.1** 87:19 147:2
  149:10 150:19,22
**4.1.** 148:15
**4/13** 148:11
**4/19/2016** 147:25
**40** 30:3 81:1
**450** 111:22

**5**

**5** 3:16 143:10,21
**5/1/2018** 217:3
**5/3/2016** 3:15
**50** 45:11

**507** 1:17 2:9 4:18
**51** 2:14,18
**537** 144:12
**55,000** 48:12
**58,500** 48:3
**5:16** 1:6 5:4

**6**

**6** 3:3,18 153:25
  154:2
**60** 81:2
**60,000** 205:25
  206:18
**60s** 139:2
**61,000** 49:16
**63** 3:11 43:7,8
**643** 38:19 43:10,16
  46:11 51:15,19
  144:16 145:15
  146:15 147:1
  148:23 154:10,14

**7**

**7** 3:19 59:18 179:2
  179:7
**70** 76:4 80:11
**71** 15:21 16:10
**72** 15:21 16:10
  17:11

**8**

**8** 3:11,20 63:21
  196:5
**800** 59:19
**802.388.6356** 2:6
**802.442.6341** 2:10
**83** 76:8
**85** 79:2
**86** 147:10
**88** 92:13 147:10
**89** 32:22 33:3,4

**9**

**9** 3:22 15:8 52:2,6
  201:6,15
**9/21/2016** 148:1,9
**9/28/2016** 3:16
**90** 32:22 33:3,4
**90s** 113:1
**91** 34:6
**911** 43:11,15
**92** 34:6 50:18
**94** 51:9,10
**99** 50:17
**99,000** 50:18
**9:29** 4:16

**a**

**a.m.** 1:19 4:16
  62:16,19 107:17
**aarp** 139:17
**ability** 10:3 170:13
  171:16
**able** 163:8,10,18
  164:3,7,19 165:6
**acceptable** 152:13
**access** 198:22
**accessed** 165:21
**accident** 62:2
  67:12
**accidents** 67:11
**account** 208:11,15
  210:7
**accurate** 176:12
  202:13,22 210:14
  215:6
**accurately** 202:16
**acknowledgment**
  215:1
**acquired** 77:8
  100:2
**acres** 52:20 81:11

**action** 1:5 5:4
  150:13,15 155:21
  183:1 184:5,9,15
  216:6,15
**active** 172:20
  174:11
**activity** 170:5
**actual** 102:8
  205:16
**add** 29:13 118:25
  189:16
**added** 122:11
  125:8,20 126:8
**additional** 18:15
  29:13 50:8 160:7
  161:3
**address** 27:6,18
  38:18 43:1,6
  46:15,18 144:15
  145:15 146:15
  154:10 165:24
**addressed** 27:13
  146:10 148:20
  154:7
**addresses** 27:23
  43:14 46:10
**administered** 5:23
**advice** 187:9 206:5
**advise** 155:7
**affect** 10:2 70:10
  209:6 210:4
**affix** 216:17
**aforementioned**
  216:6
**afternoon** 108:3,4
**agency** 193:13,23
  193:25
**agent** 77:17
**ago** 36:12 48:19
  49:1,5,22 109:2,4
  112:3 113:3

123:11 182:11
195:10
**agree** 4:13 68:23
211:5,11
**agreed** 4:2
**ahead** 10:19 13:7
27:2 62:7 63:13
122:18 143:8
167:3 175:16
**aided** 216:9
**air** 21:14,15 22:7
41:1,9,11,14,15
56:11 124:12
184:4
**airplanes** 60:11
65:4 67:8 68:10
**airport** 59:22 60:1
60:2,4,7,8,14,15
60:17,18 61:8,13
61:15,19,23 62:9
62:25,25 64:6,18
65:2,8,21,22 67:6
67:18,24 68:2,22
68:25 69:11,13,17
70:2,6,16,19 71:7
71:15,24 72:1,10
72:16,18,22,25
73:4,19 157:21
158:21 163:11,21
164:20,25
**airports** 66:18
**aka** 154:23
**al** 1:4 4:24 217:2
**alleges** 184:1
**allegra** 9:23
**allow** 27:17 28:4,4
64:18
**allowed** 33:16
51:11 177:8
**allowing** 28:6

**aluminum** 22:15
**amenities** 74:15
**amount** 103:19,23
104:18
**analysis** 144:13
161:16
**analyte** 144:25
145:20
**analytical** 3:14,16
144:11 145:12
**analyze** 160:11
**angle** 113:11
125:1,3
**animal** 57:17
**answer** 6:5 8:7
10:3,17 20:10,15
21:2 22:23,24
23:6,9,15,21 24:3
24:9,23 25:13,23
28:4,16 30:10
31:5 40:13 47:19
51:1,22 52:16
55:4 65:13 68:19
69:3,9,19,25 70:17
71:10 72:4,20
74:1,18 75:23
77:1 88:2,21
111:7 117:11
123:7 124:16
125:11 140:4,10
141:19 149:24
152:6 155:8,25
156:25 157:16,24
158:9,11,12,15
159:7,14 162:10
164:24 165:11,18
168:5 173:4
174:12 175:13,22
176:5 177:9,24
178:4,15 180:11
187:12 188:18

195:25 198:13
200:1,22 202:11
202:17 203:9
205:20 209:8
211:15 212:5
213:13 214:2
**answered** 29:9
65:13 71:10 72:4
72:20 74:1 82:17
88:21 123:6
141:18 152:5
156:24 157:22
159:5 195:24
196:18 212:4
**answering** 200:25
**answers** 7:5,19
20:22 202:11
**anthony** 57:18
**antique** 57:15
**anybody** 62:4
197:9 212:17
**anymore** 166:23
171:8,18 190:4
209:2,13 211:20
**anyway** 14:5
20:15 27:7 166:23
**apart** 72:17
**apcs** 17:16
**apologies** 16:7
19:8 92:23
**apologize** 25:15
165:14 213:7
**apologizes** 77:13
**appeared** 153:11
**appears** 112:14
**appliances** 95:23
**apply** 188:7
**appointments**
199:13
**appraisal** 49:13
50:7,23 51:5

**appraisals** 50:8
**appraised** 166:9
**appreciate** 152:11
176:20 200:24
**apprentice** 21:19
21:19,20,23 23:24
32:16,24
**apprised** 51:8
**appropriate** 176:8
**approximately**
4:16 18:5 31:11
32:20,21 33:20
38:3 42:12,23
45:12 46:17 49:22
52:12 55:18 57:4
57:25 59:2,3
60:18 62:15,19
73:10 76:6 79:14
79:19 80:9 81:9
85:10 87:12 94:15
96:24 107:17,24
112:3 169:10,13
173:9 181:7
205:21 207:17,20
214:8
**april** 150:22
216:17
**aquifer** 151:18
157:4
**area** 31:9 55:11
56:10 66:4,14,15
66:15,18 83:3
111:1 131:7
133:13,14,15
158:7 161:10
168:18 210:23
211:2 212:10
**areas** 66:11 67:21
211:6,11,22
**argue** 24:21 153:7

**argumentative**
72:4
**armoured** 17:17
18:6
**army** 15:18
**arrive** 160:17,20
163:2,5 164:3,7
**arrived** 209:11
211:21
**art** 58:11
**article** 3:11
**asked** 10:23,24
13:3,8,15,22 14:10
29:7 41:14 65:12
71:9 72:3,19
73:25 88:20 123:6
125:12 141:18
152:5,24 156:24
157:22 158:13
159:5 163:14
175:19 176:23
177:4 189:1
195:24 199:19
200:23 202:9
205:7 206:24
208:2 212:4
**asking** 6:22 7:4
26:3 27:21 70:4
74:6 114:10
115:13,16 140:5
163:24 172:16
175:22 176:16
177:20 188:13
190:25 201:4
204:6
**asparagus** 89:10
89:15,17,19,22
**aspirin** 9:21
**assembler** 28:21
**assessed** 165:22
174:23 175:11,20

175:25 178:13
180:3,9
**assessment** 175:5
180:18
**assessments** 175:2
**assist** 197:4
**assistance** 196:25
**assisted** 58:13
197:7
**assume** 13:9 78:16
129:21 135:12
**assumed** 208:16
**assuming** 116:7
202:5 203:4,17
204:24 205:5,24
**ate** 14:16 90:14
**attached** 119:8,10
167:13
**attempted** 141:6
141:13
**attend** 20:7 21:8
**attended** 19:13,15
**attending** 5:7 20:8
**attention** 185:21
**attorney** 5:24
153:2 189:7
**attorneys** 5:6
11:13 191:1 197:3
**audio** 4:12
**august** 3:18 154:5
216:22
**avenue** 2:14,18
**average** 65:22,25
187:5
**avid** 136:24,25
**aware** 49:20 61:18
69:15 83:11 93:3
96:21 98:15 150:2
160:21 172:5,13
172:19,22 173:22
174:5 192:16,19

**awning** 95:8,8

**b**

**b** 1:13 3:2,9 6:12
215:10 217:25
**back** 7:6 15:11
17:18 34:14 42:6
52:5 62:19 79:18
83:12 93:17,20
94:5,23 97:22
107:24 110:18
111:12 118:23
131:16,25 133:20
133:21 135:23,24
142:7 169:13
187:17 207:20
208:22 212:16
**background** 14:19
17:21
**backtrack** 75:15
**backyard** 80:6,7
80:20 83:3 93:8
93:12 94:13,23
95:18
**backyards** 82:9,22
82:24
**bad** 48:21 208:20
**badminton** 170:9
**bank** 38:25 50:19
50:21,21 51:6
81:24
**banner** 3:11 63:15
63:20
**barbecues** 170:1
**barely** 58:24
**barn** 90:23
**barnes** 2:17 3:3,4
5:9,9 6:11,16,19
10:15,16 14:8
16:5 21:5 22:22
23:2,5,18,20 24:5
24:15,19,23 25:3

25:10 27:4 28:9
29:12 30:13 35:22
40:25 47:23 48:23
51:3,24 52:18
56:25 62:7,10,13
62:21 63:2,8
65:17 68:18 69:2
69:12 70:22 71:13
72:7,14 73:2 74:5
74:10,24 75:12,25
77:3 78:9,12 88:2
88:5,16,23 102:13
107:5,9,15 108:2
111:6 114:14
115:16,22 116:1,9
123:9 124:15
125:11,13 132:5
140:6,12 142:22
143:8,13,15,19
144:6,9 147:13,17
147:23 150:1
152:8,11,24
153:12,19 157:6
157:19,23 158:2,8
158:12,19,25
159:6,10,15,22
162:9,20 163:16
164:2,12,16,23
165:4,10 168:4
169:7,15 173:6
174:16 175:15,19
175:22 176:1,6
177:11,15 178:8
178:18 179:1,5
180:13 187:15,19
188:15 189:2,14
189:22 191:3,7
196:3,8 198:15
199:18 200:4,16
201:3 202:14,17
203:9 205:20

206:19 207:9,22
208:1 209:5,18
210:1 211:10,14
212:7,22 213:22
214:4,6
**barns** 96:20
**barr** 2:8
**barrett's** 9:19
**barrsternberg**
1:16 4:17
**barrsternberg.com**
2:10
**baseboard** 41:22
56:17
**based** 6:3 27:24
161:7 183:1 203:8
**baseline** 154:13
**basement** 85:12
99:15
**basically** 17:8
28:20 34:17 81:24
206:11
**basis** 24:15 25:12
102:3,6 162:21
188:17 210:16,17
211:1
**bates** 143:13
147:12,14
**bathe** 190:6
**bathroom** 8:4
126:15 127:11,12
127:17,18,19
128:3 132:22
134:19
**bathrooms** 39:22
54:21
**battles** 87:4,8
**bearing** 24:8
**beck** 109:25
**bed** 44:19 114:23
132:17 137:13

198:24
**bedroom** 114:22
114:22 117:20,21
117:22,23,24
118:24 120:6,7,16
120:25 121:8
125:7 132:16
134:20,22 137:10
**bedrooms** 39:20
53:18 54:8,14
116:24 120:8
**beets** 90:14
**behalf** 1:4 4:24
**behavior** 151:5
**belief** 210:16,17
**believe** 10:2 25:17
29:17 31:13 32:15
42:13 56:8 60:16
61:23 67:13 68:2
68:4 69:7,16 71:3
72:9,12,15 73:3
87:23 88:6,9
92:13 100:21
101:18,25 103:23
112:11 128:11
145:10 151:14
154:3 165:24
167:25 171:12
177:3,7,25 181:16
186:2,6,18 187:19
194:10 197:19
198:3 207:3 213:3
213:10
**beneath** 98:16
99:14,17,21
**bennington** 1:17
2:9 3:11 4:19
14:21,22,23 15:8
15:13 17:1,19
18:3,6 22:10
29:22 31:4,5,17

43:13 46:4,11,25
47:11 48:7 50:22
51:6 54:5 57:24
59:1 60:2 62:25
63:15,20 67:21,21
71:19 75:16
154:12 160:3,8
172:15,18,25
174:5,20,24
176:11 179:9
191:13 193:1
194:24 199:10,15
199:24 200:6,11
212:18
**bennington's** 87:6
181:22
**best** 18:11 180:12
205:15
**beth** 1:14 5:19
16:2 40:15 201:4
216:2,20
**beyond** 176:7
**big** 52:24 58:8
60:18 64:23 79:14
80:9 81:9 82:10
98:9 198:23
**bigger** 64:23 82:13
82:16,24 165:1
**bill** 3:19 102:8,9
176:10 178:17,20
179:10,12,18
194:7,8
**billion** 154:23
**bills** 206:21,21
**bird** 55:5
**birth** 7:2
**bit** 21:10 36:19
37:7 38:16,25
41:13 75:15 79:8
98:24 164:1 169:2
173:16

**black** 22:17
145:17
**blank** 31:25
**blocks** 96:4
**blood** 9:18 44:6
183:5 186:9,19,24
187:7,10 188:11
188:25 192:15,20
197:24,25 198:10
198:11
**bloom** 97:9
**blowing** 67:2
**blows** 67:4
**blurrier** 124:21,22
**boat** 163:1 168:6
**boiler** 128:19,22
138:5
**book** 10:7,11,18
**bookcase** 119:7,8
123:16,21 124:1
135:25 136:1,7,10
136:12,15
**bookcases** 136:23
**bookshelf** 119:16
**borders** 81:17
**born** 14:20 15:5
43:25 46:14
**bother** 62:4
**bothered** 129:25
**bottled** 181:1,8,13
181:20 182:4
189:24,25 192:9
**bottom** 40:6 64:7
103:18 111:13
128:20 129:12
136:7 144:3 147:2
149:1
**bought** 61:11
116:21 125:10,15
157:11 206:17

