# EXHIBIT 85

Join For Free    How It Works    Sign In

FAQ    |    In the Press    |    Solution Center    |    Business Owners

Home : Solution Center : Signs You May Need a New Well Pump

House ⌄    Auto ⌄    Health ⌄    Pets ⌄    Services ⌄

# Signs You May Need a New Well Pump

Facebook    Twitter    Pinterest    Email

More    147



Oct. 28, 2014
By Staci Giordullo
@StaciG3

*Staci Giordullo* started writing for Angie's List in 2007, and as a senior writer, focuses primarily on

Anything that puts a strain on your well pump may cause it to fail prematurely. Here are some of the situations that can lead to a malfunctioning well pump.

### Get quotes from up to 3 pros!

Enter a zip below and get matched to top-rated pros near you.

Zip Code

Enter Your Zip Co⌴

Find Pros

**Popular**

  How Much Does It Cost to Paint Aluminum Siding?

  How Much Does a Solar Water Heater Cost?

EXHIBIT
Unsworth
12  JD
3-29-18  JD

> topics involving real estate, doors, insurance, remodeling, and garages.

Dear Angie: How do we determine if we need a new well pump? Our water pressure was decreasing over several months. Then, the other night, we came home to no running water at all. The pump's circuit breaker seems OK. — Sue M., Westerville, Ohio

Dear Sue: The first thing to do when you have no water is to shut off electrical power to the pump and to your water heater. That will prevent possible additional damage.

Then, it's time to discover the source of the problem. Your best bet is to contact a reputable, experienced well contractor. Your well pump may be the most likely suspect, but there could be other reasons for your dry spell.

## Signs of pump, tank problems

You mentioned that you experienced decreased water pressure. That's one sign of a possible problem with a well pump or water tank. Here are others:

- Dirty water
- Loud or odd noises
- Air "spitting" from the faucet
- Unusually high electric bills (which may indicate a pump having to run continuously to maintain water pressure)

## Need professional help with your project?

Get quotes from top-rated pros.

 How Much Does Water Tank Replacement Cost?

 How Much Does Oil Tank Replacement Cost?

**Answers**

? Why doesn't Angie's List rate attorneys?
Read 168 Answers

? Landscaping: What do your neighbors do that drives you crazy?
Read 230 Answers

? How much does it cost to be a member here?
Read 80 Answers

? How much does it typically cost to paint a 2100 square foot house on the exterior?
Read 35 Answers

Case 5:16-cv-00125-gwc   Document 219-88   Filed 11/23/18   Page 4 of 7

Find Pros

Meanwhile, anything that puts a strain on the well pump can cause it to fail prematurely. Among situations that can lead to pump failure:

### The expansion tank losing pressure

The tank is a closed container for the pump to fill with water. As water fills the tank, the air within becomes compressed, usually through an air-filled vinyl bladder, until pressure is high enough to trip the pressure switch. When someone opens a faucet, air pressure in the tank will squeeze the bladder and force water out. When enough water is used to lower the pressure, the switch turns the pump back on and the cycle repeats. If the tank loses its pressure (its "pre-charge," which comes with the tank from the factory), the pump must work overtime to keep the tank full.

### A power outage

Unless the well pump has a backup power supply, such as a battery or a backup generator, it will usually stop working if you lose your electricity.

### Failure to tackle repairs

Common well pump repairs include replacing the pressure switch (about $20 to $40 plus a service call) or replacing the tank ($250 to $500, plus installation costs).

It's a good idea, well experts say, to schedule regular well maintenance. An annual inspection

should cost $100 to $120.

Meanwhile, prepare for a significant cost if you need a new well pump. It costs about $1,000 to replace and install a pump and related components in a shallow-bored well. For a drilled well, the price may approach $2,000, depending on shaft depth and pump horsepower.

Older or shallow wells may use an above-ground jet pump to pull water from the well. Submersible electric pumps that push water up are more common. They typically feature a sealed motor that is lowered into the well and has an above-ground power source.

## Submersible well pumps can last 25 years

Well pump contractors can usually repair wells that rely on above-ground pumps more easily than those with submersible pumps. Repairing a submersible pump nearly always involves pulling it from the well. Fortunately, most submersible pumps are designed to last up to 25 years, but they won't last as long if a well contains high levels of sediment or other particles.

Be sure to hire a well service provider that has good online reviews and is appropriately licensed at the municipal or state level. To find out what kind of licensing is required where you live, contact your local health or water department. Or, you can link to the Angie's List licensing tool.

Licensing requirements may also depend on the kind of work that's done. For instance, some well contractors may be licensed to provide drilling,

repair, and sealing services. Others may be limited to one service, such as installing pumps, or to a limited range of services, such as certain types of wells or borings.

Angie Hicks is founder of Angie's List. Have a question you want her team to answer? Email askangie@angieslist.com or tweet to #AskAngie. Follow Angie at @Angie_Hicks.

View Comments - 13

## Post New Comment

Name

email@youremail.com

The content of this field is kept private and will not be shown publicly.

Subject

Type your comments here.

All comments are subject to review and approval prior to posting.

Save    Preview

Signs You May Need a New Well Pump | Angie's List    https://www.angieslist.com/articles/signs-you-may-need-new-well-pump.htm

Case 5:16-cv-00125-gwc   Document 229-39   Filed 11/28/18   Page 7 of 7

## Recommended Articles



**How Much Does Well Drilling Cost?**



**How Much Does Well Pump Replacement Cost?**



**I Have a Pump — Why Did My Basement Flood?**



**Is my drinking water safe? The importance of testing the quality of your well water**

| EXPLORE | ACT | ENGAGE | ABOUT | Connect with us |
|---|---|---|---|---|
| How It Works | Join For Free | Business Center | The Company | |
| Solution Center | Find Local Businesses | Answers | Careers | |
| Photo Galleries | | Angie's Blog | Investor Relations | |
| Videos | | | Press | |

**Join For Free**

Contact Us | FAQ | Angie's List Call Center

© Copyright 1995-2018, Angie's List. All Rights Reserved. | Terms of Use | Privacy Policy