**In The Matter Of:**

*JAMES D. SULLIVAN, et al. v.*

*SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION*

---

*EDWARD CANNING*

*April 24, 2018*

---

COVERING ALL UPSTATE NEW YORK
M-F Reporting, Inc.

MFReportingNY.com

Office: 518-478-7220
Fax: 518-371-8517

Mail to: 5 Southside Dr., Suite 11
Clifton Park, NY 12065

EXHIBIT 5

*Min-U-Script® with Word Index*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

---

JAMES D. SULLIVAN and LESLIE ADDISON, WILLIAM S. SUMNER, JR., RONALD S. HAUSTHOR, GORDON GARRISON, and TED and LINDA CRAWFORD, individually, and on behalf of a Class of persons similarly situated,

Plaintiffs,

-against- Civil Action No.: 5:16-cv-000125-GWC

SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,

Defendant.

---

Videotaped Deposition Of:
EDWARD CANNING
(Pursuant to Rule 30(b))

SUBJECT TO AN AGREED-UPON PROTECTIVE ORDER

DATE: April 24, 2018
TIME: 9:13 a.m. - 7:54 p.m.

HELD: HINKLEY ALLEN
30 South Pearl Street, Suite 901
Albany, New York 12207

BEFORE: Brenda J. O'Connor-Marello, CSR, Certified Shorthand Reporter and Notary Public in and for the State of New York.

A P P E A R A N C E S:

APPEARING FOR THE PLAINTIFF(S):

DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue, Suite 206
Asheville, North Carolina 28801
828-622-0044
BY: GARY A. DAVIS, ESQ.
gadavis@enviroattorney.com

LANGROCK SPERRY & WOOL, L.L.P.
P.O. Drawer 351
Middlebury, Vermont 05753
802-388-6356
BY: EMILY J. JOSELSON, ESQ.
ejoselson@langrock.com

APPEARING FOR THE DEFENDANT(S):

QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue
New York, New York 10010
212-849-7000
BY: DOUGLAS E. FLEMING III, ESQ.
douglasfleming@quinnemanuel.com
-and-

BY: MARINA SCHWARZ, ESQ.
marinaschwarz@quinnemanuel.com

Also Present:

David Freedman, Videographer

[redacted]

Q. And the statement is made here that new analytical methods had been developed, allowing smaller amounts of APFO to be detected. What does that refer to?

A. It -- meaning that the detection limits were much lower. So where previously test -- testing may have shown non-detect, as a result of new advancement in analytical methods, that detection limit was -- was able to detect -- analytical methods were able to detect APFO at much lower levels now.

[redacted]







[redacted]

[redacted]

[redacted]





[redacted]

[redacted]

[redacted]
Q. Okay. And you can see a darker shaded area. And I believe this is -- the arrow was north up on this map; so it would be to the west.
A. I -- yes. I recognize that.
Q. And then I believe you called it Action Area A?
A. Corrective Action Area I.
Q. Corrective Action Area I or --
A. One.
Q. Okay. Thank you.
In that Corrective Action Area I, Saint-Gobain has agreed to take responsibility for providing a municipal water supply; is that right?
A. Yes. That's correct.
[redacted]





[redacted]

[redacted]

Q. Okay.

A. That's correct.

MS. JOSELSON: Let me confer with counsel for a minute.

THE WITNESS: Okay. Need to leave the room?

MR. DAVIS: We'll walk out.

VIDEOGRAPHER: The time is 5:45. We're off the record.

* * *

(A brief recess was taken.)

* * *

VIDEOGRAPHER: The time is 5:53. This is DVD 4. We're on the record.

BY MR. DAVIS:

Q. Mr. Canning, I just have a few more questions. I'm going to follow-up on some things that I might not have asked earlier, and then we'll end.