

# CTI ADMINISTRATORS, INC.

## Supplemental Expert Report of Donald R. Brandt
## CTI Administrators, Inc.

### In the Matter of:

### *Sullivan, et al. v. Saint-Gobain Performance Plastics Corporation*

### Civil Action No. 5:16-cv-125 (District of Vermont)

100 Court Avenue, Suite 306 • Des Moines, IA  50309-2295
Phone (515) 244-7322 • dbrandt@claimtechnologies.com • Toll Free (888) 838-1731

EXHIBIT 11

## Table of Contents

I. Analysis Requested ........................................................................................... 3

II. Materials Reviewed and Assumptions................................................................ 4

III. Methodology ..................................................................................................... 4

IV. Opinions ........................................................................................................... 5

V. Exhibits.............................................................................................................. 6

*Revised* Exhibit C

*Revised* Exhibit E

## I. Analysis Requested

On December 15, 2017, CTIA issued its original expert report in this matter setting forth our determination of the per Participant cost for the first year of the Bennington Medical Monitoring Program designed by Alan Ducatman, M.D. Since issuance of that report, CTIA has received and reviewed new materials, and in particular a summary and extrapolation prepared by Dr. Donald Shepard, Ph.D. of more detailed demographic information from the Vermont Department of Health (VTDOH) regarding participants in its PFOA blood testing program. CTIA has also learned that a limited number of inputs and mathematical calculations contained in the model utilized in our original report to determine the per Participant cost of the first year of the Medical Monitoring Program were incomplete and/or incorrect.

Therefore, CTIA has been requested to submit this Supplemental Expert Report to incorporate this additional demographic data and analysis into our cost determination, and also to revise the incorrect or incomplete inputs and calculations contained in our model. The purpose of this Supplemental Report is to provide a more complete and accurate estimation of the per Participant cost for the first year of the Bennington Medical Monitoring Program.

## II. Materials Reviewed and Assumptions

CTIA has, in preparing a revised and corrected determination of the first year per Participant cost of the Bennington Medical Monitoring Program, relied on the following materials:

- Dr. Donald Shepard's summary/extrapolation of more detailed data from the VTDOH regarding the demographics of Participants in its PFOA blood testing program.

The Program information and assumptions contained in our original expert report remain the same, with the following exception, based upon review of the above-referenced materials:

- We still assume that total enrollment in the Program will be 1,000 Participants, and reserve the right, if requested, to supplement this report once more definite Participant data is available, such as after Class Certification. The demographic make-up of this enrollment, per Dr. Shepard, will be 87.4% (874) adults and 12.6 % (126) children. Of the 126 children, 74 are aged 0-11 and 52 are aged 12-17.

## III. Methodology

The methodology utilized by CTIA for determining the revised per Participant cost of the first year of the Bennington Medical Monitoring Program is

the same methodology utilized by us in our expert report dated December 15, 2017. CTIA's revised estimate for the first year per Participant cost is provided in a spreadsheet along with the assumptions used to drive the logic in each cell, a copy of which is attached to this Supplemental Report as *revised* Exhibit C.

**Classes of Participants used in Determining Claim Cost**

Based on Dr. Shepard's summary/extrapolation of the detailed demographic information from the VTDOH provided to us, CTIA has utilized four classes of Participants in order to determine claim cost:

- Adults (age 18 +)
- Children:
    - Age 0-11
    - Age 12-17
- Pregnant Women (20+ weeks)

*Revised* Exhibit E to this Report, ***Claim Cost Estimates***, explains the methodology for how we calculated each of these four categories to determine a per Participant claim cost. As stated above, this is the same methodology utilized in our report dated December 15, 2017.

**IV. Opinions**

As set out in this Supplemental Report, and in the spreadsheet attached to this report as *revised* Exhibit C, it is my opinion, to a reasonable degree of

5

certainty, that the cost for the first year of the Bennington Medical Monitoring Program will be $1,581,125.05.

Furthermore, per Participant costs for each of the four categories of Participants will be:

- Adults (age 18 +): $1,619.83
- Children (under age 18):
    - Age 0-11 $1,128.22
    - Age 12-17 $1,506.04
- Pregnant Women (20+ weeks): $1946.09

Finally, the weighted average cost per Participant, as depicted on *revised* Exhibit C, is $1,581.13.

