UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

JAMES D. SULLIVAN, *et al.*,
        *Plaintiffs,*

v.

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,
        *Defendant.*

Civil No. 5:16-cv-125

**HEARING ON MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTIONS**

Judge: Geoffrey W. Crawford, Chief Judge

Court Reporters: Sunnie Donath & Anne Henry

Dates: April 15-18, April 22-23, April 29-30, 2019

Courtroom Deputy: Pamela Lane

**PLAINTIFFS' EXHIBIT LIST**

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| | **ROBERT E. UNSWORTH** | | |
| | **EXHIBITS FOR TESTIMONY ON 4/15/19** | | |
| 1 | Curriculum Vitae | 4/15/19 | x |
| 2 | Unsworth Declaration (8/31/17) | 4/15/19 | x |
| 3 | Expert Statement: Groundwater Damages (8/31/17) (Class Report) | 4/15/19 | x |
| 4 | Expert Statement: Monetary Damages (12/15/17) (Merits Report) | 4/15/19 | x |
| 5 | Rebuttal of Expert Report of Dr. Charles Mullin (8/1/18) | 4/15/19 | x |
| 6 | Rebuttal of Expert Reports of Dr. Thomas Jackson & Trevor Phillips (8/1/18) | 4/15/19 | x |
| 7 | Unsworth Declaration (2/13/19) | 4/15/19 | x |
| 8 | Summary of Results, Present Value Losses | 4/15/19 | x |
| 9 | Context for Using Replacement Cost | 4/15/19 | x |
| 10 | Approach to Replacement Cost | 4/15/19 | x |
| 11 | Replacement Projects | 4/15/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 12 | Approach to Added Costs | 4/15/19 | x |
| 13 | Added Cost Calculations | 4/15/19 | x |
| 14 | Summary of Added Cost Results, Present Value Losses | 4/15/19 | x |
| 15 | Map: Neighborhoods as Identified by Jackson with Phillips' Property Comparisons | 4/15/19 | x |
| 16 | Defendant "Bracket" Analysis Used to Support Conclusion That There is No Diminishment in Property Values, Analysis of Subject Property Number Nine | 4/15/19 | x |
| 17 | Defendant "Bracket" Analysis Used to Support Conclusion That There is No Diminishment in Property Values | 4/15/19 | x |
| **DONALD I. SIEGEL, Ph.D.** | | | |
| | **EXHIBITS FOR TESTIMONY ON 4/16/19** | | |
| 18 | Curriculum Vitae | 4/16/19 | x |
| 19 | Siegel Declaration (9/1/17) | 4/16/19 | x |
| 20 | Expert Report: PFOA Contamination in Groundwater in North Bennington, Vermont (9/1/17) (Class Cert. Report) | 4/16/19 | x |
| 21 | Expert Report on the Merits (12/15/17) | 4/16/19 | x |
| 22 | Siegel Second Declaration (2/13/19) | 4/16/19 | x |
| 23 | Rebuttal & Supplemental Report Regarding Class Certification (8/1/18) | 4/16/19 | x |
| 24 | Expert Rebuttal Report on the Merits (8/1/18) | 4/16/19 | x |
| 25 | Exh. A to Second Declaration (Area of Interest Map) | 4/16/19 | x |
| 26 | Exh. B to Second Declaration (Groundwater Plum Map) | 4/16/19 | x |
| 27 | Figure 5 from Expert Report (Class Cert. Report) | 4/16/19 | x |
| 28 | Exh. C to Second Declaration (PFOA Air Distribution Models) | 4/16/19 | x |
| 29 | Figure 7, Yoder Class Cert. Report | 4/16/19 | x |
| 30 | Declaration of Richard Spiese including Exhibits A-E (2/14/19) | 4/16/19 | x |
| 31 | Figure 5 from Siegel Class Cert. Rebuttal Report | 4/16/19 | x |
