UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JAMES D. SULLIVAN, *et al.*,
        *Plaintiffs,*

v.

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,
        *Defendant.*

Civil No. 5:16-cv-125

**HEARING ON MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTIONS**

Judge: Geoffrey W. Crawford, Chief Judge     Court Reporters: Sunnie Donath & Anne Henry

Trial Dates: April 15-18, April 22-23, April 29-30, 2019     Courtroom Deputy: Pamela Lane

**DEFENDANT'S EXHIBIT LIST**

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| **ROBERT E. UNSWORTH (PLAINTIFFS' WITNESS)** | | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/15/19** | | |
| B | Angie's List Article: *Signs You May Need a New Well Pump* | 4/15/19 | x |
| C | Home Advisor Article: *How Much Does A Well Pump Cost to Replace or Install?* | 4/15/19 | x |
| H | Expert Report of Charles Mullin, Ph.D., 5/11/18 | 4/15/19 | x |
| K | Settlement Press Release 4/10/19 | 4/15/19 | x |
| L | Settlement Press Release 7/25/17 | 4/15/19 | x |
| P | Expert Statement: Monetary Damages, 12/15/17 | 4/15/19 | x |
| Q | Expert Statement: Rebuttal of Expert Report Provided by Dr. Charles Mullin, 8/1/18 | 4/15/19 | x |
| R | Transcript of Rebuttal re: Depo of Robert Unsworth, 9/27/18 | 4/15/19 | x |
| S | Transcript of Deposition of Robert Unsworth, 3/29/18 | 4/15/19 | x |
| V | Unsworth Deposition (3/29/18), Exh. 12 - Article: *Signs You May Need a New Well Pump* | 4/15/19 | x |
| X | Unsworth Deposition (3/29/18), Exh. 18: E-mails between Patrick Bernal & MSK Engineering, 8/25/17 | 4/15/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| | **DONALD I. SIEGEL, PH.D. (PLAINTIFFS' WITNESS)** | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/16/19** | | |
| A | Siegel Expert Report: PFOA Contamination in Groundwater in North Bennington, VT (9/1/17) | 4/16/19 | x |
| B | Article: Siegel, *Truth or Consequences for the practicing hydrologist: on scientific certainty and ethics*, Hydrological Processes, 15, 521-23, 2001 | 4/16/19 | x |
| C | Map: Vt. Agency of Natural Resources, Area of Interest, August 2017 | 4/16/19 | x |
| D | Barr Report: Draft Conceptual Modeling of PFOA Fate & Transport: North Bennington, Vermont (June 2017) | 4/16/19 | x |
| E | Chart: PFOA is a Ubiquitous Compound, EPA, Drinking Water Health Advisory for PFOA (May 2016) | 4/16/19 | x |
| F | EPA, *Drinking Water Health Advisory for PFOA* (May 2016) | 4/16/19 | x |
| G | USDA & NRCS, *Soil Survey of Bennington County, Vermont* (April 2006) | 4/16/19 | x |
| H | Surficial Geologic Map of the Bennington Area (DeSimone 2017) | 4/16/19 | x |
| I | Aquifer Recharge Potential as a Function of Surficial Materials in the Bennington Area, Vermont (DeSimone 2017) | 4/16/19 | x |
| J | Hydrogeology of the Bennington and Shaftsbury Area, Vermont (Jerris Thesis, June 1991) | 4/16/19 | x |
| K | Article: *Soil & Crop Science, Society of Florida*, Rao, P.S.C., et al., Proceedings, Vol. 44, 1985 | 4/16/19 | x |
| L | Chart: Area Plume Spreadsheet | 4/16/19 | x |
| M | Siegel Rebuttal & Supplemental Report Regarding Class Certification (8/1/18) | 4/16/19 | x |
| N | Siegel Expert Report on the Merits (12/15/17) | 4/16/19 | x |
| O | Transcript: Deposition of Dr. Siegel (3/22/18) | 4/16/19 | x |
| P | Article: *Perfluorocarboxylic Acid Content in 116 Articles of Commerce*, Guo, Z., et al. (March 2009) | 4/16/19 | x |
| Q | Declaration of Donald I. Siegel, Ph.D. (10/2/17) | 4/16/19 | x |
| R | Second Declaration of Donald I. Siegel, Ph.D. with exhibits (2/13/19) | 4/16/19 | x |
| S | Zhu, W., et al., *PFAS Background in Vermont Shallow Soils* (2/8/19) | 4/16/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| | **PHILIP K. HOPKE, PH.D. (PLAINTIFFS' WITNESS)** | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/17/19** | | |
| C | Hopke Rebuttal Report (8/1/18) | 4/17/19 | x |
| D | Second Declaration of Dr. Hopke (2/13/19) | 4/17/19 | x |
