UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 APR 22  PM 4: 05

CLERK

BY _____
DEPUTY CLERK

JAMES D. SULLIVAN, LESLIE          )
ADDISON, WILLIAM S. SUMNER, JR.,   )
RONALD S. HAUSTHOR, GORDON         )
GARRISON, LINDA CRAWFORD, TED      )
CRAWFORD, and BILLY J. KNIGHT,     )
individually, and on behalf of a Class of )
persons similarly situated,        )
                                   )
          Plaintiffs,              )
                                   )
     v.                            )          Case No. 5:16-cv-125
                                   )
SAINT-GOBAIN PERFORMANCE           )
PLASTICS CORPORATION,              )
                                   )
          Defendant.               )

## ENTRY ORDER

Following a chambers conference on zoom with counsel on April 22, 2021, the court orders as follows:

1. Defendant shall respond to plaintiff's motion to modify discovery schedule by April 30, 2021. Plaintiffs' reply is due May 10, 2021. Attorney Jeanne Christensen representing Amiel Gross participated in the conference and indicated that with reasonable notice, Mr. Gross will make himself available for testimony by zoom at a court hearing if requested.

2. The parties are reviewing the court's third draft of the class action notice and will provide comments and edits in a joint filing within a week. The court is aiming at May 15, 2021 as a date for the commencement of the notice process.

Dated at Burlington, in the District of Vermont, this 22nd day of April 2021.

_____
Geoffrey W. Crawford, Chief Judge
U. S. District Court