UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JAMES D. SULLIVAN, LESLIE ADDISON, WILLIAM S. SUMNER, JR., RONALD S. HAUSTHOR, GORDON GARRISON, LINDA CRAWFORD, TED CRAWFORD, and BILLY J. KNIGHT, individually, and on behalf of a Class of persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, <br><br> Defendant. | Case No. 5:16-cv-125 |

**ENTRY ORDER**

On May 28, 2021, the court held a telephone conference with counsel regarding the testimony of Mr. Gross. The court requested that plaintiffs' counsel obtain a date in approximately 3 weeks for testimony. The judge will attend the hearing in order to rule on objections, especially privilege. Within 10 days, defense counsel will file a memorandum outlining proposed processes and issues concerning Mr. Gross's testimony. Plaintiffs will respond within a week. Mr. Gross is likely to appear by Zoom although the courthouse is now open for an in-person hearing if he chooses to make the trip.

Dated at Rutland, in the District of Vermont, this 1st day of June, 2021.

Geoffrey W. Crawford, Chief Judge
U.S. District Court

1