UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 DEC 17 AM 8:37

CLERK
BY ⟶ law
DEPUTY CLERK

| | |
|---|---|
| JAMES D. SULLIVAN, *et al.*, individually, and on behalf of a Class of persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,<br><br>*Defendant*. | Case No. 5:16-cv-00125-GWC<br><br>Hon. Geoffrey W. Crawford |

## ORDER APPROVING QUALIFIED SETTLEMENT FUND

Pending is an Unopposed Motion for Preliminary Approval of Class Action Settlement [Doc. 461-8], filed November 10, 2021, whereby Plaintiffs moved this Court to enter an order establishing a Qualified Settlement Fund for the deposit of Settlement funds. The Court, having reviewed the Motion and Memorandum in support, and finding good and sufficient cause, FINDS and ORDERS the following:

1. In order to assist in the administration of the settlement, the Escrow Account, as defined in the Settlement Agreement, shall be established as a Qualified Settlement Fund within the meaning of Treasury Regulation Section § 1.468B-1, pursuant to this Court's continuing subject matter jurisdiction over the underlying matter and consistent with Treas. Reg. Section § 1.468B-1(c)(1). All settlement payments, as described in the Settlement Agreement, shall be paid to the Qualified Settlement Fund.

2. The Program Administrator and the Property Settlement Administrator, as defined in the Settlement Agreement, shall serve as "Administrators" of the fund as defined

by Treas. Reg. Sec. 1.468B-2(k)(3). The Administrators shall serve pursuant to the terms, conditions, and restrictions of the Settlement Agreement. The Administrators are given the authority to conduct activities necessary to administer this Fund as described in the Settlement Agreement.

3. The Qualified Settlement Fund, which includes all principal and interest earned thereon, shall be deposited in an account held in custody by one or both of the Administrators pursuant to the terms of the Settlement Agreement.

4. Each of the Administrators is authorized to effect qualified assignments of any resulting structured settlement liability within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee.

5. Each of the Administrators is authorized, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the Fund, and thereafter the Administrators are discharged from any further responsibility with respect to the Fund.

Dated at Burlington, in the District of Vermont, this 17th day of December, 2021.

Geoffrey W. Crawford, Chief Judge
U.S. District Court