# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| James D. Sullivan, Individually, and on behalf of a Class of persons similarly situated et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Saint-Gobain Performance Plastics Corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:16-cv-125 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Final Approval Order (Document No. 481) filed April 18, 2022, plaintiffs' Motion for Attorney's Fees and Expenses to Class Counsel (Document No. 474) and Unopposed Motion for Final Approval of Class Action Settlement (Document No. 477) are GRANTED. The court hereby APPROVES the Settlement Agreement and DISMISSES the action with prejudice.  The court enters FINAL JUDGMENT as to Saint-Gobain and the claims against it in this action pursuant to Federal Rule of Civil Procedure 54(b).  Additionally, the court retains continuing jurisdiction over the Medical Monitoring Program and the Qualified Settlement Fund, and retains continuing and exclusive jurisdiction over the Parties, the class members, and this Settlement, to interpret, implement, administer, and enforce the Settlement in accordance with its terms.

Date:   April 18, 2022

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   4/18/2022

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Elizabeth S. Morris*
*Signature of Clerk or Deputy Clerk*