**boundaries** 210:21
**bowel** 111:25
**box** 64:6,7 65:19
103:2 124:6
144:11,21 145:17
180:3 206:21
**boy** 48:12 92:6
122:25 182:9
**boyfriend** 43:19
43:22 44:13 45:5
121:24 192:13
**boyfriend's** 45:21
**break** 8:3,4,8 62:6
62:13,24 107:9,10
107:14 169:5
205:23
**brick** 53:13
**bridge** 58:4,6,8,12
75:2
**bridges** 58:9
**brief** 62:17 77:2
169:11 207:18
**bright** 112:22
**brighter** 112:15
**bring** 25:24 26:21
153:17 176:25
**broad** 188:16
**broke** 113:3
**brokers** 160:13
**brother** 77:2
106:11,13 109:20
194:9 206:9
**brothers** 35:25
47:5,10 106:20,25
109:21,23 132:2,3
191:15,21 192:14
206:14
**brought** 15:1,17
**build** 21:25 123:16
123:20

**building** 33:21
**buildings** 59:5
**built** 42:24 55:12
55:15,21 81:5
119:16 136:6,10
**bulb** 113:2,2
**bunch** 15:3
**bunches** 98:7
**bureau** 125:6,10
**burgess** 46:25
75:24
**buried** 99:21,22
100:1
**burn** 68:8
**burton** 7:1
**bushes** 88:25
**business** 19:5
30:12
**buy** 77:9,13
181:14,15,19,20
204:4,21 212:17
**buyers** 213:11
**buying** 161:6
181:1
**bys** 121:13

**c**

**c** 2:1 110:14
**cabinet** 113:20
**cabinets** 108:24
110:1,2,5 111:12
111:13 113:13
**california** 15:16
16:14
**call** 25:1 37:2
45:24 60:6 85:12
98:3 105:17
109:25 116:25
120:13 121:21
122:7 130:9
174:15

**called** 33:7,7 56:1
130:10,12 210:22
**calls** 47:18 149:23
152:4 210:25
**camelot** 57:14
**caption** 4:23
**car** 36:25 91:13,15
**carcinogen** 151:16
**card** 86:6
**careful** 192:8
**careless** 184:2
**carpenters** 109:21
206:4
**carpentry** 206:15
**carpet** 40:6 95:17
122:8 123:8 126:7
127:11,12 137:6,7
137:14,15,16
**carpeted** 39:25
127:10
**carpeting** 95:2,3
124:1 126:19
**carriers** 17:17
**carrigan** 46:16,17
**carrots** 90:14
**carrying** 36:2
**case** 4:23 5:2 8:17
8:18,20 26:8 32:8
74:22 153:17
184:6 190:20
191:6
**casing** 84:8,8
**cat** 114:6
**cause** 66:18 216:6
216:15
**cedar** 39:12,13
**ceiling** 41:5
123:25 136:16
**cell** 4:10 48:21
208:20

**center** 58:11 73:1
**central** 41:9,11,15
56:11
**certain** 22:11
44:10 67:2 149:18
168:21 200:22
212:19
**certainly** 166:22
**certificate** 216:1
**certification** 3:21
196:13
**certify** 216:3,7,13
**chair** 94:25
**chairs** 94:25 95:15
**challenge** 180:18
**chance** 23:17
**chandelier** 132:8
**change** 30:7,23
49:16 151:5
156:23 209:19
210:7
**changed** 30:21
33:2 34:7 43:1,10
43:13,14 159:9
**changes** 215:5
**characterized**
176:17
**chatted** 191:5
**check** 28:7 75:6
84:21 105:25
106:6
**checked** 84:18
**chelsea** 45:20
121:24 192:7,22
**chemfab** 172:14
172:16,17 173:17
191:10 193:2,22
194:2
**chemical** 29:18
184:3

chemicals  6:8
22:20 23:1,3,22
24:13 26:4 28:14
29:5,6 144:12
145:13
chest  124:1,3
chickens  114:8
child  136:13
children  192:4,20
chimney  13:23,24
42:2,3
chlorinated  86:18
86:20,21
chlorine  181:21,23
chore  37:2
church  59:1
churches  58:19
cirrus  66:1
civil  1:5 5:4
clarification  7:25
clarify  8:1 72:8
82:18 88:3 114:15
162:14 163:17
165:17 167:11
class  1:4 3:21 4:24
6:3,10 9:11 25:7,8
26:3 28:3 32:11
32:14 44:4 47:17
184:5,8,12,14,19
184:22,24 185:1,1
185:5,8,11,12,15
185:19,20 186:4
188:3,5,10 189:10
190:19,23 191:3
196:13
classes  184:24
classified  29:18
58:3
clay  98:20
clean  28:19 29:16
36:24 91:17 92:5

cleaned  92:3
cleaner  29:18
cleaners  28:18
clear  7:23 25:17
25:19 153:16
176:22
clearly  6:9
cleveland  19:13,25
20:3 21:7
client  189:7
client's  153:13
close  23:14 29:19
45:25 47:13 59:10
62:25 71:22,23
73:10 74:19,19,21
74:22 202:20
closed  66:2 84:19
closer  67:14 72:16
72:24,25 83:14,20
197:21
closest  57:23
closet  120:21
121:2,12 126:10
134:18,25 137:11
closing  78:16
clothes  30:7,17,20
30:21 133:9
190:11
coaching  176:19
coat  22:18
coated  22:19
coffee  110:14,14
110:17
collateral  51:12
colleagues  13:12
collected  142:25
144:22 145:17
147:24
college  18:18,19
18:20,21,23 19:21
20:7

colloquy  40:21
143:12 179:4
201:5
colonial  55:24
color  39:16 118:15
columbus  28:25
come  95:25 109:23
142:7 160:8 161:3
170:24 171:2,6
213:18
comes  94:5 120:12
coming  96:4
206:16 207:4
comma  65:24
commencing  1:18
commercial  57:8
170:4
commission
215:20 216:22
communicated
193:12 195:18,21
community  18:17
18:20,22 74:13,15
75:8 161:8
company  77:16
139:25 140:7
195:23
compared  82:11
completely  176:16
completes  107:17
214:8
complying  63:13
102:21
computer  116:25
216:9
con  166:19
concern  211:3
212:10
concerned  61:12
68:13 155:18
171:23 182:22

183:9
concerns  65:7
86:21,25 173:7
174:19 183:6,12
210:23
conclusion  47:19
concrete  80:14
99:10 130:23,24
130:25
conditioning  41:1
41:9,11,14,15
56:11
conduct  27:15
conducted  51:4
142:13 211:24
cone  72:23 73:3,5
73:7,10
confused  23:7
connect  75:19
86:12 138:20
210:3
connected  86:8
87:15 88:6 90:7
93:18 94:1 138:11
204:25 205:5
208:12 209:20,24
connecting  87:23
88:9 156:22 182:1
182:5
connection  163:21
164:9 165:5
conservation
146:21
consider  66:15
202:24
consideration
203:24
considering
160:23
consistent  159:3

[construct - cv]                                                                Page 8

**construct** 130:14 136:2
**constructed** 39:7 53:10,13,15 139:2
**consult** 160:16 163:2
**consultant's** 65:23
**contact** 155:4,24
**contained** 201:20
**contaminant** 151:16
**contaminated** 162:23 166:19
**contamination** 87:18 161:11 162:3,13 168:11 168:14,15,19,24 172:1,2 182:18 183:22 191:24 202:6,7 203:5,18 204:1,7,16,17 205:2 209:15 210:14,19,24 211:18 212:20 213:21
**continue** 4:12 26:1 152:19
**continues** 153:18
**continuously** 15:13 35:1 43:25 78:3
**contrary** 164:10
**conversations** 4:9 197:3,6
**cook** 34:12,13,13 34:14,16,21,23 35:1 181:2 190:3
**cooked** 34:17
**cooking** 190:1
**coowners** 39:5

**copy** 25:14 144:6
**corner** 13:16 108:21 121:1,2 127:22 128:21 129:13
**corporation** 1:9 5:2
**correct** 11:9,10 12:12 14:10 18:11 22:3 30:24 42:18 43:9 54:4 57:7 63:24,25 67:16 71:16 73:6,16,21 73:22 76:9 78:1 79:20 91:18 97:6 103:5,21,22 104:13,17,18,19 114:18 120:8 124:19 125:2 132:18 139:2 144:3,13 146:11 146:21 148:21 149:4,5 150:23 153:21 154:5,6,8 162:19 164:5 167:18 174:25 175:1,3,11 177:24 178:14 179:13,14 179:16,19 182:2,6 184:6 185:9 186:10 196:14 208:4,10 210:8,11 210:15 211:25
**correction** 217:4
**corrections** 215:4
**correctly** 63:18,19 66:5 67:25 104:10 154:15 180:6
**correspondence** 20:7

**cost** 84:25 85:25 100:24 101:7,19 101:25 102:4 109:13 111:21 112:4 123:20 129:10 130:8,11 138:8,20 174:24 178:14 205:8,13 205:16,18
**costly** 206:12
**costs** 203:12
**counsel** 4:20 153:12 200:17
**counter** 9:23
**countertop** 109:19 113:19
**countertops** 108:23 109:5,9,14 109:16
**counting** 42:23
**counts** 137:7
**couple** 12:4 13:3 38:15 56:7 59:3 123:11 163:14,24 170:14 207:13 210:10
**course** 28:1 82:9 122:9 126:18 171:8 192:6
**courses** 20:5
**court** 1:1 5:3,18 7:6,21 10:25 24:17,20 114:15 176:25 188:1 194:20
**court's** 184:16
**cover** 139:18
**covered** 24:4 58:4 58:6,8,9,12 80:12 83:8 95:5,7,8

**covers** 139:19,19
**cra** 144:3
**cra0085** 145:9
**cra0086** 146:12
**cra0785** 148:18
**crawford** 1:14 3:2 3:20 5:5 6:2,12,17 7:1 9:3,4,5,6,8,9 10:15 12:14,23 14:20 25:15,25 26:22 27:9 28:8 28:11 45:4 62:22 63:9 64:8 102:11 104:13 107:18 108:1,3 148:21 153:15 154:8 169:16 176:19 187:14 189:9 196:9 200:16,24 207:22 213:7 214:9 215:10 217:25
**crawford's** 6:4 152:16 187:25
**crazy** 12:5 64:20 86:15
**credit** 49:2,19 86:6
**cross** 3:3 201:12
**crow** 173:11,12 174:2,3
**cups** 110:14
**cure** 156:11
**current** 29:19 34:1 46:18
**currently** 8:24 21:11 43:16 88:6 140:15 155:2
**customers** 36:3
**cut** 30:15
**cv** 1:6 5:4

| d | |
|---|---|

**d**  1:3 4:23
**dalla's**  45:23
**dallas**  45:22,24
**damage**  184:11
185:19 186:3
**damaged**  162:11
162:22 185:2
186:5,6
**damages**  183:20
**dangerous**  184:2
**darker**  144:21
**dash**  179:15
**data**  160:11
**date**  4:15 7:2
49:10 103:2 104:9
105:20 146:17
147:20,24,25
148:8,10 154:4
179:12 217:3,25
**dated**  63:21
**dates**  12:9 18:11
122:17 147:21,22
148:4
**daughter**  43:18,20
44:3 45:4,8,10
120:12
**daughter's**  45:17
45:19 117:21
**david**  2:8 5:14
10:7
**day**  30:21,25 31:1
60:25 87:22,22
198:18 213:19,19
215:13 216:17
**days**  38:9,10
**dealership**  173:24
**decides**  89:22
**deck**  93:10,11,22
94:2,4,4,7,8,9,21
94:21,24 95:2,12

97:22 106:19,19
106:23
**decks**  93:12 94:3
94:13 100:9
106:18
**declaration**  3:20
196:12
**declined**  210:2
**decorations**
114:17
**decorative**  114:18
**deed**  78:19
**deep**  79:17 81:2
84:2,4 85:10
96:17 99:3,11
**deer**  90:14 95:25
96:4,4
**defects**  204:11
**defendant**  1:10
2:12 4:22 5:2,11
5:13 6:20
**defendant's**  203:5
204:1
**defendants**  10:22
14:2
**define**  57:10,22
**defined**  204:17
210:18,20
**degree**  18:17,25
19:2,4 20:2
**dehumidifier**
124:7 126:3
**dentist**  200:9
**depart**  60:22
**department**
146:20 155:5
**depending**  67:1
**depends**  37:4 61:2
**depo**  158:5
**deponent**  215:1
216:4,12

**deposed**  8:9
**deposition**  1:13
4:12,17 6:21 10:6
10:10 12:11,15,21
12:24 13:14 20:14
25:12,24 26:21,24
27:15 40:23 63:4
102:15,17 107:18
107:21,25 143:10
152:13,22 153:3,4
153:25 177:3
179:2 187:22
188:19 196:5
201:6 215:4 216:7
**depositions**  27:11
**describe**  51:25
56:5 97:1 98:6
**described**  73:8
**describing**  55:12
**description**  3:10
79:9 104:13 188:6
**designated**  168:16
210:22 211:2
212:9
**detect**  145:4,21
146:1 148:5,6
149:17 150:25
161:15,17 171:11
**detected**  156:2
**detecting**  180:15
**determine**  174:24
178:13 206:18
**determined**
210:13
**determining**
203:25
**detracted**  180:16
**detracts**  61:23
75:8
**detrimental**
209:17

**diagonal**  72:24
**died**  114:5
**differ**  97:19,21
202:12
**difference**  198:10
**differences**  82:4
198:8,10,25
**different**  13:4,20
21:6 68:9 75:5
98:8 111:3 123:15
125:1,3 126:2
151:25 156:20
163:24 165:17
**dig**  98:22,25
**diminished**  160:22
163:19 164:17
**dining**  131:7
133:14,16
**direct**  3:3 6:15
**directed**  187:13
**direction**  67:3,8
130:18
**directly**  54:2 81:3
81:14,18 129:1
179:17,23
**dirt**  99:2
**dirty**  30:12,14,15
30:17,17,20
**disagree**  102:3,6
138:14 151:7
175:8 178:22
211:1
**disclose**  183:15
204:9 209:15
212:8,13 213:10
213:20
**disclosures**  3:22
**discount**  204:6
**discovery**  10:13
10:18,20 25:6
26:7 28:2 189:8

206:25
**discuss**  24:7,24
  27:22 138:4
  177:15 191:21
  192:5 193:18,22
**discussed**  35:9
  36:7 75:17 111:4
  112:18 113:24
  120:2 121:9
  132:18 190:22,22
  193:5 197:23
**discusses**  25:4
  27:10
**discussing**  62:24
  74:12
**discussion**  192:25
**discussions**  191:1
  191:12 192:2
  193:9
**dishonest**  212:12
**dishwasher**
  111:14,18
**disinterested**
  216:14
**disk**  107:17,25
**distance**  58:20
**district**  1:1,1 5:3,3
**division**  17:25
  18:8
**divorce**  8:18,20
**doctor**  187:8,9
  188:23,25 189:6
  189:12 200:8
**doctors**  199:13
**document**  6:4
  24:18 27:10 63:14
  103:1,7 104:5
  154:17 179:6
  196:9,17 197:1,16
  202:13