All of my opinions contained herein are based on materials and information reviewed to date and are subject to change upon the review of additional information or materials or at the request of the Plaintiffs.

This the 2nd day of May, 2018.

Donald R. Brandt
CTI Administrators, Inc.

Revised Exhibit C

 CTI ADMINISTRATORS, INC.

| CATEGORIES | | FIRST YEAR BUDGET ESTIMATES (cash flow) | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calculations | Expense Categories | Month 1 | Month 2 | Mnth 3 | Mnth 4 | Mnth 5 | Mnth 6 | Mnth 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | |
| **1st Year Fixed Fees** | | | | | | | | | | | | | | |
| 40 hours each Epidemiologist and one Clinician familiar with PFOA exposure spread over (2 months) | Initial Survey Creation | $13,500 | $13,500 | | | | | | | | | | | $27,000 |
| Development of web site for Participants to enter survey (spread over 6 months) | Web site Development | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | | | | | | | $33,000 |
| 15 hours of Initial Physician Training to Understand Symtoms/Risk Factors of PFOA Exposure and Required Testing Protocols | Physician Training | $4,500 | | | | | | | | | | | | $4,500 |
| **On-going non-administration Fixed Fees** | | | | | | | | | | | | | | |
| 24 hours each Epidemiologist and one Clinician familiar with symtoms and risk factors of PFOA exposure (spread over 2 months) | Annual Survey and Website Modifications | | | | | | | | | $8,100 | $8,100 | | | $16,200 |
| 160 hours of Data Analyst to review test results | Data Scrubbing and Analysis | | | | | | | | $16,000 | $16,000 | | | | $32,000 |
| Hosting and ongoing Modifications to web site | Web site hosting and maintenance | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $12,000 |
| Data scrubbing and analysis by Epidemiologist/Clinician | Data Scrubbing and Analysis | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $12,000 |
| **CTIA Administration Variable Fees** | | | | | | | | | | | | | | |
| # of active Participants x Monthly fee per Participant (includes integrated eligibility with claim system, incentive payments, provider claim payments, customer service, accounting, reporting, data repository and ongoing maintenance. | Monthly Service Fee | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $4,250 | $51,000 |
| (hourly rates x # active Participants x average number of calls) / # of calls per hour spread over 3 months | Scheduling Appointments for Testing | $4,800 | $4,800 | $4,800 | | | | | | | | | | $14,400 |
| airfare & lodging for 2 meetings @$1,600 | Travel Expense | | $1,600 | | | | | | | | $1,600 | | | $3,200 |
| Semi Annual mailing to all participants regarding annual monitoring | Communication Materials | $8,000 | | | | | | | | $8,000 | | | | $16,000 |
| (# of active Participants x average number of letters per active Participant x fee per letter spread over 6 months | Confirmation Letters re scheduling | $945 | $945 | $945 | $945 | $945 | $945 | | | | | | | $5,670 |
| Postage for scheduling letters spread over 6 months | Postage | $221 | $221 | $221 | $221 | $221 | $221 | | | | | | | $1,323 |
| number of Participants x fee per ID card spread over 3 months | Participant ID Cards | $1,000 | $1,000 | $1,000 | | | | | | | | | | $3,000 |
| # active Participants this round x Manual entry rate x percent needing manual entry spread over 3 months | Fee for Survey Form not processed on Web site | $4,000 | $4,000 | $4,000 | | | | | | | | | | $12,000 |
| miscellaneous consulting and ad hoc queries/reports | Consulting and ad hoc reporting | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $12,000 |
| **Claim Cost Variable Fees** | | | | | | | | | | | | | | |
| | Biennial PFOA / PFAS Screening | $166,666.67 | $166,666.67 | $166,666.67 | | | | | | | | | | $500,000 |
| number of Participants x fee per survey spread over 3 months | Incentive Fee paid to Participants for completion of survey | $16,666.67 | $16,666.67 | $16,666.67 | | | | | | | | | | $50,000 |
| number of Participants x participation percentage x fee per blood test spread over 3 months | Incentive Fee paid to Participants for completion of blood test | $16,666.67 | $16,666.67 | $16,666.67 | | | | | | | | | | $50,000 |
| Children (age 0 - 11) | Children's Consultations & Survey Review | $6,732.10 | $6,732.10 | $6,732.10 | | | | | | | | | | $20,196.30 |
| Children (age 12 - 17) | Children's Consultations & Survey Review | $6,996 | $6,996 | $6,996 | | | | | | | | | | $20,988 |
| Children (age 12 - 17) | Children's Blood Draw | $308 | $308 | $308 | | | | | | | | | | $925 |
| Children (age 12 - 17) | Children's Labs | $3,976 | $3,976 | $3,976 | | | | | | | | | | $11,927 |
| Adults age 18 + | Adult's Consultations & Survey Review | $117,584 | $117,584 | $117,584 | | | | | | | | | | $352,752 |
| Adults age 18 + | Adult's Blood Draw and Handling | $11,655 | $11,655 | $11,655 | | | | | | | | | | $34,964 |
| Adults age 18 + | Adult's Labs | $93,497 | $93,497 | $93,497 | | | | | | | | | | $280,492 |
| Pregnant | Pregnancy Lab Test, Consultations, and Monitoring | $1,196 | $1,196 | $1,196 | | | | | | | | | | $3,589 |
| **Total** | | $249,716 | $238,816 | $223,716 | $13,916 | $13,916 | $13,916 | $7,250 | $31,250 | $24,850 | $15,350 | $15,350 | $7,250 | $1,581,125 |