| 35 | Ammonium Perfluorooctanoate (C-8) Groundwater Investigation Steering Team Report (Aug. 2003) | 4/16/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| | **PHILIP K. HOPKE, Ph.D.** | | |
| | **EXHIBITS FOR TESTIMONY ON 4/16/19 & 4/17/19** | | |
| 36 | Curriculum Vitae | 4/16/19 | x |
| 37 | Hopke Declaration (10/2/17) | 4/16/19 | x |
| 38 | Expert Report: PFOA Process Analysis in North Bennington, VT (9/1/17) | 4/16/19 | x |
| 39 | Hopke Merits Report (12/15/17) | 4/16/19 | x |
| 40 | Hopke Second Declaration (2/14/19) | 4/16/19 | x |
| 41 | Hopke Rebuttal Report (8/1/18) | 4/17/19 | x |
| 42 | Barr Table A-1, Modelling PFOA Annual Emissions Rates | 4/16/19 | x |
| 43 | *Measurement Partitioning & Near-Field Modeling of PFO in Air*, C.A. Barton, Summer 2008 (Barton Thesis) | 4/16/19 | x |
| 44 | Barton 2009, *Solid Vapor Pressure and Enthalpy of Sublimation for Ammonium Perfluorooctanoate* | 4/16/19 | x |
| 45 | 2004 SG Testing by Barr (Excerpt) | 4/16/19 | x |
| 47 | Dispersion Usage for 2000 Table from Class Certification Report | 4/17/19 | x |
| 48 | Harvard Health Hazard Evaluation (7/13/82) | 4/17/19 | x |
| 49 | 3M Material Safety Data Sheet re: FC-143 APFO (3/28/89) | 4/17/19 | x |
| 50 | Environmental One Report (6/17/85) | 4/17/19 | x |
| 52 | Alliance Diagnostic Test Program Results (April 1992) | 4/17/19 | x |
| 53 | NY Dep't of Environ. Conserv., A. Sumner Memo re: Taconic Plastics-Neighborhood Complaints (3/21/97) | 4/17/19 | x |
| 54 | GZA Table 1, Regulated Toxic Air Pollutant (RTAP Assessment Facility-Wide Emissions and Env-A1400 De minimis Analysis (10/3/01) | 4/17/19 | x |
| 57 | SPI Guide to the Safe Handling of Fluoropolymer Dispersions (Oct. 2001) | 4/17/19 | x |
| 58 | SPI Dispersion Processor Material Balance Project – Final Report (Feb. 2005) | 4/17/19 | x |
| 59 | ChemFab Interoffice Letter re: Voluntary Phase I Analysis of N. Bennington, Vt. Emissions for Qualitative Analysis & Reporting to EPA – Montpelier (2/14/86) | 4/17/19 | x |
| 59A | Cavanaugh, R.J., *Surfactants in Dispersions, Polymerization Surfactant, Stabilization Surfactant* (9/15/98) | 4/17/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 59B | DuPont Customer Presentation - Surfactant Changes | 4/17/19 | x |
| 59C | Lines, D., et al., *Preparation & Properties of Some Salts of Perfluorooctanoic Acid*, Journal of Flurorine Chemistry, 25 (1984), 505-12 | 4/17/19 | x |
| **GARY T. YODER** | | | |
| **EXHIBITS FOR TESTIMONY ON 4/17/19 & 4/18/19** | | | |
| 60 | Curriculum Vitae | 4/17/19 | x |
| 61 | Yoder Declaration (10/2/19) | 4/17/19 | x |
| 62 | Expert Report: PFOA Deposition Modeling Analysis in N. Bennington (9/1/17) (Class Cert. Report) | 4/17/19 | x |
| 63 | Yoder Rebuttal Report (8/1/18) | 4/17/19 | x |
| 64 | Yoder Second Declaration with Exhibits A & B (2/13/19) | 4/17/19 | x |
| 65 | Figure 1, Yoder Class Cert. Report | 4/17/19 | x |
| 66 | Figure 2, Yoder Class Cert. Report | 4/17/19 | x |
| 67 | Figure 4, Yoder Class Cert. Report | 4/17/19 | x |
| 68 | Figure 5, Yoder Class Cert. Report | 4/17/19 | x |