| E | Transcript of Deposition of Dr. Hopke (4/3/18) | 4/17/19 | x |
| F | Transcript of Deposition of Dr. Hopke (10/16/18) | 4/17/19 | x |
| N | Preliminary Air Deposition Modeling Technical Memo from R. Cleary to J. Schmeltzer & R. Spiese, Vermont Dep't of Environmental Conservation (5/24/18) | 4/17/19 | x |
| O | Article: *Sublimation of Ammonium Salts: A Mechanism Revealed by a First-Principles Study of the $NH_4Cl$ System*, R. Zhu, Journal of Physical Chemistry (2007) | 4/17/19 | x |
| Q1 | Transcript of Rule 30(b)(6) Deposition by Christopher Angier (8/21/17) | 4/17/19 | x |
| 1J | Transcript of Deposition of Richard G. Hoeck (12/7/18) | 4/17/19 | x |
| 1U | Exhibit 47 of Deposition of Richard G. Hoeck (12/7/18) | 4/17/19 | x |
| | **GARY T. YODER (PLAINTIFFS' WITNESS)** | | |
| | **EXHIBIT FOR CROSS EXAMINATION ON 4/18/19** | | |
| N | Slides: PFOA Deposition Rate (100, 1,000, 10,000 lb/yr Emission Rate) | 4/18/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| | **PHILIPPE GRANDJEAN, MD, MDSc (PLAINTIFFS' WITNESS)** | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/22/19** | | |
| F | U.S. Dep't of Health & Human Services, Public Health Services, *ToxGuide for Perfluoroalkyls* (Aug. 2015) | 4/22/19 | x |
| J | Plaintiffs' Responses to First Set of Interrogatories on Class Cert. Issues (7/24/17) | 4/22/19 | x |
| Q | Grandjean - Rebuttal Report (8/1/18) | 4/22/19 | x |
| R | Grandjean - Transcript of Deposition (10/10/18) | 4/22/19 | x |
| V | Grandjean, P.: *Cohort studies of Faroese children concerning potential adverse health effects after the mothers' exposure to marine contaminants during pregnancy*, Acta Veterinaria Scandinavica 2012, 54 (Suppl. 1): 57 | 4/22/19 | x |
| X | CDC: Fourth National Report on Human Exposure to Environmental Chemicals (Tables) (Feb. 2015) | 4/22/19 | x |
| Y | Agency for Toxic Substances & Disease Registry: *Perfluoroalkyl & Polyfluoroalkyl Substances (PFAS) Information for Clinicians* (1/18/17) | 4/22/19 | x |
| 1C | U.S. Dep't of Health & Human Services, Public Health Services, *ToxGuide for Perfluoroalkyls* (July 2018) | 4/22/19 | x |
| 1E | Letter from R. Bilott, Esq. to Drs. Steenland, Savitz & Fletcher re: *Leach v. E.I. duPont de Nemours & Co.*, Cir. Ct. of Wood County, W.V., Civil Action 01- C-608 Science Panel (1/22/10) | 4/22/19 | x |
| 1M | Raleigh, K.: *Mortality and cancer incidence in ammonium perfluorooctanoate production workers*, Occupational Environmental Medicine 2014; 71:500-506 | 4/22/19 | x |
| 1P | Vt. Dep't of Health: *Exposure to PFOA in Bennington & N. Bennington, Vermont: Results of Blood Testing & Exposure Assessment* (Sept. 2017) | 4/22/19 | x |
| | **ALAN M. DUCATMAN, MD (PLAINTIFFS' WITNESS)** | | |
| | **EXHIBITS FOR CROSS EXAMINATION ON 4/23/19** | | |
| A | Ducatman Class Report (9/1/17) | 4/29/19 | x |
| B | Ducatman Merits Report (12/15/17) | 4/29/19 | x |
| C | Ducatman Rebuttal Report (8/1/18) | 4/29/19 | x |
| D | Ducatman Deposition Transcript (2/28/18) | 4/29/19 | x |
| K | CDC: *Fourth National Report on Human Exposure to Environmental Chemicals*, Update Tables (Feb. 2015) | 4/29/19 | x |
| L | CDC: ATSDR: PFAS Information for Clinicians (1/18/17) | 4/29/19 | x |
| M | U.S. Preventive Services Task Force Procedure Manual: Assessing Magnitude of Harm (Dec. 2015) | 4/29/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| 1B | Fed. Reg. Vol. 60, No. 145: ATSDR's Final Criteria for Determining Appropriateness of a Medical Monitoring Program Under CERCLA (7/28/95) | 4/29/19 | x |
| 1C | ATSDR, Tox Guide (2018) | 4/29/19 | x |
| 1H | Frisbee, S.J., *et al.*, *Perfluorooctanoic Acid, Perfluorooctanesulfonate, & Serum Lipids in Children & Adolescents: Results from C-8 Project*, Arch Pediatric Adolesc Med., 164(9): 860-869) (Sept. 2010) | 4/29/19 | x |
| 1L | Mayo Clinic BMI Chart | 4/29/19 | x |
| 1N | Steenland, K., *et al.*, *Association of PFOA & Perfluorooctane Sulfonate with Serum Lipids Among Adults Living Near a Chemical Plant*. Am J Epidemoil 2009: 170:1268-1278 | 4/29/19 | x |