**documentation**
  138:16
**documents**  3:16
  10:12,21 11:5
  143:17,20
**doherty**  77:23,23
  77:24
**dohertys**  78:6,15
**doing**  176:18
  206:14
**dollar**  206:16
**dollars**  102:1
**domes**  193:8
**donated**  206:2
**door**  22:5 54:3,13
  93:20 94:5,23
  113:13 131:16,19
  131:23,23,24
  133:4 134:17,19
  134:19,20,21,22
**doors**  120:21
  121:12 126:10
  131:18 133:4,7
  134:21,22
**doorway**  113:14
  134:17
**double**  52:23,24
  53:1,2 83:1
  100:23 131:22
**downstairs**  40:1
  85:13 120:6
  121:21 125:7
  126:15 128:14
  135:14,18 137:10
**downturn**  71:5
**doxsee**  3:13 104:6
**draft**  196:19
  197:11
**drafted**  196:22
**drank**  198:23

**drawer**  2:5
**drawing**  31:25
**dresser**  114:23
  115:6 121:3
**drilled**  84:7
**drink**  150:20
  170:15 171:7
  181:1 192:8
  198:19 209:1,1
**drinking**  144:13
  149:21 150:2,9,16
  150:17 151:8
  152:2 155:3,5,14
  155:16,20,23,25
  162:15 189:24
  198:20 209:13
**drinks**  192:12
  198:18 199:4
**drip**  104:7,17
**drive**  52:3,9,10,13
  76:11,13,15 83:20
  83:21 172:24
  173:18,23
**driveway**  79:21,23
  88:18 105:11
**drove**  17:8
**dryer**  128:17
  130:19 131:1,2
**dsilver**  2:10
**dual**  121:14
**due**  180:20,24
  181:17 200:21
**dug**  99:4
**duly**  6:12
**dump**  17:8 174:15
**duties**  185:18

**e**

**e**  2:1,1,6,10,15,19
  3:9 217:1,1,1
**earlier**  6:20 73:15
  73:18 132:18

140:25 189:23
  202:9 203:22
  213:23
**early**  44:19,20
  107:10 109:7
  113:1
**easier**  7:13,21
**east**  53:25 54:5,6
  66:23 67:4,10,14
  67:20 81:18 82:6
  82:19,21 83:1,16
  83:17 96:11 97:17
  97:20
**easy**  194:12
**eat**  89:13,15,16,17
  107:11 171:7
**economic**  71:5
**economics**  71:1
**eddie**  194:14,14,21
**editor**  64:2,11
**education**  18:16
  166:4
**edward**  4:14 194:7
**ee**  37:5
**effect**  163:10
  164:4,8,20 165:7
**effective**  163:9
**effects**  68:14
**eight**  15:24,25
  16:6 18:24 19:10
  38:9 52:4 53:7
**either**  67:11 94:3
  111:13
**ejoselson**  2:6
**electrician**  206:7
**electronics**  19:14
  19:25 20:3
**elevated**  188:3,10
**emanuel**  2:13,17
  5:10

**emily**  2:4 5:16
  10:7 23:19 107:5
  152:16 176:7,13
  177:22 187:19
  208:2
**employed**  21:11
  21:13 29:25 30:1
**employees**  194:2
  195:19,22
**empty**  81:7
**encircled**  52:7
**encourage**  155:4
**ended**  140:22
**engine**  65:21 66:1
**engineer**  17:7,8,10
  17:13 18:10 155:5
**engineers**  17:2,4
**entail**  36:1
**entertain**  169:19
  170:13
**entire**  40:2
**entitled**  26:11,14
  153:13 176:13
  177:2
**environmental**
  146:20
**epa**  144:12
**equals**  146:1
**equity**  49:17
**er**  37:4
**errata**  215:5
**esophagus**  9:19
**especially**  68:5
**esq**  2:4,8,13,17
**estate**  77:17
  160:13 166:5,7
**estimate**  18:1
  31:12 52:25 55:1
  55:7 59:18 79:16
  80:10 81:1,10
  83:4,15 90:4

101:6 109:4
  111:22 112:25
  138:10 159:11,18
  159:25 160:2,22
  161:1,4 163:18
  164:19 165:6
  173:13 174:18
  181:9
**estimated**  166:12
  208:7
**estimation**  83:18
**et**  1:3 4:24 217:2
**evaluated**  140:1
**evaluation**  163:9
**event**  216:14
**events**  170:25
**eventually**  47:4
**evergreen**  76:11
  76:12,15
**everybody**  9:7
  13:17,23 74:20
  185:20,21 210:24
**everyday**  37:1
**evidence**  26:8
  165:9 175:13,18
  177:7 178:2,5
**exact**  12:8
**exactly**  11:25 79:5
  104:25 105:20
  127:25 129:23
**examination**  3:3,3
  3:4 6:15 201:12
  207:25
**examined**  6:13
**example**  162:17
**excuse**  48:20
  85:11 90:3 100:7
  123:14 125:7
  132:25 139:9
  141:20 208:19

**exhaust**  68:12
**exhibit**  3:10,10,11
  3:12,13,14,16,18
  3:19,20,22 63:3,4
  63:10 102:14,15
  102:17 104:4
  107:21 108:8
  143:10,21,23
  147:18 148:17
  153:25 154:2
  179:1,2,7 196:4,4
  196:5 201:6,10,15
**exhibits**  143:9
**expand**  64:17
  67:13
**expanded**  61:15
  68:5,7 69:11,13
  211:18
**expanding**  61:21
**expansion**  65:11
  67:5 70:9 71:8,16
**expansions**  61:18
  69:16
**expense**  181:17
**expenses**  180:20
  180:24
**expert**  149:24
  152:5
**expertise**  166:5
**expires**  215:20
  216:22
**explain**  198:9
  203:6
**exposure**  6:3,7,10
  25:7,8 26:3 28:3
  185:4,8,12,15
  189:9
**extension**  154:13
  164:25
**exterior**  100:3,5
  100:11,12 104:24

106:16
**extra**  117:22,24
  125:7

**f**

**f**  2:8 5:14
**fabric**  193:7
**fabricate**  33:12
**fabricated**  28:20
**facility**  58:13
  172:14,17,22
  173:2,17,22
**fact**  161:10,14
  167:4 191:23
  212:9 213:10
**factor**  66:3,10
  161:15
**factors**  75:7
**factory**  23:3,23
  28:14 29:19,23
  30:1,5,8 33:14,18
  173:5
**fair**  66:19 67:15
  157:14 188:23
**fairly**  183:19
**fall**  15:11 38:9
  168:19
**falls**  182:9,10,19
  200:8
**familiarity**  161:7
**family**  38:20 47:1
  49:2 75:18,21
  76:12,24 121:22
  171:9 191:14,15
**family's**  205:19
**fan**  116:15,17,18
**fans**  41:3,5,7
**far**  28:6 32:12,13
  46:17 57:25 59:2
  83:12 141:9
  149:15 173:9
  174:1,17 199:20

200:11

**farther** 67:14
72:17 141:1

**fast** 67:20 108:11

**faster** 67:23
102:12

**father** 47:4 206:6
206:7

**father's** 195:17

**faucet** 111:25

**features** 88:18

**federal** 87:4
193:15

**feel** 64:19 204:14
212:8

**feeling** 65:11

**feelings** 161:5

**feet** 59:19 79:17
79:17,19,22 80:11
80:11 81:1,2 84:1
84:5,7 85:11 90:4
99:13

**female** 97:20

**fence** 91:20

**fences** 96:22 97:1

**fiberglass** 30:19

**field** 81:4,5,6,12

**fifth** 158:16

**filed** 5:2

**filings** 10:25

**finally** 169:2

**finance** 48:6
105:23 106:3

**find** 43:15 183:4
211:19

**fine** 23:19 115:23
141:24 152:9
175:16

**finish** 7:10 8:7
117:10,12

**finishes** 40:11

**fire** 59:15,17 74:22
74:23

**fireplace** 41:25

**fireplaces** 57:2

**first** 8:22 26:23
27:4 34:12,13,13
34:14,16,20,23
50:13 59:1 77:22
84:7 86:11 94:7,8
94:21,24 102:25
106:19 108:14,18
121:8 134:18
135:13 143:18
146:10 172:5
173:12 180:3
182:8 183:7,13
194:12,14

**fit** 188:5

**fitting** 22:3

**five** 13:18 39:21
44:21 91:11 105:6
105:21 161:20
174:18 177:23
195:8,10 200:2
209:23

**fix** 86:14

**fixed** 22:4 86:15

**fixture** 113:4
132:6

**flat** 81:22,24

**flies** 173:11,12
174:2,3

**flights** 60:22

**flip** 110:18,25
111:9 112:12
113:9 114:19
116:22 117:18
118:22 119:2
120:4 121:19
123:12 124:18,23

125:4,25 126:13
127:15 128:12
130:16 131:5
132:14,20 133:11
133:19,22 134:13
135:20 137:8
145:8 146:8,9,25

**floor** 21:25 40:6,6
114:24,25 115:1,2
115:3,4 116:15,17
116:19 118:11,11
124:6 131:9,10
134:5,6 135:2,8
137:14,15

**flooring** 39:24
110:19 119:25
120:1,3 123:4
126:6 127:8
130:22 131:8
138:23

**floors** 39:25

**flow** 21:14,15 22:7

**flower** 80:16 97:5
97:23 98:1,3

**flowers** 97:8,10
98:7,10

**flown** 60:20

**fluctuates** 151:21

**fluctuating** 87:20

**fluoride** 86:19
87:5,6

**fluorinated** 87:3

**flying** 65:4

**focus** 115:20

**focused** 211:12

**focusing** 203:3

**fold** 121:14,15

**follow** 75:18
207:23 214:4

**follows** 6:14

**food** 14:15 35:4,7

**foods** 6:8

**foosball** 122:20

**footage** 42:19
54:24 55:2,8

**ford** 173:24

**foregoing** 215:3
216:10

**form** 23:18 25:20
28:15 30:16 50:25
63:6 69:1 72:20
73:25 75:22 111:5
115:22 140:3
152:8 158:3
159:13,20 175:15
177:13 178:7
204:12 213:13

**former** 172:14,17
173:17 194:2

**formica** 109:12

**formulating** 203:7

**fort** 15:16 16:15
16:16

**found** 211:17,22
211:23 212:2

**foundation** 99:6
99:11

**four** 18:2 31:13,19
39:1 47:9,10
99:13 113:3
143:20,20 169:23
194:5,23

**fourth** 3:22 145:1
145:20

**frame** 39:9,10
140:18

**free** 137:7

**freestanding**
119:9

**freezer** 124:2,4

**french** 194:22
**frequent** 27:13 199:22
**frequently** 38:3 104:23 118:4 120:15 199:14,19 199:21,24 200:5
**freschette** 194:7 194:15,21
**friends** 169:20 170:14,24 171:5
**front** 52:3 79:10 79:11,12 80:12,15 81:3 82:2,10,13,16 99:19 111:11 131:24
**fuel** 68:9
**full** 6:24 216:10
**fully** 139:21
**fumes** 14:1 68:12
**fun** 17:23 37:2
**funeral** 195:17
**funny** 13:5,22 14:2,3
**furnace** 128:17 129:12,17,25 135:17 138:6,9
**furnishings** 114:12 115:14
**furniture** 91:5 95:15 115:21 134:9,12
**further** 28:6 58:14 85:22 177:17,17 177:17 189:7 200:17 211:6 212:17 216:7,13
**future** 141:10 162:1 181:17

**g**

**gaige** 1:15 5:19 216:2,20
**galvanized** 22:15 22:17
**galvanneal** 22:15
**games** 122:2
**garage** 36:24 42:23 91:1,3,7,13 91:15,18 97:24 100:17
**garden** 80:16 89:4 89:7 90:1,2 97:22 97:23 166:21,23
**gardens** 89:1 97:5 97:15 98:2,4,14
**gary** 194:9
**gatherings** 169:24
**geannelis's** 57:17
**general** 13:6 14:15 14:17 71:1 78:18 78:22,24 118:9,10 182:12 183:17 195:23 201:23
**generally** 61:5 67:3 71:19,20 74:13 140:19 169:25 195:16 199:14
**generic** 27:24
**genuinely** 200:24
**george** 35:24
**getting** 48:21 183:19,20,23 204:13 208:20
**gift** 125:16,17
**give** 7:18,19 10:24 23:16 26:2,9,15 196:3 202:2 204:20

**given** 8:12 10:19 10:21 11:4 202:6 203:25 205:1 208:3 216:11
**gives** 155:6
**giving** 7:5,11
**glass** 198:23
**globe** 113:3
**go** 4:13 9:9 10:19 13:7 14:1 22:1 27:2 28:5 37:11 37:14,15 38:5,8,9 44:19 60:3 62:7 63:7,13 67:3 70:20 95:10 99:3 102:8 108:11,11 111:14 118:23 122:18 133:16 134:15,16 143:8 144:8 147:9 160:4 161:25 167:2,3 175:16 197:2 198:20 199:19,20 199:21 200:2,10 200:12,14 207:13 212:15
**gobain** 1:8 5:1,11 184:1 191:8 193:1 193:22 195:5,19 195:22 211:17 217:2
**god** 36:22 190:9 193:11
**goes** 22:2 52:2,5 84:2 91:6 97:14 99:11 104:7 113:14 134:15 141:10 151:21 199:16 200:7,9
**going** 7:7,12 13:9 18:1 20:13 24:2

25:22 26:7 28:5 29:24 36:18 37:11 37:15 41:24 55:7 62:16,19 64:17 65:18,19 66:12,13 68:7,10 69:22 88:15 107:19,24 108:9 109:6 112:25 115:19 130:18 140:23 151:19 153:7 157:2,3,3,4,7,18 161:11,20 162:1 169:10,13,17 171:2 172:24 176:20,24 181:19 182:21,23 183:14 184:11,13,14,15 185:22 187:11,21 191:24 197:6,21 200:20 204:21 207:17,20 208:16 208:17,25 209:1 209:11,16 211:19 212:14,17,19 213:12,23 214:9
**gonna** 44:17
**good** 6:19 7:8,17 29:1 74:22 107:5 107:12 108:3,4 110:23,24 136:13 167:3 171:5 183:14
**gordie** 31:23
**gotcha** 43:16
**gotten** 139:5
**government** 59:5 130:11,12 193:13 193:14,23,25
**governs** 25:6

graded  105:14,16
graduate  20:2
graduated  19:9
graduation  19:6
grant  86:12
grass  80:12,15
  83:6 170:18
gravel  80:2,3
great  209:3
greater  67:9,15
green  29:17
  111:14
grew  89:17 90:18
  90:20
grill  95:18
groceries  36:2
ground  7:8,17
  92:1,18 93:24
  95:21,22,23 97:14
  170:18 171:25
  184:4
groundwater
  166:20 180:21,25
  181:18
grow  89:9,13,15
  89:22 90:9,15
  97:8
guard  15:18,20,23
  16:9,11,24 17:4,7
  18:13 34:24
guess  16:22 34:5
  55:6 56:23 105:1
  121:14 142:19
  210:10
guest  120:16 121:8
guests  117:25
  118:1
guys  33:11