**ASSUMPTIONS**

| | | | | UCR Geographic multiplier | 75th percentile fees |
|---|---|---|---|---|---|
| Variable number of Participants | 1,000 | Percentage of Participants (Children age 0 - 11) per VTDOH | 7.40% | | |
| Monthly Administration Fee per Participant | $4.25 | Cost of Children's Consultations | $272.923 | 0.889 | $307 |
| Fee per letter sent to Participants | $2.10 | Percentage of Participants (Children age 12 - 17) per VTDOH | 5.2% | | |
| | | Cost of Children's Consultations | $403.61 | 0.889 | $454 |
| Postage per letter | $0.49 | Cost of Children's Blood Draw | $17.78 | 0.889 | $20 |
| | | Children's Lab Fees | $229.36 | 0.889 | $258 |
| | | Percentage of Participants (Adults age 18+) Per VTD | 87.4% | | |
| Scheduling calls hourly rate | $80.00 | | | 0.889 | $454 |
| | | Cost of Adult's Consultations | $403.61 | | |
| Average Scheduling calls per hour | 10.00 | Cost of Adult's Blood Draw & Handling | $40.01 | 0.889 | $45 |
| | | Cost of Adult's Labs | $320.93 | 0.889 | $361 |
| Average number of scheduling calls per person | 1.80 | 11 Pregnant Participants per Dr. Shepard | 1.100% | | |
| Cost of mailing newsletter to all participants | $8,000 | Cost of Consultations, Blood Pressure Monitor | $326.26 | 0.889 | $367 |
| Fee per ID card | $3.00 | Hourly rates for Epidemiologist | $375.00 | | |
| | | Hourly rates for Clinician familiar with PFOA exposure | $300.00 | | |
| Historical number of letters per active Participant | 2.70 | Hourly rates for Data Analyst | $200.00 | | |
| Fee to Develop Web site for recording Physician's Form per IOWEB quotation | $33,000 | PFOA/PFAS Biennial Testing Fee | $500.00 | | |
| Monthly Fee to maintain Web site, hosting and ongoing modifications | $1,000 | | | | |
| Percentage of manual entry of survey data | 15% | | | | |
| Fee for each manual entry of survey form | $80.00 | Training fee hourly fee | $300 | | |
| Fee paid to Participants for completion of survey | $50.00 | | | | |
| Fee paid to Participants for completion of blood tests | $50.00 | | | | |

| | | |
|---|---|---|
| 1,000 Participants | Total cost per Participant (Average) | $1,581.13 |
| | Fixed Cost 1st year | $136.70 |
| | Fixed Cost 2nd year per Participant | $72.20 |
| | Annual Administration cost per Participant | $118.59 |
| | Annual Claim cost per Participant | $1,325.83 |

| Total Cost | | | Participant Counts. | | |
|---|---|---|---|---|---|
| Only 1st year fixed | Every Year Fixed | Variable | children age 0-11 | children age 12-17 | # adults |
| $64,500 | $72,200 | $1,444,425 | | | |
| | $1,581,125.05 | | 74 | 52 | 874 |