| 69 | Figure 6, Yoder Class Cert. Report | 4/17/19 | x |
| 70 | Figure 7, Yoder Class Cert. Report | 4/17/19 | x |
| 71 | Figure 8, Yoder Class Cert. Report | 4/17/19 | x |
| 72 | Figure 9, Yoder Class Cert. Report | 4/17/19 | x |
| 73 | Figure 10, Yoder Class Cert. Report | 4/17/19 | x |
| **DAVID K. MEARS** | | | |
| **EXHIBITS FOR TESTIMONY ON 4/18/19** | | | |
| 74 | Curriculum Vitae | 4/18/19 | x |
| 75 | Mears Expert Rebuttal Report (8/1/18) | 4/18/19 | x |
| 76 | Vt. Statutes & Regulations Concerning Air Pollution (Oct. 1972) | 4/18/19 | x |
| 77 | Vt. Statutes & Regulations Concerning Air Pollution (11/4/79) | 4/18/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 78 | Vt. Air Pollution Control Regulations (11/3/81) | 4/18/19 | x |
| 79 | Vt. Hazardous Air Contamination Guidelines (6/15/84) | 4/18/19 | x |
| 80 | Letter: Vt. Dep't of Environ. Conserv. to ChemFab re: Notice of Non-compliance with Air Pollution Regulations, Ref. No. 94 (7/15/74) | 4/18/19 | x |
| 81 | Letter: Vt. Dep't of Environ. Conserv. to ChemFab re: Assurance of Discontinuance Air Pollution (5/27/75) | 4/18/19 | x |
| 82 | Vt. Dep't of Environ. Conserv., Assurance of Discontinuance (12/22/75) | 4/18/19 | x |
| 83 | Vt. Dep't of Environ. Conserv., Assurance of Discontinuance (10/31/77) | 4/18/19 | x |
| 84 | Vt. Dep't of Environ. Conserv., Memo re: Chronology of Complaints About Odors From Chemical Fabrics (6/5/97) | 4/18/19 | x |
| 85 | Letter: Vt. Dep't of Environ. Conserv. to ChemFab (5/3/99) | 4/18/19 | x |
| 86 | Vt. Dep't of Environ. Conserv. Memo re: Compliance Inspection/Investig. of ChemFab Report from Chris Jones, Compliance Chief (4/13/99) | 4/18/19 | x |
| 87 | Vt. Dep't of Environ. Conserv. Memo re: Compliance Inspection/Investig. of ChemFab Report from Chris Jones, Compliance Chief (5/20/00) | 4/18/19 | x |
| 88 | Vt. Dep't of Environ. Conserv. Memo re: Compliance Inspection/Investig. of ChemFab Report from Chris Jones, Compliance Chief (11/3/99) | 4/18/19 | x |
| 89 | Vt. Dep't of Environ. Conserv., Telephone Memo from Skip Crego, Plant Engineer re: New Coating "Tower"; Odors (11/27/89) | 4/18/19 | x |
| 90 | Vt. Air Pollution Control Construction Permit (6/8/90) | 4/18/19 | x |
| 91 | Vt. Dep't of Environ. Conserv. Assurance of Discontinuance (3/12/99) | 4/18/19 | x |
| 92 | Hopke Merits, Table 1 (12/15/17) | 4/18/19 | x |
| 93 | Letter: Glenn Frost to North Bennington Zoning Board with Petition (7/24/86) | 4/18/19 | x |
| 94 | Memo: Vt. Dep't of Environ. Conserv. from Harold Garabedian re: ChemFab – Status Report (10/1/86) | 4/18/19 | x |
| 95 | 2000-2001 ChemFab Emissions Logs | 4/18/19 | x |
| 96 | Vt. Dep't of Environ. Conserv. Air Pollution Inspection Report (3/25/92) | 4/18/19 | x |
| 97 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection (9/13/93) | 4/18/19 | x |
| 98 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection of ChemFab (3/24/94) | 4/18/19 | x |
| 99 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection of ChemFab (8/29/95) | 4/18/19 | x |