| 1P | Exposure of PFOA in Bennington & N. Bennington, Vt.: Results of Blood Testing & Exposure Assessment, Vermont Dep't of Health (Sept. 2017) | 4/29/19 | x |
| 1Q | *Wiley v. Fairmont General Hosp.*, Transcript from Depo, of Alan Ducatman (6/17/96) | 4/29/19 | x |
| 1S | Fed. Reg. Vol. 63, No. 110: ATSDR Decision Documents re: Bunker Hill, Idaho Medical Monitoring Program (6/9/98) | 4/29/19 | x |
| 1Y | Slides: Considerable Individual Differences | 4/29/19 | x |
| 1Z | Slides: Proposed Monitoring Program Not Different | 4/29/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| | **PHILIP S. GUZELIAN, M.D. (DEFENSE WITNESS)** **EXHIBITS FOR EXAMINATION ON 4/29/19** | | |
| 1J | EPA Drinking Water Health Advisory for PFOA (2016) | 4/30/19 | x |
| 1N | Guzelian, C.P., *A Quantitative Methodology for Determining the Need for Exposure-Prompted Medical Monitoring*, Indiana Law Journal (2004), 79:57 | 4/30/19 | x |
| 1Q | IARC Monograph, *Some Chemicals Used as Solvents and in Polymer Manufacture*, Vol. 10 (2016) | 4/30/19 | x |
| 1R | National Cancer Institute Obesity and Cancer Fact Sheet | 4/30/19 | x |
| 2F | Guzelian Slides | 4/30/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| | **SORELL SCHWARTZ, PH.D. (DEFENSE WITNESS)** **EXHIBITS FOR EXAMINATION ON 4/29-4/30/19** | | |
| A | Curriculum Vitae | 4/30/19 | x |
| B | Schwartz, S., *Shepard's Expert & Scientific Evidence Quarterly, An Overall Conceptual Approach to the Problem of Causation*, Vol. 3, No. 1 (Summer 1995) | 4/30/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| C | Schwartz, S., *Looking Backward: The Bayesian Approach to Assessing Causation (Science on the Witness Stand, Evaluating Scientific Evidence in Law, Adjudication and Policy)*, OEM Press, 2001, pp. 115-130 | 4/30/19 | x |
| D | Schwartz Rebuttal Report (10/26/18) | 4/30/19 | x |
| E | Feynman, R., *Cargo Cult Science: Some remarks on science, pseudoscience, and learning how not to fool yourself. Caltech's 1974 commencement address.* (1974) | 4/30/19 | x |
| F | Dr. Philippe Grandjean's Rebuttal Report (8/1/18) | 4/30/19 | x |
| G | Weed, D., *Weight of Evidence: A Review of Concept and Methods*, Society for Risk Analysis, Vol. 25, No. 6, 2005 | 4/30/19 | x |
| H | Christensen, K., *Exposure to polyfluoroalkyl chemicals during pregnancy is not associated with offspring age at menarche in a contemporary British cohort*, Environ Int. Jan. 2011, 37(1): 129-135 | 4/30/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| **CHARLES MULLIN, PH.D. (DEFENSE WITNESS)** **EXHIBITS FOR EXAMINATION ON 4/30/19** | | | |
| A | Angie's List - Signs You May Need a New Well Pump | 4/30/19 | x |
| C | Linda Crawford - Deposition Transcript (4/25/18) | 4/30/19 | x |
| D | Ronald Hausthor - Deposition Transcript (4/24/18) | 4/30/19 | x |
| E | James Sullivan - Deposition Transcript (4/9/18) | 4/30/19 | x |
| F | Theodore Crawford - Deposition Transcript (5/1/18) | 4/30/19 | x |
| G | Mullin Rebuttal Report (10/19/18) | 4/30/19 | x |
| H | Mullin Expert Report (5/11/18) | 4/30/19 | x |
| I | Article: *A little maintenance will take your pressure tank a long way* (11/15/13) | 4/30/19 | x |
| J | Settlement Press Release (4/10/19) | 4/30/19 | x |
| K | Settlement Press Release (7/25/17) | 4/30/19 | x |
| L | Unsworth Expert Report (8/31/17) | 4/30/19 | x |
| M | Unsworth Declaration | 4/30/19 | x |
| N | Unsworth Expert Report (12/15/17) | 4/30/19 | x |

| NO. | DESCRIPTION OF EXHIBIT | OFFER | ADMIT |
|---|---|---|---|
| O | Unsworth Rebuttal Report of Dr. Mullin (8/1/18) | 4/30/19 | x |
| P | Unsworth Deposition Transcript (9/27/18) | 4/30/19 | x |
| Q | Unsworth Deposition Transcript (3/29/18) | 4/30/19 | x |
| X | William Sumner - Deposition Transcript (4/11/18) | 4/30/19 | x |
| 1A | Dr. Raymond Kopp - Expert Report re: *LeClercq v. Lockformer*, Case No. 00 C 7164 | 4/30/19 | x |
| 1B | Mullin - Slides | 4/30/19 | x |