**h**

h  3:9 217:1
half  11:17,20
  46:19 58:23 59:3
  59:11 121:15
  136:9 158:5 174:4
  182:10
halfway  64:5
hallway  113:15
  134:15,17
hand  128:21
  129:12 216:16
handed  108:7
  143:17 154:2
  179:6
handing  63:9
handle  30:16
handling  152:23
hands  30:16
handwriting
  144:19 145:24
  147:2
handy  136:15
hanging  134:23
happen  171:23
  174:1
happy  8:1 26:15
  178:25
harassing  26:13
hard  161:12
  205:12
hardwood  39:25
  40:5 116:19
  118:11 131:10
  135:2
harm  164:14
hartford  139:17
head  7:20,21
header  179:24
  180:1

heading  145:12
headquarters
  28:24
health  68:14 86:25
  155:6 183:9,11
hear  20:12 60:11
  60:25 65:4 182:8
  182:14
heard  65:10
heat  41:22
heater  41:23
heating  41:20
  56:17,19 135:11
  136:17
heavily  86:18
heavy  199:1
hedges  88:24
held  4:17
help  97:11,15
  102:9 109:23
  157:2,3,8 164:14
helped  10:9,10
  109:20,21 197:11
  206:8
helpful  7:10,18
  135:1
henry  35:24
henry's  35:18
heritage  49:2
hesitating  41:12
hi  207:22
high  9:18 15:12
  35:13 36:10,11
  209:3,4
higher  161:18
  162:6
highway  81:25
hinders  177:16
history  21:10
  24:10,12 27:25
  75:16

hit  98:25 99:2
  150:19
hmm  7:19 48:12
  62:10 114:2
  119:17 134:24
  194:16
hoisington  77:10
  77:15
hold  126:25
  212:16
home  19:19 29:20
  38:18,20,22 39:7
  39:18,24 40:5
  41:1,21 42:7,20,24
  43:1,6 45:3 46:20
  47:25 49:13,17
  50:16 51:12,15,17
  53:18 54:7,8,11,18
  54:24 55:2,9,21,23
  57:9,11 59:22
  61:7,9,11 73:7,23
  75:9,21 76:18,21
  77:8,19,25 78:25
  79:18 80:4 81:3
  81:14,20 84:14
  87:24 88:17 90:23
  98:17 99:7 100:2
  102:8 109:24
  114:11 115:10,15
  120:20 122:4
  123:2,5,24 124:9
  125:21 126:11,17
  126:23 127:21
  129:14 131:12,21
  131:22 132:24
  137:2 138:1
  139:20,21 140:1,2
  140:8,15,17 141:3
  141:4,7,9,14
  158:21 159:12,19
  160:5,14,23 161:8

163:9,12,19 164:4
164:9,14,18,21
165:7,25 167:25
168:2 169:3,16
170:4 172:12,14
173:9 174:1,17,22
175:20,24 178:12
178:20 180:9,16
183:16 198:17
**home's** 164:20
**homeowners**
139:8,19
**homes** 31:17 52:12
52:21 53:3,8,10,17
53:22 54:20,23
55:11,21 56:2,10
56:13,16,20 57:1
72:16,17 73:5
75:17 93:1 94:12
96:15 167:14
168:23
**honestly** 85:3
**hood** 130:2
**hooked** 42:14
167:8,9,12 208:17
208:24
**hoosick** 182:9,10
182:19 200:8
**hoping** 36:21
**horseshoes** 170:11
**hose** 90:6
**hospital** 34:15
35:6,10 57:17
74:19
**hot** 41:22 138:5
**hotel** 38:2
**hotels** 58:15
**hour** 11:17,17,20
11:20 62:6 158:6
**hours** 9:15,22

**house** 12:18 14:2
36:23 37:24 39:14
47:14 52:1,3,5,7
54:12,19,21 57:21
57:23 58:11 59:18
63:1 73:16 74:22
81:17 82:15,19,20
83:1,2,5,13 84:1
85:5 93:2,17,21
96:7,11,15,18
97:24 99:25 100:4
100:16 103:16
104:21,24 106:16
108:18 116:21
118:12,14 119:11
124:13 125:8
135:13 139:1
156:22 157:11
159:4 161:25
166:1 169:20
170:25 172:20
173:19 203:10,11
203:18 204:9
205:17
**house's** 97:18
**household** 181:12
**houses** 43:15 52:4
56:6,7 67:14
81:15,16,21 82:10
82:14,15,21 83:18
83:21
**housing** 160:8
**how's** 30:12
178:24
**hum** 31:24 50:17
**human** 40:23
**humid** 124:17
**humidity** 124:13
**husband** 120:14
**hvac** 22:8

**i**
**idea** 56:16,19
60:19 84:10
116:20 132:12
136:14
**identification** 63:5
102:16,18 107:22
143:11 154:1
179:3 196:6 201:7
**identify** 5:7
**identifying** 205:12
**imagine** 142:18
167:10
**immediate** 183:6
**impact** 166:18
**impacted** 68:3,25
71:15 162:5,16
167:5,9
**implied** 177:5
**implying** 177:23
**impression** 174:14
**impressions** 173:1
174:10
**improper** 27:7
176:6 187:20
188:17 200:22
**improved** 115:18
**improvement**
109:24
**improvements**
12:18 100:3
105:10 114:11
115:14,21 205:8
205:13,16,18
**inches** 99:5
**include** 203:16
**increase** 87:24
88:1,10,13
**increases** 74:16
**incur** 181:16

**incurred** 180:20
180:24 183:20
**index** 3:1
**indicate** 149:20
**indicates** 150:7
**individual** 27:14
32:10 162:14
205:8
**individually** 1:4
4:24
**individuals** 32:14
162:6,17 194:23
**indoor** 95:4
169:24
**information** 6:7,7
6:7 25:6 72:22
183:2 201:20,23
201:24 204:9
**initial** 147:25
**injured** 184:10
**injuries** 186:2
**inside** 53:21 54:9
58:9
**install** 86:1 92:20
113:4 132:1
**installed** 85:20
92:12,17 96:12,15
106:9,12,14,18,23
109:16,19 113:6
116:19 118:12
119:11,14 121:16
122:11 127:13
129:7 132:11
133:10 136:21
**instance** 55:24
**institute** 19:14,25
20:3
**institutions** 58:17
58:19
**instruct** 6:5 24:3
25:13,22 188:18

**instructed** 214:2
**instructions** 200:22
**insulated** 30:19
**insurance** 139:8 139:23,25 140:7
**insured** 139:21
**insurer** 139:14
**interfere** 4:11
**interference** 27:15
**interpreting** 188:8
**interrupt** 176:15
**investigate** 37:17
**investigation** 211:7
**invoice** 3:12,13 103:8,9 104:6,8
**involved** 8:19
**iron** 22:17
**irrelevant** 23:16
**island** 37:12 200:12,14
**issue** 25:25 27:6 27:11 86:19,20,23 87:3 153:14 189:17
**issued** 140:8
**issues** 3:22 65:1 183:23 187:13
**items** 6:8

**j**

**j** 2:4
**jacuzzi** 93:6
**jacuzzis** 94:19
**james** 1:3 4:23
**jane** 77:22,24
**january** 86:7 141:16 156:8
**jeff** 194:9 195:12
**jeff's** 194:9

**jennings** 52:3,7,9 52:10,13 83:20,21
**jet** 65:22 66:12 85:8,10,11,13 165:1
**jets** 64:18,18,22 68:8
**job** 21:10,17 24:10 24:12,13 26:6 34:9 35:10
**jobs** 24:13 35:8 36:1,6,9 71:4
**john** 77:22,24,24 78:14
**johnna** 45:18 120:12
**johnna's** 120:13 137:11
**join** 15:19
**joined** 15:2 16:8 186:21
**joselson** 2:4 3:3 4:21 5:16,16,25 10:13 16:1 20:10 20:13,18,21,24 21:3 22:21,24 23:4,8,11,14 24:2 24:11,17,21 25:1,5 26:2,23 28:1,15 29:9 30:9 40:10 40:13,15,19 47:18 50:25 51:21 52:15 56:23 62:5,9,11,14 63:6 65:12 68:16 69:1,8 70:17 71:9 71:17 72:3,11,19 73:25 74:8,17 75:10,22 76:25 78:8,10 87:25 88:12,20 107:8,11 107:14 111:5

**judge** 6:4 25:2,25 26:22 27:9 28:7 152:16 153:15 176:19 187:13,24 189:9
**july** 7:3 36:14 179:18
**june** 146:17 179:18

**k**

**keep** 25:23 26:20 133:8 181:23 185:22 200:20 213:24
**keeping** 141:4
**keeps** 97:10
**kept** 132:13 211:19
**keurig** 110:16
**kid** 13:17
**kids** 15:3 114:6 191:17,18,18,19
**kind** 12:4,19 13:19 13:22 14:2,14,15 14:16 19:23 22:5 22:6 24:1 29:4 35:4 36:3 66:14 95:3 97:8 110:19 130:9 140:22 181:13 206:12
**kinds** 35:6 90:12 105:13
**kitchen** 34:17 108:16,17 110:19 111:1,11,23 112:19 113:11,12 114:4 115:1 131:7 133:16,20,21 134:16 143:7
**knee** 122:6
**knew** 189:14
**knobs** 113:20
**know** 7:12 8:5 12:8 13:5,19 14:1 14:6,15,16 28:3 31:2,7,14,18,19 32:2,7,12,13,13 36:25 42:19,24 43:23 44:17 47:16 47:21 53:1,20

**jennings continued:**
114:10 115:13,19 115:24 116:4 123:6 124:14 125:9 140:3,9 141:18 142:19 143:18 144:5,7 147:11,16,21 149:23 152:4,10 152:14,21 153:1,7 156:24 157:16,22 157:25 158:4,10 158:14,23 159:5,8 159:13,20 162:8 162:18 163:13,23 164:10,15,22 165:8 168:3 173:3 174:12 175:12,17 175:21,24 176:3,9 177:1,14,19,25 178:15 180:10 187:11,24 189:1,5 189:12,21 190:25 195:24 198:12 199:17,23 200:1 201:2,4,9,13 202:15,23 203:15 205:22 206:23 207:7,12,15 209:8 211:8,13 212:4 213:12 214:1

54:9,10,14,20,23
55:5,14,20,22
56:12,13,23,24
57:1,5 60:14,16,22
61:7,17,20,21 62:3
63:11 64:14 69:24
70:23 74:3,4,7,8,9
77:22 78:2,4,5,7
78:11,13 79:23
81:10,12 82:10
84:2,6 85:3,14
87:22 88:13 92:16
93:1 94:12,16,18
94:20 96:10,11,14
96:17 97:9 98:16
98:20,21 99:4,6,11
102:20 109:8
110:21 112:20
116:6 117:11
122:16 125:9
131:3 136:14,21
138:17 139:10,14
139:25 142:20,20
143:1,2,3 144:19
144:20 149:15,25
150:24 151:16,19
151:20 152:7
156:2 157:2,18
161:9,19,20
162:15 165:12
166:1,20,24 167:4
167:7,7,19,19,21
167:24 168:18,22
168:23 169:1
170:15,16,16,18
170:19,19 171:2
171:18,19,25
172:2,3,16,17
173:20 174:1,7,8
175:21 176:19
181:7 182:20

183:4 190:12,15
190:19 194:2,7,23
195:1 196:1 198:8
199:14 204:8,12
206:3,12,15,20
208:17,24 209:1
211:9 213:19
**knowing** 161:9
**knowledge** 149:9
150:5 156:5
**known** 52:2 193:2
**knows** 87:21

**l**

**l.l.p.** 2:4
**labor** 203:13
205:19,25 206:1
**lamp** 13:17
**land** 79:9 81:22
97:18 99:15,21
170:7
**landfill** 174:5,11
174:15
**landfill's** 174:20
**landing** 60:12 61:1
67:12
**landscaping** 97:18
97:21
**lane** 46:16,17
**langrock** 2:4
**langrock.com** 2:6
**large** 52:19 74:21
80:17,19,25 90:1,2
**larger** 66:18 82:6
82:19 83:2
**larsen** 155:4,24
**lasted** 11:16
**late** 130:7
**law** 25:19 106:11
106:13 212:15
213:10

**lawn** 190:8,9
**lawnmower** 91:4,5
**lawns** 36:8
**lawsuit** 183:18
184:1 185:22
190:13,14
**lawyer's** 190:16
**lead** 26:7 142:2
153:21 154:13,18
154:19 155:3,14
156:2
**learjet** 65:24
**learn** 22:1
**learned** 22:1
182:16,18 183:2,7
**lease** 141:13
**leave** 20:19 199:24
200:6
**leaving** 30:8
**left** 15:10 16:11
18:13 30:23 46:20
75:20 105:2 107:6
116:14 128:21
129:1,2,12 133:7
134:21 179:10
**legal** 47:19 197:8
**length** 158:5
**letter** 3:18 64:11
64:14,25 68:21
70:12,14 71:6,14
146:10,17,23
154:24 155:10,19
**letters** 63:23 64:1
**level** 40:1 44:11
55:24 56:8 65:8,9
65:25 151:7 155:3
155:14,16 168:20
188:22 198:10
204:20 212:3
**levels** 149:20
150:8 188:3,10

197:25 198:11
212:23 213:2,6,9
**libraries** 59:20
**life** 14:23 160:3
**light** 64:18 112:19
112:23,25 113:4
132:6 136:20
**lights** 111:14
**liked** 132:13
**likelihood** 208:11
**limb** 212:15
**limit** 213:14
**limits** 28:2
**lincoln** 2:13 5:12
27:5 153:8
**lincolnwilson** 2:15
**linda** 9:2,3,4,5,7
10:9 76:14,24
78:22 148:20
154:7
**linda's** 114:5,22
171:5 206:7
**line** 28:6 49:19
63:23 64:1 86:11
98:9 99:22,22,25
103:18 138:12,21
145:1,2,20 148:2
148:25 167:15,16
217:4
**lined** 30:18
**lines** 99:20,20,24
**list** 36:18,18,20
37:2,3 91:17
148:17 166:12
**listed** 65:23
**listen** 199:23
**listened** 193:18
**liter** 149:3 154:20
186:17
**litigation** 8:13
186:22 190:24

**little** 13:4 21:10
23:7 36:19 37:6
38:16,25 41:12
48:18 49:1,5
58:10,14 75:15
79:8 83:14 89:4
98:9,24 111:20
124:22 134:18,22
139:6 164:1 169:2
169:5 173:16
181:21
**live** 31:5,14,15
45:12 47:3,11,13
76:5,12,15 166:1
171:4,5 172:12
173:18 194:24
195:1,13
**lived** 14:22 15:13
15:16 40:3,8
43:24 44:16 45:3
45:8,13 46:10
75:17 76:14 77:2
78:2 160:3 172:13
**lives** 31:3,8 43:16
44:13 171:9 192:7
**living** 13:16 58:13
75:16 76:24
133:13,24 135:22
172:19
**llp** 2:13,17
**loan** 48:8 49:17
51:12 106:1
**local** 193:15
**located** 4:18 33:17
57:9 59:17 60:9
83:25 93:16 95:20
95:22,23 98:7
99:18 165:20
172:18
**location** 33:17
160:5 174:2