| Total Cost Children age 0 -11 | | | Total Cost Children age 12 -17 | | |
|---|---|---|---|---|---|
| Only 1st year fixed | Every Year Fixed | Variable | Only 1st year fixed | Every Year Fixed | Variable |
| 4,773.00 | 5,342.80 | | 3,354.00 | 3,754.40 | |
| Per Child Cost* | | | Per Child Cost* | | |
| $64.50 | $72.20 | $991.52 | $64.50 | $72.20 | $1,369.34 |
| | $1,128.22 | | | $1,506.04 | |

| Total Cost Adults | | |
|---|---|---|
| Only 1st year fixed | Every Year Fixed | Variable |
| $56,373 | $63,103 | |
| Per Adult Cost | | |
| $64.50 | $72.20 | $1,483.13 |
| | $1,619.83 | |

| Additional Fee for Participants More than 20 Weeks Pregnant | $326.26 |
|---|---|

## Exhibit E – Claim Cost Estimates By Participant Category

CTIA prepared the following *Claim Cost Estimates* for Langrock-Davis in order to arrive at a revised and corrected per Participant cost for the first year of the Bennington Medical Monitoring Program.

**Scope**

We defined the following four classes of Participants:

- Adults (age 18 +);
- Children
  - (age 0 -11);
  - (age 12 – 17); and
- Pregnant Women (20+ weeks).

**Methodology**

<u>Physicians' Fee Reference as Source Documentation</u>

CTIA used the *2011 through 2017 Physicians' Fee Reference*® (PFR), copyright © Yale Wasserman, DMD Medical Publishers Ltd., to source and establish all quoted fees and referenced fee schedules. This widely recognized, nationwide compendium of fees is based on public sources and independent research. Fee information quoted in the PFR comes primarily from the Centers for Medicare and Medicaid Services (CMS) Limited Data Set (LDS) Standard Analytical Files for fiscal year 2014, which is the most recent year available. All

Current Procedural Terminology (CPT®) codes were sourced directly from the American Medical Association (AMA).

After deriving the appropriate source for the CPT codes needed to establish the fees quoted, CTIA then selected the 75th Percentile PFR Fee Information as a base.

Geographic Adjustment Factors

CTIA used a Geographic Adjustment Factor (multiplier) of **.889** to take labor markets, cost-of-living and cost-of-practice or entity operations locality into consideration when establishing fees. These national references are based on government economic data.

Using these benchmarks, we adjusted the 75th Percentile PFR Fee using the set geographic adjustment factor to true-up for both market and certain non-market conditions unique to medical services in and around Bennington, Vermont. The cost of providing medical care in a rural setting is significantly lower than in major metropolitan areas. Therefore, we selected the three digit **052** Zip Prefix from the Geographic Multiplier (Appendix A of PFR), which allowed us to adjust the fees specifically for the relative differences seen in medical practice costs in the Bennington area.

Six-Year Cost Trend Analysis

CTIA prepared a six-year cost trend analysis using the PFR from years 2011 through 2017. We provided this cost-trend analysis to Dr. Don Shepard for informational purposes in forecasting the long-term costs associated with the Bennington Medical Monitoring Program.

Using our defined scope and methodology, we established the following cost estimates for the four classes of Participants.

| Classes of Participants | Fee at 75th Percentile multiplied by geographic multiplier (.889) |
|---|---|
| Adults (age 18 +) | |
| Consultations | $403.61 |
| Blood Draw and Handling | $40.01 |
| Lab Tests | $320.93 |
| Children (age 12 -17) | |
| Consultations | $403.61 |
| Blood Draw | $17.78 |
| Lab Tests | $229.36 |
| Children (age 0 -11) | |
| Consultations | $272.92 |
| Pregnant Women (20+ weeks) | $326.26 |

These totals by class were used as assumptions in the first year budget forecast.