| 100 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection of ChemFab (5/14/96) | 4/18/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 101 | Letter: Vt. Dep't of Environ. Conserv. from Richard Valentinetti re: Compliance Inspection of ChemFab (2/27/98) | 4/18/19 | x |
| 102 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection of ChemFab (2/19/99) | 4/18/19 | x |
| 103 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection of ChemFab (4/13/99) | 4/18/19 | x |
| 104 | Memo: ChemFab from MacDonald to O'Leary re: Smoke, (5/21/80) | 4/18/19 | x |
| 105 | Memo: ChemFab from Henningsen to O'Leary re: Neighbor Complaint (8/15/83) | 4/18/19 | x |
| 106 | Memo: ChemFab from Plante to Tilgner re: Weekly Update (10/14/83) | 4/18/19 | x |
| 107 | Memo: Vt. Dep't of Environ. Conserv. re: Compliance Inspection/Investigation of ChemFab (5/5/00) | 4/18/19 | x |
| 108 | Letter: ChemFab to Vt. Dep't of Environ. Conserv. enclosing Engelhard VOC Catalyst Test Report (12/15/00) | 4/18/19 | x |
| 109 | Memo: ChemFab re: Plant Technical Meeting Minutes (12/23/82) | 4/18/19 | x |
| 110 | Memo: ChemFab from Richard DeMeis re: Process Air Emissions Meeting Minutes (6/6/84) | 4/18/19 | x |
| 111 | Memo: ChemFab from Raymond DeMeis re: Meeting w/VT AEC concerning North Bennington Odor Control (9/24/84) | 4/18/19 | x |
| 112 | Letter: T. Jerry Linton, DuPont to ChemFab with Paul Jann's report on odor survey (8/21/84) | 4/18/19 | x |
| 113 | ChemFab Interoffice Ltr from E. Reynolds re: Testing in N. Bennington, VT of Decomposition Products of Fluorocarbon Polymers (7/2/85) | 4/18/19 | x |
| 114 | Letter: ChemFab to Galson Technical Services re: air sampling program (7/18/85) | 4/18/19 | x |
| 115 | ChemFab Interoffice Letter from J. Effenberger re: Voluntary Phase I Analysis of N. Bennington, VT Emissions for Qualitative Analysis & Reporting to EPA – Montpelier, VT (2/14/86) | 4/18/19 | x |
| 116 | Letter: Vt. Dep't of Environ. Conserv. to ChemFab re: TRC test on New Tower R required by Condition 10 of permit (11/1/99) | 4/18/19 | x |
| 117 | NY Dep't of Environ. Conserv. Memo from Arline Sumner re: Taconic Plastics-Neighborhood Complaints (3/21/97) | 4/18/19 | x |
| 118 | Vt. Dep't of Environ. Conserv. Memo from Brian Fitzgerald re: NY Dep't of Environ. Conserv. (3/19/97) | 4/18/19 | x |
| 119 | 3M Memo of Phaseout (5/16/00) | 4/18/19 | x |
| 120 | 2001 SG APFO Reformulation Project | 4/18/19 | x |
| 121 | Air Pollution Control Construction Permit #AP-90-007a (Tower P) (6/27/93) | 4/18/19 | x |
| 122 | Amended Air Pollution Control Permit #AP-90-007b (13 towers + Tower Q) (3/19/96) | 4/18/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 123 | Amended Air Pollution Control Permit #AP-90-007c (clerical amendment to correct fuel limit in 007b) (5/28/96) | 4/18/19 | x |
| 124 | Air Pollution Control Permit to Construct #AP-90-007d (for R1 & R2) (11/24/98) | 4/18/19 | x |
| 125 | Air Pollution Control Permit to Construct #AP-90-007e (for Tower H) (8/29/00) | 4/18/19 | x |
| 126 | ChemFab's Application for Air Pollution Operating Permit (4/10/96) | 4/18/19 | x |
| | **PHILIPPE GRANDJEAN, MD, MDSc** | | |