**locations** 37:17
98:8
**long** 11:15 15:22
21:20 26:12 32:19
34:3 36:12,18
38:7,14 44:16
76:5,15 79:21
80:11 92:7 110:23
**longer** 38:12 49:1
66:22 166:21
170:15 171:3
173:16
**look** 11:6 19:11
29:3 63:11 102:25
139:24 140:23
143:18 156:16
176:9 187:24
194:17
**looked** 11:7 136:7
**looking** 76:20
121:3 128:20
138:17 150:24
206:20 212:19
**looks** 40:15 46:3
64:13 114:16
124:25 128:23
135:25 146:2,19
148:5,15,25
154:18 196:23
**loops** 52:5
**lot** 30:18 52:19,23
52:24,24 53:1,2
65:15 74:21 83:1
136:23,25 177:19
183:3 184:10
192:12 198:18,19
205:7 206:5,8
**lots** 52:22
**lounge** 94:25
**lower** 94:4 95:11
181:23 209:7

**luck** 194:20
**ludlow** 16:25
17:14,16 18:2
**lunch** 107:10,20

**m**

**machine** 17:19
128:24 129:4
**madison** 2:14,18
194:9,10 195:12
**mail** 2:6,10,15,19
19:15,16,17,18
20:9
**mailed** 19:19
**main** 1:17 2:9 4:18
28:24 83:13
154:13 187:3
**maintain** 97:15
200:21
**maintained** 17:22
**maintenance**
17:20,21 84:16,20
85:22
**maker** 110:15
**making** 23:11
152:18 153:3
176:15,21
**man** 18:1 32:3,3,5
32:6
**management** 19:5
**manchester**
200:10
**manner** 168:1
**map** 210:20
**mark** 63:2 102:13
143:8 201:2,3
**marked** 63:4,10
102:15,17,23
103:2 107:21
108:7 143:10,21
153:25 179:2,7
196:5 201:6,9,14

**market** 35:18
160:8,11
**married** 8:24
78:23
**marvin** 131:19
**master** 114:21
132:16 134:20
206:6,6,8
**material** 10:12
22:16 103:13,15
109:8 206:1
**materials** 22:16
104:1 206:17
**matter** 9:12 11:1
156:19 159:11,18
**mcgill** 21:14,15,18
22:6 28:13 31:3,8
32:17 33:23 34:8
34:22 130:15
**mean** 14:14 19:17
30:14 35:10,10
36:8 38:24,25
39:3 43:12 46:2
58:6 64:21 66:9
66:25 68:11 69:20
69:25 71:2,3 76:7
78:21 81:16 87:3
88:22 102:11
129:21 138:17
143:3 149:16,17
157:7 167:11
169:22 172:1
181:23 184:8
188:8 191:5 209:6
**meaning** 193:14
**means** 67:1 172:3
184:10
**meant** 189:12,14
**mechanic** 32:18
32:23

**medical** 6:6 13:8 24:8 27:20,21 183:23,23 185:10 187:13 188:4,7,12 188:14
**medication** 9:18 9:20,24
**medications** 9:14 9:17 10:2
**medicines** 133:9
**meetings** 10:8 11:8,12,12,15,18 11:18 182:22,24 193:16
**member** 6:2 26:3 32:11 44:4 193:12
**members** 28:3 32:14 47:17 188:2 189:10 191:14,15
**memorial** 34:15
**mentioned** 31:19 65:15 138:3 210:10
**merits** 3:22
**met** 6:19 190:15
**metal** 21:19,20,23 22:19 23:24 30:15 32:16,18,23 33:13 84:8 130:1
**metals** 22:11
**mexico** 14:25 15:1
**micrograms** 154:20 186:17
**microphones** 4:7 4:11
**microwave** 108:21 108:25 113:12
**middle** 8:6 62:12 66:21 121:15 128:23 145:25 154:19

**middlebury** 2:5
**mild** 22:18
**mile** 57:11 58:1,5 58:21,23 59:3,11 59:24 174:3
**miles** 3:12 29:21 33:20 46:19 103:8 173:13 174:4,18
**military** 18:16
**mind** 62:7 102:19 108:13 141:11 169:4 195:10
**mine** 71:18,22 115:8
**minute** 44:1 50:17 120:22 121:3 158:18 161:23 213:16
**minutes** 107:6 209:23 212:21
**mischaracterize** 165:15 175:17
**missing** 179:22
**misstated** 178:2
**misstates** 165:8 175:12 177:7 178:5
**mm** 4:21,21 7:19 7:20 62:10 119:17 134:24 194:16
**mms** 7:20
**mobile** 17:17
**models** 58:10
**moisture** 124:12
**moment** 63:11
**money** 184:15 203:12
**monitor** 185:10
**monitoring** 183:23 188:4,12

**monterey** 16:18
**month** 12:6 199:16 200:7
**months** 16:21,22 45:1,15,16 161:21 161:21
**morning** 6:19
**morse** 60:3 65:21
**mortar** 17:18,25
**mortars** 17:14,16
**mortgage** 48:9,11 48:13,24 49:6,12 49:22,24
**mosques** 58:19
**moss** 1:16 2:8 4:17
**mother** 47:4 114:5
**mother's** 13:19
**motion** 3:20 196:13
**motors** 68:9
**mount** 57:18
**move** 37:18 44:21 44:24 46:24 47:1 76:10 138:19 187:23 189:3
**moved** 55:16 76:7 76:23 80:4 85:5 108:18 132:12 135:13 138:24 159:4 170:21
**moving** 77:25 140:25 151:22
**mowed** 36:8
**msds** 29:4
**msk** 3:18
**mulch** 98:8,9
**multivitamin** 9:24
**municipal** 86:8 87:15,23 88:10 138:12,21 156:22 163:11,21 164:8

165:5 167:15,16 182:1,5 198:21 204:25 208:12,24 209:20 210:3
**munsom** 4:18
**munson** 1:17 2:8
**museum** 57:23,24 58:2,3,4,7,12 74:21 75:3
**museums** 57:21

**n**

**n** 2:1
**name** 4:14 5:5 6:19,24 45:17,19 45:21,23,25 46:1 64:7 110:21 144:25 145:20 194:8,12,14,22
**named** 190:13 216:4,15
**names** 31:20 32:1 77:22 194:6
**nanograms** 149:3
**national** 15:18,19 15:22 16:8,11,23 17:4,7 18:13 34:24 187:5
**nature** 176:22
**near** 16:18 57:9,10 57:21,22 58:11 59:22,23 165:20
**nearby** 96:7,15
**necessarily** 71:22 73:20
**necessary** 26:16
**need** 8:3 20:19 25:21 40:10 125:9 159:16 178:11 187:22 211:6
**needed** 84:20

**needs** 88:3
**negatively** 68:3,4
68:24 70:10
**neighbor** 54:6,14
97:17,20 98:1,12
**neighbor's** 167:4
167:25
**neighborhood**
51:20,23 74:12,20
175:7,10
**neighboring** 82:1
83:5
**neighbors** 54:3
66:23 96:20 98:14
156:3 167:17
**net** 96:4
**never** 62:2 87:22
195:10
**new** 2:14,18 57:16
86:1 92:21 100:7
100:7,7,8,14 101:3
106:9,12,14
110:11 111:16,17
112:23 113:4,6,6
113:16,21 115:12
115:17 116:7,8
117:1 118:20,25
135:17 163:21
182:10
**newest** 114:9
**news** 182:15
**night** 9:21 44:20
198:24
**nights** 44:18
**nine** 15:7 38:9
47:4,6 201:11
**nodding** 7:20
**noise** 65:2,7,9,25
66:2,10 68:13
**noisier** 66:13,20
68:8

**noisy** 64:22
**non** 26:3 28:3
145:4,21 146:1
148:5,6 149:17
150:25 161:15,17
171:11 189:9
**nonissue** 165:2
**nope** 125:24
137:19
**normal** 36:23,25
**normally** 37:13
151:1
**north** 60:10 67:21
172:15,18,25
**northside** 173:18
173:23
**notary** 5:22 6:13
215:17 216:21
**note** 4:7
**noted** 6:11 153:9
215:5
**notice** 1:14
**noticed** 136:23
139:1,4
**noting** 153:10
**november** 27:9
39:2 49:6 151:3
**number** 27:10
47:8 53:18 54:21
107:18,25 147:12
147:14 155:6
179:23,25 189:18
203:14 207:5
209:19
**numbers** 143:14
202:2,12
**ny** 2:14,18

**o**

**oath** 5:23
**object** 6:5 20:10
20:13 28:15,16

50:25 63:6 68:16
69:1 73:25 75:22
115:19 140:3
159:13,20 162:18
213:12
**objected** 178:1
**objecting** 153:1
**objection** 6:11
20:24 22:21 23:4
23:18 24:2,6
25:11,19,20,20
26:25 30:9 47:18
51:21 52:15 65:12
69:8 70:17 71:9
71:17 72:3,11,19
72:20 74:17 75:10
76:25 87:25 88:12
88:20 111:5
115:22 124:14
140:9 149:23
152:4,8,12 153:6
153:16 157:16
158:2,4,23 162:8
163:13,23 164:10
164:15,22 165:8
168:3 173:3
174:12 175:12,15
176:4,6 177:12,13
178:4,6,6,15
180:10 187:11,21
189:3 198:12
202:14,17 203:9
205:20 206:19
209:8 211:8,13
**objections** 23:12
25:4 27:7,11,13
115:25 152:15,17
152:18,22 153:3
176:14,23 177:2
177:10

**obligated** 212:8
**obligations** 204:8
**obtained** 49:17,19
**obviously** 119:7
137:13 151:22
**occasionally**
169:21,22
**occasions** 199:12
**occurred** 193:10
**october** 3:11 63:21
**odd** 36:9
**offending** 13:11
**offered** 168:8
184:18,21
**offhand** 87:9
100:25 107:2
129:5 138:22
142:6 196:23
**office** 33:5,6,17
116:25 190:16,24
**offices** 1:16 33:10
59:7
**oh** 11:25 22:25
32:6 36:22 68:17
74:7 112:21
114:13 116:18
120:22 147:16
180:2 190:18
191:2 194:1
199:22,25
**ohio** 28:24,25,25
**oil** 14:1
**okay** 6:23 7:15,16
8:1,2 9:10 12:3
14:4,18,19 20:17
20:20,23 21:1,4
22:25 23:10,13
27:5 28:17 29:11
40:10,12,14,18,19
48:22 65:18 78:10
82:19 102:21,21

107:8 110:18
111:9,15,23
112:12 114:13,19
116:3,22 117:9,14
119:6 120:4 121:5
121:19 123:12
125:25 127:1
137:25 138:19
143:24 144:7
146:14 147:16
152:23 178:10
180:2,2 189:21
199:25 207:8,12
207:15
**old** 43:20,22 45:10
58:8 59:1,1
111:20 129:9
136:17 206:22
**older** 139:6
**oldest** 45:8,10,17
47:6
**once** 36:15 38:5
105:14 155:21
199:16 200:7,12
200:13
**ones** 11:3,7 35:9
53:24 65:15 97:9
97:11 190:15
195:13 197:14
202:19
**ongoing** 183:24
**online** 19:21,22
**open** 25:24 26:21
140:22 200:21
213:24
**operations** 195:23
203:5 204:2
**opinion** 66:17
69:21 70:2,5,8
73:23 74:6 149:24
152:5 156:21

157:20 158:20,24
159:1,3,9 160:20
162:21 163:3,6
164:3,7 180:14
202:4 203:3,7,8,16
203:17 205:1
208:3
**opinions** 160:17
188:14 202:16
**opposed** 7:19
141:4
**opposite** 119:5
**option** 209:22
210:2
**ord** 15:16 16:16
**order** 6:4 19:18
24:4,7,18,20 25:3
25:5 27:8,23,23
143:13 152:17
187:25
**ordered** 189:9
**orders** 25:14
33:10
**original** 110:24
111:24 116:20
126:12,21 130:24
130:25 131:9,10
131:18 134:5,6
135:2,4 137:16
**originally** 135:12
161:14
**originals** 126:10
**outcome** 216:14
**outdoor** 95:4,15
170:1
**outside** 31:17 73:5
88:19 91:5 124:17
129:24 130:3
171:17,21,24
199:15

**oval** 22:8 28:22
**overly** 188:16
**owned** 35:25
78:13,17 205:17
**owner** 53:2
**owns** 81:12

**p**

**p** 2:1,1
**p.c.** 1:17 2:8 4:18
**p.m.** 107:24
169:10,13 207:17
207:20 214:8
**p.o.** 2:5
**pack** 105:17
**page** 3:10 27:12
64:5 108:14
110:25 111:9
112:12 113:9
114:19 116:22
117:18 118:22,23
119:2 120:4 121:1
121:19 123:12
124:18,23 125:4
125:25 126:13
127:15 128:12
130:16 131:5
132:14,20 133:11
133:19,22 134:13
135:20 137:8
144:2,5 145:8,25
146:8,10,25 147:9
147:11 148:16
201:17,18 203:3
217:4
**paid** 32:25 47:24
48:13 85:2 86:5
142:15,17,20
166:2 203:10
204:3
**painted** 39:14
100:8 104:23,25

105:3,8 106:16
120:21 121:17
122:5,7,13 123:25
126:19 127:6
**paints** 91:7
**pane** 100:23
**paneling** 123:1
**panelling** 122:8
**pantry** 113:14
**paper** 33:12
**paragraph** 65:18
66:21,22 67:17
201:17,21
**paraphernalia**
103:25
**pardon** 74:14
**parentheses** 63:17
65:23,24 66:1,2
146:2
**park** 91:13,15
**part** 19:1 24:19
35:14 80:18
104:15 105:16
121:8 171:22
185:11 196:21
**particles** 30:19
**particularly** 64:13
66:23
**parties** 4:3,13 5:8
184:10
**partly** 81:17,18,19
**parts** 81:15,16
85:4 149:10 151:4
152:3 154:23
167:22 168:25
197:1 212:2,11
213:2,14
**passing** 44:20
**patch** 89:5,7
**patient** 189:12

**patio**  93:8 94:24
**paul**  14:6
**pawlet**  171:5
**pay**  48:24 139:23
  142:23 185:21
  203:13 206:3
**payments**  39:1
**pending**  8:6
**people**  10:19
  28:18,23 29:22
  30:3,4 31:11,19
  60:6 67:9 71:3
  118:2,4 157:9,10
  170:17,19 183:19
  183:22 184:13
  185:2 193:17
  213:17
**people's**  74:7
  206:2
**percentage**  149:18
  162:23,25
**perfluorinated**
  144:12 145:13
**perforated**  22:16
**perform**  84:16
**performance**  1:9
  5:1
**performed**  186:24
**period**  14:24
  15:15 16:13,25
  66:2 70:21,25
**periodically**  20:14
  174:23
**person**  26:24
  32:10 37:18
  160:16 216:14
**personal**  161:5
**personally**  29:6
  190:19
**personnel**  17:17