**CTI ADMINISTRATORS, INC.**

| | Biennial PFOA/PFAS Tests | | | |
|---|---|---|---|---|
| **Description** | **CPT Description** | **Type** | **CPT Code** | **2017** |
| PFAS Blood Level Assessment and Monitoring: Diagnostic Testing: A Perfluoroalkyl Substances blood panel | Organic acid; Perfluorobutanesulfonic Acid (as the linear isomer); Perfluoroheptanoic Acid (as the linear isomer); Perfluorohexanesulfonic Acid (as the linear isomer); Perfluorononanoic Acid (as the linear isomer); Perfluorooctanesulfonic Acid (as the linear isomer); Perfluorooctanoic Acid (as the linear isomer) | Specialty Lab | 83921 | $500 |
| | | | **Totals** | **$500** |


**CTI ADMINISTRATORS, INC.**

| Description | CPT Description | Type | CPT Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Minors Under Age 18** | | | | | | | | | |
| Provide each class member with an initial consultation with the Medical Monitoring Program (MMP) physician in order to explain fully the health risks of their PFOA exposure and to explain the intent and purpose of the MMP. (40 min) | Office consultations for a new or established patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate severity. Typically, 40 minutes are spent face-to-face with the patient and/or family. | Physician | 99243 | $258 | $258 | $284 | $284 | $284 | $290 | $307 |
| | | | Totals | $258 | $258 | $284 | $284 | $284 | $290 | $307 |
| | | | Percentage of change | | 0.00% | 9.15% | 0.00% | 0.00% | 2.07% | 5.54% |

|  |  |
|---|---|
| Consultations | $307 |
|  | $307 |

CTI ADMINISTRATORS, INC.

| Description | CPT Description | Type | CPT Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Minors Under Age 18 | | | | | | | | | | |
| Provide each class member with an initial consultation with the Medical Monitoring Program (MMP) physician in order to explain fully the health risks of their PFOA exposure and to explain the intent and purpose of the MMP. (40 min) | Office consultations for a new or established patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate severity. Typically, 40 minutes are spent face-to-face with the patient and/or family. | Physician | 99243 | $258 | $258 | $284 | $284 | $284 | $290 | $307 |
| Review and notify claimant of test results within the normal limits (letter to claimant) or referral to non-program physician for further evaluation and possible treatment. | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: An expanded problem focused history; An expanded problem focused examination; Medical decision making of low complexity. Counseling and coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of low to moderate severity. Typically, 15 minutes are spent face-to-face with the patient and/or family. | Physician | 99213 | $104 | $107 | $125 | $131 | $137 | $140 | $147 |
| Venipuncture | Collection of venous blood by venipuncture | Physician | 36415 | $20 | $20 | $20 | $21 | $21 | $20 | $20 |
| Thyroid TSH | Thyroid stimulating hormone (TSH) | Lab | 84443 | $105 | $105 | $108 | $112 | $115 | $118 | $118 |
| Liver Enzyme and Function testing to include: ALT, AST, GGT, direct bilirubin, and indirect bilirubin | Hepatic function panel This panel must include the following: albumin (82040) bilirubin, total (82247) Bilirubin, direct (82248) Phosphatase, alkaline (84075) Protein, total (84155) Transferase, alanine amino (ALT) (SGPT) (84460) Transferase, aspartate amino (AST) (SGOT) (84450) | Lab | 80076 | $64 | $61 | $61 | $58 | $56 | $56 | $53 |
| Fasting Total cholesterol | Cholesterol, serum or whole blood, total | Lab | 82465 | $33 | $33 | $37 | $37 | $37 | $37 | $37 |
| Fasting LDL cholesterol | Lipoprotein, direct measurement; LDL cholesterol | Lab | 83721 | $60 | $57 | $57 | $46 | $46 | $49 | $50 |
| | | | Totals | $644 | $641 | $692 | $689 | $696 | $710 | $732 |
| | | | Percentage of change | | -0.47% | 7.37% | -0.44% | 1.01% | 1.97% | 3.01% |

| | |
|---|---|
| Consultations | $454 |
| Blood Draw | $20 |
| Lab Fees | $258 |
| | $732 |