| | **EXHIBITS FOR TESTIMONY ON 4/22/19** | | |
| 127 | Curriculum Vitae | 4/22/19 | x |
| 128 | Grandjean Rebuttal Report (8/1/18) | 4/22/19 | x |
| | **ALAN M. DUCATMAN, M.D.** | | |
| | **EXHIBITS FOR TESTIMONY ON 4/22/19 & 4/23/19** | | |
| 130 | Vt. Dep't of Health, Environmental Health: *Exposure to PFOA in Bennington and North Bennington, Vermont* (Sept. 2017) | 4/23/19 | x |
| 135 | Curriculum Vitae | 4/23/19 | x |
| 136 | Ducatman Class Cert. Report (9/1/17) | 4/23/19 | x |
| 137 | Ducatman Declaration (7/7/17) | 4/23/19 | x |
| 138 | Ducatman Merits Report (12/15/17) | 4/23/19 | x |
| 139 | Ducatman Rebuttal Report (8/1/18) | 4/23/19 | x |
| 143 | Exh. C from Ducatman Rebuttal Report, Class Rep. Deposition Excerpts | 4/23/19 | x |
| 144 | ATSDR Medical Monitoring Under CERCLA, Fed. Reg., Vol. 60, No. 145 (7/28/95) | 4/23/19 | x |
| 146 | Steenland, *Association of PFOA & PFOS with Serum Lipids Among Adults Living Near a Chemical Plant* (10/21/09) | 4/23/19 | x |
| | **PHILIP GUZELIAN, MD (DEFENSE WITNESS)** | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/29/19** | | |
| 147 | Guzelian Deposition re: *Rowe v. E.I. Dupont de Nemours & Co.* (12/11/09) | 4/29/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 152 | Philip Morris, USA Inter-Office Memo re: Philip Guzelian (6/22/88) | 4/29/19 | x |
| 157 | Letter: King & Spalding to Minnesota Mining & Manufacturing re: SOT Worskshop on PFOS (5/25/02) | 4/29/19 | x |
| 160 | Guzelian Invoice to Quinn Emanuel for services through 5/15/17 | 4/29/19 | x |
| 161 | Guzelian Invoice to Quinn Emanuel for services through 1/31/18 | 4/29/19 | x |
| 162 | Guzelian Invoice to Quinn Emanuel for services through 4/30/18 | 4/29/19 | x |
| 163 | Guzelian, P., *Clear Path: Towards an Evidence-Based Toxicology (EBT)*, Human & Experimental Toxicology, 28: 71-79 (2009) | 4/29/19 | x |
| 168 | EPA: Drinking Water Health Advisory for PFOA (May 2016) | 4/29/19 | x |
| 169 | ATSDR: Toxicological Profile for Perfluoroalkyls, Draft for Public Comment (June 2018) | 4/29/19 | x |
| 171 | CDC: Fourth National Report on Human Exposure to Environ. Chemicals, Updated Tables, Vol. One (Jan. 2019) | 4/29/19 | x |
| 183 | Ruden, C., *Evidence-Based Toxicology: "Sound Science" in New Disguise*, Int'l J. Occup. Environ. Health 2008, 14: 299-306 | 4/29/19 | x |
| 186 | Weinberg Group letter to DuPont de Nemours & Co. re: PFOA (4/29/03) | 4/29/19 | x |

| | **SORELL SCHWARTZ, PH.D. (DEFENSE WITNESS)** | | |
|---|---|---|---|
| | **EXHIBITS FOR CROSS-EXAMINATION ON 4/30/19** | | |
| 174 | *Kirk v. Schaeffler Group USA, Inc.,* 2015 WL 12426834 (W.D. Mo. Sept. 29, 2015) | 4/30/19 | x |
| 185 | *U.S. v. Philip Morris USA, Inc.,* 449 F. Supp. 2d 1 (2006), Excerpt | 4/30/19 | x |

| | **CHARLES MULLIN, PH.D. (DEFENSE WITNESS)** | | |
|---|---|---|---|
| | **EXHIBITS FOR CROSS-EXAMINATION ON 4/30/19** | | |
| 187 | National Research Council 1997, *Valuing Ground Water: Economic Concepts and Approaches*, | 4/30/19 | x |
| 188 | Fed. Reg. 57235, Vol. 73, No. 192 (10/2/08), Excerpts | 4/30/19 | x |