**persons**  1:5 4:25
**pfoa**  44:6 75:11
  87:21 88:8,14
  98:18 142:1,9
  145:1,21 146:1
  147:2 148:2,25
  149:10,14,22
  150:3,8,10,25
  151:9 152:2
  154:12 156:9,13
  156:17 157:4
  159:21 160:24
  161:15 162:3,7,16
  163:9,20 164:5,18
  166:18 167:18,22
  168:16,20,25
  170:12,17,22
  171:16,20 172:5
  180:15,15,21,25
  181:17 182:8
  183:7 186:9 188:3
  188:9,11,14,22
  191:13 192:5,15
  192:18,21 193:13
  195:3,19 197:24
  198:10 201:25
  202:1,5,6 203:2,4
  203:17 204:1,15
  204:23 205:2
  208:4 209:10
  211:7,22 212:3,20
  213:1,6,6,9
**phone**  2:6,10,15
  2:19 48:21 155:6
  179:23,25 208:20
**phones**  4:10
**phonetic**  31:24
**photo**  108:12,15
  110:10 111:1,3,15
  112:9,16 113:23
  115:9,12 120:18

**122:3 124:19,25
  127:20,22 129:19
  131:16
**photos**  108:8
  137:24
**physical**  79:9
  88:18 166:18
**physically**  167:5
  167:13
**pick**  4:8 97:11
  211:6
**picture**  111:10,11
  112:13,14,20
  113:10 114:8,20
  116:14,23 117:19
  119:3 125:5 126:1
  126:14,16,24
  127:16 128:13,20
  130:17 131:6,8
  132:7,15,21,23
  133:1,12 134:14
  135:21 137:9
**pictures**  58:9
  121:6,7
**pie**  72:24
**piece**  72:24 130:2
**pillows**  132:17
**pine**  119:19
**pipe**  13:15 85:16
  130:3
**piston**  66:1
**place**  4:10 57:15
  87:20 140:7
  151:22 204:21
**placed**  140:1
  189:17
**plago**  31:23
**plaintiff**  4:20 32:8
**plaintiffs**  1:6 2:3
  3:20,22 4:25 5:15
  5:17 188:1 190:12

**190:13 196:12
  200:17
**plan**  37:6 38:11
**plane**  66:13
**planes**  61:1 64:24
  65:20,21 165:1
**planner**  33:8,9
**planning**  181:25
**plans**  36:13,15
  37:9 140:17,21
  141:9 209:20
**plant**  28:19 97:12
**plastics**  1:9 5:1
**play**  170:7,9
  171:16,21,24
**playing**  122:2
**please**  4:7,9 6:24
  28:12 29:7 69:4
  69:23 76:1 147:18
  158:17 208:21
**plumber**  206:6,8
**plumbers**  206:4
**plumbing**  111:25
  113:7 126:22
  128:3 206:5
**plus**  177:22
**poet**  168:8
**point**  8:3 33:8
  43:10 107:6 147:1
  148:23 162:1
**pointing**  114:16
**poison**  151:13
**pole**  13:16
**police**  59:13
**policies**  139:10,12
**policy**  139:12
  140:8,11
**poly**  22:18
**pool**  91:24 92:1,5
  92:6,7,9,10,12,14
  92:17,18,21,24

94:1,4,6,10,11
98:24 181:23
**pools** 93:2
**portion** 208:22
**position** 25:17
  33:1,7,22,24 34:1
  153:10,11,13
  185:23 188:2
**positions** 33:2
**possibly** 26:7
  140:25
**post** 59:7
**potability** 84:19
  141:22
**potential** 32:8
  44:3 47:17 68:4,6
  160:14 188:2,4,11
  213:11
**potentially** 141:10
**pour** 110:22
**poured** 110:21
**power** 99:20,22
**powered** 95:8
**pownal** 46:7,9
**ppt** 146:3 147:3
**prefer** 9:5 138:18
**prefers** 9:7
**prepare** 10:5 11:9
  12:14,20
**preparing** 12:11
  196:16 197:1
**presence** 61:12
  142:9 149:13
  153:21 156:12,17
  160:24 163:19
  164:4,18 170:12
  171:15,20 174:20
  180:14,15 183:7
  208:4 211:7
**present** 5:6 23:23
  28:14 34:6 168:16

168:17
**pressure** 9:18
**pretend** 40:22
**pretty** 30:20 39:13
  111:8
**previous** 77:18
  89:4 92:10 105:7
  121:1 187:17
  201:18
**previously** 120:1
  151:1
**price** 166:12 204:6
**print** 216:9
**printed** 3:14,16
**prior** 27:24 34:8
  35:10 65:1,5,8
  69:13 71:7,16
  76:23 77:25 86:7
  90:9 141:16 156:8
**private** 4:9 60:15
**privilege** 189:7
**privileged** 26:12
**probably** 8:16
  18:1 45:2 98:18
  135:15 157:2,7
  194:18
**problem** 29:3
  88:14 124:13
**problems** 66:19
**proceed** 5:20
  26:20 116:2
  125:14
**process** 193:6
**processed** 33:11
**produce** 27:21
**produced** 10:22
**product** 21:25
  28:20 173:5
**production** 24:7
  33:8,9,25 34:3
  188:6

**products** 22:8
**professional** 1:15
  216:3
**proffer** 26:2,10,15
  27:3
**program** 15:2
  19:18
**project** 113:22
**projects** 22:6
  109:24
**proper** 24:6 25:4
  25:11,12,19 27:22
  152:14,15,17,19
  153:16 176:16,17
  178:6 187:20
  188:12
**properties** 57:8
  82:1 96:7 165:20
  167:5 176:11
**property** 38:17
  43:24 51:7,14,19
  60:11 61:24 67:17
  68:3,21,24 69:5,18
  70:3,6,15,20,24
  71:7,14,18,25 72:9
  73:18 74:16 75:9
  77:13 78:13 79:16
  80:22,23 83:5,22
  83:24 87:14 88:7
  88:11,19 90:23
  92:15 96:1,5,10
  98:12 143:1
  156:16,23 157:15
  157:21 158:22
  160:4 162:4
  165:20 166:9,13
  166:15,18 167:6
  169:18 171:10
  174:25 178:14
  183:12 185:2,19
  186:3 201:25

202:1,5 203:4,25
  205:1,9 208:3
  209:16 210:4
  212:14,18
**proposed** 61:18
  65:10 67:5 188:5
  188:9
**prospective**
  204:10,15
**protected** 189:6,8
**provide** 206:24
  207:2
**provided** 10:8,14
**proximity** 47:14
  71:22,23 158:21
  163:20 164:20
**public** 6:13 60:14
  60:17 215:17
  216:21
**pump** 85:8,9,10,11
  85:13,17,19,23,24
  86:1
**purchase** 42:6
  48:6 106:4 122:23
**purchased** 61:8
  78:25 103:15
  115:10 118:12,14
  119:12 120:20
  122:4 123:2,5,24
  124:3 125:21
  126:11,17,23
  127:21 129:3,14
  131:3,12,20,22
  132:24 137:2
**purchaser** 204:10
  204:15
**purpose** 27:13,19
**pursuant** 1:14
**push** 85:15
**pushes** 85:14

**put** 5:25 17:21
20:24 66:23 67:9
85:17 100:6,8,14
109:22 121:14
122:14 128:7
135:16,17 136:12
165:1 202:19
203:11 204:11
206:10 209:3
**putnam** 34:15
**putting** 87:4
177:10

**q**

**qualified** 165:24
**quarter** 57:11
58:5,21
**quasi** 58:2
**question** 7:9,11,12
7:25 8:6 10:17
20:15 21:6 23:9
24:9,24 25:13
26:11,11,14,18
27:19,20 28:5,10
29:10 40:11 48:22
62:12 69:4 70:1
107:12 115:20
116:5 117:10
126:25 140:5
151:25 156:20
158:6,9,13 159:16
175:23 176:12,17
177:5,20 178:1,3,9
187:16,17,20
188:18,23 199:23
202:4 212:25
214:1
**questions** 6:6,22
7:5,24 10:3 13:2
14:9,12,18 20:21
23:15 25:9 26:4
26:19 27:14,18,24

62:8 70:4 109:18
125:12 152:15
155:8 163:14,24
169:17 170:20
187:12 188:9
193:20 196:18
200:18,23 201:1
202:8,12 205:7,10
207:23 208:2
213:25
**quick** 107:9
207:14
**quicker** 43:15
**quickly** 210:9
**quiet** 74:20
**quinn** 2:13,17 5:9
**quinnemanuel.c...**
2:15,19
**quirky** 13:4,12
**quitclaim** 78:19
78:23 79:4
**quiz** 102:11

**r**

**r** 2:1 217:1,1
**r.k.** 3:12 103:8
**rack** 110:14
**rail** 97:2
**railing** 136:8,11
**rain** 190:9
**raise** 209:7
**raised** 55:25 56:3
56:9 93:24 99:12
**rake** 104:7,17
**ran** 34:17 86:11
**ranch** 55:24 56:1,3
56:9 99:12
**range** 108:22
109:3 113:12
159:11,19 160:22
**rare** 118:10

**rarely** 170:3
**ratz** 31:23 32:2,3,5
32:7,7
**reach** 160:2
**read** 10:7 63:18,18
65:19 66:5 67:25
104:10 136:25
154:15,21 155:10
155:13 180:6
187:17 197:21
204:21 206:22
208:22 215:3
**reader** 136:24
**reading** 188:16,17
**ready** 6:17 10:10
62:22 63:12
102:20 108:5
143:25
**real** 45:25 51:14
77:17 86:15
160:13 166:5,7
**realize** 75:18
**really** 14:14 40:10
44:17 48:21 56:21
58:3 77:7 97:9
101:23 112:21
116:11 119:15
127:7 139:7
142:14 152:8
157:1 172:3
182:20 191:6
193:17 206:22
208:20 209:10
**reappraised** 177:6
**rear** 84:1
**reask** 28:10 138:7
178:9
**reason** 20:18
138:14 171:22
175:8 217:4

**reasons** 65:15
70:23 189:18
**reassessed** 176:10
177:6
**recall** 11:5,15,19
11:22 14:12 18:11
19:6,7,9,24 20:4,5
22:12 23:21,22
29:25 35:15 43:5
44:8,10 46:15,20
47:24 48:16 49:9
49:15 50:3,6,15,19
52:21 54:11 64:11
67:5 73:13 77:4
77:21 87:8,12
89:6 92:20,23
100:19,22,24
101:7,17,19
105:18,20 106:21
107:1 110:9
118:18 119:15,20
122:13 123:18,20
124:3 125:23
126:8 127:5,6,13
127:25 129:3,6,10
130:6,8 131:11,14
132:11 133:5
134:4 135:7 136:4
137:18,22 138:8
138:11,20 139:24
140:13 142:4,11
142:14,15,17
145:6,24 146:6,23
147:6 153:23
154:24 173:24
175:5 178:19
180:12 182:16,25
186:12,20,23,24
192:1,23 193:9
194:6 195:16
196:21 197:14,23

197:25 205:10
208:5
**receipt** 103:14
138:18
**receipts** 206:20
**receive** 18:15 19:2
20:2 49:13 196:25
**received** 48:25
49:12 50:7,8,23
149:9 150:12,18
151:3 155:11,19
155:21
**receiving** 145:6
146:6,23 147:6
149:6 154:24
**recess** 62:17
107:20 169:11
207:18
**recessed** 136:20
**recognize** 143:16
196:9 201:14,20
**recognizing**
152:12
**recollection**
205:15
**recommending**
75:2
**record** 4:6,13 6:1
6:6,25 20:25
23:12 40:21 62:16
62:20 107:19,25
143:12 153:10,11
169:10,14 176:18
176:21 177:4,10
177:25 178:4
179:4 201:5
207:17,21 214:10
215:6 216:11
**recording** 4:12
**records** 13:9 24:8
27:20,21 188:7

**recreation** 121:24
**redirect** 3:4
207:11,25
**reduced** 216:9
**refer** 114:21
**referred** 137:10
**referring** 73:13
202:25
**refinanced** 49:21
49:23
**refinished** 138:23
**reflect** 177:4 178:1
202:16
**refusing** 24:16
**regard** 10:11
86:20
**regarding** 6:6 28:2
154:12 187:13
188:9
**register** 36:5
**registered** 1:15
216:2
**regraveled** 105:14
105:15
**regular** 68:9
**rehash** 13:9
**reimbursed** 181:5
**rejoined** 17:1
**relate** 6:9
**related** 62:8
103:25
**relating** 3:17
**relative** 189:18
**relevance** 24:4,5
25:8,11,18 26:10
**relevancy** 27:24
**relevant** 26:8
**religious** 58:17,19
**remember** 18:24
32:1 45:13 73:11
79:5 84:22,24,25

85:2,25 86:5
101:12,23 102:2
104:25 105:5,5,25
106:8 109:13
110:20 111:21
112:4 116:11
117:5 121:17
122:12,16,17,25
125:18 128:9
141:23 149:6
173:21,25 202:8
202:20
**remind** 16:1 75:20
117:9 128:8
**remortgaged** 49:2
49:4
**remotely** 5:7
**removed** 54:4
172:6,9
**renamed** 33:24
**rent** 76:18,20
**rented** 76:19
**renting** 76:21
**reopen** 158:7
187:22
**repaint** 118:16
**repainted** 108:24
110:4,7 131:12
134:3
**repeat** 25:10
158:17 159:16
187:15
**repeatedly** 176:24
**rephrase** 66:7
69:23 73:17 74:14
91:14 140:5
163:17
**replace** 85:4 92:24
100:18 101:5
102:1,4 103:16,24
108:25 109:14

110:2,3 112:24
115:5,7 121:12
127:24 138:9
**replaced** 85:8
100:5,6,19,22
101:1,22 104:20
108:17,22,22,23
111:19 112:1,2,7
112:10,17,25
113:18,25 115:9
116:10 117:4,7,16
120:19 122:3,8
123:8,24 126:16
126:22 127:3,20
127:21 128:4
129:13,18 131:19
131:20 132:23
133:1,5 134:1,8
135:6 137:1,4,17
137:21 138:6
**replacement** 112:8
140:11
**replacements**
138:4
**replacing** 105:23
**replumbed** 128:5
**reported** 216:8
**reporter** 1:15 5:19
7:6,22 29:8 35:20
114:15 187:18
194:20 208:23
216:3
**represent** 5:8,10
184:13 185:20
**representative**
9:11 184:25
185:14,18
**representatives**
184:12,18,22
188:5 190:20,23
191:4

**representing** 4:14
5:19 6:3,20 185:1
185:4,8
**reps** 188:10
**required** 26:9 30:7
30:11 139:5
**requirement**
188:6
**resampling** 148:11
**research** 160:7
161:3 163:5
**reserve** 25:23
187:21 189:4,15
189:20 200:20
213:23
**reshingled** 101:11
**resident** 191:13
193:1
**residents** 77:18,25
78:5 181:12
**respectfully** 26:25
**response** 7:11,18
**responses** 196:19
197:11
**responsibilities**
21:24
**rest** 17:2 53:9 55:8
57:6
**result** 27:12 145:4
145:6 147:6
149:10 154:20
**results** 3:14,16
44:8 141:23 142:4
144:11 145:12
146:6 148:2,4
149:3,7 150:12,18
150:22 151:4
154:14 155:2,22
167:21 168:24
186:12 187:4,7,10
188:25 192:23