**CTI ADMINISTRATORS, INC.**

| Description | CPT Description | Type | CPT Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Adults Age 18 and Above** | | | | | | | | | |
| Provide each class member with an initial consultation with the Medical Monitoring Program (MMP) physician in order to explain fully the health risks of their PFOA exposure and to explain the intent and purpose of the MMP. (40 min) | Office consultations for a new or established patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate severity. Typically, 40 minutes are spent face-to-face with the patient and/or family. | Physician | 99243 | $258 | $258 | $284 | $284 | $284 | $290 | $307 |
| Review and notify claimant of test results within the normal limits (letter to claimant) or referral to non-program physician for further evaluation and possible treatment. | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: An expanded problem focused history; An expanded problem focused examination; Medical decision making of low complexity. Counseling and coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of low to moderate severity. Typically, 15 minutes are spent face-to-face with the patient and/or family. | Physician | 99213 | $104 | $107 | $125 | $131 | $137 | $140 | $147 |
| Venipuncture | Collection of venous blood by venipuncture | Physician | 36415 | $20 | $20 | $20 | $21 | $21 | $20 | $20 |
| Specimen handling | Handling and/or conveyance of specimen for transfer from the office to a laboratory | Physician | 99000 | $27 | $27 | $27 | $27 | $26 | $25 | $25 |
| Other diagnostic tests: Urinalysis | Urinalysis, by dip stick or tablet reagent for bilirubin, glucose, hemoglobin, ketones, leukocytes, nitrite, pH, protein, specific gravity, urobilinogen, any number of these constituents; automated, with microscopy | Lab | 81001 | $30 | $33 | $35 | $36 | $37 | $37 | $37 |
| Thyroid TSH | Thyroid stimulating hormone (TSH) | Lab | 84443 | $105 | $105 | $108 | $112 | $115 | $118 | $118 |
| Liver Enzyme and Function testing to include: ALT, AST, GGT, direct bilirubin, and indirect bilirubin | Hepatic function panel This panel must include the following: albumin (82040) bilirubin, total (82247) Bilirubin, direct (82248) Phosphatase, alkaline (84075) Protein, total (84155) Transferase, alanine amino (ALT) (SGPT) (84460) Transferase, aspartate amino (AST) (SGOT) (84450) | Lab | 80076 | $64 | $61 | $61 | $58 | $56 | $56 | $53 |
| Creatinine | Creatinine; blood | Lab | 82565 | $35 | $35 | $35 | $28 | $28 | $28 | $28 |
| Fasting Total cholesterol | Cholesterol, serum or whole blood, total | Lab | 82465 | $33 | $33 | $37 | $37 | $37 | $37 | $37 |
| Fasting LDL cholesterol | Lipoprotein, direct measurement; LDL cholesterol | Lab | 83721 | $60 | $57 | $57 | $46 | $46 | $49 | $50 |
| Uric Acid | Uric Acid; blood | Lab | 84550 | $38 | $35 | $35 | $35 | $37 | $37 | $38 |
| | | | Totals | $774 | $771 | $824 | $815 | $824 | $837 | $860 |
| | | | Percentage of change | | -0.39% | 6.43% | -1.10% | 1.09% | 1.55% | 2.67% |

| | |
|---|---|
| Consultations | $454 |
| Blood Draw & Handling | $45 |
| Lab Fees | $361 |
| | $860 |

**CTI ADMINISTRATORS, INC.**

| Description | CPT Description | Type | CPT Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Pregnant** | | | | | | | | |
| Pregnancy-induced Hypertension Diagnostic Testing: Blood pressure cuff for personal in-home blood pressure monitoring for all program participants who are pregnant and of 20 weeks gestation or more. MMP Physician Consultation for each pregnant woman to review risks for PIH and instructions for Blood Pressure Cuff monitoring; breastfeeding; and TSH testing referral to claimant's OB. Letter to be sent to OB with copy to claimant. | Office consultations for a new or established patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are of moderate severity. Typically, 40 minutes are spent face-to-face with the patient and/or family. | Physician | 99243 | $258 | $258 | $284 | $284 | $284 | $290 | $307 |
| Blood pressure cuff for personal in-home blood pressure monitoring for all class members who are pregnant and of 20 weeks gestation or more. | New automatic blood pressure monitoring device, including shipping to claimant's home | Equipment | DME | $60 | $60 | $60 | $60 | $60 | $60 | $60 |
| | | **Totals** | | $318 | $318 | $344 | $344 | $344 | $350 | $367 |
| | | **Percentage of change** | | | 0.00% | 7.56% | 0.00% | 0.00% | 1.71% | 4.63% |