210:7
**resurfacing** 61:22
**retail** 57:15
**retaining** 91:22
**retire** 36:15 37:14
38:11 39:2 140:23
**retired** 198:17
**retiring** 36:13,21
**review** 10:25
197:16
**reviewed** 121:7
207:4
**reviewing** 102:19
**rhode** 37:12
200:12,14
**richard** 36:9
**rid** 209:12
**ride** 37:16
**riding** 91:4
**right** 8:9,24 16:13
23:10 25:23 33:4
46:14 58:12 62:13
63:21 64:2 70:11
71:8 81:18 87:9
91:8 94:5 100:13
100:25 101:21
103:1 104:8 107:2
107:15 108:9
113:9,13 114:13
118:22 121:4,10
129:5,21,22
134:13,17,19,20
136:8 137:12
138:22 140:22
142:6 147:9,19
148:16,17 154:21
154:22 155:1,1
161:19 169:16
174:22 179:17,20
180:2 196:3,23
197:19 199:19

200:20 204:22
208:8 213:22,23
**rights** 187:22
189:4,15,20
**risk** 13:11 66:24
67:9,15
**road** 38:19 43:8,10
43:17 46:11,25
51:15,19 52:2,8,14
75:24 79:18 81:25
83:13 140:24
144:16 145:15
146:15 147:1
148:23 154:10,14
173:11,15,16
**roads** 51:25
**rock** 98:20
**rocks** 83:10 99:1
**role** 196:16
**roll** 30:16
**roof** 13:23 100:7,8
100:8 101:9,22
103:12,12,15,24
104:2,7,16 106:3
106:10 206:10
**roofer** 206:9
**roofers** 206:3
**roofing** 3:13 104:6
**room** 5:7 13:16
85:12 116:25
118:6,7 119:4,23
119:25 120:5,10
120:13,15,24
121:6,20,22,23
123:13,14,23
124:8 126:2,3,6
128:14,15 130:20
130:21,22 131:1
133:13,16,24
134:9 135:22
137:11

**roots** 98:25 99:2,3
**round** 22:8
**route** 52:2,6
**roy** 4:14
**rpr** 216:20
**rule** 7:17
**rules** 7:8
**ruling** 25:25
**run** 86:13
**running** 36:5
84:13
**runway** 61:20
66:22,24 67:10
70:9
**rural** 66:4,10,15
66:16,17 67:21
**rutland** 17:2 18:4
199:16 200:7

---

**s**

**s** 2:1 3:9 217:1
**safe** 73:1 144:12
149:21 152:2
155:2,14,16
188:21 213:6,9
**safety** 72:23
**saiem's** 35:18,21
**saint** 1:8 5:1,11
184:1 191:8 193:1
193:22 195:5,19
195:22 211:17
217:2
**sale** 140:15
**sales** 33:10 166:7
**sampling** 147:1,20
147:25 148:1,23
**samplings** 3:17
**sand** 83:8
**sandy** 98:20
**santa** 134:23
**sat** 202:18

**sauna** 93:4
**saunas** 94:17
**save** 184:14,15
**savings** 48:7
**saw** 151:4
**saying** 73:20 115:7
  121:11 176:3
  213:17
**says** 27:12 63:15
  63:15,23 64:1,6
  65:20 66:22 67:17
  68:21 103:4,18,21
  104:8,9,13 114:4
  144:3,11,16,22
  145:1,4,17,21,25
  146:2 147:1,2,19
  147:25 148:11,15
  149:17 154:12,19
  154:23 155:2,7
  179:9,10,12,15,17
  180:3,4 189:5
  212:23 213:1,5,8
**scale** 58:10
**school** 15:2,12
  20:8 21:8 35:13
  36:10,11
**schools** 59:9
**scope** 27:14,19
  28:2 176:8 189:8
**scramble** 16:3
**seal** 216:17
**second** 24:6 25:15
  27:8 32:10 50:23
  51:17 55:5 65:18
  75:21 94:9 95:11
  106:23 114:25
  115:3,4 120:7
  134:20 141:4
  148:1
**secondly** 27:2

**seconds** 207:14
**section** 63:23
**sections** 98:10
**see** 29:4 63:14
  64:9 81:20 88:2
  102:9 103:2,19
  106:7 112:22
  135:8 144:2,10,17
  144:23,24 145:2,5
  145:11,22,23
  146:4,5,14 147:4
  147:18 148:2
  154:4 160:4
  178:24 180:2
  204:22
**seeking** 87:14
  185:10
**seen** 171:1
**sell** 89:15 140:24
  141:3,7,9 161:12
  161:25 209:16
  212:13
**selling** 140:17
  183:16
**send** 193:7
**senior** 15:12
**sensitive** 4:8
**sent** 146:19
**sentences** 65:20
**separately** 199:9
**septic** 42:4,5,9
  99:17
**series** 108:8
**serve** 16:23 35:4,5
**served** 35:6
**set** 79:18 83:12
  94:8,24 98:24
  119:23 151:8
  152:1 213:14
**sets** 143:16

**seven** 38:8 53:7
  179:8
**sewer** 42:14,14,17
  99:20,22 138:12
  138:21
**shaftsbury** 67:22
**shakes** 59:4
**shaking** 7:20
**shaky** 124:24
**shape** 110:24
**shed** 90:24
**sheet** 21:19,20,23
  22:16 23:23 30:15
  32:16,18,23 33:13
  130:1 215:5
**sheets** 29:4
**shelves** 36:2
**shingles** 100:7
  102:1,5 103:10,14
  103:16,24 106:9
**ships** 44:20
**shooting** 40:15
**shop** 33:11,16
**short** 14:24 15:15
  207:10
**show** 102:22
  138:18
**showed** 72:23
**shower** 126:18
  127:2 190:7
**showing** 113:11
**shutters** 100:6
  101:1,3,5 106:14
**side** 81:20,21,25
  82:15 83:14,16,17
  94:4 97:23 105:2
  111:13 114:23
**sides** 39:11,12
  105:1
**siding** 39:13
  104:20

**signature** 4:3
  216:20
**significant** 66:3,10
  66:14 204:5
**signing** 197:17
**sille** 155:4
**silver** 1:16 2:8,8
  4:18 5:14,14,21,24
  88:1 169:5 189:11
**similar** 52:22
  80:20,21 82:2
**similarly** 1:5 4:25
**simple** 29:16
**simplify** 163:25
  165:17
**single** 38:20 54:12
  54:19 56:6 65:21
  66:1 133:3
**sink** 111:11,23,25
  112:19 113:6
  127:17,24 128:5,7
  133:2,3 143:7
**sister** 97:10
  191:15
**sisters** 47:5,10
  191:22 192:14
**sits** 99:7
**situated** 1:5 4:25
**six** 15:4 16:21,22
  45:1 174:18
**size** 82:25
**sized** 52:22 82:2
**skippy's** 114:4
**slide** 121:13
**slightly** 124:21
  125:1,3 144:21
**slingham** 36:9
**slope** 81:22
**slow** 16:2 17:15
  29:7

**slows**  177:16,19
   177:21
**small**  52:4 80:16
   94:25 117:22
   136:13 162:23,24
   179:20
**smaller**  55:10 82:7
   82:14,20,24
**smallish**  113:13
**smart**  30:11
**smell**  86:24
**smoke**  129:25
**smoked**  129:25
**smooth**  110:22
**snow**  37:19
**social**  170:25
**socially**  169:19
   170:13
**soda**  192:10,11,12
**softener**  128:18
   129:2,6,8
**soil**  98:16,22 156:9
   170:16,21 172:4,7
**sold**  90:17,20
   166:15
**somebody**  13:15
**someplace**  13:25
   33:4 101:24
**son**  106:11
**sorry**  4:22 11:24
   14:3 16:4 17:15
   32:6 35:21 51:10
   54:5 68:17 77:23
   116:18 117:13
   120:22,24 148:7
   165:15 170:11
   185:23 189:13
   194:21 206:1
**sort**  8:12 10:11
   17:23 19:21 21:24
   28:13 36:1 47:13

51:25 52:7 57:15
   74:12 161:7 193:8
**sound**  101:21
**sounds**  46:1
**source**  84:11,13
   88:10
**south**  37:15,18
   76:2,5 141:1
**southerly**  37:17
**space**  20:19 41:23
**spare**  120:6,7,8,25
   134:22
**speaking**  7:14
   27:1 199:4
**special**  106:6
**specific**  29:24 37:9
   49:9 188:14 205:8
   205:13,13
**specifically**  11:5
   14:14 24:19 28:22
   31:15 193:5
**specified**  58:20
**specifies**  152:17
**spell**  194:12,14,18
**spelling**  194:11
**spend**  121:24
   181:7
**spent**  92:20,23
   103:23 158:5
**sperry**  2:4
**spiral**  130:3
**split**  40:1 55:24
   56:8 97:2
**spoke**  195:16
**spoken**  195:3,7
**sports**  170:7
   171:16,21,24
**spot**  37:22 112:22
**square**  42:19
   54:24 55:1,8

**sr**  66:1
**stainless**  22:15,18
   111:24
**stall**  126:18
**stand**  41:7 189:3
**standard**  149:22
   150:3,10 151:9
   152:2 162:16
**stapled**  147:16
**start**  6:1 18:22
   21:15 34:18 54:6
   108:21 122:10
   182:23 213:3
**started**  19:24 31:8
   182:20,21
**starting**  34:8
**state**  6:24 57:17
   60:16 146:19
   151:8,23 152:1
   153:13 168:15
   187:2 193:14,15
   193:16 204:18
   210:12,17 212:23
   213:1,5,8,14
**stated**  71:6,14
**statements**  215:7
**states**  1:1 5:3
**station**  59:17
**stations**  59:13,15
**stay**  15:22 16:14
   16:20 38:1,2,7,8
   38:10 118:2,5
**stayed**  15:8
**staying**  38:11
**stays**  120:14
**steel**  111:24
**stenographically**
   216:8
**steps**  94:9 172:6,9
**sternberg**  2:8

**stipulation**  4:1
**stocking**  36:2
**stone**  53:15
**stop**  176:24,25
**stopped**  150:16,17
   150:19
**stopping**  107:6
**store**  35:13,15,25
   91:3
**stories**  39:18 53:4
   53:6 54:11,17
**story**  53:8 54:12
   54:19 56:6,7
**stove**  129:16
**straight**  93:21
**street**  1:17 2:9
   4:19 46:16 52:4
   53:17 56:2 57:1
   57:14 76:2,5
   172:15,19 173:10
   187:3
**stretch**  52:13
   169:16
**strong**  86:22
   181:21
**strongly**  155:3
**struck**  13:21 14:3
**structures**  90:22
**struggling**  71:4
**stuff**  14:16 19:20
   30:18 36:23,23
   37:1 130:10 133:9
**style**  56:3
**subject**  189:11
**subjects**  188:4,12
   188:13
**submersible**  85:9
   85:17,19
**subscribe**  215:6
   216:16

**subscribed** 215:12
**substances** 141:25
**sufficient** 178:7
**sullivan** 1:3 2:13
  2:17 4:23 5:10
  217:2
**summer** 14:25
  15:4,10 16:21
  38:8 45:14
**supermarket**
  35:19,20
**supervisor** 33:25
  34:4
**supplemental** 3:22
**supplies** 211:12
**supply** 163:11,22
  164:8 165:6
  166:19 181:24
  182:1,5,9,19
  191:25 208:12,18
  209:3,21,25 210:3
**support** 3:20
  196:12
**supported** 25:18
**supposed** 110:23
**sure** 22:4 27:2
  39:13 47:21 57:6
  69:19 70:19 73:15
  88:4,22 98:3
  102:10 105:17
  107:14 117:11
  118:7
**surface** 80:15
  99:14,17
**surprised** 14:7
**surrounding**
  161:9
**swear** 5:20
**swimming** 91:24
  93:2 94:1

**sworn** 6:12 215:12
  216:4
**system** 41:10,20
  42:14,15,17 85:16
  86:8 136:17 168:8
  198:21
**systems** 56:20

**t**

**t** 3:9 217:1,1
**table** 94:24 122:20
  137:6
**tables** 94:25
**take** 7:13 8:4,8
  9:18,20,20,23,24
  37:11 62:6,13
  63:10 67:2,11
  107:9 124:12
  143:18 150:13,15
  152:19 155:21
  161:12 169:5
  176:9 183:1
  203:24 207:13
  208:15 210:6
**taken** 1:14 4:20
  9:14 62:17 107:20
  169:11 172:6,9
  204:5 207:18
**takes** 198:23
**talk** 12:17,23 13:1
  21:10 38:16 79:8
  115:17 160:13,19
  169:2 187:6 191:6
  191:8
**talked** 10:9 12:10
  12:14,18 13:2,6
  14:9 140:25
  188:24 197:13
**talking** 9:22 27:6
  40:17 134:8
  137:12

**tank** 42:4,5,10
  99:17 127:23
**tankers** 17:20
**tanks** 17:22
**taste** 86:23,24
**tax** 3:19,19 176:9
  178:17,20 179:10
  179:15,21 180:18
**taxable** 180:4,8
**taxes** 174:25
  178:14
**teachers** 15:3
**team** 197:8
**technically** 55:25
**ted** 3:20 5:5
  104:13 107:18
  108:1 148:20
  201:14 214:9
**tedious** 108:10
**tell** 11:7 20:16
  21:1 23:9 176:10
  176:11 194:22
  204:14,18
**telling** 11:11 23:14
**tells** 97:13
**ten** 48:17,18,25
  49:1,5,6,22 52:4
  52:17 84:23 87:10
  116:12 119:20
  122:19 128:1,10
  128:11
**tend** 64:23 98:25
**term** 130:13
  168:11,12,13,19
  184:8 211:2,4,5
**terms** 205:18
**terry** 31:23 32:2,3
  32:5,7,7
**test** 141:23,25
  145:6 146:6 147:6
  149:6 150:22

151:3 153:23
  154:13,18,19
  155:1,22 156:5,11
  156:12,12 167:21
  170:21 183:5
  186:24 187:7,10
  188:25 197:25
  204:22
**tested** 44:6 87:19
  141:17,20,22
  142:2,8 153:20
  156:9 161:15
  162:6,15 165:19
  167:17 183:5
  186:9,19 192:17
  192:21 197:24
**testified** 6:14 26:5
  188:21 192:15
  203:20,22
**testify** 216:4
**testimony** 8:12
  164:11 165:15
  189:19 208:22
  214:9 216:11
**testing** 142:15,17
  143:1 149:10
  156:15 168:24
  171:11 182:20
  211:12,24 212:10
  213:17
**tests** 19:20 142:13
  149:13 213:18
**text** 144:11 179:20
**thank** 64:4 74:11
  135:1 138:1
  165:18 176:14
  196:7 200:18,25
  201:8
**theodore** 1:13 3:2
  6:12 7:1 64:7
  154:7 215:10

217:25
**thing** 12:19 13:21
  13:22 17:21 22:5
  29:14 32:24 36:3
  43:13 64:22,23
  68:8 110:21 114:6
  116:8 134:23
  151:15 161:24
  168:7 172:1
  183:14 192:6
  193:8 206:13
  209:10
**things** 10:9,21
  13:3,13 22:1
  36:20 69:22
  103:12 114:3
  157:12 185:23
  212:13
**think** 22:19 23:19
  24:24 25:16,18
  26:16,23 27:5,23
  29:9 30:6 31:25
  39:12 48:12 50:17
  51:2 55:25 61:21
  62:3 67:22 69:10
  70:10,11 73:12
  75:1,8 90:15
  100:13 105:25
  106:5 114:10
  115:23 137:7,24
  142:2,3 151:23
  152:1 155:13
  157:1 159:2 160:5
  161:11 162:4
  163:14 168:10
  169:7 171:19
  175:10,19,23
  176:20 177:1,8
  178:21 188:16,17
  188:20,22 189:17
  194:11 199:17

203:21 207:11
  210:11 212:14
  213:19
**thinking** 195:11
**third** 79:15 105:17
  105:19 149:1
**thompson** 194:8
**thought** 13:5,13
  72:12 82:17
  102:12 178:2
  202:18
**thousand** 101:25
  140:14
**three** 11:19 13:18
  15:3 29:21 33:20
  38:10 46:19 61:5
  81:11,15,16 82:14
  95:15 96:25 97:3
  104:25 105:1
  106:20 121:6,7
  123:11 142:12
  143:9 147:21
  149:5 169:23
  173:13 182:11
  194:5,11 201:17
  203:3
**threshold** 168:21
**thyroid** 9:19
**time** 4:16 5:6 13:1
  15:15 16:15,20,25
  17:3,10 19:1
  26:17,17 29:1
  30:2,25 31:1
  33:15 34:24 35:2
  35:14 36:12 38:15
  40:3,17 49:21
  50:23 51:7 61:11
  62:15,18 64:17
  70:21,25 71:3
  72:23 75:1 77:2
  77:19 84:22 86:14

89:6 105:3,17,19
  107:16,23 110:23
  112:2 113:19
  121:25 130:20
  133:10 139:5
  140:18 142:5
  158:16 169:9,12
  171:10 172:13,14
  172:20,23 173:2,8
  173:19 177:15
  182:17,23 183:3
  184:15,16 192:10
  200:18,19,25
  203:11 205:12
  206:1,2 207:16,19
  214:7
**timeline** 141:11
**times** 49:23 50:5
  65:25 66:13
  120:17 142:11
  157:25 168:11
  169:23 177:20
  200:2 210:10
**title** 78:18,22,24
**titled** 64:6
**today** 6:21 7:4
  10:3 30:4 35:9
  36:7 42:16 69:7
  69:17 87:21 91:15
  151:21 189:19
  202:20
**today's** 4:15 6:21
  10:6 12:15 214:9
**toilet** 126:20
  127:23
**told** 14:12 53:2
  187:4 188:24
  192:7 210:22
**tolerable** 27:16
**tom** 2:17 5:9 6:19
  27:1 194:8

**tomatoes** 90:13
**tombarnes** 2:19
**tomorrow** 151:20
**tool** 90:23
**tools** 91:6
**top** 40:5 63:14
  103:1 104:8
  129:19 132:6
  136:10,12,16
  143:22 144:2,5,15
  145:11 148:21
  154:4 179:9,10
  180:1
**tortellini** 45:24
  46:1,3
**total** 48:11 103:18
  180:4,8
**tour** 138:1
**towels** 133:8
**tower** 116:18
**town** 42:14,17
  74:19 86:16 87:5
  154:12 157:9,12
  174:23 175:25
  176:10 177:5
  179:9 181:24
  205:4 209:4,24
**trade** 22:1 206:10
**trained** 28:23
**training** 18:16
  166:4,7
**transcript** 215:3,6
**transcription**
  216:10
**transferred** 78:18
**travel** 21:7 36:19
  37:9 38:4 199:7,9
  199:15
**traveling** 37:6
**treat** 185:21

treated  183:19
tree  80:17,19
  137:3
trees  88:25 97:25
  98:11,13
trial  8:13
tried  90:14
trillion  149:11
  151:4 152:3
  167:22 168:25
  212:3,11 213:3,15
truck  17:9
true  40:2 70:15
  71:25 197:20
  216:11
trust  171:8
truth  216:5,5,6
try  7:14,23 8:1,8
  86:7 108:11
  165:16
trying  165:14
  202:20
tube  17:18
tubes  85:13
turn  4:9 33:12
  104:4 201:17
turns  7:13
twice  38:6 112:1
  200:13,13
two  12:1 13:18
  18:2,3 21:22
  27:12 31:24 32:1
  32:13,20 38:10
  39:19,23 44:24
  46:19 50:12 53:3
  53:6 54:3 56:7
  61:5 69:22 70:4
  75:17 81:21 85:15
  85:16 93:15 94:3
  94:25 100:9
  106:18 107:6,25

109:2,18,20
  111:25 112:3
  120:8,17 123:11
  129:8 134:21
  139:12 147:21
  161:21 167:19,20
  174:4 177:3,22,22
  182:10 188:5,9
  194:25 212:21
type  39:24 41:20
  55:23 56:19 90:10
  97:2 99:6,9 127:8
  130:22
types  22:11 57:13
typical  37:22
  60:25
typically  60:6
  117:23 120:17
  121:23 128:15

## u

ucmr3  144:12
umm  55:3
unable  194:18
unanswered
  213:24
unclear  70:1
  122:15
underneath  157:4
understand  7:24
  12:6 20:11 47:20
  51:22,22 71:11
  72:5,6 74:2,3
  75:23 88:22 116:4
  140:4,10 149:16
  149:19,19 150:7
  174:13 175:13
  176:5 184:5,17,21
  185:3,3,7,17
  188:15 209:9
  211:16,20

understanding
  166:17 168:12
  183:17,25
understands  188:1
unfortunately
  192:12
uni  22:18
uniforms  30:22
union  33:16 49:3
unit  133:3,4
united  1:1 5:3
  130:15
units  41:16 56:13
unsure  157:14
  164:13
upgrade  104:16
upkeep  139:5
upper  94:4 106:19
ups  214:4
upstairs  39:25
  116:24 117:20
  120:23,25 121:10
  132:22 135:15,19
urquhart  2:13,17
  5:10
use  29:6 41:23
  42:5 51:11 65:22
  98:5 117:23 118:6
  120:10,15 121:23
  124:11 128:15
  133:15 151:1
  166:22 169:18
  170:4 182:4
  189:23,25 190:3
  190:10 192:8
  209:25 211:2,4,5
uses  169:3 181:24
usually  38:5
utility  85:12
  128:14,15 130:20
  130:21 131:1

## v

vacation  37:13,22
  38:1 200:3
valid  177:12
valuation  160:9,14
  208:13 209:7
valuations  166:5
value  49:15 50:15
  61:24 69:18 74:13
  74:16 75:9 87:24
  88:7,11 140:1,7,11
  156:23 159:12,19
  160:23 163:10,12
  163:19 164:4,14
  164:17,21 165:7
  165:19,25 168:1,2
  178:19 180:3,4,8
  180:16 202:5
  203:4,17,25 205:1
  205:19 206:16
  208:3 209:4 210:4
values  12:19 67:17
  68:3,21,24 69:5
  70:3,6,20,24 71:7
  71:15,18,25 72:9
  73:18 157:15,21
  158:22 160:4
  162:5 164:9
  165:22 201:25
  202:1
vegetable  89:1
vegetables  90:10
  90:17,20
vehicle  18:8
vent  129:24 135:8
  135:10 136:16,18
vented  130:3
verbal  7:19
veritext  4:15 5:19
vermont  1:1,18
  4:19 5:4 13:24

14:21 16:25 18:18
18:20,23 146:20
150:2 151:8,23
152:1 155:5
182:21 187:2
193:14 204:18
210:12,18 211:24
**vermont's** 149:21
150:9 162:15
**versus** 5:1 164:19
**veterinarian** 57:18
**video** 107:7
**videographer** 4:5
4:22 5:18 48:20
62:15,18 107:16
107:23 169:9,12
207:16,19 208:19
209:23 212:21
213:16 214:5,7
**videotaped** 1:13
**view** 123:23 126:2
130:18
**village** 57:14
**vinyl** 100:23
**visit** 171:10
**visited** 171:13
**visiting** 75:2
**visitors** 120:16
**vs** 1:7 217:2
**vt** 2:5,9 63:17

**w**

**wait** 7:10 40:11
44:1 50:17 117:10
120:22 121:3
161:23
**waived** 4:3
**walk** 93:20,21
94:7,8,22,22 108:9
**walkthrough**
133:18

**walkway** 133:17
**wall** 99:12,12
105:8,8 114:3,17
118:15 119:5,8,10
122:5,6,13 123:15
132:16 135:23,24
136:9 137:13
**wallpaper** 113:16
116:8 117:1
122:11,14 123:25
125:20 135:4
137:20
**wallpapered**
122:6
**walls** 91:22 105:1
105:4 118:16
122:5,10 123:1
127:6 131:11
134:3
**want** 5:25 7:25
11:6 26:12,19
29:15 37:16 79:8
104:4 107:10,11
108:10 117:9
122:6 146:9
157:25 158:6,10
158:17 161:23
165:16 169:2
197:21 204:22
**wanted** 35:24
118:24 131:24
135:14 157:12
**wants** 36:22 37:14
37:18 116:6
**warm** 135:14
**warmer** 135:15
**warranty** 78:19
**wash** 133:8
**washer** 128:17
**washing** 113:2
128:24 129:4

190:11
**water** 41:22 84:11
84:14 85:15 86:8
86:16,21 87:1,5,7
87:15,24 88:10
90:5,7 99:24,25
128:18 129:2,6,8
138:5 142:25
144:13 149:14,20
149:21 150:3,8,8,9
150:16,17 151:1,8
151:18 152:2
153:20 154:13
155:3,5,15,17,18
155:23 156:1,3,6
156:11,12,16
157:10,13 162:7
162:14,16 163:11
163:22 164:5,8
165:5 166:19,22
166:22 167:8,12
167:15,16,17,23
170:15 171:7
172:10,15,19
173:10 181:1,8,13
181:20,22,24
182:1,4,5,9,19
184:4 188:22
189:24,25 190:3,6
190:8,8,10 191:25
192:8,9,17 198:18
198:19,20,22,24
199:3,4 204:25
205:4 208:4,12,17
208:24 209:2,3,4
209:13,21,24
210:3 211:12,25
212:11,23 213:2,5
213:8
**waterline** 156:22
167:13

**waters** 190:9
**way** 67:1,4 75:19
81:23 106:5
162:11,22 167:6
176:18 211:16
**ways** 165:18
**we've** 39:1 87:4
176:22,23
**week** 37:11 181:8
**weekday** 61:3,6
**weekend** 61:2,4,5
206:11
**weeks** 12:1,4 15:4
38:15
**welcome** 138:2
**wells** 96:8,14,17
162:6 171:11
**went** 15:3 17:1
22:4 33:5 34:22
72:23 76:2 193:16
203:6 211:16
**west** 38:19 43:8,10
43:16 46:11 51:15
51:19 52:2,13,14
54:1,4,13 57:16
58:5,14 59:18
60:10 67:3 79:18
81:19 82:7,20,22
83:2,14 98:1,12
144:16 145:15
146:15 147:1
148:23 154:10,14
**westerly** 37:12
**whereof** 216:16
**whispering** 4:8
**white** 13:15 39:17
124:6
**wide** 79:17 80:11
81:1
**wife** 12:10 36:18
37:20,21 39:3

43:18 89:20,24
130:1 136:25
146:11 160:18
170:14 181:10
185:11 187:8
197:10,24 198:9
200:5
**william** 60:3
**williamstown**
45:14
**willow** 80:17,19
**wilson** 2:13 5:12
5:12 14:6 25:16
26:9 40:22 132:3
144:8 152:16
153:5,9 176:7,13
177:22 178:5
189:16 207:10,13
**wind** 67:1,4
**window** 41:16
56:13 100:15
111:12 112:6
122:9 126:18
131:23 137:3
**windows** 100:5,14
100:20,23 101:3
105:24 106:12
112:7,8 117:6
118:20
**wise** 183:9,11
**wish** 132:3
**withdraw** 66:7
73:17 151:24
156:19 180:22
212:24
**withdrawn** 19:12
33:1 70:13
**witness** 3:2 5:5,20
5:23 6:5 16:4
20:12,17,20,23
21:1,4 22:25

23:10,13 25:13,22
26:13 28:17 29:11
35:21 40:12,14,18
40:20 63:13 68:17
102:21 107:12
114:13 116:6
176:19 188:18,21
191:2 196:7
199:25 201:8,11
207:8 214:2
216:16
**witness's** 189:19
**woman** 32:5
**won** 87:6
**wood** 39:8,9,9,10
39:11 53:11 123:1
128:19,22 129:16
129:17,24 138:23
**wooded** 80:22
83:3
**wool** 2:4
**word** 98:5 179:20
**work** 22:11,20
23:1 26:5 27:25
30:4 33:14 36:22
101:9 130:11,12
198:20,21 206:15
**worked** 24:14
29:22 31:2,7
34:20 35:13 45:14
194:10
**worker** 130:2
**workers** 29:25
**working** 18:25
23:21 28:13 34:23
61:20
**works** 44:18 85:14
**worth** 16:15 160:6
166:3
**wow** 183:13

**write** 37:4,5 40:16
**writing** 7:7 64:11
**written** 144:15
**wrong** 120:24
178:3 184:1
210:11
**wrote** 70:12,14
105:25 106:6
202:19

| x |
| --- |

**x** 3:9

| y |
| --- |

**yard** 79:10,11,12
80:12,15,25 82:13
99:19
**yards** 82:2,4,10,16
83:6
**yeah** 10:18,23
15:12 16:13,22
18:7 19:23 32:22
34:5 36:12 37:8
40:9,20 45:2,16
51:9 62:14 63:13
63:16 64:24 79:7
99:2 101:11 103:3
110:6,7 112:21,22
113:22 114:3,18
115:19,24 116:6
116:18 122:22
124:22 128:25
130:21 131:2
132:19,19 133:18
136:1 138:7 149:2
169:7 171:22
180:2 186:18
192:12 194:8,19
195:9
**year** 3:19 15:12
19:6 38:5 49:6
76:3 89:8,12,18

90:9 101:16,22
111:20 118:4
120:17 169:23
171:13 179:15,21
182:12 200:2,6,13
200:13
**years** 15:24,25
16:6 18:2,3,3,25
19:10 21:22 32:20
34:5 44:22,24
48:17,19,25 49:1,5
49:22 76:6 79:6
84:23 87:10 89:4
90:13 91:11 105:6
105:21 109:2,4
112:3 113:3
116:12 119:21
122:19 123:11
128:1,10,11 129:8
173:20 182:11
195:8,10 198:17
205:9,17
**york** 2:14,18
57:16 182:10
**youngest** 45:19

| z |
| --- |

**zero** 151:12
181:22
**zone** 75:11 87:18
135:13,18,19
161:10 162:2,12
162:25 168:11,14
168:15,19,23
172:2 183:21
191:23 204:17
209:14 210:13,18
210:24 213:21
**zoned** 135:17
**zones** 211:18
212:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.